UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY),   ) ) ) ) ) ) ) ) | |
| Plaintiffs,   ) ) | CIVIL ACTION NO. _____ |
| v.   ) ) ) | |
| ABBOTT LABORATORIES,   ) ) | |
| Defendant.   ) ) | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company and ManuLife Insurance Company hereby state, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, as follows:

1.      Plaintiff John Hancock Life Insurance Company is a wholly-owned subsidiary of John Hancock Financial Services, Inc., which is a wholly-owned subsidiary of ManuLife Financial Corporation.

2.      Plaintiff John Hancock Variable Life Insurance Company is a wholly-owned subsidiary of plaintiff John Hancock Life Insurance Company.

3.      Plaintiff ManuLife Insurance Company is a wholly-owned subsidiary of plaintiff John Hancock Variable Life Insurance Company.

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY AND
MANULIFE INSURANCE COMPANY

By their attorneys,

Brian A. Davis (BBO No. 546462)
Karen Collari Troake (BBO No. 566922)
Stacy Blasberg (BBO No. 657420)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Date:  June 3, 2005                   Tele: 617-248-5000

3930415.1

-2-