AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____MASSACHUSETTS_____

John Hancock Life Insurance Company,
John Hancock Variable Life Insurance Company,
and ManuLife Insurance Company,

V.

Abbott Laboratories

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 - 11150 DPW**

TO: (Name and address of Defendant)

Abbott Laboratories
100 Abbott Park Road
Abbott Park, IL  60064-3500

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian A. Davis, Esq.
Choate, Hall & Stewart LLP
Exchange Place
53 State Street
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within \_\_\_\_twenty (20)\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN - 3 2005

CLERK                                                                 DATE

(By) DEPUTY CLERK

≜AO 440 (Rev. 8/01) Summons in a Civil Action

**05-11150DPW**

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Winston & Strawn LLP, counsel for Abbott Laboratories, has agreed to accept service on Abbott's behalf.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                               *Signature of Server*

                                          _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.