UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | Civil Action No. 05-11150-DPW <br> Hon. Judge Douglas P. Woodlock |

**DEFENDANT ABBOTT LABORATORIES' MOTION FOR
IMPOUNDMENT OF CONFIDENTIAL INFORMATION**

Pursuant to Local Rule 7.2, Defendant Abbott Laboratories ("Abbott") hereby moves this Court for leave to file Abbott Laboratories' Answer, Affirmative Defenses and Counterclaim under seal.

Plaintiffs' complaint and Abbott's counterclaim arise out of a written agreement dated March 13, 2001 (the "Agreement") between Abbott and John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Investors Partner Life Insurance Company (collectively, "Hancock"). The Agreement is confidential by its own terms.

The Agreement also forms the basis for Hancock's claims and Abbott's counterclaims in the action captioned John Hancock Life Insurance Company, et al. v. Abbott Laboratories, Civil Action No. 03-12501-DPW (the "Existing Action"). A copy of the Agreement was previously designated "Confidential" and impounded, in its entirety, in the Existing Action pursuant to the Stipulated Protective Order entered by the Court in that case on May 12, 2004.

The Court entered a Stipulated Protective Order in the present action on July 15, 2005. To the extent that the Agreement is produced in this action, it will be designated "Confidential" by Abbott.

Abbott Laboratories' Answer, Affirmative Defenses and Counterclaim in this action necessarily references the confidential Agreement

Abbott has consulted with Hancock pursuant to Local Rule 7.1(A)(2), and Hancock has no objection to impoundment of Abbott Laboratories' Answer, Affirmative Defenses and Counterclaim.

Abbott respectfully requests that the above-referenced document that is the subject of this Motion be impounded until further Order of the Court, and returned to outside counsel for Abbott upon the conclusion of such custody.

                Respectfully submitted,

                ABBOTT LABORATORIES


                By: /s/ Michael S. D'Orsi, Esq.
                     One Of Its Attorneys

Peter E. Gelhaar, Esq., (BBO# 188310)
Michael S. D'Orsi, Esq., (BBO# 566960)
DONNELLY, CONROY & GELHAAR, LLP
1 Beacon Street, 33rd Floor
Boston, Massachusetts  02108
(617) 720-2880


Lawrence R. Desideri, Esq., (admitted *pro hac vice*)
Stephen V. D'Amore, Esq., (admitted *pro hac vice*)
Kathleen B. Barry, Esq., (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600

                Dated: July 29, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for Abbott Laboratories has conferred with counsel for Plaintiffs and that Plaintiffs have no objection to impoundment of the document that is the subject of this Motion.

                                                          /s/ Michael S. D'Orsi, Esq.