UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
JOHN HANCOCK LIFE INSURANCE          )
COMPANY, et al.,                                 )
                                                    )
              Plaintiffs,                            )
                                                    )        Civil Action No. 05-11150-DPW
       vs.                                           )        Hon. Judge Douglas P. Woodlock
                                                    )
ABBOTT LABORATORIES,                    )
                                                    )
              Defendant.                            )
_____)

## MOTION FOR ADMISSION PRO HAC VICE OF STEPHANIE MCCALLUM

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Stephanie

McCallum of Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, IL 60601-9703, be

admitted to appear on behalf of defendant Abbott Laboratories, and to practice before this Court

in the above-entitled action.  As grounds for this motion, the undersigned counsel respectfully

represents the following:

1.    Ms. McCallum is and has been a member in good standing of the bar of the State

of Illinois since 2002 and the bar of the State of Wisconsin since 2002;

2.    Ms. McCallum is and has been a member in good standing of the bars of the

following United States District Courts, and Circuit Courts of Appeals since the following dates:

              Norther District of Illinois            2002

3.    There are no disciplinary proceedings pending against Ms. McCallum as a

member of the bar in any jurisdiction;

4.    Ms. McCallum has represented to the undersigned counsel that she is familiar

with the Local Rules of the United States District Court for the District of Massachusetts; and

5.      In further support of this motion, Ms. McCallum has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. McCallum's admission to practice before this Court *pro hac vice.*

Respectfully submitted,


/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
(617) 720-2880

Dated: August 8, 2005

## <u>CERTIFICATE OF GOOD STANDING</u>

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the

District of Massachusetts, I, Stephanie McCallum, Esq., hereby certify that: (1) I am admitted to

the bars of the Courts set forth in the foregoing motion; (2) I am a member of the bar in good

standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary

proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am

familiar with the Local Rules of the United States District Court for the District of

Massachusetts.

Respectfully submitted,


/s/ Stephanie McCallum, Esq.
Stephanie McCallum, Esq.

Dated: August 8, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies he has conferred with counsel for John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and ManuLife Insurance Company ("John Hancock") and John Hancock does not oppose this Motion.

/s/Michael S. D'Orsi
Michael S. D'Orsi

Dated: August 8, 2005