UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY, | ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 05-11150-DPW |
| v. | ) ) |  |
| ABBOTT LABORATORIES, | ) ) |  |
| Defendant. | ) ) |  |

## JOINT STATEMENT
## PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D) and the Court's September 6, 2005 Order, plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and ManuLife Insurance Company (f/k/a Investor Partner Life Insurance Company) (collectively, "John Hancock"), and defendant Abbott Laboratories ("Abbott"), hereby submit the following Joint Statement:

1.  **Agenda of Matters to be Discussed at the October 13, 2005 Scheduling Conference.**

    a.  Pre-trial schedule and discovery matters;

    b.  Trial by magistrate judge; and

    c.  Report on settlement discussion status.

3982568v4

2. **Rule 26(f) Conference.**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), a teleconference was held on September 22, 2005, and was attended by Brian Davis, Karen Collari Troake and Joseph Zwicker for John Hancock, and Lawrence Desideri, and Stephen D'Amore for Abbott. This Joint Statement reports the results of that conference and, except where indicated, jointly proposes a discovery plan and pre-trial schedule as set forth below.

3. **Rule 26(a)(1) Initial Disclosures.**

Pursuant to the Court's Order of September 6, 2005, the parties have agreed to an exchange of the initial disclosures required by Fed. R. Civ. P. 26(a)(1) by October 27, 2005.

4. **Limitations on Discovery.**

The proposals set forth below are subject to further motions by the parties, either jointly or individually.

The parties have agreed to the following limitations, subject to modification by leave of court:

(i) Twenty (20) depositions per side pursuant to Fed. R. Civ. P. 30(d)(2);

(ii) Twenty-five (25) interrogatories per side;

(iii) Thirty (30) requests to admit per side;

(iv) Three (3) sets of requests for production of documents per side; and

(v) The deposition of each proposed trial expert pursuant to Fed. R. Civ. P. 30(d)(2).

5. **Scheduling.**

The parties agree that formal phasing of discovery is not necessary in this litigation. The proposals set forth below are subject to further motion by the parties, either jointly or individually.

| Event | Proposed Deadlines |
|---|---|
| Initial Disclosures | October 27, 2005 |
| Joinder of Other Parties | January 6, 2006 |
| Amendment of Pleadings | February 6, 2006 |
| Completion of Fact Discovery | September 29, 2006 |
| Initial Expert Reports | November 18, 2006 |
| Rebuttal Expert Reports | December 16, 2006 |
| Close of Expert Discovery | January 30, 2007 |
| Filing of Dispositive Motions and Opening Briefs | March 15, 2007 |
| Response Briefs on Dispositive Motions | April 17, 2007 |
| Reply Briefs on Dispositive Motions | May 8, 2007 |
| Final Pre-Trial Conference | To be set by Court |
| Trial | To be set by Court |

6. **Protective Order.**

On July 15, 2005, the Court entered the agreed upon stipulated protective order governing the handling of confidential and proprietary materials produced in discovery.

7. **Trial by Magistrate Judge.**

The parties do not consent to trial by Magistrate Judge.

8. **Settlement.**

The parties have engaged in face-to-face settlement negotiations and have exchanged written settlement proposals pursuant to Local Rule 16.1(C). The parties agree that, at present, a settlement does not appear likely.

3982568v4

9. **Certifications Pursuant to Local Rule 16.1(D)(3).**

   a. John Hancock's certification is attached hereto as Exhibit A.

   b. Abbott's certification is attached hereto as Exhibit B.

| | |
|---|---|
| ABBOTT LABORATORIES | JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY |
| By its attorneys, | By their attorneys, |

*/s/ Stephen D'Amore*
Peter E. Gelhaar (BBO # 188310)
Michael S. D'Orsi (BBO # 566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
Tel: (617) 720-2880

Lawrence R. Desideri (*pro hac vice*)
Stephen D'Amore (*pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel. (312) 558-5600

Date: October 6, 2005

*/s/ Karen Collari Troake*
Brian A. Davis (BBO # 546462)
Joseph H. Zwicker (BBO # 560219)
Karen Collari Troake (BBO # 566922)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) or *and electronically*
on 10/06/05.  */s/ K. Troake*

- 4 -

3982568v4

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                            )
JOHN HANCOCK LIFE INSURANCE )
COMPANY, JOHN HANCOCK          )
VARIABLE LIFE INSURANCE         )
COMPANY, and MANULIFE            )
INSURANCE COMPANY,                 )
                                            )
                Plaintiffs,      )   CIVIL ACTION NO. 05-11150-DPW
                                            )
v.                                           )
                                            )
ABBOTT LABORATORIES,             )
                                            )
                Defendant.      )
_____)

## PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned certify that an authorized representative of plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and ManuLife Insurance Company (f/k/a Investor Partner Life Insurance Company) (collectively, "John Hancock"), and John Hancock's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_/s/ Karen Collari Troake_
Brian A. Davis (BBO # 546462)
Joseph H. Zwicker (BBO # 560219)
Karen Collari Troake (BBO # 566922)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tel. (617) 248-5000

Counsel for Plaintiffs

Date: October 6, 2005

_/s/ Karen V. Morton_
Karen V. Morton
Vice President and Counsel
JOHN HANCOCK LIFE INSURANCE COMPANY
200 Clarendon Street
30th Floor
Boston, Massachusetts 02117
Tel: (617) 572-9624

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | CIVIL ACTION NO. 05-11150-DPW |

## ABBOTT LABORATORIES' CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned certify that an authorized representative of defendant/counter-plaintiff Abbott Laboratories and that party's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Lawrence R. Desideri (*pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601

_____
Jeff C. Risher
Litigation Counsel
ABBOTT LABORATORIES
100 Abbott Park Road
Dept. 324 AP6D
Abbott Park, Illinois 60064

Counsel for Abbott Laboratories