UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                               )
JOHN HANCOCK LIFE INSURANCE     )
COMPANY, JOHN HANCOCK           )
VARIABLE LIFE INSURANCE         )
COMPANY, and MANULIFE           )
INSURANCE COMPANY (f/k/a        )
INVESTORS PARTNER INSURANCE     )
COMPANY),                       )
                               )
              Plaintiffs,       )    CIVIL ACTION NO. 05-11150-DPW
                               )
v.                              )
                               )
ABBOTT LABORATORIES,            )
                               )
              Defendant.        )
_____)
```

## NOTICE OF APPEARANCE

Please enter the appearance of Joseph H. Zwicker of Choate, Hall & Stewart LLP as

counsel for plaintiff John Hancock Life Insurance Co. et al. in the above-captioned case.

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY, and
MANULIFE INSURANCE COMPANY (f/k/a
INVESTORS PARTNER LIFE INSURANCE
COMPANY)

By their attorneys,

/s/ Joseph H. Zwicker

_____
Brian A. Davis (BBO No. 546462)
Joseph H. Zwicker (BBO No. 560219)
Christopher Edwards (BBO No. 640758)
Stacy Blasberg (BBO No. 657420)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Tele: 617-248-5000
Fax: 617-248-4000

Date:   October 26, 2005

I hereby certify that a true copy of the above
document was served upon the attorney of
record for each other party by mail on October
26, 2005.

/s/ Stacy Blasberg

_____

4003028v1

-2-