UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 05-11150-DPW |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and ManuLife Insurance Company (f/k/a Investors Partner Life Insurance Company) (collectively, "John Hancock") and defendant Abbott Laboratories ("Abbott") (collectively, the "Parties") hereby move, pursuant to Local Rule 16.1(G), to modify the Scheduling Order issued by the Court on October 13, 2005 (the "Original Scheduling Order"). Grounds for this joint motion are as follows:

1. The Parties have been endeavoring to meet the deadlines established by the Original Scheduling Order. Thus far, they have been able to resolve many discovery disputes through negotiation and without resort to motion practice. Document production, however, has taken considerably longer than expected. John Hancock completed its production of 1,051 pages of

documents, per the agreement of the parties, on February 28, 2006. Abbott stated that it required additional time, at least three additional weeks, to complete its production of over 50 boxes of paper documents and more than 167,000 pages (approximately 66 boxes) of electronic documents in response to John Hancock's First Request for Production, served on October 7, 2005. John Hancock, in turn, currently expects that it will require approximately 3 to 4 weeks to process and complete its review of the large volume of documents that Abbott expects to produce.

2.  As a result of the current production schedule and the substantial time needed by John Hancock to process and review Abbott's documents, the Parties jointly propose extending the various deadlines in the existing case schedule by approximately 70 days (with some adjustment for end-of-year holidays) as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| All discovery completed | August 25, 2006 | November 1, 2006 |
| Exchange expert proffer | May 5, 2006 | July 14, 2006 |
| Expert reports completed | June 1, 2006 | August 8, 2006 |
| Rebuttal experts | July 7, 2006 | September 15, 2006 |
| Dispositive motions submitted | September 29, 2006 | December 7, 2006 |
| Responses to dispositive motions | October 26, 2006 | January 10, 2007 |
| Replies to responses | November 18, 2006 | February 1, 2007 |

WHEREFORE, the parties jointly and respectfully request that the Court grant this Joint Motion to Modify the Scheduling Order for the reasons stated above.

| ABBOTT LABORATORIES | JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ *Peter E. Gelhaar* <br> Peter E Gelhaar (BBO No. 188310) <br> Michael S. D'Orsi (BBO No. 566960) <br> DONNELLY, CONROY & GELHAAR, LLP <br> One Beacon Street, 33d Floor <br> Boston, MA 02108 <br> Tele: (617) 720-2880 | /s/ *Brian A. Davis* <br> Brian A. Davis (BBO No. 546462) <br> Joseph H. Zwicker (BBO No. 560219) <br> Christopher Edwards (BBO No. 640758) <br> Stacy L. Blasberg (BBO No. 657420) <br> CHOATE, HALL & STEWART LLP <br> Two International Place <br> Boston, MA 02110 <br> Tele: (617) 248-5000 |
| /s/ *Lawrence R. Desideri* <br> Lawrence R. Desideri (*pro hac vice*) <br> Stephen V. D'Amore (*pro hac vice*) <br> WINSTON & STRAWN LLP <br> 35 West Wacker Drive <br> Chicago, IL 60601 <br> Tele: (312) 558-5600 | |

Date: March 29, 2006

4051614.2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on March 29, 2006.

/s/ Stacy Blasberg
Stacy L. Blasberg

4064575v1