UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, et al., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>ABBOTT LABORATORIES, )<br><br>Defendant. ) | Civil Action No. 05-11150-DPW<br>Hon. Judge Douglas P. Woodlock |

## MOTION FOR ADMISSION PRO HAC VICE OF JEFFREY I. WEINBERGER

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Jeffrey I. Weinberger of Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California, 90071-1560, be admitted to appear on behalf of defendant Abbott Laboratories, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1.  Mr. Weinberger is and has been a member in good standing of the bars of the following states since the following dates:

    State of California (June 29, 1973)

2.  Mr. Weinberger is and has been a member in good standing of the bars of the following United States District Courts, and Circuit Courts of Appeals since the following dates:

    Central District of California (1973)

    Ninth Circuit Court of Appeals (1984)

3.  There are no disciplinary proceedings pending against Mr. Weinberger as a member of the bar in any jurisdiction;

4. Mr. Weinberger has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Mr. Weinberger has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Weinberger's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com

Dated: July 26, 2006

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Jeffrey I. Weinberger, Esq., hereby certify that: (1) I am admitted to the bars of the Courts set forth in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

/s/ Jeffrey I. Weinberger, Esq.
Jeffrey I. Weinberger, Esq.

Dated: July 26, 2006

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies he has conferred with counsel for John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and ManuLife Insurance Company ("John Hancock") and John Hancock does not oppose this Motion.

/s/Michael S. D'Orsi
Michael S. D'Orsi

Dated: July 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 26, 2006.

/s/ Michael S. D'Orsi
Michael S. D'Orsi

Dated: July 26, 2006