UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | CIVIL ACTION NO. 05-11150-DPW |

## DEFENDANT ABBOTT LABORATORIES' MOTION TO MODIFY SCHEDULING ORDER (ASSENTED TO)

Defendant Abbott Laboratories ("Abbott") hereby moves, pursuant to Local Rule 16.1(G), to modify the Scheduling Order issued by the Court on April 5, 2006 (the "Scheduling Order"). Abbott has met and conferred with counsel for plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and ManuLife Insurance Company (f/k/a Investors Partner Life Insurance Company) (collectively, "John Hancock") regarding this motion. John Hancock has authorized Abbott to state that John Hancock assents to this motion and to the modification of the scheduling order proposed below, subject to the approval of the Court. Grounds for this motion are as follows:

1. Munger, Tolles & Olson LLP ("Munger, Tolles") is substituting in as

1

counsel of record for Abbott, replacing Abbott's former counsel of record, Winston & Strawn LLP. Concurrently herewith, Abbott has filed a substitution of counsel and motions for the admission to this Court *pro hac vice* of attorneys from Munger, Tolles.

2. Given the complexity and length of the record relating to this case, Munger, Tolles respectfully requires a very modest enlargement of time to become sufficiently familiar with the matter to represent Abbott effectively and efficiently.

3. Accordingly, subject to the approval of the Court, Abbott proposes extending most of the various deadlines in the existing case schedule by only approximately thirty days. The two exceptions are the deadlines for the submission of expert reports and of rebuttal expert reports, each of which the parties propose to extend by thirty-seven days. Granting the requested extensions will allow Munger, Tolles to develop its understanding of the facts and the law so as to permit it to proceed as efficiently as possible going forward. In addition, the parties have agreed to utilize Munger, Tolles' appearance in the case and the proposed extension period to attempt to resolve several outstanding discovery disputes and, if the parties cannot reach agreement on all such disputes, to bring any remaining disputes to the Court's attention promptly after the end of the thirty-day period.

4. Specifically, Abbott requests an extension of the deadlines in the existing case schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| All discovery completed | November 1, 2006 | December 1, 2006 |
| Expert proffers | July 14, 2006 | August 14, 2006 |

| | | |
|---|---|---|
| Expert reports | August 8, 2006 | September 15, 2006 |
| Rebuttal expert reports | September 15, 2006 | October 22, 2006 |
| Dispositive motions submitted | December 7, 2006 | January 8, 2007 |
| Responses to dispositive motions | January 10, 2007 | February 9, 2007 |
| Replies to responses | February 1, 2007 | March 1, 2007 |
| Further scheduling conference | February 22, 2007 | March 26, 2007 |
| Status report | February 15, 2007 | March 19, 2007 |

As aforesaid, Abbott respectfully believes, and hereby represents, that the brief requested enlargement of time will ultimately inure to the Court's and parties' benefit by enhancing the efficient presentation of this case.

WHEREFORE, Abbott respectfully requests that the Court grant this Motion to Modify the Scheduling Order for the reasons stated above.

ABBOTT LABORATORIES
By their attorneys,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO No. 188310)
Michael S. D'Orsi (BBO No. 566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com

3

/s/ Gregory D. Phillips
Jeffrey I. Weinberger (SBN 056214)
Gregory D. Phillips (SBN 118151)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Jeffrey.Weinberger@mto.com
Gregory.Phillips@mto.com

Date:   July 26, 2006

4

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies counsel for Abbott Laboratories has conferred with counsel for John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and ManuLife Insurance Company ("John Hancock") and John Hancock assents to this Motion.

/s/Michael S. D'Orsi
Michael S. D'Orsi

Dated: July 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 26, 2006.

/s/ Michael S. D'Orsi
Michael S. D'Orsi

Dated: July 26, 2006