UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CIVIL ACTION NO. 05-11150-DPW |

**STIPULATION REGARDING BRIEFING SCHEDULE
FOR DEFENDANT ABBOTT LABORATORIES'
MOTION TO DISMISS COUNT II OF PLAINTIFFS' SUPPLEMENTAL COMPLAINT**

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Life Insurance Company) (collectively, "John Hancock") and defendant Abbott Laboratories ("Abbott") (collectively, the "Parties") hereby stipulate, pursuant to Fed. R. Civ. P. 6(b) and 7, to the following briefing schedule with respect to Abbott's Motion To Dismiss Count II of John Hancock's Supplemental Complaint in this action, filed on July 17, 2006:

| Event | Deadline |
|---|---|
| Submission of John Hancock's Response to Motion to Dismiss | September 8, 2006 |

| Event | Deadline |
|---|---|
| Submission of Abbott's Reply to John Hancock's Response (subject to obtaining prior leave of Court) | September 26, 2006 |

ABBOTT LABORATORIES

By its attorney,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO No. 188310)
Michael S. D'Orsi (BBO No. 566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon Street, 33rd Floor
Boston, MA 02108
Tele: (617) 720-2880

/s/ Gregory D. Philips
Jeffrey I. Weinberger
Gregory D. Philips
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90012
Tele: (213) 683-9276

JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY

By their attorneys,

/s/ Brian A. Davis
Brian A. Davis (BBO No. 546462)
Joseph H. Zwicker (BBO No. 560219)
Richard C. Abati (BBO No. 6510370)
Stacy L. Blasberg (BBO No. 657420)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tele: (617) 248-5000

Date: July 31, 2006

4108261.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on July 31, 2006.

/s/ *Stacy L. Blasberg*
Stacy L. Blasberg