UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 05-11150-DPW Hon. Judge Douglas P. Woodlock |
| ABBOTT LABORATORIES, | ) ) ) | |
| Defendant. | ) ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF ROBERT E. SATTERTHWAITE

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Robert E. Satterthwaite of Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California, 90071-1560, be admitted to appear on behalf of defendant Abbott Laboratories, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1.    Mr. Satterthwaite is and has been a member in good standing of the bar of the State of California since December 12, 2002.

2.    There are no disciplinary proceedings pending against Mr. Satterthwaite as a member of the bar in any jurisdiction;

3.    Mr. Satterthwaite has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

4.    In further support of this motion, Mr. Satterthwaite has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Satterthwaite' admission

1198952.1

to practice before this Court *pro hac vice.*

Respectfully submitted,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com

Dated: August 9, 2006

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the

District of Massachusetts, I, Robert E. Satterthwaite, Esq., hereby certify that: (1) I am admitted

to the bar of the Court set forth in the foregoing motion; (2) I am a member of the bar in good

standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary

proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am

familiar with the Local Rules of the United States District Court for the District of

Massachusetts.

Respectfully submitted,


/s/ Robert E. Satterthwaite, Esq.
Robert E. Satterthwaite, Esq.

Dated: August 9, 2006

1198952.1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies he has conferred with counsel for John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and ManuLife Insurance Company ("John Hancock") and John Hancock does not oppose this Motion.

/s/Michael S. D'Orsi
Michael S. D'Orsi

Dated: August 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 9, 2006.

/s/ Michael S. D'Orsi
Michael S. D'Orsi

Dated:  August 9, 2006