UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| | ) Civil Action No. 05-11150-DPW |
| vs. | ) Hon. Judge Douglas P. Woodlock |
| | ) |
| ABBOTT LABORATORIES, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION REGARDING PROTECTIVE ORDER

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and ManuLife Insurance Company (f/k/a Investors Partner Life Insurance Company) (collectively "John Hancock") and defendant Abbott Laboratories ("Abbott") hereby stipulate pursuant to Fed. R. Civ. P. 26(c)(7) and Paragraph 24 of the Stipulated Protective Order (entered by the Court in this action on July 15, 2005) that Paragraph 12(a) of the Stipulated Protective Order be amended to include the law firm of Munger, Tolles & Olson LLC as "outside counsel" as defined in said Paragraph 12(a). Paragraph 12(a) as amended shall read as follows:

(a) outside counsel and members, associates and employees of the firms of which outside counsel are members. For purposes of this Stipulated Order, "outside counsel" shall mean the firm Choate, Hall & Stewart LLP for plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and ManuLife Insurance Company, and the firms Donnelly, Conroy & Gelhaar, LLP, Winston & Strawn, LLP and Munger, Tolles & Olson LLP for defendant Abbott Laboratories;

The Stipulated Protective Order is otherwise unchanged.

ABBOTT LABORATORIES

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK
VARIABLE LIFE INSURANCE
COMPANY and MANULIFE INSURANCE
COMPANY

By its attorneys,

By their attorneys,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
(617) 720-2880

/s/ Brian A. Davis
Brian A. Davis (BBO # 546462)
Joseph H. Zwicker (BBO # 560219)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

/s/ Gregory D. Phillips
Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90012
(213) 683-9276

Dated: August 11, 2006

**CERTIFICATE OF SERVICE**

I, Michael S. D'Orsi, hereby certify that this document filed through the ECF system will

be sent electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF) and paper copies will be sent to those indicated as non registered participants on August

11, 2006.


/s/ Michael S. D'Orsi


Dated: August 11, 2006