UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY),<br><br>   *Plaintiffs*,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>   *Defendant*. | Civil Action No. 05-11150-DPW |

**ABBOTT LABORATORIES' ASSENTED TO MOTION
FOR IMPOUNDMENT OF CONFIDENTIAL INFORMATION**

Pursuant to Local Rule 7.2, Defendant Abbott Laboratories ("Abbott") respectfully moves this Court for leave to file the following documents under seal until further Order of the Court:

  1.  Abbott Laboratories' Memorandum in Opposition to Plaintiff's Motion for Leave to Amend the Supplemental Complaint (the "Memorandum"); and

  2.  Defendant's Declaration of Ozge Guzelsu (the "Declaration");

    The grounds for this motion are:

  1.  This action arises out of a certain Research Funding Agreement (the "Agreement") dated March 13, 2001 between John Hancock ("John Hancock") and Abbott. The Agreement is, by its terms, confidential.

1225279.1

2. The Memorandum and Declaration rely upon and discuss the confidential terms of the Agreement.

3. The Agreement also forms the basis for John Hancock's claims in the related action captioned *John Hancock Life Ins. Co., et al. v. Abbott Laboratories*, Civil Action No. 03-12501-DPW ("*Hancock I*").

4. The terms of the Agreement may not be disclosed without the prior consent of the non-disclosing party. Throughout this action as well as *Hancock I*, the Agreement has not been publicly disclosed.

5. In compliance with Local Rule 7.1(A)(2), Abbott has sought and obtained the consent of John Hancock to this Motion for Impoundment of Confidential Information.

WHEREFORE, Abbott respectfully requests that the Memorandum and Declaration be impounded until further Order of the Court. In addition, Abbott respectfully requests that the Court accept these documents provisionally under Seal pending the Court's ruling on this Motion. Upon termination of the impoundment period, Abbott will retrieve and take custody of the Memorandum and Declaration.

Dated: November 14, 2006

        Respectfully submitted,

        ABBOTT LABORATORIES

        By:  /s/ Michael S. D'Orsi
            Michael S. D'Orsi

        Peter E. Gelhaar (BBO#188310)
        Michael S. D'Orsi (BBO #566960)
        DONNELLY, CONROY & GELHAAR LLP
        1 Beacon St., 33rd Floor
        Boston, Massachusetts 02108
        (617) 720-2880
        peg@dcglaw.com
        msd@dcglaw.com

        and

        Jeffrey I. Weinberger *(pro hac vice)*
        Gregory D. Phillips *(pro hac vice)*
        Eric J. Lorenzini *(pro hac vice)*
        Ozge Guzelsu *(pro hac vice)*
        MUNGER, TOLLES & OLSON LLP
        355 South Grand Avenue
        Thirty-Fifth Floor
        Los Angeles, CA  90071-1560
        Tele:  (213) 683-9100

        *Counsel for Abbott Laboratories*

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 14, 2006.

Date: November 14, 2006.

            /s/ Michael S. D'Orsi
            Michael S. D'Orsi