UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY),<br><br>   *Plaintiffs*,<br><br>   v.<br><br>ABBOTT LABORATORIES,<br><br>   *Defendant*. | Civil Action No. 05-11150-DPW |

**ABBOTT LABORATORIES' ASSENTED TO MOTION
FOR IMPOUNDMENT OF CONFIDENTIAL INFORMATION**

Pursuant to Local Rule 7.2, Defendant Abbott Laboratories ("Abbott") respectfully moves this Court for leave to file the following documents under seal until further Order of the Court:

  a. Abbott Laboratories' Motion for Leave to File a Reply Memorandum in Support of Its Motion to Prohibit the Disclosure of Abbott Laboratories' Highly Confidential Documents to Dr. Fairweather Pursuant to the Stipulated Protective Order (with attached Exhibit A -- Abbott Laboratories' Reply Memorandum in Support of Its Motion to Prohibit the Disclosure of Abbott Laboratories' Highly Confidential Documents to Dr. Fairweather Pursuant to the Stipulated Protective Order) (the "Motion"); and

  b. Supplemental Declaration of Ozge Guzelsu (the "Declaration");

   The grounds for this motion are:

1228766.1

1.     This action arises out of a certain Research Funding Agreement (the "Agreement") dated March 13, 2001 between John Hancock ("John Hancock") and Abbott. The Agreement is, by its terms, confidential.

2.     The Motion and Declaration include confidential information regarding Abbott's development of certain compounds.

3.     In compliance with Local Rule 7.1(A)(2), Abbott has sought and obtained the consent of John Hancock to this Motion for Impoundment of Confidential Information.

WHEREFORE, Abbott respectfully requests that the Motion and Declaration be impounded until further Order of the Court. In addition, Abbott respectfully requests that the Court accept these documents provisionally under Seal pending the Court's ruling on this Motion. Upon termination of the impoundment period, Abbott will retrieve and take custody of the Motion and Declaration.

Dated: December 1, 2006

Respectfully submitted,

ABBOTT LABORATORIES

By: /s/ Michael S. D'Orsi
Michael S. D'Orsi

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com

and

Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
Eric J. Lorenzini (*pro hac vice*)
Ozge Guzelsu (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Tele:  (213) 683-9100

*Counsel for Abbott Laboratories*

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 1, 2006.

Date: December 1, 2006.

/s/ Michael S. D'Orsi
Michael S. D'Orsi

1228766.1                                       3