UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), <br><br> *Plaintiffs*, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> *Defendant*. | Civil Action No. 05-11150-DPW <br><br> **REQUEST FOR ORAL ARGUMENT** |

### ABBOTT LABORATORIES' EMERGENCY MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF WILLIAM DEMPSEY

Defendant Abbott Laboratories ("Abbott") hereby moves, pursuant to Fed. R. Civ. P. 26(c), for an order declaring that William Dempsey does not need to appear for deposition on December 13, 2006.

This Motion is brought as an emergency motion because the deposition of Mr. Dempsey is presently noticed for December 13, 2006, only eight days from today.

In support of this Motion, Abbott relies upon the accompanying (a) Memorandum of Abbott Laboratories in Support of Emergency Motion for Protective Order Regarding Deposition of William Dempsey, and (b) Declaration of Ozge Guzelsu, both of which are being filed contemporaneously herewith.

WHEREFORE, Abbott respectfully requests that this Court grant Abbott's Emergency Motion for Protective Order Regarding Deposition of William Dempsey, and grant such further relief as this Court deems just and appropriate.

## REQUEST FOR ORAL ARGUMENT

Abbott respectfully requests the Court set a date for a hearing on Abbott's Emergency Motion for Protective Order Regarding Deposition of William Dempsey. If at all possible, Abbott requests that this Court hear this motion tomorrow, December 6, 2006, during the motion hearing presently scheduled for 10:00 a.m. in this matter.

Dated: December 5, 2006                             Respectfully submitted,


                                                    ABBOTT LABORATORIES

                                                    By:  /s/ Michael S. D'Orsi
                                                         Michael S. D'Orsi

                                                    One of its attorneys

                                                    Peter E. Gelhaar (BBO#188310)
                                                    Michael S. D'Orsi (BBO #566960)
                                                    DONNELLY, CONROY & GELHAAR LLP
                                                    1 Beacon St., 33rd Floor
                                                    Boston, Massachusetts 02108
                                                    (617) 720-2880
                                                    peg@dcglaw.com
                                                    msd@dcglaw.com

                                                    and

                                                    Jeffrey I. Weinberger (*pro hac vice*)
                                                    Gregory D. Phillips (*pro hac vice*)
                                                    Eric J. Lorenzini *(pro hac vice)*
                                                    Ozge Guzelsu *(pro hac vice)*
                                                    MUNGER, TOLLES & OLSON LLP
                                                    355 South Grand Avenue
                                                    Thirty-Fifth Floor
                                                    Los Angeles, CA  90071-1560
                                                    Tele:  (213) 683-9100

                                                    *Counsel for Abbott Laboratories*

## LOCAL RULE 7.1 AND 37.1 CERTIFICATION

The undersigned hereby certifies that counsel for Abbott Laboratories has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues in this Motion.

/s/ Michael S. D'Orsi
Michael S. D'Orsi

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 5, 2006.

Date: December 5, 2006.

/s/ Michael S. D'Orsi
Michael S. D'Orsi

1229572.1

4