UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), <br><br> *Plaintiffs*, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> *Defendant*. | Civil Action No. 05-11150-DPW |

## DECLARATION OF ERIC LORENZINI

I, Eric Lorenzini, hereby declare and state:

1. I currently am employed as an associate at Munger, Tolles & Olson LLP. I make this declaration in support of Abbott Laboratories' and Dr. Jeffrey Leiden's Emergency Motion for a Protective Order Regarding the Deposition of Dr. Leiden. I make this declaration upon personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. In an effort to resolve the dispute over the scheduling of Dr. Leiden's deposition, my colleague Mr. Weinberger and I met and conferred with Mr. Davis in person in Boston on November 16, 2006. Mr. Weinberger repeated the offer to make Dr. Leiden available for deposition on December 14, 2006. He also offered to inquire into Dr. Leiden's availability

1229480.1

on other days during the week of December 11, 2006. Mr. Davis rejected those offers out of hand, saying he was unavailable the week of December 11, that a deposition of Dr. Leiden any day that week was out of the question and that Abbott should not bother to further discuss the issue. During that meeting, Mr. Weinberger also reiterated Abbott's offer to make an exception to the December 15 discovery cut-off and allow Dr. Leiden's deposition to proceed on January 5, 2007. Mr. Davis rejected the offer to schedule Mr. Leiden's deposition on January 5. Mr. Weinberger also informed Mr. Davis that since they had been unable to reach agreement on a deposition date, Mr. Davis would need to serve a subpoena on Dr. Leiden. Mr. Davis agreed to serve a subpoena and said he would contact Mr. Weinberger for Dr. Leiden's address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed this 5th day of December, 2006, in Los Angeles, California.

/s/ Eric Lorenzini
Eric Lorenzini

1229480.1

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 5, 2006.

Date: December 5, 2006.

/s/ Michael S. D'Orsi

1229480.1