**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE | ) | |
| COMPANY, JOHN HANCOCK | ) | |
| VARIABLE LIFE INSURANCE | ) | |
| COMPANY, and MANULIFE | ) | |
| INSURANCE COMPANY (f/k/a | ) | Civil Action No. 05-11150-DPW |
| INVESTORS PARTNER LIFE | ) | |
| INSURANCE COMPANY), | ) | |
| | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ABBOTT LABORATORIES, | ) | |
| | ) | |
| *Defendant*. | ) | |

**ABBOTT LABORATORIES' MOTION**
**FOR IMPOUNDMENT OF CONFIDENTIAL INFORMATION**

Pursuant to Local Rule 7.2, Defendant Abbott Laboratories ("Abbott") respectfully

moves for leave to file under seal its Memorandum in Support of its Reply to Defendant's

Motion to Strike Prayer for Rescission in Plaintiffs First Amended Complaint ("Reply

Memorandum") and Declaration of Eric J. Lorenzini in support thereof, dated March 2, 2007

("Declaration").  This motion is narrowly tailored to address only competitively sensitive

information – Abbott will file a public version of the Declaration with redaction of Exhibits C, F,

G,  J, K, and M and a public version of the Reply Memorandum with redaction of the text on

page 15 within one week of the filing of this motion.

Abbott respectfully requests that the unredacted version of the Reply Memorandum and

Declaration be impounded until further Order of the Court.  In addition, Abbott respectfully

requests that the Court accept the Reply Memorandum and Declaration provisionally under Seal

1247053.1

pending the Court's ruling on this Motion.  Upon termination of the impoundment period, Abbott

will retrieve and take custody of the Reply Memorandum and Declaration.

The grounds for this motion are that page 15 of the Reply Memorandum and Exhibits C,

F, G,  J, K, and M contain confidential and competitively sensitive information regarding

Abbott's development of various drug compounds.  For example, the ABT-518 Transition

Strategy (MMPI) contains detailed information regarding Abbott's strategic development of the

ABT-518 compound and the development budget for the compound.  *See* Declaration, Ex. C.

Likewise, page 15 of the Reply Memorandum and Exhibits C, F, G,  J, K, and M of the

Declaration include confidential information regarding Abbott's development of ABT-518,

ABT-594, and ABT-773 and other compounds, and its strategic analysis regarding such

compounds.  *See* Ex. C, F, G,  J, K, and M; Reply Mem. at 15.  Page 15 of the Reply

Memorandum also contains confidential information regarding a compound that is currently

under development at another company.  *See* Reply Mem. at 15.  All of the above-referenced

exhibits have been designated "Confidential" or "Highly Confidential" by Abbott pursuant to the

Protective Order.  *See* Declaration, Ex. C, F, G, J, K, and M.  Disclosure of the information

contained in these materials could cause competitive harm to Abbott by providing competitors

with proprietary information regarding Abbott's drug development program, as well as its

market analysis and business strategies.

WHEREFORE, Abbott respectfully requests that the Reply Memorandum and

Declaration be impounded until further Order of the Court.  In addition, Abbott respectfully

requests that the Court accept the Reply Memorandum and Declaration provisionally under Seal

pending the Court's ruling on this Motion.  Abbott will file a public version of the Declaration

with redaction of Exhibits C, F, G, J, K, and M and a public version of the Reply Memorandum

with redaction of the text on page 15.


Dated: March 2, 2007                    Respectfully submitted,

                                        ABBOTT LABORATORIES

                                        By:   /s/ Michael S. D'Orsi

                                        Peter E. Gelhaar (BBO#188310)
                                        Michael S. D'Orsi (BBO #566960)
                                        DONNELLY, CONROY & GELHAAR LLP
                                        1 Beacon St., 33rd Floor
                                        Boston, Massachusetts 02108
                                        (617) 720-2880
                                        peg@dcglaw.com
                                        msd@dcglaw.com

                                        and

                                        Jeffrey I. Weinberger (*pro hac vice*)
                                        Gregory D. Phillips (*pro hac vice*)
                                        Eric J. Lorenzini *(pro hac vice)*
                                        Ozge Guzelsu *(pro hac vice)*
                                        MUNGER, TOLLES & OLSON LLP
                                        355 South Grand Avenue
                                        Thirty-Fifth Floor
                                        Los Angeles, CA  90071-1560
                                        Tele:  (213) 683-9100

                                        *Counsel for Abbott Laboratories*



## LOCAL RULE 7.1 AND 37.1 CERTIFICATION

   The undersigned hereby certifies that counsel for Abbott Laboratories has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues in this Motion.

                                        /s/ Michael S. D'Orsi
Date: March 2, 2007

1247053.1                               3

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 2, 2006.

Date: March 2, 2007

_____ /s/ Michael S. D'Orsi _____