UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), | ) ) ) ) ) ) ) ) ) | Civil Action No. 05-11150-DPW |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| ABBOTT LABORATORIES, | ) ) | |
| *Defendant*. | ) | |

## ABBOTT LABORATORIES' MOTION FOR IMPOUNDMENT OF CONFIDENTIAL INFORMATION

Pursuant to Local Rule 7.2, Defendant Abbott Laboratories ("Abbott") respectfully moves for leave to file under seal its Errata Regarding the Declaration of Eric J. Lorenzini in Support of Abbott's Motion to Strike the Prayer for Rescission in Hancock's First Amended Complaint ("Errata") on the grounds that the Errata includes an exhibit containing competitively sensitive information. Concurrently with this motion, Abbott is filing a public version of the Errata in which only the competitively sensitive exhibit is redacted.

The grounds for this motion are that Exhibit 1 to the Errata contains competitively sensitive information regarding Abbott's development of various drug compounds and has been designated "Confidential" by Hancock pursuant to the Protective Order. *See* Errata, Ex. 1. Disclosure of the information contained in this exhibit could cause competitive harm to Abbott by providing competitors with proprietary information regarding Abbott's drug development.

1247937.1

WHEREFORE, Abbott respectfully requests that the Errata be impounded until further Order of the Court.  In addition, Abbott respectfully requests that the Court accept the Errata provisionally under Seal pending the Court's ruling on this Motion.  Concurrently with this motion, Abbott is filing a public version of the Errata in which only the competitively sensitive Exhibit 1 is redacted.

Dated: March 9, 2007 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ABBOTT LABORATORIES

　　　　　　　　　　　　　　　　　　　　　By:  _/s/ Michael S. D'Orsi __

　　　　　　　　　　　　　　　　　　　　　Jeffrey I. Weinberger (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Gregory D. Phillips (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Eric J. Lorenzini *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　Ozge Guzelsu *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　MUNGER, TOLLES & OLSON LLP
　　　　　　　　　　　　　　　　　　　　　355 South Grand Avenue
　　　　　　　　　　　　　　　　　　　　　Thirty-Fifth Floor
　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA  90071-1560
　　　　　　　　　　　　　　　　　　　　　Tele:  (213) 683-9100

　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　Peter E. Gelhaar (BBO#188310)
　　　　　　　　　　　　　　　　　　　　　Michael S. D'Orsi (BBO #566960)
　　　　　　　　　　　　　　　　　　　　　DONNELLY, CONROY & GELHAAR LLP
　　　　　　　　　　　　　　　　　　　　　1 Beacon St., 33rd Floor
　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　　　(617) 720-2880
　　　　　　　　　　　　　　　　　　　　　peg@dcglaw.com
　　　　　　　　　　　　　　　　　　　　　msd@dcglaw.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Abbott Laboratories*

## LOCAL RULE 7.1 AND 37.1 CERTIFICATION

  The undersigned hereby certifies that counsel for Abbott Laboratories has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues in this Motion.

                /s/ Michael S. D'Orsi

Date: March 9, 2007


## CERTIFICATE OF SERVICE

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 1, 2006.

Date: March 9, 2007

                /s/ Michael S. D'Orsi