UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY),<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Civil Action No. 05-11150-DPW<br>Hon. Judge Douglas P. Woodlock<br><br>**Public Redacted Version** |

### ERRATA RE: DECLARATION OF ERIC J. LORENZINI IN SUPPORT OF ABBOTT'S MOTION TO STRIKE THE PRAYER FOR RESCISSION IN HANCOCK'S FIRST AMENDED SUPPLEMENTAL COMPLAINT

Abbott Laboratories ("Abbott") respectfully submits this Errata regarding the Declaration of Eric J. Lorenzini in Support of Abbott's Motion to Strike the Prayer for Rescission in Hancock's First Amended Supplemental Complaint ("Lorenzini Declaration"). Abbott inadvertently attached the wrong document as Exhibit K to the Lorenzini Declaration. A corrected version of Exhibit K is attached hereto as Exhibit 1.

1248175.1

Respectfully submitted,

ABBOTT LABORATORIES

    /s/ Michael S. D'Orsi

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com

and

Jeffrey I. Weinberger (pro hac vice)
Gregory D. Phillips (pro hac vice)
Eric J. Lorenzini (pro hac vice)
Ozge Guzelsu (pro hac vice)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
(213) 683-9100

Dated:  March 9, 2007          *Counsel for Abbott Laboratories*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 9, 2007.

Date: March 9, 2007.

                                                          /s/ Michael S. D'Orsi

1248175.1

**EXHIBIT 1**

# EXHIBIT K

From:     Lynn C. Klotz [LynnKlotz@compuserve.com]
Sent:     Tuesday, June 20, 2000 6:46 PM
To:       Blewitt, Stephen
Subject:  Preliminary Abbott basket analysis

It took me less time than I thought to consolidate my notes, so here it is in the attachment. I will not do any more work, until we agree on next steps. I am a little under two days work so far.

— Lynn



CONFIDENTIAL
JH 003080

**REDACTED –
CONFIDENTIAL
(JH 002081-002090)**