## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), | ) ) ) ) ) ) ) ) | Civil Action No. 05-11150-DPW |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | |
| ABBOTT LABORATORIES, | ) ) | |
| *Defendant*. | ) | |

### AFFIDAVIT OF OZGE GUZELSU IN SUPPORT OF MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION TOPICS 1 AND 2 OF HANCOCK'S RULE 30(b)(6) DEPOSITION NOTICE

I, Ozge Guzelsu, hereby state that:

1.      I currently am employed as an associate at Munger, Tolles & Olson LLP.  I submit this declaration in support of Defendant Abbott Laboratories' ("Abbott's") Motion for Protective Order Regarding Deposition Topics 1 and 2 of Hancock's Rule 30(b)(6) Deposition Notice.  If called as a witness, I could and would testify competently to the facts stated herein.

2.      Attached hereto as Exhibit A are true and correct copies of .excerpts from the deposition of Dr. Bruce McCarthy taken September 29, 2006.

3.    Attached hereto as Exhibit B are true and correct copies of excerpts of the deposition of Dr. Bruce McCarthy taken March 16, 2007.

4.    Attached hereto as Exhibit C are true and correct copies of excerpts of the deposition of Dr. Christopher Silber taken February 9, 2007.

5.    Attached hereto as Exhibit D are true and correct copies of excerpts of the deposition of Marilyn Collicott taken September 27, 2006.

6.    Attached hereto as Exhibit E are true and correct copies of excerpts of the deposition of James Thomas taken April 13, 2007.

7.    Attached hereto as Exhibit F are true and correct copies of excerpts of the deposition of Michael Meyer taken January 23, 2007.

8.    Attached hereto as Exhibit G are true and correct copies of excerpts of the deposition of Andrea Landsberg taken February 16, 2007.

9.    Attached hereto as Exhibit H are true and correct copies of excerpts of the deposition of Dr. Paul Andrews taken April 4, 2007.

10.    Attached hereto as Exhibit I are true and correct copies of excerpts of the deposition of Dr. Perry Nisen taken November 22, 2006.

11.    Attached hereto as Exhibit J are true and correct copies of excerpts of the deposition of Dr. Azmi Nabulsi taken January 24, 2007.

12.    Attached hereto as Exhibit K are true and correct copies of excerpts of the deposition of Diane D'Amico taken October 26, 2006.

13.    Attached hereto as Exhibit L are true and correct copies of excerpts of the deposition of Diane D'Amico taken November 28, 2006.

14.    Attached hereto as Exhibit M are true and correct copies of excerpts of the

- 2 -

deposition of Jim Looman taken February 1, 2007.

15.    Attached hereto as Exhibit N are true and correct copies of excerpts of the deposition of Elizabeth Kowaluk taken October 10, 2006.

16.    Attached hereto as Exhibit O are true and correct copies of excerpts of the deposition of Lise Loberg taken February 2, 2007.

17.    Attached hereto as Exhibit P are true and correct copies of excerpts of the deposition John Leonard taken November 30, 2006.

18.    Attached hereto as Exhibit Q are true and correct copies of excerpts of the deposition of Jeffrey Leiden taken April 26, 2007.

19.    Attached hereto as Exhibit R are true and correct copies of excerpts of the deposition of Philip Deemer taken October 27, 2006.

20.    Attached hereto as Exhibit S is a true and correct copy of Hancock's Revised Notice of Deposition pursuant to Rule 30(b)(6), dated March 26, 2007.

21.    Attached hereto as Exhibit T is a true and correct copy of Hancock's Notice of Deposition pursuant to Rule 30(b)(6), dated March 30, 2007.

22.    Attached hereto as Exhibit U are true and correct copies of excerpts of the deposition of Keith Hendricks taken April 27, 2007.

23.    Attached hereto as Exhibit V is a true and correct copy of a letter from Jeffrey Weinberger, Esq. to Brian Davis, Esq., dated April 13, 2007.

24.    Attached hereto as Exhibit W is a true and correct copy of a letter from Joseph Zwicker, Esq. to Jeffrey Weinberger, Esq. dated April 18, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this affidavit is executed this 7th day of May, 2007, in Los Angeles, California.



Ozge Guzelsu

2868126.1

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 7, 2007.

Date: May 7, 2007.

/s/ Michael S. D'Orsi
Michael S. D'Orsi

2868126.1

Exhibit A,
Filed Under Seal

Exhibit B,
Filed Under Seal

Exhibit C,
Filed Under Seal

Exhibit D,
Filed Under Seal

Exhibit E,
Filed Under Seal

# Exhibit F,
# Filed Under Seal

Exhibit G,
Filed Under Seal

Exhibit H,
Filed Under Seal

# Exhibit I,
# Filed Under Seal

# Exhibit J,
# Filed Under Seal

Exhibit K,
Filed Under Seal

# Exhibit L,
# Filed Under Seal

Exhibit M,
Filed Under Seal

Exhibit N,
Filed Under Seal

Exhibit O,
Filed Under Seal

Exhibit P,
Filed Under Seal

Exhibit Q,
Filed Under Seal

Exhibit R,
Filed Under Seal

**EXHIBIT S**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY), | ) ) ) ) ) ) ) |
|  | ) CIVIL ACTION NO. 05-11150-DPW |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ABBOTT LABORATORIES, | ) ) |
| Defendant. | ) ) |

## REVISED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Insurance Company) (collectively, "John Hancock") will take the deposition of defendant Abbott Laboratories on Friday, April 27, 2007, commencing at 9:30 a.m. at the offices of Levenfeld Pearlstein, LLC, 2 North LaSalle Street, Suite 1300, Chicago, Illinois, or such other location as may be mutually agreed to by the parties. Abbott shall designate, prepare and produce one or more knowledgeable officers, directors, or other representatives to testify on its behalf as to the topics set forth below.

PLEASE TAKE FURTHER NOTICE that the deposition noticed above will be recorded stenographically, and through real-time court reporting, such as by LiveNote. The deposition also may be recorded by audio or video technology, such as videotape. The deposition will be taken before a notary public or other person authorized to administer oaths and will continue from day-to-day until completed, Saturdays, Sundays and holiday excepted.

### Definitions

For purposes of this Notice, John Hancock adopts the "Uniform Definitions in Discovery Requests" contained in Local Rule 26.5. The following additional terms shall have the meanings set forth below:

1. "You," "your" and "Abbott" shall mean defendant Abbott Laboratories, its various corporate parents, subsidiaries, affiliates, subdivisions and departments, and any and all representatives, successors, assigns, officers, directors, employees, agents, attorneys or other persons or entities who have acted or purported to act for or on behalf of any of them.

2. "John Hancock" shall mean collectively defendants John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Life Insurance Company), their various subsidiaries, affiliates, divisions and departments, and any and all representatives, successors, assigns, officers, directors, employees, agents, auditors, attorneys or other persons or entities who have acted or purported to act for or on behalf of any of them, including, without limitation, representatives of the StoneTurn Group.

3. The "Research Funding Agreement" shall mean the Research Funding Agreement by and between Abbott and John Hancock, dated as of March 13, 2001.

-2-

4. The "Program Compounds" shall have the meaning set forth in the Research Funding Agreement.

5. "Regarding" shall have the same meaning as "concerning."

6. "Any" also shall mean "all," and "all" also shall mean "any."

