UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY),<br><br>        Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | CIVIL ACTION NO. 05-11150-DPW |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE MEMORANDUM IN RESPONSE TO ABBOTT LABORATORIES' OPPOSITION TO STONETURN'S MOTION TO QUASH**

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company and Manulife Insurance Company (collectively, "John Hancock" or "Hancock") hereby move this Court for leave to file a brief Memorandum, not to exceed five (5) pages, in response to Abbott Laboratories' Opposition to Motion of Nonparty StoneTurn Group, LLP to Quash or Modify Subpoena (Docket Entry No. 125) ("Opposition"). Counsel for Abbott Laboratories ("Abbott") has assented-to this Motion.

John Hancock respectfully submits that a brief memorandum is justified because: (1) Abbott is attempting to seek from StoneTurn the type of information and documents that Abbott previously refused to provide to Hancock, i.e., information in relation to other audits;

4203231v1

(2) Abbott's request that Hancock stipulate that it would not rely on other audits of companies other than Abbott or be subject to a Court order prohibiting such evidence has no merit; and (3) Abbott implies that its prior examination of StoneTurn's representatives was hampered because they had not been provided documents related to other audits, but Abbott had never previously requested those documents. John Hancock believes that its proposed memorandum will assist the Court in addressing these issues and the Motion to Quash on the merits.

**WHEREFORE**, John Hancock respectfully requests that it be granted leave to submit a memorandum in response to Abbott Laboratories' Opposition to Motion of Nonparty StoneTurn Group, LLP to Quash or Modify Subpoena, containing no more than five (5) pages of text, within three (3) business days of the Court granting this Motion.

Respectfully submitted,

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY and
MANULIFE INSURANCE COMPANY

By their attorneys,

/s/ Karen Collari Troake
Brian A. Davis (BBO No. 546462)
Joseph H. Zwicker (BBO No. 560219)
Karen Collari Troake (BBO No. 566922)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: 617-248-5000

Date:  May 10, 2007

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Plaintiffs hereby certifies that, on May 9, 2007, counsel for John Hancock conferred in good faith with counsel for Abbott in an effort to resolve or narrow the issues that are the subject of this Motion and counsel for Abbott assented-to this Motion.

/s/ *Karen Collari Troake*
Karen Collari Troake

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic and overnight mail upon Eric J. Lorenzini, Esq., Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, CA 90071 and Peter E. Gelhaar, Esq., Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, Massachusetts 02108, on this the 10th day of May, 2007.

/s/ Karen Collari Troake
Karen Collari Troake

4203231v1