UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY),<br><br>*Plaintiffs*,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>*Defendant*. | Civil Action No. 05-11150-DPW |

**ABBOTT LABORATORIES' MOTION
FOR IMPOUNDMENT OF CONFIDENTIAL INFORMATION**

Pursuant to Local Rule 7.2, Defendant Abbott Laboratories ("Abbott") respectfully moves for leave for to file the Affidavit of Eric J. Lorenzini ("Lorenzini Affidavit), filed concurrently with the Reply in support of the Motion for Protective Order Regarding Deposition Topics 1 and 2 of Hancock's Rule 30(b)(6) Deposition Notice, under seal.  This motion is narrowly tailored to address only competitively sensitive information regarding Abbott's drug development program.  Within five days, Abbott will file a public version of the Lorenzini affidavit in which only the exhibits containing confidential information (Exhibits B, D, G, J, K, and L) will be redacted.

Abbott respectfully requests that the unredacted version of the Lorenzini Affidavit be impounded until further Order of the Court.  In addition, Abbott respectfully requests that the Court accept the Lorenzini Affidavit provisionally under Seal pending the Court's ruling on this

2959244.1

Motion.  Upon termination of the impoundment period, Abbott will retrieve and take custody of the Lorenzini Affidavit.

The grounds for this motion are that Exhibits B, D, G, J, K, and L contain confidential and competitively sensitive information regarding Abbott's development of various drug compounds.  Disclosure of the information contained in these documents could cause competitive harm to Abbott by providing competitors with proprietary information regarding Abbott's drug development program, as well as its market analysis and business strategies.

WHEREFORE, Abbott respectfully requests that the Lorenzini Affidavit be impounded until further Order of the Court.  In addition, Abbott respectfully requests that the Court accept the Lorenzini Affidavit provisionally under Seal pending the Court's ruling on this Motion.  Within five days, Abbott will submit a public version of the Lorenzini Affidavit in which only the exhibits containing confidential information (Exhibits B, D, G, J, K, and L) will be redacted.

Dated:  May 18, 2007                    Respectfully submitted,

                                        ABBOTT LABORATORIES

                                        By:  _/s/ Michael S. D'Orsi

                                        Peter E. Gelhaar (BBO#188310)
                                        Michael S. D'Orsi (BBO #566960)
                                        DONNELLY, CONROY & GELHAAR LLP
                                        1 Beacon St., 33rd Floor
                                        Boston, Massachusetts 02108
                                        (617) 720-2880
                                        peg@dcglaw.com
                                        msd@dcglaw.com

                                        and

                                        Jeffrey I. Weinberger (*pro hac vice*)
                                        Gregory D. Phillips (*pro hac vice*)
                                        Eric J. Lorenzini (*pro hac vice*)
                                        Ozge Guzelsu (*pro hac vice*)

>MUNGER, TOLLES & OLSON LLP
>355 South Grand Avenue
>Thirty-Fifth Floor
>Los Angeles, CA 90071-1560
>Tele: (213) 683-9100
>
>*Counsel for Abbott Laboratories*

### LOCAL RULE 7.1 AND 37.1 CERTIFICATION

The undersigned hereby certifies that counsel for Abbott Laboratories has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues in this Motion.

>/s/ Michael S. D'Orsi

Date: May 18, 2007

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 18, 2007.

Date: May 18, 2007

>/s/ Michael S. D'Orsi