UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY), | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 05-11150-DPW |
| v. | )<br>)<br>) | |
| ABBOTT LABORATORIES, | )<br>) | |
| Defendant. | )<br>) | |

**JOINT MOTION TO MODIFY**
**SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Life Insurance Company) (collectively, "John Hancock") and defendant Abbott Laboratories ("Abbott") (collectively, the "Parties") hereby move, pursuant to Local Rule 16.1(G), to modify the Scheduling Order issued by the Court's Minute Order of January 5, 2007 (the "Scheduling Order") and with respect to the deadlines for filing and briefing motions for summary judgment. Grounds for this joint motion are as follows:

1. The Parties have been endeavoring to meet the deadlines established by the current Scheduling Order, including, but not limited to, the June 29, 2007 deadline for filing

motions for summary judgment. Due to various scheduling conflicts, however, depositions are not expected to be complete before the end of this month.

    2.    As a consequence of the foregoing, the Parties jointly propose a modest extension of the existing summary judgment deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Filing of Motions for Summary Judgment: | June 29, 2007 | July 20, 2007 |
| Filing of Oppositions to Motions for Summary Judgment: | July 31, 2007 | August 21, 2007 |
| Filing of Replies to Oppositions to Motions for Summary Judgment: | August 21, 2007 | September 11, 2007 |

    3.    Pursuant to this proposed schedule, briefing on the parties' respective summary judgment motions, if any, will be complete on or before September 11, 2007.

WHEREFORE, the parties jointly and respectfully request that the Court grant this Joint Motion to Modify the Scheduling Order and Set Briefing Schedule for the reasons stated herein.

| ABBOTT LABORATORIES | JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY |
|---|---|
| By its attorneys, | By their attorneys, |
| */s/ Gregory D. Phillips*<br>Jeffrey I. Weinberger (*pro hac vice*)<br>Gregory D. Phillips (*pro hac vice*)<br>Eric Lorenzini (*pro hac vice*)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Tele:  (213) 683-9100 | */s/ Brian A. Davis*<br>Brian A. Davis (BBO No. 546462)<br>Joseph H. Zwicker (BBO No. 560219)<br>Karen Collari Troake (BBO No. 566922)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tele:  (617) 248-5000 |

Date:   June 18, 2007

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Plaintiffs hereby certifies that counsel for the parties conferred in good faith in an effort to resolve or narrow the issues that are the subject of this Motion.

/s/ Brian A. Davis
Brian A. Davis

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on June 18, 2007.

/s/ Brian A. Davis
Brian A. Davis

4222379.1