UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), | ) ) ) ) ) ) ) ) | |
|  | ) | CIVIL ACTION NO. 05-11150-DPW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ABBOTT LABORATORIES, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' ASSENTED TO MOTION FOR
IMPOUNDMENT OF CONFIDENTIAL INFORMATION**

Pursuant to Local Rule 7.2, Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a/ Investors Partner Life Insurance Company) (collectively, "John Hancock" or "Plaintiffs") respectfully move this Court for leave to file the following documents under seal until further Order of the Court:

1. Plaintiffs' Motion to Compel Defendant Abbott Laboratories to Provide a Complete and Accurate Response to John Hancock's Interrogatory Seeking Abbott's Actual Spending During "Each Year of the Four-Year Program Term" (the "Motion");

2. Plaintiffs' Memorandum in Support of Their Motion to Compel Defendant Abbott Laboratories to Provide a Complete and Accurate Response to John Hancock's

        Interrogatory Seeking Abbott's Actual Spending During "Each Year of the Four-Year Program Term" (the "Memorandum");

3.    [Proposed] Order Granting Plaintiffs' Motion to Compel Defendant Abbott Laboratories to Provide a Complete and Accurate Response to John Hancock's Interrogatory Seeking Abbott's Actual Spending During "Each Year of the Four-Year Program Term" (the "Proposed Order"); and

4.    Affidavit of Stacy L. Blasberg, dated July 13, 2007, with supporting exhibits (collectively, the "Blasberg Affidavit").

The grounds for this motion are:

1.    This action arises out of a certain Research Funding Agreement, (the "Agreement") dated March 13, 2001, between John Hancock and Abbott Laboratories ("Abbott"). The Agreement is, by its terms, confidential.

2.    The Motion, Memorandum, Proposed Order, and Blasberg Affidavit rely upon and discuss the confidential terms of the Agreement.

3.    The terms of the Agreement may not be disclosed without the prior consent of the non-disclosing party. Throughout this action, the Agreement has not been publicly disclosed.

4.    In compliance with Local Rule 7.1(A)(2), John Hancock has sought and obtained the consent of Abbott to this Motion for Impoundment of Confidential Information.

WHEREFORE, John Hancock respectfully requests that the Motion, Memorandum, Proposed Order, and Blasberg Affidavit be impounded until further Order of the Court. In addition, John Hancock respectfully requests that the Court accept these documents provisionally under Seal pending the Court's ruling on this Motion. Upon termination of the impoundment period, John Hancock will retrieve and take custody of the Motion, Memorandum, Proposed Order, and Blasberg Affidavit.

-3-

        Respectfully submitted,

        JOHN HANCOCK LIFE INSURANCE
        COMPANY, JOHN HANCOCK VARIABLE
        LIFE INSURANCE COMPANY AND
        MANULIFE INSURANCE COMPANY

        By their attorneys,

        */s/ Stacy L. Blasberg*
        Brian A. Davis (BBO No. 546462)
        Joseph H. Zwicker (BBO No. 560219)
        Richard C. Abati (BBO No. 651037)
        Stacy L. Blasberg (BBO No. 657420)
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, Massachusetts 02110
        Telephone: 617-248-5000

Date: July 13, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on July 13, 2007.

        */s/ Stacy L. Blasberg*
        Stacy L. Blasberg

4231044v1