**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY), | |
| Plaintiffs, | CIVIL ACTION NO. 05-11150-DPW Hon. Judge Douglas P. Woodlock |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendants. | |

**ABBOTT'S MOTION TO IMPOUND THE AFFIDAVIT
OF ERIC J. LORENZINI IN SUPPORT OF MOTION TO COMPEL
HANCOCK TO PRODUCE ARBITRATOR'S OPINION REJECTING TESTIMONY
OF HANCOCK'S DAMAGES EXPERT REGARDING ALLEGED LOST PROFITS**

Pursuant to Local rule 7.2, Defendant Abbott Laboratories ("Abbott") respectfully moves

for leave to file the Affidavit of Eric J. Lorenzini in Support of Abbott's Motion to Compel

Hancock to Produce Arbitrator's Opinion Rejecting Testimony of Hancock's Damages Expert

Regarding Alleged Lost Profits and attached exhibits ("Lorenzini Affidavit") under seal. This

motion is narrowly tailored to address only competitively sensitive information regarding

Abbott's drug development program. Within five business days, Abbott will file a public version

of the Lorenzini Affidavit in which only the exhibits containing confidential information will be

redacted.

Abbott respectfully requests that the unredacted version of the Lorenzini Affidavit be

impounded until further Order of the Court. In addition, Abbott respectfully requests that the

3359113.1

Court accept the Lorenzini Affidavit provisionally under Seal pending the Court's ruling on this

Motion.  Upon termination of the impoundment period, Abbott will retrieve and take custody of

the unredacted version of the Lorenzini Affidavit.

The grounds for this motion are that the Lorenzini Affidavit contains confidential and

competitively sensitive information regarding Abbott's development of various drug compounds

and Hancock's investment in such development.  Disclosure of the information contained in this

document could cause competitive harm to Abbott by providing competitors with proprietary

information regarding Abbott's drug development program, as well as its market analysis and

business strategies.  Hancock does not oppose this motion.

ABBOTT LABORATORIES


By its attorneys


/s/  Michael S. D'Orsi
Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

and

Jeffrey I. Weinberger (Admitted Pro Hac Vice)
Gregory D. Phillips (Admitted Pro Hac Vice)
Eric J. Lorenzini (Admitted Pro Hac Vice)
Ozge Guzelsu (Admitted Pro Hac Vice)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
(213) 683-9100

Dated: Aug. 1, 2007

3359113.1

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for Abbott Laboratories has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues in this Motion. Plaintiffs' counsel has confirmed that Plaintiffs do not oppose this motion.

                               /s/ Michael S. D'Orsi

Date: Aug. 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 1, 2007.

Date: Aug. 1, 2007

                               /s/ Michael S. D'Orsi

3

3359113.1