ORIGINAL FILED UNDER SEAL – DO NOT SCAN

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY),<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CIVIL ACTION NO. 05-11150-DPW<br><br>**CONFIDENTIAL**<br>**SUBJECT TO PROTECTIVE ORDER**<br>**FILED UNDER SEAL** |

### SUPPLEMENTAL AFFIDAVIT OF JOSEPH H. ZWICKER

I, Joseph H. Zwicker, on oath, depose and say as follows:

1. I am a partner with the law firm of Choate, Hall & Stewart LLP ("Choate") and one of the attorneys representing Plaintiffs in the above-captioned matter. I make this declaration in support of John Hancock's Memorandum In Opposition To Abbott's Motion For Summary Judgment On Hancock's Rescission Claim. Exhibits 1-90 are attached to the Affidavit of Joseph H. Zwicker, dated July 20, 2007.

2. Attached hereto as <u>Exhibit 91</u> is a true and correct copy of excerpts from the March 30, 2004 Court Conference in *Hancock I*.

3. Attached hereto as <u>Exhibit 92</u> is a true and correct copy of excerpts from the deposition transcript of Stephen J. Blewitt, dated November 17, 2006.

4242022v1

-2-

4. Attached hereto as <u>Exhibit 93</u> is a true and correct copy of a letter from Stephen J. Blewitt to James L. Tyree, dated April 12, 2004, Bates Nos. JHII 011883-90.

5. Attached hereto as <u>Exhibit 94</u> is a true and correct copy of a letter from Lawrence R. Desideri to Brian A. Davis, dated May 10, 2004, Bates Nos. ABBT 0000057-58.

6. Attached hereto as <u>Exhibit 95</u> is a true and correct copy of a letter from Lawrence R. Desideri to Brian A. Davis, dated May 18, 2004, Bates Nos. ABBT 0000061-64.

7. Attached hereto as <u>Exhibit 96</u> is a true and correct copy of a letter from Lawrence R. Desideri to Brian A. Davis, dated June 23, 2004, Bates No. ABBT 0000114.

8. Attached hereto as <u>Exhibit 97</u> is a true and correct copy of an e-mail string between Michelle Campbell and others, dated June 21, 2004, Bates Nos. ABBT 0190544-49.

9. Attached hereto as <u>Exhibit 98</u> is a true and correct copy of an e-mail string between Michelle Campbell and others, dated June 30, 2004, Bates Nos. ABBT 0190562-63, and ABBT 0190542-43.

10. Attached hereto as <u>Exhibit 99</u> is a true and correct copy of excerpts from the deposition transcript of Michelle Campbell, dated February 20, 2007.

11. Attached hereto as <u>Exhibit 100</u> is a true and correct copy of excerpts from the deposition transcript of Christopher Martinez, dated March 22, 2007.

12. Attached hereto as <u>Exhibit 101</u> is a true and correct copy of excerpts from the deposition transcript of Mark L. Hair, dated May 8, 2007.

13. Attached hereto as <u>Exhibit 102</u> is a true and correct copy of an e-mail string between Christopher Martinez and Michelle Campbell, dated November 2-3, 2004, Bates Nos. ABBT 0126665-66.

4242022v1

14. Attached hereto as <u>Exhibit 103</u> is a true and correct copy of an e-mail string between Mark Hair and Michelle Campbell, dated March 23, 2005, Bates Nos. ABBT 0126979-982 and ABBT 0000270-271.

15. Attached hereto as <u>Exhibit 104</u> is a true and correct copy of an e-mail string between Christopher Martinez and Michelle Campbell, dated September 14, 2004 and October 6, 2004, Bates Nos. ABBT 0126645-47.

16. Attached hereto as <u>Exhibit 105</u> is a true and correct copy of an e-mail from Christopher Martinez to Michelle Campbell, dated January 20, 2005, Bates No. ABBT 0126734.

17. Attached hereto as <u>Exhibit 106</u> is a true and correct copy of excerpts from the deposition transcript of Mark L. Hair, dated November 2, 2006.

18. Attached hereto as <u>Exhibit 107</u> is a true and correct copy of an e-mail from Deirdre Daesen to Scott Hartz, Stephen Blewitt and others, dated December 23, 2003, Bates No. JH 002394.

19. Attached hereto as <u>Exhibit 108</u> is a true a and correct copy of a Loan Review document, dated June 30, 2003, Bates Nos. JH 005159-60.

20. Attached hereto as <u>Exhibit 109</u> is a true and correct copy of an e-mail string between Stephen J. Blewitt and others, dated June 4-11, 2003, Bates Nos. JH 003113-15.

21. Attached hereto as <u>Exhibit 110</u> is a true and correct copy of various e-mails, dated between March and June, 2003, Bates Nos. JH 002419-20, 2417-18, 2407-09, 3107-12.

22. Attached hereto as <u>Exhibit 111</u> is a true and correct copy of the Stipulation and Proposed Order Regarding Certain Pending Motions and Scheduling, dated December 12, 2006.

23. Attached hereto as <u>Exhibit 112</u> is a true and correct copy of a letter from Ozge Guzelsu to Richard C. Abati, dated January 29, 2007.

24. Attached hereto as <u>Exhibit 113</u> is a true and correct copy of an e-mail string between Ozge Guzelsu and Richard C. Abati, dated February 8, 2007.

25. Attached hereto as <u>Exhibit 114</u> is a true and correct copy of a letter from Ozge Guzelsu to Richard C. Abati, dated February 28, 2007.

26. Attached hereto as <u>Exhibit 115</u> is a true and correct copy of a letter from Ozge Guzelsu to Richard C. Abati, dated March 6, 2007.

Signed under the penalties of perjury this 21st day of August, 2007.

_____
Joseph H. Zwicker

4242022v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic and overnight mail upon Peter E. Gelhaar, Esq., Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, and by electronic mail upon Gregory D. Phillips, Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071, on this 21st day of August, 2007.

_____
Joseph H. Zwicker

4242022v1