# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY), <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendants. | CIVIL ACTION NO. 05-11150-DPW <br> Hon. Judge Douglas P. Woodlock |

### ABBOTT'S MOTION TO IMPOUND ERRATA RE: ABBOTT'S RESPONSE TO HANCOCK'S "STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT II OF FIRST AMENDED SUPPLEMENTAL COMPLAINT" AND AFFIDAVIT OF OZGE GUZELSU

Pursuant to Local rule 7.2, Defendant Abbott Laboratories ("Abbott") respectfully moves for leave to file its Errata re: Abbott's Response to Hancock's "Statement of Undisputed Facts in Support of Plaintiffs' Motion for Partial Summary Judgment on Count II of First Amended Supplemental Complaint" and Affidavit of Ozge Guzelsu ("Errata") under seal.

Abbott respectfully requests that the Errata be impounded until further Order of the Court. In addition, Abbott respectfully requests that the Court accept the Errata provisionally under seal pending the Court's ruling on this Motion. Upon termination of the impoundment period, Abbott will retrieve and take custody of the Errata.

The grounds for this motion are that the exhibits to the Errata contain confidential and competitively sensitive information regarding Abbott's and other pharmaceutical companies'

3539899.1

development of various drug compounds, Hancock's investment in such development, and Hancock's investments more generally. Disclosure of the information could cause competitive harm by providing competitors with proprietary information regarding Abbott's drug development program, as well as its market analysis and business strategies. Hancock does not oppose this motion.

ABBOTT LABORATORIES

By its attorneys

/s/ Michael S. D'Orsi
Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

and

Jeffrey I. Weinberger (Admitted Pro Hac Vice)
Gregory D. Phillips (Admitted Pro Hac Vice)
Eric J. Lorenzini (Admitted Pro Hac Vice)
Ozge Guzelsu (Admitted Pro Hac Vice)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9100

Dated: Aug. 28, 2007

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for Abbott Laboratories has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues in this Motion. Plaintiffs' counsel has confirmed that Plaintiffs do not oppose this motion.

                                                    /s/ Michael S. D'Orsi

Date: Aug. 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 28, 2007.

Date: Aug. 28, 2007

                                                    /s/ Michael S. D'Orsi