**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY), | |
| Plaintiffs, | CIVIL ACTION NO. 05-11150-DPW<br>Hon. Judge Douglas P. Woodlock |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendants. | |

**ABBOTT'S MOTION TO IMPOUND ITS MEMORANDUM AND AFFIDAVITS OF ERIC J. LORENZINI AND KEITH HENDRICKS IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF MR. ALAN FRIEDMAN**

Pursuant to Local rule 7.2, Defendant Abbott Laboratories ("Abbott") respectfully moves for leave to file its Memorandum in support of its Motion in Limine to Exclude the Testimony of Mr. Alan Friedman and the accompanying Affidavits of Eric J. Lorenzini (and attached exhibits) and Keith Hendricks under seal.

Abbott respectfully requests that the above referenced documents be impounded until further Order of the Court. In addition, Abbott respectfully requests that the Court accept the documents provisionally under seal pending the Court's ruling on this Motion. Upon termination of the impoundment period, Abbott will retrieve and take custody of the documents.

The grounds for this motion are that the above referenced documents contain confidential and competitively sensitive information regarding Abbott's development of various drug compounds, Abbott's probabilities of success for various drug compounds, and Abbott's internal

projections regarding various drug compounds.  Disclosure of the information contained in this

documents could cause competitive harm by providing competitors with proprietary information

regarding Abbott's drug development program, as well as its market analysis and business

strategies.  Hancock does not oppose this motion.

ABBOTT LABORATORIES

By its attorneys

/s/  Michael S. D'Orsi
Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

and

Jeffrey I. Weinberger (Admitted Pro Hac Vice)
Gregory D. Phillips (Admitted Pro Hac Vice)
Eric J. Lorenzini (Admitted Pro Hac Vice)
Ozge Guzelsu (Admitted Pro Hac Vice)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
(213) 683-9100

Dated: Oct. 12, 2007

3763268.1

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned hereby certifies that counsel for Abbott Laboratories has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues in this Motion. Plaintiffs' counsel has confirmed that Plaintiffs do not oppose this motion.

_____/s/ Michael S. D'Orsi_____

Date: Oct. 12, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 12, 2007.

Date: Oct.12, 2007

_____/s/ Michael S. D'Orsi_____

3763268.1