## MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

November 6, 2007

WRITER'S DIRECT LINE
(213) 683-9196
(213) 683-4096 FAX
Ozge.Guzelsu@mto.com

**VIA U.S. MAIL AND ELECTRONICALLY**

The Honorable Douglas P. Woodlock
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse,
Suite 4110
One Courthouse Way
Boston, Massachusetts 02210

Re:   *John Hancock Life Insurance Company, et al. v. Abbott Laboratories*
      *U.S.D.C. (Mass.) Civil Action No. 05-11150-DPW*

Dear Judge Woodlock,

At the status conference on October 25, 2007, Your Honor directed the parties to submit a statement regarding whether they agreed to a decision of the rescission and Section 3.3(b) claims on a "case stated" basis, and if not, to identify any factual issues by November 6, 2007. In light of the parties' agreement on October 30, 2007 to submit the motions for decision on a "case stated" basis, Abbott has no factual issues to identify.

Sincerely,

Özge Güzelsu

OG:ncm

3906603.1