# CHOATE

CHOATE HALL & STEWART LLP

November 6, 2007

Brian A. Davis, P.C.
(617) 248-5056
bad@choate.com

<u>BY ELECTRONIC COURT FILING</u>

The Honorable Douglas P. Woodlock
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse, Suite 4110
One Courthouse Way
Boston, Massachusetts 02210

Re:   John Hancock Life Insurance Company, *et al.*
      v. Abbott Laboratories
      <u>U.S.D.C. (Mass.) Civil Action No. 05-11150-DPW</u>

Dear Judge Woodlock:

I write on behalf of plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (collectively "John Hancock"). At the recent status conference on October 25, Your Honor instructed the parties to notify you of any factual disputes that they believe would preclude the Court from resolving the issues of (1) John Hancock's right to receive one-third of the unspent Aggregate Spending Amount as provided for in Section 3.3(b) of the March 2001 Research Funding Agreement, and (2) the availability of rescission as a remedy, for resolution by the court on a "case stated" basis. Because John Hancock has agreed that both issues can and should be resolved on a case-stated basis, John Hancock believes that no such factual disputes exist.

Thank you for your consideration.

Very truly yours,

Brian A. Davis

cc:   Jeffrey I. Weinberger, Esq. (by ECF and regular mail)
      Peter E. Gelhaar, Esq. (by ECF and regular mail)
      Michael S. D'Orsi, Esq. (by ECF and regular mail)

4268869.1