UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY),<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CIVIL ACTION NO. 05-11150-DPW |

**PRELIMINARY JOINT REPORT TO COURT**
**REGARDING SCOPE OF ADDITIONAL AUDIT DISCOVERY**

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company, Defendant Abbott Laboratories, and Third-Party StoneTurn Group LLP (collectively, the "Parties"), hereby file this Joint Report Regarding the Scope of Additional Audit Discovery. The Parties have been working diligently to reach agreement regarding the scope of additional audit discovery, but have not yet reached agreement. The Parties believe that with the benefit of additional discussion they likely will reach agreement regarding this issue. Accordingly, the Parties respectfully request that they be permitted to continue those discussions and file a final Joint Report with the Court on this issue no later than November 15, 2007.

4269681v1

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY | ABBOTT LABORATORIES |
| By their attorneys, | By its attorneys, |
| /s/ Brian A. Davis<br>Brian A. Davis (BBO No. 546462)<br>Joseph H. Zwicker (BBO No. 560219)<br>Karen Collari Troake (BBO No. 566922)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA  02110<br>Telephone:  617-248-5000 | /s/ Eric J. Lorenzini<br>Eric J. Lorenzini (*pro hac vice*)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:  213-683-9100<br><br>Peter E. Gelhaar (BBO No. 188310)<br>DONNELLY, CONROY & GELHAAR LLP<br>1 Beacon Street, 33rd Floor<br>Boston, MA  02108<br>617-720-2880 |

STONETURN GROUP, LLP

By its attorneys,

/s/ Andrew C. Griesinger
Andrew C. Griesinger  (BBO No. 211285)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA  02110
Telephone:  617-542-9914

Date:  November 8, 2007

4269681v1

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic mail upon Peter Gelhaar, Esq., Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, Eric J. Lorenzini, Esq., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071, and Andrew C. Griesinger, Esq., Griesinger, Tighe & Maffei, LLP 176 Federal Street, Boston, MA 02110, on this 8th day of November, 2007.

*/s/ Karen Collari Troake*
Karen Collari Troake