**CHOATE**

CHOATE HALL & STEWART LLP

November 12, 2007

Brian A. Davis
(617) 248-5056
bad@choate.com

BY HAND AND ELECTRONICALLY

The Honorable Douglas P. Woodlock
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse, Suite 4110
One Courthouse Way
Boston, Massachusetts 02210

Re:   John Hancock Life Insurance Company, et al.
      v. Abbott Laboratories
      U.S.D.C. (Mass.) Civil Action No. 05-11150-DPW

Dear Judge Woodlock:

In response to defendant Abbott Laboratories' letter of November 9, 2007 (Docket No. 200), plaintiffs John Hancock Life Insurance Company et al. respectfully oppose Abbott's request to further modify the Court's Pre-Trial Order in this matter to allow Abbott to serve its revised expert reports on December 14, instead of December 1. Written expert reports previously were exchanged by both sides. Your Honor has permitted the parties to make "refinements," and only refinements, to those reports by December 1. Abbott does not need additional time if it simply is refining the existing opinions of its experts. Accordingly, the current Pre-Trial Order should not be modified.

Thank you for your consideration.

Very truly yours,

Brian A. Davis

cc:   Jeffrey I. Weinberger, Esq. (by electronic and regular mail)
      Özge Güzelsu, Esq. (by electronic and regular mail)
      Peter E. Gelhaar, Esq. (by electronic and regular mail)
      Michael S. D'Orsi, Esq. (by electronic and regular mail)

4270717.1