UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | CIVIL ACTION NO. 05-11150-DPW |

**SUPPLEMENTAL PRELIMINARY JOINT REPORT TO COURT REGARDING SCOPE OF ADDITIONAL AUDIT DISCOVERY**

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company, Defendant Abbott Laboratories, and Third-Party StoneTurn Group LLP (collectively, the "Parties"), hereby file this Supplemental Preliminary Joint Report Regarding the Scope of Additional Audit Discovery. The Parties have reached a tentative agreement regarding audit discovery and are working diligently to prepare a written report memorializing their agreement. Accordingly, the Parties respectfully request that they be permitted to submit a final Joint Report with the Court on this issue no later than November 19, 2007.

4269681v1
3962315.1

JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY

By their attorneys,

       /s/ Karen Collari Troake
Brian A. Davis (BBO No. 546462)
Joseph H. Zwicker (BBO No. 560219)
Karen Collari Troake (BBO No. 566922)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Telephone:  617-248-5000

ABBOTT LABORATORIES

By its attorneys,

/s/ Michael S. D'Orsi
Eric J. Lorenzini (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  213-683-9100

Peter E. Gelhaar (BBO No. 188310)
Michael S. D'Orsi (BBO No. 566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon Street, 33rd Floor
Boston, MA  02108
617-720-2880

STONETURN GROUP, LLP

By its attorneys,

    /s/ Andrew C. Griesinger
Andrew C. Griesinger (BBO No. 211285)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA  02110
Telephone:  617-542-9914

Date:  November 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on November 15, 2007.

/s/ Michael S. D'Orsi
Michael S. D'Orsi

4269681v1
3962315.1