UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), ) ) ) ) ) ) ) ) ) *Plaintiffs*, ) ) v. ) ) ABBOTT LABORATORIES, ) ) *Defendant*. ) | Civil Action No. 05-11150-DPW |

ABBOTT LABORATORIES' MOTION
FOR IMPOUNDMENT OF CONFIDENTIAL INFORMATION

Pursuant to Local Rule 7.2, Defendant Abbott Laboratories ("Abbott") respectfully moves this Court for leave to file Defendant's Memorandum in support of the Motion to Strike Untimely Allegations in the Second Amended Supplemental Complaint and Affidavit of Eric J. Lorenzini and the exhibits thereto under seal.

Abbott respectfully requests that the above referenced documents be impounded until further Order of the Court. In addition, Abbott respectfully requests that the Court accept the documents provisionally under seal pending the Court's ruling on this Motion. Upon termination of the impoundment period, Abbott will retrieve and take custody of the documents. The grounds for this motion are that the above referenced documents contain confidential and competitively sensitive information regarding Abbott and other pharmaceutical companies' development of various drug compounds. Disclosure of the information contained in these documents could cause competitive harm by providing competitors with proprietary information

4021372.1

regarding Abbott's drug development program, as well as its market analysis and business strategies.  Hancock does not oppose this motion.

Dated:  November 29, 2007        Respectfully submitted,

        ABBOTT LABORATORIES

        By:  ___/s/ Michael S D'Orsi_____
              Michael S D'Orsi

        Peter E. Gelhaar (BBO#188310)
        Michael S. D'Orsi (BBO #566960)
        DONNELLY, CONROY & GELHAAR LLP
        1 Beacon St., 33rd Floor
        Boston, Massachusetts 02108
        (617) 720-2880
        peg@dcglaw.com
        msd@dcglaw.com

        and

        Jeffrey I. Weinberger (*pro hac vice*)
        Gregory D. Phillips (*pro hac vice*)
        Eric J. Lorenzini *(pro hac vice)*
        Ozge Guzelsu *(pro hac vice)*
        MUNGER, TOLLES & OLSON LLP
        355 South Grand Avenue
        Thirty-Fifth Floor
        Los Angeles, CA  90071-1560
        Tele:  (213) 683-9100

        *Counsel for Abbott Laboratories*

## LOCAL RULE 7.1 CERTIFICATION

      The undersigned hereby certifies that counsel for Abbott Laboratories has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues in this Motion. Plaintiffs' counsel has confirmed that Plaintiffs do not oppose this motion.

                                            /s/ Michael S. D'Orsi

Date: November 29, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 29, 2007.

Date: November 29, 2007.

                                            /s/ Michael S. D'Orsi
                                              Michael S. D'Orsi