## Davis, Brian

**From:** Weinberger, Jeffrey [Jeffrey.Weinberger@mto.com]
**Sent:** Tuesday, December 04, 2007 4:52 PM
**To:** Davis, Brian
**Cc:** msd@dcglaw.com; Peter N Witty; Phillips, Gregory; Lorenzini, Eric; Guzelsu, Ozge
**Subject:** FW: Brighton v. Slaughter Depositions and Trial Date

This is the e-mail from my opposing counsel.

---

**From:** Don Howarth [mailto:dhowarth@howarth-smith.com]
**Sent:** Sunday, December 02, 2007 12:44 PM
**To:** Weinberger, Jeffrey
**Cc:** Vincent, Garth; jdavis@howarth-smith.com
**Subject:** RE: Brighton v. Slaughter Depositions and Trial Date

Jeff,

With regard to the trial date, when the date of March 26, 2008 was set (long ago), your office solemnly confirmed to Judge Murphy that this date would work and that it would be preserved for trial. I did the same and have protected it on my calendar, as did our co-trial counsel, Tom Girardi. Both Tom and I have now set a number of trials and arbitrations on either side of this date in reliance on this trial date being firm. Neither of us would be available at the later dates you are talking about. For all these reasons we cannot agree to move the trial date and will oppose any attempt to do so.

Don

Don Howarth, Esq.
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax (213) 622-0791
http://www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information. If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it. Thank you.

12/7/2007

**From:** Weinberger, Jeffrey [mailto:Jeffrey.Weinberger@mto.com]
**Sent:** Friday, November 30, 2007 3:18 PM
**To:** dhowarth@howarth-smith.com
**Cc:** Vincent, Garth
**Subject:** Brighton v. Slaughter Depositions and Trial Date

Don:

    I will be handling the S&J and Slaughter depositions scheduled for December 6. While I understand that you have the right to have them held in Judge Murphy's jury room, I think everyone involved would be much more comfortable in our offices, so I would propose changing the location (and start time to 10:00.) Are you amenable to this? I would also like to discuss the current trial date with you. I have another trial that was set in the U.S. District Court in Boston to begin on March 3. Its not clear whether it will take the whole month (or longer) but it might, and even if it finishes on March 23, it will obviously leave me insufficient time to prepare. So I am requesting your assent to a continuance of about 45 days, subject to the Court's approval. Is this something you could agree to? Please call or e-mail me and let me know. Thanks for your consideration.

                    Regards,
                    Jeff

Jeffrey I. Weinberger, Partner
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
213 683 9127
213 683 5127 FAX
jeffrey.weinberger@mto.com
http://www.mto.com

***NOTICE***

*This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.*

12/7/2007