UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY),<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CIVIL ACTION NO. 05-11150-DPW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance for the Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Investors Partner Life Insurance Company in the above-captioned action. Plaintiffs will continue to be represented by Brian A. Davis, Joseph H. Zwicker, Richard C. Abati, and Stacy L. Blasberg of the law firm of Choate, Hall & Stewart LLP, Two International Place, Boston, Massachusetts 02110. Notices and correspondence should continue to be directed to their attention.

/s/ Karen Collari Troake
Karen Collari Troake (BBO No. 566922)
CHOATE, HALL & STEWART
Two International Place
Boston, Massachusetts  02110
(617) 248-5000

Date:  December 20, 2007

4283157v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 20, 2007.

/s/ *Karen Collari Troake*