# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

January 16, 2008

WRITER'S DIRECT LINE
(213) 683-9127
(213) 683-5127 FAX
Jeffrey.Weinberger@mto.com

**VIA ELECTRONIC DELIVERY**

The Honorable Douglas P. Woodlock
UNITED STATES DISTRICT COURT OF THE
DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse, Suite 4110
One Courthouse Way
Boston, Massachusetts 02210

Re: *John Hancock Life Insurance Company, et al. v. Abbott Laboratories*
<u>U.S.D.C. (Mass) CV 05-11150-DPW</u>

Dear Judge Woodlock:

      I write this letter as a follow-up to the telephonic hearing before your Honor in this matter held on Friday, January 11, and particularly, the discussion of my December 5, 2007 request for continuance of the trial date because of a conflicting trial date in the Los Angeles Superior Court.

      Following, the hearing, I contacted my opposing counsel in the Los Angeles Superior Court case and asked him again if he would be willing to agree to continue the trial in light of this Court's stated disinclination to continue this case. Opposing counsel replied that he would be willing to consider joining in a request for continuance if the case did not settle at a mediation scheduled for January 31, although he would not commit to doing so. I also contacted my client in the Los Angeles case and informed him that, if the current trial date in that case was not changed, I would be unavailable to handle the trial. I have provisionally asked one of my partners to take my place should that be necessary.

MUNGER, TOLLES & OLSON LLP

The Honorable Douglas P. Woodlock
January 16, 2008
Page 2

      Accordingly, and because of this Court's stated desire to proceed during the period reserved for this trial, I do not plan to make any further efforts to continue the trial date in the *Hancock* case, and will be prepared to proceed on March 3. I very much appreciate the Court's consideration of this matter.

      Sincerely,

      Jeffrey I. Weinberger

JIW:ncm

cc:    Brian A. Davis

4282446.1