# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY, and
MANULIFE INSURANCE COMPANY (f/k/a
INVESTORS PARTNER INSURANCE
COMPANY),

            Plaintiffs,

      v.

ABBOTT LABORATORIES,

            Defendants.

CIVIL ACTION NO. 05-11150-DPW
Hon. Judge Douglas P. Woodlock

## ABBOTT'S OBJECTIONS TO HANCOCK'S PROPOSED TRIAL EXHIBITS

Pursuant to Section II(4)(d) of the Second Amended Order Regulating Non-Jury Trial,

Defendant Abbott Laboratories ("Abbott") hereby reserves its right to object to documents on

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance

Company and Manulife Insurance Company (f/k/a Investors Partner Life Insurance Company)'s

(collectively, "Hancock's") Revised List of Trial Exhibits, dated January 18, 2008, as amended

through January 27, 2008, on the grounds set forth in Exhibit A hereto.  Abbott also reserves its

right to object to Hancock's use of any exhibits or demonstratives that were not identified and

disclosed by Hancock prior to January 28, 2008.

Pursuant to the pretrial order, these objections are filed concurrently with Hancock's

filing of affidavits, exhibits, and marked deposition transcripts, therefore, Abbott does not know

what deposition testimony or affidavits Hancock may submit to authenticate the exhibits or the

purpose for which the exhibits will be offered.  After it has an opportunity to review Hancock's

affidavits and marked deposition transcripts, Abbott plans to consult further with Hancock regarding the parties' respective lists of trial exhibits and enter into a stipulation narrowing the scope of objections.

ABBOTT LABORATORIES

By its attorneys

/s/  Eric J. Lorenzini

Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

and

Jeffrey I. Weinberger (Admitted Pro Hac Vice)
Gregory D. Phillips (Admitted Pro Hac Vice)
Eric J. Lorenzini (Admitted Pro Hac Vice)
Ozge Guzelsu (Admitted Pro Hac Vice)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
(213) 683-9100

Dated: Jan. 28, 2008

4358791.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 28, 2008.

Date: Jan. 28, 2008

_____ /s/ Eric J. Lorenzini _____

4358791.1

Exhibit A

## John Hancock Life Insurance Company, et al. v. Abbott Laboratories

**Abbott's Objections to Hancock's Revised List of
Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

**Key**

| Code | Objection |
|---|---|
| Lack of Authentication/Foundation | Lack of Authentication or Lack of Foundation -- Federal Rule of Evidence 901. |
| Hearsay | Hearsay or Double-Hearsay -- Federal Rules of Evidence 802 and 805. |
| Improper Opinion | Impermissible Lay or Expert Opinion -- Federal Rules of Evidence 701 and 702. |
| Irrelevant | Irrelevant -- Federal Rule of Evidence 401. |
| Incomplete or Poor Copy | Incomplete Document or Poor Copy -- Hancock did not designate the complete document or did not designate a legible copy, therefore, admission of the exhibit could be misleading and unfair. Federal Rules of Evidence 1002 and 1003 |
| No Objection | No Objection. |
| Multiple Documents | The Bates range provided by Hancock contains more than one document, therefore introduction as a single exhibit could be misleading and unfair. Abbott reserves any and all objections to these documents and requests that Hancock identify these documents with separate exhibit numbers. |
| Settlement | The document is inadmissible under Federal Rule of Evidence 408. |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 2 | 12/1/1998 | ABBT0023920-81 | Hearsay<br>Lack of Authentication/Foundation |
| 3 | 12/14/1998 | ABBT0116076-77 | Hearsay<br>Lack of Authentication/Foundation |
| 4 | 1/15/1999 | ABBT0005027-37 | Hearsay<br>Lack of Authentication/Foundation |
| 5 | 2/24/1999 | ABBT0114450-519 | Hearsay<br>Lack of Authentication/Foundation |
| 6 | 3/12/1999 | ABBT0024357-69 | Lack of Authentication/Foundation<br>Hearsay |
| 7 | 4/1/1999 | ABBT0020594-611 | Lack of Authentication/Foundation<br>Hearsay<br>Incomplete |
| 8 | Apr-99 | ABBT005056-63 | Hearsay<br>Lack of Authentication/Foundation |
| 10 | 5/1/1999 | ABBT004844-50 | Lack of Authentication/Foundation<br>Hearsay |
| 11 | 6/1/1999 | ABBT0018986-0019095 | Lack of Authentication/Foundation<br>Hearsay |
| 13 | Jun-99 | ABBT0017678-79 | Incomplete<br>Lack of Authentication/Foundation<br>Hearsay |
| 14 | 6/23/1999 | AL000120-131 | Lack of Authentication/Foundation<br>Hearsay |
| 16 | 8/1/1999 | ABBT0004627-36 | Hearsay<br>Lack of Authentication/Foundation |
| 24 | 10/30/1999 | ABBT0144769-71 | Hearsay |
| 25 | 11/17/1999 | ABBT0105015-19 | Hearsay<br>Lack of Authentication/Foundation |
| 26 | 12/9/1999 | ABBT0053710-11 | Hearsay<br>Lack of Authentication/Foundation<br>Irrelevant |
| 27 | 12/21/1999 | ABBT0051889 | Lack of Authentication/Foundation<br>Hearsay |
| 29 | 1/12/2000 | ABBT246802 | Hearsay<br>Lack of Authentication/Foundation<br>Irrelevant<br>Improper Opinion |
| 30 | 1/24/2000 | ABBT0159624 | Hearsay<br>Lack of Authentication/Foundation |
| 31 | 1/27/2000 | JH003563 | Hearsay<br>Lack of Authentication/Foundation<br>Irrelevant |
| 33 | 1/31/2000 | ABBT0022519-69 | Hearsay<br>Lack of Authentication/Foundation<br>Irrelevant |
| 35 | 2/7/2000 | ABBT245855 | Hearsay<br>Lack of Authentication/Foundation |
| 36 | 2/8/2000 | ABBT0065818-96 | No Objection |
| 37 | 2/29/2000 | ABBT0065897-981 | No Objection |

