UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY),<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CIVIL ACTION NO. 05-11150-DPW |

**PLAINTIFFS' LIST OF PROSPECTIVE WITNESSES**

Pursuant to the Court's Second Amended Order Regulating Non-Jury Trial, dated January 15, 2008, Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company and Manulife Insurance Company hereby submit the following list of prospective witnesses.

I. **Plaintiffs' List Of Prospective Witnesses By Affidavit**

Plaintiffs hereby submit, pursuant to Section II.4.a of the Court's Second Amended Order Regulating Non-Jury Trial the following list of prospective trial witnesses by affidavit:

1. Stephen Blewitt

2. Deborah Dion

3. William Fairweather

4. Alan Friedman

5. Barry Gold

6. Mark Hair

7. Scott Hartz

8. Lynn Klotz

9. Christopher Martinez

**II.   Prospective Witnesses Pursuant To Section III.2.d Of The Court's Second Amended Order Regulating Non-Jury Trial**

Plaintiffs hereby reserve their rights, pursuant to Section III.2.d of the Court's Second Amended Order Regulating Non-Jury Trial, to use the deposition of, or call, the following witnesses for oral examination:

1. Each witness listed in Section I above

2. Paul Andrews

3. Stanley Bukofzer

4. Michelle Campbell

5. Stephen Cohen

6. Marilyn Collicott

7. Diane D'Amico

8. Philip Deemer

9. Jeanne Fox

10. Keith Hendricks

11. Jessica Hopfield

12. Elizabeth Kowaluk

13. Angela Landsberg

14. Jeffrey Leiden

15. John Leonard

16. Lise Loberg

17. James Looman

18. Frank Loughery

19. Thomas Lyons

20. Bruce McCarthy

21. Carol Meyer

22. Michael Meyer

23. Azmi Nabulsi

24. Perry Nisen

25. Daphne Pals

26. Bruce Rodda

27. Christopher Silber

28. Brian Smith

29. James Thomas

30. Avram Tucker

31. Thomas Woidat

32. Custodian of Records, Abbott Laboratories

33. Custodian of Records, Constella Group, LLC (f/k/a Resource Solutions Inc.)

34. Custodian of Records, McKinsey & Co.

35. Custodian of Records, Phone Screen

-4-

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY and
MANULIFE INSURANCE COMPANY

By their attorneys,


/s/ *Brian A. Davis*
Brian A. Davis
   (bad@choate.com/BBO No. 546462)
Joseph H. Zwicker
   (jzwicker@choate.com/BBO No. 560219)
Richard C. Abati
   (rabati@choate.com/BBO No. 651037)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: 617-248-5000

Date:  January 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed with the Court through the ECF system and that a copy will be sent electronically to counsel for defendant through the ECF system on January 28, 2008.

/s/ Richard C. Abati
Richard C. Abati  (BBO No. 651037)

4288534v2