UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY),<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11150-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF DEBORAH J. DION

I, Deborah J. Dion, hereby state under oath that:

1.     I am a Senior Litigation Paralegal with the law firm Choate, Hall & Stewart ("Choate").   I have worked on behalf of the Plaintiffs on the above-captioned matter.

2.     Defendant Abbott Laboratories, Inc. ("Abbott") objects to the Exhibits listed in attached Schedule A on grounds, among others, of "authentication."   (*See* John Hancock's Agreed To and Objected To Exhibit Lists, filed January 28, 2008.)

3.     Each Exhibit listed on Schedule A has been provided to John Hancock by Abbott, and purports to be a document created by Abbott, or an agent or representative of Abbott.

4.     The Exhibits designated as PLs' LE, LK, LL, NP, NR, NS, NT, NZ, OA, OB, OJ, OK, OL, and PV are true and accurate copies of: (a) documents made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person or persons at Choate with knowledge of those matters; (b) documents made in the course of Choate's regularly conducted business; and (c) documents kept by Choate in the course of Choate's regularly conducted business.

5.     The Exhibits designated as PLs' CG, DO, and DW are true and accurate copies of documents produced by Constella Group LLC to John Hancock on November 14, 2006 in response to a Subpoena served by John Hancock, dated October 16, 2006.

6.     The Exhibits designated as PLs' FC, FH, FI, FL, FR, FS, FW, GW, GX, QO, and QP are true and accurate copies of documents produced by McKinsey & Company to John Hancock in August 2007 in response to a Subpoena served by John Hancock, dated April 27, 2007.

7.     The Exhibit designated as PL's GU is a true and accurate copy of a document produced by Dr. Paul Andrews to John Hancock on March 28, 2007.

8.     The exhibits designated as PLs' KF, KG, KH, KI are true and accurate copies of print-outs from Abbott's website as of January 17, 2008 and are publicly available.

9.     As of January 26, 2008, exhibits designated as PLs' QD, QE, QF and QG were available on Abbott's website at www.abbott.com. With the assistance of its Information Technologies staff, John Hancock, captured PLs' QD, QE, QF and QG as they appear on Abbott's website and preserved them in electronic format for possible use at trial.

10.     The exhibit designated as PLs' QA is a true and accurate copy of Abbott's Form 10-K for the year ended December 31, 2006.

Signed under the pains and penalties of perjury this 28 day of January, 2008.


/s/ Deborah J. Dion
Deborah J. Dion

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed with the Court through the ECF system and that a copy will be sent electronically to counsel for defendant through the ECF system on January 28, 2008.

/s/ Richard C. Abati
Richard C. Abati  (BBO No. 651037)

