UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), )))))))) | |
| ) | CIVIL ACTION NO. 05-11150-DPW |
| Plaintiffs, )) | |
| v. )) | |
| ABBOTT LABORATORIES, )) | |
| Defendant. )) | |

**AFFIDAVIT OF STEPHEN J. BLEWITT**

**CONTINUATION OF EXHIBITS**

# PLs' DJ

November 2000
ABT-594 Project Status Report

| Monthly Highlights |
| --- |

- In-life phase of 2-year mouse carcinogenicity studies completed mid-November
- Proposals and timelines from 3 patient recruitment firms were reviewed, with a conclusion reached that hiring a recruitment firm to increase enrollment for study M99-114 was not a viable option at this time.
- USAN approval for the generic / chemical name for ABT-594 was received. The United States Adopted Name for ABT-594 (A-166594.47) is ebanicline tosylate (ē-ba-ni-klēn to-se-lāt.)
- Preliminary commercial capsule design selected by AI and PPD Marketing, with input from across the project team. The primary parameters are: Size 3 hard gelatin capsules, 2 strengths / colors: 75 mcg - 1/2 light yellow, 1/2 white, 150 mcg – both halves light yellow, printed with strength and trade name (TBD.)

| Key Progress Gauges - November Accomplishments | Target Date | Status |
| --- | --- | --- |
| Final decision on commercial capsule parameters to be provided by NPD to PARD | 11/10 | Complete – All information provided by 11/13. |
| Achieve enrollment of at least 220 patients in M99-114 by 11/30 | 11/30 | Complete – 246 patients enrolled as of 11/30 |
| Complete 7 "good will" site visits for M99-114 | 11/30 | Complete |

| December Projections | Target Date | Status |
| --- | --- | --- |
| Portfolio analysis team review of forecast and expense projections | 12/19 | |
| Achieve enrollment of at least 260 patients in M99-114 by 12/31 | 12/31 | |

1 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT

CONFIDENTIAL
ABBT0108785

November 2000
ABT-594 Project Status Report

*Key Issues/Decisions/Events*

| Area | Issue/Decision/Event | Progress |
|---|---|---|
| Venture | Extension of enrollment for Phase IIb Neuropathic Pain through 03/01 | Enrollment is going better than projected during the November / December Holiday season, where we had anticipated a slow-down. Impact on timeline will be reviewed in January. |
| PARD | During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity (designated as F') was detected in the lot of bulk drug used in M99-114 clinical capsules. | This issue has been reviewed with PARD, SPD, Toxicology, Regulatory and Venture Management. To date, the F' impurity has been detected at a level of 0.2% in the drug substance. Tentative identification including molecular structure has been made. SPD to deliver approx. 2 grams of the purified F' material mid-December for further testing and confirmation. |
| SPD | Team has recommended implementation of the Mitsunobu chemistry change in step 4 of the synthetic process to eliminate the risk of mesylate impurity, which is potentially mutagenic. | PARD Analytical is completing analysis of lab-scale batch and intermediates to assure there are no new impurities to be found. Plans are to manufacture a single production-scale lot in early-2001 with available raw materials, and to wait on the second and third NDA lots until after the Go / No Go decision. |
| NPD | Portfolio analysis process is underway for ABT 594 and will impact budget allocation for 2001. A new forecast using updated NPD forecast model with clearly defined product profile and high and low case estimates is being developed and will be reviewed by core team prior to final conduct of portfolio prioritization. | ABT 594 portfolio team will review the forecasts and profile on 12/19/00. Final adjustments, if any, will need to be submitted no later than 1/15/01 (just prior to prioritization meeting). |
| Toxicology | 6-month rat study finding may suggest future possible occurrence of hepatocellular neoplasms in long-term toxicology studies. | No adenomas have been found in the study. The in-life phase of the 2-year carcinogenicity study is complete and preliminary data on tumor findings should be available 1Q2001. |

2 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT

CONFIDENTIAL
ABBT0108786

November 2000
ABT-594 Project Status Report

| $000's Activity | Cumulative through 1999 | YTD Actual | Projected Year-end | Current Funded Year-end | Variance | Cumulative to NDA |
|---|---|---|---|---|---|---|
| Clinical Program | 22.9 | 7.0 | 7.5 | 7.9 | .3 | 157.1 |
| CMC (PARD & SPD) | 13.0 | 3.0 | 3.2 | 2.6 | -.6 | 27.6 |
| Drug Safety | 8.7 | 2.8 | 3.0 | 2.4 | -.6 | 18.3 |
| Other Support Costs | 0.7 | .5 | .6 | 1.5 | .9 | 12.2 |
| Total | 50.5 | 13.3 | 14.4 | 14.4 | 0.0 | 215.2 |

File NDA = 9/2003

**Clinical Study Progress**

| Protocol # - Study Name | Start (1st Patient Dosed) | End (Last CRF In House) | Total R/OSS $000 | Total Target Patients | Current Enrollment |
|---|---|---|---|---|---|
| M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy | 04/00 | 04/01 | 3,000 | 320 | 246 (as of 11/30) |

3 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT

CONFIDENTIAL
ABBT0108787

November 2000
ABT-594 Project Status Report

## Business Rationale

| | | | | |
|---|---|---|---|---|
| Date: | October 2000 | ABT #: | ABT-594 | Indications: Neuropathic Pain |
| Franchise: | Neuroscience | Trade & Generic Name: | TBD, ebanicline tosylate | Chronic Pain (publication only) |
| Venture: | Analgesia | Mechanism of Action: | Neuronal Nicotinic Receptor (NNR) Agonist | |

### Product Profile

| Attribute | Date Defined | Probability* | Confirm Status | Share Impact |
|---|---|---|---|---|
| Not scheduled | 12/1996 | High | 1Q04 | High |
| Chronic nociceptive pain efficacy | 10/1999 | Medium | 2Q01 | High |
| Neuropathic pain claim | 6/1999 | Medium | 2Q01 | High |
| General pain claim Moderate to moderately severe pain | 12/1996 | N/A | N/A | High |
| No tolerance/dependence or withdrawal | 9/1998 | Medium | 1Q03 | High |
| Very low abnormal LFTs | 9/1998 | High | 2Q01 | High |
| Low nausea/vomiting at effective dose | 9/1999 | Medium | 2Q01 | High |
| Other safety OK | 9/1998 | Medium | 2Q01/1Q03 | High |
| No differential efficacy (nicotine users vs. non users) | 9/1998 | High | 2Q01/1Q03 | High |
| No differential side effect profile (nicotine users vs. non users) | 9/1998 | Medium | 2Q01/1Q03 | Medium |
| No reinitiation of cravings in ex-nicotine users | 9/1998 | N/A | N/A | Medium |
| Onset of action comparable to other therapies for chronic nociceptive pain | 6/1999 | Low | 4Q01 | Medium |
| Onset of action comparable to other therapies for neuropathic pain | 6/1999 | N/A | N/A | Medium |
| BID dosing | 6/1999 | High | 2Q01 | High |
| No major drug interactions | 12/1996 | High | 1Q03 | Medium |
| Titration of 2-5 days duration is required to minimize nausea and vomiting at effective dose. | 9/1999 | Medium | 1Q00 | High |

*   Probability Key:
High = 70-100%
Medium = 30-69%
Low = 0-29%

### Market Forecast

| | PPC/DDC 12/1999* | Plan as of 6/1998* | Current Revised 10/2000** |
|---|---|---|---|
| Patent Status: | 10/2010 (est.) | 10/2016 (est.) | 10/2016 (est.) |
| NDA Filing: | 12/1999 (acute) 6/2001 (chronic) | 12/2001 | 8/2003 |
| Ex-U.S. Filings: | Same as above – Eur N/A – Jpn | 12/2001 – Eur 12/2003 – Jpn | 9/2003 |
| Projected U.S. Launch: | 12/2001 (acute) 12/2002 (chronic) | 6/2003 | 9/2004 |
| Projected ex-U.S. Launches: | Same as above – Eur N/A – Jpn | 12/2003 – Eur 9/22/2004 – Jpn | Q2 2005 ("average" launch for EU, LA, Canada) Q4 2005 (Average launch for Japan, PAA) |
| Peak TRx Share, U.S.: | 8.6% (patients) | 5% (tbd) | 20% (Neuropathic pain) 10% (Persistent Chronic Pain) |
| Peak TRx Share, ex-U.S.: | 5.4% (patients) | 5% (patients) | same as US assumptions |
| Peak Sales, U.S.: (SMM) | $285 | $618 | $367 |
| Peak Sales, ex-U.S.: (SMM) | $308 | $310 | $466 |
| Pre-Tax NPV @ 15%, ex-U.S.: (SMM) | $338 | $305 | $359 |
| After-Tax NPV @ 12.5%, U.S.: (SMM) | $412 | $813 | $296 |
| Avg. daily dose | 50 mg | 200 mcg | 150 mcg |
| Target Drug Cost/kg at Launch | $2,500 | $2,500 | $40,000 (base eq.) |
| SMM at Launch | 94.6% | 97.2% | 98.6% |
| SMM at Year 5 | | | |

*   Forecast based on general pain target indication
**  Forecast based on neuropathic pain indication and published study in chronic pain

4 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT

CONFIDENTIAL
ABBT0108788

November 2000
ABT-594 Project Status Report

## Project Overview

| Metrics Dates | |
|---|---|
| **Description** | **Date** |
| DDC Meeting | 12/1995 (PPCC) |
| Start of first GLP animal tox study | 2/1997 |
| First dose in human (beg. Phase I) | 7/1997 |
| First dose in patient (beg. Phase II) | 7/1998 |
| First dose in Phase III | 2/2002 (est.) |
| Last Patient/Last Visit | 4/2003 (est.) |
| NDA Filing | 9/2003 (est.) |
| NDA Approval | 9/2004 (est.) |
| Europe (EMEA) Filing | 9/2003 (est.) |
| Europe (EMEA) Approval | TBD |
| Japan Filing | 4/2004 (est.) |
| Japan Approval | TBD |

| PARD | | | |
|---|---|---|---|
| **Activity** | **Plan 6/1999** | **Current Revised 10/00** | **Actual** |
| Phase I Formulation (PIB)* | 7/1997 | 7/1997 | 7/1997 |
| Clinical Supplies (PIB) for Molar Extraction | 7/1998 | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1999 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 | 10/1998 |
| Phase IIb / Formulation (HGC) for Bio Study | 3/1999 | 3/1999 | 3/1999 |
| Phase III Clinical Supplies Manufactured | 9/1999 | 9/2001 | TBD |
| NDA Lots (3) Completed | 6/2000 | 5/2002 | TBD |
| Completion of 1 Year Stability for NDA | 7/2001 | 7/2003 | TBD |
| Formulation Peer Review | 10/2001 | TBD | TBD |

* Performed by IDC

| SPD | | | | |
|---|---|---|---|---|
| **Drug Substance Source/Lot #** | **KG** | **Plan 6/1999** | **Actual Date** | **Plan 6/1999 Projected Cost/kg*** |
| D-45L | 0.3 KG | 3/1997 | 3/1997 | $ 200,000 |
| CAPD | 5.6 KG | 3/1997 | 3/1997 | $ 175,000 |
| SICOR | 14.9 KG | 2/1998 | 2/1998 | $ 40,000 |
| SICOR/CAPD | 2.5 KG | 9/1998 | 9/1998 | $ 40,000 |
| Chemsyn Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $ 29,700 |
| Chemsyn Mfg. Lot | 10.0 KG | 10/1999 | Not manufactured | $ 29,700 |
| Chemsyn NDA Lot #1 | 4.95 KG | 10/1999 | On Test | $ 29,700 |
| Chemsyn NDA Lot #2 | 4.90 KG | 10/1999 | On Test | $ 29,700 |
| Chemsyn NDA Lot #3 | 5.45 KG | 10/1999 | On Test | $ 29,700 |

* Target cost of drug substance at launch is $20,000/kg (Tosylate Salt)

| Toxicology | | | |
|---|---|---|---|
| **Toxicology Activity** | **Plan Start 1999** | **Actual Start Date** | **Report Completed** |
| Gene Toxicology | 2/1997 | 8/1996 | 8/1997 |
| Acute Studies | 3/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 6/1997 | 9/1998 |
| 3 Month Mouse MTD | 10/1997 | 9/1997 | 10/1998 |
| SEG I and SEG II | 10/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post natal development) | -- | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 7/1998 |
| 1 Year Monkey | 6/1998 | 6/1998 | 3/2000 |
| Carcinogenicity (2 yr.) Rat | 12/1998 | 9/1998 | Ongoing |
| Carcinogenicity (2 yr.) Mouse | 12/1998 | 11/1998 | Ongoing |

5 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT

CONFIDENTIAL
ABBT0108789

November 2000
ABT-594 Project Status Report

*Clinical Study Progress*

| Protocol: | M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy |
|---|---|
| Objective: | The objective of this study is to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy. |
| ABT-594 Doses: | 150 µg, 225 µg, and 300 µg twice daily (BID) |
| Comparator Doses: | Placebo |
| Target Enrollment: | 320 |
| Target Cost: | $3 MM |
| Actual Cost: | TBD |
| Status: | Ongoing – 246 patients randomized as of 11/30 |
| Major Findings: | TBD |

D477L[FILENAME]

6 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT

CONFIDENTIAL
ABBT0108790

# PLs' DL

*CONFIDENTIAL*

# ABT-594

## Descriptive Memorandum

*November 2000*

## Abbott Laboratories

Highly Confidential



EXHIBIT
*Colligott*
*18*
*9-27-06*

ABBT144600.UR

**ABT-594 Opportunity Overview**

ABT-594 is a non-opioid, non-NSAID analgesic that is a potent and selective neuronal nicotinic receptor (NNR) agonist being studied for the treatment of pain. ABT-594 is 30 to 100-fold more potent and equally efficacious to morphine in several well-characterized animal models of pain. The preclinical side effect and dependency liability profile of ABT-594 is superior to that of morphine.

ABT-594 is orally administered, and BID dosing is expected. Its initial targeted indication is symptomatic treatment of diabetic neuropathic pain. It is covered by a composition of matter patent through June of 2016, and also has a use patent pending in analgesia that would provide protection through September of 2017.

The IND filing of ABT-594 was in December 1998. A Phase IIb (dose ranging) trial began April 2000 in diabetic neuropathic pain. A Go/No Go decision for clinical efficacy is expected June 2001. The NDA filing is expected in 3Q2003. Development of additional formulations is under consideration (parenteral, transdermal, extended-release). Peak sales of ABT-594 are projected to reach over $420MM in the US and $362MM ex-US by 2008.

U.S. sales in 1999 for the key neuropathic pain treatments, Neurontin, carbamazepine, and tricyclic antidepressants (TCAs), are estimated to be $350 million. Neurontin sales account for the bulk of this, with an estimated 40% of this antiepileptic drug's sales being for neuropathic pain. Neurontin's 2000 sales are expected to reach $1 billion with perhaps 50% of its use in neuropathic pain. This dollar market value likely underestimates this market's potential due to a number of factors. Only the anticonvulsant, Tegretol (carbamazepine), currently off patent, and Lidoderm, a lidocaine patch, have specific indications for a type of neuropathic pain (trigeminal neuralgia and post-herpetic neuralgia, respectively) in the U.S. Outside the U.S., Neurontin recently received an indication in the U.K. for the treatment of neuropathic pain. Despite these opportunities, there has been little to no funding from the pharmaceutical industry to improve diagnosis and treatment of neuropathic pain and drive market growth. Of even greater impact on total market sales, most of the agents used to treat this population, with this exception of Neurontin, are low-cost, generic products.

Ex-U.S. sales of carbamazepine and Neurontin for treatment of neuropathic pain are estimated to be approximately $140MM in 1999. Carbamazepine is still the treatment of choice ex-U.S., with estimated sales of approximately $90MM in neuropathic pain. Neurontin has achieved only $53MM in sales for this pain segment, with a price approximately 3-4 times that of carbamazepine, suggesting a patient share of only 10-20%.

Nociceptive pain is categorized by duration (acute or chronic) and by severity (mild, moderate, and severe). The mild and, to a lesser extent, moderate segments have multiple product entries and are generally well satisfied by OTC products such as aspirin, acetaminophen and ibuprofen. The prescription market for nociceptive pain is made up of four key classes of analgesics: NSAIDs, COX-2s, Opioids (and combination products), and Other Non-Opioids. In 1999, sales for these four classes of analgesics exceeded $12BB ($6.7BB U.S., $5.6BB Ex-U.S.)

Highly Confidential                                          ABBT144601.UR

## *Market Size / Prevalence*

Pain is the most common symptom of disease and the most frequent complaint with which patients present to physicians. Chronic pain, including both neuropathic and nociceptive pain, is considered to be the single most common cause of suffering and disability in the industrialized world with an estimated 25-30% of the population experiencing some form of chronic pain.

Neuropathic pain is a frequent sequela of diabetes, cancer, AIDS and other viral infections, as well as entrapment neuropathies such as carpal tunnel syndrome. Diabetes and its associated complications are increasing at an alarming rate in the United States. Despite advances in treatment, the development of diabetic complications such as neuropathy remains significant. The diagnosed prevalence of diabetic neuropathy is estimated to be about 2 to 3 million patients, with at least 10 to 20% of those patients experiencing painful symptoms (~200,000 to 600,000.) AIDS-related neuropathic pain is estimated to affect approximately 40% of HIV-infected individuals (~14 million.) Post-herpetic neuralgia (PHN) is another virally induced neuropathic pain syndrome. Annually, acute herpes zoster infection (shingles) occurs in almost a quarter of a million people over the age of 60 in the U.S. alone. Pain lasting more than one year has been reported in 22% of patients over the age of 55 and in 48% of those over 70 years of age. In cancer, nerves can be damaged by mechanical distortion from a tumor mass, infiltration by tumor, chemotherapy, or radiation therapy and, therefore, neuropathic pain is common. An estimate of the prevalence rate for cancer-related neuropathic pain in the U.S. is 200,000 people.

Chronic nociceptive pain categories include osteoarthritis (OA), chronic back and neck pain, rheumatoid arthritis (RA), and cancer pain. These diagnoses are expected to become more prevalent as the population ages. Current overall prevalence for these disorders is staggering (over 200 million worldwide) and, although the diagnosed and treated populations are lower, improved treatment options and awareness have the potential to drive significant growth. OA is one of the most common nociceptive pain conditions treated by primary care physicians and three-fourths of OA sufferers surveyed indicate that the disease interferes with their daily activities. Chronic back and neck pain are also highly prevalent and represent an estimated 40% of a primary care physician's (PCP's) chronic pain patient population.

Highly Confidential

ABBT144602.UR

**Competition, Current Marketed Products:**

The following tables show the factored U.S. and ex-U.S. prescription and sales volume for key neuropathic pain therapies in 1999.

| 1999 Key Neuropathic Pain Products, Estimated TRxs | | | | |
|---|---|---|---|---|
| Product/Class | 1999 U.S. TRx (MM) | U.S. TRx CAGR '97-'99 | 1999 ex-U.S. TRx (MM) | ex-U.S. TRx CAGR '97-'99 |
| Neurontin | 3.3 | 26.3% | N/A | N/A |
| carbamazepine | 1.0 | 12.6% | N/A | N/A |
| TCAs | 8.2 | 1.1% | N/A | N/A |
| TOTAL | 12.5 | 5.6% | N/A | N/A |

Source: IMS, factored for neuropathic uses.

N/A = not available

| 1999 Key Neuropathic Pain Products, Estimated $ Sales | | | | |
|---|---|---|---|---|
| Product/Class | 1999 U.S. Sales ($MM) | U.S. Sales CAGR '97-'99 | 1999 ex-U.S. Sales ($MM) | ex-U.S. Sales CAGR '97-'99 |
| Neurontin | $308 | 28.7% | $53 | 57.6% |
| carbamazepine | $17 | 13.1% | $87 | 2.5% |
| TCAs | $26 | -3.3% | N/A | N/A |
| TOTAL | $351 | 21.7% | $140 | 10.1% |

Source: IMS, factored for neuropathic uses; Ex-U.S. data includes retail pharmacy data from all audited markets

N/A = not available

**Competition, Products in Development**

Almost 100 compounds are currently in development for prescription pain management, though some of these compounds are also being developed for non-analgesic indications. Most of the analgesic compounds in the pipeline represent incremental improvements over the opioids or NSAIDs, or consist of new formulations or delivery mechanisms for the standard analgesics. Fewer than 30% of the compounds in development have novel mechanisms of action. Drugs with novel mechanisms are expected to provide the bulk of promoted competition for ABT-594.

In addition to the novel analgesics in the table below, a number of new formulation and combination products, most often containing an opioid, are in development. Second generation COX-2s are also in development but are not likely to represent major breakthroughs on the scale of the first generation products.

Highly Confidential

ABBT144603.UR

| Analgesia Development Pipeline – Key Novel Agents | | | | |
|---|---|---|---|---|
| **Product** | **Company** | **Mechanism** | **Phase** | **Comments** |
| pregabalin | Pfizer | Unknown; possibly through α2 subunit binding | III | Neuropathic pain; chronic pain, follow-up to Neurontin |
| saredutant | Sanofi | NK-2 receptor antagonist | II | General pain; MOA losing favor; active program |
| ZD4952, ZD 6416 | Zeneca | Prostaglandin receptor antagonist | II | Moderate to severe pain, neurogenic pain |
| GV196771 | Glaxo | Glycine antagonist | II | Chronic pain; showing promise |
| Tepoxalin | Johnson & Johnson | COX/5-LO inhibitor | II | OA, described as 'steroid replacing anti-inflammatory drug' |
| darbufelone | Parke-Davis | COX/5-LO inhibitor | II | General pain |
| 117mSn DTPA | Brookhaven National Lab/Diatide | Unknown | II | Cancer pain; Bone cancer (preclinical) |
| cizolirtine | Esteve | Substance P agonist | II | Analgesia, antipyretic |
| ADD 234037/ harkoseride | Houston University | Glycine NMDA associated antagonist | II | Neurogenic pain |
| LY303870/ lanepitant | Eli Lilly | Neurokinin 1 antagonist | II | Pain (migraine – discontinued) |
| colykade devacade | Merck | Cholecystokinin B antagonists | II | Pain (UK) |
| RPR 100893 dapitant | Aventis | Neurokinin 1 antagonist | II | Pain (France) |
| prosaptide TX14A | Myelos Neurosciences | Unknown | I/II | Diabetic neuropathies, Pain |
| CNS 5161 | Cambridge NeuroScience | Glutamate antagonist, NMDA receptor antagonist | I | Neurogenic pain |
| HCT-3012 | NicOx | Nitric oxide NSAID | I | Pain and inflammation |
| Sources: ADIS, IMS, Decision Resources, company reports | | | | |

Highly Confidential

ABBT144604.UR

| Analgesia Development Pipeline -- Nicotinic Mechanisms | | | |
|---|---|---|---|
| **Product** | **Company** | **Phase** | **Comments** |
| GTS-21 | Taisho | II | Target is Alzheimer's disease; may have preclinical pain program; looking for partner |
| CMI 980 | Cytomed | Preclinical | Target is pain; epibatidine analog |
| SIB-T1887 | Sibia | Preclinical | Target is pain |
| FID 072021 | Fidia | Preclinical | Target is pain;  not actively funding |
| Sources: ADIS, IMS, company reports | | | |

### Unmet Needs

In general, a significant unmet need exists for safer, non-abusable, non-addicting, non-tolerance-producing, and non-scheduled efficacious oral and parenteral analgesic products for the treatment of moderate to severe neuropathic and chronic nociceptive pain.

| Unmet Market Needs and the Impact of the Pipeline | |
|---|---|
| **Unmet Need** | **Pipeline Impact** |
| Efficacy in moderate to severe pain without tolerance, dependence or abuse potential | Novel nicotinic agents like ABT-594 may provide efficacy in more severe pain states without opioid-like liabilities. |
| Efficacy in neuropathic pain | Pregabalin may provide incremental improvement in neuropathic pain efficacy over gabapentin, but may also have increased frequency of adverse events.<br><br>Novel nicotinic agents like ABT-594 appear to have efficacy in neuropathic pain, based on animal models. |
| Reduction in the GI bleeding risk of NSAIDs | COX-2 inhibitors appear to reduce the incidence and severity of GI ulcers and bleeding; second generation COX-2s may increase therapeutic window further; ABT-594 may need to demonstrate low G.I. complication rate. |
| Overcome ceiling effect of NSAIDs | Preclinical studies did not indicate a ceiling effect for novel nicotinic agents like ABT-594. |
| Extended dosage intervals or novel delivery mechanisms for improved compliance and convenience | Once weekly dosing formulations being explored for COX-2s, etc. Transdermal patch technology improvements likely; may need to provide line-extension / alternate formulations for ABT-594. |
| Therapies aimed at disease modification, prevention | Agents that decrease rate of diabetic complications (e.g., aldose reductase inhibitors) or directly treat neuropathy (bimoclomol) may decrease incidence of neuropathic pain; thereby decreasing available market for ABT-594. |

Highly Confidential                                    ABBT144605.UR

**Product / Development Background**

*Scientific Rationale for ABT-594*

Recent findings in the understanding of pain mechanisms have led to new conceptual approaches to clinical pain and a new understanding of potential novel molecular targets for analgesic drug development. Molecular targets have included modulators of glutamate neurotransmission (NMDA antagonists), ion channel modulators (neuron specific calcium channels, TTX-resistant sodium channels), neurokinin antagonists (NK-1), and novel anti-epileptics targeting the calcium receptor. None of these approaches has yet produced compounds exhibiting broad-spectrum analgesic efficacy with decreased side effect liability.

ABT-594 is a non-opioid, non-NSAID analgesic that is 30- to 100-fold more potent and equally efficacious to morphine in treating moderate to severe pain in several well-characterized animal models of pain. The preclinical side effect and dependence liability profile of ABT-594 is superior to that of morphine. Mechanistically, ABT-594 is a potent and selective neuronal nicotinic receptor (NNR) agonist with high oral bioavailability in rat, dog, and monkey.

In pre-clinical studies, ABT-594 rapidly distributes to the brain following systemic administration and, like morphine, can work at multiple levels in the central and peripheral nervous system to modulate pain perception. ABT-594 produces antinociceptive effects by interacting at both central and peripheral nAChRs. Injections of ABT-594 into brain at doses 1000-fold lower than given peripherally produce marked antinociceptive activity, indicating that ABT-594 can also activate descending pathways from the CNS to modulate pain processing. It also inhibits the release of the primary nociceptive transmitters, substance P and calcitonin gene related peptide (CGRP) *in vitro*, at the level of the dorsal horn of the spinal cord suggesting that ABT-594 can attenuate mechanisms leading to neurogenic inflammation, central sensitization and consolidation of pain-mediated neuronal changes.

ABT-594 is expected to be a highly differentiated product. It is expected to be the first neuronal nicotinic receptor agonist to receive an indication for pain. It has a novel mechanism of action and a potentially broad coverage of chronic pain conditions. In addition, it has an opioid-like efficacy without tolerance, dependence or abuse potential, while having equivalent/superior efficacy to other drugs used to treat neuropathic pain.

*Clinical Studies*

Human clinical trials began in 1997. Phase I trials with an oral solution formulation indicated that 150ug/day would be the maximum tolerated dose. Results from subsequent phase I and phase II trials with soft elastic capsule (SEC) and hard gelatin capsule (HGC) suggest that higher doses would be tolerated. Phase IIa studies with ABT-594 SEC formulation suggest a trend towards analgesic effect at 75ug BID. ABT-594 was generally well tolerated in these studies. The most common adverse events for subjects receiving ABT-594 75ug BID were nausea (15%), headache (13%), dizziness (7%), insomnia (6%), and vomiting (5%).

A phase IIb study for neuropathic pain at higher, titrated doses of ABT-594 began in April 2000 and ends in June 2001. A total of 320 patients are anticipated to be included in the study.

Highly Confidential                                                          ABBT144606.UR

*Patent Status*

A notice of allowance has been obtained from the United States Patent and Trademark Office on an application providing composition of matter coverage for a large class of structurally related neuronal nicotinic receptor analogs, which encompasses ABT-594 (5246.U.S.) The original filing date for this application dates back to October 9, 1992. The expiration of patent coverage for composition of matter for ABT-594 under this patent is June 2016.

An additional application (6013.US.01) which includes a use claim for ABT-594 species in analgesia was filed in September 1997, with subsequent divisional filing of ABT-594 species composition of matter. Despite this later composition of matter filing for the species claim, it is likely that a "terminal disclaimer" will be necessary that dates the composition of matter claim back to the original genus patent (5246.U.S.) We have paid the issue fee for this patent on July 19, 2000, and are anticipating the patent to issue 90 - 120 days from that date. If this patent is allowed, it will provide 20 years from date of filing for the use of ABT-594 in analgesia, which will extend the patent life of ABT-594 to September 2017.

The original application providing generic composition of matter coverage was filed broadly ex-U.S. (WO94/08992) and this application published on April 28, 1994. A second foreign filing (WO96/40682) published on December 19, 1996. These cases are all still pending.

As additional information regarding potential uses for ABT 594 is gathered, applications to expand the scope of ABT 594's patent will be submitted. A task force consisting of members of NUDR, the Analgesia Venture, New Product Development, the Neuroscience Franchise, and the Abbott Patent Department will conduct periodic review of the patent.

*Considerations*

Target Profile:

The current status of ABT-594's profile vs. target profile is summarized in the table below:

| Target Profile Attribute | Probability |
|---|---|
| Not scheduled (DEA) | High |
| Very few abnormal Liver Function Tests | High |
| Few Drug Interactions | High |
| BID / TID dosing | High |
| No reduced efficacy or increased AEs in nicotine users | High |
| Onset of action 1.5 – 2.0 hours | High |
| Neuropathic efficacy | Medium |
| No tolerance, dependence or withdrawal | Medium |
| Other safety OK | Medium |
| No cravings in ex-nicotine users | Medium |
| Low nausea / vomiting | Low |

~0028757.doc

**CONFIDENTIAL**

Page 8

Highly Confidential

ABBT144607.UR

*Label Strategy:*

BASE:  Indicated for the treatment of diabetic neuropathic pain.

UPSIDE:     1) Treatment of pain associated with OA

2) Treatment of post-herpetic neuralgia

3) Treatment of neuropathic pain

4) Treatment of chronic pain

5) Treatment of cancer pain

*Cost of Goods Sold:*

The projected average daily dose is expected to be a maximum of approximately 600 mcg base equivalent / day.   Based upon this dosage projection and the estimated cost of bulk drug substance of $40M per Kg base equivalent, the estimated cost for drug substance at launch will be approximately $0.024 per day.

*Pricing:*

US: Pricing new, and particularly novel, products at a reasonable premium will likely continue to be the norm in the years leading up to the launch of ABT-594.  Current forecast assumptions put the price of ABT-594 at a level comparable to Celebrex and Neurontin, grown at a modest 2% per year to launch year AWP of approximately $95 for a 30 day prescription.

Ex-US: New pain medications must demonstrate a true advantage in efficacy and/or side effects to receive regulatory approval, especially by the European Medicines Evaluation Agency (EMEA); assuming the target efficacy and tolerability profile of ABT-594 is achieved, ABT-594 would meet this requirement.  Because ABT-594 may have application in both neuropathic and chronic nociceptive pain, the ex-U.S. pricing assumption for ABT-594 is comparable to COX-2 pricing. The current average price for COX-2's is approximately $1.10 per day; however, this reflects a large percentage of sales in "free-pricing" countries, where COX-2s launched first, which tend to have higher than average prices.  Therefore, the average ex-U.S. price for ABT-594 is assumed to be $0.90/day.

Highly Confidential

*Financial Projections*



Key US forecast assumptions:

- First neuronal nicotinic receptor compound for pain to market
- Indicated for treatment of neuropathic pain; significant publication, or indication, from large scale trial on use in some form of chronic persistent nociceptive pain (e.g., OA) in 2006
- Efficacy greater than gabapentin in neuropathic pain and COX-2s in chronic nociceptive pain
- Good safety profile (no significant warnings or contraindications)
- Tolerability profile in line with other chronic pain products (CNS side effects improved over Neurontin and GI side effects improved over tramadol)
- No addictive potential
- Titration of 3-5 days
- Peak share 20% in neuropathic pain, 10% in chronic, persistent nociceptive pain (including off-label, 'spillover' prescriptions)
- Significant promotional and PR spend in early years
- Physician targets: D6-10 Neurologists, D3-10 Rheumatologists/Endocrinologists, D9-10 PCPs
- Sampling at 80% of details at launch, 5 units per detail, 7 days of therapy per unit
- Cost comparable to Neurontin and Celebrex
- Significant payor discounting
- Stocking at 8% of first year's sales
- Patent expires 12/2016

Additional Ex-US forecast assumptions:

- Same profile and peak share assumptions as U.S. forecast
- Price (ASP) = $0.90 per day, or $27 per 30 day Rx (comparable to COX-2 pricing)
- Average AI launch assumption is Q1 2005 to allow for additional regulatory filings (COFS and national filings in PAA and LA) and/or pricing negotiations (most markets in Europe) required in AI markets

Highly Confidential                                                    ABBT144609.UR

# PLs' DM



**James**
**Sullivan /LAKE/PPRD/ABBOTT**
11/02/2000 04:04 PM

To  Robert J Weiland/LAKE/PPD/ABBOTT@ABBOTT

cc  Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT,
Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Mike
Williams/LAKE/PPRD/ABBOTT@ABBOTT, Andrea
Landsberg/LAKE/PPD/ABBOTT@ABBOTT, Larry L
Lin/LAKE/PPD/ABBOTT@ABBOTT, Rosemarie K
Waleska/LAKE/PPD/ABBOTT@ABBOTT

bcc

Subject  Re: Pharmacia meeting

Bob,

I do not want to make things confusing but I was under the strong impression after the meeting with Dan
and John a couple of weeks ago that we were to limit the discussion to ABT-594 only at this time and no
discussion of other compounds advanced to clinical status or the preclinical project in general was to be
revealed.  Dan re-iterated to this to me on his way out of the meeting.  Hence, I would suggest that the
agenda etc should be limited to

- Preclinical profile of ABT-594 (15-20mins)
- Clinical Profile of ABT-594 (Bulk of time)
- Brief description of the type of collaboration we have in mind.

Thanks
Jim
Robert J Weiland



Robert J Weiland
11/01/2000 16:15

To:  Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT
cc:  Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Mike Williams/LAKE/PPRD/ABBOTT@ABBOTT,
Andrea Landsberg/LAKE/PPD/ABBOTT@ABBOTT, James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT,
Larry L Lin/LAKE/PPD/ABBOTT@ABBOTT, Rosemarie K Waleska/LAKE/PPD/ABBOTT@ABBOTT

Subject:  Re: Pharmacia meeting

Bruce:

Thank you for your message.  Unfortunately with everyone's travel calendar, a pre-planning meeting has
not been very feasible.

The primary purpose for this meeting is to share data with Pharmacia that might encourage them to
partner with us on this project.  Although time has elapsed, Steve A. is aware of this from his days at
Abbott, although he may not be fully facile with the most recent data.

At the end of the day, there is no other way I am aware of to broach a partnership without disclosure of the
technical and scientific information.  Hence, unless there is something particular that we should hold back
in this first round, then we need to provide the info.  One area where I have a concern is the nausea and
vomiting issue.  If anyone has a suggestion on how we can handle that without frightening our partner, it
would be very well received.

In terms of the meeting, we should be prepared to share with them

CONFIDENTIAL
ABBT0120836

Pl. Exhibit 84    3/14/07    8 M

I - Discussion of the existing data / program
II - Plans for moving the project ahead
III - Other compounds that have been moved ahead
IV - Brief description of the type of collaboration we have in mind

The first three should be handled by the Technical Team. The latter by Larry Lin. I apologize, in advance, that I will be out of the country and unable to attend next Tuesday.

Should you have ideas for a better agenda. Please get back to me quickly as I would like to finalize with Dick Welter at Pharmacia.

Best Regards,

Bob

CONFIDENTIAL
ABBT0120837

# PLs' DT

|  | Elizabeth Kowaluk/LAKE/PPRD/ABBOTT | To | Bryan F Cox/LAKE/PPRD/ABBOTT@ABBOTT |
|---|---|---|---|
|  | 11/30/2000 05:08 PM | cc | |
|  | | bcc | |
|  | | Subject | Re: 12/6 meeting |

Interesting - I wonder that is based on?

Liz

Bryan F Cox

  Bryan F Cox
11/30/2000 05:05 PM

To:      Elizabeth Kowaluk/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  Re: 12/6 meeting

Wouldn't miss it for the world.  Sadly though, our die may be cast.  At SAC today, Jeff Leiden put up a slide today listing ABT-822 as Commercial Viability Questionable.

Of course, ABT-594 was painted with the same brush.

Bryan

*Silber* DEP. EX. NO. 33
FOR ID., AS OF 2-9-07 BC

Confidential

ABBT326427

EXHIBIT
McCarthy
32
9-29-06 ab

# PLs' DV



Marilyn J
Collicott /LAKE/PPRD/ABBO
TT

12/06/2000 02:04 PM

To  Michael K Biamesen/LAKE/PPRD/ABBOTT

cc

bcc

Subject  Re: November Monthly Project Status Report, ABT-594 []

Wellllllllllllllllllll - OK. I just have a feeling the bottom is going to drop out of this thing in the next few weeks and we'll be lucky to randomize 1-2/week. (Oh God - I'm turning into an Eeyore!!)
Michael K Biamesen

Michael K Biamesen                    12/06/2000 01:07 PM

To:          Marilyn J Collicott/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  Re: November Monthly Project Status Report, ABT-594 []

How about 260 for the randomization goal?  We already have 251 !.!.!.
Marilyn J Collicott

  Marilyn J Collicott                    12/06/2000 02:13 PM

To:          Michael K Biamesen/LAKE/PPRD/ABBOTT
cc:
Subject:  Re: November Monthly Project Status Report, ABT-594 []

Mike

Monthly Highlights:

           Reviewed proposals and timelines from 3 subject recruitment firms. Determined that hiring a
subject            recruitment firm  to increase enrollment for study M99-114 was not a viable option at this
time.