## Topics Of Examination

1. Abbott's usual policies, practices, procedures and methodologies, as of 2000 and 2001, for projecting future sales and revenues for the Program Compounds or other pharmaceutical compounds under development by Abbott, including, but not limited to:

    a. how Abbott considered or analyzed market opportunities for such compounds;

    b. how Abbott considered or analyzed actual or potential competing products for such compounds;

    c. any market data or other information considered by Abbott in projecting sales and revenues for such compounds;

    d. how Abbott considered or analyzed the likelihood of regulatory success for such compounds;

    e. how Abbott considered or analyzed commercialization costs, such as manufacturing and marketing costs, for such compounds;

    f. how Abbott considered or analyzed potential profits for such compounds;

    g. the identity and responsibilities of the persons who had primary responsibility within Abbott for projecting future sales and revenues for such compounds; and

    h. any other factor that Abbott considered or analyzed in projecting future sales and revenues for such compounds.

2.     The specific policies, practices, procedures and methodologies utilized by Abbott to project future sales and revenues for the Program Compound known as ABT-518 in 2000 and 2001, including, but not limited to, the policies, practices, procedures and methodologies utilized by Abbott to prepare the sales projections set forth in the documents attached hereto as <u>Exhibit A</u>.

3.     The specific policies, practices, procedures and methodologies utilized by Abbott to project future sales and revenues for the Program Compound known as ABT-594 in 2000 and 2001, including, but not limited to, the policies, practices, procedures and methodologies utilized by Abbott to prepare the sales projections set forth in the documents attached hereto as <u>Exhibit B</u>.

4.     The specific policies, practices, procedures and methodologies utilized by Abbott to project future sales and revenues for the Program Compound known as ABT-773 in 2000 and 2001, including, but not limited to, the policies, practices, procedures and methodologies utilized by Abbott to prepare the sales projections set forth in the documents attached hereto as <u>Exhibit C</u>.

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY, and
MANULIFE INSURANCE COMPANY
(f/k/a INVESTORS PARTNER INSURANCE
COMPANY)

By its attorneys,

Brian A. Davis (BBO No. 546462)
Joseph H. Zwicker (BBO No. 560219)
Karen Collari Troake (BBO No. 566922)
Richard C. Abati (BBO No. 651037)
Stacy Blasberg (BBO No. 657420)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Tele: (617) 248-5000
Fax: (617) 248-4000

Date:   March 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic and overnight mail upon Peter E. Gelhaar, Esq., Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, and Gregory D. Phillips, Esq., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071, on this 26th day of March, 2007.

Richard C. Abati

-6-

# EXHIBIT A

ABT- 518

**Total -- Base**

**Project Information**

Franchise Name: Oncology
Program Name: ABT-518 (MMPI)
Abbreviated Program Name: ABT-518
Project Title: MMPI
Abbreviated Project Title: MMPI
ASTR: ABT-518
Patent Expiration:
Current Phase:
Project Type: Development
Project Goal: Indication

**Contact Information:**

Domestic Contact: Lief TopoClaude Inc.
International Contact: Ari Namboodripad
R&D Contact: Alois Balder

**Development Timeline**

| Phase | | Quarter | Year | Funding |
|---|---|---|---|---|
| Pre-Clin | | 1 | 2000 | -- |
| Ph I | | 1 | 2001 | 28 |
| Ph II | | 4 | 2002 | 49 |
| Ph III | | 4 | 2003 | 84 |
| Filing (PDUFA date, if known) | | 2 | 2006 | -- |
| Launch | | | 2008 | -- |

**Success Probabilities**

| | Preclin | Ph I | Ph II | Ph III | Launch |
|---|---|---|---|---|---|
| Abbott (History) | 68% | 67% | 58% | 87% | 15% |
| (Lehman/CSFB/MS) | 40% | 70% | 50% | 60% | 8% |
| (MM) | 50% | 75% | 51% | 85% | 12% |
| A. Little (L) | 6% | 13% | 20% | 50% | 0% |
| A. Little (M) | 31% | 36% | 26% | 74% | 4% |
| A. Little (H) | 50% | 77% | 50% | 100% | 25% |
| ABT Proj. – Base | 100% | 50% | 65% | 50% | 13% |
| ABT Proj. – Upside | | 50% | 65% | 50% | 13% |
| ABT Proj. – Lower | 100% | 50% | 60% | 50% | 13% |
| *Includes registration | | | | | |

**HIGHLY CONFIDENTIAL**

ABBT 0003362

ABT- 518

Total – Upside

HIGHLY
CONFIDENTIAL

ABBT 0003363

HIGHLY
CONFIDENTIAL

ABBT 0003364

**EXHIBIT B**

**ABT- 594**          **Total – Base**

### Project Information
Franchise Name: Analgesia
Program Name: ABT-594
Abbreviated Program Name: ABT-594
Project Title: Chronic Persistent Pain
Abbreviated Project Title: CPP
Abbreviated Project Title: ABT-594
Patent Expiration: 2016
Content Phase: 9
Project Type: Development
Project Goal: Indication

### Contact Information
PPB Commercial Contact: Andrea Landsberg
At Commercial Contact: Lowe Release
R&D Contact: Bishops Mase

### Development Timeline
| Initiate | Quarter | Year | Funding |
|---|---|---|---|
| Pre-Clin | 1 | 1997 | |
| Ph I | 3 | 1997 | |
| Ph II | 0 | 1998 | |
| Ph III | 0 | 2003 | |
| Filing (reg. submission) | 3 | 2004 | |
| Launch | | | |

(Financial projection table by year — Gross Sales, Domestic Sales, International Sales, Net Sales, Less: Cost of Sales, Standard Margin, Less: Other Manufacturing Costs/Net, Division Manufacturing Margin, Mkg. Management Exit, Project Expense, Royalties Net, Freight, Dist. & Public Warehouse, Subtotal Other Cost of Goods Sold, Distribution Margin, Research & Development, Research & Dev. Marketplace, Subtotal R & D, Materials, SG&A M/Cu (Operation Admin), Division Margin, Taxes, Net Income — figures not legibly reproducible.)

Pre-Clinical
Phase I
Phase II
Phase III
Phase IV
Total R&D

Discount Rate 12.5%
Division Margin Analysis
R&D to Launch
Productivity Index
Short-Term Revenue
Long-Term Division Margin
Peak-Year Margin
Expected Value (DM)
R&D Cost (NPV)
Project Expected NPV
Productivity Prod Index

### Success Probabilities
| | Preclin | Ph I | Ph II | Ph III | Launch |
|---|---|---|---|---|---|
| Abbott (History) | 65% | 57% | 55% | 67% | 16% |
| Lab/Merck/Zeneca | 40% | 70% | 50% | 66% | 8% |
| CANB | 50% | 75% | 75% | 65% | 13% |
| A. Little (L) | 5% | 15% | 20% | 50% | 0% |
| A. Little (M) | 31% | 36% | 50% | 74% | 6% |
| A. Little (H) | 50% | 77% | 67% | 100% | 26% |
| ABT Prod. - Base | 100% | 80% | 80% | 80% | 15% |
| ABT Prod. - Upside | 100% | 100% | 100% | 100% | 15% |
| ABT Prob - Low | 100% | 100% | 50% | 50% | 3% |