John Hancock Life Insurance Company, et al. v. Abbott Laboratories

Abbott's Objections to Hancock's
Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 39 | 3/1/2000 | ABBT0004401-09 | Hearsay<br>Lack of Authentication/Foundation |
| 40 | 3/7/2000 | AL000132-34 | Hearsay |
| 41 | 3/9/2000 | ABBT0141929-83 | Hearsay<br>Lack of Authentication/Foundation<br>Improper Opinion |
| 42 | 3/9/2000 | ABBT0150827 | Hearsay<br>Lack of Authentication/Foundation<br>Irrelevant |
| 44 | 3/16/2000 | ABBT305783-84 | Hearsay<br>Lack of Authentication/Foundation<br>Improper Opinion |
| 46 | 4/1/2000 | ABBT0107546-551 | Lack of Authentication/Foundation<br>Hearsay |
| 47 | 4/2/2000 | JH001707-24 | Irrelevant<br>Hearsay |
| 48 | 4/5/2000 | ABBT246414-15 | Hearsay<br>Lack of Authentication/Foundation |
| 54 | 5/16/2000 | ABBT364740 | No Objection |
| 57 | 5/26/2000 | ABBT0008178-81 | No Objection |
| 58 | 5/31/2000 | ABBT246447-54 | No Objection |
| 59 | 5/31/2000 | ABBT0033462-67 | Hearsay<br>Lack of Authentication/Foundation |
| 60 | 6/1/2000 | ABBT0004422 | Lack of Authentication/Foundation<br>Hearsay |
| 61 | 6/1/2000 | ABBT0570747-70 | Lack of Authentication/Foundation<br>Hearsay<br>Incomplete |
| 63 | 6/2/2000 | JH003089-100 | Hearsay |
| 64 | 6/5/2000 | ABBT246466-71 | Lack of Authentication/Foundation |
| 65 | 6/7/2000 | AL000198-99 | Lack of Authentication/Foundation<br>Hearsay |
| 66 | 6/9/2000 | ABBT0166642-43 | Lack of Authentication/Foundation<br>Hearsay |
| 69 | 6/19/2000 | CNSTLA 0087-88 | Lack of Authentication/Foundation<br>Hearsay<br>Improper Opinion |
| 70 | 6/20/2000 | JH003080-90 | Hearsay |
| 73 | 6/27/2000 | AL000115-19 | No Objection |
| 76 | 7/4/2000 | JH003027-31 | Hearsay |
| 77 | 7/6/2000 | ABBT0161395 | Lack of Authentication/Foundation<br>Hearsay |
| 79 | 7/7/2000 | ABBT0004016 | Lack of Authentication/Foundation<br>Hearsay |
| 80 | 7/7/2000 | ABBT0082516 | Hearsay |
| 83 | 7/14/2000 | ABBT0037399-463 | Hearsay<br>Lack of Authentication/Foundation |
| 84 | 7/16/2000 | JH004813 | Lack of Authentication/Foundation<br>Hearsay |
| 85 | 7/24/2000 | AL002064 | Lack of Authentication/Foundation<br>Hearsay |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 86 | 7/25/2000 | ABBT0161644-45 | Lack of Authentication/Foundation Hearsay |
| 87 | 7/27/2000 | JH004780-812 | Hearsay |
| 88 | 7/28/2000 | JH002973-79 | Hearsay |
| 89 | 8/1/2000 | ABBT256634-45 | Hearsay |
| 90 | 8/1/2000 | ABBT0004436 | Hearsay Lack of Authentication/Foundation Incomplete |
| 91 | 8/31/2000 | ABBT0042271-75 | Hearsay Lack of Authentication/Foundation |
| 93 | 8/1/2000 | ABBT0162183-86 | Hearsay Lack of Authentication/Foundation |
| 94 | Aug-00 | ABBT0017616-19 | Hearsay Lack of Authentication/Foundation |
| 95 | 8/4/2000 | AL000099-102 | Hearsay Lack of Authentication/Foundation |
| 99 | 8/14/2000 | AL000137 | Lack of Authentication/Foundation Hearsay |
| 100 | 8/14/2000 | AL000238 | Hearsay |
| 102 | 8/17/2000 | AL000138-75 | Hearsay |
| 105 | 8/21/2000 | ABBT0161930-69 | Lack of Authentication/Foundation Hearsay |
| 106 | 8/22/2000 | ABBT0502613 | Hearsay Lack of Authentication/Foundation |
| 109 | 8/25/2000 | AL000983 | Hearsay Lack of Authentication/Foundation |
| 110 | 8/29/2000 | ABBT0080232-33 | Lack of Authentication/Foundation Hearsay |
| 111 | 8/31/2000 | ABBT0113703-04 | Hearsay Lack of Authentication/Foundation |
| 112 | 8/31/2000 | ABBT241302 | Hearsay Lack of Authentication/Foundation |
| 113 | 9/1/2000 | ABBT0004443-47 | Hearsay Lack of Authentication/Foundation |
| 117 | Sep-00 | ABBT0577811-34 | Hearsay Lack of Authentication/Foundation |
| 120 | 9/11/2000 | ABBT0109317-22 | Lack of Authentication/Foundation Hearsay |
| 121 | 9/13/2000 | ABBT0557552-57 | Hearsay Lack of Authentication/Foundation |
| 123 | 9/18/2000 | JH003342-46 | Hearsay |
| 124 | 9/21/2000 | JH001203-20 | Hearsay |
| 126 | 9/26/2000 | ABBT240985-241001 | Hearsay Lack of Authentication/Foundation |
| 128 | 9/27/2000 | ABBT0105034 | Lack of Authentication/Foundation Hearsay |

Abbott's Objections to Hancock's
Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 129 | 9/28/2000 | ABBT0051892-904 | Lack of Authentication/Foundation Hearsay |
| 130 | 9/28/2000 | ABBT233741-49 | Hearsay |
| 132 | 9/29/2000 | ABBT0105598 | Hearsay Improper Opinion |
| 134 | 10/1/2000 | ABBT0004448-54 | Lack of Authentication/Foundation Hearsay |
| 138 | 10/3/2000 | ABBT0117782 | Hearsay Lack of Authentication/Foundation |
| 140 | 10/9/2000 | ABBT237155-59 | Hearsay Lack of Authentication/Foundation |
| 141 | 10/10/2000 | JH005551-53 | Hearsay |
| 142 | 10/12/2000 | ABBT0118072 | Hearsay Lack of Authentication/Foundation |
| 144 | 10/16/2000 | ABBT0155579-80 | Lack of Authentication/Foundation Hearsay |
| 146 | 10/17/2000 | JH004385-461 | Lack of Authentication/Foundation Hearsay |
| 148 | 10/20/2000 | ABBT0101921-24 | No Objection |
| 149 | 10/24/2000 | ABBT0114445-47 | Lack of Authentication/Foundation Hearsay |
| 151 | 10/27/2000 | ABBT0116819-36 | Lack of Authentication/Foundation Hearsay |
| 152 | 10/27/2000 | JH000778-86 | Lack of Authentication/Foundation Multiple Documents |
| 154 | 11/1/2000 | ABBT0004455-59 | Lack of Authentication/Foundation Hearsay |
| 155 | 11/1/2000 | ABBT0107163 | Lack of Authentication/Foundation Hearsay |
| 156 | 11/1/2000 | ABBT101893-94 | Lack of Authentication/Foundation Hearsay |
| 157 | 11/1/2000 | ABBT144600.UR-09 | Lack of Authentication/Foundation |
| 159 | 11/1/2000 | ABBT0006648-52 | Hearsay |
| 160 | 11/1/2000 | ABBT245829-35 | No Objection |
| 161 | 11/1/2000 | ABBT0017833 | Lack of Authentication/Foundation Hearsay |
| 162 | 11/00/2000 | ABBT0055691-772 | Lack of Authentication/Foundation Hearsay |
| 163 | Nov-00 | ABBT0108785-790 | Lack of Authentication/Foundation Hearsay |
| 164 | 11/2/2000 | ABBT0120836-37 | Lack of Authentication/Foundation Hearsay |
| 165 | 11/3/2000 | JH001051-53 | No Objection |
| 167 | 11/8/2000 | ABBT292350, ABBT292365, ABBT302701, ABBT302721 | Lack of Authentication/Foundation Hearsay |
| 169 | 11/8-9/2000 | ABBT0110505-6 | Lack of Authentication/Foundation Hearsay Irrelevant |

Abbott's Objections to Hancock's
Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 170 | 11/9/2000 | ABBT0102187-88 | Lack of Authentication/Foundation<br>Hearsay |
| 174 | 11/13/2000 | CNSTLA 0463-70 | Hearsay<br>Lack of Authentication/Foundation |
| 181 | 11/16/2000 | AL000790-836 | Hearsay |
| 182 | 11/16/2000 | JH005232-71 | Lack of Authentication/Foundation<br>Hearsay |
| 184 | 11/17/2000 | ABBT0019102-37 | Lack of Authentication/Foundation<br>Hearsay |
| 185 | 11/17/2000 | ABBT0125290-91 | Incomplete<br>Lack of Authentication/Foundation<br>Hearsay |
| 186 | 11/20/2000 | ABBT0558681-83 | Hearsay |
| 187 | 11/20/2000 | ABBT0556812 | Lack of Authentication/Foundation<br>Hearsay |
| 188 | 11/21/2000 | JH004980-88 | Hearsay |
| 189 | 11/22/2000 | ABBT0109399-400 | Lack of Authentication/Foundation<br>Hearsay |
| 191 | 11/27/2000 | ABBT205257-59 | Hearsay |
| 193 | 11/28/2000 | ABBT0558150 | Lack of Authentication/Foundation<br>Hearsay |
| 194 | 11/29/2000 | ABBT0119091-96 | Lack of Authentication/Foundation<br>Hearsay |
| 195 | 11/29/2000 | ABBT0556816-22 | Hearsay<br>Lack of Authentication/Foundation |
| 196 | 11/30/2000 | ABBT326427 | Lack of Authentication/Foundation<br>Hearsay |
| 197 | 11/30/2000 | ABBT0045277-78 | Lack of Authentication/Foundation<br>Hearsay |
| 198 | 12/1/2000 | ABBT0004660-64 | Incomplete<br>Hearsay<br>Lack of Authentication/Foundation |
| 201 | 12/1/2000 | AL001946 | Lack of Authentication/Foundation<br>Hearsay |
| 202 | Dec-00 | ABBT0017554-55 | Incomplete<br>Lack of Authentication/Foundation<br>Hearsay |
| 203 | 12/5/2000 | ABBT0577000-168 | Hearsay<br>Lack of Authentication/Foundation |
| 204 | 12/5/2000 | ABBT0140316 | Lack of Authentication/Foundation<br>Hearsay |
| 205 | 12/6/2000 | ABBT242373<br>ABBT242394 | Lack of Authentication/Foundation<br>Hearsay |
| 207 | 12/13/2000 | CNSTLA 0530-31 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant<br>Improper Opinion |
| 208 | 12/14/2000 | ABBT233539-40 | No Objection |
| 209 | 12/14/2000 | ABBT236951-52 | Lack of Authentication/Foundation<br>Hearsay |