4294534v2

Schedule A
Abbott Authentication Objections

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| A | 12/9/1999 | MMPI Working Group Meeting Minutes | ABBT0053710-11 |
| B | 3/9/2000 | Matrix Metalloproteinase Inhibitors Project - Discovery Development Candidate Meeting | ABBT0141929-83 |
| C | 7/14/2000 | 2001 Plan Assumption Memo | ABBT0037399-463 |
| D | Aug-00 | July 2000 Top Issues | ABBT0017616-19 |
| F | 11/00/2000 | Information for Clinical Investigators, ABT-518 | ABBT0055691-772 |
| G | 11/8/2000 | Oncology Portfolio Analysis Inputs - Project List, Product Profiles and Probabilities of Technical Success - Draft for Team Review, November 8, 2000 | ABBT292350, ABBT292365, ABBT302701, ABBT302721 |
| H | 1/11/2001 | MMPI Working Group Meeting, Meeting Objective: ABT-518 Program Update | ABBT0045274-276 |
| I | 2/1/2001 | ABT-518 Monthly Report, February 2001 | ABBT0000343-48 |
| J | 2/1/2001 | ABT-518 Descriptive Memorandum, February 2001 | ABBT0004032-39 |
| K | 2/4/2001 | Oncology Status Report | ABBT0045333-35 |
| L | 3/1/2001 | ABT-518 Monthly Report, March 2001 | ABBT0000349-53 |
| N | 3/8/2001 | MMPI Monthly Meeting Agenda | ABBT0045253 |
| O | 3/8/2001 | MMPI Working Group Meeting Minutes | ABBT300143-44 |
| P | 3/9/2001 | Oncology Status Report | ABBT0045324-326 |
| Q | 3/9/2001 | Letter from Tom Capetan to Dr. Nisen re: Report on ABT 518-Evaluation in Ocular Anglogenic Models | ABBT0049922-26 |
| R | 3/12/2001 | Email from Philip M. Deemer to sblewitt@jhancock.com@internet re MMPI Program Update | ABBT0004031-39 |
| S | 3/12/2001 | Email from Diane L. D'Amico to jhm@nki.nl re M00-235 Update | ABBT0033104 |
| T | 3/12/2001 | Email from Diane L. D'Amico to jhm@nki.nl re M00-235 Update | ABBT0055172-73 |
| U | 3/13/2001 | Email from Jim Looman to Azmi A. Nabulsi et al. re NKI Study | ABBT0033093 |
| W | 3/14/2001 | Email from Diane L. D'Amico to l.v.beerepoot@azu.nl re M00-235: Validated PD Methods | ABBT0046350 |
| Y | 3/16/2001 | Email from Philip M. Deemer to Joyce L. Devault re For Overhead | ABBT0004507-09 |
| Z | 3/19/2001 | Email from Jim Looman to Diane L. D'Amico re M00-235 Update | ABBT0055205-06 |
| AA | 3/19/2001 | Email from Diane L. D'Amico to Willy Jansen et al. re M00-235 Update | ABBT0033096-97 |
| AB | 3/20/2001 | E-mail from Deemer to Nisen | ABBT245847 |
| AC | 3/21/2001 | Email from Jim Looman to Diane L. D'Amico re Restart 518 Study | ABBT0508262 |
| AD | 3/21/2001 | Email from Perry D. Nisen to Philip M. Deemer re Hancock and Alcon | ABBT246501 |
| AE | 3/22/2001 | Email from Paige Gjelsten to MMPI Team re MMPI Working Group Meeting Minutes: 3/8/01 | ABBT300130-32, ABBT300142-44 |
| AF | 3/22/2001 | Email from Philip M. Deemer to Perry D. Nisen re Hancock and Alcon | AL000403 |
| AG | 4/16/2001 | E-mail from Perry D. Nisen to Azmi A. Nabulsi re: | ABBT0063627-28 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| | | DMC Project Review Meetings | |
| AH | 5/1/2001 | Monthly Highlights - Key Project Progress | ABBT0000361-65 |
| AI | 5/1/2001 | ABT-518 Monthly Report, May 2001 | ABBT143915.UR-20 |
| AJ | 5/2/2001 | Email from Tamara L. Garavalia to Michaela L. James et al. re: ABT518 | ABBT0055426 |
| AK | 5/11/2001 | Oncology Status Report | ABBT0045302-304 |
| AN | 5/22/2001 | Email from Perry D. Nisen to John M. Leonard re: ABT-518 | ABBT0064226 |
| AO | 5/25/2001 | Email from Diane L. D'Amico to Diane C. Bronson et al. re: ABT-518 Tox | ABBT0059368 |
| AP | 5/25/2001 | Email from Diane L. D'Amico to Lise I. Loberg re: ABT-518 Tox | ABBT0061200 |
| AQ | 5/28/2001 | Email from Diane C. Bronson to Diane L. D'Amico re: ABT-518 Tox | ABBT0057052 |
| AR | 5/28/2001 | Email from Diane C. Bronson to Lise I. Loberg re: ABT-518 Tox | ABBT0155970 |
| AS | 5/29/2001 | Email from Lise I. Loberg to William M. Bracken et al. re: resume ABT-518 activities: FALSE ALARM! | ABBT0157559 |
| AT | 6/4/2001 | Oncology Status Report | ABBT0045296-97 |
| AU | 6/4/2001 | Email from 8776893456@skytel.com to Diane L. D'Amico re: MMPI | ABBT0057906 |
| AV | 6/4/2001 | Email from Thomas J. Lyons to Kenneth D. Stiles re: MMPI-Phase I Study Options | ABBT334695-97 |
| AW | 6/6/2001 | Email from Lise I. Loberg to William M. Bracken et al. re: ABT-518 update | ABBT0157798-99 |
| AX | 6/7/2001 | MMPI Working Group Meeting Minutes | ABBT0026340-42 |
| AY | 6/7/2001 | MMPI Monthly Meeting Agenda | ABBT0045226-27 |
| AZ | 6/7/2001 | MMPI Working Group Meeting Minutes | ABBT0057877-878 |
| BA | 6/14/2001 | Email from Diane C. Bronson to Paige Gjelsten re: MMPI Meeting Minutes from 6/7/01 | ABBT0033472-74 |
| BB | 6/21/2001 | M00-235 Teleconference: Schellens Notification of Study Termination | ABBT0033089-98, 101, 104-108, 110, 113-114, 117-119 |
| BC | 7/30/2001 | Email from Philip Deemer to Dan Norbeck re MMPI | ABBT245647 |
| BG | 5/17/2002 | Clinical Study Report R&D/02/118 - A Phase I Ecalating Multiple Dose Study Of Matrix Metalloproteinase Inhibited (ABT-518) In Patients With Advanced Career; ABT-518/ Protocol Moo-235 | ABBT0033583-658 |
| BH | 9/15/2005 | Email from Jane A. Hoff-Smith to Suzanne Lebold et al. regarding Update on ABT-518 | ABBT372504 |