December Projections:

           254 subjects randomized for study M99-114.

Confidential

EXHIBIT
*tables*  Collicott
24
9-27-06

ABBT242373

**Draft**



Name: Christopher Silber, M.D.
Title: Head, Analgesia Ventures

**DIVISION INCENTIVE PLAN GOALS**
2001 DIP

Manager: John Leonard

| Any approved division plan "DIP" award will be dependent upon division results and individual performance against impact goals and leadership competencies as evaluated by the senior vice president ("Division"). Each impact goal category must have a minimum of one (1) goal and no more than eight (8) goals across all three (3) categories. Impact goal weight minimum is 5%. | Weighting % | Competency Performance |
|---|---|---|
| **Leadership Competencies** <br> 1. Set Vision and Strategy <br> 2. Build Organization and Inspire People <br> 3. Know the Business <br> 4. Drive Results <br> 5. Make Difficult Decisions <br> 6. Encourage an Open Environment and Knowledge Sharing | 20 | |

| Impact Goal Categories | Goal and Expected Result | Results Achieved | Weighting % | Goal Performance |
|---|---|---|---|---|
| Financial | 1. Operate within Plan Head Count of XX and Expenses of $XXXX, or as modified in Updates or Blue Plans (2000 = XXXX). | 1. | 15 | |
| Business Process | 2. Execute sufficient tests for ABT-594 GO/NO GO decision by 2Q 01. <br> • Last patient enrolled in Phase 2 Neuropathic Pain Study 3/01. | 2. | 15 | |
| | 3. II GO decision for ABT-594, complete preparation for 1Q 02 initiation of Phase 2. <br> • Manufacture bulk drug substance by 3Q 01 to support Phase 3 clinical supplies. <br> • Manufacture clinical supplies by 4Q 01 in support initiation of Phase 3. <br> • End of Phase 2 (or equivalent) meetings with regulatory authorities by 12/01. <br> • Protocol signoff for all planned pivotal studies by 1Q 02. | 3. | 10 | |
| | 4. Achieve ABT-089 transition team GO/NO GO decision by 4Q 01. <br> • Initiate first-time-in-man study by 4/01. <br> • Complete dosage form assessment (sustained-release form viability) by 11/01. | 4. | 15 | |
| | 5. Working with Neuroscience Franchise team, in-license one compound and recommend strategy for company acquisition or alliance by 12/01. | 5 | 10 | |
| | 6. [illegible] | 6. | 5 | |
| People Management | 7. Achieve priority people initiatives. <br> • Ensure Performance Excellence program initiatives are met by year end. | 7. | 5 | |
| | 8. Retain 80% of the "O" performers and identified high potentials. | 8. | 5 | |
| | | **TOTAL GOAL PERFORMANCE** | **100** | |

12/01/00

Highly Confidential

ABBT242994

PLs' EL



# Project Review

## ABT-089 and ABT-594

### February 2, 2001

HIGHLY
CONFIDENTIAL

ABBT 0002314





HIGHLY
CONFIDENTIAL

ABBT 0002315



HIGHLY
CONFIDENTIAL

ABBT 0002316



ABT-089

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002317



ABT-089

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002318



## ABT-594

*Overview*

- First-in-class
- Analgesic potential demonstrated at 75 mcg BID
- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID
- Full efficacy not determined
- MTD is 300 mcg BID
- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing
- Global sales: $700 MM

HIGHLY
CONFIDENTIAL

ABBT 0002319



HIGHLY
CONFIDENTIAL                    ABBT 0002320

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002321

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002322

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002823

REDACTED

HIGHLY
CONFIDENTIAL            ABBT 0002324

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002326

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002326

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002327

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002328

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002329

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002330

REDACTED

HIGHLY
CONFIDENTIAL       ABBT 0002331

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002332

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002333

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002334

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002335

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002336

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002337

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002338

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002389

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002340

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002841

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002342

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002343

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002344

REDACTED

HIGHLY
CONFIDENTIAL       ABBT 0002345

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002346

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002347

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002348

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002349

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002350

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002351

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002352

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002363

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002354

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002365

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002356

REDACTED

HIGHLY CONFIDENTIAL

ABBT 0002357

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002358



HIGHLY
CONFIDENTIAL    ABBT 0002359

ABT-594 Project Review

*Agenda*

| | |
|---|---|
| ○ Introduction | Chris Silber |
| ○ Pharmacological Profile | Jim Sullivan |
| ○ Clinical Overview | Bruce McCarthy |
| ○ Commercial Assessment | Andrea Landsberg |
| ○ Go/No Go Process | Bruce McCarthy |
| ○ Follow-On Strategy | Mike Meyer |

HIGHLY
CONFIDENTIAL    ABBT 0002360

## ABT-594

### *Overview*

- First-in-class
- Analgesic potential demonstrated at 75 mcg BID
- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID
- Full efficacy not determined
- MTD is 300 mcg BID
- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing
- Global sales: $700 MM

HIGHLY CONFIDENTIAL

ABBT 0002361



HIGHLY CONFIDENTIAL    ABBT 0002382

# Pain Therapeutics Market

- $12 billion in sales of key classes (NSAIDs, COX-2s, opioids, non-opioids)

- $700 million in sales of key neuropathic pain compounds
  - use largely off-label
  - low cost generics

HIGHLY
CONFIDENTIAL

ABBT 0002363

# Neuropathic Pain

*Treatment*

**Some efficacy**
(at best 40% vs. 20% placebo)

- Tricyclic antidepressants
  - Amitriptyline, desipramine, etc.
- Anti-epileptic drugs
  - Carbamazepine
  - Gabapentin (Pregabalin)
  - Topiramate, others
- Sodium channel blockers
  - Lidocaine
- Opioids
  - Tramadol

**No efficacy**

- SSRIs
- NSAIDs/COX-2

HIGHLY
CONFIDENTIAL    ABBT 0002364

Broad-Spectrum, Non-Opioid Analgesic Activity by Selective Modulation of Neuronal Nicotinic Acetylcholine Receptors

A. W. Bannon, M. W. Decker, M. W. Holladay, P. Curzon, D. Donnelly-Roberts, P. S. Puttfarcken, R. S. Bitner, A. Diaz, A. H. Dickenson, R. D. Porsolt, M. Williams, S. P. Arneric

SCIENCE • VOL. 279 • 2 JANUARY 1998

HIGHLY
CONFIDENTIAL          ABBT 0002366

# Development Strategy

## Chronic Nociceptive

Osteoarthritis
Chronic back pain
Rheumatoid arthritis
Cancer pain
Fibromyalgia
Sickle cell disease
TMJ disorder
Bursitis
Tendinitis
Chronic visceral pain

## Neuropathic

Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug-induced polyneuropathy
HIV predominantly sensory
neuropathy
Back pain
Cancer pain
Trigeminal neuralgia
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
Complex regional pain
syndromes (I, II)
Atypical facial pain
Phantom limb pain

## Acute

Post-dental surgery
Sprains and strains
Acute back pain
Trauma
Post-general surgery
Post-orthopedic
surgery
Dysmenorrhea
Renal colic
Biliary colic
Pancreatitis
Infections

HIGHLY
CONFIDENTIAL

ABBT 0002386



HIGHLY
CONFIDENTIAL

ABBT 0002367



HIGHLY
CONFIDENTIAL    ABBT 0002368

# ABT-594

## Go/No Go Process

○ Decision analysis (DSG) will be used as a tool to determine milestone criteria

— Efficacy and safety

— Titration effects

— Dose selection

— Indications

— Market research

HIGHLY CONFIDENTIAL    ABBT 0002369

# ABT-594

## Phase III Clinical Plan

| | U.S. | Europe | Japan |
|---|---|---|---|
| Diabetic neuropathy | 2 (n=1200) | 2 (n=1200) | 1 (n=300) |
| Long-term safety | 1 (n=500) | 1 (n=500) | |
| Gabapentin comparator | | 1 (n=320) | |
| Other neuropathic pain (Phase 3B) post herpetic neuralgia, sciatica | 2 (n=600) | | |

| | 01 | 02 | 03 | Total |
|---|---|---|---|---|
| Cost ($ million) | 6.1 | 59.6 | 55.7 | 121.4 |

HIGHLY
CONFIDENTIAL        ABBT 0002370

# ABT-594

## Phase 2 to 3 Transition

| | |
|---|---|
| Milestone review | 6/01 |
| End of Phase 2 package/request | 9/01 |
| Start manufacture Phase 3 supplies | 9/01 |
| Ship first Phase 3 supplies | 2/02 |
| Initiate Phase 3 | 3/02 |
| Regulatory filings | 9/03 |

HIGHLY
CONFIDENTIAL

ABBT 0002371

## ABT-594

*Overview*

- First-in-class
- Analgesic potential demonstrated at 75 mcg BID
- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID
- Full efficacy not determined
- MTD is 300 mcg BID
- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing
- Global sales: $700 MM

HIGHLY CONFIDENTIAL    ABBT 0002372



HIGHLY
CONFIDENTIAL    ABBT 0002373

## ABT-594: Preclinical Pharmacology

- Rationale for NNRs and pain
  - Knockout, antisense and pharmacological validation

- *in vitro* and *in vivo* profile of ABT-594
  - Efficacy
  - Safety

HIGHLY CONFIDENTIAL    ABBT 0002374



## NNRs and Pain:
## NNRs are Expressed in Pain Pathways

- CNS
  - α4 NNRs are localized in NRM and dorsal raphe (key CNS pain center)

- Spinal Cord
  - NNRs are expressed in dorsal horn neurons (key spinal cord pain processing center)

- Sensory Neurons
  - α4β2, α3β4, α7 NNRs are expressed in DRG and on central and peripheral C-fiber nociceptors

HIGHLY CONFIDENTIAL    ABBT 0002375

# NNRs for Pain: Role of α4 and β2 NNRs Established Using Knockout Mice



- In either α4-/- or β2-/- mice, neither nicotine nor epibatidine was active in the hot plate assay (supraspinal mechanism)

Marubio, et al. *Nature* 1999 398, 805-810.

HIGHLY
CONFIDENTIAL          ABBT 0002376



HIGHLY
CONFIDENTIAL    ABBT 0002377

# Target Validation:
## NNR Agonists Are Analgesic

- NNR agonists are –
  - Antinociceptive (capable of raising nociceptive thresholds in naïve animals)
  - Antihyperalgesic (capable of reversing the reduction in nociceptive thresholds following injury)

- Epibatidine (key discovery)
  - 200x more potent than morphine
  - Non-opioid
  - Potent NNR agonist
  - BUT highly toxic

Badio and Daly, *Mol. Pharmacol.* 45: 563, 1994.

HIGHLY
CONFIDENTIAL

ABBT 0002378

# NNRs and Pain: ABT-594

*Goal*

ABT-594

- Maintain broad spectrum analgesic efficacy of epibatidine
  - Maintain potency at α4 containing NNRs
- Decrease side-effect liabilities by decreasing activity at
  - Neuromuscular junction nicotinic receptors (α1βδγ)
  - Ganglionic NNR subtypes (α3β4, α3α5β2β4)

HIGHLY CONFIDENTIAL

ABBT 0002379

# ABT-594 is a More Selective NNR than Epibatidine in Radioligand Binding Studies

| Binding Site (Ki; nM) | Epibatidine | ABT-594 |
|---|---|---|
| Cytisine Binding Site (α4β2) | 0.042 | 0.037 |
| BTX Binding Site (Peripheral) (α1) | 2.4 | 16,600 |

ABT-594

- ABT-594 retains potency of epibatidine at the α4β2 binding site

- ABT-594 is > 5000-fold less potent than epibatidine at the peripheral neuromuscular junction nicotinic receptor

HIGHLY CONFIDENTIAL     ABBT 0002380

# In Vitro Functional Profiles of ABT-594 and Epibatidine

## Functional Activity

- Rank order of potency
  - ABT-594: α4β4 ~ α4β2 > α3β4
  - Epibatidine: α4β4 ~ α3β4~ α4β2

- ABT-594 displays modest α4 vs α3β4 selectivity
  - Compounds with greatly improved selectivity have been identified



HIGHLY
CONFIDENTIAL

ABBT 0002381

# ABT-594: In Vivo Efficacy in Models of Acute Thermal Pain

- ABT-594 is potent and efficacious in the Hargreaves Hot Box model of thermal nociception

- Onset of Efficacy = < 30 min

- Duration of efficacy ~ 2 hrs

- The effects of ABT-594 are blocked by the nicotinic antagonist mecamylamine, but not by the opioid antagonist naloxone



HIGHLY CONFIDENTIAL

ABBT 0002382

# ABT-594:  In Vivo Efficacy in Models of Persistent Pain

- ABT-594 exhibits comparable efficacy and 50-fold greater potency than morphine in Phase II of the formalin model of persistent chemical pain

- ABT-594 is active upon both i.p. and oral administration



**Rat Formalin Model of Persistent Pain**

HIGHLY CONFIDENTIAL

ABBT 0002383

# ABT-594: In Vivo Efficacy in Models of Neuropathic Pain

- ABT-594 exhibits comparable efficacy and enhanced potency vs. known efficacious agents in models of neuropathic pain

- Efficacy observed at ~ 3 ng/ml

- ABT-594 retains efficacy following repeated administration

- Efficacy observed in rodent model of diabetic polyneuropathy



HIGHLY CONFIDENTIAL

ABBT 0002384

# ABT-594: Efficacy vs. Other Analgesics

|  | Inflammatory Pain (Formalin Model) | Neuropathic Pain (Chung Model) | Acute Nociceptive Pain (Hot Box) |
|---|---|---|---|
| ABT-594 | +++ (0.08 μmol/kg) | +++ (0.1 μmol/kg) | +++ (0.03 μmol/kg) |
| Celecoxib | ++ (30 μmol/kg) | + (30 μmol/kg) | 0 |
| Morphine | +++ (3 μmol/kg) | +++ (10 μmol/kg) | ++ (3 μmol/kg) |

+++ is >75% efficacy; ++ is 40-75% efficacy; + is <40% efficacy; 0 is no activity.

HIGHLY CONFIDENTIAL

ABBT 0002385

## How do NNR Agonists Produce Analgesia?

- Mouse knockouts support role of α4 and β2
  - Key differences between pain type

- Role for α4 subtype in acute thermal pain (activation of descending inhibitory pathways)
  - Antisense studies
  - Site injection studies
  - Antagonist studies

- In more physiological relevant models of persistent and neuropathic pain, both central and peripheral sites of action are implicated

HIGHLY CONFIDENTIAL

ABBT 0002386

# ABT-594: Preclinical Assessment of
## Side Effect Liabilities

- Emesis
  - Emesis observed in monkey at 9x efficacious plasma levels
  - Emesis observed in dogs at efficacious plasma levels
  - Ferret model developed in response to early clinical data
    - Correlation established between activity at α3β4 NNRs and emesis
- CV
  - No effects on hemodynamics at 30X efficacious plasma levels
- Dizziness: no validated preclinical models exist
  - Effects on balance, coordination and muscle strength (Edge Test) observed following acute but not repeated dosing
- ABT-594 displays a reduced propensity for morphine-like side effects of:
  - Constipation
  - Respiratory Depression
  - Sedation

HIGHLY
CONFIDENTIAL

ABBT 0002387

## ABT-594: Summary of Preclinical Findings

- ABT-594 is effective across a broad range of preclinical models of acute, persistent and neuropathic pain
- ABT-594 retains efficacy upon repeated dosing
- The antinociceptive properties of ABT-594 are modulated via activation of NNRs and not via opioid receptors
- Preclinical studies suggest that ABT-594 will not exhibit morphine-like side effects of:
  - Constipation
  - Respiratory depression
  - Sedation
- Preclinical studies suggest that ABT-594 will have an improved side-effect profile relative to nicotine

HIGHLY CONFIDENTIAL

ABBT 0002388



ABT-594 Project Review
February 2, 2001

Clinical Overview

Bruce McCarthy

HIGHLY
CONFIDENTIAL    ABBT 0002389

## ABT-594

### *Take Home Messages*

1. Significant unmet needs in pain management

2. Prior studies: *potential* of ABT-594 to address these unmet needs

3. Ongoing study: test the hypothesis that ABT-594 addresses unmet need in neuropathic pain

   – A proposed study would do the same for chronic nociceptive pain

4. There is a process by which we will determine if ABT-594 can satisfy the unmet need

HIGHLY CONFIDENTIAL

ABBT 0002390



HIGHLY
CONFIDENTIAL        ABBT 0002391



HIGHLY
CONFIDENTIAL    ABBT 0002392

# Classification of Pain

## Pain Categories

### Nociceptive

**Acute**

Post-dental & post-surgical Pain
Trauma
Pancreatitis
Infections

Dysmenorrhea
Renal/biliary colic
Infections
Tendonitis
Bursitis
TMJ disorder
Sickle cell disease
Cancer pain
Rheumatoid arthritis
Back pain

**Chronic**

Osteoarthritis
Rheumatoid arthritis
Fibromyalgia
Chronic visceral pain

### Neuropathic

**Acute**

Compression neuropathy

Cancer pain
Back pain

**Chronic**

Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug induced polyneuropathy
HIV predominantly sensory
  neuropathy
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
CRPS type I and II
Atypical facial pain
Phantom limb pain

HIGHLY
CONFIDENTIAL          ABBT 0002393

## Classification of Pain

*Pain Epidemiology*

- Chronic pain
  - 20% U.S. population: any chronic
  - 22% worldwide: persistent pain

- Neuropathic pain
  - 20% of diabetics
  - 40% of HIV infected
  - 36% of cancer

HIGHLY CONFIDENTIAL    ABBT 0002394



HIGHLY
CONFIDENTIAL    ABBT 0002395

# Nociceptive Pain

## Treatment Adverse Events

| Event | Ultram[1] 50-100 mg | OxyContin[2] | OxyContin Osteoarthritis 20 mg q12 |
|-------|---------------------|--------------|-----------------------------------|
| Somnolence | N/A | 23 % | 27% |
| Dizziness | 31% | 13 % | 20% |
| Nausea | 34% | 23 % | 41% |
| Vomiting | 13% | 12 % | 23% |
| Constipation | 29% | 23 % | 32% |
| Pruritus | N/A | N/A | 16% |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] "Clinical trials" (label)
N/A - Not Available

**HIGHLY CONFIDENTIAL**

ABBT 0002396

# Neuropathic Pain

## *Overview*

- Characteristic symptoms
  - Spontaneous: dysesthesia, shooting pains
  - Evolved: allodynia, hyperpathia
- Pathophysiology
  - Associated with peripheral nerve injury
  - Abnormalities develop over time in the PNS and CNS
- Treatment
  - Trycyclic and other "antidepressants"
  - Antiepileptic drugs
  - Sodium channel blockers (lidocaine)
  - Opioids
  - All minimally effective

HIGHLY
CONFIDENTIAL      ABBT 0002397



HIGHLY
CONFIDENTIAL    ABBT 0002398

# Neuropathic Pain

## Treatment Adverse Events Rates

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d |
|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% |
| Somnolence | 66% | 53% | 23% | 24% |
| Dizziness | 28% | 40% | 24% | 27% |
| Nausea | N/A | 7% | 8% | N/A |
| Peripheral edema | N/A | N/A | N/A | 7% |
| Dry mouth | 90% | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A |

[1] Max, 1987 (n=29)
N/A - Not Available

HIGHLY CONFIDENTIAL    ABBT 0002399



HIGHLY
CONFIDENTIAL     ABBT 0002400



HIGHLY
CONFIDENTIAL    ABBT 0002401

# ABT-594

## Spectrum of Activity: Where to Start?

### Acute

Post-dental surgery
Sprains and strains
Acute back pain
Trauma
Post-general surgery
Post-orthopedic surgery
Dysmenorrhea
Renal colic
Biliary colic
Pancreatitis
Infections

### Neuropathic

Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug-induced polyneuropathy
HIV predominantly sensory
    neuropathy
Back pain
Cancer pain
Trigeminal neuralgia
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
Complex regional pain syndromes
    (I, II)
Atypical facial pain
Phantom limb pain

### Chronic Nociceptive

Osteoarthritis
Chronic back pain
Rheumatoid arthritis
Cancer pain
Fibromyalgia
Sickle cell disease
TMJ disorder
Bursitis
Teninitis
Chronic visceral pain

HIGHLY
CONFIDENTIAL

ABBT 0002402



HIGHLY
CONFIDENTIAL    ABBT 0002403

# ABT-594

*Initial Profile*

- Preclinical promise
  - Efficacy for all types of pain
  - Challenges
- Current characteristics
  - Analgesic potential demonstrated in molar extraction, neuropathic pain and osteoarthritis
  - Onset ($T_{max}$; tolerability) appears to exclude rapid relief of pain ("acute pain")

HIGHLY
CONFIDENTIAL        ABBT 0002404



HIGHLY
CONFIDENTIAL

ABBT 0002406



ABT-594

Clinical development

- Current pain management
- Development strategy: bench to bedside
- Clinical trial results

HIGHLY
CONFIDENTIAL    ABBT 0002406

## ABT-594

### Pharmacokinetics and Metabolism

- Half-life ($t_{1/2}$): about 8-12 hours
  - Dose proportional kinetics
  - AUC, $C_{max}$ similar across formulations (solution, SEC, HGC)
  - AUC, $C_{max}$ similar with/without food
  - $T_{max}$ varies somewhat with formulation, food
  - No clinically significant effects on cytochrome P450 isoforms
  - Elimination primarily through renal excretion, about 50% unchanged drug recovered in urine

HIGHLY
CONFIDENTIAL            ABBT 0002407



# ABT-594

## ABT-594's analgesic potential demonstrated in"

### Molar Extraction

### Neuropathic Pain

### Osteoarthritis

HIGHLY
CONFIDENTIAL

ABBT 0002408



# Molar Extraction Study

## Design

- 290 patients, randomized, double-blind, placebo-controlled, single dose

Screen   Surgery

Day –14   n=290

|       | ABT–594 100 mcg |
| n=50  | ABT–594 75 mcg  |
| n=46  | ABT–594 50 mcg  |
| n=50  | ABT–594 25 mcg  |
| n=46  | Ibuprofen 400 mg |
| n=48  | Placebo         |
| n=50  |                 |

Single dose

- Third molar extraction
- Outcome measures:
  - Pain relief (PR)
  - Categorical scale:

    0      1        2      3        4
    none  a little  some  a lot  complete

- Power: 70% to detect an effect similar to acetaminophen plus codeine
- Solution

HIGHLY CONFIDENTIAL    ABBT 0002409

# Molar Extraction Study

## Outcome Measures

**Pain Relief (PR)**
- Categorical scale:

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| none | a little | some | a lot | complete |

**Total Pain Associated Relief (TOTPAR)**
- Area under the curve for PR (0-6 hours)

**Pain Intensity (PI)**
- Categorical scale:

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| none | mild | moderate | severe |

- Visual Analog Scale

no pain |————————————————| worst pain

**Stop Watch Model**
- Time to "perceptible" and "meaningful" relief

**Time To Rescue Medication**

**Patient Global**
- Rate medication:

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| poor | fair | good | excellent |

HIGHLY
CONFIDENTIAL    ABBT 0002410



HIGHLY
CONFIDENTIAL    ABBT 0002411



# Neuropathic Pain Pilot

*Design*

- 133 patients, randomized, double-blind, placebo-controlled, multiple dose

| Screen | Washout | Baseline | | |
| --- | --- | --- | --- | --- |

Day –22    –7    –3

n = 43    ABT-594    75 mcg BID

n = 47    ABT-594    25 mcg BID

n = 43    Placebo

3 weeks

- Distal symmetric polyneuropathy
  52% idiopathic    46% diabetic
- Power: 56% to detect a 20% difference (ABT-594 vs. placebo)
- Soft Elastic Capsule

HIGHLY CONFIDENTIAL

ABBT 0002412



# Neuropathic Pain Pilot

## Outcome Measures

○ **Pain Intensity (PI)**
  — Categorical Scale:

  | 0 | 1 | 2 | 3 |
  |---|---|---|---|
  | none | mild | moderate | severe |

  — Visual Analog Scale:
    (0-100 mm)

    no pain ———————————————— worst possible

○ **Neuropathic Pain Scale (NPS)**
  — 10 items (e.g., sharp, hot, intense), for total 0-100 points
  — Please use the scale below to tell us how sharp your pain feels. Words used to describe "sharp" feelings include "like a knife," "like a spike," "jabbing" or "like jolts"

  | not sharp | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most sharp sensation imaginable ("like a knife") |
  |---|---|---|---|---|---|---|---|---|---|---|---|

○ **Patient Global (PG)**
  — Rate Medication:

  | 1 | 2 | 3 | 4 |
  |---|---|---|---|
  | poor | fair | good | excellent |

HIGHLY
CONFIDENTIAL        ABBT 0002413



ABT-594 75 mcg BID Does Not Reduce Daily Pain Score Compared to Placebo in Neuropathic Pain

HIGHLY
CONFIDENTIAL          ABBT 0002414



# ABT-594 75 mcg BID Reduces the NPS More Than Placebo

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 21% |
| ABT-594 25 mcg BID | ↓ 19% |
| ABT-594 75 mcg BID | ↓ 36% |

Model Based, ITT
LOCF
533

Maximum possible decrease for 75 mcg BID was 59

HIGHLY CONFIDENTIAL

ABBT 0002416



ABT-594 75 mcg BID Reduces Daily Pain Score More Than Placebo in Diabetic Polyneuropathy

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo (n=24) | ↓ 25% |
| ABT-594 25 mcg BID (n=18) | ↓ 22% |
| ABT-594 75 mcg BID (n=17) | ↓ 38% |

Model based, ITT
LOCF
833

Maximum possible decrease for 75 mcg BID was 2.6

HIGHLY CONFIDENTIAL    ABBT 0002416



ABT-594 75 mcg BID Significantly Reduces NPS
Compared to Placebo in Diabetic Polyneuropathy

HIGHLY
CONFIDENTIAL                ABBT 0002417



HIGHLY
CONFIDENTIAL

ABBT 0002418



# Osteoarthritis Pain Pilot

## Design

- 256 patients, randomized, double-blind, placebo-controlled

| | |
|---|---|
| n = 53 | ABT-594  75 mcg BID |
| n = 48 | ABT-594  50 mcg BID |
| n = 49 | ABT-594  25 mcg BID |
| n = 52 | Ibuprofen  400 mg TID |
| n = 54 | Placebo |

Day –21  Screen    –6  –3  Washout  Baseline    3 weeks

- Power: 56% to detect a 20% difference (ABT-594 vs. placebo)

- Soft Elastic Capsule

HIGHLY CONFIDENTIAL

ABBT 0002419



# Osteoarthritis Pain Pilot Study

## Outcome Measures

- **Pain Intensity (PI)**
  - Categorical Scale:

    | 0 | 1 | 2 | 3 |
    |---|---|---|---|
    | none | mild | moderate | severe |

  - Visual Analog Scale (VAS):

    no pain |————————————| worst possible

- **WOMAC**
  - Pain (0-500)
  - Stiffness (0-200)  } Total (0-2400)
  - Function (0-1700)

- **Patient Global**
  - Rate Medication:

    | 1 | 2 | 3 | 4 |
    |---|---|---|---|
    | poor | fair | good | excellent |

HIGHLY
CONFIDENTIAL

ABBT 0002420

# Osteoarthritis Pain Pilot Study

## WOMAC

**Pain**

How much pain do you have...
– Walking on a flat surface?
– Going up or down stairs?

no pain |_____| extreme pain

**Stiffness**

How severe is your stiffness...
– After sitting, lying, or resting later in the day?

no stiffness |_____| extreme stiffness

**Function**

What degree of difficulty do you have...
– Descending stairs?
– Rising from bed?

no difficulty |_____| extreme difficulty

HIGHLY CONFIDENTIAL     ABBT 0002421



ABT-594 75 mcg BID Does Not Reduce Daily Pain Score Compared To Placebo in Osteoarthritis

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 21% |
| Ibuprofen 400 mg TID | ↓ 26% |
| ABT-594 25 mcg BID | ↓ 17% |
| ABT-594 50 mcg BID | ↓ 26% |
| ABT-594 75 mcg BID | ↓ 23% |

Change from Baseline (Categorical)

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 2.2

Model based, ITT
LOCF
020

HIGHLY
CONFIDENTIAL

ABBT 0002422



ABT-594 75 mcg BID Reduces the WOMAC Pain Subscale More Than Placebo in Osteoarthritis

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 19% |
| Ibuprofen 400 mg TID | ↓ 33% |
| ABT-594 25 mcg BID | ↓ 24% |
| ABT-594 50 mcg BID | ↓ 34% |
| ABT-594 75 mcg BID | ↓ 30% |

Based on 5-item (0-500 points)

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 305

HIGHLY CONFIDENTIAL

ABBT 0002423



HIGHLY
CONFIDENTIAL

ABBT 0002424

# ABT-594

## *Phase IIa Efficacy Conclusions*

- **Analgesic Potential Demonstrated**

  - Molar Extraction
    - Significance vs. placebo starting at 1.5 hours

  - Neuropathic Pain
    - 75 mcg BID may be lowest effective dose for patients with painful diabetic polyneuropathy

  - Osteoarthritis Pain
    - 75 mcg BID may be lowest effective dose as judged by the WOMAC pain sub-score

HIGHLY CONFIDENTIAL      ABBT 0002425



## ABT-594 Safety

### Phase IIa Adverse Events

- Characteristic AEs
  - Nausea
  - Vomiting
  - Dizziness

- AEs attenuate after repeated administration

HIGHLY CONFIDENTIAL

ABBT 0002426

# Adverse Event Rates for Select Analgesics

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594[2] 75 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% | 0% |
| Somnolence | 66% | 53% | 23% | 24% | 0% |
| Dizziness | 28% | 40% | 24% | 27% | 7% |
| Nausea | N/A | 7% | 8% | N/A | 15% |
| Vomiting | N/A | N/A | N/A | N/A | 5% |
| Peripheral edema | N/A | N/A | N/A | 7% | 1% |
| Constipation | 14% | N/A | N/A | N/A | N/A |
| Dry mouth | 90% | N/A | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A | N/A |

[1] Max. 1987 (n=29)
[2] M98-826 and M98-833 combined
N/A - Not Available.

HIGHLY CONFIDENTIAL

ABBT 0002427

# Adverse Event Rates for Select Analgesics

| Event | Ultram[1] 50-100 mg q4-6h | OxyContin[2] | OxyContin[2] Osteoarthritis 20 mg q12h | ABT-594[3] 75 mcg BID |
|---|---|---|---|---|
| Somnolence | N/A | 23 % | 27% | 0% |
| Dizziness | 31% | 13 % | 20% | 7% |
| Nausea | 34% | 23 % | 41% | 15% |
| Vomiting | 13% | 12 % | 23% | 5% |
| Constipation | 26% | 23 % | 32% | 1% |
| Dry mouth | N/A | N/A | N/A | 4% |
| Pruritis | N/A | N/A | 16% | N/A |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] "Clinical trials" (label)
[3] M98-826 and M98-833 combined
N/A – Not Available

HIGHLY
CONFIDENTIAL

ABBT 0002428



## ABT-594

### *Phase IIa Conclusions*

- Analgesic potential demonstrated

- Phase IIa studies included inadequate dose ranging
  - SEC tolerated better than predicted by solution
  - 75 mcg BID (HGC) very well tolerated vs. other analgesics
  - Two Phase I studies (M99-076 and M99-120) showed:
    - 300 mcg BID HGC tolerated
    - Titration may improve tolerability

- Full analgesic potential should be defined with adequate dose ranging studies in Phase IIb

HIGHLY
CONFIDENTIAL          ABBT 0002429



## Phase IIb

- Trials
  - Neuropathic Pain (M99-114)
    - Ongoing
  - Osteoarthritis Pain (M99-115)
    - Unfunded
- Doses
  - 150, 225, 300 mcg BID

HIGHLY
CONFIDENTIAL

ABBT 0002430



# M99-114: Neuropathic Pain

*Design*

○ 320 patients, randomized, double-blind, placebo-controlled, multiple dose

| | | ABT–594 | 300 mcg BID |
| | n = 80 | ABT–594 | 225 mcg BID |
| | n = 80 | ABT–594 | 150 mcg BID |
| | n = 80 | Placebo | |
| | n = 80 | | |

Screen   Washout   Baseline

Day –22      –7      –7        7 weeks

○ Diabetic polyneuropathy
○ 7-Day primer phase; treatment visits at 2, 3, 5 and 7 weeks
○ Power: 80% with 0.05 Type I to detect 39% ABT–594 improvement, 25% placebo (ES 0.46)
○ Hard Gelatin Capsule

HIGHLY CONFIDENTIAL      ABBT 0002431

# M99-114: Neuropathic Pain

*Outcome Measures*

- Primary
  - Weekly average of daily pain (11-point Likert in a diary)
- Secondary
  - Site-based pain scale (11-point Likert)
  - Neuropathic Pain Scale
  - Patient Global Impression of Change
  - Physician Global Impression of Change
  - SF-36

HIGHLY
CONFIDENTIAL            ABBT 0002432



## M99-114 Status

- Enrollment
  - Ended 1/5/01 at 269 subjects
  - Pre-specified power not reached
  - Width of confidence intervals not meaningfully different between 269 and 320 enrolled
- Database release – 5/01
- Go/No Go – 6/01

HIGHLY
CONFIDENTIAL

ABBT 0002433

# ABT-594

## Take Home Messages

1. Significant unmet needs in pain management

2. Prior studies: *potential* of ABT-594 to address these unmet needs

3. Ongoing study: test the hypothesis that ABT-594 addresses unmet need in neuropathic pain
   - A proposed study would do the same for chronic nociceptive pain

4. There is a process by which we will determine if ABT-594 can satisfy the unmet need

HIGHLY CONFIDENTIAL    ABBT 0002434



# ABT-594 Project Review
# February 2, 2001

# Commercial Assessment

Andrea Landsberg

Laura Robinson

HIGHLY
CONFIDENTIAL

ABBT 0002435

# ABT-594 Commercial Assessment: Key Take Aways

- Neuropathic pain market is the primary target
  - Underserved market with significant unmet need
  - ABT-594 has potential to be first novel drug in decades indicated for neuropathic pain

- Additional opportunity in "chronic persistent pain" market

- *Key challenge is achieving optimal balance of tolerability and efficacy to satisfy both US and ex-US markets*

HIGHLY
CONFIDENTIAL          ABBT 0002436

# Neuropathic Pain Market: Sales

| | 2000 US Sales ($MM) | 2000 ex-US Sales |
|---|---|---|
| AEDs | $299 | $190 |
| TCAs | $3 | $45 |
| OPIOIDS | $37 | NA |
| OTHERS | $85 | $45 |
| TOTAL | $424 | $280 |

US Sales factored for neuropathic pain and annualized
Vs Prior Year: US Growth est 20%, ex-US growth est 10%

HIGHLY
CONFIDENTIAL

ABBT 0002437



HIGHLY
CONFIDENTIAL

ABBT 0002438

## Use in Neuropathic Pain

- Even if target only 'focused' indication in 'painful, diabetic neuropathy' expect trial and usage in all types of neuropathic pain

  - Neurontin use all off-label

  - Carbamazepine is indicated for trigeminal neuralgia but used in all neuropathic pain

  - Generally held premise that NP likely has some similar mechanisms across etiologies (reinforced by current drug usage)

HIGHLY CONFIDENTIAL    ABBT 0002439

# Market Opportunities in Neuropathic Pain

- Improved efficacy
  - Partial pain relief is the norm
  - Polypharmacy often required to manage pain
- Improved responder rates
  - Typically only 40% to 60% of patients respond to any given treatment
- Improved tolerability over time
  - TCAs, AEDs, opioids have troublesome SEs that do not diminish over time
- Dose reduction
  - Most TCAs and AEDs (including Neurontin) typically dosed TID
- Titration reduction
  - TCAs and AEDs require >2 weeks titration period to minimize SEs or reach effective dose

HIGHLY CONFIDENTIAL    ABBT 0002440

## Chronic Persistent Pain (CPP)
### "Spillover"

- Onset of action and need for titration limits ABT-594 to a small segment of the nociceptive pain market

- CPP = Chronic persistent pain conditions for which patients are on daily medications, over extended periods of time (vs. PRN, or 'as needed', consumption)

HIGHLY
CONFIDENTIAL

ABBT 0002441



HIGHLY
CONFIDENTIAL

ABBT 0002442

# Chronic Persistent Pain Market

|       | 1999 Sales (\$MM) | CAGR (97-99) | Rxs (MM) | CAGR (97-99) |
|-------|-------------------|--------------|----------|--------------|
| US    | $700              | 5%           | 35       | 1%           |
| Ex-US | $680              | 8%           | 58       | 3%           |

CPP Market Size Assumptions:
Assume 40% of opioid, non-opioid, COX-2 market is for chronic pain and 30% of that is 'persistent', i.e.: medication taken every day

HIGHLY
CONFIDENTIAL

ABBT 0002443



# Qualitative Market Research Results

## Share of Patients

| Profile | | OA | RA | Low-back |
|---|---|---|---|---|
| Efficacy | AEs vs. current agents | | | |