1 includes registration

HIGHLY
CONFIDENTIAL

ABBT 0003365

ABT - 594    |    Total – Upside



HIGHLY
CONFIDENTIAL

ABBT 0003366



HIGHLY
CONFIDENTIAL

ABBT 0003367

ABT- 594

Total – Base

**Project Information**

Patentable Name: Abatapide
Program Name: ABT-594
Abbreviated Program Name: ABT-594
Project Title: Neuro Pain
Abbreviated Project Title: Neuro
ATTN: ABT-594
Patent Expiration: 2018
Current Phase: II
Project Type: Development
Project Genl. Indication

**Contact Information:**

FPD Commercial Contact: Andrea Lemberg
AI Commercial Contact: Liam Robinson
R&D Contact: Barbara Nona

**Developmental Timeline**

Success Probabilities

HIGHLY
CONFIDENTIAL

ABBT 0003368

ABT - 594 | Total ~ Upside

HIGHLY
CONFIDENTIAL

ABBT 0003369

ABT- 594

Total ~ Low



HIGHLY
CONFIDENTIAL

ABBT 0003370

ABT- 594    Total – Base

**Project Information**

Franchise Name: Pain
Program Name: ABT-594
Abbreviated Program Name: ABT-594
Project Title: Nociceptive Pain
Abbreviated Project Title: Nociceptive Pain
ABT#: ABT-594
Patent Expiration: 2016
Current Phase: II
Project Type: Development
Project Goal: Publication

**Contact Information:**

PPD Concept(s)/Owner(s):    Andrea Landsberg
AI Commercial Contact:    Leos Robinson
R&D Contact:    Barbara Moise

HIGHLY CONFIDENTIAL

ABBT 0003416

ABT- 594

Total ~ Upside

Row labels (left column):
- Domestic Sales
- International Sales
- Net Sales
- Standard Margin
- Less - Other Mfg Costs, Net
- Subtotal, Manufacturing Margin
- Mfg. Management Exp.
- Project Expense
- Pipelines, Net
- Freight
- Dist. & Traffic Warehouse
- Subtotal, Other Costs of Goods Sold
- Distribution Margin
- Research & Development
- Resources & Ops. (Medicines)
- Subtotal, R&D
- Levical
- SG&A (Adol, Salesforce, Admin)
- Division Margin
- Taxes
- Net Income

Analysis box (bottom):
- Discount Rate    12.0%
- Division Margin Analysis    NPV
    PIR
- R&D I/o Launch
- Productivity Index
- Short-Term Revenue
- Long-Term Division Margin
- Peak Year Margin
- Expected Value (EV)
- R&D Cost NPV
- R&D Presuade

- XX3 (13 year analysis)
- XX35 (15 year analysis)
- $ (Total of all Yrs w/o P+1, P+4, P4 RE costs)
- $ (Total of all Yrs w/o P+1, P+4, P4 RE costs)
- 1.65 (DNPV of DM for 15 years / NPV of R&D for 15 years)
- 21 (2007-2020 Revenue)
- 205 (2007-2011 Division Margin)
- $4
- 5 (16 yr analysis)
- 5 (15 yr analysis)
- 94

Column headers (years): Year 0 (2000), LIP Year 1 (2001), Year 2 (2002), Year 3 (2003), Year 4 (2004), Year 5 (2005), Year 6 (2006), Year 7 (2007), Year 8 (2008), Year 9 (2009), Year 10 (2010), Year 11 (2011), Year 12 (2012), Year 13 (2013), Year 14 (2014), Year 15 (2015), Year 16 (2016), Total

HIGHLY CONFIDENTIAL

ABBT 0003417

ABT- 594

Total ~ Low



HIGHLY
CONFIDENTIAL

ABBT 0003418

# EXHIBIT C

ABT- 773     Total – Base

**Project Information**

Franchise Name: Anti-Infectives
Program Name: ABT-773 (Ketolide)
Abbreviated Program Name: ABT-773
Project Title: Tablet
Abbreviated Project Title: ABT-773
ASTIR: ABT-773
Patent Expiration: 2016
Current Phase: III
Project Type: Development
Project Goal: Indication

**Contact Information:**

Domestic Contact: Rick Maraj
International Contact: Laura Robinson
R&D Contact: Ed Brown

**Development Timeline**

| Initiate | | Quarter | Year |
|---|---|---|---|
| Pre-Clin | | | |
| Ph I | | | |
| Ph II | | | |
| Ph III | | | |
| Filing | | | |
| Launch | | | |

HIGHLY CONFIDENTIAL

ABBT 0003443

**Success Probabilities**

| | PreClin | Ph I | Ph II | Ph III | Launch |
|---|---|---|---|---|---|
| Abbott (History) | 68% | 57% | 55% | 67% | 65% |
| Lehman/Zemeta | 40% | 70% | 70% | 80% | 8% |
| CMR | 50% | 50% | 51% | 65% | 12% |
| A. Little (L) | 5% | 18% | 20% | 50% | 0% |
| A. Little (M) | 31% | 39% | 59% | 74% | 4% |
| A. Little (H) | 50% | 77% | 87% | 100% | 85% |
| ABT Proj - Base | 100% | 100% | 100% | 60% | 60% |
| ABT Proj - Upside | 100% | 100% | 100% | 60% | 60% |
| ABT Proj - Low | 100% | 100% | 100% | 60% | 60% |

ABT- 773

Total ~ Upside

HIGHLY
CONFIDENTIAL

ABT 0003444

ABT- 773

Total – Low

| | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Gross US Sales
International Sales
Net Sales

Less: Costs of Sales
Standard Margin

Subtotal: Manufacturing Margin
    Less: Other Mfg Costs, Net
    Mfg. Management Exp.
    Project Expense
    Payroll, I&M
    Freight
    Dist. & Public Warehouse

Subtotal: Cost of Goods Sold
Distribution Margin
    Research & Development
    Research & Dev., Warehouse
    Medical, R&D

    Medical
    SG&A (MK, Selections, Admin)
    Royalties
    Taxes

Division Royalty
Net Income

Division Margin Analysis
    R&D to Launch
    Productivity Index
    Short-Term Revenue
    Long-Term Division Margin
    Peak Year Margin
    Expected Value (E/V)
    R&D Cross NPV
    Title Percentile

HIGHLY
CONFIDENTIAL

ABBT 0003445

**EXHIBIT T**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY), | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 05-11150-DPW |
| v. | ) ) | |
| ABBOTT LABORATORIES, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Insurance Company) (collectively, "John Hancock") will take the deposition of defendant Abbott Laboratories on April 12, 2007 commencing at 9:30 a.m. at the offices of Levenfeld Pearlstein, LLC, 2 North LaSalle Street, Suite 1300, Chicago, Illinois, or such other location as may be mutually agreed to by the parties. Abbott shall designate, prepare and produce one or more knowledgeable officers, directors, or other representatives to testify on its behalf as to the topics set forth below.

PLEASE TAKE FURTHER NOTICE that the deposition noticed above will be recorded stenographically, and through real-time court reporting, such as by LiveNote. The deposition also may be recorded by audio or video technology, such as videotape. The deposition will be taken before a notary public or other person authorized to administer oaths and will continue from day-to-day until completed, Saturdays, Sundays and holidays excepted.