Abbott's Objections to Hancock's
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 210 | 12/15/2000 | ABBT0007157-74 | Lack of Authentication/Foundation Hearsay |
| 214 | 12/21/2000 | ABBT0079831-34 | Lack of Authentication/Foundation Hearsay Irrelevant |
| 215 | 12/21/2000 | ABBT0080180-84 | Lack of Authentication/Foundation Hearsay |
| 216 | 12/21/2000 | ABBT0106516 | Lack of Authentication/Foundation Hearsay |
| 217 | 12/21/2000 | ABBT0108041 | Lack of Authentication/Foundation Hearsay |
| 218 | 12/21/2000 | ABBT0118174-203 | Lack of Authentication/Foundation Hearsay |
| 220 | 12/21/2000 | ABBT112985.UR-3029.UR | Lack of Authentication/Foundation Hearsay |
| 223 | 00/00/2001 | ABBT354864-65 | Hearsay Lack of Authentication/Foundation IRR |
| 224 | 00/00/2001 | ABBT366059 | Lack of Authentication/Foundation Hearsay |
| 225 | 00/00/2001 | ABBT0037544 | Incomplete Hearsay Lack of Authentication/Foundation |
| 227 | 1/1/2001 | ABBT0000322-27 | Hearsay |
| 228 | 1/1/2001 | ABBT222821-27 | Lack of Authentication/Foundation Hearsay |
| 229 | 1/1/2001 | ABBT214449 | Lack of Authentication/Foundation Hearsay |
| 236 | 1/11/2001 | ABBT0045274-276 | Lack of Authentication/Foundation Hearsay |
| 237 | 1/11/2001 | ABBT0045264-69 | Hearsay Lack of Authentication/Foundation |
| 238 | 1/15/2001 | ABBT0108884-85 | Lack of Authentication/Foundation Hearsay |
| 245 | 1/22/2001 | ABBT0012938-69 | Hearsay Lack of Authentication/Foundation |
| 246 | 1/23/2001 | ABBT0504097 | Lack of Authentication/Foundation Hearsay |
| 247 | 1/24/2001 | JH006360-404 | Hearsay |
| 248 | 1/25/2001 | ABBT0012433 ABBT0012454 | Lack of Authentication/Foundation Hearsay |
| 249 | 1/25/2001 | ABBT0102282-344 | Lack of Authentication/Foundation Hearsay |
| 250 | 1/25/2001 | ABBT301935-41 | Lack of Authentication/Foundation Hearsay |
| 251 | 1/26/2001 | ABBT0503356-62 | Lack of Authentication/Foundation Hearsay Incomplete |
| 252 | 1/26/2001 | ABBT144630.UR-46 | Lack of Authentication/Foundation Hearsay Incomplete |

Abbott's Objections to Hancock's
Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 253 | 1/30/2001 | ABBT0158779-92 | Lack of Authentication/Foundation Hearsay |
| 255 | 2/1/2001 | ABBT0000343-48 | Lack of Authentication/Foundation Hearsay |
| 256 | 2/1/2001 | ABBT0004032-39 | Hearsay Lack of Authentication/Foundation |
| 257 | 2/1/2001 | ABBT0000412-417 | Lack of Authentication/Foundation Hearsay |
| 259 | 2/1/2001 | ABBT0122953-59 | Lack of Authentication/Foundation Hearsay |
| 260 | 2/1/2001 | ABBT246793-801 | Lack of Authentication/Foundation |
| 262 | 2/1/2001 | ABBT0000387-99 | Lack of Authentication/Foundation Hearsay |
| 263 | 2/1/2001 | JH008153-58 | Hearsay |
| 264 | 2/2/2001 | ABBT0002314-469 | Hearsay Lack of Authentication/Foundation |
| 265 | 2/2/2001 | ABBT0125335-37 | Lack of Authentication/Foundation Hearsay |
| 266 | 2/2/2001 | ABBT0163875-76 | Lack of Authentication/Foundation Hearsay |
| 268 | 2/4/2001 | ABBT0045333-35 | Lack of Authentication/Foundation Hearsay |
| 272 | 2/12/2001 | ABBT0576828-71 | Lack of Authentication/Foundation Hearsay |
| 273 | 2/12/2001 | ABBT205042-46 | Lack of Authentication/Foundation Hearsay |
| 274 | 2/12/2001 | ABBT205047-87 | Lack of Authentication/Foundation Hearsay |
| 276 | 2/14/2001 | ABBT0123130 | Lack of Authentication/Foundation Hearsay |
| 277 | 2/14/2001 | ABBT0568172 | Lack of Authentication/Foundation Hearsay |
| 278 | 2/15/2001 | ABBT246062-148 | Hearsay |
| 282 | 2/19/2001 | ABBT0115991-93 | Lack of Authentication/Foundation Hearsay |
| 287 | 2/22/2001 | ABBT204959-5046 | Hearsay Lack of Authentication/Foundation |
| 290 | 2/26/2001 | ABBT0163931 | Lack of Authentication/Foundation Hearsay |
| 291 | 2/27/2001 | ABBT0114639 | Lack of Authentication/Foundation Hearsay |
| 292 | 2/27/2001 | ABBT238329-33 | Hearsay Lack of Authentication/Foundation |
| 294 | 2/28/2001 | ABBT0163996-97 | Lack of Authentication/Foundation Hearsay |
| 297 | 2/28/2001 | ABBT0556315 | Lack of Authentication/Foundation Hearsay |
| 298 | 3/1/2001 | ABBT0000349-53 | Lack of Authentication/Foundation Hearsay |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 299 | 3/1/2001 | ABBT0024132-53 | Lack of Authentication/Foundation<br>Hearsay |
| 301 | 3/1/2001 | ABBT0000428-38 | Irrelevant<br>Hearsay<br>Lack of Authentication/Foundation |
| 302 | 3/1/2001 | ABBT0164029-31 | Lack of Authentication/Foundation<br>Hearsay |
| 306 | 3/2/2001 | ABBT0037509-608 | Incomplete<br>Lack of Authentication/Foundation<br>Hearsay |
| 307 | 3/5/2001 | ABBT298380-85 | Lack of Authentication/Foundation<br>Hearsay |
| 308 | 3/6/2001 | ABBT0115871-76 | Lack of Authentication/Foundation<br>Hearsay |
| 309 | 3/6/2001 | ABBT0119894-95 | No Objection |
| 310 | 3/7/2001 | ABBT0013224-32 | Hearsay<br>Incomplete |
| 311 | 3/7/2001 | ABBT0048632-45 | Hearsay<br>Incomplete<br>Poor Copy |
| 314 | 3/7/2001 | ABBT297525-55 | Lack of Authentication/Foundation<br>Hearsay |
| 317 | 3/7/2001 | ABBT0013203-14 | Hearsay<br>Lack of Authentication/Foundation<br>Poor Copy |
| 319 | 3/7/2001 | ABBT0177980-83<br>ABBT0177974-77 | Hearsay |
| 322 | 3/7/2001 | MCK00377-86 | Lack of Authentication/Foundation<br>Hearsay |
| 323 | 3/7/2001 | ABBT0118741-43 | Incomplete<br>Hearsay |
| 324 | 3/7/2001 | ABBT0164139-40 | Hearsay<br>Lack of Authentication/Foundation |
| 325 | 3/8/2001 | ABBT0045253 | Lack of Authentication/Foundation<br>Hearsay |
| 326 | 3/8/2001 | ABBT300143-44 | Lack of Authentication/Foundation<br>Hearsay |
| 327 | 3/8/2001 | ABBT298379-85 | Lack of Authentication/Foundation<br>Hearsay |
| 328 | 3/9/2001 | ABBT0045324-326 | Lack of Authentication/Foundation<br>Hearsay |
| 329 | 3/9/2001 | ABBT0049922-26 | Lack of Authentication/Foundation<br>Hearsay |
| 330 | 3/9/2001 | ABBT0164141-201 | Hearsay<br>Lack of Authentication/Foundation |
| 332 | 3/9/2001 | ABBT246850-51,<br>852-942 | No Objection |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 333 | 3/12/2001 | ABBT0004031-39 | Lack of Authentication/Foundation Hearsay |
| 334 | 3/12/2001 | ABBT0033104 | Lack of Authentication/Foundation Hearsay |
| 335 | 3/12/2001 | ABBT0055172-73 | Lack of Authentication/Foundation Hearsay |
| 336 | 3/12/2001 | ABBT0059464 | No Objection |
| 337 | 3/12/2001 | ABBT0022006-08 | Lack of Authentication/Foundation Hearsay |
| 338 | 3/12/2001 | ABBT0556316 | Lack of Authentication/Foundation Hearsay |
| 339 | 3/12/2001 | JH010033-142 | Lack of Authentication/Foundation Hearsay |
| 340 | 3/13/2001 | ABBT0033093 | Lack of Authentication/Foundation Hearsay |
| 341 | 3/13/2001 | ABBT0033094 | Hearsay |
| 342 | 3/13/2001 | AL002066-69 | Lack of Authentication/Foundation Hearsay |
| 343 | 3/13/2001 | JH008076-211 | No Objection |
| 345 | 3/13/2001 | MCK00423-30 | Hearsay Lack of Authentication/Foundation |
| 346 | 3/14/2001 | ABBT0046350 | Lack of Authentication/Foundation Hearsay |
| 347 | 3/14/2001 | ABBT0056817 | Hearsay |
| 348 | 3/14/2001 | ABBT0060789 | No Objection |
| 349 | 3/16/2001 | ABBT0004507-09 | Hearsay Lack of Authentication/Foundation |
| 352 | 3/16/2001 | ABBT0062860 | No Objection |
| 353 | 3/16/2001 | ABBT0062866 | No Objection |
| 354 | 3/16/2001 | ABBT0509109 | No Objection |
| 356 | 3/19/2001 | ABBT0033096-97 | Hearsay Lack of Authentication/Foundation |
| 357 | 3/19/2001 | ABBT0055205-06 | Lack of Authentication/Foundation Hearsay |
| 360 | 3/19/2001 | MCK00348-76 | Hearsay Lack of Authentication/Foundation |
| 361 | 3/19/2001 | ABBT228099-137 | Lack of Authentication/Foundation Hearsay |
| 362 | 3/20/2001 | ABBT245847 | Lack of Authentication/Foundation Hearsay |
| 363 | 3/21/2001 | ABBT0508262 | Lack of Authentication/Foundation Hearsay |
| 364 | 3/21/2001 | ABBT246501 | Lack of Authentication/Foundation Hearsay |
| 366 | 3/22/2001 | ABBT300130-32, ABBT300142-44 | Lack of Authentication/Foundation Hearsay |
| 367 | 3/22/2001 | AL000403 | Lack of Authentication/Foundation Hearsay |