| BJ | 00/00/00 | Proposed Program Rationalization | ABBT0018775 |
| BK | 00/00/00 | Letter from Azmi to Jim re project review with upper management on Wednesday | ABBT0507866 |
| BN | 3/9/2000 | MMPI A-291518 Discovery Development Candidate Approval Slide | ABBT0141509 |
| BP | 3/9/2000 | Email from Aldona T. Matalonis to hg@clinphone.com@internet re Suspend Work on Abbott M99-115 IVR Project | ABBT0150827 |
| BQ | 12/1/1998 | A-173259.47: A Novel Potent, Non-Opioid Analgesic | ABBT0023920-81 |
| BR | 1/15/1999 | Memo to Leonard re Meeting Minutes for Analgesia Venture Portfolio Review | ABBT0005027-37 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| BS | 2/24/1999 | Email from Kacos to Boyd re Analgesia Portfolio Review, with slides | ABBT0114450-519 |
| BT | 3/12/1999 | Letter from McCarthy to Meyer enclosing documents for ABT-594 European Advisory Meeting | ABBT0024357-69 |
| BU | 4/1/1999 | ABT-259 Transition Strategy dated April 1999 | ABBT0020594-611 |
| BV | 6/1/1999 | ABT-594 Development Plan dated June, 1999 | ABBT0018986-0019095 |
| BX | 11/17/1999 | Email from Aldona T Matalonis to Catherine K Kacos re 3 page summary sheet for ALZA | ABBT0105015-19 |
| BY | 12/21/1999 | Email from James W Thomas to Fred W. Siebert et al.re 114 Sample Size | ABBT0051889 |
| BZ | 1/24/2000 | Email from Christopher J Silber to Grace C Dunn et al. re Analgesia Venture Monthly Highlights | ABBT0159624 |
| CA | 1/31/2000 | Abbott/NeuroSearch, Joint Research Council, January 31 - February 1, 2000 | ABBT0022519-69 |
| CB | 3/1/2000 | March 2000, ABT-594 Project Status Report | ABBT0004401-09 |
| CC | 4/1/2000 | ABT-594 Descriptive Memorandum | ABBT0107546-551 |
| CD | 5/31/2000 | Email from Marilyn J Collicott attaching site breakdown/enrollment for M99-114 | ABBT0033462-67 |
| CE | 6/1/2000 | June 2000, ABT-594 Project Status Report | ABBT0004422 |
| CF | 6/9/2000 | Email from Marilyn Collicott to Bruce McCarthy re Updates fro M99-114 Phase IIb Meeting | ABBT0166642-43 |
| CH | 7/6/2000 | Email from Tamara L Garavalia to Aldona T Matalonis et al. re M99-114 300 mcg dose group | ABBT0161395 |
| CI | 7/7/2000 | Email from Steve Blewitt to Steve Cohen re Questions | ABBT0004016 |
| CK | 7/25/2000 | Email from Michael Biarnesen to Aldona Matalonis re RQA Auditor Assignment for Analgesia Venture | ABBT0161644-45 |
| CL | 8/1/2000 | August 2000, ABT-594 Project Status Report | ABBT0004436 |
| CM | 8/31/2000 | ABT-594 Product Development Team Meeting, Minutes | ABBT0042271-75 |
| CN | 8/1/2000 | ABT-594 Product Development Team Meeting, Minutes | ABBT0162183-86 |
| CO | 8/21/2000 | Email from Laura Robinson to Andrea Landsberg re RE: ABT-594 Commercial Section w/Laura Robinson Input | ABBT0161930-69 |
| CP | 8/22/2000 | Email from James W Thomas to Bruce McCarthy re 114 fax ae numbers | ABBT0502613 |
| CQ | 8/29/2000 | Email from James Thomas to Catherine Kacos re M99-114 graph data | ABBT0080232-33 |
| CR | 8/31/2000 | Email from Marilyn J Collicott to Christopher J Silber re M99-114 Extension letter | ABBT0113703-04 |
| CS | 8/31/2000 | Letter from Marilyn Collicott re Protocol M99-114: A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Neuropathy | ABBT241302 |
| CT | 9/1/2000 | September 2000, ABT-594 Project Status Report | ABBT0004443-47 |
| CU | Sep-00 | September Strategy Update | ABBT0577811-34 |
| CV | 9/11/2000 | Email from Christopher J Silber to Catherine K Kacos re Trip Report: Visit to Gibson, Biton, Kipnes, Hewitt | ABBT0109317-22 |
| CW | 9/26/2000 | Randomized, Double-Blind, Placebo Controlled | ABBT240985-241001 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| | | Evaluation of the Safety and Efficacy of ABT-594 in Subjects with Painful Diabetic Polyneuropthy; The 594/M99-114 Study, Centralized Patient Recruitment Program | |
| CX | 9/27/2000 | Email from Andrea Landsberg to Christopher J Silber re Purdue CDA | ABBT0105034 |
| CY | 9/28/2000 | Email from James W Thomas to Rebecca L Brown re ABT-594 M99-114 Slides for David with attached notes | ABBT0051892-904 |
| DB | 10/1/2000 | October 2000, ABT-594 Project Status Report | ABBT0004448-54 |
| DC | 10/3/2000 | Email from Andrea Landsberg to Robert J Weiland re ABT 594/963 Purdue meeting | ABBT0117782 |
| DD | 10/9/2000 | Email from Marilyn J Collicott to Susan E Nunn et al. re M99-114 | ABBT237155-59 |
| DE | 10/12/2000 | Email from Mike Williams to Jennifer Smoter re Re: NNR documents | ABBT0118072 |
| DF | 10/24/2000 | Email from Christopher J Silber to Nancy M Palbicke re Attached question list | ABBT0114445-47 |
| DG | 10/27/2000 | Email from Andrea Landsberg to Christopher J Silber et al. re 594 Leiden presentation | ABBT0116819-36 |
| DH | 11/1/2000 | November 2000 ABT-594 Project Status Report | ABBT0004455-59 |
| DI | 11/1/2000 | Email from Robert J Weiland to Christopher J Silber re Re: Pharmacia meeting | ABBT0107163 |
| DJ | Nov-00 | November 2000 ABT-594 Status Report | ABBT0108785-790 |
| DK | 11/1/2000 | Email from Bruce McCarthy to Christopher J Silber re Re: Pharmacia meeting | ABBT101893-94 |
| DL | 11/1/2000 | ABT-594 Descriptive Memorandum dated November 2000 | ABBT144600.UR-09 |