Assumes ABT-594 is indicated for NP, with additional clinical data (Ph II) showing efficacy in nociceptive pain

HIGHLY
CONFIDENTIAL

ABBT 0002444

# Qualitative Market Research Results

| | Profile | Share of Patients | | |
|---|---|---|---|---|
| | AEs vs current agents | OA | RA | Low-back |
| Efficacy | Equivalent | | | |
| Better | Equivalent | | | |
| Same | Poor | | | |
| Better | | | | |

*TCAs used as "benchmark" efficacy in NP*

*Tolerability vs. current agents: equivalent = 5% nausea; 5% vomiting; 10% dizziness; poor = 20% nausea; 10% vomiting; 30% dizziness*

HIGHLY
CONFIDENTIAL

ABBT 0002445

# Qualitative Market Research Results

| Profile | | Share of Patients | | |
|---|---|---|---|---|
| Efficacy | AEs vs. current agents | OA | RA | Low-back |
| Better | Equivalent | 19% | 12% | 16% |
| Same | Equivalent | 15% | 8% | 10% |
| Better | Poor | 12% | 6% | 11% |

Spillover market share in chronic persistent pain markets (in forecast, assuming only 5% share)

MR did not test impact of titration on market share

HIGHLY
CONFIDENTIAL

ABBT 0002446

# Qualitative Market Research Results

| | Profile | | Share of Patients |
|---|---|---|---|
| | Efficacy | AEs vs. current agents | Neuropathic Pain |
| | Better | Equivalent | 31% |
| | Better | Poor | 24% |
| | Same | Equivalent | 27% |

Assumes ABT-594 is indicated for NP, with additional clinical data (Ph II) showing efficacy in nociceptive pain

In forecast assuming 20% share of NP

HIGHLY
CONFIDENTIAL

ABBT 0002447

# Neuropathic Pain Pipeline

- Pregabalin is in Phase III, but questions remain regarding Pfizer's Neurontin/Pregabalin strategy

- 4 NNR preclinical programs appear to be targeting pain indications; ABT-594 is much further along

- Other new AEDs may have potential for treatment of neuropathic pain and are conducting phase IV trials; unclear whether these agents will pursue an NP indication

- Several novel pain mechanisms being explored
  - Calcium channel blockers
  - Sodium channel blockers
  - NMDA antagonists

HIGHLY
CONFIDENTIAL

ABBT 0002448

## Positioning of ABT-594 in Neuropathic Pain

- Greater efficacy than AEDs and TCAs in NP
- Better long term tolerability (than TCAs and opioids)
- Safe in all patient populations
- Convenient BID dosing with simple, short titration period
- No tolerance over time and non-scheduled
- Limited drug interactions
- Novel mechanism of action

HIGHLY CONFIDENTIAL

ABBT 0002449



Positioning of ABT-594 in CPP

- Effective alternative to opioids with:
  - No tolerance, respiratory depression, constipation, etc.
  - Non-scheduled

- For patients receiving insufficient relief with current therapies or NSAID/opioid intolerant patients

- Better efficacy than COX-2s with novel mechanism of action and no major safety issues

HIGHLY
CONFIDENTIAL        ABBT 0002460



ABT-594 Global Forecast Ranges

Peak Sales
($MM)

| | Low | Base | High |
|---|---|---|---|
| US | $92 | $339 | $509 |
| Ex-US | $130 | $363 | $712 |

• NP shares: 5%, 20% or 30%
• CPP shares: 3%, 5%, 7%

HIGHLY
CONFIDENTIAL

ABBT 0002451

# Key Product Challenges

- Key challenge is achieving optimal balance of tolerability and efficacy to satisfy both US and ex-US markets
  - Neurontin/Pregabalin may have advantage
    - Will need to minimize early DCs as much as possible
  - Potentially low therapeutic index

- Titration
  - Schedule must be as short and simple as possible

- Nicotinic mechanism
  - Will require pre-launch market education and priming to diffuse negative associations and generate interest surrounding novel MOA

HIGHLY CONFIDENTIAL          ABBT 0002462



Go/No Go Process

Bruce McCarthy

HIGHLY
CONFIDENTIAL

ABBT 0002453

# ABT-594

## Go/No Go Process

### The Challenge

Integration of many interrelated data

Efficacy
Safety
Dose Response
Pharmacodynamics
Dose Selection
Phase III Trial Design
Titration Effects
Indications

Market Research
Segmentation
Targeting
Positioning

### The Plan

Leverage decision analysis (DSG) as a process to determine Go/No Go criteria

**HIGHLY CONFIDENTIAL**

ABBT 0002464

# ABT-594

## Go/No Go Process

### Process to include:

1. Scope and frame issues and process
2. Analysis of M99-114 and other clinical data
3. Dose identification
4. Draft Phase III trial design
5. Market research
6. Valuation
7. Presentation and asset strategy: 6/01

← Decision Analysis →

HIGHLY
CONFIDENTIAL                    ABBT 0002455



HIGHLY
CONFIDENTIAL          ABBT 0002456



HIGHLY
CONFIDENTIAL

ABBT 0002467

# Identification of ABT-594 Backup

*Clinical Results Outline Specific Improvements Required for Backup*

- Emesis
  - Modeled preclinically in ferret and dog
- Nausea
  - Ferret model can qualitatively address nausea index
- Dizziness
  - Mouse rotarod
  - Rat Edge test

HIGHLY CONFIDENTIAL

ABBT 0002458

## Discovery Program Basis

### NNR Subtypes Differentially Mediate Efficacy and Side Effects

- Different NNR subtypes mediate analgesic effects of nicotinic agonists and adverse events

- Program committed to the identification of NNR subtype selective compounds

- Project initiated research collaboration with NeuroSearch (Denmark)
  - Access to human recombinant NNRs
  - Access to new structural classes of NNR modulators

HIGHLY CONFIDENTIAL

ABBT 0002459

# Nociception Mediated by α4 Subtypes

- Mouse knockouts support role of α4 and β2
  - Key differences between pain type
- Role for α4 subtype in acute thermal pain (activation of descending inhibitory pathways)
  - Antisense studies
  - Site injection studies
  - Antagonist studies
- In more physiological relevant models of persistent and neuropathic pain, both central and peripheral sites of action are implicated

HIGHLY CONFIDENTIAL    ABBT 0002460

# Emesis Mediated by α3β4 Subtype

- In preclincal models, emesis is correlated to potency and efficacy at ganglionic (α3β4) NNR subtypes

- Antagonist and route of administration studies suggest both local and systemic contribution



HIGHLY CONFIDENTIAL

ABBT 0002461



HIGHLY
CONFIDENTIAL    ABBT 0002482

# Analgesic Efficacy vs. ABT-594 (Rat Models)

| | Persistent Nociceptive Pain (Formalin Model) | Neuropathic Pain (Chung Model) | Acute Nociceptive Pain (Hot Box) |
|---|---|---|---|
| ABT-594 | +++ (0.08 µmol/kg) | +++ (0.1 µmol/kg) | +++ (0.03 µmol/kg) |
| A-312046 | +++ (1.8 µmol/kg) | +++ (0.7 µmol/kg) | +++ (1.9 µmol/kg) |
| A-366833 | +++ (3 µmol/kg) | +++ (5 µmol/kg) | ++ (6 µmol/kg) |
| Celecoxib | ++ (30 µmol/kg) | + (30 µmol/kg) | 0 |
| Morphine | +++ (3 µmol/kg) | +++ (10 µmol/kg) | ++ (3 µmol/kg) |
| Gabapentin | + (200 µmol/kg) | ++ (100 µmol/kg) | 0 |

+++ is >75% efficacy; ++ is 40-75% efficacy; + is <40% efficacy; 0 is no activity.

HIGHLY CONFIDENTIAL

ABBT 0002483



HIGHLY CONFIDENTIAL

ABBT 0002484



HIGHLY
CONFIDENTIAL

ABBT 0002486

## Therapeutic Index Comparison

- Therapeutic index based on ratio of highest no effect dose for adverse event and $ED_{50}$ in pain models

| Adverse Event | Therapeutic Index Improvement vs. ABT-594 | |
|---|---|---|
| | A-312046 | A-366833 |
| Emesis (Ferret) | 5 – 14x | 20 – 27x |
| Seizure Threshold (Mouse) | 4 – 11x | >11x |
| Edge Test (Rat) | 7 – 24x | >12x |

HIGHLY CONFIDENTIAL

ABBT 0002466

## Pharmacokinetics

| | | $t_{1/2}$ | CLp | %F |
|---|---|---|---|---|
| ABT-594 | Rat | 1.5 h | 1.7 | 61% |
| | Dog | 4.7 h | 0.4 | 35% |
| | Monkey | 1.4 h | 1.7 | 80% |
| A-312046 | Rat | 3.0 h | 1.95 | 80% |
| | Dog | 1.4 h | 2.89 | 13% |
| | Monkey | 1.5 h | 2.36 | 3% |
| A-366833 | Rat | 1.5 h | 3.02 | 73% |
| | Dog | 2.6 h | 0.35 | 109% |
| | Monkey | 2.5 h | 0.53 | 74% |

HIGHLY
CONFIDENTIAL

ABBT 0002467

# Additional Characterization and Ongoing Studies

- A-312046:
  - Evaluation of viability of transdermal formulation
  - Identification of prodrug analogs

- A-366833:
  - Ames and chromosomal breakage neg.
  - CEREP binding studies — no significant findings
  - Ongoing studies:
    - Evaluation in additional pain models
    - PK/PD studies – plasma levels at efficacious and emetic doses
    - Dog, monkey, human hepatocyte metabolism
    - Cardiovascular evaluation
    - Two-week toxicology in rats

HIGHLY
CONFIDENTIAL

ABBT 0002468

# Backup Status

- **A-366833:**
  – Broad spectrum activity, but particularly effective in persistent nociceptive pain model
  – Significantly decreased side effect liability
  – Excellent oral bioavailability across three species
  – May extend into general pain indication

- **A-312046:**
  – Excellent activity in neuropathic pain model
  – Pharmacokinetics may preclude development as oral drug
  – Alternative formulations may be useful as backup for ABT-594 in neuropathic pain market

HIGHLY CONFIDENTIAL

ABBT 0002469

PLs' EN



Bruce
McCarthy /LAKE/PPRD/
ABBOTT
02/02/2001 02:33 PM

To   Elizabeth Kowaluk/LAKE/PPRD/ABBOTT@ABBOTT

Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Michael
K Biamesen/LAKE/PPRD/ABBOTT@ABBOTT, Marleen H
Verlinden/LAKE/PPRD/ABBOTT@ABBOTT, James
Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Steve C
cc   Kuemmerle/LAKE/PPRD/ABBOTT@ABBOTT, Keith F
Hendricks/LAKE/AI/ABBOTT@ABBOTT, Rosemarie K
Waleska/LAKE/PPD/ABBOTT@ABBOTT, John M
Leonard/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject   DSG

Liz-

Per our preliminary discussions regarding the DSG process for ABT-594 Go/No Go, here is a preliminary list of core team members (see below). Please comment on the number of core team members, as you have a better perspective on how many is too many(understanding that additional project team members will be involved whenever necessary). In addition, please comment on whether the list is sufficiently comprehensive.

When we discuss scope and frame during our first meeting, we will want to discuss several issues that came up at today's Leiden meeting (though I think these are not necessarily new):

1.    Given the results of Phase IIb, what is the value of the currently identified back-ups (ie, go to back up, proceed with 594 + start back up, etc...we can steal these analyses from the SDG project 2 years ago!)?

2.    What additional work should be performed to understand time to onset issues(e.g., should additional work be performed in advance of the start of phase IIb, including perhaps the development of a parenteral formulation to better understand this issue) and what actions might we take based upon the results of this additional work?

3.    How does ABT-594 fit in with a comprehensive strategy to bring NNR's for pain to the market? What kind of investment should be made to achieve success for this strategy(e.g., how many back-ups should be brought forward, when, what properties should the compounds have, how many simultaneously to clinic, etc). This issue is (obviously) very large, however, my impression is that this larger strategy needs to be formulated in order to have a go/no-go discussion about ABT-594. The issue also begs for a comprehensive pain strategy at Abbott(I think this latter point is unlikely to be achieved by our analysis, but we could always try to develop one nonetheless).

After we have a final core team list, let me know how I can help to get the first meeting scheduled ASAP. As we discussed at the preliminary meeting, we look forward to your expertise in facilitating this process (DSG as powerful decision-making tool), but we (members of the discovery/development/commercial team and especially those of us in the venture) very much want to take a leadership position in driving the overall process.

Venture/Development
Marleen Verlinden
Chris Silber
Bruce McCarthy
Mike Biamesen

Discovery
Jim Sullivan

Confidential

ABBT314925

Hendricks DEP. EX. NO. 25
FOR ID., AS OF 9/22/08

Mike Meyer

Regulatory
Jim Steck/David Ross (Jim and David could back each other up)
Nigel Livesey

NPD
Laura Robinson/Rose Waleska (Laura and Rose could back each other up)

PARD
Howard Cheskin

PK
Walid Awni

Stats
David Morris/Jim Thomas

Thanks!
Bruce.

Confidential

ABBT314926

# PLs' EO



Bruce
McCarthy /LAKE/PPRD/ABB
OTT

02/14/2001 01:48 PM

To  Michael K Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT,
Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT,
Kennan C Marsh/LAKE/PPRD/ABBOTT@ABBOTT, Bryan F
Cox/LAKE/PPRD/ABBOTT@ABBOTT, Aldona T
Matalonis/LAKE/PPRD/ABBOTT@ABBOTT

cc

bcc

Subject  Re: Consideration of IV work with ABT-594

Mike-
Thanks for the info. I agree...let's discuss this at the meeting I scheduled on Tuesday 2/20, 11-12:30, in
the Analgesia Conference Room to discuss this issue (haven't yet sent out the agenda...look for it soon!).
My mistake not to have invited Bryan!

Bryan...can you attend the meeting (date and time above)? We will be discussing how to advance our
scientific understanding about the tolerability issues for ABT-594 and back-up compounds for pain in the
NNR pharmacology.
Bruce.
Michael K Biarnesen



Michael K Biarnesen          02/14/2001 12:00 PM

To:   Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Bruce
McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Kennan C Marsh/LAKE/PPRD/ABBOTT@ABBOTT, Bryan F
Cox/LAKE/PPRD/ABBOTT@ABBOTT, Aldona T Matalonis/LAKE/PPRD/ABBOTT@ABBOTT

cc:
Subject:  Consideration of IV work with ABT-594

During our project review with Jeff Leiden there was a suggestion made that we consider performing
intravenous phase I experiment(s) to better understand the issues associated with slow onset of action
and also Adverse Events (nausea, vomiting, etc.) In previous team meetings, I recalled that there were
some reservations expressed regarding the suitability of ABT-594 for IV administration (experimentally or
commercially.) I discussed this with Kennan yesterday, and she provided some background for this
concern, as follows:

- Her concern is with the NNR class, in general.

- During IV administration of NNR molecules to non-anaesthetized dogs, gross increases in heart rate
  are seen almost immediately. This tendency was not able to be attenuated through reduction in
  administration rate, since the reaction occurs essentially when the first few drops of solution enter the
  blood stream.

- This response has not been observed during primate dosing

- Bryan Cox should have some data on CV profile dogs, most likely anaesthetized.

Chris / Bruce, let me know how you would like to proceed with this. Maybe a meeting with Kennan and
Bryan would be a reasonable first step.

Mike B

CONFIDENTIAL
ABBT0123130

Pl. Exhibit 100    3|16|07    RM

# PLs' ES



|  | To | stherriault@rsi-nc.com |
|---|---|---|
| Marilyn J Collicott /LAKE/PPRD/ABBOTT | cc | |
| | bcc | |
| 02/27/2001 10:12 AM | Subject | today's meeting |

Hi Sheila

Attached are the handouts for todays meeting at 3:00 CST.

      

agenda.pub   Investigator tracking.xls   R-Team scheduling.xls   Subject-CRF Tracking.xls

Highly Confidential

ABBT238329

*Thomas* DEP. EX. NO. 26

FOR ID., AS OF 4/13/07

*Ann*

## M99-114 INVESTIGATOR LIST

| Investigator Last Name | Inv. # | State | Coordinator | Phone # | Total Screened | Total Randomized as of 1/04 11/03 | Early Terms as of 6/2/00 | Completed Subjects as of 6/7/00 | CRFs in House as of 2/27/01 |
|---|---|---|---|---|---|---|---|---|---|
| Brickman | 14272 | WI | Christy Wheeler | (608) 263-0170 | 4 | 3 | 1 | 2 | 3 |
| Baumel (A) | 7379 | FL | Alfonso Moreno | (305) 865-0063 | 26 | 15 | 9 | 6 | 12 |
| Baumel (B) | 7379 | FL | Janella Crasto | (561) 368-1123 | | | | | |
| Bilton | 7396 | AR | Donna Hemphill | (501) 227-5061 | 16 | 7 | 1 | 6 | 5 |
| Bromberg | 15844 | UT | Donna Baum | (801) 585-6051 | 28 | 14 | 6 | 8 | 13 |
| DeBold | 15898 | MN | Diane Whipple | (952) 993-2739 | 17 | 12 | 5 | 7 | 8 |
| Drucker | 15848 | FL | Leigh Reeve | (727) 725-6151 | 7 | 6 | 5 | 1 | 6 |
| Eisner | 15880 | FL | Maggie Szymczak | (954) 720-1899 | 17 | 9 | 4 | 5 | 5 |
| Forde (f) | 15842 | NY | Michael Bellotto | (516) 496-6506 | 3 | 2 | 1 | 1 | 1 |
| Fried | 12999 | RI | Thomas Ricci | (401) 467-7760 | 16 | 9 | 4 | 5 | 8 |
| Gibson | 15841 | AR | Kelly Burke | (501) 227-7498 | 25 | 19 | 6 | 13 | 18 |
| Gleason | 16848 | NM | Nona Chavez | (505) 262-7680 | 8 | 7 | 3 | 4 | 7 |
| Hann | 15839 | MA | Corene Seva | (413) 794-7232 | 6 | 5 | 4 | 2 | 6 |
| Hewitt | 14345 | GA | Ellen McKenzie | (404) 778-3176 | 12 | 9 | 6 | 3 | 7 |
| Holmlund | 12838 | NY | Marie Caserta | (718) 897-4795 | 11 | 5 | 3 | 2 | 5 |
| Kallas, A. | 12497 | PA | Joanna Lost | (814) 693-0300 | 16 | 7 | 4 | 3 | 7 |
| Kipnis | 15065 | TX | Lisa Urbia | (210) 615-6555 | 21 | 15 | 6 | 10 | 15 |
| Kirby | 9576 | AZ | Stephanie Manthei | (623) 815-9714 | 20 | 10 | 7 | 2 | 10 |
| Klode (f) | 15435 | FL | Maureen West | (843) 936-4421 | 26 | 9 | 6 | 3 | 9 |
| McGill (f) | 15837 | MO | Katherine Anderson | (314) 362-1404 | 17 | 8 | 3 | 6 | 5 |
| Rowbotham | 14386 | CA | Jessica McCoy | (415) 885-7899 | 13 | 4 | 1 | 3 | 4 |
| Shalbani | 16334 | TX | George Manoukian | (713) 795-0033 x26 | 48 | 18 | 9 | 9 | 16 |
| Simmons | 15836 | PA | Kathleen Hay | (717) 531-8694 | 7 | 6 | 4 | 2 | 6 |
| Singer | 16230 | FL | Mercy Novero | (954) 433-5785 | 20 | 15 | 2 | 8 | 10 |
| Skowron | 15831 | AZ | Sandra Siciera | (602) 297-8025 | 14 | 9 | 4 | 5 | 9 |
| Steel | 15603 | NC | Marge Stock | (252) 232-4848 | 10 | 8 | 6 | 2 | 8 |
| Storey | 14349 | NY | Paula Levin | (518) 438-0922 press | 21 | 13 | 5 | 8 | 9 |
| Sun | 16355 | CA | Judith Thind | (559) 255-1861 | 4 | 3 | 3 | | 3 |
| Vinik | 15834 | VA | Brenda Baker | (757) 446-5973 | 16 | 8 | 5 | | 6 |
| Weinstein | 13053 | CA | Ave Viet-Cong | (925) 930-7267 | 44 | 19 | 11 | 6 | 19 |
| | | | | | 505 | 269 | 192 | 150 | 294 |

Screen Failure Rate:        47%
Early Termination Rate:     49%           All CRFs In
Completion Rate:            48%
Total Study Enrollment:     84%
CRFs In:                    97%

[FILE]                          [PAGE]                          [DATE][TIME]

Highly Confidential

ABBT238330

Screen Tracking

Highly Confidential

ABBT238331

## M99-114 Early Terminations

| Investigator | Subject # | Age | Days on Study Drug | Reason for Termination | Comments |
|---|---|---|---|---|---|
| Backonja | 4467 | 37 | 1 | AE | urea nitrogen level high panic at 56 |
| Baumal | 4145 | 85 | 1 | AE | nausea, etc. |
| | 4146 | 78 | 10 | AE | dizziness, weakness, heart palpitations, headaches, blurred vision |
| | 4147 | 85 | 11 | AE | dizziness, weakness, sweating, blurred vision, heartburn, headache |
| | 4228 | 73 | unk | AE | hypoglycemic episode |
| | 4231 | 73 | 27 | AE | hallucinations |
| Biton | 4290 | 62 | | | |
| Bromberg | 4113 | 69 | 10 | AE | nausea, etc. |
| | 4115 | 45 | 5 | AE | nausea, etc. |
| | 4117 | 50 | 7 | AE | nausea, etc. |
| | 4118 | 49 | 10 | AE | dizziness, vomiting, nausea |
| | 4125 | 65 | 1 | AE | extreme nausea |
| DeBold | 4051 | 71 | 9 | AE | nausea, etc. |
| | 4053 | 52 | 49 | SAE | diabetic ketoacidosis |
| | 4055 | 75 | 15 | AE | int. nausea/vomit since 9/1, int.abd bloating & constipation, decr. urine stream since 8/26 |
| | 4057 | 72 | 16 | AE | intermitent nausea and vomiting |
| | 4058 | 3 | AE | dizziness, lethargy, vivid dreams, insomnia, increased neuropathic pain |
| | 4060 | 57 | | | |
| Drucker | 4001 | 72 | 3.5 | AE | joint pain in lower extremities |
| | 4002 | 71 | 3 | SAE | palpitations |
| | 4003 | 78 | 0.5 | AE | blurry vision |
| | 4005 | 46 | | | |
| | 4006 | 72 | 1 | AE | nightmares and intense neuropathic pain after 1st dose, whole body numb, wobbly, weak after 2nd dose |
| Eisner | 4241 | 80 | 1 | AE | nausea, etc.(went to ER) |
| Forde | 4321 | 67 | 5 | AE | disturbing dreams/anxiety |
| Fried | 4083 | 66 | 14 | SAE | syncopal episode related to historical atrial fib (admitted to hospital 5/30) |
| | 4087 | 74 | 4 | AE | diarrhea, GI upset, fatigue, light-headedness (patient took every dose following a meal) |
| | 4089 | 81 | 6 | AE | dizziness |
| Gibson | 4354 | 73 | 1.5 | AE | nausea |
| | 4359 | 31 | 27 | AE | nausea and vomiting |
| | 4367 | 32 | 12 | AE | nausea and vomiting |
| Gleeson | 4164 | 51 | 1 | AE | dizziness, disorientation |
| | 4165 | 51 | | | |
| | 4167 | 70 | | | |
| Haag | 4337 | 43 | 5.5 | AE | dizziness ~2hrs post-dose x 10 episodes |
| | 4340 | 72 | 5 | AE | difficulty falling asleep, awakening more frequently |
| | 4341 | 85 | 36 | AE | mental status changes |
| Hewitt | 4311 | 52 | 8 | AE | nausea and vomiting |
| Holmlund | 4193 | 53 | 7 | AE/SAE | vomiting, fatigue/ broken pelvis |
| | 4195 | 50 | 7 | AE | nausea, vomiting |
| | 4197 | 62 | 4 | SAE | chest pain |
| Kafka | 4417 | 74 | 6 | AE | nausea, vomiting |
| | CMW | | 7 | AE | jaw pain, insomnia, increased BP, heart palpitations, tinging |
| | 4419 | 61 | 46 | AE | nausea and vomiting |
| Kipnes | 4065 | 64 | 3.5 | AE | nausea |
| | 4066 | 55 | 25 | AE | nausea |
| | 4070 | 48 | 10 | SAE | left arm pain |
| | 4072 | 70 | 7 | AE | nausea, etc. |
| | 4075 | 74 | 2 | AE | severe nausea, shakiness |
| Kirby | 4178 | 62 | 9 | AE | backache |
| | 4501 | 55 | 9 | AE | unsteady gait, nausea, indigestion |
| Kluge | 4131 | 70 | 8.5 | AE | nausea, etc. |
| | 4133 | 66 | 5.5 | SAE | high blood glucose and chest pain due to GI problems (hospitalized 6/6-6/10) |
| McGill | 4357 | 66 | 7 | AE | nightmares, insomnia, nausea |
| | 4390 | 59 | | | |
| Shabani | 4450 | 59 | 30 | AE | stomach ache |
| | 4451 | 60 | 18 | SAE | chest pain, shoulder pain |
| | 4455 | 66 | 1 | AE | got sick after first day |
| | 4456 | 57 | 7 | AE | headaches, lightheadedness, depression, rectal bleeding, sleeplessness caused by stomach acid |

Highly Confidential

ABBT238332

**M99-114 Early Terminations**

| | | | | | |
|---|---|---|---|---|---|
| | 4462 | 55 | 10 | AE | vomiting, stomach sickness, diarrhea, fluttering, moaning, crying, shaking, confusion |
| | 4463 | 68 | 6 | AE | depressing dreams, LOE |
| | 4493 | 61 | 13 | AE | nausea, diarrhea, vomiting, headache |
| Simmons | 4273 | 58 | 11 | AE | GI sx, cognitive dysfunction, unusual dreams, bad taste in mouth, headache, bodyache |
| | 4275 | 69 | 10 | AE | vomiting, nausea, headache, vivid dreams, diarrhea, chills |
| | 4276 | 56 | 19 | AE | nausea |
| | 4277 | 55 | 9 | AE | nausea, vivid dreams |
| Singer | 4401 | 53 | | AE | angina secondary to coronary artery blockage |
| | 4402 | 67 | 12 | AE | dizziness, vomiting |
| | 4403 | 57 | 25 | AE | worsening insomnia |
| | 4408 | 68 | 8 | AE | vomiting |
| Sivakumar | 4036 | 59 | 3.5 | AE | nausea, etc. |
| | 4040 | 57 | 7 | AE | apprehensive, irritable, tinnitus, headache, burning eyes, diarrhea, vivid dreams |
| | 4041 | 51 | 1 | AE | nausea, vomiting, diarrhea |
| Steel | 4209 | 68 | 22 | AE | light-headed, dizzy |
| | 4210 | 73 | 9 | AE | vomiting |
| | 4215 | 60 | 10 | AE | severe nausea |
| | 4216 | 52 | | | |
| Storey | 4098 | 70 | 6.5 | AE | nausea, etc. |
| | 4100 | 56 | 3 | AE | nightmares |
| | 4102 | 69 | | | |
| Weinstein | 4020 | 73 | | | |
| | 4021 | 65 | 13 | AE | coughing, sore throat, cold sx (went to ER) |
| | 4024 | 63 | | | |
| | 4489 | 79 | 6 | AE | dizziness, nausea, diarrhea |

| | | 82 | 63.2 | 18.3 | | |
|---|---|---|---|---|---|---|
| Barrow | 4227 | 57 | unk | Other | withdrew consent due to elective surgery |
| | 4228 | 58 | 7 | Other | withdrew consent |
| Brantley | 4126 | 65 | 0 | Other | patient randomized prior to reviewing baseline diary, diary scores too low, subject never dosed |
| DeBald | 4059 | 36 | 22 | LOE | |
| Fried | 4085 | 54 | 20 | LOE | |
| Gibson | 4355 | 64 | 25 | Other | took anti-inflammatory drug for hand pain |
| | 4357 | 71 | 8 | Other | had tooth, too cold for pain |
| Hewitt | 4305 | 60 | | Other | withdrew consent |
| Kirby | 4179 | 45 | | Other | wanted to start narcotics for pain control |
| | 4193 | 50 | | Other | history of alcoholism |
| Shabad | 4453 | 43 | 8 | LOE | |
| Singh | 4404 | 60 | 17 | LOE | |
| | 4405 | 64 | 20 | Other | took naprosyn for knee pain |
| | 4410 | | 21 | Other | moving out of state |
| Sivakumar | 4038 | 59 | 27 | Other | began a revolutionary diet |
| Steel | 4214 | 57 | 8 | LOE | |
| Weinstein | 4018 | 68 | | Other | withdrew consent |
| | 4025 | 70 | unk | Other | lost to follow up |
| | 4030 | 73 | 19 | LOE | |
| | 4032 | 70 | 18 | LOE | |
| | | 13 | 59.2 | | |
| TOTAL | | 95 | | | |

Highly Confidential

ABBT238333

# PLs' EV

**GLOBAL
PHARMACEUTICAL
DISCOVERY**

**INTERNAL REVIEW
MARCH 2001**

Book #27
Michael Meyer
D-47W, AP9A-3



PLAINTIFF'S
EXHIBIT
Leonard 24
11/30/06

EXHIBIT
meCarthy
40
9-29-06

HIGHLY
CONFIDENTIAL          ABBT 0024132

| Project Leader: Michael Meyer<br>Chemistry: William Bunnelle<br>Biology: Carol Surowy<br>Commercial: Laura Robinson | Neuronal Nicotinic Receptor Project:<br>ABT-594 Backup for Pain |
|---|---|
| | DDC target date: 2Q01 |

## Objective

The primary objective of the Neuronal Nicotinic Receptor (NNR) project is to identify a structurally distinct follow-on to ABT-594 for use as a non-opioid, non-NSAID analgesic for the treatment of acute, chronic and neuropathic pain. The targeted compound should exhibit a comparable spectrum of analgesic activity to ABT-594 as assessed by existing preclinical models, and exhibit a minimum ten-fold, and ideally 30-fold improvement in therapeutic index with respect to emetic liability.

## Project Status Summary

During the past year, the project has continued to focus on a mechanism-based approach to the identification of compounds exhibiting retention of broad-spectrum analgesic activity associated with ABT-594, but with an improved therapeutic index relative to the key adverse events of emesis, nausea, and dizziness that have consistently been observed during the clinical evaluation of ABT-594. ABT-594 is currently completing a Phase IIb trial in diabetic neuropathy at doses up to four fold above the doses studied in the previous neuropathic pain trial, with results from that trial expected by May 2001. It will be critical to the continuation of the program to demonstrate enhanced clinical efficacy at these higher doses. Beyond this important milestone, the program is faced with two additional key issues: are efficacy and side effects governed by distinct and separable NNR subtypes, and can preclinical models accurately predict the improved therapeutic index required in an ABT-594 backup?

The preponderance of evidence continues to support the hypothesis that activation of α4 subunit-containing NNR subtypes is required for analgesic efficacy, and that activation of α3 subunit-containing NNRs is associated with emetic liability. Previously, detailed studies both within the project[1] and outside of Abbott[2] have provided convincing support for the role of central α4 subunits in the mediation antinociception in models of acute thermal pain. Additional work within the last six months has extended these studies to models of persistent inflammatory and neuropathic pain. Whereas these studies have begun to implicate the involvement of peripheral sites as well as central sites of action, these studies continue to support the importance of α4 subunit-containing NNRs from both the central and peripheral sites. Since the initiation of the NeuroSearch collaboration in January 2000, the project has screened all new and many historical compounds against human recombinant NNR subunit combinations. This data set has allowed further correlation of emetic liability to activation of the α3 NNR subunit.

The project team has relied on the ferret emesis model to predict emetic and nausea liability, and general models of balance, coordination, and CNS-related toxicities as indicators of improvement in therapeutic index that may or may not correlate to the adverse event of dizziness reported for ABT-594. Using established models of efficacy, and these models of side effect liability, the project team has identified two compounds—A-312046 and A-366833—that exhibit a significantly improved therapeutic index across these models. The in vivo profile of A-312046 suggests particular utility in the treatment of neuropathic pain, but this compound suffers from poor bioavailability in two of three species examined. Transdermal and prodrug approaches are currently being explored. A-366833 exhibits efficacy across all pain models tested to date, has excellent bioavailability, and a 20 to 30-fold improvement in therapeutic index vs. ABT-594. Both A-312046 and A-366833 exhibit significantly improved selectivity for α4-containing NNR subtypes vs. α3, and both validate the viability of the molecular approach to the identification of follow-on compounds to ABT-594.

Figure 1. Structures of Best Leads



A-312046          A-366833

HIGHLY
CONFIDENTIAL          ABBT 0024133

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

## Timelines



## SWOT Analysis

### Strengths (technical and commercial factors)

- Novel mechanism and broad-spectrum of analgesic activity observed in preclinical models offers differentiation from other analgesics.
- ABT-594 has established proof of principle for both nociceptive and neuropathic pain states.
- Abbott has established a leadership position in the preclinical and clinical evaluation of NNRs for the treatment of pain.
- Abbott has established a six-year research collaboration with NeuroSearch (Denmark) that has provided access to several novel structural classes and has made available the human recombinant NNR subtypes as a screening tool.
- Efficacy in both nociceptive and neuropathic pain would differentiate compound from current therapies.
- Novel mechanism provides potential for use as monotherapy or in combination with an opioid or other MOI product (opioid-sparing regimens).
- Potential to complement oncology franchise as analgesic therapy for cancer pain.
- PPD building GP relationships in pain management with Mobic, and has strong relationships with Neurologists (neuropathic pain and migraine) through Depakote.

### Weaknesses (technical and commercial factors)

- Although newer compounds emerging from the project demonstrate comparable efficacy to ABT-594 with a decreased side effect liability as assessed in preclinical models, the degree to which these improvements will be realized clinically is unknown.
- The factors that prevent rapid absorption of ABT-594 in humans and thus limit the usefulness of ABT-594 for the treatment of acute pain have not been determined, and thus not resolved by potential backup compounds.
- The clinically relevant side effect of dizziness has no identified preclinical correlate, and cannot be directly addressed in the preclinical characterization of potential backup compounds.
- The correlation between in vitro profile and in vivo efficacy and safety profile is limited. Whereas lack of in vitro selectivity invariably translates into a poor therapeutic index, good selectivity does not guarantee an improved TI.

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        5555Y-R1

HIGHLY
CONFIDENTIAL        ABBT 0024134

## Opportunities (commercial and competitive factors)

- Analgesia represents a very large market with significant unmet need, yet no novel class of analgesic exhibiting a new mechanism of action has emerged in the last fifty years.
- Need exists for agents with efficacy superior to COX-2s without the side-effect and dependence liability of opioids for treatment of nociceptive pain; opportunity is primarily in the oral segment.
- For neuropathic pain, need exists for oral therapies with superior pain relief, increased responder rates, and lower side-effects than the gold standard tricyclic antidepressants (TCAs) and antiepileptic drugs (AEDs).

## Threats (commercial and competitive factors)

- Increasing competition from major pharmaceutical companies (e.g., SIBIA/Lilly, Aventis/Targacept, Novartis, Pharmacia, Johnson and Johnson); risk that another NNR may be first to market.
- COX-2s have raised the hurdle for treatment of chronic mild-moderate pain (especially OA and RA), and will dominate this market.
- Superior efficacy will be important to penetrate "moderate-severe" pain market.
- Pregabalin (currently Ph III) likely to have a neuropathic pain claim, and has the potential to raise the bar regarding efficacy and/or AE profile (Note: ongoing Ph III trials have very recently been halted due to toxicology finding in mice).
- Potential for negative public perception regarding nicotinic mechanism; public education and CME will be critical to lay the foundation for a successful launch

## Market Overview

### New or Target Specific Market Issues

Total worldwide sales of prescription analgesics in 2000 were approximately $12.9 billion. NSAIDs represent the largest sales share by class, followed by non-narcotics, narcotics, and adjuvant analgesics (AEDs and TCAs). U.S. prescription pain sales were $7.9 billion, an 18% growth over 1999, fueled by strong growth of Celebrex and Vioxx. In the US, COX-2s are replacing traditional prescription NSAIDs, and increasing the size of the Rx market due to switching from OTC products. Sales of the COX-2s grew from $1.5B in 1999 to $3.0B in 2000. The US neuropathic pain market is approximately $500MM, and is driven by continued growth of off-label Neurontin usage in neuropathic pain ($210MM in 1999 growing to $350MM in 2000, factored for use in pain).

Ex-US prescription pain sales were approximately $5.0 billion in 2000, with growth of 9% over 1999 sales. Ex-US uptake of the COX-2 inhibitors has been much slower, due to premium pricing vs. traditional NSAIDs, an average of one year launch delay vs. the US in major European markets, and no launch in Japan. However, EX-US sales of COX-2s has grown significantly, from $100MM in 1999 to $350MM in 2000. The ex-US neuropathic pain market is approximately $300MM. Neurontin sales are only a fraction of US sales (estimate only $60MM for usage in pain), with carbamazepine remaining the gold standard for neuropathic pain. Neurontin has not launched in Japan.

Growth of the neuropathic pain market will be driven by increasing prevalence of diabetes, and a growing elderly population will increase incidence of numerous disorders, including herpes zoster and stroke, which often lead to neuropathic pain. In addition, diagnosis is expected to increase as physicians and patients become better educated regarding neuropathic pain, and more effective and tolerable medications become available. The nociceptive pain market is also expected to grow due to increasing prevalence of OA and RA in an aging population and more aggressive usage of analgesics.