### Definitions

For purposes of this Notice, John Hancock adopts the "Uniform Definitions in Discovery Requests" contained in Local Rule 26.5. The following additional terms shall have the meanings set forth below:

1.    "You," "your" and "Abbott" shall mean defendant Abbott Laboratories, its various corporate parents, subsidiaries, affiliates, subdivisions and departments, and any and all representatives, successors, assigns, officers, directors, employees, agents, attorneys or other persons or entities who have acted or purported to act for or on behalf of any of them.

2.    "Abbott's Senior Management" shall mean the Abbott personnel who had or have overall responsibility, authority and accountability for managing Abbott's Global Pharmaceutical Research and Development organization and operations, including, without limitation, Miles D. White and the "Senior Management" referenced in Abbott Document No. ABBT0101924.

3.    "John Hancock" shall mean collectively defendants John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Life Insurance Company), their various subsidiaries, affiliates, divisions and departments, and any and all representatives, successors, assigns,

-2-

officers, directors, employees, agents, auditors, attorneys or other persons or entities who have acted or purported to act for or on behalf of any of them, including, without limitation, representatives of the StoneTurn Group.

4.    The "Research Funding Agreement" shall mean the Research Funding Agreement by and between Abbott and John Hancock, dated as of March 13, 2001.

5.    The "Program Compounds" shall have the meaning set forth in the Research Funding Agreement.

6.    "Program Term" shall have the meaning set forth in the Research Funding Agreement.

7.    "Regarding" shall have the same meaning as "concerning."

8.    "Any" also shall mean "all," and "all" also shall mean "any."

9.    "And" as well as "or" shall be construed both disjunctively and conjunctively to mean "and/or."

### Topics Of Examination

1.    Abbott's knowledge and belief concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-518 as of March 13, 2001.

2.    Abbott's knowledge and belief concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-594 as of March 13, 2001.

3.     Abbott's knowledge and belief concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-773 as of March 13, 2001.

4.     The knowledge and belief of each member of Abbott's Senior Management concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-518 as of March 13, 2001.

5.     The knowledge and belief of each member of Abbott's Senior Management concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-594 as of March 13, 2001.

6.     The knowledge and belief of each member of Abbott's Senior Management concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-773 as of March 13, 2001.

7.     Abbott's valuation of, and methods for valuing (including, without limitation, any models used in such valuations) the Program Compound known as ABT-518 at any time from January 1, 2001 to the present.

8.     Abbott's valuation of, and methods for valuing (including, without limitation, any models used in such valuations) the Program Compound known as ABT-594 at any time from January 1, 2001 to the present.

9.     Abbott's valuation of, and methods for valuing (including, without limitation, any models used in such valuations) the Program Compound known as ABT-773 at any time from January 1, 2001 to the present.

10.     Abbott's nominal or intended and reasonably expected spending on the Program Compound known as ABT-518 at any time from January 1, 2001 to the present.

-4-

11.    Abbott's nominal or intended and reasonably expected spending on the Program Compound known as ABT-594 at any time from January 1, 2001 to the present.

12.    Abbott's nominal or intended and reasonably expected spending on the Program Compound known as ABT-773 at any time from January 1, 2001 to the present.

13.    Abbott's reasons for discontinuing or terminating the development of the Program Compound known as ABT-518.

14.    Abbott's reasons for discontinuing or terminating the development of the Program Compound known as ABT-594.

15.    Abbott's reasons for discontinuing or terminating the development of the Program Compound known as ABT-773.

16.    All communications among or between Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the prospects or condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-518.

17.    All communications among or between Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the prospects or condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-594.

18.    All communications among or between Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the prospects or condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-773.

19.    All communications among and between senior Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the actual or potential discontinuation or termination of development of the Program Compound known as ABT-518.

20.    All communications among and between senior Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the actual or potential discontinuation or termination of development of the Program Compound known as ABT-594.

21.    All communications among and between senior Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the actual or potential discontinuation or termination of development of the Program Compound known as ABT-773.

22.    The creation of, analysis reflected in, or actions taken by Abbott in connection with, the document attached hereto as Exhibit A as it pertains to the Program Compounds known as ABT-518, ABT-594 and ABT-773.

23.    The creation of, analysis reflected in, or actions taken by Abbott in connection with, the document attached hereto as Exhibit B as it pertains to the Program Compounds known as ABT-518, ABT-594 and ABT-773.

24.    The creation of, analysis reflected in, or actions taken by Abbott in connection with, the document attached hereto as Exhibit C as it pertains to the Program Compound known as ABT-594.

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY, and
MANULIFE INSURANCE COMPANY
(f/k/a INVESTORS PARTNER INSURANCE
COMPANY)

By its attorneys,

_____
Brian A. Davis (BBO No. 546462)
Joseph H. Zwicker (BBO No. 560219)
Karen Collari Troake (BBO No. 566922)
Richard C. Abati (BBO No. 651037)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Tele: (617) 248-5000
Fax: (617) 248-4000

Date:   March 30, 2007

4191661.1

-7-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic and overnight mail upon Peter E. Gelhaar, Esq., Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, and Gregory D. Phillips, Esq., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071, on this 30th day of March, 2007.

Richard C. Abati

-8-

# Exhibit A

## INITIAL PORTFOLIO PRIORITIZATION

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Anti-infectives**<br>ABT-492 | C | • Address safety issues (including QTc) with internal/<br>   expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | - |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | - |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and<br>   liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• J. Leonard<br>• I. Loew | - |
| **Urology**<br>BSF 420627 | P | • Set up task force to address issues and bring back plan<br>   to senior management<br>   – Reasons for failure of the SKB ETa/b antagonist<br>   – Design short (~4 week) PoP trial for symptom relief<br>   – Rationale for sustained release formulation<br>   – Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| **Hypothyroidism**<br>T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| **Asthma**<br>Hokunalin tape | P | • Conduct market research on acceptance by different<br>   patient segments<br>• Determine how to position against long acting beta<br>   agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the<br>   patch technology | • A. Higgins/<br>  E. Fiorentino<br>• J. Tyree | • May |

0        0

HIGHLY CONFIDENTIAL
ABBT0155581

## INITIAL PORTFOLIO PRIORITIZATION   (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Oncology**<br>ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br>• CMC group | • As planned |
| ABT-518 | Hold | • Wait for May results from Pfizer  (will save ~$1mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)- further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective - further in-depth review required, e.g.,<br>  – Determine if there is a PoC to support claim<br>  – Address GMP issues<br>  – Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard<br><br><br><br><br>• J. Tyree | • By May<br><br><br><br><br>• By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>  – Determine how to ensure NDA filing in 2004<br>  – Get FDA input since survival not primary endpoint<br>  – Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Leonard, P. Nisen<br><br><br><br><br>• J. Tyree | • ASAP<br><br><br><br><br>• By May |

HIGHLY CONFIDENTIAL
ABBT0155582

## INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Cardiology/ thrombosis Darusentan (LU 135252) | Hold | • Continue currently budgeted funding for next 6 months<br>• Do not start any new trials (e.g., hypertension planned for May)<br>• If proceed, plan for pilot to look at effects in sperm and tetralogenecity<br>• Consider out-license or swap | • Project team<br><br>• J. Tyree | • Ongoing<br><br>• ASAP |
| LU 208075 | Hold | • Continue currently budgeted funding for next six months<br>• Look at Myogen deal<br>• Out-license or swap | • Project team<br>• J. Tyree | • ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open cath<br>• Match versus tPA in dose-ranging studies to determine efficacy | • E. Florentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Civarine | C | • Assessment by HPD (review previous evaluation and new trial data)<br>• Understand finished product manufacturing cost | • E. Ogunro<br><br>• B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing<br>• Verify if package is likely approvable<br>• Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