Abbott's Objections to Hancock's
Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 372 | 3/27/2001 | ABBT363844 | Lack of Authentication/Foundation Hearsay |
| 373 | 3/28/2001 | ABBT0081607 | Lack of Authentication/Foundation Hearsay Irrelevant |
| 375 | 3/31/2001 | ABBT0571202-03 | Lack of Authentication/Foundation Hearsay |
| 376 | 4/1/2001 | ABBT0000491-96 | Hearsay Lack of Authentication/Foundation |
| 377 | 4/1/2001 | ABBT317221-39 | Lack of Authentication/Foundation Hearsay |
| 378 | 4/1/2001 | MCK00276-347 | Hearsay Lack of Authentication/Foundation |
| 379 | 4/1/2001 | ABBT140276-77.UR | Lack of Authentication/Foundation Hearsay |
| 380 | Apr-01 | ABBT0000468-78 | Hearsay Lack of Authentication/Foundation |
| 383 | 4/10/2001 | ABBT323300-05 | Hearsay Lack of Authentication/Foundation |
| 386 | 4/12/2001 | ABBT357615-20 | Lack of Authentication/Foundation Hearsay |
| 387 | 4/12/2001 | ABBT0026337-38 | Lack of Authentication/Foundation Hearsay |
| 388 | 4/12/2001 | ABBT0052926-27 ABBT0045243-45 | Lack of Authentication/Foundation Hearsay |
| 389 | 4/12/2001 | ABBT116508.UR-17.UR | Hearsay Lack of Authentication/Foundation |
| 390 | 4/16/2001 | ABBT0063627-28 | Lack of Authentication/Foundation Hearsay |
| 391 | 4/20/2001 | ABBT127558.UR-652.UR | Lack of Authentication/Foundation Hearsay |
| 393 | 4/23/2001 | ABBT0001749-68 | Hearsay |
| 395 | 4/26/2001 | ABBT245877-79 | Hearsay Lack of Authentication/Foundation |
| 396 | 4/27/2001 | ABBT326405-10 | Lack of Authentication/Foundation Hearsay |
| 397 | 5/1/2001 | CRA00113-25 | Hearsay |
| 398 | 5/1/2001 | ABBT0000361-65 | Lack of Authentication/Foundation Hearsay |
| 399 | 5/1/2001 | ABBT143915.UR-20 | Lack of Authentication/Foundation Hearsay |
| 401 | 5/2/2001 | ABBT0055426 | Lack of Authentication/Foundation Hearsay |
| 403 | 5/2/2001 | ABBT0573479-83 | Lack of Authentication/Foundation Hearsay |
| 406 | 5/4/2001 | ABBT335154 | Lack of Authentication/Foundation Hearsay |