| DM | 11/2/2000 | Email from James Sullivan to Robert J. Weiland re Re: Pharmacia meeting | ABBT0120836-37 |
| DN | 11/9/2000 | Email from Bruce McCarthy to Robert J Weiland et al. re ABT-594 Partnership Strategy Meeting | ABBT0102187-88 |
| DP | 11/17/2000 | PowerPoint ABT-594 Project Review | ABBT0019102-37 |
| DQ | 11/17/2000 | Draft Project Review: ABT 594 Agenda | ABBT0125290-91 |
| DR | 11/22/2000 | Email from Bruce McCarthy to David D Morris et al. re ABT-594 M99-114 Study Size Discussion | ABBT0109399-400 |
| DS | 11/29/2000 | Email from Michael K Biarnesen to Andrea Landsberg re Re: ABT 594 forecast scenarios for BD partnering | ABBT0119091-96 |
| DT | 11/30/2000 | Email from Elizabeth Kowaluk to Bryan F Cox re Re: 12/6 meeting | ABBT326427 |
| DU | 12/1/2000 | December 2000 ABT-594 Project Status Report | ABBT0004660-64 |
| DV | 12/6/2000 | Email from Marilyn J Collicott to Michael K Biarnesen re Re: November Monthly Project Status Report, ABT-594 | ABBT242373 ABBT242394 |
| DX | 12/14/2000 | Email from Marilyn J Collicott to Marian L Borgstrom et al. re Study M99-114 | ABBT236951-52 |
| DY | 12/21/2000 | Email from James W Thomas to Bruce McCarthy re Re: n/v rate | ABBT0079831-34 |
| DZ | 12/21/2000 | Email from James W Thomas to Bruce McCarthy re Re: n/v rate | ABBT0080180-84 |
| EA | 12/21/2000 | Email from Bruce McCarthy to Christopher J Silber re landsberg email | ABBT0106516 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| EB | 12/21/2000 | Email from Jennifer Dart to Christopher J Silber et al. re Analgesia Internal Review Notes | ABBT0108041 |
| EC | 12/21/2000 | Email from Bruce McCarthy to Christopher J Silber re Purdue presentation | ABBT0118174-203 |
| EE | 1/15/2001 | Email from Bruce McCarthy to Christopher J Silber et al. re AEs for preterms - blinded look | ABBT0108884-85 |
| EF | 1/23/2001 | ABT-594 Titration Optimization Initial Brainstorm Discussion, Agenda, January 23, 2001 | ABBT0504097 |
| EG | 1/25/2001 | Email from Jennifer Dart to Prioritziation Meeting Attendees re APU Priorization Meeting | ABBT0012433 ABBT0012454 |
| EH | 1/25/2001 | Email from Christopher J Silber to James Sullivan re ABT-594 | ABBT0102282-344 |
| EI | 2/1/2001 | ABT-594  Monthly Report, February 2001 | ABBT0000412-417 |
| EJ | 2/1/2001 | Email from Michael K Biarnesen to Christopher J Silber et al. re Re: financial slides for Leiden meeting 2/2 | ABBT0122953-59 |
| EK | 2/1/2001 | ABT-594 Descriptive Memorandum, February 2001 | ABBT246793-801 |
| EL | 2/2/2001 | Project Review ABT-089 and ABT-594 | ABBT0002314-469 |
| EM | 2/2/2001 | Draft Project Review: ABT 594, Agenda | ABBT0125335-37 |
| EN | 2/2/2001 | Email from Bruce McCarthy to Elizabeth Kowaluk re DSG | ABBT0163875-76 |
| EO | 2/14/2001 | Email from Bruce McCarthy to Michael K Biarnesen et al. re Re: Consideration of IV work with ABT-594 | ABBT0123130 |
| EP | 2/19/2001 | Email from Bruce McCarthy to Chris Silber et al. re Scientific Strategy for ABT-594/NNR Tolerability | ABBT0115991-93 |
| EQ | 2/26/2001 | Email from Bruce McCarthy to Marleen Verlinden re ABT-594 Guest Speaker and Discussion | ABBT0163931 |
| ER | 2/27/2001 | Email from Marleen H Verlinden to Christopher J Silber re Re: ABT-594 partnering | ABBT0114639 |
| ES | 2/27/2001 | Email from Marilyn J Collicott to stherriault@rsi-nc.com enclosing M99-114 Investigation List and Early Terminations | ABBT238329-33 |
| ET | 2/28/2001 | Email from Bruce McCarthy to pandrews@sghms.ac.uk re Re: abbott visit | ABBT0163996-97 |
| EU | 2/28/2001 | E-mail from Marleen Verlinden re: Dr. Andrews | ABBT0556315 |
| EV | 3/1/2001 | Global Pharmaceutical Discovery, Internal Review, March 2001, Book #27, Michael Meyer, D47-W, AP9A-3 | ABBT0024132-53 |
| EW | 3/5/2001 | ABT-594 / Pain Strategy Decision Analysis, Core Team Meeting - Minutes, 3/5/01 | ABBT298380-85 |
| EX | 3/6/2001 | Pain Therapeutic Area Strategy/ABT-594 Decision Analysis, Decision Frame | ABBT0115871-76 |
| FA | 3/7/2001 | E-mail from Bruce McCarthy re: Dr. Andrews meeting | ABBT0164139-40 |
| FB | 3/7/2001 | Email from Bruce McCarthy to Elizabeth Kowaluk re Re: Draft Decision Frame for ABT-594/Pain Strategy DSG | ABBT297525-55 |
| FD | 3/8/2001 | Email from Elizabeth Kowaluk to Marleen H Verlinden et al. re ABT-594/Pain Strategy DSG - 3/5 Meeting Minutes | ABBT298379-85 |
| FE | 3/9/2001 | Email from Paul Andrews to Bruce McCarthy re answers | ABBT0164141-201 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| FF | 3/12/2001 | Calendar Entry - Paul Andrews, PhD: ABT-594 Guest Speaker and Discussion | ABBT0022006-08 |
| FG | 3/12/2001 | Paul Andrews, PhD, Meeting Agenda | ABBT0556316 |
| FJ | 3/28/2001 | Email from Susan E Nunn to Judith S Brownell re update regarding M99-114 | ABBT0081607 |
| FK | 4/1/2001 | ABT-594 Monthly Report for April, 2001 | ABBT0000491-96 |
| FM | 4/10/2001 | Email from Elizabeth Kowaluk to Keith F Hendricks et al. re Pharma Strategy Retreat on May 2-4 | ABBT323300-05 |
| FO | 5/4/2001 | E-mail from Jeff Drajesk with GPRD attachment | ABBT0114968-72 |
| FQ | 5/4/2001 | Email from Michael D Meyer to James Sullivan re ABT-594 Memo | ABBT335154 |