Significant unmet need remains in the treatment of both neuropathic and nociceptive pain (Figures 2 and 3). There are no highly efficacious treatments for neuropathic pain. A new agent that exhibited superior efficacy, even in the absence of an improved side effect profile, would constitute a therapeutic advancement. Although the nociceptive pain market is better served, only the opioids exhibit efficacy in the treatment of severe pain. An agent with the efficacy of an opioid with decreased side effect liability relative to an opioid would constitute a therapeutic advancement.

HIGHLY
CONFIDENTIAL          ABBT 0024135

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES

No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

Figure 2. Unmet Needs: Treatment of Neuropathic Pain          Figure 3. Unmet Needs: Treatment of Nociceptive Pain





## Target Product Profile

Basis of Profile: Previous marketing research for ABT-594 PPCC, as well as follow-on qualitative and quantitative marketing research in analgesia.

| Clinical Attributes/Probability | Preclinical Correlates |
|---|---|
| • Efficacy in neuropathic pain superior to gold standards (increase pain relief and/or increase responder rates)<br>• Efficacy in moderate to severe nociceptive pain | • Efficacy superior to gabapentin or pregabalin in Chung model of neuropathic pain<br>• Efficacy comparable to superior to NSAIDs in nociceptive pain models |
| • Non-scheduled<br>• Onset of action within 30-45 minutes | • Lack of drug reinforcing properties<br>• $T_{max}$ <30 min after oral administration in preclinical models |
| • No tolerance, dependence or abuse potential | • Retains efficacy upon repeated administration, does not produce self administration in rodents |
| • Favorable safety profile<br>• Frequency of dosing no greater than BID | • Therapeutic index 10 to 30 fold greater than ABT-594<br>• Predicted human clearance comparable to or better than ABT-594 |
| • No significant drug interactions | • Limited metabolism, clearance as parent drug |

## Development Challenges

The emerging clinical profile of ABT-594 has significantly limited the potential market from the preclinical promise of efficacy in all pain states to a more limited scope of the treatment of neuropathic pain. Slow absorption and slow onset of analgesic effect plus significant adverse events of emesis, nausea, and dizziness have precluded ABT-594 from the large and lucrative acute pain and pain associated with osteoarthritis markets. There is, however, significant unmet need for the treatment of neuropathic pain; the existing drugs are minimally efficacious and the side effect profile is poor. In order to fully exploit the potential of the NNR pharmacology platform for the treatment of pain, compounds with significantly greater tolerability are required. The issue of rapid onset may not be an issue per se, but may only be an issue with ABT-594 as a result of being unable to dose at a sufficient level to achieve therapeutic plasma concentrations at early time points prior to $t_{max}$. The regulatory pathway for an indication in the treatment of neuropathic pain is much less well established that for the treatment of pain associated with osteoarthritis, and this will remain a development challenge for both ABT-594 and additional follow-on compounds.

The development paradigm adopted for ABT-594 needs to be challenged as backup compounds are brought forth for development. The assumption that solution dosing would provide a rapid answer as to the viability of NNR pharmacology for the treatment of pain resulted in incorrect conclusions as to the tolerability of ABT-594, and consequently resulted in a slowing down rather than an acceleration of the development program. Although third molar extraction was a logical starting point to evaluate ABT-594, this is a model that is optimized for evaluation of NSAIDs and not necessarily the most appropriate model for the evaluation of a novel pharmacology.

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES

No use or disclosure outside Abbott and its affiliates is permitted without prior written authorization from Abbott.

HIGHLY
CONFIDENTIAL                    ABBT 0024136

## Scientific Logic for Drug Discovery

### Background

Although preclinical data from nicotine, and more recently from epibatidine, have been in existence for many years supporting the potential analgesic activity of NNR agonists, no clinical results unequivocally supporting a role for this novel pharmacology in the treatment of pain have emerged. ABT-594 has changed that situation. Clinical efficacy in trials of molar extraction, osteoarthritis, and neuropathic pain achieved with ABT-594 has validated the NNR approach to the treatment of pain, and Abbott alone is in possession of this information. ABT-594, however, is an imperfect drug. Effects were only modest at the maximum dose of 75 μg B.I.D., and the full potential of this pharmacology will be more clearly revealed when the results of the ongoing clinical trial in painful diabetic neuropathy (at doses of 150, 225, and 300 μg B.I.D.) become available. Dose-limiting side effects of emesis, nausea and dizziness have made it difficult to reach what we believe should be therapeutically relevant plasma concentrations of ABT-594 required to achieve maximal efficacy. Hence, the challenge facing the project team is to maintain the broad-spectrum analgesic efficacy of ABT-594 across models of acute, persistent and neuropathic pain while decreasing side effect liability, particularly in models of emesis.

### Drug Target

Previously, the project team and outside investigators have provided strong evidence for the involvement of the α4 and β2 NNR subtypes in the mediation of nociception in models of acute thermal pain[1-4]. Both α4-/- and β2-/- knockout studies, as well as antisense studies have strongly implicated the α4β2 NNR subtype in the modulation of acute antinociception. More recently, the project team has begun investigation of the differences and similarities between NNR mechanisms in acute models vs. mechanisms in models of persistent inflammatory and neuropathic pain. These ongoing studies confirm the involvement of supraspinal sites and the activation of descending inhibitory pathways, but also now implicate additional peripheral sites of action. In particular, in the Chung neuropathic pain models, sites within the vicinity of the dorsal root ganglia (DRG) cell bodies have been implicated as an important peripheral site of action for NNRs. Preliminary results suggest the involvement of the α4β2 subtype at these sites as well. Access to human recombinant NNR clones through the NeuroSearch agreement has made it possible to further refine the relationship between activity at the α3β4 NNR subtype and emesis liability. These results continue to support a clear link between activity at this subtype and emetic liability (see Progress to Date).

### Genomic Profile

There is a growing body of evidence to suggest genetically mediated differences both in the perception of pain and the effects of analgesics in the treatment of pain[5,6]. Mogil (Univ. of Ill.) has reported studies on the genetic variability across inbred strains of mice both to pain perception and the effects of various analgesics in numerous pain models[7-10]. Flores (Univ. of Texas) has recently demonstrated significant variability of NNR-mediated antinociception across various mouse strains[11]. In several instances, human disease states have been linked to genetic abnormalities of NNR subunits. Mutations of the α4 subunit have been linked to autosomal dominant nocturnal frontal lobe epilepsy (ADFNLE)[12-14], and mutations of the α7 subunit have been linked to auditory gating deficits among schizophrenics and their immediate relatives[15,16].

### Uncertainties, Assumptions and Hurdles

- It has been assumed that the modest efficacy observed to date clinically with ABT-594 is a result of under-dosing, and this assumption is supported by an analysis of plasma levels achieved clinically relative to plasma levels required to produce efficacy in preclinical models. The ongoing Phase IIb trial in painful diabetic neuropathy will resolve this uncertainty.
- The degree to which preclinical models can predict adverse event liability associated with ABT-594 and resulting follow-on compounds is limited. Whereas the ferret emesis model is a well-established and quantitative model, nausea can be judged only qualitatively and no validated models of dizziness have been established. The project team has operated on the premise that measurable effects on balance, coordination and muscle strength will be a suitable surrogate marker for clinical dizziness, an assumption that may or may not be true.
- The project team's approach to the identification of compounds with improved therapeutic index is based on optimization of selectivity for the α4-containing NNR subtypes in vitro. Although not all compounds that exhibit selectivity for the α4-containing subtypes exhibit efficacy with decreased emetic liability, it is certainly true that failure to achieve selectivity invariably results in compounds exhibiting no significant improvement in therapeutic index relative to ABT-594. At present,

CONFIDENTIAL INFORMATION    HIGHLY CONFIDENTIAL    ABBT 0024137

ABBOTT LABORATORIES

No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

there is no clear SAR pathway to compounds exhibiting complete specificity for the α4-containing NNR subtypes. In addition, there may be theoretical limits to the degree to which efficacy and side effect can be separated.

- The "ideal profile" required of an NNR modulator for the treatment of pain remains uncertain. The identification of compounds like A-366833 (see Properties of Lead Compounds) challenges the conventional wisdom that only compounds exhibiting full agonist activity (as measured by FLIPR assays) would be fully efficacious in pain models.

### Abbott Insights and Competencies

Abbott is currently an industry leader in the field of nicotinic receptor research. Specifics of this competitive advantage include:

- Clinical proof of principle for the treatment of pain.
- Established collaboration with NeuroSearch, offering a significant expansion of the compound library and an opportunity to resume screening against human recombinant NNR subtypes.
- State-of-the-art behavioral models for assessing analgesic potential of preclinical leads.
- Large library of potent NNR agonists exhibiting potent analgesic activity.
- Collaborations and relationships with key opinion leaders in pain as well as NNR biology and chemistry.

## Key Factors for Success with Milestones

### Achieved

- Established screening facility in Norway; stable cell lines expressing functional α4β2, α3β4, α4β4, and α3β2 NNR subtypes; generating data on all new project compounds (3Q/00).
- Identified lead series, including novel series of fused diazabicycloheptanes, exhibiting a 20 to 100 fold better separation between α4β2 and α3β4 subtypes than that seen with ABT-594 (4Q/00).
- Further established the link between efficacy at the α4β2 subtype and analgesic effect (4Q/00).
- Extended initial finding relating to the importance of the α4β2 subtype in acute thermal pain to additional models of nociceptive and neuropathic pain (4Q/00).

### Not achieved

- Presentation of DDC backup candidate to ABT-594 (4Q/00).

### 0-6 months

- Complete safety evaluation of A-366833 for DDC presentation (2Q/01).
- Complete evaluation of efficacy and emetic liability upon oral administration of A-366833 (1Q/01).
- Identify prodrug analog of A-312046 that produces a 3-5 fold improvement in oral bioavailability in the dog (2Q/01).

### 6-12 months

- Address the limitations of ABT-594 for the treatment of acute moderate to moderately severe pain (4Q/01).

## Criteria for Termination with Milestones

Termination of the cholinergic channel approach for the treatment of pain would be subject to the following:

### 0-12 months

- No improvement in efficacy at doses of 300 μg BID in diabetic neuropathy trial vs. initial 75 μg BID trial (2Q/01)
- Mechanism based tolerance is observed clinically following higher doses (2Q/00)
- Inability to identify compound with comparable T.I. to A-366833 meeting all safety requirements for DDC approval (4Q/01).

### 1+ year

- Physical dependence is observed clinically

HIGHLY
CONFIDENTIAL          ABBT 0024138

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

# Progress to Date

## Biological Advances

### Correlation of Analgesic Efficacy or Emesis to NNR Subtypes

A strategy to use correlation to in vitro profile to identify NNR agonists that demonstrate analgesic activity with significantly reduced side effects has been pursued to identify a backup for ABT-594. The approach is based on our research, as well as that of others, which has revealed that activation of $\alpha4$-containing, particularly $\alpha4\beta2$, NNR subtypes play a significant role in the antinociceptive properties of nicotine and related compounds, whereas other subtypes, e.g., $\alpha3\beta4$ NNRs, have been linked to some of the adverse (e.g. gastrointestinal and cardiovascular) side effects of NNR agonists. More recently, identification of novel compounds with greater NNR subtype selectivity within the project has provided significant support for this argument. We have found that compounds that show good agonist activity at $\alpha4\beta2$, but poor or less activity at $\alpha3\beta4$, show good analgesia together with reduced emesis and/or toxic side effects. To account for partial agonist activity and differences in oral bioavailability, Figure 4 correlates emesis threshold to EC$_{20}$ (concentration required to produce 20% of the maximal effect of nicotine) values in the $\alpha3\beta4$ cell line. Emesis is highly correlated to activation of the $\alpha3\beta4$ subtype. On the other hand, compounds that show poor potency at $\alpha4\beta2$ receptors, but good potency at $\alpha3\beta4$, tend to show a greater trend toward toxic side effects or emesis and are significantly less effective or ineffective at producing antinociception or anti-allodynia in models of persistent or neuropathic pain. Certain highly $\alpha3\beta4$-selective compounds (e.g. A-333060) lacking any significant activity at the $\alpha4$-containing subtypes are in fact hyperalgesic. Importantly, these correlations traverse several different series of compounds developed within the project. As subtype selectivity is an important issue in the identification of potential drug candidates with NNR activity, the project is continuing to make efforts to refine and strengthen these findings as it moves forward in the pain area, as well as in other potential target areas.



**Figure 4.** Correlation of Emetic Liability to In Vitro Profile

### Cloning and Expression of NNRs and Identification of Compounds with NNR Subtype Selectivity

The NeuroSearch collaboration has allowed the Project to use cell lines expressing several of the different human NNRs to screen compounds for activity and subtype selectivity using FLIPR technology, in a relatively high throughput format. Human cDNAs for $\alpha4$, $\alpha3$, $\beta2$ and $\beta4$ were cloned in Norway at NeuroSearch during the first half of last year. During the 3Q 2000 NeuroSearch developed stable human cell lines (in HEK 293) expressing $\alpha4\beta2$, $\alpha3\beta4$, $\alpha4\beta4$ and $\alpha3\beta2$. Over the last 6 – 8 months these cell lines have been used at NeuroSearch to successfully screen all new compounds synthesized for the pain program here at Abbott, within the Project, and at NeuroSearch . The result has been the identification of a number of novel subtype-selective agonists, including those in new series such as one of the Project's current leads compounds (discussed below). The screening effort has also allowed us to increase our understanding of the NNR subtype profile, including effects of selectivity, potency, and efficacy, which may contribute to antinociception or antiallodynia.

In-house cloning efforts have focused on ferret receptors for $\alpha4$, $\alpha3$, $\beta2$ and $\beta4$. Cloning of these cDNAs, which show good homology with the human receptors, is essentially complete. Stable cell lines expressing specific subtypes have been or are currently being developed and selected. As recent studies in the field continue to demonstrate increasing complexity to NNRs, use of recombinant receptors expressed in stable cell lines, transient expression of altered forms of the receptors, and studies using expression of the different subtypes in Xenopus oocytes (ongoing), will permit advances in our understanding of the distinct properties of these receptors. Initially these studies will provide: (i) greater insight into the correlation between subtype selectivity and effects observed in the ferret emesis model, and (ii) further understanding of the pharmacological and molecular properties of different NNR subtypes.

### Mechanistic Studies

Both preclinical and clinical research indicate that the mechanisms underlying such pain states as acute, persistent or neuropathic pain can be quite different. Previous research in our project focused on the neuronal pathways and receptor subtypes that underlie NNR agonist-induced antinociception in a model of acute thermal pain. These studies demonstrated that NNR agonist-induced antinociception to acute thermal pain is mediated solely in the CNS and that antinociception to acute

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER

HIGHLY
CONFIDENTIAL          ABBT 0024139

thermal pain occurs supraspinally. Use of selective receptor antagonists and antisense technology demonstrated the importance of the $\alpha_4$ subunit in mediating NNR agonist-induced antinociception.

More recently we have examined the mechanism(s) of action in other pain states, i.e. persistent and neuropathic pain, in order to allow us to compare and contrast the manner through which NNR agonists are able to induce antinociception, analgesia and anti-allodynia. Due to its selectivity for NNR receptors, A-85380 was used as a prototypical agonist in these studies.

In order to examine the site(s) of NNR-mediated analgesic action in persistent pain, the ability of the NNR receptor antagonist chlorisondamine, a quaternary amine that does not cross the blood brain barrier, to alter A-85380-induced analgesia in the formalin model was assessed following systemic and central administration of the antagonist, which would induce peripheral and central blockade of NNR receptors, respectively. Centrally administered chlorisondamine blocked the analgesia induced by A-85380, whereas peripherally administered chlorisondamine only partially reduced A-85380-mediated analgesia, thus indicating a central site of action of NNR agonists as the major site in reduction of persistent pain.

A similar set of studies was performed to determine whether the anti-allodynia induced by A-85380 in the spinal ligation model of neuropathic pain was mediated either in the CNS or the PNS. In contrast to the acute and persistent pain models, both systemically and centrally administered chlorisondamine completely blocked A-85380-induced anti-allodynia. These findings were confirmed with another quaternary antagonist, hexamethonium, and another NNR agonist, A-312046, thus ruling out the possibility of nonspecific effects. Moreover, chlorisondamine given systemically did not alter A-85380-mediated antinociception in an acute thermal pain model using neuropathic rats, strongly suggesting that the effect could not be accounted for by the antagonists crossing the blood-brain barrier



Figure 5. Effects of Central and Peripheral NNR Blockade in Models of Acute, Persistent and Neuropathic Pain

through damage caused during the initial surgery to induce neuropathic pain. Thus both central and peripheral sites of action of NNR agonists appear to make major contributions to reducing neuropathic pain. Results from these series of experiments are summarized in Figure 5.

Studies to identify the location of NNR receptors underlying the peripheral site of anti-allodynic action have focused on the primary receptive field of the neuropathic pain, the plantar surface of the rat paw, and on the other major peripheral site, the dorsal root ganglia (DRG). A-85380-induced anti-allodynia was observed on injection into the primary receptive field, but showed greater potency upon injection into the contralateral paw, strongly suggesting a systemic effect. In contrast, A-85380 infused directly onto the DRG induced a dose-dependent anti-allodynia at doses that were ineffective when given systemically. The anti-allodynic effects of NNR agonists at the level of the DRG were replicated using epibatidine as the agonist, indicating that this effect is general to NNR agonists. Furthermore, the finding that nonspecific neuronal inhibition induced by infusing lidocaine directly onto the DRG did not induce anti-allodynia supported the selectivity of NNR action. In order to identify the NNR receptor subtype(s) that are mediating the anti-allodynic action of A-85380 in the DRG, the ability of pretreatment of the DRG with the nicotinic antagonists DH$\beta$E, MLA, hexamethonium or mecamylamine to alter A-85380-induced anti-allodynia following DRG infusion has been assessed using at least one dose of each antagonist thus far. At 5 nmol, only DH$\beta$E blocked A-85380 induced anti-allodynia whereas mecamylamine, hexamethonium and MLA had no significant effect. These results argue for a role for the $\alpha_4\beta_2$ receptor subtype in mediating the peripheral action of A-85380 in reducing neuropathic pain. Further studies to confirm these novel findings are ongoing. The finding that a significant contribution to anti-allodynia/neuropathic pain by NNR agonists is made through a peripheral, as well as a central, site of action may suggest that good blood-brain barrier penetration need not be necessary for an NNR agonist to reduce neuropathic pain. A compound with this profile may offer an advantage by minimizing the potential of centrally mediated AEs such as dizziness, or possibly emesis.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

HIGHLY
CONFIDENTIAL

ABBT 0024140

Properties of Lead Compounds

Two compounds have emerged, A-312046 and A-366833, exhibiting pronounced improvements in therapeutic index relative to ABT-594 with retention of broad-spectrum analgesic efficacy across models of acute, persistent and neuropathic pain, and validate the concept that improved therapeutic index can be achieved via an enhancement in in vitro selectivity. A-312046, however, suffers from poor oral bioavailability in dog and monkey, and may require either a transdermal delivery or prodrug approach. A-366833 exhibits a further improvement over A-312046 relative to therapeutic index, achieves excellent oral bioavailability across three species, but preliminary cardiovascular evaluation has revealed a potential effects on QT interval prolongation.

*In Vitro Profile:*

In radioligand binding assays for the high-affinity nicotine-binding site from rat brain homogenate (predominantly α4β2), A-312046 exhibited comparable affinity to ABT-594 (0.051 nM vs. 0.049 nM), while A-366833 exhibited significantly weaker affinity (3.12 nM). In CEREP screening assays, both compounds showed excellent selectivity for the nicotinic receptor.

In recombinant cell-based functional assays expressing the α4β2, α3β2, α3β4, and α4β4 NNR subunit combinations, A-312046 exhibited approximately 4-fold weaker activity at α4-containing subtypes and 26-fold weaker activity at the α3β4 subtype relative to ABT-594. Full, or nearly full agonist activity was retained across all subtypes. A-366833 exhibited a 100-300 fold weaker response (relative to ABT-594) at the α4-containing subtypes and maximal efficacy was less than 100%, but was nearly inactive at the α3β4 subtype, exhibiting approximately 15% of the maximal efficacy of nicotine (See Table 1, Figure 7).

Figure 6. Structures of Best Leads



A-312046        A-366833

Table 1. In Vitro Profile of Most Promising Leads.

| Compound | RLB[a] Ki, nM α4β2 (Rat Brain) | Functional Response (EC50, μM, % of Maximal Nicotine Response in parentheses) | | | | α4β2:α3β 4 Sel. Ratio | α4β4:α3β4 Sel. Ratio |
|---|---|---|---|---|---|---|---|
| | | α4β2 (Clonal)[+] | α3β2 (Clonal)[+] | α3β4 (Clonal)[+] | α4β4 (Clonal)[+] | | |
| ABT-594 | 0.049 | 0.046 (127%) | 2.69 (111%) | 0.16 (134%) | 0.014 (100%) | 3.5 | 11 |
| A-312046 | 0.051 | 0.16 (95%) | 27.5 (60%) | 4.10 (119%) | 0.064 (92%) | 26 | 64 |
| A-366833 | 3.12 | 4.6 (63%) | N.D. | (16%)[*] | 4.7 (83%) | NC[*] | NC[*] |
| Epibatidine | 0.042 | 0.036 (139%) | 0.076 (129%) | 0.015 (97%) | 0.0065 (108%) | 0.4 | 2 |

[a] RLB = radioligand binding
[+] Data from side-by-side comparison using human cell lines (NeuroSearch, Norway)
[*] EC50 not reliably calculable (NC) for agonists with maximal response below 20%

Figure 7. In Vitro Dose-Response curves for functional response at NNR subtypes.

*In vivo Efficacy Profile:*

Both A-312046 and A-366833 exhibit approximately comparable efficacy to ABT-594 across models of nociceptive (persistent and acute), neuropathic and visceral pain. The differences in in vivo potency are commensurate with the differences in potency observed in vitro. The relative potency in models of nociceptive and neuropathic pain differ for A-312046 and A-366833, with A-

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ...

No use of this document will ... only with authorization from Abbott.        35877-30

HIGHLY
CONFIDENTIAL        ABBT 0024141

Neurological and Urological Diseases Research
1D01

Discovery Project Review
NNRs – ABT-594 Backup
10

312046 exhibiting its best potency and efficacy in the neuropathic pain model, whereas A-366833 is most potent and efficacious in the persistent nociceptive pain model (Formalin model). Both compounds exhibit the broad-spectrum profile of ABT-594 and morphine, whereas celecoxib (COX-2 inhibitor) and gabapentin show specificity for activity in models of inflammatory and neuropathic pain respectively. In the mouse abdominal constriction assay (ACA) model, a putative model of visceral pain, all three compounds exhibit full efficacy, with A-366833 being particularly potent in this model relative to its potency across the various rat models (Figure 10).

Table 2. In Vivo Efficacy Profile of Most Promising Leads.

| Compound | Persistent Nociceptive Pain (Formalin Model) | Neuropathic Pain (Chung Model) | Acute Nociceptive Pain (Hot Box) | Writhing Pain (Mouse ACA) |
|---|---|---|---|---|
| ABT-594 | +++ (0.08 µmol/kg) | +++ (0.1 µmol/kg) | +++ (0.03 µmol/kg) | +++ (0.048 µmol/kg) |
| A-312046 | +++ (1.8 µmol/kg) | +++ (0.7 µmol/kg) | +++ (1.9 µmol/kg) | +++ (0.3 µmol/kg) |
| A-366833 | +++ (3 µmol/kg) | +++ (5 µmol/kg) | ++ (6 µmol/kg) | +++ (0.11 µmol/kg) |
| Celecoxib | ++ (30 µmol/kg) | + (30 µmol/kg)* | 0 | N.T. |
| Morphine | +++ (3 µmol/kg) | +++ (10 µmol/kg) | +++ (3 µmol/kg) | +++ (1.3 µmol/kg) |
| Gabapentin | + (300 µmol/kg)* | ++ (100 µmol/kg) | 0 | N.T. |

+++ is >75% efficacy; ++ is 40-75% efficacy; + is 20-40% efficacy; 0 is no activity.
Values in parenthesis represent ED₅₀ values, all compounds administered i.p.
* Minimal dose producing a statistically significant change from saline control.
N.T. = Not tested

Figure 8. Evaluation in Chung Model of Neuropathic Pain

Figure 9.  Evaluation in Formalin Model of Persistent Nociceptive Pain







Figure 10. Mouse Abdominal Constriction Assay (ACA)



*GI Tolerability Profile:*
Nausea and emesis have been identified as significant adverse events clinically for ABT-594. The ferret emesis model has been used to quantify emesis in a preclinical model and evaluate the emetic potential of novel compounds. The no emesis threshold dose (highest dose to produce no emesis) for ABT-594, A-312046, and A-366833 was 0.01, 1.0, and 10 µmol/kg, i.p., respectively. Thus, A-312046 and A-366833 exhibit approximately a 100-fold and 1000-fold shift in emetic liability relative to ABT-594.

CONFIDENTIAL INFORMATION

HIGHLY
CONFIDENTIAL

ABBT 0024142

*CNS Side Effect and Safety Profile:*
Within the therapeutic range, ABT-594 produces an array of qualitative effects on rodent behavior, including prostration, labored breathing, ataxia, head weaving, loss of motor coordination and increased urination. Beyond the therapeutic range, additional effects include seizures and deaths. Qualitatively, both A-312046 and A-366833 exhibit a pronounced lessening, or even absence of many of these observable changes within their observable ranges. Certain of these effects, including motor coordination and balance (rat edge test), seizure threshold (mice), and ALD (mice) can be readily quantified (Table 3).

Table 3. Safety profile of Best Leads.

| Model | ABT-594 (µmol/kg, i.p) | A-312046 (µmol/kg, i.p) | A-366833 (µmol/kg, i.p) |
|---|---|---|---|
| Seizure Threshold (Mice, Approx ED50) | 1.9 | 320 | >400* |
| Approx. Lethal Dose (Mice, ED50) | 19 | 300 | >400* |
| Edge Test (Rats, ED50) | 0.08 | 15 | >19** |

\* No deaths or seizures observed at highest dose (400 µmol/kg) tested.
\*\* Approx. 30% decrease in latency to fall at highest dose tested.

*Therapeutic Index Calculations:*
The ratio of effective dose in either the Chung model of neuropathic pain, the formalin model of persistent pain, or the mouse ACA model of visceral pain to the dose required to produce effects in various models of side effect liability can be used to calculate an approximate therapeutic index for ABT-594, A-312046, and A-366833 (Table 4). The values in boldface (Table 4) are where efficacy and side effect are measured in the same species by the same route of administration. A consistent pattern of improved therapeutic index is observed for both compounds independent of side effect model or efficacy model selected. Of particular importance to the clinically recognized dose-limiting side effect of emesis, A-312046 and A-366833 exhibit a 5- to 27-fold improvement in therapeutic index relative to ABT-594.

Table 4. Therapeutic Index of Best Leads.

| Model | | Ferret Emesis (No Effect Dose) | Rat Edge Test (ED50) | Mouse Seizure Threshold (ED50) | Mouse ALD (ED50) |
|---|---|---|---|---|---|
| ABT-594 | Chung (ED50) | 0.1 | 0.8 | 19 | 190 |
| | Formalin (ED50) | 0.12 | 1 | 24 | 240 |
| | Mouse ACA (ED50) | 0.21 | 1.7 | 40 | 400 |
| A-312046 | Chung (ED50) | 1.4 | 21 | 460 | 430 |
| | Formalin (ED50) | 0.56 | 10 | 215 | 200 |
| | Mouse ACA (ED50) | 3.3 | 50 | 1100 | 1000 |
| A-366833 | Chung (ED50) | 2 | >12 | >80 | >80 |
| | Formalin (ED50) | 3.3 | >18 | >133 | >133 |
| | Mouse ACA (ED50) | 90 | >540 | >3600 | >3600 |

The clinical trial data with ABT-594 suggest that at least some level of efficacy is being observed at a dose (75 µg bid) where emesis is minimal. Thus, the calculated T. I. from the preclinical models of 0.1 to 0.12 may represent a gross under-estimation of the tolerability of this compound. To better put into perspective the expected clinical therapeutic index of A-312046 and A-366833, the calculated improvements in therapeutic index (using the formalin and Chung efficacy models) *relative* to ABT-594 are presented in Table 5. Inclusion of data from the ACA model for A-312046 and A-366833 would yield T.I. improvements for emesis relative to ABT-594 of 16-fold and 430-fold respectively.

Table 5. Relative Therapeutic Index Improvements vs. ABT-594 for Best Leads.

| Adverse Event | Therapeutic Index Improvement vs. ABT-594 | |
|---|---|---|
| | A-312046 | A-366833 |
| Emesis (Ferret) | 5 – 14x | 20 – 27x |
| Seizure Threshold (Mouse) | 4 – 11x | >11x |
| Edge Test (Rat) | 10 – 24x | >15x |

Analysis of therapeutic index based on peak plasma concentrations produces comparable values, with ABT-594 and A-312046 remaining relatively unchanged, and A-366833 producing a somewhat more favorable index (Table 6).

CONFIDENTIAL INFORMATION    HIGHLY CONFIDENTIAL    ABBT 0024143

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668Y-R1

Table 6. Therapeutic Index of Best Leads Based on Peak Plasma Concentrations.

| | ABT-594 | A-312046 | A-366833 |
|---|---|---|---|
| Peak Plasma concentration at ED50 in Formalin Model (ng/ml) | 2.6 | 43.7 | 108 |
| Peak Plasma Concentration at Maximal Non-emetic Dose in Ferret (ng/ml) | 0.46 | 26.5 | 1242 |
| Therapeutic Index (Based on Peak Plasma Conc.) | 0.17 | 0.61 | 11.5 |
| Therapeutic Index (Based on Dose) | 0.12 | 0.56 | 3.3 |

*Cardiovascular Safety Profile:*

A-312046 and A-366833 have undergone a preliminary evaluation in the canine Purkinje fiber repolarization assay. A-312046 produced no changes in action potential duration at 10 and 100-fold above therapeutic plasma concentration. A-366833 produced no significant effects at 10-fold above the therapeutic plasma concentration, but did produce an approximately 40% change in action potential at 100-fold above the therapeutic concentration. Both of these studies were performed in the absence of plasma. Correcting for plasma protein binding, the concentration intervals above therapeutic plasma concentration are approximately 20 and 200 fold.

A-366833 has undergone preliminary evaluation in the anesthetized dog preparation. A series of three thirty-minute infusions of A-366598 produced peak plasma concentrations of 205 $\pm$ 33, 851 $\pm$ 124, and 2512 $\pm$ 646 ng/ml (mean $\pm$ SD) in the anesthetized dog. Preliminary analysis (n=4) suggests plasma concentrations of A-366833 up to 851 $\pm$ 124 ng/ml (8.5-fold therapeutic Cmax; rat formalin dose), 12-fold above therapeutic plasma concentration at ED50 in rat formalin model) exert no effect on QTc compared to vehicle treated controls. As plasma levels increased to 2004 $\pm$ 406 and 2512 $\pm$ 646 ng/ml, (20- to 25-fold of Cmax), 30 to 36-fold therapeutic at ED50) QTc increased 23 $\pm$ 10 and 30 $\pm$ 8 msec (n=4; mean $\pm$ sem) above pretreatment values, respectively, versus increases of 14 $\pm$ 3 and 16 $\pm$ 3 msec for vehicle controls (n=6). Subsequently, at 30 and 60-minutes post infusion, QTc values were similar for drug and vehicle treated animals (944 $\pm$ 167 ng/ml). Although analysis of the full data set is incomplete, preliminary analysis suggests A-366833 produces a modest, dose-dependent increase in QTc. An unusually large difference in QTc interval between the saline control and drug groups at baseline (time = 0, $\Delta$QTc = 30 ms) was observed in this study. Plans are in place to add additional dogs to this study, and to complete the cardiovascular evaluation of A-312046.

The effects of A-366833 on other hemodynamic and cardiovascular parameters in the anesthetized dog were similar to those of ABT-594. In response to infusion of A-366833 mean arterial pressure was not affected by a plasma concentration of 205 $\pm$ 33 ng/ml; mean arterial pressure decreased approximately 40 mmHg below baseline at the end of the second dose (851 $\pm$ 124 ng/ml), and remained at or near these levels during the high dose (2512 $\pm$ 646 ng/ml) and also during the 60-minute post-treatment period (944 $\pm$ 167 ng/ml). Heart rate and indices of cardiac contractile function increased modestly and transiently in response to A-366833; systemic vascular resistance decreased in a modest, dose-dependent manner. Pulmonary vascular resistance and cardiac output remained unchanged.

*Pharmacokinetics:*

The pharmacokinetic profile of A-312046 and A-366833 relative to ABT-594 in rat, dog, and monkey are outlined in Table 7. The poor oral bioavailability and high clearance rate of A-312046 and dog and monkey has prompted the evaluation of alternative routes of administration and/or prodrug approaches to the delivery of this compound. A-366833 exhibits excellent bioavailability across all three species. Metabolism studies are ongoing to enable prediction of human pharmacokinetic parameters.

Table 7. Pharmacokinetic Profile of Best Leads.

| | | $t_{1/2}$ | CLp | %F |
|---|---|---|---|---|
| ABT-594 | Rat | 1.5 h | 1.7 | 61% |
| | Dog | 4.7 h | 0.4 | 35% |
| | Monkey | 1.4 h | 1.7 | 80% |
| A-312046 | Rat | 3.0 h | 1.95 | 80% |
| | Dog | 1.4 h | 2.89 | 13% |
| | Monkey | 1.5 h | 2.36 | 3% |
| A-366833 | Rat | 1.5 h | 3.02 | 73% |
| | Dog | 2.6 h | 0.35 | 109% |
| | Monkey | 2.5 h | 0.53 | 74% |

CONFIDENTIAL INFORMATION          HIGHLY          ABBT 0024144
                                CONFIDENTIAL
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

*Compound-Related Issues:*
A composition of matter patent application explicating claiming A-312046 was filed on Oct. 27, 1997 (by NeuroSearch), the U.S. application was filed on 10/27/98, and the World application published six months after that filing. The world application filing would be described as broad by Abbott standards. The Abbott-NeuroSearch collaboration gives exclusive rights to the development of A-312046 to Abbott. A-366833 is described in an April 2000 U.S. filing, with a C.I.P. and world application to follow in April of this year. No publication has occurred nor have any office actions been received.

A-312046 is prepared in a single step from two readily available and inexpensive chemicals. Cost of goods have not been calculated but are expected to be inconsequential. A-366833 was originally prepared via a 21-step synthesis in enantiomerically pure form. Process research (D-45L) has begun process improvement within the last two months, and the synthesis currently stands at 16 steps.

## Medicinal Chemistry Advances

*SAR Leading to A-312046:*
Extensive SAR studies in the homopiperazine series have confirmed that substituents on the pyridine have powerful effects on subtype selectivity and *in vivo* activity. Small substituents at the pyridine 5-position that contain heteroatoms or π-systems often enhance selectivity for α4-containing subtypes. For example, hydroxyl, carboxamide, ethynyl, cyano, and azido groups all lead to improved selectivity at the α4β2 receptor vs. the α3β4 subtype. The selectivity is often at the expense of overall potency and efficacy, but activity at α3-containing receptors is attenuated to a greater extent than that at α4 subtypes. The range of useful substituents is limited, because bulkier groups cause loss of agonist activity for all subtypes. Other limits pertain to *in vivo* potency. Polar substituents, such as the hydroxyl group, tend to partition into the CNS poorly and have in general failed to exhibit broad-spectrum analgesic efficiency. Conversely, incorporation of a halogen (Br or Cl) at the 6-position increases potency for both *in vitro* and *in vivo* assays, but with concomitant loss of subtype selectivity and increased side effect liability.

A-312046 was selected as an optimized candidate from a series for structurally related homopiperazine analogs based on *in vitro* separation between activity at the α4β2 and α3β4 receptor subtypes coupled with excellent efficacy across pain models and enhanced separation between efficacy and emetic liability relative to ABT-594. A-312046 exhibited excellent oral bioavailability and long half life in the rat (F=80%, $t_{1/2}$=3 h), but failed to provide acceptable oral bioavailability in either the dog or monkey (13% and 3% oral bioavailability respectively). GI absorption studies in the dog using radiolabelled A-312046 demonstrated >95% absorption, and subsequent studies (both *in vivo* and *in vitro*) implicated rapid first-pass metabolism. Two major metabolites were identified, both involving metabolism of the basic nitrogen (Figure 11). Consequently, it was reasoned that delivery of A-312046 to the general circulation, bypassing the gut may be a viable approach to improving the pharmacokinetic shortcomings of this molecule. Two alternate strategies for delivery of 312046 are currently being assessed. The first involves evaluation of a transdermal (patch) dosing of A-312046. The physical properties of this compound (low MW, highly soluble, nicotine-like) are conducive to transdermal delivery. A theoretical estimate for the permeability of A-312046 through human skin has been established (D4P7), which predicts that it will be feasible to deliver up to 30 mg/day. Based on extrapolation of clinical doses of

ABT-594, an efficacious dose of A-312046 is likely to be well within this amount. Moreover, a patch formulation may have advantages over oral administration in that local effects in the gut that may contribute to emesis are avoided, and transdermal delivery may allow more sustained plasma levels while blunting the rise to $C_{max}$.