2     2

HIGHLY CONFIDENTIAL
ABBT0155583

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Neuroscience<br>ABT 994 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/ July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list)<br>• Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • J. Tyree<br><br>• Project team | • TBD |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel<br>• Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc<br>• Understand Novartis contract and level of interest | • I. Loew<br><br>• Project team<br><br>• J. Tyree | • By May |
| BSF 190555 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • I. Loew | • As above |
| BSF 74398 | C | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team<br>• J. Tyree | • By May |
| Dilaudid Oros | Hold | • Return to ALZA or out-license to other interested partner | • J. Tyree | • TBD |
| Hydrocodone | C | • Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • Project team | • By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue – probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

3          3

HIGHLY CONFIDENTIAL<br>ABBT0155564

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Gastro-enterology Ganaton | P | • Conduct U.S. commercial assessment with TAP<br>• Assess how to position in Europe versus generics and implications for comparative trial<br>• Develop model to assess spend at different termination points | • E. Florentino<br><br>• Bob Funck | • By June<br><br>• By May |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise)<br>• Conduct market research on IBS versus constipation (including pricing) | • Project team<br><br>• E. Florentino | • ASAP |
| Immunology D2E7 | C | • Conduct intensive product review<br>  –2 day meeting with J. Leonard's group (already in process)<br>  –½ day session with senior management group<br>• Important actions include<br>  –Approach FDA for fast track and compassionate use<br>  –Develop strategy for DMARD claim in first submission<br>  –Assess need for Enbrel assay to detect HAHAs<br>  –Assess delivery device options<br>  –Evaluate additional indications (e.g., Psoriasis, Crohns, heart failure) and pediatric program<br>  –Profile Celltech product<br>  –Assess impact of additional IV program on reimbursement<br>• Develop list of potential marketing partners for quids | • J. Leonard<br><br><br>• Various<br><br><br><br><br><br><br><br><br>• J. Tyree | • By May<br><br><br>• By May |

4        4

HIGHLY CONFIDENTIAL
ABBT0155585

**INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)**

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|------------|----------------|--------|
| **Immunology** *(continued)* |  |  |  |  |
| Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US – consider creating a small team in the US to analyse data, propose smaller PII study<br>• Research pricing, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-8<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard<br><br><br><br><br><br>• J. Tyree | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • E. Florentino<br><br>• J. Tyree<br><br>• Ongoing | • ASAP |

5     5

HIGHLY CONFIDENTIAL
ABBT0155586

## INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| PIV programs | | | | |
| Clarithromycin | C | • None identified | - | - |
| Omnicef | C | • Talk to partners | • J. Tyree | - |
| Kaletra | C | • None identified | - | - |
| Norvir | C | • None identified | - | - |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Amoli, E. Florentino | • ASAP |
| | | • Assess combination therapy with libraies | • Project team | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | | |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Florentio | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | - |
| Depakote | C | • None identified | - | - |
| Gengraf | C | • None identified | - | - |

6        6

HIGHLY CONFIDENTIAL
ABBT0155587

# Exhibit B

## INITIAL PORTFOLIO PRIORITIZATION

O- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Anti-infectives**<br>ABT-492 | O | • Address safety issues (including QTc) with internal/<br>expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | • |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | • |
| ABT-773 | O | • Assess side effects issues with expert review (QTc and<br>liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• J. Leonard<br>• I. Loew | • |
| **Urology**<br>BSF 420627 | P | • Set up task force to address issues and bring back plan<br>to senior management<br>– Reasons for failure of the SKB ETa/b antagonist<br>– Design short (~4 week) PoP trial for symptom relief<br>– Rationale for sustained release formulation<br>– Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| **Hypothyroidism**<br>T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| **Asthma**<br>Hokunalin tape | P | • Conduct market research on acceptance by different<br>patient segments<br>• Determine how to position against long acting beta<br>agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the<br>patch technology | • A. Higgins/<br>E. Florentino<br><br>• J. Tyree | • May |

O          O

HIGHLY CONFIDENTIAL
ABBT0155602

## INITIAL PORTFOLIO PRIORITIZATION   (CONTINUED)

O- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| **Oncology** | | | | |
| ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br><br>• CMC group | • As planned |
| ABT-518 | Hold/T | • Wait for May results from Pfizer  (will save ~$1mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)- further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective - further in-depth review required, e.g.,<br>-- Determine if there is a PoC to support claim<br>-- Address GMP issues<br>-- Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard<br><br><br><br><br>• J. Tyree | • By May<br><br><br><br><br>• By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>-- Determine how to ensure NDA filing in 2004<br>-- Get FDA input since survival not primary endpoint<br>-- Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Leonard,<br>P. Nisen<br><br><br><br><br>• J. Tyree | • ASAP<br><br><br><br><br><br>• By May |

1     1

HIGHLY CONFIDENTIAL
ABBT0155603

## INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Cardiology/ thrombosis | | | | |
| Darusentan (LU 135252) | Hold/T | • Continue currently budgeted funding for next 6 months<br>• Do not start any new trials (e.g., hypertension planned for May)<br>• Consider out-license or swap | • Project team<br><br>• J. Tyree | • Ongoing<br><br>• ASAP |
| LU 209075 | Hold/T | • Continue currently budgeted funding for next six months<br>• Look at Myogen deal<br>• Out-license or swap | • Project team<br>• J. Tyree | • ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open oath<br>• Match versus tPA in dose-ranging studies to determine efficacy | • E. Fiorentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Clivarine | C | • Assessment by HPD (review previous evaluation and new trial data)<br>• Understand finished product manufacturing cost | • E. Ogunro<br><br>• B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing<br>• Verify if package is likely approvable<br>• Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

2      2

HIGHLY CONFIDENTIAL
ABBT0155604

## INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Neuroscience<br>ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/ July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list)<br>• Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • J. Tyree<br>• Project team | • TBD |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel<br>• Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc<br>• Understand Novartis contract and level of interest | • I. Loew<br>• Project team<br>• J. Tyree | • By May |
| BSF 190555 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • I. Loew | • As above |
| BSF 74398 | C (no cost) | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team<br>• J. Tyree | • By May |
| Dilaudid Oros | Hold/T | • Return to ALZA or out-license to other interested partner | • J. Tyree | • TBD |
| Hydrocodone | C | • Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • Project team | • By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue - probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

3    3

HIGHLY CONFIDENTIAL
ABBT0155605

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Gastro-enterology Ganaton | P | • Conduct U.S. commercial assessment with TAP | • E. Florentino | • By June |
| | | • Assess how to position in Europe versus generics and implications for comparative trial | • Bob Funck | • By May |
| | | • Develop model to assess spend at different termination points | | |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise) | • Project team | • ASAP |
| | | • Conduct market research on IBS versus constipation (including pricing) | • E. Florentino | |
| Immunology D2E7 | C | • Conduct intensive product review | • J. Leonard | • By May |
| | | – 2 day meeting with J. Leonard's group (already in process) | | |
| | | – ½ day session with senior management group | | |
| | | • Important actions include | • Various | • By May |
| | | – Approach FDA for fast track and compassionate use | | |
| | | – Develop strategy for DMARD claim in first submission | | |
| | | – Assess need for Enbrel assay to detect HAHAs | | |
| | | – Assess delivery device options | | |
| | | – Evaluate additional indications  (e.g., Psoriasis, Crohns, heart failure) and pediatric program | | |
| | | – Profile Celltech product | | |
| | | – Assess impact of additional IV program on reimbursement | | |
| | | • Develop list of potential marketing partners for quids | • J. Tyree | |