John Hancock Life Insurance Company, et al. v. Abbott Laboratories

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 408 | 5/4/2001 | ABBT0114968-72 | Incomplete<br>Lack of Authentication/Foundation<br>Hearsay |
| 409 | 5/4/2001 | ABBT0184277-371 | Hearsay |
| 410 | 5/5/2001 | MCK00204-75 | Hearsay<br>Lack of Authentication/Foundation |
| 411 | 5/6/2001 | MCK00408-22 | Hearsay<br>Lack of Authentication/Foundation |
| 415 | 5/10/2001 | ABBT0080471-72 | Hearsay<br>Lack of Authentication/Foundation<br>Improper Opinion |
| 416 | 5/11/2001 | ABBT0045302-304 | Hearsay<br>Lack of Authentication/Foundation |
| 417 | 5/20/2001 | ABBT0064234 | Hearsay |
| 418 | 5/20/2001 | ABBT0037615-16 | Lack of Authentication/Foundation<br>Hearsay |
| 419 | 5/20/2001 | ABBT0063636 | Lack of Authentication/Foundation<br>Hearsay |
| 421 | 5/22/2001 | ABBT0064226 | Lack of Authentication/Foundation<br>Hearsay<br>Incomplete |
| 423 | 5/22/2001 | ABBT0063642-49 | Hearsay |
| 424 | 5/23/2001 | ABBT364494-496<br>ABBT0548527-34 | Lack of Authentication/Foundation<br>Hearsay |
| 425 | 5/25/2001 | ABBT0059368 | Lack of Authentication/Foundation<br>Hearsay |
| 426 | 5/25/2001 | ABBT0061200 | Lack of Authentication/Foundation<br>Hearsay |
| 428 | 5/28/2001 | ABBT0033486-94 | No Objection |
| 429 | 5/28/2001 | ABBT0057052 | Lack of Authentication/Foundation<br>Hearsay |
| 430 | 5/28/2001 | ABBT0155970 | Lack of Authentication/Foundation<br>Hearsay |
| 431 | 5/29/2001 | ABBT0157559 | Lack of Authentication/Foundation<br>Hearsay |
| 432 | 5/31/2001 | ABBT0059672 | Lack of Authentication/Foundation<br>Hearsay |
| 433 | 6/4/2001 | ABBT0045296-97 | Lack of Authentication/Foundation<br>Hearsay |
| 434 | 6/4/2001 | ABBT0057906 | Lack of Authentication/Foundation<br>Hearsay |
| 435 | 6/4/2001 | ABBT334695-97 | Lack of Authentication/Foundation<br>Hearsay |
| 436 | 6/6/2001 | ABBT0157798-99 | Lack of Authentication/Foundation<br>Hearsay |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 437 | 6/7/2001 | ABBT0026340-42 | Lack of Authentication/Foundation Hearsay |
| 438 | 6/7/2001 | ABBT0045226-27 | Lack of Authentication/Foundation Hearsay |
| 440 | 6/7/2001 | ABBT0057877-878 | Lack of Authentication/Foundation Hearsay |
| 441 | 6/11/2001 | ABBT0063625-26 | No Objection |
| 442 | 6/14/2001 | ABBT0033472-74 | Lack of Authentication/Foundation Hearsay |
| 443 | 6/17/2001 | ABBT224941-82 | Lack of Authentication/Foundation Hearsay Incomplete |
| 444 | 6/18/2001 | ABBT239029 | Lack of Authentication/Foundation Hearsay |
| 445 | 6/18/2001 | ABBT352510-15 | Lack of Authentication/Foundation Hearsay |
| 446 | 6/18/2001 | MCK00014-108 | Hearsay |
| 448 | 6/20/2001 | ABBT229367-9448 | Lack of Authentication/Foundation Hearsay |
| 449 | 6/21/2001 | ABBT0033089-98, 101, 104-108, 110, 113-114, 117-119 | Multiple Documents Lack of Authentication/Foundation Hearsay |
| 450 | 6/21/2001 | ABBT0507879 | No Objection |
| 451 | 6/21/2001 | ABBT0033106 | No Objection |
| 452 | 6/22/2001 | ABBT203851-94 | Hearsay |
| 454 | 6/27/2001 | ABBT334140-45 | Lack of Authentication/Foundation Hearsay |
| 455 | 7/1/2001 | ABBT0000612-18 | Lack of Authentication/Foundation Hearsay |
| 456 | 7/1/2001 | ABBT0000589-98 | Incomplete Lack of Authentication/Foundation Hearsay |
| 463 | 7/23/2001 | ABBT103191.UR-244 | Hearsay |
| 465 | 7/29/2001 | ABBT0008946-48 | Lack of Authentication/Foundation Hearsay |
| 466 | 7/30/2001 | ABBT317214 | Hearsay Lack of Authentication/Foundation |
| 467 | 7/30/2001 | ABBT245647 | Hearsay Lack of Authentication/Foundation |
| 468 | 7/31/2001 | ABBT241331-560 | Lack of Authentication/Foundation Hearsay Incomplete |
| 469 | 7/31/2001 | ABBT0065982-66097 | Hearsay |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 473 | 8/6/2001 | ABBT326352 | Lack of Authentication/Foundation Hearsay Irrelevant |
| 474 | 8/10/2001 | ABBT0049970-77 | Hearsay |
| 475 | 8/14/2001 | ABBT0049980-81 | Hearsay |
| 477 | 8/21/2001 | ABBT0001974-2029 | Lack of Authentication/Foundation Hearsay Incomplete Multiple Documents |
| 480 | 8/21/2001 | ABBT0165081-96 | Lack of Authentication/Foundation Hearsay |
| 481 | 8/22/2001 | ABBT246374-409 | Lack of Authentication/Foundation Hearsay |
| 482 | 8/27/2001 | ABBT246324-28 | Lack of Authentication/Foundation Hearsay |
| 483 | 9/13/2001 | ABBT127868.UR | Lack of Authentication/Foundation Hearsay |
| 484 | 9/17/2001 | ABBT245619 | No Objection |
| 485 | 9/20/2001 | ABBT0025972 | No Objection |
| 488 | 9/27/2001 | ABBT0048402-33 | Lack of Authentication/Foundation Hearsay |
| 491 | 9/27/2001 | ABBT229605-09 | Lack of Authentication/Foundation Hearsay |
| 493 | 9/28/2001 | ABBT245788-805 | Lack of Authentication/Foundation Hearsay |
| 494 | 10/1/2001 | ABBT0000758-63 | Lack of Authentication/Foundation Hearsay |
| 496 | Oct-01 | ABBT0000726-35 | Lack of Authentication/Foundation Hearsay |
| 498 | 10/5/2001 | ABBT241303 | Lack of Authentication/Foundation Hearsay |
| 499 | 10/8/2001 | ABBT228798-837 | Lack of Authentication/Foundation Hearsay |
| 501 | 10/9/2001 | ABBT0148334 | Lack of Authentication/Foundation Hearsay |
| 505 | 10/10/2001 | ABBT0166660-62 | No Objection |
| 506 | 10/11/2001 | ABBT245651 | Hearsay |
| 508 | 10/19/2001 | ABBT245857 | Lack of Authentication/Foundation Hearsay |
| 511 | 10/23/2001 | ABBT0165038 | No Objection |
| 512 | 10/23/2001 | ABBT0515808-9 | Lack of Authentication/Foundation Hearsay |
| 514 | 10/24/2001 | ABBT246338-44 | Lack of Authentication/Foundation Hearsay |
| 516 | 11/9/2001 | ABBT0003478-81 | Hearsay |
| 517 | 11/16/2001 | ABBT0033833 | Lack of Authentication/Foundation Hearsay |
| 519 | 11/20/2001 | ABBT0025973 | No Objection |
| 520 | 11/26/2001 | JH000787-802 | Hearsay |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 521 | 12/6/2001 | ABBT0003473-77 | Hearsay<br>Lack of Authentication/Foundation |
| 523 | 12/14/2001 | ABBT209485-86 | Hearsay<br>Lack of Authentication/Foundation |
| 524 | 12/17/2001 | ABBT0009384-88 | Hearsay<br>Lack of Authentication/Foundation |
| 525 | 12/18/2001 | JH001065-68 | Hearsay |
| 528 | 12/20/2001 | ABBT0007038-54 | Hearsay<br>Lack of Authentication/Foundation |
| 529 | 12/31/2001 | ABBT246490-92 | Hearsay<br>Lack of Authentication/Foundation |
| 530 | 1/3/2002 | ABBT220928-53 | Hearsay<br>Lack of Authentication/Foundation |
| 531 | 1/3/2002 | ABBT231340-42 | Hearsay<br>Lack of Authentication/Foundation |
| 532 | 1/4/2002 | ABBT220660-72 | Lack of Authentication/Foundation<br>Hearsay |
| 533 | 1/7/2002 | ABBT0559668-70 | Hearsay |
| 534 | 1/7/2002 | ABBT207773-75 | Hearsay |
| 537 | 2/1/2002 | ABBT0000918-927 | Lack of Authentication/Foundation<br>Hearsay |
| 538 | 2/2/2002 | ABBT229753-70 | Lack of Authentication/Foundation<br>Hearsay |
| 540 | 2/4/2002 | ABBT224544-51 | Lack of Authentication/Foundation<br>Hearsay |
| 541 | 2/9/2002 | ABBT225309-23 | Lack of Authentication/Foundation<br>Hearsay |
| 544 | 2/13/2002 | ABBT247161-63 | Lack of Authentication/Foundation<br>Hearsay |
| 545 | 3/1/2002 | CRA00070-108 | Lack of Authentication/Foundation<br>Hearsay |
| 546 | 3/8/2002 | ABBT0079395 | No Objection |
| 548 | 4/15/2002 | ABBT225709-10 | Lack of Authentication/Foundation<br>Hearsay |
| 549 | 4/22/2002 | ABBT152426.UR-27 | Hearsay |
| 551 | 5/17/2002 | ABBT0033583-658 | Lack of Authentication/Foundation<br>Hearsay |
| 553 | 5/30/2002 | ABBT0011680-27 | Lack of Authentication/Foundation<br>Hearsay |
| 554 | 6/7/2002 | ABBT0108742-79 | Lack of Authentication/Foundation<br>Hearsay |
| 555 | 6/13/2002 | ABBT0023982-24053 | Lack of Authentication/Foundation<br>Hearsay |
| 556 | 6/27/2002 | ABBT0546449-50 | Lack of Authentication/Foundation<br>Hearsay |
| 557 | 7/11/2002 | ABBT203446-48 | Lack of Authentication/Foundation<br>Hearsay |
| 558 | 9/10/2002 | ABBT222829-42 | Lack of Authentication/Foundation<br>Hearsay |
| 559 | 9/23/2002 | ABBT334838-41 | Hearsay |