| FT | 5/10/2001 | Email from James W Thomas to Yiming Zhang re 594 | ABBT0080471-72 |
| FU | 5/23/2001 | Email from Thomas E Woidat to Micahel K Biarnesen re Re: ABT-594 2001 Transition Budget; ABT-594 Transition Proposal | ABBT364494-496 ABBT0548527-34 |
| FV | 6/18/2001 | Email from Judith S Brownell to Marilyn J Collicott et al. re RELEASE OF DATABASE, M99-114 (MC114A), ABT-594 | ABBT239029 |
| FX | 7/1/2001 | ABT-594 Monthly Report for July, 2001 | ABBT0000612-18 |
| FY | 7/30/2001 | Email from Elizabeth Kowaluk to Steve C Kuemmerle re ABT-594 DSG analysis - preview meetings | ABBT317214 |
| GA | 7/31/2001 | Clinical Study Report No. R&D/01/171, A Randomized, Double-Blind, Placebo-Controller, Comparison of the Safety and Efficiency of ABT-594 to Placebo in subjects with Painful Diabetic Polyneuropathy | ABBT241331-560 |
| GB | 8/6/2001 | Email from Elizabeth Kowaluk to Bruce McCarthy | ABBT326352 |
| GC | 8/21/2001 | ABT-594 Pharma Executive Management Committee Review | ABBT0001974-2029 |
| GD | 8/21/2001 | PEC ABT-594 Decision Analysis | ABBT0165081-96 |
| GE | 9/13/2001 | Probability Assessment Worksheet: 9/13/01 | ABBT127868.UR |
| GF | 9/27/2001 | ABT-594 Proposal for additional Phase IIb study | ABBT0048402-33 |
| GG | 10/1/2001 | ABT-594 Monthly Report for October, 2001 | ABBT0000758-63 |
| GH | 10/5/2001 | Email from Marilyn J Collicott to JanLips710@aol.com re Re: (no subject) | ABBT241303 |
| GI | 10/9/2001 | Email from Tamara L Garavalia to Linda M Fisher re ABT-594 Not Funded | ABBT0148334 |
| GJ | 10/23/2001 | DSG Highlights: October 2001 | ABBT0515808-9 |
| GK | 10/24/2001 | Email from Philip M Deemer to Ake L Johansson re Update | ABBT246338-44 |
| GL | 11/16/2001 | Letter from Daphne Pals to Mr. Steve Blewitt re Research Funding Agreement dated as of March 13, 2001 Termination of ABT-594 | ABBT0033833 |
| GM | 6/7/2002 | Email from Michael D Meyer to Christopher J Silber re DDC slides | ABBT0108742-79 |
| GN | 6/13/2002 | DDC: A-429202 Neuronal Nicotinic Receptor (NNR) Agonist, Discovery Development Candidate | ABBT0023982-24053 |
| GO | 6/27/2002 | Email from Bruce McCarthy to Marleen H Verlinden re Questions re goals | ABBT0546449-50 |
| GP | 12/10/2002 | GPRD PowerPoint Presentation | ABBT0105563-86 |
| GR | 00/00/00 | Probability Assessment Worksheet | ABBT0047907-08 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| GS | 00/00/00 | Letter to M99-114 study cites | ABBT0082749 |
| GT | 00/00/00 | ABT-594 PowerPoint Slides (Development Plan) | ABBT0102966-68 |
| GY | 00/00/2001 | 2001 Plan Key Statistics Pass II | ABBT0037544 |
| GZ | 00/00/2001 | 2001 APU Development Cost Summary | ABBT366059 |
| HA | 11-8-9/2000 | E-mail string from Bruce McCarthy | ABBT0110505-6 |
| HB | 11/30/2000 | Email from Michael Biarnesen to Christopher Silber re 594 sales/cost estimate slide | ABBT0122385-86 |
| HC | 1/23/2001 | Project Status from Jim Tyree's Expanded Staff Meeting | ABBT0128117-18 |
| HD | 2/13/2001 | Email from Marilyn Collicott to stherriault@rsi-nc.com | ABBT242681-86 |
| HE | 10/28/2000 | Investigational New Drug (IND) Annual Report (Reporting Period October 29, 1999 - October 28, 2000) | ABBT236676-729 |
| HF | 2/6/2001 | Summary of Success Probabilities by Project and Franchise Portfolio Analysis (January 2001) | ABBT0012431-32 |
| HG | 8/21/2001 | ABT-594 Decision Analysis - Pharmaceutical Executive Management Committee Review | ABBT0022081-92 |
| HH | 10/10/2001 | Email from Bruce McCarthy to Michael Biarnesen re ABT-594 Update | ABBT245657 |
| HI | 3/5/2001 | ABT-594 Decision Analysis - Core Team Meeting | ABBT329247-251 |
| HJ | 5/25/2000 | Letter from Marilyn Collicott to Michael Hoffstetter | ABBT242154 |
| HK | 9/3/1999 | Email from Christopher to Rosemarie Waleska re Advice | ABBT0159274 |
| HL | 3/00/01 | ABT-594 Monthly Report | ABBT0000451-56 |
| HM | 10/19/2001 | Email from Philip M. Deemer to Bruce McCarthy re: ABT-594 Call | ABBT245857 |
| HN | 5/00/00 | Cholinergic Channel Modulation | ABBT0021817-860 |
| HO | 10/10/2001 | Email from Bruce McCarthy to Michael Biarnesen | ABBT245657-660 |
| HP | 9/27/2001 | ABT-594 - PEC Review Book: Proposal for additional study and background (nonstandard format) | ABBT113285.UR-315.UR |
| HQ | 7/6/2000 | ABT-594 2001 Update, Clinical Studies | ABBT144619.UR-20.UR |
| HR | Apr-99 | ABT-773 Project Status Report | ABBT005056-63 |
| HS | 5/1/1999 | ABT-773 Project Status Report for May 1999 | ABBT004844-50 |
| HT | Jun-99 | Top 10 Issues | ABBT0017678-79 |
| HU | 8/1/1999 | ABT-773 Project Status Report dated August 1999 | ABBT0004627-36 |
| HV | 3/16/2000 | Email from Tim Vanbiesen to Elizabeth Kowaluk re ABT-773 Dosing Strategy Kick-off Meeting | ABBT305783-84 |
| HW | 6/1/2000 | ABT-773 Ketolide Antibiotic 2000 Strategic Marketing Plan dated June 2000 | ABBT0570747-70 |
| HX | 6/5/2000 | ABT-773 Descriptive Memorandum dated May 2000 | ABBT246466-71 |
| HZ | 9/13/2000 | Email from Gregor Bosco to Carol S. Meyer re ABT-773 Dev. Plan | ABBT0557552-57 |
| IB | 11/1/2000 | November 2000 - "Top" Issues | ABBT0017833 |