Figure 11. Metabolism of A-312046



The second strategy would deliver A-312046 via a prodrug derivative that can be administered orally. For oral administration, the prodrug should be well absorbed and protected from the first-pass metabolism that depletes A-312046. The primary site of metabolism for A-312046 (oxidation, glucuronidation) is the basic nitrogen on the homopiperazine. Carbonyl derivatives at this site are not subject to these processes. For example, the p-aminophenyl carbamate of A-312046 (A-345151) is well-absorbed following oral administration in dog, and achieves high plasma levels. Unfortunately, the compound converts very slowly to A-312046 in plasma, precluding accumulation of therapeutic levels of the active compound. To date, more than 70 potential prodrugs of A-312046 have been screened (D4EK) for their ability to convert to A-312046 during 2h incubation in dog or human plasma. Simple amides and carbamates do not convert to A-312046 under these conditions. On the other hand, a set of carbamates designed for 'cascade' cleavage with a remote ester or anilide trigger, effectively deliver A-312046 in plasma. For

CONFIDENTIAL INFORMATION
HIGHLY CONFIDENTIAL
ABBT 0024145
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.
6068-R2

Neurological and Urological Diseases Research
1001

Discovery Project Review
NNRs – ABT-594 Backup
14

one of these, A-367032, oral administration in dog provides plasma levels of A-312046 nearly twice as high as direct dosing of the parent, but only very small amounts of the prodrug are detected. The pharmacokinetic profile suggests effective delivery of A-312046 over the first two hours until prodrug is depleted, at which time the circulating levels of A-312046 begin to drop rapidly. The acetate trigger may be too sensitive, and it appears that the prodrug is substantially hydrolyzed in the time frame required for absorption. More sterically encumbered esters have now been prepared (See Figure 14), and are currently being evaluated in vivo.

Figure 12.  Pharmacokinetic Profile of A-345151　　　　Figure 13.　　Pharmacokinetic Profile of A-367032



Figure 14.  Cascade Prodrugs of A-312046



A-367032  (R = Me)
A-396837  (R = tBu)
A-396849  (R = Bn)

X = O, NH

*SAR Leading to A-366833*
The SAR of the fused azetidine series exemplified by A-366833 is just beginning to emerge, and great sensitivity to structural changes is already evident. A-366833 is a partial agonist of modest potency at α4 subtypes, but shows very little activity at the ganglionic (α3-containing) subtypes. In sharp contrast, the enantiomer A-365193 exhibits comparable partial efficacy and potency at both the ganglionic receptor and α4β2 subtype. This trend holds for some, but not all members of the series – the 6-Cl pyridine analogs are full agonists at all subtypes, with nearly indistinguishable profiles.

CONFIDENTIAL INFORMATION
SUBJECT PROTECTIVE
No part of this document or its contents may be copied or shared without written authorization from Abbott.
3952147

HIGHLY
CONFIDENTIAL

ABBT 0024146

Table 8. SAR of 3,6-Diazabicyclo[3.2.0] Core.



| A-Number | X | Y | Ring Stereochemistry | α4β2 (EC50, %Max) | α3β4 (EC50, % Max) |
|---|---|---|---|---|---|
| A-366833 | CN | H | 1R, 5S | 4.6 μM, 63% | 16% |
| A-365193 | CN | H | 1S, 5R | 9.3 μM, 32% | 19 μM, 37% |
| A-366956 | CN | Br | 1R, 5S | 0.32 μM, 100% | 2.1 μM, 105% |
| A-361731 | H | H | 1R, 5S | 2.2 μM, 82% | 30 μM, 67% |
| A-361734 | H | H | 1S, 5R | 2.3 μM, 101% | 32 μM, 38% |
| A-361732 | Br | H | 1R, 5S | 4.5 μM, 33% | IA |
| A-365194 | Br | H | 1S, 5R | 12 μM, 16% | 6.0 μM, 29% |
| A-362124 | H | Cl | 1R, 5S | 0.54 μM, 133% | 5.5 μM, 145% |
| A-361733 | H | Cl | 1S, 5R | 0.35 μM, 118% | 7.6 μM, 83% |
| A-365191 | Acetylenyl | H | 1S, 5R | 12 μM, 39% | 41 μM, 27% |
| A-365192 | Vinyl | H | 1S, 5R | IA | IA |

Placement of the pyridine on the other nitrogen of the bicyclic diamine leads to substantially more potent, but essentially non-selective compounds. So far, these have shown only weak activity in animal pain models. Expansion of the four-membered ring results in a sharp loss of potency, but the other ring accommodates this change – A-362970 has a very similar in vitro profile to A-366833. Scale up is currently in progress for in vivo evaluation.

Figure 15. Alternative Core Structures.



A-366833



A-365193



A-362970

HIGHLY
CONFIDENTIAL                    ABBT 0024147

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668-R2

## Research Plan

### Strategy and Tactics



The current critical path activities are highlighted in heavy red lines, the lighter black lines indicate assay systems that are valuable in understanding overall compound profile, but are not normally criteria for dropping a compound from consideration. The majority (70%) of the NNR project activity currently focuses on medicinal chemistry optimization and in vivo screening. The critical path in vitro screening is conducted, in large part, by our NeuroSearch collaborators in Norway. The remaining effort (30%) is focused on in vitro method development and screening that are predominantly of relevance to the identification of NNR-subtype selective compounds for indications outside of analgesia.

### Biology and Pharmacology

1. **Potency.** All compounds are initially evaluated for potency, as measured by the binding of [$^3$H]-cytisine to $\beta2$-containing NNRs (predominantly $\alpha4\beta2$) in a rat brain homogenate. Throughput for complete concentration curves to generate Ki values is 24 compounds per week.

2. **Subtype Selectivity.** The functional activity of potent compounds (KI < 100 nM) at the $\alpha4\beta2$, $\alpha4\beta4$, $\alpha3\beta4$, and $\alpha3\beta2$ NNR subtypes, as well as their agonist or antagonist properties, is determined through FLIPR methodology using recombinant human cell lines stably expressing these subtypes and the IMR 32 human cell line expressing native receptors, predominantly $\alpha3\beta4$. Throughput for complete dose response curves is approximately 12 compounds (n=4) per week.

3. **Functional Activity: Behavioral Responses in Pain Models.** Several in vivo pain models are currently in use. These include rodent models that measure effects of compounds on acute, persistent, and neuropathic pain.
   a. **Acute Pain.** Rodent models for effects on acute pain include the mouse temperature, activity, analgesia (TAA) model (the TAA model assesses analgesic effects by hot plate methodology, as well as effects on temperature and activity), and the Hargreaves rat hot box model, both of which are currently used on a limited basis, when required for additional characterization of compounds. Throughput in these models is generally one compound (3 doses each) per week.
   b. **Persistent Pain.** Effects on persistent chemical pain are assessed using the rat formalin model. This model is used as the primary screen. Throughput in the formalin model is 3-4 compounds (3 doses each) per week.

HIGHLY
CONFIDENTIAL

ABBT 0024148

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668Y-R1

c. <u>Neuropathic Pain.</u> Effects on neuropathic pain are assessed using the rat Chung model. Only selected compounds are evaluated in this model since it is highly labor intensive. This model requires ligation of the 5th and 6th lumbar nerves. After a two-week recovery period, a ½ day session is then required to obtain a full dose response for a single compound. Throughput is 3 compounds per week.

d. <u>Additional Behavioral Models.</u> Several additional pain models are in place, including the mouse abdominal constriction assay for visceral pain; throughput in this assay, when required is one compound (three doses) per week.

4. <u>Emetic, cardiovascular and other side effects.</u> Emetic effects are evaluated in ferrets within the Project and also in collaboration with Integrative Pharmacology. Throughput in the ferret emesis model within the Project is 3 compounds (single dose) per week. For compounds of interest a complete dose response curve is generated. Selection of the dose for ferret emesis studies is initially based on the potency observed in i.p. dosing in the rat formalin model of persistent pain. Cardiovascular effects are evaluated in dogs, which appear to be the most sensitive species for NNR-mediated changes in blood pressure and heart rate. For compounds of particular interest, seizure threshold is assayed in mouse. Additionally, an attempt to measure dizziness is assayed using an edge test in rats and a rotarod test in mice. Throughput for these assays is generally one compound per week, when required.

5. <u>Functional Activity: Neurotransmitter Release.</u> Evaluation of the effect on neurotransmitter release provides a biochemical link between the direct effect of the compound on the NNR as measured in functional assays and the behavioral response in the in vivo pain models. In vitro neurotransmitter release assays are in place that measure the release of dopamine from either rat striatum or cortex, and the release of norepinephrine from either hippocampus or thalamus. For screening purposes, dopamine release in striatum and norepinephrine release in hippocampus are measured. Throughput for a 7 point dose response curve is 4 compounds (n=3) per week for each neurotransmitter. In vitro assays are also being developed to measure serotonin or GABA release from rat or mouse brain. In addition, procedures are in place for in vivo microdialysis of striatum, thalamus, hippocampus and spinal cord to measure the effects of compounds on the in vivo release of dopamine, norepinephrine, and serotonin.

6. <u>Pharmacokinetics.</u> In addition to characterization of potential lead compounds, pharmacokinetic analysis of representative subtype-selective compounds is necessary to enable proper interpretation of in vivo results from efficacy and side effect models. Typical studies on compounds of interest include detailed pharmacokinetic measurement of plasma concentrations of compound after i.v. or oral dosing, and also pharmacokinetic measurement of brain and plasma concentrations of compound after i.p. dosing in the rat. Throughput is one compound/week.

<u>Electrophysiological assay.</u> The Parallel Oocyte Electrophysiology Tester system (POETs), a throughput-enhanced electrophysiology instrumentation, has recently been developed and validated within the Project in collaboration with Automation Engineering. With the present system of six oocytes in parallel a significantly enhanced throughput over standard electrophysiological methodology, with assay of over 100 compounds per day (single concentration assayed in duplicate) is possible.

## Medicinal Chemistry

Current work is directed toward expansion of the SAR around 366833. Planned analogs of 366833 have been chosen to provide the best chance for in vivo activity with overall selectivity. Pyridine substitutions include 5- ethynyl, cyano, methoxy, halo, azido, carboxamide, and methyl, with and without a 6-halogen in place. Reasonable quantities of both enantiomeric diamine cores are available to prepare this limited series. Likewise, the same derivatives are targeted for the homologous 3,8-diazabicyclo[4.2.0]octane series. Finally, N-alkyl derivatives of some of the very potent (and non-selective) 3-pyridinyl-3,6-diazabicyclo[3.2.0]heptanes will be evaluated. For the diamine series, like the pyridinyl ethers, N-alkylation causes a sharp attenuation in agonist activity that is more dramatic at the $\alpha 3$ subtypes. The exceptional potency of the NH analogs suggests that N-alkyl versions may retain sufficient $\alpha 4$ activity to be effective analgesics.

HIGHLY CONFIDENTIAL

ABBT 0024149

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668-R2

Figure 16. SAR Plans for Diazabicyclo Core Structure.



## Competition

**Within Project Approach**

| Company | Compound | Indication | Status of compound | Status of project |
|---|---|---|---|---|
| *Nicotinics:* | | | | |
| Eisai/Cyto-Med | (±)-Epibatidine analogs | Pain | Preclinical | Active |
| Taiho | GTS-21 | Alzheimer's | Phase II | Seeking development partner |
| SIBIA Neuroscience (Rights to Lilly) | SIB-1508Y | Parkinson's Disease | Phase II | Discontinued |
| SIBIA Neuroscience (Rights to Lilly) | SIB-1553A | Alzheimer's | Phase II | Discontinued |
| SIBIA Neuroscience (Merck) | SIB-T1887 | Pain | Preclinical | Unknown |
| Aventis/Targacept | RJR-2403 | Alzheimer's | Phase I | Discontinued (PK issues) |
| Pharmacia | Unknown | Multiple | Preclinical | Active – focusing on α7 |
| Pfizer | Cytisine analogs | Alzheimer's, pain | Phase I, compound unknown | Active |
| Astra Zeneca | AR-17779 | Cognition, pain | Preclinical | Active - patent application on α7 selective compounds |
| Eli Lilly | Unknown | Multiple | Preclinical | Obtained exclusive license to human NNRs from SIBIA prior to acquisition of SIBIA by Merck |
| NeuroSearch | Multiple series | Pain, depression | Preclinical | Exclusive compound license to Abbott |
| NeuroSearch | NS-3573, 3956, 3939, 3890 | Smoking cessation | Preclinical | Seeking licensing partner |
| Johnson and Johnson | Pyridyl ethers | Pain, Alzheimer's | Preclinical | Patent activity (NeuroSearch holds clear priority over published J&J patent |
| Novo Nordisk | | Alzheimer's | Preclinical | Patent activity |
| Univ. of Milan | DBO-83 | Pain, Cognition | Preclinical | Collaboration with Abbott |
| *Muscarinics:* | | | | |
| Lilly | LY-297802 | Pain | Phase II (Discontinued) | Continued patent activity |
| Merck | L-689660 | Alzheimer's, Pain | Preclinical | Unknown |
| Sanofi-Synthelabo | Pyridinyl diamines | Pain | Preclinical | Patent Activity |

HIGHLY
CONFIDENTIAL

ABBT 0024150

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668-R2

## Within Therapeutic Area –Focus on Neuropathic Pain

| Product | Company | US Development Phase | Class/MOA | Comments |
|---------|---------|---------------------|-----------|----------|
| Pregabalin | Parke-Davis | III | Ca channel α2δ? | Also for epilepsy, chronic pain – may be tox. issues affecting ongoing clinical trials |
| GV 196711 | Glaxo | II | Glycine antagonist | Neuropathic pain and chronic pain |
| Memantine | Merz | II | NMDA antagonist | Dose ranging trial with 375 patients now underway |
| PN 401 | ProNeuron | II | Unknown | For disease modification of PDN – pain and numbness next |
| Prosaptide | Myelos | II | Unknown | 14 amino acid peptide Pain associated with nerve injury |
| Resiniferatoxin | Afferon | II | Vanilloid | Topical capsaicin analog |
| LTA | Astra | II | Sodium channel blocker | Topical w/ longer duration of action than capsaicin |
| CNS 5161 | Cambridge Neuroscience | II | NMDA antagonist | Will not move to Ph II until a development partner is found |

## Competitive Analysis

Prescription analgesics to treat pain can be grouped into four classes; opioids, NSAIDs, other non-opioids and adjuvants. Opioids and combination agents are generally used to treat acute pain and cancer pain of moderate to severe intensity, but have AE and dependence liabilities. NSAIDs (including COX-2 inhibitors), have very good tolerability, but have only moderate efficacy and anti-inflammatory activity, and are used to treat pain of mild to moderate intensity. Tramdol is sometimes substituted for NSAIDs to treat chronic pain or pain of moderate intensity, but has much higher AE's than the NSAID class. Adjuvant analgesics are drugs such as tricyclic antidepressants and antiepileptic drugs have efficacy in the treatment of neuropathic pain, but offer only partial pain relief, have low (50%)responder rates, and undesirable AEs.

Pipeline compound Pregabalin, an anticonvulsant with MOA thought to be similar to conventional AEDs, may reach market well before the NNR compound. Recently identified toxicological issues from preclinical mouse studies have put the future of this compounds somewhat in doubt. Pregabalin is similar to Neurontin, but is more potent, has a wider therapeutic index and longer half-life, with potential for better efficacy and/or better side-effect profile than Neurontin. Generic Neurontin will also be available. However, unmet need is expected to remain high in neuropathic pain, since pregabalin will likely achieve only partial pain relief and low responder rates, as is found for other AEDs used in the treatment of neuropathic pain.

An NNR achieving the target profile outlined above would represent a breakthrough in treatment of moderate to severe pain, offering pain relief superior to NSAIDs without the AE liabilities of the opioids. The novel MOA of the NNR also offers potential for significantly improved pain relief and/or responder rates for neuropathic pain vs. gold standards. Numerous other companies are exploring NNR compounds and other MOAs that could also achieve the target profile. Entering the market after the competition, with a similar profile, would impact the commercial opportunity; however, the large market size, inter-patient variability regarding efficacy and tolerability of various agents, significant use of combination therapy, and high level of switching would likely make later entries viable, particularly if MOA remains a differentiating feature.

Competition within the NNR field is expanding rapidly. With the acquisition of SIBIA Neuroscience, Merck has become an important competitor. Lilly currently holds license to the SIBIA DNA patents, but rights are to revert to Merck at the end of this current licensing agreement. Pharmacia has had an active program for the past three years. Astra Zeneca, Pfizer, Targacept, and Johnson and Johnson all appear to remain active in this area.

HIGHLY
CONFIDENTIAL

ABBT 0024151

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668-R2

Neurological and Urological Diseases Research
1Q01

## Project Resources

### Project Team

| Individual | Expertise | Activities | % time |
|---|---|---|---|
| Carol Surowy | Bio GL | Coordination of in vitro and in vivo biology program | 100 |
| Clark Briggs | Electrophysiology | Identification of high affinity $\alpha 4\beta 2$ subform selective compounds; planning and setup of $\alpha 7$ program for schizophrenia | 100 |
| Dave McKenna | Electrophysiology | POETs screening, assay methods development | 100 |
| Pamela Puttfarcken | Pharmacology | Neurotransmitter release assays, methods development | 100 |
| Iris Jacobs | Pharmacology | Neurotransmitter release assays | 100 |
| Dave Anderson | Pharmacology | Radioligand binding assays, data analysis | 100 |
| Jerry Budzik | Pharmacology | 5-HT₃ assay, nisoxotine binding assay development | 100 |
| Jeff Campbell | Pharmacology | In vitro functional screening, ferret emesis model | 100 |
| Rama Thimmapaya | Mol. Biology | Cloning and expression of ferret NNR subtypes, stable cell line development | 100 |
| Brent Putman | Mol. Biology | Cloning and expression of ferret NNR subtypes, stable cell line development | 100 |
| Lynne Rueter | Behavior | Chung neuropathic pain model, mechanistic studies, development of anxiety and depression models | 100 |
| Kathy Kohlhaas | Behavior | Chung model, anxiety models | 100 |
| Pete Curzon | Behavior | Various pain models, development of schizophrenia models | 100 |
| Mike Buckley | Behavior | Pain models, antidepressant screening | 100 |
| Bill Bunnelle | Chem. GL | Coordination of chemistry program, patent preparation | 100 |
| Mick Dart | Med. Chem. | Prodrugs of A-312046 | 100 |
| Anwer Basha | Med. Chem. | Prodrugs of A-312046 | 100 |
| Mike Schrimpf | Med. Chem. | A-366833 analogs, $\alpha 4$-selective compounds | 100 |
| Jianguo Ji | Med. Chem. | A-366833 analogs, | 100 |
| Jennifer Pace | Med. Chem. | Ring expanded 833 analogs, bridged analogs | 100 |
| Kevin Sippy | Med. Chem. | A-366833 analogs, $\alpha 4$-selective compounds | 100 |
| Karin Tietje | Med. Chem. | Ring expanded analogs, bridged analogs | 100 |
| Keith Ryther | Med. Chem. | Prodrugs of A-312046 | 100 |

### Technology and Support Groups

| Group | Current FTEs | Priority (1-3)* | Milestone Date† | Description of Outcome Desired by Milestone Date |
|---|---|---|---|---|
| HTScreening | 0 | 2 | 9/01 | Radioligand binding HTS against $\alpha 7$ receptor. |
| Automation Engineering | 1 | 1 | 03/01 | Development of HTS POETs, behavioral screening automation |
| Process Chemistry | 4.5 | 1 | 3/01 | Development of improved synthetic route to A-366833 and delivery of sufficient material for 2-week toxicology study in rats |
| PK and Metabolism | 1 | 1 | 5/01 | Evaluation of prodrug analogs of A-312046. Comparative assessment of metabolism profiles of ABT-594, A-312046, and A-366833. Evaluation of additional new lead structures |
| Toxicology | 0 | 1 | 5/01 | Two-week rat tox. studies on A-312046 and A-366833 |
| Integrative Pharmacology | 0.2 | 1 | 4/01 | Cardiovascular evaluation of A-312046 and A-366833. Purkinje fiber assay of compounds related to A-312046 and A-366833 to evaluate SAR |
| Formulation | 0.2 | 1 | 5/01 | Solubility and stability assessment of A-312046 and A-366833 |
| Total FTEs | 6.9 | | | |

\* Priority: 1 = Must have, 2 = Should have, 3 = Nice to have
† Avoid "ongoing". Provide specific dates to achieve milestone.

HIGHLY
CONFIDENTIAL

ABBT 0024152

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

### External Resources

| Organization | Activities |
|---|---|
| NeuroSearch: In vitro pharm. | 5.6 Headcount: Cloning and expression of human NNR subtypes, development of stable cell lines, FLIPR screening of collaboration compounds, α7 radioligand binding assay |
| NeuroSearch: In vivo | 2.7 Headcount: Evaluation of collaboration compounds in models of depression and anxiety. |
| NeuroSearch: Chemistry | 2.7 Headcount: Synthesis of compounds for pain, depression and schizophrenia targets. |

### Adequacy and Optimization of Resources

Resources are adequate at this time for the identification of a follow-on to ABT-594 by 2Q/01. The project team is on track for establishing the identification of NNR modulators of the α7 subtype as the next molecular target. The therapeutic indications for α7 are most likely to include schizophrenia, and in particular the cognitive deficit aspects of schizophrenia.

### References

(1) Bitner, R. S.; Nikkel, A. L.; Curzon, P.; Donnelly-Roberts, D. L.; Puttfarcken, P. S.; Namovic, M.; Jacobs, I. C.; Meyer, M. D.; Decker, M. W. Brain Res. 2000, 871, 66-74.

(2) Marubio, L. M.; del Mar Arroyo-Jimenez, M.; Cordero-Erausquin, M.; Lena, C.; Le Novere, N.; de Kerchove d'Exaerde, A.; Huchet, M.; Damaj, M. I.; Changeux, J.-P. Nature (London) 1999, 398, 805-810.

(3) Bitner, R.; Donnelly-Roberts, D.; Nikkel, A; Curzon, P.; Decker, M. In Society for Neuroscience Los Angeles, CA, 1998, p 134.5.

(4) Marubio, L. M.; Changeux, J. P. Handb. Exp. Pharmacol. 2000, 144, 525-538.

(5) Mogil, J. S.; Sternberg, W. F.; Marek, P.; Sadowski, B.; Belknap, J. K.; Liebeskind, J. C. Proceedings of the National Academy of Sciences of the United States of America 1996, 93, 3048-55.

(6) Mogil, J. S.; Yu, L.; Basbaum, A. I. Annual Review of Neuroscience 2000, 23, 777-811.

(7) Mogil, J. S.; Marek, P.; Flodman, P.; Spence, M. A.; Sternberg, W. F.; Kest, B.; Sadowski, B.; Liebeskind, J. C. Pain 1995, 60, 125-35.

(8) Kest, B.; McLemore, G. L.; Sadowski, B.; Mogil, J. S.; Belknap, J. K.; Inturrisi, C. E. Neuroscience Letters 1998, 256, 120-2.

(9) Mogil, J. S.; Lichtensteiger, C. A.; Wilson, S. G. Pain 1998, 76, 115-25.

(10) Kest, B.; Jenab, S.; Brodsky, M.; Sadowski, B.; Belknap, J. K.; Mogil, J. S.; Inturrisi, C. E. Brain Research 1999, 816, 381-9.

(11) Flores, C. M.; Wilson, S. G.; Mogil, J. S. Pharmacogenetics 1999, 9, 619-25.

(12) Bertrand, S.; Weiland, S.; Berkovic, S. F.; Steinlein, O. K.; Bertrand, D. Br. J. Pharmacol. 1998, 125, 751-760.

(13) Phillips, H. A.; Favre, I.; Kirkpatrick, M.; Zuberi, S. M.; Goudie, D.; Heron, S. E.; Scheffer, I. E.; Sutherland, G. R.; Berkovic, S. F.; Bertrand, D.; Mulley, J. C. Am. J. Hum. Genet. 2001, 68, 225-231.

(14) Steinlein, O. K.; Mulley, J. C.; Propping, P. J.; Wallace, R. H.; Phillips, H. A.; Sutherland, G. R.; Scheffer, I. E.; Berkovic, S. F. Pat. Specif. (Aust.), 1999.

(15) Weiland, S.; Bertrand, D.; Leonard, S. Behav. Brain Res. 2000, 113, 43-56.

(16) Guan, Z.-Z.; Zhang, X.; Blennow, K.; Nordberg, A. NeuroReport 1999, 10, 1779-1782.

HIGHLY CONFIDENTIAL

ABBT 0024153

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668-R2

# PLs' EZ

**Portfolio Review Meeting**
**March 7 – 9, 2001**
**The Hyatt Deerfield**

Attendees:

Abbott:

J. Leiden, B. Dempsey, A. Higgins, D. Norbeck, J. Leonard, E. Ogunro, E. Sun, M. Verlinden, P. Nisen, R. Granneman, R. Patterson, E. Shek, X. Frapaise, J. Nemmers, J. Arnott, E. Fiorentino, R. Guillaume, D. Pizzuti, P. Scaman, M. Roebel, C. Ward, K. Hendricks, J. Tyree, Y. Fujiwara, T. Seely

Knoll/BASF pharma:

I. Loew, S. Roellinger, U. Granzer, N. Bender, B. Kamen, M. Spigelman, F. Frickel, F. Richter, S. Roellinger, T. Zimmerman, C.Mendel, E. Chong, Steven Fischkoff, M. Luz, T. Seaton, C. Parow, B. Barchuk, R. Nuber, T. Hirose, E. V. Borcke, B. Hargan, R. Krautheimer, U.Legler, R. Janocha, J. Salfeld, U. Grau


McKinsey:

J. Hopfield

HIGHLY CONFIDENTIAL
ABBT0118740

# Portfolio Review Meeting
## March 7 – 9, 2001
## The Hyatt Deerfield

**Wednesday, March 7**

| Time | | Presentation | Discussion | |
|------|------|------|------|------|
| 7:30 am | Welcome/ introduction | 10 min | | J. Leiden |
| 7:40 am | Meeting objectives | 10 min | | J. Leonard |
| | **Anti-Infectives** | **Presentation** | **Discussion** | |
| | Quinolones | | | |
| 7:50 am | - ABT- 492 | 20 min | 5 min | C. Craft |
| 8:15 am | - HSR- 903 | 30 min | 10 min | T. Hirose/R. Krautheimer |
| | **Anti-virals** | | | |
| 8:55 am | Triangle projects | 30 min | 10 min | M. Heath-Chiozzi |
| | - HIV and HBV (FTC; DAPD) | | | |
| 9:35 am | *Morning Break* | | | |
| | **Urology** | | | |
| 9:55 am | BSF 42027 (ETA/ BPH) | 30 min | 10 min | M. Luz/U. Legler |
| | **T3/T4** | | | |
| 10:35 am | T3/T4 | 15 min | 5 min | C. Schreiber/T. Miller |
| | **Asthma** | | | |
| 10:55 am | Hokunalin tape | 15 min | 5 min | T. Hirose/R. Krautheimer |
| | **Oncology** | | | |
| 11:15 am | ABT-510 | 20 min | 15 min | P. Nisen |
| 11:50 am | ABT-751 | 20 min | 15 min | P .Nisen |
| 12:25 pm | *Lunch* | | | |
| 1:25 pm | ABT-518 | 15 min | 5 min | P. Nisen |
| 1:45 pm | Rubitecan | 20 min | 5 min | P. Nisen |
| 2:10 pm | Theragyn | 20 min | 5 min | P. Nisen |
| 2:35 pm | ABT-627 | 30 min | 10 min | P. Nisen |
| 3:15 pm | *Afternoon Break* | | | |
| | **Cardiology** | | | |
| 3:35 pm | Darusentan | 30 min | 10 min | M. Luz/M. Kirchengast |
| | (LU 135252) & other ETAs | | | |
| | **Thrombosis** | | | |
| 4:15 pm | PEG-hirudin | 30 min | 10 min | V. Ifthekar/U. Legler |
| 4:55 pm | Ancrod | 30 min | 10 min | D. Levy/U. Legler |
| 5:35 pm | Urokinase/ | 30 min | 10 min | S. Guptha |
| | Pro-urokinase | | | |

HIGHLY CONFIDENTIAL
ABBT0118741

**Portfolio Review Meeting**
**March 7 – 9, 2001**
**The Hyatt Deerfield**

### Thursday, March 8

#### Neuroscience

|  |  | Presentation | Discussion |  |
|---|---|---|---|---|
| 7:30 am | ABT 594 | 30 min | 10 min | B. McCarthy |
| 8:10 am | ABT-963 | 15 min | 15 min | Granneman/Doan/Bell |
| 8:40 am | BSF 201640 | 30 min | 10 min | B. Rendenbach-Mueller |
| 9:20 am | BSF 74398 (Parkinson) | 30 min | 10 min | S. Dawe |
| 10:00 am | *Morning Break* | | | |
| 10:20 am | Dilaudid OROS | 45 min | 15 min | B. Gold/R. Krauthemeimer |
| 11:20 am | BSF 190555 (Schizophrenia) | 30 min | 10 min | B. Rendenbach-Mueller |
| 12:00 pm | *Lunch* | | | |
| 1:00 pm | Hydrocodone | 10 min | 10 min | S. Collins |
| 1:20 pm | Bimoclomol ( ABT-822) | 30 min | 10 min | B. Wallin |

#### Gastro-enterology

| 2:00 pm | Ganaton (pro-kinetic) | 15 min | 5 min | S. Dawe/R. Krautheimer |
|---|---|---|---|---|
| 2:20 pm | TU-199 (proton pump inh.) | 30 min | 10 min | T. Hirose/ R. Krautheimer |
| 3:00 pm | AU - 224 (colon pro-kinetic) | 20 min | 5 min | T. Hirose/ R. Krautheimer |
| 3:25 pm | *Afternoon Break* | | | |

#### Phase III Projects

| 3:45 pm | ABT-773 | 30 min | 15 min | C. Craft |
|---|---|---|---|---|
| 4:30 pm | D2E7 | 45 min | 30 min | C. Spiegler/.E. v. Borcke |

HIGHLY CONFIDENTIAL
ABBT0118742

**Portfolio Review Meeting**
**March 7 – 9, 2001**
**The Hyatt Deerfield**

### Friday, March 9

#### Phase III Projects (cont'd)

| | | Presentation | Discussion | |
|---|---|---|---|---|
| 7:30 am | Segard | 45 min | 15 min | L. Daum/T. King |
| 8:30 am | J695 | 30 min | 10 min | R. Janocha/T. King |
| 9:10 am | Clivarine | 30 min | 15 min | F. Misselwitz/S. Schaeffer |
| 9:55 am | *Morning Break* | | | |
| 10:15 am | Rythmol SR | 30 min | 15 min | A. Pethö-Schramm/E. Schneider |
| 11:00 am | Levosimendan | 30 min | 15 min | C MacLeod |

#### Phase IV Projects

| | | Presentation | Discussion | |
|---|---|---|---|---|
| 11:45 am | Clarithromycin | 15 min | 5 min | C. Olson |
| 12:05 pm | Omnicef | 15 min | 5 min | C. Olson |
| 12:25 pm | *Lunch* | | | |
| 1:25 pm | Kaletra | 15 min | 5 min | E. Sun |
| 1:45 pm | Norvir | 15 min | 5 min | E. Sun |
| 2:05 pm | Meridia ( Sibutramine ) | 15 min | 5 min | E. Chong/W. Hargan |
| 2:25 pm | Uprima | 15 min | 5 min | S. Bukofzer |
| 2:45 pm | Trandolapril (patch, intervention trials) | 15 min | 5 min | B. Rendbach-Mueller/ U. Legler/N. Bender |
| 3:05 pm | *Afternoon Break* | | | |
| 3:25 pm | Fenofibrate | 15 min | 5 min | D. Yannicelli |
| 3:45 pm | Depakote | 15 min | 5 min | K. Sommerville |
| 4:05 pm | Gengraf | 15 min | 5 min | T. Japour |
| 4:25 pm | **Conclusion** | | | Jeff Leiden |

HIGHLY CONFIDENTIAL
ABBT0118743

# PLs' FB

| | |
|---|---|
| Elizabeth<br>Kowaluk/LAKE/PPRD/A<br>BBOTT<br><br>03/08/2001 05:19 PM | Marleen H Verlinden/LAKE/PPRD/ABBOTT@ABBOTT,<br>Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Bruce<br>McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Michael K<br>Biamesen/LAKE/PPRD/ABBOTT@ABBOTT, James<br>Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Michael D<br>Meyer/LAKE/PPRD/ABBOTT@ABBOTT, James<br>Steck/LAKE/PPRD/ABBOTT@ABBOTT, David C<br>Ross/LAKE/PPRD/ABBOTT@ABBOTT, Nigel |

**To** Livesey/LAKE/AI/ABBOTT@ABBOTT, Laura
Robinson/LAKE/AI/ABBOTT@ABBOTT, Howard S
Cheskin/LAKE/PPRD/ABBOTT@ABBOTT, Walid
Awni/LAKE/PPRD/ABBOTT@ABBOTT, David D
Morris/LAKE/PPRD/ABBOTT@ABBOTT, James W
Thomas/LAKE/PPRD/ABBOTT@ABBOTT, Connie
Faltynek/LAKE/PPRD/ABBOTT@ABBOTT, Sandeep
Dutta/LAKE/PPRD/ABBOTT@ABBOTT, Rosemarie K
Waleska/LAKE/PPD/ABBOTT@ABBOTT

**cc** John N Simons/LAKE/PPRD/ABBOTT@ABBOTT, Tim
Vanbiesen/LAKE/PPRD/ABBOTT@ABBOTT, Steve C
Kuemmerle/LAKE/PPRD/ABBOTT@ABBOTT

**bcc**

**Subject** ABT-594/Pain Strategy DSG - 3/5 Meeting Minutes

Thanks to all who attended last Monday's (3/5/01) meeting of the ABT-594/Pain DSG core team.

The meeting focused on summarizing key issues of concern for ABT-594, as a first step to framing and structuring the decision problem. The issues raised ar summarized in the attached document. Please let me know if there is anything I have failed to capture, or if you have additional thoughts

A number of issues were raised that apply more broadly to the subject of therapeutic area strategy, as well as specifically to ABT-594. These are collected at the end of the document in anticipation of future discussions – please note that this is not intended to be a comprehensive summary of issues related to pain strategy at this point.

At next week's meeting (Tuesday 3/13/01), we will review and discuss issues related to the NNR backups As a starting point I will summarize those issues I have already become aware of through one-on-one discussions and background reading. I would also like to review a proposed approach to the development of a Pain Strategy at this meeting.



I look forward to seeing you next week. In the ABT-594-Pain DSG Core Team Minutes 3_5_01 meantime feel free to call (x84402) or e-mail with any comments or questions.

Liz

*Kowaluk* DEP. EX. NO. 19
FOR ID., AS OF 10/10/06

onfidential

ABBT298379

---

## ABT-594 / Pain Strategy Decision Analysis

### Core Team Meeting – Minutes

**Meeting Date:** 3/5/01

### Attendees:

| | | |
|---|---|---|
| Nigel Livesey | Mike Biarnesen | Liz Kowaluk |
| Laura Robinson | Rose Waleska | |
| Sandeep Dutta | Connie Faltynek | |
| Steve Townsend | Marleen Verlinden | |
| Bruce McCarthy | Mike Meyer | |
| Jim Sullivan | John Simons | |

---

As a first step to establishing the frame for the analysis and structuring the decision problem, this core team meeting focused on identifying key issues specifically related to ABT-594.

The issues raised are summarized below under three broad subject headings:
- Can the tolerability of ABT-594 be improved, and a therapeutic index be achieved that is consistent with regulatory and commercial viability, and how?
- What indications do we pursue for ABT-594, and how?
- What is the abuse liability and potential for scheduling of ABT-594?

In addition, several points were raised that are also of more general relevance to the broader subject of pain therapeutic area strategy. These are summarized at the end of this document.

**Can the tolerability of ABT-594 be improved, and a therapeutic index be achieved that is consistent with regulatory and commercial viability, and how?**

**What is the therapeutic index that is consistent with regulatory and commercial viability? Does it differ for different pain states?**
- AEs observed include nausea, emesis, dizziness and vivid dreams (at high doses)

**Understanding the biological basis for the PK/PD issues and the prolonged $T_{max}$ is important for optimization of ABT-594 itself, and for backups.**

**The following issues are relevant to understanding whether, how and to what extent the tolerability and therapeutic index can be improved:**
- Dose-response relationships for efficacy and AEs
  - may differ for different pain states, amongst AEs, and for efficacy vs. AEs
- Pharmacokinetic/pharmacodynamic relationships for efficacy and AEs
  - may differ for different pain states, amongst AEs, and for efficacy vs. AEs.
- Biological basis for efficacy and AEs?
  - $C_{max}$? Rate of rise of plasma levels? Receptor occupancy? Other?

ABBT298380

- Rate of tolerance over time for efficacy and AEs:
  - may differ for different pain states, amongst AEs and for efficacy vs. AEs.
  - must confirm that efficacy does not wane over time (weeks-months) – tolerance.
  - using titration to improve tolerability is feasible if AEs, but not efficacy tolerate.

- Mechanism of action of ABT-594:
  - preclinical pharmacology is consistent with characterization of ABT-594 as nicotinic agonist.
  - analgesia mediated by NNRs – specific site of action is uncertain
  - nausea/vomiting mediated by NNRs, mechanism of action for dizziness uncertain.
  - smokers vs. non-smokers – no effect on efficacy, but differential tolerability – has implications for dosing and labeling; potential downside for marketing – must promote understanding of receptor diversity, broad family of receptors (ABT-594 vs. nicotine).
  - gender and strain differences seen in preclinical models – implications for humans, if any, are unknown.