4      4

HIGHLY CONFIDENTIAL
ABBT0155606

INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Immunology *(continued)* Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US – consider creating a small team in the US to analyse data, propose smaller PII study<br>• Research pricing, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-6<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard<br><br><br><br><br><br>• J. Tyree | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • E. Florentino<br><br>• J. Tyree<br><br>• Ongoing | • ASAP |

6     5

HIGHLY CONFIDENTIAL
ABBT0155607

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| PIV programs | | | | |
| Clarithromycin | C | • None identified | - | - |
| Omnicef | C | • None identified | - | - |
| Kaletra | C | • None identified | - | - |
| Norvir | C | • None identified | - | - |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Amoli, E. Fiorentino | • ASAP |
| | | • Assess combination therapy with fibrates | • Project team | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | | |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "Invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Fiorentino | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | |
| Depakote | C | • None identified | - | - |
| Gengraf | C | • None identified | - | - |

6      6

HIGHLY CONFIDENTIAL
ABBT0155608

# Exhibit C

-NOV. 20. 2003  8:23AM

NO. 1275   P. 20

# ANALGESIA VENTURE

## 2001 PLAN

### Revised 1/26/01

To:

John Leonard
Chris Silber
George Carter
Bruce McCarthy
Mike Blamesen
Steve Cohen
Mike Higgins
Mike Comilla
Matt Russell
Tom Woldat
Barbara Massa
Marleen Ver Linden

Highly Confidential

ABBT0503356

NOV. 20. 2003  8:23AM    NO. 1275  P. 21

**Analgesia Venture**
**2001 PLAN Review (Pass II)**
**Table of Contents**

| | |
|---|---|
| 1 | Summary of Projects |
| 2 | ABT-594 Key Statistics |
| 3 | ABT-594 Grants |
| 4-5 | ABT-594 Project Expense |
| 6 | ABT-089 Key Statistics |
| 7 | ABT-089 Grants |
| 8 | ABT-089 Project Expense |
| 9 | NPS 1776 Key Statistics |
| 10 | NPS 1776 Grants |
| 11 | NPS 1776 Project Expense |
| 12 | ABS-103 Key Statistics |
| 13 | ABS-103 Grants |
| 14 | ABS-103 Project Expense |
| 15 | ABT-963 Key Statistics |
| 16 | ABT-963 Grants |
| 17 | ABT-963 Project Expense |
| 18 | Venture Functional Expense |
| 19 | Blue Plan Summary |

Highly Confidential

ABBT0503357

Analgesia Venture
Summary
2001 PLAN Pass II

| | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav/(Unfav) Var |
|---|---|---|---|---|
| ABT - 594 | 8,900 | 14,411 | 9,307 | (407) a |
| ABT - 089 | --- | 3,000 | 613 | (613) b |
| NPS - 1776 | --- | --- | 537 | (537) c |
| ABS - 103 | --- | --- | --- | --- b |
| ABT - 963 | --- | 4,000 | 1,186 | (1,186) b |
| Venture Total | 8,900 | 21,411 | 11,643 | (2,743) |

a Includes a $120,000 charge from SPD not in Oracle
b Completion of work started in 2000, bringing it to a logical holding position.
c Includes a $490,000 charge from SPD included in Oracle in error.

Highly Confidential

ABBT0503358

Amigeda Venture
ABT-594
2001 PLAN KEY STATISTICS Pass II
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav/(Unfav) Yr |
|---|---|---|---|---|
| Neuronal nicotinic receptor antagonist (Milestones Funded to Go/No Go June, 2001) | 8,900 | 14,411 | 9,307 | (407) |

| Key Milestones / Assumptions | In Refined Deced | Last CRF | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|---|---|
| - IND Filing | | | 2/98 | 2/98 | Completed |
| - Initiate Phase II - U.S. | Apr-01 | Nov-01 | 7/98 | 7/98 | Completed |
| - Go/No Go Clinical Efficacy (Phase IIa) | Aug-01 | Nov-01 | 9/99 | 9/99 | Completed |
| - Go/No Go Clinical Efficacy (Phase IIb) | Apr-01 | Jul-01 | 2/01 | 6/01 | Delayed |
| - Initiate Phase III - U.S. | | | 9/01 | 4/02 | Delayed |
| - File NDA US / EMEA EU | | | 5/03 | 9/03 | Delayed |

| PARD | In Refined Deced | Last CRF | 00 AGU | 01 PLAN | Status |
|---|---|---|---|---|---|
| - Analytica Dev & Support | | | 879 | 641 | Analyze F, Support Mitsuoka Chem & Process Justification |
| - Formulation Dev & Support | | | 745 | 226 | Formulation scale-up and process optimization |
| - Clinical Finishing | | | 607 | 145 | Completion of n099=114, Phelog 3 Ph 1 study supplies |
| - Project Management Support | | | 178 | 63 | Coordination of activities and support of go/no go meeting prep |
| - PARD Total | | | 2,409 | 1,075 | |

Total Venture Management
Expense: $3,564 a decrease of $807 resulting from milestone funding ($2,256 represents full year fixed/overhead)
Authorized Heads: Flat to AGU until July, 2001, ABT-594, Go/No Go Decision, no headcount after July, 2001

| | | Heads 2000 AGU | | Heads 2001 PLAN | | SPD Requirements | | | | Cost | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Start | End | Start | End | Kgs | Heads | Total | 00 AGU | Mel Cost | 01 PLAN | Variance |
| | | | | Apr-01 | Dec-01 | 5 | 1 | 165 | 165 | 71 | 165 | 165 |
| | | | | Feb-01 | Nov-01 | 3 | 1 | 300 | | 120 | 300 | 300 |
| | | | | Mar-01 | Sep-01 | | | 500 | | | 500 | 500 |
| | | Apr-00 | Nov-00 | Apr-00 | May-00 | | | 3,100 | 3,000 | | 3,000 | 100 A |
| | | | | | | | | 4,065 | 3,000 | | 1,065 | |

Clinical Grants

| | | In Refined Deced | Last CRF | Heads 2000 AGU Start | End | Heads 2001 PLAN Start | End |
|---|---|---|---|---|---|---|---|
| **Phase I** | | | | | | | |
| M98-971 | Human Metabolism 3H | Apr-01 | Nov-01 | | | Apr-01 | Dec-01 |
| TBD | fMRI | Aug-01 | Nov-01 | | | Feb-01 | Nov-01 |
| TBD | Titration Optimization | Apr-01 | Jul-01 | | | Mar-01 | Sep-01 |
| **Phase IIb** | | | | | | | |
| M99-114 | Neuropathic Pain | Apr-00 | Mar-02 | Apr-00 | Nov-00 | Apr-00 | May-00 |
| Total | | | | | | | |

A Increased cost (cost) of additional CRO monitoring costs.