John Hancock Life Insurance Company, et al. v. Abbott Laboratories

## Abbott's Objections to Hancock's
## Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 562 | 10/28/2002 | CRA00035-69 | Hearsay |
| 564 | 11/7/2002 | ABBT0518029-34, ABBT336134-35, ABBT103633.UR, ABBT103643.UR, ABBT104009.UR-10.UR, ABBT336155, ABBT336157, ABBT352502-04 | Lack of Authentication/Foundation Hearsay |
| 565 | 12/10/2002 | ABBT0105563-86 | Hearsay Lack of Authentication/Foundation |
| 567 | 12/20/2002 | AL001469-79 | Hearsay Lack of Authentication/Foundation |
| 569 | 1/30/2003 | ABBT0007586-89 | Hearsay Lack of Authentication/Foundation |
| 574 | 6/11/2003 | ABBT0102860-71, 916-19 | Incomplete Hearsay Lack of Authentication/Foundation Irrelevant |
| 577 | 7/7/2003 | CRA00001-24 | Hearsay Lack of Authentication/Foundation Irrelevant |
| 578 | 7/29/2003 | ABBT323817-30 | Hearsay Lack of Authentication/Foundation |
| 579 | 9/22/2003 | JH001071-91 | No Objection |
| 580 | 11/12/2003 | JH001283-90 | Hearsay |
| 582 | 4/12/2004 | JHII011883-90 | Hearsay Improper Opinion |
| 584 | 5/3/2004 | JHII011831-33 | No Objection |
| 585 | 5/6/2004 | JHII011366-75 | Improper Opinion |
| 586 | 5/8/2004 | JHII021505-25 | Hearsay Lack of Authentication/Foundation |
| 600 | 6/23/2004 | ABBT0000114 | No Objection |
| 603 | 6/30/2004 | JHII021714-39 | Hearsay Lack of Authentication/Foundation |
| 604 | Jul-04 | ABBT248011-12 | Hearsay Lack of Authentication/Foundation |
| 606 | 7/13/2004 | ABBT0126412-17 | No Objection |
| 607 | 7/28/2004 | ABBT0000117-23 | Hearsay Improper Opinion |
| 610 | 8/10/2004 | JHII011334-37 | Hearsay Improper Opinion Incomplete |
| 611 | 8/11/2004 | ABBT0126616 | No Objection |
| 612 | 8/26/2004 | ABBT0126620-21 | Hearsay |
| 613 | 8/26/2004 | ABBT0126622 | Hearsay |
| 615 | 8/31/2004 | ABBT0126635-39 | Hearsay |
| 621 | 9/28/2004 | ABBT0000255-56, ABBT0126645-47 | Multiple Documents Hearsay Lack of Authentication/Foundation |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 623 | 10/6/2004 | ABBT0126645-47 | Hearsay<br>Lack of Authentication/Foundation |
| 624 | 10/26/2004 | ABBT0000250-53 | No Objection |
| 625 | 10/26/2004 | ABBT0126659-62 | No Objection |
| 626 | 10/27/2004 | ABBT0000136 | Hearsay |
| 628 | 11/3/2004 | ABBT0126665-66 | No Objection |
| 630 | 11/5/2004 | ABBT0000137-38 | No Objection |
| 631 | 11/10/2004 | JHII011346-48 | Hearsay<br>Improper Opinion |
| 633 | 11/16/2004 | ABBT0027246-63 | No Objection |
| 635 | 11/22/2004 | ABBT0000143-45 | No Objection |
| 639 | 12/8/2004 | ABBT0000151-54 | Hearsay<br>Lack of Authentication/Foundation |
| 640 | 12/10/2004 | JHII011897-12066 | Hearsay<br>Improper Opinion<br>Multiple Documents<br>Lack of Authentication/Foundation |
| 645 | 1/4/2005 | ABBT0126684-87 | Hearsay<br>Lack of Authentication/Foundation |
| 647 | 1/4/2005 | JHII011167-68 | Lack of Authentication/Foundation<br>Hearsay |
| 651 | 1/10/2005 | ABBT148376.UR,<br>ABBT148382.UR,<br>ABBT148379.UR,<br>ABBT148381.UR,<br>ABBT__0306.UR,<br>ABBT0008528-30,<br>ABBT348223,<br>ABBT0004602 (Campbell Depo. Exh. 41) | Hearsay<br>Lack of Authentication/Foundation<br>Incomplete<br>Multiple Documents |
| 656 | 1/20/2005 | | Hearsay<br>Lack of Authentication/Foundation |
| 658 | 1/21/2005 | S0102-03 | No Objection |
| 661 | 1/26/2005 | ABBT0126490-92 | Hearsay<br>Lack of Authentication/Foundation |
| 662 | 1/26/2005 | ABBT0126767-71 | Hearsay<br>Lack of Authentication/Foundation |
| 663 | 1/26/2005 | JHII011360-62 | Hearsay<br>Improper Opinion |
| 664 | 1/28/2005 | ABBT0000167-68 | No Objection |
| 665 | 1/28/2005 | ABBT0000169-72 | Hearsay<br>Improper Opinion |
| 666 | 1/30/2005 | ABBT0000173-74 | No Objection |
| 670 | 2/10/2005 | ABBT0000175-81A | Hearsay<br>Improper Opinion |
| 675 | 2/23/2005 | ABBT0126964-65 | Hearsay<br>Lack of Authentication/Foundation |
| 677 | 3/7/2005 | JHII 021600-06 (corrected via email from Richard Abati) | Hearsay<br>Lack of Authentication/Foundation |
| 678 | 3/10/2005 | S0017-20 | No Objection |