| IC | 11/20/2000 | Email from Belinda Hightower to Phyllis Kincaid re Clinical Hold | ABBT0556812 |
| IF | 11/28/2000 | Email from Jeanne M. Fox to Lawrence E. Roebel et al. re Executive Summary of ABT-773 End-of-Phase 2 Mtg w/FDA | ABBT0558150 |
| IG | 11/29/2000 | Email from Jeanne M. Fox to Rod M. Mittag et al. re Slides for 12/5 Meeting | ABBT0556816-22 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| IH | Dec-00 | December 2000 Top Issues | ABBT0017554-55 |
| II | 12/5/2000 | ABT-773 Portfolio Review | ABBT0577000-168 |
| IJ | 1/1/2001 | ABT-773 Monthly Report | ABBT214449 |
| IK | 1/1/2001 | January 2001 ABT-773 Project Status Report | ABBT222821-27 |
| IL | 2/1/2001 | ABT-773 Monthly Report | ABBT0000387-99 |
| IN | 2/12/2001 | ABT-773 Update, [Monthly Report for [February 12, 2001] | ABBT0576828-71 |
| IO | 2/12/2001 | ABT-773 Update February 12, 2001 | ABBT205042-46 |
| IP | 2/12/2001 | ABT-773 Update February 12, 2001 | ABBT205047-87 |
| IQ | 2/14/2001 | Email from Jeanne M. Fox to James Steck re Studies to Meet Pediatric Rule Requirements | ABBT0568172 |
| IR | 2/22/2001 | Email from Eugene X. Sun to Stan Bukofzer re 773 Material | ABBT204959-5046 |
| IS | 3/1/2001 | ABT-773 Monthly Report for March 2001 | ABBT0000428-38 |
| IT | 3/7/2001 | Abbott Portfolio Review - March 7-9, 2001 re ABT-773 | ABBT0013203-14 |
| IU | 3/19/2001 | ABT-773 Update March 19, 2001 | ABBT228099-137 |
| IV | 3/27/2001 | Email from Thomas E. Woidat to William A. Brown re 773 Presentation | ABBT363844 |
| IW | 3/31/2001 | Email from Marleen H. Verlinden to Eugene X. Sun re ABT-773 | ABBT0571202-03 |
| IX | Apr-01 | ABT-773 April Update | ABBT0000468-78 |
| IY | 4/12/2001 | ABT-773 Ph III Decision Project | ABBT116508ur-17ur |
| IZ | 4/12/2001 | Email from Thomas E. Woidat to Jennifer Dart re: Portfolio Analysis - Update with APU budgets | ABBT357615-20 |
| JA | 5/2/2001 | Memo from Jeff Leiden to Stan Bukofzer, John Leonard and Eugene Sun re: First Call Report | ABBT0573479-83 |
| JB | 6/17/2001 | Email to Hendricks, et al. re: Final copy of 773 decision analysis planned presentation | ABBT224941-82 |
| JC | 6/20/2001 | Email from Carol S. Meyer to Ake L. Johansson, et al., re: ABT 773 Taisho/Abbott Meeting - June 26th | ABBT229367-9448 |
| JE | 7/1/2001 | ABT-773 Monthly Report | ABBT0000589-98 |
| JG | 9/27/2001 | Email from Carol S. Meyer to Stan Bukofzer: ABT 773 2002 Plan Powerpoint slides | ABBT229605-09 |
| JH | Oct-01 | ABT-773 Monthly Report | ABBT0000726-35 |
| JI | 10/8/2001 | Abbott Portfolio Review 2002 Plan | ABBT228798-837 |
| JJ | 12/14/2001 | Email from John M. Leonard to Stan Bukotzer re: December 12 PEMC Meeting Minutes | ABBT209485-86 |
| JK | 12/17/2001 | Email from Thomas J. Lyons to Stan Bukotzer re: JH Annual Progress Report & Y/E LBE | ABBT0009384-88 |
| JL | 1/3/2002 | Email from Stan Bukofzer to John M. Leonard, Eugene Sun re: 773 presentation | ABBT220928-53 |
| JM | 1/3/2002 | Email from Eugene X. Sun to John M. Leonard, et al., re: 773 memo to Miles | ABBT231340-42 |
| JN | 1/4/2002 | Email from Stan Bukofzer to Jeff M. Leiden, et al., re: ABT 773 Memo | ABBT220660-72 |
| JQ | 2/1/2002 | ABT-773 Monthly Report | ABBT0000918-927 |
| JR | 2/2/2002 | E-mail from Tina Ventura re: 773 communications strategy | ABBT229753-70 |
| JS | 2/4/2002 | Email from Jeff M. Leiden to Thomas J. Lyons re: 2002 773 LBE | ABBT224544-51 |
| JT | 2/9/2002 | Email from Stan Bukofzer to Jeff M. Leiden re: ABT | ABBT225309-23 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| | | 773 documents requested | |
| JU | 7/11/2002 | Email from Stan Bukofzer re ABT-773 Communication | ABBT203446-48 |
| JV | 9/10/2002 | ABT-773 Lessons Learned Overview | ABBT222829-42 |
| JW | Jul-04 | June Highlights Memo (global outlicensing) | ABBT248011-12 |
| JX | 00/00/00 | Abbott Compound Development Summaries | ABBT0094631-61 |
| JY | 3/8/2000 | ABT-773 Clinical Developmnet Optimization: Analhsis of a 150mg Dose for Bronchisits and a 5-day Course of Therapy for CAP | ABBT11376.UR-427.UR |
| JZ | 7/9/2001 | Email from Steve Kuemmerle to Stan Bukofzer re ABT-773 Analysis | ABBT210063-98 |
| KA | 6/11/2003 | Pain Therapeutics Program Overviews (PEC Meeting) | ABBT0102860-71, 916-19 |
| KB | 7/29/2003 | Kowaluk e-mail with attached pain portfolio profile re: ABT-894 | ABBT323817-30 |
| KC | 5/1/2005 | ABT-894 Scientific Advistory Counsel Doc | ABBT0080815-34 |
| KD | 11/12/2006 | Suzanne Lebold e-mail string re: recommend no ABT-594 outlic due to 894 | ABBT371710-15 |
| KE | 1/12/2006 | Email from Kevin Constable to Suzanne Lebold | ABBT279668-73 |
| KJ | | Email from Lise Loberg to William Bracken re ABT-894 IND | ABBT0155807 |
| KK | 12/14/1998 | Email from Bruce McCarthy to David Ross et al re Letter to the FDA | ABBT0116076-77 |
| KL | 6/23/1999 | Alternative Funding Initiatives | AL000120-131 |
| KM | 1/12/2000 | Email from Thomas Freyman to Philip Deemer | ABBT246802 |
| KO | 2/7/2000 | Email from Philip Deemer to Erik Zimmer et al re Hancock | ABBT245855 |
| KR | 4/5/2000 | Email from Robert Weiland to Rosemarie Waleska et al re Hancock R&D Funding | ABBT246414-15 |