<u>Titration is under investigation as an approach to improve tolerability and therapeutic index</u>
- Feasible if AEs, but not efficacy tolerate
- Effect of first dose – rate of rise
- Titrate over days to weeks – how can titration schedule be tailored to minimize AEs?
- Patient acceptance?
- May be commercially more acceptable in neuropathic pain – efficacy/tolerability trade-off differs
- Length of titration will be important.
- Is the decline in AEs sufficient to offset the impact of titration?
- ABT-594 would be vulnerable if a new competitor has no titration

<u>Can alternative dosage forms and routes of administration provide a means of improving tolerability and therapeutic index ?</u>
- Enteric-coated PO formulation
  - raised as possibility but not discussed in detail

- Patch
  - may be advantageous if GI AEs are a result of direct, local action of ABT-594 on GIT.
  - decreases difference between peak/trough plasma level – may have implications for efficacy and AEs.
  - permeation data suggest feasibility
  - no formulation developed as yet (would be third party – implications for royalties/COGS)
  - ABT-594 is potent analgesic – lends itself to administration by patch.
  - longer formulation development than PO – PARD.
  - trend in pain treatment is to treat pain around the clock, rather than on a PRN basis – consistent with patch formulation (e.g. Knoll – hydromorphone OROS and others).
  - would restrict ABT-594 for use in chronic conditions.
  - have limited qualitative market research, more market research needed.
  - probably commercially acceptable, although PO dosage form preferred.
  - more suited to a "niche" market.
  - pricing and COGS may be an issue.
  - has potential impact on compliance for chronic conditions
  - concern that patch formulation may lead to perception that ABT-594 is a "strong" drug that should be reserved for severe, difficult-to-manage pain.

- Depot dosage form
  - injection/implantable (weeks to months duration of action) – cf. Lupron
  - chronic pain only

Confidential

- o  most useful for pain that is not variable
- o  formulation must be stable at 37ºC
- o  never looked at – not currently under consideration.

- Sublingual/buccal:
  - o  more suitable for acute pain
  - o  impact on AEs uncertain - faster rate of rise of plasma levels may precipitate AEs if this is the underlying issue, or could potentially avoid GI AEs, if they are locally mediated.

- Parenteral:
  - o  potentially useful to address issues surrounding PK/PD relationship
  - o  potentially "completes" product line – start on i.v. in hospital, then convert to PO.
  - o  separation of efficacy and AEs may be a particular problem with rapid rate of rise of plasma levels.
  - o  AEs an issue in post-op setting, where patients experience nausea/emesis – is combination with anti-emetic feasible?

- Intrathecal:
  - o  may be useful in anesthesiology – would be HPD

- Intranasal:
  - o  not discussed.

GI absorption and $T_{max}$ issue
- Delayed onset of action precludes acute and general pain claims for ABT-594
- What is biological basis for the unexpectedly long $T_{max}$ (4-5 hours after PO solid dosage form)?
- Liquid dosage forms have somewhat shorter $T_{max}$ than solid dosage forms, but still longer than expected (and large variance).
- "White paper", summarizing current knowledge, is in preparation.
- Potential trade-offs associated with faster absorption and shorter $T_{max}$:
  - o  increased probability of abuse liability
  - o  faster onset of action.
  - o  increased AEs, if AEs are related to rate of rise of plasma levels.


What indications do we pursue for ABT-594, and how?

Should our first entry be into neuropathic pain, as currently planned?
- There is no regulatory precedent for neuropathic pain – no drug has been approved for this indication, with the exception of Gabapentin in UK (but not an NCE). The most advanced compound, pregabalin, was recently withdrawn from clinical trials (carcinogenicity issues?).
- Relative unmet need in neuropathic pain, therefore regulatory agencies likely to be more open on the risk-benefit ratio issue. For this reason, entry to the market via a neuropathic pain indication is likely to be the preferred approach for ABT-594.
- In EU – role of the comparator is unclear (gabapentin ?, Tegretol in Germany?) – placebo preferred by Abbott.
- In neuropathic pain, tolerability versus efficacy trade-off may play out differently in US versus EU. The majority of US patients are on gabapentin. In EU, patients are not switching as readily to gabapentin (may be pricing issue), majority are on TCA and carbamazepine. This may translate to a lower efficacy vs. tolerability hurdle in EU.
- What is the positioning statement for ABT-594 in neuropathic pain?

Confidential

- o   best neuropathic pain drug because...
- o   better than gabapentin (easier to use)
- o   novel mechanism of action (non-opioid, non-NSAID).

How can we broaden the use of ABT-594 beyond neuropathic pain?
- Nociceptive pain?
- General pain claim?

How do we access the nociceptive pain market with ABT-594?
- Can we study OA patients who are not responding to NSAIDs/COX-2 and progressing to opioids (i.e. second-line treatment)? Many OA patients switch between medications.
- The above is analogous to the second step of the WHO analgesia ladder – cancer patients move relatively quickly to the second step.
- For cancer pain, ABT-594 could potentially be a molecule that has opioid-like efficacy, but is not scheduled.
- Low back pain would require long, large trials because it would be perceived that this is an entry to "general pain".
- In OA and low back pain, the comparison is likely to be to e.g. Vioxx – an outcome showing similar efficacy but higher AEs would not be advantageous.
- Current approach to nociceptive pain (OA) is a publication strategy - prefer indications to publication from commercial perspective.
- Barriers to entry are high (e.g. COX-2 inhibitors: 1.2 million details per year and 6000 reps.)

General pain claim not feasible for ABT-594, due to prolonged onset of action.
- Not a clear regulatory and clinical path – FDA is not necessarily accepting historical approach, wherein trials in OA/RA lead to a general pain claim. The general pain claim requires multiple models – not currently defined, but likely to include difficult to treat conditions like chronic low back pain and fibromyalgia.
- Both FDA and EU regulatory agencies leaning towards disease-specific claims – "you get what you study".
- First market entry with a general pain claim could force the compound to a lower price point, versus first entry into the neuropathic market – also more likely to get reimbursement entering into the latter market.

Is a "niche" product commercially attractive? What are the trade-offs for a "niche" compound vs. a "blockbuster" compound that is effective across a broad spectrum of pain states?

Chronic length of treatment is an issue from regulatory perspective:
- EU requires 6 months efficacy data and 1 year of safety data
- US requires 3 months of efficacy data for OA, information to be supplied for neuropathic pain – Jim Steck/David Ross.

Pricing strategy:
- Gabapentin priced at 4 times the price of COX-2 inhibitors – have they priced themselves out of the market?
- Should we price like COX-2 in EU?
- Price is considered less of an issue in US (premium pricing possible in neuropathic pain due to significant unmet need).

Combination products:
- Combinations of ABT-594 with COX-2/NSAID or opioid have been suggested in the past
- EU is moving away from approval of combination products.
- Not attractive as entry – co-prescribing is preferred approach.
- Would be most appropriately considered for compounds which act synergistically with ABT-594 (not additive – co-prescribe).

**What is the abuse liability and potential for scheduling?**
The regulatory and clinical path is known.
Scheduling is commercially detrimental.
"Nicotinic PR" is a potential issue - Abbott must be proactive to counteract.

**Issues of Relevance to Pain Therapeutic Area Strategy**

Many of the issues listed here also appear above, but are restated here for convenience in anticipation of later discussions.

- Pain states can be categorized as nociceptive (visceral or somatic) and neuropathic, acute vs. chronic, by severity, by disease state.

- Compare different strategies for playing in entire pain market  - multiple entries ("niche" products) versus a single "universally effective" compound.

- For any given compound/mechanism of action, what pain states should be pursued and in what order?
  o Both FDA and EU regulatory agencies leaning towards disease-specific claims – "you get what you study".

- Neuropathic pain
  o Efficacy/tolerability trade-off differs in neuropathic pain compared to nociceptive pain; also differs in US vs. EU for neuropathic pain – has potential ramifications for regulatory approval and commercial viability.
  o No regulatory precedent for neuropathic pain – no drug has been approved for this indication.
  o Relative unmet need in neuropathic pain, therefore regulatory agencies likely to be more open on issues of risk-benefit ratio.
  o In EU, the role of the comparator is unclear for neuropathic pain (gabapentin, Tegretol?)

- How do we access nociceptive pain – OA (first or second line), cancer pain, low back pain, other ?
  o Low back pain would require long, large trials because it would be perceived that this is an entry to "general pain".
  o In OA and low back pain, the comparison is likely to be e.g. Vioxx – an outcome showing similar efficacy but higher AEs would not be advantageous.

- Should we pursue general pain ?
  o Not a clear regulatory and clinical path – FDA is not necessarily accepting historical approach, wherein trials in OA/RA lead to a general pain claim. The general pain claim requires multiple models – not currently defined, but likely to include difficult to treat conditions like chronic low back pain and fibromyalgia.
  o First market entry with a general pain claim could force the compound to a lower price point, versus first entry into the neuropathic market – also more likely to get reimbursement entering into the latter market.

- Publications vs. indications?
  o Indications preferred from commercial perspective.

Confidential

- Pricing strategy
  - Gabapentin priced at 4 times the price of COX-2 inhibitors – have they priced themselves out of the market?
  - Should we price like COX-2 in EU?
  - Price is considered less of an issue in US (premium pricing possible in neuropathic pain due to significant unmet need).

- Chronic length of treatment is an issue from regulatory perspective:
  - EU requires 6 months efficacy data and 1 year of safety data
  - US requires 3 months of efficacy data for OA, information to be supplied for neuropathic pain – Jim Steck/David Ross.

- Pricing strategy
  - Gabapentin priced at 4 times the price of COX-2 inhibitors – have they priced themselves out of the market?
  - Should we price like COX-2 in EU?
  - Price is considered less of an issue in US (premium pricing possible in neuropathic pain due to significant unmet need).

- Combination products:
  - Combinations of ABT-594 with COX-2/NSAID or opioid have been suggested in the past
  - EU is moving away from approval of combination products.
  - Not attractive as entry – co-prescribing is preferred approach.
  - Would be most appropriately considered for compounds which act synergistically with ABT-594 (not additive – co-prescribe).

Confidential

# ABT-594 Decision Analysis

## Update: ABT-594 Intermediate Dose (75 – 125 mcg) Ph. IIb Study

Pharmaceutical Executive
Management Committee Review

October 8, 2001

*Decision Support Group*

ABBT298404

Confidential

*ABT-594 must deliver superior efficacy to gabapentin and low nausea/vomiting to result in significant "1st choice" physician usage.*



| Efficacy compared to Gabapentin: Nausea/Vomiting[b] | Inferior | Similar | Superior |
|---|---|---|---|
| Low | 3rd | 1st/2nd | 1st |
| Moderate | None | 2nd | 1st/2nd |
| High | None | 3rd | 3rd |

[b] Nausea/vomiting:
Low: N<10%; V<5%
Moderate: N: 10-30%; V: 5-15%
High: N>30%; V>15%
Discontinuation rates due to AEs are assumed to be low, given that the clinical trial design provides an alternative to discontinuation by allowing for dose reduction if dose escalation is not tolerated.
Based on US and EU market research fielded 6/01.

- For use as "1st/2nd" or "2nd choice" of physicians, ABT-594 must deliver:
  – Superior efficacy to gabapentin with moderate nausea/vomiting; or,
  – Similar efficacy to gabapentin with low or moderate nausea/vomiting.

- Inferior efficacy to gabapentin and/or high nausea/vomiting and high discontinuation rates relegate ABT-594 to "3rd choice" or "would not prescribe".

- Global peak sales:
  – 1st choice: $990MM
  – 1st/2nd choice: $670MM
  – 2nd choice: $500MM
  – 3rd choice: $90MM

DSG: 10/8/01

2

ABBT298405

Confidential

*ABT-594 Intermediate Dose (75 – 125 mcg) Ph. IIb Study : Key technical assumptions.*

Statistical analyses predict a high likelihood that nausea/vomiting will fall in the "moderate" range at the doses to be studied in the Ph. IIb trial.

In the 75 – 125 mcg dose range there is a good chance of demonstrating efficacy comparable to gabapentin, but little chance of demonstrating superiority.

Current probability assumptions for Ph. IIb Efficacy:
  ABT-594 superior to gabapentin: 0%
  ABT-594 comparable to gabapentin: 80%
  ABT-594 inferior to gabapentin: 20%

| | Pain Reduction (%) |
|---|---|
| ABT-594: | |
| 75 mcg* | 38% (vs. 25% for PBO) |
| 150 mcg (ITT)** | 29% (vs. 17% for PBO) |
| 150 mcg (completers)** | 38% (vs. 18% for PBO) |
| Gabapentin: | 39% (vs. 22% PBO) |

*Ph. IIa trial (diabetic neuropathic pain sub-analysis)
** First Ph. IIb trial



Symbols show predicted incidence of nausea or vomiting; lines show 95% confidence intervals.

DSG: 10/8/01

Confidential

ABBT298406

3

# *Assuming certainty of achieving "moderate" nausea/vomiting in Ph. IIb, ABT-594 has a 54% chance of launching with a "2nd choice" profile.*

- To have any chance of launching with a 1st/2nd choice profile, ABT-594 must have some probability of achieving "low" nausea/vomiting.



| | Expected NPV ($MM) | Expected Peak Sales ($MM) |
|---|---|---|
| | $150 MM | $154 MM |
| | $175 MM | $176 MM |
| | $220 MM | $210 MM |
| | $220 MM | $220 MM |
| | $270 MM | $240 MM |
| | $290 MM | $250 MM |

Industry average probability of launch for CNS drugs:
Entering Ph. II: 30%
Entering Ph. III: 52%

*Assumes:
Ph. III/Registration probability of success: 70%
Discontinuation due to AEs is low even if nausea/vomiting is high, given clinical trial design.

DSG: 10/8/01

4

ABBT298407

Confidential

*BACKUPS*

DSG: 10/8/01

ABBT298408

Confidential

5

*Sensitivity of Launch probability to the probability of achieving efficacy equivalent to Gabapentin.*



ABBT298409

DSG: 10/8/01

# Key market share and sales assumptions.

- ABT-594 launch in 2006 with indication in diabetic neuropathic pain (head-to-head trial with gabapentin, and publication trial in chronic persistent pain (CPP)).

- ABT-594 base case 2010 share and sales (without anti-emetic):

| Physician Usage | Share Neuropathic Pain (% Rxs) | Spillover Share CPP (% Rxs) | Global Sales ($MM) | |
|---|---|---|---|---|
| 1st choice | 30% | 2.5% | $990 | ⎫ |
| 1st/2nd choice | 20% | 2% | $670 | ⎬ Assumed as "Success" |
| 2nd choice | 15% | 1.5% | $500 | |
| 3rd choice | 3% | 0% | $90 | ⎭ |

- Assumes 5% Rx growth and continuing trend for expansion of market for novel and premium-priced agents; one competitor (launch 2008-10) with profile similar to gabapentin; ABT-594 maintains TRx share if "1st or 1st/2nd choice"; 20% decline in share if "2nd choice".

- No share impact due to titration (7 – 24 days); 15% share loss with anti-emetic.

- 50% decline in share if ABT-594 is scheduled (P = 30%).

- Gabapentin: composition of matter patent to 2003; process patent to 2017.

DSG: 10/8/01

7

Confidential

ABBT298410

# Base Probability Assumptions: Ph. IIb and Ph. III/Registration



DSG: 10/8/01

Confidential

ABBT298411

# PLs' FH

**Jessica Hopfield**            To: Patricia Weber/NJE/NorthAmerica/MCKINSEY @MCKINSEY
03/13/2001 07:22 PM          cc:
                             Subject: Please print and put in mail folder

---- Forwarded by Jessica Hopfield/NJE/NorthAmerica/MCKINSEY on 03/13/2001 07:23 PM ----

**Michael Williams**            To: Jeff Leiden <jeff.leiden@Abbott.com>
03/13/2001 04:10 PM          cc: Jessica Hopfield/NJE/NorthAmerica/MCKINSEY@MCKINSEY, Dick
                             Ashley/CHI/NorthAmerica/MCKINSEY@MCKINSEY, David
                             Keeling/CHI/NorthAmerica/MCKINSEY@MCKINSEY
                             Subject: List of next steps from portfolio review

Jeff,

Please find attached a detailed list of the next steps by project, coming out of last week's development review. Where possible, we have assigned the responsibilities and timings we picked up during the discussions. You may wish to make changes to the list before it is more broadly distributed and we can make edits based on your handwritten comments if necessary.

We are also in the process of compiling the comments and results from the evaluation forms which we'll forward to you by later this week.



NEXT STEPS - development portfolio prioritization



**CONFIDENTIAL**

MCK 00423

# INITIAL PORTFOLIO PRIORITIZATION

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Anti-infectives** | | | | |
| ABT-492 | C | • Address safety issues (including QTc) with internal/ expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | - |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | - |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• J. Leonard<br>• I. Loew | - |
| **Urology**<br>BSF 420627 | P | • Set up task force to address issues and bring back plan to senior management<br>– Reasons for failure of the SKB ETa/b antagonist<br>– Design short (~4 week) PoP trial for symptom relief<br>– Rationale for sustained release formulation<br>– Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| **Hypothyroidism**<br>T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| **Asthma**<br>Hokunalin tape | P | • Conduct market research on acceptance by different patient segments<br>• Determine how to position against long acting beta agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the patch technology | • A. Higgins/<br>E. Fiorentino<br>• J. Tyree | • May |

0

**CONFIDENTIAL**

MCK 00424

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| **Oncology**<br>ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br>• CMC group | • As planned |
| ABT-518 | Hold | • Wait for May results from Pfizer (will save ~$1mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)- further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective - further in-depth review required, e.g.,<br>  – Determine if there is a PoC to support claim<br>  – Address GMP issues<br>  – Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard | • By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>  – Determine how to ensure NDA filing in 2004<br>  – Get FDA input since survival not primary endpoint<br>  – Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Tyree<br>• J. Leonard, P. Nisen<br><br><br><br>• J. Tyree | • By May<br>• ASAP<br><br><br><br>• By May |

C- continue
P- pending
T- terminate

1

CONFIDENTIAL

MCK 00425

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

2

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Cardiology/ thrombosis** | | | | |
| Darusentan (LU 135252) | Hold | • Continue currently budgeted funding for next 6 months <br> • Do not start any new trials (e.g., hypertension planned for May) <br> • If proceed, plan for pilot to look at effects in sperm and tetratogenicity <br> • Consider out-license or swap | • Project team <br><br><br><br> • J. Tyree | • Ongoing <br><br><br><br> • ASAP |
| LU 208075 | Hold | • Continue currently budgeted funding for next six months <br> • Look at Myogen deal <br> • Out-license or swap | • Project team <br><br> • J. Tyree | • ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open cath <br> • Match versus tPA in dose-ranging studies to determine efficacy | • E. Florentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Clivarine | C | • Assessment by HPD (review previous evaluation and new trial data) <br> • Understand finished product manufacturing cost | • E. Ogunro <br> • B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing <br> • Verify if package is likely approvable <br> • Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

CONFIDENTIAL

MCK 00426

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Neuroscience** | | | | |
| ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list) | • J. Tyree | • TBD |
| | | • Evaluate benefits of the long half life in pain and cancer (Including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • Project team | |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel | • I. Loew | • By May |
| | | • Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc | • Project team | |
| | | • Understand Novartis contract and level of interest | • J. Tyree | |
| BSF 190555 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • I. Loew | • As above |
| BSF 74398 | C | • Allow DevCo to continue development | • Project team | • By May |
| | | • Re-look at relationship with DevCo | • J. Tyree | |
| Diluadid Oros | Hold | • Return to ALZA or out-license to other interested partner | • J. Tyree | • TBD |
| Hydrocodone | C | • Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • Project team | • By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue - probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

3

CONFIDENTIAL

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| **Gastro-enterology** | | | | |
| Ganaton | P | • Conduct U.S. commercial assessment with TAP | • E. Fiorentino | • By June |
| | | • Assess how to position in Europe versus generics and implications for comparative trial | | |
| | | • Develop model to assess spend at different termination points | • Bob Funck | • By May |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise) | • Project team | • ASAP |
| | | • Conduct market research on IBS versus constipation (including pricing) | • E. Fiorentino | |
| **Immunology** | | | | |
| D2E7 | C | • Conduct intensive product review | • J. Leonard | • By May |
| | | – 2 day meeting with J. Lennard's group (already in process) | | |
| | | – ½ day session with senior management group | | |
| | | • Important actions include | • Various | • By May |
| | | – Approach FDA for fast track and compassionate use | | |
| | | – Develop strategy for DMARD claim in first submission | | |
| | | – Assess need for Enbrel assay to detect HAHAs | | |
| | | – Assess delivery device options | | |
| | | – Evaluate additional indications (e.g., Psoriasis, Crohns, heart failure) and pediatric program | | |
| | | – Profile Celltech product | | |
| | | – Assess impact of additional IV program on reimbursement | | |
| | | • Develop list of potential marketing partners for quids | • J. Tyree | |

4

**CONFIDENTIAL**

MCK 00428

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Immunology** *(continued)* Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US – consider creating a small team in the US to analyse data, propose smaller PII study<br>• Research pricing, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-6<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • J. Tyree<br>• E. Fiorentino<br>• J. Tyree<br>• Ongoing | • ASAP |

5

**CONFIDENTIAL**

MCK 00429

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **PIV programs** Clarithromycin | C | • None identified | - | - |
| Omnicef | C | • Talk to partners | • J. Tyree | - |
| Kaletra | C | • None identified | - | - |
| Norvir | C | • None identified | - | - |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Arnott, E. Fiorentino | • ASAP |
| | | • Assess combination therapy with fibrates | | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | • Project team | |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "Invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Fiorentio | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | - |
| Depakote | C | • None identified | - | - |
| Gengraf | C | • None identified | - | - |

CONFIDENTIAL

6

MCK 00430

# PLs' FZ

# ABBOTT LABORATORIES

## Clinical Study Report No. R&D/01/171

## A Randomized, Double-Blind, Placebo-Controlled, Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects With Painful Diabetic Polyneuropathy

### ABT-594/Protocol M99-114
### 31 July 2001

*I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study.*

Marilyn J. Collicott
Clinical Project Manager, Analgesia Venture

01Aug01
Date

David D. Morris, Ph.D.
Assistant Director, Statistics

03Aug01
Date

Bruce G. McCarthy, M.D.
Medical Director, Analgesia Venture

03 Aug01
Date

Marleen H. Verlinden, Pharm.D., Ph.D.   FOR MARLEEN VERLINDS, V
Vice President, Global Pharmaceutical Research and
     Development Neurology/Urology

03 Aug 01
Date

□ **Abbott Laboratories**

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065982

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

i

## 1.0    Title Page

### ABBOTT LABORATORIES
### Clinical Study Report R&D/01/171

**A Randomized, Double-Blind, Placebo-Controlled, Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects With Painful Diabetic Polyneuropathy**

*ABT-594/Protocol M99-114*

| | |
|---|---|
| Development Phase: | II |
| Investigators: | Multicenter |
| Date First Subject Dosed: | 24 April 2000 |
| Date Last Subject Completed Dosing: | 24 February 2001 |
| Sponsor/Signatory: | Marleen H. Verlinden, Pharm. D., Ph.D. |
| | Vice President, Global Pharmaceutical |
| |    Research and Development |
| | Neurology/Urology |
| | D42U, AP30 |
| | 200 Abbott Park Road |
| | Abbott Park, Illinois 60064-6145 |
| | Phone: (847) 935-4096 |
| | Fax: (847) 938-1629 |
| Report Date: | 31 July 2001 |

This study was conducted in compliance with Good Clinical Practice, including the archiving of essential documents.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065983

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

iii

| Methodology (continued): |
| --- |

During the Primer and Treatment Phases, subjects were allowed to take up to 3 grams of acetaminophen per day or up to 6 grams of acetaminophen per week (but were not allowed to take acetaminophen within 24 hours prior to a Treatment Visit).

Efficacy assessments included the Pain Rating Scale (11-Point Likert Scale), the Neuropathic Pain Scale, SF-36™ Health Status Survey (Acute), and Subject and Clinician Global Impression of Change. Safety assessment included physical examination, vital signs, electrocardiogram (ECG), clinical laboratory testing, and adverse event monitoring.

| No. of Subjects Planned and Enrolled: | Treatment Group | Planned | Completed/Enrolled |
| --- | --- | --- | --- |
| Planned: 320 | Placebo | 80 | 51/65 |
| Enrolled: 266 | ABT-594 150 µg BID | 80 | 40/65 |
| Completed: 138 | ABT-594 225 µg BID | 80 | 30/69 |
| Premature Discontinuations: 128 | ABT-594 300 µg BID | 80 | 17/67 |
| | TOTAL: | 320 | 138/266 |

| Diagnosis and Main Criteria for Inclusion: |
| --- |

Adult males and females at least 18 years of age, who weighed ≤265 pounds and who were judged to be in good health based on medical history, physical examination with vital signs, laboratory profile, and 12-lead ECG, who had a diagnosis of diabetes mellitus (Type I or Type II), a diagnosis of distal symmetric diabetic polyneuropathy, good control (in the opinion of the investigator) of the their serum glucose for at least the last 3 months prior to the Screening Visit, and an average of ≥4 points on the diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days) and ≥4 points on the site-based Pain Rating Scale (11-point Likert Scale) at the Baseline Visit, and who met all other selection criteria were eligible for study participation.

| Test Product, Dose and Mode of Administration, Batch Number: | | | |
| --- | --- | --- | --- |
| Test Product | Dose (µg) | Mode of Administration | Drug Product Lot Numbers |
| ABT-594 75 µg HGC, | 150, 225, and | Oral | 58-293-AR |
| Formulation A-2 | 300 BID | | 61-312-AR |

| Duration of Treatment: 49 days |
| --- |

| Reference Therapy, Dose and Mode of Administration, Batch Number: | | | |
| --- | --- | --- | --- |
| Test Product | Dose (µg) | Mode of Administration | Drug Product Lot Number |
| Placebo for ABT-594 HGC | 0 | Oral | 55-243-AR-01 |

| Criteria for Evaluations: |
| --- |

Efficacy:
The primary efficacy measurement was the change from baseline of the average diary-based Pain Rating Scale (11-Point Likert Scale) score from each subject's diary to the corresponding average of the last 7 days on study drug. Additionally, change from baseline to each scheduled evaluation was analyzed in a similar manner. The baseline pain score for the diary data was defined as the average of the last 7 pain scores prior to Day 1 of the study.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

46

## 9.8    Changes in the Conduct of the Study or Planned Analyses

### 9.8.1    Protocol Changes

Significant changes in the developmental strategy of ABT-594 resulted in the study being prematurely discontinued by the sponsor. Therefore, although the protocol specified that approximately 320 subjects (80 per treatment group) were to be enrolled, enrollment was stopped at 266 subjects.

The final clinical protocol incorporated Amendment Number 1. All subjects were enrolled under the final protocol (Table 14.1__2). Full details of the clinical protocol and its amendment are presented in Appendix 16.1.1. Important changes included in the amendment are summarized below:

Amendment 1 (29 February 2000)

- Modified the inclusion criteria such that subjects were required to have good control (in the opinion of the investigator) of their serum glucose for at least the last 3 months prior to the Screening Visit.
- Added that subjects with a hemoglobin $A_{1c}$ >11% were to be excluded.
- Added hemoglobin $A_{1c}$ at the Screening Visit and Treatment Visit IV and deleted the hemoglobin $A_{1c}$ at the Baseline Visit.
- Added mixed serotonin and norepinephrine reuptake inhibitors and St. John's Wort to the list of excluded medications.
- Added that the Screening hemoglobin $A_{1c}$ result served as the baseline result.

### 9.8.2    Statistical Changes

Although not specified in the protocol, efficacy analyses were also performed on a dataset that included subjects who did not prematurely discontinue from the study (study completers).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066043

**PLs' GI**



| Tamara L Garavalla /LAKE/PPRD/ABBOTT | To | Linda M Fisher/LAKE/PPRD/ABBOTT@ABBOTT |
| 10/09/2001 10:25 AM | cc | |
| | bcc | |
| | Subject | ABT-594 Not Funded |

So - now that you have a lot of free time - you can go out for lunch more often!  (Ha Ha - bet you thought I was going to push another project your way! )

tg

---- Forwarded by Tamara L Garavalla/LAKE/PPRD/ABBOTT on 10/09/01 10:25 AM ----



| Gary D Jones | To: | D492 |
| 10/09/01 10:04 AM | cc: | Patrick M Klemens/LAKE/PPRD/ABBOTT@ABBOTT |
| | Subject: | ABT-594 Not Funded |

FYI
--- Forwarded by Gary D Jones/LAKE/PPRD/ABBOTT on 10/09/01 10:03 AM ----

| Howard S Cheskin | To: | Claudia M Davila/LAKE/PPRD/ABBOTT@ABBOTT, David G |
| 10/09/01 09:44 AM | | Stroz/LAKE/PPRD/ABBOTT, Diana L |
| | | Green/LAKE/PPRD/ABBOTT@ABBOTT, Erskine R |
| | | Hilyer/LAKE/PPRD/ABBOTT@ABBOTT, Eugenia |
| | | Gotsis/LAKE/PPRD/ABBOTT@ABBOTT, Jenny M |
| | | Chan/LAKE/PPRD/ABBOTT@ABBOTT, Ji |
| | | Zhou/LAKE/PPRD/ABBOTT@ABBOTT, Jim J |
| | | Ciullo/LAKE/CAPD/ABBOTT@ABBOTT, John E |
| | | Hengeveld/LAKE/CAPD/ABBOTT@ABBOTT, Linda M |
| | | Fisher/LAKE/PPRD/ABBOTT@ABBOTT, Lloyd S |
| | | Dias/LAKE/PPRD/ABBOTT@ABBOTT, Megan R |
| | | Hughes/LAKE/PPRD/ABBOTT@ABBOTT, Michael L |
| | | Branton/LAKE/PPD/ABBOTT@ABBOTT, Rhonda J |
| | | Peck/LAKE/PPRD/ABBOTT@ABBOTT, Sanjeev |
| | | Sharma/LAKE/PPRD/ABBOTT@ABBOTT, Shyamala C |
| | | Jayaraman/LAKE/PPRD/ABBOTT@ABBOTT, Smruti S |
| | | Desai/LAKE/PPRD/ABBOTT@ABBOTT, Stephen J |
| | | Vigmond/LAKE/PPRD/ABBOTT@ABBOTT, Thomas J |
| | | Myers/LAKE/PPRD/ABBOTT@ABBOTT, Victoria H |
| | | Estrada/LAKE/PPRD/ABBOTT@ABBOTT, William T |
| | | Morte/LAKE/CAPD/ABBOTT@ABBOTT |
| | cc: | Ashok Katdare, Efraim Shek/LAKE/PPRD/ABBOTT@ABBOTT, Dana K |
| | | Morgan/LAKE/PPRD/ABBOTT@ABBOTT, Richard A |
| | | Pyter/LAKE/PPRD/ABBOTT@ABBOTT, Liam Feely, Gary D |
| | | Jones/LAKE/PPRD/ABBOTT@ABBOTT, Steve |
| | | Szostak/LAKE/PPRD/ABBOTT@ABBOTT |
| | Subject: | ABT-594 Not Funded |

An outcome of yesterday's Pharmaceutical Executive Committee meeting was to kill ABT-594.  There will be attempts to outlicense the compound since the risk/value assessment came up with a positive net present value, but it will not be developed by Abbott.

Please discontinue all project activities related to the clinical supply.  We will work out the close-down activities in the next couple of weeks.

Howard

CONFIDENTIAL
ABBT0148334

Leiden EXHIBIT  33
FOR I.D. 4-30-07  1 gal

# PLs' GJ

 **ABBOTT**

**INTEROFFICE CORRESPONDENCE**

From: Steven Kuemmerle, Ph.D.
Director, Decision Support Group
Dept:    4NP        Ext:    7-3037
Bldg:    AP9A-2     Fax:    8-5290

Date: 10/23/01

To:    Keith Hendricks

cc:    Liz Kowaluk        John Simons        Kevin Lynch
       Damien Springuel   Jenny Dart         Karen Erken

RE:    **DSG HIGHLIGHTS: OCTOBER, 2001**

Portfolio Analysis (Complete): All. Analysis and package completed for October 8th review. This represented an outstanding effort by all PAG and DSG members.

Portfolio Analysis Improvements (Ongoing): All. Team is currently working on process, software and methods improvements. A PA improvements workshop, involving key members from SDG Inc., PAG and DSG was held on 10/17. Expect completion of the improvements effort in early 2002.

Oncology Phase-2 strategy (Modeling Alternatives): John & Kevin. Completion targeted for the second week in December. Team used initial characterization of oncology opportunities for 10/8 plan review. Currently assessing the need to proceed further with the analysis.

TAP PREVACID pricing strategy (Complete): Steve. Results of the analysis were used as basis for 2001 Prevacid LRP. There is a preliminary plan to re-assess in the December time frame.

ABT-594 / Pain (Complete): Liz. Development of ABT-594 has been discontinued. The analysis revealed that it was unlikely that –594 would be better than 2nd line, thus significantly limiting the opportunity.

CV Task Force (Part-2; assessment, modeling & alternatives): Steve. Preliminary recommendations (Part-1) were presented to senior GP and HPD management on September 26th. Currently working on building strategies and assessing opportunities for each (Part-2).

Schizophrenia (DTA201 & 190555) (Analysis suspended): Liz & Kevin. Novartis appears to have stopped work on DTA201. Recent SAC evaluation of 190555 was less than enthusiastic.

Adherivir (Frame): Steve & Kevin. Evaluation of strategies for various compliance added-value product concepts, focusing on Kaletra. Expect to begin October 30th.

ABT-963 (Frame): Liz & Karen. We have been asked to conduct an analysis of potential development strategies in the pain and oncology area. Initial discussions with key stakeholders begin this month.

ABT-492 (Frame): John & TBD. The compound has entered into Phase-2, thus we have been asked to conduct an analysis of potential development strategies for RTI,

HIGHLY CONFIDENTIAL
ABBT0515808

UTI, S&ST and other indications, in both the community and hospital arena.  Initial discussions with key stakeholders begin this month.

Metabolic / obesity (Frame / profile): John.  Facilitate development of product profiles for 2 new obesity drugs in the Metabolic therapeutic area.  One of the drugs has not passed DDC, so we are re-evaluating what needs to be done for the remaining drug.

Synthroid (Frame & Alternatives): Liz & Karen.  Evaluate a product life cycle strategy for Synthroid in light of potential product extension opportunities (e.g. T4/T3).  An initial discussion with key stakeholders is ongoing.

Other.  Please join me in a warm welcome to Karen Erken, who joined DSG as a Decision Analyst, October 1st.  Actively recruiting for the 1 remaining open HC.  The 3-day DDP workshop, scheduled for 9/12-9/14 has been postponed to 10/31-11/2  We are in discussions with outside consultants concerning support for a therapeutic area strategy project in 2002 (likely in the Psych area).

HIGHLY CONFIDENTIAL
ABBT0515809

# PLs' GL

# 1 ABBOT

Daphne L. Pals
Senior Counsel

Abbott Laboratories
100 Abbott Park Road
Abbott Park, Illinois 60064-6049
Telephone: (847) 935-5747
Telecopy: (847) 938-1206

November 16, 2001

Mr. Steve Blewitt
John Hancock Life Insurance Company
200 Clarendon Street, T-57
Boston, MA 02117
Attention: Bond & Corporate Finance Group
Fax: 617-572-1628

Re:    Research Funding Agreement dated as of March 13, 2001
       Termination of ABT-594

Dear Steve,

This is to advise you that Abbott has decided to terminate further development of ABT-594 (a drug for the treatment of neuropathic pain).

Section 4.3(c) of the Agreement is not applicable as the cessation of the development of ABT-594 was not the result of Abbott's acquisition of a Replacement Compound. Abbott will attempt to maximize the commercial value, if any, of ABT-594 as required under Section 4.3(d).

I hope you are doing well.

Sincerely,



Daphne Pals
Senior Counsel

cc:    John Hancock Life Insurance Company
       200 Clarendon Street, T-50
       Boston, MA 02117
       Attention: Investment Law Division
       Fax: 617-572-9268

CONFIDENTIAL
ABBT 0033833

EXHIBIT 35
FOR I.D.  4-26-07

# PLs' HK

 Christopher J Silber
09/03/1999 09:33 AM

To: Rosemarie K Waleska/LAKE/PPD/ABBOTT@ABBOTT
cc: Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT
Subject: Re: Advice

Rose:

The bottom line is that both studies provide evidence that suggests that adequately powered trials could be performed that would show statistically significant differences in outcome measures. All things considered, using the broadest definition of success, neuropathic pain would seem to have an advantage as the first choice development target.

For OA, such a study *could* be conducted, I believe, at doses of ABT-594 used in our present pilot phase 2 study (ie, 50 and 75 mcg BID) without titration. While the overall benefit/risk profile of this regimen would be unfavorable (relative to NSAIDS), on the benefit side the magnitude of efficacy would be clinically meaningful, and would be reflected in outcome measures acceptable to regulatory authorities So, for OA, depending on how narrowly you want to define success, it may already have been achieved If titration mitigates the AE profile, the benefit/risk would become favorable if ABT-594 efficacy approximates that of NSAIDs, and further enhanced if efficacy is of *greater* magnitude than NSAIDs. Therefore, from a scientific/regulatory perspective, OA has a good likelihood of success. From a clinical perspective, I agree that titration represents some level of barrier to use in OA, unless some upside (beyond innovative mechanism) is identified (eg, no ulcers, greater efficacy), or segment of the market is amenable to titration(eg, severe pain, refractory to NSAIDs or current/history of ulcer disease).