Analgesia Ventures
CLINICAL GRANTS
ABT-594
2001 PLAN Pass II

| Study | BUDGET | Protocol | 2000 AGU Estimate Start | End | Total $ | Prior | 2000 | Future | Grant Total | 2001 PLAN Estimate Start | End | Total $ | Prior | 2001 | Future | Grant Total | 2001 PLAN vs 00 AGU PAY/(DEFRAY) $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Program** | | | | | | | | | | | | | | | | | |
| **Phase II** | | | | | | | | | | | | | | | | | |
| Bone Metabolism 3H | M99-471 | | | | | | | | | 8 Apr-01 Dec-01 | | 165,000 | | 165,000 | | 165,000 | (165,000) |
| DeltO/Trauma pain model | | | | | | | | | | 13 Feb-01 Nov-01 | | 300,000 | | 300,000 | | 300,000 | (300,000) |
| Tinnitus/Cycloid/tinnitus | | | | | | | | | | 24 Mar-01 Sep-01 | | 500,000 | | 500,000 | | 500,000 | (500,000) |
| **Phase IIb:** | | | | | | | | | | | | | | | | | |
| Neuropathic Pain (Diabetic) | M99-116 | 370 Apr-00 Nov-00 | 3,000,000 | | 3,000,000 | 3,000,000 | | | | 370 Feb-00 May-01 | | 3,100,000 | 3,000,000 | 100,000 | | 3,100,000 | (100,000) |
| **Phase IIb:** | | | | | | | | | | | | | | | | | |
| **BLUE PLAN** | | | | | | | | | | | | | | | | | |
| Chronic Provident Pain Publication | M99-513 | | | | | | | | | 460 Jul-01 Mar-03 | | 5,245,000 | | 5,947,133 1,113,667 | | 5,264,800 | (2,947,133) 3,502,133 |
| Spat and Blue Plan Studies | | | | | | | | | | (5,281,000) | | (5,281,000) | | (3,547,373) (1,733,667) | | (5,281,000) | |
| **Adjustments:** | | | | | | | | | | | | | | | | | |
| Back out Clin Pharm Deviation | | | | | | | | | | | | 1,965,000 | 3,295,100 | 1,965,000 | (0) | 4,965,000 | (1,000,069) |
| **TOTAL** | | 3,000,000 | | 3,000,000 | 3,000,000 | | 3,000,000 | | | | | 4,948,000 | 3,295,100 | 4,948,000 | (0) | 4,948,000 | (1,948,069) |

## PHARMACEUTICAL PRODUCTS RESEARCH AND DEVELOPMENT
### 2000 AUGUST UPDATE / 2001 PLAN
### G0-143010  CCM ABT594 (BASE & ORAL PAIN)
#### ($000)

| 26-Jan-01<br>4:04 PM | 2000<br>APU | 2000<br>AGU | FAV/(UNFAV)<br>AUG. UPD VS.<br>APR. UPD. | 2001<br>PLAN | FAV/(UNFAV)<br>PLAN VS.<br>AUG. UPD. |
|---|---|---|---|---|---|
| **PPD INVESTIGATIONAL DR** | | | | | |
| PPD Investigational Drug QA | 23 | 55 | (32) | 86 | (32) |
| | 23 | 55 | (32) | 86 | (32) |
| **Venture Management** | | | | | |
| Analgesia/CCM Venture | 4,739 | 4,493 | 246 | 3,988 | 505 |
| | 4,739 | 4,493 | 246 | 3,988 | 505 |
| **Discovery** | | | | | |
| Advanced Technology | 25 | 50 | (25) | 26 | 24 |
| Neurological & Urological Res | ... | ... | ... | 51 | (51) |
| | 25 | 50 | (25) | 77 | (28) |
| **Drug Safety** | | | | | |
| Experimental Science | 23 | 70 | (46) | 187 | (118) |
| Clinical Drug Analysis | 290 | 290 | ... | 409 | (120) |
| Toxicology | 1,366 | 896 | 471 | 233 | 663 |
| Pathology | 604 | 572 | 32 | 493 | 79 |
| Comparative Medicine | 591 | 591 | ... | 34 | 557 |
| Strategic & Exploratory Science | 4 | ... | 4 | 7 | (7) |
| | 2,877 | 2,417 | 460 | 1,362 | 1,055 |
| **Pharm Analytical R&D** | | | | | |
| ANALYTICS DEV & SUPPORT | 791 | 879 | (88) | 641 | 238 |
| FORMULATION DEV & SUPPORT | 764 | 745 | 19 | 226 | 519 |
| CLINICAL FINISHING | 403 | 607 | (204) | 145 | 462 |
| PROJECT MGMT SUPPORT | 197 | 178 | 20 | 63 | 115 |
| | 2,155 | 2,409 | (254) | 1,075 | 1,334 |
| **PHASE-I CENTER** | | | | | |
| Phase-I Admin/Pharmacokinetics | 185 | 185 | ... | 259 | (74) |
| ACPRU | 23 | 25 | (2) | 367 | (343) |
| | 208 | 210 | (2) | 627 | (417) |
| **Development Operations** | | | | | |
| Data Management | 475 | 475 | ... | 259 | 216 |
| Statistics | 160 | 171 | (11) | 129 | 42 |
| ABBOTT RES & LIBRARY INF-ARL | 89 | 89 | ... | 140 | (51) |
| | 724 | 735 | (11) | 528 | 207 |
| **Regulatory Affairs** | | | | | |
| Regulatory Affairs | 20 | 20 | ... | 151 | (131) |
| Research QA | 131 | 80 | 50 | 82 | (1) |
| | 151 | 100 | 50 | 232 | (132) |
| **Medical Affairs** | | | | | |
| Genetics/Admin | ... | ... | ... | 2 | (2) |
| Medical Services | 53 | 53 | ... | 10 | 43 |
| Outcomes Res./Admin. | 42 | 42 | ... | 37 | 5 |
| | 95 | 95 | ... | 49 | 46 |
| **Administration** | | | | | |
| R&D Operations/Project Services | 75 | 43 | 32 | 45 | (2) |
| | 75 | 43 | 32 | 45 | (2) |
| **AI MANPOWER** | | | | | |
| International Manpower | 50 | 20 | 30 | 53 | (33) |

Friday, January 26, 2001 4:04:48 PM

PROJECT GLOBAL PPD REPORT BY PROJ SUBDIV

Highly Confidential

ABBT0503361

PHARMACEUTICAL PRODUCTS RESEARCH AND DEVELOPMENT
**2000 AUGUST UPDATE / 2001 PLAN**
**G0- 143010   CCM ABT594 (BASE & ORAL PAIN)**

($000)

| 26-Jan-01 4:04 PM | 2000 APU | 2000 AGU | FAV/(UNFAV) AUG. UPD VS. APR. UPD. | 2001 PLAN | FAV/(UNFAV) PLAN VS. AUG. UPD. |
|---|---|---|---|---|---|
| | 50 | 20 | 30 | 53 | (33) |
| **PPD R&D SERVICES PURCH** | | | | | |
| SPD Services Purchased | 235 | 235 | ... | ... | 235 |
| | 235 | 235 | ... | ... | 235 |
| **CLINICAL GRANTS** | | | | | |
| CLINICAL GRANTS | 3,000 | 2,800 | 200 | 1,065 | 1,735 |
| | 3,000 | 2,800 | 200 | 1,065 | 1,735 |
| | 14,357 | 13,661 | 696 | 9,187 | 4,474 |