John Hancock Life Insurance Company, et al. v. Abbott Laboratories

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 679 | 3/14/2005 | ABBT269161-210 | Hearsay<br>Lack of Authentication/Foundation<br>Irrelevant |
| 680 | 3/15/2005 | ABBT0000280-84 | Hearsay<br>Lack of Authentication/Foundation |
| 683 | 3/18/2005 | ABBT0000277-79 | Hearsay |
| 686 | 3/22/2005 | ABBT0000273-76 | Hearsay |
| 687 | 3/22/2005 | ABBT0126575 | No Objection |
| 688 | 3/23/2005 | ABBT0126973 | Hearsay |
| 690 | 3/25/2005 | ABBT0000270-71 | Hearsay<br>Lack of Authentication/Foundation |
| 693 | 3/29/2005 | ABBT0000210-14 | Hearsay<br>Improper Opinion |
| 694 | 3/29/2005 | ABBT0000267-68 | Hearsay |
| 696 | 4/1/2005 | JHII011911-17 | Hearsay |
| 698 | 4/21/2005 | ABBT0000221-22 | No Objection |
| 699 | 5/1/2005 | ABBT0080815-34 | Hearsay<br>Lack of Authentication/Foundation |
| 701 | 9/15/2005 | ABBT372504 | Hearsay<br>Lack of Authentication/Foundation |
| 703 | 11/7/2005 | ABBT248441-547 | Hearsay<br>Lack of Authentication/Foundation |
| 705 | 1/1/2006 | ABBT248847  (Corrected via email from Richard Abati) | Hearsay<br>Lack of Authentication/Foundation<br>Incomplete |
| 707 | 1/20/2006 | ABBT0026105-16 | Lack of Authentication/Foundation<br>Hearsay |
| 709 | 3/23/2006 | ABBT0047220-88 | Hearsay<br>Lack of Authentication/Foundation |
| 711 | 7/1/2006 | CRA00110-12 | Hearsay<br>Lack of Authentication/Foundation<br>Incomplete |
| 716 | 11/12/2006 | ABBT371710-15 | Incomplete<br>Hearsay<br>Lack of Authentication/Foundation |
| 718 | 11/14/2006 | Letter from J. Christopher to Richard C. Abati re Constella Group Subpoena | Hearsay |
| 721 | 11/20/2007 | Letter from Suzanne Lebold to Stephen Blewitt re Research Funding  Agreement Update | Hearsay |
| 722 | 00/00/00 | ABBT0003362-70 | Hearsay |
| 723 | 00/00/00 | ABBT0018775 | Lack of Authentication/Foundation<br>Hearsay<br>Incomplete |
| 725 | 00/00/00 | ABBT0507866 | Hearsay<br>Lack of Authentication/Foundation |
| 726 | 00/00/00 | ABBT0518377-378 | Hearsay |
| 727 | 00/00/00 | ABBT0556321-49, 56 | No Objection |
| 728 | 00/00/00 | ABBT372493-94 | Hearsay |
| 732 | 00/00/00 | ABBT0047907-08 | Lack of Authentication/Foundation<br>Hearsay |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 734 | 00/00/00 | ABBT0556317 | No Objection |
| 738 | 00/00/00 | ANDR00033-92 | Hearsay<br>Lack of Authentication/Foundation |
| 740 | 00/00/00 | ABBT209487-88 | No Objection |
| 743 | 00/00/00 | ABBT299286-97 | Hearsay<br>Lack of Authentication/Foundation |
| 744 | 00/00/00 | ABBT0003362-65,<br>ABBT0003369,<br>ABBT0003418,<br>ABBT299147-56,<br>ABBT299158<br>ABBT299288-97,<br>ABBT329442-558 | Hearsay<br>Incomplete |
| 745 | 00/00/00 | ABBT0006861-64 | Hearsay<br>Lack of Authentication/Foundation |
| 746 | 00/00/00 | ABBT0051885-88 | Hearsay<br>Lack of Authentication/Foundation |
| 747 | 00/00/00 | ABBT0059550-56 | No Objection |
| 748 | 00/00/00 | ABBT006748-68 | Hearsay<br>Lack of Authentication/Foundation |
| 749 | 00/00/00 | ABBT0155581-87 | Lack of Authentication/Foundation<br>Hearsay |
| 750 | 00/00/00 | ABBT0162922-46 | Hearsay<br>Lack of Authentication/Foundation |
| 752 | 00/00/00 | ABBT0507866 | Hearsay<br>Lack of Authentication/Foundation |
| 754 | 00/00/00 | ABBT148440.UR<br>ABBT148555.UR<br>ABBT148543.UR | Incomplete<br>Hearsay<br>Lack of Authentication/Foundation |
| 757 | 00/00/00 | JH002250-96<br>JH002298-302 | Hearsay<br>Lack of Authentication/Foundation |
| 758 | 00/00/00 | JH002314-17 | Hearsay<br>Lack of Authentication/Foundation |
| 761 | 00/00/00 | JHII021526-94 | Incomplete |
| 762 | 00/00/00 | JHII021595-96 | Incomplete |
| 763 | 00/00/00 | JHII021599 | Hearsay<br>Lack of Authentication/Foundation |
| 764 | 00/00/00 | JHII021600-06 | Hearsay<br>Lack of Authentication/Foundation |
| 765 | 00/00/00 | MCK00431-37 | Hearsay<br>Lack of Authentication/Foundation |
| 766 | 00/00/00 | MCK00438-42 | Hearsay<br>Lack of Authentication/Foundation |
| 769 | 00/00/00 | JH001103-04 | Hearsay |
| 772 | 00/00/00 | ABBT0155602-08 | Hearsay<br>Lack of Authentication/Foundation |
| 780 | 00/00/00 | ABBT0102966-68 | Hearsay<br>Lack of Authentication/Foundation |
| 781 | 00/00/00 | JH002974-75 | Hearsay |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 782 | 00/00/00 | ABBT0082749 | Hearsay<br>Lack of Authentication/Foundation |
| 784 | 00/00/00 | ABBT0094631-61 | Hearsay<br>Lack of Authentication/Foundation |
| 785 | 8/19/04 - 7/31/05 | JHII021826-945 | Hearsay<br>Lack of Authentication/Foundation |
| 786 | 5/13/2001 | ASCO News Release - "Nearly 25,000 Cancer Specialists Meet in San Francisco For ASCO Annual Meeting | Hearsay |
| 787 | 12/31/2002 | PR Newswire - Abbott Laboratories Receives FDA Approval Earlier Than Anticipated for HUMIRA (TM) (adalimumab) for the Treatment of Rheumatoid Arthritis (RA) | Hearsay |
| 788 | 9/15/2004 | Non-Use Agreement between Hancock and Abbott | Irrelevant |
| 789 | 8/29/2005 | Non-Use Agreement between Hancock and Abbott | Irrelevant |
| 793 | 12/31/2006 | Abbott Form 10-K for the year ended December 31, 2006 | Irrelevant |
| 794 | 1/19/2007 | Report of William R. Fairweather, Ph.D., with attached exhibits, and workpapers produced in discovery | Hearsay<br>Improper Opinion |
| 795 | 6/1/2007 | Summary of Anticipated Expert Testimony of Dr. Barry I. Gold, with attached exhibits, and workpapers produced in discovery | Hearsay<br>Improper Opinion |
| 796 | 11/5/2007 | www.abbott.com.htm | Hearsay<br>Lack of Authentication/Foundation<br>Irrelevant |
| 797 | 11/5/2007 | http://www.abbott.com/global/url/pressRelease/en_US/60.5:5/Press_Release_0537.htm | Hearsay<br>Lack of Authentication/Foundation |
| 798 | 11/5/2007 | http://www.abbott.com/global/url/content/en_US/60.15:15/feature/Feature_0030.htm | Hearsay<br>Lack of Authentication/Foundation |
| 799 | 11/5/2007 | Video on "How NNRs Work" at http://www.abbott.com/global/url/content/en_US/60.15:15/feature/Feature_0030.htm | Hearsay<br>Lack of Authentication/Foundation<br>Irrelevant |
| 801 | 12/3/2007 | Updated Expert Report of Alan Friedman with exhibits | Hearsay<br>Improper Opinion |
| 803 | 1/20/2007 | Documents Considered, January 20, 2007 Until Present | No Objection |
| 805 | 00/00/00 | AICPA Practice Aid Series, Assets Acquired in a Business Combination to be Used in Research and Development Activities: A Focus on Software, Electronic Devices, and Pharmaceutical Industries | Hearsay<br>Irrelevant<br>Lack of Authentication/Foundation |
| 807 | 00/00/00 | List of Key Personnel | Hearsay<br>Lack of Authentication/Foundation |
| 813 | 00/00/00 | Neuroscience and Pain by James Sullivan | Hearsay<br>Lack of Authentication/Foundation |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 814 | 00/00/00 | Documents Requested to be Produced by Abbott for Audit Purposes in December 2004 | Hearsay Lack of Authentication/Foundation |
| 821 | 10/15/2006 | Affidavit of Philip M. Deemer | No Objection |
| 824 | 3/30/2007 | Notice of Deposition for Abbott Laboratories | Lack of Authentication/Foundation Hearsay |
| 828 | 5/29/2007 | Letter from Russell J. Edelstein to Ozge Guzelsu Enclosing List of Documents Relied Upon by Dr. Gold | Hearsay |
| 831 | 1/29/2001 | MCK00681-82 | Lack of Authentication/Foundation Hearsay |
| 832 | 2/24/2001 | MCK00683-84 | Lack of Authentication/Foundation Hearsay |
| 836 | 12/31/2005 | Abbott Laboratories' Responses and Objections to Plaintiffs' First Set of Interrogatories | No Objection |
| 837 | 6/30/2006 | Abbott Laboratories' Responses and Objections to Plaintiffs' Second Set of Interrogatories | No Objection |
| 838 | 4/13/2007 | Abbott Laboratories' Responses and Objections to Plaintiffs' Third Set of Interrogatories | No Objection |
| 841 | 10/19/2007 | Abbott Laboratories' Responses and Objections to Plaintiffs' Second Set of Request for Admissions | No Objection |
| 842 | 9/28/2001 | ABBT246253-54 | No Objection |
| 843 | 3/9/2000 | ABBT0141509 | Incomplete Lack of Authentication/Foundation Hearsay |
| 844 | 3/21/2001 | ABBT0004019 | Hearsay |
| 845 | 11/30/2000 | ABBT0122385-86 | Lack of Authentication/Foundation Hearsay |
| 846 | 1/23/2001 | ABBT0128117-18 | Lack of Authentication/Foundation Hearsay |
| 847 | 2/13/2001 | ABBT242681-86 | Lack of Authentication/Foundation Hearsay |
| 848 | 10/28/2000 | ABBT236676-729 | Lack of Authentication/Foundation Hearsay |
| 849 | 2/6/2001 | ABBT0012431-32 | Lack of Authentication/Foundation Hearsay |
| 850 | 8/21/2001 | ABBT0022081-92 | Lack of Authentication/Foundation Hearsay |
| 851 | 10/9/2001 | ABBT245659 | No Objection |
| 852 | 10/10/2001 | ABBT245657 | Lack of Authentication/Foundation Hearsay |
| 853 | 3/5/2001 | ABBT329247-251 | Lack of Authentication/Foundation Hearsay |
| 854 | 5/25/2000 | ABBT242154 | Lack of Authentication/Foundation Hearsay |
| 855 | 9/3/1999 | ABBT0159274 | Lack of Authentication/Foundation Hearsay |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 856 | 3/00/01 | ABBT0000451-56 | Lack of Authentication/Foundation Hearsay |
| 857 | 3/8/2000 | ABBT111376.UR - 427.UR (Corrected via email from Mr. Abati)+C546 | Lack of Authentication/Foundation Hearsay |
| 858 | 7/9/2001 | ABBT210063-98 | Lack of Authentication/Foundation Hearsay |
| 859 | 1/12/2006 | ABBT279668-73 | Lack of Authentication/Foundation Hearsay |
| 860 | | Description of Press Release: ABT-894 PhII Announcement Press Release at: http://www.neurosearch.com/Default.aspx?ID=4080&M=News&PID=22571&NewsID=15415 | Lack of Authentication/Foundation Hearsay Irrelevant |
| 861 | | Description of Part 2: Neuroscience 894 description at: http://www.neurosearch.com/Default.aspx?ID=120 | Lack of Authentication/Foundation Hearsay Irrelevant |
| 862 | | Description of Part 3: Neuroscience NNR description at: http://www.neurosearch.com/Default.aspx?ID=1574 | Lack of Authentication/Foundation Hearsay Irrelevant |
| 863 | | Description of Part 4: Neuroscience/Abbott collaboration description at: http://www.neurosearch.com/Default.aspx?ID=93 | Lack of Authentication/Foundation Hearsay Irrelevant |
| 864 | | ABBT0155807 | Lack of Authentication/Foundation Hearsay Irrelevant |
| 865 | 5/8/2000 | JH002423-49 | Lack of Authentication/Foundation Hearsay Irrelevant Multiple Documents |
| 866 | 00/00/00 | JHII 021463-95 | Lack of Authentication/Foundation Hearsay |
| 867 | 00/00/00 | ABBT037609-14 | Lack of Authentication/Foundation Hearsay |
| 868 | 00/00/00 | AUDIT 000042 | Lack of Authentication/Foundation Hearsay |
| 869 | 00/00/00 | AUDIT 00517-18 | Lack of Authentication/Foundation Hearsay Improper Opinion |
| 870 | 3/21/2002 | AUDIT 001236-51 | Lack of Authentication/Foundation Hearsay Irrelevant |
| 871 | 00/00/00 | AUDIT 001687-89 | Lack of Authentication/Foundation Hearsay Irrelevant |
| 872 | 2/11/2003 | AUDIT 002571-72 | Lack of Authentication/Foundation Hearsay Irrelevant |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 873 | 2/5/2003 | AUDIT 002573-74 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 874 | 2/14/2003 | AUDIT 002578-79 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 875 | 12/16/2002 | AUDIT 002597-98 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 876 | 12/10/2002 | AUDIT 002599-601 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 877 | 1/15/2003 | AUDIT 002603 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 878 | 1/10/2003 | AUDIT 002604-08 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 879 | 1/8/2003 | AUDIT 002609 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 880 | 00/00/00 | AUDIT 002610 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 881 | 00/00/00 | AUDIT 002611 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 882 | 12/00/02 | AUDIT 003172-237 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 883 | 12/10/2002 | AUDIT 003254 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 884 | 00/00/00 | AUDIT 003306 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 885 | 00/00/00 | AUDIT 003307 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 886 | 5/20/2004 | AUDIT 008167-69 | Lack of Authentication/Foundation<br>Hearsay<br>Irrelevant |
| 887 | 00/00/00 | AUDIT 008331-33 | Lack of Authentication/Foundation<br>Hearsay |
| 888 | 00/00/00 | AUDIT 008335-43 | Lack of Authentication/Foundation<br>Hearsay |
| 889 | 5/21/2003 | AUDIT 011515-40 | Lack of Authentication/Foundation<br>Hearsay |
| 890 | 4/14/2004 | ABBT308584-645 | Lack of Authentication/Foundation<br>Hearsay<br>Improper Opinion |