| KT | 6/7/2000 | Email from Philip Deemer to Steve Cohen re John Hancock/Abbott Funding Collaboration | AL000198-99 |
| KW | 7/24/2000 | Email from Frank Loughery to Philip Deemer et al re Hancock Deal | AL002064 |
| KZ | 8/4/2000 | Email from Philip Deemer to Barbara Powell re John Hancock Slide describing John Hancock company | AL000099-102 |
| LA | 8/14/2000 | Email from Steve Cohen to Julia Bouffard et al re John Hancock/Miles meeting | AL000137 |
| LD | 8/25/2000 | Email from Philip Deemer to John Leonard re Hancock | AL000983 |
| LH | 10/16/2000 | PPD Plan Review | ABBT0155579-80 |
| LI | 10/17/2000 | Email from Daphne Pals to Brewster Lee et al re Research Funding Agreement | JH004385-461 |
| LN | 11/30/2000 | MMPI Working Group Meeting Minutes | ABBT0045277-78 |
| LO | 12/1/2000 | Fax from Philip Deemer to Arthur Higgins re Hancock | AL001946 |
| LP | 12/5/2000 | Minutes from the D46R Senior Staff Meeting | ABBT0140316 |
| LQ | 12/15/2000 | Memorandum from Steve Cohen to Dr. Jeffrey Leiden et al re 2001 Plan | ABBT0007157-74 |
| LR | 12/21/2000 | 2001 Plan Assumption Memo - Pass III | ABBT112985.UR-3029.UR |
| LS | 1/11/2001 | MMPI Working Group Meeting Minutes - Objective: | ABBT0045264-69 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| | | Overall Project Update | |
| LT | 1/22/2001 | Forecast Methodology and Assumptions Early Oncology Pipeline Portfolio Analysis January 2001 | ABBT0012938-69 |
| LV | 1/25/2001 | Email from Elizabeth Koweluk to Steve Kuemmerie et al re Summary of Success Probabilities | ABBT301935-41 |
| LW | 1/26/2001 | Analgesia Venture 2001 Plan - Revised 1/26/01 to John Leonard et al | ABBT0503356-62 |
| LX | 1/26/2001 | Analgesia Venture 2001 Plan - Revised 1/26/01 to John Leonard et al | ABBT144630.UR-46 |
| LY | 1/30/2001 | John Hancock Life Insurance Company Research Funding Agreement - Prepared from Draft of 1/23/01 | ABBT0158779-92 |
| MA | 3/1/2001 | Memorandum from Xavier Frapaise to John Arnott et al re Development Portfolio Review Meeting - March 7-9 | ABBT0164029-31 |
| MB | 3/2/2001 | Memorandum from Matt Russell to Bob Funck et al re 2001 Plan Final Reference Package | ABBT0037509-608 |
| MD | 3/12/2001 | Email from William Adams to Brewster Lee final clean and redlined versions of the Research Funding Agreement. | JH010033-142 |
| ME | 3/13/2001 | J. Hancock Research Funding Agreement for Abbott: Executive Summary of March 13, 2001 Agreement | AL002066-69 |
| MF | 4/1/2001 | Summary of R&D Projects - 2001 April Udpate | ABBT140276-77.UR |
| MG | 4/1/2001 | Email from Elizabeth Kowaluk to Steve Kuemmerle et al re Success Probabilities | ABBT317221-39 |
| MH | 4/12/2001 | MMPI Working Group Meeting Minutes | ABBT0026337-38 |
| MI | 4/12/2001 | MMPI Monthly Meeting Agenda Objectives: To Review MMPI Project Status | ABBT0045243-45 |
| MJ | 4/20/2001 | Portfolio Analysis of 2001 Abbott Global Pharmaceutical Development Assets | ABBT127558.UR-652.UR |
| MK | 4/26/2001 | Email from Philip M. Deemer to Ron Gerlach re John Hancock Royalty Scenario | ABBT245877-79 |
| ML | 4/27/2001 | Portfolio Analysis of 2001 Abbott Global Pharmaceutical Development Assets, Addendum: Use of Productivity Index in Portfolio Selection | ABBT326405-10 |
| MN | 5/20/2001 | Global Pharmaceutical Research & Development, 2001 April Update, Dr. Jeff Leiden Follow-Up Package | ABBT0037615-16 |
| MO | 5/12/2001 | Email from Perry D. Nisen to Azmi A. Nabulsi re MMPI | ABBT0063636 |
| MP | 5/31/2001 | Email from Diane L. D'Amico to Lise I. Loberg re MMPI Activities | ABBT0059672 |
| MQ | 6/18/2001 | Email from Thomas Woidat to Kenneth Stiles re Terminated Development Projects (Draft) | ABBT352510-15 |
| MR | 6/27/2001 | Email from John Leonard to Vaseern Iftekhar et al re Terminated Development Projects | ABBT334140-45 |
| MS | 7/29/2001 | Email from Robert Funck to Thomas Lyons et al re Hancock - 2002 | ABBT0008946-48 |
| MT | 8/22/2001 | Email from Philip M. Deemer to Ake L. Johansson re Executive Briefing, Global Licensing and Business Development | ABBT246374-409 |
| MU | 8/27/2001 | Email from Philip M. Deemer to Ake L. Johansson re Update of Priorities | ABBT246324-28 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| MV | 9/28/2001 | Email from Denise L. Carlson to Fusako H. Bowering re Template for Outlicensing Update | ABBT245788-805 |
| MY | 12/6/2001 | Memo from John M. Leonard to Jeff Leiden re Monthly Highlights - November 2001 | ABBT0003473-77 |
| NA | 12/20/2001 | Handwritten Note with various attachments | ABBT0007038-54 |
| NB | 12/31/2001 | Memo from Philip M. Deemer to Pamela Demain re Licensing Opportunities | ABBT246490-92 |
| NC | 12/13/2002 | Memo from James L. Tyree to Jeff Leiden re January 2002 Highlights | ABBT247161-63 |
| NE | 4/15/2002 | Email from John M. Leonard to Thomas J. Lyons et al. re Hancock Response | ABBT225709-10 |
| NG | 5/30/2002 | 2002 Update, Global Pharmaceutical Research & Development | ABBT0011680-27 |
| NJ | 11/7/2002 | Memo from James L. Tyree to Jeff Leiden re October 2002 Highlights; Tyree memo dated 4/7/03 re March 2003 highlights; Leonard memo dated 2/13/04 re January 2004 highlights; Tyree memo dated 6/16/04 re May 2004 highlights; Poulos memo dated 8/15/05 re July 2005 highlights; Poulos memo dated 9/12/05 re August 2005 highlights | ABBT0518029-34, ABBT336134-35, ABBT103633.UR, ABBT103643.UR, ABBT104009.UR-10.UR, ABBT336155, ABBT336157, ABBT352502-04 |