For neuropathic pain, there are scant few regulatory precedents (as is usually the case in areas of unmet medical need), which adds some complexity:  what are clinically meaningful improvements, what magnitude of change in which outcome measure(s) will be considered to form a sufficient body of evidence to support approval. Trends toward improvement are noted in the present study in a scale designed specifically for neuropathic pain, particularly in patients with diabetic polyneuropathy. In my opinion, doses used in our present pilot phase 2 study are unlikely to be sufficient (even in a larger, longer study of exclusively diabetic polyneuropathy) to support approval.   So, for neuropathic pain, the goal of titration is to be able to get to higher doses (higher than 75 mcg BID) that I think are necessary to achieve a larger magnitude of efficacy than that observed in our present study. Relative to OA, a favorable benefit/risk profile in neuropathic pain could exist with a greater burden of AE's. Stated simply, available therapeutics for neuropathic pain don't work too well and/or have lots of side effects. Although from a scientific/regulatory perspective neuropathic pain has a more modest likelihood of success, when clinical utility is considered (patient acceptance of AEs, titration, paucity of available alternatives), neuropathic pain as a target seems to avoid the barriers posed by OA All things considered, neuropathic pain would seem to have an advantage as a development target

Chris

CONFIDENTIAL
ABBT0159274

# PLs' HS



EXHIBIT
Bukofzer
5
5/9/07
PENGAD 800-631-6989

# May 1999
## ABT-773 Project Status Report

### Key Issues/Decisions/Events

| | Key Issues/Decisions/Events | Projects/Actions |
|---|---|---|
| CAPD | Availability and cost of bulk drug; 3 month delay in funding decisions has moved the filing date from Oct 2001 to Dec 2001. The COGS for a 2001 filing will be $400D/kg at launch (optimistic). | An additional $3MM of a required $15MM was approved on Feb 3. Based on scaled-back assumptions, this allows purchase of rate-limiting bulk chemicals, but does not allow for process improvements necessary to reduce COGS. Incremental funding request in April Update of $5.3MM and $5.5MM in Blue Plan. Re-evaluation of bulk drug requirements completed in April. April Update funding for bulk drug to Aug Go/No Go decision approved at $18.4MM. |
| CAPD/PARD | A change in bulk drug physical or chemical properties during formulation development will result in a delay in the Dec 2001 filing date. If at the 300L scale up to 12 months delay, if at the 1200L scale, up to 18 months. | Lock the final chemistry at the latest possible date. Current plan is Dec 99 to Jan 2000. Our best chance of success will be an IR formulation rather than an ER. Plan to maximize the number of bulk drug lots. |
| PARD | A once-a-day formulation may not be possible based on the short half-life of the drug and the apparent short absorption window in the GI tract (6-8 hrs.) The market share impact of QD is high. | Pursuing internal and external development of IR and ER prototypes (16) to evaluate in PK studies. First set of internal prototypes will be available May 10. First external prototypes estimated to be available June 30. Agreements with Elan and ALZA completed by March 31. |
| PARD | If one of our initial 5 (2 IR, 3 ER) out of 16 prototypes is not chosen as the final formulation, the Dec 2001 filing date will be delayed 4 to 6 months. | The 2 IR prototype PK evaluation studies to start May 18th. ER prototype studies to start June 4th. Decision on first 5 prototypes by August 1999. |
| NPD | QD dosing for adult tablecap is necessary for commercial success. Market share impact of QD is high. | Initial internal IR prototypes will be available May 10th. Initial ER prototypes will be available May 31st. |
| Financial | Additional $17.5MM funding required to meet a label filing date of Dec 2001. This does not include management judgement of approx. $3MM. | April Update funding submitted Feb 15 for $40.5MM vs Updated Plan of $23.5MM (adult oral). Blue Plans submitted for $9.5MM (adult oral), $2.2 MM (IV) and $1.8MM (Peds). April Update funding approved at $37.2MM to Aug Go/No Go decision. Remaining requirement of $9.7MM to be requested at that time. |
| Drug Safety | QD dosing may not be feasible due to less than 50% relative bioavailability with ER compared to IR. Market share impact of QD dosing is high. | Complete Intelsite study April 9th to determine extent of release in the colon of ABT-773. Preliminary results available May 7th. Assess role of P-glycoprotein in CACO2 cells, complete study May 1999. |

ABBT 0004844
HIGHLY CONFIDENTIAL

## May 1999
## ABT-773 Project Status Report

**Business Rationale**

Date: April, 1999
Franchise: Anti-Infective
Venture: Macrolide

ABT #:
Trade & Generic Name: TBD, TBD
Mechanism of Action: Ketolide, antimicrobial

| | PPFCC/DDC 2/1997 ($MM) | Plan as of N/A | Plan 12/1999 ($MM) |
|---|---|---|---|
| Cost to NDA (OT, Fed, IV) | 260 | | 264 |
| Cost to Next GoNoGo (Phase IB, envelope study) | — | | 37.2 |
| Cum. Cost through 1998 | — | | 29 |
| 1999 APU Funding Request | — | | 47 |
| 1999 Plan (Funded) | — | | 37.2 |
| • Current Projection | — | | 47 |
| • YTD LM | — | | 6.2 |

| Attribute | Date Defined | Probability* | Confirm Status | Share Impact |
|---|---|---|---|---|
| Activity against Gram+, Gram-, atypicals | 3/1997 | High | Confirmed | High |
| Activity against H.influenza ≥ azi & clari | 3/1997 | High | 6/1999 | High |
| Active against 90% of Gram+ resistant strains of flus and MLS-R | 3/1997 | High | Confirmed | High |
| Active against most macrolide resistant pathogens on a ketolide/ketolide susceptibility panel | 3/1997 | High | 6/2000 | High |
| Low incidence of GI w/o effect overal tx dist | 3/1997 | High | 6/1999 | High |
| Low incidence of drug interactions > clari, no repeated interns | 3/1997 | Low | 6/2001 | Medium |
| QD dosing acid stabled | 3/1997 | Medium | 6/1999 | High |
| QD dosing per os | 3/1997 | Medium | 12/1999 | Medium |
| BID dosing for IV | 3/1997 | High | 12/1999 | High |
| Less metabolic route for GR than clari 500mg BID | 3/1997 | Low | 6/2000 | High |
| 3-day therapy for most indications | 3/1997 | High | 6/2000 | High |
| One adult dose at 500mg/day | 3/1997 | Medium | 6/1999 | High |
| COGS ≤ 2003 Launch | 3/1997 | High | 12/1999 | High |

*Probability Key:
High = 75-100%
Medium = 50-69%
Low = 0.25%

| | PPFCC/DDC -3/1997 | Revised 6/1997 | Current Revise 1/1999 |
|---|---|---|---|
| Patent Status: | 9/2016 | 9/2016 | 9/2016 |
| NDA Filing: | 12/2000(qtabloxp) | 12/2000(qtabloxp) | 8/2002 (oil) |
| ex-U.S. Filing: | 22/2000(qtabloxp) 9/2001(OS,IV) | 12/2000(qtabloxp) 9/2001(OS,IV) | 8/2002 (oil) |
| Projected U.S. Launch: | 4/2002(qtabloxp) 1/2003(OS,IV) | 4/2002(qtabloxp) 1/2003(OS,IV) | 9/2003 |
| Projected ex-U.S. Launches: | 4/2002(qtabloxp) 1/2003(OS,IV) | 4/2002(qtabloxp) 1/2003(OS,IV) | 9/2003 |
| Peak TRx Share*, U.S.: | 4.4%TC-4.7%OS; 3.3%IV | 4.4%TC-4.7%OS; 3.3%IV | 4%TC-4%OS; 10%IV |
| Peak TRx Share, ex-U.S.: | N/A | N/A | 3.3%TC-3%IVA OS, |
| Peak Sales, U.S.: ($MM) | $428TC; $116OS $26IV | $39OTC; $75OS $22IV | $390TC; $58OOi $13.8IV |
| Peak Sales, ex-U.S.: ($MM) | N/A | $39OTC; $75OS $22IV | $58OTC@NA OS, |
| Pre-Tax NPV @ 15%, U.S.: ($MM) | N/A | $29%TC; ($97)OS $9IV | $20OTC; ($62.1)C ($1.1)IV |
| Pre-Tax NPV @ 15%, ex-U.S.: ($MM) | N/A | N/A | $240TC@NA OS, before reimbursed of deal |
| Target Drug Cost/kg at Launch | $116STC; $217ZOS $3720IV | $116STC; $217ZOS $3720IV | $124TC; @IA OS, 1/v after reimbursed of deal |
| $MM at Launch | — | 77%TC-26%OSS%IV | $393STC; $523TC $695IV |
| $MM at Year 5 | — | 77%TC26%OS35% | 86%TC25%OS5% 10%TC26%OS% |

May 1999
ABT-773 Project Status Report

## Project Overview

| Description | PPCC/DDC Date | Plan 12/1998 | No Other Plan | Plan 1999 |
|---|---|---|---|---|
| PPCC Approval | 3/1997 | 3/1997 | | |
| Start Phase I (tablet oral) | 11/1997 | 12/1997 | | |
| Go/No Go Clinical Safety | 6/1998 | 10/1998 | | |
| Start Phase II (tablet oral) | 7/1998 | 12/1998 | | |
| Go/No Go Clinical Efficacy | 12/1998 | 7/1999 | | |
| Phase I (Peds, IV) | 6/1999 | TBD | | |
| Start Phase III (tablet oral) | 1/1999 | 9/2000 | | |
| File NDA/EMEA (tablet oral) | 12/2000 | 12/2001 | | |
| Phase III (Peds, IV) | TBD | TBD | | |
| File NDA/EMEA (Peds, IV) | TBD | TBD | | |
| Regulatory approval (tablet oral) | 12/2001 | 12/2002 | | |
| Regulatory approval (Peds, IV) | TBD | TBD | | |

| Drug Substance Source/Lot # | KG Orig/Revised | Plan 12/1998 | Actual Date | Actual/Projected Cost(s)* |
|---|---|---|---|---|
| 15-329-AF-00 | NA/26.3 | 1/1999 | 1/1999 | $20,000 |
| 37-459-YE-00 | NA/26.4 | 3/1999 | 3/1999 | $30,000 |
| 40-573-AF-00 | NA/20.5 | 5/1999 | 5/1999 | $30,000 |
| 40-575-AF-00 | NA/6.1 | 5/1999 | 5/1999 | $30,000 |
| 43-524-AH-00 | NA/26.1 | 10/1998 | 10/1998 | $30,000 |
| 50-007-CA | 200/200.9 | 2/1999 | 2/1999 | $10,000 |
| Campaign 2 | NA/200 | 6/1999 | | $10,000 |
| Campaign 3 | NA/200 | 9/1999 | | $10,000 |
| Campaign 4,5,6 | NA/700 | 12/1999 | | $10,000 |
| Campaign 6,7,8 | NA/800 | 3/2000 | | $5,000 |
| Campaign 9,10,11 | NA/800 | 6/2000 | | $5,000 |
| Campaign 12,13,14 | NA/800 | 9/2000 | | $5,000 |
| Campaign 15,16,17 | NA/800 | 12/2000 | | $5,000 |
| Campaign 18,19,20 | NA/900 | 4/2001 | | $5,000 |

*Based on cost of drug substance at level Rs 250/110 kUSD/kg (70k/net)

| Activity | Plan N/A | Plan 12/1998 | Actual 12/1999 |
|---|---|---|---|
| Phase I Formulation (Caps)* | — | 12/1997 | 12/1997 |
| Phase II Formulation (Tablet) | — | 7/1999 | |
| Clinical Supplies Phase IIB | — | 7/1999 | |
| Phase III Formulation (Tablet) | — | 4/2000 | |
| Phase III Clinical Supplies Manufactured | — | 9/2000 | |
| NDA Lots (3) Completed | — | 7/2000 | |
| Completion of 1 Year Stability for NDA | — | 6/2001 | |

| Toxicology Activity | No Other Plan | Plan Start 12/1998 | Actual Start Date | Rep. Comp. |
|---|---|---|---|---|
| 2-week oral Rat/Monkey | — | 7/1997 | 6/1997 | 9/19 |
| Acute Studies | — | 8/1997 | 6/1997 | 12/11 |
| Mouse Lymphoma/Micronucleus | — | 11/1997 | 11/1997 | 4/19 |
| 1 Month Rat/Monkey | — | 12/1997 | 12/1997 | 12/11 |
| Pregnant Rat/Rabbit RF | — | 1/1998 | 1/1998 | 11/11 |
| SEG II Rat/Rabbit | — | 3/1999 | 3/1999 | 2/19 |
| Guinea pig sensitization | — | 11/1998 | 11/1998 | 2/19 |
| 3 Month oral Rat/Monkey | — | 10/1999 | | |
| Seg I/III Rat | — | 10/1999 | | |
| IV Irritation studies | — | 6/1999 | | |
| Neonatal/Juvenile Rat | — | 10/1999 | | |

ABBT 0004846
HIGHLY CONFIDENTIAL

# May 1999
# ABT-773 Project Status Report

## Clinical Study Progress



Determine extent of release in the colon of ABT-773.

Evaluate Safety and efficacy of a 7 day course of therapy with an oral IR formulation, and to determine the PK of 773 within a subset of those subjects.

200 mg single dose

100 mg TID or 200 mg TID

773 capsule and solution

None

8

150

$120,000

$1,500M

Started 03/05/9, to completed 4/10/99. Preliminary results to be available May 7.

Ongoing, 135 subjects enrolled in Europe. To complete by April 30, study report by June, 1999.

Of 45 cases assessed, 100% showed clinical cure. 70 pathogens have been identified, 16 S. pnuemo, 30 H. flu, 9 M. cat, 15 H. parainfluenzae.

ABBT 0004847
HIGHLY CONFIDENTIAL

# May 1999
# ABT-773 Project Status Report

## Clinical Study Progress

| | | |
|---|---|---|
| ▓▓▓▓▓▓ | To determine the PK profile of BID dosing, to determine feasibility of proceeding with a planned efficacy trial and to link PK to efficacy. | PK link to efficacy of M98-967. First IND study. |
| ▓▓▓▓▓▓ | 100 mg BID vs 200 mg BID | 100mg TID vs 200mg TID |
| ▓▓▓▓▓▓ | None | None |
| ▓▓▓▓▓▓ | 24 | 12 |
| ▓▓▓▓▓▓ | $150,000 | $100,000 |
| ▓▓▓▓▓▓ | TBD | TBD |
| ▓▓▓▓▓▓ | Started 3/2/99, to completed 3/21/99. | Started 3/8/99, to completed 3/27/99. |
| ▓▓▓▓▓▓ | Review of preliminary results In-process. | Review of preliminary results In-process. |

ABBT 0004848
HIGHLY CONFIDENTIAL

May 1999
## ABT-773 Project Status Report

### Clinical Study Progress

| | |
|---|---|
| Objectives | To determine concentration compared to plasma levels. Evaluate probability of success with QD, especially with *H. Flu.* Link with efficacy and plasma levels. |
| Dose | 100 mg X 2 QD |
| Current Enrollment | None |
| Total Enrollment | 40-45 |
| Total Cost | $190,000 |
| Status | TBD |
| Timeframe | Started 4/19/99, to complete 6/30/99. |

ABBT 0004849
HIGHLY CONFIDENTIAL

May 1999
ABT-773 Project Status Report
TABLET ONLY, DEC 2001 FILING

| | 1997 Actual | 1998 Actual | Cumulative Thru 1998 | 1999 Plan | 1999 APU | Cumulative Thru 1999 | 2000 Plan | Cumulative Thru 2000 | 2001 Plan | Cumulative Thru NDA |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.5 | 5.2 | 5.7 | 9.8 | 12.1 | 17.8 | 24 | 41.8 | 46 | 87.8 |
| | 7.4 | 15.5 | 22.9 | 11 | 30.8 | 53.7 | 28 | 81.7 | 27 | 108.7 |
| | 1.0 | 3.4 | 4.4 | 2.8 | 3.4 | 7.8 | 6 | 13.8 | 6 | 19.8 |
| | 1.4 | 4.9 | 6.3 | 2.9 | 0.7* | 7 | 8 | 15 | 8 | 23 |
| | 10.3 | 29 | 39.3 | 26.5 | 47 | 86.3 | 66 | 152.3 | 87 | 239.3 |

29.5 (approved $3MM post-Plan)

*Includes a management judgement of approx. $3MM. 1999 April Update currently funded at $37.2MM to Aug Go/No Go decision. Remaining $9.8MM to be requested via Blue Plan based on a favorable decision.
File NDA = 12/2001
Clinical Program = grants, data mgt/stats, venture management

ABBT 0004850
HIGHLY CONFIDENTIAL

# PLs' HW

# ABT-773
## KETOLIDE ANTIBIOTIC

## 2000 Strategic Marketing Plan
### June 2000

## Rod Mittag
## Manager, New Product Development

*ABT-773 Strategic Marketing Plan*

EXHIBIT
Meyer 3
5-22-07

CONFIDENTIAL
ABBT0570747

The objective of this strategic document is to develop a common foundation for the commercial development of ABT-773.  This plan includes the strategy for execution of the strategic marketing plan.

**This document presents the domestic marketing plan for ABT-773.  An ex-U.S. marketing plan will be developed by Abbott International New Product Planning.**

*ABT-773 Strategic Marketing Plan*

CONFIDENTIAL
ABBT0570748

# TABLE OF CONTENTS

|       |                                                      | PAGE   |
|-------|------------------------------------------------------|--------|
| I.    | EXECUTIVE SUMMARY                                     | 1      |
| II.   | INTRODUCTION                                         | 2      |
| III.  | MARKET OVERVIEW                                       | 3-8    |
| IV.   | UNMET NEEDS                                           | 9      |
| V.    | PRODUCT PROFILE                                       | 10     |
| VI.   | PRODUCT OBJECTIVE, POSITION, MESSAGE                  | 11     |
| VII.  | KEY COMMERCIAL ISSUES/OPPORTUNITIES AND STRATEGIES    | 12-17  |
| VIII. | STRATEGIC MARKETING MIX                              | 18-19  |

*ABT-773 Strategic Marketing Plan*

CONFIDENTIAL
ABBT0570749

## I.  EXECUTIVE SUMMARY (NOT REVISED)

ABT-773 is a ketolide antibiotic currently under development by PPD. A tableted formulation is currently being evaluated in Phase II clinical studies. Indications are being sought for acute bacterial exacerbations of chronic bronchitis (ABECB), community-acquired pneumonia (CAP), and acute maxillary sinusitis (AMS).

It is anticipated that ABT-773 will file with the FDA in December 2001 and be approved December 2002.

I.V. and oral suspension (pediatric) formulation development has not yet been funded, though funding is anticipated for FY2000. Development plans for these formulations are being established.

Total U.S. antibiotic sales in 1998 were $7.7 billion, comprised of $4.8 billion in tab/cap sales, $1.9 billion in pediatric sales, and $1.0 billion in I.V. sales. While the use of antibiotics has been decreasing (TRX $CAGR_{95-98}$ of −3.5%), sales of antibiotics has been increasing (Sales $CAGR_{95-98}$ of +3.4%). Key market drivers are:

- Resistance to antibiotics will continue to increase. Physicians will be urged to restrict the use of antibiotics for documented, severe infections and to choose agents with an appropriate spectrum of activity relative to the infection being treated.
- Quinolones, which historically have seen limited use in community-acquired respiratory infections, will become a significant competitive threat. Up to five new quinolones will reach the market prior to ABT-773.
- Convenience attributes such as QD dosing and short course of therapy (5-7 days) will become commonplace and will offer little in the way of differentiation; adverse events and drug-drug interactions will continue to be important attributes.
- Unmet need in the antibiotic market is very low. Companies will turn to new efficacy metrics as a means of differentiating their products. Efficacy toward resistant organisms will be an important new metric. PK/PD parameters will also be exploited to gain competitive advantage.
- Several key branded antibiotics will lose patent exclusivity over the next three to five years, resulting in increasing price sensitivity within the antibiotic market. This will create opportunity in the pediatric market, however, as the top three pediatric brands are among those losing patent exclusivity.
- Two antiviral influenza agents will reach the market in 1999, with others likely in the future. Given that a considerable amount of antibiotic business stems from inappropriate use for influenza, the companies launching these agents will likely exploit the increasing of awareness of appropriate use and encourage physicians forgo the use of antibiotics in lieu of the new antiviral agents. Increasing use of currently available point-of-care diagnostic kits will allow physicians to distinguish bacterial infection from influenza.

The success of ABT-773 will depend on the extent to which it can differentiate itself from this competitive field.

---

*ABT-773 Strategic Marketing Plan*                                                    4

CONFIDENTIAL
ABBT0570750

## II.  INTRODUCTION

Ketolides are a relatively new class of antibiotics that are based on a macrolide-like structure. The ketolide ABT-773 is being evaluated in the treatment of acute exacerbations of chronic bronchitis (AECB), tonsillitis/pharyngitis, community-acquired pneumonia (CAP), and acute bacterial sinusitis.

A Phase IIa bronchitis study was completed in June 1999. Based on this study and on phase I PK and formulation studies, a "Go" decision was made to continue development. Phase IIb dose-ranging studies were initiated in September 1999 with 150 mg, 300 mg, and 600 mg QD formulation for in AECB (5 days), CAP (7 days), and sinusitis (10 days; 150 mg was not evaluated in sinusitis). Results of these phase IIb studies are summarized in Table 1.

Table 1: Summary of Phase IIb Clinical Results

|  | AECB | | | CAP | | Sinusitis | | |
|---|---|---|---|---|---|---|---|---|
|  | 150 mg | 300 mg | 600 mg | 300 mg | 600 mg | 150 mg | 300 mg | 600 mg |
| **Clinical Cure** | 87% | 90% | 90% | 92% | 80% | 89% | 83% | 71% |
| **Eradication** | | | | | | | | |
| -S. pneumo | 84% | 90% | 100% | 87% | 100% | 3/3 | 8/8 | 9/12 |
| -H. flu | 94% | 89% | 83% | 100% | 72% | 3/5 | 7/7 | 5/7 |
| -M. cat | 80% | 92% | 91% | 6/8 | 2/4 | 8/9 | 3/4 | 4/4 |
| -Overall | 86% | 89% | 92% | 92% | 79% | 77% | 96% | 78% |
| **AEs** | | | | | | | | |
| -Diarrhea | 13% | 12% | 21% | 12% | 17% | 6% | 6% | 17% |
| -Taste | 6% | 19% | 29% | 17% | 26% | 1% | 14% | 27% |
| -Nausea | 7% | 13% | 30% | 12% | 21% | 3% | 12% | 26% |
| -Vomiting | 2% | 3% | 11% | 8% | 13% | 1% | 6% | 17% |

The primary conclusions of these studies were: a) adverse events at 300 mg and above were too high to support a commercially viable product  b) there was no statistical difference between doses from an efficacy (cure or eradication) standpoint.

The decision was made to proceed forward into phase III with a 150 mg QD dosing strategy for all indications. The decision to pursue this strategy alone would have resulted in considerable risk stemming from a) a moderate risk of clinical failure in the relatively difficult-to-treat indications of CAP/sinusitis  b) the risk that the entire package could be dismissed by ex-US regulatory agencies should either the CAP or sinusitis clinical data be substandard. Therefore, a backup strategy was added to the core program to mitigate this risk. The clinical program to NDA is summarized below.

Figure X:  Summary of Clinical Strategy to NDA

---

CONFIDENTIAL
ABBT0570751

Development of IV and OS formulations was initiated in late 1999. Phase I studies on the IV formulation will be initiated X 2000; phase I studies on the OS formulation will be initiated June 2000.

The NDA filing for ABT-773 tablets is expected in December 2001 with an anticipated US market launch of December 2002. The IV and OS NDA filings are expected in December 2002 with an anticipated US market launch of December 2003.

CONFIDENTIAL
ABBT0570752

## III. MARKET OVERVIEW

### A. Epidemiology

Table 1: U.S. Prevalence of Bacterial Diseases by Diagnosis-MM

| Otitis media | Sinusitis | Pharyngitis | Pneumonia | AECB |
|:---:|:---:|:---:|:---:|:---:|
| 18.2 | 40.4 | 10.6 | 2.5 | 17.7 |

### B. Market Data

Table 2: 1995-1999 U.S. Antibiotic Market

| | | | 1995 | 1996 | 1997 | 1998 | 1999 | CAGR$_{95-99}$ |
|---|---|---|---|---|---|---|---|---|
| U.S. | TRXs (MM) | Tab/Cap | 220 | 215 | 211 | 208 | 221 | 0.1% |
| | | Oral Susp. | 76 | 66 | 63 | 59 | 61 | -5.3% |
| | | I.V. | NA | NA | NA | NA | NA | NA |
| | Sales ($MM) | Tab/Cap | $4,057 | $4,220 | $4,467 | $4,848 | $5,715 | 8.9% |
| | | Oral Susp. | $1,075 | $979 | $977 | $1,001 | $1,120 | 1.0% |
| | | I.V. | $1,865 | $1,829 | $1,855 | $1,890 | $2,117 | 3.2% |

The U.S. tab/cap, oral suspension, and I.V. markets had 1999 sales of $5.7B, $1.1B, and $2.1B respectively. Tab/cap and oral suspension prescriptions had been declining 1-2% per year in the period of 1995-1998, presumably from increased attention to appropriate prescribing in the face of increasing resistance; however, prescriptions recovered in 1999, though this may be explained at least in part by a relatively late 1998-99 flu season. Even in the face of this negative pressure on antibiotic use, however, sales in the U.S. have continued to increase, particularly in the tab/cap market. This is due to the trend of replacing relatively low-cost generic agents with higher priced premium antibiotics (approximately 30MM fewer generic antibiotic prescriptions were written in 1999 than in 1995). So while negative pressure on the use of these antibiotics continues, it appears the market is willing to bear higher costs for agents that meet unmet need. The I.V. market has grown slightly in terms of sales, also being driven largely by the replacement of generic agents with more costly branded agents.

CONFIDENTIAL
ABBT0570753

Table 3: 1999 U.S. Tab/Cap Antibiotic Market-Sales and TRX

| | Sales | | | TRXs | | |
|---|---|---|---|---|---|---|
| | Sales ($MM) | Share | CAGR$_{95-99}$ | TRXs (MM) | Share | CAGR$_{95-99}$ |
| Penicillins | $148.3 | 2.6% | -1.0% | 52.5 | 23.7% | -5.6% |
| Cephalosporins | $980.9 | 17.2% | -5.8% | 37.9 | 17.1% | -3.5% |
| Ceftin | $383.9 | 6.7% | 1.8% | 5.0 | 2.3% | -1.0% |
| Cefzil | $188.7 | 3.3% | 12.5% | 2.7 | 1.2% | 11.3% |
| Other | $408.3 | 7.1% | -14.7% | 30.1 | 13.6% | -4.8% |
| Ext. Spec. Macrolides | $1,595.6 | 27.9% | 19.9% | 36.1 | 16.3% | 20.8% |
| Biaxin | $690.5 | 12.1% | 6.1% | 11.3 | 5.1% | 1.2% |
| Zithromax | $891.1 | 15.6% | 42.1% | 24.4 | 11.0% | 41.5% |
| Other | $14.0 | 0.2% | 21.0% | 0.4 | 0.2% | 53.0% |
| Quinolones | $1,622.1 | 28.4% | 17.0% | 24.0 | 10.8% | 11.7% |
| Cipro | $902.5 | 15.8% | 8.3% | 14.1 | 6.4% | 5.1% |
| Levaquin | $529.4 | 9.3% | NA | 7.0 | 3.1% | NA |
| Other | $190.2 | 3.3% | -2.2% | 3.0 | 1.3% | -6.4% |
| Augmentin | $778.1 | 13.6% | 17.8% | 10.7 | 4.8% | 11.8% |
| Other Classes | $590.5 | 10.3% | -1.1% | 60.4 | 27.3% | -4.1% |
| TOTAL TAB/CAP | $5,715.4 | 100.0% | 8.9% | 221.5 | 100.0% | 0.1% |

Table 3 shows 1999 tab/cap sales and prescriptions by class/product. Macrolides, fueled largely by gains in Zithromax, and quinolones, fueled largely by gains in Levaquin, have done very well in terms of both prescriptions and sales. The growth of these classes has come largely at the expense of cephalosporins and generic agents such as erythromycin and penicillin. Zithromax prescriptions sales are closing in on the sales leader Cipro and far outnumber those of other competitors. Increasingly, the RTI market is coming to be dominated by two antibiotic classes, macrolides and quinolones. Quinolones have been able to leverage their activity against resistant Strep. pneumoniae and H. influenzae to become direct competitors to macrolides in the RTI market; a number of new entrants (moxifloxacin, gatifloxacin, gemifloxacin) will add to the competitive pressure. In essence, the market is being asked to make trade-offs between the real or perceived weaknesses of the macrolides (H. influenzae, resistant Strep. pneumoniae, GI events [clari]) against those of the quinolones (safety, too broad spectrum, potential for resistance development).

Table 4: 1999 U.S. Oral Suspension Antibiotic Market

| | Sales | | | TRXs | | |
|---|---|---|---|---|---|---|
| | Sales ($MM) | Share | CAGR$_{95-99}$ | TRXs (MM) | Share | CAGR$_{95-99}$ |
| Penicillins | $61.5 | 5.5% | -10.5% | 26.7 | 43.9% | -7.1% |
| Cephs | $375.7 | 33.5% | -10.8% | 11.5 | 18.9% | -11.4% |
| Cefzil | $168.3 | 15.0% | 8.0% | 3.9 | 6.4% | 4.1% |
| Other Cephs | $207.4 | 18.5% | -18.4% | 7.6 | 12.5% | -16.0% |
| Ext. Spec. Macrolides | $250.4 | 22.4% | 30.9% | 8.5 | 14.0% | 39.1% |
| Biaxin | $66.0 | 5.9% | -3.1% | 1.6 | 2.6% | -7.0% |
| Zithromax | $184.5 | 16.5% | 108.6% | 6.9 | 11.4% | 155.3% |
| Augmentin | $382.3 | 34.1% | 17.2% | 7.9 | 13.0% | 10.2% |
| Other Classes | $50.0 | 4.5% | -15.9% | 6.2 | 10.1% | -18.3% |
| TOTAL PEDIATRIC | $1,119.8 | 100.0% | 1.0% | 60.8 | 100.0% | -5.4% |

Table 4 shows 1999 U.S. pediatric antibiotic sales and prescriptions by class/product. Augmentin, Zithromax and Cefzil are the market leaders, all of which have grown over the 1995-1999 period.

---

CONFIDENTIAL
ABBT0570754

**Table 5: 1999 U.S. I.V. Antibiotic Market**

The following table shows 1999 U.S. I.V. antibiotic sales. Sales of I.V. antibiotic products have grown slightly as more expensive branded agents (Rocephin, Levaquin) have replaced lower cost generic agents. Rocephin, the market leader, had 1999 sales of $514MM.

|                       | Sales | | |
|                       | Sales ($MM) | Share | CAGR₉₅₋₉₉ |
|-----------------------|-------------|-------|-----------|
| Penicillins           | $69.1       | 3.3%  | -3.6%     |
| Carbapenem/Primaxin   | $139.3      | 6.6%  | 4.4%      |
| Vancomycin            | $73.7       | 3.5%  | -1.1%     |
| Cephalosporins        | $904.9      | 42.7% | -1.9%     |
|   Rocephin  | $514.3      | 24.3% | 4.0%      |
|   Other Cephalosporins | $390.6 | 18.5% | -7.6%  |
| Ery & Macrolides      | $45.5       | 2.2%  | 8.8%      |
| Ext. Spec. Macrolides | $35.3       | 1.7%  | NA        |
|   Zithromax | $35.3       | 1.7%  | NA        |
| Monobactams           | $331.4      | 15.7% | 1.2%      |
| Aminoglycosides       | $63.3       | 3.0%  | 1.7%      |
| Quinolones            | $340.5      | 16.1% | 21.4%     |
|   Cipro     | $120.5      | 5.7%  | NA        |
|   Trovan    | $35.6       | 1.7%  | NA        |
|   Levaquin  | $178.7      | 8.4%  | NA        |
| Other Classes         | $113.7      | 5.4%  | 21.5%     |
| TOTAL I.V.            | $2,116.8    | 100.0%| 3.2%      |

## C. Key Market Drivers

- Resistance to antibiotics will continue to increase. Physicians will be urged to restrict the use of antibiotics for documented, severe infections and to choose agents with an appropriate spectrum of activity relative to the infection being treated. Resistance will increasingly become part of the promotional mix for emerging agents. The ability of an agent to treat resistant pathogens (Levaquin's recent claim for penicillin resistant *S. pneumoniae*) and the real or perceived ability to slow or prevent resistance development (mutation prevention concentration, low mutation frequency, etc) may confer competitive advantage to such agents.

- Quinolones, which historically have seen limited use in community-acquired respiratory infections, will become a significant class in this segment as new agents from this class are launched that specifically target RTIs. The performance of recent quinolones along two dimensions may have a profound impact on the success of this class in the community RTI market: a) safety and b) development of quinolone resistance

- Convenience attributes such as QD dosing and short course of therapy (5-7 days) will become commonplace and will offer little in the way of differentiation; adverse event profiles and drug-drug interactions, however, are areas where improvements may be made.

- Unmet need in the antibiotic market is very low. Differentiation along current product attributes (clinical success, safety, convenience) will be difficult. Hence, companies will turn to new efficacy metrics as a means of differentiating their products. Efficacy toward resistant organisms will be an important new metric. PK/PD parameters will also be exploited to gain competitive advantage.

---

CONFIDENTIAL
ABBT0570755

- Several key branded antibiotics will lose patent exclusivity over the next three to five years (see Table 6). Among those products losing patent exclusivity are the top three pediatric brands (Augmentin, Cefzil, Zithromax). While the influx of generic competition may result in increasing price sensitivity, the extent of the price sensitivity may be dampened in comparison to other markets where products do not lose their activity over time like antibiotics.

**Table 6: Anticipated Loss of Patent Exclusivity**

| | |
|---|---|
| Augmentin | 2002 |
| Ceftin | 2003 |
| Cipro | 2003 |
| Dynabac | 2003 |
| Biaxin | 2005 |
| Cefzil | 2005 |
| Levaquin | 2005 |
| Zithromax | 2005 |

- Antiviral therapeutics and diagnostics for influenza and colds will reach the market. While initial data suggest such agents may instead be used in an additive mode to antibiotics, increasing promotional support of such agents or a market increase in antibiotic resistance could alter this algorithm.

---

*ABT-773 Strategic Marketing Plan*                                                                 10

CONFIDENTIAL
ABBT0570756

### D. Customers

The bulk of antibiotic prescriptions are written by primary care physicians (GP, FP, IM, DO and Peds) and as such these physicians are the primary target market. Several specialties are also important, particularly from the standpoint of opinion development; these include infectious disease specialists, otolaryngologists (ENTs), allergists, and pulmonologists. Managed care is also a key customer, and strategies are being implemented to ensure the highest degree of formulary acceptance.

### E. Competitive Analysis

Three classes of antibiotics represent the majority of the competition within the antibiotic market, namely ketolides, macrolides, and quinolones.

Whereas quinolones were once regarded as agents to be used only in cases of severe and/or non-respiratory infections, improvements in the safety and spectrum of these agents has allowed for increasing penetration into the community-acquired respiratory market. Two new quinolones, Tequin (gatifloxacin, BMS) and Avelox (moxifloxacin, Bayer) were launched in the U.S. in December 1999; a third, Factive (gemifloxacin, SKB) was filed with the FDA in December 1999. Beyond being highly competitive products from a product profile standpoint, the companies are also aggressively promoting these agents, each factor adding considerably to the competitive intensity within the community-acquired respiratory market. Tequin has fared well since its launch, outpacing the launch of the quinolone Levaquin by approximately X%. Quinolones are among the most active antiinfective classes in terms of number of compounds in development. Notable quinolones in development are T-3811 (Toyama/BMS), XXX, and XXX.

Macrolides are regarded as extremely safe and efficacious agents, but resistance to these agents, particularly with *Strep. pneumoniae*, is becoming more widespread. At the present time, resistance to macrolides is observed primarily in the context of in-vitro-based surveillance studies and has not yet resulted in a large number of clinical failures. Over time, however, macrolide resistance will reach a point that the clinical utility of these agents will be compromised.

The response to this shortcoming of the macrolides are ketolides. Based on a macrolide structure, ketolides have improved microbiological activity against *Strep. pneumoniae* due to enhanced interactions with the ribosome. Ketek (telithromycin, Aventis) was filed with the FDA in March 2000, and will therefore likely be the first ketolide to reach the market. This first-to-market advantage may be relatively minor, however, as competitive intelligence has revealed limitations with the product including a relatively large dose (2 x 400 mg QD) and high COGS (which may limit its positioning flexibility). Scientific data presented at ICAAC 2000 also reported a high level of diarrhea (10-20%, see Appendix X for a full Ketek summary).

Zyvox (linezolid, Pharmacia), which represents the first agent of another novel class, oxazolidinones, was approved in the U.S. in April 2000. Zyvox has good coverage of Gram-positive pathogens such as *Strep. pneumoniae* and VRE but limited coverage of Gram-negative

CONFIDENTIAL
ABBT0570757

and common community pathogens *H. influenzae* and *M. catarrhalis.* As such, placement of this product for community respiratory infections will be a challenge. Bayer and Zeneca are also pursuing oxazolidinones for antiinfective application in addition to Pharmacia.

A summary of the key emerging products is shown in Table 8.