*SPD*

*120*

*9,307*

Highly Confidential                                               ABBT0503362

# Exhibit U,
# Filed Under Seal

**EXHIBIT V**

MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE

THIRTY-FIFTH FLOOR

LOS ANGELES, CALIFORNIA 90071-1560

TELEPHONE (213) 683-9100

FACSIMILE (213) 687-3702

———

560 MISSION STREET

SAN FRANCISCO, CALIFORNIA 94105-2907

TELEPHONE (415) 512-4000

FACSIMILE (415) 512-4077

April 13, 2007

WRITER'S DIRECT LINE
(213) 683-9127
(213) 683-5127 FAX
Jeffrey.Weinberger@mto.com

**VIA E-MAIL AND US MAIL**

Brian A. Davis
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts  02110

Re:  *Hancock v. Abbott Laboratories, No. 05-11150-DPW*

Dear Brian

       This is in response to your letter of April 10, 2007 regarding the parties'
respective Rule 30(b)(6) deposition notices.

**Hancock's Rule 30(b)6 Notice**

       On topics 1 and 2, Hancock has already deposed, or is scheduled to depose, the
individuals most knowledgeable regarding these topics.  As you know, the key individuals who
were in charge of both of these programs are former employees.  As you recognized in your
letter, we do not have the obligation to "seek out and collect information from former personnel"
in preparing a Rule 30(b)(6) witness.  Any witness that Abbott would now produce on these
topics would be required to read this deposition testimony and, to the extent he/she could
remember it, repeat it to you.  This is a colossal waste of time and resources, and we do not
propose to engage in it.  However, as I indicated in my April 9 letter, we are willing to designate
deposition testimony on these subjects as to which Abbott would agree to be bound in the same
manner as if a 30(b)(6) witness was produced.

MUNGER, TOLLES & OLSON LLP

Brian A. Davis
Two International
April 13, 2007
Page 2

Your letter refers to inconsistencies or other problems with the testimony to date regarding these subjects. If you could be more specific, and identify any particular information that you believe you do not have and which could be provided by a Rule 30(b)6 witness, we will reevaluate our position.

On topic no. 3, Abbott intends to designate Stanley Bukofzer. Since Dr. Bukofzer is already scheduled to be deposed on April 25 on the same subjects, we expect that you can combine his individual deposition with the deposition under Rule 30(b)(6).

Abbott designates Dr. John Leonard as its Rule 30(b)(6) representative concerning topics 22 through 23. As you know, Dr. Leonard's deposition has been postponed to a date in May at your request in return for your agreeing to postpone the Blewitt and Klotz depositions. We expect to give you dates for Dr. Leonard after you provide us with dates for Messrs. Blewitt and Klotz. We are looking into the issue of the appropriate witness for topic 24.

### Abbott's 30(b)6 Notice

Please provide dates for the Rule 30(b)(6) witnesses you agreed to produce as well as the identity of those witnesses. With respect to topics 5 through 8 of Abbott's notice, we do not need a separate Rule 30(b)(6) deposition for Mr. Friedman because we will be taking his deposition in May anyway. However, please do not interpret this statement as acquiescing to the admission of any expert opinions which were not timely disclosed in accordance with the Federal Rules, as we will vigorously oppose any attempt to do so. Simply stated, regardless of whom you designate, it is our position that neither Mr. Friedman nor any other expert may offer testimony at trial on these subjects because it was not disclosed in expert reports. Of course any "fact" testimony that Mr. Friedman would try to offer would clearly be hearsay.

In connection with requests 10 through 21, to the extent they pertain to Hancock's Committee of Finance, we are entitled to a clear statement from you that Hancock has no present information about the bases or criteria for the Committee of Finance's approval of investments in 2001 or, in the alternative, to a witness who can tell us what this knowledge is.

Finally, with respect to Abbott's topics 22 through 23, we will reserve our rights and wait until your Rule 30(b)(6) witnesses have testified to determine whether to pursue this further. I will note, however, that you are refusing to produce these witnesses on the same basis as stated in our objections to your requests 13 through 21.

Sincerely,

Jeffrey I. Weinberger

JIW:ncm
2738421.1

MUNGER, TOLLES & OLSON LLP

Brian A. Davis
Two International
April 13, 2007
Page 3


bcc:    Peter N. Witty
        Greg S. Phillips
        Eric J. Lorenzini
        Ozge Guzelsu
        Kathryn Herrity
        Sonia Arteaga

**EXHIBIT W**

# C|H|O|A|T|E

CHOATE HALL & STEWART LLP

April 18, 2007

Joseph H. Zwicker
(617) 248-5065
jzwicker@choate.com

BY ELECTRONIC AND OVERNIGHT MAIL

Jeffrey I. Weinberger, Esquire
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

Re:  John Hancock Life Insurance Company, *et al.*
     v. Abbott Laboratories
     U.S.D.C. (Mass.) Civil Action No. 05-11150-DPW

Dear Jeff:

I am responding to your letter of April 13, 2007 to Brian Davis which we received after the close of business on Friday. Brian is out of the office this week. I understand that we are attempting to schedule a call later today that may resolve some outstanding scheduling issues.

**Hancock's Rule 30(b)(b) Notice**

Jeff, we are entitled to Abbott's knowledge regarding topics 1 and 2. Thus far, the testimony from the individual deponents on these subjects may fairly be characterized as incomplete. Persons from whom we would have expected to obtain relevant testimony, such as Bruce McCarthy, Chris Silber, and Phil Deemer, regularly claimed a lack of recollection of key events that were codified in documents they authored. Perhaps John Leonard is the appropriate choice for these topics. I'll leave that decision to Abbott.

We're amenable to combining Bukofzer's individual and 30(b)(6) testimony assuming we're not going to be limited to the 7 hours for both events. Unfortunately, for several reasons (including that I've just been notified that I have to argue a preliminary injuction motion in Springfield, MA on April 25), the April 25 date needs to be moved back a few days. We can discuss that later.

We're working on dates for Blewitt, Klotz, and Friedman and will attempt to schedule them as you requested for May 8-10.

---

Letter to Jeffrey I. Weinberger, Esq.
MUNGER, TOLLES & OLSON LLP
April 18, 2007
Page 2


**Abbott's 30(b)(6) Notice**

For topics 10-21, we plan to designate Willma Davis regarding issues related to the Bond Investment Committee. We propose Ms. Davis' deposition here in Boston on the morning of April 24, 2007. Ms. Davis has some half days available that week but I would not expect that her deposition would take more than a morning. I am continuing to work with Hancock to discover whether there is information relating to the activities of the Finance Committee as set forth in your Notice.

**Other Depositions**

Brian will shortly propose dates for Leonard and Tucker. Can you give me dates for Rodda's during the weeks of May 14 and 21st?

Thanks for your cooperation.

Very truly yours,

Joseph H. Zwicker

cc:    Gregory D. Phillips, Esq. (by electronic and regular mail)
       Peter E. Gelhaar, Esq. (by regular mail)
       Michael S. D'Orsi, Esq. (by regular mail)
       Brian A. Davis, Esq.

4143192.2