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 891 | 11/20/2003 | Letter from James Tyree to Stephen Blewitt | Settlement<br>Hearsay |
| 892 | 5/6/1999 | JH 001699-1701 | Hearsay<br>Irrelevant<br>Lack of Authentication/Foundation |
| 893 | 11/21/2002 | ABBT0007270-72 | Lack of Authentication/Foundation<br>Hearsay |
| 894 | 11/30/2007 | Updated Summary of Anticipated Expert Testimony of<br>Dr. Barry I. Gold | Hearsay<br>Improper Opinion |
| 895 | 11/15/2006 | Letter from Suzanne Lebold to Stephen Blewitt | Hearsay |
| 896 | 7/6/2000 | ABBT144619.UR-20.UR | Lack of Authentication/Foundation<br>Hearsay |
| 897 | 3/26/2007 | Revised Notice of Deposition of Abbott Laboratories | Lack of Authentication/Foundation<br>Hearsay |
| 898 | 5/00/00 | ABBT0021817-860 | Lack of Authentication/Foundation<br>Hearsay |
| 899 | 10/10/2001 | ABBT245657-660 | Lack of Authentication/Foundation<br>Hearsay |
| 900 | 9/27/2001 | ABBT113285.UR-315.UR | Lack of Authentication/Foundation<br>Hearsay<br>Multiple Documents |
| 901 | 2/6/2006 | John Hancock's Objections and Responses to Abbott Laboratories' First Set of Interrogatories | Hearsay |
| 902 | 3/21/2001 | ABBT364018-20 | Lack of Authentication/Foundation<br>Hearsay |
| 903 | 00/00/00 | ABBT338037<br>ABBT0116305<br>ABBT366059 | Lack of Authentication/Foundation<br>Hearsay<br>Multiple Documents |
| 904 | 00/00/00 | AL000059-76 | Lack of Authentication/Foundation<br>Hearsay |
| 905 | 10/8/2001 | ABBT0165097-104 | Lack of Authentication/Foundation<br>Hearsay |
| 906 | | ST-AUDIT 00001 - 42765 | Lack of Authentication/Foundation<br>Hearsay<br>Multiple Documents |
| 907 | 00/00/00 | JHII 021597 | Lack of Authentication/Foundation<br>Hearsay |
| 908 | 4/20/2004 | ABBT0036399, ABBT0008949 | Lack of Authentication/Foundation<br>Hearsay<br>Multiple Documents |
| 909 | 1/21/2005 | ABBT0126735-36 | Lack of Authentication/Foundation<br>Hearsay |
| 910 | 8/6/2004 | ABBT0126614-15 | Lack of Authentication/Foundation<br>Hearsay |
| 911 | 3/23/2005 | ABBT0126979-982 | Lack of Authentication/Foundation<br>Hearsay |
| 912 | 00/00/00 | JHII021501-05 | Lack of Authentication/Foundation<br>Hearsay |

John Hancock Life Insurance Company, et al. v. Abbott Laboratories

**Abbott's Objections to Hancock's**
**Revised List of Trial Exhibits, dated January 18, 2008, as Amended Through January 27, 2008**

| Plaintiffs' Ex. No. | Date | Bates Nos. | Grounds for Objection |
|---|---|---|---|
| 913 | 00/00/00 | JHII021598 | Lack of Authentication/Foundation Hearsay |
| 914 | 3/27/2005 | ABBT0005098-112 | Multiple Documents |
| 915 | 1/16/2001 | ABBT242693-99 | Lack of Authentication/Foundation Hearsay |
| 916 | 8/7/2000 | ABBT0109806-39 | Lack of Authentication/Foundation Hearsay |
| 917 | 10/3/2000 | ABBT0107081 | Lack of Authentication/Foundation Hearsay |
| 918 | 00/00/00 | ABBT0092919-21 | Lack of Authentication/Foundation Hearsay |
| 919 | 9/00/00 | ABBT0155493-512 | Lack of Authentication/Foundation Hearsay |
| 920 | 9/00/00 | ABBT0577835-54 | Lack of Authentication/Foundation Hearsay |
| 921 | 5/10/2004 | ABBT0000057-58 | No Objection |
| 922 | 7/8/2004 | ABBT0126595-97 | No Objection |
| 923 | 2/28/2001 | ABBT0003465 | No Objection |