| NK | 12/20/2002 | Letter from Tom Lyons to Steve Blewitt re Research Funding Agreement dated as of March 13, 2001, (a) 2002 Program Status Report and Related Cost Summary, (b) 2003 Preliminary Annual Research Plan | AL001469-79 |
| NL | 1/30/2003 | Email from Thomas J. Lyons to Jeff M. Leiden re John Hancock Update | ABBT0007586-89 |
| NX | 9/28/2004 | Email from Michelle L. Campbell to Chris Martinez re Status of Documents Available for Review re John Hancock Audit | ABBT0000255-56, ABBT0126645-47 |
| NY | 10/6/2004 | Email from Chris Martinez to Michelle Campbell re Status of documents available for review | ABBT0126645-47 |
| OB | 12/8/2004 | Email from Karen Collari Troake to Stephen D'Amore | ABBT0000151-54 |
| OD | 1/4/2005 | Email from Stephen D'Amore to Michelle Campbell re John Hancock/Abbott | ABBT0126684-87 |
| OF | 1/10/2005 | Global Pharmaceutical Research & Development, Hancock Collaboration, Spending by Program Chart | ABBT148376.UR, ABBT148382.UR, ABBT148379.UR, ABBT148381.UR, ABBT__0306.UR [?], ABBT0008528-30, ABBT348223, ABBT0004602 |
| OG | 1/20/2005 | Email from Chris Martinez to Michelle L. Campbell re Copies of Documents | ABBT0126734 |
| OH | 1/26/2005 | Email from Michelle L. Campbell to Mark Hair re Copies of Documents Flagged Today | ABBT0126490-92 |
| OI | 1/26/2005 | Email from Michelle L. Campbell to Kenneth A. Wittenberg re Copies of Documents Flagged Today - Privileged and Confidential | ABBT0126767-71 |
| OM | 2/23/2005 | Email from Stephen D'Amore to Michelle Campbell | ABBT0126964-65 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| OO | 3/14/2005 | Medical Products Group Portfolio Management Process | ABBT269161-210 |
| OP | 3/15/2005 | Email from Michelle Campbell to Mark Hair | ABBT0000280-84 |
| OT | 3/25/2005 | Email from Michelle L. Campbell to Mark Hair re John Hancock Audit | ABBT0000270-71 |
| OX | 11/7/2005 | Abbott Pharmaceutical R&D Metrics Analysis | ABBT248441-547 |
| OY | 1/1/2006 | 2006 Portfolio Sales Data | ABBT248659-929 |
| OZ | 1/20/2006 | Letter from Suzanne A. Lebold to Stephen J. Blewitt re Research Funding Agreement Between Abbott Laboratories and John Hancock dated March 13, 2001 | ABBT0026105-16 |
| PA | 3/23/2006 | PPG R&D Review | ABBT0047220-88 |
| PE | 00/00/00 | Abbott Laboratories PPD R&D Alternative Financing Analysis John Hancock Funding Scenarios | ABBT0006861-64 |
| PF | 00/00/00 | 80% Power Curve for Varying Effect Size for Neuropathic Pain Based on M98-833 and Gabapentin Results | ABBT0051885-88 |
| PG | 00/00/00 | Internal memorandum from Steve Cohen to Jeff and Arthur attaching Hancock package with three additional schedules | ABBT006748-68 |
| PH | 00/00/00 | Initial Portfolio Prioritization | ABBT0155581-87 |
| PI | 00/00/00 | Growing and Enhancing World-Class Global Research and Development at Abbott, New Organizational Plan Roll-Out PowerPoint Presentation | ABBT0162922-46 |
| PJ | 00/00/00 | Memo from Azmi to Jim re Project Review | ABBT0507866 |
| PK | 00/00/00 | 2001 APU GPRD, Hancock Deal | ABBT148440.UR ABBT148555.UR ABBT148543.UR |
| PL | 00/00/00 | 2006 LRP Forecast Submission Workbook | ABBT299286-97 |
| PO | 00/00/00 | Nominal and Expected Sales Forecast | JH002314-17 |
| PT | 00/00/00 | Initial Portfolio Prioritization | ABBT0155602-08 |
| PU | 00/00/2001 | Division Incentive Plan Goals - 2001 DIP | ABBT354864-65 |
| QS | 00/00/00 | GPRD APU - J. Leiden Questions | ABBT037609-14 |
| RP | 4/14/2004 | CMR International Success Rates | ABBT308584-645 |
| RS | 11/21/2002 | ABT-510 Monthly Report, Post Oct 19 | ABBT0007270-72 |
| RX | 3/21/2001 | Email from Thomas Woidat to Mike Higgins re Proposed APU Target Adjustments | ABBT364018-20 |
| RY | 00/00/00 | Cholinergic Channel Modulator (ABT-594) 2000 AGU Development cost Summary | ABBT338037, ABBT0116305, ABBT366059 |
| RZ | 00/00/00 | Abbott-John Hancock Funding Collaboration | AL000059-76 |
| SA | 10/8/2001 | ABT-594 Decision Analysis, Update: ABT-594 Intermediate Dose (75-125 mcg) Ph. IIb Study | ABBT0165097-104 |
| SD | 4/20/2005 | Email from Kenneth Wittenberg to Amy Potthoff, et al re Meeting re Hancock audit | ABBT0036399 ABBT0008949 |
| SE | 1/21/2005 | Email from Stephen D'Amore to Michelle Campbell re Documents request in July 2004 and Re-Requested on December 17, 2004 | ABBT0126735-36 |
| SK | 1/16/2001 | Email from Marilyn Collicott to Jschanzenback@rsi-nc.com@internet re Meeting Today | ABBT242693-99 |
| SL | 8/7/2000 | Email from Andrea Landsberg to Bruce McCarthy re 594 Development Plan | ABBT0109806-39 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| SM | 10/3/2000 | Email from Bruce McCarthy to Andrea Landsberg re ABT-594/963 Purdue Meeting | ABBT0107081 |
| SN | 00/00/00 | Portfolio Review Meeting, March 7-9, 2001 | ABBT0092919-21 |
| SO | 9/00/2000 | Pharmaceuticals Strategy Update | ABBT0155493-512 |
| SP | 9/00/2000 | Pharmaceuticals Strategy Update | ABBT0577835-54 |

4294510v1