Table 8: Summary of Key Emerging Competitors



CONFIDENTIAL
ABBT0570758

## IV. UNMET NEEDS

Overall unmet need in the anti-infective market is low. Resistance represents the largest unmet need, and this will likely continue and intensify over time. Satisfaction with other product attributes, such as convenience, spectrum of activity, and tolerability/safety is quite high. Any improvements in these areas will be incremental and will offer little in the way of differentiation.

**Table 9: Unmet Needs in Anti-Infective Market**

| Unmet Need | Pipeline Impact |
|---|---|
| Appropriate spectrum | As resistance continues to be an issue, the goal will be to match the spectrum of activity with the infections being treated. Macrolides have an appropriate RTI spectrum, but suffer from relatively poor activity against *H. influenzae*, a key respiratory pathogen. Quinolones cover the RTI spectrum, but are regarded by many to be *too* broad, also having activity against non-RTI Gram-negatives and anaerobic species. |
| Activity against resistant organisms | *S. pneumoniae*, MRSA, and VRE represent most problematic pathogens, though MRSA/VRE are not major community pathogens; efficacy against some G (-) pathogens (e.g. *Pseudomonas*) is also becoming problematic. Most agents in pipeline offer increased efficacy against some resistant organisms but not others. Resistance will likely continue to be a source of unmet need due to its dynamic nature. |
| Low propensity for resistance development | Given that most compounds in development are from classes of drugs already in use, this need is largely unmet. It is unclear how quickly resistance will build to new classes of drugs. Gatifloxacin is touting that its 8-methoxy sidechain results in lower rates of resistance development; the role of PK profile in the development of resistance is also an emerging concept. |
| Convenience (duration/frequency) | Standard moves toward 5-7 days of therapy with QD dosing; may start to see 3-day therapies for some indications (AECB) |
| Increased tolerability | Key areas remain GI and taste perversion (macrolide/ketolide) and QT prolongation (macrolide/quinolone). As the market continues to mature, the market will be less tolerant of any significant level of AE. |
| Few drug-drug interactions | Quinolones, macrolides, and ketolides all interact to varying degrees with other drugs; a potent drug with no interactions would be a benefit in this market |

## V. PRODUCT PROFILE

The product profile shown below compares the optimal product attributes with those of ABT-773. The performance of ABT-773 for many of these attributes has not yet been determined. This profile is based largely on product attributes the current market values and promotes. As better and better agents reach the market, the marketing significance of many of these attributes will decrease and will no longer serve to differentiate products. Efforts are underway to identify

---

CONFIDENTIAL
ABBT0570759

new and relevant product attributes that would confer competitive advantage to ABT-773 (see section VII).

### Table 10: Optimal Product Profile Versus Actual

| Optimal Product Attribute | Actual | Impact/Comments |
|---|---|---|
| Improved activity against G+ and atypical pathogens vs clari | Same | Better activity than quinolones |
| H. flu activity comparable to moxifloxacin | Improved vs clari/azi; inferior to moxi | Issue can be mitigated with clinical data and favorable tissue concentration data |
| Indication for drug resistant S. pneumo* | TBD | M |

CONFIDENTIAL
ABBT0570760

## VI. PRODUCT OBJECTIVE, POSITION, & MESSAGE

Two poles to market: safety/convenience vs efficacy

Market convergence

2nd tier differentiators i.e. ribosomes, pack strategy

Maximization of profit to the anti-infective franchise is the objective. This will be effected through an optimal positioning of all the agents in the franchise, including ABT-773, Biaxin, Biaxin XL, and any future product additions. This is not necessarily the positioning strategy that will result in the highest combined product share.

Product positioning is simply an identification of the differentiating characteristics of a product followed by the marketing (positioning) of the product to the market segment(s) that value those characteristics. The "box" strategy has been a useful construct in segmenting the current antibiotic market for Biaxin. This "box" strategy is based on marketing research that indicated that the severity of the illness usually was the most significant driver of antibiotic selection for physicians. For less severe "box 2" infections (which may actually be viral), convenience and cost are the main drivers of selection, with efficacy secondary. For more severe "box 3" infections, efficacy drives the decision, followed by convenience and cost. The marketing research also revealed that physicians perceived Biaxin to offer a high degree of efficacy. The "box" strategy was simply a realization of the differentiating characteristics of Biaxin (efficacy) and the promotion of that feature to the segment that valued it.

What must first be determined is whether the "box" (i.e. severity-based) segmentation will still be relevant to the market of 2003. If this "box" segmentation remains relevant, the differentiating characteristics of ABT-773 relative to this segmentation must then be assessed. Based on what is currently known of ABT-773, it will likely not be differentiated from other competitors based on convenience attributes. As such, it would be difficult to position the product as a pure "box 2" agent. The only other option would be to position the product along efficacy dimensions. The challenge here is that it is becoming increasingly difficult to differentiate products along current efficacy metrics such as clinical success, eradication, and spectrum of activity.

Over the next several months, New Product Development will be working with Venture and Marketing to define a "wish list" of potential differentiating clinical outcomes to allow positioning flexibility. These outcomes will then be evaluated in marketing research along with various positioning strategies (position, message, price). The scenario that affords the highest return to the franchise will form the basis for the positioning strategy for ABT-773. This research will also form the basis for the phase III clinical trial plan.

CONFIDENTIAL
ABBT0570761

## VII. KEY COMMERCIAL ISSUES & OPPORTUNITIES

### A. ISSUES

#### Issue #1
Uncertainty in ABT-773 convenience profile i.e. potential for BID dosing

#### Issue #2
PK Profile (both serum and tissue)



#### Issue #2
Product Differentiation

#### Implication
At one time it was possible to differentiate antimicrobial agents through differences in key product attributes such as clinical efficacy, spectrum of coverage, dosing convenience and adverse events. Agents now reaching the market, however, are virtually identical with respect to these attributes, making product differentiation extremely difficult; this will be even truer when ABT-773 launches in 2003 (Table 11). Other sources of product differentiation beyond the traditional product attributes must therefore be identified and exploited.

#### Objective
Identify new metrics for product differentiation for ABT-773

---

*ABT-773 Strategic Marketing Plan*                                        16

CONFIDENTIAL
ABBT0570762

**Strategies**

Pharmacokinetic and pharmacodynamic (PK/PD) data is starting to emerge as a new source of product differentiation. It appears that moxifloxacin and gemifloxacin are both employing this strategy to differentiate themselves from other quinolones as well as from agents in other classes. The impact of these strategies should be taken very seriously given that 1) both Bayer and SKB are experienced players in the AIF market 2) they each employ a large number of sales representatives in the AIF market 3) the concepts put forth by the companies are virtually identical, in effect "colluding" to distance themselves from the crowded AIF market. A similar PK/PD strategy should be adopted for ABT-773 as well, at a minimum to neutralize any competitive advantage that could be realized by the competition (mainly the quinolones) but ideally to identify characteristics of ABT-773 which could be used to gain competitive advantage in its own right. Specifically:

- Concentration-dependent killing (quinolones) may be promoted as an advantage to time-dependent killing (macrolides/ketolides), implying an advantage in speed/efficacy as well as with induction of resistance ("dead bugs can't mutate"). If possible, work should be carried out to show comparable and/or superior kill kinetics to the quinolones. Such data would be used in conjunction with a marketing effort to distance the ketolide class from the negative PK/PD perceptions of the macrolides.

- The ratio of area-under-curve (AUC) to MIC is increasingly being adopted as a predictor for clinical outcome; at issue is the extent to which this ratio could be used as a promotional tool. While this ratio is applicable only to agents with concentration-dependent killing, the risk is that with enough promotional noise from the quinolones, prescribing physicians could erroneously start to apply this concept to agents like ABT-773 whose ratios might appear inferior (even if irrelevant) to those of the quinolones. Work should be carried out to determine if this ratio has any applicability to ABT-773 so that any efforts to promote agents over ABT-773 on the basis of this (misapplied) parameter can be blunted.

- Identify other PK/PD parameters where ABT-773 would have an advantage and where a compelling argument could be put forth as to the relevance of that parameter to the treatment of respiratory infection. Beyond that, considerable effort will need to be invested in the infectious disease community (opinion leaders, clinical study leaders, etc) to gain buy-in on these concepts. This will require the coordination of the Abbott scientists, venture members, marketing, and external collaborators to identify and implement such parameters.

Potential sources of differentiation beyond PK/PD should also be investigated. These might include:

- "Lifestyle" clinical outcomes, such as symptom improvement scores and onset of symptom improvement
- Pharmacoeconomic outcomes
- Post-antibiotic-effect
- Other respiratory pathogens e.g. *B. pertussis*
- New means of presenting adverse events i.e. not only by frequency but by the clinical significance of the adverse event

---

*ABT-773 Strategic Marketing Plan*                                                                17

CONFIDENTIAL
ABBT0570763

Over the next several months, New Product Development will be working with Venture and Marketing to define a "wish list" of potential differentiating clinical outcomes to allow positioning flexibility. These outcomes will then be incorporated into a positioning study (see issue #2) to determine the value of these outcomes to the market. Those outcomes deemed to have a sufficiently high ROI will then be recommended for inclusion into the phase III clinical trial plan.

CONFIDENTIAL
ABBT0570764

### Issue #2
Optimal product positioning

### Implication
The positioning of ABT-773 must be carried out not only in regard to the overall antiinfective market, but also with respect to Biaxin, Biaxin XL, and Omnicef. The goal of the positioning strategy should be to maximize profit to the franchise, which may not be the strategy that maximizes combined franchise product shares.

Product positioning will also impact the extent to which the ketolide class can sell itself as a new class of antibiotics rather than merely an extension of the macrolide class. A new class would see less resistance in terms of formulary acceptance and would allow the class to distance itself from some of the negative perceptions of the macrolide class (H. flu, bacteriostatic, macrolide resistance).

As described above, the clinical trial plan should ultimately support the product positioning.

### Strategies:
Primary marketing research will be carried out to determine the strategy that maximizes profit to the franchise. The objective of this research would be to identify the positioning (position, message, price) that offers the highest profit return to the franchise in light of the competitive landscape. This work will be in progress from November 1999 through January 2000. The product positioning will drive the phase III clinical trial plan. It is anticipated that the phase III clinical plan will need to be completed by February 2000.

### Issue #3
The HMR ketolide telithromycin (HMR-3647) may reach the market up to two years in advance of ABT-773

### Implications

- The positioning that HMR adopts for their ketolide could impact the positioning of ABT-773. If the messages of Abbott and HMR are similar, it will be more difficult to create interest in ABT-773. Conversely, if the messages are vastly different, "believability" or confusion issues could exist.

- Any negative product characteristics of telithromycin could be perceived as "class" effects, thus impacting the perceptions of ABT-773.

- The extent to which HMR's ketolide is accepted on a given managed care formulary may initially limit ABT-773's acceptance until a subsequent formulary review is undertaken.

- Share gained by HMR represents share that ABT-773 may need to capture depending on relative positioning of the two products

---

*ABT-773 Strategic Marketing Plan*                                                                19

CONFIDENTIAL
ABBT0570765

## Strategies

The strategy to address this issue consists of communication to the market as to advantages of ABT-773 over telithromycin (and other products). While this strategy will likely do little to reduce the uptake of telithromycin, it may facilitate the switching from telithromycin to ABT-773 once ABT-773 launches. Specific strategies include:

- Utilize competitive intelligence sources to obtain knowledge of product profile and positioning tactics

- Presentation of comparative information at scientific meetings, opinion leader advisories, and in journals

- Use of Abbott Medical Liaisons to disseminate information to key opinion leaders

- Work with PPD Managed Care to ensure that ABT-773 is well positioned within the managed care environment

## B. Opportunities

### Opportunity #1
Antimicrobial Resistance

### Implication
Resistance is emerging as a key differentiating dimension in the antibiotic market. The differentiating potential of resistance can be further segmented along two dimensions: 1) ability of the agent to treat resistant pathogens 2) propensity for induced resistance with use of the agent. The extent to which ABT-773 performs along these two dimensions of resistance may translate into a competitve advantage over other agents.

### Objective
Leverage the resistance profile of ABT-773 to gain competitive advantage

### Strategies
- Gain an indication for drug-resistant Strep. pneumo, the most prevalent resistant respiratory pathogen. However, given that moxifloxacin will have this same indication (gatifloxacin and gemifloxacin may as well), this indication should be considered a required product characteristic rather than a source of competitive advantage.

- Conduct clinical and in-vitro comparisons between telithromycin, gemifloxacin, moxifloxacin, and gatifloxacin (among others) for drug resistant infections/organisms with the intent of showing comparable and/or superior efficacy to those agents.

- An Achilles' heel of the quinolones appears to be the relative ease with which pathogens (particularly Strep. pneumo) can develop resistance. Bacterial resistance to the quinolones, which was previously thought to occur only by means of gene mutation, was recently shown

---

*ABT-773 Strategic Marketing Plan*                                                    20

CONFIDENTIAL
ABBT0570766

to develop from a transferable plasmid, which may accelerate the rate of development of resistance to this class of antibiotics. Indeed, in-vitro data has shown it requires relatively few generations of a pathogen exposed to a quinolone before resistance is induced. Finally, it appears that the development of quinolone resistance may confer resistance to unrelated classes of antibiotics. An understanding of the mechanisms of quinolone resistance, the implications of that resistance to other antibiotic classes, surveillance data on the prevalence of mutations among strains of community pathogens, and related information should be obtained with the intent of using this information as part of a "counter-promotional" strategy. This could entail the building of awareness of such issues prior to launch via scientific meetings, advisories, etc. followed by true detailing efforts with this information upon launch.

### Opportunity #2
Potential for I.V. and oral suspension (pediatric) formulations

### Implications
While not currently funded, I.V. and oral suspension formulations represent an opportunity along several dimensions. Biaxin is not available in I.V. and Biaxin oral suspension has not been well accepted due to taste issues. Hence, these two formulations represent an opportunity for enhanced franchise visibility in two key channels, hospitals and pediatrics. An I.V. formulation can also result in greater access to hospital formularies and can pay dividends in greater tablet business stemming from I.V. step-down therapy. Beyond the incremental sales that an oral suspension formulation would provide, it also sends a strong signal to the market that the agent is safe. This will be an important part of the promotional strategy for competing with the quinolones, which have been unable to obtain pediatric indications because of various safety issues.

### Objective
Develop I.V. and oral suspension formulations

### Strategies
- Obtain funding for I.V. and oral suspension formulations for FY2000

- Develop the formulations in accordance with the product profiles shown in Section V

### Opportunity #3
Exploiting a new product class-ribosome binding

### Implication
The new ketolide class may result in a high interest level among the target market, including potentially greater access to managed care formularies.

### Objective
Leverage the "new class" status to increase market awareness and acceptance

---

CONFIDENTIAL
ABBT0570767

## Strategies

- Presentation of comparative information at scientific meetings, opinion leader advisories, and in journals

- Use of Abbott Medical Liaisons to disseminate information to key opinion leaders

- Establish ABT-773 web page and, nearing and during launch of telithromycin, direct Biaxin sales reps to distribute the web address as part of the Biaxin sales call (Medical Regulatory must be consulted).

- Work with PPD Managed Care to ensure that ABT-773 is well positioned within the managed care environment

CONFIDENTIAL
ABBT0570768

## VIII.    STRATEGIC MARKETING MIX

**PRODUCT:**

**A.    USAN/Branding Strategy**

- Identification of generic name in progress; estimated completion 12/99. Candidate names will be filed with USAN, with approval approximately 12 months post-submission.

- Brand name creation initiated 8/99 with Interbrand. Objective is to identify a single global brand that will be used in all markets. Identification of candidate names for submission to Patent and Trademark Office 1Q2000. Brand name will also be registered as the website for ABT-773.

- The intent will be to utilize the brand name as much as possible for communications external to Abbott, e.g. advisories, scientific meetings, press releases, etc.

**B.    Formulation Plan**

- ABT-773 will be available in a tablet; the goal is to have a QD formulation, which appears likely based on phase IIa and pharmacokinetic studies. Multiple tablet strengths may be available, pending phase IIb studies and marketing research/positioning studies.

- Funding for I.V. and oral suspension (pediatric) formulations has not yet been achieved. It is likely that these programs will be funded for FY2000. Development plans for these two formulations are being established as of this writing.

**C.    Packaging**

- Determine value of a convenience pack strategy in light of ultimate product positioning

**COMMUNICATION STRATEGY:**

**A.    Professional**

The focus of the communication strategy is toward professionals. Activities currently ongoing in this arena include opinion leader development through advisories and "VIP" visits, posters/presentations at scientific meetings, and articles in journals. An ABT-773 Communication Strategy Group consisting of NPD, AI New Product Planning, and Venture representatives meets monthly to plan communication activities.

**B.    Consumer**

No activities planned.

---

*ABT-773 Strategic Marketing Plan*

CONFIDENTIAL
ABBT0570769

C.    **Associations/Agencies**

While no activities are currently ongoing, work to identify agencies/organizations whose policies are consistent with the positioning of ABT-773, specifically with regard to resistance and appropriate use, will be initiated. The CDC and WHO are potential partners, both of whom have issued statements regarding appropriate use of antibiotics.

D.    **Managed Care**

Work with managed care to develop pre-launch communication plan

**PRICING STRATEGY:**

This will be determined in the product positioning marketing research

CONFIDENTIAL
ABBT0570770

# PLs' HX



Klotz
EXHIBIT NO. 20
5-16-07
MICHELLE KEEGAN

*CONFIDENTIAL*

# ABT – 773

## **Descriptive Memorandum**

*May 2000*

## Abbott Laboratories

June 5, 2000                                     Hancock – ABT-773

Confidential                                     ABBT246466

## ABT-773

*Opportunity Overview*

ABT-773 pertains to a promising new class of antibiotics known as ketolides. ABT-773 is likely to have activity against resistant strains of bacteria and will, therefore, compete effectively against currently marketed antibiotics. The compound is currently in Phase IIb trials. It is scheduled to begin in phase III clinical trials in Q4, 2000 and has an expected U.S. launch date of January 2003. Ex-U.S. launches are projected for 2003 and 2004 for Europe and Japan, respectively.

Product features such as high efficacy, activity against resistant strains of bacteria and convenience should enable it to compete against both Zithromax and newer agents such as the quinolones. Dosing is expected to be once-a-day. A 5-day convenience pak at a competitive price will help maximize sales. Worldwide sales, including tablet/capsule, oral suspension and intravenous (I.V.) forms, are projected to top $1 billion by 2007.

*The US Market*

The overall antibiotic market in the U.S. reached $8.9 billion in sales in 1999. The tab/cap segment is the largest; sales in 1999 were $5.7 billion. The I.V. and oral suspension segments are comparatively smaller; total sales topped $2.1 and $1.1 billion, respectively.

Tab/cap and oral suspension prescription volume had been declining 1-2% per year in the period of 1995-1998, due to more appropriate prescribing in the face of increasing resistance. However, total tab/cap prescription volume recovered in 1999 and grew 6.3%. Even in the face of negative pressure on antibiotic use, dollar sales in the U.S. have continued to increase, particularly in the tab/cap market. This is due to the trend of replacing relatively low-cost generic agents with higher priced premium antibiotics. The market is willing to bear higher costs for agents that satisfy unmet needs. The I.V. market has grown slightly in terms of sales, also being driven largely by the replacement of generic agents with more costly branded agents.

Macrolides, largely fueled by the gains of Zithromax, have seen significant growth in terms of both prescriptions and sales. Zithromax prescriptions far outnumber those of other competitors, while its sales have nearly surpassed those of the sales leader, Cipro. Historically, quinolones saw relatively limited use for community respiratory tract infections (RTIs) because of poor Gram-positive coverage and sub-optimal adverse event profiles. Newer quinolones such as Levaquin have been successful in achieving more widespread use by virtue of its improved activity and adverse event profile. Levaquin currently accounts for approximately 30% of quinolone market share. It is anticipated that recent quinolone introductions (Avelox, Tequin) will build upon the RTI momentum established by Levaquin. The growth of the macrolide and quinolone classes has come largely at the expense of cephalosporins and generic agents such as erythromycin and penicillin.

The following table shows 1999 tab/cap sales and prescriptions by class/product:

| | Sales | | | TRXs | | |
|---|---|---|---|---|---|---|
| | Sales ($MM) | Share | CAGR₉₅₋₉₉ | TRXs (MM) | Share | CAGR₉₅₋₉₉ |
| Penicillins | $148.3 | 2.6% | -1.0% | 52.5 | 23.7% | -5.6% |
| Cephalosporins | $980.9 | 17.2% | -5.8% | 37.9 | 17.1% | -3.5% |
| Ceftin | $383.9 | 6.7% | 1.8% | 5.0 | 2.3% | -1.0% |
| Cefzil | $188.7 | 3.3% | 12.5% | 2.7 | 1.2% | 11.3% |
| Other | $408.3 | 7.1% | -14.7% | 30.1 | 13.6% | -4.8% |
| Ext. Spec. Macrolides | $1,595.6 | 27.9% | 19.9% | 36.1 | 16.3% | 20.8% |
| Biaxin | $690.5 | 12.1% | 6.1% | 11.3 | 5.1% | 1.2% |
| Zithromax | $891.1 | 15.6% | 42.1% | 24.4 | 11.0% | 41.5% |
| Other | $14.0 | 0.2% | 21.0% | 0.4 | 0.2% | 53.0% |
| Quinolones | $1,622.1 | 28.4% | 17.0% | 24.0 | 10.8% | 11.7% |
| Cipro | $902.5 | 15.8% | 8.3% | 14.1 | 6.4% | 5.1% |
| Levaquin | $529.4 | 9.3% | NA | 7.0 | 3.1% | NA |
| Other | $190.2 | 3.3% | -2.2% | 3.0 | 1.3% | -6.4% |
| Augmentin | $778.1 | 13.6% | 17.8% | 10.7 | 4.8% | 11.8% |
| Other Classes | $590.5 | 10.3% | -1.1% | 60.4 | 27.3% | -4.1% |
| TOTAL TAB/CAP | $5,715.4 | 100.0% | 8.9% | 221.5 | 100.0% | 0.1% |

Confidential

*U.S. Market Projections*

Resistance to antibiotics is likely to increase, creating opportunities for new agents with activity against resistance. Physicians will be urged to choose agents with an appropriate spectrum of activity relative to the infection being treated. Resistance will increasingly become part of the promotional mix for emerging agents. The ability of an agent to treat resistant strains and the real or perceived ability to slow or prevent resistance development (mutation prevention concentration, low mutation frequency, structure-activity relationships, etc) may confer competitive advantage to such agents.

- Quinolones, which historically have seen limited use in community-acquired respiratory infections, will become a significant class in this segment as new agents from this class are launched that specifically target RTIs.

- The market will become more competitive as new agents enter both the community segment (ketolides, quinolones) as well as the nosocomial segment (oxazolidinones, streptogramins, everninomycins, peptides, others).

- Several key branded antibiotics will lose patent exclusivity over the next three to five years.. This may create an opportunity in the pediatric market as the top three pediatric brands (Augmentin, Cefzil, Zithromax) are among those losing patent exclusivity.

Antiviral influenza and cold therapeutics, as well as an increasing number of antibacterial vaccines may have a negative impact on antibiotic prescriptions.

*The Ex-U.S. Market*

Ex-U.S. sales of antibiotics totaled $11.7 billion in 1999. Tab/cap represents the largest segment, with sales of $9.4 billion from 770 million total prescriptions. Total Rx growth has been flat, with a 1996-99 CAGR of 0.5%. The use of antibiotics is predicted to slowly decline due to more judicious use of antibacterials in the face of increasing bacterial resistance.

Ex-U.S., the quinolone class accounted for 8% of total tab/cap market prescriptions (62 million Rxs) and 13% of sales ($1.2 billion). Ciprofloxacin is the market leader ex-U.S. with approximately 47% of the quinolone market Rxs (29 million Rxs) and 44% ($530MM) of sales. Levofloxacin launched in many European markets in 1998/1999 and holds approximately 14% Rx share of the European quinolone market and 0.8% of the overall tab/cap market. Although grepafloxacin and trovafloxacin also launched in some European countries in 1999, both products were recently pulled from the market due to liver toxicity and other complications. Moxifloxacin launched in Germany in Q4 1999, but has not yet been approved in other markets. In Japan, levofloxacin launched in 1994 and still commands a 65% Rx share of the quinolone market and 10% of the Japanese tab/cap market overall. Japan accounts for approximately 80% of ex-U.S. levofloxacin sales ($370MM).

Confidential

ABBT246468

*Scientific Rationale for ABT-773*

The likely profile of ABT-773 justifies further development:
- ABT-773 pertains to a new class of antibiotics.
- Good activity against resistant gram+ organisms, particularly macrolide resistant S. pneumoniae.
- Convenience, safety, and tolerability profile competitive with Z-pak.
- Oral Suspension and I.V. forms enabling penetration into pediatrics and hospital segments.

*Clinical Studies*

The safety and efficacy of ABT-773 in AECB were studied in a multi-center Phase II clinical trial conducted between January and April of 1999.  Dosing regimens of 100mg TID and 200mg TID were tested.  Of the 169 enrolled patients, 159 were clinically evaluable and 96 were both clinically and bacteriologically evaluable.  The following chart summarizes the results.

| Presumed Bacterial Eradication | ABT-773 100mg TID | ABT-773 200mg TID | Overall Eradication |
|---|---|---|---|
| *S. pneumoniae* | 100% (13/13) | 90% (9/10) | 96% (22/23) |
| *M. catarrhalis* | 100% (6/6) | 100% (7/7) | 100% (13/13) |
| *H. influenzae* | 96% (23/24) | 92% (24/26) | 92% (47/50) |
| *H. parainfluenzae* | 100% (6/6) | 88% (7/8) | 93% (13/14) |

| Clinical Response | ABT-773 100mg TID | ABT-773 200mg TID |
|---|---|---|
| Cure | 96% (77/80) | 92% (73/79) |
| Failure | 4% (3/80) | 6% (3/49) |

| Clinical and Bacteriological Response | ABT-773 100mg TID | ABT-773 200mg TID |
|---|---|---|
| Cure | 96% (46/48) | 94% (45/48) |
| Failure | 4% (2/48) | 6% (3/48) |

| Adverse Events | ABT-773 100mg TID | ABT-773 200mg TID | Overall |
|---|---|---|---|
| Taste Perversion | 5% (4/84) | 8% (7/85) | 6.5% (11/169) |
| Diarrhea | 11% (9/84) | 6% (5/85) | 8% (14/169) |
| Nausea | 2% (2/84) | 2% (2/85) | 2% (4/169) |
| Abdominal Pain | 1% (1/84) | 2% (2/85) | 2% (3/169) |
| Headache | 2% (2/84) | 1% (1/85) | 2% (3/169) |
| Rash | 2% (2/84) | 1% (1/85) | 2% (3/169) |
| Dyspnea | 2% (2/84) | | 1% (2/169) |
| Elev. Liver Funct. Test | 1% (1/84) | 1% (1/85) | 1% (2/169) |
| Fever | | 2% (2/85) | 1% (2/169) |

*Patent Status*

ABT-773 will have patent exclusivity through 2016.

Confidential

ABBT246469

*Financial Projections*

### Total Worldwide ABT-773 Net Sales ($MM)



| Total Worldwide ABT-773 Net Sales by Form ($MM) | | | | | | |
|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
| US Tablet Sales | 64 | 159 | 289 | 383 | 481 | 570 |
| US Oral Suspension Sales | | 41 | 59 | 88 | 123 | 162 |
| US I.V. Sales | | 12 | 18 | 26 | 37 | 48 |
| Total U.S. Sales | 64 | 212 | 366 | 497 | 641 | 780 |
| Ex-US Tablet Sales | 43 | 157 | 261 | 352 | 430 | 465 |
| Ex-US Oral Suspension Sales | | 12 | 38 | 63 | 84 | 103 |
| Ex-US I.V. Sales | | 1 | 4 | 8 | 14 | 18 |
| Total Ex-US Sales | 43 | 170 | 303 | 423 | 528 | 586 |
| Total Worlwide ABT-773 Sales | 106 | 383 | 668 | 919 | 1168 | 1366 |

*Assumptions for Financial Projections*

- The tab form of ABT-773 launches in the U.S. and ex-U.S. in 2003; I.V. and oral suspension launch in 2004.
- 5 day QD compliance pak available.
- ABT-773 priced competitively with other macrolides, ketolides and quinolones in market at time of launch.
- Efficacy against multi-drug resistant Strep. pneumoniae is main point of differentiation vs. beta-lactam, macrolide and quinolone antibiotics.
- Tolerability equivalent to Zithromax.

Descriptive Memorandum: ABT - 773        **CONFIDENTIAL**                                5

Confidential

- **Appendix 1**

### Key Emerging Competitors

| Generic | Brand | Company | Class | Status |
|---|---|---|---|---|
| moxifloxacin | Avelox | Bayer | Quinolone | Approved by FDA 12/13/00 |
| gatifloxacin | Tequin | BMS | Quinolone | Approved by FDA 12/21/00 |
| gemifloxacin | Factive | SKB | Quinolone | Filed NDA 12/15 |
| T-3811 | TBD | BMS/Toyama | Quinolone | Phase I |
| telithromycin | Ketek | Aventis | Ketolide | Filed NDA 3/00 |
| linezolid | Zyvox | Pharmacia | Oxazolidinone | Approved by FDA Q2 '00 |

Confidential

ABBT246471

# PLs' HY

Klotz

EXHIBIT NO. 22
5-16-07
MICHELLE KEEGAN

**From:** Lynn C. Klotz [LynnKlotz@compuserve.com]
**Sent:** Tuesday, July 04, 2000 12:30 PM
**To:** Blewitt, Stephen
**Subject:** ketolide research summary

Steve,

Here is the summary research on ketolide antibiotics. This might be the most promising of Abbott's single drugs in the package. It may even achieve the greater than $1 billion market share they project, since Adventis publically projects $1 billion for its ketolide, Ketek, just on the market. Abbott's is not far behind and may have superior properties.

I will complete the summary research writeups on the trip, and send them to you when I return shortly after July 10.

As far as a final report, I will make sure you have all the information verbally first. I am planning one page for each basket item which will summarize the most salient facts. The interviews and slightly polished research summaries will be in Appendices.

-Lynn

CONFIDENTIAL
JH 003027

## Abbott's Ketolide Antibiotic (ABT-773)

file: abbott-ketolide

Potential interviewee's for ABT-773

Stuart Levy (Professor Microbiology Tuft's University School of Medicine, Tel: 617-636-6764, e-mail: stuart.levy@tufts.edu) is a leading authority on antibiotic resistance. If he views ketolides as particularly promising we may not need to interview anyone else.

Malathum K, Coque TM, Singh KV, Murray BE
(*Good interview candidates*)
Center for the Study of Emerging and Re-Emerging Pathogens, University of Texas
Medical School, Houston 77030, USA.

Schulin T, Wennersten CB, Moellering RC Jr, Eliopoulos GM
Department of Medicine, Beth Israel Deaconess Medical Center, and Harvard
Medical School, Boston, MA 02115, USA.
(*Excellent interview candidates, because of local connection. Does Andy Onderdonk know these researchers*)

Strigl S, Roblin PM, Reznik T, Hammerschlag MR
Division of Infectious Diseases, Department of Pediatrics, State University of
New York Health Science Center at Brooklyn, Brooklyn, New York 11203-2098, USA.
(*Possible interview candidates*)


Questions for antibiotic resistance experts on ketolide antibiotics

What new classes of antibiotics show promise against resistant gram-positives?

Of the following new classes, which are the most promising: Quinolones, polyketides, macrolides, ketolides, others? Why?

On average, what percentage of gram-positive infections are resistant to antibiotics? How fast is resistance growing?

Which of the large drug companies do you see as leaders in the development of new antibiotics?

The antibiotic market is highly fragmented. In business terms, there are many antibiotics each with small market share. What would be the properties of a new antibiotic that would make it widely used? Of the development stage antibiotics, do you see one or more that should find wide usage, and thus large market share?

Are there any other approaches to protection against infections that will significantly compete

CONFIDENTIAL
JH 003028

with antibiotics?  Vaccines?  Vaccines in edible plants?  Others?

Are there any other approaches to antribiotic resistance, besides new antibiotics, that seem promising?

Is there a key question that I did not ask?  What is it, and how would you answer it?


## Questions for Abbott on ABT-773 and competition

HMR 3647 is a Hoechst Marion Roussel antibiotic. It appears in more than one recent paper as especially promising.  In view of the fact that Aventis is the name of the Hoechst/Rhone-Poulenc merger, is Ketek just the new name for HMR 3647?

Is ABT-773 also more effective against strains susceptible to other antibiotics?

What other new classes of antibiotics show promise against resistant gram-positives?

On average, what percentage of gram-positive infections are resistant to antibiotics?  How fast is resistance growing?

In one literature report of a comparative test between Hoeest's ketolide (HMR 3647) and ABT-773, ABT-773 was found to be more active.  Are there other ketolides for which you have comparisons?

How did you arrive at future sales of over $1.3 billion?


## Example articles

2: Antimicrob Agents Chemother 2000 Jun;44(6):1562-7
Studies of the novel ketolide ABT-773: transport, binding to ribosomes, and inhibition of protein synthesis in streptococcus pneumoniae.
Capobianco JO, Cao Z, Shortridge VD, Ma Z, Flamm RK, Zhong P
Infectious Disease Research, Abbott Laboratories, Abbott Park, Illinois 60064, USA.
[Medline record in process]
Macrolide resistance in Streptococcus pneumoniae has been associated with two main mechanisms: target modification by Erm methyltransferases and efflux by macrolide pumps. The ketolide ABT-773, which has a 3-keto group and no L-cladinose sugar, represents a new class of drugs with in vitro activity against a variety of resistant bacteria. Several approaches were undertaken to understand how ABT-773 was able to defeat resistance mechanisms. We demonstrated tighter ribosome binding of ABT-773 than erythromycin. We also showed that ABT-773 (i) accumulated in macrolide-sensitive S. pneumoniae at a higher rate than erythromycin, (ii) was able to bind with methylated ribosomes, though at lower affinities than with wild-type ribosomes, and (iii) accumulated in S. pneumoniae strains with the

CONFIDENTIAL
JH 003029

efflux-resistant phenotype. (*Abbott has done research on the resistance mechanism.*).
PMID: 10817709, UI: 20277881

3: Antimicrob Agents Chemother 2000 Apr;44(4):1112-3
In vitro activity of ABT 773, a new ketolide antibiotic, against Chlamydia pneumoniae.
Strigl S, Roblin PM, Reznik T, Hammerschlag MR
Division of Infectious Diseases, Department of Pediatrics, State University of
New York Health Science Center at Brooklyn, Brooklyn, New York 11203-2098, USA.
(*Possible interview candidates*)
The in vitro activities of ABT 773, telithromycin (HMR 3647), azithromycin, clarithromycin,
erythromycin, and levofloxacin were tested against 20 strains of Chlamydia pneumoniae. (*Good,
this is a comparative test between Hocest's ketolide and Abbotts*) The MIC at which 90% of the
isolates were inhibited and the minimal bactericidal concentration at which 90% of the isolates
were killed by ABT 773 were 0.015 microg/ml (range, 0.008 to 0.015 microg/ml). ABT 773 was
the most active antibiotic tested in this study. (*This is in vitro, what about comparative animal
studies?*)
PMID: 10722526, UI: 20187185

4: Antimicrob Agents Chemother 2000 Feb;44(2):447-9
In vitro activity of ABT-773, a new ketolide, against recent clinical isolates of Streptococcus
pneumoniae, Haemophilus influenzae, and Moraxella catarrhalis.
Brueggemann AB, Doern GV, Huynh HK, Wingert EM, Rhomberg PR
Medical Microbiology Division, Department of Pathology, University of Iowa
College of Medicine, Iowa City, Iowa 52242, USA.
(*Also a possible interview candidate*)
The in vitro activity of ABT-773 was evaluated against Streptococcus pneumoniae, Haemophilus
influenzae, and Moraxella catarrhalis isolates. ABT-773 was the most active antimicrobial tested
against S. pneumoniae. ABT-773 and azithromycin were equivalent in activity against H.
influenzae and M. catarrhalis and more active than either clarithromycin or erythromycin. (*Again,
good in vitro results for Abbott*)
PMID: 10639382, UI: 20107001

02831133 (THIS IS THE FULLTEXT)
Respiratory Tract Infections: Ketolides Comprise New Family of Antibiotics (Aventis' antibiotic
Telithromycin shows in vitro activity against pathogens that lead to community- acquired
respiratory tract infections, according to PROTEKT study) TB & Outbreaks Week, p N/A June
13, 2000
DOCUMENT TYPE: Newsletter (United States)
LANGUAGE: English RECORD TYPE: Fulltext
WORD COUNT: 641
ABSTRACT:
Preliminary data reported from PROTEKT (Prospective Resistant Organism Tracking for the
Ketolide Telithromycin), a global study involving 66 laboratories, has found that telithromycin

CONFIDENTIAL
JH 003030

has demonstrated in vitro activity against pathogens that lead to community- acquired respiratory tract infections (RTIs) (*This study involves only the Aventis antibiotic, and is sponsored by Aventis*) Telithromycin is part of new family of antibiotics known as ketolides, being explored as RTIs grow increasingly resistant to commonly used antibiotics. Globally, RTIs kill more than 50 mil people yearly. PROTEKT is sponsored by Aventis Pharma. Ketek (telithromycin) was submitted by Aventis Pharmaceuticals to the US Food and Drug Administration (FDA) and the European Agency for the Evaluation of Medicinal Products for marketing approval earlier in 2000. Full text further discusses the PROTEKT study.

**CONFIDENTIAL**
**JH 003031**