UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY),<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11150-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF DR. BARRY I. GOLD

Dr. Barry I. Gold, being duly sworn, deposes and says:

*Background and Qualifications*

1.    My name is Dr. Barry I. Gold.  I reside in Cold Spring, New York.  This affidavit sets forth my direct testimony.

2.    I am a consultant to the pharmaceutical industry.  I was engaged to serve as an expert witness in this matter by John Hancock in 2006.  I have been asked to provide the Court with a tutorial regarding research and development ("R&D") of pharmaceutical compounds by so-called "Big Pharma," or large pharmaceutical companies such as Abbott that have an annual R&D budget of more than $1 billion.

3.     I have more than 20 years of experience in the pharmaceutical industry, including developing and managing portfolios of cancer, pain and other drugs for pharmaceutical companies. I have also managed clinical trials and worked with the FDA to obtain regulatory approval for new drugs.

4.     I am being compensated at the rate of $250 per hour for my services. My compensation is unrelated to the outcome of this litigation.

5.     A true and accurate copy of my C.V. as of my employment by John Hancock is attached to this affidavit as Exhibit A. A brief summary of my educational and employment background is as follows.

6.     I earned a PhD in Pharmacology from Boston University in 1976. I earned a BS in Zoology from the University of Cincinnati in 1968. I was a Post Doctoral Fellow in Pharmacology and Psychiatry at Yale University from 1976-78.

7.     From 1978 to 1984, I was an Assistant Professor of Pharmacology at the Uniformed Services University School of Medicine. I taught pharmacology to second-year medical students, and supervised graduate students and post-doctoral fellows.

8.     From 1984 to 1989, I was Group Leader, Biochemistry, for Anaquest, a pharmaceutical company that was headquartered in Liberty Corner, New Jersey. Among other things, I created a bio-chemical pharmacology laboratory and evaluated licensing opportunities for Anaquest.

9.     From 1992 to 1993, I was Associate Director, Clinical Research, for Roberts Pharmaceutical Corp., now known as Shire. As Associate Director, I managed clinical trials, out-licensing efforts, and introduced a "project team" organizational structure for drugs under development. See ¶¶ 27-28, infra.

10. From 1994 to 1998, I was Director, Project Management, Central Nervous System & Biologicals for Wyeth-Ayerst Laboratories, now known simply as "Wyeth." As Director, I managed Wyeth's portfolio of central nervous system drugs under development in the United States and Europe.

11. From 1998 to 2001, I was Director, Project Management for Knoll Pharmaceutical Company ("Knoll"). As Director, I supervised Knoll's portfolio of cancer and pain drugs under development in the United States and Europe. I prepared research and development budgets and tracked expenses. I reported to Knoll's Board of Directors regarding the status of, and significant events related to, my portfolio of drugs under development.

12. In late 2000, Knoll was acquired by defendant Abbott Laboratories ("Abbott"). I left Knoll in the course of Abbott's integration process and subsequently became an independent consultant to the pharmaceutical industry.

13. My testimony in this matter is based on my general knowledge of, and experience in, the pharmaceutical industry, as well as my review of various documents and deposition transcripts in this action.

*General Principles Regarding Pharmaceutical Research and Development*

R&D Spending

14. The primary objective of research and development ("R&D") at pharmaceutical companies is to identify, develop, and bring to market safe and effective drugs. The development process begins with the identification of a compound that shows activity against a disease or condition.

15. Pharmaceutical companies manage development to minimize risk and maximize the likelihood of obtaining FDA approval. They aim to keep their portfolios up to date with new medications and provide a return on investment for shareholders.

16.    In 2003, the average cost to develop a new drug was approximately $900 million. On average, development takes approximately 7 years, and costs increase during the last year of development.

17.    All pharmaceutical companies have finite R&D budgets.  In deciding how to spend those dollars, companies analyze, among other things, the commercial prospects for a compound.

18.    Spending can be a useful barometer of a company's outlook regarding the commercial prospects for a particular compound.  Generally, companies reduce or terminate development spending when the risk of failure rises notably, and conversely, accelerate or increase their level of investment when the probability of success rises notably.

19.    For example, I have reviewed documents dating from 2000 and 2001 relating to Abbott's planned spending on ABT-594, a compound at issue here, for Calendar Year 2001. (*See, e.g.*, PLs' MB) (2001 Spending Plan for ABT-594, dated March 2, 2001, p. 31); (PLs' LQ) (Memorandum to the Executive Vice-President of Abbott's Pharmaceutical Division and Chief Clinical Officer, dated December 15, 2000, including ABT-594 ("CCM") 2001 Plan spending, p. 3).

20.    Abbott's documents reflect that sometime between mid-2000 and March 2001, Abbott reduced its planned spending on ABT-594 as represented to John Hancock in 2001 by approximately 73%, from $35 million to $9.3 million.  (*Compare* Ex. 32) (Annual Research Plan for ABT-594, attached to Research Funding Agreement as Exhibit 1.6) to (PLs' MB) (p. 31).

21.    In my experience, Abbott's dramatic reduction in spending on ABT-594 was an indication of Abbott's concern regarding the commercial viability of ABT-594.

22.    Pharmaceutical companies sometimes use specialized terms to describe their R&D spending, such as "nominal" and "expected" spending. "Nominal" spending is an estimate that is not adjusted for the risk that development will be terminated or curtailed during the spending period. It assumes that the compound will successfully achieve a key milestone(s) towards development and thereby justify continued spending. For example, one successful clinical trial may justify budgeting for others. "Expected" spending, conversely, is a spending estimate that has been adjusted for the risk that development of the compound will be terminated or curtailed during the spending period. A company's "expected" spending on a particular compound never can be greater than its "nominal" spending on the same compound over the same time frame, and frequently is considerably less.

23.    Pharmaceutical companies sometimes describe whether a compound has achieved a key milestone as a "Go/No Go" decision. In other words, a company will make a decision whether to continue development based on whether a compound has cleared a regulatory hurdle, achieved success in a clinical trial, or as set forth below, achieved one or more components of its target profile.

<u>Target Profiles</u>

24.    Pharmaceutical companies, such as Abbott, often develop "target profiles," or a list of characteristics that a compound should have to achieve regulatory and commercial success. Target profiles help demonstrate that a compound is comparable to existing or anticipated competitors in some respects, and preferably, that it is superior in others. The term companies use to describe the superiority of their compounds to competitors is known as "differentiation." Failure of a compound to achieve some or all elements of its target profile can cause a pharmaceutical company to terminate development of that compound.

25.    For example, I reviewed documents relating to the "target profile" of ABT-773, an antibiotic known as a "ketolide," and one of the compounds at issue. (*See, e.g.*, PLs' IU) (report regarding ABT-773, dated March 19, 2001, ABBT 228104). The target profile for ABT-773 included once-a-day dosing, safety, and a "tolerability profile competitive with [Zithromax]," a competitor. (*See, e.g.*, PLs' IM) (ABT-773 Descriptive Memorandum, dated February 2001, p. 4).

26.    Abbott eventually terminated its development of ABT-773 because, among other things, ABT-773 failed to meet its target profile. (*See, e.g.,* PLs' JO) (Memorandum to Abbott's CEO, dated January 7, 2002, p. 1); (PLs' JU) (E-mail from head of Abbott's Anti-Infective Venture regarding ABT-773 termination, dated July 11, 2002).

<u>Organization and Reporting</u>

27.    Pharmaceutical companies typically manage development using project teams, or a multidisciplinary staff of employees who are assigned temporarily to report to a project team leader. The project team oversees the overall development of a compound from discovery through approval by the FDA.

28.    At most companies, project team members are drawn from preclinical research, clinical research, toxicology, marketing, pharmaceutical sciences and regulatory affairs.

29.    For example, at Abbott, each of the compounds at issue in this matter was managed by a project team. (*See, e.g.,* PLs' N) (ABT-518 Monthly Meeting Agenda for March 8, 2001); (PLs' CN) (ABT-594 Product Development Team Meeting Minutes); (PLs' JB) (ABT-773 Decision Analysis Core Team list, p. 2).

30.    The project team, in turn, reported to the head of a "venture." ABT-518 was developed within Abbott's "Oncology Venture"; ABT-773 within Abbott's "Anti-Infectives Venture"; and ABT-594 within Abbott's "Analgesia Venture." (*See, e.g.,* PLs' G) (Oncology

Portfolio Analysis, dated November 8, 2000, p. 16); (PLs' BS) (Analgesia Venture Portfolio Review, dated February 24, 1999); and (PLs' JB) (ABT-773 Decision Analysis Core Team list).

31.    Project teams are responsible for informing senior R&D management of the development status, cost and budgeting, and other development issues, including those that could delay FDA approval.

32.    Project teams usually also are charged with studying the relevant scientific literature for new technology, news from other companies, including those that have research programs in the same areas and those that do not, and news from medical schools or government research agencies.  Occasionally, news from other companies or from government research agencies can have a direct bearing on a pharmaceutical company's clinical research plans, and project team members typically are expected to communicate such news to senior R&D management promptly.

<div align="center">Back-Up and Replacement Compounds</div>

33.    "Back-up" or "replacement" compounds generally treat the same indication(s) as a particular compound under development, but also can correct some of the undesirable characteristics of the compound under development.

34.    A pharmaceutical company may anticipate that a small difference in the molecular structure between a compound and its backup may be sufficient to overcome the first compound's problems or difficulties.

35.    Generally, pharmaceutical companies do not develop a back-up or replacement compound unless they have decided to terminate the compound already under development, or at least, have substantial doubts about the commercial viability of the compound already under development.  Pharmaceutical companies do not want to waste R&D funds on the development of two compounds simultaneously to treat the same indication.  Developing compounds and

taking them to market is an expensive proposition for even the largest pharmaceutical companies.

36.    For example, I have reviewed documents relating to Abbott's development of a back-up or replacement compound for ABT-594. (*See, e.g.,* PLs' EN) (E-mail from Abbott's ABT-594 Medical Director, dated February 2, 2001); (PLs' ER) (E-mail from Abbott's Analgesia Venture Head, dated February 27, 2001, noting that Abbott's efforts to identify partners for ABT-594 "would be limited to ABT-594 and NOT include the NNR platform or follow-ons"); (PLs' EV) (Global Pharmaceutical Discovery Internal Review March 2001 by Abbott's NNR Project Leader).

37.    These documents reflect that Abbott was developing a back up for ABT-594 at the same time it learned in 2000 and early 2001 that a substantial number of subjects in Abbott's Phase IIb clinical trial of ABT-594 were suffering significant adverse events, namely, nausea, vomiting and dizziness.  One of the back-ups to ABT-594, known as ABT-894, is presently under development by Abbott.  (PLs' QE) (Press Release, Abbott's Website, available as of January 24, 2008).

38.    In my experience, Abbott's back-up development program for ABT-594 in 2000-01 was an indication of Abbott's serious concerns in that time frame about the viability and prospects for ABT-594.

*The Organization and Conduct of Clinical Trials*

39.    Clinical trials are among the most important and expensive components of the pharmaceutical development process.  Generally, clinical trials consume approximately 37% of R&D spending.

40.    Pharmaceutical companies regularly invest millions of R&D dollars in conducting clinical trials for a single drug under development.  The overall goal of a clinical trial program is to determine whether a compound is efficacious and safe by testing it on human subjects.  Trials may also identify the so-called "therapeutic window," that is, the range of dosages within which a compound is both efficacious and tolerable.

41.    Clinical trials are generally conducted in three phases as follows.

42.    Phase I clinical trials involve the initial introduction of the compound into human subjects.  To conduct a Phase I trial, a pharmaceutical company must first file, and obtain the FDA's approval of, an Investigational New Drug Application ("IND").

43.    Phase I trials are often conducted in healthy subjects and are designed to determine the pharmacological action of the drug in humans, the side effects associated with increasing doses and, if possible, to obtain preliminary evidence of efficacy.  For ethical and other reasons, cancer drugs generally are tested only in cancer patients, never in normal volunteers.  The number of subjects in a Phase I study is generally in the range of twenty to eighty.

44.    The average duration of a Phase I clinical trial program is about one year, and the total cost usually is in the range of approximately $5 to $20 million.

45.    A pharmaceutical company is required to report the results of its Phase I clinical trials to the FDA and obtain the FDA's concurrence to proceed to Phase II trials.

46.    Phase II clinical trials are generally conducted to obtain efficacy data for the compound for a specific indication in patients with that condition. Phase II trials are also intended to identify the common short-term side effects and risks associated with the compound, and to define the dose range for Phase III trials.

47.    Some pharmaceutical companies, such as Abbott, sometimes divide their Phase II clinical trials into "Phase IIa" and "Phase IIb" trials. Phase IIa trials are generally conducted on a limited number of subjects in order to obtain evidence of efficacy, tolerability and safety. Phase IIb trials typically are conducted to verify the effects seen during Phase IIa trials and to determine optimal doses.

48.    For example, Abbott's Phase IIb clinical trial of ABT-594, also known as the "M99-114" trial, was a dose-ranging trial.

49.    Phase II studies usually involve several hundred people, and a single compound often requires multiple Phase II trials. The average duration of a full Phase II clinical trial program is about two years, and the typical total cost of the trials is in the range of approximately $30 million to $70 million.

50.    A pharmaceutical company is required to report the results of its Phase II clinical trials to the FDA and obtain the FDA's concurrence to proceed to Phase III. Often, the FDA conducts an "end of Phase II meeting" with the company to identify and address specific issues of concern that may impede or prevent Phase III trials, such as concerns about safety.

51.    For example, Abbott conducted "end of Phase II meetings" with the FDA regarding ABT-773 in late 2000. (*See, e.g.,* PLs' IB, p. 1) (Memorandum regarding "Top Issues" for ABT-773, dated November 2000). At these meetings, FDA representatives expressed concern regarding the safety profile of the compound (namely, heart and liver risks), and

skepticism about whether Abbott could achieve a claim that ABT-773 was effective against certain resistant strains of pneumonia. (*See, e.g.,* PLs' IC) (E-mail from Abbott employee, dated November 20, 2000, noting that the FDA placed ABT-773 studies on hold during a November conference call); (PLs' IO) (ABT-773 Update, dated February 12, 2001, addressing FDA "concerns" regarding "Liver Toxicity Issues" and noting that "ABT-773 will be considered guilty until proven innocent" regarding heart risks, p. 2).

52.    Phase III studies typically are designed to gather any additional information about efficacy, safety and dosing that is needed by the pharmaceutical company and the FDA to evaluate the overall benefit-risk relationship of the compound. Phase III studies also provide an adequate basis for applying the results to the general population and providing information for the labeling for the new drug.

53.    Phase III studies usually include several hundred to several thousand people. At least two Phase III clinical trials usually are required by the FDA as pivotal proof of efficacy.

54.    The average duration of a full Phase III clinical trial program is about three years, and the typical total cost of the trial is in the range of approximately $50 million to $150 million or more depending on the nature of the drug.

55.    Most Phase II and III clinical trials are "blinded" or "double-blinded."

56.    In a double-blinded trial, neither the investigating physician nor the subject knows whether the subject receives compound or placebo. In a blinded trial, the investigating physician knows what the subject receives, but the subject does not.

57.    For example, Abbott's Phase IIb clinical trial of ABT-594 (the M99-114 study) was a double-blinded trial.

58.    All clinical trial phases are conducted pursuant to a written protocol. (*See, e.g.,* PLs' FZ) (ABT-594/M99-114 Protocol). The protocol describes how the trial will be conducted and for what purposes, and typically provides that each investigator agrees to run the same tests on each subject, to evaluate each subject in the same manner, and to measure the same data. It also provides for how data from subjects will be collected and reported to the pharmaceutical company, as well as the methodology for analyzing those data.

59.    One or more statisticians usually are involved in the development of the protocol. The statistician typically estimates how many patients must be enrolled in order to detect a statistically significant difference between placebo and the test drug, or between different doses of the test drug. To statisticians, the "power" of a study refers to the statistical test they have chosen and the probability that the test will detect a true difference between two groups.

60.    Although there are no formal standards for power, most researchers who assess the power of their studies use 0.80 as a standard for adequacy, and pharmaceutical companies frequently will require that a trial "reach 80% power" in order to be considered statistically valid. Abbott planned for 80% power for the M99-114 trial. (PLs' BY) (E-mail from Abbott statistician, dated December 21, 1999).

61.    The pharmaceutical company approves the protocol internally. The protocol is then sent to the FDA as part of the company's IND submission.

62.    The protocol typically also is provided to an Institutional Review Board ("IRB") for review before the clinical trial begins. The IRB is charged with evaluating the protocol with regard to ensuring the patient's safety, ensuring that the informed consent required of each patient is understandable, and that the protocol is consistent with medical and local ethics.

63.     During the development and approval of the protocol, the pharmaceutical company enters into a written contract with the investigators (often physicians) to execute the trial.  Many clinical trials are too large for a single investigator, so a pharmaceutical company may use multiple investigators at different sites.  A clinical trial involving more than one site is commonly referred to as a "multi-center" trial.

64.     Investigators are paid by pharmaceutical companies, sometimes in the form of grants, to cover their expense of treating the subjects and maintaining records.  There is typically also some profit to the sites for conducting the trial.

65.     The pharmaceutical company typically uses a clinical monitor to manage the trial and act as the company's liaison with the site.  The clinical monitor is usually an employee of the company.  Moreover, each investigational site usually is monitored by an employee of the company, known as a clinical research assistant.

66.     A pharmaceutical company may also use a third-party clinical or contract research organization (rather than a company employee) to monitor the sites during a trial.  Abbott engaged such an organization for that purpose regarding the M99-114 trial.  (*See, e.g.*, PLs' FZ) (ABT-594/M99-114 Protocol, p. 5).

67.     The pharmaceutical company and the sites, pursuant to the protocol, endeavor to enroll sufficient numbers of subjects in order to meet the trial's statistical objectives.

68.     Difficulties in enrolling subjects can occur for a number of reasons and can delay completion, or undermine the reliability, of a trial.

69.     Adverse events in a trial may slow enrollment because the investigators may conclude that the trial is unlikely to achieve its objectives.  As a result, investigators may lose motivation to identify and enroll new patients.  Enrollment may also slow because existing trial

patients sometimes disclose or share information about side effects with each other, which can discourage new patients from enrolling in the trial.

70.     In response, pharmaceutical companies sometimes engage a patient recruitment company to assist in the enrollment process.  Patient recruitment companies typically advertise widely, sometimes on television, in newspapers and on the Internet, to find suitable patients.

71.     For example, Abbott experienced significant difficulties in enrolling patients in its Phase IIb clinical trial for ABT-594 (the M99-114 trial).  (*See, e.g.,* PLs' CJ) (E-mail from Abbott's ABT-594 Medical Director, dated July 7, 2000, noting that "[e]nrollment has not met initial expectations" and discussing the possible necessity of protocol changes).  Abbott personnel working on the Phase IIb trial attributed these difficulties, in part, to the high drop-out rate experienced by enrolled subjects because of adverse events, namely, nausea, vomiting and dizziness. (*See, e.g.,* PLs' CJ) (E-mail from Abbott's ABT-594 Medical Director, dated July 7, 2000, noting that 31 of 78 subjects dropped out from the trial, "at least 20 appear to have [dropped out] for AEs typical of our drug (nausea, vomiting and/or dizziness)," and the drop out rate "has created investigator and coordinator reluctance to enroll").

72.     Abbott considered engaging a patient recruitment firm to assist in enrolling subjects, but ultimately declined to do so.  (*See, e.g.,* PLs' CW) (recruitment program proposal, dated September 26, 2000); (PLs' DV) (E-mail from Abbott's Operations Manager for ABT-594, dated December 6, 2000, noting that "hiring a subject recruitment firm to increase enrollment for study M99-114 was not a viable option at this time").  Abbott eventually terminated enrollment in its Phase IIb trial of ABT-594 at 266 subjects, well short of its enrollment target of 320 subjects. (*See, e.g.,* PLs' FZ) (ABT-594/M99-114 Protocol, p. 46).

73.     Although double-blinded trials typically remain blinded until after the study has been concluded, a great deal of data are provided by the investigators to the company's clinical monitor and the company while the trial is underway.

74.     For instance, all demographic data are reported to the company. Such data would include a patient's age, gender, weight, height, other illnesses and diagnosis.

75.     Adverse events experienced during a clinical trial are also reported to the company while the trial still is underway. A high number of adverse events, particularly those that cause subjects to drop out (known as "premature terminations"), often is a signal that the compound is not being well tolerated by the intended patient population. Tolerability issues can have a devastating effect on the long term commercial prospects for a compound. In my experience, premature terminations caused by adverse events typically are considered to be sufficiently important to report to senior R&D management.

76.     For example, a substantial number of subjects enrolled in Abbott's Phase IIb trial for ABT-594 (the M99-114 trial) experienced moderate-to-severe nausea, vomiting and dizziness and eventually dropped out of the trial. (*See, e.g.,* PLs' ES) (E-mail from ABT-594 Clinical Project Manager, dated February 27, 2001). In fact, approximately half the patients enrolled in the trial prematurely terminated by February 27, 2001. (*Id.*)

77.     By December 2000, members of Abbott's ABT-594 Development Team suspected that the high number of adverse events of nausea, vomiting and dizziness being observed during the trial were dose-related. (*See, e.g.,* Deposition of Bruce McCarthy, dated March 16, 2007, pp. 41:20-42:13; 43:11-17, attached to this affidavit as Exhibit B) (Medical Director for ABT-594 testifies that even from blinded data, he hypothesized that adverse events from trial were dose-related).

78.    By early March 2001, members of Abbott's management had concluded that the adverse events were probably dose-related, that the likely result of the trial would be negative, and that Abbott probably would eventually terminate the development of ABT-594 based on these tolerability concerns. (*See, e.g.,* PLs' EN) (E-mail from Abbott's ABT-594 Medical Director, dated February 2, 2001, noting "given the results of Phase IIb, what is the value of currently identified back-ups"); (PLs' EP) (E-mail from Abbott's ABT-594 Medical Director, dated February 19, 2001, noting the scheduling of a meeting as "a follow on to the Leiden review, in which a recommendation was heard for a comprehensive strategy to address tolerability issues related to NNRs for pain, including ABT-594 and follow-ons"); (PLs' EX) (March 5, 2001 ABT-594 Meeting Minutes noting "[c]an the tolerability of ABT-594 be improved, and a therapeutic index be achieved that is consistent with regulatory and commercial viability," p. 1); (PLs' FH) (E-mail to the Executive Vice-President of Abbott's Pharmaceutical Division and Chief Clinical Officer, dated March 13, 2001, with attached Initial Portfolio Prioritization designating ABT-594 as "Probable T[erminate]," p. 3).

79.    A pharmaceutical company also may prematurely terminate a clinical trial before patients are enrolled and dosing is completed. Such a decision is extraordinary and can have a devastating impact on the development prospects of a particular compound. First, the company has already invested substantial R&D funds in developing and obtaining approvals for the protocol, as well as establishing the sites. That investment may be lost. Second, terminating a trial could have a negative impact on subjects who already have enrolled and have expectations that the compound could improve a serious medical condition.

80.    In my experience, the decision of a pharmaceutical company to prematurely terminate a clinical trial is an indication that the company believes that the trial subjects are at

risk, or that the commercial prospects of the compound have become so poor that they no longer justify the expenditure of additional R&D dollars.

81.    In my experience, the decision to halt a clinical trial would be made by, or at a minimum, reported to, the highest levels of R&D senior management.

82.    For example, my review of documents and deposition testimony in this case indicates that Abbott terminated all development activities for ABT-518, including its recently-commenced Phase I clinical trial for that compound, on or about March 11, 2001. (*See, e.g.,* PLs' X) (E-mail from Abbott's Clinical Project Manager for ABT-518, dated March 14, 2001, noting that the Associate Medical Director was informed on Sunday, March 11, 2001 to put the Phase I trial on hold); (PLs' BK) (E-mail from Abbott's Medical Director for ABT-518 on March 11, 2001, noting that following "a project review with upper management," "we should stop all development activities [for ABT-518] immediately").

83.    The Phase I trial was the only ongoing trial for ABT-518 and its primary objectives were: (a) to establish a safety profile of ABT-518 given orally once-a-day; and (b) to determine the maximum tolerated dose of ABT-518 when administered orally for 27 days. Three secondary objectives also were defined: (a) to determine the pharmacokinetics of ABT-518 in patients; (b) to determine a dose level for Phase II studies; and (c) to describe any preliminary evidence of anti-tumor activity. (*See* PLs' BG) (ABT-518/Protocol M00-235 at p. ii).

84.    Halting the only ongoing clinical trial for ABT-518 in early March 2001 was tantamount to halting development of the compound. Abbott's stated reason for ending the trial at that time was that the commercial prospects of ABT-518 did not justify the further expenditure of R&D funds. (*See, e.g.,* PLs' BK) (E-mail from Abbott's Medical Director for ABT-518

referring to upper management review in March 2001); (*see also* Deposition of James Looman, dated February 1, 2007, pp. 50:4-59:1, attached to this affidavit as <u>Exhibit C</u>) (referring to PLs' BK and a telephone conversation with Abbott's Medical Director for ABT-518, Abbott's Associate Medical Director for ABT-518 in Europe testified that as a result of the management review in March 2001 "to prioritize which of the [Abbott drug development] projects had the highest priority for development," Abbott determined "that 518 was not high enough on the priority list to continue and that was the reason for discontinuation").

85.    At the conclusion of its clinical program for a compound, the pharmaceutical company may file a New Drug Application ("NDA") with the FDA, which, if and when approved, becomes a license to market, ship and sell the new compound in the United States.

*The Pediatric Rule and Out-Licensing*

86.    In 1998, the FDA issued what often was referred to as the "Pediatric Rule." The Pediatric Rule required that all drugs and biologicals that were not yet approved be studied in pediatric patients. The Rule authorized the FDA to require pediatric studies as a precondition to approval of drugs and biologicals. Under some limited circumstances, companies could obtain an exemption from the Pediatric Rule. The FDA defined pediatric patients as those between 2 and 18 years old.

87.    The Pediatric Rule was in effect in 2000-2001 and remains in effect today. During that time, a pharmaceutical company ran a significant risk of not being able to obtain approval for a new compound from the FDA if the compound had not been clinically tested on pediatric patients.

88.    For example, Abbott encountered significant problems in 2001 with its pediatric program for ABT-773. (*See, e.g.,* PLs' IO) (ABT-773 Update, dated February 12, 2001, p. 5). Specifically, Abbott's oral formulation of the compound was considered to be too bitter. (*Id.*).

89.    Abbott's documents also reflect that its pediatric program for ABT-773 was completely unfunded in 2001, and that Abbott's failure to fund or pursue that program caused considerable concern among members of Abbott's regulatory staff regarding their ability to obtain eventual approval of ABT-773 from the FDA as a result. (*See, e.g.,* PLs' IQ) (E-mail from Abbott's Director of Regulatory Affairs, dated February 14, 2001, noting "I have had difficulty convincing people they have to take the pediatric rule requirements seriously. The answer I keep getting on ABT-773 is 'but that project isn't funded.' I don't think FDA will buy that answer."). Abbott planned to seek FDA approval for ABT-773 in the third quarter of 2002. (*See, e.g.,* Ex. 32) (1st Annual Research Plan for ABT-773, attached to Research Funding Agreement as Exhibit 1.6).

90.    Pharmaceutical companies that terminate development of compounds may have opportunities to out-license them to other companies. Companies out-license compounds that have run into difficulty in clinical trials or compounds whose mechanism of action is not understood even after investing millions of dollars.

91.    Possible out-licensing partners include other pharmaceutical companies, universities, government and private labs and small biotechnology companies. There are also niche companies, such as Biovail, whose business it is to profit by reformulating difficult molecules, or companies whose only business is to develop Phase II or Phase III drugs and then license them again to a company that will market the drug if it is successful in clinical trials.

92.    It is customary in the pharmaceutical industry that all data surrounding a compound is disclosed to a potential licensor under a confidentiality agreement, especially the status and results of all clinical trials, including blinded data regarding ongoing trials.

93.    For example, Abbott's documents demonstrate that Abbott had opportunities to out-license ABT-594 after Abbott terminated its development of that compound, but failed to do so. (*See* PLs' KD) (E-mail from Abbott's Divisional Vice-President for Global Pharmaceutical Licensing and New Business Development, dated January 12, 2006, noting that in response to inquiries from Bayer Animal Health, "ABT-594 … [a]ppears discontinued with active program (ABT-894) in development would not want competing program with potential for diversion – not available for license").

Signed and sworn under the pains and penalties of perjury this 27th day of January 2008.


/s/ Dr. Barry I. Gold
Dr. Barry I. Gold

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed with the Court through the ECF system and that a copy will be sent electronically to counsel for defendant through the ECF system on January 28, 2008.

/s/ Richard C. Abati
Richard C. Abati  (BBO No. 651037)

# EXHIBIT A

# Barry I. Gold, Ph.D.

217 Lane Gate Road
Cold Spring, NY 10516

barry.gold@att.net
845-265-2210 home office
973-615-4089 cell

### Extensive pharmaceutical industry experience in:

- Due diligence analysis, both licensing and M&A
- Alliance development, management and strategy
- Portfolio management, developing drugs and therapeutic areas
- Drug discovery, development portfolio management

## PROFESSIONAL EXPERIENCE

**Consultant to the
Pharmaceutical Industry**

**2004 – present**

Contract consultant for three Washington-area consulting companies
in project design and budgeting, sourcing, drug candidate review and product
defense. Expert witness testimony.

**Great Harvest Bread Co®
Franchise Owner/Manager**

**2002 – 2004
Westfield, NJ**

Purchased franchise, negotiated lease, managed store construction
Equipped store, trained staff, ran production, training & sales
Forecast budgets, developed P&L statements
Negotiated sublease & liquidated the business

**Knoll Pharmaceutical Co.
Director, Project Management**

**1998 – 2001
Mt. Olive, NJ, Nottingham, UK
Ludwigshafen, Germany**

Drafted department mission and goals
Managed cancer and pain developmental portfolios internationally
Filed U.S. and European registrations for Dilaudid XR
Forecast budget; tracked expenses, reported to Board of Directors
Managed Dilaudid project transition to Abbott

**Wyeth-Ayerst Research (now Wyeth)
Director, Project Management, CNS & Biologicals**

**1994 – 1998
Radnor, PA
Paris, FR**

Managed Central Nervous System & vaccine developmental portfolios internationally
Managed alliances with Alza, Servier, Interneuron, Scios and Asta-Medica
Registered Ef(f)exor XR and Sonata in U.S. and Europe
Managed transition of CNS portfolio after Lederle acquisition
Chaired CNS Therapeutic Area Council, developed strategic direction

**The Genesis Group**
**Consultant**

*1993 – 1994*
*Montclair, NJ*

Developed pharmaceutical industry intelligence & reported in their newsletter
Privately developed business plans, raised capital & attempted leveraged buyout of
a small pharmaceutical company. Consulted on project design to startup companies

**Roberts Pharmaceutical Corp. (now Shire)**
**Associate Director, Clinical Research**

*1992 – 1993*
*Eatontown, NJ*

Managed clinical trials, out-license efforts and alliance development
Introduced project- and team-management into development

**Export Management for Science**
**Consultant**

*1990 – 1992*
*Summit, NJ*

Developed alliances between U.S. & offshore technology companies
Built an E-commerce business before the Internet

**Anaquest, Division of the BOC Group**
**Group Leader, Biochemistry**

*1984 – 1989*
*New Providence, NJ*

Recruited from academics to build and manage a biochemical pharmacology
   laboratory
Reviewed licensing opportunities and chaired a new technology surveillance
   committee

**Uniformed Services University of the Health Sciences**
**Assistant Professor**

*1978 – 1984*
*Bethesda, MD*

Managed medical research laboratory and taught second-year medical students
Consulted to pharmaceutical companies

## EDUCATION

Bachelor of Science, Zoology
University of Cincinnati,   Cincinnati, OH

Doctor of Philosophy, Pharmacology
Boston University, Boston, MA
   Received the Sandoz Award for
   contribution to health care

Postdoctoral Fellow, Pharmacology and Psychiatry
Yale University, New Haven, CT
   Received U.S. Government National Research Service Awards
      for postdoctoral study

## OTHER PROFESSIONAL ACTIVITY

Adjunct faculty, Jersey City State College, Jersey City, NJ (1992 – 1997)
Director, National Health Association, Summit, NJ Chapter (1993)
Feature article writer, published in Woman's Day and others
Expert witness for counsel
Authored book on the history of aspirin (pending)

## HONORS

Listed in:   Who's Who in Frontier Science and Technology;
             American Men and Women of Science
Member of Governor Whitman's (NJ) Council on Drug Abuse Prevention
Member of Governor's Speaker's Bureau
Member of American Society for Pharmacology and Experimental Therapeutics

# EXHIBIT B

```
00001
```

```
 1                    UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF MASSACHUSETTS

 3

 4

 5        ---------------------------x

 6        JOHN HANCOCK LIFE INSURANCE COMPANY

 7        JOHN HANCOCK VARIABLE LIFE

 8        INSURANCE COMPANY and MANULIFE

 9        INSURANCE COMPANY (f/k/a INVESTORS

10        PARTNER INSURANCE COMPANY ,

11             Plaintiff,

12                                   Civil Action No.

13        V.                         05-11150-DPW

14

15        ABBOTT LABORATORIES,

16             Defendant.

17        ---------------------------x

18

19

20

21        VIDEO DEPOSITION OF **BRUCE GERALD MCCARTHY,**

          **M.D.,** a witness called by counsel for the

22        Plaintiff, taken pursuant to the Federal Rules

          of Civil Procedure, before Robert M. Miller,

23        Shorthand Reporter License No. 0010 and Notary

          Public in and for the State of Connecticut, at

24        the Mystic Marriott, 625 North Road, Rte. 117,

          Groton, CT  on March 16, 2007, commencing at
```

```
25        9:14 a.m.
00002
 1        APPEARANCES:

 2

 3        For the Plaintiff:

 4             CHOATE, HALL, & STEWART LLP

 5             2 INTERNATIONAL PLACE

 6             BOSTON, MASSACHUSETTS 02110

 7             (617) 248-5000

 8

 9        By:  Brian Davis, Esq.

10

11        For the Defendant:

12             MUNGER, TOLLES & OLSON

13             355 SOUTH GRAND AVENUE

14             LOS ANGELES, CALIFORNIA 90272

15             (213) 683-9276

16

17        By:  Gregory D. Phillips, Esq.

18

19

20

21        VIDEOTAPED BY:

22        SEAN BUDD, ESQUIRE DEPOSITION SERVICES

23

24

25
```

00003

```
 1              THE VIDEOGRAPHER:  We are on the

 2    record this is the videographer speaking Sean

 3    Budd with Esquire Deposition Services, Boston

 4    Massachusetts.  Today's date is March 16, 2007

 5    and the time is 9:14 a.m.

 6         We are here at the Marriott Mystic Hotel

 7    located in Groton Connecticut to take the

 8    continued video tape deposition of Bruce Gerald

 9    McCarthy, M.D. in the case of John Hancock v.

10    Abbott Laboratories.  Will counsel please

11    introduce themselves?

12              MR. DAVIS:  Good morning, I'm Brian

13    Davis from Choate, Hall, & Stewart,

14    representing John Hancock and the other

15    investors.

16              MR. PHILLIPS:  Good morning, Greg

17    Phillips from Munger, Tolles, & Olson

18    representing Abbott Laboratories and the

19    witness.

20              THE VIDEOGRAPHER:  And will the

21    court reporter please swear him in?

22

23              (At which time, Dr. Bruce McCarthy

24    was duly sworn by the Court Reporter.)

25
```

00004

1   DIRECT EXAMINATION BY MR. DAVIS:

2   Q.   Good morning Dr. McCarthy.  You understand that

3        we're continuing your deposition today?

4   A.   Yes.

5   Q.   And you need to respond verbally to the

6        questions?

7   A.   Yes.

8   Q.   And you need to answer truthfully, do you

9        understand that?

10  A.   Yes.

00014

25              (At which time, Plaintiff's Exhibit

00015

1        66 was marked for identification by the

2        Court Reporter.)

3

4   Q.   Dr. McCarthy you have what's been marked as

5        Exhibit 66.  Would you take a couple minutes to

6        look at this document and identify it for me,

7        if you can?

8   A.   I've finished.

9   Q.   Can you identify this for me?

10  A.   It appears to an e-mail from myself.

11  Q.   Do you recall sending this e-mail?

12  A.   It seems generally familiar.

13  Q.   The e-mail is dated October 29, 1999, correct?

14  A.   Yes.

00016

25    Q.    The second page of this document, near the top

00017

1          says:   The status of clinical trials will be

2          communicated monthly by electronic distribution

3          of minutes to everyone involved with the

4          conduct and support of ABT-594 clinical trials.

5              Was that done?

6     A.    I don't know.

7     Q.    Do you have any reason to doubt that it wasn't

8          done?

9     A.    Other than I don't remember, no.

10    Q.    Do you recall rescinding the information or

11         instructions contained in this e-mail?

12    A.    No.

13    Q.    It says:   In addition Gantts will be updated.

14             What are Gantts?

15    A.    Charts that track the progress of a project.

16    Q.    Were Gantts charts prepared for ABT-594?

17    A.    Yes.

18    Q.    Were they prepared for the phase two trial or

19         the 114 trial?

20    A.    Yes.

21    Q.    How frequently were they updated?

22    A.    I don't know.

23    Q.    Who was responsible for maintaining the Gantt

24         charts for the 114 trial?

25    A.    I don't remember.

00018

1  Q.  Where were those charts kept?

2  A.  I don't know.

3  Q.  When you had your offices at Abbott back in the

4       2000-2001 timeframe, physically what building

5       were they located in?

6  A.  I don't remember.  I remember the visual

7       appearance of the building, but I don't

8       remember -- we were in two different bidding

9       and I don't remember their numbers at this

10      point.

11  Q.  Was your office near Dr. Silber's office?

12  A.  At one time it was.  I don't remember during

13      that period whether it was or not.

14  Q.  Was your office located near Mr. Biarnesen's

15      office?

16  A.  Yes.

17  Q.  Do you recall having Gantt charts pertaining to

18      the 114 trial located near your offices at

19      Abbott?

20  A.  I don't remember.

21  Q.  Do you recall having any charts pertaining to

22      the 114 trial located or outside near your

23      offices at Abbott?

24  A.  Yes.

25  Q.  You do?  So you do have a recollection of that?

00019

1  A.  Yes.

00022

10  Q.  Just above the ABT-594 Phase II-B Meetings is a

11      reference above to the ABT-594 Product

12      Development Team Meetings.  Do you see that?

13  A.  Yes.

14  Q.  One of the outputs for that meeting listed on

15      page three are minutes.  Do you see that?

16  A.  Yes.

17  Q.  It says minutes will be distributed to entire

18      ABT-594 Project Team.  Do you see that?

19  A.  Yes.

20  Q.  Who was responsible for preparing the minutes

21      for those meetings?

22  A.  I don't know who was responsible for the

23      minutes.  It was different people at different

24      times.

00024

22              (At which time, Plaintiff's Exhibit

23      67 was marked for identification by the Court

24      Reporter.)

25

00025

1  Q.  Dr. McCarthy you have what's been marked as

2      Exhibit 67 in front of you.  Would you read

3      this document to yourself and tell me please

4      when you're done?

5  A.  I'm finished.

6  Q.  Do you recall receiving this e-mail in or about

7      January 2000?

```
 8   A.   I don't remember.

 9   Q.   Do you recall any of the discussions that are

10        referenced in the e-mail?

11   A.   Only in general.

00027

21   Q.   The second paragraph of this documents says,

22        among other things:  Dosing has been completed

23        in study M99-120, which is an assessment of

24        whether titration improves the tolerability of

25        ABT-594 and/or allows higher doses to be

00028

 1        tolerated.

 2             Do you see that?

 3   A.   Yes.

 4   Q.   Do you remember that study?

 5   A.   Only generally.

 6   Q.   It goes on to say:  Although the data remain

 7        blinded at this time, titration appears to

 8        improve the tolerability of ABT-594.

 9             Do you see that?

10   A.   Yes.

11   Q.   How was it that Abbott was determining that

12        titration appeared to improve the tolerability

13        of ABT-594 if the study was still blinded?

14             MR. PHILLIPS:  Object to the form.

15   A.   I think in this study, which was a small study

16        in which very high levels of the drug were

17        being used, it wasn't, functionally, not a

18        blinded study because the doses were so high
```

19      that all subjects that were receiving 594 had

20      adverse events.  So one could infer how those

21      adverse events -- one could already know which

22      patients were receiving drug and which were

23      receiving placebo.

24  Q.  It says here the data remained blinded.  Are

25      you saying the data was not blinded?

00029

1   A.  The data, in a formal way, were blinded.  But

2       in a operationally the data was unblinded

3       because the casual observer could tell all the

4       patients were at a single site, all data were

5       available by patient, even though it was

6       blinded, and one knew immediately which

7       patients were receiving drug and which were not

8       at these high doses.

9   Q.  So it was possible to divine some information

10      about the trial even though the data was

11      blinded?

12  A.  That's correct.

00035

13                  (At which time, Plaintiff's Exhibit

14          71 was marked for identification by the

15          Court Reporter.)

16

17  Q.  Dr. McCarthy, would you look at what's been

18      marked as Exhibit 71 at your deposition?  Read

19      this document to yourself and tell me please

20      when you're done.

```
  21  A.  I'm done.

  22  Q.  Have you seen this document before?

  23  A.  I don't remember it.

00037

   6  Q.  Do you recall discussions within Abbott about

   7       making any changes to the 114 study while that

   8       study was underway?

   9  A.  Yes.

  10  Q.  What do you recall?

  11  A.  At various times we talked about changing the

  12       study inclusion/exclusion criteria to help with

  13       enrollment or to modify based on safety issues

  14       to ensure that the patients coming into the

  15       study were the right people, to discuss whether

  16       or not fewer or more patients should be

  17       enrolled in the study.  Those are the specific

  18       items that come to mind.

  19  Q.  Do you recall ever proposing to make any

  20       changes in the protocol based on what you

  21       perceived to be tolerability issues that were

  22       cropping up in the course of the trial?

  23  A.  Generally, yes.

  24  Q.  What do you recall?

  25  A.  I don't, just that there were discussions about

00038

   1       in what ways we could improve recruitment for

   2       the study by changing the types of patients who

   3       come in.

   4  Q.  Anything more?
```

```
 5  A.   No

 6

 7                  (At which time, Plaintiff's Exhibit

 8              72 was marked for identification by the

 9              Court Reporter.)

10

11  Q.   Dr. McCarthy would you take a moment please to

12       read Exhibit 72 to yourself and tell me when

13       you're done?

14  A.   I'm done.

15  Q.   Do you recall sending this e-mail?

16  A.   Not specifically.

17  Q.   Generally?

18  A.   Yes.

19  Q.   This is an e-mail to Mr. Morris and to Jim

20       Thomas.  They both did statistical work at

21       Abbott?

22  A.   That's correct.

23  Q.   And Ms. Landsberg, she was on the commercial

24       side?

25  A.   Yes.

00039

 1  Q.   And Mr. Biarnesen, he was the operations

 2       manager for the 594, correct?

 3  A.   Yes.

 4  Q.   Ms. Collicott was in charge of operations for

 5       the 114 study, correct?

 6  A.   That's correct.

 7  Q.   Why did you choose these particular people to
```

```
 8         send this e-mail to?

 9   A.    I don't know.

10   Q.    The subject of e-mail is protocol change

11         discussion.  Do you see that?

12   A.    Yes.

13   Q.    Do you recall that discussion?

14   A.    No.

15   Q.    The first line says:  I've scheduled a meeting

16         next week to discuss options to modify the 114

17         protocol.  Enrollment has not met initial

18         expectations.

19             Do you see that?

20   A.    Yes.

21   Q.    Now this is back in July of 2000?

22   A.    Correct.

23   Q.    And at that point you were concerned about

24         enrollment for the 114 trial, correct?

25             MR. PHILLIPS:  Objection to the

00040

 1         form.

 2   A.    I don't remember particularly, but this

 3         certainly seems to suggest it.

 4   Q.    Now the second paragraph says:  Of the 78

 5         subjects enrolled to date, at least 31 have

 6         pretermed.

 7             Meaning they had prematurely terminated,

 8         correct?

 9   A.    I assume that's what it means.

10   Q.    It says:  Of those, at least 20 appear to have
```

```
11        preterm for AE's typical of our drug (nausea,

12        vomiting, and/or dizziness).

13            AE is a reference to adverse events,

14        correct?

15   A.   Correct.

16   Q.   Although three of these subjects dropped on day

17        one (when they would have, at most, been

18        exposed to 75 micrograms) many of these

19        subjects dropped in the 3-11 day time frame

20        (the period of dose escalation resulting in 150

21        micrograms BID at day 4, 225 micrograms BID at

22        day 6, and 300 micrograms BID at day 8.

23            Do you see that?

24   A.   Yes.

25   Q.   And it's fair to say, Dr. McCarthy, at this

00041

1        point in time what you were trying to do was

2        make some preliminary or some educated guesses

3        about what it was that was causing participants

4        in the trial to preterm, correct?

5                MR. PHILLIPS:  Object to the form.

6    A.   I don't remember what I was thinking at the

7        time.

8    Q.   Looking at the e-mail, does it cause you to

9        conclude that what you were doing at that point

10        in time was trying to make a best estimate as

11        to what it was that was causing patients to

12        drop out of the trial prematurely?

13                MR. PHILLIPS:  Object to the form.
```

14  A.  Yes.

15  Q.  Pardon me?

16  A.  Yes.

17  Q.  And you were doing that based on the blinded

18      data, correct?

19  A.  Yes.

20  Q.  So just looking at the blinded data you had

21      some indication that patients were dropping out

22      in part because they were receiving escalating

23      doses of ABT-594.  Is that fair to say?

24          MR. PHILLIPS:  Object to the form.

25  A.  I would say I didn't know.

00042

1  Q.  Not saying you didn't know, but you had some

2      inkling that was probably the case, is that

3      right?

4          MR. PHILLIPS:  Object to form.

5  A.  I would say no.  I had a hypothesis.

6  Q.  And educated hypothesis?

7          MR. PHILLIPS:  Object to the form.

8  A.  I would say a hypothesis.

9  Q.  But enough of a hypothesis that you were

10     proposing perhaps making some changes to the

11     protocol on the basis of that hypothesis,

12     correct?

13  A.  Yes.

00043

11  Q.  Did you have any unblinded data at this point

12      in time in July of 2000?

```
13   A.   No.

14   Q.   So the hypothesis that you were forming at that

15        point in time could only have been based on

16        blinded data, is that correct?

17   A.   That's correct.

00052

 4             (At which time, Plaintiff's Exhibit

 5        75 was marked for identification by the Court

 6        Reporter.

 7

 8   Q.   Dr. McCarthy, you have Exhibit 75 in front of

 9        you.  Would you take a moment and read this

10        document and tell me when you're done reading

11        it?

12   A.   I'm done.

13   Q.   This appears to be an email from Ms. Landsberg

14        to you, among others at Abbott dated October 3,

15        2000.  Do you see that?

16   A.   Yes.

17   Q.   Do you have any reason to believe you did not

18        receive this email?

19   A.   No, other than I don't remember it.

20   Q.   The email references ABT 594/963 Purdue

21        meeting.  Do you see that?

22   A.   Yes.

23   Q.   What was 963?

24   A.   ABT-963 was a COX-2 inhibitor.

25   Q.   And what was the Purdue meeting?
```

00053

1  A.  I don't remember.

2  Q.  The email itself says:  Bob, as you, Rose and I

3      had discussed, if we move forward to set up a

4      presentation of information to Purdue, the

5      following people could probably do the

6      presenting on key topics.

7          Do you see that?

8  A.  Yes.

9  Q.  And your name is listed next to Clinical ABT

10     594?

11 A.  Yes.

12 Q.  Do you recall making any presentations at any

13     point in time to any representatives of Purdue

14     Pharma concerning ABT-594?

15 A.  No.

16 Q.  Do you recall ever having any discussions with

17     anyone at Abbott concerning a potential

18     partnering or co-development relationship with

19     anyone at Purdue concerning ABT-594?

20 A.  No.

21 Q.  You have no recollection of that whatsoever?

22 A.  No.

23 Q.  Do you have any recollection of ever having any

24     discussions with anyone at Abbott about

25     partnering or entering a co-development

00054

1      relationship with any other company concerning

2      ABT-594?

3  A.  Not about any other companies.

4  Q.  What do you recall?

5  A.  That at some point, I don't remember when,

6      others introduced the idea of partnering with

7      other companies.

8  Q.  When you say partnering with other companies,

9      is this with respect to ABT-594?

10  A.  Yes.

00057

16           (At which time, Plaintiff's Exhibit

17          77 was marked for identification by the

18          Court Reporter.)

19

20  Q.  Dr. McCarthy, you have what's been marked as

21      Exhibit 77.  Would you look at the -- look at

22      the document and identify it if you can?

23  A.  It states that it's the minutes in the ABT-594

24      product development meeting.

25  Q.  Do you recall seeing minutes like this when you

00058

1      were working on the ABT-594 team?

2  A.  No.

3  Q.  Do you recall receiving minutes?

4  A.  Yes.

5  Q.  But they didn't take this form?

6  A.  I don't remember.

7   Q.   Do you have any reason to doubt these are not

8        minutes of that ABT-594 Product Development

9        Team Meeting?

10               MR. PHILLIPS:  Object to the form.

11  A.   Other than I don't remember, no.

12  Q.   It lists attendees at this meeting to include

13       you and Dr. Silber, do you see that?

14  A.   Yes.

15  Q.   Do you have any recollection of this particular

16       meeting?

17  A.   No.

18  Q.   One of the last people listed is Kathy Kacos,

19       do you see that?

20  A.   Yes.

21  Q.   If you look in the lower left hand corner, do

22       you see the reference to 8/21/00?

23  A.   Yes.

24  Q.   And it says CKK and it looks like an M, and

25       then it says product development team/minutes

00059

1        080100.  Do you see that?

2   A.   Yes.

3   Q.   Are those Ms. Kacos' initials as best as you

4        can tell?

5                MR. PHILLIPS:  Object to the form.

6   A.   They may be.

7   Q.   Does this refresh your recollection as to

8        whether Ms. Kacos prepared minutes of product

9        development team meetings?

10   A.   No.

11   Q.   But she did attend them?

12   A.   I don't remember.

13   Q.   These minutes indicate that the Product

14        Development Team met on Tuesday, August 1,

15        2005 in AP30-3E-Cafeteria.  Do you see that?

16   A.   Yes.

17   Q.   There's got to be an easier nomenclature

18        system.  Do you recall meeting in that

19        location?

20             MR. PHILLIPS:  Object to form.

21   Q.   Do you recall having Product Development Team

22        Meetings in that location?

23   A.   No.

24   Q.   Would you turn please to the last page of

25        Exhibit 77.  Have you seen this document

00060

1         before?

2    A.   Not that I remember, no.

3    Q.   If you look at the last page of -- would you

4         read the first paragraph and tell me when

5         you're done?

6    A.   I'm done.

7    Q.   It says that, among other things:  Currently we

8         have 99 subjects randomized -- let me go back.

9             Marilyn Collicott provided an update on

10        the M99-194 neuropathic pain study.  Do you see

11        that?

12   A.   Yes.

13  Q.   Do you recall Ms. Collicott providing updates

14       on that study during the course of the study?

15  A.   Yes.

16  Q.   It goes on to say:  Currently we have 99

17       subjects randomized with an approximate 50%

18       screen failure rate.  Our goal of enrollment is

19       320 subjects.  There has been much concern with

20       the dropout rate.

21            Why was there much concern with the

22       dropout rate at that point in time?

23                 MR. PHILLIPS:  Objection to the

24       form.

25  A.   I don't remember why at the time.

00061

1   Q.   It goes on to say:  Therefore, we have sent out

2        surveys to each site to determine who and why

3        subjects are dropping out.

4             Do you see that?

5   A.   Yes.

6   Q.   What surveys are being referred to there?

7   A.   I don't know.

8   Q.   Who authorized the survey of investigator sites

9        for the 114 trial?

10                 MR. PHILLIPS:  Objection to the

11       form.

12  A.   I don't remember.

13  Q.   Do you recall such a survey being done?

14  A.   Yes.

15  Q.   Who took the survey?

16  A.  I don't remember.

17  Q.  What form did the survey take?

18  A.  I don't know.

19  Q.  Was it a written survey?

20  A.  I don't know.

21  Q.  Did it involve talking to investigators?

22  A.  Probably.

23  Q.  Did you participate in the survey in any way?

24  A.  I don't know.  I don't remember.

25  Q.  Did you ever see any results from the survey?

00062

 1  A.  I don't remember.

 2  Q.  Specifically what did the survey ask?

 3  A.  I don't remember.

 4  Q.  You have no recollection of what the survey

 5      asked?

 6  A.  No.

 7  Q.  Do you have any recollection of who at Abbott

 8      participated in actually undertaking the

 9      survey?

10  A.  Possibly Marilyn Collicott.

11  Q.  Anyone else?

12  A.  No.

13  Q.  What was the purpose of the survey?

14          MR. PHILLIPS:  Object to the form.

15  A.  The survey that is mentioned here in terms of

16      determining who and why subjects are dropping

17      out -- the survey that I remember was to find

18      out what factors investigators could identify

19      that was limiting finding patients and

20      recruiting patients, and also as to why

21      patients may or may not be staying in the

22      study.

23  Q.  Was one of the purposes of the study to find

24      out whether patients were dropping out due to

25      nausea and vomiting?

00063

1   A.  I don't know.

2   Q.  Was the survey completed?

3   A.  I don't know.

4   Q.  Do you know whether anyone at Abbott ever

5       reviewed any results of that survey?

6   A.  I don't remember.

7   Q.  Did you ever receive any report regarding the

8       survey?

9   A.  I don't think so.

10  Q.  Do you recall following up with anyone at

11      Abbott to find out what the results of the

12      survey were?

13  A.  I don't remember.

14  Q.  Do you recall having any discussions with

15      Ms. Collicott regarding the survey?

16  A.  No.

17  Q.  How about Dr. Silber?

18  A.  No.

00072

23              (At which time, Plaintiff's Exhibit

24          82 was marked for identification by the

```
 25           Court Reporter.)
00073

  1                                    .

  2   Q.   Dr. McCarthy you have Exhibit 82 in front of

  3        you.  Would you read this document to yourself

  4        and tell me when you're done?

  5   A.   I'm done.

  6   Q.   Who is Mike Williams?

  7   A.   Mike Williams was Head of Neuroscience

  8        Discovery at Abbott.

  9   Q.   Was he above you in the hierarchy?

 10   A.   He was in a different hierarchy, but he was

 11        Vice President, so in general, yes.

 12   Q.   Did you work with Mr. Williams in any way with

 13        respect to the development of ABT-594?

 14   A.   Yes.

 15   Q.   What was Mr. Williams' role in this regard?

 16   A.   He led the discovery organization team that

 17        included the teams that discovered ABT-594 and

 18        the NNR's.

 19   Q.   Did Mr. Mike Myer work for Mr. Williams?

 20   A.   He worked in his organization.

 21   Q.   This e-mail is directed to the Jennifer Smoter

 22        with a CC to Dr. Silber, do you see that?

 23   A.   Yes.

 24   Q.   Who was Jennifer Smoter?

 25   A.   I believe she was in public affairs.
00074

  1   Q.   There's also reference to Mike Decker.  Who was
```

```
  2        Mike Decker?

  3   A.   Mike was another basic scientist in Mike

  4        Williams' organization.

00078

  8                    (At which time, Plaintiff's Exhibit

  9               84 was marked for identification by the

 10               Court Reporter.)

 11

 12   Q.   Dr. McCarthy you have in front of you what's

 13        been marked as Exhibit 84.  Would you read this

 14        document to yourself and tell me when you are

 15        done?

 16   A.   I'm done.

 17   Q.   This appears to be a couple of e-mails, one

 18        from Mr. Weiland and one from Mr. Sullivan and

 19        they were sent to you at Abbott.  Do you see

 20        that?

 21   A.   Yes.

 22   Q.   Do you recall receiving these e-mails?

 23   A.   No.

 24   Q.   Do you have any reason to doubt that you

 25        received them?

00079

  1   A.   Other than I don't remember, no.

00079

 21   Q.   Mr. Weiland's email to you goes on to state:

 22        The primary purpose for this meeting is to

 23        share data with Pharmacia that might encourage

 24        them to partner with us on this project.
```

```
25              Do you see that?
00080
 1  A.  Yes.

 2  Q.  Do you understand this project to be ABT-594?

 3  A.  I don't remember.

 4  Q.  The e-mail goes onto state:  At the end of the

 5          day there is no other way I am aware of to

 6          broach a partnership without disclosure of the

 7          technical and scientific information.  Hence,

 8          unless there is something particular that we

 9          should hold back in this first round, we need

10          to provide the info.  One area where I have a

11          concern is the nausea and vomiting issue.  If

12          anyone has a suggestion on how we can handle

13          that without frightening our partner it would

14          be very well received.

15              Do you see that?

16  A.  Yes.

17  Q.  What do you recall about discussions within

18          Abbott about the potential for nausea and

19          vomiting issue to potentially frighten a

20          partner on co-development of ABT-594?

21  A.  I don't recall.

22  Q.  You don't recall why it was that Mr. Weiland

23          thought the information about nausea and

24          vomiting might frighten away a potential

25          partner on ABT-594?

00081

 1                  MR. PHILLIPS:  Objection to the
```

2       form.

3   A.  I don't know.

4   Q.  The top e-mail is an e-mail from James Sullivan

5       back to Mr. Weiland and also to you.  Do you

6       see that?

7   A.  Yes.

8   Q.  He mentions the possibility -- he says:   I

9       would suggest the agenda etc. should be limited

10      to including a preclinical profile of ABT-594

11      and a bulk of time.

12          Do you see that?

13  A.  Yes.

14  Q.  Did you participate in assembling any

15      information concerning clinical data involving

16      ABT-594 for presentation to any other

17      companies?

18  A.  I don't remember.

19  Q.  As you sit here today you have no recollection

20      of participating in such presentations, is that

21      right?

22  A.  That's correct.

23  Q.  Back in the November 2000 time frame did you

24      think that the nausea and vomiting that had

25      been observed in clinical trials of ABT-594 was

00082

1       enough to perhaps cause a potential

2       co-development partner to shy away or refuse to

3       engage in a co-development relationship?

4   A.  No.

5  Q.  So you thought Mr. Weiland's comments about the

6       possibility of that information frightening a

7       partner was unjustified?

8  A.  Yes.

9  Q.  What do you recall from discussions on that

10      topic at that time?

11 A.  I don't recall any discussions.

12 Q.  This doesn't refresh your recollection in any

13      way about discussions with potential

14      co-development partners?

15 A.  No.

00099

8              (At which time, Plaintiff's Exhibit

9              91 was marked for identification by the

10             Court Reporter.)

11

12 Q.  Dr. McCarthy would you look at Exhibit 92 for a

13      moment and read it to yourself and tell me

14      please when you are done?

15 A.  I'm done.

16 Q.  Have you seen this document before?

17 A.  In preparation with Mr. Phillips.

18 Q.  The very last page of Exhibit 91 is an email

19      from you to Mr. Thomas dated December 20, 2000.

20      Do you see that?

21 A.  Yes.

22 Q.  It is references n/v rate and that is a

23      reference nausea and vomiting rate?

24 A.  I believe that's correct.

25  Q.  And that's a nausea and vomiting rate for the

00100

1       114 study, correct?

2   A.  I assume.

3   Q.  What was it that you were looking for from

4       Mr. Thomas at that point in time?

5   A.  I don't know.

6   Q.  Why were you asking Mr. Thomas for information

7       about the nausea and vomiting rate in the 114

8       study at that point in time?

9   A.  I don't remember.

00103

5                   (At which time, Plaintiff's Exhibit

6                   92 was marked for identification by the

7                   Court Reporter.)

8

9   Q.  Dr McCarthy would you read this document to

10      yourself please and tell me when you're done?

11  A.  I'm done.

12  Q.  Have you seen this document before?

13  A.  Yes in preparation with Mr. Phillips.

14  Q.  It appears to be two e-mails, one from you to

15      Ms. Andrea Landsberg on December 21, 2000 and

16      another one forwarding a copy of your e-mail to

17      Dr. Silber.  Do you see that?

18  A.  Yes.

19  Q.  Did you actually send these e-mails?

20  A.  I only vaguely remember.

21  Q.  Do you have any reason to doubt you sent these

22      e-mails?

23  A.  Other than I only vaguely remember.

00110

7               (At which time, Plaintiff's Exhibit

8           93 was marked for identification by the

9           Court Reporter.)

10

11  Q.  Dr. McCarthy would you look at Exhibit 93 and

12      tell me if you've seen this document before?

13  A.  Yes, in preparation with Mr. Phillips.

14  Q.  Did you see it before that?

15  A.  No, not that I remember.

16  Q.  This appears to be an email from you to Dr.

17      Silber attaching a Purdue presentation.  Do you

18      see that?

19  A.  Yes.

20  Q.  Where did you get the Purdue presentation back

21      in December 2000?

22  A.  I don't know.  These, generally what look like

23      power point slides, were slides used over the

24      course of years in internal Abbott discussions.

25  Q.  This one is titled Purdue presentation,

00111

1       correct?

2  A.  Yes.

3  Q.  And if you look at the slide file name is

4      ABT-594 Purdue 12/10?

5  A.  The file name says that.  I don't know what the

6      presentation name is titled.

```
 7  Q.   Do these slides look familiar to you?

 8  A.   Yes.

 9  Q.   If you take a look at the third slide under

10       ABT-594 overview?

11  A.   Yes.

12  Q.   The last line says:  Phase II-B status.  Do you

13       see that?

14  A.   Yes.

15  Q.   What information was supplied in conjunction

16       with this slide concerning Phase II-B status

17       and ABT-594?

18                   MR. PHILLIPS:  Objection to the

19       form.

20  A.   I don't know.

00141

25                   (At which time, Plaintiff's Exhibit

00142

 1            103 was marked for identification by the

 2            Court Reporter.)

 3

 4  Q.   Dr. McCarthy you have what's been marked as

 5       Exhibit 103.  Have you seen this before?

 6  A.   I don't remember if I have -- yes I have in

 7       preparation with Mr. Phillips.

 8  Q.   It appears to been an e-mail from you to a

 9       variety of people at Abbott including Dr.

10       Silber and Ms. Verlinden and others concerning

11       a strategy for ABT-594 NNR tolerability.  Do

12       you see that?
```

13  A.    Yes.

14  Q.    You would agree with me that as of February of

15        2001 Abbott was increasing in it's trying to

16        address tolerability issues associated with NNR

17        and ABT-594?

18  A.    Again I don't know if I would say increase.

19  Q.    Well the first paragraph of this email says:

20        Please note the scientific strategy for ABT-594

21        NNR tolerability meeting to take place

22        tomorrow.  This meeting is a follow on to the

23        Leiden review in which a recommendation was

24        heard for a comprehensive strategy to address

25        tolerability issues related to NNR's for pain,

00143

1         including ABT-594's and follow-ons.

2             Do you see that?

3   A.    Yes.

4   Q.    Prior to the time you sent this e-mail out did

5         Abbott have a comprehensive strategy to address

6         tolerability with issues associated with NNR's

7         and ABT-594?

8             MR. PHILLIPS:   Objection to the

9         form.

10  A.    I don't know how to define comprehensive

11        strategy in this case.

12  Q.    Your e-mail seems to indicate that you're going

13        to be trying to come up with a comprehensive

14        strategy to address tolerability issues

15        associated with ABT-594 and NNR's.

16          Do you see that?

17   A.    Yes.

18   Q.    Would you be trying to put together such a

19          comprehensive strategy in February of 2001 if

20          you already had one?

21                MR. PHILLIPS:  Objection to the

22          form.

23   A.    No.

24   Q.    Is that something Dr. Leiden asked you to do?

25                MR. PHILLIPS:  Object to the form.

00144

1    A.    I don't know.

2    Q.    That would appear to be what's indicated in the

3          email, you would agree with me on that point?

4                 MR. PHILLIPS:  Objection to the

5          form.

6    A.    Yes.

00150

22                (At which time, Plaintiff's Exhibit

23          107 was marked for identification by the

24          Court Reporter.)

25

00151

1    Q.    Dr. McCarthy, you have Exhibit 107.  Have you

2          seen this document before?

3    A.    I don't recall it.

4    Q.    It appears to be a string of e-mails, one from

5          a Mr. James Dolan@Pharma.com but appears to be

6          from Purdue Pharma to Mr. Weiland and then Mr.

```
 7        Weiland back to Mr. Dolan and Dr. Silber

 8        forwarding the string of emails on to you among

 9        others at Abbott.

10             Do you see that?

11   A.   Yes.

12   Q.   Do you have a recollection of receiving the

13        e-mails in early March 2001?

14   A.   No.

15   Q.   On the bottom of page 1 and to the top of page

16        2 page, Mr. Dolan's email of March 6, 2001,

17        this states among other things:  Purdue would

18        not be able to commit to any commercial terms

19        now before the M99-114 data were available.

20             Do you see that?

21   A.   Yes.

22   Q.   Was any data regarding the 114 study shared

23        with representatives of Purdue before that data

24        was unblinded?

25                  MR. PHILLIPS:  Object to the form.

00152

 1   A.   I don't know.

 2   Q.   Do you know after the data was unblinded

 3        whether any of it was shared with

 4        representatives of Purdue Pharma?

 5   A.   Not to my knowledge.

 6   Q.   Do you recall learning in 2001 Purdue Pharma

 7        would not move forward with any discussions to

 8        co-develop or partner on ABT-594 before the 114

 9        data was unblinded?
```

10  A.   I don't remember.

11  Q.   Do you recall any discussions with anyone at

12       Abbott on this topic?

13  A.   No.

00160

19              (At which time, Plaintiff's Exhibit

20              113 was marked for identification by the

21              Court Reporter.)

22

23  Q.   Dr McCarthy you have Exhibit 113 which appears

24       to be some e-mails including one from doctor

25       Leonard to Ms. Verlinden and from Ms. Verlinden

00161

1        to you.  Is she a physician?

2   A.   No she's a Ph.D and a PharmD, I think.

3   Q.   The e-mail she wrote to you on May 8, 2001, do

4        you recall seeing this e-mail?

5   A.   I don't.

6   Q.   It's references 594 and she says:  Dear all,

7        John has asked me to take on a role that is a

8        little more active and involved than I had

9        intended with regard to the design plan for

10       ABT-594.

11          Do you see that?

12              MR. PHILLIPS:  I believe you said

13       the design plan, but it is to designing the

14       plan.

15              MR. DAVIS:  I'm sorry.

16  Q.   Let me reread it.  It says:  John has asked me

17          to take on a role that is a little more active

18          and involved than I had intended with regard to

19          designing the plans for ABT-594.

20              Did I read that correctly this time?

21    A.    Yes.

22    Q.    Do you recall Ms. Verlinden taking on that role

23          at that time?

24    A.    No.

25    Q.    Later on in the same paragraph she says:    As

00162

1          you can see the compound has not been given up

2          on, but on the other hand it does not seem like

3          there is money available for it at this time.

4              Do you see that?

5     A.    Yes.

6     Q.    Did you understand that there was no funding

7          available for ABT-594 in May 2001?

8     A.    I don't remember.

9     Q.    And then in the next paragraph the next to last

10         line says:    The issue we need to get to is we

11         want to obtain efficacy of three hundred

12         micrograms BID or better, but need to get

13         around the nausea and vomiting and hence the

14         horrendous dropout rates.

15             Did you agree with Ms. Verlinden's at that

16         time that the dropout rates experienced in the

17         114 study were horrific?

18    A.    I don't know what I thought at that time.

19    Q.    But you don't doubt that's what she's referring

20      to as horrendous dropout rates in the 114

21      study?

22              MR. PHILLIPS:  Objection to the

23      form.

24  A.  I'm not sure what she's referring to.

25  Q.  At this point in time in early May 2001 results

00163

1       of the 114 had been unblinded, correct?

2   A.  I had forgotten the precise timing.

3   Q.  We see that the e-mail from Dr. Leonard to

4       Ms. Verlinden dated 5/5/01.  It says:  I

5       briefly mentioned to the Ex Comm and showed to

6       Jeff the results from the Phase II study.

7           Do you see that?

8   A.  Yes.

9   Q.  Was there any other Phase II studies that had

10      results released in or around May 2001?

11  A.  No.

12  Q.  So that was the 114 study?

13  A.  Yes.

00171

10              (At which time, Plaintiff's Exhibit

11          118 was marked for identification by the

12          Court Reporter.)

13

14  Q.  Dr. McCarthy you have Exhibit 118.  Would you

15      read the first e-mail from you to Ms. Verlinden

16      dated June 27, 2002 to yourself and tell me

17      when you're done?

18  A.   I'm done.

19  Q.   The e-mail from you to Ms. Verlinden had to do

20       with your goals for the upcoming year, correct?

21  A.   It appears to be.

22  Q.   And under the section New Goals there's a

23       reference to 594.  Do you see that?

24  A.   Yes.

25  Q.   And you were telling Ms. Verlinden that one of

00172

1        the upcoming goals was no longer applicable and

2        that was outlicensing of ABT-594.  Do you see

3        that?

4   A.   Yes.

5   Q.   And you state:  I'm in the process of verifying

6        that Dan Norbeck blocked the outlicense of 594.

7            What did you mean?

8   A.   I don't know.

9   Q.   At some point in time did you learn that

10       Mr. Norbeck had somehow blocked outlicensing of

11       ABT-594?

12  A.   I may have, I don't remember.

00174

7                (At which time, Plaintiff's Exhibit

8            119 was marked for identification by the

9            Court Reporter.)

10

11  Q.   Dr. McCarthy you have in front of you Exhibit

12       119.  Can you identify this document for me?

13  A.   No.

14  Q.  Have you ever -- or did you ever see documents

15      like this when you worked at Abbott?

16  A.  Not that I remember.

17  Q.  Did you participate in a probability assessment

18      pertaining to ABT-594?

19  A.  Yes.

20  Q.  Do you recall when you did that?

21  A.  No.

22  Q.  Did you do it before ABT-594 development was

23      discontinued?

24  A.  Yes.

25  Q.  Did you do it back in the 2000 time frame?

00175

1  A.  I don't remember in 2000, per se.

2  Q.  Do you recall providing your own assessment of

3      the probability of success of ABT-594?

4  A.  I don't recall.

5  Q.  When you participated in the process to come up

6      with a probability assessment for ABT-594 who

7      else assisted in that process?

8  A.  At times the DSG group.  That's the only

9      specific team I can think of.

10  Q.  There are references to Chris and Bruce in this

11      document?

12  A.  Yes.

13  Q.  Is that a reference to Dr. Silber and you?

14  A.  I believe so.

15  Q.  Do you recall, while the 114 trial was still

16      underway, noting that SE's while apparent still

17      wouldn't stop the trial, however there was

18      significant drop outs still occurring.

19             Do you remember this?

20   A.   I don't remember this.

# EXHIBIT C

00001

1              UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3

4

5    JOHN HANCOCK LIFE INSURANCE         )

6    COMPANY, JOHN HANCOCK VARIABLE      )

7    LIFE INSURANCE COMPANY and          )

8    MANULIFE INSURANCE COMPANY          )

9    (f/k/a INVESTORS PARTNER            )

10   INSURANCE COMPANY),                 )

11              Plaintiffs,      )  Civil Action No.

12      -vs-                     )  05-11150-DPW

13   ABBOTT LABORATORIES,                )

14              Defendant.       )

15

16

17

18         THE VIDEOTAPED DEPOSITION OF

19                 JIM LOOMAN

20

21              February 1, 2007

22

23

24

00002

1

2

3

4          The videotaped deposition of JIM LOOMAN,

5    called by the Plaintiff for examination, taken

6    pursuant to the Federal Rules of Civil Procedure of

7    the United States District Courts pertaining to the

8    taking of depositions, taken before CORINNE T.

9    MARUT, C.S.R. No. 84-1968, a Notary Public within

10   and for the County of DuPage, State of Illinois,

11   and a Certified Shorthand Reporter of said state,

12   at the offices of Levenfeld & Pearlstein, LLC,

13   Suite 1300, Two North LaSalle Street, Chicago,

14   Illinois, on the 1st day of February, A.D. 2007,

15   commencing at 9:17 a.m.

16

17

18

19

20

21

22

23

24

```
00003
   1  PRESENT:

   2        CHOATE, HALL & STEWART LLP,

   3        (Two International Place,

   4        Boston, Massachusetts 02110,

   5        617-248-5000), by:

   6        MR. JOSEPH H. ZWICKER,

   7        jzwicker@choate.com,

   8             appeared on behalf of the Plaintiffs;

   9

  10        MUNGER, TOLLES & OLSON LLP,

  11        (355 South Grand Avenue, 35th Floor,

  12        Los Angeles, California  90071-1560,

  13        213-683-9276), by:

  14        MR. ERIC J. LORENZINI,

  15        eric.lorenzini@mto.com,

  16             appeared on behalf of the Defendant

  17             and the Deponent.

  18

  19  VIDEOTAPED BY:

  20        ERIC CAMPBELL,

  21             Esquire Deposition Services.

  22

  23

  24  REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968
```

4293604_2

00004

1          THE VIDEOGRAPHER:  Good morning.  We are on

2     the record at 9:17 a.m.  Today's date is

3     February 1, 2007.

4               Here begins the videotaped deposition of

5     Jim Looman, taking place in Chicago, Illinois.

6               This deposition is being taken in the

7     matter of John Hancock Life Insurance Company,

8     et al. vs. Abbott Laboratories.

9               Will counsel please state their names

10    for the record.

11        MR. ZWICKER:  For the Plaintiffs, Joseph

12    Zwicker, Choate, Hall & Stewart, Boston,

13    Massachusetts.

14        MR. LORENZINI:  Eric Lorenzini from Munger,

15    Tolles & Olson for the Defendant and the witness.

16        THE VIDEOGRAPHER:  Thank you, counsel.  Will

17    the Court Reporter now please swear in the witness.

18                    (WHEREUPON, the witness was duly

19                    sworn.)

20        MR. ZWICKER:  May I proceed?

21

22

23

24

00005

1                          JIM LOOMAN,

2    called as a witness herein, having been first duly

3    sworn, was examined and testified as follows:

4                          EXAMINATION

00010

15      Q.    What was your role with respect to the

16   development of ABT-518?

17      A.    As an associate medical director, my

18   responsibility was to act as the medical liaison on

19   behalf of the team at Abbott Park with the two

20   sites that participated in the 518 studies.

21      Q.    When did you assume responsibilities as

22   liaison for the clinical trial?

23      A.    That must have been when Abbott decided

24   to do two studies in the Netherlands.

00043

1       Q.    Would you agree with me that the

2    planning of the 518 study required a significant

3    amount of time for persons at Abbott?

4       A.    Yes, that would be true.

5       Q.    And would you agree that it also

6    required a substantial amount of time for persons

7    in the Netherlands?

8       A.    Yes, that is also true.

9       Q.    Would you also agree that the planning

10   and implementation of the 518 study required a

11   significant financial commitment from Abbott?

12      A.    Yes, that would be true.

00044

13    Q.    Would you agree that a substantial

14  amount of money is spent by Abbott before the first

15  patient is dosed?

16    A.    That would be true.

00050

4    Q.    Do you recall in March of 2001 receiving

5  an e-mail from Dr. Nabulsi informing you that all

6  development activities for ABT-518 had been

7  terminated?

8    MR. LORENZINI:  Objection.  You can answer.

9  BY THE WITNESS:

10    A.    I do not remember a memo which specifies

11  what you just said.  I do remember that I received

12  a memo from the clinical team, and I cannot

13  remember if that was from Dr. Nabulsi or somebody

14  else from the clinical team, to inform me that the

15  studies needed to be stopped.

00051

18    Q.    Before you received this e-mail from

19  Dr. Nabulsi, did you have any indication that

20  development activities for 518 would be terminated?

21    A.    No, I did not.

00053

19    Q.    The first line of the e-mail says, "Jim,

20  Greetings.  We had a project review with upper

21  management this Wednesday.  During this review

22  there was a concern regarding the continuation with

23  ABT-518 development."

24          Do you see that?

00054

1     A.    Yes.

2     Q.    Did you and Dr. Nabulsi during your

3   telephone call discuss the project review meeting

4   with upper management?

5     A.    In that telephone conference he informed

6   me of the outcome of the meeting.

7     Q.    Did he tell you who said what at the

8   meeting?

9     A.    He told me that he and Dr. Nisen were

10  informed by senior management that the study was

11  going to put on hold.

00056

23          Did you view the trial as the most

24  important aspect of 518's development as of

00057

1   March the 11th?

2     A.    From a medical perspective being a

3   doctor, I -- I would say that initiatives that

4   involve cancer patients for me are regarded a very

5   high priority, yes.

6     Q.    And in terms of all the other

7   development activities for 518, did you view the

8   clinical trial as the most important?

9     MR. LORENZINI:  Objection.

10  BY THE WITNESS:

11    A.    From my medical background, yes.

00058

6      Q.    Did he tell you what the reasoning was

7  for the portfolio analysis in discontinuing the

8  clinical trial?

9      A.    What I remember was that when this

10  happened, this was very shortly after Abbott had

11  acquired Knoll, another company, pharmaceutical

12  section of BASF in Germany, which implicated that

13  we received a lot of new products and projects in

14  our pipeline as a result of that acquisition and

15  that one of the reasons of this review was to

16  prioritize which of the projects had the highest

17  priority for development.

18      Q.    Did Dr. Nabulsi tell you that ABT-518

19  did not have a high priority for development?

20      A.    Not high enough to continue.

21      Q.    Did he tell you why that was?

22      A.    No, I cannot -- I cannot remember.  The

23  decision was that 518 was not high enough on the

24  priority list to continue and that was the reason

00059

1  for discontinuation.

00060

8              Did you and Dr. Nabulsi discuss why --

9  what aspect of the task would be difficult?

10      A.    Yes, because we were -- actually we were

11  a day away from dosing the first patient, and

12  notifying sites that a study will not continue a

13  day before actually dosing the first patient is

4293604_2

14   probably one of the difficult -- most difficult

15   things you can have to tell them.

16       Q.    Why is that?

17       A.    Because already patients are involved,

18   patients have consented to participate, which are

19   oncology patients.  So, you need to be very careful

20   and serious about how you treat them.  And giving

21   them a perspective of treatment and then all of a

22   sudden deciding that that will not take place

23   because the study will not take place is a very

24   difficult statement to make.

00062

 7       Q.    In your mind on March 11, was Abbott's

 8   decision to terminate the clinical trial a final

 9   decision?

10       A.    I --

11       MR. LORENZINI:  Objection; calls for

12   speculation.

13   BY THE WITNESS:

14       A.    At that moment my information was that

15   the stop was going to be a permanent one.

16   BY MR. ZWICKER:

17       Q.    And that was information you got from

18   Dr. Nabulsi?

19       MR. LORENZINI:  Objection.

20   BY THE WITNESS:

21       A.    In the teleconference we had together,

22   there was no information relayed to me that

23   indicated differently.

```
 24  BY MR. ZWICKER:
00063
  1     Q.    Dr. Looman, in your mind on March 11, is
  2  it fair to say that you viewed the termination of
  3  the clinical trial as a substantial negative event
  4  that made the successful development of 518
  5  unlikely?
  6     MR. LORENZINI:  Objection.
  7          Could you read back the question,
  8  please.
  9              (WHEREUPON, the record was read
 10              by the reporter as requested as
 11              follows:  Q.  Dr. Looman, in your
 12              mind on March 11, is it fair to say
 13              that you viewed the termination of
 14              the clinical trial as a substantial
 15              negative event that made the
 16              successful development of 518
 17              unlikely?)
 18     MR. LORENZINI:  Objection.  But you can
 19  answer.
 20  BY THE WITNESS:
 21     A.    Yes, that would be true because this was
 22  the first Phase I study with 518, and stopping it
 23  prematurely would not benefit the project.
00064
 22     Q.    In your mind on March 11, did you
 23  believe that shutting down the clinical trial would
 24  negatively impact Abbott's reputation with the
```

4293604_2

00065

    1  sites?

    2      A.    Yes, I did.

    3      Q.    Why?

    4      A.    Because Abbott was in the process of

    5  developing oncology products.  We didn't at that

    6  time have any oncology product on the market from

    7  which -- coming from the oncology group.  So, the

    8  oncology group was building relationships with

    9  oncologists for further development of their group

    10  of products of which 518 was one.

00065

    23     Q.    So, in your mind terminating this

    24  clinical trial negatively impacted Abbott's

00066

    1  relationships with clinical sites in the

    2  Netherlands?

    3      A.    With those two specific sites.

    4      Q.    Did you view those two specific sites as

    5  important sites?

    6      A.    Yes.

00067

    15     A.    You mean in overall clinical development

    16  process?

    17     Q.    Yes.

    18     A.    The sites need to have a closeout visit,

    19  which means that you will have to make sure that

    20  all of the data are collected, that the unused drug

    21  is being returned to the sponsor, and that the

4293604_2

    22   documentation to formally close the study so

    23   informing the authorities is being done.

    24        Q.    What authorities would have to be

00068

     1   notified?

     2        A.    The ethics committee, the MEC.

     3        Q.    Did the EC approve the protocol in the

     4   first instance?

     5        A.    Yes, they did.

     6        Q.    So, the EC would have to be notified

     7   that the study was terminated?

     8        A.    Yes.

00079

    12        Q.    Is it fair, then, that one of the things

    13   that occurred as a result of the instruction to

    14   halt the trial was that the Amsterdam site sent

    15   home a patient?

    16        A.    Yes.

00110

    23        Q.    So, you didn't hear from your colleagues

    24   in the US that the results at ASCO should be

00111

     1   construed to -- strike that.

     2              You didn't understand from your

     3   competitors, your colleagues in the US that the

     4   ASCO data was bad for 518?

     5        A.    No.

     6        MR. LORENZINI:  Objection; vague as to time.

     7   BY THE WITNESS:

4293604_2

```
 8      A.    No, that is not what I interpreted.

 9  BY MR. ZWICKER:

10      Q.    Was your understanding that the ASCO

11  data was neutral for 518 in 2001?

12      MR. LORENZINI:  Objection.

13  BY THE WITNESS:

14      A.    I cannot answer the question.  I -- what

15  I can say is that the discussions that we had, one

16  of the questions -- main questions that were -- was

17  posed in our group of clinical people was whether

18  or not the results from the other compounds was

19  going to be a class effect and if such -- if 518

20  would be impacted by that.

21          As we were at the very early stage in

22  our studies, it was too early to draw any

23  conclusions at that time for 518.

24  BY MR. ZWICKER:
```

00112

```
 1      Q.    From the ASCO data?

 2      A.    Yes.
```

00113

```
 9      Q.    So, in your own mind the ASCO results

10  were not definitive?

11      A.    No --

12      MR. LORENZINI:  Objection.

13  BY THE WITNESS:

14      A.    Were not definitive.
```

4293604_2

# EX. 32
# (See S. Blewitt Affidavit for complete document)

# PLs' BG

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## ABBOTT LABORATORIES
## Abbreviated Clinical Study Report R&D/02/118

## A Phase I Escalating Multiple Dose Study of Matrix Metalloproteinase Inhibitor (ABT-518) in Patients With Advanced Cancer

## ABT-518/Protocol M00-235

## 17 May 2002

*I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study.*

| | |
|---|---|
| Raymond A. Knight, MBA<br>Clinical Project Manager, Oncology Group | Date |
| Robert Carr, Ph.D.<br>Sr. Research Pharmacokineticist | Date |
| Charles Locke, Ph.D.<br>Assistant Director, Clinical Statistics | Date |
| Rod Humerickhouse, M.D., Ph.D.<br>Associate Medical Director, Oncology Group | Date |
| Azmi Nabulsi, M.D.<br>Venture Head, Oncology Group | Date |

### CONFIDENTIAL

ABBT 0033583

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

### ABBOTT LABORATORIES
### Abbreviated Clinical Study Report R&D/02/118

## A Phase I Escalating Multiple Dose Study of Matrix Metalloproteinase Inhibitor (ABT-518) in Patients With Advanced Cancer

### ABT-518/Protocol M00-235

### 17 May 2002

*I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study.*

_____

B.A. Zonnenberg, M.D.
Principal Investigator


_____

Academisch Ziekenhuis Utrecht
Heidelberglaan 100
3584 CX Utrecht
The Netherlands


_____    _____

Signature                                          Date

**CONFIDENTIAL**

**ABBT 0033584**

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

i

## 1.0   Title Page

### ABBOTT LABORATORIES
### Abbreviated Clinical Study Report No. R&D/02/118

### A Phase I Escalating Multiple Dose Study of Matrix Metalloproteinase Inhibitor (ABT-518) in Patients With Advanced Cancer

### ABT-518/Protocol M00-235

*This report was written in accordance with the Guidance for Industry: Submission of Abbreviated Reports and Synopses in Support of Marketing Applications (August, 1999). Information pertinent to sections that have not been included is available upon request.*

| | |
|---|---|
| **Development Phase:** | 1 |
| **Coordinating Investigator:** | B.A. Zonnenberg, MD |
| **Date First Subject Dosed:** | 23 April 2001 |
| **Date Last Subject Completed Dosing:** | 19 August 2001 |
| **Sponsor Signatory:** | Rod Humerickhouse, M.D., Ph.D.<br>Associate Medical Director<br>Oncology Group<br>Dept. R48K, Bldg. AP30-3<br>Abbott Laboratories<br>200 Abbott Park Rd.<br>Abbott Park, IL  60064-6146 |
| | Phone: 847-938-7577<br>Fax:    847-937-7812 |
| **Report Date:** | 17 May 2002 |

This study was conducted in compliance with the protocol, Good Clinical Practice, and all other applicable regulatory requirements including the archiving of essential documents.

Confidential Information
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

CONFIDENTIAL

ABBT 0033585

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

ii

## 2.0   Synopsis

| Name of Company:<br>Abbott Laboratories | Individual Study Table Referring<br>to Item of the Submission: | (For National Authority<br>Use Only) |
|---|---|---|
| Name of Finished Product:<br>ABT-518 | Volume: | |
| Name of Active Ingredient:<br>MMPI | Page: | |

| | |
|---|---|
| **Title of Study:**  A Phase I Escalating Multiple Dose Study of a Matrix Metalloproteinase Inhibitor (ABT-518) in Patients With Advanced Cancer | |
| **Coordinating Investigator:** B.A. Zonnenberg, M.D. | |
| **Study Site(s):** 2 | |
| **Reason for Abbreviated Report:** Early discontinuation of study | |
| **Publication:** not applicable | |

| | |
|---|---|
| **Study Period (Years):** 1<br>**Initiation Date:**  23 April 2001<br>**Completion Date:**  19 August 2001 | **Phase of Development:** Phase I |

**Objectives:**  The primary objectives of this Phase I trial in patients with advanced non-hematologic malignancies were.  1) to establish a safety profile of ABT-518 given orally once a day, and 2) to determine the maximum tolerated dose (MTD) of the ABT-518 when administered orally for 27 days.  The secondary objectives were:  1) to determine the pharmacokinetics of ABT-518 in patients, 2) to determine a dose level for Phase II studies, and 3) to describe any preliminary evidence of anti-tumor activity.

**Methodology:**  This was a Phase I, two center, open-label, multiple dose-escalating study of ABT-518 administered once daily for 27 days to cohorts of patients with advanced non-hematologic malignancies.  A course of therapy was defined as 29 days (27 doses of ABT-518) and a cohort was defined as a minimum of three patients at a particular dose.  Patients were given their first dose of study drug on Day 1.  No ABT-518 was given on Days 2 and 3 so that pharmacokinetic samples could be collected.  Dosing resumed on Day 4 with daily oral doses continuing until Day 29 when the course of therapy was completed.  An evaluable patient was defined as a patient who completed Day 29 with less than 25% missed doses.  Patients were allowed to continue into an extension period beyond Day 29 at their current dose provided safety assessments were deemed acceptable by the investigator.

**Number of Subjects (Planned and Analyzed):**  Up to 40 planned; analyzed equals 6

**Diagnosis and Main Criteria for Inclusion:**
1.  The patient had a non-hematologic malignancy documented by histologic or cytologic examination, that was refractory to standard therapy or for which there is no known effective therapy, and had a life expectancy of $\geq$ 3 months.
2.  The patient had a Kamofsky Performance Score of $\geq$ 70
3.  The patient must have had adequate bone marrow and adequate renal and hepatic function·
    Bone Marrow  ANC $\geq$ 1,500/mm$^3$; Platelets $\geq$ 100,000/mm$^3$; Hemoglobin $\geq$ 10 0 g/dL
    Renal function:  measured or estimated creatinine clearance $\geq$ 50 ml/min

CONFIDENTIAL

ABBT 0033586

ABT-518 (A-291518)                                                                              iii
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

Calculated creatinine clearance was obtained as follows:

Male: $\dfrac{[140 - \text{age (years)}] \times \text{weight (kg)}}{72 \times \text{serum creatinine (mg/dL)}}$ = creatinine clearance

Female: $0.85 \times \dfrac{[140 - \text{age (years)}] \times \text{weight (kg)}}{72 \times \text{serum creatinine (mg/dL)}}$ = creatinine clearance

Hepatic function: AST and ALT ≤ 2.5 X upper limit of normal; bilirubin 1.5 X upper limit of normal (CTC toxicities ≤ Grade 1).

**Diagnosis and Main Criteria for Exclusion:**

1. The patient received an investigational drug within four weeks prior to study drug administration.
2. The patient had CNS metastasis or leptomeningeal carcinomatosis.
3. The patient had radiotherapy, chemotherapy or hormonal therapy within four weeks of study start.

**Test Product, Dose/Strength/Concentration, Mode of Administration and Lot Number:**

ABT-518, 25 mg capsules, oral, bulk product lot/NPRO #67-393-AR/9928N

ABT-518, 200 mg capsules, oral, bulk product lot/NPRO #74-013-4P/0209N

**Duration of Treatment:** ABT-518 was administered QD on Study Day 1 and on Study Day 4 through 29. A course of therapy was defined as 29 days (27 doses of ABT-518). Provided safety assessments were deemed acceptable by the investigator, patients were allowed to continue into an extension period beyond day 29 at their current dose

**Reference Therapy, Dose and Mode of Administration, Lot Number:** not applicable

**Criteria for Evaluation:**
**Efficacy:** An evaluable patient was defined as a patient who completes Day 29 with less than 25% missed doses.

**Pharmacokinetics:** Pharmacokinetic variables for which values were determined are: maximum observed concentration ($C_{max}$), time to $C_{max}$ ($T_{max}$), elimination rate constant ($\beta$) and the corresponding terminal half-life ($t_{1/2}$), area under the curve (AUC), and apparent plasma clearance (CL/F).

**Pharmacodynamics:** A change in angiogenic growth factor levels served as a surrogate marker of efficacy of the drug on the tumor. Day 1 assessments served as baseline for VEGF, b-FGF, MMP-2, and MMP-9 plasma and urine levels as well as MMP-2 and MMP-9 bioactivity evaluations.

**Safety:** Safety was assessed throughout the study by the collection of adverse events, laboratory profiles, electrocardiograms, physical examinations and vital signs.

**Statistical Methods:** A significance level of 0.05 was used for all tests unless indicated otherwise. All tests on a single parameter or a single contrast of parameters were two-tailed unless stated otherwise. Missing values were not replaced. The possibility of bias as a result of missing values was assessed.

**Efficacy:** Efficacy variables were intended to be analyzed as appropriate, depending in part on how many patients remained in the study beyond Day 29 and considering issues of missing/censored data. In particular, the Karnofsky performance scale data of Day 22 was intended to be explored with dose as an explanatory variable and with the baseline evaluation included in the analysis.

**CONFIDENTIAL**

ABBT 0033587

ABT-518 (A-291518)                                                                                    iv
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**Pharmacokinetic:** Noncompartmental methods were used to determine values of the pharmacokinetic variables. Descriptive statistics was provided for the pharmacokinetic variables with a breakdown by dose level. Covariates such as age, body weight, sex and perhaps others that might explain some of the variability in the population were included in the model initially. For the analysis, the concentrations were dose-normalized. The model included classification by day and had effects for dose level (either classification or as a continuous variable) and the interaction of day and dose level. The primary test on time effect was the test of the hypothesis of no difference between Days 8 and 29. More than 80% of the subjects with a value on Day 8 had data for Day 29.

**Pharmacodynamics:** Intended pharmacodynamic variables, including tumor marker data, was to explored for trends with dose and time and summarized as appropriate. The baseline value (last measurement before the beginning of study drug administration) was to be included in the statistical analysis, and changes from baseline were to be addressed. The intended analysis was to include tests for a trend with dose. If useful and appropriate, the relationship between drug concentration variables and a pharmacodynamic variable was to have been explored.

**Safety:** The number and percentage of patients having adverse events was tabulated by COSTART V term and body system with a breakdown by dose level. It was intended fo adverse event data to be explored for a trend with dose. It was intended that oncology-related events be summarized as appropriate.

Laboratory values outside reference ranges were flagged and evaluated for clinical significance. It was intended for laboratory variables, vital sign variables and continuous ECG variables to be explored for trends with dose and time and summarized as appropriate. It was intended that the baseline value (last measurement before the beginning of study drug administration) be included in the statistical analysis, and changes from baseline be addressed. The analysis was intended to include tests for a trend with dose.

**Summary/Conclusions:**

Following the emergence of new scientific data regarding the overall efficacy of this class of drug, the decision was made to discontinue development of this compound.

**Efficacy Results:** Due to the premature discontinuation of this study, no formal efficacy analyses were completed.

**Pharmacokinetic Results:** Following 25 or 50 mg oral doses of ABT-518 administered once daily to a total of six patients with advanced cancer, parent drug pharmacokinetics were characterized by a very low oral clearance (approximately 3.0 L/hr) and an overall mean apparent volume of distribution of about 1 L/kg. The overall mean half-life was independent of time over the ranges studied. Both regimens maintained mean pre-dose concentrations above the target of 100 ng/mL and achieved mean AUC values within the pre-clinically-efficacious range. Metabolite concentrations in plasma accumulated with multiple ABT-518 dosing, but appeared to substantially achieve steady state by Study Day 22. Metabolite exposure (AUC) was low compared to parent drug On Study Day 22, relative exposure (metabolite:parent ratio of $AUC_{0-24}$) averaged approximately 0.4 for the amine metabolite (A-347542), but was $\leq 0.2$ for the other metabolites.

**Pharmacodynamic Results:** Due to the premature discontinuation of this study, no pharmacodynamic analyses were completed

**CONFIDENTIAL**

ABBT 0033588

ABT-518 (A-291518)                                                              v
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**Safety Results:** Overall, 100% (6/6) of the subjects dosed with ABT-518 experienced adverse events during the dosing period. There was one death, four serious adverse events and one premature discontinuation due to an adverse event.

The most commonly reported adverse events were asthenia (4/6, 67%) and peripheral edema (3/6, 50%). Asthenia was experienced by 75% of the 25 mg dose group and 50% of the 50 mg dose group. Peripheral edema was experienced by 75% of the 25 mg dose group and zero in the 50 mg dose group. The asthenia reported by the 25 mg dose group were all mild to moderate in severity and the one reported by the 50 mg group was mild in severity.

There were four serious adverse events. Three of the serious adverse events were considered probably not related to study drug and one was considered possibly related to study drug. One subject in the 25 mg dose group discontinued study drug due to kidney failure, which was considered by the investigator to be possibly related. No subjects died while on the study. One subject died greater than 30 days from the last dose of study drug due to progressive melanoma.

Due to the limited enrollment of patients as a result of the premature discontinuation of this study, no safety conclusions can be drawn.

Following the emergence of new scientific data regarding the overall efficacy of this class of drug, the decision was made to discontinue development of this compound.

**Date of the Report:** 17 May 2002

CONFIDENTIAL

ABBT 0033589

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

vi

### 3.0  Table of Contents for the Individual Study Report

Page

1.0  Title Page ............................................................................................................. i

2.0  Synopsis.............................................................................................................. ii

3.0  Table of Contents for the Individual Study Report............................................ vi

4.0  List of Abbreviations and Definition of Terms ............................................... xiii

7.0  Investigator and Study Administration Structure............................................... 1

8.0  Study Objectives................................................................................................. 1

9.0  Investigational Plan ........................................................................................... 1

    9.1  Overall Study Design and Plan:  Description ............................................. 1

    9.8  Changes in the Conduct of the Study or Planned Analyses......................... 5

        9.8.1  Protocol Changes............................................................................ 5

        9.8.2  Statistical Changes......................................................................... 6

10.0  Study Subjects .................................................................................................. 6

    10.1  Disposition of Subjects ................................................................................ 6

11.0  Efficacy Evaluation .......................................................................................... 7

    11.1  Data Sets Analyzed...................................................................................... 8

    11.2  Demographic and Other Baseline Characteristics........................................ 8

        11.2.1  Location of Demographic and Other Baseline
                Characteristics ............................................................................... 9

        11.2.5  Pharmacokinetic Results and Conclusions.................................... 9

12.0  Safety Evaluation ........................................................................................... 13

    12.1  Extent of Exposure.................................................................................... 13

    12.2  Adverse Events ......................................................................................... 14

        12.2.1  Brief Summary of Adverse Events.............................................. 14

        12.2.2  Display of Adverse Events .......................................................... 15

        12.2.3  Analysis of Adverse Events......................................................... 16

        12.2.4  Listing of Adverse Events by Subject.......................................... 17

CONFIDENTIAL

ABBT 0033590

ABT-518 (A-291518)                                                                                    vii
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## Table of Contents for the Individual Study Report (Continued)

                                                                                              Page

12 3  Deaths, Other Serious Adverse Events, and Other Significant
      Adverse Events ......................................................................................17

      12.3.1  **Listing of Deaths, Other Serious Adverse Events, and
              Other Significant Adverse Events...........................................17**

              12.3.1.1   Deaths ......................................................................17

              12.3.1.2   Other Serious Adverse Events ...................................17

              12.3.1.3   Other Significant Adverse Events.............................17

      12.3.2  Narratives of Deaths, Other Serious Adverse Events, and
              Certain Other Significant Adverse Events...................................17

      12.3.3  Analysis and Discussion of Deaths, Other Serious
              Adverse Events, and Other Significant Adverse Events ............29

12.4  Clinical Laboratory Evaluation........................ .........................................30

      12.4.1  Listing of Individual Laboratory Measurements by Subject
              and Each Abnormal Laboratory Value .......................................30

      12.4.2  Evaluation of Each Laboratory Parameter ...................................30

              12.4.2.1   Laboratory Values Over Time .................................30

              12.4.2.2   Individual Subject Changes .....................................30

              12.4.2.3   Individual Clinically Significant
                         Abnormalities............................................................31

12.5  Vital Signs, Physical Findings, and Other Observations Related to
      Safety .....................................................................................................31

13.0  **Discussion and Overall Conclusions ................................................................31**

**CONFIDENTIAL**

ABBT 0033591

ABT-518 (A-291518)                                                          viii
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**Table of Contents for the Individual Study Report (Continued)**

14.0    **Tables, Figures and Graphs Referred to but not Included in the Text**

    14.1         Demographic Data Summary Figures and Tables

    14.1__1.1    Summary of Demographics

    14.2         Efficacy Data Summary Figures and Tables

    14.3         Safety Data Summary Figures and Tables

    14.3__1     Displays of Adverse Events

    14.3__1.1    Number (%) of Subjects with Treatment-Emergent Adverse Events Grouped by Body System and COSTART Term

    14.3__2     Listings of Deaths, Other Serious and Significant Adverse Events

    14.3__3     Narratives of Death, Other Serious and Certain Other Significant Adverse Events

    14.3__4     Abnormal Laboratory Value Listing

    14.3__5     Abnormal Vital Signs Value Listing

    14.3__6     Abnormal Electrocardiogram Value Listing

15.0    **References**

16.0    **Appendices**

16.1    **Study Information**

    16.1__1     Protocol and Protocol Amendments

    16.1__2     Sample Case Report Form

    16.1__5     Signatures of Principal or Coordinating Investigator(s) or Abbott Laboratories Responsible Medical Officer

    16.1__9     Documentation of Statistical Methods

16.2    **Subject Data Listings**

    16.2__1.1    Study Completion

    16.2__1.2    Other Medications and Supplement - Subjects Who Prematurely Discontinued

    16.2__2.1    Inclusion/Exclusion Criteria

    16.2__2.2    Pregnancy Test Results

**CONFIDENTIAL**

ABBT 0033592

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

IX

## Table of Contents for the Individual Study Report (Continued)

| | |
|---|---|
| 16.2__4.1 | Subject Demographics |
| 16.2__4.2 | Subject Medical History |
| 16.2__4.3 | Tobacco and Alcohol Use |
| 16.2__4.4 | Physical Examination |
| 16.2__4.5.1 | Baseline Hematology Determinations - Part 1 |
| 16.2__4.5.2 | Baseline Hematology Determinations - Part 2 |
| 16.2__4.5.3 | Baseline Hematology Determinations - Part 3 |
| 16.2__4.5.4 | Baseline Hematology Determinations - Part 4 |
| 16.2__4.5.5 | Baseline Hematology Determinations - Part 5 |
| 16.2__4.5.6 | Baseline Hematology Determinations - Comments and Values Outside the Reference Range |
| 16.2__4.6.1 | Baseline Chemistry Determinations - Part 1 |
| 16.2__4.6.2 | Baseline Chemistry Determinations - Part 2 |
| 16.2__4.6.3 | Baseline Chemistry Determinations - Part 3 |
| 16.2__4.6.4 | Baseline Chemistry Determinations - Part 4 |
| 16.2__4.6.5 | Baseline Chemistry Determinations - Part 5 |
| 16.2__4.6.6 | Baseline Chemistry Determinations - Part 6 |
| 16.2__4.6.7 | Baseline Chemistry Determinations - Comments and Values Outside the Reference Range |
| 16.2__4.7.1 | Baseline Urinalysis Determinations - Part 1 |
| 16.2__4.7.2 | Baseline Urinalysis Determinations - Part 2 |
| 16.2__4.7.3 | Baseline Urinalysis Determinations - Comments and Values Outside the Reference Range |
| 16.2__4.8 | Miscellaneous Lab Results |
| 16.2__4.9 | Oncology History |
| 16.2__4.10 | Radiation Therapy History |
| 16.2__4.11 | Oncological Surgical History |
| 16.2__5.1.1 | Study Drug Administration - Part 1 |

CONFIDENTIAL                    ABBT 0033593

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

x

### Table of Contents for the Individual Study Report (Continued)

| | | |
|---|---|---|
| 16.2__5.1.2 | Study Drug Administration - Part 2 | |
| 16.2__5.2 | Dose Delay | |
| 16.2__5.3.1 | Blood Collection Assay Results - Part 1 | |
| 16.2__5.3.2 | Blood Collection Assay Results - Part 2 | |
| 16.2__5.3.3 | Blood Collection Assay Results - Part 3 | |
| 16.2__5.3.4 | Blood Collection Assay Results - Part 4 | |
| 16.2__5.3.5 | Blood Collection Assay Results - Comments | |
| 16.2__5.3.6 | Urine Collection Assay Results - Part 1 | |
| 16.2__5.3.7 | Urine Collection Assay Results - Part 2 | |
| 16.2__5.3.8 | Urine Collection Assay Results - Part 3 | |
| 16.2__5.3.9 | Urine Collection Assay Results - Comments | |
| 16.2__5.3.10 | Blood and Urine Collection Assay Results - General Comments | |
| 16.2__5.4 | Meal Record | |
| 16.2__6.1 | Performance Status | |
| 16.2__6.2 | Tumor Assessment | |
| 16.2__7.1.1 | Adverse Events | |
| 16.2__7.1.2 | Serious Adverse Events | |
| 16.2__7.2 | Subject Death | |
| 16.2__7.3 | Other Medications and Supplements | |
| 16.2__7.4 | Chemotherapy | |
| 16.2__7.5 | Hormone Therapy | |
| 16.2__7.6 | Biological Therapy | |
| 16.2__8.1 | Laboratory Reference Ranges | |
| 16.2__8.2.1 | Hematology Determinations - Part 1 | |
| 16.2__8.2.2 | Hematology Determinations - Part 2 | |
| 16.2__8.2.3 | Hematology Determinations - Part 3 | |
| 16.2__8.2.4 | Hematology Determinations - Part 4 | |
| 16.2__8.2.5 | Hematology Determinations - Part 5 | |

CONFIDENTIAL

ABBT 0033594

ABT-518 (A-291518)                                                      xi
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## Table of Contents for the Individual Study Report (Continued)

16.2__8.2.6    Hematology Determinations - Comments and Values Outside the
               Reference Range

16.2__8.3.1    Chemistry Determinations - Part 1

16.2__8.3.2    Chemistry Determinations - Part 2

16.2__8.3.3    Chemistry Determinations - Part 3

16.2__8.3.4    Chemistry Determinations - Part 4

16.2__8.3.5    Chemistry Determinations - Part 5

16.2__8.3.6    Chemistry Determinations - Part 6

16.2__8.3.7    Chemistry Determinations - Comments and Values Outside the
               Reference Range

16.2__8.4.1    Urinalysis Determinations - Part 1

16.2__8.4.2    Urinalysis Determinations - Part 2

16.2__8.4.3    Urinalysis Determinations - Comments and Values Outside the
               Reference Range

16.2__9.1.1    Vital Signs

16.2__9.1.2    Vital Signs - Comments

16.2__9.2      12-Lead Electrocardiogram Results

16.2__9.3      Chest X-ray

16.2__9.4      Transfusions

16.3    **Case Report Forms**

16.3__1        Case Report Forms for Deaths, Other Serious Adverse Events,
               and Withdrawals for Adverse Events

16.3    **Individual Subject Data Listings**

CONFIDENTIAL

ABBT 0033595

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

xii

### Table of Contents for the Individual Study Report (Continued)

#### List of In-Text Tables

Page

Table 9.1.a   Dosing Schematic ....................................................................................3

Table 9.1.b   Study Schematic........................................................................................4

Table 10.1.a  Subject Accountability.............................................................................6

Table 11.2.a  Demographic and Baseline Characteristics.............................................8

Table 11.2.b  Mean ± SD Parameter Estimates for ABT-518 and Metabolites.........10

Table 12.1.a  Extent of Exposure................................................................................13

Table 12.2.a  All Treatment-Emergent Adverse Events by Any Subject ..................16

Table 12.4.a  Appendices Relevant to Clinical Laboratory Assessments .................30

CONFIDENTIAL

ABBT 0033596

ABT-518 (A-291518)                                                    xiii
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

### 4.0  List of Abbreviations and Definition of Terms

**Abbreviations**

| | |
|---|---|
| AE | Adverse event |
| ALT/SGPT | Alanine aminotransferase/Serum glutamic-pyruvic transaminase |
| ANC | Absolute neutrophil count |
| ARE | angiotensin-converting enzyme |
| AST/SGOT | Aspartate aminotransferase/Serum glutamic-oxaloacetic transaminase |
| AUC | Area under the concentration-time curve |
| $\beta$ | Elimination rate constant |
| b-FGF | Basic fibroblast growth factor |
| BID | twice daily |
| BUN | Blood urea nitrogen |
| CA | calcium |
| CEA | carcinoembryonic antigen |
| CL/F | Apparent plasma clearance, where F is bioavailability |
| CL | plasma clearance |
| $C_{max}$ | maximum observed plasma concentration |
| $C_{min}$ | minimum observed plasma concentration |
| COSTART | Coding Symbols for Thesaurus of Adverse Reaction Terms |
| CNS | central nervous system |
| CR | complete response |
| CT | computed tomography |
| CTC | Common Toxicity Criteria |
| CYP | Cytochrome P-450 |
| DLT | Dose Limiting Toxicity |
| ECG | electrocardiogram |
| FGF | Fibroblast Growth Factor |
| GGT | Gamma glutamyl transferase |

**ABBT 0033597**

CONFIDENTIAL

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

xiv

**Abbreviations (Continued)**

| | |
|---|---|
| IE | international equivalents (units) |
| LLOQ | lower limit of quantitation |
| MMP | Matrix metalloproteinase |
| MMPI | Matrix metalloproteinase inhibitor |
| MRI | Magnetic resonance imaging |
| MTD | Maximum Tolerated Dose |
| NA | mot applicable |
| NCI | National Cancer Institute |
| ND | not determinable |
| NPRO | New Product Research Order |
| PD | pharmacodynamic/progressive disease |
| PE | physical examinationi |
| PK | pharmacokinetic |
| PO | by mouth |
| PR | partial response |
| PRN | as needed |
| PSA | prostate specific antigen |
| QD | once daily |
| RECIST | Response Evaluation Criteria in Solid Tumors |
| SAE | Serious Adverse Event |
| SD | stable disease |
| SD | standard deviation |
| SE | mean |
| $t_{1/2}$ | terminal half-life |
| $T_{max}$ | time to maximum observed concentration |
| Txd | treatment days |
| VEGF | vascular endothelial growth factor |
| V | volume |

**CONFIDENTIAL**

ABBT 0033598

ABT-518 (A-291518)                                                              1
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 7.0   Investigator and Study Administration Structure

This study was sponsored by Abbott Laboratories and was conducted at two centers in the
Netherlands. The principal investigators were B. A. Zonnenberg, MD at Academisch
Ziekenhuis Utrecht Academy and Professor Jan Schellens at The Netherlands Cancer
Institute.

Abbott Laboratories contracted the Department of Pharmacy and Pharmacology at The
Netherlands Cancer Institute/Slotervaart Hospital to conduct analyses for urine and
plasma pharmacokinetics.

Abbott also contracted the Laboratory of Medical Oncology at University Medical Center,
Utrecht in The Netherlands to conduct analyses for urine and plasma pharmacodynamics.

## 8.0   Study Objectives

The primary objectives of this Phase I trial in patients with advanced non-hematologic
malignancies were: 1) to establish a safety profile of ABT-518 given orally once a day,
and 2) to determine the maximum tolerated dose (MTD) of ABT-518 when administered
orally for 27 days. The secondary objectives were: 1) to determine the pharmacokinetics
of ABT-518 in patients, 2) to determine a dose level for Phase II studies, and 3) to
describe any preliminary evidence of anti-tumor activity.

## 9.0   Investigational Plan

### 9.1   Overall Study Design and Plan: Description

This was a Phase I, two center, open-label, multiple dose-escalating study of ABT-518
administered once daily for 27 days to cohorts of patients with advanced non-hematologic
malignancies. A course of therapy was defined as 29 days (27 doses of ABT-518) and a
cohort was defined as a minimum of three patients at a particular dose. Patients were
given their first dose of study drug on Day 1. No ABT-518 was given on Days 2 and 3 so
that pharmacokinetic samples could be collected. Dosing resumed on Day 4 with daily
oral doses continuing until Day 29 when the course of therapy was completed. An
evaluable patient was defined as a patient who completes Day 29 with less than 25%

CONFIDENTIAL                              ABBT 0033599

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

2

missed doses. Patients were allowed to continue into an extension period beyond Day 29 at their current dose provided safety assessments were deemed acceptable by the investigator. A table of the dosing scheme is shown in Table 9.1.a, *Dosing Schematic* and a table of the study schematic is shown in Table 9.1.b, *Study Schematic*.

Dose escalations were based primarily on safety and pharmacokinetic assessments (if available) of all patients in each dose group. Dose escalation steps were 25-100% of the previous dose. A cohort of three evaluable patients was required to complete one full course of study drug before dose escalation could proceed. Dose escalations were to continue until an MTD was defined or until it was clinically impractical to administer larger doses of study drug. The NCI Clinical Toxicity Criteria (CTC) was used to determine toxicities (see Appendix 16.1__1). If side effects in a given patient so required, doses would be reduced to the next previous dose. One dose reduction was allowed per patient. Toxicities that could be associated with this class of compounds are arthralgia, myalgia, tendinitis or other joint toxicities and liver toxicity.

Patients were allowed to continue in the extension phase of the study until disease progression or toxicity prohibited further continuation. Tumor assessment was monitored by imaging studies (*e.g.*, CT scan, MRI, bone scan, ultrasound or plain films) within three weeks before Day 1, at the Month 2 visit and every other month in the extension period. Biological and tumor markers (if appropriate) were assessed at Screening, Day 22 and extension period visits starting at Month 2.

Patients were admitted to the hospital/clinic from Day 1 until Day 5 to obtain pharmacokinetic and safety data. Patients were released in the afternoon of Day 5. Patients were confined again for at least 24 hours on Day 22 so that serial blood samples could be collected for pharmacokinetic evaluations.

Phone calls to the patients to assess safety took place on Days 6 and 7, once between Days 8 and 15, once between Days 15 and 22, once between Days 22 and 29, mid-week between the weekly visits and every other week between the monthly visits.

All patients who discontinued study drug had a Final Visit as a well as a Follow-up Visit for safety assessments and to retrieve study drug.

CONFIDENTIAL

ABBT 0033600

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report                                3

Following the emergence of new scientific data regarding the overall efficacy of this class of drug, a decision was made to discontinue the clinical development of this compound.

Table 9.1.a     Dosing Schematic

| Group | Evaluable Period | Extension Period |
|---|---|---|
| 1000 | 25 mg | 25 mg |
| 1100 | 50 mg | 50 mg |
| N/A | ND* | ND* |
| N/A | Dose escalation steps 25-100% | Same as evaluable period |

Cross Reference: Table 14.1 and Appendix 16.2__1.1

* Following the emergence of new scientific data regarding the overall efficacy of this class of drug, the decision was made to discontinue development of this compound.

CONFIDENTIAL

ABBT 0033601

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

4

## Table 9.1.b    Study Schematic

| Procedure | Screening | Day 1 | Days 2-4 | Day 5 | Days 6-7 | Day 8 | Day 15 | Day 22 | Day 29 | Weekly Visits[g] | Month Two Visit | Every Month | Final Visit[l] | Follow-Up Visit[a] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Informed Consent | X | | | | | | | | | | | | | |
| Medical History | X[a] | | | | | | | | | | | | | |
| Visit Signs | X | X[c] | X | X | | X | X | X | X | X | X | X | X | X |
| Height | X | | | | | | | | | | | | | |
| Weight | X | X[c] | X | X | | X | X | X | X | | X | X | X | X |
| Physical Examination | X | X[c] | X | X | | X | X | X | X | X | X | X | X | X |
| Electrocardiogram (ECG) | X | X[c] | | | | | | | | | | | | X |
| Karnofsky Performance Score | X | | | | | | | | | | | | | X |
| Clinical Laboratory Tests | X | X[c] | | X | | X | X | X | X | X | X | X | X | X |
| Tumor Markers[b] | X | X[c] | | | | | | | | | | | | X |
| Urine Pregnancy Test | | X[d] | | | | | | | | | | | | |
| Chest X-ray | X[c] | | | | | | | | | | | | | |
| Tumor Assessment | X[c] | | | | | | | | X[f] | | X[f] | X[f] | X[f] | |
| Pharmacodynamic Samples | | X[c] | | | | | | | | | | | | |
| PK Samples[h] | | | | | | | | | | | | | | |
| ABT-518 Pre-dose Samples | | | | X | | X | X | X | X | X | X | X | X | X |
| Pharmacogenetic Sample | | X[c] | | | | | | | | | | | | |
| Drug Dispensing[i] | | X | | | X | | | X | X | X | X | X | | |
| Telephone Contacts[j] | | | | | X | | | | | X | X | X | | X |
| Study Drug Accountability | | | | | | | | | | X | X | X | X | |

a   Patients with documented history of hepatitis A, B or C were excluded
b   Physical examination performed on Day 1 only if screening PE is > 7 days prior to Day 1
c   Tumor markers such as CEA, CA19-9, CA-125 and PSA were collected as appropriate
d   Chest x-ray within two weeks prior to Day 1
e   Pregnancy test within two weeks prior to Day 1
f   Tumor assessment was repeated every other month at the discretion
g   Tumor assessments were repeated every other month at the discretion. Samples were
    collected at 0, 15, 30 min, and 1, 2, 4, 8, 12 and 24 hours following the morning dose on Day 1
h   Plasma samples were collected Day 1 and Day 22 following the AM dose at the following times
    0, 15, 30 min, and 1, 2, 4, 8, 12 and 24 hours following the morning dose on Day 1
    collected at 48 hours (Day 3) and 72 hours (Day 4) following the morning dose on Day 1
    Twenty-four hour urine was collected from immediately before dosing through 24 hours after
    dosing

i   A requisite informed consent was required obtained for pharmacogenetic
    sampling
j   Study drug was dispensed as needed to allow for uninterrupted
    administration
k   Phone contacts to assess safety were made on Days 6 and 7, once
    between each of Days 8-15, 15-22, 22-29, mid-week between weekly
    visits and every other week between the monthly visits
l   Weekly visits until Month 2
    A Final Visit was held for all patients who discontinue study drug
    (for any reason) within one week of the last dose of study drug
    A Follow-Up Visit was required for all patients who discontinued study
    drug (for any reason) 30 days after the last dose of study drug
m   Prior to dosing

CONFIDENTIAL          ABBT 0033602

## 9.8    Changes in the Conduct of the Study or Planned Analyses

### 9.8.1    Protocol Changes

Two protocol amendments were made to the original protocol. Both amendments were issued prior to any patient enrollment and prior to receiving Ethics approval. The final protocol, incorporating Amendments 1 and 2, was approved by the Ethics Committees on 15 February 2001 and 26 February 2001, respectively.

**Protocol Amendment No. 1:** Incorporated into the protocol on 18 December 2000. The purpose of this amendment was to:

- Clarify when patients would be admitted to the hospital/clinic from Day 1 – 5 for safety and pharmacokinetic assessments. Clinical Laboratory testing was modified to enhance safety assessments and patient convenience.
- Clarify when phone contacts were made on Days 6 and 7 and mid-way between regularly scheduled study visits to assess safety, including the collection of adverse events.
- Modify when urine samples were collected and evaluated for VEGF, FGF, MMP-2 and MMP-9 levels and bioactivity. Specific details regarding sample collection were provided.
- Correct minor errors.

**Protocol Amendment No. 2:** Incorporated into the protocol on 31 January 2001. The purpose of this amendment was to:

- Eliminate hepatitis testing during screening as it was thought to be an undo burden to the advanced cancer patient and not needed to assess hepatic dysfunction related to study participation. The patient's history and laboratory testing captured the information needed concerning hepatitis.
- Add a clarification about the breakfast meal consumed during pharmacokinetic sampling. This information was recorded on the case report forms.
- Add gamma-glutamyl transferase (GGT) to chemistry laboratory testing to strengthen safety testing of liver function.
- Coordinate non-CTC adverse event severity grading with CTC severity grading.

CONFIDENTIAL

ABBT 0033603

ABT-518 (A-291518)                                                                6
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

- Correct minor errors.

### 9.8.2    Statistical Changes

Only six subjects were enrolled in this study; therefore, only tabulations and summaries
of the safety and pharmacodynamic data were done and none of the formal statistical
analyses were performed as planned in the protocol.

## 10.0  Study Subjects

### 10.1  Disposition of Subjects

A total of 6 subjects enrolled in the study received ABT-518 and were evaluated for
safety and pharmacokinetics.

Of the 6 subjects enrolled, 5 completed the study drug treatment period. Subject 1001
prematurely discontinued study drug due to a serious adverse event. This subject was
replaced with Subject 1004. Subject accountability is summarized in Table 10.1.a.

### Table 10.1.a    Subject Accountability

| Dosing Regimen | N | Subject Number | Primary Tumor Type | First Day of Dosing | Completed One Course of Therapy (n) | Prematurely Discontinued Study Drug | Entered Extension Period | Discontinued Study Drug | Primary Reason for Discontinuing Study Drug (Subject Number) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | AE | Disease Progression |
| 25 mg QD | 4 | 1001 1002 1003 1004 | melanoma lung renal ovarian | 12Mar01 26Mar01 23Apr01 23Apr01 | 3 | 1001 | 3 | 3 | 1001 1004 | 1002 1003 |
| 50 mg QD | 2 | 1101 1102 | colon head and neck | 21May01 25Jun01 | 2 | 0 | 2 | 2 | | 1101 1102 |
| Total | 6 | | | | 5 | 1 | 5 | 5 | 2 | 4 |

Cross Reference  Table 14.1 and Appendix 16.2__1.1

Subject 1001, who failed to complete a full course of treatment, was replaced with
Subject 1004 by mutual agreement of the investigator and sponsor. The listings of
premature termination data can be found in Appendix 16.2__1.1.

**CONFIDENTIAL**

ABBT 0033604

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

7

## 11.0  Efficacy Evaluation

Due to the premature discontinuation of this study, efficacy and pharmacodynamic
analyses were not performed and, as a result, evaluations were not completed.

Tumor response and/or disease progression was assessed by appropriate tumor specific
radiologic assessments (*e.g.*, CT scan, MRI, bone scans, ultrasound or plain films).
Response was assessed using the Response Evaluation Criteria in Solid Tumors
(RECIST) (refer to Appendix 16.1__1).

### Definitions of Tumor Response and/or Disease Progression - Measurable Disease

Measurable disease was determined by unidemensional techniques (longest diameter
only) and $\geq 20$ mm when measured with conventional techniques and $\geq 10$ mm when
measured by spiral computed tomography (CT).  If there was more than one lesion, the
measure was the sum of the measurements of the individual lesions.

Complete Response (CR)
The disappearance of all known disease, confirmed by a second observation not less than
four weeks later.

Partial Response (PR)
- A 30% or more decrease in total tumor load of the lesions that have been measured
  to determine the effect of therapy, confirmed by a second observation not less than
  four weeks later.
- There can be no appearance of new lesions or progression of any lesion.

Stable Disease (SD)
A 30% decrease in tumor size cannot be established, no new lesions have appeared nor
has a 20% increase in the size of one or more measurable lesions been demonstrated.

Progressive Disease (PD)
A 20% or more increase in the size of one or more measurable lesions or the appearance
of new lesions.

**CONFIDENTIAL**

ABBT 0833605

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

8

The intent of pharmacodynamic evaluation was to measure the plasma and urine concentrations of the following biological markers: VEGF, b-FGF, MMP-2, and MMP-9. Also, the bioactivity of MMP-2 and MMP-9 was to be evaluated.

Due to the limited number of subjects enrolled, no analyses were completed.

## 11.1   Data Sets Analyzed

The pharmacokinetic evaluations are summarized separately for subjects who received ABT-518 25 mg QD and for subjects who received ABT-518 50 mg QD. These two sets of subjects are summarized in Pharmacokinetic Report R&D/02/056.[1]

## 11.2   Demographic and Other Baseline Characteristics

The 6 subjects enrolled ranged from 40 to 70 years of age. All 6 subjects were Caucasian and all were female. The demographics are summarized in Table 11.2.a.

### Table 11.2.a   Demographic and Baseline Characteristics

|  | 25 mg QD<br>N=4 | 50 mg QD<br>N=2 |
|---|---|---|
| Race<br>  Caucasian | 4 (100%) | 2 (100%) |
| Age (yrs)<br>  Mean (SE)<br>  Range | 53 5 (14.82)<br>40.0-70.0 | 54.0 (4.24)<br>51.0-57.0 |
| Weight (kg)<br>  Mean (SE)<br>  Range | 74 0 (21.91)<br>50.0-102.0 | 52.0 (2.83)<br>50.0-54.0 |
| Height (cm)<br>  Mean (SE)<br>  Range | 170.67 (6.11)<br>164.0-176.0 | 160.0 (12.73)<br>151.0-169.0 |

Cross References: Statistical Table 14.1, Appendices 16.2_4.1 and 16.2_4.4

The demographics and baseline characteristics are representative of patients involved in Phase I multiple tolerated dose studies in The Netherlands.

No other conclusions can be drawn from the demographics due to the limited number of subjects enrolled.

**CONFIDENTIAL**

ABBT 0033606

ABT-518 (A-291518)                                                                    9
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**11.2.1   Location of Demographic and Other Baseline Characteristics**

The statistical tables and data listings relevant to demographic and baseline characteristics
can be found in Statistical Table 14.1 and Appendices 16.2__4.1 and 16.2__4.4.

**11.2.5   Pharmacokinetic Results and Conclusions**

Following 25 or 50 mg oral doses of ABT-518 administered once daily to a total of six
patients with advanced cancer, parent drug pharmacokinetics were characterized by a very
low oral clearance (approximately 3.0 L/hr) and an overall mean apparent volume of
distribution of about 1 L/kg. The overall mean half-life was 15 hours. ABT-518
pharmacokinetics appeared to be dose-proportional and independent of time at the two
doses studied. Both regimens maintained mean pre-dose concentrations above the target
of 100 ng/mL and achieved mean AUC values within the pre-clinically-efficacious range.
Metabolite concentrations in plasma accumulated with multiple ABT-518 dosing, but
appeared to substantially achieve steady state by Day 22. Metabolite exposure (AUC)
was low compared to parent drug. On Day 22, relative exposure (metabolite:parent ratio
of $AUC_{0-24}$) averaged approximately 0.4 for the amine metabolite (A-347542), but was
$\leq 0.2$ for the other metabolites.

A full review of individual and mean ABT-518 and metabolite pharmacokinetics are
presented in the pharmacokinetic report (R&D/02/056).[1]  Mean ± SD parameter estimates
are shown in the following table.

**CONFIDENTIAL**

ABBT 0033607

ABT-518 (A-291518)                                                                    10
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

### Table 11.2.b   Mean ± SD Parameter Estimates for ABT-518 and Metabolites

| Analyte | Parameter | Day 1 (Dose, mg) | | Day 22 (Dose, mg QD) | |
|---|---|---|---|---|---|
| | | 25 | 50ª | 25 | 50ª |
| ABT-518 | N | 4 | 2 | 3 | 2 |
| | $T_{max}$ (hr) | 4 ± 1 | 8 | 2 ± 2 | 8 |
| | $C_{max}$ (ng/mL) | 432 ± 159 | 1190 | 726 ± 453 | 952 |
| | $C_{min}$ (ng/mL) | NA | NA | 120 ± 92 | 380 |
| | AUC (hr·ng/mL)§ | 9355 ± 3748 | 18141 | 7340 ± 4426 | 15654 |
| | $t_{1/2}$ (hr)‡ | 20.1 ± 5.2 | 17.2 | 8.5 ± 5.1 | 14.4 |
| | CL/F (L/hr) | 3.1 ± 1.5 | 2.8 | 5.1 ± 4.3 | 3.3 |
| | $V_\beta$/F (L) | 87.1 ± 20.4 | 68.8 | 56.3 ± 21.4 | 68.3 |
| A-348450 | N | 4 | 2 | 3 | 2 |
| | $T_{max}$ (hr) | ND | ND | 0# | 1 |
| | $C_{max}$ (ng/mL) | 0.0 ± 0.0 | 0.0 | 3.5 ± 6.1 | 33.6 |
| | $C_{min}$ (ng/mL) | NA | NA | 0.0 ± 0.0 | 28.2 |
| | $AUC_{0-24}$ (hr·ng/mL) | 0.0 ± 0.0 | 0.0 | 10.9 ± 19.0 | 703 |
| A-347058 | N | 4 | 2 | 3 | 2 |
| | $T_{max}$ (hr) | ND | ND | ND | ND |
| | $C_{max}$ (ng/mL) | 0.0 ± 0.0 | 0.0 | 0.0 ± 0.0 | 0.0 |
| | $C_{min}$ (ng/mL) | NA | NA | 0.0 ± 0.0 | 0.0 |
| | $AUC_{0-24}$ (hr·ng/mL) | 0.0 ± 0.0 | 0.0 | 0.0 ± 0.0 | 0.0 |
| A-347542 | N | 4 | 2 | 3 | 2 |
| | $T_{max}$ (hr) | 72# | 60 | 5 ± 3 | 16 |
| | $C_{max}$ (ng/mL) | 4.8 ± 9.6 | 24.1 | 97.2 ± 48.5 | 348 |
| | $C_{min}$ (ng/mL) | NA | NA | 76.2 ± 50.1 | 242 |
| | $AUC_{0-24}$ (hr·ng/mL) | 17.1 ± 34.2 | 98.1 | 2057 ± 1289 | 7085 |
| A-302873 | N | 4 | 2 | 3 | 2 |
| | $T_{max}$ (hr) | 6 ± 3+ | 8 | 2# | 8 |
| | $C_{max}$ (ng/mL) | 22.2 ± 15.3 | 109 | 9.4 ± 16.3 | 108 |
| | $C_{min}$ (ng/mL) | NA | NA | 0.0 ± 0.0 | 0.0 |
| | $AUC_{0-24}$ (hr·ng/mL) | 91.5 ± 62.9 | 1180 | 410 ± 710 | 1466 |
| A-344812 | N | 4 | 2 | 3 | 2 |
| | $T_{max}$ (hr) | ND | ND | 0# | 3 |
| | $C_{max}$ (ng/mL) | 0.0 ± 0.0 | 0.0 | 8.6 ± 14.9 | 34.2 |
| | $C_{min}$ (ng/mL) | NA | NA | 5.4 ± 9.3 | 29.2 |
| | $AUC_{0-24}$ (hr·ng/mL) | 0.0 ± 0.0 | 0.0 | 151 ± 262 | 764 |
| A-344818 | N | 4 | 2 | 3 | 2 |
| | $T_{max}$ (hr) | ND | ND | 1 ± 1 | 13 |
| | $C_{max}$ (ng/mL) | 0.0 ± 0.0 | 0.0 | 27.9 ± 18.5 | 88.1 |
| | $C_{min}$ (ng/mL) | NA | NA | 19.6 ± 13.3 | 66.0 |
| | $AUC_{0-24}$ (hr·ng/mL) | 0.0 ± 0.0 | 0.0 | 548 ± 376 | 1876 |

‡Harmonic mean ± pseudo standard deviation.          ªN=3
§AUC=AUC0-∞ (Day 1), AUC0-24 (Day 22)          NA=not applicable
#For the 50 mg dose, there is no SD as the N=2          ND=not determinable
+N=1

**CONFIDENTIAL**

ABBT 0033608

Absorption of ABT-518 appeared to occur more rapidly for 25 mg doses compared to 50 mg doses ($T_{max}$ averaged approximately 3 and 8 hours, respectively), perhaps as a result of the low aqueous solubility of the compound (5 $\mu$g/mL in the pH range 1 to 7.4). After reaching maximum concentrations, ABT-518 concentrations in plasma declined mono-exponentially with an overall mean half-life of 15 hours. Oral clearance of ABT-518 was very low (approximately 3.0 L/hr) and appeared to be independent of both dose and time, over the ranges studied. The overall mean apparent volume of distribution was 70 L, or approximately 1 L/kg.

Accumulation of ABT-518 concentrations from Day 1 to Day 22 (about 35%, based on $AUC_{0-24}$) was consistent with an overall mean half-life of 15 hours and a dose interval of 24 hours. Steady state would be expected to be achieved, on average, by the fourth dose (five half-lives, or about 3 days). Pre-dose concentrations on Days 22 and 23 averaged about 140 ng/mL for the 25 mg QD regimen and about 400 ng/mL for the 50 mg QD regimen, indicating both regimens would maintain the target trough concentration of 100 ng/mL in most subjects. Pre-dose concentration data from Days 5, 8, 15, 29, 35, 42, 56 and at discontinuation were consistent with the Day 22 data and indicated ABT-518 concentrations were maintained over time during prolonged dosing. In mouse efficacy studies, $AUC_{0-24}$ values of 2.6 and 22 $\mu$g·h/mL were efficacious in B16 and HT1080 models, respectively.[2] Both the 25 and 50 mg QD regimens achieved mean steady-state $AUC_{0-24}$ values within this pre-clinically efficacious range.

There was no obvious relationship between ABT-518 concentrations, adverse events or last day of dosing. Adverse events possibly related to ABT-518 include fatigue, myalgia, headache and renal failure.

ABT-518 pharmacokinetics were well-predicted based on allometric scaling of clearance (CL) and volume (V) from rat, monkey and dog. Logarithm-transformed CL values from rat (0.04 L/hr), monkey (0.29 L/hr) and dog (1.28 L/hr) were plotted *versus* logarithm-transformed body weight (rat (0.25 kg), monkey (5 kg), and dog (14 kg)). A linear regression was performed. By extrapolation of the regression line, CL for a "typical" 70 kg human was estimated to be about 4.2 L/hr. Adjusting for an estimated bioavailability of 63% for the capsule formulation administered under nonfasting

CONFIDENTIAL

ABBT 0033609

ABT-518 (A-291518)                                                                    12
Study No. M00-235
R&D/02/118 – Abbreviated Clinical Study Report

conditions, oral clearance (CL/F) would be about 6.6 L/hr.[2] The observed CL/F ranged
from 2.8 – 5.1 L/hr. Log-transformed V values from rat (0.15 L), monkey (6.67 L) and
dog (9.37 L) were plotted *versus* logarithm-transformed body weight. A linear regression
was performed. By extrapolation of the regression line, V for a "typical" 70 kg human
was estimated to be approximately 1 L/kg. Therefore, for a 70 kg person, V would be
approximately 70 L. Adjusting for an estimated bioavailability of 63% for the capsule
formulation administered under non-fasting conditions, V/F would be approximately
111 L.[2] The observed V/F ranged from 56-87 L, the average subject body weight was
66 kg.

Metabolites were present at very low concentration in plasma following single doses of
25 or 50 mg ABT-518; only the amine (A-347542) and diol (A-302873) metabolites were
present at concentrations above the LLOQ. Metabolite concentration increased with
repeated ABT-518 dosing. On Day 22, relative exposure (metabolite:parent ratio of
$AUC_{0-24}$) averaged approximately 0.4 for the amine metabolite (A-347542), but was
≤0.2 for the other metabolites, as shown in the following table. Relative exposures of
metabolites appeared to be similar between dose levels. An inspection of individual and
mean concentration-time profiles indicate metabolite concentrations substantially
achieved steady state by Day 22.

| | Metabolite:Parent: Mean $AUC_{0-24}$ Ratio on Day 22 | |
| --- | --- | --- |
| Compound | 25 mg | 50 mg |
| A-348450 | 0.00 | 0.04 |
| A-347058 | 0.00 | 0.00 |
| A-347542 | 0.28 | 0.45 |
| A-302873 | 0.00 | 0.09 |
| A-344812 | 0.06 | 0.05 |
| A-344818 | 0.07 | 0.12 |

Calculated as the ratio of mean AUC values.

Concomitant medications were taken by all subjects during the study. A listing of
concomitant medications and supplements taken by subjects in the study is provided in

**CONFIDENTIAL**

ABBT 0033610

this clinical/statistical report (see Appendix 16.2__7.3). Examination of these medications shows limited potential for drug interactions with respect to ABT-518. Common concomitant drugs included: morphine, acetaminophen and furosemide. Subjects 1002 and 1003 took digoxin (0.125 mg QD), a narrow therapeutic window drug. No subject took a potent CYP inducer (such as rifampin) or potent CYP inhibitor (such as ketoconazole) during the study. Due to the limited number of subjects in the study, no statistical analyses were performed on the concomitant medication data.

## 12.0  Safety Evaluation

Data from all 6 subjects were included in the safety evaluation. The safety results were summarized by dose group, 25 mg QD (N=4) and 50 mg QD (N=2).

### 12.1  Extent of Exposure

All 6 subjects were exposed to ABT-518. ABT-518 was given orally once a day in both dose groups, 25 mg and 50 mg. The extent of exposure is presented in Table 12.1.a, *Extent of Exposure*.

### Table 12.1.a  Extent of Exposure

| Subject | Dose Group (mg ABT-518) | Last Day of Dosing |
|---------|-------------------------|--------------------|
| 1001 | 25 | 11 |
| 1002 | 25 | 50 |
| 1003 | 25 | 50 |
| 1004 | 25 | 34 |
| 1101 | 50 | 50 |
| 1102 | 50 | 56 |

Cross Reference: Appendix 16.2__5.1 1 and 16.2__5.1.2

**CONFIDENTIAL**

ABBT 0033611

ABT-518 (A-291518)                                                                14
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 12.2   Adverse Events

All adverse events were coded by Abbott Laboratories' personnel using the COSTART V
dictionary. The number and proportion of subjects reporting adverse events grouped by
body system and COSTART term were summarized. A subject reporting more than one
adverse event for a particular COSTART term is counted only once for the COSTART
term. Treatment-emergent adverse events are defined as adverse events that had onset
within 30 days after administration of study drug.

### 12.2.1   Brief Summary of Adverse Events

Overall, 100% (6/6) of the subjects dosed with ABT-518 reported adverse events during
the dosing period. There were no dose-limiting toxicities (DLT) reported in the trial. No
subject died while on the study, but one subject died greater than 30 days from the last
dose of study drug due to progressive disease.

One patient (1001, 25 mg QD dose group) prematurely discontinued the study due to
severe thrombosis probably not related to study drug which was classified as a serious
adverse event (SAE) but not a DLT. Three other patients receiving 25 mg QD reported
SAEs. Subject 1002 reported severe dyspnea, probably not related to drug, and Subject
1003 reported a urinary tract infection, characterized as severe in nature. This event was
assessed by the investigator as probably not related. Subject 1004 was hospitalized for
renal failure 30 days after being admitted into the study. The Investigator considered this
event to be possibly related to study drug.

The most commonly reported adverse events were asthenia (4/6, 67%) and peripheral
edema (3/6, 50%). 50% (2/4) of the asthenias were reported to be possibly related, and
all of the peripheral edemas were assessed to be not related to study drug. With the
exception of mild constipation, which was reported by both subjects in the 50 mg dose
group, all the remaining events were reported by 2 or fewer subjects. Most of the events
were assessed by the Investigators to be probably not or not related to ABT-510
administration, and were considered to be consistent with symptoms experienced by end
stage cancer patients.

<div align="center">CONFIDENTIAL</div>

ABBT 0033612



ABT-518 (A-291518)                                                    15
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**12.2.2    Display of Adverse Events**

The numbers and percentages of treatment-emergent adverse events are presented by
COSTART term in Table 12.2.a for those events experienced by any subject.

CONFIDENTIAL

ABBT 0033613

ABT-518 (A-291518)                                                                16
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

### Table 12.2.a    All Treatment-Emergent Adverse Events by Any Subject

| COSTART Term | 25 mg Dose Group (n=4) | 50 mg Dose Group (n=2) | Overall (n=6) |
|---|---|---|---|
| Asthenia | 3 (75%) | 1 (50%) | 4 (66.7) |
| Headache | 2 (50%) | | 2 (33.3) |
| Constipation | | 2 (100%) | 2 (33.3) |
| Nausea | 2 (50%) | | 2 (33.3) |
| Vomiting | 2 (50%) | | 2 (33.3) |
| Peripheral edema | 3 (75%) | | 3 (50.0) |
| Arthralgia | 2 (50%) | | 2 (33.3) |
| Dyspnea | 2 (50%) | | 2 (33.3) |
| Aggravation reaction | 1 (25%) | | 1 (16.7) |
| Back Pain | 1 (25%) | | 1 (16.7) |
| Fever | 1 (25%) | | 1 (16.7) |
| Infection | | 1 (50%) | 1 (16.7) |
| Pain | 1 (25%) | 1 (50%) | 2 (33.3) |
| Sepsis | 1 (25%) | | 1 (16.7) |
| Arteriosclerosis | | 1 (50%) | 1 (16.7) |
| Phlebitis | 1 (25%) | | 1 (16.7) |
| Postural hypotension | 1 (25%) | | 1 (16.7) |
| Thrombosis | 1 (25%) | | 1 (16.7) |
| Dysphagia | 1 (25%) | | 1 (16.7) |
| Bone pain | | 1 (50%) | 1 (16.7) |
| Myalgia | 1 (25%) | | 1 (16.7) |
| Cough increased | 1 (25%) | | 1 (16.7) |
| Pharyngitis | 1 (25%) | | 1 (16.7) |
| Tinnitus | | 1 (50%) | 1 (16.7) |
| Kidney failure | 1 (25%) | | 1 (16.7) |
| Labial edema | 1 (25%) | | 1 (16.7) |
| Phelonephritis | 1 (25%) | | 1 (16.7) |

Cross Reference:  Statistical Table 14.3.1_1 and Appendix 16.2_7.1.1

### 12.2.3    Analysis of Adverse Events

No formal statistical analysis of adverse events was performed.  The majority of the events were reported to be mild to moderate in nature, and most of the reports were

**CONFIDENTIAL**

ABBT 0033614

considered to be probably not or not related to ABT-518 by the Investigators. Most of the adverse events reported in this study are consistent with symptoms experienced by patients with progressive disease.

### 12.2.4  Listing of Adverse Events by Subject

All adverse events are listed by subject in Appendix 16.2_7.1.1.

## 12.3  Deaths, Other Serious Adverse Events, and Other Significant Adverse Events

### 12.3.1  Listing of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events

One death and four serious adverse events occurred in this study as indicated in Appendices 16.2_7.1.2 and 16.2_7.2.

#### 12.3.1.1  Deaths

There was one death that occurred greater than 30 days from the last study drug dose due to the subject's (#1001) progression of melanoma.  No other information was provided by site.

#### 12.3.1.2  Other Serious Adverse Events

See Section 12.3.2 for narratives of four serious adverse events.

#### 12.3.1.3  Other Significant Adverse Events

There were no other significant adverse events reported in this population.

### 12.3.2  Narratives of Deaths, Other Serious Adverse Events, and Certain Other Significant Adverse Events

CONFIDENTIAL

ABBT 0033615

ABT-518 (A-291518)                                                                18
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## Adverse Event Narratives

| | | |
|---|---|---|
| **Study Number/Phase/Indication:** | | M00-235/I/Advanced Cancer |
| **Subject Number/Initials:** | | 1001/CRY |
| **Demographics:** | **Race:** | Caucasian |
| | **Gender:** | Female |
| | **Age:** | 42 |
| | **Height:** | 175 cm |
| | **Weight:** | 102 kg |
| **Study Drug/Treatment History:** | | ABT-518 |
| | | March 12, 2001 to March 22, 2001 |

**Serious Adverse Event:**

| Event | Dates/Duration | TxD | Seriousness | Causality | Dosage |
|---|---|---|---|---|---|
| Thrombosis | 3/16/01 - 4/7/01 | 5 | Hospitalization | Probably Not | 25 mg |

| **Medical History:** | **Dates:** |
|---|---|
| Ex-Tobacco use | |
| Never used alcohol | |
| Melanoma | March 1997 |
| Metastasis: lungs, bone, right eye, liver, kidneys, skin and mesenterium | March 1997 |
| Pulmonary embolism | Date not provided |
| Previous embolism | Not provided |
| Depression | March 1997 |
| Obesity | 1970 |

| **Surgical History:** | **Dates:** |
|---|---|
| Excision melanoma, re-excision | March 1997 |
| Lymph node dissection neck | March 1997 |

**CONFIDENTIAL**                    **ABBT 0033616**

ABT-518 (A-291518)                                                            19
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**Concurrent Medications:**

| Name | Dose | Route | Frequency | Treatment Days/Duration |
|------|------|-------|-----------|-------------------------|
| Loperamide | 2 mg | PO | PRN | -1 - Unknown |
| Trigynon | 21 day pack | PO | QD | -1 - Unknown |
| Finimal | 500 mg | PO | PRN | 3 - Unknown |

**Narrative:**

This is a report of hospitalization for upper body thrombosis in a 42-year-old female with a history of melanoma with skin and pulmonary metastases since 1997. She had a history of deep vein thrombosis and lung embolism in July 2000, which were treated with anticoagulants. The subject had received more than 6 months of anticoagulant therapy and the anticoagulants had been discontinued two weeks prior to study. The subject began ABT-518 on March 12, 2001. The daily dose of study drug at the time of the event was ABT-518 25 mg QD. On March 16, 2001, the subject experienced severe headache, stomachache, nausea and vomiting, dizziness, edema of the arms and neck, difficulty swallowing and upper extremity joint pain. The subject was subsequently hospitalized on March 22, 2001. Study drug was discontinued on March 22, 2001. Blood work drawn upon admission was reported as "not revealing" by the investigator. A computerized tomography scan demonstrated extensive thrombosis of the superior venous system, with involvement of the large veins of the upper body. Ultrasound completed on March 23, 2001, revealed thrombosis of the axillary veins and right and left subclavian vena cava. The subject was started on intravenous heparin therapy. The event of thrombosis was reported as resolved on April 7, 2001.

Both the investigator and Abbott opinion of the event of thrombosis was probably not related to study drug with an alternative etiology of disease progression and discontinuation of anticoagulants. On April 30, 2001, the subject died due to disease progression.

**CONFIDENTIAL**

ABBT 0033617

ABT-518 (A-291518)                                                    20
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**Other Adverse Events:**

| Event | Relationship to Study Drug | Treatment Days/Duration |
|---|---|---|
| Headache | Possible | 2-26 (ongoing) |
| Myalgia | Possible | 2-26 (ongoing) |
| Nausea | Probably Not | 3-26 (ongoing) |
| Vomiting | Probably Not | 3-26 (ongoing) |
| Fatigue | Possibly | 8-26 (ongoing) |
| Edema Legs | Probably Not | 3-26 (ongoing) |
| Orthostatic dizziness | Probably Not | 8-26 (ongoing) |
| Arthralgia | Probably Not | 8-26 (ongoing) |
| Dysphagia | Probably Not | 7-8 |
| Pain throat | Probably Not | 7-8 |

**CONFIDENTIAL**

ABBT 0033618

ABT-518 (A-291518)                                                          21
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## Adverse Event Narrative

| | | |
|---|---|---|
| **Study Number/Phase/Indication:** | | M00-235/I/Advanced cancer |
| **Subject Number/Initials:** | | 1002/EVO |
| **Demographics:** | **Race:** | Caucasian |
| | **Gender:** | Female |
| | **Age:** | 62 |
| | **Height:** | 172 cm |
| | **Weight:** | 66.0 Kg |
| **Study Drug/Treatment History:** | | ABT-518 |
| | | March 26, 2001 to May 15, 2001 |

**Serious Adverse Event:**

| Event | Dates/Duration | TxD | Seriousness | Causality | Dosage |
|---|---|---|---|---|---|
| Dyspnea | April 25, 2001 | 31 | Hospitalization | Probably Not | 25 mg |

| **Medical History:** | **Dates:** |
|---|---|
| Non small cell lung cancer | December 1999 |
| Pleural effusion with pleurodesis | Pre-study |
| Ex-cigarette smoker | |
| Alcohol history unknown | |

| **Surgical History:** | **Dates:** |
|---|---|
| Pleural effusion with pleurodesis | Unsuccessful May 2, 2001 |

**CONFIDENTIAL**

ABBT 0033619

ABT-518 (A-291518)                                                        22
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**Concurrent Medications:**

| Name | Dose | Route | Frequency | Treatment Days/Duration |
|------|------|-------|-----------|-------------------------|
| Paracetamol | 500 mg | PO | PRN | %Pre-ongoing |
| Codeine | 20 mg | PO | PRN | %Pre-ongoing |
| Lanoxin | 0.125 mg | PO | QD | %Pre-ongoing |
| Sotalol | 40 mg | PO | BID | %Pre-ongoing |
| Lasix | 20 mg | PO | QD | %Pre-ongoing |
| Ascal | 80 mg | PO | QD | %Pre-ongoing |

%Pre= More than 99 days prior to start of study drug

**Narrative:**

This is a report of hospitalization for dyspnea in a 62 year old female with a history of non-small cell carcinoma since December 1999. The subject began ABT-518 on March 26, 2001. The daily dose of study drug at the time of the event was ABT-518 25 mg po. On April 25, 2001, the subject experienced increasing dyspnea, requiring hospitalization on May 2, 2001. She has a history of pleural effusion requiring drainage and pleurodesis in the past on an unknown date. It is unknown whether pleural effusion was present at this admission. A pleural puncture was attempted upon hospitalization but was unsuccessful. The subject was treated with oxygen therapy. The outcome is unknown. The study drug was discontinued after the patient withdrew consent on May 15, 2001.

The investigator opinion for the event of dyspnea was probably not related to study drug with an alternative etiology of disease related. Abbott opinion for the event of dyspnea was probably not related to study drug with an alternative etiology of more likely related to pleural effusion, which resulted in decrease lung expansion and oxygenation. Pleural effusion predates study drug and is more likely due to lung cancer.

**CONFIDENTIAL**

ABBT 0033620

ABT-518 (A-291518)                                                              23
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**Other Adverse Events:**

| Event | Relationship to Study Drug | Treatment Days/Duration |
|---|---|---|
| Coughing | Not Related | 1 |
| Vomiting | Not Related | 1 |
| Fatigue | Possibly | 2-28 |
| Vomiting | Not Related | 3 |
| Pain | Probably Not | 8-57 |
| Fatigue | Probably Not | 29-57 |

**CONFIDENTIAL**

**ABBT 0033621**

ABT-518 (A-291518)                                                                                    24
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## Adverse Event Narrative

| | | |
|---|---|---|
| **Study Number/Phase/Indication:** | | M00-235/I/Advanced cancer |
| **Subject Number/Initials:** | | 1003/HBR |
| **Demographics:** | **Race:** | Caucasian |
| | **Gender:** | Female |
| | **Age:** | 70 |
| | **Height:** | Not done |
| | **Weight:** | 78.0 Kg |
| **Study Drug/Treatment History:** | | ABT-518 |
| | | April 23, 2001 to June 12, 2001 |

**Serious Adverse Event:**

| Event | Dates/Duration | TxD | Seriousness | Causality | Dosage |
|---|---|---|---|---|---|
| Sepsis | 5/5/01-5/15/01 | 13 | Hospitalization | Probably Not | 25 mg |
| Pyelonephritis | 5/5/01-5/15/01 | 13 | Hospitalization | Probably Not | 25 mg |

| **Medical History:** | **Dates:** |
|---|---|
| Grawitz tumor left kidney | (1993) |
| Pollakisuria | |
| Multiple urinary tract infections | (Pre-study) |
| Ex-cigarette smoker | |
| Never used alcohol | |
| Atrial Fibrillation (1st degree nodal block) | 1997 |
| Insomnia | 1996 |
| Tuberculosis | 1961 |
| Constipation | 1997 |
| Gout | Unknown |

**CONFIDENTIAL**

ABBT 0033622

ABT-518 (A-291518)                                          25
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**Surgical History:**          **Dates:**

Nephrectomy left              (1993)

**Concurrent Medications:**

| Name | Dose | Route | Frequency | Treatment Days/Duration |
|------|------|-------|-----------|-------------------------|
| Paracetamol | 500 mg | PO | PRN | %Pre-ongoing |
| Lanoxin | 0.125 mg | PO | QD | %Pre-ongoing |
| Magnesium oxide | 500 mg | PO | PRN | %Pre-ongoing |
| Adalat | 30 mg | PO | QD | -60 - ongoing |
| Prednisone | 15 mg | PO | TID | -60 - ongoing |
| Fraxiparine | 7500 IE | PO | QD | 17 - 21 |
| Rocephin | 2 Gr | PO | QD | 17 - 21 |
| Temazepam | 10 mg | PO | PRN | 17 - ongoing |
| Sevredol | 10 mg | PO | PRN | 20 - 22 |
| %PRE= More than 99 days prior to start of study drug | | | | |

**Narrative:**

This is a report of hospitalization for sepsis and pylonephritis in a 70 year old woman
with a history of Grawitz Tumor (renal adenocarcinoma) of the left kidney since 1993.
The subject began ABT-518 on April 23, 2001. The daily dose of the study drug at the
time of the event was ABT-518 25 mg po daily. On May 5, 2001, the subject experienced
fever with general malaise and became bedridden. On May 7, 2001, her temperature was
38°C with no clear focus determined. Urine and blood cultures were done. On May 9,
2001, the blood culture revealed gram-negative rods. Her hemoglobin reported as 5.9.
She was admitted to the hospital for antibiotic treatments and blood transfusions. She
was discharged from the hospital on May 15, 2001. Condition on discharge not provided.
Study drug was continued.

The investigator opinion for the events of sepsis and pylonephritis was probably not
related to study drug with an alternative etiology of previous urinary infections in an
immunocompromised subject. The Abbott opinion for the events of sepsis and

**CONFIDENTIAL**                          **ABBT 0033623**

ABT-518 (A-291518)                                                                26
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

pylonephritis was probably not related to study drug with an alternative etiology of
previous urinary tract infections in an immunocompromised subject.

**Other Adverse Events:**

| Event | Relationship to Study Drug | Treatment Days/Duration |
|---|---|---|
| Phlebitis | Not Related | 2-16 |
| Edema extremities | Probably Not | 4-16 |
| Pain back | Probably Not | 30-86 |
| Arthralgia | Probably Not | 30-86 |
| Fatigue | Possibly | 34-72 |
| Dyspnea | Probably Not | 72-86 |

**CONFIDENTIAL**

ABBT 0033624



ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

27

## Adverse Event Narrative

| | | |
|---|---|---|
| **Study Number/Phase/Indication:** | | M00-235/I/Advanced Cancer |
| **Subject Number/Initials:** | | 1004/AZI |
| **Demographics:** | **Race:** | Caucasian |
| | **Gender:** | Female |
| | **Age:** | 40 |
| | **Height:** | 164 cm |
| | **Weight:** | 50 kg |
| **Study Drug/Treatment History:** | | ABT-518 |
| | | April 23, 2001 to May 28, 2001 |

**Serious Adverse Event:**

| Event | Dates/Duration | TxD | Seriousness | Causality | Dosage |
|---|---|---|---|---|---|
| Renal Failure | 5/22/01 | 30 | Hospitalization | Possibly | 25 mg |

| **Medical History:** | **Dates:** |
|---|---|
| Ovarian Cancer | 1988 |
| Hydronephrosis | 1996 |
| Nephrostomy catheter | 1999 |
| Senile atrophy left kidney | Unknown |
| Hypertension | 1999 |
| Anorexia | 2001 |
| Tobacco ex-user | |
| No alcohol use | |

| **Surgical History:** | **Dates:** |
|---|---|
| Nephrostomy catheter | September 1999 |
| Double J stent | October 1999 (replaced every 3 months) |
| Laparotomy | July 5, 1988 |
| Removal para-aortal lymph node | May 1, 1996 |

**ABBT 0033625**

CONFIDENTIAL

ABT-518 (A-291518)                                                              28
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**Concurrent Medications:**

| Name | Dose | Route | Frequency | Treatment Days/Duration |
|---|---|---|---|---|
| MS Contin | 30 mg | PO | BID | -4 - ongoing |
| Kapanol | 20 mg | PO | PRN | %PRE - ongoing |
| Sevredol | 10 mg | PO | PRN | %PRE |
| Temazepam | 10 mg | PO | PRN | -48 - ongoing |
| Prunacolon | Unknown | PO | QD | %PRE - 21 |
| Magnesium oxide | 500 mg | PO | BID | 22 - ongoing |
| Renitec | 10 mg | PO | QD | 5 - 10 |
| Cefazoline | 2 g | PO | QD | %PRE – ongoing |
| Diazepam | 5 mg | PO | QD | %PRE - ongoing |
| Resonium | 15 g | PO | BID | 34 |
| Lactulose | 15 mL | PO | TID | 34 - ongoing |
| Dridase | 2.5 mg | PO | PRN | 34 – ongoing |
| Paracetanol | 1000 mg | PO | PRN | 34 – ongoing |
| Lasix | 120 mg | PO | QD | Post study drug |
| Primperan | 10 mg | PO | PRN | 33 |

%PRE=More than 99 days prior to start of study drug

**Narrative:**

This is a report of hospitalization for renal failure in a 40-year-old white female with a history of ovarian cancer since 1998, nephrostomy tube since 1999, destruction of left kidney (date not reported) and an elevated creatinine (122 μmol/L) predating start of study drug. The subject began ABT-518 on April 23, 2001. The daily dose of study drug at the time of the event was ABT-518 25 mg QD. On April 29, 2001, the J catheter stent was changed and on May 1, 2001, the serum creatinine normalized (85 μmol/L). On May 8, 2001, the creatinine began to rise and on May 22, 2001, the subject was hospitalized with an elevated creatinine (263 μmol/L). On May 25, 2001, the urine production on admission was 350 cc and creatinine was 381 μmol/L. On May 25, 2001, the urine production was 350 cc, creatinine was 381 μmol/L and the stent was changed. On May

**CONFIDENTIAL**          **ABBT 0033626**

ABT-518 (A-291518)                                                                 29
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

26, 2001, the subject was started on Resonium 15 grams BID for kidney insufficiency,
and Dridase 2.5 mg was started for disturbed urinary flow. The patient's creatinine
remained elevated and study drug was discontinued on May 28, 2001. An ultrasound of
the kidney on May 28, 2001, revealed right hydronephrosis. Repeat ultrasound of the
kidney on May 29, 2001, revealed double J stent in situs. But an x-ray of the abdomen
taken May 29, 2001, revealed that the end of the double J stent right was situated in the
ureter rather than in the pyelum. On May 29, 2001, the urine production began to rise.
Total urine production on May 29, 2001, was 2,235 cc with a serum creatinine of 481
umol/L and urea of 28.5 mmol/L. As of June 1, 2001, the subject was reported to be
improving but had not yet completely recovered.

The investigator opinion of the event of renal failure was possibly related to study drug
with an alternative etiology of the combination of decreased renal filtration after the
initiation of ACE inhibitor and the tumor progression with subsequent compression of the
area over or underneath the double J stent. The Abbott opinion of the event was possibly
related to study drug with an alternative etiology of catheter obstruction.

Other Adverse Events:

| Event | Relationship to Study Drug | Treatment Days/Duration |
|---|---|---|
| Headache | Probably Not | 2-44 |
| Edema legs | Probably Not | 1-44 |
| Nausea | Probably Not | 16-44 |
| Pyrosis | Probably Not | 16-44 |
| Edema labial | Probably Not | 29-44 |

### 12.3.3    Analysis and Discussion of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events

No formal statistical analysis was performed. There was one death that occurred greater
than 30 days from the last study drug dose due to the subject's progression of melanoma.
No other information was provided by the site.

**CONFIDENTIAL**

ABBT 0033627

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

30

## 12.4  Clinical Laboratory Evaluation

Evaluation of laboratory data did not identify any treatment-related abnormalities with exception of increased BUN, increased creatinine and hyponatremia that occurred in Subject 1004 who was diagnosed with renal failure.

### 12.4.1  Listing of Individual Laboratory Measurements by Subject and Each Abnormal Laboratory Value

Appendices relevant to clinical laboratory assessments are identified in Table 12.4.a.  The laboratory reference ranges are listed in Appendix 16.2_8.1.

Table 12.4.a    Appendices Relevant to Clinical Laboratory Assessments

|  | Hematology | Chemistry | Urinalysis |
|---|---|---|---|
| Baseline Determinations | Appendices 16.2_4.5.1 through 16.2_4.5 6 | Appendices 16.2_4.6.1 through 16.2_4.6.6 | Appendices 16.2_4.7.1 through 16.2_4.7.6 |
| All Determinations | Appendices 16 2_8.2.1 through 16.2_8.2.6 | Appendices 16.2_8.3.1 through 16.2_8.3 6 | Appendices 16.2_8.4.1 through 16.2_8.4.4 |

### 12.4.2  Evaluation of Each Laboratory Parameter

No formal statistical analysis was performed due to the limited enrollment of subjects in this study.

#### 12.4.2.1  Laboratory Values Over Time

No formal trend analyses were performed due to limited number of subjects.

#### 12.4.2.2  Individual Subject Changes

Evaluation of laboratory data did not identify any treatment-related abnormalities with exception of increased BUN, increased creatinine and hyponatremia that occurred in Subject 1004 who was diagnosed with renal failure.

CONFIDENTIAL

ABBT 0033628

ABT-518 (A-291518)                                                      31
Study No. M00-235
R&D/02/118 – Abbreviated Clinical Study Report

### 12.4.2.3   Individual Clinically Significant Abnormalities

No clinically significant abnormalities were reported.

## 12.5   Vital Signs, Physical Findings, and Other Observations Related to Safety

No formal statistical analysis was performed due to the limited enrollment of subjects in this study. For listings see Appendices 16.2__4.4; 16.2__6.1; 16.2__9.1.1; 16.2__9.1.2; 16.2__9.2; 16.2__9.3.

No treatment-emergent changes in ECGs or chest x-rays were observed. Patient 1004 exhibited significantly elevated blood pressure during therapy with ABT-518. Baseline blood pressure for this patient was 134/113. During treatment with 25 mg ABT-518, her systolic blood pressure ranged from 146 to 188; diastolic blood pressure ranged from 102 to 125. No adverse events related to elevated blood pressure were reported for this patient. A heart rate of 140 was also reported on Day 5 of therapy for Patient 1004. No adverse events related to this elevated heart rate were reported. Her reported heart rate at all other times during treatment with ABT-518 ranged from 75 to 92. Patient 1004 did experience a serious adverse event of renal failure beginning on Day 30 of ABT-518 treatment that resulted in discontinuation of study drug. No other clinically significant treatment related changes in vital sign measurements were observed.

## 13.0   Discussion and Overall Conclusions

This was a Phase I, two center, open-label, multiple dose-escalating study of ABT-518 administered once daily to cohorts of subjects with advanced non-hematologic malignancies. A course of therapy was defined as 29 days (27 doses of ABT-518) and a cohort was defined as a minimum of three patients at a particular dose. Subjects were given their first dose of study drug on Day 1, no drug on Days 2 and 3 so pharmacokinetic samples could be collected, then dosing resumed on Day 4 continuing until Day 29 when the course of therapy was completed. Patients were allowed to continue into an extension period beyond Day 29 at their current dose provided safety assessments were deemed acceptable by the investigator.

**CONFIDENTIAL**

ABBT 0033629

ABT-518 (A-291518)                                                                          32
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

Dose escalations were based on the safety assessments of the three subjects in a cohort.
The first subject (1001) enrolled into the study experienced an SAE after receiving 3
doses of ABT-518. As the relationship to study drug of the event was not immediately
known, a fourth subject was enrolled into the first dose group (25 mg QD). It was later
determined by the investigator that the event was probably not related to study drug, so a
100% escalation to 50 mg QD went forward. The protocol planned for continuing dose
escalations of 25-100% of the previous dose, but the decision to discontinue clinical
development precluded escalations beyond 50 mg QD. A total of six subjects had
received doses of either 25 mg (4 subjects) or 50 mg (2 subjects) of ABT-518 for an
average of 42 days (11 up to 56 days), when the decision was reached to discontinue
clinical development of the compound. Subjects already enrolled, were permitted to
continue until they reported disease progression.

Overall, there were no clinically relevant differences in the percentages of subjects
reporting adverse events in the two dose groups. All of the subjects administered ABT-
518 experienced one or more adverse events during the study, most were reported to be
mild to moderate in severity.

The most commonly reported adverse events were asthenia (4/6, 67%) and peripheral
edema (3/6, 50%). 50% (2/4) of the asthenias were reported to be possibly related, and
all of the peripheral edemas were assessed to be not related to study drug. With the
exception of mild constipation, which was reported by both subjects in the 50 mg dose
group, all of the remaining events were reported by 2 or fewer subjects. Most of the
events were assessed by the Investigators to be probably not or not related to ABT-510
administration, and were considered to be consistent with symptoms experienced by end
stage cancer patients.

There were four serious adverse events reported in this study. Three of the events were
considered to be related to progressive disease and not related to ABT-518 exposure.
One subject (1004) experienced a grade 3 increase in creatinine followed by renal failure.
This event was characterized by the Investigator to be possibly related to ABT-518, with
an alternative etiology of progressive disease. No subjects died while on the study

CONFIDENTIAL

ABBT 0033630

ABT-518 (A-291518)                                                                 33
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

although one subject (1001) in the 25 mg QD dose group died greater than 30 days from
her last dose of study drug due to progressive disease.

With the exception of blood pressure and heart rate changes reported by one subject
(1004), no other clinically significant treatment related changes in vital sign, physical
examinations, ECGs or chest x-rays were observed in subjects treated with either dose of
ABT-518. An evaluation of laboratory data did not identify any treatment related changes
or abnormalities with exception of increases in BUN, creatinine and hyponatremia that
occurred in subject 1004 who was diagnosed with renal failure.

ABT-518 pharmacokinetics appeared to be dose-proportional and independent of time
over the ranges studied. Both regimens maintained mean pre-dose concentrations above
the target of 100 ng/mL, and achieved mean AUC values within the efficacious range
determined in preclinical studies. Parent drug pharmacokinetics were characterized by a
very low oral clearance (approximately 3.0 L/hr) and an overall mean apparent volume of
distribution of about 1 L/kg. The overall mean half-life was 15 hours. Metabolite
concentrations in plasma accumulated with multiple ABT-518 dosing, but appeared to
achieve steady state by Day 22. Metabolite exposure (AUC) was low compared to parent
drug. On Day 22, relative exposure (metabolite:parent ratio of $AUC_{0-24}$) averaged
approximately 0.4 for the amine metabolite (A-347542), but was $\leq 0.2$ for the other
metabolites.

CONFIDENTIAL

ABBT 0033631

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 14.0   Tables, Figures and Graphs Referred to but not
Included in the Text

CONFIDENTIAL

ABBT 0033632

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 14.1   Demographic Data Summary Figures and Tables

**CONFIDENTIAL**

**ABBT 0033633**

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

16MAY02 05:22 <demo.sas ashbrene>
MATRIX METALLOPROTEINASE INHIBITOR (ABBOTT-915181) (ABBOTT-915181)
STUDY M00-235
R&D/02/118 - CLINICAL/STATISTICAL
TABLE PAGE 1 - LAST TABLE PAGE

Table 14.1

Summary of Demographics

| Regimen | Subject No. | Gender | Race | Age (Years) | Height (cm) | Weight (kg) |
|---|---|---|---|---|---|---|
| 25 MG ABT-518 | 1001 | FEMALE | WHITE | 42.0 | 176.0 | 102.0 |
| | 1002 | FEMALE | WHITE | 62.0 | 172.0 | 66.0 |
| | 1003 | FEMALE | WHITE | 76.0 | . | 78.0 |
| | 1004 | FEMALE | WHITE | 40.0 | 164.0 | 50.0 |
| | | | N | 4.00 | 3.00 | 4.00 |
| | | | Mean | 53.50 | 170.67 | 74.00 |
| | | | Stand Dev | 14.82 | 6.11 | 21.91 |
| 50 MG ABT-518 | 1101 | FEMALE | WHITE | 57.0 | 169.0 | 54.0 |
| | 1102 | FEMALE | WHITE | 51.0 | 151.0 | 50.0 |
| | | | N | 2.00 | 2.00 | 2.00 |
| | | | Mean | 54.00 | 160.00 | 52.00 |
| | | | Stand Dev | 4.24 | 12.73 | 2.83 |

Program Source Code: /ashbrene/M00-235/demo.sas

CONFIDENTIAL    ABBT 0033634

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 14.2   Efficacy Data Summary Figures and Tables

No Formal Efficacy Data Summary Figures and Tables were completed.

CONFIDENTIAL

ABBT 0033635

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

### 14.3   Safety Data Summary Figures and Tables

CONFIDENTIAL

ABBT 0033636

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

### 14.3__1    Displays of Adverse Events

CONFIDENTIAL

ABBT 0033637

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

16MAY02 05:22 /M00235_AE.sas asbbrcenn
MATRIX METALLOPROTEINASE INHIBITOR (ABBOTT-915181)
STUDY M00-235
R&D/02/118 - CLINICAL/STATISTICAL
TABLE PAGE 1

TABLE 14 3 1_1

NUMBER (%) OF SUBJECTS WITH TREATMENT-EMERGENT ADVERSE EVENTS GROUPED BY BODY SYSTEM AND COSTART TERM

| BODY SYSTEM / COSTART TERM | 25 mg ABT-518 N=4 | 50 mg ABT-518 N=2 | OVERALL N=6 |
|---|---|---|---|
| ALL SYSTEMS | 4 (100.0) | 2 (100.0) | 6 (100.0) |
| | | | |
| BODY AS A WHOLE | 4 (100.0) | 1 (50.0) | 5 (83.3) |
| AGGRAVATION REACTION | 1 (25.0) | 1 (50.0) | 2 (33.3) |
| ASTHENIA | 3 (75.0) | 0 | 4 (66.7) |
| BACK PAIN | 1 (25.0) | 0 | 1 (16.7) |
| FEVER | 1 (25.0) | 0 | 1 (16.7) |
| HEADACHE | 0 | 1 (50.0) | 2 (33.3) |
| INFECTION | 1 (25.0) | 1 (50.0) | 1 (16.7) |
| PAIN | 1 (25.0) | 0 | 2 (33.3) |
| SEPSIS | 0 | | 1 (16.7) |
| | | | |
| CARDIOVASCULAR SYSTEM | 2 (50.0) | 1 (50.0) | 3 (50.0) |
| ARTERIOSCLEROSIS | 0 | 1 (50.0) | 1 (16.7) |
| PHLEBITIS | 1 (25.0) | 0 | 1 (16.7) |
| POSTURAL HYPOTENSION | 1 (25.0) | 0 | 1 (16.7) |
| THROMBOSIS | 1 (25.0) | 0 | 1 (16.7) |
| | | | |
| DIGESTIVE SYSTEM | 3 (75.0) | 2 (100.0) | 5 (83.3) |
| CONSTIPATION | 0 | 2 (100.0) | 2 (33.3) |
| DYSPEPSIA | 1 (25.0) | 0 | 1 (16.7) |
| NAUSEA | 2 (50.0) | 0 | 2 (33.3) |
| VOMITING | 2 (50.0) | 0 | 2 (33.3) |
| | | | |
| METABOLIC AND NUTRITIONAL DISORDERS | 3 (75.0) | 0 | 3 (50.0) |
| PERIPHERAL EDEMA | 3 (75.0) | 0 | 3 (50.0) |

# Subjects who reported the same BODY SYSTEM/COSTART term two or more times per a regimen are counted only
once for that BODY SYSTEM/COSTART term and regimen. The same principle applies for the counts for the study overall.

Program Source Code: /asbbrenn/M00-235/M00235_AE.sas

CONFIDENTIAL

ABBT 0033638

16MAY03_05.22 /M00235_AE.sas anhbrems-
MATRIX METALLOPROTEINASE INHIBITOR (ABBOTT-915518)
STUDY M00-235
R&D/02/118 - CLINICAL/STATISTICAL
TABLE PAGE 2 - LAST TABLE PAGE

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

TABLE 14.3 1_1

NUMBER (%) OF SUBJECTS WITH TREATMENT-EMERGENT ADVERSE EVENTS GROUPED BY BODY SYSTEM AND COSTART TERM

| BODY SYSTEM / COSTART TERM | 25 mg ABT-518 N= 4 | 50 mg ABT-518 N= 2 | OVERALL N= 6 |
|---|---|---|---|
| MUSCULOSKELETAL SYSTEM | 2 ( 50.0) | 1 ( 50.0) | 3 ( 50.0) |
| ARTHRALGIA | 2 ( 50.0) | 0 | 2 ( 33.3) |
| BONE PAIN | 0 | 1 ( 50.0) | 1 ( 16.7) |
| MYALGIA | 1 ( 25.0) | 0 | 1 ( 16.7) |
| RESPIRATORY SYSTEM | 3 ( 75.0) | 0 | 3 ( 50.0) |
| COUGH INCREASED | 1 ( 25.0) | 0 | 1 ( 16.7) |
| DYSPNEA | 2 ( 50.0) | 0 | 2 ( 33.3) |
| PHARYNGITIS | 1 ( 25.0) | 0 | 1 ( 16.7) |
| SPECIAL SENSES | 0 | 1 ( 50.0) | 1 ( 16.7) |
| TINNITUS | 0 | 1 ( 50.0) | 1 ( 16.7) |
| UROGENITAL SYSTEM | 2 ( 50.0) | 0 | 2 ( 33.3) |
| KIDNEY FAILURE | 1 ( 25.0) | 0 | 1 ( 16.7) |
| LABIAL EDEMA | 1 ( 25.0) | 0 | 1 ( 16.7) |
| PYELONEPHRITIS | 1 ( 25.0) | 0 | 1 ( 16.7) |

a Subjects who reported the same BODY SYSTEM/COSTART term two or more times for a regimen are counted only once for that BODY SYSTEM/COSTART term and regimen. The same principle applies for the study overall.

Program Source Code: /anhbrems/M00-235/M00235_AE.sas

CONFIDENTIAL                ABBT 0033639

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

### 14.3__2   Listings of Deaths, Other Serious and Significant Adverse Events

Cross Reference:  Appendices   16.2__7.1.2

16.2__7.2

CONFIDENTIAL

ABBT 0033640

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

### 14.3__3    Narratives of Deaths, Other Serious and Certain Other Significant Adverse Events

Please see Section 12.3.2.

CONFIDENTIAL

ABBT 0033641

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**14.3__4    Abnormal Laboratory Value Listing**

Cross Reference:  Appendices   16.2__4.4.6

16.2__4.5.7

16.2__4.6.3

16.2__8.2.6

16.2__8.3.7

16.2__8.4.3

**CONFIDENTIAL**

**ABBT 0033642**

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

### 14.3__5    Abnormal Vital Signs Value Listing

Cross Reference:  Appendices    16.2__9.1.1
                                 16.2__9.1.2

**CONFIDENTIAL**

**ABBT 0033643**

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 – Abbreviated Clinical Study Report

## 14.3__6    Abnormal Electrocardiogram Value Listing

Cross Reference:  Appendix   16.2__9.2

CONFIDENTIAL

ABBT 0033644



ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 15.0 References

1.  Abbott Laboratories.  ABT-518 Pharmacokinetic Report (R&D/02/056), March 2002.

2.  Abbott Laboratories.  Information for Clinical Investigators:  ABT-518, Edition 1. Pharmaceutical Products Division, Research and Development, November 2000.

CONFIDENTIAL

ABBT 0033645

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 16.0  Appendices

CONFIDENTIAL

ABBT 0033646

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 16.1   Study Information

CONFIDENTIAL

ABBT 0033647

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 16.1__1     Protocol and Protocol Amendments

429 pages, not including cover page

CONFIDENTIAL

ABBT 0033648

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**16.1__2     Sample Case Report Form**

55 pages, not including cover page

CONFIDENTIAL

ABBT 0033649

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**16.1__5    Signatures of Principal or Coordinating Investigator(s) or
Abbott Laboratories Responsible Medical Officer**

3 pages, not including cover page

CONFIDENTIAL

ABBT 0033650

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 16.1__9    Documentation of Statistical Methods

2 pages, not including cover page

CONFIDENTIAL

ABBT 0033651



ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

Computation for the summaries was performed with the SAS, Version 6.12 on a Hewlett Packard work station using the Unix operating system.

**Data Sets Analyzed**

Patients who took at least one dose of study drug were included in the demographic and safety summaries.

**Demographic Variables**

Demographic variables (sex, race, age, weight and height) were summarized.

**Pharmacokinetic Analyses**

No formal statistical analyses were performed on the pharmacokinetic parameters, only summary tables and graphs were created. This is a change from the planned analyses that can be found in the protocol. The reason for the change is there were only six patients in the study.

**Safety Analyses**

Patients who took at least one dose of study drug were included in the safety analyses.

**Adverse Events**

All adverse events were mapped to the COSTART V dictionary. The number and percentage of patients reporting treatment emergent adverse events (event that began or worsened in severity after study drug was administered) grouped by body system and COSTART term were tabulated with a breakdown by regimen. Patients reporting more than one adverse event for a particular COSTART term were counted only once for that term. If more than one type of event occurred within a body system for a patient, the patient was counted only once when summarizing by body system. In addition, any deaths, other serious adverse events and other significant adverse events, were summarized in the report. No formal statistical tests were performed on the adverse event data.

CONFIDENTIAL

ABBT 0033652



ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**Laboratory Data, Vital Signs and Electrocardiograms**

For each laboratory test variable, vital signs and electrocardiograms, the data were listed
in the appendix. Any value for a patient that was considered clinically significant was
summarized in the report. No formal statistical tests were performed on the laboratory
data.

**CONFIDENTIAL**

**ABBT 0033653**

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

**16.1** 

XX pages, not including cover page



CONFIDENTIAL

ABBT 0033654

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 16.2  Subject Data Listings

CONFIDENTIAL

ABBT 0033655

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

## 16.3   Case Report Forms

CONFIDENTIAL

ABBT 0033656

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

### 16.3__1    Case Report Forms for Deaths, Other Serious Adverse Events, and Withdrawals for Adverse Events

INDEX OF CASE REPORT FORMS

**Case Report Forms for Serious Adverse Events**

Zonnenburg/12582

1002, 1003, 1004

**Case Report Forms for Pre-termination Due to Adverse Events**

Zonnenburg/12582

1001

**CONFIDENTIAL**

ABBT 0033657

ABT-518 (A-291518)
Study No. M00-235
R&D/02/118 - Abbreviated Clinical Study Report

### 16.4   Individual Subject Data Listings

Individual subject data listings are not included in this report.  Please refer to Appendix 16.2, *Subject Data Listings*.

**CONFIDENTIAL**

**ABBT 0033658**

# PLs' BK

Jim,

Greetings.

We had a project review with upper management this Wednesday.  During this review their was a concern regarding the continuation with ABT-518 development.  Although, we thought that we will be allowed to continue at this time,  I and Perry have learned , 45 minutes ago, that we should stop all development activities immediately.   As much as I hate to do this to you, I would like to ask you to communicate with Drs. Zonnenberg and Schellen that we are not proceeding with the trial as a result of the projects re-prioritization  following the acquisition of Knoll.  I will call you on you mobile phone (I do not have your home #) to discuss this further with you and check you comfort level with this very difficult task. If you prefer to call me, my home number:847-382-3818, mobile : 847-380-5830.  As you know, at AZU they are expecting a patient Monday morning, so this has to be done ASAP.

I did not have the chance to tell Todd and Diane D. this news since I was informed late in the day and they have left already.  So please do not copy others until I have a chance to inform them directly.

Thanks

Azmi

Confidential

ABBT0507866

# PLs' BS



 Catherine K
Kacos/LAKE/PPRD/ABBOTT

02/24/1999 02:39 PM

To   Gordon Boyd/MAIDENHEAD/AI/ABBOTT@ABBOTT
cc   Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT
bcc
Subject   Analgesia Venture Portfolio Review

Dear Dr. Boyd,

Attached, please find the minutes and slide presentation from the Analgesia Venture Portfolio Review (1/15/99).

If you have any questions or problems opening the attachments, please do not hesitate to call me at 847-938-5613.  Thank you.

Cathy Kacos



ALL.ppt            January 15 (port Review).c

*Silber*   DEP. EX. NO. *3*
FOR ID., AS OF *2-9-07 BC*

CONFIDENTIAL
ABBT0114450

**Analgesia Project**

*Portfolio Review*

- How did ABT-594 perform in the molar extraction study?

- How do the results from molar extraction affect the commercial opportunity?

- Should current ABT-594 Phase II studies continue?

- If so, what are the Go/No Go criteria for a 6/99 decision?

- Is ABT-594 likely to be scheduled?

*1*

CONFIDENTIAL
ABBT0114451

Analgesia Project

*Portfolio Review*

| | |
|---|---|
| • Molar Extraction Study | Chris Silber |
| • Regulatory Considerations | David Ross/Nigel Livesey |
| • Commercial Implications | Jim Doran/Laura Robinson |
| • New Decision Set | Chris Silber/Jim Doran |
| • ABT-259 Transition | Mike Meyer/Bruce McCarthy |
| • Formulation | Howard Cheskin |
| • Abuse Liability | Bruce McCarthy |

2

CONFIDENTIAL
ABBT0114452

Team Conclusions

- ABT-594 demonstrates analgesic effects
  - Adverse events
  - Slow onset
- Molar results indicate that target general pain claim is unlikely to be achieved
  - Alternate disease specific claims possible
  - Market research to assess the commercial attractiveness of alternate claims is in progress

3

CONFIDENTIAL
ABBT0114453



CONFIDENTIAL
ABBT0114454



CONFIDENTIAL
ABBT0114455

ABT-594

*Preliminary Features*

- First in Class: Cholinergic Channel Modulator
- Phase I human exposure: 165 subjects (101 single dose, 64 multiple dose)
- Maximum dose – 150 mcg (tolerability)
- Gastrointestinal events
  - Reduced by food

*6*

CONFIDENTIAL
ABBT0114456

CONFIDENTIAL
ABBT0114457

**Molar Extraction**

*A Phase II Model*

- Fast
- Well-established
- Able to replicate
- Allows dose ranging
- Acceptable to regulatory authorities

CONFIDENTIAL
ABBT0114458

**Molar Extraction**

- Does assess
  - Single dose efficacy/safety
  - Onset of effect, if early
  - Dose response

- Does *not* assess
  - Multiple dose efficacy/safety
  - Neuropathic pain
  - Duration of effect
    (i.e., bid vs. tid) if long $t_{1/2}$
  - Effect of age

*9*

CONFIDENTIAL
ABBT0114459

CONFIDENTIAL
ABBT0114460

**Molar Extraction Study**

*Demographics*

| | |
|---|---|
| Gender | Female 62% |
| | Male 38% |
| Age (yrs) | Mean 23 |
| | Range 18-50 |
| Race | Caucasian 89% |
| | Black 8% |

*11*

CONFIDENTIAL
ABBT0114461



CONFIDENTIAL
ABBT0114462



CONFIDENTIAL
ABBT0114463



CONFIDENTIAL
ABBT0114464



CONFIDENTIAL
ABBT0114465



CONFIDENTIAL
ABBT0114466



17

CONFIDENTIAL
ABBT0114467



CONFIDENTIAL
ABBT0114468



CONFIDENTIAL
ABBT0114469



CONFIDENTIAL
ABBT0114470

## Molar Extraction Study
### Preliminary Findings

- Cholinergic channel modulation has been demonstrated to have analgesic effects in man

- ABT-594 100 mcg is a minimum effective dose that showed significant single dose analgesic efficacy compared with placebo

- Onset of action appears to be approximately 1.5–2 hours post dose

- No differences on efficacy detected based on prior nicotine use, gender, and baseline severity

- ABT-594 was associated with dose dependent nausea, vomiting and dizziness; fewer with current/prior nicotine use

*21*

CONFIDENTIAL
ABBT0114471

## Molar Extraction Study

### Impact

- Post operative (single dose, n=250)
  - Stopped: highest dose (75 mcg) below minimum effect dose (100 mcg), requires rapid onset of effect, higher doses limited by population
- Osteoarthritis (3 week, n=250), Neuropathy (3 week, n=150)
  - Continue
  - Highest dose (75 mcg BID) achieves concentrations similar to that observed with 100 mcg single dose
  - Highest dose (75 mcg BID) well tolerated in Phase I
  - Different population
    - Chronic pain
    - Older
  - Demonstration of efficacy does not depend on onset

22

CONFIDENTIAL
ABBT0114472



CONFIDENTIAL
ABBT0114473



*24*

CONFIDENTIAL
ABBT0114474



CONFIDENTIAL
ABBT0114475



CONFIDENTIAL
ABBT0114476



CONFIDENTIAL
ABBT0114477



CONFIDENTIAL
ABBT0114478



CONFIDENTIAL
ABBT0114479



CONFIDENTIAL
ABBT0114480

### FDA Considerations/ Regulatory Strategy

*FDA is in flux regarding pain indications/pain claim structure for acute and chronic pain*

- As evidenced by:
  - Open Public Hearing on March 25, 1998.
    - Pain claims (acute vs chronic- types of studies)
    - Onset of action
    - Neuropathic pain is distinct from general or nociceptive pain
      - Subcategories of pain (i.e., pain due to diabetic neuropathy or TGN)
  - Currently, indications are given for OA, RA, and dysmenorrhea, and cancer pain for narcotics

*31*

CONFIDENTIAL
ABBT0114481



CONFIDENTIAL
ABBT0114482

## FDA in Flux (con't)

- 1998 OA Draft Guideline (Feb. 1998)
  - A. Improvement in Pain - 3 month trial*
  - B. Improvement in Function - 6 month trial*
  - C. Slowing of Structural Deterioration - 12 month trial
  - D. Long Term Durability - 2 to 5 year trial
  - E. Delay in New OA - time to event trial, duration unknown
  - F. Delay in Surgical Joint Replacement - time to event trial, duration unknown
- 1998 RA Draft Guideline (March 1998)

33

CONFIDENTIAL
ABBT0114483

**How Are We Addressing the State of Flux?**

- Partner with FDA in the development of our Analgesic compounds and drive the process

- FDA Teleconference (August 26, 1998)

    A NDA for an analgesic compound seeking a general pain claim
    ("for the treatment of pain") should contain at a minimum, the following Phase 3 efficacy studies:
    - 1) two dental pain studies
    - 2) two multiple dose post operative studies (for 3-5 days), and
    - 3) two studies in a chronic, prevalent (non-arthritic, non-neuropathic)
         painful condition (i.e., low back pain)

    The 2 studies in the chronic painful condition should generally not
    be conducted in conditions for which separate claim already exist
    (OA, dysmenorrhea).

*34*

CONFIDENTIAL
ABBT0114484

Addressing the State of Flux (con't)

- Monitor FDA position/stance on various issues
  - Attend Open Public hearings
  - Attend Arthritis Advisory Committee Meetings (Celebrex)
  - Track status and implementation of draft guidelines
- Monitor competitor information

*35*

CONFIDENTIAL
ABBT0114485

**ABT-594**
**EU Regulatory Considerations**
*Three key issues*

- What is necessary to achieve a general pain claim in the EU?

- What is required for disease-specific claims?

- Are there significant differences between the regulatory requirements of the US and EU

**Goal -** To design an efficient global clinical program to maximize label claims in both regulatory environments

*36*

CONFIDENTIAL
ABBT0114486

Regulatory Landscape

- There are no specific EU guidelines on *general* pain claim structure/development of *general* analgesics

- What information *is* available and how will we clarify the situation?

CONFIDENTIAL
ABBT0114487

Guidelines etc.

*CPMP Guideline: "Points to Consider on Clinical Investigation of Medicinal Products Used in the Treatment of Osteoarthritis" (July 1998)*

- Covers both symptomatic and structure-modifying drugs
- General OA claim requires range of joints to be studied (hand and hip/knee)
- Pain (VAS/Likert scales) at rest/movement, onset and duration
- Functional disability (WOMAC/Lequesne index)
- Secondary endpoints of global response, flare, range of motion, QoL, supplemental analgesia
- Structural assessment at 1 year
- ITT analysis
- **6 month duration**
- DB, randomized, parallel, three-arm (active/placebo)

*38*

CONFIDENTIAL
ABBT0114488

### Guidelines etc.

*CPMP Guideline: "Medicinal Products (NSAIDS) for the Treatment of Chronic Disorders" (February 1987)*

- 6 month studies in each major indication listed

- Comparisons with placebo/active agents

- Seasonal variations to be considered (RA)

- Safety/Drug Interactions/Elderly

*39*

CONFIDENTIAL
ABBT0114489

**Guidelines etc.**

- No guidelines for neuropathic pain. Clinical need should influence the weight of evidence necessary to show a favorable risk/benefit.

- Unlike FDA, CPMP have not publicly articulated the likely requirements for a general pain claim

- No recent pertinent European Public Assessment Reports (Celebrex under review)

*40*

CONFIDENTIAL
ABBT0114490

## Current Pain Claims

*Typically two groupings*

- General claims qualified by severity - Opioids/Established Agents:
  - "For the relief of (mild) (moderate) (severe) pain" (e.g. morphine/strong opioids, codeine/weak opioids, paracetamol, aspirin, dextropropoxyphene, tramadol etc). Occasionally modified by "chronic" or "acute"

- Disease-specific claims - typical of NSAIDS:
  - "For the symptomatic treatment of RA, OA, ankylosing spondylitis, musculoskeletal pain, back pain, tendinitis, sprains, strains, gout, dysmenorrhoea" etc.

Neuropathic pain - miscellany of (mainly unlicensed) agents, e.g., tricyclics. Carbamazepine approved for trigeminal neuralgia. Treatment is inadequate.

*41*

CONFIDENTIAL
ABBT0114491

Recommendations
*General Pain Claim Route*

- Seek formal CPMP advice on data necessary to achieve general pain claim/duration of efficacy assessments:
  - Present clinical program as comprehensive demonstration of general analgesia

- After Go/No Go

*42*

CONFIDENTIAL
ABBT0114492



CONFIDENTIAL
ABBT0114493

Recommendations

*Neuropathic Pain Claim Route*

- Seek formal CPMP advice on study designs/clinical plan acceptability
- After Go/No Go

*44*

CONFIDENTIAL
ABBT0114494

## Current Profile Probabilities

| Attribute | Prior Probability | Revised Probability |
|---|---|---|
| Not scheduled | High | High |
| Very few abnormal LFTs | Medium | Medium |
| General pain claim | Medium | LOW |
| Moderate to moderately-severe label | Medium | Medium |
| No tolerance/dependence/withdrawal | Medium | Medium |
| Other safety OK | Medium | Medium |
| No nicotine effects | Medium | Medium |
| Low nausea/vomiting at effective dose | Medium | LOW |
| Few drug interactions | High | High |
| Onset of action < 30 mins | Medium | LOW |
| BID/TID dosing | High | High |
| Neuropathic claim | Low | Low |

45

CONFIDENTIAL
ABBT0114495



CONFIDENTIAL
ABBT0114496



CONFIDENTIAL
ABBT0114497

## ABT-594 Commercial Summary

OA and NP are commercially attractive markets

- large numbers of patients
- combined prescription analgesic sales of $3-4 billion worldwide
- significant unmet needs (especially NP)

Therefore, an opportunity exists to investigate ABT-594's potential in OA and NP

- ABT-594 could be marketed at least 18 months earlier than ABT-259
- if ABT-259 fails Geno-Tox or Phase I trials, the first opportunity to market a ChCM compound is further delayed
- other ChCMs are in preclinical development for pain
- market research is underway to better estimate the market

*48*

CONFIDENTIAL
ABBT0114498

## ABT-594 Options

1) Stop ABT-594; develop ABT-259 for General Pain
   - ABT-594 Cost to Shut Down: $3.8MM
   - Timing: ABT-259 filing for General Pain - 6/03

2) Complete ABT-594 Ph II studies for OA and NP through 6/99 Go/No Go; develop ABT-259 for General Pain
   - ABT-594 Cost to 6/99: $14.5MM - incl. minimal Tox and PARD (no NDA delay)
   - Timing:  ABT-594 filing for OA and/or NP - 12/01 (if no delay)
     ABT-259 filing for General Pain - 6/03

*49*

CONFIDENTIAL
ABBT0114499



CONFIDENTIAL
ABBT0114500



CONFIDENTIAL
ABBT0114501



CONFIDENTIAL
ABBT0114502



CONFIDENTIAL
ABBT0114503



ABT-594

*Go Criteria*

Indication-Specific

(1) Osteoarthritis (OA) Phase II trend such that Phase III studies have 80% power to detect significant improvement vs. placebo and not significantly worse than ibuprofen

(2) Neuropathy (NP): Phase II trend such that Phase III studies have 80% power to detect significant improvement vs. placebo at n=200 patients

(3) OA + NP:  Both (1) + (2)

(4) General Pain:  • Both (1) + (2) and fast onset suggested by Zydis pharmacokinetics
• 12/99 Zydis Acute Phase II (molar extraction)
• 12/99 Zydis other Acute Phase II (post-op)

CONFIDENTIAL
ABBT0114504

**ABT-594 Follow-on Strategy**

Status

- M98-772 produces proof-of-principle for class
- Parallel track back-up strategy
  - ABT-259
  - Ongoing Discovery effort

*55*

CONFIDENTIAL
ABBT0114505



CONFIDENTIAL
ABBT0114506

CONFIDENTIAL
ABBT0114507

**ABT-594 Follow-on Strategy**

ABT-259 Toxicity Issues

- Problem
  - Clinical lot AMES test positive (Discovery lot negative)
    - Suspect impurity
- Investigation
  - Isolate and identify impurities
  - Test ABT-259 starting materials
  - Recrystallize and retest AMES
- Plan
  - Remanufacture clinical lot and proceed with first-time-in man

58

CONFIDENTIAL
ABBT0114508

ABT-594 Follow-on Strategy

ABT-259 Approximate Time Lines

- AMES negative material produced       ASAP
- Prepare clinical supplies              + 2
  months
- Submit IND                             + 1
  month
- Single rising dose study               + 3
  months
- Molar extraction study                 + 4
  months

*59*

CONFIDENTIAL
ABBT0114509

Discovery Strategy: Assumptions

CONFIDENTIAL
ABBT0114510



CONFIDENTIAL
ABBT0114511



CONFIDENTIAL
ABBT0114512

ChCM Abuse Liability

Issues

- Product Profile assumes no scheduling
- If scheduled, commercial value reduced
- Concern about abuse potential similar to nicotine
- Abuse liability assessment required of all drugs

*63*

CONFIDENTIAL
ABBT0114513

CONFIDENTIAL
ABBT0114514

## ChCM Abuse Liability

### Advisors

Neal Benowitz, M.D.

Karl Fagerstrom, Ph.D.

Charles France, Ph.D.

Jack Henningfield, Ph.D.

Arthur Jacobson, Ph.D.

Donald Jasinski, M.D.

Michael Kuhar, Ph.D.

Edythe London, Ph.D.

Roger Porsolt, Ph.D.

Ian Stolerman, Ph.D.

*65*

CONFIDENTIAL
ABBT0114515

**ChCM Abuse Liability**

Advisory

Principle: New drugs are scheduled based upon similarity to drugs already scheduled

| Possible Outcomes | Scheduling |
|---|---|
| • No abuse potential | No |
| • Abuse potential = nicotine | No |
| • Abuse potential > nicotine or = opiate, cocaine, amphetamine | Yes |

*66*

CONFIDENTIAL
ABBT0114516

ChCM Abuse Liability

Plan

- Identify drug for NDA
  - Avoid false negative or positive
- Discriminate outcomes
  - Preclinical and clinical studies
- Manage regulatory process
  - Partner with abuse liability experts

*67*

CONFIDENTIAL
ABBT0114517

# PLs' BY

**James W Thomas**



12/21/99 08:06 AM

To:     Fred W Siebert/LAKE/PPRD/ABBOTT@ABBOTT, Kevin J Heuser/LAKE/PPRD/ABBOTT@ABBOTT
cc:     (bcc: James W Thomas/LAKE/PPRD/ABBOTT)
Subject: 114 Sample Size

Below is my attempt at writing up the sample size section of the 114 protocol.

This study is designed to enroll approximately 320 patients (80 patients in each treatment group). This sample size will allow for the detection of a 0.46 effect size in the average Daily Pain Intensity score for change from baseline to the final evaluation between any ABT–594 treatment group and placebo at 0.05 (two– tailed Type I error) level with at least 80% power.  This calculation is based on results obtained from ABT–594 study M99–833 and published data using Gabapentin for patients with painful diabetic polyneuropathy (add reference here to Dec 1998 JAMA article) and assuming an 39% and 25% improvement from baseline for ABT–594 and placebo respectively.

Jim

**PLs' CJ**



Bruce McCarthy /LAKE/PPRD/ABB OTT

07/07/2000 11:13 AM

To    David D Morris/LAKE/PPRD/ABBOTT@ABBOTT, James W
      Thomas/LAKE/PPRD/ABBOTT@ABBOTT, Andrea
      Landsberg/LAKE/PPRD/ABBOTT@ABBOTT, Michael K
      Blarnesen/LAKE/PPRD/ABBOTT@ABBOTT, Marilyn J
      Collicott/LAKE/PPRD/ABBOTT@ABBOTT
cc    Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject   M99-114 Protocol Change Discussion

I've scheduled a meeting next week to discuss options to modify the 114 protocol.  Enrollment has not
met initial expectations.  At the present rate of enrollment, data would not be available until June or July
of 2001.  We in the venture continue to work to address this situation by reasonable encouragement to
sites and other modifications to the management of the study (including removal of poorly enrolling sites
and replacement with back-up sites).  Several protocol-related issues, however, may outweigh any
encouragement or management strategies.

Of the 78 subjects enrolled to date, at least 31 have pretermed.  Of those, at least 20 appear to have
pretermed for AEs typical of our drug (nausea, vomiting and/or dizziness).  Although three of these
subjects dropped on day one (when they would have, at most, been exposed to 75 mcg), many of these
subjects dropped in the 3-11 day time frame (the period of dose escalation resulting in 150 mcg BID at
day 4, 225 mcg BID at day 6 and 300 mcg BID at day 8).  Appropriately, the preterm rate has created
investigator and coordinator reluctance to enroll (or, more particularly, individual sites' experience with
preterms).  One option to address this concern would be to remove the top dose (300 mcg BID).  This
doesn't address all of the issues, in that we continue to be blinded and don't know how many of these
subjects that dropped out would have been randomized to 150 or 225 (assuming all events are drug
related).  We would, however, be responding appropriately to sites' concerns and may reduce their
appropriate concerns about enrolling subjects because subjects would no longer risk randomization to the
300 mcg dose.

In addition, as with the prior study (833), there continues to be significant investigator and coordinator
head-wind related to a study design that requires subjects to be off all analgesics  One option is to
remove this requirement and allow subjects to enter the trial on some level of concomitant analgesia

Please consider the ramifications of these and other possible protocol design changes in preparation for
this meeting.  Let's begin to discuss these possibilities for implementation in the next few weeks  The
optimal enrollment time extends until 9/22/00 (in terms of date of randomization)-after that, subjects
starting on drug would be in the study during the holiday season and enrollment is likely to decrease  Any
changes should be incorporated into a protocol amendment to be signed off the week of 7/17 so that they
can be distributed for IRB approval.  That timeline might allow a majority (and I mean 50%) of sites to be
able to implement the changes by mid August

CONFIDENTIAL
ABBT0082516

# PLs' CN

# ABT-594 Product Development Team Meeting
Tuesday, August 1, 2000
1:00pm - 2:30pm
AP30-3E-Cafeteria

Minutes

**Attendees:**

Mike Biarnesen, Bruce McCarthy, Chris Silber, Jim Ciullo, Michael Meyer, Jim Thomas, Julia Hui, Aldona Matalonis, Barbara Massa, Stan Roberts, Andrea Landsberg, Laura Robinson, Dave Stroz, Lloyd Dins, Marilyn Collicott, Teresita Curry, Dianna Ambrose, Michael Branton, Ji Zhou, Joe Machinist, Cathy Kacos.

**Agenda:**

  



## 2001 Plan Update:

Currently, we have $35 MM funded for 2001, which includes the osteoarthritis study. However, we will try to have the OA study moved to this year. This also includes Phase III studies on neuropathic pain, assuming a "Go" decision.

1

CONFIDENTIAL
ABBT0162183

**2001 Studies:**

Several Phase I, Phase II, Phase IIb and Phase III studies have been proposed for 2001. Among these are an fMRI study and Human Abuse Liability studies. The fMRI study will determine how the brain functions during pain and with pain relief on ABT-594. The fMRI study will be performed by a research group in England.

The Human Abuse Liability study will take 2 stages: 1. Pre-clinical, which will be an independent evaluation of the drug in animal models; and 2. Clinical, which will be performed by Donald Jasinski, MD at Johns Hopkins. There, Dr. Jasinski will enroll drug addicts to compare the addiction of ABT-594 to heroin and cocaine. All new, novel analgesics must go through this type of study.

**PARD Update (Lloyd Dias):**

 

The manufacturing site in Puerto Rico is the site of choice in manufacturing ABT-594 capsules. A placebo safety run has been completed. Other than a few very minor problems, the facility appears acceptable from a safety perspective. The highest drug loading will be 1500 mcg/gm.

Capital expenditures for AHPI will be minimal, however, in the long run, the facilities will need to be upgraded. Hypothetically, if AHPI had not passed standards, we do have back-

8/21/00.doc ... er Product Development Team Minutes 08/8/00                  2

CONFIDENTIAL
ABBT0162184

up sites that are available for manufacturing of ABT-594. However, this would cause a 6-month delay (for testing of new sites).

PARD is also working on a modified formulation to remove the microcrystalline cellulose and to lower the amount of stearic acid.

We currently have enough clinical supplies for the osteoarthritis study this year.

<u>SPD/Analytical Update (Jim Ciullo/Dave Stroz):</u>

DTP (test and spec document for 594 drug substance) issued 7/21/00.

In June, meetings were held to discuss the mesylate route versus Mitsunobu. Both routes include recrystallization and cannot be distinguished. Gopi Menon has indicated that we must look for "remnants" of the process changes as part of the Mitsunobu route assessment. Progress has been limited due to prioritization/resource constraints.

There are NDA lots (3 Chemsyn) under test; all tests to be completed and lots approved by the end of August.

Further chemical investigation for the presence of possible detectable manufacturing impurities of Mitsunobu reaction to be finished 10/31/00. Requires assistance from SPD to synthesize chemical intermediates/reaction mixtures. Also, Mike/Aldona to call cross-functional meeting(s) to determine what is necessary to assess need for Mitsunobu runs at this time. AI Regulatory should be involved in the decision process.

Class I solvents (4 chlorinated + benzene) for the 6 lots of 2-chloro-5-hydroxypyridine and 2 clinical lots of 594 (27-335-YS-00 and 52-015-KD-00), and results to be issued by 8/11. Preliminary readout is that no Class I solvents have been found in any of the 8 samples mentioned.

If we need to make full-scale runs, we will be behind schedule and may not have enough starting materials. However, if we only do partial-scale runs, we will be on schedule with existing starting materials. We will actually plan for 3 full-scale runs for 2001 to determine if the budget can hold that. This will cost approximately $1MM, including head count.

8/25/00bih...er Product Development Team Notes-664150                    3

CONFIDENTIAL
ABBT0162185

**Development Plan (Mike Biarnesen):**

We will be sending out sections to certain individuals for their input to the Development Plan. The projected date of completion for the Development Plan is the end of August, 2000. A meeting will need to take place to determine bridging studies in Japan.

**Other Updates:**

Marilyn Collicott provided an update on the M99-114 (Neuropathic Pain) study. Currently we have 99 subjects randomized with an approximate 50% screen failure rate. Our goal of enrollment is 320 subjects. There has been much concern with the drop out rate. Therefore, we have sent out surveys to each site to determine "who" and "why" subjects are dropping out.

Julia Hui provided an update on the rat carcinogenicity study. We are close to maximum drop out (21 rats). After the study has ended, it will take the pathologist approximately 6 months for evaluations and the report will be ready after that. The FDA has accepted our proposal for managing the drop-out rate. Julia also mentioned that the antigenicity studies will be required for Japan.

Andrea Landsberg updated the name selection for ABT-594. There were several names approved by the Trademark committee. Among these are Numira, Nufora, and Amarquil [check spelling]. Our goal is to have 10 names to bring to market research.

Lloyd Dias mentioned that we will need to start thinking about capsule color. A separate meeting will be scheduled.

Mike Meyer is still looking into back-up compounds for ABT-594. Compound 312046 is similar, along with a few other compounds.

Mike Biarnesen mentioned that, in the future, we may combine the Product Development Team meetings with the Clinical Trial Team meetings to form one monthly meeting.

A separate meeting will be scheduled to discuss the registration requirements for Japan with Nigel Livesey, Laura Robinson, Carol Meyer, Bruce McCarthy, Mike Biarnesen, and Cary Buschen-Schmidt.

CONFIDENTIAL
ABBT0162186

# PLs' CW

Randomized, Double-Blind, Placebo Controlled Evaluation of the Safety and
Efficacy of ABT 594 in Subjects with Painful Diabetic Polyneuropthy

The 594/M99-114 Study
Centralized Patient Recruitment Program

Abbott Laboratories

Prepared by Patient Quest

September 26, 2000

Highly Confidential

Patient Quest thanks you for the opportunity to provide this recommendation for patient recruitment for the 594/ M99-114 Study, a clinical trial being conducted by Abbott Laboratories.

**The Patient Quest Approach**

Patient Quest's recruitment campaign strategy is based on using a coordinated, centralized and aggressive approach to accelerating recruitment. Our full recruitment program requires the following components, each seamlessly integrated:

- Advertising development that includes an effective, well-defined advertising message for the target audience
- A comprehensive media plan that uses a systematic, centralized approach to media placement across sites
- A customized call center that will systematically prescreen callers who respond to the advertising and direct qualified referrals to the appropriate sites
- A well-designed communication plan that includes a tracking system to measure advertising effectiveness, call volume and the status of each interested potential volunteer that has qualified through pre-screening

A Patient Quest project manager, who facilitates streamlined communications between all involved persons, coordinates the program. This approach affords Abbott the benefits of multidisciplinary expertise with the convenience of 'one-stop' shopping.

This fully integrated approach offers the continual interaction between parties that is essential for an effective recruiting program. It allows the flexibility of scheduling that is so important to the sponsor and the sites. And, it allows for the nimbleness necessary to reach and motivate a moving target – a qualified consumer – and to bring them along from 'unaware' to enrolled.

2

Highly Confidential

ABBT240986

**TABLE OF CONTENTS**

| | |
|---|---|
| Background, Situation | 4 |
| The Target Audience | 4 |
| Media Recommendation | 6 |
| Recruiting Premise and Assumption | 9 |
| Call Center | 10 |
| Creative Development, Research and IRB Submission | 10 |
| Project Management and Coordination | 11 |
| Timeline | 13 |
| Budget | 14 |

3

ABBT240987

**Background, Situation**

The primary objective of the Abbott 594/M99-114 Study is to compare the safety and efficacy of 150mg, 225 mg, and 300 mg twice daily (BID) ABT – 594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy.

This is a Phase II, randomized, double blind, placebo-controlled, multicenter study to examine the safety and efficacy of ABT-594 in subjects who have painful diabetic polyneuropathy. A total of 320 subjects need to be randomized in an equal ratio to receive 1 of 4 treatments of ABT-594.

The original enrollment period was seven months; the study began in April 2000 and completion was anticipated by November 2000.  The enrollment period has been extended by four months and is now planned to close in March 2001. Approximately 160 patients were to have been randomized by 9/22 and an additional 160 are needed to complete the Phase II arm of the study. There are currently 28 sites recruiting, randomizing and treating patients.

Most sites are struggling with recruitment due to limited outreach of the sites to the target population. The study is having additional challenges with retaining participants in the study once randomized. A large percentage of the loss of these potential patients is caused by the severe nausea during the first week of treatment.  Although this may not effect Phase II of this study, Patient Quest suggests that we will gain additional knowledge from the current randomized patients in order to create an effective retention program for Phase III.

Due to the challenges and low enrollment rates, Abbott Laboratories would like to assist the sites in their recruiting by providing a centralized program to supplement the Principal Investigator's efforts.

Patient Quest is proposing an approach that starts with the most targeted method, direct mail, and is supplemented by newspaper advertising.

**The Target Audience**

*The Condition and Demographics*

Diabetic neuropathy is a nerve disorder caused by diabetes, which affects 50-60% of diabetic patients.  798,000 new cases of diabetes are diagnosed every year.

Symptoms of distal symmetric diabetic polyneuropathy include numbness and sometimes pain in hands, feet or legs that occurs equally on both sides of the body.  Other symptoms include

4

Highly Confidential

ABBT240988

tingling, burning "pins and needles", numbness, aching, itching, and other abnormal sensations. People with diabetes can develop nerve problems at any time and the risk increases the longer a person has diabetes.

The condition appears to be more common in smokers, people over 40 and those who have had problems controlling their blood glucose levels. There are two main categories of diabetic neuropathy: diffuse, which affects many parts of the body and focal, affecting a specific nerve and part of the body. Pain is associated with both types.

Prevalence of diabetes by age:
- 65 years or older: 6.3 million (18.4 percent of all people in the age group have diabetes)
- 20 years and older: 15.6 million (8.2 percent of all people in this age group have diabetes)
- Under age 20: 123,000 (.16 percent of all people in this age group have diabetes)

Prevalence of diabetes by sex:
- Male  7.5 million (8.2 percent of all men have diabetes)
- Female  8.1 million (8.2 percent of all women have diabetes)

Prevalence of diabetes by race-ethnicity in people 20 years or older:
- Non-Hispanic whites:  11.3 million (7.8 percent of all non-Hispanic whites have diabetes)

- Non Hispanic blacks:  2.3 million (10.8 percent of all non-Hispanic blacks have diabetes)  On average, they are 1.7 times as likely to have diabetes as non-Hispanic whites of similar age.

- Mexican Americans:  1.2 million (10.6 percent of all Mexican Americans have diabetes)  On average they are 1.9 times as likely to have diabetes as non-Hispanic whites of similar age.

- Other Hispanic Latino Americans:  On average, Hispanic/Latino Americans are almost twice as likely to have diabetes an non-Hispanic whites of similar age.

5

Highly Confidential

ABBT240989

**Media Recommendation**

*Direct Mail*

Using the sites/zip codes provided, a search was done of lists for persons with diabetes who live within a 30 mile radius of each investigative site.  This search turned up a total of 59,114 names. Names were only gathered for people within the 30-mile radius, as past experience has taught us that this is the approximate distance that consumers are willing to travel – particularly if they live in major metro areas.  (This distance is greater if they live in a more rural area, or by disease/condition: the greater the pain or threat, the more willing they are to travel longer distances.)

The direct mail piece will be sent via first class mail to households where one or more family members are diabetic.  The envelope will be attractively designed and will carry a headline that compels the recipient to open it and read the contents. The headline will be based on research with that target audience. The use of first class stamp and ink jet address will differentiate the mailing from mass-market "junk mail". The inner content will consist of pertinent trial information and a dedicated toll-free number. We will also include a bookmark, with basic study information and toll-free number that can serve as a handy reference or be passed onto a potentially eligible friend.

6

Highly Confidential

ABBT240990

The list is broken out by market as follows:

| Investigator | City / State | Zip Code | Count |
|---|---|---|---|
| Backonja | Madison, WI | 53792 | 665 |
| Baumel | Miami, FL | 33154 | 3,266 |
| Baumel | Boca Raton, FL | 33486 | 1,470 |
| Biton | Little Rock, AR | 72205 | 1,531 |
| **Bromberg | Salt Lake City, UT | 84132 | 1,227 |
| DeBold | Minneapolis, MN | 55416 | 2,300 |
| Drucker | Clearwater, FL | 33761 | 3,940 |
| Eisner | Ft Lauderdale, FL | 33321 | - |
| Forde | Syosset, NY | 11791 | 3,211 |
| Fried | Providence, RI | 2907 | 1,602 |
| Gibson | Little Rock, AR | 72205 | - |
| Gleeson | Albuquerque, NM | 87108 | 756 |
| Haag | Springfield, Ma | 1199 | 2,012 |
| Hewitt | Atlanta, GA | 30322 | 3,692 |
| Holmlund | Buffalo, NY | 14209 | 3,436 |
| Kalka | Altoona, PA | 16602 | 1,205 |
| Kalka | Duncansville, PA | 16635 | - |
| **Kipnes | San Antonio, TX | 78229 | 2,958 |
| Kirby | Peoria, AZ | 85381 | 3,030 |
| Kluge | Fort Meyers, FL | 33916 | 1,903 |
| McGill | St Louis, MO | 63110 | 3,285 |
| Rowbotham | San Fransisco, CA | 94115 | 851 |
| Shaibani | Houston, TX | 77030 | 4,389 |
| Simmons | Hershey, PA | 17033 | 2,172 |
| Singer | Pembroke Pines, FL | 33028 | - |
| Sivakumar | Phoenix, AZ | 85013 | - |
| Steel | Greenville, NC | 27834 | 1,254 |
| Storey | Albany, NY | 12205 | 1,046 |
| Suri | Dinuba, CA | 93618 | 2,063 |
| Vinik | Norfolk, VA | 23510 | 2,918 |
| Weinstein | Walnut Creek, CA | 94598 | 2,932 |
| Total | | | 59,114 |
| **These sites have indicated to sponsor that they do not wish to participate in a centralized program but have been included in the event of a change of mind | | | |
| Counts with zero have like geos with other sites so data with be divided among the duplicate sites | | | |

7

Highly Confidential

ABBT240991

<u>General Media Support</u>

Newspaper is the strongest general consumer media for delivering 40+ adults locally – our primary target group for Diabetics. Heavy users of newspapers in this age group index at 119 – meaning they are 19% more likely than the rest of the population to be every day readers of newspapers. Medium users (every other day, 3x/wk) index at 130. There are also newspapers available for minority populations, both Hispanic and African American. The disadvantage to newspaper is that while it has immediate delivery (same day response), it does not build awareness as quickly as broadcast media such as TV or radio.

Television is the second strongest media, with heavy users in the 40+ group indexing at 115 and medium users at 107. As with newspaper, there are select stations or programming to deliver minority populations. The disadvantage to television is that while is can very quickly build awareness, it requires longer lead time and greater frequency.

We would recommend launching with newspaper at a 3+ frequency – meaning the advertisement should run a minimum of three times before it could deliver effectively. A combination of general and minority publications would be used in markets with large minority populations. All newspaper should start within a week of the first direct mail drop, and then pulse out once a week thereafter. If we find after the first insertions that newspaper is not pulling adequate responses then we would consider switching over to television for the last week. However, we do not believe that this will be necessary.

Newspaper in these markets at a 3x Frequency, 30% Reach should generate around 5,000 calls and cost $300,000 - $350,000.

8

Highly Confidential

ABBT240992

**Recruiting Premise and Assumptions**

Patient Quest has developed an outcome model to project candidates' interest in, qualification for, and enrollment in this study. This model is based on past recruitment experience, as well as a number of subjective factors, including:

- Degree of advertising effectiveness relative to the volunteer's interest in participating in the study

- Percentage of volunteers' advertising awareness required to generate the anticipated number of calls

- Volunteer's receptivity to the program and ability to meet inclusion criteria

This outcome model includes a proforma *recruitment funnel* that allows us to estimate the volume of total contacts necessary to reach the enrollment goal of 160 outpatient volunteers with diabetic polyneuropathy. When developing the funnel we take into consideration inclusion/exclusion requirements, as well as general population incidence and disease awareness.

*The Funnel*

At various response rates, the mailing to 59,114 diabetics would generate the following call volumes. Based on past experience a ½ percent ratio is the most likely scenario. We would expect approximately 5,000 calls from the newspaper advertising based on a 1% response rate.

Anticipated Response

| @2% | @1% | @1/2% | |
|---|---|---|---|
| 6,180 | 3,090 | 1,545 | Total calls generated<br>*Hang up (25% lost)* |
| 6,885 | 3,442 | 1,721 | Balance<br>*Fall out after learning about trial (25% lost)* |
| 5,163 | 2,581 | 1,290 | Balance<br>*Fallout for failure to meet inclusion criteria (70% lost)* |
| 1,549 | 774 | 387 | Balance<br>*Half are no shows (50% lost)* |
| 774 | 387 | 193 | Show up for appointments<br>*Do not qualify based on PI (50% lost)* |
| 387 | 193 | 96 | Enrollees (40% of which will drop out in week 2) |

9

Highly Confidential

ABBT240993

**Call Center**

Importantly, once the advertising has begun to generate responses, Patient Quest will coordinate responder screening and referral of pre-qualified candidates. The Call Center will develop the operator script and tracking process at the same time that the message development is being done. This means that all potential consumer communication can be submitted to the IRBs as a package.

During the day all calls will be answered by a healthcare professional. An Interactive Voice Response (IVR) back up will be available in case of overflow. The IVR will also be in place after hours. The IVR will take the responders name and best time to return their call, so an outbound call can be made the following business day.

Patient Quest will also provide the sites with information about the recruiting effort and will stagger the intensity of the recruitment effort to meet their needs. This will prevent sites from being over-whelmed with candidates and will allow them to prepare for appointments. Responder and referral reports will be generated on a regular basis for Abbott and for the sites. The objective is to coordinate the Direct Mail/Print Advertising with the site's abilities to process patients and Abbott's need to enroll quickly.

Media Planning, including the release of the Direct Mail, is carefully coordinated to meet both site requirements and efficient call center staffing. The Call Center is notified when a mailing is posted, as is each site.

**Creative Development, Research and IRB Submission**

A series of 'concept messages' will be developed. These messages will explore the full spectrum of rational and emotional ideas that could motivate a consumer to consider participation. The concepts, in the form of mock-ads, will be exposed to the target audience in focus groups.

Once the groups are completed, the concept that generates the most interest and prompts the most willingness to consider participation will be translated to a Direct Mail piece and to a newspaper ad. The same tonality and language will be reflected in the Call Center script.

10

Highly Confidential

ABBT240994

**Project Management and Coordination**

At the core of Patient Quest's Recruitment Program is a dedicated team of individuals with the experience to execute complex and coordinated tasks. A senior project manager will oversee the day to day operations with the assistance of a project manager, a project coordinator and an administrative assistant. This style of management provides the flexibility required to effect changes in the program as needed.

A Patient Quest-designated team leader will coordinate all activities for the recruitment program and will serve as the primary contact for Abbott. In addition to telecommunications, the project manager will provide continual updates, by fax or e-mail, of all recruitment activities.

The following describe project management duties that are performed by the project manager or a supervised designee:

*Site Interactions*
The project manager will coordinate all site communications. Since the trial in already in progress, a letter of introduction will be sent to the sites along with a fast-fax questionnaire. The site responses facilitate communication and help us to efficiently tailor this recruitment program to their needs. Information we request includes:

- Verification of contact information with the site
- Is there a staff member dedicated to calling referrals
- Site hours—best times to call
- If fax machine is left on at night
- Geographic distances within which each site believes it can accommodate study volunteers
- Referral volume the site can handle (management of the flow and processing of referrals)

The project manager will also work closely with the sites for submission of advertising and direct mail pieces to the IRB. A database will be set up to track IRB approvals to ensure that no ad placement or mailing occurs without written documentation of IRB approval.

The project manager will also implement a referral tracking process. A Referral Status Worksheet will be created in cooperation with the call center and sent to the sites on a weekly basis. The worksheet will list the names or initials, date of birth, and gender of the qualified referral; ad type; date of prescreening; and date of the first scheduled appointment, if known. The worksheet provides space for the site to indicate that they have contacted, scheduled, or have seen the

11

Highly Confidential

ABBT240995

referral. Tracking is continued until the referral is enrolled into the study or disqualified by the site. There is also room to provide comments. All information, except volunteer names, will be shared with Abbott on a weekly basis. The record of progress for each referral lends valuable insight into site performance and gives early clues about potential areas of concern, particularly scheduling problems. Metrics can also be developed, including referral-to-enrollment rate and cost-per-referral. Patient Quest can customize the Referral Status Worksheets and all related reports to Abbott's specifications. The frequency of worksheet distribution and reports is at Abbott's discretion.

*Call Center Activities*
The project manager will provide Abbott with updated accounts of responses to advertising activities.

*Media Placement*
The project manager will be responsible for submitting all orders for media and for communicating any changes to the plan. Abbott will authorize all media expenditures prior to each media buy. A personalized letter will be sent to each study site to provide advance notification of the mailing or advertising being placed on behalf of that site. The appropriate Abbott team members will be copied on these notifications.

*Conference Calls*
A critical component of our project management services includes scheduled weekly conference calls throughout the recruitment period. These conference calls will include key Abbott and Patient Quest personnel, when appropriate. The purpose of the conference call is to keep all team members up-to-date on the status of the recruitment program, identify any problems, offer solutions, review call center reports and operations, and evaluate the advertising response rate. Conference call summary reports (service reports) will be written and faxed to all team members within 48 hours of each conference call.

*Client Services*
The project manager will update Abbott on all activities by phone, fax, or email. The following reports or communications will be sent to Abbott throughout the recruitment period: service reports after conference calls, IRB tracking updates, referral status reports, and metrics summaries.

12

Highly Confidential

ABBT240996

**Timeline**

This recruitment program will require an aggressive approach. Patient Quest will develop the advertising message through primary research with the target audience, and will work with IRB comments to ensure motivating and approvable advertising. Our goal is to start the Direct Mail effort in early November, which allows six weeks for creative development, research and expedited Western IRB approvals. Supplemental newspaper advertising will follow as quickly as possible, but should start after the presidential election (Nov. 7) and should avoid the week of Nov. 20 (Thanksgiving).

**September, 2000**
- Proposal for Recruitment Program submitted to Abbot

**October, 2000**
- Authorization to begin
- Final budget prepared and contract executed
- Call guide development/approval
- Creative Development for advertising
- Concept refinement/ develop prototype ads
- Conduct qualitative research (one-on-one interviews)
- Develop final direct mail and newspaper ad
- Finalize Media Placement
- Expedited IRB approval of newspaper ad, direct mail piece, and Call Guide for Western IRB sites
- Call guide programming
- Call guide testing
- Telecommunications training
- WIRB approved materials to Private IRBs

**November, 2000**
- Direct mail produced and mailed
- Newspaper advertising begins
- Weekly media reports issued
- Tracking of status of qualified referrals with each site begins

**December, 2000**
- On going patient recruitment, tracking, and enrollment

**January, 2001 - March, 2001**
- On going patient recruitment, tracking, and enrollment

13

Highly Confidential

ABBT240997

**Budget**

| | |
|---|---:|
| 1. Creative & Media | $ 456,000 |
| 2. Project Management and Coordination | $ 66,250 |
|    Direct Mail Campaign Operational Costs | $ 48,980 |
| 3. Miscellaneous Expenses | |
|      (FedEx, travel to CT, mess. etc.) | $ 3,000 |
| 4. Call Center Costs | $ 95,970 |
| Total Program | $ 670,200 |

<u>1. Assumptions & Detail -- Creative, Research & Media Costs</u>

| | |
|---|---:|
| Strategic Planning & Program Development | $ 7,500 |
| Concept Message Development | $35,000 |
| Research Out-of-Pockets: Two focus groups in Ft. Lee, NJ | |
|    With Diabetics | $20,000* |
| Final Production, Mechanicals/Photography | |
|    Direct Mail Piece | $15,000* |
|    Newspaper Advertisement (Qtr Page, B&W) | $15,000* |
| Media Planning & Negotiation | |
|    10 Hrs/Market, 26 Markets | $32,500 |
| Media Implementation, 5 months @ $5,000 | $25,000 |
| Newspaper Ad Materials | $ 3,500* |
| Media Financial -- Tracking, checking & billing @ $500 | $ 2,500 |
| Media Space | $300,000** |
| Total: | $456,000 |

*Research and Production costs will bill out-of-pocket costs as actual with no mark-up. Estimates are ± 10%.
**Media will bill at Net + 5.4%, (Gross - 9.6%). The 5.4% covers all buying fees.
**Media buy for only markets with low list volume -- approximately $100,000

<u>2. Assumptions & Detail -- Project Management and Coordination</u>

| | |
|---|---:|
| Total Start up Costs | $ 16,250 |
| Total Management Fee - | $ 50,000 |
| Total Project Costs | $ 66,250 |

<u>Start-up costs</u>                                   $ 16,250

- Site communication and data collection: includes letter of introduction and fast-fax questionnaire
- programming data management systems with site specific information, including referral tracking database, IRB approval database, and site communication database

<u>Management</u>                                       $ 50,000
(Assumes 5 month recruitment period)

- Managing direct mail campaign, including list procurement
- Oversee production and mailing
- Manage and track IRB approvals
- Referral tracking
- Project coordination
- Administrative duties
- Conference calls
- Updates on IRB approval tracking
- Referral tracking and status reports

<u>Estimated Operational Costs for Direct Mail Campaign</u>       ·     $ 48,980

14

Highly Confidential

ABBT240998

Operational costs are to be billed on a monthly basis as incurred with no mark-up.
Postage, mailing list and start up costs must be pre-paid before mailing

| | |
|---|---|
| Estimated Printing direct mail pieces 59,000 | $ 8,850 |
| Estimated Mailing direct mail pieces 59,000 | $ 2,955 |
| List purchase 59,000 names | $13,050 |
| 1st class postage 39,000 @ $0.33 | $19,470 |
| Affix stamps 59,000 | $ 2,655 |
| Phone, fed Ex, fax $400/month for 5 months | $ 2,000 |

3.  Assumptions & Detail on Call Center Costs:

| | |
|---|---|
| Total Start up Costs | $ 8,620 |
| Total Operational Costs | $82,250 |
| *Total Fulfillment (Optional) $5,100-$5,275* | *$5,100* |
| Estimated Total Project Costs | $95,970 |

- Since it is difficult to forecast actual call volume, shared healthcare professionals will be used to answer inbound calls for the Abbott Study.
- For purposes of this proposal a 3% return on a mailing of 181,368 supported by advertising is estimated, 5,000-6,000 calls over three months.
- The support of the studies is to begin June 2000, continuing over 3 months.
- Advertising, direct mail efforts will produce enough qualified leads for the sites to complete the enrollment within the designated period.
- The study will be conducted at approximately 21 investigative Sites
- Patient Quest will refer patients to the site closest to them geographically
- Patient Quest will establish 2 toll free numbers; one for potential participants, the other as a toll free fax line
- Patient Quest will deliver all data on the central screening effort in an agreed to format and maintain the database of callers for future use by Abbott.
- 100% of the after hours callers will go to a Voice Mail for a return call the next business day.

Call Center Role:
- Acquisition and reservation of the toll free numbers
- Design the live call guide with branch logic paths
- Creation of a database and transcription of participant responses
- Development of Standard Operating Procedures
- Creation of database of the investigative sites
- Daily review of the inbound and outbound telemarketing results
- Deliver database to Abbott in designated format at project completion
- Provide inclusion/exclusion questions to qualify for the study.
- If qualify refer to a study and capture information
- If caller does not qualify to ensure confidentiality and support
- Enhance the quality of the consumer interface
- Implement innovative techniques for building consumer trust
- Identify effective and cost-efficient mechanisms to put goals into practice
Selected types of calls, media inquiries or escalated complaint calls, will be transferred to Abbott core internal team.

Start up Costs
Project Design Management: 30 hours @ $85 per hour                         $2,550
The Patient Quest Call Center – Project Manager will manage every aspect of launching the telemarketing program with the call center and act as a point of contact for Abbott on call center related issues.
- Conduct all training sessions

15

ABBT240999

- Quality assurance checks on all systems, call guides, reports, and
- Design the monitoring program
- Team Strategy and Tactics meetings and conference calls
- Data input on protocol and sites
- Design of inbound call guide
- Sponsor database integration planning
- Creation of outbound call guides
- Modifications to call guide after Abbott and IRB review
- Database development
- Report design
- Training design

Programming: 30 hours x $95 per hour _____ $2,850
- Program Automatic Call Distributor for call allocation
- Program database fields and criteria questions
- Program logic sequence
- Program call guide
- Program data files to generate data transfer to site
- Program report formats
- Establish loop to database
- Establish after hours voice mail and transcription
-    Input all information about investigative sites

Communicator Training: _____ $2,720
Design and Implementation
        6 Nurse Communicators x $40 x 8 hours = $1,920
        1 Supervisor x $50 x 8 hours = $ 400
        1 Project Manager x $50 x 8 hours = $400

Clerical Support _____ $ 500
- Clerical work related to establishing the training program and manuals
- Faxing and copying time
- Any other special customer service provided on behalf of the client

Total Start Up Costs                                   $ 8,620


Operational Costs
Project duration will be 5 months


Estimate Shared Healthcare Operators – Inbound Service _____ $65,000
Calls are estimated to last an average of 8 minutes including any wrap up time spent in the call
guide.  Calls are billed at $1.50 per minute for Nurse Communicators.  This includes Telecom,
call floor supervision and mpr charges.
Estimate between 5,000 and 6,000 calls over a 5 month time period x 8 minutes x  $1.50/min.
5,000 calls x $1.50 x 8 minutes = $60,000
6,000 calls x $1.50 x 8 minutes = $72,000

Monthly minimum labor fee for the Nurse hours of shared coverage = $8,000/month.
When call volume fees exceed the monthly minimum, total-calling minutes in the shared
environment will be billed at the $1.50 per minute fee.


16

Highly Confidential

ABBT241000

| | |
|---|---|
| Project Management: 20 hours/month x 5 months x $85/hour | $8,500 |

- Review of media and call guide effectiveness
- Strategy sessions on telemarketing activity
- Participation in client meetings and discussions on site follow up performance
- Oversight of daily and monthly reports
- Oversight of monitoring
- Weekly review of project results and telemarketing productivity

| | |
|---|---|
| Clerical Support: $100 each month X 5 months | $  500 |

- Clerical work related to data transfer of screening sheets
- Faxing and copying time
- Any other special customer service provided on behalf of the client

| | |
|---|---|
| Database & Fulfillment Mgmt: $1,500 each month X 5 months | $ 7,500 |

- Addition and deletion of sites
- Modifications to the call guide
- Daily reports
- Links to fulfillment processing
- Arrange coordination of inventory
- Coordinate printing and quality control processes
- Institute delivery parameters and most efficient delivery process
- Final project summary

| | |
|---|---|
| Estimate Welcome Letter | $  500 |

Estimate mailing 500 pieces to follow up on phone contact to qualifying participants:
Custom letter plus up to 3 inserts placed into an envelope @ $0.65 -
$1.00 each + $0.55 postage (pass through cost)
500 x $0.65 = $325
500 x $1.00 = $500

Postage will be billed at pass through cost
500 x $0.55 = $275

| | |
|---|---|
| Facsimiles: Estimate 500 faxes x $.50 per fax | $  250 |

- Daily schedules, patient screening forms, patient tracking forms

| | |
|---|---|
| Operational Costs | $92,250 |

17

ABBT241001

Randomized, Double-Blind, Placebo Controlled Evaluation of the Safety and
Efficacy of ABT 594 in Subjects with Painful Diabetic Polyneuropthy

The 594/M99-114 Study
Centralized Patient Recruitment Program

Abbott Laboratories

Prepared by Patient Quest

September 26, 2000

1

Highly Confidential

ABBT240985

Patient Quest thanks you for the opportunity to provide this recommendation for patient recruitment for the 594/ M99-114 Study, a clinical trial being conducted by Abbott Laboratories.

### The Patient Quest Approach

Patient Quest's recruitment campaign strategy is based on using a coordinated, centralized and aggressive approach to accelerating recruitment. Our full recruitment program requires the following components, each seamlessly integrated:

- Advertising development that includes an effective, well-defined advertising message for the target audience
- A comprehensive media plan that uses a systematic, centralized approach to media placement across sites
- A customized call center that will systematically prescreen callers who respond to the advertising and direct qualified referrals to the appropriate sites
- A well-designed communication plan that includes a tracking system to measure advertising effectiveness, call volume and the status of each interested potential volunteer that has qualified through pre-screening

A Patient Quest project manager, who facilitates streamlined communications between all involved persons, coordinates the program. This approach affords Abbott the benefits of multidisciplinary expertise with the convenience of 'one-stop' shopping.

This fully integrated approach offers the continual interaction between parties that is essential for an effective recruiting program. It allows the flexibility of scheduling that is so important to the sponsor and the sites. And, it allows for the nimbleness necessary to reach and motivate a moving target – a qualified consumer – and to bring them along from 'unaware' to enrolled.

2

Highly Confidential

TABLE OF CONTENTS

| | |
|---|---|
| Background, Situation | 4 |
| The Target Audience | 4 |
| Media Recommendation | 6 |
| Recruiting Premise and Assumption | 9 |
| Call Center | 10 |
| Creative Development, Research and IRB Submission | 10 |
| Project Management and Coordination | 11 |
| Timeline | 13 |
| Budget | 14 |

3

Highly Confidential

ABBT240987

**Background, Situation**

The primary objective of the Abbott 594/M99-114 Study is to compare the safety and efficacy of 150mg, 225 mg, and 300 mg twice daily (BID) ABT – 594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy.

This is a Phase II, randomized, double blind, placebo-controlled, multicenter study to examine the safety and efficacy of ABT-594 in subjects who have painful diabetic polyneuropathy. A total of 320 subjects need to be randomized in an equal ratio to receive 1 of 4 treatments of ABT-594.

The original enrollment period was seven months; the study began in April 2000 and completion was anticipated by November 2000.  The enrollment period has been extended by four months and is now planned to close in March 2001. Approximately 160 patients were to have been randomized by 9/22 and an additional 160 are needed to complete the Phase II arm of the study. There are currently 28 sites recruiting, randomizing and treating patients.

Most sites are struggling with recruitment due to limited outreach of the sites to the target population. The study is having additional challenges with retaining participants in the study once randomized. A large percentage of the loss of these potential patients is caused by the severe nausea during the first week of treatment.  Although this may not effect Phase II of this study, Patient Quest suggests that we will gain additional knowledge from the current randomized patients in order to create an effective retention program for Phase III.

Due to the challenges and low enrollment rates, Abbott Laboratories would like to assist the sites in their recruiting by providing a centralized program to supplement the Principal Investigator's efforts.

Patient Quest is proposing an approach that starts with the most targeted method, direct mail, and is supplemented by newspaper advertising.

**The Target Audience**

*The Condition and Demographics*

Diabetic neuropathy is a nerve disorder caused by diabetes, which affects 50-60% of diabetic patients.  798,000 new cases of diabetes are diagnosed every year.

Symptoms of distal symmetric diabetic polyneuropathy include numbness and sometimes pain in hands, feet or legs that occurs equally on both sides of the body.  Other symptoms include

4

Highly Confidential

ABBT240988

tingling, burning "pins and needles", numbness, aching, itching, and other abnormal sensations. People with diabetes can develop nerve problems at any time and the risk increases the longer a person has diabetes.

The condition appears to be more common in smokers, people over 40 and those who have had problems controlling their blood glucose levels.   There are two main categories of diabetic neuropathy: diffuse, which affects many parts of the body and focal, affecting a specific nerve and part of the body.   Pain is associated with both types.

Prevalence of diabetes by age:
- 65 years or older:  6.3 million  (18.4 percent of all people in the age group have diabetes)
- 20 years and older:  15.6 million  (8.2 percent of all people in this age group have diabetes)
- Under age 20:  123,000  (.16 percent of all people in this age group have diabetes)

Prevalence of diabetes by sex:
- Male  7.5 million (8.2 percent of all men have diabetes)
- Female  8.1 million (8.2 percent of all women have diabetes)

Prevalence of diabetes by race-ethnicity in people 20 years or older:
- Non-Hispanic whites:  11.3 million (7.8 percent of all non-Hispanic whites have diabetes)

- Non Hispanic blacks:  2.3 million (10.8 percent of all non-Hispanic blacks have diabetes)  On average, they are 1.7 times as likely to have diabetes as non-Hispanic whites of similar age.

- Mexican Americans:  1.2 million  (10.6 percent of all Mexican Americans have diabetes)  On average they are 1.9 times as likely to have diabetes as non-Hispanic whites of similar age.

- Other Hispanic Latino Americans:  On average, Hispanic/Latino Americans are almost twice as likely to have diabetes an non-Hispanic whites of similar age.

5

Highly Confidential

ABBT240989

**Media Recommendation**

*Direct Mail*

Using the sites/zip codes provided, a search was done of lists for persons with diabetes who live within a 30 mile radius of each investigative site. This search turned up a total of 59,114 names. Names were only gathered for people within the 30-mile radius, as past experience has taught us that this is the approximate distance that consumers are willing to travel – particularly if they live in major metro areas. (This distance is greater if they live in a more rural area, or by disease/condition: the greater the pain or threat, the more willing they are to travel longer distances.)

The direct mail piece will be sent via first class mail to households where one or more family members are diabetic. The envelope will be attractively designed and will carry a headline that compels the recipient to open it and read the contents. The headline will be based on research with that target audience. The use of first class stamp and ink jet address will differentiate the mailing from mass-market "junk mail". The inner content will consist of pertinent trial information and a dedicated toll-free number. We will also include a bookmark, with basic study information and toll-free number that can serve as a handy reference or be passed onto a potentially eligible friend.

6

ABBT240990

The list is broken out by market as follows:

| Investigator | City / State | Zip Code | Count |
|---|---|---|---|
| Backonja | Madison, WI | 53792 | 665 |
| Baumel | Miami, FL | 33154 | 3,266 |
| Baumel | Boca Raton, FL | 33486 | 1,470 |
| Biton | Little Rock, AR | 72205 | 1,531 |
| **Bromberg | Salt Lake City, UT | 84132 | 1,227 |
| DeBold | Minneapolis, MN | 55416 | 2,300 |
| Drucker | Clearwater, FL | 33761 | 3,940 |
| Eisner | Ft Lauderdale, FL | 33321 | - |
| Forde | Syosset, NY | 11791 | 3,211 |
| Fried | Providence, RI | 2907 | 1,602 |
| Gibson | Little Rock, AR | 72205 | - |
| Gleeson | Albuquerque, NM | 87108 | 756 |
| Haag | Springfield, Ma | 1199 | 2,012 |
| Hewitt | Atlanta, GA | 30322 | 3,692 |
| Holmlund | Buffalo, NY | 14209 | 3,436 |
| Kafka | Altoona, PA | 16602 | 1,205 |
| Kafka | Duncansville, PA | 16635 | |
| **Klpnes | San Antonio, TX | 78229 | 2,958 |
| Kirby | Peoria, AZ | 85381 | 3,030 |
| Kluge | Fort Meyers, FL | 33916 | 1,903 |
| McGill | St Louis, MO | 63110 | 3,285 |
| Rowbotham | San Francisco, CA | 94115 | 851 |
| Shaibani | Houston, TX | 77030 | 4,389 |
| Simmons | Hershey, PA | 17033 | 2,172 |
| Singer | Pembroke Pines, FL | 33028 | - |
| Slvakumar | Phoenix, AZ | 85013 | - |
| Steel | Greenville, NC | 27834 | 1,254 |
| Storey | Albany, NY | 12205 | 1,046 |
| Surl | Dinuba, CA | 93618 | 2,063 |
| Vinik | Norfolk, VA | 23510 | 2,918 |
| Weinstein | Walnut Creek, CA | 94598 | 2,932 |
| **Total** | | | 59,114 |
| **These sites have indicated to sponsor that they do not wish to participate in a centralized program but have been included in the event of a change of mind | | | |
| Counts with zero have like geos with other sites so data with be divided among the duplicate sites | | | |

7

Highly Confidential

ABBT240991

<u>General Media Support</u>

Newspaper is the strongest general consumer media for delivering 40+ adults locally – our primary target group for Diabetics. Heavy users of newspapers in this age group index at 119 – meaning they are 19% more likely than the rest of the population to be every day readers of newspapers. Medium users (every other day, 3x/wk) index at 130. There are also newspapers available for minority populations, both Hispanic and African American. The disadvantage to newspaper is that while it has immediate delivery (same day response), it does not build awareness as quickly as broadcast media such as TV or radio.

Television is the second strongest media, with heavy users in the 40+ group indexing at 115 and medium users at 107. As with newspaper, there are select stations or programming to deliver minority populations. The disadvantage to television is that while is can very quickly build awareness, it requires longer lead time and greater frequency.

We would recommend launching with newspaper at a 3+ frequency – meaning the advertisement should run a minimum of three times before it could deliver effectively. A combination of general and minority publications would be used in markets with large minority populations. All newspaper should start within a week of the first direct mail drop, and then pulse out once a week thereafter. If we find after the first insertions that newspaper is not pulling adequate responses then we would consider switching over to television for the last week. However, we do not believe that this will be necessary.

Newspaper in these markets at a 3x Frequency, 30% Reach should generate around 5,000 calls and cost $300,000 - $350,000.

8

Highly Confidential

ABBT240992

**Recruiting Premise and Assumptions**

Patient Quest has developed an outcome model to project candidates' interest in, qualification for, and enrollment in this study. This model is based on past recruitment experience, as well as a number of subjective factors, including:

- Degree of advertising effectiveness relative to the volunteer's interest in participating in the study

- Percentage of volunteers' advertising awareness required to generate the anticipated number of calls

- Volunteer's receptivity to the program and ability to meet inclusion criteria

This outcome model includes a proforma *recruitment funnel* that allows us to estimate the volume of total contacts necessary to reach the enrollment goal of 160 outpatient volunteers with diabetic polyneuropathy. When developing the funnel we take into consideration inclusion/exclusion requirements, as well as general population incidence and disease awareness.

*The Funnel*

At various response rates, the mailing to 59,114 diabetics would generate the following call volumes. Based on past experience a ½ percent ratio is the most likely scenario. We would expect approximately 5,000 calls from the newspaper advertising based on a 1% response rate.

<u>Anticipated Response</u>

| @2% | @1% | @1/2% | |
|---|---|---|---|
| 6,180 | 3,090 | 1,545 | Total calls generated<br>*Hang up (25% lost)* |
| 6,885 | 3,442 | 1,721 | Balance<br>*Fall out after learning about trial (25% lost)* |
| 5,163 | 2,581 | 1,290 | Balance<br>*Fallout for failure to meet inclusion criteria (70% lost)* |
| 1,549 | 774 | 387 | Balance<br>*Half are no shows (50% lost)* |
| 774 | 387 | 193 | Show up for appointments<br>*Do not qualify based on PI (50% lost)* |
| 387 | 193 | 96 | Enrollees (40% of which will drop out in week 2) |

9

ABBT240993

**Call Center**

Importantly, once the advertising has begun to generate responses, Patient Quest will coordinate responder screening and referral of pre-qualified candidates. The Call Center will develop the operator script and tracking process at the same time that the message development is being done. This means that all potential consumer communication can be submitted to the IRBs as a package.

During the day all calls will be answered by a healthcare professional. An Interactive Voice Response (IVR) back up will be available in case of overflow. The IVR will also be in place after hours. The IVR will take the responders name and best time to return their call, so an outbound call can be made the following business day.

Patient Quest will also provide the sites with information about the recruiting effort and will stagger the intensity of the recruitment effort to meet their needs. This will prevent sites from being over-whelmed with candidates and will allow them to prepare for appointments. Responder and referral reports will be generated on a regular basis for Abbott and for the sites. The objective is to coordinate the Direct Mail/Print Advertising with the site's abilities to process patients and Abbott's need to enroll quickly.

Media Planning, including the release of the Direct Mail, is carefully coordinated to meet both site requirements and efficient call center staffing. The Call Center is notified when a mailing is posted, as is each site.

**Creative Development, Research and IRB Submission**

A series of 'concept messages' will be developed. These messages will explore the full spectrum of rational and emotional ideas that could motivate a consumer to consider participation. The concepts, in the form of mock-ads, will be exposed to the target audience in focus groups.

Once the groups are completed, the concept that generates the most interest and prompts the most willingness to consider participation will be translated to a Direct Mail piece and to a newspaper ad. The same tonality and language will be reflected in the Call Center script.

10

Highly Confidential

ABBT240994

**Project Management and Coordination**

At the core of Patient Quest's Recruitment Program is a dedicated team of individuals with the experience to execute complex and coordinated tasks. A senior project manager will oversee the day to day operations with the assistance of a project manager, a project coordinator and an administrative assistant. This style of management provides the flexibility required to effect changes in the program as needed.

A Patient Quest-designated team leader will coordinate all activities for the recruitment program and will serve as the primary contact for Abbott. In addition to telecommunications, the project manager will provide continual updates, by fax or e-mail, of all recruitment activities.

The following describe project management duties that are performed by the project manager or a supervised designee:

*Site Interactions*

The project manager will coordinate all site communications. Since the trial is already in progress, a letter of introduction will be sent to the sites along with a fast-fax questionnaire. The site responses facilitate communication and help us to efficiently tailor this recruitment program to their needs. Information we request includes:

- Verification of contact information with the site
- Is there a staff member dedicated to calling referrals
- Site hours—best times to call
- If fax machine is left on at night
- Geographic distances within which each site believes it can accommodate study volunteers
- Referral volume the site can handle (management of the flow and processing of referrals)

The project manager will also work closely with the sites for submission of advertising and direct mail pieces to the IRB. A database will be set up to track IRB approvals to ensure that no ad placement or mailing occurs without written documentation of IRB approval.

The project manager will also implement a referral tracking process. A Referral Status Worksheet will be created in cooperation with the call center and sent to the sites on a weekly basis. The worksheet will list the names or initials, date of birth, and gender of the qualified referral; ad type; date of prescreening; and date of the first scheduled appointment, if known. The worksheet provides space for the site to indicate that they have contacted, scheduled, or have seen the

11

ABBT240995

referral. Tracking is continued until the referral is enrolled into the study or disqualified by the site. There is also room to provide comments. All information, except volunteer names, will be shared with Abbott on a weekly basis. The record of progress for each referral lends valuable insight into site performance and gives early clues about potential areas of concern, particularly scheduling problems. Metrics can also be developed, including referral-to-enrollment rate and cost-per-referral. Patient Quest can customize the Referral Status Worksheets and all related reports to Abbott's specifications. The frequency of worksheet distribution and reports is at Abbott's discretion.

### Call Center Activities

The project manager will provide Abbott with updated accounts of responses to advertising activities.

### Media Placement

The project manager will be responsible for submitting all orders for media and for communicating any changes to the plan. Abbott will authorize all media expenditures prior to each media buy. A personalized letter will be sent to each study site to provide advance notification of the mailing or advertising being placed on behalf of that site. The appropriate Abbott team members will be copied on these notifications.

### Conference Calls

A critical component of our project management services includes scheduled weekly conference calls throughout the recruitment period. These conference calls will include key Abbott and Patient Quest personnel, when appropriate. The purpose of the conference call is to keep all team members up-to-date on the status of the recruitment program, identify any problems, offer solutions, review call center reports and operations, and evaluate the advertising response rate. Conference call summary reports (service reports) will be written and faxed to all team members within 48 hours of each conference call.

### Client Services

The project manager will update Abbott on all activities by phone, fax, or email. The following reports or communications will be sent to Abbott throughout the recruitment period: service reports after conference calls, IRB tracking updates, referral status reports, and metrics summaries.

12

**Timeline**

This recruitment program will require an aggressive approach. Patient Quest will develop the advertising message through primary research with the target audience, and will work with IRB comments to ensure motivating and approvable advertising. Our goal is to start the Direct Mail effort in early November, which allows six weeks for creative development, research and expedited Western IRB approvals. Supplemental newspaper advertising will follow as quickly as possible, but should start after the presidential election (Nov. 7) and should avoid the week of Nov. 20 (Thanksgiving).

**September, 2000**
- Proposal for Recruitment Program submitted to Abbot

**October, 2000**
- Authorization to begin
- Final budget prepared and contract executed
- Call guide development/approval
- Creative Development for advertising
- Concept refinement/ develop prototype ads
- Conduct qualitative research (one-on-one interviews)
- Develop final direct mail and newspaper ad
- Finalize Media Placement
- Expedited IRB approval of newspaper ad, direct mail piece, and Call Guide for Western IRB sites
- Call guide programming
- Call guide testing
- Telecommunications training
- WIRB approved materials to Private IRBs

**November, 2000**
- Direct mail produced and mailed
- Newspaper advertising begins
- Weekly media reports issued
- Tracking of status of qualified referrals with each site begins

**December, 2000**
- On going patient recruitment, tracking, and enrollment

**January, 2001 - March, 2001**
- On going patient recruitment, tracking, and enrollment

13

Highly Confidential

ABBT240997

**Budget**

| | |
|---|---|
| 1. Creative & Media | $ 456,000 |
| 2. Project Management and Coordination | $ 66,250 |
|     Direct Mail Campaign Operational Costs | $ 48,980 |
| 3. Miscellaneous Expenses | |
|     (FedEx, travel to CT, mess. etc.) | $ 3,000 |
| 4. Call Center Costs | $ 95,970 |
| Total Program | $ 670,200 |

**1. Assumptions & Detail – Creative, Research & Media Costs**

| | |
|---|---|
| Strategic Planning & Program Development | $ 7,500 |
| Concept Message Development | $35,000 |
| Research Out-of-Pockets: Two focus groups in Ft. Lee, NJ | |
|     With Diabetics | $20,000* |
| Final Production, Mechanicals/Photography | |
|     Direct Mail Piece | $15,000* |
|     Newspaper Advertisement (Qtr Page, B&W) | $15,000* |
| Media Planning & Negotiation | |
|     10 Hrs/Market, 26 Markets | $32,500 |
| Media Implementation, 5 months @ $5,000 | $25,000 |
| Newspaper Ad Materials | $ 3,500* |
| Media Financial – Tracking, checking & billing @ $500 | $ 2,500 |
| Media Space | $300,000** |
| Total: | $456,000 |

*Research and Production costs will bill out-of-pocket costs as actual with no mark-up. Estimates are ± 10%.
**Media will bill at Net + 5.4%. (Gross - 9.6%). The 5.4% covers all buying fees.
**Media buy for only markets with low list volume -- approximately $100,000

**2. Assumptions & Detail – Project Management and Coordination**

| | |
|---|---|
| Total Start up Costs | $ 16,250 |
| Total Management Fee - | $ 50,000 |
| Total Project Costs | $ 66,250 |

**Start-up costs**                                     **$ 16,250**

- Site communication and data collection: includes letter of introduction and fast-fax questionnaire
- programming data management systems with site specific information, including referral tracking database, IRB approval database, and site communication database

**Management**                                           **$ 50,000**
(Assumes 5 month recruitment period)

- Managing direct mail campaign, including list procurement
- Oversee production and mailing
- Manage and track IRB approvals
- Referral tracking
- Project coordination
- Administrative duties
- Conference calls
- Updates on IRB approval tracking
- Referral tracking and status reports

**Estimated Operational Costs for Direct Mail Campaign**   `   **$ 48,980**

14

Highly Confidential                                                           ABBT240998

Operational costs are to be billed on a monthly basis as incurred with no mark-up.
Postage, mailing list and start up costs must be pre-paid before mailing

| | |
|---|---|
| Estimated Printing direct mail pieces 59,000 | $ 8,850 |
| Estimated Mailing direct mail pieces 59,000 | $ 2,955 |
| List purchase 59,000 names | $13,050 |
| 1st class postage 39,000 @ $0.33 | $19,470 |
| Affix stamps 59,000 | $ 2,655 |
| Phone, fed Ex, fax $400/month for 5 months | $ 2,000 |

3.  Assumptions & Detail on Call Center Costs:

| | |
|---|---|
| Total Start up Costs | $ 8,620 |
| Total Operational Costs | $82,250 |
| *Total Fulfillment (Optional) $5,100-$5,275* | *$5,100* |
| Estimated Total Project Costs | $95,970 |

- Since it is difficult to forecast actual call volume, shared healthcare professionals will be used to answer inbound calls for the Abbott Study.
- For purposes of this proposal a 3% return on a mailing of 181,368 supported by advertising is estimated, 5,000-6,000 calls over three months.
- The support of the studies is to begin June 2000, continuing over 3 months.
- Advertising, direct mail efforts will produce enough qualified leads for the sites to complete the enrollment within the designated period.
- The study will be conducted at approximately 21 Investigative Sites
- Patient Quest will refer patients to the site closest to them geographically
- Patient Quest will establish 2 toll free numbers; one for potential participants, the other as a toll free fax line
- Patient Quest will deliver all data on the central screening effort in an agreed to format and maintain the database of callers for future use by Abbott.
- 100% of the after hours callers will go to a Voice Mail for a return call the next business day.

Call Center Role:
- Acquisition and reservation of the toll free numbers
- Design the live call guide with branch logic paths
- Creation of a database and transcription of participant responses
- Development of Standard Operating Procedures
- Creation of database of the investigative sites
- Daily review of the inbound and outbound telemarketing results
- Deliver database to Abbott in designated format at project completion
- Provide inclusion/exclusion questions to qualify for the study.
- If qualify refer to a study and capture information
- If caller does not qualify to ensure confidentiality and support
- Enhance the quality of the consumer interface
- Implement innovative techniques for building consumer trust
- Identify effective and cost-efficient mechanisms to put goals into practice
Selected types of calls, media inquiries or escalated complaint calls, will be transferred to Abbott core internal team.

Start up Costs
Project Design Management: 30 hours @ $85 per hour                           $2,550
The Patient Quest Call Center – Project Manager will manage every aspect of launching the telemarketing program with the call center and act as a point of contact for Abbott on call center related issues.
- Conduct all training sessions

15

ABBT240999

- Quality assurance checks on all systems, call guides, reports, and
- Design the monitoring program
- Team Strategy and Tactics meetings and conference calls
- Data input on protocol and sites
- Design of inbound call guide
- Sponsor database integration planning
- Creation of outbound call guides
- Modifications to call guide after Abbott and IRB review
- Database development
- Report design
- Training design

Programming: 30 hours x $95 per hour                                    $2,850
- Program Automatic Call Distributor for call allocation
- Program database fields and criteria questions
- Program logic sequence
- Program call guide
- Program data files to generate data transfer to site
- Program report formats
- Establish loop to database
- Establish after hours voice mail and transcription
-    Input all information about investigative sites

Communicator Training:                                                 $2,720
Design and Implementation
         6 Nurse Communicators x $40 x 8 hours = $1,920
         1 Supervisor x $50 x 8 hours = $ 400
         1 Project Manager x $50 x 8 hours = $400

Clerical Support                                                       $  500
- Clerical work related to establishing the training program and manuals
- Faxing and copying time
- Any other special customer service provided on behalf of the client

Total Start Up Costs                                                   $ 8,620


Operational Costs
Project duration will be 5 months


Estimate Shared Healthcare Operators – Inbound Service                 $65,000
Calls are estimated to last an average of 8 minutes including any wrap up time spent in the call
guide.  Calls are billed at $1.50 per minute for Nurse Communicators.  This includes Telecom,
call floor supervision and mpr charges.
Estimate between 5,000 and 6,000 calls over a 5 month time period x 8 minutes x  $1.50/min.
5,000 calls x $1.50 x 8 minutes = $60,000
6,000 calls x $1.50 x 8 minutes = $72,000

Monthly minimum labor fee for the Nurse hours of shared coverage = $8,000/month.
When call volume fees exceed the monthly minimum, total-calling minutes in the shared
environment will be billed at the $1.50 per minute fee.


16

Highly Confidential

ABBT241000

Project Management: 20 hours/month x 5 months x $85/hour _____ $8,500
- Review of media and call guide effectiveness
- Strategy sessions on telemarketing activity
- Participation in client meetings and discussions on site follow up performance
- Oversight of daily and monthly reports
- Oversight of monitoring
- Weekly review of project results and telemarketing productivity

Clerical Support: $100 each month X 5 months _____ $  500
- Clerical work related to data transfer of screening sheets
- Faxing and copying time
- Any other special customer service provided on behalf of the client

Database & Fulfillment Mgmt: $1,500 each month X 5 months _____ $ 7,500
- Addition and deletion of sites
- Modifications to the call guide
- Daily reports
- Links to fulfillment processing
- Arrange coordination of inventory
- Coordinate printing and quality control processes
- Institute delivery parameters and most efficient delivery process
- Final project summary

Estimate Welcome Letter _____ $  500
Estimate mailing 500 pieces to follow up on phone contact to qualifying participants:
Custom letter plus up to 3 inserts placed into an envelope @ $0.65 -
$1.00 each + $0.55 postage (pass through cost)
        500 x $0.65 = $325
        500 x $1.00 = $500

Postage will be billed at pass through cost
        500 x $0.55 = $275

Facsimiles: Estimate 500 faxes x $.50 per fax _____ $  250
- Daily schedules, patient screening forms, patient tracking forms

Operational Costs _____ $82,250

17

Highly Confidential

ABBT241001

# PLs' DV

 Marilyn J
Collicott /LAKE/PPRD/ABBO
TT
12/06/2000 02:04 PM

To  Michael K Biamesen/LAKE/PPRD/ABBOTT
cc
bcc
Subject  Re: November Monthly Project Status Report, ABT-594

Well!!!!!!!!!!!!!!!! - OK. I just have a feeling the bottom is going to drop out of this thing in the next few weeks
and we'll be lucky to randomize 1-2/week. (Oh God - I'm turning into an Eeyore!!)
Michael K Biamesen

Michael K Biamesen                    12/06/2000 01:07 PM

To:    Marilyn J Collicott/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject: Re: November Monthly Project Status Report, ABT-594

How about 260 for the randomization goal?  We already have 251 !.!.!.
Marilyn J Collicott

 Marilyn J Collicott                    12/04/2000 02:13 PM

To:    Michael K Biamesen/LAKE/PPRD/ABBOTT
cc:
Subject: Re: November Monthly Project Status Report, ABT-594

Mike

Monthly Highlights:

        Reviewed proposals and timelines from 3 subject recruitment firms. Determined that hiring a
subject        recruitment firm  to increase enrollment for study M99-114 was not a viable option at this
time.

December Projections:

        254 subjects randomized for study M99-114.

Confidential



ABBT242373

PLs' EN



Bruce McCarthy
02/02/2001 02:33 PM

To: Elizabeth Kowaluk/LAKE/PPRD/ABBOTT@ABBOTT
cc: Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Michael K
Blamesen/LAKE/PPRD/ABBOTT@ABBOTT, Marleen H
Verlinden/LAKE/PPRD/ABBOTT@ABBOTT, James
Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Steve C
Kuemmerle/LAKE/PPRD/ABBOTT@ABBOTT, Keith F
Hendricks/LAKE/AI/ABBOTT@ABBOTT, Rosemarie K
Waleska/LAKE/PPD/ABBOTT@ABBOTT, John M
Leonard/LAKE/PPRD/ABBOTT@ABBOTT
Subject: DSG

Liz-

Per our preliminary discussions regarding the DSG process for ABT-594 Go/No Go, here is a preliminary list of core team members (see below). Please comment on the number of core team members, as you have a better perspective on how many is too many (understanding that additional project team members will be involved whenever necessary). In addition, please comment on whether the list is sufficiently comprehensive.

When we discuss scope and frame during our first meeting, we will want to discuss several issues that came up at today's Leiden meeting (though I think these are not necessarily new):

1.      Given the results of Phase IIb, what is the value of the currently identified back-ups (ie, go to back up, proceed with 594 + start back up, etc...we can steal these analyses from the SDG project 2 years ago!)?

2.      What additional work should be performed to understand time to onset issues (e.g., should additional work be performed in advance of the start of phase IIb, including perhaps the development of a parenteral formulation to better understand this issue) and what actions might we take based upon the results of this additional work?

3.      How does ABT-594 fit in with a comprehensive strategy to bring NNR's for pain to the market? What kind of investment should be made to achieve success for this strategy (e.g., how many back-ups should be brought forward, when, what properties should the compounds have, how many simultaneously to clinic, etc). This issue is (obviously) very large, however, my impression is that this larger strategy needs to be formulated in order to have a go/no-go discussion about ABT-594. The issue also begs for a comprehensive pain strategy at Abbott (I think this latter point is unlikely to be achieved by our analysis, but we could always try to develop one nonetheless).

After we have a final core team list, let me know how I can help to get the first meeting scheduled ASAP. As we discussed at the preliminary meeting, we look forward to your expertise in facilitating this process (DSG as powerful decision-making tool), but we (members of the discovery/development/commercial team and especially those of us in the venture) very much want to take a leadership position in driving the overall process.


Venture/Development
Marleen Verlinden
Chris Silber
Bruce McCarthy
Mike Blamesen

Discovery
Jim Sullivan
Mike Meyer


HIGHLY CONFIDENTIAL
ABBT0163875

Regulatory
Jim Steck/David Ross (Jim and David could back each other up)
Nigel Livesey

NPD
Laura Robinson/Rose Waleska (Laura and Rose could back each other up)

PARD
Howard Cheskin

PK
Walid Awni

Stats
David Morris/Jim Thomas

Thanks!
Bruce.

HIGHLY CONFIDENTIAL
ABBT0163876

# PLs' EP



Bruce
McCarthy /LAKE/PPRD/ABB
OTT

02/19/2001 08:56 AM

To    Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT,
Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT,
Michael K Biamesen/LAKE/PPRD/ABBOTT@ABBOTT,
James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Michael
D Meyer/LAKE/PPRD/ABBOTT@ABBOTT, Walid
Awni/LAKE/PPRD/ABBOTT@ABBOTT, Richard G
Granneman/LAKE/PPRD/ABBOTT@ABBOTT, Kennan C
Marsh/LAKE/PPRD/ABBOTT@ABBOTT, Marleen H
Verlinden/LAKE/PPRD/ABBOTT@ABBOTT, David D
Morris/LAKE/PPRD/ABBOTT@ABBOTT, Howard S
Cheskin/LAKE/PPRD/ABBOTT@ABBOTT

cc

bcc

Subject    Scientific Strategy for ABT-594/NNR Tolerability

Please note the Scientific Strategy for ABT-594/NNR Tolerability Meeting to take place tomorrow. This meeting is a follow-on to the Leiden review, in which a recommendation was heard for a comprehensive strategy to address tolerability issues related to NNRs for pain, including ABT-594 and follow-ons. The meeting is intended to initiate a process of planning and execution to improve tolerability via all available avenues, including (but not limited to): generation of more selective follow-on compounds, follow-on compounds with different pharmacokinetics, pharmaceutic and/or dosing manipulation of ABT-594, etc. Any strategies to improve the tolerability of NNRs for pain would be directed by a scientific basis for the tolerability concerns.

This first meeting is intended to brainstorm how we might approach this issue. We should begin to define issues, scope, vision, potential plans of action, etc. In the near future, we should clarify our strategy and document it. In addition, we'll need to develop a timeline for execution.

Please come prepared with your ideas on tolerability issues. I have attached an agenda.

See you tomorrow!
Bruce.

**W**
Tolerability21901.do-
-------------------------- Forwarded by Bruce McCarthy/LAKE/PPRD/ABBOTT on 02/19/2001 08:41 AM
-------------------------

## Calendar Entry

○ Appointment  ● Invitation    ○ Event    ○ Reminder    ○ Anniversary

Brief description:
Scientific Strategy for ABT-594/NNR Tolerability  -  Analgesia Venture Conf Room - w/Lunch

Date:                     Time:
02/20/2001                11:00 AM - 12:30 PM

Detailed description:

Invitations have been sent to:    Bruce McCarthy/LAKE/PPRD/ABBOTT, Christopher J
Silber/LAKE/PPRD/ABBOTT, Michael K Biamesen/LAKE/PPRD/ABBOTT, James
Sullivan/LAKE/PPRD/ABBOTT, Michael D Meyer/LAKE/PPRD/ABBOTT, Walid
Awni/LAKE/PPRD/ABBOTT, Richard G Granneman/LAKE/PPRD/ABBOTT, Kennan C

CONFIDENTIAL
ABBT0115991

Marsh/LAKE/PPRD/ABBOTT, Marleen H Verlinden/LAKE/PPRD/ABBOTT, David D
Morris/LAKE/PPRD/ABBOTT, Howard S Cheskin/LAKE/PPRD/ABBOTT

---

Chairperson:              Nancy M Palbicke/LAKE/PPRD/ABBOTT
This meeting repeats  starting on     {if the date occurs on a weekend the meeting }.

CONFIDENTIAL
ABBT0115992

# PLs' ER



Marleen H
Verlinden /LAKE/PPRD/ABB
OTT

02/27/2001 04:55 PM

To  Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT

cc  Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Michael
K Blamesen/LAKE/PPRD/ABBOTT@ABBOTT, James
Sullivan/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject  Re: ABT-594 partnering

thank you.  Is there any objection on having this option included int eh"pain strategy" SDG analysis we are doing with Keith's gorup?

MV
Christopher J Silber



Christopher J Silber
02/27/2001 02:43 PM

To:     Marleen H Verlinden/LAKE/PPRD/ABBOTT@ABBOTT
cc:     Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Michael K
        Blamesen/LAKE/PPRD/ABBOTT@ABBOTT, James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT
Subject: ABT-594 partnering

Marleen:

Today I met with John Leonard, Bob Weiland and Larry Lin regarding ABT-594 partnering.  At the end of last year we agreed on a strategy of exploring a potential partnership(ie, co-development) for ABT-594 with outside companies.   Guiding principles were that these discussions: (1) would be limited to ABT-594 and NOT include the NNR platform or follow-ons, (2) would NOT take place with companies with an ongoing Discovery effort in NNRs (eg, Lilly/Merck, Pharmacia).  As part of that strategy, we met with Purdue and shared our preclinical and clinical results (through Phase 2a).

Purdue has recently expressed an interest in licensing ABT-594 from us, based on the results of the ongoing Phase 2b experiment.  Currently, out-licensing 594 is not an option we're willing to entertain.

At this meeting it was agreed that we would continue to pursue a co-development partner (share the cost of overall development for 594).  Possible partners include Purdue, J & J (confidential data have been sent, meeting to be scheduled), and UCB (no data sent, meeting to be scheduled).

Larry will prepare a draft summary of the status of this activity, and circulate this for comments prior to distribution (which will include Jeff Leiden).

I will indicate to Bob and Larry to include you, Bruce  or Mike in these discussions moving forward

Chris

CONFIDENTIAL
ABBT0114639

# PLs' ES



Marilyn J
Collicott /LAKE/PPRD/ABBO
TT
02/27/2001 10:12 AM

To  stherriault@rsi-nc.com

cc

bcc

Subject  today's meeting

Hi Sheila

Attached are the handouts for todays meeting at 3:00 CST.

agenda.pub          Investigator tracking.xls          R-Team scheduling.xls          Subject-CRF Tracking.xls

Highly Confidential

ABBT238329

**M99-114 INVESTIGATOR LIST**

| Investigator Last Name | Inv. # | State | Coordinator | Phone # | Total Screened | Total Randomized as of 1/04-11/46 | Early Termine as of 03/05 | Completed Schedule as of 03/05 | CRFs In-House as of 3/2/05 |
|---|---|---|---|---|---|---|---|---|---|
| Baskonia | 14272 | WI | Christy Wheeler | (608) 263-0170 | 4 | 3 | | | 3 |
| Baumel (A) | 7379 | FL | Alexann Moreno | (305) 865-0063 | 26 | 15 | 9 | 6 | 12 |
| Baumel (B) | 7379 | FL | Janella Cresto | (561) 368-1123 | | | | | |
| Biton | 7396 | AR | Donna Horsfall | (501) 227-5061 | 16 | 7 | 3 | 6 | 5 |
| Bromberg | 15844 | UT | Donna Baum | (801) 585-5051 | 28 | 14 | 6 | 8 | 13 |
| DeBold | 15886 | MN | Diane Whipple | (952) 993-2739 | 12 | | 5 | 1 | 13 |
| Drucker | 15843 | FL | Lorjon Hotter | (727) 725-6131 | 7 | 6 | 5 | 1 | 6 |
| Eisner | 15890 | FL | Maggie Szymczak | (954) 720-1899 | 17 | 6 | 4 | 3 | 5 |
| Forde (t) | 15842 | NY | Michael Deletto | (516) 496-6506 | 3 | 2 | 2 | | 1 |
| Fried | 12999 | RI | Thomas Ricci | (401) 467-7760 | 15 | 9 | 4 | 1 | 8 |
| Gibson | 15841 | AR | Kathy Burke | (501) 227-7459 | 26 | 18 | 5 | 12 | 18 |
| Gleeson | 15840 | NM | Mona Chasmy | (505) 262-7650 | 9 | 7 | 3 | 4 | 7 |
| Haag | 13839 | MA | Celeste Silva | (413) 794-7252 | 6 | 6 | 4 | 2 | 6 |
| Hewitt | 14345 | GA | Ellen McKenzie | (404) 778-3176 | 12 | 5 | 3 | 2 | 5 |
| Holmlund | 15838 | NY | Marie Emerke | (716) 887-4783 | 11 | 5 | 3 | 2 | 5 |
| Kafka - A | 12497 | PA | Donna Cira | (814) 693-0300 | 16 | 7 | 4 | 3 | 7 |
| Kipnas | 15062 | TX | Lisa Uvac | (210) 615-5565 | 21 | 15 | 5 | 10 | 15 |
| Kirby | 9376 | AZ | Stephanie Marshall | (928) 815-9714 | 20 | 10 | 7 | 2 | 10 |
| Kloze (t) | 15435 | VA | Maureen Walsh | (941) 929-4421 | 24 | 10 | 6 | 4 | |
| McGill (t) | 15837 | MO | Katherine Anderson | (314) 362-1404 | 17 | 6 | 2 | 4 | 5 |
| Rowbotham | 14346 | CA | Jessica McCoy | (415) 885-7899 | 13 | 4 | 1 | 3 | 4 |
| Shaibani | 16034 | TX | George Manecken | (713) 795-0033 x26 | 48 | 18 | 8 | 8 | 18 |
| Simmons | 15836 | PA | Kathleen Hay | (717) 531-8694 | 9 | 6 | 4 | 1 | 5 |
| Singer | 16230 | FL | Mercy Navarra | (954) 433-5785 | 30 | 15 | 7 | 8 | 10 |
| Sikakvony | 15833 | AZ | Sandra Somera | (602) 267-6026 | 14 | 9 | 4 | 5 | 9 |
| Steil | 15903 | NC | Marisa Stock | (252) 752-4648 | 10 | 8 | 6 | 1 | 8 |
| Storey | 14349 | NY | Paula Levin | (518) 438-0922 press | 21 | 13 | 9 | 3 | |
| Suri | 15259 | CA | Kakip Thoua | (559) 565-1861 | 4 | 3 | 3 | | 3 |
| Verk | 15934 | VA | Patricia Bailey | (757) 446-5973 | 16 | 6 | 5 | 1 | 6 |
| Weinstein | 13053 | CA | Julie Vigil/Dieg | (925) 930-7247 | 44 | 19 | 13 | 6 | 19 |
|  |  |  |  |  | **565** | **269** | **132** | **110** | **234** |

Screen Failure Rate: 47%
Early Termination Rate: 49%
Completion Rate: 49%
Total Study Enrollment: 84%
CRFs In: 87%

All CRFs In

Highly Confidential

ABBT238330

Screen Tracking

Highly Confidential

ABBT238331

## M99-114 Early Terminations

| Investigator | Subject # | Age | Days on Study Drug | Reason for Termination | Comments |
|---|---|---|---|---|---|
| Backonja | 4467 | 37 | 1 | AE | urea nitrogen level high panic at 56 |
| Baumel | 4145 | 85 | 1 | AE | nausea, etc. |
| | 4146 | 76 | 10 | AE | dizziness, weakness, heart palpitations, headaches, blurred vision |
| | 4147 | 85 | 11 | AE | dizziness, weakness, sweating, blurred vision, heartburn, headache |
| | 4228 | 73 | uek | AE | hypoglycemic episode |
| | 4231 | 73 | 27 | AE | hallucinations |
| Biton | 4260 | 62 | | | |
| Bromberg | 4113 | 69 | 10 | AE | nausea, etc. |
| | 4115 | 45 | 5 | AE | nausea, etc. |
| | 4117 | 50 | 7 | AE | nausea, etc. |
| | 4118 | 49 | 10 | AE | dizziness, vomiting, nausea |
| | 4125 | 65 | 1 | AE | extreme nausea |
| DeBold | 4051 | 71 | 9 | AE | nausea, etc. |
| | 4053 | 52 | 49 | SAE | diabetic ketoacidosis |
| | 4055 | 75 | 15 | AE | int. nausea/vomit since 9/1, int.abd bloating & constipation, decr. urine stream since 8/26 |
| | 4057 | 72 | 16 | AE | intermitent nausea and vomiting |
| | 4058 | | 3 | AE | dizziness, lethargy, vivid dreams, insomnia, increased neuropathic pain |
| | 4060 | 57 | | | |
| Drucker | 4001 | 72 | 3.5 | AE | joint pain in lower extremities |
| | 4002 | 71 | 3 | SAE | palpitations |
| | 4003 | 76 | 0.5 | AE | blurry vision |
| | 4005 | 46 | | | |
| | 4006 | 72 | 1 | AE | nightmares and intense neuropathic pain after 1st dose, whole body numb, wobbly, weak after 2nd dose |
| Eisner | 4241 | 80 | 1 | AE | nausea, etc.(went to ER) |
| Forde | 4321 | 67 | 5 | AE | disturbing dreams/anxiety |
| Fried | 4083 | 66 | 14 | SAE | syncopal episode related to historical atrial fib (admitted to hospital 5/30) |
| | 4087 | 74 | 4 | AE | diarrhea, GI upset, fatigue, light-headedness (patient took every dose following a meal) |
| | 4089 | 61 | 6 | AE | dizziness |
| Gibson | 4354 | 73 | 1.5 | AE | nausea |
| | 4359 | 31 | 27 | AE | nausea and vomiting |
| | 4367 | 32 | 12 | AE | nausea and vomiting |
| Gleeson | 4164 | 51 | 1 | AE | dizziness, disorientation |
| | 4165 | 51 | | | |
| | 4167 | 70 | | | |
| Haag | 4337 | 43 | 5.5 | AE | dizziness ~2hrs post-dose x 10 episodes |
| | 4340 | 72 | 5 | AE | difficulty falling asleep, awakening more frequently |
| | 4341 | 85 | 36 | AE | mental status changes |
| Hewitt | 4311 | 52 | 6 | AE | nausea and vomiting |
| Holmlund | 4193 | 53 | 7 | AE/SAE | vomiting, fatigue/ broken pelvis |
| | 4195 | 50 | 7 | AE | nausea, vomiting |
| | 4197 | 62 | 4 | SAE | chest pain |
| Kafka | 4417 | 74 | 6 | AE | nausea, vomiting |
| | CMW | | 7 | AE | jaw pain, insomnia, increased BP, heart palpitations, tingling |
| | 4419 | 61 | 46 | AE | nausea and vomiting |
| Kipnes | 4065 | 64 | 3.5 | AE | nausea |
| | 4069 | 55 | 25 | AE | nausea |
| | 4070 | 48 | 10 | SAE | left arm pain |
| | 4072 | 70 | 7 | AE | nausea, etc. |
| | 4075 | 74 | 2 | AE | severe nausea, shakiness |
| Kirby | 4178 | 62 | 9 | AE | backache |
| | 4501 | 55 | 9 | AE | unsteady gait, nausea, indigestion |
| Klupe | 4131 | 70 | 8.5 | AE | nausea, etc. |
| | 4133 | 66 | 5.5 | SAE | high blood glucose and chest pain due to GI problems (hospitalized 6/6-6/10) |
| McGill | 4387 | 66 | 7 | AE | nightmares, insomnia, nausea |
| | 4390 | 59 | | | |
| Shaibani | 4450 | 58 | 30 | AE | stomach ache |
| | 4451 | 60 | 16 | SAE | chest pain, shoulder pain |
| | 4455 | 66 | 1 | AE | got sick after first day |
| | 4456 | 57 | 7 | AE | headaches, lightheadedness, depression, rectal bleeding, sleeplessness caused by stomach acid |

Highly Confidential

ABBT238332

## M99-114 Early Terminations

| | 4482 | 55 | 10 | AE | vomiting, stomach sickness, diarrhea, fluttering, moaning, crying, shaking, confusion |
|---|---|---|---|---|---|
| | 4483 | 65 | 6 | AE | depressing dreams, LOE |
| | 4493 | 61 | 13 | AE | nausea, diarrhea, vomiting, headache |
| Simmons | 4273 | 58 | 11 | AE | GI sx, cognitive dysfunction, unusual dreams, bad taste in mouth, headache, bodyache |
| | 4275 | 69 | 10 | AE | vomiting, nausea, headache, vivid dreams, diarrhea, chills |
| | 4276 | 56 | 19 | AE | nausea |
| | 4277 | 56 | 9 | AE | nausea, vivid dreams |
| Singer | 4401 | 53 | | AE | anginasecondary to coronary artery blockage |
| | 4402 | 67 | 12 | AE | dizziness, vomiting |
| | 4403 | 57 | 25 | AE | worsening insomnia |
| | 4406 | 66 | 6 | AE | vomiting |
| Sivakumar | 4036 | 59 | 3.5 | AE | nausea, etc. |
| | 4040 | 57 | 7 | AE | apprehensive, irritable, tinnitus, headache, burning eyes, diarrhea, vivid dreams |
| | 4041 | 51 | 1 | AE | nausea, vomiting, diarrhea |
| Steel | 4209 | 66 | 22 | AE | light-headed, dizzy |
| | 4210 | 73 | 9 | AE | vomiting |
| | 4215 | 60 | 10 | AE | severe nausea |
| | 4216 | 52 | | | |
| Storey | 4098 | 70 | 6.5 | AE | nausea, etc. |
| | 4100 | 56 | 3 | AE | nightmares |
| | 4102 | 69 | | | |
| Weinstein | 4020 | 73 | | | |
| | 4021 | 65 | 13 | AE | coughing, sore throat, cold sx (went to ER) |
| | 4024 | 63 | | | |
| | 4489 | 79 | 6 | AE | dizziness, nausea, diarrhea |

| | 82 | 63.2 | 10.3 | | |
|---|---|---|---|---|---|
| Bazinet | 4227 | 57 | unk | Other | withdrew consent due to elective surgery |
| | 4128 | 58 | 7 | Other | withdrew consent |
| Bromberg | 4128 | 65 | 9 | Other | subject randomized prior to reviewing baseline diary, diary comes too low, subject never dosed |
| DeBold | 4059 | 39 | 22 | LOE | |
| Fried | 4085 | 54 | 20 | LOE | |
| Gibson | 4255 | 64 | 35 | Other | took anti-inflammatory days for hand pain |
| | 4257 | 71 | 6 | Other | had heels injected for pain |
| Hewitt | 4305 | 60 | | Other | withdrew consent |
| Kirby | 4176 | 49 | | Other | wanted to start narcotics for pain control |
| | 4183 | 50 | | Other | history of alcoholism |
| Shaibani | 4450 | 65 | 6 | LOE | |
| Singer | 4404 | 50 | 17 | LOE | |
| | 4405 | 64 | 20 | Other | took naprosyn for knee pain |
| | 4410 | 55 | 21 | Other | moving out of state |
| Sivakumar | 4038 | 50 | 27 | Other | begins ambulatory meds |
| Steel | 4214 | 57 | 8 | LOE | |
| Weinstein | 4018 | 68 | | Other | withdrew consent |
| | 4026 | 70 | unk | LOE | lost to follow-up |
| | 4030 | 73 | 19 | LOE | |
| | 4032 | 72 | 14 | LOE | |
| | 13 | 59.2 | | | |
| TOTAL | 95 | | | | |

Highly Confidential

ABBT238333

PLs' EV

**GLOBAL
PHARMACEUTICAL
DISCOVERY**

**INTERNAL REVIEW
MARCH 2001**

Book #27
Michael Meyer
D-47W, AP9A-3

HIGHLY
CONFIDENTIAL

ABBT 0024132

| Project Leader: Michael Meyer<br>Chemistry: William Bunnelle<br>Biology: Carol Surowy<br>Commercial: Laura Robinson | **Neuronal Nicotinic Receptor Project:**<br>**ABT-594 Backup for Pain** |
|---|---|
| | DDC target date: 2Q01 |

## Objective

The primary objective of the Neuronal Nicotinic Receptor (NNR) project is to identify a structurally distinct follow-on to ABT-594 for use as a non-opioid, non-NSAID analgesic for the treatment of acute, chronic and neuropathic pain. The targeted compound should exhibit a comparable spectrum of analgesic activity to ABT-594 as assessed by existing preclinical models, and exhibit a minimum ten-fold, and ideally 30-fold improvement in therapeutic index with respect to emetic liability.

## Project Status Summary

During the past year, the project has continued to focus on a mechanism-based approach to the identification of compounds exhibiting retention of broad-spectrum analgesic activity associated with ABT-594, but with an improved therapeutic index relative to the key adverse events of emesis, nausea, and dizziness that have consistently been observed during the clinical evaluation of ABT-594. ABT-594 is currently completing a Phase IIb trial in diabetic neuropathy at doses up to four fold above the doses studied in the previous neuropathic pain trial, with results from that trial expected by May 2001. It will be critical to the continuation of the program to demonstrate enhanced clinical efficacy at these higher doses. Beyond this important milestone, the program is faced with two additional key issues: are efficacy and side effects governed by distinct and separable NNR subtypes, and can preclinical models accurately predict the improved therapeutic index required in an ABT-594 backup?

The preponderance of evidence continues to support the hypothesis that activation of α4 subunit-containing NNR subtypes is required for analgesic efficacy, and that activation of α3 subunit-containing NNRs is associated with emetic liability. Previously, detailed studies both within the project[1] and outside of Abbott[2] have provided convincing support for the role of central α4 subunits in the mediation antinociception in models of acute thermal pain. Additional work within the last six months has extended these studies to models of persistent inflammatory and neuropathic pain. Whereas these studies have begun to implicate the involvement of peripheral sites as well as central sites of action, these studies continue to support the importance of α4 subunit-containing NNRs from both the central and peripheral sites. Since the initiation of the NeuroSearch collaboration in January 2000, the project has screened all new and many historical compounds against human recombinant NNR subunit combinations. This data set has allowed further correlation of emetic liability to activation of the α3 NNR subunit.

The project team has relied on the ferret emesis model to predict emetic and nausea liability, and general models of balance, coordination, and CNS-related toxicities as indicators of improvement in therapeutic index that may or may not correlate to the adverse event of dizziness reported for ABT-594. Using established models of efficacy, and these models of side effect liability, the project team has identified two compounds—A-312046 and A-366833—that exhibit a significantly improved therapeutic index across these models. The in vivo profile of A-312046 suggests particular utility in the treatment of neuropathic pain, but this compound suffers from poor bioavailability in two of three species examined. Transdermal and prodrug approaches are currently being explored. A-366833 exhibits efficacy across all pain models tested to date, has excellent bioavailability, and a 20 to 30-fold improvement in therapeutic index vs. ABT-594. Both A-312046 and A-366833 exhibit significantly improved selectivity for α4-containing NNR subtypes vs. α3, and both validate the viability of the molecular approach to the identification of follow-on compounds to ABT-594.

Figure 1. Structures of Best Leads

A-312046          A-366833

HIGHLY
CONFIDENTIAL          ABBT 0024133

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

Neurological and Urological Diseases Research                    Discovery Project Review
1Q01                                                            NNRs – ABT-594 Backup
                                                                                      2

## Timelines



## SWOT Analysis

### Strengths (technical and commercial factors)

- Novel mechanism and broad-spectrum of analgesic activity observed in preclinical models offers differentiation from other analgesics.
- ABT-594 has established proof of principle for both nociceptive and neuropathic pain states.
- Abbott has established a leadership position in the preclinical and clinical evaluation of NNRs for the treatment of pain.
- Abbott has established a six-year research collaboration with NeuroSearch (Denmark) that has provided access to several novel structural classes and has made available the human recombinant NNR subtypes as a screening tool.
- Efficacy in both nociceptive and neuropathic pain would differentiate compound from current therapies.
- Novel mechanism provides potential for use as monotherapy or in combination with an opiold or other MOI product (opiold-sparing regimens).
- Potential to complement oncology franchise as analgesic therapy for cancer pain.
- PPD building GP relationships in pain management with Mobic, and has strong relationships with Neurologists (neuropathic pain and migraine) through Depakote.

### Weaknesses (technical and commercial factors)

- Although newer compounds emerging from the project demonstrate comparable efficacy to ABT-594 with a decreased side effect liability as assessed in preclinical models, the degree to which these improvements will be realized clinically is unknown.
- The factors that prevent rapid absorption of ABT-594 in humans and thus limit the usefulness of ABT-594 for the treatment of acute pain have not been determined, and thus not resolved by potential backup compounds.
- The clinically relevant side effect of dizziness has no identified preclinical correlate, and cannot be directly addressed in the preclinical characterization of potential backup compounds.
- The correlation between in vitro profile and in vivo efficacy and safety profile is limited.  Whereas lack of in vitro selectivity invariably translates into a poor therapeutic index, good selectivity does not guarantee an improved TI.

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6688Y-R1

HIGHLY
CONFIDENTIAL      ABBT 0024134

#### Opportunities (commercial and competitive factors)

- Analgesia represents a very large market with significant unmet need, yet no novel class of analgesic exhibiting a new mechanism of action has emerged in the last fifty years.
- Need exists for agents with efficacy superior to COX-2s without the side-effect and dependence liability of opioids for treatment of nociceptive pain; opportunity is primarily in the oral segment.
- For neuropathic pain, need exists for oral therapies with superior pain relief, increased responder rates, and lower side-effects than the gold standard tricyclic antidepressants (TCAs) and antiepileptic drugs (AEDs).

#### Threats (commercial and competitive factors)

- Increasing competition from major pharmaceutical companies (e.g., SIBIA/Lilly, Aventis/Targacept, Novartis, Pharmacia, Johnson and Johnson); risk that another NNR may be first to market.
- COX-2s have raised the hurdle for treatment of chronic mild-moderate pain (especially OA and RA), and will dominate this market.
- Superior efficacy will be important to penetrate "moderate-severe" pain market.
- Pregabalin (currently Ph III) likely to have a neuropathic pain claim, and has the potential to raise the bar regarding efficacy and/or AE profile (Note: ongoing Ph III trials have very recently been halted due to toxicology finding in mice).
- Potential for negative public perception regarding nicotinic mechanism; public education and CME will be critical to lay the foundation for a successful launch

### Market Overview

#### New or Target Specific Market Issues

Total worldwide sales of prescription analgesics in 2000 were approximately $12.9 billion. NSAIDs represent the largest sales share by class, followed by non-narcotics, narcotics, and adjuvant analgesics (AEDs and TCAs). U.S. prescription pain sales were $7.9 billion, an 18% growth over 1999, fueled by strong growth of Celebrex and Vioxx. In the US, COX-2s are replacing traditional prescription NSAIDs, and increasing the size of the Rx market due to switching from OTC products. Sales of the COX-2s grew from $1.5B in 1999 to $3.0B in 2000. The US neuropathic pain market is approximately $500MM, and is driven by continued growth of off-label Neurontin usage in neuropathic pain ($210MM in 1999 growing to $350MM in 2000, factored for use in pain).

Ex-US prescription pain sales were approximately $5.0 billion in 2000, with growth of 9% over 1999 sales. Ex-US uptake of the COX-2 inhibitors has been much slower, due to premium pricing vs. traditional NSAIDs, an average of one year launch delay vs. the US in major European markets, and no launch in Japan. However, EX-US sales of COX-2s has grown significantly, from $100MM in 1999 to $350MM in 2000. The ex-US neuropathic pain market is approximately $300MM. Neurontin sales are only a fraction of US sales (estimate only $60MM for usage in pain), with carbamazepine remaining the gold standard for neuropathic pain. Neurontin has not launched in Japan.

Growth of the neuropathic pain market will be driven by increasing prevalence of diabetes, and a growing elderly population will increase incidence of numerous disorders, including herpes zoster and stroke, which often lead to neuropathic pain. In addition, diagnosis is expected to increase as physicians and patients become better educated regarding neuropathic pain, and more effective and tolerable medications become available. The nociceptive pain market is also expected to grow due to increasing prevalence of OA and RA in an aging population and more aggressive usage of analgesics.

Significant unmet need remains in the treatment of both neuropathic and nociceptive pain (Figures 2 and 3). There are no highly efficacious treatments for neuropathic pain. A new agent that exhibited superior efficacy, even in the absence of an improved side effect profile, would constitute a therapeutic advancement. Although the nociceptive pain market is better served, only the opioids exhibit efficacy in the treatment of severe pain. An agent with the efficacy of an opioid with decreased side effect liability relative to an opioid would constitute a therapeutic advancement.

HIGHLY CONFIDENTIAL        ABBT 0024135

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

Neurological and Urological Diseases Research
1Q01

Discovery Project Review
NNRs – ABT-594 Backup
4

**Figure 2. Unmet Needs: Treatment of Neuropathic Pain**    **Figure 3. Unmet Needs: Treatment of Nociceptive Pain**

*Neuropathic Pain Treatments*



*Nociceptive Pain Treatments*



### Target Product Profile

Basis of Profile: Previous marketing research for ABT-594 PPCC, as well as follow-on qualitative and quantitative marketing research in analgesia.

| Clinical Attributes/Probability | Preclinical Correlates |
|---|---|
| • Efficacy in neuropathic pain superior to a more limited scope of the treatment of neuropathic pain (increase pain relief and/or increase responder rates)<br>• Efficacy in moderate to severe nociceptive pain | • Efficacy superior to gabapentin or pregabalin in Chung model of neuropathic pain<br>• Efficacy comparable to superior to NSAIDs in nociceptive pain models |
| • Non-scheduled<br>• Onset of action within 30-45 minutes | • Lack of drug reinforcing properties<br>• $T_{max}$ <30 min after oral administration in preclinical models |
| • No tolerance, dependence or abuse potential | • Retains efficacy upon repeated administration, does not produce self administration in rodents |
| • Favorable safety profile<br>• Frequency of dosing no greater than BID | • Therapeutic index 10 to 30 fold greater than ABT-594<br>• Predicted human clearance comparable to or better than ABT-594 |
| • No significant drug interactions | • Limited metabolism, clearance as parent drug |

### Development Challenges

The emerging clinical profile of ABT-594 has significantly limited the potential market from the preclinical promise of efficacy in all pain states to a more limited scope of the treatment of neuropathic pain. Slow absorption and slow onset of analgesic effect plus significant adverse events of emesis, nausea, and dizziness have precluded ABT-594 from the large and lucrative acute pain and pain associated with osteoarthritis markets. There is, however, significant unmet need for the treatment of neuropathic pain; the existing drugs are minimally efficacious and the side effect profile is poor. In order to fully exploit the potential of the NNR pharmacology platform for the treatment of pain, compounds with significantly greater tolerability are required. The issue of rapid onset may not be an issue per se, but may only be an issue with ABT-594 as a result of being unable to dose at a sufficient level to achieve therapeutic plasma concentrations at early time points prior to $t_{max}$. The regulatory pathway for an indication in the treatment of neuropathic pain is much less well established that for the treatment of pain associated with osteoarthritis, and this will remain a development challenge for both ABT-594 and additional follow-on compounds.

The development paradigm adopted for ABT-594 needs to be challenged as backup compounds are brought forth for development. The assumption that solution dosing would provide a rapid answer as to the viability of NNR pharmacology for the treatment of pain resulted in incorrect conclusions as to the tolerability of ABT-594, and consequently resulted in a slowing down rather than an acceleration of the development program. Although third molar extraction was a logical starting point to evaluate ABT-594, this is a model that is optimized for evaluation of NSAIDs and not necessarily the most appropriate model for the evaluation of a novel pharmacology.

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER

This page contains confidential material subject to a protective order and is not to be disseminated without leave of the Court.

HIGHLY
CONFIDENTIAL        ABBT 0024136

## Scientific Logic for Drug Discovery

### Background

Although preclinical data from nicotine, and more recently from epibatidine, have been in existence for many years supporting the potential analgesic activity of NNR agonists, no clinical results unequivocally supporting a role for this novel pharmacology in the treatment of pain have emerged. ABT-594 has changed that situation. Clinical efficacy in trials of molar extraction, osteoarthritis, and neuropathic pain achieved with ABT-594 has validated the NNR approach to the treatment of pain, and Abbott alone is in possession of this information. ABT-594, however, is an imperfect drug. Effects were only modest at the maximum dose of 75 µg B.I.D., and the full potential of this pharmacology will be more clearly revealed when the results of the ongoing clinical trial in painful diabetic neuropathy (at doses of 150, 225, and 300 µg B.I.D.) become available. Dose-limiting side effects of emesis, nausea and dizziness have made it difficult to reach what we believe should be therapeutically relevant plasma concentrations of ABT-594 required to achieve maximal efficacy. Hence, the challenge facing the project team is to maintain the broad-spectrum analgesic efficacy of ABT-594 across models of acute, persistent and neuropathic pain while decreasing side effect liability, particularly in models of emesis.

### Drug Target

Previously, the project team and outside investigators have provided strong evidence for the involvement of the α4 and β2 NNR subtypes in the mediation of nociception in models of acute thermal pain[1-4]. Both α4-/- and β2-/- knockout studies, as well as antisense studies have strongly implicated the α4β2 NNR subtype in the modulation of acute antinociception. More recently, the project team has begun investigation of the differences and similarities between NNR mechanisms in acute models vs. mechanisms in models of persistent inflammatory and neuropathic pain. These ongoing studies confirm the involvement of supraspinal sites and the activation of descending inhibitory pathways, but also now implicate additional peripheral sites of action. In particular, in the Chung neuropathic pain models, sites within the vicinity of the dorsal root ganglia (DRG) cell bodies have been implicated as an important peripheral site of action for NNRs. Preliminary results suggest the involvement of the α4β2 subtype at these sites as well. Access to human recombinant NNR clones through the NeuroSearch agreement has made it possible to further refine the relationship between activity at the α3β4 NNR subtype and emesis liability. These results continue to support a clear link between activity at this subtype and emetic liability (see Progress to Date).

### Genomic Profile

There is a growing body of evidence to suggest genetically mediated differences both in the perception of pain and the effects of analgesics in the treatment of pain[5,6]. Mogil (Univ. of Ill.) has reported studies on the genetic variability across inbred strains of mice both to pain perception and the effects of various analgesics in numerous pain models[7-10]. Flores (Univ. of Texas) has recently demonstrated significant variability of NNR-mediated antinociception across various mouse strains[11]. In several instances, human disease states have been linked to genetic abnormalities of NNR subunits. Mutations of the α4 subunit have been linked to autosomal dominant nocturnal frontal lobe epilepsy (ADFNLE)[12-14], and mutations of the α7 subunit have been linked to auditory gating deficits among schizophrenics and their immediate relatives[15,16].

### Uncertainties, Assumptions and Hurdles

- It has been assumed that the modest efficacy observed to date clinically with ABT-594 is a result of under-dosing, and this assumption is supported by an analysis of plasma levels achieved clinically relative to plasma levels required to produce efficacy in preclinical models. The ongoing Phase IIb trial in painful diabetic neuropathy will resolve this uncertainty.
- The degree to which preclinical models can predict adverse event liability associated with ABT-594 and resulting follow-on compounds is limited. Whereas the ferret emesis model is a well-established and quantitative model, nausea can be judged only qualitatively and no validated models of dizziness have been established. The project team has operated on the premise that measurable effects on balance, coordination and muscle strength will be a suitable surrogate marker for clinical dizziness, an assumption that may or may not be true.
- The project team's approach to the identification of compounds with improved therapeutic index is based on optimization of selectivity for the α4-containing NNR subtypes in vitro. Although not all compounds that exhibit selectivity for the α4-containing subtypes exhibit efficacy with decreased emetic liability, it is certainly true that failure to achieve selectivity invariably results in compounds exhibiting no significant improvement in therapeutic index relative to ABT-594. At present,

CONFIDENTIAL INFORMATION          HIGHLY CONFIDENTIAL          ABBT 0024137

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

there is no clear SAR pathway to compounds exhibiting complete specificity for the α4-containing NNR subtypes.  In addition, there may be theoretical limits to the degree to which efficacy and side effect can be separated.

- The "ideal profile" required of an NNR modulator for the treatment of pain remains uncertain.  The identification of compounds like A-366833 (see Properties of Lead Compounds) challenges the conventional wisdom that only compounds exhibiting full agonist activity (as measured by FLIPR assays) would be fully efficacious in pain models.

### Abbott Insights and Competencies

Abbott is currently an industry leader in the field of nicotinic receptor research.  Specifics of this competitive advantage include:

- Clinical proof of principle for the treatment of pain.
- Established collaboration with NeuroSearch, offering a significant expansion of the compound library and an opportunity to resume screening against human recombinant NNR subtypes.
- State-of-the-art behavioral models for assessing analgesic potential of preclinical leads.
- Large library of potent NNR agonists exhibiting potent analgesic activity.
- Collaborations and relationships with key opinion leaders in pain as well as NNR biology and chemistry.

## Key Factors for Success with Milestones

### Achieved
- Established screening facility in Norway; stable cell lines expressing functional α4β2, α3β4, α4β4, and α3β2 NNR subtypes; generating data on all new project compounds (3Q/00).
- Identified lead series, including novel series of fused diazabicycloheptanes, exhibiting a 20 to 100 fold better separation between α4β2 and α3β4 subtypes than that seen with ABT-594 (4Q/00).
- Further established the link between efficacy at the α4β2 subtype and analgesic effect (4Q/00).
- Extended initial finding relating to the importance of the α4β2 subtype in acute thermal pain to additional models of nociceptive and neuropathic pain (4Q/00).

### Not achieved
- Presentation of DDC backup candidate to ABT-594 (4Q/00).

### 0-6 months
- Complete safety evaluation of A-366833 for DDC presentation (2Q/01).
- Complete evaluation of efficacy and emetic liability upon oral administration of A-366833 (1Q0/01).
- Identify prodrug analog of A-312046 that produces a 3-5 fold improvement in oral bioavailability in the dog (2Q/01).

### 6-12 months
- Address the limitations of ABT-594 for the treatment of *acute* moderate to moderately severe pain (4Q/01).

## Criteria for Termination with Milestones

Termination of the cholinergic channel approach for the treatment of pain would be subject to the following:

### 0-12 months
- No improvement in efficacy at doses of 300 μg BID in diabetic neuropathy trial vs. initial 75 μg BID trial (2Q/01)
- Mechanism based tolerance is observed clinically following higher doses (2Q/00)
- Inability to identify compound with comparable T.I. to A-366833 meeting all safety requirements for DDC approval (4Q/01).

### 1+ year
- Physical dependence is observed clinically

HIGHLY CONFIDENTIAL    ABBT 0024138

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6669-R2

## Progress to Date

### Biological Advances

*Correlation of Analgesic Efficacy or Emesis to NNR Subtypes*

A strategy to use correlation to in vitro profile to identify NNR agonists that demonstrate analgesic activity with significantly reduced side effects has been pursued to identify a backup for ABT-594. The approach is based on our research, as well as that of others, which has revealed that activation of α4-containing, particularly α4β2, NNR subtypes play a significant role in the antinociceptive properties of nicotine and related compounds, whereas other subtypes, e.g., α3β4 NNRs, have been linked to some of the adverse (e.g. gastrointestinal and cardiovascular) side effects of NNR agonists. More recently, identification of novel compounds with greater NNR subtype selectivity within the project has provided significant support for this argument. We have found that compounds that show good agonist activity at α4β2, but poor or less activity at α3β4, show good analgesia together with reduced emesis and/or toxic side effects. To account for partial agonist activity and differences in oral bioavailability, Figure 4 correlates emesis threshold to $EC_{20}$ (concentration required to produce



**Figure 4. Correlation of Emetic Liability to In Vitro Profile**

20% of the maximal effect of nicotine) values in the α3β4 cell lines. Emesis is highly correlated to activation of the α3β4 subtype. On the other hand, compounds that show poor potency at α4β2 receptors, but good potency at α3β4, tend to show a greater trend toward toxic side effects or emesis and are significantly less effective or ineffective at producing antinociception or anti-allodynia in models of persistent or neuropathic pain. Certain highly α3β4-selective compounds (e.g. A-333060) lacking any significant activity at the α4-containing subtypes are in fact hyperalgesic. Importantly, these correlations traverse several different series of compounds developed within the project. As subtype selectivity is an important issue in the identification of potential drug candidates with NNR activity, the project is continuing to make efforts to refine and strengthen these findings as it moves forward in the pain area, as well as in other potential target areas.

*Cloning and Expression of NNRs and Identification of Compounds with NNR Subtype Selectivity*

The NeuroSearch collaboration has allowed the Project to use cell lines expressing several of the different human NNRs to screen compounds for activity and subtype selectivity using FLIPR technology, in a relatively high throughput format. Human cDNAs for α4, α3, β2 and β4 were cloned in Norway at NeuroSearch during the first half of last year. During the 3Q 2000 NeuroSearch developed stable human cell lines (in HEK 293) expressing α4β2, α3β4, α4β4 and α3β2. Over the last 6 – 8 months these cell lines have been used at NeuroSearch to successfully screen all new compounds synthesized for the pain program here at Abbott, within the Project, and at NeuroSearch. The result has been the identification of a number of novel subtype-selective agonists, including those in new series such as one of the Project's current leads compounds (discussed below). The screening effort has also allowed us to increase our understanding of the NNR subtype profile, including effects of selectivity, potency, and efficacy, which may contribute to antinociception or antiallodynia.

In-house cloning efforts have focused on ferret receptors for α4, α3, β2 and β4. Cloning of these cDNAs, which show good homology with the human receptors, is essentially complete. Stable cell lines expressing specific subtypes have been or are currently being developed and selected. As recent studies in the field continue to demonstrate increasing complexity to NNRs, use of recombinant receptors expressed in stable cell lines, transient expression of altered forms of the receptors, and studies using expression of the different subtypes in *Xenopus* oocytes (ongoing), will permit advances in our understanding of the distinct properties of these receptors. Initially these studies will provide: (i) greater insight into the correlation between subtype selectivity and effects observed in the ferret emesis model, and (ii) further understanding of the pharmacological and molecular properties of different NNR subtypes.

*Mechanistic Studies*

Both preclinical and clinical research indicate that the mechanisms underlying such pain states as acute, persistent or neuropathic pain can be quite different. Previous research in our project focused on the neuronal pathways and receptor subtypes that underlie NNR agonist-induced antinociception in a model of acute thermal pain. These studies demonstrated that NNR agonist-induced antinociception to acute thermal pain is mediated solely in the CNS and that antinociception to acute

CONFIDENTIAL INFORMATION

HIGHLY
CONFIDENTIAL          ABBT 0024139

Neurological and Urological Diseases Research
1Q01

Discovery Project Review
NNRs – ABT-594 Backup ·
8

thermal pain occurs supraspinally. Use of selective receptor antagonists and antisense technology demonstrated the importance of the $\alpha_4$ subunit in mediating NNR agonist-induced antinociception. .

More recently we have examined the mechanism(s) of action in other pain states, i.e. persistent and neuropathic pain, in order to allow us to compare and contrast the manner through which NNR agonists are able to induce antinociception, analgesia and anti-allodynia. Due to its selectivity for NNR receptors, A-85380 was used as a prototypical agonist in these studies.

In order to examine the site(s) of NNR-mediated analgesic action in persistent pain, the ability of the NNR receptor antagonist chlorisondamine, a quaternary amine that does not cross the blood brain barrier, to alter A-85380-induced analgesia in the formalin model was assessed following systemic and central administration of the antagonist, which would induce peripheral and central blockade of NNR receptors, respectively. Centrally administered chlorisondamine blocked the analgesia induced by A-85380, whereas peripherally administered chlorisondamine only partially reduced A-85380-mediated analgesia, thus indicating a central site of action of NNR agonists as the major site in reduction of persistent pain.

A similar set of studies was performed to determine whether the anti-allodynia induced by A-85380 in the spinal ligation model of neuropathic pain was mediated either in the CNS or the PNS. In contrast to the acute and persistent pain models, both systemically and centrally administered chlorisondamine completely blocked A-85380-induced anti-allodynia. These findings were confirmed with another quaternary antagonist, hexamethonium, and another NNR agonist, A-312046, thus ruling out the possibility of nonspecific effects. Moreover, chlorisondamine given systemically did not alter A-85380-mediated antinociception in an acute thermal pain model using neuropathic rats, strongly suggesting that the effect could not be accounted for by the antagonists crossing the blood-brain barrier

Figure 5. Effects of Central and Peripheral NNR Blockade in Models of Acute, Persistent and Neuropathic Pain

* p < 0.05 vs. A-85380/Saline Response

Legend:
- Saline/Saline
- A-85380/Saline
- A-85380 I.C.V. Chlorisondamine
- A-85380/I.P. Chlorisondamine

(Y-axis: Percent Decrease Pain Response, 0 to 120)
(X-axis: Acute Thermal Pain, Persistent Pain Pain Model, Neuropathic Pain)

through damage caused during the initial surgery to induce neuropathic pain. Thus both central and peripheral sites of action of NNR agonists appear to make major contributions to reducing neuropathic pain Results from these series of experiments are summarized in Figure 5.

Studies to identify the location of NNR receptors underlying the peripheral site of anti-allodynic action have focused on the primary receptive field of the neuropathic pain, the plantar surface of the rat paw, and on the other major peripheral site, the dorsal root ganglia (DRG). A-85380-induced anti-allodynia was observed on injection into the primary receptive field, but showed greater potency upon injection into the contralateral paw, strongly suggesting a systemic effect. In contrast, A-85380 infused directly onto the DRG induced a dose-dependent anti-allodynia at doses that were ineffective when given systemically. The anti-allodynic effects of NNR agonists at the level of the DRG were replicated using epibatidine as the agonist, indicating that this effect is general to NNR agonists. Furthermore, the finding that nonspecific neuronal inhibition induced by infusing lidocaine directly onto the DRG did not induce anti-allodynia supported the selectivity of NNR action. In order to identify the NNR receptor subtype(s) that are mediating the anti-allodynic action of A-85380 in the DRG, the ability of pretreatment of the DRG with the nicotinic antagonists DHβE, MLA, hexamethonium or mecamylamine to alter A-85380-induced anti-allodynia following DRG infusion has been assessed using at least one dose of each antagonist thus far. At 5 nmol, only DHβE blocked A-85380 induced anti-allodynia whereas mecamylamine, hexamethonium and MLA had no significant effect. These results argue for a role for the $\alpha_4\beta_2$ receptor subtype in mediating the peripheral action of A-85380 in reducing neuropathic pain. Further studies to confirm these novel findings are ongoing. The finding that a significant contribution to anti-allodynia/neuropathic pain by NNR agonists is made through a peripheral, as well as a central, site of action may suggest that good blood-brain barrier penetration need not be necessary for an NNR agonist to reduce neuropathic pain. A compound with this profile may offer an advantage by minimizing the potential of centrally mediated AEs such as dizziness, or possibly emesis.

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or further provision without proper written authorization from Abbott.

HIGHLY
CONFIDENTIAL          ABBT 0024140

## Properties of Lead Compounds

Two compounds have emerged. A-312046 and A-366833, exhibiting pronounced improvements in therapeutic index relative to ABT-594 with retention of broad-spectrum analgesic efficacy across models of acute, persistent and neuropathic pain, and validate the concept that improved therapeutic index can be achieved via an enhancement in in vitro selectivity. A-312046, however, suffers from poor oral bioavailability in dog and monkey, and may require either a transdermal delivery or prodrug approach. A-366833 exhibits a further improvement over A-312046 relative to therapeutic index, achieves excellent oral bioavailability across three species, but preliminary cardiovascular evaluation has revealed a potential effects on QT interval prolongation.

*In Vitro Profile:*

In radioligand binding assays for the high-affinity nicotine-binding site from rat brain homogenate (predominantly α4β2), A-312046 exhibited comparable affinity to ABT-594 (0.051 nM vs. 0.049 nM), while A-366833 exhibited significantly weaker affinity (3.12 nM). In CEREP screening assays, both compounds showed excellent selectivity for the nicotinic receptor.

Figure 6. Structures of Best Leads



A-312046          A-366833

In recombinant cell-based functional assays expressing the α4β2, α3β2, α3β4, and α4β4 NNR subunit combinations, A-312046 exhibited approximately 4-fold weaker activity at α4-containing subtypes and 26-fold weaker activity at the α3β4 subtype relative to ABT-594. Full, or nearly full agonist activity was retained across all subtypes. A-366833 exhibited a 100-300 fold weaker response (relative to ABT-594) at the α4-containing subtypes and maximal efficacy was less that 100%, but was nearly inactive in the α3β4 subtype, exhibiting approximately 15% of the maximal efficacy of nicotine (See Table 1, Figure 7).

Table 1. In Vitro Profile of Most Promising Leads.

| Compound | RLB* Ki, nM α4β2 (Rat Brain) | Functional Response (EC50, μM, % of Maximal Nicotine Response in parentheses) | | | | α4β2:α3β4 4 Sel. Ratio | α4β4:α3β4 Sel. Ratio |
|---|---|---|---|---|---|---|---|
| | | α4β2 (Clonal)+ | α3β2 (Clonal)+ | α3β4 (Clonal)+ | α4β4 (Clonal)+ | | |
| ABT-594 | 0.049 | 0.045 (127%) | 2.69 (111%) | 0.16 (134%) | 0.014 (100%) | 3.5 | 11 |
| A-312046 | 0.051 | 0.16 (95%) | 27.5 (60%) | 4.10 (119%) | 0.064 (92%) | 26 | 64 |
| A-366833 | 3.12 | 4.6 (53%) | N.D. | (16%)* | 4.7 (63%) | NC* | NC* |
| Epibatidine | 0.042 | 0.036 (139%) | 0.076 (129%) | 0.015 (97%) | 0.0065 (108%) | 0.4 | 2 |

\* RLB = radioligand binding
+ Data from side-by-side comparison using human cell lines (NeuroSearch, Norway)
* EC50 not reliably calculable (NC) for agonists with maximal response below 20%

Figure 7. In Vitro Dose-Response curves for functional response at NNR subtypes.



*In vivo Efficacy Profile:*

Both A-312046 and A-366833 exhibit approximately comparable efficacy to ABT-594 across models of nociceptive (persistent and acute), neuropathic and visceral pain. The differences in in vivo potency are commensurate with the differences in potency observed in vitro. The relative potency in models of nociceptive and neuropathic pain differ for A-312046 and A-366833, with A-

HIGHLY
CONFIDENTIAL

ABBT 0024141

312046 exhibiting its best potency and efficacy in the neuropathic pain model, whereas A-366833 is most potent and efficacious in the persistent nociceptive pain model (Formalin model). Both compounds exhibit the broad-spectrum profile of ABT-594 and morphine, whereas celecoxib (COX-2 inhibitor) and gabapentin show specificity for activity in models of inflammatory and neuropathic pain respectively. In the mouse abdominal constriction assay (ACA) model, a putative model of visceral pain, all three compounds exhibit full efficacy, with A-366833 being particularly potent in this model relative to its potency across the various rat models (Figure 10).

Table 2. In Vivo Efficacy Profile of Most Promising Leads.

| Compound | Persistent Nociceptive Pain (Formalin Model) | Neuropathic Pain (Chung Model) | Acute Nociceptive Pain (Hot Box) | Writhing Pain (Mouse ACA) |
|---|---|---|---|---|
| ABT-594 | +++ (0.08 µmol/kg) | +++ (0.1 µmol/kg) | +++ (0.03 µmol/kg) | +++ (0.048 µmol/kg) |
| A-312046 | +++ (1.8 µmol/kg) | +++ (0.7 µmol/kg) | +++ (1.9 µmol/kg) | +++ (0.3 µmol/kg) |
| A-366833 | +++ (3 µmol/kg) | +++ (5 µmol/kg) | ++ (6 µmol/kg) | +++ (0.11 µmol/kg) |
| Celecoxib | ++ (30 µmol/kg) | + (30 µmol/kg)* | 0 | N.T. |
| Morphine | +++ (3 µmol/kg) | +++ (10 µmol/kg) | ++ (3 µmol/kg) | +++ (1.3 µmol/kg) |
| Gabapentin | + (300 µmol/kg)* | ++ (100 µmol/kg) | 0 | N.T. |

+++ is >75% efficacy; ++ is 40-75% efficacy; + is 20-40% efficacy; 0 is no activity.
Values in parenthesis represent ED$_{50}$ values, all compounds administered i.p.
* Minimal dose producing a statistically significant change from saline control.
N.T. = Not tested

Figure 8. Evaluation in Chung Model of Neuropathic Pain

Figure 9. Evaluation in Formalin Model of Persistent Nociceptive Pain





Figure 10. Mouse Abdominal Constriction Assay (ACA)



GI Tolerability Profile:
Nausea and emesis have been identified as significant adverse events clinically for ABT-594. The ferret emesis model has been used to quantify emesis in a preclinical model and evaluate the emetic potential of novel compounds. The no emesis threshold dose (highest dose to produce no emesis) for ABT-594, A-312046, and A-366833 was 0.01, 1.0, and 10 µmol/kg, i.p., respectively. Thus, A-312046 and A-366833 exhibit approximately a 100-fold and 1000-fold shift in emetic liability relative to ABT-594.

CONFIDENTIAL INFORMATION

PROPRIETARY TO ABBOTT
No use or disclosure outside Abbott or its subsidiaries by any other than authorization from Abbott.                    33387-01

HIGHLY
CONFIDENTIAL

ABBT 0024142

*CNS Side Effect and Safety Profile:*
Within the therapeutic range, ABT-594 produces an array of qualitative effects on rodent behavior, including prostration, labored breathing, ataxia, head weaving, loss of motor coordination and increased urination. Beyond the therapeutic range, additional effects include seizures and deaths. Qualitatively, both A-312046 and A-366833 exhibit a pronounced lessening, or even absence of many of these observable changes within their therapeutic ranges. Certain of these effects, including motor coordination and balance (rat edge test), seizure threshold (mice), and ALD (mice) can be readily quantified (Table 3).

Table 3. Safety profile of Best Leads.

| Model | ABT-594 (µmol/kg, I.p) | A-312046 (µmol/kg, I.p) | A-366833 (µmol/kg, I.p) |
|---|---|---|---|
| Seizure Threshold (Mice, Approx ED₅₀) | 1.9 | 320 | >400* |
| Approx. Lethal Dose (Mice, ED₅₀) | 19 | 300 | >400* |
| Edge Test (Rats, ED₅₀) | 0.08 | 15 | >19** |

\* No deaths or seizures observed at highest dose (400 µmol/kg) tested.
\*\* Approx. 30% decrease in latency to fall at highest dose tested.

*Therapeutic Index Calculations:*
The ratio of effective dose in either the Chung model of neuropathic pain, the formalin model of persistent pain, or the mouse ACA model of visceral pain to the dose required to produce effects in various models of side effect liability can be used to calculate an approximate therapeutic index for ABT-594, A-312046, and A-366833 (Table 4). The values in boldface (Table 4) are where efficacy and side effect are measured in the same species by the same route of administration. A consistent pattern of improved therapeutic index is observed for both compounds independent of side effect model or efficacy model selected. Of particular importance to the clinically recognized dose-limiting side effect of emesis, A-312046 and A-366833 exhibit a 5- to 27-fold improvement in therapeutic index relative to ABT-594.

Table 4. Therapeutic Index of Best Leads.

| Model | | Ferret Emesis (No Effect Dose) | Rat Edge Test (ED₅₀) | Mouse Seizure Threshold (ED₅₀) | Mouse ALD (ED₅₀) |
|---|---|---|---|---|---|
| ABT-594 | Chung (ED₅₀) | 0.1 | 0.8 | 19 | 190 |
| | Formalin (ED₅₀) | 0.12 | 1 | 24 | 240 |
| | Mouse ACA (ED₅₀) | 0.21 | 1.7 | 40 | 400 |
| A-312046 | Chung (ED₅₀) | 1.4 | 21 | 460 | 430 |
| | Formalin (ED₅₀) | 0.56 | 10 | 215 | 200 |
| | Mouse ACA (ED₅₀) | 3.3 | 50 | 1100 | 1000 |
| A-366833 | Chung (ED₅₀) | 2 | >12 | >80 | >80 |
| | Formalin (ED₅₀) | 3.3 | >18 | >133 | >133 |
| | Mouse ACA (ED₅₀) | 90 | >540 | >3600 | >3600 |

The clinical trial data with ABT-594 suggest that at least some level of efficacy is being observed at a dose (75 µg bid) where emesis is minimal. Thus, the calculated T. I. from the preclinical models of 0.1 to 0.12 may represent a gross under-estimation of the tolerability of this compound. To better put into perspective the expected clinical therapeutic index of A-312046 and A-366833, the calculated improvements in therapeutic index (using the formalin and Chung efficacy models) *relative* to ABT-594 are presented in Table 5. Inclusion of data from the ACA model for A-312046 and A-366833 would yield T.I. improvements for emesis relative to ABT-594 of 16-fold and 430-fold respectively.

Table 5. Relative Therapeutic Index Improvements vs. ABT-594 for Best Leads.

| Adverse Event | Therapeutic Index Improvement vs. ABT-594 | |
|---|---|---|
| | A-312046 | A-366833 |
| Emesis (Ferret) | 5 – 14x | 20 – 27x |
| Seizure Threshold (Mouse) | 4 – 11x | >11x |
| Edge Test (Rat) | 10 – 24x | >15x |

Analysis of therapeutic index based on peak plasma concentrations produces comparable values, with ABT-594 and A-312046 remaining relatively unchanged, and A-366833 producing a somewhat more favorable index (Table 6).

CONFIDENTIAL INFORMATION    HIGHLY CONFIDENTIAL    ABBT 0024143

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668Y-R1

Table 6. Therapeutic Index of Best Leads Based on Peak Plasma Concentrations.

| | ABT-594 | A-312046 | A-366833 |
|---|---|---|---|
| Peak Plasma concentration at ED$_{50}$ in Formalin Model (ng/ml) | 2.6 | 43.7 | 108 |
| Peak Plasma Concentration at Maximal Non-emetic Dose in Ferret (ng/ml) | 0.46 | 26.5 | 1242 |
| Therapeutic Index (Based on Peak Plasma Conc.) | 0.17 | 0.61 | 11.5 |
| Therapeutic Index (Based on Dose) | 0.12 | 0.56 | 3.3 |

*Cardiovascular Safety Profile:*
A-312046 and A-366833 have undergone a preliminary evaluation in the canine Purkinje fiber repolarization assay. A-312046 produced no changes in action potential duration at 10 and 100-fold above therapeutic plasma concentration. A-366833 produced no significant effects at 10-fold above the therapeutic plasma concentration, but did produce an approximately 40% change in action potential at 100-fold above the therapeutic concentration. Both of these studies were performed in the absence of plasma. Correcting for plasma protein binding, the concentration intervals above therapeutic plasma concentration are approximately 20 and 200 fold.

A-366833 has undergone preliminary evaluation in the anesthetized dog preparation. A series of three thirty-minute infusions of A-366598 produced peak plasma concentrations of 205 ± 33, 851 ± 124, and 2512 ± 646 ng/ml (mean ± SD) in the anesthetized dog. Preliminary analysis (n=4) suggests plasma concentrations of A-366833 up to 851 ± 124 ng/ml (8.5-fold therapeutic plasma concentration, 12-fold above therapeutic plasma concentration at ED$_{50}$ in rat formalin model) exert no effect on QTc compared to vehicle treated controls. As plasma levels increased to 2004 ± 406 and 2512 ± 646 ng/ml, (20- to 25-fold of Cmax, 30 to 36-fold therapeutic at ED$_{50}$) QTc increased 23 ± 10 and 30 ± 8 msec (n=4; mean ± sem) above pretreatment values, respectively, versus increases of 14 ± 3 and 16 ± 3 msec for vehicle controls (n=6). Subsequently, at 30 and 60-minutes post infusion, QTc values were similar for drug and vehicle treated animals (944 ± 167 ng/ml). Although analysis of the full data set is incomplete, preliminary analysis suggests A-366833 produces a modest, dose-dependent increase in QTc. An unusually large difference in QTc interval between the saline control and drug groups at baseline (time = 0, ΔQTc = 30 ms) was observed in this study. Plans are in place to add additional dogs to this study, and to complete the cardiovascular evaluation of A-312046.

The effects of A-366833 on other hemodynamic and cardiovascular parameters in the anesthetized dog were similar to those of ABT-594. In response to infusion of A-366833 mean arterial pressure was not affected by a plasma concentration of 205 ± 33 ng/ml; mean arterial pressure decreased approximately 40 mmHg below baseline at the end of the second dose (851 ± 124 ng/ml), and remained at or near these levels during the high dose (2512 ± 646 ng/ml) and also during the 60-minute post-treatment period (944 ± 167 ng/ml). Heart rate and indices of cardiac contractile function increased modestly and transiently in response to A-366833; systemic vascular resistance decreased in a modest, dose-dependent manner. Pulmonary vascular resistance and cardiac output remained unchanged.

*Pharmacokinetics:*
The pharmacokinetic profile of A-312046 and A-366833 relative to ABT-594 in rat, dog, and monkey are outlined in Table 7. The poor oral bioavailability and high clearance rate of A-312046 and dog and monkey has prompted the evaluation of alternative routes of administration and/or prodrug approaches to the delivery of this compound. A-366833 exhibits excellent bioavailability across all three species. Metabolism studies are ongoing to enable prediction of human pharmacokinetic parameters.

Table 7. Pharmacokinetic Profile of Best Leads.

| | | t$_{1/2}$ | CLp | %F |
|---|---|---|---|---|
| ABT-594 | Rat | 1.5 h | 1.7 | 61% |
| | Dog | 4.7 h | 0.4 | 35% |
| | Monkey | 1.4 h | 1.7 | 80% |
| A-312046 | Rat | 3.0 h | 1.95 | 80% |
| | Dog | 1.4 h | 2.89 | 13% |
| | Monkey | 1.5 h | 2.36 | 3% |
| A-366833 | Rat | 1.5 h | 3.02 | 73% |
| | Dog | 2.6 h | 0.35 | 109% |
| | Monkey | 2.5 h | 0.53 | 74% |

CONFIDENTIAL INFORMATION          HIGHLY          ABBT 0024144
                                CONFIDENTIAL

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

*Compound-Related Issues:*

A composition of matter patent application explicating claiming A-312046 was filed on Oct. 27, 1997 (by NeuroSearch), the U.S. application was filed on 10/27/98, and the World application published six months after that filing. The world application filing would be described as broad by Abbott standards. The Abbott-NeuroSearch research collaboration gives exclusive rights to the development of A-312046 to Abbott. A-366833 is described in an April 2000 U.S. filing, with a C.I.P. and world application to follow in April of this year. No publication has occurred nor have any office actions been received.

A-312046 is prepared in a single step from two readily available and inexpensive chemicals. Cost of goods have not been calculated but are expected to be inconsequential. A-366833 was originally prepared via a 21-step synthesis in enantiomerically pure form. Process research (D-45L) has begun process improvement within the last two months, and the synthesis currently stands at 16 steps.

## Medicinal Chemistry Advances

*SAR Leading to A-312046:*

Extensive SAR studies in the homopiperazine series have confirmed that substituents on the pyridine have powerful effects on subtype selectivity and *in vivo* activity. Small substituents at the pyridine 5-position that contain heteroatoms or π-systems often enhance selectivity for α4-containing subtypes. For example, hydroxyl, carboxamide, ethynyl, cyano, and azido groups all lead to improved selectivity at the α4β2 receptor vs. the α3β4 subtype. The selectivity is often at the expense of overall potency and efficacy, but activity at α3-containing receptors is attenuated to a greater extent than that at α4 subtypes. The range of useful substituents is limited, because bulkier groups cause loss of agonist activity for all subtypes. Other limits pertain to *in vivo* potency. Polar substituents, such as the hydroxyl group, tend to partition to the CNS poorly and have in general failed to exhibit broad-spectrum analgesic efficiency. Conversely, incorporation of a halogen (Br or Cl) at the 6-position increases potency for both *in vitro* and *in vivo* assays, but with concomitant loss of subtype selectivity and increased side effect liability.

A-312046 was selected as an optimized candidate from a series for structurally related homopiperazine analogs based on in vitro separation between activity at the α4β2 and α3β4 receptor subtypes coupled with excellent efficacy across pain models and enhanced separation between efficacy and emetic liability relative to ABT-594. A-312046 exhibited excellent oral bioavailability and long half life in the rat (F=80%, $t_{1/2}$=3 h), but failed to provide acceptable oral bioavailability in either the dog or monkey (13% and 3% oral bioavailability respectively). GI absorption studies in the dog using radiolabelled A-312046 demonstrated >95% absorption, and subsequent studies (both in vivo and in vitro) implicated rapid first-pass metabolism. Two major metabolites were identified, both involving metabolism of the basic nitrogen (Figure 11). Consequently, it was reasoned that delivery of A-312046 to the general circulation, bypassing the gut may be a viable approach to improving the pharmacokinetic shortcomings of this molecule. Two alternate strategies for delivery of 312046 are currently being assessed. The first involves evaluation of a transdermal (patch) dosing of A-312046. The physical properties of this compound (low MW, highly soluble, nicotine-like) are conducive to transdermal delivery. A theoretical estimate for the permeability of A-312046 through human skin has been established (D4P7), which predicts that it will be feasible to deliver up to 30 mg/day. Based on extrapolation of clinical doses of ABT-594, an efficacious dose of A-312046 is likely to be well within this amount. Moreover, a patch formulation may have advantages over oral administration in that local effects in the gut that may contribute to emesis are avoided, and transdermal delivery may allow more sustained plasma levels while blunting the rise to $C_{max}$.

**Figure 11. Metabolism of A-312046**

The second strategy would deliver A-312046 via a prodrug derivative that can be administered orally. For oral administration, the prodrug should be well absorbed and protected from the first-pass metabolism that depletes A-312046. The primary site of metabolism for A-312046 (oxidation, glucuronidation) is the basic nitrogen on the homopiperazine. Carbonyl derivatives at this site are not subject to these processes. For example, the p-aminophenyl carbamate of A-312046 (A-345151) is well-absorbed following oral administration in dog, and achieves high plasma levels. Unfortunately, the compound converts very slowly to A-312046 in plasma, precluding accumulation of therapeutic levels of the active compound. To date, more than 70 potential prodrugs of A-312046 have been screened (D4EK) for their ability to convert to A-312046 during 2h incubation in dog or human plasma. Simple amides and carbamates do not convert to A-312046 under these conditions. On the other hand, a set of carbamates designed for 'cascade' cleavage with a remote ester or anilide trigger, effectively deliver A-312046 in plasma. For

CONFIDENTIAL INFORMATION          HIGHLY CONFIDENTIAL          ABBT 0024145

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

Neurological and Urological Diseases Research
1001

Discovery Project Review
NNRs – ABT-594 Backup
14

one of these, A-367032, oral administration in dog provides plasma levels of A-312046 nearly twice as high as direct dosing of the parent, but only very small amounts of the prodrug are detected. The pharmacokinetic profile suggests effective delivery of A-312046 over the first two hours until prodrug is depleted, at which time the circulating levels of A-312046 begin to drop rapidly. The acetate trigger may be too sensitive, and it appears that the prodrug is substantially hydrolyzed in the time frame required for absorption. More sterically encumbered esters have now been prepared (See Figure 14), and are currently being evaluated in vivo.

Figure 12.  Pharmacokinetic Profile of A-345151        Figure 13.        Pharmacokinetic Profile of A-367032



Figure 14.  Cascade Prodrugs of A-312046



A-367032 (R = Me)
A-396837 (R = tBu)
A-396849 (R = Bn)

X = O, NH

*SAR Leading to A-366833*

The SAR of the fused azetidine series exemplified by A-366833 is just beginning to emerge, and great sensitivity to structural changes is already evident. A-366833 is a partial agonist of modest potency at α4 subtypes, but shows very little activity at the ganglionic (α3-containing) subtypes. In sharp contrast, the enantiomer A-365193 exhibits comparable partial efficacy and potency at both the ganglionic receptor and α4β2 subtype. This trend holds for some, but not all members of the series – the 6-Cl pyridine analogs are full agonists at all subtypes, with nearly indistinguishable profiles.

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER
No person Disclosure or use of this information without written authorization from Abbott.         9994771

HIGHLY
CONFIDENTIAL        ABBT 0024146

Table 8. SAR of 3,6-Diazabicyclo[3.2.0] Core.

| A-Number | X | Y | Ring Stereochemistry | $\alpha 4 \beta 2$ (EC50, %Max) | $\alpha 3 \beta 4$ (EC50, % Max) |
|----------|-----|-----|------------|------------------|-------------------|
| A-366833 | CN | H | 1R, 5S | 4.6 µM, 63% | 16% |
| A-365193 | CN | H | 1S, 5R | 9.3 µM, 32% | 19 µM, 37% |
| A-366956 | CN | Br | 1R, 5S | 0.32 µM, 100% | 2.1 µM, 105% |
| A-361731 | H | H | 1R, 5S | 2.2 µM, 82% | 30 µM, 67% |
| A-361734 | H | H | 1S, 5R | 2.3 µM, 101% | 32 µM, 38% |
| A-361732 | Br | H | 1R, 5S | 4.5 µM, 33% | IA |
| A-365194 | Br | H | 1S, 5R | 12 µM, 16% | 6.0 µM, 29% |
| A-362124 | H | Cl | 1R, 5S | 0.54 µM, 133% | 5.5 µM, 145% |
| A-361733 | H | Cl | 1S, 5R | 0.35 µM, 118% | 7.6 µM, 83% |
| A-365191 | Acetylenyl | H | 1S, 5R | 12 µM, 39% | 41 µM, 27% |
| A-365192 | Vinyl | H | 1S, 5R | IA | IA |

Placement of the pyridine on the other nitrogen of the bicyclic diamine leads to substantially more potent, but essentially non-selective compounds. So far, these have shown only weak activity in animal pain models. Expansion of the four-membered ring results in a sharp loss of potency, but the other ring accommodates this change – A-362970 has a very similar in vitro profile to A-366833. Scale up is currently in progress for in vivo evaluation.

Figure 15. Alternative Core Structures.

A-366833

A-365193

A-362970

HIGHLY          ABBT 0024147
CONFIDENTIAL

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.

6668-R2

Neurological and Urological Diseases Research          Discovery Project Review
1Q01          NNRs – ABT-594 Backup
                   16

## Research Plan

### Strategy and Tactics



The current critical path activities are highlighted in heavy red lines, the lighter black lines indicate assay systems that are valuable in understanding overall compound profile, but are not normally criteria for dropping a compound from consideration. The majority (70%) of the NNR project activity currently focuses on medicinal chemistry optimization and in vivo screening. The critical path in vitro screening is conducted, in large part, by our NeuroSearch collaborators in Norway. The remaining effort (30%) is focused on in vitro method development and screening that are predominantly of relevance to the identification of NNR-subtype selective compounds for indications outside of analgesia.

### Biology and Pharmacology

1.  Potency.  All compounds are initially evaluated for potency, as measured by the binding of [$^3$H]-cytisine to β2-containing NNRs (predominantly α4β2) in a rat brain homogenate. Throughput for complete concentration curves to generate Ki values is 24 compounds per week.

2.  Subtype Selectivity.  The functional activity of potent compounds (Ki < 100 nM) at the α4β2, α4β4, α3β4, and α3β2 NNR subtypes, as well as their agonist or antagonist properties, is determined through FLIPR methodology using recombinant human cell lines stably expressing these subtypes and the IMR 32 human cell line expressing native receptors, predominantly α3β4. Throughput for complete dose response curves is approximately 12 compounds (n=4) per week.

3.  Functional Activity:  Behavioral Responses in Pain Models.  Several in vivo pain models are currently in use.  These include rodent models that measure effects of compounds on acute, persistent, and neuropathic pain.
    a.  Acute Pain.  Rodent models for effects on acute pain include the mouse temperature, activity, analgesia (TAA) model (the TAA model assesses analgesic effects by hot plate methodology), as well as effects on temperature and activity), and the Hargreaves rat hot box model, both of which are currently used on a limited basis, when required for additional characterization of compounds. Throughput in these models is generally one compound (3 doses each) per week.
    b.  Persistent Pain.  Effects on persistent chemical pain are assessed using the rat formalin model.  This model is used as the primary screen.  Throughput in the formalin model is 3-4 compounds (3 doses each) per week.

HIGHLY
CONFIDENTIAL      ABBT 0024148

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.      6668Y-R1

c. <u>Neuropathic Pain.</u> Effects on neuropathic pain are assessed using the rat Chung model. Only selected compounds are evaluated in this model since it is highly labor intensive. This model requires ligation of the 5th and 6th lumbar nerves. After a two-week recovery period, a ½ day session is then required to obtain a full dose response for a single compound. Throughput is 3 compounds per week.

d. <u>Additional Behavioral Models.</u> Several additional pain models are in place, including the mouse abdominal constriction assay for visceral pain; throughput in this assay, when required is one compound (three doses) per week.

4. <u>Emetic, cardiovascular and other side effects.</u> Emetic effects are evaluated in ferrets within the Project and also in collaboration with Integrative Pharmacology. Throughput in the ferret emesis model within the Project is 3 compounds (single dose) per week. For compounds of interest a complete dose response curve is generated. Selection of the dose for ferret emesis studies is initially based on the potency observed in i.p. dosing in the rat formalin model of persistent pain. Cardiovascular effects are evaluated in dogs, which appear to be the most sensitive species for NNR-mediated changes in blood pressure and heart rate. For compounds of particular interest, seizure threshold is assayed in mouse. Additionally, an attempt to measure dizziness is assayed using an edge test in rats and a rotarod test in mice. Throughput for these assays is generally one compound per week, when required.

5. <u>Functional Activity: Neurotransmitter Release.</u> Evaluation of the effect on neurotransmitter release provides a biochemical link between the direct effect of the compound on the NNR as measured in functional assays and the behavioral response in the in vivo pain models. In vitro neurotransmitter release assays are in place that measure the release of dopamine from either rat striatum or cortex, and the release of norepinephrine from either hippocampus or thalamus. For screening purposes, dopamine release in striatum and norepinephrine release in hippocampus are measured. Throughput for a 7 point dose response curve is 4 compounds (n=3) per week for each neurotransmitter. In vitro assays are also being developed to measure serotonin and GABA release from rat or mouse brain. In addition, procedures are in place for in vivo microdialysis of striatum, thalamus, hippocampus and spinal cord to measure the effects of compounds on the in vivo release of dopamine, norepinephrine, and serotonin.

6. <u>Pharmacokinetics.</u> In addition to characterization of potential lead compounds, pharmacokinetic analysis of representative subtype-selective compounds is necessary to enable proper interpretation of in vivo results from efficacy and side effect models. Typical studies on compounds of interest include detailed pharmacokinetic measurement of plasma concentrations of compound after i.v. or oral dosing, and also pharmacokinetic measurement of brain and plasma concentrations of compound after i.p. dosing in the rat. Throughput is one compound/week.

<u>Electrophysiological assay.</u> The Parallel Oocyte Electrophysiology Tester system (POETs), a throughput-enhanced electrophysiology instrumentation, has recently been developed and validated within the Project in collaboration with Automation Engineering. With the present system of six oocytes in parallel a significantly enhanced throughput over standard electrophysiological methodology, with assay of over 100 compounds per day (single concentration assayed in duplicate) is possible.

## Medicinal Chemistry

Current work is directed toward expansion of the SAR around 366833. Planned analogs of 366833 have been chosen to provide the best chance for in vivo activity with overall selectivity. Pyridine substitutions include 5- ethynyl, cyano, methoxy, halo, azido, carboxamide, and methyl, with and without a 6-halogen in place. Reasonable quantities of both enantiomeric diamine cores are available to prepare this limited series. Likewise, the same derivatives are targeted for the homologous 3,8-diazabicyclo[4.2.0]octane series. Finally, N-alkyl derivatives of some of the very potent (and non-selective) 3-pyridinyl-3,6-diazabicyclo[3.2.0]heptanes will be evaluated. For the diamine series, like the pyridinyl ethers, N-alkylation causes a sharp attenuation in agonist activity that is more dramatic at the $\alpha 3$ subtypes. The exceptional potency of the NH analogs suggests that N-alkyl versions may retain sufficient $\alpha 4$ activity to be effective analgesics.

HIGHLY
CONFIDENTIAL

ABBT 0024149

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668-R2

Neurological and Urological Diseases Research
1Q01

**Figure 16. SAR Plans for Diazabicyclo Core Structure.**

$$CN, CCH, N_3$$
$$Me, OMe, Cl$$
$$CONH_2$$
$$H$$
$$Cl, Br$$

## Competition

### Within Project Approach

| Company | Compound | Indication | Status of compound | Status of project |
|---|---|---|---|---|
| *Nicotinics:* | | | | |
| Eisai/Cyto-Med | (±)-Epibatidine analogs | Pain | Preclinical | Active |
| Taiho | GTS-21 | Alzheimer's | Phase II | Seeking development partner |
| SIBIA Neuroscience (Rights to Lilly) | SIB-1508Y | Parkinson's Disease | Phase II | Discontinued |
| SIBIA Neuroscience (Rights to Lilly) | SIB-1553A | Alzheimer's | Phase II | Discontinued |
| SIBIA Neuroscience (Merck) | SIB-T1887 | Pain | Preclinical | Unknown |
| Aventis/Targacept | RJR-2403 | Alzheimer's | Phase I | Discontinued (PK issues) |
| Pharmacia | Unknown | Multiple | Preclinical | Active – focusing on α7 |
| Pfizer | Cytisine analogs | Alzheimer's , pain | Phase I, compound unknown | Active |
| Astra Zeneca | AR-17779 | Cognition, pain | Preclinical | Active - patent application on α7 selective compounds |
| Eli Lilly | Unknown | Multiple | Preclinical | Obtained exclusive license to human NNRs from SIBIA prior to acquisition of SIBIA by Merck |
| NeuroSearch | Multiple series | Pain, depression | Preclinical | Exclusive compound license to Abbott |
| NeuroSearch | NS-3573, 3956, 3939, 3890 | Smoking cessation | Preclinical | Seeking licensing partner |
| Johnson and Johnson | Pyridyl ethers | Pain, Alzheimer's | Preclinical | Patent activity (NeuroSearch holds clear priority over published J&J patent |
| Novo Nordisk | | Alzheimer's | Preclinical | Patent activity |
| Univ. of Milan | DBO-83 | Pain, Cognition | Preclinical | Collaboration with Abbott |
| *Muscarinics:* | | | | |
| Lilly | LY-297802 | Pain | Phase II (Discontinued) | Continued patent activity |
| Merck | L-689660 | Alzheimer's, Pain | Preclinical | Unknown |
| Sanofi-Synthelabo | Pyridinyl diamines | Pain | Preclinical | Patent Activity |

HIGHLY
CONFIDENTIAL          ABBT 0024150

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.          6668-R2

Neurological and Urological Diseases Research
1Q01

Discovery Project Review
NNRs – ABT-594 Backup
19

## Within Therapeutic Area –Focus on Neuropathic Pain

| Product | Company | US Development Phase | Class/MOA | Comments |
|---------|---------|---------------------|-----------|----------|
| Pregabalin | Parke-Davis | III | Ca channel α2δ? | Also for epilepsy, chronic pain – may be tox. issues affecting ongoing clinical trials |
| GV 196711 | Glaxo | II | Glycine antagonist | Neuropathic pain and chronic pain |
| Memantine | Merz | II | NMDA antagonist | Dose ranging trial with 375 patients now underway |
| PN 401 | ProNeuron | II | Unknown | For disease modification of PDN – pain and numbness next |
| Prosaptide | Myelos | II | Unknown | 14 amino acid peptide Pain associated with nerve injury |
| Resiniferatoxin | Afferon | II | Vanilloid | Topical capsaicin analog |
| LTA | Astra | II | Sodium channel blocker | Topical w/ longer duration of action than capsaicin |
| CNS 5161 | Cambridge Neuroscience | II | NMDA antagonist | Will not move to Ph II until a development partner is found |

### Competitive Analysis

Prescription analgesics to treat pain can be grouped into four classes; opioids, NSAIDs, other non-opioids and adjuvants. Opioids and combination agents are generally used to treat acute pain and cancer pain of moderate to severe intensity, but have AE and dependence liabilities. NSAIDs (including COX-2 inhibitors), have very good tolerability, but have only moderate efficacy and anti-inflammatory activity, and are used to treat pain of mild to moderate intensity. Tramdol is sometimes substituted for NSAIDs to treat chronic pain or pain of moderate intensity, but has much higher AE's than the NSAID class. Adjuvant analgesics are drugs such as tricyclic antidepressants and antiepileptic drugs have efficacy in the treatment of neuropathic pain, but offer only partial pain relief, have low (50%)responder rates, and undesirable AEs.

Pipeline compound Pregabalin, an anticonvulsant with MOA thought to be similar to conventional AEDs, may reach market well before the NNR compound. Recently identified toxicological issues from preclinical mouse studies have put the future of this compounds somewhat in doubt. Pregabalin is similar to Neurontin, but is more potent, has a wider therapeutic index and longer half-life, with potential for better efficacy and/or better side-effect profile than Neurontin. Generic Neurontin will also be available. However, unmet need is expected to remain high in neuropathic pain, since pregabalin will likely achieve only partial pain relief and low responder rates, as is found for other AEDs used in the treatment of neuropathic pain.

An NNR achieving the target profile outlined above would represent a breakthrough in treatment of moderate to severe pain, offering pain relief superior to NSAIDs without the AE liabilities of the opioids. The novel MOA of the NNR also offers potential for significantly improved pain relief and/or responder rates for neuropathic pain vs. gold standards. Numerous other companies are exploring NNR compounds and other MOAs that could also achieve the target profile. Entering the market after the competition, with a similar profile, would impact the commercial opportunity; however, the large market size, inter-patient variability regarding efficacy and tolerability of various agents, significant use of combination therapy, and high level of switching would likely make later entries viable, particularly if MOA remains a differentiating feature.

Competition within the NNR field is expanding rapidly. With the acquisition of SIBIA Neuroscience, Merck has become an important competitor. Lilly currently holds license to the SIBIA DNA patents, but rights are to revert to Merck at the end of this current licensing agreement. Pharmacia has had an active program for the past three years. Astra Zeneca, Pfizer, Targacept, and Johnson and Johnson all appear to remain active in this area.

HIGHLY
CONFIDENTIAL

ABBT 0024151

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6568-R2

Neurological and Urological Diseases Research
1Q01

Discovery Project Review
NNRs – ABT-594 Backup
20

## Project Resources

### Project Team

| Individual | Expertise | Activities | % time |
|---|---|---|---|
| Carol Surowy | Bio GL | Coordination of in vitro and in vivo biology program | 100 |
| Clark Briggs | Electrophysiology | Identification of high affinity α4β2 subform selective compounds, planning and setup of α7 program for schizophrenia | 100 |
| Dave McKenna | Electrophysiology | POETs screening, assay methods development | 100 |
| Pamela Puttfarcken | Pharmacology | Neurotransmitter release assays, methods development | 100 |
| Iris Jacobs | Pharmacology | Neurotransmitter release assays | 100 |
| Dave Anderson | Pharmacology | Radioligand binding assays, data analysis | 100 |
| Jerry Budzik | Pharmacology | 5-HT₃ assay, nisoxoline binding assay development | 100 |
| Jeff Campbell | Pharmacology | In vitro functional screening, ferret emesis model | 100 |
| Rama Thimmapaya | Mol. Biology | Cloning and expression of ferret NNR subtypes, stable cell line development | 100 |
| Brent Putman | Mol. Biology | Cloning and expression of ferret NNR subtypes, stable cell line development | 100 |
| Lynne Rueter | Behavior | Chung neuropathic pain model, mechanistic studies, development of anxiety and depression models | 100 |
| Kathy Kohlhaas | Behavior | Chung model, anxiety models | 100 |
| Pete Curzon | Behavior | Various pain models, development of schizophrenia models | 100 |
| Mike Buckley | Behavior | Pain models, antidepressant screening | 100 |
| Bill Bunnelle | Chem. GL | Coordination of chemistry program, patent preparation | 100 |
| Mick Dart | Med. Chem. | Prodrugs of A-312046 | 100 |
| Anwer Basha | Med. Chem. | Prodrugs of A-312046 | 100 |
| Mike Schrimpf | Med. Chem. | A-366833 analogs, α4-selective compounds | 100 |
| Jianguo Ji | Med. Chem. | A-366833 analogs, | 100 |
| Jennifer Pace | Med. Chem. | Ring expanded 833 analogs, bridged analogs | 100 |
| Kevin Sippy | Med. Chem. | A-366833 analogs, α4-selective compounds | 100 |
| Karin Tietje | Med. Chem. | Ring expanded analogs, bridged analogs | 100 |
| Keith Ryther | Med. Chem. | Prodrugs of A-312046 | 100 |

### Technology and Support Groups

| Group | Current FTEs | Priority (1-3)* | Milestone Date† | Description of Outcome Desired by Milestone Date |
|---|---|---|---|---|
| HTScreening | 0 | 2 | 9/01 | Radioligand binding HTS against α-7 receptor. |
| Automation Engineering | 1 | 1 | 03/01 | Development of HTS POETs, behavioral screening automation |
| Process Chemistry | 4.5 | 1 | 3/01 | Development of improved synthetic route to A-366833 and delivery of sufficient material for 2-week toxicology study in rats |
| PK and Metabolism | 1 | 1 | 5/01 | Evaluation of prodrug analogs of A-312046. Comparative assessment of metabolism profiles of ABT-594, A-312046, and A-366833. Evaluation of additional new lead structures |
| Toxicology | 0 | 1 | 5/01 | Two-week rat tox. studies on A-312046 and A-366833 |
| Integrative Pharmacology | 0.2 | 1 | 4/01 | Cardiovascular evaluation of A-312046 and A-366833. Purkinje fiber assay of compounds related to A-312046 and A-366833 to evaluate SAR |
| Formulation | 0.2 | 1 | 5/01 | Solubility and stability assessment of A-312046 and A-366833 |
| Total FTEs | 6.9 | | | * Priority: 1 = Must have, 2 = Should have, 3 = Nice to have<br>† Avoid "ongoing". Provide specific dates to achieve milestone. |

HIGHLY
CONFIDENTIAL     ABBT 0024152

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668-R2

**External Resources**

| Organization | Activities |
|---|---|
| NeuroSearch: In vitro pharm. | 5.6 Headcount: Cloning and expression of human NNR subtypes, development of stable cell lines, FLIPR screening of collaboration compounds, α7 radioligand binding assay |
| NeuroSearch: In vivo | 2.7 Headcount: Evaluation of collaboration compounds in models of depression and anxiety. |
| NeuroSearch: Chemistry | 2.7 Headcount: Synthesis of compounds for pain, depression and schizophrenia targets. |

**Adequacy and Optimization of Resources**

Resources are adequate at this time for the identification of a follow-on to ABT-594 by 2Q/01. The project team is on track for establishing the identification of NNR modulators of the α7 subtype as the next molecular target. The therapeutic indications for α7 are most likely to include schizophrenia, and in particular the cognitive deficit aspects of schizophrenia.

**References**

(1)  Bitner, R. S.; Nikkel, A. L.; Curzon, P.; Donnelly-Roberts, D. L.; Puttfarcken, P. S.; Namovic, M.; Jacobs, I. C.; Meyer, M. D.; Decker, M. W. *Brain Res.* 2000, *871,* 66-74.

(2)  Marubio, L. M.; del Mar Arroyo-Jimenez, M.; Cordero-Erausquin, M.; Lena, C.; Le Novere, N.; de Kerchove d'Exaerde, A.; Huchet, M.; Damaj, M. I.; Changeux, J.-P. *Nature (London)* 1999, *398,* 805-810.

(3)  Bitner, R.; Donnelly-Roberts, D.; Nikkel, A.; Curzon, P.; Decker, M. In *Society for Neuroscience* Los Angeles, CA, 1998, p 134.5.

(4)  Marubio, L. M.; Changeux, J. P. *Handb. Exp. Pharmacol.* 2000, *144,* 525-538.

(5)  Mogil, J. S.; Sternberg, W. F.; Marek, P.; Sadowski, B.; Belknap, J. K.; Liebeskind, J. C. *Proceedings of the National Academy of Sciences of the United States of America* 1996, *93,* 3048-55.

(6)  Mogil, J. S.; Yu, L.; Basbaum, A. I. *Annual Review of Neuroscience* 2000, *23,* 777-811.

(7)  Mogil, J. S.; Marek, P.; Flodman, P.; Spence, M. A.; Sternberg, W. F.; Kest, B.; Sadowski, B.; Liebeskind, J. C. *Pain* 1995, *60,* 125-35.

(8)  Kest, B.; McLemore, G. L.; Sadowski, B.; Mogil, J. S.; Belknap, J. K.; Inturrisi, C. E. *Neuroscience Letters* 1998, *256,* 120-2.

(9)  Mogil, J. S.; Lichtensteiger, C. A.; Wilson, S. G. *Pain* 1998, *76,* 115-25.

(10)  Kest, B.; Jenab, S.; Brodsky, M.; Sadowski, B.; Belknap, J. K.; Mogil, J. S.; Inturrisi, C. E. *Brain Research* 1999, *816,* 381-9.

(11)  Flores, C. M.; Wilson, S. G.; Mogil, J. S. *Pharmacogenetics* 1999, *9,* 619-25.

(12)  Bertrand, S.; Weiland, S.; Berkovic, S. F.; Steinlein, O. K.; Bertrand, D. *Br. J. Pharmacol.* 1998, *125,* 751-760.

(13)  Phillips, H. A.; Favre, I.; Kirkpatrick, M.; Zuberi, S. M.; Goudie, D.; Heron, S. E.; Scheffer, I. E.; Sutherland, G. R.; Berkovic, S. F.; Bertrand, D.; Mulley, J. C. *Am. J. Hum. Genet.* 2001, *68,* 225-231.

(14)  Steinlein, O. K.; Mulley, J. C.; Propping, P. J.; Wallace, R. H.; Phillips, H. A.; Sutherland, G. R.; Scheffer, I. E.; Berkovic, S. F. Pat. Specif. (Aust.), 1999.

(15)  Weiland, S.; Bertrand, D.; Leonard, S. *Behav. Brain Res.* 2000, *113,* 43-56.

(16)  Guan, Z.-Z.; Zhang, X.; Blennow, K.; Nordberg, A. *NeuroReport* 1999, *10,* 1779-1782.

HIGHLY
CONFIDENTIAL                    ABBT 0024153

CONFIDENTIAL INFORMATION

ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.                    6668-R2

# PLs' EX

---

**ABT-594 / Pain Strategy  Decision Analysis**

**Core Team Meeting – Minutes**

**Meeting Date:** 3/5/01

**Attendees:**

| | | |
|---|---|---|
| Nigel Livesey | Mike Biarnesen | Liz Kowaluk |
| Laura Robinson | Rose Waleska | |
| Sandeep Dutta | Connie Faitynek | |
| Steve Townsend | Marleen Verlinden | |
| Bruce McCarthy | Mike Meyer | |
| Jim Sullivan | John Simons | |

---

As a first step to establishing the frame for the analysis and structuring the decision problem, this core team meeting focused on identifying key issues specifically related to ABT-594.

The issues raised are summarized below under three broad subject headings:
- Can the tolerability of ABT-594 be improved, and a therapeutic index be achieved that is consistent with regulatory and commercial viability, and how?
- What indications do we pursue for ABT-594, and how?
- What is the abuse liability and potential for scheduling of ABT-594?

In addition, several points were raised that are also of more general relevance to the broader subject of pain therapeutic area strategy. These are summarized at the end of this document.

<u>Can the tolerability of ABT-594 be improved, and a therapeutic index be achieved that is consistent with regulatory and commercial viability, and how?</u>

<u>What is the therapeutic index that is consistent with regulatory and commercial viability? Does it differ for different pain states?</u>
- AEs observed include nausea, emesis, dizziness and vivid dreams (at high doses)

<u>Understanding the biological basis for the PK/PD issues and the prolonged $T_{max}$ is important for optimization of ABT-594 itself, and for backups.</u>

<u>The following issues are relevant to understanding whether, how and to what extent the tolerability and therapeutic index can be improved:</u>
- Dose-response relationships for efficacy and AEs
  - may differ for different pain states, amongst AEs, and for efficacy vs. AEs

- Pharmacokinetic/pharmacodynamic relationships for efficacy and AEs
  - may differ for different pain states, amongst AEs, and for efficacy vs. AEs.

- Biological basis for efficacy and AEs?
  - $C_{max}$? Rate of rise of plasma levels? Receptor occupancy? Other?

CONFIDENTIAL
ABBT0115871

- Rate of tolerance over time for efficacy and AEs:
  - o  may differ for different pain states, amongst AEs and for efficacy vs. AEs.
  - o  must confirm that efficacy does not wane over time (weeks-months) – tolerance.
  - o  using titration to improve tolerability is feasible if AEs, but not efficacy tolerate.

- Mechanism of action of ABT-594:
  - o  preclinical pharmacology is consistent with characterization of ABT-594 as nicotinic agonist.
  - o  analgesia mediated by NNRs – specific site of action is uncertain
  - o  nausea/vomiting mediated by NNRs, mechanism of action for dizziness uncertain.
  - o  smokers vs. non-smokers – no effect on efficacy, but differential tolerability – has implications for dosing and labeling; potential downside for marketing – must promote understanding of receptor diversity, broad family of receptors (ABT-594 vs. nicotine).
  - o  gender and strain differences seen in preclinical models – implications for humans, if any, are unknown.

Titration is under investigation as an approach to improve tolerability and therapeutic index
- Feasible if AEs, but not efficacy tolerate
- Effect of first dose – rate of rise
- Titrate over days to weeks – how can titration schedule be tailored to minimize AEs?
- Patient acceptance?
- May be commercially more acceptable in neuropathic pain – efficacy/tolerability trade-off differs
- Length of titration will be important.
- Is the decline in AEs sufficient to offset the impact of titration?
- ABT-594 would be vulnerable if a new competitor has no titration

Can alternative dosage forms and routes of administration provide a means of improving tolerability and therapeutic index.?
- Enteric-coated PO formulation
  - o  raised as possibility but not discussed in detail

- Patch
  - o  may be advantageous if GI AEs are a result of direct, local action of ABT-594 on GIT.
  - o  decreases difference between peak/trough plasma level – may have implications for efficacy and AEs.
  - o  permeation data suggest feasibility
  - o  no formulation developed as yet (would be third party – implications for royalties/COGS)
  - o  ABT-594 is potent analgesic – lends itself to administration by patch.
  - o  longer formulation development than PO – PARD.
  - o  trend in pain treatment is to treat pain around the clock, rather than on a PRN basis – consistent with patch formulation (e.g. Knoll – hydromorphone OROS and others).
  - o  would restrict ABT-594 for use in chronic conditions.
  - o  have limited qualititative market research, more market research needed.
  - o  probably commercially acceptable, although PO dosage form preferred.
  - o  more suited to a "niche" market.
  - o  pricing and COGS may be an issue.
  - o  has potential impact on compliance for chronic conditions
  - o  concern that patch formulation may lead to perception that ABT-594 is a "strong" drug that should be reserved for severe, difficult-to-manage pain.

- Depot dosage form
  - o  injection/implantable (weeks to months duration of action) – cf. Lupron
  - o  chronic pain only

CONFIDENTIAL
ABBT0115872

- o   most useful for pain that is not variable
- o   formulation must be stable at 37ºC
- o   never looked at – not currently under consideration.

- Sublingual/buccal:
  - o   more suitable for acute pain
  - o   impact on AEs uncertain - faster rate of rise of plasma levels may precipitate AEs if this is the underlying issue, or could potentially avoid GI AEs, if they are locally mediated.

- Parenteral:
  - o   potentially useful to address issues surrounding PK/PD relationship
  - o   potentially "completes" product line – start on i.v. in hospital, then convert to PO.
  - o   separation of efficacy and AEs may be a particular problem with rapid rate of rise of plasma levels.
  - o   AEs an issue in post-op setting, where patients experience nausea/emesis – is combination with anti-emetic feasible?

- Intrathecal:
  - o   may be useful in anesthesiology – would be HPD

- Intranasal:
  - o   not discussed.

GI absorption and $T_{max}$ issue
- Delayed onset of action precludes acute and general pain claims for ABT-594
- What is biological basis for the unexpectedly long $T_{max}$ (4-5 hours after PO solid dosage form)?
- Liquid dosage forms have somewhat shorter $T_{max}$ than solid dosage forms, but still longer than expected (and large variance).
- "White paper", summarizing current knowledge, is in preparation.
- Potential trade-offs associated with faster absorption and shorter $T_{max}$:
  - o   increased probability of abuse liability
  - o   faster onset of action,
  - o   increased AEs, if AEs are related to rate of rise of plasma levels.


What indications do we pursue for ABT-594, and how?

Should our first entry be into neuropathic pain, as currently planned?
- There is no regulatory precedent for neuropathic pain – no drug has been approved for this indication, with the exception of Gabapentin in UK (but not an NCE). The most advanced compound, pregabalin, was recently withdrawn from clinical trials (carcinogenicity issues?).
- Relative unmet need in neuropathic pain, therefore regulatory agencies likely to be more open on the risk-benefit ratio issue. For this reason, entry to the market via a neuropathic pain indication is likely to be the preferred approach for ABT-594.
- In EU – role of the comparator is unclear (gabapentin ?, Tegretol in Germany?) – placebo preferred by Abbott.
- In neuropathic pain, tolerability versus efficacy trade-off may play out differently in US versus EU. The majority of US patients are on gabapentin. In EU, patients are not switching as readily to gabapentin (may be pricing issue), majority are on TCA and carbamazepine. This may translate to a lower efficacy vs. tolerability hurdle in EU.
- What is the positioning statement for ABT-594 in neuropathic pain?

CONFIDENTIAL
ABBT0115873

- o best neuropathic pain drug because...
- o better than gabapentin (easier to use)
- o novel mechanism of action (non-opioid, non-NSAID).

How can we broaden the use of ABT-594 beyond neuropathic pain?
- Nociceptive pain?
- General pain claim?

How do we access the nociceptive pain market with ABT-594?
- Can we study OA patients who are not responding to NSAIDs/COX-2 and progressing to opioids (i.e. second-line treatment)? Many OA patients switch between medications.
- The above is analogous to the second step of the WHO analgesia ladder – cancer patients move relatively quickly to the second step.
- For cancer pain, ABT-594 could potentially be a molecule that has opioid-like efficacy, but is not scheduled.
- Low back pain would require long, large trials because it would be perceived that this is an entry to "general pain".
- In OA and low back pain, the comparison is likely to be to e.g. Vioxx – an outcome showing similar efficacy but higher AEs would not be advantageous.
- Current approach to nociceptive pain (OA) is a publication strategy - prefer indications to publication from commercial perspective.
- Barriers to entry are high (e.g. COX-2 inhibitors: 1.2 million details per year and 6000 reps.)

General pain claim not feasible for ABT-594, due to prolonged onset of action.
- Not a clear regulatory and clinical path – FDA is not necessarily accepting historical approach, wherein trials in OA/RA lead to a general pain claim. The general pain claim requires multiple models – not currently defined, but likely to include difficult to treat conditions like chronic low back pain and fibromyalgia.
- Both FDA and EU regulatory agencies leaning towards disease-specific claims – "you get what you study".
- First market entry with a general pain claim could force the compound to a lower price point, versus first entry into the neuropathic market – also more likely to get reimbursement entering into the latter market.

Is a "niche" product commercially attractive? What are the trade-offs for a "niche" compound vs. a "blockbuster" compound that is effective across a broad spectrum of pain states?

Chronic length of treatment is an issue from regulatory perspective:
- EU requires 6 months efficacy data and 1 year of safety data
- US requires 3 months of efficacy data for OA, information to be supplied for neuropathic pain – Jim Steck/David Ross.

Pricing strategy:
- Gabapentin priced at 4 times the price of COX-2 inhibitors – have they priced themselves out of the market?
- Should we price like COX-2 in EU?
- Price is considered less of an issue in US (premium pricing possible in neuropathic pain due to significant unmet need).

Combination products:
- Combinations of ABT-594 with COX-2/NSAID or opioid have been suggested in the past
- EU is moving away from approval of combination products.
- Not attractive as entry – co-prescribing is preferred approach.
- Would be most appropriately considered for compounds which act synergistically with ABT-594 (not additive – co-prescribe).

CONFIDENTIAL
ABBT0115874

<u>What is the abuse liability and potential for scheduling?</u>
The regulatory and clinical path is known.
Scheduling is commercially detrimental.
"Nicotinic PR" is a potential issue - Abbott must be proactive to counteract.


<u>Issues of Relevance to Pain Therapeutic Area Strategy</u>

Many of the issues listed here also appear above, but are restated here for convenience in anticipation of later discussions.

- Pain states can be categorized as nociceptive (visceral or somatic) and neuropathic, acute vs. chronic, by severity, by disease state.

- Compare different strategies for playing in entire pain market  - multiple entries ("niche" products) versus a single "universally effective" compound.

- For any given compound/mechanism of action, what pain states should be pursued and in what order?
  o Both FDA and EU regulatory agencies leaning towards disease-specific claims – "you get what you study".

- Neuropathic pain
  o Efficacy/tolerability trade-off differs in neuropathic pain compared to nociceptive pain; also differs in US vs. EU for neuropathic pain – has potential ramifications for regulatory approval and commercial viability.
  o No regulatory precedent for neuropathic pain – no drug has been approved for this indication.
  o Relative unmet need in neuropathic pain, therefore regulatory agencies likely to be more open on issues of risk-benefit ratio.
  o In EU, the role of the comparator is unclear for neuropathic pain (gabapentin, Tegretol?)

- How do we access nociceptive pain – OA (first or second line), cancer pain, low back pain, other ?
  o Low back pain would require long, large trials because it would be perceived that this is an entry to "general pain".
  o In OA and low back pain, the comparison is likely to be to e.g. Vioxx – an outcome showing similar efficacy but higher AEs would not be advantageous.

- Should we pursue general pain ?
  o Not a clear regulatory and clinical path – FDA is not necessarily accepting historical approach, wherein trials in OA/RA lead to a general pain claim. The general pain claim requires multiple models – not currently defined, but likely to include difficult to treat conditions like chronic low back pain and fibromyalgia.
  o First market entry with a general pain claim could force the compound to a lower price point, versus first entry into the neuropathic market – also more likely to get reimbursement entering into the latter market.

- Publications vs. indications?
  o Indications preferred from commercial perspective.

CONFIDENTIAL
ABBT0115875

- Pricing strategy
  - Gabapentin priced at 4 times the price of COX-2 inhibitors – have they priced themselves out of the market?
  - Should we price like COX-2 in EU?
  - Price is considered less of an issue in US (premium pricing possible in neuropathic pain due to significant unmet need).

- Chronic length of treatment is an issue from regulatory perspective:
  - EU requires 6 months efficacy data and 1 year of safety data
  - US requires 3 months of efficacy data for OA, information to be supplied for neuropathic pain – Jim Steck/David Ross.

- Pricing strategy
  - Gabapentin priced at 4 times the price of COX-2 inhibitors – have they priced themselves out of the market?
  - Should we price like COX-2 in EU?
  - Price is considered less of an issue in US (premium pricing possible in neuropathic pain due to significant unmet need).

- Combination products:
  - Combinations of ABT-594 with COX-2/NSAID or opioid have been suggested in the past
  - EU is moving away from approval of combination products.
  - Not attractive as entry – co-prescribing is preferred approach.
  - Would be most appropriately considered for compounds which act synergistically with ABT-594 (not additive – co-prescribe).

CONFIDENTIAL
ABBT0115876

# PLs' FH

**Jessica Hopfield**          · To: Patricia Weber/NJE/NorthAmerica/MCKINSEY@MCKINSEY
03/13/2001 07:22 PM         cc:
                            Subject: Please print and put in mail folder

---- Forwarded by Jessica Hopfield/NJE/NorthAmerica/MCKINSEY on 03/13/2001 07:23 PM ----

**Michael Williams**         · To: Jeff Leiden <jeff.leiden@Abbott.com>
03/13/2001 04:10 PM         cc: Jessica Hopfield/NJE/NorthAmerica/MCKINSEY@MCKINSEY, Dick
                            Ashley/CHI/NorthAmerica/MCKINSEY@MCKINSEY, David
                            Keeling/CHI/NorthAmerica/MCKINSEY@MCKINSEY
                            Subject: List of next steps from portfolio review

Jeff,

Please find attached a detailed list of the next steps by project, coming out of last week's
development review. Where possible, we have assigned the responsibilities and timings
we picked up during the discussions. You may wish to make changes to the list before it
is more broadly distributed and we can make edits based on your handwritten comments
if necessary.

We are also in the process of compiling the comments and results from the evaluation
forms which we'll forward to you by later this week.



NEXT STEPS - development portfolio prioritization



**CONFIDENTIAL**

MCK 00423

# INITIAL PORTFOLIO PRIORITIZATION

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Anti-infectives** | | | | |
| ABT-492 | C | • Address safety issues (including QTc) with internal/ expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | – |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | – |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• J. Leonard<br>• I. Loew | – |
| **Urology** | | | | |
| BSF 420627 | P | • Set up task force to address issues and bring back plan to senior management<br>– Reasons for failure of the SKB ETa/b antagonist<br>– Design short (~4 week) PoP trial for symptom relief<br>– Rationale for sustained release formulation<br>– Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| **Hypothyroidism** | | | | |
| T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| **Asthma** | | | | |
| Hokunalin tape | P | • Conduct market research on acceptance by different patient segments<br>• Determine how to position against long acting beta agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the patch technology | • A. Higgins/<br>E. Fiorentino<br><br>• J. Tyree | • May |

0

CONFIDENTIAL

MCK 00424

# INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

| Project | Priority | Next steps | Responsibility | C- continue<br>P- pending<br>T- terminate<br>Timing |
|---|---|---|---|---|
| **Oncology**<br>ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br>• CMC group | • As planned |
| ABT-518 | Hold | • Wait for May results from Pfizer (will save ~$1mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)- further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective - further in-depth review required, e.g.,<br>  – Determine if there is a PoC to support claim<br>  – Address GMP issues<br>  – Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard | • By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>  – Determine how to ensure NDA filing in 2004<br>  – Get FDA input since survival not primary endpoint<br>  – Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Tyree<br>• J. Leonard,<br>  P. Nisen<br><br>• J. Tyree | • By May<br>• ASAP<br><br>• By May |

1

**CONFIDENTIAL**

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

2

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Cardiology/ thrombosis** Darusentan (LU 135252) | Hold | • Continue currently budgeted funding for next 6 months<br>• Do not start any new trials (e.g., hypertension planned for May)<br>• If proceed, plan for pilot to look at effects in sperm and tetratogenecity<br>• Consider out-license or swap | • Project team | • Ongoing |
| LU 208075 | Hold | • Continue currently budgeted funding for next six months<br>• Look at Myogen deal<br>• Out-license or swap | • J. Tyree<br>• Project team<br>• J. Tyree | • ASAP<br>• ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open cath<br>• Match versus tPA in dose-ranging studies to determine efficacy | • E. Fiorentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Cilvarine | C | • Assessment by HPD (review previous evaluation and new trial data)<br>• Understand finished product manufacturing cost | • E. Ogunro<br>• B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing<br>• Verify if package is likely approvable<br>• Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

C- continue
P- pending
T- terminate

CONFIDENTIAL

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Neuroscience** | | | | |
| ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list) | • J. Tyree | • TBD |
| | | • Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • Project team | |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel | • I. Loew | • By May |
| | | • Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc | • Project team | |
| | | • Understand Novartis contract and level of interest | • J. Tyree | |
| BSF 190555 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • I. Loew | • As above |
| BSF 74398 | C | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team<br>• J. Tyree | • By May |
| Diluadid Oros | Hold | • Return to ALZA or out-license to other interested partner | • J. Tyree | • TBD |
| Hydrocodone | C | • Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • Project team | • By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue - probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

3

CONFIDENTIAL

MCK 00427

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|------------|----------------|--------|
| **Gastro-enterology** | | | | |
| Ganaton | P | • Conduct U.S. commercial assessment with TAP<br>• Assess how to position in Europe versus generics and implications for comparative trial<br>• Develop model to assess spend at different termination points | • E. Fiorentino | • By June |
| | | | • Bob Funck | • By May |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise)<br>• Conduct market research on IBS versus constipation (including pricing) | • Project team<br><br>• E. Fiorentino | • ASAP |
| **Immunology** | | | | |
| D2E7 | C | • Conduct intensive product review<br>   – 2 day meeting with J. Lennard's group (already in process)<br>   – ½ day session with senior management group<br>• Important actions include<br>   – Approach FDA for fast track and compassionate use<br>   – Develop strategy for DMARD claim in first submission<br>   – Assess need for Enbrel assay to detect HAHAs<br>   – Assess delivery device options<br>   – Evaluate additional indications (e.g., Psoriasis, Crohns, heart failure) and pediatric program<br>   – Profile Celltech product<br>   – Assess impact of additional IV program on reimbursement<br>• Develop list of potential marketing partners for quids | • J. Leonard<br><br><br>• Various<br><br><br><br><br><br><br><br><br><br><br>• J. Tyree | • By May<br><br><br>• By May |

4

**CONFIDENTIAL**

**MCK 00428**

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Immunology** *(continued)* Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US – consider creating a small team in the US to analyse data, propose smaller PII study<br>• Research pricing, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-6<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard<br><br><br><br><br><br>• J. Tyree | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • E. Fiorentino<br><br>• J. Tyree<br><br>• Ongoing | • ASAP |

5

CONFIDENTIAL

MCK 00429

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **PIV programs** | | | | |
| Clarithromycin | C | • None identified | - | - |
| Omnicef | C | • Talk to partners | • J. Tyree | - |
| Kaletra | C | • None identified | - | - |
| Norvir | C | • None identified | - | - |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Arnott, E. Fiorentino | • ASAP |
| | | • Assess combination therapy with fibrates | | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | • Project team | |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "Invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Fiorentio | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | - |
| Depakote | C | • None identified | - | - |
| Gengraf | C | • None identified | - | - |

6

**CONFIDENTIAL**

MCK 00430

PLs' FZ

# ABBOTT LABORATORIES

## Clinical Study Report No. R&D/01/171

## A Randomized, Double-Blind, Placebo-Controlled, Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects With Painful Diabetic Polyneuropathy

### ABT-594/Protocol M99-114

### 31 July 2001

*I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study.*

Marilyn J. Collicott                                    01Aug01
Clinical Project Manager, Analgesia Venture            Date

David D. Morris, Ph.D.                                  03Aug01
Assistant Director, Statistics                         Date

Bruce G. McCarthy, M.D.                                 03 Aug 01
Medical Director, Analgesia Venture                    Date

Marleen H. Verlinden, Pharm.D., Ph.D.    FOR MARLEEN   03 Aug 01
Vice President, Global Pharmaceutical Research and      VERLINDEN    Date
    Development Neurology/Urology

**Abbott Laboratories**

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

i

## 1.0    Title Page

### ABBOTT LABORATORIES
### Clinical Study Report R&D/01/171

**A Randomized, Double-Blind, Placebo-Controlled, Comparison of the Safety and
Efficacy of ABT-594 to Placebo in Subjects With Painful Diabetic Polyneuropathy**

*ABT-594/Protocol M99-114*

| | |
|---|---|
| Development Phase: | II |
| Investigators: | Multicenter |
| Date First Subject Dosed: | 24 April 2000 |
| Date Last Subject Completed Dosing: | 24 February 2001 |
| Sponsor/Signatory: | Marleen H. Verlinden, Pharm. D., Ph.D. Vice President, Global Pharmaceutical Research and Development Neurology/Urology D42U, AP30 200 Abbott Park Road Abbott Park, Illinois 60064-6145 Phone: (847) 935-4096 Fax: (847) 938-1629 |
| Report Date: | 31 July 2001 |

This study was conducted in compliance with Good Clinical Practice, including the
archiving of essential documents.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065983

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                              ii
R&D/01/171 - Clinical/Statistical

## 2.0    Synopsis

| Name of Company:<br>Abbott Laboratories | Individual Study Table Referring<br>to Item of the<br>Submission:  not applicable (N/A)<br>Volume: N/A<br>Page: N/A | (For National Authority<br>Use Only):  N/A |
|---|---|---|
| Name of Finished Product:<br>ABT-594 Hard Gelatin Capsule (HGC) | | |
| Name of the Active Ingredient:<br>Abbott-165594 | | |

| Title of Study: A Randomized, Double-Blind, Placebo-Controlled, Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects With Painful Diabetic Polyneuropathy |
|---|

| Investigator(s):  Multicenter | Study Center:  Multicenter |
|---|---|

| Publication (reference):  not applicable |
|---|

| Study Period (years):<br>Date First Subject Dosed:  24 April 2000<br>Date Last Subject Completed Dosing: 24 February 2001 | Phase of Development:  II |
|---|---|

**Objective:**
The objective of this study was to compare the safety and analgesic efficacy of 150 μg, 225 μg, and 300 μg twice daily (BID) of ABT-594 to placebo in subjects who had painful distal symmetric diabetic polyneuropathy, an average of ≥4 points on the diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days), and ≥4 points on the site-based Pain Rating Scale (11-Point Likert Scale) at the Baseline Visit.

**Methodology:**
This was a Phase II, randomized, double-blind, placebo-controlled, multicenter study to examine the safety and analgesic efficacy of ABT-594 in subjects who had painful diabetic polyneuropathy. Approximately 320 subjects were assigned randomly in an equal ratio to receive 1 of 4 treatments: ABT-594 150 μg, 225 μg, 300 μg BID, or placebo for 49 days on an outpatient basis. Thirty-four sites were recruited in order to enroll approximately 320 subjects who met entry criteria for this study.

Prior to any study-specific procedures at the Screening Visit, an informed consent was signed by the subject and study eligibility determined.

Prior to study drug administration, subjects discontinued all analgesic medications (at least 7 days prior to the Baseline Pain Assessment Phase) and completed the 7-day Baseline Pain Assessment Phase. Following the Baseline Pain Assessment Phase, subjects who met entry criteria were randomized to a dose of study medication for 49 days (Primer and Treatment Phases). During the Primer Phase, subjects took BID doses of ABT-594 or placebo. Study drug was initiated at 75 μg BID. The dose was increased every 2 days in 75-μg BID increments until subjects were taking their assigned treatment dose (150 μg, 225 μg, or 300 μg BID). Following the Primer Phase, subjects entered the Treatment Phase (Day 8) and continued their treatment for a total of 49 days. During the Treatment Phase, subjects returned to the site for Treatment Visits I, II, III and IV (Days 14, 21, 35 and 49, respectively). Subjects were to complete diary-based assessments of their diabetic polyneuropathy pain each day from the 7 days prior to study drug administration (Baseline Pain Assessment Phase) through Day 49 of study drug administration. In addition, subjects underwent site-based assessments of their neuropathic pain at the Baseline Visit and at Treatment Visits I, II, III and IV. Subjects discontinued study drug administration after Treatment Visit IV and returned to the site for the Follow-Up Visit 7-10 days later.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                                                    iii
Study No. M99-114
R&D/01/171 - Clinical/Statistical

---

**Methodology (continued):**
During the Primer and Treatment Phases, subjects were allowed to take up to 3 grams of acetaminophen per day or up to 6 grams of acetaminophen per week (but were not allowed to take acetaminophen within 24 hours prior to a Treatment Visit).

Efficacy assessments included the Pain Rating Scale (11-Point Likert Scale), the Neuropathic Pain Scale, SF-36™ Health Status Survey (Acute), and Subject and Clinician Global Impression of Change. Safety assessment included physical examination, vital signs, electrocardiogram (ECG), clinical laboratory testing, and adverse event monitoring.

| No. of Subjects Planned and Enrolled: | Treatment Group | Planned | Completed/Enrolled |
|---|---|---|---|
| Planned: 320 | Placebo | 80 | 51/65 |
| Enrolled: 266 | ABT-594 150 μg BID | 80 | 40/65 |
| Completed: 138 | ABT-594 225 μg BID | 80 | 30/69 |
| Premature Discontinuations: 128 | ABT-594 300 μg BID | 80 | 17/67 |
| | TOTAL: | 320 | 138/266 |

**Diagnosis and Main Criteria for Inclusion:**
Adult males and females at least 18 years of age, who weighed ≤265 pounds and who were judged to be in good health based on medical history, physical examination with vital signs, laboratory profile, and 12-lead ECG, who had a diagnosis of diabetes mellitus (Type I or Type II), a diagnosis of distal symmetric diabetic polyneuropathy, good control (in the opinion of the investigator) of the their serum glucose for at least the last 3 months prior to the Screening Visit, and an average of ≥4 points on the diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days) and ≥4 points on the site-based Pain Rating Scale (11-point Likert Scale) at the Baseline Visit, and who met all other selection criteria were eligible for study participation.

**Test Product, Dose and Mode of Administration, Batch Number:**

| Test Product | Dose (μg) | Mode of Administration | Drug Product Lot Numbers |
|---|---|---|---|
| ABT-594 75 μg HGC, Formulation A-2 | 150, 225, and 300 BID | Oral | 58-293-AR 61-312-AR |

**Duration of Treatment:  49 days**

**Reference Therapy, Dose and Mode of Administration, Batch Number:**

| Test Product | Dose (μg) | Mode of Administration | Drug Product Lot Number |
|---|---|---|---|
| Placebo for ABT-594 HGC | 0 | Oral | 55-243-AR-01 |

**Criteria for Evaluations:**
**Efficacy:**
The primary efficacy measurement was the change from baseline of the average diary-based Pain Rating Scale (11-Point Likert Scale) score from each subject's diary to the corresponding average of the last 7 days on study drug. Additionally, change from baseline to each scheduled evaluation was analyzed in a similar manner. The baseline pain score for the diary data was defined as the average of the last 7 pain scores prior to Day 1 of the study.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                    iv
R&D/01/171 - Clinical/Statistical

---

**Criteria for Evaluations (continued):**
**Efficacy:**
Change from baseline to final and each evaluation was calculated for each of the following secondary efficacy variables:
- Site-Based Pain Rating Scale (11-Point Likert Scale)
- Neuropathic Pain Scale
- Subject Global Impression of Change
- Clinician Global Impression of Change
- SF-36™ Health Status Survey (Acute), including sub-domains [(i) Physical Functioning, (ii) Role Physical, (iii) Bodily Pain, (iv) General Health, (v) Vitality, (vi) Social Functioning, (vii) Role Emotional, (viii) Mental Health] physical component summary (PCS), and mental component summary (MCS).

The efficacy evaluations recorded at the Baseline Visit were used as the baseline score for efficacy evaluations assessed at the investigative site.

**Pharmacokinetics:**
Blood samples for ABT-594 plasma assay were to be taken from all subjects at Treatment Visits I and IV. For the subset of subjects who underwent additional pharmacokinetic sampling at Treatment Visits I and IV, values of AUC, $C_{max}$, and $C_{trough}$ were determined.

**Safety:**
Safety was assessed by medical history, physical exam, vital signs, ECG, clinical laboratory testing, and adverse event monitoring.

---

**Statistical Methods:**
For all safety and efficacy analyses, the primary comparisons were between each ABT-594 dose and placebo.

Demographic and other baseline characteristic variables were analyzed to assess the comparability of the treatment groups.

The primary and secondary efficacy variables, including change from baseline diary- and site-based pain ratings were analyzed by using appropriate parametric and nonparametric methods. The final global evaluation scores, (Subject and Clinician) were compared using Cochran-Mantel-Haenszel methodology.

Dose response for ABT-594 was explored, with and without placebo included. Other efficacy analyses were performed as appropriate.

Treatment-emergent adverse events were summarized by body system and COSTART term and compared using Fisher's exact test.

Mean change from baseline to minimum, maximum and final values were summarized for clinical laboratory, vital sign and ECG data. Additionally, clinical laboratory data identified as below or above limits were flagged in the data listings. Furthermore, laboratory results which satisfied the criteria for limits for statistical analysis were identified.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                    v
R&D/01/171 - Clinical/Statistical

---

**Summary/Conclusions:**

**Efficacy Results:**
ABT-594 at 150, 225, and 300 μg BID was statistically significantly superior to placebo for the primary efficacy variable, the mean change from baseline to final for the average diary-based Pain Rating Scale. Furthermore, the mean improvement from baseline to final for the average site-based Pain Rating Scale score was statistically significantly superior in each of the ABT-594 treatment groups compared to placebo. Statistically significant linear dose responses were observed in the model that included the placebo treatment group for mean change from baseline to final for the average diary- and site-based Pain Rating Scale scores,

A statistically significantly greater proportion of subjects in all of the ABT-594 treatment groups had at least a 50% improvement in either their average diary- or site-based Pain Rating Scale scores at the final evaluation compared to the subjects in the placebo treatment group.

There were no statistically significant differences between the placebo treatment group and any of the ABT-594 treatment groups for the mean change from baseline to final in the Neuropathic Pain Scale Total score. In the analysis of the mean change from baseline to final in SF-36™ Health Status Survey, a statistically significant improvement was observed for the ABT-594 225 μg BID treatment group in the physical component summary compared to the placebo treatment group. However, statistically significant worsening was observed for the ABT-594 300 μg BID treatment group in the mental component summary compared to the placebo treatment group.

**Pharmacokinetic Results:**
At the time of this report, the pharmacokinetic analyses were incomplete. Results from the pharmacokinetic analyses will be presented in a separate report.

**Safety Results:**
Among all treated subjects, 66% of subjects receiving placebo and 83%, 90%, and 91% of subjects receiving ABT-594 150 μg, 225 μg, and 300 μg BID, respectively, reported treatment-emergent adverse events. The overall incidence of adverse events was statistically significantly higher for each of the ABT-594 treatment groups than for the placebo treatment group. The most frequently reported (≥10% of subjects in any ABT-594 treatment group) treatment-emergent adverse events were nausea, dizziness, vomiting, abnormal dreams, headache, asthenia, diarrhea, dyspepsia, and insomnia.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065987

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                    vi
R&D/01/171 - Clinical/Statistical

**Safety Results (continued):**
Subjects in the ABT-594 150 μg, 225 μg, and 300 μg BID treatment groups had statistically significantly higher incidences of treatment-emergent nausea (34%, 43%, and 46%, respectively), vomiting (15%, 25%, and 21%, respectively), abnormal dreams (22%, 22%, and 18%, respectively), and dizziness (17%, 35%, and 30%, respectively) compared to subjects in the placebo treatment group (11%, 3%, 0%, and 5%, respectively). A statistically significantly greater proportion of subjects in the ABT-594 225 μg and 300 μg BID treatment groups reported treatment-emergent asthenia (16% and 21%, respectively) compared to subjects in the placebo treatment group (2%). Subjects in the placebo treatment group had a statistically significantly greater incidence of treatment-emergent infection (15%) compared to subjects in the ABT-594 300 μg BID treatment group (3%). Most adverse events were mild or moderate in severity.

No subject died during the course of the study. However, 1 subject (ABT-594 150 μg BID) died 58 days after completion of the Treatment Phase. The subject died due to suicide, which the investigator considered to be unrelated to study drug. In addition to the subject who died, 13 subjects (3 placebo, 4 ABT-594 150 μg, 2 ABT-594 225 μg, and 4 ABT-594 300 μg BID) experienced other serious adverse events. Eight of these subjects (2 placebo, 3 ABT-594 150 μg, 1 ABT-594 225 μg, and 2 ABT-594 300 μg BID) reported serious adverse events associated with the cardiovascular system during the study. Each subject had multiple risk factors for cardiovascular disease. One hundred subjects (6 placebo, 18 ABT-594 150 μg, 32 ABT-594 225 μg, and 44 ABT-594 300 μg BID) prematurely discontinued study drug due to 1 or more adverse events. The most frequently reported (≥10% of subjects in any ABT-594 treatment group) adverse events leading to discontinuation among ABT-594 subjects were nausea, dizziness, vomiting, abnormal dreams, and headache.

Results of other safety analyses, including individual subject changes, changes over time and individual clinically significant for laboratory evaluations, vital signs, ECGs, and physical examinations, were unremarkable for all treatment groups.

**Conclusions:**
ABT-594 at 150 μg, 225 μg, and 300 μg BID was statistically significantly superior to placebo for the primary efficacy variable, the mean change from baseline to final for the average diary-based Pain Rating Scale. Furthermore, the mean improvement from baseline to final for the average site-based Pain Rating Scale score was statistically significantly superior in each of the ABT-594 treatment groups compared to placebo. A statistically significantly greater proportion of subjects in all of the ABT-594 treatment groups had at least a 50% improvement in either their average diary- or site-based Pain Rating Scale scores at the final evaluation compared to subjects in the placebo treatment group.

**Date of Report:** 31 July 2001

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

vii

### 3.0 Table of Contents for the Individual Clinical Study Report

**Page**

1.0  Title Page................................................................................. i

2.0  Synopsis ................................................................................. ii

3.0  Table of Contents for the Individual Clinical Study Report................................. vii

4.0  List of Abbreviations and Definitions of Terms ..................................... xv

5.0  Ethics ...................................................................................... 1

    5.1  Independent Ethics Committee (IEC) or Institutional Review Board (IRB).................................................................................. 1

    5.2  Ethical Conduct of the Study................................................. 1

    5.3  Subject Information and Consent........................................... 2

    5.4  Subject Confidentiality......................................................... 2

6.0  Investigators and Study Administrative Structure..................................... 3

    6.1  Investigative Sites............................................................... 3

    6.2  Sponsor Information............................................................. 5

    6.3  Contract Research Organization............................................ 5

    6.4  Clinical Supply Management ................................................. 5

    6.5  Central Laboratory.............................................................. 6

    6.6  Administrative Structure ...................................................... 6

7.0  Introduction ............................................................................. 8

    7.1  Analgesia Today................................................................. 8

    7.2  ABT-594.......................................................................... 8

8.0  Study Objective ....................................................................... 11

9.0  Investigational Plan ................................................................. 11

    9.1  Overall Study Design and Plan:  Description........................... 11

    9.2  Discussion of Study Design, Including the Choice of Control Groups ............................................................................. 15

    9.3  Selection of Study Population ............................................... 15

        9.3.1  Inclusion Criteria ...................................................... 15

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

|        | 9.3.2 | Exclusion Criteria ........................................................ 16 |
|        | 9.3.3 | Removal of Subjects from Therapy or Assessment .................... 18 |
| 9.4    | Treatments ........................................................................ 18 |
|        | 9.4.1 | Treatments Administered ........................................... 18 |
|        | 9.4.2 | Identity of Investigational Product(s) ........................................ 19 |
|        |       | 9.4.2.1  Packaging and Labeling ........................... 20 |
|        |       | 9.4.2.2  Storage and Disposition of Supplies ....................... 20 |
|        |       | 9.4.2.3  Drug Accountability ............................... 21 |
|        | 9.4.3 | Method of Assigning Subjects to Treatment Groups ................. 21 |
|        | 9.4.4 | Selection of Doses in the Study ................................. 22 |
|        | 9.4.5 | Selection and Timing of Dose for Each Subject ........................ 22 |
|        | 9.4.6 | Blinding ................................................................... 22 |
|        | 9.4.7 | Prior and Concomitant Therapy ................................. 23 |
|        | 9.4.8 | Treatment Compliance ............................................... 23 |
| 9.5    | Efficacy, Pharmacokinetic and Safety Variables ...................................... 24 |
|        | 9.5.1 | Efficacy, Pharmacokinetic and Safety Measurements Assessed and Flow Chart ... 24 |
|        |       | 9.5.1.1  Efficacy Measurements ............................ 26 |
|        |       | 9.5.1.2  Safety Measurements and Procedures ...................... 27 |
|        | 9.5.2 | Appropriateness of Measurements ............................... 35 |
|        | 9.5.3 | Efficacy Variables ................................................... 35 |
|        |       | 9.5.3.1  Primary Variable ................................. 35 |
|        |       | 9.5.3.2  Secondary Variables ............................... 35 |
|        | 9.5.4 | Drug Concentration Measurements ............................ 36 |
|        | 9.5.5 | Pharmacokinetic Variables ....................................... 37 |
|        | 9.5.6 | Blood Samples for Genetic Polymorphism Analysis ................. 37 |
| 9.6    | Data Quality Assurance ......................................................... 38 |
| 9.7    | Statistical Methods Planned in the Protocol and Determination of Sample Size ... 39 |
|        | 9.7.1 | Statistical and Analytical Plans .................................. 39 |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                    ix
R&D/01/171 - Clinical/Statistical

|  |  | 9.7.1.1 | Data Sets Analyzed ................................................. 39 |
|  |  | 9.7.1.2 | Demographic and Other Baseline Characteristics ........................................... 40 |
|  |  | 9.7.1.3 | Efficacy Analyses ..................................................... 40 |
|  |  | 9.7.1.4 | Pharmacokinetic Analyses ....................................... 43 |
|  |  | 9.7.1.5 | Safety Analyses ....................................................... 44 |
|  | 9.7.2 | Determination of Sample Size .................................................. 45 |  |
| 9.8 | Changes in the Conduct of the Study or Planned Analyses ...................... 46 |  |  |
|  | 9.8.1 | Protocol Changes ..................................................... 46 |  |
|  | 9.8.2 | Statistical Changes ................................................... 46 |  |
| 10.0 | Study Subjects ............................................................ 47 |  |  |
| 10.1 | Disposition of Subjects ........................................... 47 |  |  |
| 10.2 | Protocol Deviations ............................................... 51 |  |  |
| 11.0 | Efficacy and Pharmacokinetic Evaluation .............................. 52 |  |  |
| 11.1 | Data Sets Analyzed ................................................ 52 |  |  |
| 11.2 | Demographic and Other Baseline Characteristics ................... 54 |  |  |
|  | 11.2.1 | Demographics ...................................................... 55 |  |
|  | 11.2.2 | Other Baseline Characteristics .................................. 56 |  |
|  | 11.2.3 | Concurrent Medication Use ....................................... 57 |  |
| 11.3 | Measurements of Treatment Compliance ............................. 57 |  |  |
| 11.4 | Efficacy Evaluations and Tabulations of Individual Subject Data ............................................. 57 |  |  |
|  | 11.4.1 | Efficacy Analyses .................................................. 58 |  |
|  |  | 11.4.1.1 | Primary Efficacy Variable ........................... 59 |
|  |  | 11.4.1.2 | Secondary Efficacy Variables ....................... 60 |
|  |  | 11.4.1.3 | Other Efficacy Variables ............................ 67 |
|  | 11.4.2 | Statistical and Analytical Issues ............................... 68 |
|  |  | 11.4.2.1 | Adjustments for Covariates .......................... 68 |
|  |  | 11.4.2.2 | Handling of Dropouts or Missing Data .............. 68 |
|  |  | 11.4.2.3 | Interim Analyses and Data Monitoring .............. 68 |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                            x
R&D/01/171 - Clinical/Statistical

|  |  | 11.4.2.4 | Multicenter Studies | 69 |
|  |  | 11.4.2.5 | Multiple Comparisons/Multiplicity | 69 |
|  |  | 11.4.2.6 | Use of an "Efficacy Subset" of Subjects | 69 |
|  |  | 11.4.2.7 | Active-Control Studies Intended to Show Equivalence | 69 |
|  |  | 11.4.2.8 | Examination of Subgroups | 69 |
|  | 11.4.3 | Tabulation of Individual Response Data | | 70 |
|  | 11.4.4 | Drug Dose, Drug Concentration, and Relationship to Response | | 70 |
|  | 11.4.5 | Drug-Drug and Drug-Disease Interactions | | 70 |
|  | 11.4.6 | By-Subject Displays | | 70 |
|  | 11.4.7 | Efficacy Conclusions | | 71 |
| 11.5 | Pharmacokinetic Variables | | | 71 |
| 12.0 | Safety Evaluation | | | 72 |
| 12.1 | Extent of Exposure | | | 72 |
| 12.2 | Adverse Events | | | 73 |
|  | 12.2.1 | Brief Summary of Adverse Events | | 73 |
|  | 12.2.2 | Display of Adverse Events | | 74 |
|  | 12.2.3 | Analysis of Adverse Events | | 76 |
|  | 12.2.4 | Listing of Adverse Events by Subject | | 77 |
| 12.3 | Deaths, Other Serious Adverse Events, and Other Significant Adverse Events | | | 77 |
|  | 12.3.1 | Listing of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events | | 78 |
|  |  | 12.3.1.1 | Deaths | 78 |
|  |  | 12.3.1.2 | Other Serious Adverse Events | 78 |
|  |  | 12.3.1.3 | Other Significant Adverse Events | 80 |
|  | 12.3.2 | Narratives of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events | | 83 |
|  | 12.3.3 | Analysis and Discussion of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events | | 83 |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                                    xi
Study No. M99-114
R&D/01/171 - Clinical/Statistical

12.4   Clinical Laboratory Evaluation ................................................................... 84

    12.4.1   Listing of Individual Laboratory Measurements by
             Subject and Each Abnormal Laboratory Value ......................... 84

    12.4.2   Evaluation of Each Laboratory Parameter ................................... 85

        12.4.2.1   Laboratory Values Over Time.................................. 85

        12.4.2.2   Individual Subject Changes...................................... 90

        12.4.2.3   Individual Clinically Significant
                   Abnormalities.............................................................. 90

12.5   Vital Signs, Physical Findings, and Other Observations Related
       to Safety94

    12.5.1   Listing of Individual Measurements by Subject and Each
             Abnormal Value.............................................................................. 94

    12.5.2   Findings on Physical Examination............................................... 94

    12.5.3   Vital Signs Evaluation .................................................................. 94

        12.5.3.1   Vital Signs Values Over Time ................................. 94

        12.5.3.2   Individual Subject Changes...................................... 95

    12.5.4   Electrocardiogram Evaluation ..................................................... 96

        12.5.4.1   ECG Values Over Time ............................................ 96

        12.5.4.2   Individual Clinically Significant
                   Abnormalities.............................................................. 96

        12.5.4.3   Individual Clinically Significant
                   Abnormalities.............................................................. 96

12.6   Safety Conclusions.................................................................................... 97

13.0   Discussion and Overall Conclusions.................................................................... 99

14.0   Tables, Figures, and Graphs Referred to but not Included in the Text ............... 101

15.0   Reference List

16.0   Appendices

    16.1   Study Information

    16.2   Subject Data Listings

    16.3   Case Report Forms

    16.4   Individual Subject Data Listings

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                 xii
R&D/01/171 - Clinical/Statistical

## 3.0 Table of Contents for the Individual Clinical Study Report
## (continued)

Page

## List of In-Text Tables

Table 6.1a     Distribution of Subjects by Investigator and Treatment Group ................. 4

Table 9.4a     ABT-594 Dose Escalation........................................................ 19

Table 9.4b     Number and Type of Capsules by Treatment Group................................ 19

Table 9.4c     Identity of Investigational Products........................................... 20

Table 9.5a     Study Procedures Flow Chart................................................... 25

Table 9.5b     Clinical Laboratory Tests .................................................... 30

Table 10.1a    Disposition of Subjects ...................................................... 49

Table 11.1a    Disposition of Subjects by Dataset............................................ 53

Table 11.2a    Demographic Characteristics (All Treated Subjects)............................ 55

Table 11.2b    Other Baseline Characteristics (Intent-to-Treat Dataset) ..................... 56

Table 11.4a    Summary of the Analysis of Mean Change From Baseline[a] to
               Final[b] for the Average Diary-Based Pain Rating Scale[c] Scores
               Using LOCF Method  (Intent-to-Treat Dataset)....................... 60

Table 11.4b    Change from Baseline to Final for Secondary  Efficacy
               Variables[a] Using LOCF Method  (Intent-to-Treat Dataset)..................... 62

Table 11.4c    Change from Baseline to Final for Subject and Clinician Global
               Impression of Change[a] Using LOCF Method  (Intent-to-Treat
               Dataset)........................................................................ 63

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065994

ABT-594 (ABBOTT-165594)                                                              xiii
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Table 11.4d    Summary of the Analysis of Mean Change From Baseline[a] to
               Each Week for the Average Diary-Based Pain Rating Scale[b]
               Scores Using LOCF and OC Methods (Intent-to-Treat Dataset) .............. 65

Table 11.4e    Proportion of Subjects Responding[a] to Treatment as Measured
               by Diary- and Site-Based Pain Rating Scale Scores[b] Using
               LOCF Method (Intent-to-Treat Dataset) ................................................... 67

Table 12.1a    Extent of Exposure ..................................................................................... 72

Table 12.2a    Summary of Most Frequently Reported[a] Treatment-Emergent
               Adverse Events By Relationship to Study Drug ....................................... 75

Table 12.3a    Subjects Reporting Serious Adverse Events During the Study ................ 79

Table 12.3b    Treatment-Emergent Adverse Events Leading to Premature
               Discontinuation of Study Drug (All Treated Subjects) ............................ 81

Table 12.3b    Treatment-Emergent Adverse Events Leading to Premature
               Discontinuation of Study Drug (All Treated Subjects;
               continued) ................................................................................................... 82

Table 12.4a    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Hematology Parameters ................................................................ 86

Table 12.4a    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Hematology Parameters (continued) ............................................ 87

Table 12.4b    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Blood Chemistry Parameters ........................................................ 88

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065995

ABT-594 (ABBOTT-165594)                                              xiv
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Table 12.4b    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Blood Chemistry Parameters (continued)...................................... 89

Table 12.4c    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Urinalysis Parameters .................................................................. 90

Table 12.4d    Number and Percentage of Subjects with Hematology Values
               Meeting Potentially Clinically Significant Criteria (All Treated
               Subjects) .................................................................................................. 91

Table 12.4e    Number and Percentage of Subjects with Blood Chemistry
               Values Meeting Potentially Clinically Significant Criteria (All
               Treated Subjects)...................................................................................... 92

Table 12.4f    Number and Percentage of Subjects with Urinalysis Values
               Meeting Potentially Clinically Significant Criteria (All Treated
               Subjects) .................................................................................................. 93

Table 12.5a    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Vital Sign Parameters ................................................................. 95

Table 12.5b    Number and Percentage of Subjects with ECG Values Meeting
               Potentially Clinically Significant Criteria (All Treated
               Subjects).................................................................................................... 97

## List of In-Text Figures

Figure 6.6a    Administrative Structure ........................................................................... 7

Figure 9.1a    Study Schematic ...................................................................................... 12

Figure 10.1a   Disposition of Subjects ........................................................................... 50

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

xv

## 4.0    List of Abbreviations and Definitions of Terms

List of Abbreviations

| | |
|---|---|
| ABT-594 | [(R)-5-(2-azetidinylmethoxy)-2-chloropyridine] or Abbott-165594 |
| ANCOVA | Analysis of covariance |
| ANOVA | Analysis of variance |
| CMH | Cochran-Mantel-Haenszel |
| DNA | Deoxyribonucleic acid |
| EDTA | Edetic acid |
| HGC | Hard gelatin capsule |
| HIV | Human immunodeficiency virus |
| ICH | International Conference on Harmonization |
| ITT | Intent-to-Treat |
| IVRS | Interactive Voice Response System |
| LOCF | Last observation carried forward |
| MCS | Mental component summary |
| nAChR | Nicotinic acetylcholine receptor |
| NCR | No carbon required |
| NPRO | New Product Research Order |
| OC | Observed cases |
| PCS | Physical component summary |
| SEC | Soft elastic capsule |
| SF-36™ | Short Form-36 Health Status Survey |
| SSRIs | Serotonin-specific reuptake inhibitors |
| TENS | Trancutaneous electrical nerve stimulation |

Terms

| | |
|---|---|
| Hemoglobin $A_{1c}$ | Glycosolated hemoglobin |
| NOMAD® | A data management system |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

1

## 5.0    Ethics

### 5.1    Independent Ethics Committee (IEC) or Institutional Review Board (IRB)

Good Clinical Practice (GCP) requires that approval be obtained from a research committee (e.g., Institutional Review Board [IRB], Independent Ethics Committee [IEC]), prior to participation of human subjects in research. The investigator obtained a duly constituted IRB/IEC review and approval of the protocol, informed consent form and all other forms of subject information related to the study (e.g., advertisements used to recruit subjects). Abbott Laboratories received documentation of the study approval, the signed signature page from the study protocol, a signed Abbott Financial Disclosure form, subject informed consent document, a current investigator curriculum vitae, a signed Food and Drug Administration (FDA) Form 1572 or equivalent document, a list of members of the IRB committee and their qualifications and affiliations prior to authorizing the shipment of study drug supplies to the site. Any amendments to the protocol required IRB approval prior to implementation of any changes made to the study design. No annual IRB re-approvals were required since the study was completed within 1 year. A complete list of documents required prior to initiation of the study is located in the study protocol (Appendix 16.1.1). Information regarding the IRB is presented in Appendix 16.1.3.

### 5.2    Ethical Conduct of the Study

The study was conducted in accordance with the protocol, GCP, FDA regulations governing clinical study conduct, ethical principles that have their origin in the Declaration of Helsinki (1996 Version) and all applicable local regulations. The investigator ensured that the study was conducted in accordance with prevailing local laws and customs or complied with the provisions as stated in the FDA guidelines. Responsibilities of the Investigator are specified in the study protocol (Appendix 16.1.1).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065998

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

2

## 5.3    Subject Information and Consent

The investigator or his/her representative explained the nature of the study to the subject, and answered all questions regarding this study. Prior to any screening procedures being performed on the subject, the informed consent statement was reviewed, signed, and dated by the subject and the person who administered the informed consent. A copy of the informed consent form was given to the subject and the original was placed in the subject's medical record. An entry was also made in the subject's dated source documents to confirm that informed consent was obtained prior to any study-related procedures and that the subject received a signed copy. Elements of the Informed Consent are specified in the study protocol (Appendix 16.1.1). A sample copy of the informed consent is presented in Appendix 16.1.3.

## 5.4    Subject Confidentiality

All reports and communications relating to subjects in the study identified each subject only by the subject's initials (first, middle, last) and by the subject's randomization number. Case report forms (CRF) were used to transmit the information collected in the performance of this study to Abbott Laboratories and to governmental agencies. Portions of the subject's medical records pertinent to the study were reviewed by Abbott Laboratories personnel or their designee and possibly by government personnel to ensure adequate source documentation, accuracy, and completeness of the CRFs.

The site collected information on the subject per International Conference on Harmonization (ICH) requirements, including subject name, home address, phone number, and birthdate. In addition, the name, address, and phone number of another person who could be contacted in an emergency was also recorded. This information was treated with strict adherence to professional standards of confidentiality and was filed at the site.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065999

ABT-594 (ABBOTT-165594)                                                          3
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Neither the subject, the subject's physician, nor the investigator were informed of the
subject's pharmacogenetic results, if obtained. If performed, the pharmacogenetic results
from individual subjects were kept confidential and were not given to anyone not directly
involved with this research study. The deoxyribonucleic acid (DNA) samples are being
stored by Abbott Laboratories in a secure storage space with adequate measures to protect
confidentiality. The DNA samples are being kept by Abbott Laboratories until destroyed
by Abbott when this research is completed or the required sample retention time has been
satisfied.

## 6.0    Investigators and Study Administrative Structure

## 6.1    Investigative Sites

Thirty-four investigators in the United States were recruited to perform the study and
received study drug supplies. Twenty-nine of these investigators randomized at least 1
subject. The study was conducted from 24 April 2000 to 24 February 2001. Complete
names, addresses, and affiliations of the principal investigators are included in
Appendix 16.1.4. The distribution of all enrolled subjects for each investigator is
presented by randomized treatment group in Table 6.1a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

4

**Table 6.1a**    **Distribution of Subjects by Investigator and Treatment Group**

| Investigator | Total Subjects Enrolled | Treatment Group | | | |
|---|---|---|---|---|---|
| | | | ABT-594 | | |
| | | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| Backonja | 3 | 1 | 1 | 0 | 1 |
| Baumel | 15 | 4 | 4 | 4 | 3 |
| Biton | 7 | 1 | 2 | 2 | 2 |
| Bromberg | 13 | 3 | 3 | 4 | 3 |
| DeBold | 12 | 3 | 3 | 3 | 3 |
| Drucker | 6 | 1 | 1 | 2 | 2 |
| Eisner | 6 | 1 | 1 | 2 | 2 |
| Forde | 2 | 0 | 0 | 1 | 1 |
| Fried | 9 | 2 | 2 | 3 | 2 |
| Gibson | 18 | 5 | 5 | 4 | 4 |
| Gleeson | 7 | 2 | 2 | 2 | 1 |
| Haag | 6 | 1 | 1 | 2 | 2 |
| Hewitt | 8 | 2 | 2 | 1 | 3 |
| Holmlund | 5 | 1 | 1 | 1 | 2 |
| Kafka | 7 | 2 | 1 | 2 | 2 |
| Kipnes | 15 | 4 | 3 | 4 | 4 |
| Kirby | 10 | 3 | 2 | 3 | 2 |
| Kluge | 9 | 2 | 2 | 2 | 3 |
| McGill | 8 | 2 | 2 | 2 | 2 |
| Rowbotham | 4 | 1 | 1 | 1 | 1 |
| Shaibani | 17 | 4 | 5 | 4 | 4 |
| Simmons | 6 | 1 | 2 | 2 | 1 |
| Singer | 15 | 4 | 4 | 4 | 3 |
| Sivakumar | 9 | 2 | 3 | 2 | 2 |
| Steel | 8 | 2 | 2 | 2 | 2 |
| Storey | 13 | 3 | 4 | 3 | 3 |
| Suri | 3 | 1 | 1 | 0 | 1 |
| Vinik | 6 | 2 | 1 | 2 | 1 |
| Weinstein | 19 | 5 | 4 | 5 | 5 |
| Total | 266 | 65 | 65 | 69 | 67 |

Cross Reference:  Table 14.1__1.1

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                5
R&D/01/171 - Clinical/Statistical

## 6.2    Sponsor Information

The sponsor coordinated the activities for initiating this clinical study. The protocol,
CRFs and sample informed consent form were generated by Abbott Laboratories. The
database for this study was created using NOMAD®, a data management system.
Designated statisticians at Abbott Laboratories were responsible for the statistical analysis
of the data. A copy of the signature page for the study summary with the signature of the
Abbott Laboratories' responsible Medical Officer is included in Appendix 16.1.5.

## 6.3    Contract Research Organization

Abbott Laboratories delegated prestudy (if necessary) and initiation visits, site
monitoring, and post-study site visits to the following Contract Research Organization
(CRO) for the conduct of this clinical study:

> Research Solutions Inc.
> 3200 Chapel Hill Nelson-Highway, Suite 100
> P.O. Box 14561
> Research Triangle Park, NC 27709
> 1-800-807-7462

The sponsor and CRO maintained contact in order to manage adequately the progress of
the study. The CRO coordinated and performed all site visits and prepared trip reports,
using the Abbott Laboratories format, for each visit performed. These reports detailed the
activities conducted at all investigative sites and included all relevant observations. All
trip reports were forwarded to Abbott Laboratories in a timely manner to ensure
appropriate site management, adhering to Abbott Laboratories Standard Operating
Procedures.

## 6.4    Clinical Supply Management

Clinical supplies were prepared by Abbott Laboratories (Investigational Drug Services,
D-492) for the study and sent to all investigational sites. Abbott Laboratories authorized
the release of clinical supplies once the appropriate essential documents were received
from the respective site and upon approval by Abbott Laboratories Regulatory Affairs.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical
                                                                                    6

All subjects were centrally randomized by site and assigned to a treatment group (using
the randomization supplied by Abbott Laboratories) using an Interactive Voice Response
System (IVRS). The IVRS was contracted from:

> ClinPhone Inc.
> 29 Emmons Drive, C40
> Princeton, NJ 08540

Blinded study medication for each randomized subject (using the randomization supplied
by Abbott Laboratories) was also assigned using the IVRS. Each site kept an accurate
inventory of the clinical supplies, including drug shipping and receiving documents,
dispensing/accountability records, and records for return of clinical supplies to Abbott
Laboratories. Clinical Research Associates (CRAs) from the CRO checked drug
accountability records regularly.

## 6.5    Central Laboratory

This study utilized 1 central laboratory. All protocol-specified clinical laboratory tests
were performed by the following central laboratory:

> Covance Central Laboratory Services
> 8211 SciCor Drive
> Indianapolis, IN 46214
> (800) 462-8887

The ABT-594 plasma assays were performed under the supervision of Raymond
Wieboldt, Ph.D. of the Drug Analysis Department of Abbott Laboratories, Abbott
Park, IL.

## 6.6    Administrative Structure

The administrative structure for this study is depicted in Figure 6.6a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066003

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                        7
R&D/01/171 - Clinical/Statistical



**Figure 6.6a    Administrative Structure**

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

## 7.0    Introduction

### 7.1    Analgesia Today

Pain is one of the most common reasons people consult a physician, representing an extraordinary societal burden. The cost of chronic pain has been estimated to range in the tens of billions of dollars annually.[1]

Currently there are 4 major groups of therapeutics for pain relief: 1) nonsteroidal anti-inflammatory drugs (NSAIDs/COX-2 inhibitors), 2) opioids, 3) adjuvant analgesics (e.g., tricyclic antidepressants), and 4) centrally acting non-narcotic analgesics (e.g., acetaminophen, tramadol). NSAIDs are most often used to treat mild to moderate pain associated with inflammation, but are ineffective in treating some types of nociceptive and neuropathic pain. Risks associated with NSAIDs include gastrointestinal bleeding and hepatic toxicity. COX-2 inhibitors may improve on this gastrointestinal profile, but other adverse events may become evident. Opioids are used for moderate to severe pain. Clinically significant physical dependence and tolerance to analgesia may occur in subjects receiving opioids regularly. In addition, constipation is a significant side effect. Adjuvant analgesics are commonly used for neuropathic pain. Unlike the other groups, the majority of adjuvant analgesics have a delayed onset of an analgesia because of their mechanism of action and the requirement for dose titration. Therefore, a class of compounds with a broad spectrum clinical activity, efficacy in moderate and severe pain, and without the liabilities of opioids, NSAIDs and other currently available analgesics would represent an important advance in pain relief.

### 7.2    ABT-594

Interest in the potential analgesic activity of compounds acting at neuronal nicotinic acetylcholine receptors (nAChRs) has been enhanced recently by the discovery that (±)-epibatidine, a potent nAChR agonist, is greater than 100-fold more potent than morphine in rodent models of antinociception.[2] The antinociceptive effects of (±)-epibatidine are blocked by the nAChR antagonist mecamylamine, but not by opioid receptor blockade. Thus, (±)-epibatidine appears to be a potent antinociceptive agent that acts via activation of neuronal nAChRs and not through opioid receptors. Unfortunately, (±)-epibatidine is

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

quite potent at all subtypes of the nAChR (neuronal, ganglionic, and neuromuscular junction) and is quite toxic at antinociceptive doses.[3] Because of nAChR diversity, however, it is possible that nAChR ligands with greater receptor subtype selectivity might have therapeutic utility at doses below those associated with side effects.

ABT-594 [(R)-5-(2-azetidinylmethoxy)-2-chloropyridine], is a non-opioid, non-NSAID analgesic. It is a novel neuronal nAChR ligand that is 30- to 100-fold more potent and equally efficacious to morphine in treating moderate to severe pain in several well-characterized animal models of nociception. ABT-594 modulates pain transmission by interacting with nAChRs, and not opioid receptors, at key regulatory sites along the pain pathway. It has both peripheral and central antinociceptive effects in preclinical models of acute thermal, persistent chemical, and neuropathic pain states.

To date, only systemic treatment with opioids like morphine has been reported to have this broad spectrum of analgesic activity. Like the opioids, ABT-594 can selectively modulate pain transmission by inhibiting substance P release from C-fibers at the level of the dorsal horn, and by activating the brainstem centers that provide descending inhibitory pathways known to gate painful stimuli. In contrast to morphine, repeated treatment with ABT-594 in pre-clinical studies did not produce withdrawal effects at termination of treatment, suggesting an absence of physical dependence liabilities.

In pre-clinical studies, ABT-594 distributes rapidly to the brain following systemic administration and, like morphine, may work at multiple levels in the central and peripheral nervous systems to modulate pain perception. Compounds like ABT-594 that can selectively modulate neuronal nAChR function and possess broad-based antinociceptive activity may provide a novel therapeutic approach to pain management that avoids the liabilities typically associated with opioid analgesics.

Initial clinical trials in humans were conducted using oral solution formulations. Subsequently, a soft elastic capsule (SEC) formulation and, later, a hard gelatin capsule (HGC) formulation were developed and used in clinical trials.

Phase I clinical trials of the oral solution formulations suggested that 150 µg/day would be the maximally tolerated dose. Subsequent experience in Phase I and II trials with the

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                    10
Study No. M99-114
R&D/01/171 - Clinical/Statistical

solid formulations (SEC and HGC), however, has suggested that higher doses would be
tolerated. Preliminary data from Study M99-076 demonstrated that the ABT-594 HGC
formulation was generally well tolerated at fixed (untitrated) doses up through 300 µg
BID for 14 days. Study M99-120[4] included titrated doses up through 450 µg BID for
5 days. Results from Study M99-120 suggested that a short period of dose escalation at
the initiation of therapy improved tolerability. Throughout the Phase I studies of
ABT-594, subjects generally tolerated ABT-594 better when dosing followed a meal and
after 3-4 days of repeated dosing (the period in which most adverse events occur).

To date, Phase II trials have included efficacy and safety studies of ABT-594 in molar
extraction, osteoarthritis and neuropathic pain. Based upon preliminary data from
Study M97-772, a study of molar extraction pain, 100 µg ABT-594 (single-dose oral
solution) appeared to be a minimally efficacious dose in acute pain.

A study of ABT-594 in osteoarthritis (M98-826)[5] evaluated the ABT-594 SEC
formulation at doses of 25, 50 and 75 µg BID for 3 weeks, and a study of ABT-594 in
neuropathic pain (M98-833),[6] evaluated the same formulation at doses of 25 and
75 µg BID for 3 weeks. Both studies suggested a trend towards analgesic effect at 75 µg
BID. In addition, 75 µg BID was generally well tolerated. The most common adverse
events (≥5%) for subjects receiving 75 µg BID ABT-594 in the osteoarthritis and
neuropathic pain studies (combined) were nausea (15%), headache (13%), dizziness
(7%), insomnia (6%) and vomiting (5%). ABT-594 appeared to be tolerated better after
the first week of therapy (an effect not related to premature discontinuations).

Data from the Phase I and II studies completed to date suggest that ABT-594 should be
generally well tolerated at doses higher than previously studied in Phase II trials (higher
than 75 µg BID). In addition, data from the Phase II trials suggest that, because a trend
toward analgesic efficacy was seen at 75 µg BID, a study of higher doses may
demonstrate greater analgesic efficacy. The current study, therefore, was performed to
test this hypothesis.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066007

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                           11
R&D/01/171 - Clinical/Statistical

## 8.0    Study Objective

The objective of this study was to compare the safety and analgesic efficacy of 150 µg,
225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who had painful
distal symmetric diabetic polyneuropathy, had an average of ≥4 points on the diary-based
Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase
(completed on at least 6 of the 7 days), and had ≥4 points on the site-based Pain Rating
Scale (11-Point Likert Scale) at the Baseline Visit.

## 9.0    Investigational Plan

### 9.1    Overall Study Design and Plan:  Description

This was a Phase II, randomized, double-blind, placebo-controlled, multicenter study to
examine the safety and analgesic efficacy of ABT-594 in subjects who had painful
diabetic polyneuropathy.  Approximately 320 subjects were to be assigned randomly in an
equal ratio to receive 1 of 4 treatments:  ABT-594 150 µg, 225 µg, 300 µg BID or placebo
for 49 days on an outpatient basis.  Approximately 30 sites were to be recruited in order
to enroll approximately 320 subjects who met entry criteria.

The study was divided into 5 phases:  Screening Phase (Day -22 to Day -8), Baseline Pain
Assessment Phase (Day -7 to Day -1), Primer Phase (Day 1 to Day 7), Treatment Phase
(Day 8 to Day 49) and Post-Treatment Phase (Day 50 to Day 59).  Day 1 was the first day
of study drug administration.  Subjects were allowed a window of ± 3 days for each study
visit.  A schematic of the study design is presented in Figure 9.1a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

**Figure 9.1a    Study Schematic**



ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Confidential
ABBT0066009

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                                13
R&D/01/171 - Clinical/Statistical

Subjects reviewed and signed the informed consent prior to the conduct of any study specific procedures. Subjects were screened for eligibility by medical history, physical examination, vital sign measurements, and clinical laboratory tests. Those subjects taking tricyclic antidepressants, serotonin-specific reuptake inhibitors (SSRIs), antiepileptic drugs, or other analgesics for the treatment of their pain were to have discontinued these drugs at least 7 days prior to the Baseline Pain Assessment Phase. During the Baseline Pain Assessment Phase, at approximately 11 AM each morning, subjects were to complete the diary-based Pain Rating Scale (11-Point Likert Scale) of their diabetic polyneuropathy pain intensity.

On the day after the Baseline Pain Assessment Phase, subjects returned to the site for their Baseline Visit (Day 1). At this visit, diaries were collected and reviewed. In addition, subjects were to complete the site-based Pain Rating Scale (11-Point Likert Scale). Subjects who met all entry criteria, including an average of ≥4 points on the diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days) and ≥4 points on the site-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Visit, completed the Neuropathic Pain Scale and SF-36™ Health Status Survey (Acute). Subjects underwent an interim medical history, physical examination, vital sign measurements, electrocardiogram (ECG), and clinical laboratory tests.

Subjects who met all entry criteria at the Baseline Visit were randomly assigned in an equal ratio into 1 of 4 treatment groups: ABT-594 150 μg, 225 μg, 300 μg BID, or placebo. Subjects started study drug at the evening dose on Day 1. During the Primer Phase, subjects received a fixed dose escalation of ABT-594 or placebo (Section 9.4.1). The dose was increased every 2 days in 75-μg BID increments until subjects were taking their assigned treatment dose (150 μg, 225 μg, or 300 μg BID). Following the Primer Phase, subjects entered the Treatment Phase (Day 8) and continued their treatment for a total of 49 days.

Throughout the course of the study, subjects were not permitted to take concomitant analgesics, except for limited doses of acetaminophen (3 grams daily maximum or 6 grams maximum during the Baseline Pain Assessment Phase, and 6 grams maximum

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                    14
Study No. M99-114
R&D/01/171 - Clinical/Statistical

per week for each of the 7 weeks of the Primer and Treatment Phases; Section 9.4.7).
Aspirin, 325 mg daily maximum, was permitted if taken for primary prevention of
thromboembolic events and the dose had been stable for ≥ 1 month prior to the Baseline
Visit. Subjects were not allowed to take analgesic medication (including acetaminophen)
within 24 hours of Treatment Visits I, II, III and IV.

Subjects were to complete the diary-based Pain Rating Scale each morning, 3 hours after
taking their morning dose of study drug (approximately 11 AM). They returned to the
site for study procedures on Day 14 (Treatment Visit I), Day 21 (Treatment Visit II) and
Day 35 (Treatment Visit III) and Day 49 (Treatment Visit IV). Procedures during
Treatment Visits I, II, III, and IV included collection of diaries (and issuance of the next
set of diaries at Treatment Visits I, II and III), and the following efficacy and safety
assessments: the site-based Pain Rating Scale, the Neuropathic Pain Scale, the Subject
and Clinician Global Impression of Change (Treatment Visit IV only), the SF-36™
Health Status Survey (Acute; Treatment Visit IV only), physical examination (Treatment
Visit IV only), vital sign measurements, clinical laboratory tests (Treatment Visits I, III
and IV), ECG (Treatment Visit IV only), and ABT-594 plasma assay collection
(Treatment Visits I and IV only). A subset of subjects at selected sites underwent
additional pharmacokinetic sampling at Treatment Visits I and IV.

On the day after Treatment Visit IV, subjects entered the Post-Treatment Phase. Subjects
no longer took study drug or completed pain scales. Subjects could have restarted all
discontinued medications under the guidance of their physician. Subjects returned for
study procedures at the Follow-Up Visit (7 to 10 days after their final study drug dose).
Procedures at the Follow-Up Visit included physical examination, vital sign
measurements, recording of any adverse events since Treatment Visit IV, and re-
examination of any abnormal ECG or clinical laboratory findings present at the previous
evaluation.

For those subjects who participated in clinical studies of ABT-594 and who consented, a
blood sample was collected in order to obtain a sample of genetic material
(deoxyribonucleic acid [DNA]). The DNA sample may be used at a later date to
investigate associations between genetic differences (polymorphisms) and differences in
the way subjects respond to treatment, in terms of efficacy or side-effects or both. If a

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

genetic factor in response is identified, it may allow the development of a diagnostic test to identify those most likely to benefit before actually taking the drug. The sample may also be used to identify genes involved in painful diabetic polyneuropathy.

Copies of the protocol and amendment, and the CRF are included in Appendices 16.1.1 and 16.1.2, respectively.

## 9.2    Discussion of Study Design, Including the Choice of Control Groups

The design of this study provided a placebo-control group to assess the analgesic efficacy of ABT-594. Double-blind, parallel-group designs are generally acknowledged as standard for unbiased estimates of treatment group differences. Validated pain scales were employed.

## 9.3    Selection of Study Population

Approximately 320 subjects were to be randomized and receive study medication in this study. A subject was randomized in this study provided that he/she met all of the inclusion criteria outlined in Section 9.3.1 and did not meet any of the exclusion criteria in Section 9.3.2.

### 9.3.1    Inclusion Criteria

A subject was to meet all of the following criteria within 22 days before the initial dose of study drug:

1. Prior to any study specific procedure, voluntary written informed consent was obtained from the subject after the purpose and nature of the study were explained.

2. The subject was age 18 or older and in relatively good health with a recent stable medical history.

3. The subject's weight was ≤ 265 pounds.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

16

4.  A female subject was to be non-lactating and:

    - of non-childbearing potential (either postmenopausal for at least 1 year or surgically sterile, including tubal ligation), or

    - of childbearing potential using oral or barrier contraceptive methods for at least 2 months preceding randomization (and continued the contraceptive method through the course of the study).

    All female subjects had a negative β subunit human chorionic gonadotropin (β-hCG) at the Baseline Visit. Female subjects of childbearing potential had a negative β-hCG at all Treatment Visits.

5.  The subject had a diagnosis of diabetes mellitus (Type I or Type II), a diagnosis of distal symmetric diabetic polyneuropathy, and good control (in the opinion of the investigator) of the subject's serum glucose for at least the last 3 months prior to the Screening Visit.

6.  The subject had distally and symmetrically decreased or lost vibratory, pin and/or light touch sensation on neurological exam and either decreased (or absent) deep tendon reflexes or documented abnormal nerve conduction study consistent with a distal symmetrical neuropathy.

7.  The location and quality of the pain under study were consistent with distal symmetric diabetic polyneuropathy in the opinion of the investigator.

8.  The subject had distal symmetric diabetic polyneuropathy symptoms (including pain) which were stable for at least the last 3 months prior to the Screening Visit (defined by the opinion of the investigator).

9.  The subject had an average of ≥4 points on the diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days) and ≥4 points on the site-based Pain Rating Scale (11-Point Likert Scale) at the Baseline Visit.

### 9.3.2    Exclusion Criteria

A subject was to be excluded from participation in the study for any of the following reasons:

1.  The subject had a positive test result for drugs of abuse or viral hepatitis at the Screening Visit, or had a known history of a positive test result for HIV.

2.  The subject had recent (<5 years) history of drug or alcohol abuse or dependence.

3.  The subject had an acute or chronic renal or hepatic disorder, psychiatric disease or disorder or any uncontrolled medical illness.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066013

4.  The subject had an active malignancy of any type or a history of malignancy
    (excluding basal cell carcinoma that had been treated or other malignancies that had
    been surgically removed and had no evidence of recurrence for a minimum of
    5 years prior to study start).

5.  The subject had taken an investigational drug within 1 month prior to
    administration of study treatment or was scheduled to receive an investigational
    drug other than ABT-594 during the course of this study.

6.  The subject had a diastolic blood pressure greater than 95 mm Hg and/or a systolic
    blood pressure greater than 170 mm Hg (sitting) at the Screening Visit.

7.  The subject had orthostatic hypotension (defined as a decrease in systolic blood
    pressure of at least 20 mm Hg or 10 mm Hg in diastolic blood pressure from supine
    to standing sustained after 1 minute of standing) at the Screening Visit, or a history
    of syncope or pre-syncopal symptoms.

8.  The subject had previously participated in a study involving ABT-594, including
    the present study.

9.  The subject had clinically significant abnormalities in clinical chemistry,
    hematology, or urinalysis, including aspartate aminotransferase (AST) or alanine
    aminotransferase (ALT) $\geq 1.5$ times the upper limit of the reference range, a serum
    creatinine >1.5 mg/dL or a hemoglobin $A_{1c}$ >11% (subjects may have had elevated
    serum and urine glucose).

10. The subject had clinically significant electrocardiographic abnormalities.

11. The subject had ongoing treatment with or expected treatment with any medication
    not allowed as described in Section 9.4.7, including at least 7 days prior to the
    Baseline Pain Assessment Phase.

12. The subject had a diagnosis of fibromyalgia, arthritis, bursitis, tendinitis, vascular
    disease or other painful disorders affecting the extremities (other than the
    neuropathy under study) that the subject could not differentiate from the neuropathy
    pain.

13. The subject had sympathetically maintained pain (e.g., Reflex Sympathetic
    Dystrophy, Causalgia), defined by the opinion of the investigator.

14. The subject was unlikely to comply with the study protocol or was unsuitable for
    any other reason, in the opinion of the investigator.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066014

### 9.3.3    Removal of Subjects from Therapy or Assessment

A subject could have voluntarily discontinued participation in the study at any time. The
investigator may also have decided, for medical reasons or protocol noncompliance, to
discontinue prematurely a subject's participation. The investigator was to notify the CRA
within 24 hours and document the reason for premature discontinuation on the
appropriate CRF.

Subjects whose participation was discontinued prematurely after signing study consent
but before study drug administration did not require follow-up observations. Subjects
whose participation was discontinued prematurely after study drug administration were to
undergo the procedures normally performed at Treatment Visit IV within 7 to 10 days
following discontinuation from the study.

If, in the judgment of Abbott Laboratories and possibly in consultation with the
investigators, continued exposure to a study drug represented a significant risk to
subjects, the study was to be terminated.

## 9.4    Treatments

### 9.4.1    Treatments Administered

Subjects were randomly assigned in an equal ratio to 1 of the following 4 treatment
groups:

> ABT-594 150 µg BID
> ABT-594 225 µg BID
> ABT-594 300 µg BID
> Placebo for ABT-594 BID

ABT-594 and matching placebo were supplied as Light Gray Opaque No. 1 HGCs.

During the Primer Phase, subjects received a fixed dose escalation of study drug. Study
drug was initiated at 75 µg BID. The dose was increased every 2 days in 75-µg BID
increments until subjects were taking their assigned treatment dose (150 µg, 225 µg, or
300 µg BID). The ABT-594 dose escalation scheme is presented in Table 9.4a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                              19
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Table 9.4a     ABT-594 Dose Escalation

| Treatment Group | Suggested Dosing Time | Days 1-7 | | | | | | | Day 8 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| 150 µg ABT-594 BID | 8 AM | | 75 µg | 75 µg | 150 µg | 150 µg | 150 µg | 150 µg | 150 µg |
| | 8 PM | 75 µg | 75 µg | 75 µg | 150 µg | 150 µg | 150 µg | 150 µg | 150 µg |
| 225 µg ABT-594 BID | 8 AM | | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 225 µg |
| | 8 PM | 75 µg | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 225 µg |
| 300 µg ABT-594 BID | 8 AM | | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 300 µg |
| | 8 PM | 75 µg | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 300 µg |

During the Primer Phase, subjects randomized to placebo received a fixed dose escalation of placebo BID, in a double-blind fashion.

Subjects started study drug at the PM dose on Day 1 (Section 9.4.5). The number and type of HGCs per dose for the Treatment Phase is presented in Table 9.4b.

## Table 9.4b     Number and Type of Capsules by Treatment Group

| Treatment Group | Number of Capsules Per Dose (Days 8-49) | |
| | Daily Blister Card (BID doses) | |
| | 75 µg ABT-594 HGC | Placebo ABT-594 HGC |
|---|---|---|
| ABT-594 150 µg BID | 2 | 2 |
| ABT-594 225 µg BID | 3 | 1 |
| ABT-594 300 µg BID | 4 | 0 |
| Placebo BID | 0 | 4 |

### 9.4.2     Identity of Investigational Product(s)

Information regarding the formulations used in this study is presented in Table 9.4c.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

20

## Table 9.4c    Identity of Investigational Products

| Test Preparation | Drug Product Lot # | Drug Substance Lot # | Source |
|---|---|---|---|
| ABT-594 75 µg HGC Formulation A-2 | 58-293-AR 61-312-AR | 52-015-KD-00 | Abbott[a] |
| Placebo HGC No. 1, Light Gray Opaque (Starch) | 55-243-AR-01 | not applicable | Abbott[a] |
| [a]    PARD Solids Pilot Plant, North Chicago, Illinois. | | | |

The ABT-594 75 µg HGC and placebo HGC were identical in appearance.

A listing of subjects receiving test preparations/investigational products from specific batches is presented in Appendix 16.1.6.

### 9.4.2.1    Packaging and Labeling

Study drug supplies were blinded and packaged in blister cards in accordance with a randomization schedule supplied by Abbott Laboratories (Department of Clinical Statistics). Daily study medication cards were provided to each subject.

Daily study medication cards were labeled with the Module Number (assigned by Abbott, via IVRS), New Product Research Order (NPRO) number, Abbott address, study number, contents, storage conditions and directions for use.

Space was provided on the label of each carton containing the daily study medication cards to record the subject initials and subject randomization number.

### 9.4.2.2    Storage and Disposition of Supplies

All clinical supplies were stored in a secure location until dispensed to a subject or until returned to Abbott Laboratories. All blinded study drug supplies were stored at controlled room temperature (68-77° F, see USP).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066017

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                    21
R&D/01/171 - Clinical/Statistical

### 9.4.2.3    Drug Accountability

The investigator or designee verified that study drug supplies were received intact and in the correct amounts. This was documented by signing and dating the Clinical Supplies Invoice or similar document. Study drug was dispensed after randomization and assignment of study medication by IVRS (Section 9.4.3) for each subject who met the enrollment criteria. The investigator or designee recorded the subject number, subject initials, and date the study drug was dispensed to the subject on the Abbott Laboratories Drug Accountability Form. The amount of study drug remaining was recorded at Treatment Visits I, II, III and IV for each subject on the M99-114 Final Drug Supply Reconciliation Summary by Investigator Form. An accurate running inventory of study drug was kept and included the NPRO number, Clinical Supplies Invoice number(s), the number of modules dispensed, and the date study drug was dispensed for each subject. An overall accountability of the study drug was performed and verified by the CRA throughout the study and at the site close-out visit. All supplies (unused and empty blister cards) were inventoried, accounted for, and returned to Abbott Laboratories. A copy of the Return of Investigational Drug Supplies for Disposal Form, in accordance with the instructions of the CRA, was also included in the shipment. The investigator agreed not to supply study medication to any persons not enrolled in the study or not named as a subinvestigator on FDA Form 1572.

### 9.4.3    Method of Assigning Subjects to Treatment Groups

The randomization schedule was computer-generated before the start of the study by Abbott Laboratories Department of Clinical Statistics. All subjects were centrally randomized by investigative site using an IVRS. Before the study was initiated, the telephone number and call-in directions for the IVRS were provided to each site.

Approximately 320 subjects were to be randomized in an equal ratio to receive either ABT-594 150 μg, 225 μg, 300 μg BID or placebo. Subjects were assigned randomization numbers in ascending numerical sequence per investigative site at the Baseline Visit.

The randomization schedule is presented in Appendix 16.1.7.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

22

### 9.4.4    Selection of Doses in the Study

ABT-594 doses (150 µg, 225 µg, and 300 µg BID) were selected on the basis of Phase I and Phase II studies, and represent doses below the maximally tolerated dose.  Phase II data suggested that ABT-594 doses greater than 75 µg BID may be efficacious in the relief of osteoarthritis and distal symmetrical neuropathy pain.

The selection of BID dosing for ABT-594 was based upon Phase I pharmacokinetic results.  ABT-594 doses for the Primer Phase (75 µg, 150 µg, and 225 µg BID) were selected based on Phase I safety and pharmacokinetic data.

### 9.4.5    Selection and Timing of Dose for Each Subject

During the Primer Phase, subjects started study drug at the evening dose on Day 1 within 1 hour following a meal (e.g., 8 PM).  Subjects then took BID doses of ABT-594 (75 µg, 150 µg, 225 µg or placebo during the Primer Phase and ABT-594 150 µg, 225 µg, 300 µg or placebo during the Treatment Phase) within 1 hour following a meal (e.g., at 8 AM and 8 PM).

Study drugs were to be taken with at least 1 cup (8 ounces) of water.

### 9.4.6    Blinding

Both the investigator and the subject remained blinded to the subject's treatment throughout the course of the study.  The study blind may have been broken if, in the opinion of the investigator, it was in the subject's best interest to know the study drug assignment. The sponsor was to be notified before breaking the blind, unless identification of the study drug was required for emergency therapeutic measures.  Blind breaking information was to be provided using IVRS.  Before the study was initiated, the telephone number and call-in directions for the IVRS were provided to each site.  The sponsor was to be notified within 48 hours of the blind being broken.  The date and reason for blind breakage were to be recorded on the appropriate CRF.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

23

### 9.4.7    Prior and Concomitant Therapy

At the Screening Visit, a history of medications used over the prior 2 weeks was taken.

Concomitant analgesics (prescription or over-the-counter [OTC], except aspirin and acetaminophen as described below), including (but not limited to) serotonin-specific reuptake inhibitors, mixed serotonin and norepinephrine reuptake inhibitors, tricyclic antidepressants, antiepileptic medications, sodium channel blockers (e.g., mexilitine), opioids, capsaicin, NSAIDs, COX-2 inhibitors, muscle relaxants, transcutaneous electrical nerve stimulation (TENS) and topical analgesics were not allowed.  In addition, St. John's Wort was not allowed.

Aspirin, 325 mg daily maximum, was permitted if taken for primary prevention of thromboembolic events and the dose had been stable for ≥1 month prior to the Baseline Visit.  Acetaminophen, 3 grams daily maximum, or 6 grams maximum during the Baseline Pain Assessment Phase and per week, for each of the 7 weeks of the Primer and Treatment Phases, was permitted.  Subjects were not allowed to take analgesic medication (including acetaminophen) within 24 hours of the Baseline and Treatment Visits I, II, III and IV.

If the administration of any concomitant medication was necessary during the course of this study, the medication name, dosage information, frequency and dates of administration was reported on the CRF.  Concomitant analgesic medication use (frequency only) was recorded separately on the Concomitant Analgesic Medication Use CRF at the Baseline Visit and at Treatment Visits I, II, III and IV.  The concomitant medication use record included the number of separate occasions each subject had used protocol-allowed (limited amounts) acetaminophen and any other analgesic (taken as a protocol violation) since the subject's previous visit.

### 9.4.8    Treatment Compliance

In order to document compliance with the treatment regimen, subjects were instructed to return all medication cards and cartons (even if empty) to the study coordinator at Treatment Visits I, II, III and IV.  Treatment compliance was documented by the investigator or designee on the M99-114 Final Drug Supply Reconciliation Summary by

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066020

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

24

Investigator Form and on the appropriate CRF. Overdose information was collected on the appropriate CRF.

## 9.5    Efficacy, Pharmacokinetic and Safety Variables

### 9.5.1    Efficacy, Pharmacokinetic and Safety Measurements Assessed and Flow Chart

Study procedures were performed as summarized in Table 9.5a, Study Procedures Flow Chart.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066021

No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Table 9.5a    Study Procedures Flow Chart

| Study Activity | Screening Phase (D-22 and D-8) Screening Visit | Baseline Pain Assessment Phase (D-7 to D-1) D-7 to D-1 | Primer Phase D1-D7 Baseline Visit D1 | D2-D7 | D8-D49 | Treatment Phase D8-D49 Treatment Visit D14 I | D21 II | D35 III | D49 IVa | Post-Treatment Phase D50-D59 Follow-Up Visit D56 to D59 |
|---|---|---|---|---|---|---|---|---|---|---|
| Informed Consent | X | | | | | | | | | |
| Medical History | X | | Xb | | | | | | | |
| Physical Exam | Xc | | X | | | | | | | |
| Vital Signs | Xd | | Xe | | | X | X | X | X | X |
| ECG | X | | X | | | | | | | Xf |
| Clinical Laboratory Tests[g] | X | | X | | | | | | X | Xf |
| Viral Hepatitis Screen | X | | | | | | | | | |
| Urine Drug and Alcohol Screen | X | | | | | | | | | |
| Pregnancy Test | | | X | | | Xh | Xh | Xh | Xh | |
| Genetic Polymorphism Sample (If Applicable) | | | X | | | | | | | |
| ABT-594 Plasma Assay | | | X | | | X | X | X | X | X |
| ABT-594 Pharmacokinetic Profile[i] | | | X | | X | | | | | |
| Diary Issued | | X | | | | | | | | |
| Diary Collected | | | | | X | | | | | |
| Diary-Based Pain Rating Scale[j] | | | X | X | X | X | X | X | X | |
| Site-Based Pain Rating Scale | | | X | | | X | X | X | X | X |
| Neuropathic Pain Scale | | | X | | | X | X | X | X | |
| Subject/Clinician Global Impression of Change | | | | | | X | X | X | X | |
| SF-36™ | | | X | | | | | | X | X |
| Randomize Subject | | | X | | | | | | | |
| Dispense Study Drug | | | X | | | Xk | X | X | X | |
| Analgesic Use Monitoring | | | X | | X | X | X | X | X | X |
| Adverse Event Monitoring | | | X | | X | X | X | X | X | X |
| Concomitant Medication Monitoring | | | X | | X | X | X | X | X | X |
| Study Drug Accountability | | | | | | X | X | X | X | X |

a. Or upon premature discontinuation.
b. Interim history.
c. Included height.
d. Included orthostatic measurements at Screening Visit only.
e. Included oral temperature at Baseline Visit only.
f. Performed only if there were clinically significant abnormalities at the previous evaluation.
g. Chemistry, hematology and urinalysis.
h. Required of all females of child-bearing potential.
i. Study drug was to be taken in front of study staff. Blood samples from selected subjects were taken just prior to dosing (0 hour), and at 1, 3, 5, and 8 hours after dosing at selected sites only.
j. To be completed at approximately 11 AM each morning during the Baseline Pain Assessment Phase and approximately 3 hours after the morning dose during the Primer and Treatment Phases.
k. Redispensed study medication for days 15-20 after checking drug accountability.

Confidential
ABBT0066022

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### 9.5.1.1    Efficacy Measurements

Prior to any efficacy measurements, a trained site observer instructed the subject on how to perform and record all pain assessments.

The baseline for all efficacy measurements (except for the diary-based Pain Rating Scale) was the last evaluation performed prior to receiving the first dose of blinded study drug on Day 1. Baseline measurement for the diary-based Pain Rating Scale was the average of the last 7 pain scores prior to Day 1 of the study.

Efficacy assessments included the diary- and site-based Pain Rating Scale (11-Point Likert Scale), the Neuropathic Pain Scale, the Subject Global Impression of Change, Clinician Global Impression of Change, and SF-36™ Health Status Survey (Acute).

Efficacy measurements were to be performed 3 to 4 hours post dose, when possible.

### Pain Rating Scale (11-Point Likert Scale)

Subjects were to assess pain intensity daily by completing the Pain Rating Scale in their diaries. These assessments were to be completed daily at approximately the same time each morning (approximately 11 AM) during the Baseline Pain Assessment Phase and daily at the same time each morning (approximately 3 hours after the morning dose of study medication) during the Primer and Treatment phases. Subjects were to record the time they completed the assessments in their diaries.

Subjects also were to assess pain intensity by completing the Pain Rating Scale at the Investigative Site. These assessments were to be completed at the Baseline Visit and at Treatment Visits I, II, III, and IV (or upon premature discontinuation). The time of assessment was recorded on the appropriate CRF.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066023

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

27

**Neuropathic Pain Scale**

The Neuropathic Pain Scale was completed by subjects at the Baseline Visit and at Treatment Visits I, II, III, and IV (or upon premature discontinuation).

**Subject Global Impression of Change**

The Subject Global Impression of Change of analgesic relief due to study drug was performed at Treatment Visit IV (or upon premature discontinuation).

**Clinician Global Impression of Change**

The Clinician Global Impression of Change of a subject's analgesic relief due to study drug was performed at Treatment Visit IV (or upon premature discontinuation).

**SF-36™ Health Status Survey (Acute)**

The SF-36™ Health Status Survey (Acute) was completed by each subject at the Baseline Visit and at Treatment Visit IV (or upon premature discontinuation).

**9.5.1.2    Safety Measurements and Procedures**

**Informed Consent**

The investigator or designated representative explained the nature of the study to the subject and answered all questions regarding this study.  Prior to any screening procedures being performed on the subject, the informed consent statement was reviewed, signed, and dated by the subject and by the person who administered the informed consent.  A copy of the informed consent form was given to the subject and the original was placed in the subject's medical record.  An entry was also made in the subject's dated source documents to confirm that informed consent was obtained prior to any study related procedures and that the subject received a signed copy.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066024

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

28

### Medical History

A complete medical history was obtained from each subject during the Screening Visit. In addition, history of tobacco and alcohol use, and medication (prescription or OTC) use over the 2 weeks prior to screening was recorded. The medical history was updated at the Baseline Visit.

### Physical Examination

A physical examination, including weight, was performed at the Screening Visit, Baseline Visit, Treatment Visit IV, and Follow-Up Visit. Height was measured at the Baseline Visit only. The physical examination performed at the Baseline Visit served as the baseline physical examination.

### Vital Signs

Blood pressure, pulse rate and respiration rate were measured at the Screening Visit, Baseline Visit, Treatment Visits I, III, and IV, and Follow-Up Visit. Orthostatic blood pressure and pulse rate were measured at the Screening Visit only. Oral temperature was taken at the Baseline Visit only. Vital sign measurements at the Baseline Visit served as the baseline vital sign measurements.

Protocol-specified blood pressure and heart rate measurements (except orthostatic) were obtained after the subject had been sitting for at least 3 minutes. Orthostatic measurements were obtained after 3 minutes in the supine position and then after 1 minute in the standing position. Ideally, the subject's blood pressure was to be measured in the same arm by the same study personnel using the same instrument.

Blood pressure and heart rate measurements were to precede, not follow, scheduled blood draws. Subjects were kept as calm and undisturbed as possible during blood pressure and heart rate measurements.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                    29
R&D/01/171 - Clinical/Statistical

### Electrocardiogram (ECG)

A resting 12-lead ECG was obtained at the Baseline Visit and at Treatment Visit IV.
An ECG was performed at the Follow-Up Visit only if clinically significant
abnormalities were present on the previous evaluation.  The ECG performed at the
Baseline Visit served as the baseline ECG.

A qualified physician interpreted the ECG.  One copy of each 12-lead ECG and
physician's report was retrieved by the CRA with the CRF.

### Clinical Laboratory Testing

Samples were obtained for the clinical laboratory tests presented in Table 9.5b at the
Screening Visit, Baseline Visit, and Treatment Visits I, III, and IV.  Laboratory tests
were obtained at the Follow-Up Visit only if clinically significant abnormalities were
present on the previous evaluation.  The laboratory test results obtained at the
Baseline Visit served as the baseline results (except for hemoglobin $A_{1c}$, for which
the result obtained at the Screening Visit was used as the baseline result).  Blood
draws were to be performed after pain assessments or vital sign determinations during
a visit.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

30

### Table 9.5b     Clinical Laboratory Tests

| Hematology | Blood Chemistry | Urinalysis |
|---|---|---|
| Hematocrit<br>Hemoglobin<br>Red Blood Cell (RBC) count<br>White Blood Cell (WBC) count<br>Neutrophils<br>Monocytes<br>Bands<br>Basophils<br>Eosinophils<br>Lymphocytes<br>Hemoglobin $A_{1c}$ (Screening Visit and Treatment Visit IV only)<br>Mean Corpuscular Hemoglobin (MCH)<br>Mean Corpuscular Hemoglobin Concentration (MCHC)<br>Mean Corpuscular Volume (MCV)<br>Platelet count (estimate was not acceptable)<br>Prothrombin Time (PT)<br>Partial Thromboplastin Time (PTT) | Blood Urea Nitrogen (BUN)<br>Creatinine<br>Total Bilirubin<br>Aspartate Aminotransferase/<br>    Serum Glutamic-Oxaloacetic Transaminase (AST/SGOT)<br>Alanine Aminotransferase/<br>    Serum Glutamic-Pyruvic Transaminase (ALT/SGPT)<br>Lactate Dehydrogenase (LDH)<br>Alkaline Phosphatase<br>Sodium<br>Potassium<br>Chloride<br>Calcium<br>Inorganic Phosphorus<br>Uric Acid<br>Bicarbonate<br>Cholesterol<br>Total Protein<br>Glucose<br>Triglycerides<br>Albumin | Specific gravity<br>Ketones<br>pH<br>Bilirubin<br>Protein<br>Blood<br>Glucose<br>Microscopic evaluation |

A central laboratory was utilized to process and provide results for the clinical laboratory tests.

The investigator reviewed all laboratory test results and assessed the clinical significance for each abnormal result. All laboratory test results that were considered clinically significant by the investigator were followed to satisfactory resolution. A copy of each laboratory report was included with the CRF.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066027

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

31

### Viral Hepatitis Screen

At the Screening Visit, subjects underwent serological evaluation for viral hepatitis (hepatitis A virus IgM antibody, hepatitis B virus surface antigen, and hepatitis C virus antibody). The hepatitis test panel was performed by the central laboratory.

### Urine Drug Screen and Alcohol Screen

Urine specimens, collected at the Screening Visit, were tested for drugs of abuse and alcohol by the central laboratory.

### Pregnancy Test

A urine pregnancy test was performed by designated study personnel at the Baseline Visit for all female subjects and at Treatment Visits I, II, III, and IV for female subjects of childbearing potential. A lactating or pregnant female was not eligible for participation in this study.

### Adverse Events

An adverse event is defined as any unexpected event(s) such as a disease, syndrome, sign, symptom, and/or laboratory finding associated temporally with the use of drug in humans, whether or not thought to be drug-related and whether observed by the investigator or reported by the subject. Subjects were instructed to contact the investigator if an adverse event occurred so that appropriate action could be taken.

All adverse events, whether in response to a query, observed by site personnel, or spontaneously reported by the subject were reported on the appropriate CRF. All adverse events and post-treatment laboratory abnormalities considered clinically significant by the investigator were followed to a satisfactory resolution.

The investigator assessed and recorded any adverse event in detail on the adverse event CRF including the date of onset, description, final diagnosis (if known),

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066028

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

32

severity, time course, duration and outcome, relationship of the adverse event to study drug, an alternate etiology for the event, and action taken. For adverse events to be considered as sporadic, the events must have been of a similar nature and severity.

The investigator used the following definitions to rate the severity of each adverse event:

| Mild | The adverse event is transient and easily tolerated by the subject. |
|---|---|
| Moderate | The adverse event causes the subject discomfort and interrupts the subject's usual activities. |
| Severe | The adverse event causes considerable interference with the subject's usual activities and may be incapacitating or life-threatening. |

The investigator used the following definitions to assess the relationship of the adverse event to the use of study drug:

| Probably Related | An adverse event has a strong temporal relationship to study drug or recurs on rechallenge and another etiology is unlikely or significantly less likely. |
|---|---|
| Possibly Related | An adverse event has a strong temporal relationship to study drug and an alternative etiology is equally or less likely compared to the potential relationship to study drug. |
| Probably Not Related | An adverse event has little or no temporal relationship to the study drug and/or a more likely alternative etiology exists. |
| Not Related | An adverse event is due to an underlying or concurrent illness or effect of another drug and is not related to the study drug (e.g., has no temporal relationship to study drug or has a much more likely alternative etiology). |

If an investigator opinion of possibly related, probably not related, or not related to study drug was given, an alternate etiology was provided for the adverse event.

Adverse events (including those that met regulatory criteria for a serious adverse event) were monitored continuously from the time of study drug administration to the

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                          33
R&D/01/171 - Clinical/Statistical

Follow-Up Visit. In addition, adverse events spontaneously reported to the
investigator after completion of the Treatment Phase (or after premature
discontinuation) were collected up to 30 days after drug discontinuation and reported
to Abbott Laboratories. Subjects were instructed to report to the investigator any
other adverse events that occurred after the Follow-Up Visit.

Serious adverse events, as well as adverse events that the investigator considered to
be related to study design and/or procedures, that occurred after signing the informed
consent and prior to the first dose of study drug were also collected.

Any abnormal laboratory value or change in vital signs was not documented as an
adverse event unless it was a reason for premature discontinuation from the study,
required treatment, or met regulatory criteria for a serious adverse event.

Ongoing medical conditions were considered adverse events if there was an increase
in severity or frequency of occurrence. Since measurements of pain intensity were
efficacy measurements in this study, an increase in severity or frequency of
occurrence of the pain under study was not considered an adverse event for the
purposes of this study.

**Serious Adverse Events**

If an adverse event met any of the following criteria, whether related to study drug or
not, the investigator and other professional personnel in attendance was to be notified
as soon as possible for the appropriate action. The investigators were to notify Abbott
Laboratories by telephone within 24 hours of being made aware of any serious
adverse event. In addition, a written confirmation of the occurrence, including any
supplementary data, was to be sent within 3 days of the telephone report.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066030

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                      34
R&D/01/171 - Clinical/Statistical

| Death of Subject: | An event which results in the death of a subject. |
| Life-Threatening: | An event that, in the opinion of the investigator, would have resulted in fatality if immediate medical intervention had not been taken. This does not include an event that would have been fatal if it had occurred in a more severe form. |
| Hospitalization: | An event that results in an admission to the hospital for any length of time. This does not include an admission to the emergency room or outpatient facility. |
| Prolongation of Hospitalization: | An event which occurs while the study subject is hospitalized and that prolongs the subject's hospital stay. |
| Persistent or Significant Disability/Incapacity: | An event which results in a condition that interferes with the activities of daily living of a study subject (e.g., permanent loss of vision). |
| Congenital Anomaly: | An anomaly detected at or after birth, or any anomaly that results in fetal loss. |
| Important Medical Event Requiring Medical or Surgical Intervention to Prevent Serious Outcome: | An important medical event that, based on medical judgement, may not be immediately life-threatening or result in death or hospitalization, but may jeopardize the subject or require medical or surgical intervention to prevent one of the other outcomes listed in the "serious" definition (e.g., allergic bronchospasm requiring intensive treatment in the home or emergency room, blood dyscrasias, convulsions that do not result in inpatient hospitalization, or the development of drug dependency or drug abuse). |

In addition, miscarriage/spontaneous and elective abortions were to be reported to Abbott Laboratories as serious adverse events.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066031

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                              35
R&D/01/171 - Clinical/Statistical

**9.5.2     Appropriateness of Measurements**

All efficacy measurements in this study were validated and considered standard for this
population.  All clinical and laboratory procedures in this study were standard and
generally accepted.

**9.5.3     Efficacy Variables**

**9.5.3.1     Primary Variable**

The primary efficacy measurement was the change from baseline of the average diary-
based Pain Rating Scale (11-Point Likert Scale) score from each subject's diary to the
corresponding average of the last 7 days on study drug.  The baseline pain score for
the diary data was defined as the average of the last 7 pain scores prior to receiving
the first dose of blinded study drug on Day 1 of the study.

**9.5.3.2     Secondary Variables**

Change from baseline to final and each scheduled evaluation was calculated for each
of the following secondary efficacy variables:

- Diary-based Pain Rating Scale (11-Point Likert Scale), change from baseline to
  each evaluation only
- Site-based Pain Rating Scale (11-Point Likert Scale)
- Neuropathic Pain Scale
- Subject Global Impression of Change
- Clinician Global Impression of Change
- SF-36™ Health Status Survey (Acute), including sub-domains [(i) Physical
  Functioning, (ii) Role Physical, (iii) Bodily Pain, (iv) General Health, (v)
  Vitality, (vi) Social Functioning, (vii) Role Emotional, (viii) Mental Health][7]
  physical component summary (PCS), and mental component summary (MCS).[8]

The pain evaluations recorded at the Baseline Visit were used as the baseline score for
pain evaluations assessed at the investigative site.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                  36
R&D/01/171 - Clinical/Statistical

### 9.5.4    Drug Concentration Measurements

Blood samples for ABT-594 plasma assay were to be collected from all subjects at
Treatment Visits I and IV. One blood sample (approximately 7 mL) was to be collected
into a sodium heparin evacuated collection tube at each visit. Blood draws were to be
performed after any pain assessments or vital sign determinations during a visit. For
subjects who prematurely discontinued, a blood sample was to be taken for ABT-594
assay at the premature discontinuation visit, and the exact time at which the prior dose
was taken was to be recorded.

For those subjects participating in the additional pharmacokinetic sampling for
pharmacokinetic profile (approximately 30 subjects), blood samples were collected at
Treatment Visits I and IV.

After establishing the time of the Treatment Visit, the subject was instructed to take the
preceding day's study drug as close as possible to 8 PM. At the office visit, the study
medication was taken in the presence of the office staff in order to allow proper and
accurate recording of blood collection times relative to dosing. The time of the visit
accommodated a target time for the morning dose of 12 hours after the preceding
evening's dose. Blood samples were collected as follows: just prior to dosing (0 hour)
and at 1.5, 3, 5, and 8 hours after the morning dosing. Subjects received their 8 PM dose
as scheduled. Subjects were confined at the site until the 8-hour blood sample was
collected.

All blood samples were immediately stored at 4°C or below. The samples were to be
separated by centrifugation within 1 hour after collection. The supernatant was to be
transferred by polypropylene pipettes into plastic vials clearly marked as "Assay Plasma"
and labeled with the study drug number, protocol number, subject number, initials, and
date and time of sample collection. This information was also recorded on the
appropriate CRF. All labeled plastic vials were placed in a rack to prevent breakage.
Plasma samples for determination of ABT-594 were frozen at -5°C or colder within

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

37

1 hour from centrifugation.  All specimens were kept frozen at -5ºC or colder until packed in solid carbon dioxide (dry ice) for shipment to Abbott Laboratories.

The time and date of each subject's morning dose on the days of plasma assay blood draws, the time and date of the meal eaten prior to the morning dose, and the time and date of the evening dose on the day prior to the plasma assay blood draws were recorded on the CRF.

Details of the ABT-594 assay methodology will be presented in the Clinical Pharmacokinetic Report.

### 9.5.5    Pharmacokinetic Variables

For the subset of subjects who underwent additional pharmacokinetic sampling at Treatment Visits I and IV, values of AUC, $C_{max}$, and $C_{trough}$ were to be calculated using noncompartmental methods.

### 9.5.6    Blood Samples for Genetic Polymorphism Analysis

Two 10 mL whole blood samples were collected in purple top (EDTA) tubes at the Baseline Visit and shipped immediately at ambient or refrigerated temperature to Covance Central Laboratory Services.

If clear differences in response are noted during the clinical development of ABT-594 and believed to be genetically related, these samples may be analyzed as part of a multicenter, multistudy project to identify genetic factors involved in the response to ABT-594 or drugs of this class.  The specific response may be related to efficacy or safety, or both. The results of this potential analysis are not reported with this study summary.  The samples may also be used for development of a diagnostic test for drug response.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066034

ABT-594 (ABBOTT-165594)                                                                    38
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## 9.6  Data Quality Assurance

Prior to the initiation of this protocol, an investigator's meeting was held with Abbott
personnel, the investigators and their study coordinators, the CRO's project manager and
CRAs. This meeting entailed a detailed discussion of the protocol, CRF completion, and
specimen collection methods. In addition to the investigator's meeting, the study
personnel at each site were trained on the study procedures by a CRA at a study initiation
visit and given a CRF completion workbook for reference. The CRAs monitored each
site approximately every 4 weeks. At each visit, 100% source-document review was
made against the entries on the CRFs and a quality-assurance check was performed to
ensure that the investigator was complying with the protocol and regulations. The
investigator agreed to provide Abbott Laboratories (or designee) access to all source
documents in order to verify CRF entries. In addition, after CRFs were retrieved by the
CRA, a review of the data was conducted by a physician and a clinical review team at
Abbott Laboratories.

The SF-36™ Health Status Survey (Acute) was recorded directly on the CRF and was
considered source data.

All CRFs were to be legible and completed in black ball point ink. All corrections were
initialed and dated by the investigator or designated assistant. The investigator reviewed
the CRFs for completeness and accuracy and signed and dated the set of CRFs where
indicated.

Each CRF was printed on 3-part no carbon required (NCR) paper. The forms consisted
of a white, yellow and pink copy. The white and yellow copies of the completed, verified
CRF were collected by the CRA and the pink copy was retained at the investigative site.

Data captured on the CRF were entered into the database by a double-key entry procedure
at Abbott Laboratories. Discrepancies against the hard-copy CRF were reviewed and
corrected on-line. After completion of the entry process, computer logic checks were run
to check for such items as inconsistent study dates and outlying laboratory values, and

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                            39
R&D/01/171 - Clinical/Statistical

any necessary corrections were made to the database and documented via addenda or
audit trail.

The laboratory results were electronically transferred from the central laboratory to the
study database. A final review of all laboratory results was conducted by a physician and
clinical review team at Abbott Laboratories.

## 9.7     Statistical Methods Planned in the Protocol and Determination of Sample Size

### 9.7.1     Statistical and Analytical Plans

All statistical tests were 2-tailed and considered statistically significant if the P-value
(Type 1 error rate) was less than or equal to 0.05 (when rounded to 3 decimal places).

For all efficacy and safety endpoints, comparisons of primary interest were between each
ABT-594 treatment group and the placebo group, along with an assessment of ABT-594
linear dose response. Appropriate secondary comparisons were to be made as considered
necessary. No statistical adjustments were made for multiple comparisons.

The baseline for all variables (except for the diary-based Pain Rating Scale) was the last
measurement obtained prior to the subject receiving the first dose of blinded study drug
on Day 1. Baseline measurement for the diary-based Pain Rating Scale was the average
of the last 7 pain scores prior to the subject receiving the first dose of blinded study drug
on Day 1.

#### 9.7.1.1     Data Sets Analyzed

Efficacy analyses were to be performed for 2 sets of data:  intent-to-treat (ITT)
subjects and evaluable subjects.  Subjects who received at least 1 dose of study drug
with at least 1 diary-based baseline and at least 1 post-dose pain assessment for the
diary-based Pain Rating Scale (11-Point Likert Scale) were included in the ITT

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

analyses. The evaluable dataset included subjects who received at least 7 days of study drug with at least 1 baseline and at least 1 post Day 7 pain assessment for the diary-based Pain Rating Scale. Safety analyses were performed with all randomized subjects who received at least 1 dose of study drug.

### 9.7.1.2    Demographic and Other Baseline Characteristics

Baseline comparability among treatment groups for the reasons for premature discontinuation, demographic and baseline pain assessment measurements was assessed. The analyses were performed using 1 or more of the following methods: a 1-way analysis of variance (ANOVA) with treatment group as the main effect for quantitative variables, the Cochran-Mantel-Haenszel (CMH) test for equal row means for ordered categorical variables, and the Fisher's exact test (or its generalization to $r \times c$ tables) for qualitative variables.

### 9.7.1.3    Efficacy Analyses

For all efficacy variables (except the diary-based Pain Rating Scale), the baseline measurement was the last measurement obtained prior to the subject receiving the first dose of blinded study drug on Day 1. Baseline for the diary-based Pain Rating Scale was the average of the last 7 pain scores prior to Day 1 of the study. Change from baseline to each scheduled evaluation was calculated for all efficacy variables (except both Global Impression of Change scores).

**Primary Efficacy Analysis**

The primary efficacy measurement was the change from baseline of the average diary-based Pain Rating Scale (11-Point Likert Scale) score from each subject's diary to the corresponding average of the last 7 days on study drug.

Treatment groups differences for the primary efficacy variable were evaluated using a 2-way ANOVA with factors for treatment group, study center, and the treatment

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

group by study center interaction. If the interaction term was not statistically significant at the 0.10 level, the primary efficacy analysis for the treatment group differences was to be the 2-way ANOVA with factors for treatment group and study center, but without the interaction term. If some study centers had fewer than 1 subject per treatment group in the ITT dataset, data from such centers were to be combined for analysis.

**Secondary Efficacy Analysis**

Treatment group differences in the mean change from baseline to the final evaluation for the Neuropathic Pain Scale, SF-36™ Health Status Survey (Acute), including 8 sub-domains and PCS and MCS, and the site-based Pain Rating Scale (11-Point Likert Scale) score were assessed using a 2-way ANOVA as described in the above Primary Efficacy Analysis subsection. The actual scores of each of the Subject and Clinician Global Impression of Change were analyzed using the CMH test for equal row means with study centers as strata. SF-36™ PCS and MCS could have also been analyzed using appropriate regression analysis (with possible factors for demographic variables, treatment and time).

Additionally, treatment group differences in the change from baseline to each scheduled evaluation were assessed, as described for the change from baseline to the final evaluation for the Neuropathic Pain Scale and the site-based Pain Rating Scale (11-Point Likert Scale). For the diary-based Pain Rating Scale (11-Point Likert Scale), change from baseline to each scheduled evaluation was analyzed using the last 7 days prior to each scheduled visit. Subject and Clinician Global Impression of Change was evaluated using CMH methodology on actual scores.

If indicated, exploratory analyses were to be performed on change from baseline pain scores, such as analysis of covariance (ANCOVA), with baseline pain scores as the covariate.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066038

Dose response for ABT-594 was explored using both a parametric regression model and nonparametric tests, with and without placebo included. If the effect of investigator sites was not significant, then the nonparametric Jonckheere-Terpstra test was to be used instead of Page's test to assess dose response of ABT-594.

Other analyses were to be performed as appropriate.

**Missing Data**

Two sets of analyses, corresponding to the handling of missing observations, were performed on the efficacy variables. The "last observation carried forward" (LOCF) analyses used the completed pain evaluation from the previous visit for site-based pain scores and the pain evaluation from the previous days for diary data as an estimate of the missing data. Thus, in the LOCF analysis, every subject in the analysis had data for each specified evaluation. This technique reduces the bias caused by subjects who prematurely discontinue for lack of efficacy. The "observed cases" (OC) analysis did not estimate the missing evaluation, and a subject who did not have pain evaluation on a scheduled visit was excluded from the OC analysis for that visit.

In the event of data missing from the individual items in the Neuropathic Pain Scale and SF-36™ Health Status Survey (Acute), the estimated score of the missing item was calculated, when less than ½ (within the scale of interest) of items are non-missing, as follows:

1.  Calculate the ratio of the total score of the scale (the non-missing items) divided by the maximum possible total score for the non-missing items,

2.  Multiply the maximum possible scores for the missing item by the ratio obtained in Step 1 above.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

43

### 9.7.1.4    Pharmacokinetic Analyses

The maximum observed plasma concentration ($C_{max}$), the time to $C_{max}$ ($T_{max}$), and the trough plasma concentration ($C_{trough}$) were to be obtained directly from the plasma concentration-time data. The area under the plasma concentration-time curve during a dosing interval (AUC) were to be obtained by the trapezoidal rule, using the Hour 0 concentration value for the Hour 12 value, or by some other appropriate methodology.

To assess dose proportionality and time invariance, $T_{max}$, dose-normalized $C_{trough}$ and log-transformed dose-normalized AUC and $C_{max}$ from the subset of subjects participating in the additional pharmacokinetic sampling were to be subjected to a mixed effects model analysis. The model was to include dose, visit (Treatment Visit I and Treatment Visit IV), and dose by visit interaction as fixed effects. Age, body weight, nicotine-use status, and other variables that may have accounted for variability in pharmacokinetics were to be included as covariates. The study center factor was to be included in the initial model, including a center main effect and, interaction of center with other factors. The center factor, or at least the interaction terms involving center, were to be dropped from the model if they explained little of the variability in the data. If the number of subjects who had only Treatment Visit I data and not Treatment Visit IV data exceeded 20% of the subjects with additional pharmacokinetic sampling, then the analyses were also to be performed for each visit separately. The hypothesis of invariance with dose was to be tested by comparing the 300 µg BID dose versus the 150 µg BID dose. If the hypothesis of dose proportionality was rejected in a comparison, then the 225 µg BID dose was to be compared to each of the 150 and 300 µg BID doses. If the visit by dose interaction was statistically significant, then a comparison was to be made for each visit.

An exploratory analysis was also to be performed on the data set obtained from all subjects (including those who did not participate in the additional pharmacokinetic sampling). This analysis was to take into account the appropriate time of sampling

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

relative to dosing. The questions of dose proportionality and change from Treatment Visit I to Treatment Visit IV were to be considered in this analysis.

If there was some evidence from the data of this study that ABT-594 was efficacious, then the relationship between ABT-594 plasma concentration and the primary efficacy variable was to be explored, using data from ABT-594 and placebo treatment groups or from ABT-594 treatment groups alone. One exploration was to utilize the data of all subjects. An analysis using only the data of subjects undergoing additional pharmacokinetic sampling was also to be performed. The model was to include effects for efficacy variable baseline value and for visit. The center factor was to be incorporated appropriately. The dependency of the measurements from the same subject was to be accounted for. Other analyses were to be performed as necessary.

### 9.7.1.5    Safety Analyses

All subjects who received at least 1 dose of study drug were evaluated for safety.

Adverse events were coded using the COSTART V9 dictionary. Treatment-emergent adverse events (i.e., those which began or worsened in severity after randomized study drug was taken) were tabulated by body system and COSTART term for each treatment group. Treatment group differences were evaluated using Fisher's exact test for the proportion of subjects reporting a particular adverse event. A summary of the severity, relationship to study drug, incidence and prevalence across time of all treatment-emergent adverse events, tabulated by COSTART term and body system, was presented for each treatment group. Analyses by subgroup were performed as appropriate.

Laboratory data were analyzed using a 1-way ANOVA with treatment as the main effect. The primary analyses were the change from baseline to the minimum, maximum, and final values during the study for each laboratory variable.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Additionally, the number and percentage of subjects with shifts from baseline to the final values using criteria for limits for statistical analysis and normal ranges to define categories (low, normal, high and missing) was summarized.

Laboratory data values were categorized as low, normal, or high based on normal ranges of the central laboratory used in this study. Low or high laboratory values were flagged in the data listings. In addition, laboratory results which satisfied the criteria for limits for statistical analysis were identified.

Mean changes from baseline to the minimum, maximum and final values for vital signs and ECG were analyzed in a similar manner as described for laboratory data above. Vital sign and ECG results which satisfied the criteria for below and above limits were identified.

Concurrent medication use was summarized by treatment group.

Additional safety analyses were to be performed as indicated.

### 9.7.2    Determination of Sample Size

The study was designed to enroll approximately 320 subjects (approximately 80 subjects in each treatment group). This sample size should have allowed for the detection of a 0.46 effect size in the average diary-based Pain Rating Scale score for change from baseline to the final evaluation between any ABT-594 treatment group and placebo at 0.05 (two-tailed Type I error) level with at least 80% power. This calculation was based on results obtained from Study M98-833[6] of ABT-594 and published data using Gabapentin for subjects with painful diabetic polyneuropathy[10] and assuming a 39% and 25% improvement from baseline for ABT-594 and placebo, respectively.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                           46
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## 9.8    Changes in the Conduct of the Study or Planned Analyses

### 9.8.1    Protocol Changes

Significant changes in the developmental strategy of ABT-594 resulted in the study being prematurely discontinued by the sponsor. Therefore, although the protocol specified that approximately 320 subjects (80 per treatment group) were to be enrolled, enrollment was stopped at 266 subjects.

The final clinical protocol incorporated Amendment Number 1. All subjects were enrolled under the final protocol (Table 14.1__2). Full details of the clinical protocol and its amendment are presented in Appendix 16.1.1. Important changes included in the amendment are summarized below:

Amendment 1 (29 February 2000)

- Modified the inclusion criteria such that subjects were required to have good control (in the opinion of the investigator) of their serum glucose for at least the last 3 months prior to the Screening Visit.
- Added that subjects with a hemoglobin $A_{1c} >11\%$ were to be excluded.
- Added hemoglobin $A_{1c}$ at the Screening Visit and Treatment Visit IV and deleted the hemoglobin $A_{1c}$ at the Baseline Visit.
- Added mixed serotonin and norepinephrine reuptake inhibitors and St. John's Wort to the list of excluded medications.
- Added that the Screening hemoglobin $A_{1c}$ result served as the baseline result.

### 9.8.2    Statistical Changes

Although not specified in the protocol, efficacy analyses were also performed on a dataset that included subjects who did not prematurely discontinue from the study (study completers).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066043

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

47

The change from baseline of the average diary-based Pain Rating score from each subject's diary to the corresponding average of each of the consecutive 7-day intervals after the first dose of study drug was summarized using both LOCF and OC techniques.

The percentage of subjects having a positive response to study drug, defined as a 50% or greater improvement from baseline to final, was analyzed for the following variables: diary- and site-based average Pain Rating Scale scores and Neuropathic Pain Scale Total Scores. Comparisons between treatment groups were performed using the CMH test, with investigator as the stratification variable.

## 10.0   Study Subjects

## 10.1   Disposition of Subjects

The location of premature discontinuation data is presented below.

| Assessment | Statistical Analyses Table | Individual Subject Listing Appendix |
|---|---|---|
| Number and Percentage of Subjects Prematurely Discontinued | 14.1__3.1 | 16.2__1.1 |
| Listing of Subject Numbers by Reason for Premature Discontinuation | 14.1__3.2 | 16.2__1.1 |
| Subjects Who Prematurely Discontinued and Any Adverse Events for Which Study Drug was Prematurely Discontinued | 14.1__3.3 | 16.2__1.1 16.2__7.1.1 |
| Number of Subjects Who Prematurely Discontinued by Days of Exposure to Study Drug | 14.1__3.4 | 16.2__1.1 16.2__5.1.1 16.2__5.1.2 |
| Number and Percentage of Subjects that Prematurely Discontinued for Each Investigator | 14.1__3.5 | 16.2__1.1 |
| Previous and Concurrent Medications (Subjects Who Prematurely Discontinued) | none | 16.2__1.1 16.2__1.2 |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066044

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                    48
R&D/01/171 - Clinical/Statistical

Two hundred sixty-six (266) subjects were enrolled by 29 investigators. Of the 266
subjects, 65 were randomized to receive placebo, 65 were randomized to receive
ABT-594 150 µg BID, 69 were randomized to receive ABT-594 225 µg BID, and 67
were randomized to receive ABT-594 300 µg BID. All 266 subjects who received study
drug are included in the analyses of all treated subjects. Additionally, 3 subjects were
randomized although they failed to meet admission criteria. These subjects did not
receive study drug and are not included in the database.

The proportion of subjects prematurely discontinuing from the study was statistically
significantly different among the treatment groups, with 14 (22%) subjects in the placebo
treatment group, 25 (38%) subjects in the ABT-594 150 µg BID treatment group, 39
(57%) subjects in the ABT-594 225 µg BID treatment group, and 50 (75%) subjects in
the ABT-594 300 µg BID treatment group. A statistically significant difference was also
observed among the treatment groups for the proportion of subjects prematurely
discontinuing from the study due to 1 or more adverse event, which was the most
frequently reported reason for premature discontinuation (9% placebo, 28% ABT-594
150 µg BID, 46% ABT-594 225 µg BID, and 66% ABT-594 300 µg BID). Subject
disposition is presented in Table 10.1a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066045

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

49

## Table 10.1a     Disposition of Subjects

| | Treatment Group n (%) | | | |
|---|---|---|---|---|
| | | ABT-594 | | |
| | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| Number of Subjects Planned | 80 | 80 | 80 | 80 |
| All Treated Subjects | 65 | 65 | 69 | 67 |
| Completed Study | 51 (78%) | 40 (62%) | 30 (43%) | 17 (25%) |
| Prematurely Discontinued[a] | 14 (22%) | 25 (38%) | 39 (57%) | 50 (75%) |
|   Adverse Event | 6 ( 9%) | 18 (28%) | 32 (46%) | 44 (66%) |
|   Lack of Efficacy | 6 ( 9%) | 6 ( 9%) | 2 ( 3%) | 5 ( 7%) |
|   Withdrew Consent | 2 ( 3%) | 3 ( 5%) | 6 ( 9%) | 5 ( 7%) |
|   Subject Noncompliant | 1 ( 2%) | 3 ( 5%) | 4 ( 6%) | 2 ( 3%) |
|   Lost to Follow-up | 0 | 0 | 1 ( 1%) | 2 ( 3%) |
|   Other[b] | 1 ( 2%) | 1 ( 2%) | 3 ( 4%) | 2 ( 3%) |

a   Subjects may have reported more than 1 reason for premature discontinuation, but were counted only
   once in the total.
b   Description of reason designated as "other": subject stopped taking study drug (2 subjects), initiation of
   exclusionary medication, medical records noting subject is an alcoholic, refusal to return for follow-up,
   out of town for 6 weeks, and randomization error (1 subject each).

Cross Reference:  Tables 14.1__3.1 and 14.1__3.3 and Appendix 16.2__1.1

A graphic disposition of all subjects is presented in Figure 10.1a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066046

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

50



**Figure 10.1a   Disposition of Subjects**

Note:  Subjects may have reported more than 1 reason for premature discontinuation, but were counted only
once in the total.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

51

## 10.2  Protocol Deviations

The location of protocol deviation data is presented below.

| Assessment | Statistical Analyses Tables | Individual Subject Listing Appendix |
|---|---|---|
| Admission Criteria | none | 16.2__2.1 |
| Blind Broken | none | 16.2__1.3 |
| Urine Drug Screen | none | 16.2__2.2 |
| Hepatitis Screen | none | 16.2__2.3 |
| Pregnancy Test Results | none | 16.2__2.4 |
| Other Medications and Supplements | none | 16.2__7.3 |

In reviewing the data for all subjects, deviations from the protocol were identified. Clinically significant inclusion/exclusion criteria deviations included the following: failure to perform a pregnancy test at the Baseline Visit (19 subjects), current or expected use of an exclusionary medication (10 subjects), failure to have an average of $\geq 4$ points on the diary-based Pain Rating Scale during the Baseline Pain Assessment Phase and $\geq 4$ points on the site-based Pain Rating Scale at the Baseline Visit (6 subjects), acute or chronic renal or hepatic disorder, psychiatric disease or disorder or any uncontrolled medical illness (2 subjects), and failure to have distally and symmetrically decreased or lost vibratory, pin and/or light touch sensation on neurological exam and either decreased (or absent) deep tendon reflexes or documented abnormal nerve conduction study consistent with a distal symmetrical neuropathy (2 subjects). These and other minor deviations were not considered important enough to affect the outcome of the study.

One hundred twenty  (15 placebo, 30 ABT-594 150 μg, 34 ABT-594 225 μg, and 41 ABT-594 300 μg BID) of the 266 subjects (45%) did not have at least 1 blood sample collected for pharmacokinetic analysis.  The remaining 146 subjects (55%) had at least 1 blood sample collected.  At the time of this report, the pharmacokinetic analyses were incomplete.  Results from the pharmacokinetic analyses will be presented in a separate report.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

52

Study drug dosing errors were noted for 3 subjects. At the Baseline Visit, Primer Phase modules 17011 and 17001 were incorrectly dispensed to Subjects 4136 (placebo) and 4134 (ABT-594 150 μg BID), respectively. These subjects took incorrect study drug on Study Days 1 through 7. The subjects were also dispensed Treatment Phase modules at the same visit and these modules were dispensed correctly. Therefore, subjects 4136 and 4134 were each taking their correct randomized dose beginning on Study Day 8. One subject (4099) randomized to ABT-594 225 μg BID actually received ABT-594 300 μg BID (module 30157) on Study Days 21 through 37 (Appendix 16.2__5.1.1). In all efficacy and safety analyses, data for Subject 4099 were included in the ABT-594 225 μg BID treatment group.

## 11.0    Efficacy and Pharmacokinetic Evaluation

### 11.1    Data Sets Analyzed

The 266 randomized subjects who received at least 1 dose of study drug comprise the "all treated subjects" dataset and are included in the safety analyses. The primary efficacy dataset was the ITT dataset, which included all randomized subjects who took at least 1 dose of study drug and had at least 1 post-dose pain assessment for the diary-based Pain Rating Scale (11-Point Likert Scale). Of the 266 all treated subjects, 251 were included in the ITT dataset (Tables 14.2__1.1 and 14.2__1.2).

In addition, efficacy analyses based on "evaluable" and "completers" data were performed. The 217 subjects who received at least 7 days of study drug and who had at least 1 pre-dose pain assessment and at least 1 post-Day 7 pain assessment for the diary-based Pain Rating Scale comprised the "evaluable" efficacy dataset (Tables 14.2__8.1 and 14.2__8.2). The 138 subjects who did not prematurely discontinue from the study for any reason were included in the completers data set. Efficacy ITT, evaluable, and completer exclusions are identified in the data listings.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066049

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

53

The treatment groups were similar with respect to the number and percentage of subjects contributed by each investigator in the ITT and evaluable datasets (Table 14.1__1.2).

A summary of subject accountability is presented in Table 11.1a.

## Table 11.1a     Disposition of Subjects by Dataset

| | Treatment Group | | | |
| | | ABT-594 | | |
| | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
|---|---|---|---|---|
| Number of Subjects Planned | 80 | 80 | 80 | 80 |
| Number of Subjects Randomized | 65 | 65 | 69 | 67 |
| Subjects Included in the All Treated Subjects Dataset | 65 | 65 | 69 | 67 |
| Subjects Included in the Intent-to-Treat Dataset | 62 | 61 | 66 | 62 |
| Subjects Included in the Efficacy Evaluable Dataset | 61 | 53 | 54 | 49 |
| Subjects Included in the Completers Dataset | 51 | 40 | 30 | 17 |

Cross Reference:  Table 14.1__1.2 and Appendices 16.2__3.1, 16.2__3.2, and 16.2__3.3

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066050

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

54

## 11.2 Demographic and Other Baseline Characteristics

All demographic and other baseline characteristic results are for all treated subjects,
unless otherwise specified. The location of demographic and other baseline characteristic
data is presented below.

| Assessment | Statistical Analyses Tables | Individual Subject Listing Appendix |
|---|---|---|
| Demographics | 14.1__4.1 | 16.2__4.1 |
| Medical History | 14.1__5.1 | 16.2__4.2 |
|  | 14.1__5.2 |  |
| Nicotine Consumption | 14.1__4.1 | 16.2__4.3 |
| Baseline Pain Assessments | 14.1__6 | 16.2__6.2.1 |
|  |  | 16.2__6.2.2 |
|  |  | 16.2__6.3.1 |
|  |  | 16.2__6.3.2 |
|  |  | 16.2__6.4.1 |
|  |  | 16.2__6.4.2 |
|  |  | 16.2__6.4.3 |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066051

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

55

### 11.2.1    Demographics

No statistically significant differences were observed among treatment groups for sex, race, age, height, or weight. The average age was 61.9 years (range = 20 - 86 years). Eighty-nine percent of the subjects were white. Subject demographic characteristics are presented in Table 11.2a.

### Table 11.2a    Demographic Characteristics (All Treated Subjects)

| Demographic Characteristic | Treatment Group n (%) | | | | p-value[a] |
|---|---|---|---|---|---|
| | Placebo (N=65) | ABT-594 | | | |
| | | 150 µg BID (N=65) | 225 µg BID (N=69) | 300 µg BID (N=67) | |
| Sex | | | | | 0.870 |
| Female | 27 (42%) | 31 (48%) | 33 (48%) | 30 (45%) | |
| Male | 38 (58%) | 34 (52%) | 36 (52%) | 37 (55%) | |
| Race[b] | | | | | 0.751 |
| White | 57 (88%) | 58 (89%) | 64 (93%) | 59 (88%) | |
| Black | 7 (11%) | 6 ( 9%) | 3 ( 4%) | 8 (12%) | |
| Asian | 0 | 1 ( 2%) | 1 ( 1%) | 0 | |
| Native American | 0 | 0 | 1 ( 1%) | 0 | |
| Other | 1 ( 2%) | 0 | 0 | 0 | |
| Age (years) | | | | | 0.110 |
| Mean (SD) | 60.2 (11.43) | 60.8 (10.78) | 61.8 (11.80) | 64.7 (11.10) | |
| Min-Max | 20 - 80 | 36 - 85 | 24 - 84 | 31 - 86 | |
| Height (inches)[c] | (N=65) | (N=65) | (N=69) | (N=66) | 0.300 |
| Mean (SD) | 68.4 (4.47) | 67.5 (3.93) | 67.1 (4.27) | 67.3 (3.73) | |
| Min-Max | 60 - 77 | 59 - 75 | 59 - 79 | 60 - 75 | |
| Weight (pounds)[c] | | | | | 0.758 |
| Mean (SD) | 205.3 (36.44) | 200.0 (40.03) | 199.2 (34.57) | 203.1 (34.94) | |
| Min-Max | 127.9 - 275.0 | 113.0 - 258.0 | 112.0 - 258.0 | 134.5 - 277.8 | |

[a]   p-values are from extension of Fisher's exact test comparing treatment groups (sex, race), or a 1-way ANOVA model comparing treatment groups (age, height, and weight).
[b]   Non-white races were combined for calculation of p-value. American Indian/Alaska Native was represented as Native American.
[c]   At baseline.

Cross Reference: Table 14.1__4.1 and Appendix 16.2__4.1

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

56

### 11.2.2   Other Baseline Characteristics

There were no statistically significant differences among treatment groups in the ITT
analysis with respect to all pain assessment variables (including diary- and site-based Pain
Rating Scale scores and Neuropathic Pain Scale Total Score) and other baseline
characteristics including nicotine use.  The baseline characteristics for the ITT dataset are
presented in Table 11.2b.

Pain assessment scales are presented in Appendix 16.1.13.

### Table 11.2b    Other Baseline Characteristics (Intent-to-Treat Dataset)

| Baseline Characteristic | Treatment Group | | | | p-value[a] |
| | Placebo | ABT-594 | | | |
| | | 150 µg BID | 225 µg BID | 300 µg BID | |
|---|---|---|---|---|---|
| Diary-Based Pain Scale[b] | (N=62) | (N=64) | (N=67) | (N=66) | 0.847 |
| Baseline Mean (SD) | 6.5 (1.43) | 6.6 (1.69) | 6.7 (1.51) | 6.7 (1.74) | |
| Site-Based Pain Scale[b] | (N=64) | (N=64) | (N=69) | (N=66) | 0.608 |
| Baseline Mean (SD) | 6.5 (1.67) | 6.7 (1.98) | 6.7 (1.57) | 6.9 (1.91) | |
| Neuropathic Pain Scale Total Score[c] | (N=64) | (N=65) | (N=69) | (N=64) | 0.910 |
| Baseline Mean (SD) | 56.5 (17.47) | 55.1 (17.47) | 56.3 (15.18) | 57.3 (19.81) | |
| Nicotine Use[d] | (N=65) | (N=65) | (N=69) | (N=67) | 0.098 |
| Former User | 29 (45%) | 24 (37%) | 18 (26%) | 25 (37%) | |
| Non-User | 32 (49%) | 31 (48%) | 40 (58%) | 38 (57%) | |
| Current User | 4 ( 6%) | 10 (15%) | 11 (16%) | 4 ( 6%) | |

a  p-values are from extension of Fisher's exact test comparing treatment groups (nicotine use) or 1-way
   ANOVA model comparing treatment groups (pain scores).
b  Pain intensity scale: 11-Point Likert Scale (0-10),  0 = no pain, 10 = worst pain possible.
c  Neuropathic pain scale (sum of 10 items): 11-Point Likert Scale (0-10),  0 = none, 10 = most.
d  Former users and non-users were combined for calculation of p-value.
Cross Reference: Tables 14.1__4.1, 14.1__6 and Appendices 16.2__4.3, 16.2__6.2.1, 16.2__6.2.2,
              16.2__6.3.1, 16.2__6.4.1, 16.2__6.4.2, and 16.2__6.4.3

A medical history was obtained for each subject who entered the study.  Among currently
symptomatic subjects, sporadic statistically significant differences were observed between
each of the ABT-594 150 µg BID and 300 µg BID treatment groups and the placebo

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066053

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

treatment group for the proportions of subjects who had a specific condition/diagnosis (Table 14.1__5.1). Among currently asymptomatic subjects, no apparent differences were observed between treatment groups for the proportion of subjects with a specific condition/diagnosis (Table 14.1__5.2).

### 11.2.3 Concurrent Medication Use

The proportion of subjects using a concomitant medication during the study was similar among treatment groups. The number and proportion of subjects who took concomitant medications during the study and listing of subject numbers by therapeutic classifications are presented in Tables 14.1__7.1 and 14.1__7.2, respectively. Individual subject data listings for subjects who took previous and concomitant medications are presented in Appendix 16.2__7.3.

During the Baseline Pain Assessment Phase, no statistically significant difference was observed among treatment groups for the proportion of subjects who used protocol-allowed concomitant analgesic medication (Table 14.2__7.1).

## 11.3  Measurements of Treatment Compliance

The location of compliance and drug concentration data is presented below.

| Assessment | Statistical Analyses Tables | Individual Subject Listing Appendix |
|---|---|---|
| Study Drug Administration | 14.1__8 | 16.2__5.1.1 16.2__5.1.2 |
| Plasma Assay | none | 16.2__5.3.1 16.2__5.3.2 |

## 11.4  Efficacy Evaluations and Tabulations of Individual Subject Data

Each efficacy analysis compared the placebo treatment group versus each of the other ABT-594 treatment groups. Efficacy scale ranges are presented in Appendix 16.1.13.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                          58
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## 11.4.1   Efficacy Analyses

The location of efficacy data is presented below.

| Assessment | Statistical Analyses Tables[a] | Individual Subject Listing Appendix |
|---|---|---|
| Diary-Based Pain Rating Scale | 14.2__2.1.1.1<br>14.2__2.1.1.2<br>14.2__2.1.2<br>14.2__2.1.3<br>14.2__2.1.4<br>14.2__2.2<br>14.2__2.3<br>14.2__2.4.1.1<br>14.2__2.4.1.2<br>14.2__2.4.2<br>14.2__2.4.3<br>14.2__2.4.4 | 16.2__6.2.1 |
| Site-Based Pain Rating Scale | 14.2__3.1.1<br>14.2__3.1.2<br>14.2__3.1.3<br>14.2__3.2<br>14.2__3.3<br>14.2__3.4 | 16.2__6.2.2 |
| Neuropathic Pain Scale | 14.2__4.1.1<br>14.2__4.1.2<br>14.2__4.1.3<br>14.2__4.1.4<br>14.2__4.2<br>14.2__4.3<br>14.2__4.4 | 16.2__6.3.1<br>16.2__6.3.2 |
| Global Impression of Change | 14.2__5.1<br>14.2__5.2<br>14.2__5.3<br>14.2__5.4 | 16.2__6.5 |
| SF-36™ Health Status Survey | 14.2__6 | 16.2__6.4.1<br>16.2__6.4.2<br>16.2__6.4.3 |
| Concomitant Analgesic Medication Use | 14.2__7.1<br>14.2__7.2<br>14.2__7.3 | 16.2__7.4 |

a   Statistical analyses tables for the ITT dataset.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066055

Analyses were performed on the ITT, evaluable, and study completers datasets using both the LOCF and OC methods; the ITT dataset was the protocol-defined primary dataset. Efficacy results are presented only for the ITT dataset. Efficacy results for the evaluable and study completers dataset were generally similar to those for the ITT dataset (Tables 14.2__8.1 through 14.2__13 and 14.2__14.1.1.1 through 14.2__18, respectively). Furthermore, results from analyses that used the OC method were generally similar to those that used the LOCF method, and differences are noted between the 2 methods.

### 11.4.1.1    Primary Efficacy Variable

**Diary-Based Pain Rating Scale Scores at Final Evaluation**

The mean improvement from baseline to final for the average diary-based Pain Rating Scale scores was statistically significantly greater for each of the ABT-594 treatment groups compared to placebo. A summary of the mean change from baseline to final for the average diary-based Pain Rating Scale scores is presented in Table 11.4a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066056

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

60

**Table 11.4a**    **Summary of the Analysis of Mean Change From Baseline[a] to Final[b] for the Average Diary-Based Pain Rating Scale[c] Scores Using LOCF Method (Intent-to-Treat Dataset)**

| | Treatment Group | | | |
| --- | --- | --- | --- | --- |
| | Placebo (N=58) | ABT-594 | | |
| | | 150 µg BID (N=56) | 225 µg BID (N=58) | 300 µg BID (N=53) |
| Baseline Visit Model-Based Mean (SE)[d] | 6.5 (0.21) | 6.6 (0.22) | 6.7 (0.21) | 6.7 (0.22) |
| Change to Final Model-Based Mean (SE)[d] | -1.1 (0.29) | -1.9 (0.30)* | -1.9 (0.29)* | -2.0 (0.30)* |

SE = standard error.
a   Average of the last 7 pain scores prior to Day 1 of the study.
b   Average of the values from the last 7 days on study drug.
c   Pain intensity scale: 11-Point Likert Scale (0-10), 0 = no pain, 10 = worst pain possible.
d   Least square means from 2-way ANOVA without interaction.
*   Statistically significant difference versus placebo treatment group (p≤0.05).
Cross Reference: Tables 14.2__2.1.1.1 and 14.2__2.1.1.2 and Appendix 16.2__6.2.1

A statistically significant linear dose response was observed for mean change from baseline to final for the average diary-based Pain Rating Scale scores, in the model that included the placebo treatment group (Table 14.2__2.3).

### 11.4.1.2    Secondary Efficacy Variables

**Change From Baseline to Final**

The mean improvement from baseline to final for the average site-based Pain Rating Scale scores was statistically significantly greater in each of the ABT-594 treatment groups compared to placebo.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

61

There were no statistically significant differences between the placebo treatment group and any of the ABT-594 treatment groups for the mean change from baseline to final in the Neuropathic Pain Scale Total score.  However, sporadic statistically significant differences were observed between placebo and 1 of the ABT-594 treatment groups for the mean change from baseline to final in the following items from the Neuropathic Pain Scale:  intense, dull, and deep pain (Table 14.2__4.1.2).

In the analysis of the mean change from baseline to final in the SF-36™ Health Status Survey, a statistically significant difference was observed between the ABT-594 225 µg BID and placebo treatment groups in the physical component summary. Subjects in the ABT-594 225 µg BID treatment group showed a greater improvement from baseline compared to subjects in the placebo treatment group.  Additionally, a statistically significant difference was observed between the ABT-594 300 µg BID and placebo treatment groups in the mental component summary.  Subjects in the placebo treatment group showed an improvement from baseline, while subjects in the ABT-594 300 µg BID treatment group showed a deterioration from baseline.  There were no other statistically significant differences between the placebo treatment group and any of the ABT-594 treatment groups for the mean change from baseline to final in the SF-36™ Health Status Survey subscales.

A summary of the mean change from baseline to final for secondary efficacy variables is presented in Table 11.4b.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066058

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

62

### Table 11.4b     Change from Baseline to Final for Secondary Efficacy Variables[a] Using LOCF Method (Intent-to-Treat Dataset)

| Variable | Treatment Group | | | |
|---|---|---|---|---|
| | Placebo | ABT-594 | | |
| | | 150 µg BID | 225 µg BID | 300 µg BID |
| Average Site-Based Pain Rating Scale[b] Scores | (N=57) | (N=47) | (N=40) | (N=29) |
| Baseline Visit | | | | |
|    Model-Based Mean (SE)[c] | 6.4 (0.25) | 6.7 (0.27) | 6.4 (0.30) | 6.7 (0.34) |
| Change to Final | | | | |
|    Model-Based Mean (SE)[c] | -1.1 (0.36) | -2.7 (0.39)* | -2.1 (0.43)* | -2.8 (0.49)* |
| Neuropathic Pain Scale[d] Total Score | (N=57) | (N=48) | (N=40) | (N=29) |
| Baseline Visit | | | | |
|    Model-Based Mean (SE)[c] | 54.3 (2.32) | 54.6 (2.55) | 53.5 (2.82) | 56.3 (3.16) |
| Change to Final | | | | |
|    Model-Based Mean (SE)[e] | -11.4 (3.04) | -16.1 (3.34) | -15.8 (3.69) | -19.7 (4.14) |
| SF-36™ Health Status Survey Physical Component[e] | (N=58) | (N=54) | (N=59) | (N=54) |
| Baseline Visit | | | | |
|    Model-Based Mean (SE)[c] | 35.0 (1.29) | 32.7 (1.36) | 32.7 (1.28) | 34.3 (1.31) |
| Change to Final | | | | |
|    Model-Based Mean (SE)[c] | 0.6 (0.97) | 3.2 (1.02) | 3.3 (0.96)* | 0.7 (0.98) |
| SF-36™ Health Status Survey Mental Component[e] | (N=58) | (N=54) | (N=59) | (N=54) |
| Baseline Visit | | | | |
|    Model-Based Mean (SE)[c] | 47.9 (1.50) | 50.5 (1.59) | 50.6 (1.49) | 49.6 (1.52) |
| Change to Final | | | | |
|    Model-Based Mean (SE)[c] | 1.7 (1.29) | -0.9 (1.35) | -1.3 (1.27) | -1.9 (1.30)* |

NOTE:  Due to the number of subjects who dropped out or failed to complete certain efficacy assessments, the number of subjects included in each of the secondary efficacy analyses was smaller than that of the primary analyses.

a  Pain assessment scales are presented in Appendix 16.1.13.
b  Pain intensity scale:  11-Point Likert Scale (0-10),  0 = no pain, 10 = worst pain possible.
c  Values represent model-based means (SE) which are least square means from 2-way ANOVA without interaction.
d  Neuropathic pain scale (sum of 10 items):  11-Point Likert Scale (0-10),  0 = none, 10 = most for each of the 10 items.
e  Results based on transformed scores as calculated using SF-36™ health survey manual and interpretation guide.
*  Statistically significant difference versus placebo treatment group (p≤0.05).

Cross Reference:  Tables 14.2__3.1.1, 14.2__4.1.1, and 14.2__6 and Appendices 16.2__6.2.2, 16.2__6.3.1, 16.2__6.4.1, and 16.2__6.4.2

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                           63
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### Global Impression of Change

No statistically significant differences were observed between the placebo and each of
the ABT-594 treatment groups in the mean overall change from baseline in the
subject and clinician global impression of change.  However, each of the ABT-594
treatment groups was numerically better than placebo.  A summary of the mean
change from baseline to final for subject and clinician global impression of change is
presented in Table 11.4c.

**Table 11.4c    Change from Baseline to Final for Subject and Clinician
Global Impression of Change[a] Using LOCF Method
(Intent-to-Treat Dataset)**

| | | Treatment Group | | |
|---|---|---|---|---|
| | | | ABT-594 | |
| Variable | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| Subject Global Impression of Change[b] | (N=61) | (N=59) | (N=61) | (N=59) |
| Univariate Mean Change (SE)[c] | 0.8 (0.18) | 0.8 (0.21) | 1.3 (0.21) | 1.1 (0.19) |
| Clinician Global Impression of Change[b] | (N=61) | (N=59) | (N=60) | (N=59) |
| Univariate Mean Change (SE)[c] | 0.7 (0.17) | 0.8 (0.21) | 1.2 (0.18) | 1.1 (0.18) |

a   Pain assessment scales are presented in Appendix 16.1.13.
b   Overall change defined as follows:  3 = much improved, 2 = moderately improved, 1 = minimally
     improved, 0 = no change, -1 = minimally worse, -2 = moderately worse, -3 = much worse.
c   Values represent univariate means (SE) for the Cochran-Mantel-Haenszel test.

Cross Reference:  Table 14.2__5.3 and Appendix 16.2__6.5

In the distribution analyses of subject and clinician global impression of change
(much, moderately, or minimally improved, no change, or much, moderately, or
minimally worse) statistically significant differences from placebo were observed for
the ABT-594 225 µg BID treatment group (Table 14.2__5.1).  When responses were
further categorized as improved (including much, moderate, or minimal), no change,

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

or worsened (including much, moderate, or minimal), there was a statistically significant difference between the ABT-594 225 µg BID and placebo treatment groups for clinician global impression of change. Based on the clinician's assessment, a greater proportion of subjects in the ABT-594 225 µg BID treatment group were improved (63%) compared to subjects in the placebo treatment group (42%; Table 14.2__5.2).

**Dose Response**

A statistically significant linear dose response was observed for mean change from baseline to final for the average site-based Pain Rating Scale scores, in the model that included the placebo treatment group (Table 14.2__3.3). No statistically significant linear dose response was observed for mean change from baseline to final for the Neuropathic Pain Scale Total Score, regardless of whether the model included or excluded the placebo treatment group (Table 14.2__4.3).

**Change From Baseline to Each Week - Diary-Based Pain Rating Scale**

Improvements from baseline were seen in diary-based Pain Rating Scale scores at each week for all treatment groups. In the LOCF analyses, the ABT-594 150 µg BID treatment group had statistically significantly greater mean improvements from baseline to Weeks 5, 6, and 7 for the average diary-based Pain Rating Scale scores when compared to placebo. No statistically significant differences were observed between the ABT-594 225 µg BID and placebo treatment groups at any time point. The mean improvements from baseline to Weeks 3, 4, 5, and 7 for the average diary-based Pain Rating Scale scores were statistically significantly greater in the ABT-594 300 µg BID treatment group compared to placebo. Results of OC analyses were generally similar to those of LOCF analyses, with a more consistent treatment effect observed in the OC analyses. A summary of the mean change from baseline to each week for the average diary-based Pain Rating Scale scores is presented in Table 11.4d.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

65

**Table 11.4d**   **Summary of the Analysis of Mean Change From Baseline[a] to Each Week for the Average Diary-Based Pain Rating Scale[b] Scores Using LOCF and OC Methods (Intent-to-Treat Dataset)**

| Visit | Treatment Group | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Placebo | | ABT-594 | | | | | |
| | | | 150 µg BID | | 225 µg BID | | 300 µg BID | |
| | LOCF | OC | LOCF | OC | LOCF | OC | LOCF | OC |
| | (N=58) | (N=[c]) | (N=56) | (N=[c]) | (N=58) | (N=[c]) | (N=53) | (N=[c]) |
| Baseline Mean[d] | 6.5 | 6.5[e] | 6.6 | 6.6 | 6.7 | 6.7 | 6.7 | 6.7 |
| Week 1[d] | -0.6[f] | -0.6 | -0.8 | -0.8 | -0.8 | -0.8 | -1.4 | -0.7 |
| Week 2[d] | -1.0[f] | -1.0 | -1.1 | -1.1 | -1.2 | -1.3 | -1.4 | -1.8* |
| Week 3[d] | -1.0 | -0.9 | -1.2 | -1.4 | -1.5 | -2.0* | -1.7* | -2.4* |
| Week 4[d] | -1.1 | -1.1 | -1.6 | -1.9* | -1.5 | -2.3* | -1.9* | -2.4* |
| Week 5[d] | -1.0 | -1.0 | -1.8* | -2.3* | -1.7 | -2.5* | -1.9* | -2.9* |
| Week 6[d] | -1.1 | -1.1 | -1.9* | -2.4* | -1.7 | -2.6* | -1.8 | -2.8* |
| Week 7[d] | -1.1 | -1.0 | -1.9* | -2.4* | -1.8 | -2.6* | -1.9* | -3.1* |

LOCF = last observation carried forward; OC = observed cases.
Note:  All values represent model-based means.
a    Average of the last 7 pain scores prior to Day 1 of the study.
b    Pain intensity scale: 11-Point Likert Scale (0-10),  0 = no pain, 10 = worst pain possible.
c    No's for observed cases analyses:

| | | ABT-594 | | |
|---|---|---|---|---|
| | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| Week 1 | 57 | 56 | 58 | 53 |
| Week 2 | 56 | 49 | 44 | 38 |
| Week 3 | 56 | 47 | 37 | 27 |
| Week 4 | 52 | 44 | 34 | 23 |
| Week 5 | 50 | 39 | 33 | 20 |
| Week 6 | 50 | 39 | 30 | 17 |
| Week 7 | 49 | 38 | 29 | 17 |

d    Least square means from 2-way ANOVA without interaction.
e    N = 58 at baseline.
f    N = 57 at Weeks 1 and 2.
*    Statistically significant difference versus placebo treatment group (p≤0.05).
Cross Reference: Tables 14.2__2.1.3 and 14.2__2.4.3 and Appendix 16.2__6.2.1

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

66

## Change From Baseline to Each Visit - Diary-Based Pain Rating Scale

Each treatment group showed improvement from baseline to the 7-day average prior
to each visit in diary-based Pain Rating Scale scores. The mean changes from
baseline to Treatment Visits III and IV for the average diary-based Pain Rating Scale
scores were statistically significantly greater in the ABT-594 150 μg BID and 225 μg
BID treatment groups compared to placebo. Furthermore, the mean changes from
baseline to Treatment Visits II, III, and IV for the average diary-based Pain Rating
Scale scores were statistically significantly greater in the ABT-594 300 μg BID
treatment group compared to placebo (Table 14.2__2.1.2). Results of OC analyses
were generally similar to those of LOCF analyses (Table 14.2__2.4.2).

## Change From Baseline to Each Visit - Site-Based Pain Rating Scale

Each treatment group showed improvement from baseline to each visit in site-based
Pain Rating Scale scores. The mean changes from baseline to Treatment Visits II, III,
and IV for the average site-based Pain Rating Scale scores were statistically
significantly greater in the ABT-594 150 μg BID treatment group compared to
placebo. The mean change from baseline to Treatment Visit IV for the average site-
based Pain Rating Scale score was statistically significantly greater in the ABT-594
225 μg BID treatment group compared to placebo. The mean changes from baseline
to each Treatment Visit for the average site-based Pain Rating Scale scores were
statistically significantly greater in the ABT-594 300 μg BID treatment group
compared to placebo (Table 14.2__3.1.2). Results of OC analyses were generally
similar to those of LOCF analyses (Table 14.2__3.4).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

67

### 11.4.1.3    Other Efficacy Variables

**Proportion of Responders**

The percentage of subjects having a positive response to study drug, defined as a 50% or greater improvement from baseline to the final evaluation, was analyzed for the following efficacy variables: average diary- and site-based Pain Rating Scale scores and Neuropathic Pain Scale Total Score. Comparisons between treatment groups were performed using the CMH test, with investigator as the stratification variable.

A statistically significantly greater proportion of subjects in all of the ABT-594 treatment groups had at least a 50% improvement in either the diary- or site-based average Pain Rating Scale scores at the final evaluation compared to subjects in the placebo treatment group. A summary of the proportion of subjects with a positive response to study drug as measured by average diary- and site-based Pain Rating Scale scores is presented in Table 11.4e.

**Table 11.4e**    **Proportion of Subjects Responding[a] to Treatment as Measured by Diary- and Site-Based Pain Rating Scale Scores[b] Using LOCF Method (Intent-to-Treat Dataset)**

| | | Treatment Group | | |
| | | | ABT-594 | |
| Variable | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
|---|---|---|---|---|
| Average Diary-Based Pain Rating Scale[c] Scores | (N=58) 12% | (N=56) 27%* | (N=58) 26% | (N=53) 26%* |
| Average Site-Based Pain Rating Scale[c] Scores | (N=57) 14% | (N=47) 40%* | (N=40) 35%* | (N=29) 48%* |

a   Defined as a 50% or greater improvement from baseline to the final evaluation.
b   Pain assessment scales are presented in Appendix 16.1.13.
c   Pain intensity scale: 11-Point Likert Scale (0-10), 0 = no pain, 10 = worst pain possible.
*   Statistically significant difference versus placebo treatment group (p≤0.05).

Cross Reference: Tables 14.2__2.1.4 and 14.2__3.1.3 and Appendices 16.2__6.2.1 and 16.2__6.2.2

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

**Concomitant Analgesic Medication Use**

No statistically significant differences were observed among the treatment groups for
the proportion of subjects using any analgesic medication or within 24 hours of
analgesic medication at each visit during the Treatment Phase and over the entire
Treatment Phase (Tables 14.2__7.1 and 14.2__7.2). There were no statistically
significant differences between the placebo treatment group and any of the ABT-594
treatment groups for the number of times analgesic medication was used
(Table 14.2__7.3).

### 11.4.2    Statistical and Analytical Issues

#### 11.4.2.1    Adjustments for Covariates

Adjustments for covariates, including sex, race, age, and weight, were not performed
in the efficacy analyses.

#### 11.4.2.2    Handling of Dropouts or Missing Data

Two sets of efficacy analyses, corresponding to the handling of missing data, were
performed. The LOCF analyses used the completed pain evaluation from the
previous visit for site-based pain scores and the pain evaluation from the
previous days for diary data as an estimate of the missing data. Thus, in the LOCF
analysis, every subject in the analysis had a value for each specified evaluation. This
technique was intended to reduce bias caused by subjects who prematurely
discontinued due to lack of efficacy. The OC method did not estimate missing
evaluations and a subject who did not have a pain evaluation on a scheduled visit was
excluded from the OC analysis for that visit. Results obtained with the OC method
were generally consistent with those obtained with the LOCF method.

#### 11.4.2.3    Interim Analyses and Data Monitoring

No interim analyses were performed.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                                69
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### 11.4.2.4    Multicenter Studies

This was a multicenter study.  The treatment-by-center interaction was not statistically significant at an $\alpha$=0.10 in the analysis of change from baseline to the final evaluation for the diary-based Pain Rating Scale scores (Table 14.2__2.2), indicating homogeneity of treatment effects across centers for the primary endpoint.  Therefore, the treatment-by-center interaction term was not used in the primary or secondary analyses.  Additionally, since the treatment-by-center interaction term was not used in the primary analysis, data from study centers with less than 1 subject per treatment group in the ITT dataset, were not combined for the analyses.

### 11.4.2.5    Multiple Comparisons/Multiplicity

No statistical adjustments were made for multiple comparisons.

### 11.4.2.6    Use of an "Efficacy Subset" of Subjects

Subjects who received less than 7 days of study drug or who had no baseline or post Day 7 pain assessment for the diary-based Pain Rating Scale were identified prior to breaking the blind and were excluded from the evaluable dataset.  Results for ITT and evaluable datasets were similar.

### 11.4.2.7    Active-Control Studies Intended to Show Equivalence

The study was not designed to assess equivalence to an active control.

### 11.4.2.8    Examination of Subgroups

Subgroup analyses for potentially influential factors were not performed.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066066

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                    70
R&D/01/171 - Clinical/Statistical

### 11.4.3    Tabulation of Individual Response Data

There were no tabulations of individual response to study drug except as provided in the
data listings (Appendix 16.2).

### 11.4.4    Drug Dose, Drug Concentration, and Relationship to Response

Blood samples for ABT-594 plasma assay were to be collected for all subjects at
Treatment Visits I and IV.  For those subjects participating in the pharmacokinetic
sampling for pharmacokinetic profile (approximately 30 subjects), additional blood
samples were collected at Treatment Visits I and IV.  Plasma concentrations of ABT-594
are listed for each subject in Appendix 16.2__5.3.1.

A complete discussion of the pharmacokinetic variables analyzed will be presented in a
separate Clinical Pharmacokinetic Report.

### 11.4.5    Drug-Drug and Drug-Disease Interactions

Analyses which examined drug-drug and drug-disease interactions were not performed.

### 11.4.6    By-Subject Displays

There were no by-subject displays of individual response to study drug except as provided
in the data listings (Appendix 16.2).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066067

### 11.4.7   Efficacy Conclusions

ABT-594 at 150 µg, 225 µg, and 300 µg BID was statistically significantly superior to placebo for the primary efficacy variable, the mean change from baseline to final for the average diary-based Pain Rating Scale.  Furthermore, the mean improvement from baseline to final for the average site-based Pain Rating Scale score was statistically significantly superior in each of the ABT-594 treatment groups compared to placebo.  Statistically significant linear dose responses were observed in the model that included the placebo treatment group for mean change from baseline to final for the average diary- and site-based Pain Rating Scale scores.

A statistically significantly greater proportion of subjects in all of the ABT-594 treatment groups had at least a 50% improvement in either their average diary- or site-based Pain Rating Scale scores at the final evaluation compared to the subjects in the placebo treatment group.

There were no statistically significant differences between the placebo treatment group and any of the ABT-594 treatment groups for the mean change from baseline to final in the Neuropathic Pain Scale Total score.  In the analysis of the mean change from baseline to final in SF-36™ Health Status Survey, a statistically significant improvement was observed for the ABT-594 225 µg BID treatment group in the physical component summary compared to the placebo treatment group.  However, statistically significant worsening was observed for the ABT-594 300 µg BID treatment group in the mental component summary compared to the placebo treatment group.

### 11.5   Pharmacokinetic Variables

Complete pharmacokinetic results will be presented in a separate Clinical Pharmacokinetic Report.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                    72
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## 12.0 Safety Evaluation

All 266 randomized subjects who were treated with study drug (65 placebo, 65 ABT-594 150 µg, 69 ABT-594 225 µg, and 67 ABT-594 300 µg BID) were evaluated for safety. Adverse events, clinical laboratory data, vital signs (including weight), and 12-lead ECG data were used to evaluate safety.

## 12.1 Extent of Exposure

The mean duration of treatment was statistically significantly different among treatment groups. The placebo treatment group received study drug for a mean 44.3 days, as compared to 35.9, 28.6, and 22.7 days for the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups, respectively. A summary of the extent of exposure to study drug is presented in Table 12.1a.

### Table 12.1a    Extent of Exposure

| Duration of Treatment (Days) | Treatment Group n (%) | | | |
| | | ABT-594 | | |
| | Placebo (N=65) | 150 µg BID (N=65) | 225 µg BID (N=69) | 300 µg BID (N=67) |
|---|---|---|---|---|
| <7 | 1  ( 2%) | 8  (12%) | 14  (20%) | 12  (18%) |
| 7 - 13 | 2  ( 3%) | 5  ( 8%) | 14  (20%) | 19  (28%) |
| 14 - 20 | 4  ( 6%) | 4  ( 6%) | 4  ( 6%) | 6  ( 9%) |
| 21 - 27 | 5  ( 8%) | 6  ( 9%) | 3  ( 4%) | 8  (12%) |
| 28 - 34 | 0 | 2  ( 3%) | 0 | 3  ( 4%) |
| 35 - 41 | 1  ( 2%) | 0 | 4  ( 6%) | 2  ( 3%) |
| 42 - 48 | 3  ( 5%) | 5  ( 8%) | 3  ( 4%) | 1  ( 1%) |
| ≥49 | 49  (75%) | 35  (54%) | 27  (39%) | 16  (24%) |
| Mean (SD)* | 44.3 (13.5) | 35.9 (19.1) | 28.6 (20.5) | 22.7 (18.0) |

Note: Percentages may not sum to 100 due to rounding.
SD = standard deviation.
*  Statistically significant difference among treatment groups ($p \leq 0.05$).

Cross Reference: Table 14.1__8 and Appendix 16.2__5.1.1

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066069

## 12.2  Adverse Events

The location of adverse event data is presented below.

| Assessment | Statistical Analyses Tables | Individual Subject Listing Appendix |
|---|---|---|
| Adverse Events | | 16.2__7.1.1 |
| All Treatment-Emergent | 14.3.1__1.1 | |
| by Severity | 14.3.1__1.2.1 | |
| | 14.3.1__1.2.2 | |
| by Relationship to Study Drug | 14.3.1__1.3.1 | |
| | 14.3.1__1.3.2 | |
| Incidence Across Time | 14.3.1__2.1 | |
| Prevalence Across Time | 14.3.1__2.2 | |
| Identification of Subjects | 14.3.1__3.1 | |
| Medical Terms and Descriptions Associated with Each COSTART Term | 14.3.1__3.2 | |

### 12.2.1  Brief Summary of Adverse Events

Among all treated subjects, 66% of subjects who received placebo and 83%, 90%, and
91% of subjects who received ABT-594 150 µg, 225 µg, and 300 µg BID, respectively,
reported treatment-emergent adverse events.  The overall incidence of adverse events was
statistically significantly higher for each of the ABT-594 treatment groups than for the
placebo treatment group. The most frequently reported ($\geq$10% of subjects in any
ABT-594 treatment group) treatment-emergent adverse events were nausea, dizziness,
vomiting, abnormal dreams, headache, asthenia, diarrhea, dyspepsia, and insomnia.

Subjects in the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups had
statistically significantly higher incidences of treatment-emergent nausea (34%, 43%, and
46%, respectively), vomiting (15%, 25%, and 21%, respectively), abnormal dreams (22%,
22%, and 18%, respectively), and dizziness (17%, 35%, and 30%, respectively) compared
to subjects in the placebo treatment group (11%, 3%, 0%, and 5%, respectively).  A
statistically significantly greater proportion of subjects in the ABT-594 225 µg BID and

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

74

300 µg BID treatment groups reported treatment-emergent asthenia (16% and 21%, respectively) compared to subjects in the placebo treatment group (2%). Subjects in the placebo treatment group had a statistically significantly greater incidence of treatment-emergent infection (15%) compared to subjects in the ABT-594 300 µg BID treatment group (3%). Most adverse events were mild or moderate in severity.

No subject died during the course of the study. However, 1 subject (ABT-594 150 µg BID) died 58 days after completion of the Treatment Phase. The subject died due to suicide, which the investigator considered to be unrelated to study drug. In addition to the subject who died, 13 subjects (3 placebo, 4 ABT-594 150 µg, 2 ABT-594 225 µg, and 4 ABT-594 300 µg BID) experienced other serious adverse events. Eight of these subjects (2 placebo, 3 ABT-594 150 µg, 1 ABT-594 225 µg, and 2 ABT-594 300 µg BID) reported serious adverse events associated with the cardiovascular system during the study. Each subject had multiple risk factors for cardiovascular disease. One hundred subjects (6 placebo, 18 ABT-594 150 µg, 32 ABT-594 225 µg, and 44 ABT-594 300 µg BID) prematurely discontinued study drug due to 1 or more adverse events. The most frequently reported (≥10% of subjects in any ABT-594 treatment group) adverse events leading to discontinuation among ABT-594 subjects were nausea, vomiting, dizziness, abnormal dreams, and headache.

### 12.2.2    Display of Adverse Events

A summary of the treatment-emergent adverse events occurring in ≥10% of subjects in any ABT-594 treatment group is presented by the investigator's assessment of relationship to study drug in Table 12.2a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbot is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Table 12.2a    Summary of Most Frequently Reported[a] Treatment-Emergent Adverse Events By Relationship to Study Drug

| | Treatment Group n (%) | | | | | | | | | | | | | | | | | | | | | | | |
| | Placebo (N=65) | | | | | | 150 µg BID (N=65) | | | | | | 225 µg BID (N=69) | | | | | | 300 µg BID (N=67) | | | | | |
| | Relationship[b] | | | | Total | | Relationship[b] | | | | Total | | Relationship[b] | | | | Total | | Relationship[b] | | | | Total | |
| COSTART Term | NR | PN | PO | PR | n | % | NR | PN | PO | PR | n | % | NR | PN | PO | PR | n | % | NR | PN | PO | PR | n | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Any Event | 0 | 0 | 0 | 43 | 43 | 66% | 0 | 1 | 5 | 16 | 54 | 83%* | 1 | 0 | 5 | 24 | 62 | 90%* | 0 | 3 | 3 | 27 | 61 | 91%* |
| Nausea | 0 | 2 | 5 | | 7 | 11% | 0 | 1 | 8 | 11 | 22 | 34%* | 1 | 0 | 5 | 24 | 30 | 43%* | 1 | 0 | 3 | 27 | 31 | 46%* |
| Dizziness | 1 | 0 | 1 | 1 | 3 | 5% | 0 | 1 | 2 | 8 | 11 | 17%* | 3 | 0 | 3 | 18 | 24 | 35%* | 0 | 0 | 3 | 17 | 20 | 30%* |
| Vomiting | 1 | 0 | 1 | | 2 | 3% | 0 | 0 | 1 | 9 | 10 | 15%* | 1 | 0 | 3 | 13 | 17 | 25%* | 1 | 0 | 2 | 11 | 14 | 21%* |
| Abnormal Dreams | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 12 | 14 | 22%* | 0 | 0 | 1 | 14 | 15 | 22%* | 0 | 0 | 2 | 10 | 12 | 18%* |
| Headache | 2 | 2 | 3 | 1 | 8 | 12% | 3 | 3 | 3 | 4 | 13 | 20% | 2 | 2 | 6 | | 10 | 14% | 1 | 1 | 1 | 11 | 13 | 19% |
| Asthenia | 0 | 0 | 0 | 1 | 1 | 2% | 0 | 0 | 0 | 4 | 4 | 6% | 3 | 0 | 0 | 8 | 11 | 16%* | 0 | 1 | 2 | 11 | 14 | 21%* |
| Diarrhea | 0 | 0 | 0 | 2 | 2 | 3% | 1 | 2 | 2 | 2 | 7 | 11% | 0 | 2 | 4 | | 8 | 12% | 0 | 0 | 2 | 2 | 4 | 6% |
| Dyspepsia | 0 | 0 | 2 | 0 | 2 | 3% | 0 | 0 | 3 | 2 | 5 | 8% | 0 | 0 | 4 | 4 | 8 | 12% | 0 | 0 | 1 | 4 | 5 | 7% |
| Insomnia | 0 | 1 | 2 | 0 | 3 | 5% | 0 | 0 | 0 | 1 | 1 | 2% | 1 | 1 | 2 | 5 | 9 | 13% | 0 | 0 | 2 | 5 | 7 | 10% |

NR = not related; PN = probably not related; PO = possibly related; PR = probably related.

a    Adverse events occurring in ≥10% of subjects in any ABT-594 treatment group.
b    As assessed by the investigator.
*    Statistically significant difference versus the placebo treatment group (p≤0.05).

Cross Reference: Tables 14.3.1__1.1, 14.3.1__1.3.1 and 14.3.1__1.3.2 and Appendix 16.2__7.1.1

Confidential
ABBT0006072

Most adverse events in all treatment groups were mild or moderate in severity and were considered by the investigator to be possibly or probably related to study drug (Tables 14.3.1__1.2.1, 14.3.1__1.2.2, 14.3.1__1.3.1, and 14.3.1__1.3.2).

### 12.2.3   Analysis of Adverse Events

The overall incidence of treatment-emergent adverse events was statistically significantly higher for subjects in the ABT-594 150 μg, 225 μg, and 300 μg BID treatment groups (83%, 90%, and 91%, respectively) than for subjects in the placebo treatment group (66%). Subjects in the ABT-594 150 μg, 225 μg, and 300 μg BID treatment groups had statistically significantly higher incidences of treatment-emergent nausea (34%, 43%, and 46%, respectively), vomiting (15%, 25%, and 21%, respectively), abnormal dreams (22%, 22%, and 18%, respectively), and dizziness (17%, 35%, and 30%, respectively) compared to subjects in the placebo treatment group (11%, 3%, 0%, and 5%, respectively). A statistically significantly greater proportion of subjects in the ABT-594 225 μg BID and 300 μg BID treatment groups reported treatment-emergent asthenia (16% and 21%, respectively) compared to subjects in the placebo treatment group (2%). Subjects in the placebo treatment group had a statistically significantly greater incidence of treatment-emergent infection (15%) compared to subjects in the ABT-594 300 μg BID treatment group (3%). No other statistically significant treatment differences were observed for any specific treatment-emergent adverse event (Table 14.3.1__1.1).

Five percent (3/65) of placebo-treated subjects, 11% (7/65) of ABT-594 150 μg-treated subjects, 12% (8/69) of ABT-594 225 μg-treated subjects, and 12% (8/67) of ABT-594 300 μg BID-treated subjects experienced at least 1 severe adverse event, most of which were considered probably related to study drug by the investigator. The remaining adverse events were mild or moderate in severity. A summary of the severity of treatment-emergent adverse events grouped by body system and COSTART term is presented in Tables 14.3.1__1.2.1 and 14.3.1__1.2.2.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066073

### 12.2.4    Listing of Adverse Events by Subject

The location of adverse event data is presented below.

| Assessment | Statistical Analyses Tables | Individual Subject Listing Appendix |
|---|---|---|
| Treatment-Emergent Adverse Events Grouped by Body System, COSTART Term, Medical Term, and Description With Subject Number Identification (All Treated Subjects) | 14.3.1__3.1 | 16.2__7.1.1 |
| Adverse Event Medical Terms and Descriptions | 14.3.1__3.2 | |

## 12.3    Deaths, Other Serious Adverse Events, and Other Significant Adverse Events

The location of deaths, other serious adverse events, and other significant adverse event data is presented below.

| Assessment | Statistical Analyses Tables | Narrative Section | Individual Subject Listing Appendix |
|---|---|---|---|
| Deaths | 14.3.2__1.1 | 14.3.3 | 16.2__7.2 |
| Serious Adverse Events | 14.3.2__1.2 | 14.3.3 | 16.2__7.1.2 |
| Treatment-Emergent Adverse Events for Which Study Drug was Prematurely Discontinued | 14.3.2__2 | 14.3.3 | 16.2__7.1.1 |
| Number and Percentage of Subjects With Treatment-Emergent Adverse Events for Which Study Drug was Prematurely Discontinued Grouped by Body System and COSTART Term | 14.3.2__3 | | 16.2__7.1.1 |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

### 12.3.1 Listing of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events

#### 12.3.1.1   Deaths

No subject died during the course of the study.  However, 1 subject (ABT-594 150 μg BID) died 58 days after completion of the Treatment Phase.  The subject died due to suicide, which the investigator considered to be unrelated to study drug.

A listing of subjects who died during the course of the study is presented in Appendix 16.2__7.2.

#### 12.3.1.2   Other Serious Adverse Events

In addition to the subject who died, 13 subjects (3 placebo, 4 ABT-594 150 μg, 2 ABT-594 225 μg, and 4 ABT-594 300 μg BID) reported a serious adverse event during the study (Table 14.3.2__1.2).  One of these subjects reported an event (palpitation reported in an ABT-594 300 μg BID-treated subject) considered probably related to study drug.  The event was a single occurrence and resolved within 90 minutes.  Another 1 of the 13 subjects (ABT-594 300 μg BID) reported a serious adverse event (COSTART term:  accidental injury [described as "status post fall down stairs"]) with onset >30 days after the last dose of study drug.

Eight subjects (2 placebo, 3 ABT-594 150 μg, 1 ABT-594 225 μg, and 2 ABT-594 300 μg BID) reported serious adverse events associated with the cardiovascular system during the study.  Each of these subjects had multiple risk factors for cardiovascular disease.  Subjects reporting serious adverse events (including death) during the study are presented in Table 12.3a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

79

## Table 12.3a     Subjects Reporting Serious Adverse Events During the Study

| Treatment Group | Investigator/ Subject | Age (yrs)/ Sex | Day of Onset[a] | Day of Resolution[a] | COSTART Term - Reason Serious[b] | Relationship to Study Drug |
|---|---|---|---|---|---|---|
| Placebo | DeBold/4053 | 52/F | 52 (2) | 53 (3) | Gastroenteritis - HO | Not related |
| | | | 52 (2) | 53 (3) | Dehydration - HO | Not related |
| | | | 52 (2) | 53 (3) | Ketosis - HO | Not related |
| | Singer/4401 | 53/M | 34 | 42 (1) | Angina Pectoris[c] - HO | Not related |
| | | | 49 (9) | unknown | Atrial Fibrillation - HO | Not related |
| | Weinstein/4027 | 65/F | 9 (1) | 12 (4) | Cerebrovascular Accident[c] - HO | Probably not |
| ABT-594 150 µg BID | Baumel/4149 | 71/M | 65 (15) | 66 (16) | Angina Pectoris - HO | Not related |
| | | | 65 (15) | 66 (16) | Myocardial Infarct - HO | Not related |
| | Fried/4083 | 66/F | 15 (1) | 17 (3)[d] | Syncope[c] - HO | Not related |
| | | | 15 (1) | 22 (3)[d] | Atrial Fibrillation[c] - HO | Not related |
| | Kipnes/4070 | 48/F | 10 | 12 | Pain[c] - HO | Not related |
| | Singer/4412 | 57/M | 36 | 50 | Peripheral Vascular Disorder - HO | Not related |
| | Storey/4100[e] | 56/F | 79 (58)[f] | 79 (58) | Suicide Attempt - DEA | Not related |
| ABT-594 225 µg BID | Kluge/4133 | 66/M | 6 | 9 | Gastrointestinal Disorder[c] - HO | Probably not |
| | Shaibani/4451 | 60/F | 18 | 18 | Dyspnea[c] - HO | Probably not |
| | | | 18 | 20 (2) | Angina Pectoris[c] - HO | Probably not |
| ABT-594 300 µg BID | Drucker/4002 | 70/M | 4 | 4 | Palpitation[c] - HO | Probably |
| | Holmlund/4193[e] | 55/M | 40 (32)[f] | 64 (56) | Accidental Injury[g] - HO | Not related |
| | Holmlund/4197 | 62/F | 5 | 6 (1) | Angina Pectoris[c] - HO | Not related |
| | Weinstein/4031 | 80/M | 43 (7) | 80 (44)[d] | Cellulitis[c] - HO | Not related |

M = male, F = female.
a   Number in parentheses represents the number of days after the last dose of study drug.
b   HO=hospitalization; DEA=death.
c   Adverse event leading to premature discontinuation.
d   Adverse event was ongoing as of this day.
e   Subject prematurely discontinued due to another adverse event.
f   Adverse event onset >30 days after the last dose of study drug.
g   Described as status post fall down stairs.

Cross Reference:  Table 14.3.2__1.2 and Appendices 16.2.__7.1.1 and 16.2__7.1.2

A listing of all subjects who experienced serious adverse events during the study is presented by treatment group and subject number in Table 14.3.2__1.2.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

80

### 12.3.1.3 Other Significant Adverse Events

One hundred subjects (6 placebo, 18 ABT-594 150 μg, 32 ABT-594 225 μg, and 44 ABT-594 300 μg BID) prematurely discontinued study drug due to 1 or more adverse events. The most frequently reported (≥10% of subjects in any ABT-594 treatment group) adverse events leading to discontinuation among ABT-594 subjects were nausea, dizziness, vomiting, abnormal dreams, and headache.

A summary of adverse events leading to premature discontinuation of study drug is presented by treatment group in Table 12.3b.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066077

ABT-594 (ABBOTT-165594)                                                    81
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### Table 12.3b    Treatment-Emergent Adverse Events Leading to Premature Discontinuation of Study Drug (All Treated Subjects)

| | Treatment Group n (%) | | | |
| | | ABT-594 | | |
| COSTART Term | Placebo (N=65) | 150 µg BID (N=65) | 225 µg BID (N=69) | 300 µg BID (N=67) |
|---|---|---|---|---|
| Any Event[a] | 6 (9%) | 18 (28%)* | 32 (46%)* | 44 (66%)* |
| Nausea | 1 (2%) | 8 (12%)* | 15 (22%)* | 20 (30%)* |
| Dizziness | 0 | 4 ( 6%) | 11 (16%)* | 13 (19%)* |
| Vomiting | 0 | 4 ( 6%) | 10 (14%)* | 12 (18%)* |
| Abnormal Dreams | 0 | 3 ( 5%) | 6 ( 9%)* | 7 (10%)* |
| Headache | 0 | 1 ( 2%) | 3 ( 4%) | 8 (12%)* |
| Insomnia | 0 | 1 ( 2%) | 5 ( 7%) | 4 ( 6%) |
| Asthenia | 0 | 0 | 3 ( 4%) | 6 ( 9%)* |
| Dyspepsia | 0 | 2 ( 3%) | 4 ( 6%) | 3 ( 4%) |
| Diarrhea | 0 | 0 | 4 ( 6%) | 2 ( 3%) |
| Pain | 0 | 1 ( 2%) | 1 ( 1%) | 4 ( 6%) |
| Sweating | 0 | 1 ( 2%) | 2 ( 3%) | 2 ( 3%) |
| Chills | 0 | 0 | 2 ( 3%) | 2 ( 3%) |
| Flatulence | 1 (2%) | 0 | 1 ( 1%) | 2 ( 3%) |
| Hypertension | 0 | 0 | 2 ( 3%) | 2 ( 3%) |
| Nervousness | 0 | 0 | 3 ( 4%) | 1 ( 1%) |
| Abdominal Pain | 0 | 0 | 1 ( 1%) | 2 ( 3%) |
| Angina Pectoris | 1 (2%) | 0 | 1 ( 1%) | 2 ( 3%) |
| Chest Pain | 0 | 0 | 1 ( 1%) | 2 ( 3%) |
| Dyspnea | 0 | 0 | 1 ( 1%) | 2 ( 3%) |
| Palpitation | 0 | 2 ( 3%) | 0 | 1 ( 1%) |
| Taste Perversion | 0 | 0 | 2 ( 3%) | 0 |
| Abnormal Gait | 1 (2%) | 0 | 0 | 1 ( 1%) |
| Accidental Injury | 0 | 1 ( 2%) | 1 ( 1%) | 0 |
| Amblyopia | 0 | 0 | 1 ( 1%) | 1 ( 1%) |
| Anorexia | 0 | 0 | 1 ( 1%) | 1 ( 1%) |
| Confusion | 0 | 0 | 2 ( 3%) | 0 |
| Hallucinations | 0 | 0 | 1 ( 1%) | 1 ( 1%) |
| Malaise | 0 | 0 | 1 (1%) | 1 (1%) |
| Paresthesia | 0 | 0 | 1 ( 1%) | 1 ( 1%) |
| Tachycardia | 0 | 0 | 0 | 2 ( 3%) |
| Thinking Abnormal | 0 | 0 | 0 | 1 ( 1%) |
| Abdomen Enlarged | 0 | 0 | 0 | 1 ( 1%) |
| Abnormal Vision | 0 | 0 | 1 ( 1%) | 0 |
| Alopecia | 0 | 0 | 1 ( 1%) | 0 |
| Anxiety | 0 | 0 | 1 ( 1%) | 0 |
| Arthralgia | 0 | 0 | 1 ( 1%) | 0 |
| Ataxia | 0 | 1 ( 2%) | 0 | 0 |
| Atrial Fibrillation | 0 | 0 | 0 | 1 ( 1%) |
| Back Pain | 0 | 0 | 0 | |

a    Subjects may have reported more than 1 adverse event leading to premature discontinuation, but were counted only once in the total.

*    Statistically significant difference versus the placebo treatment group (p≤0.05).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066078

ABT-594 (ABBOTT-165594)                                                          82
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### Table 12.3b  Treatment-Emergent Adverse Events Leading to Premature Discontinuation of Study Drug (All Treated Subjects; continued)

| | Treatment Group n (%) | | | |
|---|---|---|---|---|
| | | ABT-594 | | |
| COSTART Term | Placebo (N=65) | 150 µg BID (N=65) | 225 µg BID (N=69) | 300 µg BID (N=67) |
| Cellulitis | 0 | 0 | 0 | 1 (1%) |
| Cerebrovascular Accident | 1 (2%) | 0 | 0 | 0 |
| Depersonalization | 1 (2%) | 0 | 0 | 0 |
| Depression | 0 | 0 | 0 | 1 (1%) |
| Dry Mouth | 0 | 0 | 0 | 1 (1%) |
| Emotional Lability | 0 | 0 | 1 (1%) | 0 |
| Eructation | 0 | 0 | 0 | 1 (1%) |
| Eye Disorder | 0 | 0 | 1 (1%) | 0 |
| Flu Syndrome | 0 | 0 | 0 | 1 (1%) |
| Gastroenteritis | 1 (2%) | 0 | 0 | 0 |
| Gastrointestinal Disorder | 0 | 0 | 1 (1%) | 0 |
| Glossitis | 0 | 1 (2%) | 0 | 0 |
| Hyperglycemia | 0 | 0 | 0 | 1 (1%) |
| Infection | 1 (2%) | 0 | 0 | 0 |
| Leg Cramps | 0 | 0 | 0 | 1 (1%) |
| Myalgia | 0 | 0 | 1 (1%) | 0 |
| Rash | 0 | 0 | 0 | 1 (1%) |
| Rectal Hemorrhage | 0 | 0 | 0 | 1 (1%) |
| Somnolence | 0 | 1 (2%) | 0 | 0 |
| Stupor | 0 | 0 | 0 | 1 (1%) |
| Syncope | 0 | 1 (2%) | 0 | 0 |
| Tremor | 0 | 0 | 1 (1%) | 0 |
| Vasodilatation | 0 | 0 | 0 | 1 (1%) |

a   Subjects may have reported more than 1 adverse event leading to premature discontinuation, but were counted only once in the total.
*   Statistically significant difference versus the placebo treatment group (p≤0.05).

Cross Reference: Table 14.3.2__3 and Appendix 16.2__7.1.1

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

### 12.3.2 Narratives of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events

Narratives for subjects who died, reported a serious adverse event, or prematurely discontinued from the study at least in part to an adverse event are presented in Section 14.3.3.

### 12.3.3 Analysis and Discussion of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events

No subject died during the course of the study. However, 1 subject (ABT-594 150 µg BID) died 58 days after completion of the Treatment Phase (Table 14.3.2__1.1). Subject 4100 died on Day 79 due to a suicide attempt (COSTART term: suicide attempt) that the investigator considered to be unrelated to study drug.

Thirteen subjects (3 placebo, 4 ABT-594 150 µg, 2 ABT-594 225 µg, and 4 ABT-594 300 µg BID) reported 1 or more serious adverse events other than death. However, only 1 of these subjects (ABT-594 300 µg BID) reported an event considered to be probably related to study drug. This subject had a single episode of palpitation (COSTART term: palpitation) on Day 4 that resolved without further incident within 90 minutes. The remaining events were all considered to be not related or probably not related to study drug. Another 1 of the 13 subjects (ABT-594 300 µg BID) reported a serious adverse event (COSTART term: accidental injury [described as "status post fall down stairs"]) with onset >30 days after the last dose of study drug.

One hundred subjects (6 placebo, 18 ABT-594 150 µg, 32 ABT-594 225 µg, and 44 ABT-594 300 µg BID) prematurely discontinued study drug due to 1 or more adverse events. The overall incidence of subjects prematurely discontinuing due to adverse events was statistically significantly higher for the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups (28%, 46%, and 66%, respectively) than for the placebo treatment group (9%). Statistically significantly higher proportions of subjects in the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups prematurely discontinued study drug due to nausea (12%, 22%, and 30%, respectively) compared to subjects in the placebo treatment group (2%). Statistically significantly higher proportions of subjects in the ABT-594 225 µg and 300 µg BID treatment groups prematurely discontinued study drug

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                                 84
Study No. M99-114
R&D/01/171 - Clinical/Statistical

due to dizziness (16% and 19%, respectively), vomiting (14% and 18%, respectively),
and abnormal dreams (9% and 10%, respectively) compared to subjects in the placebo
treatment group (0% each). A statistically significantly higher proportion of subjects in
the ABT-594 300 µg BID treatment group prematurely discontinued study drug due to
headache (12%) and asthenia (9%) compared to subjects in the placebo treatment group
(0% and 0%, respectively).

## 12.4   Clinical Laboratory Evaluation

### 12.4.1   Listing of Individual Laboratory Measurements by Subject and Each Abnormal Laboratory Value

The location of clinical laboratory data is presented below.

| Laboratory Assessment | Statistical Analyses Tables | Values of Potential Clinical Significance | Individual Subject Listing[a] Appendix |
|---|---|---|---|
| Hematology | 14.3.4__1.1 <br> 14.3.4__2.1 | 14.3.4__3.1 <br> 14.3.4__4.1 | 16.2__8.2.1 <br> 16.2__8.2.2 <br> 16.2__8.2.3 <br> 16.2__8.2.4 <br> 16.2__8.2.5 |
| Blood Chemistry | 14.3.4__1.2 <br> 14.3.4__2.2 | 14.3.4__3.2 <br> 14.3.4__4.2 | 16.2__8.3.1 <br> 16.2__8.3.2 <br> 16.2__8.3.3 <br> 16.2__8.3.4 <br> 16.2__8.3.5 <br> 16.2__8.3.6 |
| Urinalysis | 14.3.4__1.3 <br> 14.3.4__2.3 | 14.3.4__3.3 <br> 14.3.4__4.3 | 16.2__8.4.1 <br> 16.2__8.4.2 <br> 16.2__8.4.3 <br> 16.2__8.4.4 <br> 16.2__8.4.5 |

a    Baseline determinations are also presented in Appendix 16.2__4.

Laboratory normal reference ranges are presented in Appendix 16.2__8.1. Criteria for
potentially clinically significant laboratory values (i.e., very high or very low values) are
presented in Table 14.3.4__1.0.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

85

## 12.4.2    Evaluation of Each Laboratory Parameter

### 12.4.2.1    Laboratory Values Over Time

**Hematology**

Sporadic statistically significant differences were observed between placebo and each of the other treatment groups for mean change from baseline to minimum, maximum, and/or final value; however, none of the mean differences was considered clinically meaningful.  A summary of statistically significant treatment group differences in mean change from baseline to minimum, maximum, and/or final value for hematology parameters is presented in Table 12.4a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

86

### Table 12.4a     Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value - Hematology Parameters

| Hematology Parameter (units) | Placebo (N=62)[a] | ABT-594 150 μg BID (N=61)[a] | ABT-594 225 μg BID (N=66) | ABT-594 300 μg BID (N=62) |
|---|---|---|---|---|
| **Hemoglobin (g/dL)** | | | | |
| Baseline Mean | 14.10 | 13.80 | 13.81 | 14.02 |
| Mean Change to Minimum | -0.46 | -0.30 | -0.21* | -0.09* |
| **Hematocrit (%)** | | | | |
| Baseline Mean | 40.95 | 40.39 | 40.11 | 40.82 |
| Mean Change to Minimum | -1.06 | -1.16 | -0.79 | -0.26* |
| Mean Change to Maximum | 1.60 | 0.87 | 0.73* | 0.90 |
| **RBC Count (x $10^{12}$/L)** | | | | |
| Baseline Mean | 4.66 | 4.61 | 4.58 | 4.70 |
| Mean Change to Minimum | -0.13 | -0.11 | -0.05* | -0.05* |
| **MCV (fL)** | | | | |
| Baseline Mean | 88.24 | 87.79 | 87.65 | 87.26 |
| Mean Change to Maximum | 2.00 | 1.26 | 0.68* | 1.24 |
| **MCH (pg)** | | | | |
| Baseline Mean | 30.52 | 30.07 | 30.21 | 30.00 |
| Mean Change to Minimum | -0.73 | -0.30* | -0.33* | -0.27* |
| Mean Change to Final | -0.29 | 0.16* | -0.08 | 0.00 |
| **MCHC (g/dL)** | | | | |
| Baseline Mean | 34.50 | 34.30 | 34.45 | 34.47 |
| Mean Change to Minimum | -1.08 | -0.46* | -0.47* | -0.52* |
| **Platelet Count (x $10^{9}$/L)** | | | | |
| Baseline Mean | 246.70 | 250.27 | 253.70 | 241.32 |
| Mean Change to Minimum | -10.98 | -13.27 | -7.82 | 4.05* |
| Mean Change to Maximum | 29.33 | 14.15* | 10.89* | 26.84 |
| **WBC Count (x $10^{9}$/L)** | | | | |
| Baseline Mean | 8.01 | 7.60 | 7.36 | 6.95 |
| Mean Change to Minimum | -0.51 | -0.50 | -0.03* | 0.02* |
| **Neutrophils (%)** | | | | |
| Baseline Mean | 61.01 | 62.82 | 61.86 | 60.62 |
| Mean Change to Minimum | -2.25 | -2.39 | -0.60 | 0.09* |
| **Lymphocytes (%)** | | | | |
| Baseline Mean | 30.04 | 28.78 | 29.70 | 30.53 |
| Mean Change to Maximum | 2.08 | 2.17 | 0.63 | 0.02* |
| **Eosinophils (%)** | | | | |
| Baseline Mean | 2.90 | 2.32 | 2.38 | 2.53 |
| Mean Change to Minimum | -0.82 | -0.50 | -0.34* | -0.60 |
| Mean Change to Maximum | 0.41 | 0.32 | 0.29 | -0.05* |

\* Statistically significant difference versus the placebo treatment group ($p \leq 0.05$).
[a] N=60 for Platelet Count only

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066083

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

87

### Table 12.4a    Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value – Hematology Parameters (continued)

| Hematology Parameter (units) | Treatment Group | | | |
|---|---|---|---|---|
| | | ABT-594 | | |
| | Placebo (N=60) | 150 µg BID (N=59) | 225 µg BID (N=65) | 300 µg BID (N=61) |
| Prothrombin Time (sec) Baseline Mean Mean Change to Maximum | 12.30 0.39 | 12.33 0.15 | 12.20 0.08* | 12.79 0.25 |
| Activated Partial Thromboplastin Time (sec) Baseline Mean Mean Change to Maximum Mean Change to Final | 24.32 1.60 0.56 | 24.69 0.72 -0.13 | 25.11 0.57* -0.24 | 25.53 0.27* -0.53* |

\*   Statistically significant difference versus the placebo treatment group (p≤0.05).

Cross Reference:  Table 14.3.4__1.1 and Appendices 16.2__8.2.1 through 16.2__8.2.5

### Blood Chemistry

Sporadic statistically significant differences were observed between placebo and each of the other treatment groups for mean change from baseline to minimum, maximum, and/or final value; however, none of the mean differences was considered clinically meaningful. A summary of statistically significant treatment group differences in mean change from baseline to minimum, maximum, and/or final value for blood chemistry parameters is presented in Table 12.4b.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                        88
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### Table 12.4b    Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value - Blood Chemistry Parameters

| Blood Chemistry Parameter (units) | Treatment Group | | | |
|---|---|---|---|---|
| | Placebo (N=62) | ABT-594 | | |
| | | 150 µg BID (N=61) | 225 µg BID (N=66) | 300 µg BID (N=62) |
| Glucose (mg/dL) | | | | |
| Baseline Mean | 175.68 | 192.13 | 169.09 | 183.90 |
| Mean Change to Maximum | 57.79 | 44.36 | 39.39 | 17.94* |
| Total Protein (g/dL) | | | | |
| Baseline Mean | 7.25 | 7.24 | 7.31 | 7.26 |
| Mean Change to Maximum | 0.19 | 0.14 | 0.03* | 0.13 |
| Mean Change to Final | 0.03 | -0.06 | -0.13* | 0.00 |
| Total Bilirubin (mg/dL) | | | | |
| Baseline Mean | 0.40 | 0.43 | 0.38 | 0.36 |
| Mean Change to Minimum | -0.05 | -0.07 | -0.04 | -0.00* |
| Alkaline Phosphatase (IU/L) | | | | |
| Baseline Mean | 75.94 | 78.74 | 81.88 | 74.35 |
| Mean Change to Maximum | 4.27 | 1.43 | -0.14* | 1.95 |
| SGOT/AST (IU/L) | | | | |
| Baseline Mean | 22.35 | 21.87 | 23.70 | 22.81 |
| Mean Change to Maximum | 2.76 | 1.56 | -1.32* | 0.84 |
| SGPT/ALT (IU/L) | | | | |
| Baseline Mean | 23.08 | 24.11 | 24.65 | 26.42 |
| Mean Change to Maximum | 3.69 | 0.79 | -1.44* | 0.08 |
| Sodium (mEq/L) | | | | |
| Baseline Mean | 141.18 | 139.82 | 140.85 | 140.16 |
| Mean Change to Minimum | -2.77 | -1.59 | -1.92 | -0.87* |
| Potassium (mEq/L) | | | | |
| Baseline Mean | 4.55 | 4.41 | 4.53 | 4.38 |
| Mean Change to Minimum | -0.32 | -0.15* | -0.19 | -0.15* |
| Chloride (mEq/L) | | | | |
| Baseline Mean | 104.37 | 102.56 | 103.32 | 102.23 |
| Mean Change to Minimum | -3.00 | -1.15* | -1.95 | -1.34* |
| Mean Change to Final | -0.71 | 0.80* | -1.00 | 0.29 |
| Bicarbonate (mEq/L) | | | | |
| Baseline Mean | 26.42 | 26.72 | 27.10 | 27.57 |
| Mean Change to Maximum | 1.26 | 0.33* | 0.71 | 0.61 |
| Calcium (mg/dL) | | | | |
| Baseline Mean | 9.51 | 9.46 | 9.57 | 9.51 |
| Mean Change to Minimum | -0.33 | -0.17* | -0.21 | -0.07* |
| Inorganic Phosphorus (mg/dL) | | | | |
| Baseline Mean | 3.64 | 3.71 | 3.72 | 3.56 |
| Mean Change to Minimum | -0.42 | -0.27 | -0.11* | -0.11* |
| * Statistically significant difference versus the placebo treatment group (p≤0.05). | | | | |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

**Table 12.4b**     **Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value - Blood Chemistry Parameters (continued)**

| Blood Chemistry Parameter (units) | Placebo (N=62) | ABT-594 150 µg BID (N=61) | 225 µg BID (N=66) | 300 µg BID (N=62) |
|---|---|---|---|---|
| Cholesterol (mg/dL) | | | | |
|   Baseline Mean | 190.44 | 199.54 | 204.95 | 203.79 |
|   Mean Change to Maximum | 12.71 | 4.44* | -1.05* | 0.21* |
|   Mean Change to Final | 1.27 | -3.66 | -8.55* | -5.53 |
| Triglycerides (mg/dL) | | | | |
|   Baseline Mean | 239.31 | 274.03 | 277.55 | 300.03 |
|   Mean Change to Maximum | 80.69 | 42.26 | 28.77* | -7.34* |
|   Mean Change to Final | 39.32 | -9.11* | -3.59 | -36.23* |

\* Statistically significant difference versus the placebo treatment group ($p \leq 0.05$).

Cross Reference: Table 14.3.4__1.2 and Appendices 16.2__8.3.1 through 16.2__8.3.5

**Urinalysis**

Sporadic statistically significant differences were observed between placebo and each of the other treatment groups for mean change from baseline to minimum, maximum, and/or final value; however, none of the mean differences was considered clinically meaningful. A summary of statistically significant treatment group differences in mean change from baseline to minimum, maximum, and/or final value for urinalysis is presented in Table 12.4c.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066086

ABT-594 (ABBOTT-165594)                                                90
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### Table 12.4c    Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value - Urinalysis Parameters

| Urinalysis Parameter (units) | Treatment Group | | | |
| | Placebo (N=61) | ABT-594 | | |
| | | 150 µg BID (N=58) | 225 µg BID (N=65) | 300 µg BID (N=62) |
|---|---|---|---|---|
| Urine pH | | | | |
| Baseline Mean | 5.75 | 5.59 | 5.51 | 5.68 |
| Mean Change to Minimum | -0.67 | -0.36* | -0.26* | -0.19* |
| Mean Change to Final | -0.34 | -0.12 | -0.09 | 0.00* |
| Specific Gravity | | | | |
| Baseline Mean | 1.02 | 1.02 | 1.02 | 1.02 |
| Mean Change to Minimum | -0.004 | -0.003 | -0.002 | -0.001* |

\* Statistically significant difference versus the placebo treatment group (p≤0.05).

Cross Reference:  Table 14.3.4__1.3 and Appendices 16.2__8.4.1 through 16.2__8.4.4

#### 12.4.2.2    Individual Subject Changes

The percentage of subjects with shifts in laboratory parameters from baseline to the final value using potentially clinically significant criteria to define categories are presented in Table 14.3.4__2.1 for hematology variables, Table 14.3.4__2.2 for blood chemistry variables, and Table 14.3.4__2.3 for urinalysis variables.  The majority of subjects had clinical laboratory values within normal range at the Baseline and Final Visits.

#### 12.4.2.3    Individual Clinically Significant Abnormalities

#### Hematology Values Meeting Criteria for Potentially Clinically Significant Values

Criteria for potentially clinically significant hematology values are presented in Table 14.3.4__1.0, and a summary of the percentages of subjects with values meeting these criteria is presented in Table 14.3.4__4.1.  The percentages of subjects who had hematology values that met the potentially clinically significant criteria were generally similar among the treatment groups.  None of these values were associated with premature discontinuations.  The percentages of subjects who developed

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

91

hematology values that met the potentially clinically significant criteria are presented in Table 12.4d; only those parameters that had at least 1 subject who met the potentially clinically significant criteria are presented.

**Table 12.4d    Number and Percentage of Subjects with Hematology Values Meeting Potentially Clinically Significant Criteria (All Treated Subjects)**

| Variable | Criteria | Treatment Group n (%) | | | |
|---|---|---|---|---|---|
| | | | ABT-594 | | |
| | | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| Hemoglobin | High: ≥18.5 g/dL (males) ≥16.5 g/dL (females) | (N=54) 1 (2%) | (N=50) 0 | (N=45) 0 | (N=34) 0 |
| Hematocrit | Low: ≤37% (males) ≤32% (females) | (N=49) 4 (8%) | (N=47) 3 (6%) | (N=42) 4 (10%) | (N=32) 0 |
| RBC | Low: ≤3.8 x $10^{12}$/L (males) ≤3.5 x $10^{12}$/L (females) | (N=53) 0 | (N=50) 0 | (N=45) 1 (2%) | (N=34) 0 |
| WBC | High: ≥16.0 x $10^9$/L | (N=56) 0 | (N=51) 0 | (N=45) 0 | (N=34) 1 (3%) |

Cross Reference:  Table 14.3.4__4.1 and Appendices 16.2__8.2.1 through 16.2__8.2.5

Individual subjects with hematology values that met the potentially clinically significant criteria are presented in Table 14.3.4__3.1.

**Blood Chemistry Values Meeting Criteria for Potentially Clinically Significant Values**

Criteria for potentially clinically significant blood chemistry values are presented in Table 14.3.4__1.0, and a summary of the percentages of subjects with values meeting these criteria is presented in Table 14.3.4__4.2.  The percentages of subjects who had blood chemistry values that met the potentially clinically significant criteria were generally similar among the treatment groups.  One subject (4246) in the ABT-594 300 µg BID treatment group had a very high glucose on Day 14 (334 mg/dL) and was prematurely discontinued from study drug due to hyperglycemia.  However, the

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                      92
Study No. M99-114
R&D/01/171 - Clinical/Statistical

subject's glucose was high (229 mg/dL) at baseline, indicating poor control of her
diabetes. The percentages of subjects who developed blood chemistry values that met
the potentially clinically significant criteria are presented in Table 12.4e; only those
parameters that had at least 1 subject who met the potentially clinically significant
criteria are presented.

**Table 12.4e    Number and Percentage of Subjects with Blood
Chemistry Values Meeting Potentially Clinically
Significant Criteria (All Treated Subjects)**

| Variable | Criteria | Treatment Group n (%) | | | |
|---|---|---|---|---|---|
| | | | ABT-594 | | |
| | | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| Glucose | High: ≥175 mg/dL | (N=33) 19 (58%) | (N=23) 16 (70%) | (N=28) 16 (57%) | (N=20) 7 (35%) |
| | Low: ≤45 mg/dL | 0 | 1 (4%) | 0 | 0 |
| Uric Acid | High: ≥10.5 mg/dL (males) ≥8.5 mg/dL (females) | (N=56) 0 | (N=51) 0 | (N=42) 0 | (N=34) 1 (3%) |
| BUN | High: ≥30 mg/dL | (N=56) 2 (4%) | (N=51) 1 (2%) | (N=43) 0 | (N=34) 1 (3%) |
| Creatinine | High: ≥2.0 mg/dL | (N=57) 0 | (N=51) 1 (2%) | (N=45) 0 | (N=35) 0 |
| Chloride | Low: ≤90 mEq/L | (N=57) 1 (2%) | (N=51) 0 | (N=45) 0 | (N=35) 0 |
| Calcium | Low: ≤8.2 mg/dL | (N=57) 1 (2%) | (N=51) 0 | (N=45) 0 | (N=35) 0 |
| Triglycerides | High: ≥600 mg/dL | (N=54) 2 (4%) | (N=43) 0 | (N=40) 2 (5%) | (N=34) 1 (3%) |

Cross Reference: Table 14.3.4__4.2 and Appendices 16.2__8.3.1 through 16.2__8.3.5

Individual subjects with blood chemistry values that met the potentially clinically
significant criteria are presented in Table 14.3.4__3.2.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066089

ABT-594 (ABBOTT-165594)                                                    93
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Urinalysis Values Meeting Criteria for Potentially Clinically Significant Values

Criteria for potentially clinically significant urinalysis values are presented in
Table 14.3.4__1.0, and a summary of the percentages of subjects with values meeting
these criteria is presented in Table 14.3.4__4.3. The percentages of subjects who had
urinalysis values that met the potentially clinically significant criteria were generally
similar among the treatment groups. None of these values were associated with
premature discontinuations. The percentages of subjects who developed urinalysis
values that met the potentially clinically significant criteria are presented in
Table 12.4f; only those parameters that had at least 1 subject who met the potentially
clinically significant criteria are presented.

**Table 12.4f    Number and Percentage of Subjects with Urinalysis
Values Meeting Potentially Clinically Significant
Criteria (All Treated Subjects)**

| Variable | Criteria | Treatment Group n (%) | | | |
|---|---|---|---|---|---|
| | | | ABT-594 | | |
| | | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| Urine Glucose | High: ≥3+ [a] | (N=50) 12 (24%) | (N=44) 12 (27%) | (N=41) 10 (24%) | (N=27) 5 (19%) |
| Urine Protein | High: ≥3+ [a] / ≥10 | (N=56) 0 | (N=50) 0 | (N=45) 0 | (N=32) 1 (3%) |
| Urine Ketones | High: ≥3+ [a] | (N=57) 1 (2%) | (N=50) 0 | (N=45) 0 | (N=32) 0 |
| Urine RBCs | High: ≥8/hpf (male) ≥10/hpf (female) | (N=57) 2 (4%) | (N=50) 3 (6%) | (N=44) 0 | (N=31) 2 (6%) |
| Urine WBCs | High: ≥10/hpf/≥ 2+ | (N=55) 4 (7%) | (N=50) 2 (4%) | (N=45) 3 (7%) | (N=32) 4 (13%) |

hpf = high power field.

[a] ≥3+ on a scale with 4+ being the maximum value.

Cross Reference: Table 14.3.4__4.3 and Appendices 16.2__8.4.1 through 16.2__8.4.4

Individual subjects with urinalysis values that met the potentially clinically significant
criteria are presented in Table 14.3.4__3.3.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                              94
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## 12.5   Vital Signs, Physical Findings, and Other Observations Related to Safety

### 12.5.1   Listing of Individual Measurements by Subject and Each Abnormal Value

The location of vital sign, physical findings, and safety data is presented below.

| Assessment | Statistical Analyses Tables | Values of Potential Clinical Significance | Individual Subject Listing Appendix |
|---|---|---|---|
| Physical Examination | None | None | 16.2__4.4 |
| Vital Signs | 14.3.5__1 | 14.3.5__2 | 16.2__9.1 |
|  |  | 14.3.5__3 |  |
| ECGs | 14.3.6__1 | 14.3.6__3 | 16.2__9.2 |
|  | 14.3.6__2 | 14.3.6__4 |  |

No normal reference range was used for evaluating vital sign or ECG variables. Criteria for potentially clinically significant values (i.e., Very High or Very Low values) for vital signs and ECG are presented in Table 14.3.4__1.0.

### 12.5.2   Findings on Physical Examination

Clinically significant deteriorations from baseline physical examination were captured as adverse events (Appendices 16.2__4.4 and 16.2__7.1.1).

### 12.5.3   Vital Signs Evaluation

#### 12.5.3.1   Vital Signs Values Over Time

Statistically significant differences were observed between treatment groups for mean change from baseline to minimum and/or maximum; however, none of the mean differences was considered clinically meaningful. A summary of statistically significant treatment group differences in mean change from baseline to minimum, maximum, and/or final value for vital sign parameters is presented in Table 12.5a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

### Table 12.5a     Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value - Vital Sign Parameters

| | Treatment Group | | | |
| | | ABT-594 | | |
| Vital Sign Parameter (units) | Placebo (N=62) | 150 µg BID (N=62) | 225 µg BID (N=66) | 300 µg BID (N=64) |
|---|---|---|---|---|
| Systolic Blood Pressure (mm Hg) | | | | |
| Baseline Mean | 130.8 | 134.3 | 136.8 | 133.9 |
| Mean Change to Maximum | 11.8 | 8.6 | 3.9* | 7.6 |
| Diastolic Blood Pressure (mm Hg) | | | | |
| Baseline Mean | 76.3 | 78.7 | 77.6 | 76.5 |
| Mean Change to Maximum | 6.4 | 4.5 | 2.7* | 4.6 |
| Mean Change to Final | 1.4 | -3.2* | -1.5 | 0.8 |
| Heart Rate (bpm) | (N=62) | (N=61) | (N=66) | (N=63) |
| Baseline Mean | 76.1 | 75.4 | 75.2 | 76.1 |
| Mean Change to Final | 2.5 | -1.8* | 2.0 | 0.6 |
| Weight (pounds) | (N=61) | (N=60) | (N=62) | (N=60) |
| Baseline Mean | 204.0 | 199.8 | 199.1 | 204.1 |
| Mean Change to Minimum | -0.1 | -2.1* | -1.9* | -2.8* |
| Mean Change to Maximum | 1.8 | 0.0* | -0.1* | -1.4* |
| Mean Change to Final | 1.1 | -0.8* | -1.0* | -2.0* |

\* Statistically significant difference versus the placebo treatment group (p≤0.05).

Cross Reference:  Table 14.3.5__1 and Appendix 16.2__9.1

#### 12.5.3.2    Individual Subject Changes

Criteria for potentially clinically significant vital signs and weight values are presented in Table 14.3.4__1.0, and a summary of the percentages of subjects with values meeting these criteria is presented in Table 14.3.5__3.  The percentages of subjects who had vital signs values that met the potentially clinically significant criteria were generally similar among the treatment groups.  A very high sitting systolic blood pressure value was reported by 0 placebo-treated subjects, 6% (3/50) of ABT-594 150 µg-treated subjects, 0 ABT-594 225 µg-treated subjects, and 3% (1/36) of ABT-594 300 µg BID-treated subjects (Table 14.3.5__3).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

96

### 12.5.4    Electrocardiogram Evaluation

#### 12.5.4.1    ECG Values Over Time

No statistically significant differences were observed between placebo and any of the other treatment groups for mean change from baseline to minimum, maximum, and/or final value for ECG variables (Table 14.3.6__1).

#### 12.5.4.2    Individual Clinically Significant Abnormalities

The percentage of subjects with shifts in ECG parameters from baseline to the final value using potentially clinically significant criteria to define categories are presented in Table 14.3.6__2. The majority of subjects had ECG values within normal range at the Baseline and Final Visits.

#### 12.5.4.3    Individual Clinically Significant Abnormalities

Criteria for potentially clinically significant ECG values are presented in Table 14.3.4__1.0, and a summary of the percentages of subjects with values meeting these criteria is presented in Table 14.3.6__4. The percentages of subjects who had ECG values that met the potentially clinically significant criteria were generally similar among the treatment groups. Of note, the high $QT_C$ interval in an ABT-594 225 µg BID-treated subject (4081) was an isolated occurrence that was not associated with an adverse event. The percentages of subjects who developed ECG values that met the potentially clinically significant criteria are presented in Table 12.5b; only those parameters that had at least 1 subject who met the potentially clinically significant criteria are presented.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066093

ABT-594 (ABBOTT-165594)                                                                          97
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### Table 12.5b    Number and Percentage of Subjects with ECG Values Meeting Potentially Clinically Significant Criteria (All Treated Subjects)

| Variable | Criteria | Treatment Group n (%) | | | |
| | | | ABT-594 | | |
| | | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| QT$_C$ Interval[a] | | (N=49) | (N=41) | (N=30) | (N=21) |
| | High: ≥500 msec | 0 | 0 | 1 (3%) | 0 |
| PR Interval | | (N=44) | (N=41) | (N=30) | (N=20) |
| | High: ≥210 msec | 1 (2%) | 0 | 1 (3%) | 0 |
| Heart Rate | | (N=50) | (N=41) | (N=31) | (N=21) |
| | High: ≥120 bpm and increased ≥30 bpm from baseline | 0 | 0 | 2 (6%) | 0 |

a    QT$_C$ calculated as QT divided by the square root of RR interval.

Cross Reference: Table 14.3.6__4 and Appendix 16.2__9.2

Individual subjects with ECG values that met the potentially clinically significant criteria are summarized in Table 14.3.6__3.

## 12.6    Safety Conclusions

Among all treated subjects, 66% of subjects receiving placebo and 83%, 90%, and 91% of subjects receiving ABT-594 150 µg, 225 µg, and 300 µg BID, respectively, reported treatment-emergent adverse events. The overall incidence of adverse events was statistically significantly higher for each of the ABT-594 treatment groups than for the placebo treatment group. The most frequently reported (≥10% of subjects in any ABT-594 treatment group) treatment-emergent adverse events were nausea, dizziness, vomiting, abnormal dreams, headache, asthenia, diarrhea, dyspepsia, and insomnia.

Subjects in the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups had statistically significantly higher incidences of treatment-emergent nausea (34%, 43%, and 46%, respectively), vomiting (15%, 25%, and 21%, respectively), abnormal dreams (22%, 22%, and 18%, respectively), and dizziness (17%, 35%, and 30%, respectively) compared to subjects in the placebo treatment group (11%, 3%, 0%, and 5%, respectively). A statistically significantly greater proportion of subjects in the ABT-594 225 µg and

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)                                                                        98
Study No. M99-114
R&D/01/171 - Clinical/Statistical

300 µg BID treatment groups reported treatment-emergent asthenia (16% and 21%, respectively) compared to subjects in the placebo treatment group (2%). Subjects in the placebo treatment group had a statistically significantly greater incidence of treatment-emergent infection (15%) compared to subjects in the ABT-594 300 µg BID treatment group (3%). Most adverse events were mild or moderate in severity.

No subject died during the course of the study. However, 1 subject (ABT-594 150 µg BID) died 58 days after completion of the Treatment Phase. The subject died due to suicide, which the investigator considered to be unrelated to study drug. In addition to the subject who died, 13 subjects (3 placebo, 4 ABT-594 150 µg, 2 ABT-594 225 µg, and 4 ABT-594 300 µg BID) experienced other serious adverse events. Eight of these subjects (2 placebo, 3 ABT-594 150 µg, 1 ABT-594 225 µg, and 2 ABT-594 300 µg BID) reported serious adverse events associated with the cardiovascular system during the study. Each subject had multiple risk factors for cardiovascular disease. One hundred subjects (6 placebo, 18 ABT-594 150 µg, 32 ABT-594 225 µg, and 44 ABT-594 300 µg BID) prematurely discontinued study drug due to 1 or more adverse events. The most frequently reported (≥10% of subjects in any ABT-594 treatment group) adverse events leading to discontinuation among ABT-594 subjects were nausea, dizziness, vomiting, abnormal dreams, and headache.

Results of other safety analyses, including individual subject changes, changes over time and individual clinically significant for laboratory evaluations, vital signs, ECGs, and physical examinations, were unremarkable for all treatment groups.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0066095

ABT-594 (ABBOTT-165594)                                                    99
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## 13.0   Discussion and Overall Conclusions

ABT-594 at 150 μg, 225 μg, and 300 μg BID was statistically significantly superior to placebo for the primary efficacy variable, the mean change from baseline to final for the average diary-based Pain Rating Scale. Furthermore, the mean improvement from baseline to final for the average site-based Pain Rating Scale score was statistically significantly superior in each of the ABT-594 treatment groups compared to placebo. Statistically significant linear dose responses were observed in the model that included the placebo treatment group for mean change from baseline to final for the average diary- and site-based Pain Rating Scale scores.

A statistically significantly greater proportion of subjects in all of the ABT-594 treatment groups had at least a 50% improvement in either their average diary- or site-based Pain Rating Scale scores at the final evaluation compared to subjects in the placebo treatment group.

There were no statistically significant differences between the placebo treatment group and any of the ABT-594 treatment groups for the mean change from baseline to final in the Neuropathic Pain Scale Total score. In the analysis of the mean change from baseline to final in SF-36™ Health Status Survey, a statistically significant improvement was observed for the ABT-594 225 μg BID treatment group in the physical component summary compared to the placebo treatment group. However, statistically significant worsening was observed for the ABT-594 300 μg BID treatment group in the mental component summary compared to the placebo treatment group.

Among all treated subjects, 66% of subjects receiving placebo and 83%, 90%, and 91% of subjects receiving ABT-594 150 μg, 225 μg, and 300 μg BID, respectively, reported treatment-emergent adverse events. The overall incidence of adverse events was statistically significantly higher for each of the ABT-594 treatment groups than for the placebo treatment group. The most frequently reported (≥10% of subjects in any ABT-594 treatment group) treatment-emergent adverse events were nausea, dizziness, vomiting, abnormal dreams, headache, asthenia, diarrhea, dyspepsia, and insomnia.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                          100
R&D/01/171 - Clinical/Statistical

Subjects in the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups had
statistically significantly higher incidences of treatment-emergent nausea (34%, 43%, and
46%, respectively), vomiting (15%, 25%, and 21%, respectively), abnormal dreams (22%,
22%, and 18%, respectively), and dizziness (17%, 35%, and 30%, respectively) compared
to subjects in the placebo treatment group (11%, 3%, 0%, and 5%, respectively). A
statistically significantly greater proportion of subjects in the ABT-594 225 µg and
300 µg BID treatment groups reported treatment-emergent asthenia (16% and 21%,
respectively) compared to subjects in the placebo treatment group (2%). Subjects in the
placebo treatment group had a statistically significantly greater incidence of treatment-
emergent infection (15%) compared to subjects in the ABT-594 300 µg BID treatment
group (3%). Most adverse events were mild or moderate in severity.

No subject died during the course of the study. However, 1 subject (ABT-594 150 µg
BID) died 58 days after completion of the Treatment Phase. The subject died due to
suicide, which the investigator considered to be unrelated to study drug. In addition to
the subject who died, 13 subjects (3 placebo, 4 ABT-594 150 µg, 2 ABT-594 225 µg, and
4 ABT-594 300 µg BID) experienced other serious adverse events. Eight of these
subjects (2 placebo, 3 ABT-594 150 µg, 1 ABT-594 225 µg, and 2 ABT-594 300 µg BID)
reported serious adverse events associated with the cardiovascular system during the
study. Each subject had multiple risk factors for cardiovascular disease. One hundred
subjects (6 placebo, 18 ABT-594 150 µg, 32 ABT-594 225 µg, and 44 ABT-594 300 µg
BID) prematurely discontinued study drug due to 1 or more adverse events. The most
frequently reported (≥10% of subjects in any ABT-594 treatment group) adverse events
leading to discontinuation among ABT-594 subjects were nausea, dizziness, vomiting,
abnormal dreams, and headache.

Results of other safety analyses, including individual subject changes, changes over time
and individual clinically significant for laboratory evaluations, vital signs, ECGs, and
physical examinations, were unremarkable for all treatment groups.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

# PLs' G

# *Oncology*
# *Portfolio Analysis*
# *Inputs*

Project List, Product Profiles and
Probabilities of Technical Success

DRAFT FOR TEAM REVIEW

November 8, 2000

---

- Inputs are drawn from 1999 SDG and 2000 Abbott DSG decision analyses, DDC documents and Business Development profiles - please review and update as appropriate.

- Questions/information gaps are noted in red - please respond or complete as indicated.

---

*Decision Support Group*

Highly Confidential

ABBT292350

## *Oncology – Portfolio Analysis Project Listing*

| Program Name | Development Projects | Comments |
|---|---|---|
| ABT-627 | Metastatic hormone-refractory prostate cancer (includes QTc Ph. I trial) | These two projects will be identified as "mutually exclusive" – i.e. fund one or the other project (i.e. choose the "1 trial" or "2 trial" HRPC strategy). |
| | Hormone-refractory prostate cancer (metastatic and non-metastatic, including QTc Ph. I trial) | |
| | Combination with other agents (e.g. taxanes, bisphosphonates) in hormone-refractory prostate cancer | |
| | Early hormone-responsive prostate cancer | |
| | Other, non-prostate cancers (Ph. II studies for publication) | |
| | Hemodynamic dose-ranging (hard to treat hypertension) | |
| ABT-518 | MMPi | |
| ABT-510 | TSP | |
| ABT-751 | Anti-mitotic | |
| ABT-828 | K-5 | |
| FTI Backup | FTI | |
| YM 5290 | Bisphosphonate analog | |

Decision Support Group:
11/9/00

2

Highly Confidential

ABBT292351

### *ABT-627 in metastatic hormone-refractory prostate cancer.*

**Base Case Product Profile\***

| Item | Product Attributes |
|------|--------------------|
| Efficacy | • 8 weeks (median) delay in time to disease progression, including progression of bone metastases<br>• 11 weeks (median) delay in PSA progression<br>• Delay to decline in quality of life (8-11 weeks ??)<br>• Delay to decline in ECOG score/patient performance measures (8-11 weeks ??)<br>• Delay to negative impact on pain scores (8-11 weeks ??) |
| Safety | • 19-25 % of patients (over standard of care) experience one or more of classic vasodilator adverse events – transient headache, peripheral edema or rhinitis.<br>• 1 % of patients (over standard of care) experience reversible elevations in liver enzymes.<br>• 13 % of patients (over standard of care) experience dyspnea. |
| Dosing/Formulation | • Oral 10 mg QD SEC |

* As defined for HRPC indication in 7/00 DSG analysis

Decision Support Group:
~~11/0/00~~

3

Highly Confidential

ABBT292352

*ABT-627 in metastatic hormone-refractory prostate cancer.*

**Probability of Technical Success***



> * As assessed in 10/00 DSG analysis update

Decision Support Group:

4

*ABT-627 in hormone-refractory prostate cancer (metastatic and non-metastatic).*

**Base Case Product Profile***

| Item | Product Attributes |
|------|--------------------|
| Efficacy | • 8 weeks (median) delay in time to disease progression, including progression or onset of bone metastases<br>• 11 weeks (median) delay in PSA progression<br>• Delay to decline in quality of life (8-11 weeks ??)<br>• Delay to decline in ECOG score/patient performance measures (8-11 weeks ??)<br>• Delay to negative impact on pain scores (8-11 weeks ??) |
| Safety | • 19-25 % of patients (over standard of care) experience one or more of classic vasodilator adverse events – transient headache, peripheral edema or rhinitis.<br>• 1 % of patients (over standard of care) experience reversible elevations in liver enzymes.<br>• 13 % of patients (over standard of care) experience dyspnea. |
| Dosing/Formulation | • Oral 10 mg QD SEC |

* As defined for HRPC indication in 7/00 DSG analysis

Highly Confidential

ABBT292354

*ABT-627 in hormone-refractory prostate cancer (metastatic and non-metastatic).*

**Probability of Technical Success***



* As assessed in 10/00 DSG analysis update

*ABT-627: combination with other agents (e.g. taxane, bisphosphonates) in hormone-refractory prostate cancer.*

### Base Case Product Profile*

| Item | Product Attributes |
|------|--------------------|
| Efficacy | • ??<br>• ??<br>• ?? |
| Safety | • same as for HRPC - is this appropriate for this case?<br>• 19-25 % of patients (over standard of care) experience one or more of classic vasodilator adverse events – transient headache, peripheral edema or rhinitis.<br>• 1 % of patients (over standard of care) experience reversible elevations in liver enzymes.<br>• 13 % of patients (over standard of care) experience dyspnea. |
| Dosing/Formulation | • Oral 10 mg QD SEC |

Decision Support Group:
11/2/00

* Based on profile defined for HRPC indication in 7/00 DSG analysis

7

Highly Confidential

ABBT292356

***ABT-627: combination with other agents (e.g. taxane, bisphosphonates) in hormone-refractory prostate cancer.***

**Probability of Technical Success**



> • Do we also need to consider the impact of success in these studies on the probability of regulatory approval of the HRPC indication?
>
> • If so, what is the impact?

Decision Support Group:

Highly Confidential

ABBT292357

*ABT-627 in early, hormone-responsive prostate cancer.*

### Base Case Product Profile*

| Item | Product Attributes |
|------|--------------------|
| Efficacy | • Minimum 25% improvement in time to disease progression<br>• Delay in PSA progression (min. 25% ??)<br>• Delay to decline in quality of life (min. 25% ??)<br>• Delay to decline in ECOG score/patient performance measures (min. 25% ??) |
| Safety | • 19-25 % of patients experience one or more of classic vasodilator adverse events – transient headache, peripheral edema or rhinitis.<br>• 1 % of patients (over standard of care) experience reversible elevations in liver enzymes.<br>• 13 % of patients (over standard of care) experience dyspnea. |
| Dosing/Formulation | • Oral 10 mg QD SEC |

* As defined for 7/00 DSG analysis

Decision Support Group:

9

Highly Confidential

ABBT292358

*ABT-627 in early, hormone-responsive prostate cancer.*

**Probability of Technical Success***



**Phase III Success/
Regulatory Approval**

P = 0.5 — Launch

Failure

* As assessed in 7/00 DSG analysis

Decision Support Group:

10

Highly Confidential

ABBT292359

*ABT-627 in other, non-prostate cancers (Ph. II studies for publication).*

**Base Case Product Profile***

| Item | Product Attributes |
|---|---|
| Efficacy | • 10 – 25 % improvement in tumor progression over standard therapy<br>• 5 – 10 % increase in survival<br>• Maintained or improved performance status<br>• 10 – 20 % reduction in pain, or decreased opioid use<br>• The above were defined for <u>indications</u> in these cancers – are these attributes relevant for publication studies? If not, what should they be? |
| Safety | • 19-25 % of patients experience one or more of classic vasodilator adverse events – transient headache, peripheral edema or rhinitis.<br>• 1 % of patients (over standard of care) experience reversible elevations in liver enzymes.<br>• 13 % of patients (over standard of care) experience dyspnea. |
| Dosing/Formulation | • Oral 10 mg QD SEC |

* As defined for 7/00 DSG analysis

Decision Support Group:                                                                                  11

Highly Confidential                                                                ABBT292360

***ABT-627 in other, non-prostate cancers (Ph. II studies for publication).***

**Probability of Technical Success***



- How many cancer states do we intend to study?
- Should success for this project be defined as:
  - success in all cancers studied?
  - success in at least one of the cancers studied?
- Probability of success will be adjusted accordingly (by EK).

\* As assessed for 7/00 DSG analysis

Decision Support Group:                                                          12

Highly Confidential                                                          ABBT292361

## *ABT-627: hemodynamic dose-ranging study (hard-to-treat hypertension).*

**Base Case Product Profile***

| Item | Product Attributes |
|------|--------------------|
| Efficacy | • As monotherapy, decrease in blood pressure of 10-15 mm Hg (SBP) and 6-10 mm Hg (DBP) vs. placebo.<br>• As combination therapy, decrease in blood pressure of 15-20 mm Hg (SBP) and 10-12 mm Hg (DBP) vs. placebo.<br>• Onset of action may be up to 1 week, maximum benefit in some up to 3-6 weeks.<br>• No increase in heart rate, no rebound effects upon withdrawal.<br>• Provides renal benefits and favorable effects on lipid profile.<br>• No dosing restrictions in patients with renal impairment, no differential clearance in the elderly, no adjustment of dose for food, no differential response between genders.<br>• Certain ethnic groups, such as those of African-American descent may have a greater response. |
| Safety | • 19-25 % of patients (over standard of care) experience one or more of classic vasodilator adverse events – transient headache, peripheral edema or rhinitis.<br>• 1 % of patients (over standard of care) experience reversible elevations in liver enzymes.<br>• 13 % of patients (over standard of care) experience dyspnea.<br>• All endothelin antagonists are known to be first trimester teratogens. |
| Dosing/Formulation | • Oral 1 - 10 mg QD SEC |

\* As defined for 7/00 DSG analysis

Highly Confidential                                                                                    ABBT292362

*ABT-627: hemodynamic dose-ranging study (hard-to-treat hypertension).*



**Probability of Technical Success***

* As assessed for 7/00 DSG analysis

Decision Support Group:

14

Highly Confidential

ABBT292363

*Cytostatics (ABT-518, ABT-510, ABT-828, FTI).*

**Base Case Product Profile***

| Item | Product Attributes |
|---|---|
| Efficacy | • As second/third line therapy, demonstrates equivalent or improved performance compared to gold standards of second or third line therapy on at least one of the following endpoints: survival, time to tumor or disease progression, tumor progression, quality of life.<br>• As first line therapy in combination with marketed agents, demonstrates equivalent or improved performance compared to first line gold standard on at least one of the following endpoints in at least one solid tumor type: survival, time to tumor or disease progression, tumor progression, quality of life.<br>• As adjunctive therapy post-surgery or radiation, increases survival or time to disease progression in at least one solid tumor type (either alone or in combination with other agents). |
| Safety | • In combination, either adds limited side effects to marketed regimens or allows dose reduction of other chemotherapy agents, thus reducing side effects while maintaining efficacy.<br>• As a single agent, offers a significant advantage in side effect profile compared to gold standards of second or third line therapies. |
| Dosing/Formulation | • Oral administration (ABT-518, FTI)<br>• Subcutaneous administration (ABT-510) ??<br>• ?? administration (ABT-828) |

Decision Support Group:

* Based on target profile for FTI  DDC  - please modify as appropriate

5

Highly Confidential

ABBT292364

## *Cytostatics (ABT-518, ABT-510, ABT-828, FTI)*

### Probability of Technical Success

|  | ABT-518 (MMPI) | ABT-510 (TSP) | ABT-828 (K5) | FTI |
|---|---|---|---|---|
| Phase I | 0.6 | 0.5 | 0.5 | 0.6 |
| Phase II | 0.5 | 0.5 | 0.5 | 0.5 |
| Phase III & Regulatory | 0.55 | 0.55 | 0.55 | 0.55 |

- Are any adjustments required for events that have occurred since the 1999 SDG analysis?
  - e.g. patent issues with K5 ?
  - other?
- Please adjust accordingly.

### Comments

(Probabilities and comments are taken from 1999 SDG analysis of Oncology portfolio).

Phase I: MMPI slightly higher because mechanism-based toxicities are known. FTI also higher because backup will be chosen based on avoiding PK issue seen in lead.

Phase II: Success is defined as getting at least 1 success out of 3 cancer states studied. For single cancer state, probability would be lower, but if we do 3 to get 1, team felt that probability would be approximately industry average (i.e. 0.5).

Phase III and Regulatory: Ph. III probability (0.7) is industry average (would probably be lower than industry average since this is new class, but we will be choosing best cancer state out of 3 studied in Ph. II, so this is more of a "confirmatory" study and factors roughly cancel). Probability of regulatory approval (0.8) is slightly lower than industry average (0.9) because of uncertainty in regulatory perspective on new cytostatic class.

Decision Support Group:
11/5/99

16

Highly Confidential

ABBT292365

*Cytotoxics (ABT-751).*

**Base Case Product Profile***

| Item | Product Attributes |
|---|---|
| Efficacy | • Increases average survival by 5 to 20 % over current standard therapy.<br>• Response rate is 20 – 30 % in pretreated patients.<br>• Activity spectrum is significantly broader than taxol. Active against taxol-resistant tumors. |
| Safety | • ??<br>• ?? |
| Dosing/Formulation | • Oral administration |

* Based on 1999 SDG analysis - please modify / complete as appropriate

Decision Support Group:                                                                                    17

Highly Confidential

ABBT292366

## Cytotoxics (ABT-751)

**Probability of Technical Success**

| | ABT-751 (Anti-mitotic) |
|---|---|
| Phase I | 0.8 |
| Phase II | 0.6 |
| Phase III & Regulatory | 0.65 |

- I understand that ABT-751 has completed Ph. I - please confirm.
- Are any adjustments required for events that have occurred since the 1999 SDG analysis?

**Comments**

(Probabilities and comments are taken from 1999 SDG analysis of Oncology portfolio).

**Phase I:** Cytotoxics have high probability, since one key objective of Ph. I is to demonstrate toxicity (i.e. MTD). Anti-mitotic is slightly lower than taxane (P = 0.9), because there is no marketed colchicine site binder, and additional bioavailability hurdle if we choose to go with oral formulation.

**Phase II:** Anti-mitotic higher than cytostatics in Ph. II because of clearer endpoints.

**Phase III and Regulatory:** Ph. III probability (0.7) is industry average. Probability of regulatory approval (0.9) is industry average. Higher than cytostatics because of regulatory precedents and experience with cytotoxics (over cytostatics).

*YM 5290 (Bisphosphonate analog).*

**Base Case Product Profile***

| Item | Product Attributes |
|---|---|
| Efficacy | • Increases time to onset/progression of bone metastases ?? (or other events??) in patients with ??? cancer(s) by how much??.<br>• Decreases the pain (time to onset of pain??) associated with bone metastases by how much??<br>• Response rate is 50 % of patients with symptomatic skeletal metastases. |
| Safety | • ??<br>• ?? |
| Dosing/Formulation | • Oral administration. |

* Based on Business Development profile/summary of YM 529 - please modify / complete as appropriate

Decision Support Group:
11/9/99

19

Highly Confidential

ABBT292368

## *YM 529 (Bisphosphonate analog).*

**Probability of
Technical Success**

|  | YM 529 |
|---|---|
| **Phase I** | ? |
| **Phase II** | ? |
| **Phase III & Regulatory** | ? |

- Please estimate probabilities of success by phase.
- Include brief notes on assumptions/rationale.

# PLs' IB

ABBT0017833

HIGHLY CONFIDENTIAL

# Key Issues/Decisions/Events

## Nov~~~~~ 2000 – "Top" Issues

| Area | Issue/Decision/Event | Progress |
|---|---|---|
| **ABT-378 Kaletra** Regulatory | | Redacted |
| **ABT-492** Clinical | | |
| **ABT-518** Toxicology/ Metabolism | Key tox finding was hepatotoxicity in one-month rat study. In-vitro and in-vivo data indicate a potential for mechanism based drug interactions. | The Phase I first-in-man protocol has been designed to address these issues. Additional tox and metabolism studies planned to address this issue. |
| **ABT-594** | USAN approval for the generic / chemical name for ABT-594 was received. The United States Adopted Name for ABT-594 (A-166594.47) is ebanicline tosylate (4-be-ni-klén to-se-lát.) | |
| **ABT-492** Formulation Manufacturing | R.P.Scherer (Tampa) is a single site for production of drug product. Site audit revealed deficiencies which will delay production of Phase III clinical supplies but will NOT delay initiation of Phase III trials. | Alternate R.P. Scherer sites as well as alternate vendor options are being explored. Deficiencies are being corrected and will be resolved prior to production of Phase III clinical supplies in 1/01. |
| **PARD** | French authorities have raised issue of acid treated gelatin in our SGCs (also used in Kaletra and Norvir). | PARD will investigate alkaline treated SGCs for possible switch in the NDA runs. |
| **ABT-773** Regulatory | An end of Phase II meeting with FDA was targeted for the end of September/mid October timeframe, but rescheduled to the end of November at the request of FDA. | Meeting with FDA was held on November 27th. QT effects are the current hot topic for the FDA, and was reflected in the changes they requested to the Phase III program. They also requested an acute tox study in dog to further evaluate cardiac effects. The required 'body of evidence" for obtaining a resistance claim for *s.pneumo* was discussed and the FDA recommendation included having an IV formulation to get bacteremic patients and more serious CAP infections. |
| | Regulatory uncertainties over how to deal with the ketolide/macrolide class regarding QT interval effects. | FDA concern is whether ketolides behave like macrolides and whether there may be a class effect. They also discussed whether a Phase I study should be conducted in subjects with |

# November 2000 – "Top" Issues

## Key Issues/Decisions/Events

| Area | Issue/Decision/Event | Progress |
|---|---|---|
| Venture / HPD | Obtain sufficient quantity of clinical isolates with resistant organisms to request a separate claim for activity against resistant S. pneumoniae. | underlying cardiac disease. They are requiring EKG monitoring in all Phase III studies. FDA feedback regarding a resistance claim for PRSP is that a sufficient "body of evidence" needs to be gathered to convince them to grant a claim. They estimate >10 resistance isolates will be required, CAP and ABECB isolate requirements need further clarification, but ABS isolates are evaluated separately. They are not convinced about the clinical significance of MRSP and need further evidence. They suggest that an IV formulation to obtain bacteremic patients and more severe CAP infections will enhance the probability of obtaining the claim. |
| | The initial development of an IV formulation has been completed and clinical supplies have been manufactured by HPD. Year 2001 funding was committed by HPD. | HPD funding for 2001 ($7MM) is no longer approved. At the ABT-773 Portfolio meeting, Jeff Leiden committed to find funding (approx. $1MM) to do the Phase I studies for the IV in 2001 to enable us to evaluate the viability of the IV formulation in terms of pain on injection and the dose requirements. |
| Japan | Due to the dose change in the base development program, Phase I will be repeated in Japan to further evaluate dose-ranging. An increase in liver enzymes was observed in the low and medium dose groups of Japanese volunteers in the first study in Hawaii, and will be further evaluated in the Phase I studies done in Japan. A Japanese dose and formulation, as well as the Phase II/III studies, will be defined once the dose-ranging has been completed. This plan will determine the filing date for Japan. | The Food Effect Phase I study was started November 29th and the Dose Ranging study will initiate December 14th. Once these results are available, we plan to meet with Kiko in May to discuss the Phase II/III program. |
| **ABT-892**<br>Project Timeline | | Redacted |
| **ABT-963**<br>Cox-2 | | |

HIGHLY CONFIDENTIAL

ABBT00178834

ABBT0017835

PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT
GLOBAL AI SPLIT
($MILLIONS)

| Ongoing Development Programs | 2000 APU Global | 2000 APU Domestic | 2000 AGU Global | 2000 AGU Domestic | Key Unfunded Programs |
|---|---|---|---|---|---|
| NEUROLOGY | | | | | |
| Cholinergic Channel Modulator | 15.0 | ... | 14.4 | ... | 8.0 A. |
| ANTI IFECTIVE | | | | | |
| Ketolide | 74.1 | ... | 67.1 | ... | 5.7 B. |
| Quinolone | 6.8 | ... | 6.8 | ... | |
| UROLOGY/CARDIOLOGY | | | | | |
| HIV | | | | | |
| CANCER | | | | | |
| Endothelin | 8.0 | ... | 13.0 | ... | 5.0 E. |
| Metalloprotease (MMPI) | 5.0 | ... | 5.0 | ... | ... |
| Farnesyltransferase (FTI) #2 | ... | ... | ... | ... | ... |
| TSP #1 | 6.6 | ... | 6.6 | ... | ... |
| Anti-Mitotic | 3.0 | | 6.0 | | |
| Other New Products | | | | | |
| Other | | | | | |
| Total Development | | | | | |
| Discovery | | | | | |
| Total PPD (Without Risk) | | | | | |
| Risk/Affordability | | | | | |
| Total PPD (With Risk) | | | | | |
| Total Global & Domestic | | | | | |

Redacted

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

ABBT00178836

# Pharmaceutical Products Research & Development
## 2000 Discovery Development Candidate (DDC) Target Dates
### NOVEMBER 2000

| PROJECT/COMPOUND | THERAPEUTIC TARGET | PROBABILITY | TARGETED REVIEW DATE CURRENT MONTH | TARGETED REVIEW DATE PRIOR MONTH |
|---|---|---|---|---|
| Anti-Mitotic | Cancer | Complete | March 9 | March 9 |
| MMPI 2nd Generation | Cancer | Complete | March 9 | March 9 |
| Anti-Mitotic (7010) | Cancer | Complete | March 9 | March 9 |
| | | | | |
| Quinolone (In-house) | Anti-infective | <25% | 2Q01 | December 15, 2000 |
| NNR ABT-594 Backup | Pain | >50% | 1Q01 | December 7, 2000 |
| | | | | |
| TSP #2 | Cancer | >25% | 1Q01 | 4Q00 |
| | ... | .... | .... | ...... 11, 2000 |

**STATUS OF PAST CANDIDATES NOT FUNDED**

THERAPEUTIC

Redacted

NOTE: CHANGES FROM PRIOR

# PLs' IC



Belinda A
Hightower/LAKE/PPRD/ABB
OTT

11/20/2000 03:28 PM

To   Phyllis L Kincaid/LAKE/PPRD/ABBOTT@ABBOTT

cc   D44J, Cheryl D Spencer/LAKE/PPRD/ABBOTT@ABBOTT,
     Jeanne M Fox/LAKE/PPRD/ABBOTT@ABBOTT, Gregory
     Bosco/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject   Clinical Hold

I received a phone call from Carol Meyer (Anti-Infective) moments ago, informing me that a conference call was held with the FDA and the agency requested that they place the following ABT-773 studies on HOLD.   The team is drafting a letter which will be faxed to each of the 80 sites (approx.) with a supplemental telephone call to instruct the sites not to enroll any additional subjects until further instructed.  There are 8 subjects who have received drug and will remain in the study and followed during this interim period.
        M00-219 (CAP)
        M00-216 (ABECB)
        M00-222 (Pharyngitis)
        M00-225 (Sinusitis)

The team is scheduled to meet with the agency for an *End of Phase II* meeting on Monday (27 November, 2000) and will hopefully discover whether the HOLD is lifted.

Kind regards,
Belinda

CONFIDENTIAL
ABBT0556812

# PLs' IM

*CONFIDENTIAL*

# ABT – 773

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008153

Descriptive Memorandum: ABT – 773    CONFIDENTIAL    1

*Leonard* EXHIBIT 56
FOR I.D. 6/1/02  1 of

## ABT-773

*Opportunity Overview*

ABT-773 pertains to a promising new class of antibiotics known as ketolides. ABT-773 is likely to have activity against resistant strains of bacteria and will, therefore, compete effectively against currently marketed antibiotics. The compound is currently in Phase II/III trials. Phase III clinical trials began in Q4, 2000. ABT-773 has an expected U.S. launch date in Q1, 2004. Ex-U.S. launches are projected in 2004 for Europe and Japan.

Product features such as high efficacy, activity against resistant strains of bacteria and convenience should enable it to compete against both Zithromax and newer agents such as the quinolones. Dosing is expected to be once-a-day. A 5-day convenience pak at a competitive price will help maximize sales.

*The US Market*

The overall antibiotic market in the U.S. reached $8.9 billion in sales in 1999. The tab/cap segment is the largest; sales in 1999 were $5.7 billion. The I.V. and oral suspension segments are comparatively smaller; total sales topped $2.1 and $1.1 billion, respectively.

Tab/cap and oral suspension prescription volume had been declining 1-2% per year in the period of 1995-1998, due to more appropriate prescribing in the face of increasing resistance. However, total tab/cap prescription volume recovered in 1999 and grew 6.3%. Even in the face of negative pressure on antibiotic use, dollar sales in the U.S. have continued to increase, particularly in the tab/cap market. This is due to the trend of replacing relatively low-cost generic agents with higher priced premium antibiotics. The market is willing to bear higher costs for agents that satisfy unmet needs. The I.V. market has grown slightly in terms of sales, also being driven largely by the replacement of generic agents with more costly branded agents.

Macrolides, largely fueled by the gains of Zithromax, have seen significant growth in terms of both prescriptions and sales. Zithromax prescriptions far outnumber those of other competitors, while its sales have nearly surpassed those of the sales leader, Cipro. Historically, quinolones saw relatively limited use for community respiratory tract infections (RTIs) because of poor Gram-positive coverage and sub-optimal adverse event profiles. Newer quinolones such as Levaquin have been successful in achieving more widespread use by virtue of its improved activity and adverse event profile. Levaquin currently accounts for approximately 30% of the quinolone market share. It is anticipated that recent quinolone introductions (Avelox, Tequin) will build upon the RTI momentum established by Levaquin. The growth of the macrolide and quinolone classes has come largely at the expense of cephalosporins and generic agents such as erythromycin and penicillin.

The following table shows 1999 tab/cap sales and prescriptions by class/product:

| | Sales | | | TRXs | | |
|---|---|---|---|---|---|---|
| | Sales ($MM) | Share | CAGR₉₅₋₉₉ | TRXs (MM) | Share | CAGR₉₅₋₉₉ |
| Penicillins | $148.3 | 2.6% | -1.0% | 52.5 | 23.7% | -5.6% |
| Cephalosporins | $980.9 | 17.2% | -5.8% | 37.9 | 17.1% | -3.5% |
| Ceftin | $383.9 | 6.7% | 1.8% | 5.0 | 2.3% | -1.0% |
| Cefzil | $188.7 | 3.3% | 12.5% | 2.7 | 1.2% | 11.3% |
| Other | $408.3 | 7.1% | -14.7% | 30.1 | 13.6% | -4.8% |
| Ext. Spec. Macrolides | $1,595.6 | 27.9% | 19.9% | 36.1 | 16.3% | 20.8% |
| Biaxin | $690.5 | 12.1% | 6.1% | 11.3 | 5.1% | 1.2% |
| Zithromax | $891.1 | 15.6% | 42.1% | 24.4 | 11.0% | 41.5% |
| Other | $14.0 | 0.2% | 21.0% | 0.4 | 0.2% | 53.0% |
| Quinolones | $1,622.1 | 28.4% | 17.0% | 24.0 | 10.8% | 11.7% |
| Cipro | $902.5 | 15.8% | 8.3% | 14.1 | 6.4% | 5.1% |
| Levaquin | $529.4 | 9.3% | NA | 7.0 | 3.1% | NA |
| Other | $190.2 | 3.3% | -2.2% | 3.0 | 1.3% | -6.4% |
| Augmentin | $778.1 | 13.6% | 17.8% | 10.7 | 4.8% | 11.8% |
| Other Classes | $590.5 | 10.3% | -1.1% | 60.4 | 27.3% | -4.1% |
| TOTAL TAB/CAP | $5,715.4 | 100.0% | 8.9% | 221.5 | 100.0% | 0.1% |

CONFIDENTIAL
JH 008154

*U.S. Market Projections*

Resistance to antibiotics is likely to increase, creating opportunities for new agents with activity against resistance. Physicians will be urged to choose agents with an appropriate spectrum of activity relative to the infection being treated. Resistance will increasingly become part of the promotional mix for emerging agents. The ability of an agent to treat resistant strains and the real or perceived ability to slow or prevent resistance development (mutation prevention concentration, low mutation frequency, structure-activity relationships, etc) may confer competitive advantage to such agents.

- Quinolones, which historically have seen limited use in community-acquired respiratory infections, will become a significant class in this segment as new agents from this class are launched that specifically target RTIs.

- The market will become more competitive as new agents enter both the community segment (ketolides, quinolones) as well as the nosocomial segment (oxazolidinones, streptogramins, everninomycins, peptides, others).

- Several key branded antibiotics will lose patent exclusivity over the next three to five years.. This may create an opportunity in the pediatric market as the top three pediatric brands (Augmentin, Cefzil, Zithromax) are among those losing patent exclusivity.

Antiviral influenza and cold therapeutics, as well as an increasing number of antibacterial vaccines may have a negative impact on antibiotic prescriptions.

*The Ex-U.S. Market*

Ex-U.S. sales of antibiotics totaled $11.7 billion in 1999. Tab/cap represents the largest segment, with sales of $9.4 billion from 770 million total prescriptions. Total Rx growth has been flat, with a 1996-99 CAGR of 0.5%. The use of antibiotics is predicted to slowly decline due to more judicious use of antibacterials in the face of increasing bacterial resistance.

Ex-U.S., the quinolone class accounted for 8% of total tab/cap market prescriptions (62 million Rxs) and 13% of sales ($1.2 billion). Ciprofloxacin is the market leader ex-U.S. with approximately 47% of the quinolone market Rxs (29 million Rxs) and 44% ($530MM) of sales. Levofloxacin launched in many European markets in 1998/1999 and holds approximately 14% Rx share of the European quinolone market and 0.8% of the overall tab/cap market. Although grepafloxacin and trovafloxacin also launched in some European countries in 1999, both products were recently pulled from the market due to liver toxicity and other complications. Moxifloxacin launched in Germany in Q4 1999, but has not yet been approved in other markets. In Japan, levofloxacin launched in 1994 and still commands a 65% Rx share of the quinolone market and 10% of the Japanese tab/cap market overall. Japan accounts for approximately 80% of ex-U.S. levofloxacin sales ($370MM).

CONFIDENTIAL
JH 008155

## Scientific Rationale for ABT-773

The likely profile of ABT-773 justifies further development:
- ABT-773 pertains to a new class of antibiotics.
- Good activity against resistant Gram + organisms, particularly macrolide-resistant S. pneumoniae.
- Convenence, safety, and tolerability profile competitive with Z-pak.
- Oral Suspension and I.V. forms enabling penetration into pediatrics and hospital segments.

## Clinical Studies

The safety and efficacy of ABT-773 in AECB were studied in a multi-center Phase II clinical trial conducted between January and April of 1999. Dosing regimens of 100mg TID and 200mg TID were tested. Of the 169 enrolled patients, 159 were clinically evaluable and 96 were both clinically and bacteriologically evaluable. The following chart summarizes the results.

| Bacterial Eradication | ABT-773 100mg TID | ABT-773 200mg TID | Overall Eradication |
|---|---|---|---|
| S. pneumoniae | 100% (13/13) | 90% (9/10) | 96% (22/23) |
| M. catarrhalis | 100% (6/6) | 100% (7/7) | 100% (13/13) |
| H. influenzae | 96% (23/24) | 92% (24/26) | 92% (47/50) |
| H. parainfluenzae | 100% (6/6) | 88% (7/8) | 93% (13/14) |

| Clinical Response | ABT-773 100mg TID | ABT-773 200mg TID |
|---|---|---|
| Cure | 96% (77/80) | 92% (73/79) |
| Failure | 4% (3/80) | 8% (6/79) |

| Clinical and Bacterial Response | ABT-773 100mg TID | ABT-773 200mg TID |
|---|---|---|
| Cure | 96% (46/48) | 94% (45/48) |
| Failure | 4% (2/48) | 6% (3/48) |

| Adverse Events | ABT-773 100mg TID | ABT-773 200mg TID | Overall |
|---|---|---|---|
| Taste Perversion | 5% (4/84) | 8% (7/85) | 6.5% (11/169) |
| Diarrhea | 11% (9/84) | 6% (5/85) | 8% (14/169) |
| Nausea | 2% (2/84) | 2% (2/85) | 2% (4/169) |
| Abdominal Pain | 1% (1/84) | 2% (2/85) | 2% (3/169) |
| Headache | 2% (2/84) | 1% (1/85) | 2% (3/169) |
| Rash | 2% (2/84) | 1% (1/85) | 2% (3/169) |
| Dyspnea | 2% (2/84) | | 1% (2/169) |
| Elev. Liver Funct. Test | 1% (1/84) | 1% (1/85) | 1% (2/169) |
| Fever | | 2% (2/85) | 1% (2/169) |

CONFIDENTIAL
JH 008156

The safety and efficacy of ABT-773 in AECB were studied in a multi-center Phase IIb clinical trial from October 1999 to March 2000. Doses of 150mg QD, 300mg QD, and 600mg QD were tested. Of the enrolled subjects, 342 were clinically evaluable, and 169 were both clinically and bacteriologically evaluable. The following chart summarizes the results.

| Bacterial Eradication | ABT-773 150mg QD | | ABT-773 300mg QD | | ABT-773 600mg QD | | Overall Eradication | |
|---|---|---|---|---|---|---|---|---|
| S.pneumoniae | 83% | (10/12) | 90% | (9/10) | 100% | (13/13) | 91% | (32/35) |
| M.catarrhalis | 80% | (8/10) | 92% | (12/13) | 91% | (10/11) | 88% | (30/34) |
| H. influenzae | 94% | (17/16) | 89% | (17/19) | 83% | (19/23) | 88% | (53/60) |

| Clinical Response | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cure | 67% | (98/113) | 90% | (105/117) | 90% | (101/112) | | |
| Failure | 13% | (15/113) | 10% | (12/117) | 10% | (11/112) | | |

| Clinical & Bacteriological Response | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cure | 84% | (42/50) | 88% | (49/56) | 94% | (59/63) | | |
| Failure | 16% | (8/50) | 12% | (7/56) | 6% | (4/63) | | |

| Adverse Events | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Taste Perversion | 5% | (4/84) | 19% | (25/129) | 29% | (37/129) | 17% | (66/384) |
| Diarrhea | 13% | (16/126) | 12% | (15/129) | 21% | (27/129) | 15% | (58/384) |
| Nausea | 7% | (9/126) | 13% | (17/129) | 30% | (38/129) | 17% | (64/384) |
| Vomiting | 2% | (3/126) | 3% | (4/1229) | 11% | (14/129) | 5% | (21/384) |
| Nausea & Vomiting | 0 | (0/126) | <1% | (1/129) | 4% | (5/129) | 2% | (6/384) |
| Abdominal Pain | 4% | (5/126) | 4% | (5/129) | 4% | (5/129) | 4% | (15/384) |

The safety and efficacy of ABT-773 in Acute Bacterial Sinusitis (ABS) were studied in a multi-center Phase IIb clinical trial conducted from October 1999 to March 2000. Dosing regimens of 150mg QD, 300mg QD, and 600mg QD were tested. Of the 292 enrolled subjects, 246 were clinically evaluable. The following chart summarizes the results.

| Bacterial Eradication | ABT-773 150mg QD | AB T-773 300mg QD | ABT-773 600mg QD | Overall Eradication |
|---|---|---|---|---|
| S.pneumonia | 3/3 | 8/8 | 9/12 | 20/23 |
| M. catarrhalis | 8/9 | 3/4 | 4/4 | 15/17 |
| H. influenzae | 3/5 | 7/7 | 5/7 | 15/19 |
| S.aureus | 1/1 | 1/1 | 3/4 | 5/6 |

| Clinical Response | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cure | 89% | (70/79) | 83% | (70/84) | 71% | (59/83) | | |
| Failure | 11% | (9/79) | 17% | (14/84) | 29% | (24/83) | | |

| Adverse Events | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Taste Perversion | 1% | 16/97 | 14% | (14/98) | 27% | (26/97) | 14% | (41/292) |
| Diarrhea | 6% | (6/97) | 6% | (6/98) | 17% | (16/97) | 10% | (28/292) |
| Nausea | 3% | (3/97) | 12% | (12/98) | 26% | (25/97) | 14% | (40/292) |
| Vomiting | 1% | (1/97) | 6% | (6/98) | 17% | (16/97) | 8% | (23/292) |

CONFIDENTIAL
JH 008157

Descriptive Memorandum: ABT - 773          CONFIDENTIAL          5

The safety and efficacy of ABT-773 in community-acquired pneumonia (CAP) were studied in a multi-center Phase IIb clinical trial from October 1999 to March 2000. Dosing regimens of 300mg QD and 600mg QD were tested. Of the 187 enrolled subjects, 124s were clinically evaluable, and 15 were both clinically and bacteriologically evaluable. The following chart summarizes the results.

| Bacterial Eradication | ABT-773 300mg QD | | ABT-773 600mg QD | | Overall Eradication | |
|---|---|---|---|---|---|---|
| S. pneumoniae | 87% | (13/15) | 100% | (7/7) | 91% | (20/22) |
| M. catarrhalis | 75% | (6/8) | 50% | (2/4) | 67% | (8/12) |
| H. influenzae | 100% | (9/9) | 72% | (13/18) | 81% | (22/27) |
| M. pneumoniae | 93% | (13/14) | 93% | (14/15) | 93% | (27/29) |
| C. pneumoniae | 95% | (19/20) | 79% | (19/24) | 86% | (38/144) |
| L. pneumoniae | 100% | (3/3) | 100% | (2/2) | 100% | (5/5) |
| **Clinical Response** | | | | | | |
| Cure | 92% | (72/78) | 80% | (56/70) | | |
| Failure | 8% | (6/78) | 20% | (14/70) | | |
| **Clinical & Bacterial Response** | | | | | | |
| Cure | 92% | (54/59) | 82% | (47/57) | | |
| Failure | 8% | (5/59) | 18% | (10/57) | | |
| **Adverse Events** | | | | | | |
| Taste Perversion | 17% | (16/95) | 26% | (24/92) | 21% | (40/187) |
| Diarrhea | 14% | (13/95) | 19% | (17/92) | 16% | (30/187) |
| Nausea | 12% | (11/95) | 22% | (20/92) | 17% | (31/187) |
| V omitting | 10% | (9/95) | 15% | (14/92) | 12% | (23/187) |

- Appendix 1

## Key Emerging Competitors

| Generic | Brand | Company | Class | Status |
|---|---|---|---|---|
| moxifloxacin | Avelox | Bayer | Quinolone | Approved by FDA 12/13/00 |
| gatifloxacin | Tequin | BMS | Quinolone | Approved by FDA 12/21/00 |
| gemifloxacin | Factive | SKB | Quinolone | Filed NDA 12/15 |
| T-3811 | TBD | BMS/Toyama | Quinolone | Phase I |
| telithromycin | Ketek | Aventis | Ketolide | Filed NDA 3/00 |
| linezolid | Zyvox | Pharmacia | Oxazolidinone | Approved by FDA Q2 '00 |

CONFIDENTIAL
JH 008158

# PLs' IO

ABT-773 Update February 12, 2001

### Introduction

ABT-773 is a ketolide antimicrobial, an evolutionary step from the macrolide antimicrobials such as erythromycin and the new generation macrolides like clarithromycin and azithromycin. It is in phase III development as a replacement to clarithromycin.

The antibiotic market is a large market ($20.5 Billion in 1999) and is expected to expand on a global sales basis ($26.5 Billion in 2005). The majority of the markets sales are in the oral tablet/capsule segment. Market sales increases are being driven by replacement of older/cheaper agents with branded agents. Zithromax has driven market demand for cost/convenience/tolerability, while the quinolones (Levaquin, Tequin, Avelox) are the fastest growing segment, playing into resistance concerns. Resistance is a major driving force for both the quinolones and ketolides development.

### Ketolides are a Novel Class of Antimicrobial
- Active includes key respiratory tract infection pathogens including macrolide and penicillin resistant *S. pneumoniae and S. pyogenes*
- Bactericidal activity
- Prolonged post antibiotic effect
- Reduced resistance development

ABT-773 is the most active ketolide presently under development. It is 5 to 10 times more active than teilthromycin (Aventis ketolide) against *S. pneumoniae* and *S. pyogenes* including resistant strains. It has equal activity to telithromycin and azithromycin against *H. influenzae*. The increased activity can be attributed increased ribosomal binding. Compared to macrolides that bind only to domain V, ABT-773 binds to both domains II and V. The binding is essentially irreversible and provides bactericidal activity against *S. pneumoniae*.

### Key issues facing the ABT-773 development program are summarized below

#### QTc Issues

The potential for QTc prolongation is currently a prominent issue facing drug development across therapeutic areas-worldwide. Antimicrobial agents including macrolides and quinolones are of concern to regulatory agencies. There is considerable scientific uncertainty in relating the findings from in vitro assays and animal models to clinical risk of malignant arrhythmias. In an effort to gain more

Confidential

ABBT205042

knowledge these agencies are requiring the pharmaceutical companies to do additional test including

- ICH guidelines require data from animal models and 200 patients
- FDA is in the process of evaluating all drug class known to have a potential for prolonging QTc (erythromycin and clarithromycin)
- FDA has question whether ketolides behave like macrolides
- FDA requested additional dog tox work to evaluate QTc of ABT-773
- ABT-773 studies required including ECG monitoring in pivotal Phase 3 studies.
- FDA may require a Phase I study in patients with underlying cardiac disease, but the design for these studies has not been determined.
- Some antimicrobials now contain warnings for QT prolongation such as moxifloxacin.
- Telithromycin (Ketek) data residing at FDA will be reviewed by FDA Advisory Committee at a meeting scheduled for May 2001 probably related to concerns about efficacy and not related to QTc concerns.

The ketolide ABT-773 will be considered guilty until proven innocent because it is related to erythromycin and clarithromycin which are also suspect and under scrutiny. ABT-773 has the following data related to its potential or lack of potential to affect the QT interval.

- Preclinical data positive for QTc dose response.
- A possible dose effect in Phase I at total daily dose $\geq$800 mg.
- No significant QT effect observed when ABT-773 was administered with the metabolic inhibitor ketoconazole. (Increased ABT-773 Cmax 5X)
- No concentration response in Phase I studies ($\leq$300mg).
- No consistent QT effect observed at clinical doses studied in Phase IIB studies. (150 mg QD to 600 mg QD)

The Venture plan for dealing with the uncertainties related to developing a drug which has an unknown potential for prolonging the QT intervals is to pro-actively attempt to find out as much about our drug and the science related to QTc by;

- Completed preclinical evaluation of ABT-773
- Initiate FDA recommended dog studies.
- Completed ECG monitoring of >200 patients in Phase II and III
- Continue to monitor QTc and electrolytes in Phase III programs.
- Perform FDA requested study of QTc in patients with pre-existing cardiac disease; perform phase I study as required by CPMP.
- IV ABT-773 Phase I study will monitor QTc carefully
- Consult with Drs. Morganroth and Moss QTc advisors.

**Liver Toxicity Issues**

The FDA has similar concerns regarding the potential for liver toxicity of new drugs as it has for QTc issues, since both of these problems have resulted in

drugs being removed from the market shortly after approval. The concerns have been directed at the quinolones, but all antimicrobials are under going extensive evaluations. The FDA has a meeting on guidance to industry on how to study the potential for liver toxicity, scheduled for February 11-12, 2001. Jean Fox will attend this meeting and report back on it so that we will be able to update this topic at the February meeting.

In the Japanese bridging study run in Hawaii we saw increases in LFTs in Japanese subjects. This was very disturbing, since increases in LFTs were seen only in the Japanese subjects. In addition the Japanese subjects had AUCs which were 50% higher than the western subjects. LFTs in over 1000 western subjects did not show any problems. Since, the Japanese subjects with elevated LFTs did not show a dose response, it was felt that the changes in LFTs might be related to the high caloric diet on the unit. To answer this question Phase I food interaction and a repeat of the bridging study was preformed in Japan. The results of this study showed no evidence of any problem with LFTs in the Japanese or Caucasians. Based on the encouraging results we will continue moving forward with the Japan Program.

**Phase III Tablet Program**

The Phase III tablet program is underway after several delays related to manufacturing of the 150 mg tablet to replace the 300 mg tablets and the late date (11/27/00) of the FDA End of Phase II meeting. The present plan is to complete the Phase III 150 mg once daily indications in the US and Europe this year. These studies include two pharyngitis studies compared to penicillin 500 mg TID, one ABECB study in the US compared to Azithromycin, and one European ABECB study compared to Levofloxacin. The CAP and sinusitis dose selections studies are running globally, but no European sites are enrolling yet due to the changes in the protocol following the FDA End of Phase II meeting. We are increasing sites and planning to go to the Southern Hemisphere if needed to complete the studies before the start of the fall respiratory season. These changes have added additional costs that will add approximately $5.0 MM to the budget.

The results of the CAP and Sinusitis studies have the potential of generating divergent development paths based on differences in AI and PPD regulatory and commercial considerations. PPD would prefer to have 150 mg once daily for all indications and AI would prefer 150 mg once daily for pharyngitis and ABECB and 150 mg BID for CAP and sinusitis. Once we complete the study we will need to meet to iron out the possible options.

**ABT-773 IV Formulation Program**

Confidential

The IV formulation program is presently unfunded.  The IV program is important to overall program because of the following;
- Hospital formulary acceptance
- XX% share gain in Tab sales due to step-down therapy
- Positions 773 for serious infections
- Support for *S. pneumoniae* resistance claim
  - FDA indicated that bacteremic patients will be important to establish body of evidence for this claim
- Provide additional information on QTc effects

The ABT-773 IV program received partial funding last year both from PPD and HPD, but has not been funded for 2001.  The following outlines the IV program fund and funding needed.
- PPD/HPD Collaboration initiated 9/99
- PPD funded Program 01/00-08/00 ($1.4MM)
  - Formulation development (lactate salt, lyophilized powder)
  - Animal pain models
  - Two week Tox study (monkey)
- HPD funded Program  08/00-12/00 ($0.8MM)
  - Two week Tox study (rat)
  - Clinical supplies for Phase I
  - Stability program
- 2001 funding
  - HPD first pass funding cut for 773 IV ($7MM)
  - Milestone funding to Phase I Go/No Go ($1MM)
- Total program development costs 2000 – 2003 ($22.5MM)


The clinical program with 2001 funding decision in February will included;

| | |
|---|---|
| • Single Dose-rising Phase I study | Apr/01 |
| • Multiple Dose Phase I with selected dose | June/01 |
| • File US IND | Oct/01 |
| • Initiate Phase III | Dec/01 |
| – 2 step-down CAP studies (US/Europe) | |
| – 2-3 days dosing | |
| – Two seasons to complete | |
| • Filing | Aug/03 |

The Venture would recommend funding the Phase I study to determine safety and tolerability profile as a GO/No Go decision.  Assuming a GO decision we would need $7 MM 2001 to start Phase III program.


**Pediatric Program**

ABBT205045

The pediatric suspension program is on hold. ABT-773 is 5 to 7 times more bitter than clarithromycin. This will make the development of an acceptable formulation very difficult. The first prototype tested had a taste that was better than clarithromycin but not as good azithromycin. The pharmacokinetics showed AUCs that were only 70% of the tablet formulation. Even with the difficulties of making an acceptable formulation the pediatric formulation would have benefits including increasing the perception of safety, better pricing and acceptance in European markets, and FDA requires studies in pediatrics. The Venture would recommend continuing the hold until we resolve other issues and then re-evaluate possible ways of overcoming the taste problem.

**Japan Development Program**

The Japan development program is planned in coordination with Taisho and Dainabot. Taisho funds 10.69% of global development costs and 50% of local Japan costs. The Venture is attempting to use a bridging strategy is the primary plan for development in Japan. The Phase I studies in Japan which were initiated in response to the LFT problems in the first bridging study, have been completed. There were not increases in the LFTs of the Japanese or Caucasians in the study. We will be meeting with Taisho and Dainabot to formulate a plan to present to Kiko in the 2nd or 3rd Quarter.

Confidential

ABBT205046

# PLs' IQ



**Jeanne M**
**Fox/LAKE/PPRD/ABBOTT**
02/14/2001 01:04 PM

To   James Steck/LAKE/PPRD/ABBOTT@ABBOTT

cc   Lawrence E Roebel/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject   Re: Studies to Meet Pediatric Rule Requirements

I share your concern and have an even bigger one  In those cases where we are planning to develop an NCE, and we have a target NDA date, I have had difficulty convincing people they have to take the pediatric rule requirements seriously.  The answer I keep getting on ABT-773 is "but that project isn't funded".  I don't think FDA will buy that answer.

James Steck



**James Steck**
02/05/2001 05:20 PM

To:      Jeanne M Fox/LAKE/PPRD/ABBOTT@ABBOTT, Lawrence E Roebel/LAKE/PPRD/ABBOTT@ABBOTT

cc:

Subject:   Studies to Meet Pediatric Rule Requirements

Jeanne and Mick

This is just a heads up to let you know that there may be some issues arising in the future about concerns for being able to do studies requested by FDA to meet pediatric rule requirements because these studies "are not funded".  Steve and I are runnning into discussions on this for Depakote ER in migraine where FDA has asked us to do an efficacy study in migraine per the the pediatric rule   Of course we will attempt to negotiate with FDA to do the least onerous studies that will still satisfy the pediatric rule requirments, but folks will need to advised at some point (preferably early on) that meeting this rule is a regulatory obligation and a cost of doing business  I'd appreciate hearing any thoughts you have on this subject.

Jim



EXHIBIT
_Fox   10_
_5-17-07_

CONFIDENTIAL
ABBT0568172

# PLs' IU

# ABT-773 Update
# March 19, 2001

Confidential

ABBT228099

# Agenda

- **Market and trends**
- **Molecule**
- **Microbiology**
- **Pharm/tox**
  - **QT prolongation**
  - **Hepatotoxicity**
- **Clinical development**
  - **Phase I/II summary**
  - **Dose selection**
  - **Phase III program**
  - **Contingency plans**
- **Timeline and budget**
- **IV formulation**
- **Summary of key issues and action plans**

# Market and Drivers

- The global antibiotic market is a large ($22B) market, representing approximately 8% of the global pharmaceutical market

- The U.S. antibiotic market has shown good sales growth
  - 6% $CAGR_{95-00}$ overall combined market (Tab/Ped/IV)
  - 10% $CAGR_{95-00}$ branded combined market

- Sales growth in the U.S. has been driven by replacement of older generic agents with newer branded agents
  - Antibiotic resistance results in OBSOLESCENCE of existing agents over time (a CHRONIC problem)
  - Convenience and tolerability profile generally improved with newer agents
  - Generics still represent 61% of TRX, representing an opportunity for conversion

- Macrolides (+14% CAGR) drove the market based on Pen/B-lactam resistance, cost, convenience, and tolerability

- Quinolones (+17% CAGR) are now driving the market based on macrolide resistance (with comparable cost, convenience, tolerability)



# U.S. Market Trends



By Class

Generic vs Brand

SALES
CAGR$_{95-99}$: 6.1%

10.0% Branded
-5.5% Generic

TRX
(excludes IV)
CAGR$_{95-99}$: -1.5%

8.9% Branded
-5.9% Generic

Confidential

ABBT228102

# Antibiotic Competitive Landscape

| Class: dominant brand | Other | U.S. Sales | Ped | IV | Key features |
|---|---|---|---|---|---|
| B-lactam: Augmentin | Ceftin Cefzil Other ceph penicillins amoxicillins | $1,355 | X | | • B-lactams 0% CAGR<br>• High generic penetration<br>• Augmentin unique, due to resistance |
| Macrolide: Zithromax | Biaxin erys | $1,165 | X | X | • Macrolides 14% CAGR; 2% Y-Y<br>• Zithromax set new standards in cost, convenience, tolerability<br>• Z growth has slowed (5% Y-Y) due to maturing brand and resistance |
| Quinolone: Levaquin | Cipro Tequin Avelox | $1,031 | | X | • Quinolones 17% CAGR, 17% Y-Y<br>• leveraging macrolide resistance to become fastest growing class<br>• new quinolones have overcome narrow spectrum and poor tolerability |

Confidential

ABBT228103

# ABT-773 Target Profile

| | ABT-773 | Levaquin | Zithromax |
|---|---|---|---|
| Convenience | Target is QD dosing all indications Potential for BID in CAP & sinusitis<br><br>Duration: 5d, 10 d (parity to Zithromax)<br>**PARITY IF QD** | All RTI regimens 500 mg QD, 7-14 d | 250 mg QD x 5 days for ABECB, pharyngitis, and CAP No sinusitis indication; warnings against use in "severe" CAP |
| Efficacy | Statistically equivalent cure/eradication to comparators; can take advantage of macrolide/penicillin resistance<br>**PARITY** | Statistically equivalent cure/eradication to comparators; gold standard for CAP with IV; can take advantage of macrolide/penicillin resistance | Statistically equivalent cure/eradication to comparators; availability of IV adds to efficacy image; subject to increasing levels of macrolide resistance |
| Activity | Most active agent for Gram + pathogens, including telithromycin; parity for atypicals; parity to Zithromax for Gram -, through inferior to quinolones (weakness) | Highly active against most clinically relevant respiratory pathogens; potential issue with increase in Gram – resistance; theories that Gram + quinolone resistance may increase dramatically/rapidly with increased use | Not as active as clari in Gram + pathogens, increasing macrolide resistance, moderate Gram - activity |
| Adverse Events | Taste perversion: 4% Diarrhea: 10%<br>**COMPARABLE TO BIAXIN XL** | Very well tolerated and safe | Very well tolerated; GI disturbance ~ 2-5%; no taste perversion |
| Resistance Claim | Being pursued; important to development of resistance story; availability of IV will increase likelihood of claim | Claim for pen-R Strep. pneumo | None |
| Price | Parity to Zithromax | $ | $43 for 5 days |
| Other | Attempt to leverage "best of both worlds" message i.e. potency & resistance coverage of a quinolone with safety & appropriateness of macrolide | Some class-related negative perceptions among some physicians with respect to AEs and appropriate use, but with increased use these barriers are eroding | |

Confidential

ABBT228104

# ABT-773 SAR

**•Quinolylallyl propenyl moiety at the 6-0 –position (↑ PK, activity)**

•Carbamate group at the 11, 12-position (↑activity vs macrolide-resistant Strep)

•Keto group at the 3-position (confers *erm* non-induction)



- •Bactericidal activity
- •Prolonged post antibiotic effect
- •Reduced resistance development

Confidential

ABBT228105

# ABT-773 Displacement in Susceptible *S. pneumoniae* 2486



J. Capobianco et al.
ICAAC 1999, #2137.

Confidential

ABBT228106

# ABT 773 Microbiology

| MIC90 | Clari | Trovan* | Ketek | ABT-773 |
|---|---|---|---|---|
| S. Pneumoniae (susc) | < 0.03 | 0.125 | 0.008 | < 0.002 |
| S. Pneumoniae (mef) | 8.0 | 0.125 | 1 | 0.12 |
| S. Pneumoniae (erm) | > 32 | 0.125 | 0.12 | 0.01 |
| S. Pyogenes (mef) | 16 | 0.125 | 1 | 0.12 |
| S. Pyogenes (erm) | > 32 | 0.25 | > 8 | 0.5 |
| M. catarrhalis | 0.03 | 0.015 | 0.25 | 0.25 |
| H. influenzae | 8 | 0.015 | 2 | 2 |

* Withdrawn from market, but among the more potent quinolones

Confidential

ABBT228107



# Microbiology
## Penicillin resistance with *Streptococcus pneumoniae* in the United States

Confidential

ABBT228108

# *S. pneumoniae* Macrolide
# Resistance from U.S. Surveillance



US surveillance studies: Doern et al.

Confidential

ABBT228109

# Preclinical/Clinical Issues

- QT prolongation
- Hepatotoxicity

Confidential

ABBT228110

# QT Prolongation

- Purkinje fiber repolarization
  - APD increase at > 10x clinical Cmax in the presence of plasma
  - Moxi > Clari > Ery ~ ABT-773 > Levo
- Dogs
  - no significant effect on QTc up to 9 mcg/mL
  - 11% increase (40 msc) at 22 mcg/mL
  - Telemetry-instrumented dog study requested by FDA will be completed by May 1, 2001
- Humans
  - Possible dose effect in Phase I at daily dose > 800 mg
  - No significant QT effect in ketoconazole interaction study
  - No consistent QT effect in Phase II studies 150 – 600 mg daily (n=863)

Confidential

ABBT228111

# Hepatotoxicity

- Toxicology studies
  - NTEL for LFT abnormalities in rat = 3-8 x clinical AUC
  - NTEL for LFT abnormalities in monkey = 2-4 x clinical AUC
- Clinical experience
  - No evidence of LFT issue in Western subjects (<1% asx LFT elevation in >1000 pts in phase II-III studies)
  - Japanese in bridging study showed increased LFTs.
    - 7 of 84 subjects had >3x ULN
    - No evidence of dose response
    - Repeat of Japanese bridging study in Japan showed no evidence of LFT increases in Japanese or Caucasians.

Confidential

ABBT228112

# ABT 773 Pharmacokinetics



ABBT228113

# Phase II Clinical Studies

| Study | Dose/Duration | Number of subjects |
|-------|---------------|--------------------|
| ABECB | 150, 300 or 600 mg OD<br>Duration: 5 days | N = 384 |
| Acute Sinusitis | 150, 300, or 600 mg OD<br>Duration: 10 days | N = 292 |
| CAP | 300 or 600 mg OD<br>Duration: 7 days | N = 187 |

Confidential

ABBT228114

# Phase II Results

| Combined ABECB, CAP, ABS Clinical Response |
|:---:|

|  | 150 mg QD | 300 mg QD | 600 mg QD |
|---|---|---|---|
| **Clin and Bact. Eval** | **84%**  (42/50) | **90%** (103/115) | **88%** (106/120) |
| **Clin Eval** | **88%** (168/193) | **88%** (247/279) | **81%** (216/265) |
| **ITT** | **83%** (176/211) | **82%** (259/314) | **75%** (230/305) |

Confidential

ABBT228115

# ABT 773 Phase II Findings

## Combined ABECB, CAP, ABS Adverse Events

|                  | 150 mg QD      | 300 mg QD      | 600 mg QD      |
|------------------|----------------|----------------|----------------|
| **GI and Taste** |                |                |                |
| **Taste Perversion** | 4%  (8/223) | 17%  (55/322) | 27%  (87/318) |
| **Diarrhea**     | 10% (22/223)   | 11%  (34/322)  | 19%  (60/318)  |
| **Nausea**       | 5%  (12/223)   | 12%  (40/322)  | 26%  (83/318)  |
| **Vomiting**     | 2%  (4/223)    | 6%  (19/322)   | 14%  (44/318)  |

Confidential

ABBT228116

# Phase II: 150 mg QD vs 300 mg QD

| | | Phase IIb Data: Intent-to-treat | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Bronchitis | | CAP | | Sinusitis | | Total | |
| Clinical Cure | 150 mg QD | 85% | 104/123 | | | 82% | 72/88 | 83% | 176/211 |
| | 300 mg QD | 83% | 107/129 | 84% | 80/95 | 80% | 72/90 | 82% | 159/314 |
| Bacteriological Cure | H. flu | 150 mg QD | 89% | 17/19 | | | 60% | 3/5 | 83% | 20/24 |
| | | 300 mg QD | 81% | 17/21 | 100% | 9/9 | 100% | 7/7 | 89% | 33/37 |
| | S. pneumo | 150 mg QD | 77% | 10/13 | | | 100% | 3/3 | 81% | 13/16 |
| | | 300 mg QD | 90% | 9/10 | 82% | 14/17 | 100% | 8/8 | 89% | 31/35 |

Confidential

ABBT228117

# Community-Acquired Pneumonia
## Clinical Response

|  | 300 mg | | 600 mg | |
| --- | --- | --- | --- | --- |
| Clin and Bact. Eval | 92% | (54/59) | 82% | (47/57) |
| Clin Eval | 92% | (72/78) | 80% | (56/70) |
| ITT | 84% | (80/95) | 73% | (65/89) |

Confidential

ABBT228118

# Phase II summary

- ABT-773 was equally effective at 150 mg QD and 300 mg QD doses in ABECB and ABS

- ABT-773 was efficacious against all target pathogens

- All doses were safe; 150 mg QD was best tolerated for GI events and taste perversion

- 150 mg QD selected for ABECB and pharyngitis in pivotal phase III comparative studies

- 150 mg QD and 150 mg BID will be evaluated to select a regimen for CAP and ABS

Confidential

ABBT228119

# Dose selection: Divergent U.S. and European regulatory and commercial considerations

- **US**
  - Absence of consistent QD dosing for all indications represents a significant commercial hurdle
  - Approval on indication-by-indication basis
- **Europe**
  - Relatively minor commercial impact of BID dosing
  - CAP indication is critical for overall approval

Confidential

ABBT228120

# ABT 773 Indications

| Infection | Dosage | Duration |
|---|---|---|
| Pharyngitis/Tonsillitis | 150 mg QD | 5 d |
| Acute bacterial exacerbation of chronic bronchitis | 150 mg QD | 5 d |
| Acute bacterial sinusitis | 150 mg QD or BID | 10 d |
| Community-acquired pneumonia | 150 mg QD or BID | 10 d |

Confidential

ABBT228121

# ABT 773 Development Timeline



ABBT228122

# Phase III: ABECB and ASP

| Study | Target Enrollment | Start Date | Location | Enroll Status | # sites |
|---|---|---|---|---|---|
| M00-216 ABECB vs Azithromycin | 600 | Nov. 2000 | US | 277 | 110 |
| M00-217 ABECB vs Levofloxacin | 500 | Jan. 2001 | EU | 2 | 100 |
| M00-222 ASP vs Penicillin | 520 | Jan. 2001 | EU | 1 | 45 |
| M00-223 ASP vs Penicillin | 520 | Nov. 2000 | US | 337 | 45 |

Confidential

ABBT228123

# Phase III: CAP and ABS

| Study | Target Enrollment | Start Date | Location | Enroll Status | # sites |
|---|---|---|---|---|---|
| M00-219 CAP 150mg QD vs BID | 500 for dose selection | Nov. 2000 | US, EU | 143 | 294 |
| M00-221 CAP vs Levofloxacin | 500 | Nov. 2001 | US | | 200 |
| M00-220 CAP vs Amoxicillin | 500 | Nov. 2001 | EU | | 200 |
| M00-225 ABS 150mg QD vs BID | 500 for dose selection | Nov. 2000 | US, EU | 205 | 114 |
| M00-218 ABS vs Augmentin | 500 | Nov. 2001 | US | | 90 |
| M00-226 ABS vs Levofloxacin | 500 | Nov. 2001 | EU | | 90 |

Confidential

ABBT228124



CAP dose-ranging study: enrollment status

Confidential

ABBT228125

# Sinusitis dose-ranging study: enrollment status



Confidential

ABBT228126

# Progress towards resistance claim

| Pathogen | M00-216 ABECB | M00-219 CAP | M00-225 ABS |
|---|---|---|---|
| Subjects with Positive culture | **266** | **60** | **77** |
| *S. Pneumoniae* isolates | **16** | **16** | **19** |
| Resistant *S.pneumo* | 7 | 9 | 7 |
| *Penicillin resist* | **0** | **1** | **1** |
| *Macrolide resist* | 2 | 0 | 3 |
| *PRSP & MRSP* | 5 | 8 | 3 |
| # of isolates proposed for resistance claim PRSP MRSP | **15** **15** | **15** **15** | **15** **15** |

Confidential

ABBT228127

# ABT 773 Contingency Plan

- 66 sites in the Southern Hemisphere to initiate enrollment in May 2001 should US and European sites not reach enrollment targets by June 2001

- Dose decision delayed to Sept 2001, filing delayed

- Manage US and European study spending due to lower enrollment to offset study costs in the Southern hemisphere

Confidential

ABBT228128

# 2001 Clinical Budget ($MM)

- 2001 Clinical Program                 61.7
    - Assumptions to achieve budget
        - Complete 2000/01 Phase III Studies by June 2001 in U.S. and Europe
        - Initiate 2001/02 Phase III Studies by Nov. 2001
        - Conduct start up activities **only** in Southern Hemisphere, **do not** initiate enrollment

- Contingency costs                     2.0
    - Assumptions
        - Continue European ABECB and ASP studies to Dec 2001
        - Enroll CAP and ABS studies in the Southern Hemisphere through Sept. 2001
        - Partial cost offset due to lower enrollment in U.S. and Europe

Confidential

ABBT228129

# Other Filing Options

**Other filing options have been evaluated and are less desirable (regulatory, commercial, logistic)**

| Option | Indications | Dose | Filing Date US | Filing Date Europe |
|---|---|---|---|---|
| Option 1 <br><br> File without CAP indication in the U.S., delay Europe filing | ABECB/ASP/ABS | 150mg QD | Aug 2002 | June 2003 |
| | CAP | 150mg QD or BID | Aug 2003 | June 2003 |
| Option 2 <br><br> Make BID dose decision for CAP and ABS now. | ABECB/ASP | 150mg QD | Aug 2002 | Aug 2002 |
| | CAP/ABS | 150mg BID | Aug 2002 | Aug 2002 |
| Option 3 <br><br> Delay Dose Decision to Phase III | ABECB/ASP/ABS <br><br> 3 arm CAP Study | 150mg QD or BID | Dec 2002 | Dec 2002 |
| Option 4 <br><br> Run separate US and European clinical programs | ABECB/ASP | 150mg QD | Dec 2002 | Aug 2003 |
| | CAP/ABS | 150mg QD US <br> 150mg BID Europe | Dec 2002 | Aug 2003 |

Confidential

ABBT228130

# Agenda

- Market and trends
- Molecule
- Microbiology
- Pharm/tox
  - QT prolongation
  - Hepatotoxicity
- Clinical development
  - Phase I/II summary
  - Dose selection
  - Phase III program
  - Contingency plans
- Timeline and budget
- IV formulation
- Summary of key issues and action plans

Confidential

ABBT228131

# ABT-773 IV Formulation
## Strategic, Commercial, and Technical Value

- **Strategic Value**
  - IV represents a channel not currently served by Anti-infective Franchise
  - Leverages presence of MCRs and experience with ID community

- **Commercial Value**
  - IV availability improves formulary access to molecule
    - Potential advantage over telithromycin, which will not have an IV
    - Would be competitive with Zithromax, Tequin, Avelox which have IV
  - Positive impact on tablet formulation
    - estimated $36MM incremental to peak tablet sales due to step-down therapy
    - Enhances overall "potency" image of brand

- **Technical Value**
  - Support for *S. pneumoniae* Resistance claim
    - FDA indicated that bacteremic patients will be important to establish body of evidence for this claim
  - Provides additional information on QT effects

Confidential

ABBT228132

# ABT-773 IV
# Planned Clinical Program

- Single Dose-rising Phase I study                    May/01
- Multiple Dose Phase I with selected dose       Aug/01
- File US IND                                                       Nov/01
- Initiate Phase III                                              Jan/02
  - 2 step-down CAP studies (US/Europe)
  - 2-3 days dosing
  - Two seasons to complete
- Filing                                                               Dec/03

> - IV launch currently lags tablet launch by 1 year
> - further delays will reduce the potential value

Confidential

ABBT228133

# IV Development Cost

|  | Thru 2000 | 2001 | 2002 | 2003 to NDA | Total |
|---|---|---|---|---|---|
| Clinical Program | 0.2 | 4.0 | 6.0 | 2.5 | 12.7 |
|     Phase I Single Rising Dose |  | 0.5 |  |  | 0.5 |
|     Phase I Multiple Dose |  | 0.4 |  |  | 0.4 |
|     Phase III 2 step-down CAP Studies (US/Europe) |  | 2.9 | 6.0 | 2.5 | 11.4 |
| CMC | 1.0 | 2.5 | 1.8 | 1.3 | 6.6 |
| Drug Safety/Other | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 |
| Total by Year | 2.2 | 7.5 | 8.8 | 4.8 | 23.3 |

Confidential

ABBT228134

# Summary: Key Issues

- **QT Prolongation**
  - Possible class labeling, with resulting safety perception

- **Resistance claim**
  - Key differentiating feature
  - Bacteremic isolates requested by FDA requires IV

- **IV Formulation**
  - Strengthens strategic, commercial, and technical value of product

- **QD vs BID dosing**
  - Divergence regulatory and commercial considerations in US vs Europe

- **Delayed Phase III program**
  - Delayed dose selection decision beyond July/Aug 2001 could delay filing

Confidential

ABBT228135

# ABT-773 Action Plans

| Key Issue | Action Plans |
|---|---|
| **QT Prolongation** | ▪ Conduct EKG monitoring in Phase III to gather additional data on QT prolongation<br><br>▪ Anticipate and fulfill regulatory expectations for animal and human data |
| **Resistance claim** | ▪ Accrue sufficient patients to obtain necessary organisms<br><br>▪ IV formulation would access bacteremic patients |
| **IV Formulation** | ▪ Conduct Phase I studies for IV formulation Go/No Go Sep 2001 ($1MM) based on pain on injection and dose finding |

Confidential

ABBT228136

# ABT-773 Action Plans

| Key Issue | Action Plans |
|---|---|
| **QD vs BID dosing** | ▪ Select dose based on outcome of current QD vs BID trials<br><br>▪ Minimize regulatory risk<br><br>▪ Optimize global commercial opportunity |
| **Delayed Phase III program** | ▪ CAP Study sites increased in the US and Europe from 209 to 300 sites<br><br>▪ Southern hemisphere contingency<br><br>▪ Re-evaluate other contingency plans |

Confidential

ABBT228137

# PLs' JB



06/17/01 07:46 PM

Hendricks/LAKE/AI/ABBOTT@ABBOTT, Jennifer J
Moore/LAKE/AI/ABBOTT@ABBOTT, Gregory
Bosco/LAKE/PPRD/ABBOTT@ABBOTT, Jeanne M
Fox/LAKE/PPRD/ABBOTT@ABBOTT

cc:
Subject:   Please read. Final copy of 773 decision analysis planned presentation
to Jeff.

Leiden Briefing v04 dose decision strategy18june 01

Confidential



EXHIBIT

Meyer 19

5-22-07 —

ABBT224941

## *ABT-773 Decision Analysis Core Team*

**Anti-infective Venture**
Stan Bukofzer
Joaquin Valdes
Carol Meyer
Eugene Sun

**GPRD New Product Development**
Rod Mittag

**PPD Regulatory Affairs**
Jeanne Fox
Greg Bosco

**AI Regulatory Affairs**
Jennifer Moore

**Decision Support Group**
Tim van Biesen

*Filing date dependant on timing of Dose decision and Program size.*
*Program size dependant on technical and regulatory hurdles*



*The Ketek advisory raised the hurdle for the approval of ketolides:*

- Size of the safety database is driven by the product benefit/risk profile
  - Ketek's 3700 patient safety database insufficient
  - ABT773 benefit risk is different for QD/BID

- A US resistance claim will significantly support benefit risk, based on clinical cure rate of resistant isolates, with an emphasis on bacteremic patients (CAP indication only). Usual ratio 3:1
  - Ketek submitted 17 PRSP and MRSP isolates with 85% clinical cure and 6 bacteremics with 64% clinical cure. Levofloxacin successful with 15 isolates and 6 bacteremics 100% cure. 773 cure Ph 2 73% sputa isolates, no bacteremia.
  - The advisory committee voted against a resistance claim; the FDA did not explicitly address it

| Isolates Needed | % CAP patients with PRSP/MRSP | | |
|---|---|---|---|
| | 1.4% | 1.6% | 3.2% |
| 17 | 1236 | 1063 | 531 |
| 25 | 1818 | 1563 | 781 |
| 30 | 2182 | 1875 | 938 |

Current Phase 3 run rate 2% PRSP supports CAP 1500 patients

*Anti-infective Venture / GNPP / Decision Support Group*

Confidential

ABBT224943

## *Safety database size issues.*

- After program: 500 CAP patients in pursuit of resistance claim
  300 ABS patients (double-tap 150; Ph3 150):

| Outcome | Safety Database | | No. CAP's | | Estimated no. isolates (50th percentile) | |
|---------|--------|-------|--------|-------|--------|-------|
| | Before | After | Before | After | Before | After |
| QD | 4200 | 5000 | 1000 | 1500 | 17 | 25 |
| BID | 2400BID 1800QD | 3050 BID 1950 QD | 750 | 1250 | 13 | 21 |

Above assumes same dose ABS and CAP.

- Safety database needs more patients if BID dosing, not especially if QD.
- Could do so with sinusitis pats( less time critical), but CAP patients allow for pursuit of resistance claim.
- To optimise chance of resistance claim need IVI program.( pead program could not catch up in time)

*Investment in an IV formulation may add significant value,*
*especially for a BID dose.*

- Contribute to CAP bacteremic patients and resistant isolate numbers and if step-down to safety numbers

- IV step-down studies can be run simultaneously with tablet studies.
  - Non-competitive and mostly non-time sensitive.
  - Increases the safety database by an additional 300 CAP patients.

- Depends on regulatory approval as different formulation (50:50)

- Incremental cost of IV step-down $6MM (multiple dose study and 300 patient open label study). Total program $22MM.

- IV commercial advantages:
  - Direct sales of IV formulation.
  - Sales resulting from step-down to oral.
  - Increased likelihood for formulary acceptance.
  - Enhances potency image.

3/2/2006                                    4                    *Anti-Infective Venture / GNPP / Decision Support Group*

Confidential

ABBT224945

*Phase IIIa current blinded data – ongoing studies.*

| | Pats enrolled | last in | last out | close decision |
|---|---|---|---|---|
| *Sinusitis* | 441/500 | early July | late Aug | late Oct |
| *CAP* | 304/500 | early Nov | early Jan, | mid Mar |

| Indication (CRFs) | Clinical Response in Ph III Studies | | |
|---|---|---|---|
| | Cure | Failure | Indeterminate |
| ABS (212) | 155 (79%) | 42 | 15 |
| CAP (164) | 125 (90%) | 14 | 25 |
| ABECB (330) | 253 (86%) | 55 | 22 |
| ASP (360) | 294 (86%) | 46 | 20 |

- **Bacteriological response Ph3:**
  - 54% pos isolates in CAP.
  - 28% SP
  - 4% MRSP, 2% PRSP
  - 1 bactereamia

**Bacteriological cure rate** *Phase II studies.*
863 patients sputa cultures
11 PRSP.
Cured 73% (8/11).

3/2/2006

*Anti-infective Venture / GNPP / Decision Support Group*

5

Confidential

ABBT224946

*Six strategic alternatives were evaluated by the team on the basis of technical, regulatory and commercial attributes.*

| Strategic Alternative | Description |
|---|---|
| Use ABS & CAP dose-ranging data | • Complete current ABS & CAP dose-ranging trials and then make dose decision.<br>• Complete Phase III pivotal with selected dose. |
| Use ABS dose-ranging data only | • Complete only the ABS dose-ranging study and then make a dose decision for both ABS & CAP.<br>• If QD succeeds in ABS, obtain regulatory approval for conducting QD CAP pivotal. |
| Select BID Today | • Select the BID dose today for ABS & CAP Ph III pivotal.<br>• Do not wait for completion of the dose-ranging studies. |
| Select QD Today | • Select the QD dose today for ABS & CAP Ph III pivotal.<br>• Do not wait for completion of the dose-ranging studies.<br>• US & EU regulatory non-viability. |
| QD in the US & BID in the EU | • Develop BID in CAP & ABS for EU; Develop QD for US.<br>• Clinical program requires 3 simultaneous CAP comparator studies – unacceptable costs and timelines. |
| Phase III 3-arm CAP & ABS pivotal | • Expand the Phase III CAP program to allow for 3 arms per study – QD vs. BID vs. comparator.<br>• Very high technical/statistical risk and defers dose decision. |

Confidential

ABBT224947

*The estimated NDA filing date is impacted by the timing of the QD/BID dose decision.*

| Dose Selection Strategy | Dose Decision Date | Phase III | | | NDA Filing | Delay from 08/02 (mo) |
|---|---|---|---|---|---|---|
| | | Start | Finish | Months | | |
| Use ABS & CAP dose ranging data | Mar 02 | Sep 02 | Dec 03 | 16 | Mar 04 | 20 |
| Use ABS dose ranging data only | Oct 01 | Jan02-Mar02 | Jun 03 Aug 03 | 16 | Sept 03 | 13 |
| Select BID Today | Jun 01 | Sep 01 | Dec 02 Jun 03 | 16-22 | Mar 03-Aug 03 | 6-12 |

- (1) QD outcome for ABS indicates technical feasibility for CAP but requires regulatory approval resulting in delay of startup.
- (2) Inclusion of an IV study extends only the "Select BID Today" option by an additional 6 months (IV is on critical path in this scenario).

| Extra CAP patients | 6months |
|---|---|
| Dose decision/ | 3 months/8months |
| IVI (only BID today) | 6months |

Confidential

*Anti-infective Venture / GNPP / Decision Support Group*

ABBT224948

*The timing of the dose decision increases total nominal cost, and affects the annual spending pattern.*

Program costs to date $300MM include $ 56MM spent YTD date. [1]

| Costs | 2001 | 2002 | 2003 | 2004 | Total | Exp Cost |
|---|---|---|---|---|---|---|
| CF ABS & CAP dose ranging data | $24.2MM | $28.3MM | $42.0MM | $27.1MM | $121.6MM | $101.6MM |
| CF ABS dose ranging data only | $24.4MM | $40.3MM | $48.4MM | - | $113.1MM | $98.3MM |
| Select BID Today | $34.7MM | $49.1MM | $24.7MM | - | $108.5MM | $97.9MM |
| Current LRP | $32.5MM | $61.3MM | - | - | $93.8MM | $86.9MM |
| Incremental cost to complete IV program | $1.0MM | $5.7MM | $6.2MM | $3.9MM | $16.8MM | $13.7MM |

- [2] All options include one Phase III IV study ($6MM across 2002-2003).

## *A quantitative analysis was conducted to value each of the proposed strategic alternatives.*

- The decision tree model incorporates a discounted cash flow based on:
    - Technical uncertainties
    - Regulatory constraints
    - Commercial risks and opportunities
    - Timing of cash flows

- Alternatives are ranked on the basis of expected net present value.

## *Several technical issues were assessed to evaluate the overall risk of the ABT-773 program.*

| Key Technical Assessments | Probability 150 mg QD | Probability 150 mg BID |
|---|---|---|
| Sinusitis (ABS): Probability of technical success | 25% | 65% |
| Pneumonia (CAP): Probability of technical success | 65% | 85% |
| Pharyngitis (ASP): Probability of technical success | 70% | NA |
| Bronchitis (ABECB): Probability of technical success | 80% | NA |
| Resistance claim: Probability of obtaining 25 resistant isolates (with IV program) | 70% | 50% |
| Resistance claim (MRSP & PRSP): Probability of clinical cure | 60% | 80% |
| QT Safety: Probability QT signal is "worse than Clari" | 15% | 50% |
| Hepatotoxicity: Probability LFT signal exceeds acceptable levels | 15% | 15% |

- Additional technical uncertainties considered:
    - IV formulation: impact on probability of achieving resistance claim
    - Efficacy endpoints: probability of of partial clinical success in Phase III (less than four indications)
    - Tolerability: GI and taste occurrence

*Regulatory and commercial risk were assessed to fully value each strategic alternative.*

| Regulatory Requirements | |
| --- | --- |
| US | EU |
| • Increased emphasis on CAP success to obtain regulatory approval of the drug.<br>• Split CAP/ABS dosing feasible. | • Requirement for both CAP and ABS success to obtain regulatory approval of the drug.<br>• CAP & ABS ideally the same dose (either QD or BID). |
| • Resistance claim increases the probability of approval, especially if there are safety concerns.<br>• QD and BID doses are equally approvable, given technical success. | |

| Key Commercial Assumption | Peak Sales (% base) | |
| --- | --- | --- |
| | US | EU |
| 150 mg QD in all indications (at launch) | 100% | 100% |
| 150 mg BID for CAP & ABS (at launch) | 50% | 79% |
| Launch with 150 mg BID for CAP & ABS – follow with QD line extension | 60% | 90% |
| Launch with a resistance claim (multiplier; QD / BID) | *1.32 / *1.10 | *1.49 |

*The optimum Phase III development program is a trade-off between launch timing, technical, regulatory and commercial risk.*

| Strategy | Dose | First Patient Ramp Date | Project Isolates Enrolled | Prob Safety Database Acceptable | Prob of Launch | | Expected Value ($MM) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | US | EU | US | EU | WW |
| US ABS & CAP dose ranging data | QD/BID | Mar 04 | 40-50% | 75% | 0.58 | 0.47 | 166 | 217 | 378 |
| US ABS dose ranging data only | QD/BID | Sept-Nov 03 | 40-50% | 75% | 0.58 | 0.47 | 182 | 234 | 411 |
| Select BID today | BID | Aug 03 | 50% | 75% | 0.58 | 0.47 | 69* | 241* | 299* |
| Current timeline | BID* | Aug 02 | 25% | 10% | 0.07 | 0.05 | -56 | -38 | -94 |

▪Includes optional Ph IV QD line extension.
▪F includes IV timeline

- Given the key limiting factor of CAP patient recruitment, and the technical attributes of the drug, the only strategy identified to increase the probability of launch is the IV formulation.
- No strategies identified to decrease time to filing. Limitation is adequate patient recruitment from competant sites.

- **Team recommendations:**

  **Wait for the ABS dose-ranging data before making a dose decision.**
  - Highest expected value in the US and worldwide. The EU value is comparable to the next best option.
  - The NDA filing date is the earliest possible, if ensure resistance numbers with IVI and if its acceptable to Regulatory agencies.
  - Can include IV with no time penalty and cost of $6MM

*Decision alogarithm with ABS outcome*

> Currently at 79% blinded clinical success QD/BID
> Dose decision on ABS driven by stats: If 10% difference, choose ( 80%). If
> less choose dose >80%. If both are then
> revert to numerical superiority of Clinical cure.



ABS
- BID: EU needs same dose: BID †
- : EU can split dose : Await CAP QD or BID*
- QD : Visit Reg Agencies to extrapolate to CAP : QD

*option of waiting lower NPV
† not viable to have separate dosing

## *Immediate path ahead*

- Prepare ABS and CAP trials for both doses so no time delay on decision.

- Ensure critical timeline of ABS dose decision-database lock dependant on CRF finalization.

- Continue to refine criteria for dose decision.

- Ensure early meeting with Agencies to a priori investigate extrapolation of QD dose from ABS to CAP under pretext of QT trial.

- Ensure timelines of IVI program on track assuming funding.

- Rollover ABS (and CAP) into open label trials to ensure ongoing site participation.

# *Backups*

### *1500 CAP patients require 16-18 months for enrolment*



CAP patient recruitment rates : January start

CAP patient recruitment rates with a September start.

- **Extra 500 patients require 5-6 months**
- **Historical seasonality impact of about 2 months - depends on start Ph3**

3/2/2006                                          17                    *Anti-infective Venture / GNPP / Decision Support Group*

Confidential

ABBT224958

*Start of Ph3 trials and filing dates dependant on dose decision timeline.*

M00-225: Sinusitis 150 mg QD vs. 150 mg BID



M00-219: CAP 150 mg QD vs.. 150 mg BID



## Ketek Clinical Trial Summary

| AECB #1 | Ketek 800 mg QD x 5d | Ceflin 500 mg BID x 10 d |
|---|---|---|
| Cure | | 86% |
| Eradication | 88% | 86% |
| -S.pneumo | 100% | 75% |
| -H. flu | 86% | 85% |
| Diarrhea | 11% | 10% |
| Nausea | 9% | 3% |
| Dizziness | NS | NS |

| AECB #2 | Ketek 800 mg QD x 5d | Augmentin 500 mg TID x 10 d |
|---|---|---|
| Cure | | 82% |
| Eradication | 69% | 70% |
| AEs (combined) | 24% | 37% |

| Pharyngitis #1 | Ketek 800 mg QD x 5d | Biaxin 250 mg x 10 d |
|---|---|---|
| Cure | | 91% |
| Eradication | 91% | 89% |
| Diarrhea | 17% | 8% |
| Nausea | 11% | 4% |
| Dizziness | 6% | 1% |

| Pharyngitis #2 | Ketek 800 mg QD x 5d | Pen V 500 mg TID x 10 d |
|---|---|---|
| Cure | | 94% |
| Eradication | 84% | 89% |
| Diarrhea | 12% | 3% |
| Nausea | 6% | 1% |
| Dizziness | 3% | 1% |

| CAP #1 | Ketek 800 mg QD x 10d | Biaxin 500 mg BID x 10 d |
|---|---|---|
| Cure | | 89% |
| Eradication | 89% | 95% |
| -S.pneumo | 94% | 93% |
| -H. flu | 79% | 100% |
| Diarrhea | 13% | 7% |
| Nausea | 9% | 5% |
| Dizziness | 4% | 2% |

| CAP #2 | Ketek 800 mg QD x 7-10d | Trovan 200 mg QD x 7-10d |
|---|---|---|
| Cure | | 95% |
| Eradication | 94% | 100% |
| Diarrhea | 17% (slp.) | 6% |
| Nausea | 9% | 4% |
| Dizziness | 2% | 7% |

| CAP #3 | Ketek 800 mg QD x 7-10d | Amoxicillin 1 g TID x 10 d |
|---|---|---|
| Cure | | 90% |
| Eradication | 89% | 87% |
| -S.pneumo | 91% | 86% |
| -H. flu | 75% | 85% |
| Diarrhea | 10% | 8% |
| Nausea | 8% | 4% |
| Dizziness | NS | NS |

| CAP #4 | Ketek 800 mg QD x 7-10d | None |
|---|---|---|
| Cure | | – |
| Eradication | 89% | – |
| Diarrhea | 8% | – |
| Nausea | 8% | – |
| Dizziness | NS | – |

| Sinusitis #1 | Ketek 800 mg QD x 10d | Augmentin 500 mg TID x 10d |
|---|---|---|
| Cure | | 75% |
| Eradication | 85% | 75% |
| Diarrhea | 22% | 24% |
| Nausea | NS | NS |
| Dizziness | NS | NS |

| Sinusitis #2 | Ketek 800 mg QD x 5d | Ketek 800 mg QD x 10 d |
|---|---|---|
| Cure | | |
| Eradication | 91% | 89% |
| -S.pneumo | 93% | 85% |
| Diarrhea | 10% | 13% |
| Nausea | 5% | 5% |
| Dizziness | NS | NS |

| Sinusitis #3 | Ketek 800 mg QD x 5d | Ketek 800 mg QD x 10 d | Augmentin 500 mg TID x 10 d |
|---|---|---|---|
| Cure | | | 75% |
| Eradication | 86% | 85% | 75% |
| Diarrhea | 20% | 20% | 24% |
| Nausea | 12% | 9% | 8% |
| Dizziness | 5% | 5% | 2% |

## *Clinical cure rates in recent sinusitis studies.*

- Original studies estimated clinical cure at >80% . —overestimation. Reduced to 75%
- Results in an extra 125 patients in each trial equally randomised 773 and comparator

| Drug | Cure Rate | |
|---|---|---|
| | PP | ITT |
| Ketek | 75% - 91% | 66% - 83% |
| Augmentin or Ketek IV | 75% - 91% | 65% - 88% |
| Moxifloxacin | 80% - 94% | NA |
| ABT-773 | 79% | 73% |

- The blinded ABS data in the current dose-ranging study are slightly below expectations, but fall within the range of previously accepted outcomes.

*Dose-ranging studies for ABS & CAP are powered to show a 10% difference with 80% probability for 500patient sample.*



- By making stopping trial at 450 patients about 2 weeks off dose decision timing

*The QD/BID dose decision depends on a number of technical trade-offs.*

| Issue | 150 mg QD | 150 mg BID |
|---|---|---|
| Efficacy | • Blinded data suggest good efficacy.<br>• French authorities expressed skepticism for QD dose in CAP. | • Higher probability of success in all indications, including resistance. |
| Safety Database | • Larger database (can use both QD and BID data). | • May need larger number of patients in a two-dose program. |
| Tolerability | • Higher probability of favorable profile. | • Potential for less favorable profile. |
| QT effects | • Lower risk of QT effect. | • Lower safety margin for QT effect given potential CYP3A interactions. |
| PK/PD | • Higher hurdle for dose justification. | • More favorable PK/PD assessment.<br>• Must study diurnal variation effect. |
| CAP data support of ABECB | • Favorable CAP results can be used to support ABECB indication. | • Different dosing in CAP and ABECB prevents use of CAP results to support ABECB. |

## *S. pneumoniae Isolates*



23

*Anti-infective Venture / GNPP / Decision Support Group*

ABBT224984

Confidential

*CAP update- subjects with resistant S. pneumoniae Ph 3 dosing*

| | Numbers (%) | MIC |
|---|---|---|
| Subjects enrolled | 248 | |
| Subjects with positive cultures pre rx | 134 (54%) | |
| Subjects with S.Pneumo preRx | 38 (28%, 15%) | |
| MRSP | 11 (4%) | 3 ermB, 8 metA 773MIC <0.25mcg/ml for all isolates |
| PRSP | 5 ( 2%) | |
| MRSP and PRSP | 4 ( 80%) | |

Confidential

ABBT224965

## *H. influenzae*

| | | | |
|---|---|---|---|
| CAP | - 21 H flu | 773 MIC range 0.015-4. | No isolates MIC>4. |
| Sinusitis | 40 H flu | 773 MIC range 1-8. | 4 isolates MIC>4. |
| AECB | 76 H flu | 773 MIC range 0.06-8. | 5 isolates MIC>4. |
| Overall 138 H flu 9 isolates MIC=8 | 6.5% intermedia te,. | 0% resistant if using tentative breakpoint s of 4, 8, 16. | |

## *S. pyogenes*

- Acute streptococcal pharyngitis trial vs.. penicillin
- 85% with positive eval 1 culture
- 21/420 isolates clari R (5%)
- 5 isolates with ABT-773 MIC >1 (1%)
  - 3 MIC=1, 2 MIC=2.
- 65/448 (15%) subjects with positive cultures at eval 4.

*ABT-773 program timeline – Select BID today.*



## *ABT-773 program timeline – Use ABS dose-ranging data only*

| 2001 | 2002 | 2003 | 2004 |
|------|------|------|------|
| O N D J F M A M J J A S O N D | J F M A M J J A S O N D | J F M A M J J A S O N D | J F M A M J |

ASP vs Penicillin US (520 Patients)

ASP vs Penicillin EU (520 Patients)

NDA Lot Stability & Reports

CAP 150mg QD vs 150mg BID US, EU, Southern Hemisphere (500 Patients)

ABS 150mg QD vs 150mg BID US, EU & Southern Hemisphere (300 Patients)

Dose Decision @ 500 Patients ABS

CAP vs Levofloxacin US/So Am (750 Patients)

CAP vs Amoxicillin EU/So Hem (750 Patients)

CAP IV Step Down Study, Open Label (300 Patients)

ABS vs Augmentin US/So Am (625 Patients)

ABS vs Levofloxacin EU/So Hem (625 Patients)

NDA & EU Filing Preparation

NDA & EU FILING

### *ABT-773 program timeline – Use ABS & CAP dose-ranging data*



Confidential

ABBT224970

*ABT-773 program timeline – IV formulation.*

## Regulatory risk is higher in the EU due to more stringent profile requirements.

| ABT | CAL | ASP | DECU | Probability of Regulatory Success | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | No Resistance Claim | | With Resistance Claim | |
| | | | | US | EU | US | EU |
| ✓ | ✓ | ✓ | ✓ | 0.90 | 0.90 | 0.95 | 0.95 |
| ✓ | ✓ | ✓ | | 0.80 | 0.70 | 0.85 | 0.80 |
| ✓ | ✓ | | ✓ | 0.90 | 0.70 | 0.95 | 0.80 |
| ✓ | ✓ | | | 0.75 | 0.50 | 0.85 | 0.60 |
| ✓ | | ✓ | ✓ | 0.50 | 0.10 | NA | NA |
| ✓ | | ✓ | | 0.10 | 0.10 | NA | NA |
| ✓ | | | ✓ | 0.10 | 0.10 | NA | NA |
| ✓ | | | | 0 | 0.10 | NA | NA |
| | ✓ | ✓ | ✓ | 0.75 | 0.20 | 0.85 | 0.30 |
| | ✓ | ✓ | | 0.25 | 0.20 | 0.50 | 0.30 |
| | ✓ | | ✓ | 0.40 | 0.20 | 0.70 | 0.30 |
| | ✓ | | | 0.25 | 0.20 | 0.50 | 0.30 |
| | | ✓ | ✓ | 0 | 0.05 | NA | NA |
| | | ✓ | | 0 | 0.05 | NA | NA |
| | | | ✓ | 0 | 0.05 | NA | NA |
| | | | | 0 | 0 | NA | NA |

Confidential

ABBT224972

## *Sensitivity to BID impact*

### US



### EU



### WW



32          *Anti-Infective Venture / GNPP / Decision Support Group*

Confidential

ABBT224973

## *The requirements for the ABT-773 clinical development program have changed since the dose-ranging study began.*

| At Phase III Initiation (07/00) | Since then | Impacts on program |
|---|---|---|
| Planned a QD/BID dose-ranging study to find optimum dose for CAP & ABS. | Administrative delays at the FDA and slow recruitment (poor flu season) delay the study. | Unable to complete dose-ranging in time to allow for initiation of pivotal in Sep/01 (nothern hemisphere flu season). |
| Safety database designed to contain 2700-3200 patients. | Ketek submitted 3700 patients, which was deemed insufficient by the advisory. | Program size increased to include ~4500 patients. |
| CAP pivotal designed only to achieve CAP indication – not a resistance claim. | Ketek advisory revealed the importance of the resistance claim, especially if there are safety concerns. | Regulatory approval will depend, in part, on ABT-773's ability to achieve a resistance claim. |
| CAP not considered a requirement for regulatory approval. | Ketek advisory heavily focused on benefit/risk, especially for CAP. | US Regulatory Affairs increases the importance of the CAP indication for drug approval. |
| Requirements for the resistance claim assumed to be similar to Levaquin. | Ketek submitted 17 isolates with 86% cure rate – deemed insufficient by advisory. | The size of the program has been increased to allow a 50% probability of enrolling 25 resistant isolates (double the number of CAP patients). |

*The dose ranging studies can lead to three possible outcomes.*

| Outcome | | Safety Database (highest dose) | | No CAP Pts | | Estimated no. isolates (50th percentile) | |
|---|---|---|---|---|---|---|---|
| ABS | CAP | Before | After | Before | After | Before | After |
| QD | QD | 4200 | 5300 | 1000 | 1800 | 17 | 30 |
| BID | QD | 1900 | 2050 | 1000 | 1800 | 17 | 30 |
| BID | BID | 2400 | 3350 | 750 | 1550 | 13 | 25 |

*IV studies included.

¹ EU requires CAP & ABS at the same dose. US safety database potentially inadequate.

# *Extras*

*The BID dose has a higher probability of meeting the efficacy endpoints than QD.*

| Dosing | Resistance | US | EU |
|---|---|---|---|
| QD | + | 0.52 | 0.34 |
| | - | 0.44 | 0.29 |
| BID | + | 0.75 | 0.60 |
| | - | 0.66 | 0.53 |

- This analysis is based on today's understanding of technical risk surrounding efficacy.
    - If we learn that the QD and BID doses are equivalent in dose-ranging, then the probability of QD success increases to BID levels.
- Additional risk comes from safety issues (QT, LFT) and commercial uncertainty.

Confidential

*The optimum Phase III development program is a trade-off between launch timing, technical, regulatory and commercial risk.*

| Strategy | Dose | Filing Date | Prob Res Isolate Enrolled | Prob Safety Database Acceptable | Prob of Launch | | Expected Value ($MM) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | US | EU | US | EU | WW |
| Current Timeline | BID | 08/02 | 25% | 10% | 0.07 | 0.05 | -56 | -38 | -94 |
| Complete Dose Ranging | QD/BID | 08/04 | 50% | 90% | 0.58 | 0.47 | 157 | 202 | 359 |
| BID @ Risk | BID | 08/03 | 50% | 90% | 0.58 | 0.47 | 70* | 236* | 306 |

\* Includes optional Ph IV QD line extension.



## *The ABT-773 dose selection strategy is a trade-off between technical & regulatory risk, and potential commercial payoff.*

- The Ketek advisory has raised the hurdle for approval of a novel ketolide:
  - The safety database expectations have increased to 3700-4500 patients. The program incurs a one year delay to meet this goal.
  - There is an increased emphasis on the need for a CAP indication for approval of the drug.
  - The focus on benefit/risk raises the value of a resistance claim.

- To have a 50% chance of finding 25 resistant isolates, the program must evaluate 1560 CAP patients.
  - This can be accomplished within the expanded program (4500 patients) shown above.

- The Phase III dose-ranging study is behind schedule due to FDA administrative and recruiting delays.
  - The program is delayed by up to 6 more months.
  - There is currently a 1:3 chance that these studies support the development of the 150 mg QD dose for ABS & CAP.

- The 6 month dose-ranging delay can be eliminated by selecting the 150 mg BID dose at risk for Phase III pivotal (for ABS & CAP).
  - The BID dose negatively impacts the commercial value of ABT-773, especially in the US.
  - The BID dose has a higher probability of technical success, both for ABS & CAP, and the resistance claim.

## *Commercial impact of indication outcomes.*

| Scenario | Sinusitis | CAP | Phar | AECB | U.S. Share Impact | Revised U.S. (1) | Revised Ex-U.S. |
|---|---|---|---|---|---|---|---|
| 1 | Y | Y | Y | Y | 0% | 0% | 0% |
| 2 | N | Y | Y | Y | -21% | -20% | -20% |
| 3 | Y | Y | N | Y | -12% | -5% | -33% |
| 4 | N | Y | N | Y | -32% | -25% | -53% |
| 5 | N | Y | Y | N | -63% | -90% | -53% |
| 6 | N | Y | N | N | -75% | -90% | -87% |
| 7 | Y | Y | Y | N | -42% | -70% | -33% |
| 8 | Y | Y | N | N | -54% | -70% | -66% |
| CAP dosed BID instead of QD (others QD) | | | | | -10% | -12% | -12% |
| Sinusitis dosed BID instead of QD (others QD) | | | | | -18% | -20% | -10% |
| Both CAP/sinusitis dosed BID instead of QD | | | | | -35% | -32% | -25% |
| Diarrhea rate decreases to 3% from 7% | | | | | 5% | 10% | 5% |
| Diarrhea rate increases to 12% from 7% | | | | | -5% | -17% | -7% |
| Taste perversion decreases to 2% from 4% | | | | | 5% | 5% | 5% |
| Taste disturbance increases to 6% from 4% | | | | | -5% | -7% | -5% |
| Penicillin resistance claim is achieved | | | | | 4% | 20% | 25% |
| Macrolide resistance claim is achieved | | | | | 13% | 20% | 25% |
| Both Pen-R and Mac-R claims are achieved | | | | | 32% | 27% | 35% |
| Share recovery with QD Line Extension (US) | | | | | 65% | 5-10% | NA |

1) Per Wenker/Broadhurst 6/5/01

*Anti-infective Venture / GNPP / Decision Support Group*

Confidential

ABBT224980

*Efficacy: Co-variance between indications (ABS success)*

Asset:        ABT-773
Alternative:  All
Provided By:  Joaquin Valdes
Date:         5/7/01

- Is the order of indications logical? From most difficult to easiest?
- Are the assessments different for QD vs. BID?



ASP
- CAP and ABS have no influence on outcome.
- Main risk is 5-day dosing duration.
- Endpoint is eradication rather than clinical cure.
- Only need to treat *S. pyogenes*

ABECB
- CAP is better indication of bronch (same bugs).
- CAP and ABECB are related.

*Anti-infective Venture / GNPP / Decision Support Group*

3/2/2006                                                40

Confidential

ABBT224981

*Efficacy: Co-variance between indications (ABS failure)*

Asset: ABT-773
Alternative: All
Provided By: Joaquin Valdes
Date: 5/7/01

- Is the order of indications logical? From most difficult to easiest?
- Are the assessments different for QD vs... BID?



\* Calculations based on prior assessments

3/2/2006

41

*Anti-infective Venture / GNPP / Decision Support Group*

ABBT224982

# PLs' JO

**ABBOTT**

From: Jeff Leiden
John Leonard

INTEROFFICE CORRESPONDENCE

TO:  Miles White                                    Date: Jan. 7, 2002

CC:
    Bill Dempsey
    Dave Goffredo
    Mary Szela
    Jim Tyree
    Eugene Sun
    Stan Bukofzer

**Confidential**

**RE:**

On December 10th, the Pharmaceutical Executive Committee met to review the development status of ABT-773, our ketolide antibiotic in clinical development for respiratory tract infections. Based on the data reviewed at the meeting, the Committee recommends suspending further development and initiating efforts to out license the compound. Attached is a package, which addresses the key issues. Our decision for this recommendation is based on the following:

**1.  Divergence from the target product profile**
ABT-773 was approved for clinical development in a March 1997 Drug Development Committee (PPCC), at which time the key elements of the target product profile were defined as:
- Once daily dosing for short course treatment regimens (5-10 days)
- Favorable side effect profile relative to currently available therapies
- Efficacy against major respiratory pathogens, particularly against resistant organisms, a key differentiating feature of this compound

- Once daily dosing has not been achieved in 3 of 4 respiratory indications:
  - In July 2001, twice daily dosing was chosen for the pivotal Phase III clinical trials in sinusitis and community acquired pneumonia. This decision was taken based on accumulated scientific data and to enhance regulatory approvability of the compound, but recognized a corresponding decrease in the commercial value, particularly given the global trend toward once-a-day/shorter course therapy.
  - In November, the pivotal U.S. Phase III trial in pharyngitis showed that ABT-773 dosed once daily at the chosen dose had insufficient efficacy for approval. Additionally, these results cast some doubt on the potential for QD dosing for bronchitis.

HIGHLY CONFIDENTIAL
ABBT0559668

- The emerging side effect profile of ABT-773 is neither significantly better nor worse than clarithromycin in terms of taste and the potential for drug-drug interactions. There are still safety issues that remain to be better defined, i.e., the potential for QT prolongation, and the incidence and severity of liver enzyme abnormalities (see #3 below).

- A resistance claim, which is a key point of commercial differentiation, will be challenging to achieve:
  - The resistance claim is based on successful treatment of pneumonia patients who have resistant organisms. The original ABT-773 plan targeted approximately 15 such patients. In 2001, the EMEA and FDA evaluated telithromycin (Ketek), Aventis' first-in-class ketolide. Neither the EMEA nor FDA considered the Ketek data sufficient to support a resistance claim based on 17 patients with about an 85% eradication rate. It is now anticipated that a resistance claim for ABT-773 will require a larger number of resistant isolates (this requirement will significantly increase the size, complexity, and duration of clinical trials) as well as an eradication rate of at least 85%.

2. **Increasing regulatory stringency**
- Regulatory approval of new antibiotics is increasingly dependent on their benefit:risk ratio compared to currently available therapies. Given that most respiratory antibiotics have greater than 85% success rates there is increasing attention to drug safety. Although Ketek was approved by EMEA this year, significant post-approval commitments were mandated, i.e., additional safety data in over 4000 patients. In the US, Aventis has been asked to obtain additional safety data prior to FDA approval. Given that some of the same safety issues may apply to ABT-773, the projected size of the required safety database for ABT-773 has increased considerably. This will increase the expense and duration of the phase III trials.

- Regulatory authorities are increasingly concerned about widespread antibiotic resistance resulting from inappropriate antibiotic usage. They are considering ways to curb indiscriminate antibiotic usage, such as limiting regulatory approval for indications that do not always warrant antibiotic therapy, e.g., acute exacerbation of chronic bronchitis. This indication represents one of the largest respiratory market segments.

3. **Unresolved potential safety issues**
- QT prolongation by ABT-773 has not been fully characterized and remains a potential liability. In recent years, broad regulatory attention to this issue has resulted in increasing requirements for *in vitro* as well as clinical data to assess this risk. To date, data indicates that QT prolongation by ABT-773 is comparable to that of clarithromycin and Ketek, but FDA has requested additional studies. Should these studies suggest clinically significant risk, regulatory actions could include non-approval, Black Box warning, or contraindication in at-risk populations.

HIGHLY CONFIDENTIAL
ABBT0559669

- Significant liver enzyme elevations have been observed in a few subjects in clinical trials to date, most recently in a study to evaluate QT prolongation. Clinical protocols have been modified to increase patient monitoring, leading to increased clinical costs and a delay in filing. Although the incidence and severity of these findings fall within an acceptable range for antibiotics, future findings may drive the requirement for a larger safety database.

4. **Decreased commercial valuation**
- The loss of the pharyngitis indication is forecasted to erode more than $117MM in NPV from ABT-773 (-$82MM AI; -$35MM PPD). Based on the above information, the global NPV of ABT-773 falls from a July 2001 $223MM to $51MM with the U.S. market NPV largely break-even at $3MM and Abbott International contributing the balance of value.
- In addition, if the regulatory authorities require additional patients to evaluate safety, the value of ABT-773 becomes negative.

Attached are several slides that provide additional detail to the issues discussed above. Obviously we are extremely disappointed to recommend stopping a key phase III program in development. However, at this time, the team recommends placing development on hold and redirecting R & D funds to higher return opportunities. If this decision is made shortly, the team forecasts that it would create a 2002 R&D favorability of approximately $47MM.

Next Steps
We look forward to meet with you regarding our recommendation and to secure your approval to move forward with the decision to place clinical development on hold. If approved, the next steps will include:

- The preparation of an internal and external communication package for all stakeholders paying particular attention to PR issues and timing of the process.

- Communicating with Taisho. As you are aware, the development of ABT-773 has been conducted in collaboration with Taisho under a 1997 Agreement in which Taisho contributes 50% of the Japanese development cost and 10.69% of the ex-Japan expenses. Abbott has the right to out license the compound outside Japan without Taisho's consent, but the royalty obligations remain in effect (5.5% in patented territories and 2.75% in non-patented countries). Sub-licensing of Abbott's rights in Japan is allowed only after Taisho's consent.

- The PEC believes that the compound may hold potential for out licensing. To capture value for ABT-773 an out licensing effort, which might include follow-on compounds already in discovery, would be aggressively initiated.

HIGHLY CONFIDENTIAL
ABBT0559670

# PLs' JU



Sten
Bukofzer/LAKE/PPRD/ABBO
TT

07/11/2002 09:17 AM

To

AI_HR_GMS_EUR, AI_HR_GMS_LA, AI_HR_GMS_PAA, AI_HR_PRESSTAF_AREAHQ, John Arnot/LAKE/AI/ABBOTT@ABBOTT, Tony C Deahl/LAKE/AI/ABBOTT@ABBOTT, Mark Mesterson/LAKE/AI/ABBOTT@ABBOTT, Sybil L Dahan/LAKE/AI/ABBOTT@ABBOTT, Roberto C Taboada/LAKE/AI/ABBOTT@ABBOTT, Christian Holmer/LAKE/AI/ABBOTT@ABBOTT, Willy Pardinas/LAKE/AI/ABBOTT@ABBOTT, Richard Ambler/LAKE/AI/ABBOTT@ABBOTT, Stefan Bergunde/LAKE/AI/ABBOTT@ABBOTT, Carlos Albert/LAKE/AI/ABBOTT@ABBOTT, Frank W Zhou/LAKE/AI/ABBOTT@ABBOTT, Bernard Grimm/LAKE/AI/ABBOTT@ABBOTT, Susan Boynton/LAKE/AI/ABBOTT@ABBOTT, Laureen M Cassidy/LAKE/AI/ABBOTT@ABBOTT, Albertus A Bouw/AMADORA/AI/ABBOTT@ABBOTT, Arshad Ahmed/KARACHI/AI/ABBOTT@ABBOTT, holger.lippmann@abbott.com, David G Clayton/AUSTRALIA/AI/ABBOTT@ABBOTT, Eduardo Furia/BUENOSAIRES/AI/ABBOTT@ABBOTT, Hugo E Pezzerossi/GUATEMALA/AI/ABBOTT@ABBOTT, Jairo Bonilla/BOGOTA/AI/ABBOTT@ABBOTT, Jean-Pierre Chauvin/RUNGIS/AI/ABBOTT@ABBOTT, Jose P Dominguez/SANTIAGO/AI/ABBOTT@ABBOTT, Lele Ozturenli/ISTANBUL/AI/ABBOTT@ABBOTT, Lanletl Suwanda/JAKARTA/AI/ABBOTT@ABBOTT, Luis A Usen/MADRID/AI/ABBOTT@ABBOTT, Mariana Gayoso/MONTEVIDEO/AI/ABBOTT@ABBOTT, Marisol Martinez/CAROLINA/AI/ABBOTT@ABBOTT, Martha Penna/SAOPAULO/AI/ABBOTT@ABBOTT, Martin Bravo/COYOACANA/AI/ABBOTT@ABBOTT, Maryse Marcopoulos/ATHENS/AI/ABBOTT@ABBOTT, Michael Hansen/STOCKHOLM/AI/ABBOTT@ABBOTT, Nick G Warwick/MAIDENHEAD/AI/ABBOTT@ABBOTT, Olga Kroftova/PRAGUE/AI/ABBOTT@ABBOTT, Paul Ceuchle/BRUSSELS/AI/ABBOTT@ABBOTT, Peter K Kirchner/DELKENHEIM/AI/ABBOTT@ABBOTT, Rafik X Zakhari/MONTREAL/AI/ABBOTT@ABBOTT, Raul Velarde/LIMA/AI/ABBOTT@ABBOTT, Ricardo Fonseca/CARACAS/AI/ABBOTT@ABBOTT, Tibor Fabo/BUDAPEST/AI/ABBOTT@ABBOTT, Umberto Paparetti/CAMPOVERDE/AI/ABBOTT@ABBOTT, Woel Shiang Chen/KUALALUMPUR/AI/ABBOTT@ABBOTT, Wojciech Bem/WARSAW/AI/ABBOTT@ABBOTT, Yoshihiro Fujiwara/OSAKA/AI/ABBOTT@ABBOTT, Zeke Solomon/SYDNEY/AI/ABBOTT@ABBOTT, abbott.hn@hn.vnn.vn, AD Paul/BOMBAY/AI/ABBOTT@ABBOTT, Ahmad Swailam/CAIRO/AI/ABBOTT@ABBOTT, Ali Muzammil Abdullah/KUALALUMPUR/AI/ABBOTT@ABBOTT, Amry Busiamam/JAKARTA/AI/ABBOTT@ABBOTT, Angela Rodrigues/BOMBAY/AI/ABBOTT@ABBOTT, Ann Sofia Pettersson/ESPOO/AI/ABBOTT@ABBOTT, Banu Cilici/ISTANBUL/AI/ABBOTT@ABBOTT, Bernardita Garin Hoyng/SANTIAGO/AI/ABBOTT@ABBOTT, Bienvenido V Tianco/MANILA/AI/ABBOTT@ABBOTT, Bruno Truempi/BAAR/AI/ABBOTT@ABBOTT, Celina Marun/BUENOSAIRES/AI/ABBOTT@ABBOTT, Chris Somers/BRUSSELS/AI/ABBOTT@ABBOTT, Connie

Confidential

ABBT203446



Bueno/BOGOTA/AI/ABBOTT@ABBOTT, Daniel
Katz/TELAVIV/AI/ABBOTT@ABBOTT, Danuta
Witkowska/WARSAW/AI/ABBOTT@ABBOTT, Emma Du
Four/MAIDENHEAD/AI/ABBOTT@ABBOTT, Esther de
Pietri/CARACAS/AI/ABBOTT@ABBOTT, Eva
Svoronova/BRATISLAVA/AI/ABBOTT@ABBOTT, Fatima
Pelicot/SANTODOMINGO/AI/ABBOTT@ABBOTT,
Fernando Fernandez/CAROLINA/AI/ABBOTT@ABBOTT,
Finny Liu/TAIPEI/AI/ABBOTT@ABBOTT, Francesco De
Melo/CAMPOVERDE/AI/ABBOTT@ABBOTT, Ghislaine van
Alphen/HOOFDDORP/AI/ABBOTT@ABBOTT, Gina
Partridge/JOHANNESBURG/AI/ABBOTT@ABBOTT, Gloria
Vera-Robollar/LIMA/AI/ABBOTT@ABBOTT, Hiroki
Teguchi/OSAKA/AI/ABBOTT@ABBOTT, Ingela
Frick/STOCKHOLM/AI/ABBOTT@ABBOTT, Ingrid G
Haidar-Salaberger/VIENNA/AI/ABBOTT@ABBOTT, Jack
Wong/HONGKONG/AI/ABBOTT@ABBOTT, Jacqueline
Schoemaker/GUATEMALA/AI/ABBOTT@ABBOTT, Jitka
Urbankova/PRAGUE/AI/ABBOTT@ABBOTT, Jose M
Infante/MADRID/AI/ABBOTT@ABBOTT, Kenahiro
Gchda/KATSUYAMA/AI/ABBOTT@ABBOTT, Karolyn
Castro/SANTODOMINGO/AI/ABBOTT@ABBOTT, Kwee
Foong Leow/SINGAPORE/AI/ABBOTT@ABBOTT, Laura S
Lees/AUSTRALIA/AI/ABBOTT@ABBOTT, Laura
Zarbl/MONTEVIDEO/AI/ABBOTT@ABBOTT, Loretta X Del
Bosco/MONTREAL/AI/ABBOTT@ABBOTT, Marcia
Moscatelli/SAOPAULO/AI/ABBOTT@ABBOTT, Margarida
M Montezinho/AMADORA/AI/ABBOTT@ABBOTT, Maria T
Bonifax/COYOACAN/AI/ABBOTT@ABBOTT, Marianna
Kerafoulidou/ATHENS/AI/ABBOTT@ABBOTT, Martha
Penna/SAOPAULO/AI/ABBOTT@ABBOTT, Mohammad
Abul Hasan/DUBAI/AI/ABBOTT@ABBOTT, Nur
Deminsaran/ISTANBUL/AI/ABBOTT@ABBOTT, Paul
Eenhoorn/HOOFDDORP/AI/ABBOTT@ABBOTT, Rebeca
Lopez/COYOACAN/AI/ABBOTT@ABBOTT, Ricardo
Lama/QUITO/AI/ABBOTT@ABBOTT, Sandor
Peter/BUDAPEST/AI/ABBOTT@ABBOTT, Seema
Khan/KARACHI/AI/ABBOTT@ABBOTT, Stephen
Vogel/DELKENHEIM/AI/ABBOTT@ABBOTT, Sumalee
Nethikanjanalab/BANGKOK/AI/ABBOTT@ABBOTT, Sunil
Soni/MAIDENHEAD/AI/ABBOTT@ABBOTT, Teriq
Hamdan/RIYADH/AI/ABBOTT@ABBOTT, Thirapan
Guttasing/BANGKOK/AI/ABBOTT@ABBOTT, Ulla
Kock/VEDBAEK/AI/ABBOTT@ABBOTT, Ulrike
Thomas/LUDWIGSHAFEN/AI/ABBOTT@ABBOTT, Vareerat
Hiranras/BANGKOK/AI/ABBOTT@ABBOTT, Victoria
Nunes/AMADORA/AI/ABBOTT@ABBOTT, Xiaotong
Zheo/SHANGHAI/AI/ABBOTT@ABBOTT, Y H
Cha/SEOUL/AI/ABBOTT@ABBOTT, Zdenek
Stra/il/BAAR/AI/ABBOTT@ABBOTT, John
Price/LAKE/PPD/ABBOTT@ABBOTT, Gary C
Vandoros/LAKE/AI/ABBOTT@ABBOTT, Mary T
Szala/LAKE/PPD/ABBOTT@ABBOTT, Jeanmarie
Dolend/LAKE/AI/ABBOTT@ABBOTT

cc William Dempsey, David Golfredo, John Leonard, Eugene
   Sun, James L Tyree/LAKE/GPRD/ABBOTT@ABBOTT,
   Siobhan NIBhuachalla/LAKE/PPRD/ABBOTT@ABBOTT

bcc Carol S Meyer/LAKE/PPRD/ABBOTT@ABBOTT

Subject ABT 773 communication

Confidential

ABBT203447

Dear affiliate colleague,

Today we informed your colleagues working on the ABT-773 project team that we will not independently develop ABT-773 for the U.S. and European markets. The attached "773 announcement" document outlines our decision .

For those of you with an open CTX or IND for ABT-773, medical and regulatory staff should consider informing your local authorities regarding our long-term plans for this compound.

Attached is a copy of a Q&A that can assist you with this effort.

Please contact Stan Bukofzer or Chris Ward with any questions you have regarding ongoing studies with ABT-773.

Regards,

Stan

Stan Bukofzer MD
Global Project Head
Infectious Diseases
Global Product R&D
Abbott Laboratories
Tel 847-935-8844

773 Announcement.doc  MASTERQ&A for Conclusion of 773 G.c

Confidential

ABBT203448

# PLs' KD

**Suzanne**
**Lebold/LAKE/PPRD/ABBOT**
**T**

01/12/2006 01:52 PM

To  Rolland D Carlson/COLUMBUS/RPD/ABBOTT@ABBOTT

cc  Laura M Melcher/LAKE/PPRD/ABBOTT@ABBOTT,
Yen-Chih J Chen/LAKE/GPRD/ABBOTT@ABBOTT, Steve C
Kuemmerle/LAKE/PPRD/ABBOTT@ABBOTT,
Kevin.J.Lynch@abbott.com, Jane.Hoff-Smith@abbott.com,
Gayle A Kirkpatrick/LAKE/GPRD/ABBOTT@ABBOTT, John
G Poulos/LAKE/GPRD/ABBOTT@ABBOTT, Michelle A
Parks/LAKE/PPRD/ABBOTT@ABBOTT, Kevin P
Constable/LAKE/PPRD/ABBOTT@ABBOTT, Sean E
Murphy/LAKE/CORP/ABBOTT@ABBOTT

bcc

Subject  Re: Fw: Bayer Animal Health Request

Rollie:

Here is the status/availability of the compounds you have outlined below. Those highlighted in yellow
would be avialable to discuss with Bayer re: license for animal rights. A big thank you to those copied on
this email for running down the details.

**Analgesics**
1. Potential For License:
ABT-594 = Tebanicline - Appears discontinued. **with active program  (ABT-894) in development would
not want competing program with potential for diversion   - not available for license**

A-134974 - No activity in A-Room since 2004.
ABT-702 - No activity and discontinued by Discovery.  Per your note below - no longer on the list?
**This is not a Zileuton b /u.**

**Both the compounds above are adenosine kinase inhibitors   . We stopped the program due to
presumed class effects - micro infarcts in the brain in  2 animal models  (dog and rodent ). Bayer
has/had an AK program as well – they may know this – or have data to dispell .  ABT-702 exhibited this
effect;  -974 did not directly, but Pfizer has also published   (and discussed with our scientists  ) that
this is a class effect .  Abbott Animal Health was planning on doing an efficacy study with the
A-134974 compound- presuming this is no longer active  - it would be available to discuss with Bayer
for license .  I would stay away from  -702 given the identified tox in  2 species .**

ABT-963 - Cousin to ABT-969. Previous attempts to outlicense unsuccessful?  **Abbott Animal Health
was doing work on this compound  .  As long as they are ok - this is OK for licensing discussion with
Bayer.**

**Confirming :**
2. Not Available:
ABT-894 - Under active development.

**Antibiotics**
1. Potential For License:
Multiple macrolides – Based upon the A-room we only have quantities of A-177511 and A-185684.

HIGHLY CONFIDENTIAL

ABBT371710

Need to know if encumbered by the Taisho agreement. **These are encumbered by the Taisho agreement and are not available for license** .

**Confirming:**
2. Not Available
ABT-773 - Under active outlicense.
ABT-210 - Under active outlicense.

**AntiPsoriatrics**
1. Potential For License:
ABT-281 = A-86281 - Discontinued. Not encumbered by the DES agreement with Medtronic. **OK for licensing discussion with Bayer** . We have data that was returned under the terminated license to Berlex. I do not believe there is any remuneration back to Berlex (as they returned )- but if Bayer is interested in this, you should review the Berlex agreement (and termination ). Michelle Parks would have the agreements.

**Oncology**
1. Potential For License:
PARP Inhibitors - ABT-472 (A-620223) **We have other active PARP inhibitors in active R&D** - so as a class, not available for license at this time . In addition, this particular compound is unstable in human serum and would likely not be a viable product for Bayer . **Not available for license** .

Endothelian Antagonist Backup - A-216546 with active program (Xinlay) in development would not want competing program with potential for diversion - not available for license

Thrombospondin Mimetic - ABT-526, no animal rights covenyed under grant for NW - but even if you wanted to go to NW to re -negotiate at this time, also with active program (very close compound ) in development would not want competing program with potential for diversion - not available for license

2. Questionable for license - ABT-567 & ABT-898 no animal rights covenyed under grant for NW - also with active program (very close compound ) in development would not want competing program with potential for diversion - not available for license

**Confirming:**
3. Not Available
ABT-510

**Anti-Obesity**
1. Potential For License
A-71378 - No activity in A-Room. A CCK 1 agonist. **Program has been discontinued and would be available to license to Bayer** .

BTS-71091 - Need crosss reference for Boots compound from Knoll. BTS-71091 = BSF-184951 = A-530880.1 **A weak monoamine re -uptake inhibitor discovered by Knoll** . It is referenced in a 1999 British Pharmacological Society paper . **It would be available to license to Bayer** . Note: 3 g is available in the A-room.

**Confirming:**

HIGHLY CONFIDENTIAL

ABBT371711

Not Available:
ABT-991 = Sibutramine


-Suzy

Suzanne A. Lebold, Ph.D.
Divisional Vice President
Scientific Assessment and Technology Licensing
Global Pharmaceutical Licensing and New Business Development
Abbott - 200 Abbott Park Road - Abbott Park, IL  60064-6187
Phone: (847) 937-1436  Fax: (847) 937-1771
Email: suzanne.a.lebold@abbott.com

This communication may contain information that is legally privileged, confidential or exempt from
disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, use or
copying of this communication is strictly prohibited. Anyone who receives this message in error should
notify the sender immediately by telephone (847 937-1436) or by return e-mail, and delete it (and all
other copies and attachments) from his or her computer.

----- Forwarded by Suzanne Lebold/LAKE/PPRD/ABBOTT on 01/12/2006 08:55 AM -----

**John G Poulos**

01/08/2006 09:39 AM

To:      suzanne.a.lebold@abbott.com
cc:
Subject:    Re: Fw: Bayer Animal Health Request


**John G Poulos**          Abbott              Tel: 847-938-7598
Divisional Vice President, Global   200 Abbott Park Road   Fax: 847-938-6807
Licensing and New Business   Abbott Park, Illinois   Mobile 847-772-6618
Development          60064-6167          john.poulos@abbott.com
Pharmaceutical Products Group
R500, BLDG AP34

Abbott
A Promise for Life

This communication may contain information that is proprietary, confidential, or exempt from disclosure.If you are not the intended
recipient, please note that any other dissemination, distribution, use or copying of this communication is strictly prohibited.Any one who
receives this message in error should notify the sender immediately by telephone or by voicemail and delete it from his or her
computer.


----- Forwarded by John G Poulos/LAKE/GPRD/ABBOTT on 01/08/2006 09:39 AM -----

**Rolland D Carlson**

01/06/2006 08:20 PM

To:      John G Poulos/LAKE/GPRD/ABBOTT@ABBOTT
cc:
Subject:    Re: Fw: Bayer Animal Health Request


John:


HIGHLY CONFIDENTIAL                                                 ABBT371712

Good to speak with you this morning.

As discussed, we have been in discussions with Bayer Animal Health regarding potential Abbott pharma compounds after their license of ABT-969. They have sent me two wish lists, the second of which is attached to the e-mail sent to Suzy in November. I've made it clear to them that any on market compounds and compounds still on track for human development are off limits so ignore their interest in Sibutramine and based upon our conversation, ABT-773 and ABT-210 will be in that category. As indicated, Bayer is primarily interested in the therapeutic categories, not necessarily the specific compounds listed; so I have been mining GPRD and have had discussions with Suzy, Steve Kuemmerle and Jane Hoff-Smith to determine what may be available. I've compiled the following list after trying to decipher Bayer's requests with Abbott's MEDCAT and A-Room database (and discussions above) and need confirmation of availability.

**Analgesics**
1. Potential For License:
ABT-594 = Tebanicline - Appears discontinued.
A-134974 - No activity in A-Room since 2004.
ABT-702 - No activity and discontinued by Discovery.
ABT-963 - Cousin to ABT-969. Previous attempts to outlicense unsuccessful?
2. Not Available:
ABT-894 - Under active development.

**Antibiotics**
1. Potential For License:
Multiple macrolides - Based upon the A-room we only have quantities of A-177511 and A-185684.
                Need to know if encumbered by the Taisho agreement.
2. Not Available
ABT-773 - Under active outlicense.
ABT-210 - Under active outlicense.

**AntiPsoriatics**
1. Potential For License:
ABT-281 = A-86281 - Discontinued. Not encumbered by the DES agreement with Medtronic.

**Oncology**
1. Potential For License:
PARP Inhibitors - ABT-472 (A-620223)
Endothelian Antagonist Backup - A-216546
Thrombospondin Mimetic - ABT-526,
2. Questionable for license - ABT-567 & ABT-898
3. Not Available
ABT-510

**Anti-Obesity**
1. Potential For License
A-71378 - No activity in A-Room.
BTS-71091 - Need crosss reference for Boots compound from Knoll.
2. Not For License
ABT-991 = Sibutramine

HIGHLY CONFIDENTIAL                                    ABBT371713

If you would like, I can set up a specific meeting with you and Sean to discuss.  Let me know.

Regards,

Rollie

Rolland D. Carlson, Ph.D.
Division Vice President,
Business Development & Licensing
Abbott Medical Products Group
100 Abbott Park Road
Abbott Park, IL  60064

Tel: 847-936-0960
Fax: 847-936-1540
E-mail: rolland.carlson@abbott.com

----- Forwarded by Rolland D Carlson/LAKE/MPG/ABBOTT on 12/12/2005 08:38 AM -----

**Rolland D Carlson**

11/18/2005 10:04 AM

To:     Suzanne Lebold/LAKE/PPRD/ABBOTT@ABBOTT
cc:     Steve C Kuemmerle/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  Re: Bayer Animal Health RequestLink

Suzy:

I found out that Tebanicline is ABT-594 (A165594.47 or ebaniciine tosylate). I found a reference that Abbott discontinued development in a paper presented by William Bunnelle at ACS in 2004.  The ABT data base still has it listed as an active compound but there has been no activity since 2002. Any idea if it has been involved in any licensing deals?  It is high on Bayer's priority list.

The revised list has been paired down but still contains some off limits compounds - see attached. The Zileuton backups (ABT-702 and ABT-175 = A-79175) are no longer on the list. However, they remain quite interested in the Macrolides and their targets don't seemed related to ABT-773 after my review of the A-#s (this need to be verified and I've asked Bob Schmidt to check).  Therefore I need to know who to speak to to see if these compounds are encumbered under the Taisho collaboration

Thanks for your help.

Rollie

Rolland D. Carlson, Ph.D.

HIGHLY CONFIDENTIAL                                              ABBT371714

Division Vice President,
Business Development & Licensing
Abbott Medical Products Group
100 Abbott Park Road
Abbott Park, IL  60064

Tel: 847-936-0960
Fax: 847-936-1540
E-mail: rolland.carlson@abbott.com

Abbott pipeline 2005-1.doc

HIGHLY CONFIDENTIAL                                                    ABBT371715

# PLs' LQ

---

### INTEROFFICE MEMORANDUM

---

TO:        DR. JEFFREY LEIDEN
FROM:      STEVE COHEN
CC:        JOHN LEONARD
           DAN NORBECK
SUBJECT:   2001 PLAN
DATE:      12/15/2000

---

Jeff,

I have been working with John and Dan to complete an updated version of the 2001 Plan package that I provided to you on November 19th. The first section of the package provides a snap shot of what is included in the latest version of the Plan. This includes a rollforward from the Plan Book, a year over year growth analysis and an update on key points in the Plan such as affordability, capital and headcount. The second section provides a series of road maps as to what we could potentially do with incremental funding. I have segregated the incremental funding scenarios into three buckets: $30MM, $60MM and $75MM. These scenarios build upon one another so that the $60MM scenario assumes that the $30MM scenario will be undertaken. These scenarios need to be refined, but simply represent an attempt to provide an initial strategy for incremental funding.

Please contact me if you have any questions.

Regards,

Steve

ABBT 0007157
HIGHLY CONFIDENTIAL

# Pharmaceutical Products Research & Development

## 2001 Plan Summary

ABBT 0007158
HIGHLY CONFIDENTIAL

# Pharmaceutical Products Reseach & Development
## 2001 Plan Summary

## Table of Contents

|  | Page |
|---|---|
| **Current Snap Shot of the 2001 PLAN:** | |
| - Rollforward from Plan Book | 1 |
| - Growth vs. 2000 AGU | 2 |
| - 2001 Plan Funding by Project (provided to you on 11/19/00) | 3 |
| - Plan Overview Discussion (provided to you on 11/19/00) | 4 |
| - Capital (provided to you on 11/19/00) | 5 |
| - DDCs (graphical representation) | 6 |
| - DDCs (list by year) | 7 |
| **Roadmap for increasing the 2001 PLAN:** | |
| - Funding Scenario with an additional $30MM | 8-9 |
| - Funding Scenario with an additional $60MM | 10-11 |
| - Funding Scenario with an additional $75MM | 12-13 |

(These incremental funding scenarios were created without the use of portfolio analysis techniques and represent one of the many possible scenarios.)

ABBT 0007159
HIGHLY CONFIDENTIAL

2001 Plan
Pharmaceutical Products Research

Rollforward
($MM)

| PLAN BOOK | 592.1 |

| Kaletra: Add Phase IIB (Switch & Sustiva) | 9.4 |
| Endothelin: Add FDA Phase III Requirements | 16.2 |
| Budget Reduction to offset Kaletra and Endothelin | (25.6) |
| Net Task Reduction | (19.7) |

| FINAL PLAN | 572.4 |

ABBT 0007160
HIGHLY CONFIDENTIAL

Pharmaceutical Products Division
Research and Development
($MM)

| | 2000 APU | 2000 AGU | 2001 PLAN | 2001 Plan vs. | |
| | | | | APU | AGU |
|---|---|---|---|---|---|
| Discovery | 185.0 | 184.7 | 192.0 | 3.8% | 3.8% |
| Development | 382.5 | 373.8 | 380.4 | -0.6% | 1.7% |
| Total R&D | 567.5 | 558.5 | 572.4 | 0.9% | 2.4% |

LGRDDMisc Dsned/Proj 100 Revised/APLAN - RLFL08

ABBT 0007161
HIGHLY CONFIDENTIAL

PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT
($MM)

| 2000 AGU | FRANCHISES | 2001 Plan Book II | FINAL PLAN | Incr(Dec) |
|---|---|---|---|---|
| | **NEUROLOGY** | | | |
| 30.4 | Depakote | 28.0 | 24.1 | (1.9) |
| 2.0 | Gabitril | - | - | - |
| 14.4 | COX-II | 8.0 | 8.9 | 0.9 |
| 4.0 | ABT-431 (ADHD) | 3.0 | - | (3.0) |
| 3.0 | ABT-103 | 7.0 | - | (7.0) |
| - | NPS-1776 | 3.3 | - | (3.3) |
| - | RP Schwarz/Alza | 3.7 | - | (3.7) |
| **53.8** | **Subtotal NEUROLOGY** | **65.8** | **37.0** | **(18.9)** |
| | **ANTI-INFECTIVE** | | | |
| 28.4 | Clarithromycin | 20.0 | 14.9 | (5.1) |
| 74.1 | Ketide | 61.0 | 66.0 | 5.0 |
| (7.0) | Ketide Tech | 7.0 | 7.0 | - |
| 6.8 | Quinolone | 23.0 | 23.0 | - |
| 2.5 | Neramiclase | 5.0 | 5.0 | - |
| **162.8** | **Subtotal ANTI-INFECTIVE** | **144.0** | **137.8** | **(6.1)** |
| | **UROLOGY/CARDIOLOGY** | | | |
| 24.0 | BPH Backup | 28.4 | - | (28.4) |
| 1.0 | Fenofibrate (Fournier) | 4.0 | - | (4.0) |
| 2.7 | Nippon Ethyraloy (NE40) | - | 4.5 | 4.5 |
| **37.0** | **Subtotal UROLOGY/CARDIOLOGY** | **32.4** | **4.5** | **(28.0)** |
| | **HIV** | | | |
| 13.0 | Ritonavir | 4.0 | 4.0 | - |
| 76.5 | Kaletra | 41.5 | 50.9 | 9.4 |
| 11.7 | Cyclosporine | 2.0 | 2.0 | - |
| **101.2** | **Subtotal HIV** | **47.5** | **56.9** | **9.4** |
| | **CANCER** | | | |
| 13.0 | Endothatin | 23.0 | 39.2 | 16.2 |
| 8.0 | TSP #1 | 8.0 | 8.0 | - |
| 8.0 | Metalloproteinase | 7.0 | 7.0 | - |
| 8.0 | Anti-Mitotic | 10.0 | 10.0 | - |
| 1.0 | K-6 | 0.8 | 0.8 | (0.0) |
| - | FTI #2 | 4.1 | 4.1 | - |
| **37.0** | **Subtotal CANCER** | **51.9** | **55.2** | **3.3** |
| - | Other New Products | - | 4.0 | |
| 60.0 | Other | 71.5 | 97.2 | 25.7 |
| (3.5) | Affordability | (31.1) | (18.5) | 6.6 |
| **373.8** | **Total Development** | **385.1** | **380.4** | **(14.7)** |
| 184.8 | Discovery | 187.0 | 182.0 | (5.0) |
| **558.5** | **Total Gross/Net PPD** | **572.1** | **572.4** | **(19.7)** |

Comments:
(1) Other goes up because we need to cut more than $21.7MM in projects (descoption) to achieve a "real" line reduction of $21.7MM.
(2) Reduce affordability because of the mix of projects (probably still too high).

ABBT 0007162
HIGHLY CONFIDENTIAL

## 2001 Plan
## Pharmaceutical Products Research

### Plan Overview

**Milestone Funded:**

ABT-594 (Q1 decision)
Bismolomol (Q1 decision)

**Sub-Optimal Funding:**

| | |
|---|---|
| Endothelin | - Early Stage PCA not funded |
| Quinolone | - Not all indications are funded |
| | |
| Kaletra | - Some Phase IIIB not funded |
| Omnicef | - Only one of three possible programs funded |
| Tricor | - Diabetics study unfunded |
| Depakote | - Only on-going studies funded |
| Clarithromycin | - International XL filing |

**DDCs:** No 2001 DDCs currently funded. Several on-going transition / early stage programs placed on hold.

**Risk/Affordability:** Reduced to $18MM, but given mix of programs this is still relatively aggressive.

**Capital:** Reduced 33% vs. the Plan Book. Historical level is around $35MM and only $27MM has been budgeted for 2001.

**Productivity Projects:** Virtually none funded. To the extent possible, 2000 projects that would carry over into 2001 have been placed on hold.

**Headcount:** Due to the sizable reductions in expense and capital, headcount reductions will be required. Discussions with functional groups will be necessary to determine the exact impact.

ABBT 0007163
HIGHLY CONFIDENTIAL

4

2001 PLAN
Pharmaceutical Products Research and Development

CAPITAL
($MM)

| | Authorizations | Project Expense |
|---|---|---|
| **2001 Plan Book** | 35.5 | 10.6 |
| | | |
| **Projects cut to hit revised target:** | | |
| - Delay AEGIS Wave III to 2002 | 2.0 | - |
| - Reduce lab renovations | 2.0 | 0.4 |
| - Do not purchase 5 LC/MS | 1.9 | 0.1 |
| - HTS Expansion | 1.0 | 0.3 |
| - NT Storage Mgmt | 0.7 | 0.2 |
| - Genomics Expansion | 0.6 | 0.5 |
| - Reduce under $250 projects | 0.6 | 1.0 |
| - Potent Drug Encapsulator    B | 0.5 | 0.1 |
| - Reduce PC Refresh | 0.4 | - |
| - Gene Expression | 0.4 | 1.0 |
| - Therapeutic Area Projects Support | 0.2 | 1.9 |
| - Unidentified Project Funding | (1.7) | 0.1 |
| | | |
| **Final 2001 Plan** | 26.9 | 10.0 |

A: The Plan book submission already excluded a number of capital projects such as:
Compound Storage Facility, R12 Transition Dev. Scale Up Lab, Stability Chamber Facility,
New SEC Pilot Plant, Automatic Chromatographic Data Archiving, New Pilot Plant Scope Analysis
and Pilot Plant Tablet Press.

B: Abbott International is moving forward with a large capital investment related to manufacturing.
Without the funding for the R&D component of this project, the overall strategic objective is jeopardized.

C: Final Plan does not include any capital investment that may be required to carry out the reorganization plan.

5

ABBT 0007164
HIGHLY CONFIDENTIAL

This page was left blank intentionally.

ABBT 0007165
HIGHLY CONFIDENTIAL

PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT
SUMMARY OF DDC FUNDING/PROGRAM STATUS
2001 PLAN

ABBT 0007166
HIGHLY CONFIDENTIAL

Funding Status of approved DDCs

| | Funding Status | |
|---|---|---|
| | 2000 | 2001 |
| **1999** | | |
| Ketolide Back-up (ABT-797) | Unfunded | Unfunded |
| CHCM (ABT-089) | Funded | Unfunded |
| Cox-2 (ABT-963) | Funded | Unfunded |
| Neuraminidase (ABT-677) | Funded* | Unfunded |
| Quinolone (ABT-492) | Funded | Funded |
| **2000** | | |
| Anti-Mitotic (Ilasai) | Funded | Funded |
| Anti-Mitotic (in-house) | Unfunded | Unfunded |
| MMPI#2 (ABT-518) | Funded | Funded |
| K5 (ABT-828) | Funded* | Unfunded |
| KCO (ABT-598) | Funded* | Funded |
| **2001 (potential)** | | |
| FTI#2 | | Unfunded |
| NNR ABT-594 Back-up | | Unfunded |
| TSP#2 | | Unfunded |
| Quinolone | | Unfunded |
| Karo Bio | | Unfunded |
| ABS-103 | Funded* | Unfunded |
| NPS-1776 | Funded* | Unfunded |
| PTP1B | | Unfunded |
| Histamine H3 | | Unfunded |

* Minimal funding for transition/synthesis activities only.

ABBT 0007167
HIGHLY CONFIDENTIAL

This page was left blank intentionally.

ABBT 0007168
HIGHLY CONFIDENTIAL

## 1st PHASE $30MM

A   COX-II                          Project currently on hold. This will restore 2001 development plan.

B   ABT-089 (ChCM)                  Project currently on hold. This will restore 2001 development plan.

C   Clarithromycin                  Restore full funding for XL international filing.

D   Ketolide                        Minimal funding needed to initiate Phase I I.V. program.

E   K-5                             Project currently on hold. This will restore 2001 development plan.

F   Other                           Maintain momentum for numerous productivity projects.

G   Discovery                       Funding needed to restore 2001 discovery plan to $197MM.

*   ABT-594 (CCM) &                 Currently, both compounds are milestone funded in 2001. If positive Phase II
    Bimoclomol                      data is received in 2Q, additional funding will be required to continue development.
                                    This funding requirement is included in the Phase III $75MM funding scenario.

Note: These projects are listed in the order they appear on the following schedule, NOT in priority order.

ABBT 0007169
HIGHLY CONFIDENTIAL

**30v-zAN**
**PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT**
**1st PHASE - $300MM**

| FRANCHISES | 2000 AOU | Final 2001 Plan | | Incremental Funding | | | | | | | | Total Incremental Funding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Milestones | Optimization | DDC's Prior Period | DDC's Current Period | Productivity Projects | Phase IV Expenses | TBD | Other | |
| **NEUROLOGY** | | | | | | | | | | | | |
| Depakote | 24.4 | 24.1 | | | | | | | | | | |
| Gabitril | 2.0 | 6.0 | | | 3.0 (A) | | | | | | | |
| CXH | 4.4 | | | | 7.0 (B) | | | | | | | |
| COX-II | 4.0 | | | | | | | | | | | |
| CHDM (AGN2) | 3.0 | | | | | | | | | | | |
| ABS-103 | | | | | | | | | | | | |
| NPS-1776 | | | | | | | | | | | | |
| RP Relenza / Aba (Hydrocodone) | | | | | | | | | | | | |
| TBD | 4.0 | 4.0 | | | | | | | | | | |
| **Subtotal NEUROLOGY** | 63.8 | 37.5 | | | 10.0 | | | | | | | 10.0 |
| **ANTIINFECTIVE** | | | | | | | | | | | | |
| Clarithromycin | 28.4 | 14.0 | | | | | | | | | | |
| Ketek | 74.1 | 85.0 | | 1.0 (F) | | | | | | | | 1.0 |
| Ketolide Tase | (7.0) | 7.0 | | | | | | | | | | |
| Quinolone | 8.8 | 26.0 | | | | | | | | | | |
| Neuraminidase | 2.5 | | | | | | | | | | | |
| Omniaf | | 8.0 | | | | | | | | | | |
| TBD | | | | | | | | | | | | |
| **Subtotal ANTIINFECTIVE** | 102.8 | 137.0 | | 1.0 | | | | | | | | 1.0 |
| **UROLOGY/CARDIOLOGY** | | | | | | | | | | | | |
| BPH Backup | 34.0 | 4.0 | | | | | | 4.0 (G) | | | | 4.0 |
| Fenofibrate (Fournier) | | | | | | | | | | | | |
| Nippon Shinyaku (NS49) | 2.7 | | | | | | | | | | | |
| KCO | | | | | | | | | | | | |
| TBD | | | | | | | | | | | | |
| **Subtotal UROLOGY/CARDIOLOGY** | 4.5 | 4.5 | | | | | | 4.0 | | | | 4.0 |
| **HIV** | | | | | | | | | | | | |
| Rltoxavir | 13.0 | 4.0 | | | | | | | | | | |
| Norvir | 76.5 | 60.0 | | | | | | | | | | |
| Calcpromide | 11.7 | 2.0 | | | | | | | | | | |
| TBD | | | | | | | | | | | | |
| **Subtotal HIV** | 101.2 | 66.0 | | | | | | | | | | |
| **CANCER** | | | | | | | | | | | | |
| Ertotinib | 13.0 | 32.0 | | | | | | | | | | |
| TSP #1 | 8.5 | 5.0 | | | | | | | | | | |
| Metalloprotease | 8.0 | 7.0 | | | 6.0 (H) | | | | | | | 6.0 |
| Ap/Abbott | 8.0 | 10.0 | | | | | | | | | | |
| K-4 | 1.0 | | | | | | | | | | | |
| FTI #2 | | | | | | | | | | | | |
| TBD | | | | | | | | | | | | |
| **Subtotal CANCER** | 37.5 | 54.0 | | | 6.0 | | | | | | | 6.0 |
| Other New Products | 60.3 | 67.2 (10.6) | | | | | | | | | | |
| Other Absolutely | (2.8) | | | | | | | | | | | |
| **Total Development** | 273.8 | 384.4 | | 1.0 | 16.0 | | 6.0 (I) | 4.0 | | | | 26.0 |
| Discovery | 164.0 | 162.0 | | | 16.0 | | | | | 6.0 (H) | | 6.0 |
| **Total Gross/Net PPD** | 345.6 | 517.4 | | | 16.0 | | | 4.0 | | | 6.0 (H) | 30.0 |

ABBT 0007170
HIGHLY CONFIDENTIAL

## 2nd PHASE $60MM

| | | |
|---|---|---|
| A | Depakote | New formulations (Epilepsy and Acute Migraine) |
| B | ABS-103 / NPS-1776 | Complete pre-clinical and initiate Phase I study on one of these compounds or position both compounds to enter Phase I. |
| C | CCM Back Up | Additional funding is related to back-up compound.  Pending Phase II results our options include:<br>- Proceed with lead compound only<br>- Proceed with lead and back-up compound<br>- Proceed with back-up compound only |
| D | Ketolide | Fund the remaining I.V. 2001 development program. |
| E | Quinolone | Phase II Acceleration / Expansion of clinical studies to include additional indications. |
| F | Omnicef | Current funding level supports one of the following programs: Otitis Media, ABECB or Pharyngitis.  This would allow for a second program to be funded. |
| G | Kaletra | Covers unfunded portion of Phase IIIB |
| H | FTI #2 | Re-establish 2001 development program.  Original funds were transferred to KCO. |
| J | Other New Products | Provide funding for 2-3 2001 DDCs out of an available pool of 9 2001 DDCs. |
| * | ABT-594 (CCM) & Bimoclomol | Currently, both compounds are milestone funded in 2001.  If positive Phase II data is received in 2Q, additional funding will be required to continue development.  This funding requirement is included in the Phase III $75MM funding scenario. |

Note: *These projects are listed in the order they appear on the following schedule, NOT in priority order.*

10

ABBT 0007171
HIGHLY CONFIDENTIAL

**2004 PLAN**
**PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT**
**2nd PHASE $50MM**

| 2005 AGU | FRANCHISES | Final 2004 Plan | Milestones | Optimization | DOC's Prior Period | DOC's Current Period | Productivity Projects | Phase IV Erbitux | TBD | Other | Total Incremental Funding |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NEUROLOGY** | | | | | | | | | | |
| 33.6 | Depakote | 24.1 | | | | | | | 2.0 (A) | | 2.0 |
| 2.0 | Deba3 | 8.0 | | | | | | | | | |
| 14.4 | COX-2 | 4.0 | | | | | | | | | |
| 4.0 | COX-J | | | | | | | | | | |
| 3.0 | DHCA/ABHD | | | | | | | | | | |
| | ABS-103 | | | | | | | | | | |
| | KPS-070k | | | | 0.7 (R) | | | | | | 0.7 |
| | RP Schwarz / Aka (hydrocodone) | | | | | | | | | | |
| 4.0 | COU Back-Up | 4.0 | | | 4.0 (C) | | | | | | 4.0 |
| | TBD | | | | | | | | | | |
| 63.0 | **Subtotal NEUROLOGY** | 37.0 | | | 6.7 | | | | | | 11.7 |
| | **ANTI-INFECTIVE** | | | | | | | | | | |
| 28.4 | Clarithromycin | 14.8 | | | | | | | | | |
| 7.4.1 | Ketek | 66.0 | | | 7.0 (R) | | | | | | 7.0 |
| (7.0) | Ketolide Task | 7.0 | | | | | | | | | |
| 6.8 | Quinolone | 26.0 | | | | | | | | | |
| 2.5 | Fluoroquinolone | 5.0 | | | 0.7 (R) | | | | | | 0.7 |
| | Clonidial | | | | | | | | | | |
| | TBD | | | | | | | | | | |
| | TBD | | | | | | | | | | |
| 104.6 | **Subtotal ANTI-INFECTIVE** | 137.8 | | | 14.7 | | | | | | 21.7 |
| | **UROLOGY/CARDIOLOGY** | | | | | | | | | | |
| 34.0 | BPH Backup | 4.5 | | | | | | | | | |
| 1.0 | Fenofibrate (Fluoride) | | | | | | | | | | |
| 2.7 | Niapan Simvastatin (NS34) | | | | | | | | | | |
| | KGD | | | | | | | | | | |
| | TBD | | | | | | | | | | |
| | TBD | | | | | | | | | | |
| 37.7 | **Subtotal UROLOGY/CARDIOLOGY** | 4.5 | | | | | | | | | |
| | **HIV** | | | | | | | | | | |
| 13.0 | Ritonavir | 4.0 | | | | | | | | | |
| 78.5 | Kaletra | 60.0 | | | 0.6 (R) | | | | 5.0 (R) | | 5.6 |
| 11.7 | Cyclosporine | 2.0 | | | | | | | | | |
| | TBD | | | | | | | | | | |
| 101.2 | **Subtotal HIV** | 66.0 | | | 5.6 | | | | 5.0 (P) | | 6.6 |
| | **CANCER** | | | | | | | | | | |
| 13.0 | Tositumomab | 25.0 | | | | | | | | | |
| 8.8 | TBP #1 | 8.8 | | | | | | | | | |
| 8.0 | Aminopterinate | 5.0 | | | | | | 4.1 (H) | | | 4.1 |
| 1.0 | ABSA450DC | 10.0 | | | | | | | | | |
| | K-3 | | | | | | | | | | |
| | FT1 #2 | | | | | | | | | | |
| | TBD | | | | | | | | | | |
| | TBD | | | | | | | | | | |
| 31.6 | **Subtotal CANCER** | 48.0 | | | | 4.1 | | 4.1 | | | 4.1 |
| 62.0 (35) | Other New Products | 97.0 (18.0) | | | | 14.0 (A) | | 7.0 | | | 4.1 |
| | Other | | | | | | | | | | 15.0 |
| | Affordability | | | | | | | | | | |
| 373.8 | **Total Development** | 310.4 | | | 33.0 | 19.1 | | 7.0 | | | 68.1 |
| 184.8 | Discovery | 182.0 | | | | | | | | | |
| 558.6 | **Total Growth/Net PPD** | 572.4 | | | 33.0 | 19.1 | | 7.6 | | | 74.1 |

ABBT 0007172
HIGHLY CONFIDENTIAL

## 3rd PHASE $75MM

A  **Depakote**          New indications

B  **CCM**               Post milestone funding (3rd & 4th quarter)
                        Ph IIB Osteoarthritis study (assumes 1/01 start date)

C  **Omnicef**           Funding for the remaining program. (Otitis Media, ABECB, Pharyngitis)

D  **Other New Products**  Funding for in-licensing deals

E  **Other**             Funding for Bimoclomol, critical productivity and IT projects

*Note: These projects are listed in the order they appear on the following schedule, NOT in priority order.*

ABBT 0007173
HIGHLY CONFIDENTIAL

13

**2nd PLAN**
**PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT**
**3rd PHASE $76MM**

| FRANCHISES | 2000 ASU | Final 2001 Plan | Milestones | Optimization | DOC's Prior Period | DOC's Current Period | Productivity Projects | Phase IV Expenses | TBD | Other | Total Incremental Funding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NEUROLOGY** | | | | | | | | | | | |
| Depakote | 29.6 | 24.1 | | | | | | | | | 4.0 |
| Gabitril | 2.3 | | | | | | | | | | |
| Tarka | 14.4 | | | | 10.0 (R) | | | | | | 10.0 |
| CCH | 4.0 | | | | | | | | | | |
| CCH-II | 3.0 | | | | | | | | | | |
| CHCH (ADHD) | | 6.0 | | | | | | 4.0 (R) | 4.0 (R) | | 6.0 |
| ABS-103 | | | | | | | | | | | |
| NPS-1776 | | | | | | | | | | | |
| RP Sanofi / Aba (Hydrocodone) | | 4.0 | | | | | | | | | 4.0 |
| TBD | | | | | | | | | | | |
| TBD | | | | | | | | | | | |
| **Subtotal NEUROLOGY** | 53.3 | 37.0 | | 10.0 | | | | 4.0 | 4.0 | | 14.0 |
| **ANTI-INFECTIVE** | | | | | | | | | | | |
| Clarithromycin | 28.4 | 14.0 | | | | | | | | | |
| Moxide | 74.1 | 68.0 | | | | | | | | | |
| Ketolide Task | (7.0) | 7.0 | | | | | | | | | |
| Colladone | 6.8 | 23.0 | | | | | | | | | |
| Hexamictada | 3.6 | 6.0 | | | | | | | | | |
| Cirotold | | 8.0 | | | | | | 8.0 (G) | 8.0 (G) | | 8.0 |
| TBD | | | | | | | | | | | |
| TBD | | | | | | | | | | | |
| **Subtotal ANTI-INFECTIVE** | 102.2 | 137.0 | | | | | | 8.0 | 8.0 | | 8.0 |
| **UROLOGY/CARDIOLOGY** | | | | | | | | | | | |
| BPH Backlop | 34.0 | 4.0 | | | | | | | | | |
| Flecidiene (Femfot) | 1.0 | | | | | | | | | | |
| Hytrin Stepway (NSAE) | 2.7 | | | | | | | | | | |
| KCD | | | | | | | | | | | |
| TBD | | 4.5 | | | | | | | | | 4.5 |
| **Subtotal UROLOGY/CARDIOLOGY** | 37.7 | 4.5 | | | | | | | | | 4.5 |
| **HIV** | | | | | | | | | | | |
| Ritonavir | 13.0 | 4.0 | | | | | | | | | 4.0 |
| Kaleira | 83.6 | 53.6 | | | | | | | | | |
| Cyclopodde | 11.7 | 2.5 | | | | | | | | | |
| TBD | | | | | | | | | | | |
| TBD | | | | | | | | | | | |
| **Subtotal HIV** | 101.2 | 64.0 | | | | | | | | | |
| **CANCER** | | | | | | | | | | | |
| Endotosh | 12.0 | 24.2 | | | | | | | | | |
| TEF #1 | 8.8 | 9.0 | | | | | | | | | |
| Meciprylinase | 7.0 | 7.0 | | | | | | | | | |
| A04M003 | 6.0 | 10.0 | | | | | | | | | |
| K-5 | 1.0 | | | | | | | | | | |
| FTI #2 | | | | | | | | | | | |
| TBD | | | | | | | | | | | |
| **Subtotal CANCER** | 37.8 | 62.2 | | | | | | | | | |
| One New Products | 63.5 | 97.2 | | 10.0 (R) | | | | | 33.0 (R) | 33.0 |
| Other | (3.6) | (12.0) | | | | | | | 10.0 (R) | 20.0 |
| Affordability | | | | | | | | | | | |
| **Total Development** | 272.8 | 303.4 | | 25.6 | | | | 9.0 | 40.0 | 74.6 |
| Discovery | 144.6 | 162.0 | | | | | | | | | |
| **Total Gross/Net IPD** | 598.0 | 572.4 | | 28.6 | | | | 8.0 | 40.0 | 74.6 |

ABBT 0007174
HIGHLY CONFIDENTIAL

# PLs' MB

**■ Abbott Laboratories**

**Interoffice Correspondence**

From: Matt Russell
PPD R&D Finance
D-404, AP9    Ext. 5-3482
Date: March 2, 2001

| TO: | Bob Funck | D-404 AP9 | | Mike Higgins | D-404 AP9 |
| --- | --- | --- | --- | --- | --- |
| | Tom Woidat | D-404 AP9 | | Mike Comilla | D-404 AP9 |
| | Kirnes Holland | D-404 AP9 | | Paula Bourland | D-404 AP9 |
| | Mischelle Vidakovic | D-404 AP9 | | | |

**Subject: 2001 PLAN FINAL Reference Package**

Attached you will find a copy of the 2001 PLAN FINAL Reference Package. This package has consolidated many of the key schedules we used in the PLAN. Hopefully, this will make referencing numbers from the PLAN easier for everyone. Please let me know if you have any questions.

HIGHLY

CONFIDENTIAL
ABBT 0037509



# 2001 PLAN

## FINAL Reference Package

### Data as of February 16, 2001

HIGHLY
CONFIDENTIAL
ABBT 0037510

# 2001 PLAN Reference Package

## Table of Contents

| Descriptions | Page # |
|---|---|
| FINAL OpCost (As of 2/9/2001) | |
|   - Summary Pages | 1-5 |
|   - Monthly Gaiting | 6-11 |
|   - Grant Gaiting | 12-17 |
|   - All Other OpCost Pages | 18-27 |
| | |
| Key Issues in 2001 | |
|   - Plus/Minus List | 28 |
|   - Funded/Unfunded Studies by Compound | 29-30 |
|   - Key Statistics (Final Venture Pkgs.) | 31-46 |
|   - Spending by Phase of Development | 47-48 |
| | |
| Target Detail/Book Pages to Division | |
|   - R&D Summary | 49 |
|   - Global/Domestic Split (Page 100) | 50 |
|   - Global AI Split (not submitted to Div.) | 51 |
|   - Corp. Submission vs. FINAL PLAN Targets | 52 |
|   - McKinsey Expense Summary (Potential Savings) | 53 |
|   - R&D Executive Summary | 54-55 |
| | |
| Other Miscellaneous Schedules | |
|   - PLAN Gaiting Rollforward (Gross & Net) | 56-57 |
|   - Project Funding by Phase | 58 |
|   - Expense Summary (AI/PPD Splits) | 59 |
|   - Detail of "Other" | 60 |
| | |
| Task Backup/Rollforwards | 61-62 |
| | |
| Headcount | 63-68 |
| | |
| Capital | |
|   - Final PLAN | 69-72 |
|   - Task Related | 73 |
| | |
| Balance Sheet | 74-75 |
| | |
| Depreciation | 76 |
| | |
| Floorspace | 77-79 |
| | |
| Miscellaneous Fixed Expenses (Burden File) | 80-84 |
| | |
| Key Unfunded List | 85 |

*Note: IDV's were issued in a separate package on 1/5/2001.*

HIGHLY

CONFIDENTIAL
ABBT 0037511

# FINAL OpCost

HIGHLY
CONFIDENTIAL
ABBT 0037512

2001 PLAN
Pharmaceutical Products Research & Development
Operating Cost Statement
($000)

| | 2000 ACTUALS | 09/25/00 FINAL 00 AGU | Book I ORACLE 2001 PLAN | 10/24/2000 PRIOR ADJS | 12/01/00-1/30/00 CURRENT ADJS | TOTAL ADJS | FINAL 2001 PLAN | 01 PLAN VS -- 00 AGU |
|---|---|---|---|---|---|---|---|---|
| Pharmaceutical Discovery | 134,725 | 134,688 | 145,224 | -- | (4,688) | (4,688) | 140,538 | (5,948) |
| -New Technology (acct # 742-505) | 17,438 | 16,160 | 16,914 | -- | (4,468) | (4,468) | 12,446 | (3,714) |
| Total Pharmaceutical Discovery | 152,153 | 150,846 | 162,236 | -- | (9,156) | (9,156) | 153,082 | (2,234) |
| Drug Safety Evaluation | | | | | | | | |
| -Experimental Science | 7,541 | 8,299 | 10,126 | -- | (1,507) | (1,507) | 8,619 | (7,193) |
| -Drug Safety Grants | -- | 970 | 1,640 | -- | (1,012) | (1,012) | 629 | 342 |
| -Clinical Drug Analysis | 5,788 | 5,893 | 5,588 | -- | (459) | (459) | 5,129 | 664 |
| -Drug Safety Grants | -- | 071 | 385 | -- | (185) | (185) | 200 | 71 |
| -Toxicology | 6,821 | 7,850 | 7,209 | -- | (740) | (740) | 6,469 | (1,461) |
| -Drug Safety Grants | -- | 3,511 | 2,188 | -- | (702) | (702) | 1,486 | (2,025) |
| -Pathology | 3,817 | 3,901 | 3,597 | -- | 127 | 127 | 3,724 | (177) |
| -Drug Safety Grants | -- | 605 | -- | -- | 220 | 220 | 220 | (385) |
| -Comparative Medicine | 11,152 | 10,963 | 11,219 | -- | (197) | (197) | 11,022 | 59 |
| -Admin & Strategic | 800 | 915 | 994 | -- | (87) | (87) | 907 | (8) |
| -Strategic & Exporatory Science | 3,377 | 3,423 | 3,787 | -- | (345) | (345) | 3,442 | 19 |
| Total Drug Safety Evaluation | 39,176 | 41,134 | 42,326 | -- | (3,202) | (3,208) | 39,112 | (2,022) |
| Medical Affairs | | | | | | | | |
| -Generics/Admin | 4,181 | 4,819 | 5,645 | -- | (2,703) | (2,703) | 2,942 | (1,877) |
| -Medical Services | 6,996 | 6,675 | 7,454 | -- | (56) | (56) | 7,398 | 723 |
| -Clinical Pharm | -- | -- | -- | -- | -- | -- | -- | -- |
| -Outcomes Res/Admin | 1,420 | 1,358 | 1,542 | -- | 201 | 201 | 1,743 | 385 |
| -Phase IV | 8,201 | 6,137 | 6,645 | -- | 61 | 61 | 6,706 | 569 |
| Total Medical Affairs | 20,788 | 16,789 | 21,286 | -- | (2,497) | (2,497) | 18,789 | 2,000 |
| Information Mgmt & Technology | | | | | | | | |
| - Resource Management | -- | -- | -- | -- | -- | -- | -- | -- |
| - Client Management | 1,654 | 2,055 | 2,471 | -- | (7) | (7) | 2,464 | 409 |
| - Technology Management | 44,502 | 44,783 | 48,529 | -- | (1,484) | (1,484) | 47,045 | 2,262 |
| - Emerging Tech Mgt | -- | -- | -- | -- | -- | -- | -- | -- |
| - I M & T Admin | 715 | 538 | 840 | -- | -- | -- | 840 | 302 |
| Total Information Mgmt & Technology | 46,871 | 47,376 | 51,840 | -- | (1,491) | (1,491) | 50,349 | 2,973 |
| Development Operations | | | | | | | | |
| - Data Management | 8,404 | 8,529 | 10,487 | -- | (3,368) | (3,368) | 7,119 | (1,410) |
| - Statistics | 8,009 | 8,077 | 8,020 | -- | (707) | (707) | 7,168 | (809) |
| - Abbott Res & Lib Info Svcs-ARLIS | 3,093 | 3,243 | 3,807 | -- | (556) | (556) | 3,251 | 8 |
| Total Development Operations | 19,586 | 19,849 | 22,320 | -- | (5,514) | (5,514) | 16,806 | (2,043) |
| Venture Management | | | | | | | | |
| -Cardiovascular/Diabetes (CD) | 55 | 172 | 122 | -- | (122) | (122) | -- | (172) |
| -Anti - Infective | 5,783 | 5,381 | 9,439 | -- | (707) | (707) | 8,732 | 3,351 |
| -Anti - Viral | 13,597 | 9,491 | 10,203 | -- | 262 | 262 | 10,465 | 974 |
| -Analgesia/CCM | 2,373 | 2,247 | 3,334 | -- | 2,414 | 2,414 | 5,748 | 3,501 |
| -Urology | 2,928 | 2,660 | 3,750 | -- | (1,729) | (1,729) | 2,021 | (639) |
| -Molecular Therapeutics | 2,839 | 3,192 | -- | -- | -- | -- | -- | (3,192) |
| -Neuroscience/Osteotomia | -- | -- | -- | -- | -- | -- | -- | -- |
| -Oncology & Transplant (Cancer Mgmt) | 6,450 | 6,655 | 6,574 | -- | 810 | 810 | 7,384 | 729 |
| Total Venture | 33,726 | 29,798 | 33,422 | -- | 928 | 928 | 34,350 | 4,552 |
| Administration | 16,653 | 18,312 | 20,312 | -- | (660) | (660) | 19,652 | 1,340 |
| Pharm Analytical R&D | 62,454 | 63,142 | 62,721 | -- | (3,868) | (3,868) | 58,853 | (4,289) |
| Regulatory Affairs | 9,119 | 9,008 | 10,070 | -- | (648) | (648) | 9,422 | 414 |
| Phase-I Center | 8,990 | 8,585 | 14,058 | -- | (4,388) | (4,388) | 9,670 | 1,085 |
| Total Functional | 429,706 | 405,751 | 440,797 | -- | (30,512) | (30,512) | 410,285 | 4,534 |
| Int'l - Manpower | 3,560 | 3,988 | 6,567 | (2,462) | -- | (2,462) | 4,105 | 117 |
| Clinical Grants | | | | | | | | |
| -Domestic | 103,780 | 105,231 | 139,765 | (26,467) | 4,710 | (21,757) | 118,028 | 12,777 |
| -Adjustment | -- | (848) | -- | -- | -- | -- | -- | 848 |
| Total Clinical Grants | 103,780 | 106,385 | 139,765 | (26,467) | 4,710 | (21,757) | 118,028 | 11,643 |
| Services Purchased | 52,599 | 57,834 | 63,226 | (6,127) | (9,527) | (15,654) | 47,272 | (10,562) |
| SPD Purchases | 54,991 | 63,921 | 63,467 | (5,110) | (4,922) | (10,032) | 53,435 | (10,486) |
| Corporate Task | -- | -- | 8,100 | -- | (8,100) | (8,100) | -- | -- |
| Judgment - Internal | -- | (10,930) | (27,894) | 20,977 | 12,677 | 33,954 | 6,060 | 16,990 |
| Judgment - Published | -- | (3,842) | (33,100) | 5,000 | 15,300 | 20,300 | (9,800) | (5,958) |
| Gabitril reimbursement from Comment | -- | -- | -- | -- | -- | -- | -- | -- |
| Hand Post/Flash to Actual Adjustment | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Project Changes: | -- | -- | -- | -- | -- | -- | -- | -- |
| Total Project Changes (For Exp Cal) | -- | -- | -- | -- | -- | -- | -- | -- |
| Total Gross Expense | 624,636 | 625,337 | 662,948 | (14,189) | (20,374) | (34,563) | 628,385 | 3,114,722 |
| Services Sold | (249,043) | (251,577) | (253,911) | (2,411) | 12,304 | 9,893 | (244,018) | 7,559 |
| Net Total | 375,593 | 374,730 | 410,037 | (16,600) | (8,070) | (24,670) | 385,367 | 10,637 |
| Target: | 375,593 | 374,730 | 410,037 | (16,600) | (8,070) | (24,670) | 385,367 | 10,637 |

HIGHLY
CONFIDENTIAL
ABBT 0037513

2001 PLAN
Pharmaceutical Products Research & Development
Services Purchased
($000)

| | 2000 ACTUALS | 09/25/00 FINAL 00 AGU | Book I ORACLE 2001 PLAN | 10/24/2000 PRIOR ADJS | 12/01/00-1/30/00 CURRENT ADJS | TOTAL ADJS | 2001 PLAN | 01 PLAN VS 00 AGU |
|---|---|---|---|---|---|---|---|---|
| Patents & Trademark | 5,564 | 5,585 | 5,976 | 74 | -- | 74 | 6,050 | (485) |
| SafeGrs Copy Charges | 556 | 555 | 549 | (10) | -- | (10) | 539 | 1 |
| Corp Admin Fixed | 4,880 | 4,995 | 5,126 | 102 | 217 | 319 | 5,445 | (450) |
| Corp Cost Pools | 5,031 | 5,175 | 5,231 | (102) | (58) | (101) | 5,070 | 105 |
| CHMD Services Purchased Fixed (AHD) | 193 | 197 | 197 | (1) | -- | (1) | 196 | 1 |
| PPD Ops Fixed Allocations | 2,607 | 2,522 | 3,232 | -- | -- | -- | 3,232 | (710) |
| CENG - Fixed Maintenance from PPD Op | 948 | 947 | 899 | -- | -- | -- | 899 | 48 |
| CHEN Variable (EWRS) | 323 | 141 | 147 | -- | -- | -- | 147 | (6) |
| CMIS - Purchasing | 697 | 697 | 733 | 14 | -- | 14 | 747 | (50) |
| CHMS Telecommunications | 116 | 116 | 116 | 2 | 12 | 14 | 130 | (14) |
| Fixed L C Exp - Admin Services | 415 | 410 | 427 | (1) | (5) | (6) | 421 | (11) |
| Corp Eng EHS Fixed Allocation | 559 | 558 | 597 | -- | -- | -- | 597 | (39) |
| TOTAL CORPORATE ALLOCATION | 21,869 | 21,878 | 23,230 | 78 | 165 | 243 | 23,473 | (1,595) |
| CMIS - Unit of Activity, Fixed - Other | 3,012 | 2,283 | 3,681 | (747) | (447) | (1,194) | 2,567 | (284) |
| CMIS - Unit of Activity, Fixed - Aegis | 2,062 | 2,690 | 2,100 | -- | -- | -- | 2,100 | 590 |
| PPD Personnel D0447 | 2,512 | 2,456 | 2,600 | -- | 1 | 1 | 2,601 | (145) |
| PPD Mfg Ops - Allocation | 60 | 60 | 60 | 3 | -- | 3 | 63 | (3) |
| PPD Ops QA Int Svcs/Reg Affairs | 1,438 | 1,438 | 1,942 | -- | -- | -- | 1,942 | (504) |
| PPD Ops Returned Goods | 130 | 131 | 136 | -- | -- | -- | 136 | (5) |
| Project Expense (51MM) | 10,915 | 11,208 | 11,208 | (814) | (3,495) | (4,109) | 7,099 | 4,109 |
| TOTAL BURDEN FILE | 41,898 | 42,324 | 45,137 | (1,280) | (3,776) | (5,056) | 40,081 | 2,243 |
| SPD Pled Plant Slack Card | 20,528 | 20,960 | 21,195 | 4,632 | (1,330) | 3,302 | 24,497 | (3,537) |
| SPD Bulk Direct | 24,905 | 33,681 | 32,992 | (12,674) | (2,690) | (15,664) | 17,328 | 16,353 |
| Excess Capacity Slack Card | 9,160 | 9,280 | 9,280 | 2,932 | (602) | 2,330 | 11,610 | (2,330) |
| Subtotal SPD (Other than TAP) | 54,591 | 63,921 | 63,467 | (5,110) | (4,622) | (10,032) | 53,435 | 10,486 |
| Grant/Out of Pocket Purchases: | | | | | | | | |
| TAP Bulk Drug (D-TAP) | 47 | 125 | 125 | (41) | -- | (41) | 84 | 41 |
| TAP - SPD Manpower & Bulk (D-453) | 211 | 450 | 450 | (205) | -- | (205) | 245 | 205 |
| Pharmacogenetics -- ADD Allocation | -- | -- | -- | -- | -- | -- | -- | -- |
| Misc Expense | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal (For Exp Cat) | 228 | 575 | 575 | (246) | -- | (246) | 329 | 246 |
| Other Purchases: | | | | | | | | |
| Cisti Once-A-Day (Global AI Manpower) | 10,189 | 11,393 | 11,677 | 2 | (3,916) | (3,914) | 7,763 | 3,630 |
| Corp Drug User Fees | 1,918 | 1,951 | 1,838 | (631) | -- | (631) | 1,207 | 744 |
| Patent to Operations (search services) | 200 | 200 | -- | -- | -- | -- | -- | 200 |
| D-454 Floor Space (not in functionals) | 377 | 405 | -- | -- | 182 | 182 | 182 | 223 |
| D-454 Deprec (not in functionals) | (501) | 1,854 | 3,033 | -- | (49) | (49) | 2,984 | (1,130) |
| Molecular Probes | (0) | 7 | 7 | -- | -- | -- | 7 | 7 |
| Inventory transfer for Protease 2nd Gen | -- | (5,726) | -- | -- | -- | -- | -- | (5,726) |
| SDG/Other | 877 | 8,287 | 5,000 | (5,000) | -- | (5,000) | -- | 8,287 |
| Clinical Supplies (Tricia Geran -PPD Op | 5 | 200 | 200 | -- | -- | -- | 200 | 200 |
| Aegis Charges | 229 | -- | -- | -- | -- | -- | -- | -- |
| Library (D441) to CHMS | -- | -- | -- | -- | -- | -- | -- | -- |
| QA (D440) to Operations | 1,207 | 1,440 | 1,500 | -- | -- | -- | 1,500 | (60) |
| Sangstat (Cyclosporine) | -- | (2,400) | (380) | -- | 360 | 360 | (380) | (2,400) |
| Sangstat (Simogyn) | -- | 957 | -- | -- | -- | -- | -- | 957 |
| Gabbril Royalty | -- | -- | -- | -- | -- | -- | -- | -- |
| Ritanavir/LaRocha Combo | -- | -- | -- | -- | -- | -- | -- | -- |
| NOVO Settlement | (1,500) | (1,500) | -- | -- | -- | -- | -- | (1,500) |
| Metabolex | (888) | (888) | -- | -- | -- | -- | -- | (888) |
| FLAP/Vanguard | (818) | (818) | -- | -- | -- | -- | -- | (818) |
| Sanofi Cost Sharing w/Gabbril | -- | (150) | -- | -- | -- | -- | -- | (150) |
| CI charge from OPS (Clin Val Mgr) + S49 | -- | 171 | -- | -- | -- | -- | -- | 171 |
| Contract Management System | 47 | -- | -- | -- | -- | -- | -- | 47 |
| HPD R&D Purchased | 411 | -- | -- | -- | -- | -- | -- | 411 |
| Yale Univ. - Sarvivan Patent | 2 | -- | -- | -- | -- | -- | -- | -- |
| Staples Rebates | (98) | -- | -- | -- | -- | -- | -- | (98) |
| Triangle receipt $2,935 +$325 for1999 | (3,492) | (2,914) | (5,381) | -- | -- | -- | (5,381) | 2,467 |
| Serfindole License | -- | -- | -- | -- | -- | -- | -- | -- |
| Comdisco | 2,440 | 2,440 | -- | -- | -- | -- | -- | 2,440 |
| Hydrocodone (IDV-in from NPD) | -- | -- | -- | 4,028 | (4,028) | -- | -- | -- |
| CRO Rebates | (381) | -- | -- | (3,000) | -- | (3,000) | (3,000) | 3,000 |
| Gabbril Reimbursement from Commercial | -- | -- | -- | -- | 1,400 | 1,400 | 1,400 | (1,400) |
| Other | 38 | -- | -- | -- | -- | -- | -- | -- |
| Subtotal (For Exp Cat) | 10,473 | 14,935 | 17,514 | (4,601) | (6,051) | (10,652) | 5,862 | 9,073 |
| Grand Total | 107,530 | 121,755 | 126,893 | (11,237) | (14,749) | (25,986) | 100,707 | 21,048 |

HIGHLY
CONFIDENTIAL
ABBT 0037514

2

2001 PLAN
Pharmaceutical Products Research & Development
Services Sold
($000)

| | 2000 ACTUALS | 09/25/2000 FINAL 00 AGU | Book I ORACLE 2001 PLAN | 10/24/2000 PRIOR ADJS | 12/01/00-1/30/00 CURRENT ADJS | TOTAL ADJS | 2001 PLAN | 01 PLAN VS. 00 AGU |
|---|---|---|---|---|---|---|---|---|
| General Benefit | | | | | | | | |
| -Global Pharmaceutical | 193,768 | 193,768 | 193,857 | 4,813 | (12,000) | (7,187) | 186,670 | (2,902) |
| Direct Sister Benefit | | | | | | | | |
| -R&D Sci Serv. | 3,619 | 4,478 | 2,671 | 55 | (242) | (187) | 2,384 | (2,094) |
| -Direct Service | 4,125 | 3,794 | 3,975 | (175) | ... | (175) | 3,800 | (5) |
| Total Direct Support | 7,744 | 8,272 | 6,546 | (120) | (242) | (362) | 6,184 | (2,088) |
| Total Int'l Sister Div. | 191,512 | 192,040 | 200,403 | 4,693 | (12,242) | (7,549) | 192,854 | (5,614) |
| | | | | | | | | |
| TAP Judgment (Positive Controls) | 17 | -- | -- | -- | -- | -- | 84 | |
| TAP Bulk Drug (D-TAP) | 17 | 125 | 125 | (41) | ... | (41) | 84 | (41) |
| TAP - SPD Manpower & Bulk | 211 | 450 | 450 | (205) | 261 | (205) | 245 | (205) |
| TAP - All Other | 20,715 | 23,359 | 20,170 | (575) | 261 | (314) | 19,856 | (3,503) |
| Total TAP (Incl. Judgment) | 20,943 | 23,934 | 20,745 | (821) | 261 | (560) | 20,185 | (3,749) |
| Domestic Sister Divisions: | | | | | | | | |
| HPD | 9,442 | 10,575 | 9,689 | (950) | 95 | (855) | 8,834 | (1,741) |
| ADD | 2,268 | 1,896 | 2,340 | 43 | ... | 43 | 2,383 | 487 |
| SPD | 4,312 | 4,584 | 4,810 | (719) | 818 | 99 | 4,909 | 325 |
| ROSS | 186 | 663 | 1,851 | 40 | 64 | 104 | 1,955 | 1,292 |
| CPD | 3 | 39 | 42 | ... | ... | -- | 42 | 3 |
| MIS | 69 | 71 | 69 | 5 | ... | 5 | 74 | 3 |
| AHD | -- | -- | -- | | | -- | -- | |
| CHMS Library Services | -- | -- | -- | | | -- | -- | |
| Corp. Eng. | 20 | 2 | | | | | -- | (2) |
| Subtotal | 16,300 | 17,930 | 18,801 | (1,581) | 977 | (604) | 18,197 | 267 |
| Other Sister Divisions: | | | | | | | | |
| Corp. Admin. | | | | | | | | |
| -Corp. Admin. | 71 | 42 | 23 | 1 | ... | 1 | 24 | (18) |
| -Tap Rate Diff | 461 | 461 | 485 | | | ... | 485 | 24 |
| -Symposium Expense | 155 | 155 | 165 | | | ... | 165 | 10 |
| Subtotal CHAD | 687 | 658 | 673 | 1 | ... | 1 | 674 | 16 |
| PPD Product R&D: | | | | | | | | |
| Mfg Support (MC,PM) | 14,283 | 10,780 | 12,095 | 119 | ... | 119 | 12,215 | 1,435 |
| Mfg Support (PV) | 124 | 285 | 263 | -- | | -- | 263 | (22) |
| PPD Marketing (P5,P6) | 4,658 | 5,414 | 4,920 | -- | (1,300) | (1,300) | 3,620 | (1,794) |
| Subtotal Other | 19,065 | 16,479 | 17,279 | 119 | (1,300) | (1,181) | 16,098 | (381) |
| | | | | | | | | |
| VAT Refund | 537 | 537 | -- | -- | -- | -- | -- | (537) |
| PARD Services Sold Impact (Judgement) | -- | -- | (3,990) | | | -- | (3,990) | (3,990) |
| Rounding | (1) | (1) | -- | | | -- | -- | 1 |
| Grand Total | 249,943 | 251,577 | 253,911 | 2,411 | (12,304) | (9,893) | 254,018 | 7,559 |

| Memo: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| INPUT Global Al from DetRoll file | N/A | 193,768 | 193,857 | N/A | N/A | N/A | 186,670 | |
| Calculated above | N/A | 193,768 | 193,857 | N/A | N/A | N/A | 186,670 | |
| Key Check (s/b 0) | N/A | -- | -- | N/A | N/A | N/A | | |
| INPUT From J:Drive File | N/A | 210,626 | 219,677 | N/A | N/A | N/A | 211,725 | |
| Calculated above | N/A | 210,628 | 219,677 | N/A | N/A | N/A | 211,725 | |
| Key Check (s/b 0) | N/A | (2) | -- | N/A | N/A | N/A | | |
| Sister Division Amount | | | | | | | | |
| INPUT From DetRoll file | N/A | 57,809 | 64,044 | N/A | N/A | N/A | 61,338 | |
| Calculated above | N/A | 57,809 | 60,054 | N/A | N/A | N/A | 57,348 | |
| Key Check (s/b 0) | N/A | -- | 3,990 | N/A | N/A | N/A | 3,990 | |
| Sister Division Reconciliation | | | | | | | | |
| Sister Division Memos -Oracle | N/A | 57,809 | 60,054 | N/A | N/A | N/A | 57,348 | |
| BP - Blue Plans | N/A | 49,144 | 57,354 | N/A | N/A | N/A | 104,224 | |
| DC - Div Computing/Systems | N/A | 13,730 | 13,850 | N/A | N/A | N/A | 20,079 | |
| DO - Department Overhead | N/A | 50 | 50 | N/A | N/A | N/A | 50 | |
| GD - Global Delivery | N/A | 328,237 | 345,312 | N/A | N/A | N/A | 299,504 | |
| GD - Global Discovery | N/A | 96,719 | 80,107 | N/A | N/A | N/A | 94,627 | |
| PI - Pharmaceutical Products | N/A | 44,893 | 59,654 | N/A | N/A | N/A | 38,962 | |
| TG - Triangle | N/A | 3,011 | 5,461 | N/A | N/A | N/A | 5,461 | |
| TAP Pass Thru & Bulk Drug not in Orac | N/A | -- | -- | N/A | N/A | N/A | -- | |
| Other Judgement | N/A | -- | -- | N/A | N/A | N/A | 3,990 | |
| Total | N/A | 603,393 | 631,842 | N/A | N/A | N/A | 624,505 | |
| INPUT Total Per Oracle | N/A | 600,093 | 631,253 | N/A | N/A | N/A | 624,471 | |
| Variance | N/A | 3,300 | 589 | N/A | N/A | N/A | 34 | |

HIGHLY
CONFIDENTIAL
ABBT 0037515

3

**2001 PLAN**
**Pharmaceutical Products Research & Development**
**Clinical Grants**
**($000's)**

02/18/01
09:07 AM

| | 2000 ACTUALS | 09/25/00 FINAL 00 AGU | Book I ORACLE 2001 PLAN | 10/24/2000 PRIOR ADJS | 12/01/00-1/30/00 CURRENT ADJS | TOTAL ADJS | FINAL 2001 PLAN | 01 PLAN VS 00 AGU |
|---|---|---|---|---|---|---|---|---|
| **PPD SERVICE:** | | | | | | | | |
| Tiagabine/Gabitril | (80) | 2,600 | 1,900 | ... | (1,900) | (1,900) | 3,000 | |
| Omnicef | ... | ... | 4,800 | (2,000) | 200 | (1,800) | 3,000 | |
| Depakote/Depakene | 15,319 | 14,589 | 11,174 | ... | (1,733) | (1,733) | 9,441 | |
| r-Pro-UK | (45) | (45) | ... | ... | ... | ... | (45) | |
| Fenofibrate (Fournier) | 799 | (160) | 2,250 | ... | (2,211) | (2,211) | 39 | |
| Hematin | 407 | ... | ... | ... | 600 | 600 | 600 | |
| PharmacoGenetics (Genset) | ... | 200 | 200 | ... | ... | ... | 200 | |
| **TOTAL PPD SERVICE** | 16,400 | 17,184 | 20,324 | (2,000) | (5,044) | (7,044) | 13,280 | |
| | | | | | | | | |
| **GLOBAL SERVICE:** | | | | | | | | |
| Ritonavir ABT-538 | 2,715 | 4,382 | 1,752 | ... | (508) | (508) | 1,244 | |
| Protease 2nd Gen ABT-378 | 30,884 | 30,362 | 13,379 | ... | 9,196 | 9,196 | 22,575 | |
| Dopamine | ... | ... | ... | ... | ... | ... | ... | |
| KCO ABT-598 | ... | ... | ... | ... | 380 | 380 | 380 | |
| ABT-594 (formerly CCM) | 2,106 | 2,800 | 13,760 | (13,051) | 356 | (12,695) | 1,065 | |
| ABT-089 (formerly ChCM) | ... | ... | 1,628 | ... | (1,628) | (1,628) | ... | |
| Clarithromycin | 2,314 | 4,448 | 4,210 | ... | (1,270) | (1,270) | 2,940 | |
| Ketolide ABT-773 | 23,093 | 23,137 | 46,382 | ... | 1,023 | 1,023 | 47,405 | |
| Prokinetic Macrolide - Dom | ... | ... | ... | ... | ... | ... | ... | |
| Zileuton & 2nd Generation | ... | ... | ... | ... | ... | ... | ... | |
| BPH ABT-980 | 13,855 | 14,058 | 16,678 | (11,416) | (5,262) | (16,678) | ... | |
| Cyclosporine | 7,831 | 7,560 | 1,300 | ... | (307) | (307) | 993 | |
| H2G (Medivir) | 63 | ... | ... | ... | ... | ... | ... | |
| Endothelin | 2,066 | 2,440 | 8,794 | ... | 10,457 | 10,457 | 19,251 | |
| NS 49 Nippon Shinyakyu ABT-23 | 357 | 633 | ... | ... | ... | ... | ... | |
| Bimoclomol (Biorex) | ... | ... | ... | ... | ... | ... | ... | |
| Anti-Mitotic ABT-751 | ... | ... | 2,091 | ... | (1,066) | (1,066) | 1,025 | |
| Hytrin | ... | ... | ... | ... | ... | ... | ... | |
| FTI (Farnesyltransferase) | ... | ... | ... | ... | ... | ... | ... | |
| MMPI (Metalloprotease) | 116 | 231 | 1,346 | ... | (228) | (228) | 1,118 | |
| Taxane | ... | ... | ... | ... | ... | ... | ... | |
| TSP Peptide | 843 | 968 | 1,710 | ... | (89) | (89) | 1,621 | |
| Quinolone | 680 | 638 | 5,000 | ... | ... | ... | 5,000 | |
| Cox II | 157 | 131 | 784 | ... | (653) | (653) | 131 | |
| Neuraminidase | 123 | ... | ... | ... | ... | ... | ... | |
| Adjustment (EVR) | ... | (846) | ... | ... | ... | ... | ... | |
| **TOTAL GLOBAL SERVICE** | 87,203 | 90,942 | 118,814 | (24,467) | 10,401 | (14,066) | 104,748 | |
| | | | | | | | | |
| **MISC:** | | | | | | | | |
| Vitamin D Analog/Iron Dextran | ... | 76 | ... | ... | ... | ... | ... | |
| Isotretinoin/Norvir Investigation | ... | ... | ... | ... | ... | ... | ... | |
| Adjustments | ... | ... | ... | ... | ... | ... | ... | |
| Dexmedetomidine/Zemplar (HPD) | 177 | 183 | 647 | ... | (647) | (647) | ... | |
| Tranxene Reformulation | ... | ... | ... | ... | ... | ... | ... | |
| Biaxin Reformulation | ... | ... | ... | ... | ... | ... | ... | |
| | 177 | 259 | 647 | ... | (647) | (647) | ... | |
| | | | | | | | | |
| **GRAND TOTAL GRANTS** | 103,780 | 108,385 | 139,785 | (26,467) | 4,710 | (21,757) | 118,028 | |

L:\GROUP\PLANNING\2001 PLAN\2001 FINAL Opcost.WK4

HIGHLY
CONFIDENTIAL
ABBT 0037516

4

**2001 PLAN**
**Pharmaceutical Products Research & Development**
**Operating Cost Statement**
**($000)**

02/19/01
02:07 AM

| | 2000 ACTUALS | 09/25/00 FINAL 00 AGU | Book I ORACLE 2001 PLAN | 10/24/2000 PRIOR ADJS | 12/01/00-1/30/00 CURRENT ADJS | TOTAL ADJS | FINAL 2001 PLAN | 2001 PLAN VS FINAL 00 AGU |
|---|---|---|---|---|---|---|---|---|
| SDG/Other | 877 | 1,500 | 3,000 | (3,000) | | (3,000) | ... | 1,500 |
| HIV/Knoll/QD/Other | ... | 1,000 | ... | | | ... | ... | 1,000 |
| Aegis Insurance | ... | 952 | ... | | | ( ... | ... | 952 |
| Genset #1 | ... | 500 | ... | | | ... | ... | 500 |
| IT Productivity Projects | ... | ... | 2,000 | (2,000) | | (2,000) | ... | ... |
| Neurosearch FTE $2530, depr $20 | ... | ... | ... | | | ... | ... | ... |
| Coactinon | ... | ... | ... | | ... | ... | ... | ... |
| SPD IDV Liponavir | ... | 607 | ... | | | ... | ... | 607 |
| Triangle R&D | ... | ... | ... | | | ... | ... | ... |
| Data Management Absorbtion | ... | 1,078 | ... | | | ... | ... | 1,078 |
| Other New Products | ... | 2,650 | ... | | | ... | ... | 2,650 |
| Quinolone In License Payment | ... | ... | ... | | ... | ... | ... | ... |
| Division Task | | | ... | | | | | |
| HPD R&D Purchased | | | ... | | | | | |
| **Total SDG/Other** | **877** | **8,287** | **5,000** | **(5,000)** | **...** | **(5,000)** | **—** | **8,287** |

HIGHLY
CONFIDENTIAL
ABBT 0037517

5

PPRD FUNCTIONAL EXPENSE
RECONCILIATIONS MONTH - 5
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Discovery Deals * (742-505) | 12,446 | -- | 625 | 2,015 | 250 | 625 | 2,015 | 250 | 625 | 2,015 | 250 | 625 | 3,151 | 12,446 |
| All Other Discovery * | 140,636 | 11,461 | 11,481 | 11,507 | 11,527 | 11,575 | 11,614 | 11,662 | 12,018 | 12,036 | 12,056 | 11,785 | 140,636 |
| Subtotal Pharmaceutical Discovery | 153,082 | 11,461 | 12,106 | 13,522 | 11,777 | 12,200 | 13,629 | 11,884 | 12,587 | 14,033 | 12,288 | 12,681 | 14,936 | 153,082 |
| **DRUG SAFETY** | | | | | | | | | | | | | | |
| Experimental Science | 8,619 | 689 | 687 | 714 | 715 | 718 | 732 | 733 | 734 | 721 | 722 | 723 | 723 | 8,619 |
| Drug Safety Grants (742-200) | 628 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 53 | 53 | 53 | 53 | 628 |
| Clinical Drug Analysis | 5,129 | 423 | 423 | 424 | 425 | 425 | 431 | 432 | 432 | 426 | 428 | 429 | 429 | 5,129 |
| Drug Safety Grants | 200 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 16 | 16 | 16 | 16 | 200 |
| Toxicology | 6,469 | 524 | 525 | 537 | 537 | 538 | 544 | 545 | 546 | 542 | 543 | 544 | 544 | 6,469 |
| Drug Safety Grants | 1,488 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 122 | 1,488 |
| Pathology | 3,724 | 299 | 300 | 307 | 307 | 308 | 319 | 320 | 320 | 310 | 311 | 311 | 312 | 3,724 |
| Drug Safety Grants | 220 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 19 | 19 | 19 | 19 | 220 |
| Comparative Medicine | 11,022 | 916 | 916 | 917 | 917 | 918 | 918 | 918 | 918 | 920 | 920 | 921 | 921 | 11,022 |
| Admin & Strategic | 907 | 75 | 75 | 75 | 75 | 75 | 75 | 76 | 76 | 76 | 76 | 77 | 77 | 907 |
| Strategic & Exploratory Science | 3,442 | 294 | 284 | 285 | 285 | 285 | 290 | 290 | 291 | 287 | 287 | 288 | 288 | 3,442 |
| Subtotal Drug Safety | 39,312 | 3,210 | 3,220 | 3,259 | 3,265 | 3,268 | 3,309 | 3,315 | 3,315 | 3,284 | 3,287 | 3,287 | 3,292 | 39,312 |
| **MEDICAL AFFAIRS** | | | | | | | | | | | | | | |
| Administration (Clin Res - CNS) | 2,942 | 226 | 227 | 227 | 247 | 248 | 255 | 255 | 256 | 250 | 250 | 251 | 252 | 2,942 |
| Medical Services | 7,398 | 598 | 601 | 612 | 614 | 617 | 618 | 620 | 621 | 623 | 624 | 625 | 627 | 7,398 |
| Outcomes Research | 1,743 | 124 | 124 | 138 | 139 | 139 | 153 | 153 | 154 | 154 | 154 | 155 | 156 | 1,743 |
| Phase IV | 6,706 | 497 | 526 | 546 | 550 | 557 | 567 | 573 | 575 | 576 | 577 | 578 | 578 | 6,706 |
| Subtotal Medical Affairs | 18,789 | 1,443 | 1,478 | 1,523 | 1,556 | 1,561 | 1,593 | 1,601 | 1,606 | 1,603 | 1,605 | 1,609 | 1,611 | 18,789 |
| **Information Mgmt & Technology** | | | | | | | | | | | | | | |
| Resource Management | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Client Management | 2,404 | 203 | 204 | 204 | 205 | 205 | 205 | 206 | 207 | 207 | 207 | 203 | 203 | 2,404 |
| Technology Management | 47,045 | 3,576 | 3,321 | 3,472 | 3,501 | 3,519 | 3,433 | 3,784 | 3,673 | 3,642 | 4,554 | 4,492 | 6,229 | 47,045 |
| I M & T Admin | 840 | 69 | 69 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 71 | 71 | 71 | 840 |
| Subtotal Information Mgmt & Tech | 50,349 | 3,848 | 3,594 | 3,745 | 3,626 | 3,793 | 3,708 | 4,060 | 3,950 | 3,919 | 4,832 | 4,771 | 6,503 | 50,349 |
| **Development Operations** | | | | | | | | | | | | | | |
| Data Management | 7,119 | 589 | 589 | 590 | 591 | 592 | 593 | 594 | 595 | 596 | 597 | 597 | 597 | 7,119 |
| Statistics | 8,436 | 525 | 526 | 527 | 528 | 530 | 539 | 541 | 542 | 544 | 545 | 548 | 6,436 | 8,436 |
| Abbott Res & Lib Info Svcs-ARLIS | 3,251 | 266 | 266 | 266 | 248 | 249 | - 258 | 256 | 256 | 257 | 257 | 248 | 426 | 3,251 |
| Subtotal Development Operations | 18,806 | 1,376 | 1,381 | 1,383 | 1,383 | 1,371 | 1,389 | 1,381 | 1,388 | 1,396 | 1,399 | 1,390 | 1,569 | 18,806 |
| **VENTURE MANAGEMENT** | | | | | | | | | | | | | | |
| Cardiovascular/Diabetes (CD) | 8,732 | 453 | 457 | 468 | 479 | 480 | 481 | 482 | 3,482 | 484 | 485 | 486 | 485 | 8,732 |
| Anti-Infective | 10,465 | 867 | 868 | 869 | 879 | 871 | 872 | 873 | 873 | 874 | 875 | 876 | 877 | 10,465 |
| Anti-Viral | 5,748 | 494 | 495 | 499 | 499 | 500 | 501 | 501 | 450 | 451 | 451 | 452 | 5,748 | 5,748 |
| Analgesia/CCM | 2,021 | 167 | 167 | 167 | 168 | 168 | 168 | 169 | 169 | 169 | 169 | 170 | 170 | 2,021 |
| Urology | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Molecular Therapeutics | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Neuroscience | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Oncology | 7,284 | 577 | 578 | 579 | 594 | 611 | 652 | 628 | 629 | 631 | 632 | 632 | 635 | 7,284 |
| Subtotal Venture | 34,250 | 2,558 | 2,579 | 2,582 | 2,610 | 2,630 | 2,674 | 2,653 | 5,603 | 2,609 | 2,612 | 2,615 | 2,619 | 34,250 |
| Administration | 19,652 | 1,628 | 1,629 | 1,631 | 1,633 | 1,635 | 1,637 | 1,639 | 1,641 | 1,643 | 1,645 | 1,647 | 1,849 | 19,652 |
| PARD | 58,853 | 4,899 | 4,881 | 4,967 | 4,939 | 4,871 | 5,045 | 4,991 | 5,042 | 4,992 | 5,059 | 5,045 | 4,031 | 58,853 |
| Regulatory Affairs | 9,422 | 673 | 699 | 760 | 786 | 798 | 800 | 811 | 812 | 814 | 815 | 817 | 831 | 9,422 |
| Phase-1 Center | 9,670 | 784 | 772 | 777 | 812 | 813 | 815 | 815 | 817 | 819 | 820 | 821 | 824 | 9,670 |
| **TOTAL/FUNCTIONAL** | 410,285 | 31,852 | 32,339 | 34,155 | 32,927 | 33,043 | 34,598 | 33,141 | 36,789 | 35,112 | 34,359 | 34,688 | 37,852 | 410,285 |
| International Manpower | 4,105 | 287 | 369 | 205 | 287 | 389 | 248 | 452 | 452 | 451 | 431 | 411 | 144 | 4,105 |
| Clinical Grants | 118,028 | 8,273 | 8,232 | 10,105 | 10,149 | 9,128 | 11,506 | 9,804 | 9,811 | 10,916 | 6,787 | 10,766 | 10,648 | 118,028 |
| OASS Services Purchased | 100,707 | 9,075 | 9,075 | 8,268 | 8,742 | -8,252 | 6,907 | 8,252 | 8,252 | 8,113 | 8,717 | 8,717 | 8,337 | 100,707 |
| Corporate Task | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Judgment - Internal | 8,060 | 5,668 | 2,909 | 1,944 | 1,289 | 2,290 | 4,725 | (1,565) | (3,054) | (2,135) | 589 | (1,383) | (5,227) | 8,060 |
| Judgment - Published | (9,500) | (817) | (817) | (817) | (817) | (817) | (817) | (817) | (817) | (816) | (816) | (816) | (816) | (9,500) |
| Gabitti reimbursement from Cosam | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Hand Post/Flash to Actual Adjustment | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Project Changes: | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Gross PPD R&D Expense** | 629,385 | 54,339 | 52,107 | 53,860 | 52,324 | 53,763 | 57,165 | 49,267 | 52,413 | 50,742 | 50,077 | -52,383 | 50,946 | 629,385 |
| OASS Services Sold | (244,018) | (21,165) | (20,215) | (20,854) | (20,328) | (20,715) | (21,963) | (19,061) | (20,005) | (19,702) | (19,578) | (20,455) | (19,977) | (244,018) |
| **Net PPD R&D Expense** | 385,367 | 33,173 | 31,892 | 33,005 | 31,998 | 33,048 | 35,202 | 30,206 | 32,408 | 31,039 | 30,498 | 31,928 | 30,969 | 385,367 |
| Memo: Quarterly Net Expense | | | | 98,071 | | | 100,248 | | | 93,653 | | | 93,395 | 24.24% |
| This line is basic payment plays to line #. | 385,367 | 33,173 | 31,892 | 33,005 | 31,998 | 33,048 | 35,202 | 30,206 | 32,408 | 31,039 | 30,498 | 31,928 | 30,969 | 385,367 |
| | | 8.61% | 8.28% | 8.56% | 8.30% | 8.58% | 9.13% | 7.84% | 8.41% | 8.05% | 7.91% | 8.29% | 8.04% | |
| | | | | | | | | | | | | | | 385,367 |

*Do not report hours here for subtotal report only Total Pharmaceutical Discovery line. Detail is shown here for planning purposes only.

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 Final AGU | | 32,133 | 30,404 | 35,911 | 33,138 | 32,058 | 45,704 | 28,013 | 27,124 | 29,769 | 26,703 | 27,355 | 26,418 | 374,730 |
| 2000 Actuals | | 32,133 | 30,404 | 35,911 | 33,138 | 32,058 | 45,704 | 28,013 | 27,124 | 29,386 | 27,095 | 27,115 | 27,512 | 375,593 |
| 1999 Actuals (Adjusted for Thrombolytics) | | 21,427 | 23,693 | 25,356 | 24,205 | 23,670 | 24,288 | 25,542 | 24,019 | 23,961 | 28,343 | 27,949 | 40,699 | 315,443 |
| 1998 Actuals | | 21,562 | 23,967 | 27,222 | 25,213 | 23,774 | 25,665 | 24,495 | 23,269 | 26,430 | 33,763 | 24,554 | 42,270 | 322,225 |

HIGHLY CONFIDENTIAL ABBT 0037518

6

**PPRD FUNCTIONAL EXPENSE RECONCILIATIONS YTD - $**
**2001 PLAN**

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Discovery Deals * (742-505) | 12,446 | -- | 625 | 2,640 | 2,890 | 3,515 | 5,530 | 5,780 | 6,405 | 8,420 | 8,670 | 9,295 | 12,446 |
| All Other Discovery * | 140,636 | 11,481 | 22,942 | 34,449 | 45,976 | 57,551 | 69,165 | 80,779 | 92,741 | 104,759 | 116,795 | 128,851 | 140,636 |
| **Subtotal Pharmaceutical Discovery** | 153,082 | 11,481 | 23,567 | 37,089 | 48,866 | 61,066 | 74,695 | 86,559 | 99,145 | 113,179 | 125,465 | 138,146 | 153,082 |
| | | | | | | | | | | | | | |
| **DRUG SAFETY** | | | | | | | | | | | | | |
| Experimental Science | 8,619 | 589 | 1,388 | 2,100 | 2,815 | 3,531 | 4,263 | 4,996 | 5,730 | 6,451 | 7,173 | 7,896 | 8,619 |
| Clinical Drug Analysis | 5,129 | 423 | 848 | 1,270 | 1,695 | 2,120 | 2,561 | 2,983 | 3,415 | 3,843 | 4,271 | 4,700 | 5,129 |
| Toxicology | 6,469 | 524 | 1,049 | 1,586 | 2,123 | 2,061 | 3,205 | 3,750 | 4,296 | 4,838 | 5,381 | 5,925 | 6,469 |
| Pathology | 3,724 | 299 | 539 | 906 | 1,213 | 1,821 | 1,840 | 2,160 | 2,480 | 2,790 | 3,101 | 3,412 | 3,724 |
| Comparative Medicine | 11,022 | 916 | 1,832 | 2,748 | 3,666 | 4,584 | 5,502 | 6,421 | 7,340 | 8,260 | 9,160 | 10,101 | 11,022 |
| Admin & Strategic | 907 | 75 | 150 | 225 | 300 | 375 | 450 | 526 | 602 | 678 | 754 | 830 | 907 |
| Strategic & Exploratory Science | 3,442 | 284 | 568 | 853 | 1,138 | 1,423 | 1,713 | 2,003 | 2,294 | 2,581 | 2,868 | 3,156 | 3,442 |
| **Subtotal Drug Safety** | 39,312 | 3,210 | 6,430 | 9,689 | 12,950 | 16,215 | 19,524 | 22,839 | 26,157 | 29,441 | 32,729 | 36,020 | 39,312 |
| | | | | | | | | | | | | | |
| **MEDICAL AFFAIRS** | | | | | | | | | | | | | |
| Administration (Clin Res - CNS) | 2,942 | 226 | 453 | 680 | 927 | 1,175 | 1,430 | 1,685 | 1,941 | 2,191 | 2,441 | 2,692 | 2,942 |
| Medical Services | 7,388 | 598 | 1,197 | 1,829 | 2,423 | 3,040 | 3,658 | 4,278 | 4,899 | 5,522 | 6,148 | 6,771 | 7,388 |
| Outcomes Research | 1,743 | 124 | 248 | 386 | 525 | 664 | 817 | 970 | 1,124 | 1,278 | 1,432 | 1,587 | 1,743 |
| Phase IV | 6,706 | 497 | 1,023 | 1,569 | 2,125 | 2,682 | 3,249 | 3,822 | 4,397 | 4,973 | 5,550 | 6,128 | 6,706 |
| **Subtotal Medical Affairs** | 18,789 | 1,443 | 2,921 | 4,444 | 6,000 | 7,581 | 9,154 | 10,755 | 12,361 | 13,964 | 15,569 | 17,178 | 18,789 |
| | | | | | | | | | | | | | |
| **Information Mgmt & Technology** | | | | | | | | | | | | | |
| Resource Management | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Client Management | 2,464 | 203 | 407 | 611 | 818 | 1,021 | 1,229 | 1,432 | 1,639 | 1,846 | 2,053 | 2,261 | 2,464 |
| Technology Management | 47,045 | 3,576 | 6,897 | 10,369 | 13,720 | 17,238 | 20,671 | 24,455 | 28,128 | 31,770 | 35,324 | 40,316 | 47,045 |
| IM & T Admin | 840 | 69 | 138 | 207 | 277 | 347 | 417 | 487 | 557 | 627 | 698 | 769 | 840 |
| **Subtotal Information Mgmt & Tech** | 50,349 | 3,848 | 7,442 | 11,187 | 14,813 | 18,606 | 22,314 | 26,374 | 30,324 | 34,243 | 38,075 | 43,846 | 50,349 |
| | | | | | | | | | | | | | |
| **Development Operations** | | | | | | | | | | | | | |
| Data Management | 7,119 | 588 | 1,177 | 1,767 | 2,358 | 2,950 | 3,543 | 4,137 | 4,732 | 5,328 | 5,925 | 6,522 | 7,119 |
| Statistics | 6,436 | 525 | 1,051 | 1,578 | 2,106 | 2,638 | 3,175 | 3,716 | 4,258 | 4,601 | 5,346 | 5,890 | 6,436 |
| Abbott Res & Lib Info Svcs-ARLIS | 3,251 | 266 | 532 | 798 | 1,046 | 1,295 | 1,551 | 1,807 | 2,063 | 2,320 | 2,577 | 2,825 | 3,251 |
| **Subtotal Development Operations** | 16,806 | 1,379 | 2,760 | 4,143 | 5,510 | 6,881 | 8,269 | 9,660 | 11,053 | 12,449 | 13,847 | 15,237 | 16,806 |
| | | | | | | | | | | | | | |
| **VENTURE MANAGEMENT** | | | | | | | | | | | | | |
| Cardiovascular/Diabetes (CD) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Anti-Infective | 8,732 | -- | 453 | 920 | 1,368 | 1,857 | 2,347 | 2,828 | 3,310 | 6,792 | 7,276 | 7,781 | 8,732 |
| Anti-Viral | 10,465 | 867 | 1,735 | 2,604 | 3,474 | 4,345 | 5,217 | 6,090 | 6,963 | 7,637 | 8,712 | 9,588 | 10,465 |
| Analgesia/CCM | 5,748 | 494 | 993 | 1,492 | 1,991 | 2,491 | 2,992 | 3,493 | 3,943 | 4,394 | 4,845 | 5,296 | 5,748 |
| Urology | 2,021 | 167 | 334 | 501 | 669 | 837 | 1,005 | 1,174 | 1,343 | 1,512 | 1,681 | 1,851 | 2,021 |
| Molecular Therapeutics | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Neuroscience | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Oncology | 7,384 | 577 | 1,155 | 1,734 | 2,328 | 2,945 | 3,597 | 4,225 | 4,854 | 5,485 | 6,117 | 6,749 | 7,384 |
| **Subtotal Venture** | 34,350 | 2,658 | 5,137 | 7,719 | 10,329 | 12,965 | 15,639 | 18,292 | 23,635 | 26,504 | 29,116 | 31,731 | 34,350 |
| | | | | | | | | | | | | | |
| Administration | 19,652 | 1,626 | 3,255 | 4,886 | 6,519 | 8,154 | 9,791 | 11,430 | 13,071 | 14,714 | 16,359 | 18,006 | 19,652 |
| PARD | 58,653 | 4,899 | 9,771 | 14,738 | 19,677 | 24,646 | 29,693 | 34,684 | 39,726 | 44,718 | 49,777 | 54,822 | 58,653 |
| Regulatory Affairs | 9,422 | 673 | 1,372 | 2,138 | 2,924 | 3,722 | 4,522 | 5,333 | 6,143 | 6,959 | 7,774 | 8,591 | 9,422 |
| Phase-1 Center | 9,670 | 784 | 1,536 | 2,313 | 3,125 | 3,938 | 4,763 | 5,589 | 6,388 | 7,205 | 8,025 | 8,846 | 9,670 |
| | | | | | | | | | | | | | |
| **TOTAL FUNCTIONAL** | 410,285 | 31,852 | 64,191 | 98,348 | 130,713 | 163,756 | 198,354 | 231,485 | 268,294 | 302,376 | 337,735 | 372,423 | 410,285 |
| Memo: % of Total Func. excl. Disc Deals | 100.0% | 8.0% | 16.0% | 24.1% | 32.1% | 40.2% | 48.5% | 56.7% | 65.8% | 74.1% | 82.7% | 91.7% | 100.0% |
| | | | | | | | | | | | | | |
| International Manpower | 4,105 | 297 | 657 | 862 | 1,149 | 1,519 | 1,785 | 2,217 | 2,668 | 3,120 | 3,551 | 3,961 | 4,105 |
| | | | | | | | | | | | | | |
| Clinical Grants | 118,028 | 6,273 | 16,505 | 26,810 | 37,066 | 47,692 | 58,198 | 69,002 | 79,818 | 89,629 | 98,616 | 107,382 | 118,028 |
| | | | | | | | | | | | | | |
| OASA Services Purchased | 100,707 | 9,075 | 18,150 | 25,418 | 35,160 | 43,412 | 50,318 | 58,571 | 66,823 | 74,938 | 83,853 | 92,370 | 100,707 |
| | | | | | | | | | | | | | |
| Corporate Task | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | |
| Judgment - Internal | 6,060 | 5,828 | 8,576 | 10,520 | 11,809 | 14,099 | 15,823 | 17,256 | 14,265 | 12,070 | 12,803 | 11,287 | 6,060 |
| | | | | | | | | | | | | | |
| Judgment - Published | (9,800) | (817) | (1,634) | (2,451) | (3,268) | (4,085) | (4,902) | (5,719) | (6,536) | (7,352) | (8,168) | (8,984) | (9,800) |
| | | | | | | | | | | | | | |
| Gablati reimbursement from Corsmic | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | |
| Hand Post/Flash to Actual Adjustment | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | |
| Other Project Changes: | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | |
| **Gross PPD R&D Expense** | 629,385 | 54,330 | 106,445 | 160,305 | 212,629 | 266,392 | 322,557 | 372,824 | 425,237 | 475,979 | 526,095 | 578,439 | 629,385 |
| OASS Services Sold | (244,018) | (21,163) | (41,380) | (62,234) | (82,560) | (103,275) | (125,238) | (144,299) | (164,304) | (184,007) | (203,586) | (224,041) | (244,018) |
| | | | | | | | | | | | | | |
| **Net PPD R&D Expense** | 385,367 | 33,173 | 65,065 | 98,071 | 130,069 | 163,117 | 198,319 | 228,535 | 260,933 | 291,972 | 322,470 | 354,398 | 385,367 |

* Do not report these lines for actuals; report only Total Pharmaceutical Discovery line. Detail is shown here for planning purposes only.

HIGHLY
CONFIDENTIAL
ABBT 0037519

7

PPD SERVICES PURCHASED
RECONCILIATIONS MONTH - $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patents & Trademark | 6,050 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 506 | 6,050 |
| Corp Admin Fixed | 5,445 | 454 | 454 | 454 | 454 | 454 | 454 | 454 | 454 | 454 | 454 | 454 | 451 | 5,445 |
| Corp Cost Pools | 5,070 | 423 | 423 | 423 | 423 | 423 | 423 | 423 | 423 | 423 | 423 | 423 | 417 | 5,070 |
| Satellite Copy Charge | 539 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 44 | 539 |
| CHMD Services Purchased Fixed (AHD) | 196 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 20 | 196 |
| PPD Ops Fixed Allocations | 3,232 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 273 | 3,232 |
| CENG - Fixed Maintenance from PPD O | 899 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 74 | 899 |
| CHEN Variable (EWRS) | 147 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 15 | 147 |
| CMIS - Purchasing | 747 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 65 | 747 |
| CHMS Telecommunications | 130 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 9 | 130 |
| Fixed L C Exp - Admin. Services | 421 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 36 | 421 |
| Corp Eng EHS Fixed Allocation | 597 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 47 | 597 |
| TOTAL CORPORATE ALLOCATION | 23,473 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,957 | 23,473 |
| CMIS - Unit of Activity, Fixed - Other | 2,667 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 225 | 2,667 |
| CMIS - Unit of Activity, Fixed - Aegis | 2,100 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 2,100 |
| PPD Personnel D0A47 | 2,601 | 217 | 217 | 217 | 217 | 217 | 217 | 217 | 217 | 217 | 217 | 217 | 214 | 2,601 |
| PPD Mfg Ops - Allocation | 63 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 8 | 63 |
| PPD Ops QA Inf Svcs/Reg Affairs | 1,942 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 160 | 1,942 |
| PPD Ops Returned Goods | 136 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 15 | 136 |
| Project Expense | 7,099 | 592 | 592 | 592 | 592 | 592 | 592 | 592 | 592 | 592 | 592 | 592 | 587 | 7,099 |
| TOTAL BURDEN FILE | 40,081 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,341 | 40,081 |
| SPD Pilot Plant Stack Card | 24,497 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,035 | 24,497 |
| SPD Bulk Direct (Chem/Ferm) | 17,328 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 17,328 |
| Excess Capacity Stack Card | 11,610 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 962 | 11,610 |
| Subtotal SPD (Other than TAP) | 53,435 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,441 | 53,435 |
| TAP Bulk Drug (D-TAP) | 84 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 84 |
| TAP - SPD Manpower & Bulk (D-453) | 245 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 25 | 245 |
| Pharmacogenetics -- ADD Allocation | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Misc Expense | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal (For Exp Cat) | 329 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 32 | 329 |
| Other Purchases: | | | | | | | | | | | | | | |
| Clari Once-A-Day (Global AI Manpower) | 7,763 | 973 | 973 | 973 | 973 | 483 | 483 | 483 | 483 | 483 | 483 | 483 | 487 | 7,763 |
| Corp Drug User Fees | 1,207 | -- | -- | -- | -- | -- | -- | -- | -- | 1,207 | -- | -- | -- | 1,207 |
| Patent to Operations (search services) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| D-A54 Floor Space (not in functionals) | 182 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 17 | 182 |
| D-A54 Deprec (not in functionals) | 2,984 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 245 | 2,984 |
| Molecular Probes | 7 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 7 | 7 |
| Inventory transfer for Protease 2nd Gen | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| SDG/Other | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Clinical Supplies (Tricia Geren -PPD Op | 200 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 16 | 16 | 16 | 16 | 200 |
| Aegis Charges | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Library (D441) to CHMS | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 1,500 | 1,500 |
| QA (D44N) to Operations | 1,500 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sangstat (Cyclosporine) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sangstat (Sangcya) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Gabbril Royalty | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Ritonavir/LaRoche Combo | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| NOVO Settlement | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Metabolex | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| FLAP/Vanguard | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sanofi Cost Sharing w/Gabbril | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| CI charge from DPS (Clin Val Mgr) + $4 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Triangle receipt $2,935 +$325 for1999 | (5,381) | -- | -- | (607) | -- | -- | (1,345) | -- | -- | (1,345) | -- | -- | (1,884) | (5,381) |
| Comdisco | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Hydrocodone (IDV-in from HPD) | (3,000) | -- | -- | -- | (333) | (333) | (333) | (333) | (333) | (333) | (334) | (334) | -- | (3,000) |
| CRO Rebates | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 467 | -- | -- |
| Gabbril Reimbursement from Commerci | 1,400 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 466 | 1,400 |
| Other | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Grand Total | 100,707 | 9,075 | 9,075 | 8,268 | 8,742 | 8,252 | 6,907 | 8,252 | 8,252 | 8,113 | 8,717 | 8,717 | 8,334 | 100,707 |
|  |  |  |  |  | (2,537) | | | | | | | | | |

LtGR0DUMPLAN/0HMD/2001 PLAN/2001 FINAL Opera\1HS4

HIGHLY
CONFIDENTIAL
ABBT 0037520

**PPRD SERVICES PURCHASED**
**RECONCILIATIONS YTD - $**
**2001 PLAN**

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patents & Trademark | 6,050 | 504 | 1,008 | 1,512 | 2,016 | 2,520 | 3,024 | 3,528 | 4,032 | 4,536 | 5,040 | 5,544 | 6,050 |
| Corp Admin Fixed | 5,445 | 454 | 908 | 1,362 | 1,816 | 2,270 | 2,724 | 3,178 | 3,632 | 4,086 | 4,540 | 4,994 | 5,445 |
| Corp Cost Pools | 5,070 | 423 | 846 | 1,269 | 1,692 | 2,115 | 2,538 | 2,961 | 3,384 | 3,807 | 4,230 | 4,653 | 5,070 |
| Satelite Copy Charge | 539 | 45 | 90 | 135 | 180 | 225 | 270 | 315 | 360 | 405 | 450 | 495 | 539 |
| CHMD Services Purchased Fixed (AHD) | 196 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 | 176 | 196 |
| PPD Ops Fixed Allocations | 3,232 | 269 | 538 | 807 | 1,076 | 1,345 | 1,614 | 1,883 | 2,152 | 2,421 | 2,690 | 2,959 | 3,232 |
| CENG - Fixed Maintenance from PPD O | 899 | 75 | 150 | 225 | 300 | 375 | 450 | 525 | 600 | 675 | 750 | 825 | 899 |
| CHEN Variable (EWRS) | 147 | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 | 147 |
| CMIS - Purchasing | 747 | 62 | 124 | 186 | 248 | 310 | 372 | 434 | 496 | 558 | 620 | 682 | 747 |
| CHMS Telecommunications | 130 | 11 | 22 | 33 | 44 | 55 | 66 | 77 | 88 | 99 | 110 | 121 | 130 |
| Fixed L C Exp - Admin. Services | 421 | 35 | 70 | 105 | 140 | 175 | 210 | 245 | 280 | 315 | 350 | 385 | 421 |
| Corp Eng EHS Fixed Allocation | 597 | 50 | 100 | 150 | 200 | 250 | 300 | 350 | 400 | 450 | 500 | 550 | 597 |
| **TOTAL CORPORATE ALLOCATION** | 23,473 | 1,956 | 3,912 | 5,868 | 7,824 | 9,780 | 11,736 | 13,692 | 15,648 | 17,604 | 19,560 | 21,516 | 23,473 |
| CMIS - Unit of Activity, Fixed - Other | 2,667 | 222 | 444 | 666 | 888 | 1,110 | 1,332 | 1,554 | 1,776 | 1,998 | 2,220 | 2,442 | 2,667 |
| CMIS - Unit of Activity, Fixed - Aegis | 2,100 | 175 | 350 | 525 | 700 | 875 | 1,050 | 1,225 | 1,400 | 1,575 | 1,750 | 1,925 | 2,100 |
| PPD Personnel D0A47 | 2,601 | 217 | 434 | 651 | 868 | 1,085 | 1,302 | 1,519 | 1,736 | 1,953 | 2,170 | 2,387 | 2,601 |
| PPD Mfg Ops - Allocation | 53 | 5 | 10 | 15 | 20 | 25 | 30 | 35 | 40 | 45 | 50 | 55 | 53 |
| PPD Ops QA Inf Svcs/Reg Affairs | 1,942 | 162 | 324 | 486 | 648 | 810 | 972 | 1,134 | 1,296 | 1,458 | 1,620 | 1,782 | 1,942 |
| PPD Ops Returned Goods | 136 | 11 | 22 | 33 | 44 | 55 | 66 | 77 | 88 | 99 | 110 | 121 | 136 |
| Project Expense | 7,099 | 592 | 1,184 | 1,776 | 2,368 | 2,960 | 3,552 | 4,144 | 4,736 | 5,328 | 5,929 | 6,512 | 7,099 |
| **TOTAL BURDEN FILE** | 40,081 | 3,340 | 6,680 | 10,020 | 13,360 | 16,700 | 20,040 | 23,380 | 26,720 | 30,068 | 33,409 | 36,749 | 40,081 |
| SPD Pilot Plant Stack Card | 24,497 | 2,042 | 4,084 | 6,126 | 8,168 | 10,210 | 12,252 | 14,294 | 16,336 | 18,378 | 20,429 | 22,462 | 24,497 |
| SPD Bulk Direct (Chem/Ferm) | 17,328 | 1,444 | 2,888 | 4,332 | 5,776 | 7,220 | 8,664 | 10,108 | 11,552 | 12,996 | 14,440 | 15,884 | 17,328 |
| Excess Capacity Stack Card | 11,610 | 968 | 1,936 | 2,904 | 3,872 | 4,840 | 5,808 | 6,776 | 7,744 | 8,712 | 9,680 | 10,648 | 11,610 |
| Subtotal SPD (Other than TAP) | 53,435 | 4,454 | 8,908 | 13,362 | 17,816 | 22,270 | 26,724 | 31,175 | 35,632 | 40,086 | 44,540 | 48,994 | 53,435 |
| TAP Bulk Drug (D-TAP) | 84 | 7 | 14 | 21 | 28 | 35 | 42 | 49 | 56 | 63 | 70 | 77 | 84 |
| TAP - SPD Manpower & Bulk (D-453) | 245 | 20 | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 200 | 220 | 245 |
| Pharmacogenetics -- ADD Allocation | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Misc Expense | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Subtotal (For Exp Cat) | 329 | 27 | 54 | 81 | 108 | 135 | 162 | 189 | 216 | 243 | 270 | 297 | 329 |
| Other Purchases: | | | | | | | | | | | | | |
| Clari Once-A-Day (Global AI Manpower) | 7,763 | 973 | 1,947 | 2,920 | 3,893 | 4,376 | 4,860 | 5,343 | 5,826 | 6,309 | 6,793 | 7,276 | 7,763 |
| Corp Drug User Fees | 1,207 | --- | --- | --- | --- | --- | --- | --- | --- | 1,207 | 1,207 | 1,207 | 1,207 |
| Patent to Operations (search services) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| D-A54 Floor Space (not in functionals) | 182 | 15 | 30 | 45 | 60 | 75 | 90 | 105 | 120 | 135 | 150 | 165 | 182 |
| D-A54 Deprec (not in functionals) | 2,984 | 249 | 498 | 747 | 996 | 1,245 | 1,494 | 1,743 | 1,992 | 2,241 | 2,490 | 2,739 | 2,984 |
| Molecular Probes | 7 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | 7 |
| Inventory transfer for Protease 2nd Gen | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SDG/Other | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Clinical Supplies (Tricia Geran -PPD Op | 200 | 17 | 34 | 51 | 68 | 85 | 102 | 119 | 136 | 152 | 168 | 184 | 200 |
| Aegis Charges | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Library (D441) to CHMS | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| QA (D44N) to Operations | 1,500 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | 1,500 |
| Sangstat (Cyclosporine) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sangstat (Sangcya) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Gabitril Royalty | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ritonavir/LaRoche Combo | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NOVO Settlement | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Metabolex | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FLAP/Vanguard | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sanofi Cost Sharing w/Gabtril | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CI charge from OPS (Clin Vol Mgr) = $4 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Triangle receipt $2,935 +$325 for1999 | (5,381) | --- | --- | --- | (807) | (807) | (807) | (2,152) | (2,152) | (2,152) | (3,497) | (3,497) | (5,381) |
| Comdisco | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Hydrocodone (IDV-in from HPD) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CRO Rebates | (3,000) | --- | --- | --- | (333) | (666) | (999) | (1,332) | (1,665) | (1,998) | (2,332) | (2,666) | (3,000) |
| Gabitril Reimbursement from Commerci | 1,400 | --- | --- | --- | --- | --- | --- | --- | --- | --- | 467 | 934 | 1,400 |
| Other | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Grand Total** | 100,707 | 9,075 | 18,151 | 26,419 | 35,161 | 43,413 | 50,721 | 58,573 | 66,625 | 74,539 | 83,656 | 92,373 | 100,707 |

HIGHLY
CONFIDENTIAL
ABBT 0037521

9

PPRD SERVICES SOLD
RECONCILIATIONS MONTH - $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % RATE - ACTUALS | | | | | | | | | | | | | | |
| % RATE - MONTHLY PROJECTION | | -- | -- | – | – | – | -- | -- | -- | -- | -- | -- | -- | – |
| Cumulative % Rate | | | | | | | | | | | | | | |
| % RATE - ADJUSTED PROJECTION | | -- | -- | -- | -- | -- | -- | -- | -- | -- | --- | -- | -- | – |
| AI GLOBAL PHARMACEUTICAL | 186,670 | 16,385 | 15,435 | 15,074 | 15,546 | 15,935 | 17,163 | 14,280 | 15,224 | 14,922 | 14,798 | 15,674 | 15,214 | 186,670 |
| | | | | | | | | | | | | | | |
| Direct Sister Benefit | | | | | | | | | | | | | | |
| R&D Scientific Service (fixed) | 2,384 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 195 | 2,384 |
| Direct Service | 3,800 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 313 | 3,800 |
| Total Direct Sister Benefit | 6,184 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 508 | 6,184 |
| | | | | | | | | | | | | | | |
| Total Intl Sister Division | 192,854 | 16,901 | 15,951 | 15,590 | 16,062 | 16,451 | 17,699 | 14,796 | 15,740 | 15,438 | 15,314 | 16,190 | 15,722 | 192,854 |
| | | | | | | | | | | | | | | |
| TAP - SPD Manpower | 245 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 25 | 245 |
| TAP - Judgment (Positive Controls) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| TAP - Bulk Drug | 84 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 84 |
| TAP - All Other | 19,858 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,651 | 19,858 |
| Total TAP | 20,185 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,683 | 20,185 |
| | | | | | | | | | | | | | | |
| Domestic Sister Divisions | | | | | | | | | | | | | | |
| HPD | 8,834 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 738 | 8,834 |
| ADD | 2,383 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 194 | 2,383 |
| SPD | 4,909 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 410 | 4,909 |
| ROSS | 1,955 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 162 | 1,955 |
| CPD | 42 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | (2) | 42 |
| MIS | 74 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 8 | 74 |
| AHD (AHS Abbott Health Systems) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| CHMS Library Charges | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Corp Eng | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Total Domestic Sister Division | 18,197 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,510 | 18,197 |
| | | | | | | | | | | | | | | |
| Other Sister Divisions: | | | | | | | | | | | | | | |
| Corp Administration | | | | | | | | | | | | | | |
| Corp. Admin. | 24 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 24 |
| TAP Rate Diff (Fixed) | 485 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 45 | 485 |
| Symposium Expense (Fixed) | 165 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 11 | 165 |
| Subtotal CHAD | 674 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 58 | 674 |
| | | | | | | | | | | | | | | |
| PPD Product R&D | | | | | | | | | | | | | | |
| Mfg Support (MC,PM) | 12,215 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,017 | 12,215 |
| Mfg Support (PV) | 263 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 21 | 263 |
| | | | | | | | | | | | | | | |
| PPD Marketing (P5,P6) (inc Cephalon) | 3,620 | 302 | 302 | 302 | 302 | 302 | 302 | 302 | 302 | 302 | 302 | 302 | 298 | 3,620 |
| Subtotal Other | 16,098 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,336 | 16,098 |
| | | | | | | | | | | | | | | |
| VAT Refund | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| PARD Services Sold Impact (Judgems | (3,990) | (333) | (333) | (333) | (333) | (333) | (333) | (332) | (332) | (332) | (332) | (332) | (332) | (3,990) |
| Rounding | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| GRAND TOTAL | 244,018 | 21,165 | 20,215 | 20,854 | 20,326 | 20,715 | 21,963 | 19,061 | 20,005 | 19,703 | 19,579 | 20,455 | 19,877 | 244,018 |
| | | | | | | | | | | | | | | |
| Memo: Excluding Global - $ | | 4,780 | 4,780 | 4,780 | 4,780 | 4,780 | 4,780 | 4,781 | 4,781 | 4,781 | 4,781 | 4,781 | 4,763 | 57,348 |
| Quarterly - $ | | | | 14,340 | | | 14,340 | | | 14,343 | | | 14,325 | 57,348 |
| Excluding Global - % of Qtr | | | | 25.0% | | | 25.0% | | | 25.0% | | | 25.0% | |
| Excluding Global - % Dec | | | | -- | | | -- | | | -- | | | 8.3% | |

L:\GROUP\PLANNING\2001 PLAN\2001 PLAN FINAL Opera2.WK4

HIGHLY
CONFIDENTIAL
ABBT 0037522

PPRD SERVICES SOLD
RECONCILIATIONS YTD - $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AJ GLOBAL PHARMACEUTICAL | 185,670 | 16,385 | 31,820 | 47,834 | 63,440 | 78,375 | 96,558 | 116,838 | 126,062 | 140,984 | 155,762 | 171,455 | 185,670 |
| **Direct Sister Benefit** | | | | | | | | | | | | | |
| R&D Scientific Service (fixed) | 2,384 | 199 | 388 | 597 | 796 | 995 | 1,194 | 1,393 | 1,592 | 1,791 | 1,990 | 2,189 | 2,384 |
| Direct Service | 3,800 | 317 | 634 | 951 | 1,268 | 1,585 | 1,902 | 2,219 | 2,536 | 2,853 | 3,170 | 3,487 | 3,800 |
| Total Direct Sister Benefit | 6,184 | 516 | 1,032 | 1,548 | 2,064 | 2,580 | 3,096 | 3,612 | 4,128 | 4,644 | 5,160 | 5,676 | 6,184 |
| Total Intl Sister Division | 192,854 | 16,901 | 32,852 | 49,442 | 65,504 | 81,955 | 99,654 | 114,450 | 130,190 | 145,628 | 160,942 | 177,132 | 192,854 |
| TAP - SPD Manpower | 245 | 20 | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 200 | 220 | 245 |
| TAP - Judgment | | | | | | | | | | | | | |
| TAP - Bulk | 84 | 7 | 14 | 21 | 28 | 35 | 42 | 49 | 56 | 63 | 70 | 77 | 84 |
| TAP - All Other | 19,856 | 1,655 | 3,310 | 4,965 | 6,620 | 8,275 | 9,930 | 11,585 | 13,240 | 14,895 | 16,550 | 18,205 | 19,856 |
| Total TAP | 20,185 | 1,682 | 3,364 | 5,046 | 6,728 | 8,410 | 10,092 | 11,774 | 13,456 | 15,138 | 16,820 | 18,502 | 20,185 |
| **Domestic Sister Divisions** | | | | | | | | | | | | | |
| HPD | 8,834 | 736 | 1,472 | 2,208 | 2,944 | 3,680 | 4,416 | 5,152 | 5,888 | 8,624 | 7,360 | 8,096 | 8,834 |
| ADD | 2,383 | 199 | 398 | 597 | 796 | 995 | 1,194 | 1,393 | 1,592 | 1,791 | 1,990 | 2,189 | 2,383 |
| SPD | 4,909 | 409 | 818 | 1,227 | 1,636 | 2,045 | 2,454 | 2,863 | 3,272 | 3,681 | 4,090 | 4,499 | 4,909 |
| ROSS | 1,955 | 163 | 326 | 489 | 652 | 815 | 978 | 1,141 | 1,304 | 1,467 | 1,630 | 1,793 | 1,955 |
| CPD | 42 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 42 |
| MIS | 74 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 | 66 | 74 |
| AHD (AHS Abbott Health Systems) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| CHMS Library Charges | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Corp Eng | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Total Domestic Sister Division | 18,197 | 1,517 | 3,034 | 4,551 | 6,068 | 7,585 | 9,102 | 10,619 | 12,136 | 13,653 | 15,170 | 16,687 | 18,197 |
| **Other Sister Divisions:** | | | | | | | | | | | | | |
| Corp Administration | | | | | | | | | | | | | |
| Corp. Admin. | 24 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 |
| TAP Rate Dif | 485 | 40 | 80 | 120 | 160 | 200 | 240 | 280 | 320 | 360 | 400 | 440 | 485 |
| Symposium Expense | 165 | 14 | 28 | 42 | 56 | 70 | 84 | 98 | 112 | 126 | 140 | 154 | 165 |
| Subtotal CHAD | 674 | 56 | 112 | 168 | 224 | 280 | 336 | 392 | 448 | 504 | 560 | 616 | 674 |
| **PPD Product R&D** | | | | | | | | | | | | | |
| Mfg Support (MC,PM) | 12,215 | 1,018 | 2,035 | 3,054 | 4,072 | 5,090 | 6,108 | 7,126 | 8,144 | 9,162 | 10,180 | 11,198 | 12,215 |
| Mfg Support (PV) | 263 | 22 | 44 | 66 | 88 | 110 | 132 | 154 | 176 | 198 | 220 | 242 | 263 |
| PPD Marketing (P5,P6) (inc Cephalon) | 3,620 | 302 | 604 | 906 | 1,208 | 1,510 | 1,812 | 2,114 | 2,416 | 2,718 | 3,020 | 3,322 | 3,620 |
| Subtotal Other | 16,098 | 1,342 | 2,684 | 4,026 | 5,368 | 6,710 | 8,052 | 9,394 | 10,736 | 12,078 | 13,420 | 14,762 | 16,098 |
| VAT Refund | | | | | | | | | | | | | |
| PARD Services Sold Impact (Judgeme | (3,990) | (333) | (666) | (999) | (1,332) | (1,665) | (1,998) | (2,330) | (2,662) | (2,994) | (3,326) | (3,658) | (3,990) |
| Rounding | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **GRAND TOTAL** | 244,016 | 21,165 | 41,380 | 62,234 | 82,560 | 103,275 | 125,238 | 144,299 | 164,304 | 184,907 | 203,586 | 224,041 | 244,016 |

L:\2001\UPPLANNING\2001 PLAN\2001 FINAL Grand.WK4

HIGHLY
CONFIDENTIAL
ABBT 0037523

PPRD CLINICAL GRANTS
RECONCILIATIONS MONTH - 5
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | DEC ADJ | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PPD SERVICE :** | | | | | | | | | | | | | | | |
| Targatinal/Gabitril | | – | – | – | – | – | – | – | 600 | 600 | 600 | 600 | 600 | – | 3,000 |
| Orlistat | 9,441 | 723 | (50) | 1,179 | 1,180 | 1,180 | 1,180 | 1,181 | 608 | 373 | 373 | 372 | – | 9,441 |
| Depakote/Depakene | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| r-Pro-UK | 39 | 39 | – | – | – | – | – | – | – | – | – | – | – | – | 39 |
| FenoBrizin (Fournier) | 600 | – | 120 | 120 | 120 | 120 | 120 | – | – | – | – | – | – | 600 |
| Hematin | 200 | – | – | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | – | 200 |
| PharmacoGenetics (Genset) | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **TOTAL PPD SERVICE** | 13,280 | 762 | 32 | 1,319 | 1,320 | 1,320 | 1,320 | 1,201 | 1,501 | 1,228 | 953 | 993 | 992 | – | 13,280 |
| | | | | | | | | | | | | | | | |
| **GLOBAL SERVICE :** | | | | | | | | | | | | | | | |
| Ritonavir ABT-538 | 1,244 | 298 | (142) | 109 | 108 | 109 | 109 | 108 | 108 | 108 | 108 | 108 | 108 | – | 1,244 |
| Protease 2nd Gen ABT-378 | 22,575 | 120 | 1,818 | 1,802 | 2,001 | 2,243 | 2,239 | 2,160 | 2,155 | 1,853 | 1,996 | 1,996 | 1,996 | – | 22,575 |
| Depanine | | – | – | – | – | – | – | – | – | – | – | 190 | 190 | – | 380 |
| KCD ABT-598 | 380 | – | – | – | – | – | – | – | – | – | – | 190 | 190 | – | 380 |
| ABT-594 (formerly CCM) | 1,065 | 100 | 30 | 101 | 120 | 120 | 120 | 120 | 120 | 48 | 48 | 18 | – | 1,065 |
| ABT-089 (formerly ChCM) | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Clarithromycin | 2,940 | 172 | 172 | 260 | 260 | 260 | 260 | 260 | 260 | 259 | 259 | 259 | 259 | – | 2,940 |
| Ketolide ABT-773 | 47,405 | 4,847 | 4,847 | 4,825 | 4,960 | 4,960 | 4,960 | 3,403 | 3,403 | 3,386 | 323 | 3,695 | 3,696 | – | 47,405 |
| Probiotic Microbide - Dorn | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Zileuton & 2nd Generation | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| SPH ABT-600 | 993 | 464 | 35 | 125 | 113 | 115 | 25 | 35 | 35 | 34 | – | – | – | – | 993 |
| Cyclosporine | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| H2G (Medivir) | 19,251 | 1,035 | 1,035 | 1,035 | 1,035 | 1,035 | 1,849 | 1,897 | 1,897 | 1,897 | 2,179 | 2,179 | 2,179 | – | 19,251 |
| Endothelin | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| H3 49 Niacin Shinyaku ABT-23 | | – | – | – | – | 75 | 75 | 125 | 125 | 125 | 125 | 125 | 125 | – | – |
| Blrreclonol (Siwwa) | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Anti-Mitotic ABT-751 | 1,025 | – | – | – | 75 | 75 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | – | 1,025 |
| Hylda | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| FTI (Famecytransferase) | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| MMPI (Metalloprotease) | 1,115 | 64 | 64 | 64 | 64 | 64 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | – | 1,115 |
| Taxane | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| TBP Peptide | 1,621 | 116 | 116 | 116 | 88 | 116 | 165 | 165 | 165 | 165 | 165 | 165 | 76 | – | 1,621 |
| Quinolone | 5,000 | 229 | 159 | 159 | 309 | 209 | 209 | 209 | 628 | 626 | 477 | 894 | 894 | – | 5,000 |
| Cox II | 131 | 65 | 66 | – | – | – | – | – | – | – | – | – | – | – | 131 |
| Neuraminidase | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Adjustment (EVR) | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| | | | | | | | | | | | | | | | |
| **TOTAL GLOBAL SERVICE** | 104,746 | 7,511 | 8,200 | 8,785 | 9,136 | 9,366 | 10,144 | 8,504 | 9,015 | 8,788 | 5,794 | 9,772 | 9,534 | – | 104,746 |
| | | | | | | | | | | | | | | | |
| **MISC:** | | | | | | | | | | | | | | | |
| Vitamin D Analog/Iron Dextran | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Isotretinoin/Norvir Investigation | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Adjustments | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Dexmedetomidine/Zempter (HPD) | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Travene Reformulation | | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Biaxin Reformulation | | – | – | – | 26,610 | – | 22,548 | – | – | 30,631 | – | – | 28,199 | – | 118,038 |
| **GRAND TOTAL GRANTS** | 118,028 | 8,273 | 8,232 | 10,105 | 10,456 | 10,675 | 11,606 | 9,804 | 10,611 | 10,216 | 6,767 | 10,766 | 10,646 | – | 118,028 |
| - Quarterly Percentages | | | | 22.9% | | | 27.9% | | | 26.0% | | | 23.3% | | 100.0% |
| Actuals | | | | | | 11,506 | | | | | | | | | |

Total Global Grants
Total Other Domestic Grants
Total Other Grants
Total Grants
        Key Checks (a/b-c)
Grant System (Excel as of 1/27/01)
Difference

L:\GROUP\PLANNING\2001 PLAN\2001 [FINAL GrandGrants]

CONFIDENTIAL
ABBT 0037524

PPRD CLINICAL GRANTS
RECONCILIATIONS - YTD $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PPD SERVICE :** | | | | | | | | | | | | | |
| Tiagabine/Gabitril | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Omnicef | 3,000 | – | – | – | – | – | – | – | 600 | 1,200 | 1,800 | 2,400 | 3,000 |
| Depakote/Depakene | 9,441 | 723 | 635 | 1,814 | 2,894 | 4,174 | 5,234 | 6,534 | 7,715 | 8,323 | 8,696 | 9,069 | 9,441 |
| i-Pro-UK | – | – | – | – | – | – | – | – | – | – | – | – | – |
| FenoStrate (Fournier) | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 |
| Humulin | 600 | – | 120 | 240 | 360 | 480 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| PharmacoGenetics (Genset) | 200 | – | – | 20 | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 160 | 200 |
| **TOTAL PPD SERVICE** | 13,280 | 762 | 794 | 2,113 | 3,433 | 4,753 | 6,073 | 7,273 | 9,074 | 10,302 | 11,295 | 12,268 | 13,280 |
| | | | | | | | | | | | | | |
| **GLOBAL SERVICE :** | | | | | | | | | | | | | |
| Ritonavir ABT-538 | 1,244 | 299 | 157 | 266 | 375 | 484 | 593 | 702 | 811 | 920 | 1,026 | 1,136 | 1,244 |
| Protease 2nd Gen ABT-378 | 22,575 | 120 | 1,938 | 3,930 | 5,831 | 8,074 | 10,315 | 12,479 | 14,634 | 16,567 | 18,583 | 20,579 | 22,575 |
| Depamine | – | – | – | – | – | – | – | – | – | – | – | – | – |
| KDO ABT-596 | 360 | – | – | – | – | – | – | – | – | – | – | 160 | 360 |
| ABT-094 (formerly CCAI) | 1,005 | 100 | 130 | 231 | 351 | 471 | 591 | 711 | 831 | 951 | 899 | 1,047 | 1,005 |
| ABT-089 (formerly CRCM) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Clarithromycin | 2,940 | 172 | 344 | 604 | 864 | 1,124 | 1,384 | 1,644 | 1,904 | 2,163 | 2,422 | 2,681 | 2,940 |
| Ketolide ABT-773 | 47,405 | 4,547 | 9,694 | 14,619 | 19,579 | 24,539 | 29,499 | 32,992 | 36,205 | 39,691 | 40,014 | 43,709 | 47,405 |
| ProKinetic Macrolide - Dom | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Zileuton & 2nd Generation | – | – | – | – | – | – | – | – | – | – | – | – | – |
| EPH ABT-980 | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Cyclosporine | 993 | 404 | 499 | 624 | 739 | 854 | 969 | 924 | 859 | 993 | 993 | 993 | 993 |
| HGG (Medisef) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Endothelin | 18,251 | 1,035 | 2,070 | 3,105 | 4,140 | 5,175 | 7,024 | 8,821 | 10,816 | 12,715 | 14,894 | 17,073 | 18,251 |
| HG 43 (Hapan Glanylcyu ABT-23 | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Bimodemol (Bloma) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Anti-Mitotic ABT-751 | 1,025 | – | – | – | 75 | 150 | 275 | 400 | 525 | 650 | 775 | 900 | 1,025 |
| Hytrin | – | – | – | – | – | – | – | – | – | – | – | – | – |
| MMPI (Metalloprotease) | 1,118 | 64 | 128 | 192 | 256 | 320 | 434 | 548 | 662 | 776 | 890 | 1,004 | 1,118 |
| Taxane | – | – | – | – | – | – | – | – | – | – | – | – | – |
| TSP Peptide | 1,621 | 116 | 232 | 348 | 436 | 552 | 718 | 884 | 1,050 | 1,215 | 1,360 | 1,545 | 1,621 |
| Quinolone | 5,000 | 229 | 388 | 547 | 856 | 1,065 | 1,274 | 1,483 | 2,109 | 2,735 | 3,212 | 4,106 | 5,000 |
| Cox II | 131 | 65 | 131 | 131 | 131 | 131 | 131 | 131 | 131 | 131 | 131 | 131 | 131 |
| Neuraminidase | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Adjustment (EVR) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **TOTAL GLOBAL SERVICE** | 104,748 | 7,611 | 15,711 | 24,497 | 33,633 | 42,539 | 53,125 | 61,729 | 70,739 | 79,527 | 85,221 | 95,094 | 104,748 |
| | | | | | | | | | | | | | |
| Vitamin D Analog/Iron Dextran | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Isotroinoin/Norvir Investigation | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Adjustment | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Dexmedetomidine/Zemplar (HPD | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Tramene Reformulation | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Biaxin Reformulation | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **GRAND TOTAL GRANTS** | 118,028 | 8,373 | 16,505 | 26,610 | 37,066 | 47,692 | 59,198 | 69,002 | 79,813 | 89,829 | 96,516 | 107,362 | 118,028 |

LXDE\PPLANNED001 PLAN2001 [1/98, Epreud]002

HIGHLY
CONFIDENTIAL
ABBT 0037525

*13*



HIGHLY
CONFIDENTIAL
ABBT 0037526

HIGHLY
CONFIDENTIAL
ABBT 0037527

HIGHLY

CONFIDENTIAL
ABBT 0037528



HIGHLY
CONFIDENTIAL
ABBT 0037529

PPRD GREYBOOK
RECONCILIATIONS MONTH - 5
2001 PLAN

GLOBAL

| CHARGES TO PROJECTS: | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Memo: Global Key Check* | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global | 486,675 | 40,963 | 38,588 | 40,185 | 38,855 | 39,837 | 42,858 | 35,700 | 38,060 | 37,305 | 36,995 | 39,185 | 38,034 | 466,675 |
| Direct Service | | | | | | | | | | | | | | |
| PPD Service | 105,362 | 8,282 | 8,406 | 8,562 | 8,348 | 8,813 | 9,094 | 8,454 | 9,240 | 8,324 | 7,969 | 8,085 | 11,807 | 105,362 |
| Sister & Takeda | 57,348 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 1,105 | 57,348 |
| TOTAL GROSS EXPENSE | 629,385 | 54,338 | 52,107 | 53,860 | 52,324 | 53,763 | 67,165 | 49,267 | 52,413 | 50,742 | 50,077 | 52,383 | 50,946 | 629,385 |

LESS SISTER DIVISION CHARGES:

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AI Total | 192,854 | 16,901 | 15,951 | 16,590 | 16,062 | 16,451 | 17,699 | 14,796 | 15,740 | 15,438 | 15,314 | 16,190 | 15,722 | 192,854 |
| TAP Pharm. Inc. | 20,185 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,683 | 20,185 |
| HPD | 8,834 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 738 | 8,834 |
| ADD | 2,383 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 194 | 2,383 |
| SPD | 4,909 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 410 | 4,909 |
| ROSS | 1,955 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 162 | 1,955 |
| CPD | 42 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | (2) | 42 |
| CMS | 74 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 8 | 74 |
| Other Sister Division | 16,772 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,394 | 16,772 |
| TOTAL CHARGES OUT | 248,008 | 21,498 | 20,548 | 21,187 | 20,659 | 21,048 | 22,296 | 19,393 | 20,337 | 20,035 | 19,911 | 20,787 | 20,309 | 248,008 |
| PARD SERVICES SOLD IMPACT (Judgement) | 3,990 | 333 | 333 | 333 | 333 | 333 | 333 | 332 | 332 | 332 | 332 | 332 | 332 | 3,990 |
| NET PPRD EXPENSE | 385,367 | 33,173 | 31,892 | 33,006 | 31,998 | 33,048 | 35,202 | 30,206 | 32,408 | 31,039 | 30,498 | 31,928 | 30,969 | 385,367 |
| ACTUALS PER GREYBOOK (J-DRIVE) | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| VARIANCE/KEY CHECK | | (33,173) | (31,892) | (33,006) | (31,998) | (33,048) | (35,202) | (30,206) | (32,408) | (31,039) | (30,498) | (31,928) | (30,969) | (385,367) |
| ACTUALS PER KRNES/DIANA | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| VARIANCE/KEY CHECK | | (33,173) | (31,892) | (33,006) | (31,998) | (33,048) | (35,202) | (30,206) | (32,408) | (31,039) | (30,498) | (31,928) | (30,969) | (385,367) |
| *Memo: 2000 Actuals* | | 32,133 | 30,404 | 35,911 | 33,138 | 32,058 | 45,704 | 28,013 | 27,124 | 29,386 | 27,095 | 27,115 | 27,512 | 375,593 |
| *Memo:* | | | | | | | | | | | | | | |
| AI 2001 PLAN (12/08/00) | | 16,901 | 15,951 | 16,590 | 16,062 | 16,451 | 17,699 | 14,796 | 15,740 | 15,438 | 15,314 | 16,190 | 15,722 | 192,854 |
| AI Final 2000 AGU | | 10,645 | 14,364 | 14,799 | 14,474 | 18,424 | 17,281 | 17,969 | 15,360 | 16,401 | 19,301 | 16,441 | 15,581 | 192,040 |

| Net PPRD Expense | | | | | | 2001 PLAN Fav/(Unfav) vs. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1Qtr | 2Qtr | 3Qtr | 4Qtr | Total | 1Qtr | 2Qtr | 3Qtr | 4Qtr | Total |
| 2001 PLAN (12/08/00) | 98,071 | 100,248 | 93,653 | 93,395 | 385,367 | | | | | |
| % of total | 25.4% | 26.0% | 24.3% | 24.2% | 99.9% | | | | | |
| 2000 Final AGU | 98,448 | 110,900 | 84,806 | 80,476 | 374,730 | 377 | 10,652 | (8,747) | (12,919) | (10,637) |
| % of total | 26.3% | 29.6% | 22.7% | 21.5% | 100.1% | 0.4% | 9.6% | -10.3% | -16.1% | -2.8% |
| 2000 Actuals | 98,448 | 110,900 | 84,523 | 81,722 | 375,593 | 377 | 10,652 | (9,130) | (11,673) | (9,774) |
| % of total | 26.2% | 29.5% | 22.5% | 21.8% | 100.0% | 0.4% | 9.6% | -10.8% | -14.3% | -2.6% |

LAGROUPPLANNING\2001 PLAN\2001 PLAN2001 FINAL Doxani.V404

HIGHLY
CONFIDENTIAL
ABBT 0037530

1B

PPRD GREYBOOK
RECONCILIATIONS YTD - $
2001 PLAN

HIGHLY
CONFIDENTIAL
ABBT 0037531

| CHARGES TO PROJECTS: | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Global | 466,675 | 40,963 | 79,551 | 119,738 | 158,601 | 198,438 | 241,296 | 277,096 | 315,156 | 352,461 | 389,456 | 428,641 | 466,675 |
| Direct Service | | | | | | | | | | | | | |
| PPD Service | 105,362 | 8,262 | 16,668 | 25,230 | 33,576 | 42,389 | 51,483 | 59,837 | 69,177 | 77,501 | 85,470 | 93,555 | 105,362 |
| Sister & Takeda | 57,348 | 5,113 | 10,226 | 15,339 | 20,452 | 25,565 | 30,678 | 35,791 | 40,904 | 46,017 | 51,130 | 56,243 | 57,348 |
| TOTAL GROSS EXPENSE | 629,385 | 54,338 | 106,445 | 160,305 | 212,629 | 266,392 | 323,557 | 372,824 | 425,237 | 475,979 | 526,056 | 578,439 | 629,385 |
| LESS SISTER DIVISION CHARGES: | | | | | | | | | | | | | |
| AI Total | 192,854 | 16,901 | 32,852 | 49,442 | 65,504 | 81,955 | 99,854 | 114,450 | 130,190 | 145,828 | 160,942 | 177,132 | 192,854 |
| TAP Pharm, Inc. | 20,185 | 1,682 | 3,364 | 5,046 | 6,728 | 8,410 | 10,092 | 11,774 | 13,456 | 15,138 | 16,820 | 18,502 | 20,185 |
| HPD | 8,834 | 736 | 1,472 | 2,208 | 2,944 | 3,680 | 4,416 | 5,152 | 5,888 | 6,624 | 7,360 | 8,096 | 8,834 |
| ADD | 2,383 | 199 | 398 | 597 | 796 | 995 | 1,194 | 1,393 | 1,592 | 1,791 | 1,990 | 2,189 | 2,383 |
| SPD | 4,909 | 409 | 818 | 1,227 | 1,636 | 2,045 | 2,454 | 2,863 | 3,272 | 3,681 | 4,090 | 4,499 | 4,909 |
| ROSS | 1,955 | 163 | 326 | 489 | 652 | 815 | 978 | 1,141 | 1,304 | 1,467 | 1,630 | 1,793 | 1,955 |
| CPD | 42 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 42 |
| CMIS | 74 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 | 66 | 74 |
| Other Sister Division | 16,772 | 1,398 | 2,796 | 4,194 | 5,592 | 6,990 | 8,388 | 9,786 | 11,184 | 12,582 | 13,980 | 15,378 | 16,772 |
| TOTAL CHARGES OUT | 248,008 | 21,498 | 42,046 | 63,233 | 83,892 | 104,940 | 127,236 | 146,629 | 166,966 | 187,001 | 206,912 | 227,699 | 248,008 |
| PARD SERVICES SOLD IMPACT (Judgement) | 3,990 | 333 | 666 | 999 | 1,332 | 1,665 | 1,998 | 2,330 | 2,662 | 2,994 | 3,326 | 3,658 | 3,990 |
| NET PPRD EXPENSE | 385,367 | 33,173 | 65,065 | 98,071 | 130,069 | 163,117 | 198,319 | 228,525 | 260,933 | 291,972 | 322,470 | 354,398 | 385,367 |

L:\GROUP\PLANNING\2001 PLAN\2001 FINAL Opcost.WK4

PPD RESEARCH AND DEVELOPMENT
2001 PLAN
P&L AI CALENDARIZATION

Modeling Factor: Input # months actuals in cell below

| Modeling Calculations are in italics & pink high | 1 JAN | 2 FEB | 3 MAR | 4 APR | 5 MAY | 6 JUNE | 7 JULY | 8 AUG | 9 SEPT | 10 OCT | 11 NOV | 12 DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Modeling Factor: Input total Global $'s in cell G | 496,675 | | | | | | | | | | | | |
| **Global:** | | | | | | | | | | | | | |
| Discovery Deals | 0 | 625 | 2,015 | 250 | 625 | 2,015 | 250 | 625 | 2,015 | 250 | 625 | 3,151 | 12,446 |
| Constr Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Global Grants | 7,511 | 8,200 | 8,765 | 9,136 | 9,306 | 10,186 | 8,604 | 9,010 | 8,788 | 5,794 | 9,773 | 9,654 | 104,748 |
| Global SPD | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,916 | 47,069 |
| Subtotal - Identified Global Expenses | 11,434 | 12,748 | 14,724 | 13,309 | 13,854 | 16,124 | 12,777 | 13,558 | 14,726 | 9,967 | 14,321 | 16,721 | 164,263 |
| All Other (see allocation basis at Memo 1) | 28,321 | 26,804 | 25,267 | 25,086 | 25,904 | 26,801 | 23,555 | 24,836 | 23,141 | 26,028 | 24,689 | 21,880 | 302,412 |
| | | | | | | | | | | | | | |
| Total Global as Calculated | 39,755 | 39,552 | 39,991 | 38,395 | 39,758 | 42,926 | 36,332 | 38,394 | 37,867 | 35,995 | 39,010 | 38,701 | 466,675 |
| Adjust to Frozen AI Sellout | 1,208 | (964) | 194 | 470 | 79 | 33 | (632) | (334) | (562) | (563) | 175 | (667) | 0 |
| Modeling Factor: If freezing AI sellout, Input 1. If AI sellout can ca | 1 | | | | | | | | | | | | |
| Total Global | 40,963 | 38,588 | 40,185 | 38,865 | 39,837 | 42,958 | 35,700 | 38,060 | 37,305 | 35,995 | 39,185 | 38,034 | 466,675 |
| Less AI Share | (16,385) | (15,435) | (16,074) | (15,546) | (15,935) | (17,183) | (14,280) | (15,224) | (14,922) | (14,758) | (15,674) | (15,214) | (186,670) |
| | | | | | | | | | | | | | |
| **Domestic:** | | | | | | | | | | | | | |
| Domestic Grants | 762 | 32 | 1,319 | 1,320 | 1,320 | 1,320 | 1,200 | 1,801 | 1,228 | 993 | 993 | 892 | (104,748) |
| Domestic SPD | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 525 | 6,366 |
| Subtotal - Identified Domestic Expenses | 1,293 | 563 | 1,850 | 1,851 | 1,851 | 1,851 | 1,731 | 2,332 | 1,759 | 1,524 | 1,524 | 1,517 | (98,382) |
| All Other | 7,302 | 8,176 | 7,045 | 6,828 | 7,295 | 7,576 | 7,055 | 7,240 | 6,897 | 6,777 | 6,893 | 6,632 | 85,716 |
| Total Domestic | 8,595 | 8,739 | 8,895 | 8,679 | 9,146 | 9,427 | 8,786 | 9,572 | 8,656 | 8,301 | 8,417 | 8,149 | 105,362 |
| **Memo 1:** | | | | | | | | | | | | | |
| Total Net PPD R&D Expense | 33,173 | 31,892 | 33,006 | 31,998 | 33,048 | 35,202 | 30,206 | 32,408 | 31,039 | 30,498 | 31,528 | 30,969 | 385,367 |
| Less 100% of Identified Domestic Exp (above) | (1,293) | (563) | (1,850) | (1,851) | (1,851) | (1,851) | (1,731) | (2,332) | (1,759) | (1,524) | (1,524) | (1,517) | (19,646) |
| Less 50% of Identified Global Exp (above) | (5,850) | (7,645) | (6,834) | (7,965) | (9,312) | (9,674) | (7,666) | (9,135) | (8,638) | (9,980) | (8,552) | (10,204) | (98,559) |
| All Other Not yet Calendarized (Allocation base) | 25,620 | 23,680 | 22,322 | 22,182 | 22,885 | 23,677 | 20,809 | 21,941 | 20,644 | 22,994 | 21,811 | 19,418 | 267,163 |

**Calculating preliminary calendarizations for TRH review packages)**
1) Input actuals to detailed model. Confirm that net R&D ties to J drive (P&L\P&LCAL.WK4).
2) Input items pulling into "Identified Global Expenses" and "Identified Domestic Expenses" above
   – From analysis: Discovery New Technology, Grants, SPD, License payments, refunds, etc.
   – We can guesstimate Discovery functionals
3) Input modeling factors above (# months actuals and total global $'s)
4) Make sure calendarization sheets (column B in Called Grants, Func Expense, Svcs Purchased, Svcs
   Sold) are pulling correct areas # from Op Cost Stmt
5) Model Quarterly Profile
6) Model net R&D calendarization below. (Inputs are in blue.) Plug all other to achieve qtrly profile
7) For APU preliminary estimates, March = Flash, April = Plan + Blue Plan Impact.
   For APU preliminary estimates, July = Flash (if not available, use APU + BP), August = APU+ Blue Plan Impact.
8) Input Net R&D (as calculated below) to Func Expense sheet Net Income sheet Line 87, on "This is input, Judgment plugs to this #" line.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Identified Domestic Expenses (Net) | 6,860 | 7,549 | 8,934 | 7,965 | 8,312 | 9,674 | 7,566 | 8,135 | 8,638 | 5,980 | 8,593 | 10,033 | 98,557 |
| Identified Domestic Expenses | 1,293 | 563 | 1,850 | 1,851 | 1,851 | 1,851 | 1,731 | 2,332 | 1,759 | 1,524 | 1,524 | 1,517 | 19,646 |
| Payroll | 0 | 200 | 400 | 600 | 800 | 1,000 | 1,200 | 1,400 | 1,600 | 1,800 | 2,000 | 2,200 | 13,200 |
| Adjustment for PLAN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TBD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TBD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal - Identified Net Expenses | 8,153 | 8,412 | 11,084 | 10,436 | 10,963 | 12,525 | 10,597 | 11,867 | 12,195 | 9,304 | 12,117 | 13,750 | 131,403 |
| All Other - see (n) for Actuals | 25,020 | 23,480 | 21,922 | 21,562 | 22,085 | 22,677 | 19,609 | 20,541 | 18,844 | 21,194 | 19,811 | 17,219 | 253,964 |
| Net R&D | 33,173 | 31,892 | 33,006 | 31,998 | 33,048 | 35,202 | 30,206 | 32,408 | 31,039 | 30,498 | 31,528 | 30,969 | 385,367 |
| | | | | | | | | | | | | | |
| Current Calendarization | 33,173 | 31,892 | 33,006 | 31,998 | 33,048 | 35,202 | 30,206 | 32,408 | 31,039 | 30,498 | 31,528 | 30,969 | 385,367 |
| 2000 Final AGU | 32,133 | 30,404 | 35,911 | 33,133 | 32,058 | 45,704 | 28,013 | 27,124 | 29,769 | 26,703 | 27,355 | 26,418 | 374,730 |
| 2000 Actuals | 32,133 | 30,404 | 35,811 | 33,133 | 32,058 | 45,704 | 28,013 | 27,124 | 29,388 | 27,095 | 27,115 | 27,512 | 375,593 |

| 2001 Quarterly Profile | 1Qtr | 2Qtr | 3Qtr | 4Qtr | Total |
|---|---|---|---|---|---|
| 2001 PLAN (12/05/00) | 98,071 | 100,248 | 93,653 | 93,395 | 385,367 |
| | | | | | |
| Blue Plan! | 0 | 0 | 0 | 0 | |
| Changes: | | | | | |
| TBD | 0 | 0 | 0 | 0 | 0 |
| TBD | 0 | 0 | 0 | 0 | 0 |
| Other (DIP) | 0 | 0 | 0 | 0 | 0 |
| Total Expected PLAN | 98,071 | 100,248 | 93,653 | 93,395 | 385,367 |
| | | | | | |
| Expected PLAN | 0 | 0 | 0 | 0 | |

HIGHLY
CONFIDENTIAL
ABBT 0037532

20

PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT
2001 PLAN
GLOBAL AI CALENDARIZATION

| | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Global AI | 16,385 | 15,435 | 16,074 | 15,546 | 15,935 | 17,183 | 14,280 | 15,224 | 14,922 | 14,798 | 15,674 | 15,214 | 186,670 |
| Total Fixed AI | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 195 | 2,384 |
| Total Direct AI | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 313 | 3,800 |
| Total AI Support | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 508 | 6,184 |
| Total Global | 16,901 | 15,951 | 16,590 | 16,062 | 16,451 | 17,699 | 14,796 | 15,740 | 15,438 | 15,314 | 16,190 | 15,722 | 192,854 |
| 2000 AGU Global AI | 10,645 | 14,364 | 14,799 | 14,474 | 16,424 | 17,281 | 17,969 | 15,360 | 19,401 | 19,301 | 16,441 | 15,581 | 192,040 |

HIGHLY
CONFIDENTIAL
ABBT 0037533

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS MONTH - $
2001 PLAN

02/19/01
00:07 AM

| TOTAL FIXED AND DIRECT CHARGES | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Macrolide (ABT 773) | 14,970 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,242 | 14,970 |
| Macrolide (ABT 773) Pediatric | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Macrolide (ABT 773) I.V. | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Cholinergic Channel Modulator | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| BPH Backup | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Endothelin | 683 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 56 | 683 |
| NPS-1776 | 490 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 39 | 490 |
| Quinolone | 5,762 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 462 | 5,762 |
| Cancer - Anti Mitotic (Eisai-7010) | 1,172 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 94 | 1,172 |
| Clari 14OH | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Cancer - Angiogenesis | 2,753 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 234 | 2,753 |
| Clari IV | 4,297 | 358 | 358 | 358 | 358 | 358 | 358 | 358 | 358 | 358 | 358 | 358 | 359 | 4,297 |
| Clari Process Improvements | 1,700 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 138 | 1,700 |
| New Products | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Misc Process Impv (ary Danisco) | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Subtotal Pass Through | 31,827 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,644 | 31,827 |
| | | | | | | | | | | | | | | |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Patents & Trademarks | 370 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 29 | 370 |
| Miscellaneous (Depr adjusted here) | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Discovery Special Labs | 2,621 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 223 | 2,621 |
| Subtotal Discovery | 2,991 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 252 | 2,991 |
| | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | 369 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 28 | 369 |
| Global Other - Clari I | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Global Other - Clari IV | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Global Other - ABT 378 IV | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Global Other - Misc PMP | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Global Other - Misc (Addtl Warehou | 23 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 23 |
| Protease 2nd Gen to PPNC | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| New Projects | 5,390 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 451 | 5,390 |
| New Projects | 1,225 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 103 | 1,225 |
| Excess Capacity | 11,610 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 962 | 11,610 |
| Unit of Activity Charges | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Global Other-Misc, MJH Adjust | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| | | | | | | | | | | | | | | |
| Total SPD | 53,435 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,441 | 53,435 |
| | | | | 13,362 | | | 13,362 | | | 13,362 | | | 13,349 | |

L:\DRC\PPL\AMM\002001 PLAN\2001 FINAL OpenALMXX

HIGHLY
CONFIDENTIAL
ABBT 0037534

22

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS YTD - $
2001 PLAN

02/16/01
03:27 AM

| TOTAL FIXED AND DIRECT CHARGES | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Macrolide (ABT 773) | 14,970 | 1,248 | 2,496 | 3,744 | 4,992 | 6,240 | 7,488 | 8,736 | 9,984 | 11,232 | 12,480 | 13,728 | 14,970 | 14,970 |
| Macrolide (ABT 773) Pediatric | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Macrolide (ABT 773) I.V. | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cholinergic Channel Modulator | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BPH Backup | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Endothelin | 683 | 57 | 114 | 171 | 228 | 285 | 342 | 399 | 456 | 513 | 570 | 627 | 683 | 683 |
| NPS-1776 | 490 | 41 | 82 | 123 | 164 | 205 | 246 | 287 | 328 | 369 | 410 | 451 | 490 | 490 |
| Quinolone | 5,762 | 480 | 960 | 1,440 | 1,920 | 2,400 | 2,880 | 3,360 | 3,840 | 4,320 | 4,800 | 5,280 | 5,762 | 5,762 |
| Cancer - Anti Mitotic (Eisal-7010) | 1,172 | 98 | 198 | 294 | 392 | 490 | 588 | 686 | 784 | 882 | 980 | 1,078 | 1,172 | 1,172 |
| Clarl 14DH | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cancer - Angiogenesis | 2,753 | 229 | 458 | 687 | 916 | 1,145 | 1,374 | 1,603 | 1,832 | 2,061 | 2,290 | 2,519 | 2,753 | 2,753 |
| Clarl IV | 4,297 | 358 | 716 | 1,074 | 1,432 | 1,790 | 2,148 | 2,506 | 2,864 | 3,222 | 3,580 | 3,938 | 4,297 | 4,297 |
| Clarl Process Improvements | 1,700 | 142 | 284 | 426 | 568 | 710 | 852 | 994 | 1,136 | 1,278 | 1,420 | 1,562 | 1,700 | 1,700 |
| New Products | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Misc Process Impv (ery Danisco) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Subtotal Pass Through | 31,827 | 2,653 | 5,306 | 7,959 | 10,612 | 13,265 | 15,918 | 18,571 | 21,224 | 23,877 | 26,530 | 29,183 | 31,827 | 31,827 |
| | | | | | | | | | | | | | | |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Patents & Trademarks | 370 | 31 | 62 | 93 | 124 | 155 | 186 | 217 | 248 | 279 | 310 | 341 | 370 | 370 |
| Miscellaneous (Depr adjusted here) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Discovery Special Labs | 2,621 | 218 | 436 | 654 | 872 | 1,090 | 1,308 | 1,526 | 1,744 | 1,962 | 2,180 | 2,398 | 2,621 | 2,621 |
| Subtotal Discovery | 2,991 | 249 | 498 | 747 | 996 | 1,245 | 1,494 | 1,743 | 1,992 | 2,241 | 2,490 | 2,739 | 2,991 | 2,991 |
| | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | 369 | 31 | 62 | 93 | 124 | 155 | 186 | 217 | 248 | 279 | 310 | 341 | 369 | 369 |
| Global Other - Clarl I | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - Clarl IV | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - ABT 378 IV | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - Misc PMP | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - Misc (Add'l Warehou | 23 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 23 | 23 |
| Protease 2nd Gen to PPNC | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| New Projects | 5,390 | 449 | 898 | 1,347 | 1,796 | 2,245 | 2,694 | 3,143 | 3,592 | 4,041 | 4,490 | 4,939 | 5,390 | 5,390 |
| New Projects | 1,225 | 102 | 204 | 306 | 408 | 510 | 612 | 714 | 816 | 918 | 1,020 | 1,122 | 1,225 | 1,225 |
| Excess Capacity | 11,610 | 968 | 1,936 | 2,904 | 3,872 | 4,840 | 5,808 | 6,776 | 7,744 | 8,712 | 9,680 | 10,648 | 11,610 | 11,610 |
| Unit of Activity Charges | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other-Misc. MJH Adjust | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | |
| **Total SPD** | 53,435 | 4,454 | 8,908 | 13,362 | 17,816 | 22,270 | 26,724 | 31,178 | 35,632 | 40,086 | 44,540 | 48,994 | 53,435 | 53,435 |

L:\GROUP\PLANNING\2001 PLAN\2001 FINAL Opcost.WK4

HIGHLY
CONFIDENTIAL
ABBT 0037535

23

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS MONTH - $
2001 PLAN

| FIXED CHARGES | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) | 5,562 | 464 | 464 | 464 | 464 | 464 | 464 | 464 | 464 | 464 | 464 | 464 | 458 | 5,562 |
| Macrolide (ABT 773) Pediatric | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) I.V. | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cholinergic Channel Modulator | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| BPH Backup | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Endothelin | 490 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 39 | 490 |
| NPS-1776 | 490 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 39 | 490 |
| Quinolone | 3,362 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 282 | 3,362 |
| Cancer - Anti Mitotic (Elsai-7010) | 907 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 71 | 907 |
| Clari 14OH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cancer - Angiogenesis | 2,085 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 171 | 2,085 |
| Clari IV | 1,225 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 103 | 1,225 |
| Clari Process Improvements | 748 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 66 | 748 |
| New Products | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Misc Process Impv (ex) Danisco) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal Pass Through | 14,869 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,229 | 14,869 |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Patents & Trademarks | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Miscellaneous (Depr adjusted here) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Discovery Special Labs | 2,621 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 223 | 2,621 |
| Subtotal Discovery | 2,621 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 223 | 2,621 |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | 389 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 28 | 389 |
| Global Other - Clari I | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Clari IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - ABT 378 IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Misc PMP | 23 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 23 |
| Global Other - Misc (Add'l Warehou | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Protease 2nd Gen to PPNC | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| New Projects | 5,390 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 451 | 5,390 |
| Excess Capacity | 1,225 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 103 | 1,225 |
| Unit of Activity Charges | 11,610 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 962 | 11,610 |
| Global Other-Misc. MJH Adjust | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Total SPD Fixed Charges | 36,107 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 2,997 | 36,107 |

| DIRECT CHARGES | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) | 9,408 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 9,408 |
| Macrolide (ABT 773) Pediatric | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) I.V. | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cholinergic Channel Modulator | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| BPH Backup | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Endothelin | 193 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 17 | 193 |
| NPS-1776 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Quinolone | 2,400 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Cancer - Anti Mitotic (Elsai-7010) | 265 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 23 | 265 |
| Clari 14OH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cancer - Angiogenesis | 668 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 63 | 668 |
| Clari IV | 3,072 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 3,072 |
| Clari Process Improvements | 952 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 72 | 952 |
| New Products | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Misc Process Impv (ex) Danisco) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal Pass Through | 16,959 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,415 | 16,959 |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | 370 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 29 | 370 |
| Patents & Trademarks | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Miscellaneous (Depr adjusted here) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Discovery Special Labs | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal Discovery | 370 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 29 | 370 |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Clari I | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Clari IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - ABT 378 IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Misc PMP | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Misc (Add'l Warehou | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Protease 2nd Gen to PPNC | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| New Projects | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| New Projects | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Excess Capacity | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Unit of Activity Charges | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other-Misc. MJH Adjust | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Total SPD Direct Charges | 17,328 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 17,328 |

L:\PRRA\PLANRECON\PLAN2001 FINAL Opex\CY\XLS

HIGHLY CONFIDENTIAL
ABBT 0037536

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS YTD - $
2001 PLAN

### FIXED CHARGES

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) | 5,562 | 464 | 928 | 1,392 | 1,856 | 2,320 | 2,784 | 3,248 | 3,712 | 4,176 | 4,640 | 5,104 | 5,562 | 5,562 |
| Macrolide (ABT 773) Pediatric | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) I.V. | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cholinergic Channel Modulator | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| BPH Backup | 490 | 41 | 82 | 123 | 164 | 205 | 246 | 287 | 328 | 369 | 410 | 451 | 490 | 490 |
| Endothelin | 490 | 41 | 82 | 123 | 164 | 205 | 246 | 287 | 328 | 369 | 410 | 451 | 490 | 490 |
| NPS-1776 | 3,262 | 280 | 560 | 840 | 1,120 | 1,400 | 1,680 | 1,960 | 2,240 | 2,520 | 2,800 | 3,080 | 3,262 | 3,262 |
| Quinolone | 907 | 78 | 152 | 228 | 304 | 380 | 456 | 532 | 608 | 684 | 760 | 836 | 907 | 907 |
| Cancer - Anti Mitotic (Eisai-7010) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Ciari 140H | 2,085 | 174 | 348 | 522 | 696 | 870 | 1,044 | 1,218 | 1,392 | 1,566 | 1,740 | 1,914 | 2,085 | 2,085 |
| Cancer - Angiogenesis | 1,225 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 205 | 205 |
| Ciari IV | 185 | 62 | 62 | 62 | 62 | 62 | 62 | 82 | 62 | 62 | 62 | 62 | 185 | 185 |
| Ciari Process Improvements | 748 | 62 | 124 | 186 | 248 | 310 | 372 | 434 | 496 | 558 | 620 | 682 | 748 | 748 |
| New Products | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Misc Process Impv (exy Danisco) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal Pass Through | 15,917 | 1,302 | 2,440 | 3,578 | 4,716 | 5,854 | 6,992 | 8,130 | 9,268 | 10,400 | 11,544 | 12,682 | 14,014 | 14,014 |
| | | | | | | | | | | | | | | |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Patents & Trademarks | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Miscellaneous (Depr adjusted here) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Discovery Special Labs | 2,621 | 218 | 436 | 654 | 872 | 1,090 | 1,308 | 1,526 | 1,744 | 1,962 | 2,180 | 2,398 | 2,621 | 2,621 |
| Subtotal Discovery | 2,621 | 218 | 436 | 654 | 872 | 1,090 | 1,308 | 1,526 | 1,744 | 1,962 | 2,180 | 2,398 | 2,621 | 2,621 |
| | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | 369 | 31 | 62 | 93 | 124 | 155 | 186 | 217 | 248 | 279 | 310 | 341 | 369 | 369 |
| Global Other - Ciari I | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Ciari IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - ABT 378 IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Misc PMP | 23 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 23 | 23 |
| Global Other - Misc (Add'l Warehou | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Protease 2nd Gen to PPNC | 5,390 | 449 | 898 | 1,347 | 1,796 | 2,245 | 2,694 | 3,143 | 3,592 | 4,041 | 4,490 | 4,939 | 5,390 | 5,390 |
| New Projects | 1,225 | 102 | 204 | 306 | 408 | 510 | 612 | 714 | 816 | 918 | 1,020 | 1,122 | 1,225 | 1,225 |
| New Projects | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Excess Capacity | 11,819 | 968 | 1,936 | 2,904 | 3,872 | 4,840 | 5,808 | 6,776 | 7,744 | 8,712 | 9,680 | 10,648 | 11,819 | 11,819 |
| Unit of Activity Charges | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other-Misc. MJH Adjust | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | | |
| **Total SPD Fixed Charges** | 26,855 | 3,072 | 5,980 | 8,888 | 11,796 | 14,704 | 17,612 | 20,520 | 23,428 | 26,336 | 29,244 | 32,152 | 35,252 | 35,252 |

### DIRECT CHARGES

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | 9,408 | 784 | 1,568 | 2,352 | 3,136 | 3,920 | 4,704 | 5,488 | 6,272 | 7,056 | 7,840 | 8,624 | 9,408 | 9,408 |
| Macrolide (ABT 773) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) Pediatric | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) I.V. | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cholinergic Channel Modulator | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| BPH Backup | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Endothelin | 193 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 | 176 | 193 | 193 |
| NPS-1776 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Quinolone | 2,400 | 200 | 400 | 600 | 800 | 1,000 | 1,200 | 1,400 | 1,600 | 1,800 | 2,000 | 2,200 | 2,400 | 2,400 |
| Cancer - Anti Mitotic (Eisai-7010) | 265 | 22 | 44 | 66 | 88 | 110 | 132 | 154 | 176 | 198 | 220 | 242 | 265 | 265 |
| Ciari 140H | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cancer - Angiogenesis | 668 | 55 | 110 | 165 | 220 | 275 | 330 | 385 | 440 | 495 | 550 | 605 | 668 | 668 |
| Ciari IV | 3,072 | 256 | 512 | 768 | 1,024 | 1,280 | 1,536 | 1,792 | 2,048 | 2,304 | 2,560 | 2,816 | 3,072 | 3,072 |
| Ciari Process Improvements | 952 | 80 | 160 | 240 | 320 | 400 | 480 | 560 | 640 | 720 | 800 | 880 | 952 | 952 |
| New Products | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Misc Process Impv (exy Danisco) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal Pass Through | 16,958 | 1,413 | 2,826 | 4,239 | 5,652 | 7,065 | 8,478 | 9,891 | 11,304 | 12,717 | 14,130 | 15,543 | 16,958 | 16,958 |
| | | | | | | | | | | | | | | |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Patents & Trademarks | 370 | 31 | 62 | 93 | 124 | 155 | 186 | 217 | 248 | 279 | 310 | 341 | 370 | 370 |
| Miscellaneous (Depr adjusted here) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Discovery Special Labs | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal Discovery | 370 | 31 | 62 | 93 | 124 | 155 | 186 | 217 | 248 | 279 | 310 | 341 | 370 | 370 |
| | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Ciari I | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Ciari IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - ABT 378 IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Misc PMP | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Misc (Add'l Warehou | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Protease 2nd Gen to PPNC | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| New Projects | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| New Projects | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Excess Capacity | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Unit of Activity Charges | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other-Misc. MJH Adjust | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | | |
| **Total SPD Direct Charges** | 17,328 | 1,444 | 2,888 | 4,332 | 5,776 | 7,220 | 8,664 | 10,108 | 11,552 | 12,996 | 14,440 | 15,884 | 17,328 | 17,328 |

HIGHLY
CONFIDENTIAL
ABBT 0037537

25

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS MONTH - $
2001 PLAN

02/15/01
06:57 AM

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUMMARY SPD** | | | | | | | | | | | | | | |
| Total Pilot Plant/PMP Stack Card | 24,497 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,035 | 24,497 |
| Total Bulk Drug Direct | 17,328 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 17,328 |
| Total Excess Capacity Stack Card | 11,610 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 962 | 11,610 |
| Total SPD | 53,435 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,441 | 53,435 |
| | | | | | | | | | | | | | | |
| **SUMMARY GLOBAL/DOMESTIC** | | | | | | | | | | | | | | |
| Total Global SPD | 47,069 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,916 | 47,069 |
| Total All Other Domestic SPD | 6,366 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 525 | 6,366 |
| Total SPD | 53,435 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,441 | 53,435 |

L:\GROUP\PLANNING\2001 PLAN\2001 FINAL Opcost\WK4                    KEY CHECK (S/B 0)—>        --

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS YTD - $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUMMARY SPD** | | | | | | | | | | | | | | |
| Total Pilot Plant/PMP Stack Card | 24,497 | 2,042 | 4,084 | 6,126 | 8,168 | 10,210 | 12,252 | 14,294 | 16,336 | 18,378 | 20,420 | 22,462 | 24,497 | 24,497 |
| Total Bulk Drug Direct | 17,328 | 1,444 | 2,888 | 4,332 | 5,776 | 7,220 | 8,664 | 10,108 | 11,552 | 12,996 | 14,440 | 15,884 | 17,328 | 17,328 |
| Total Excess Capacity Stack Card | 11,610 | 968 | 1,936 | 2,904 | 3,872 | 4,840 | 5,808 | 6,776 | 7,744 | 8,712 | 9,680 | 10,648 | 11,610 | 11,610 |
| Total SPD | 53,435 | 4,454 | 8,908 | 13,362 | 17,816 | 22,270 | 26,724 | 31,178 | 35,632 | 40,086 | 44,540 | 48,994 | 53,435 | 53,435 |
| | | | | | | | | | | | | | | |
| **SUMMARY GLOBAL/DOMESTIC** | | | | | | | | | | | | | | |
| Total Global SPD | 47,069 | 3,923 | 7,846 | 11,769 | 15,692 | 19,615 | 23,538 | 27,461 | 31,384 | 35,307 | 39,230 | 43,153 | 47,069 | 47,069 |
| Total All Other Domestic SPD | 6,366 | 531 | 1,062 | 1,593 | 2,124 | 2,655 | 3,186 | 3,717 | 4,248 | 4,779 | 5,310 | 5,841 | 6,366 | 6,366 |
| Total SPD | 53,435 | 4,454 | 8,908 | 13,362 | 17,816 | 22,270 | 26,724 | 31,178 | 35,632 | 40,086 | 44,540 | 48,994 | 53,435 | 53,435 |

L:\GROUP\PLANNING\2001 PLAN\2001 FINAL Opcost\WK4

HIGHLY
CONFIDENTIAL
ABBT 0037538

**PPRD AFFORDABILITY RECONCILIATIONS MONTH - $ 2001 PLAN**

02/19/01
03:57 AM

| | 2001 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SDG/Other | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| HIV/Knoll/QD/Other | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Aegis Insurance | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Genset #1 | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Genset #2 | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Neurosearch FTE $2530, depr $200 | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Coactinon | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| SPD IDV Liponavir | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Thrombolytics to HPD (Ovrhd & Grants) | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Data Management Absorbtion | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Other New Products | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Quinolone Payment | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Division Task | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| | | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Total SDG/Other | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |

HIGHLY

CONFIDENTIAL
ABBT 0037539

# Key Issues in 2001

HIGHLY

CONFIDENTIAL
ABBT 0037540



## Pharmaceutical Research & Development
### Key Plus/Minus List
### 2001
### ($MM's)

| Description | Commentary | Probability | Fav/(Unfav) |
|---|---|---|---|
| DPI Agreement | Licensing agreement with Discovery Partners International. Accounting to be clarified with Corporate. | High | 2.0 |
| SPD Bulk drug for Ketolide | Discussions are currently on-going with SPD to drop the number of bulk manufacturing campaign runs from 5 to 4 for the April Update. | High | 1.5 - 2.0 |
| Ketsine FDA Strategy | The current Ketsine budget assumes all data that is scheduled to be submitted as part of the FDA Accelerated Approval timetable will be sufficient. In the event that the data is inconclusive (as determined by the FDA) additional dollars will be needed to continue existing studies. | High | (1.2) |
| | **Subtotal for High Probability Scenarios** | | **2.3 - 2.8** |
| CCM Milestone Funding | Go/No go decision is scheduled for May/June 2001. If the decision to continue development is made, additional funding will be needed to continue the program. | Medium | (0.8) |
| Ketolide Japan | Japan Phase II/III studies have been milestones funded. If pipeline data is available in the 4Q (this is the projected start date of the study), funding will be needed to stay on target with the expeditions of Japan regulators. | Medium | (4.0) |
| Quinolone Milestone Payment | Currently, Phase IIb milestone payment is unfunded. If current enrollment levels are achieved for Phase IIb, additional funding will be necessary to satisfy our contractual obligations. There is a high probability that the contract will be re-negotiated and the milestone payment will then come due in 1Q 2002. | Medium | (3.5) |
| | **Subtotal for Medium Probability Scenarios** | | **(17.3)** |
| Immunosuppressant Sale | Sale of this compound is expected in 2001. Global Pharmaceutical R&D Division could potentially receive the revenue from this sale. | Low | 6.0 |
| Kuro Bio DDC | If Kuro Bio does not produce a DDC, we will not owe them a milestone payment in 2001. | Low | 1.0 |
| Bimoclomol Funding | Go/No go decision is expected in late 1Q or early 2Q 2001. If the decision to continue development is made, Phase III studies will require funding. | Low | (11.7) |
| | **Subtotal for Low Probability Scenarios** | | **(5.7)** |

HIGHLY

CONFIDENTIAL
ABBT 0037541

2001 PLAN
PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT

| | In | Out |
|---|---|---|
| **NEUROLOGY** | | |
| Depakote | • Ongoing activities; elderly agitation, impulsive aggression, psychosis. <br>• New activities: polycystic ovary, new GR form, 250mg ER definitive bio | • New formulations: epilepsy & migraine <br>• Bipolar in pediatric mania <br>• Dose Proportionality <br>• Pediatric Patent Extension - Panah <br>• Acute Migraine <br>• Depakote Status Epilepticus |
| ABT-594 | • Milestone funded to Go/No Go decision June 2001 for neuropathic pain. | • Funding for 3rd and 4th qtr III Go decision in made <br>• Phase IIB Chronic Persistent Pain |
| COX-II | • Completion of work started in 2000 bringing it to a logical stopping point | • Continuation of pre-clinical and Phase I studies |
| ABT-088 | • Completion of work started in 2000 bringing it to a logical stopping point | • Single/Multiple rising dose Ph I study |
| ABS-103 | • Completion of work started in 2000 bringing it to a logical stopping point | • Pre-clinical studies <br>• Single rising dose Ph I study |
| NPS-1776 | • Completion of work started in 2000 bringing it to a logical stopping point | • Pre-clinical studies <br>• Single and rising multiple dose Ph I study and formulation bio studies |
| Hydrocodone/Ibuprofen | • Rapid absorbs and controlled release forms | |
| **ANTI-INFECTIVE** | | |
| Clarithromycin | • Extended Release Once/Day <br>• Phase IV (ca) | • Cystic Fibrosis <br>• Asthma |
| Ketolide | • Tablet: FDA delayed review forcing ABT to maintain NDA filing date. Cost = $5.5MM. <br>• Drug interaction studies: Warfarin, Digoxin & Clarinidin #?? | • I.V. <br>• Pediatric <br>• Japan Ph I/II <br>• Drug interaction studies: Lonefidine, Carbamazepine & Cyclosporine |
| Quinolone | • Tablet <br>• $5MM milestone payment for initiating Ph IIA | • Milestone payment for initiation of Ph IIB $5.5MM |
| Neuraminidase (ABT-677) | | • 2 week toxicology study <br>• single rising dose study <br>• multiple rising dose study |
| Omnicef | • Otitis Media | • AECB & Pharyngitis |

30

| | In | Out |
|---|---|---|
| **UROLOGY/CARDIOLOGY** | | |
| Fenofibrate (Founder) | - Medical Affairs / Ph IV base level support | - Diabetes<br>- PM Women<br>- Peri-Post MI |
| **HIV** | | |
| KCO | - Pre Clinicals | |
| Ritonavir | - Norvir / Roche Combo<br>- Efina A & B | |
| Kaletra | - IBHSO/Xendox<br>- KAG (SEC reformulation)<br>- HAART Metabolic complications<br>- Start Phase IIIb Switch & Survive<br>- Expanded Access<br>- Ph II Pediatric<br>- Ph III Naive | - Current assumption is that long term safety data from compliant portion of Ph II Pediatric and Ph III Naive studies will suffice for FDA requirements. If the FDA require us to finish these studies we will need about $1.2M/k. |
| Cyclosporine | - PREFER<br>- European Switch Kidney plus Extension<br>- Pediatric PK | |
| **CANCER** | | |
| Endothelin (ABT-627) | - Ph III pivotal study #1<br>- Initiate Ph III pivotal study #2<br>- TTO<br>- Bioequivalence<br>- Drug Interaction studies: Paroxetinedine | - Early Stage Pca<br>- Ph II exploratories<br>- Drug interaction studies: Midazolam, Ketoconazole & Rifampin |
| TSP #1 (ABT-510) | - Multiple dose in cancer patients<br>- IND study | - Manufacturing & Toxicology |
| Metalloprotease | - Multiple dose in cancer patients<br>- IND study | - Manufacturing & Toxicology |
| Anti-Altscin (ABT-761) | - Multiple dose in cancer patients<br>- IND study | |
| K-6 | | - Pre clinical / Ph I studies |
| FTI #2 | | - Pre clinical / Ph I studies |
| **Other New Products** | | - DDC's & In - licensing |
| **Other** | | - AD/I, Exploratory, AEGIS Medos, preclinicity progms<br>- Bimodonal |
| **DiscoveryX** | | - Genext |

HIGHLY
CONFIDENTIAL
ABBT 0037543

**Analgesia Venture**
**ABT-594**
**2001 PLAN KEY STATISTICS Pass II**
**($000)**

| Project | 2001 Target | 2000 AGU | 2001 PLAN | Target or PLAN For(Under) Yar |
|---|---|---|---|---|
| Neuronal nicotinic receptor antagonist (Milestone Funded to Go/No Go June, 2001) | 9,300 | 14,411 | 9,307 | (7) |

**Key Milestones / Assumptions**

| | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|
| - IND Filing | 2/98 | 2/98 | Completed |
| - Initiate Phase II - U.S. | 7/98 | 7/98 | Completed |
| - Go/No Go Clinical Efficacy (Phase IIa) | 9/99 | 9/99 | Completed |
| - Go/No Go Clinical Efficacy (Phase IIb) | 2/01 | 6/01 | Delayed — Last patient enrolled 1/5/01, n = 269 |
| - Initiate Phase III - U.S. | 9/01 | 4/02 | Delayed |
| - File NDA U.S./ EMEA EU | 5/03 | 9/03 | Delayed |

**PARD**

| | 00 AGU | 01 PLAN | |
|---|---|---|---|
| - Analytics Dev & Support | 879 | 641 | Analy-sis P. Support Milwanuba Chem & Process Justification |
| - Formulation Dev & Support | 745 | 226 | Formulation scale-up and process optimization |
| - Clinical Finishing | 607 | 145 | Completion of M99-114, Phping 3 Ph 1 early supplies |
| - Project Management Support | 178 | 63 | Coordination of activities and support of go/no go meeting prep |
| - PARD Total | 2,409 | 1,075 | |

**Total Venture Management**
- Expense: $3,988, reflecting milestone funding
- Authorized Heads: Flat to AGU until July, 2001, ABT-594,Go/No Go Decision, then 11 headcount after July, 2001

| | R/ass 2000 AGU | | R/ass 2001 PLAN | | SPD Requirements | | |
|---|---|---|---|---|---|---|---|
| | Start | End | Start | End | Kg: | Heds | End |
| | | | | | 5 | 1 | Dec-01 |
| | 2000 AGU | Apr-00 | Nov-00 | Apr-01 | 5 | ... | |
| | 2001 PLAN | | | Feb-01 | | | Nov-01 |
| | | | | Mar-01 | | | Sep-01 |

| | | | | Cost | | |
|---|---|---|---|---|---|---|
| | | | Total | 00 AGU | Med Cost | Total Cost 01 PLAN | Variance |
| | | | 165 | 71 | | 165 | |
| | | | 300 | | | 300 | |
| | | | 500 | | | 500 | |
| | | | 3,100 | 3,000 | 3,000 | 100 A | |
| | | | 4,065 | | 3,000 | 1,065 | |

**Clinical Grants**

| | | 1st Patient Dosed | Last CRF | R/ass 2000 AGU Start | End |
|---|---|---|---|---|---|
| **Phase I** | | | | | |
| M99-971 | Human Metabolism 3H | Apr-01 | Nov-01 | | |
| TBD | fMRI | Aug-01 | Nov-01 | | |
| TBD | Titration Optimization | Apr-01 | Jul-01 | | |
| **Phase IIb** | | | | | |
| M99-114 | Neuropathic Pain | Apr-00 | Mar-02 | Apr-00 | Nov-00 |

**Total**

A  Increased cost result of additional CRO monitoring costs.

L:\CRO\DV\Barbara\Analysis\Venture\2001\Budget Package\01Plan venture package pass 2\CAbl2031994 Key Stat

HIGHLY

CONFIDENTIAL
ABBT 0037544

31

Discovery
ABT-963
2001 PLAN KEY STATISTICS Phase II
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav/(Unfav) Var |
|---|---|---|---|---|
| Cox II Inhibitor | 1,200 | 4,000 | 1,186 | 14 |

**Key Milestones / Assumptions**

|  | 00 AGU | 01 PLAN |
|---|---|---|
| · Initiate Phase I SD Study | 12/2000 | 12/2000 |
| · Beyond Phase I SD Go/No Go Decision | 2/2001 | 2/2001 |

Status (on target, pending or delayed to x)

**PARD**

|  | 00 AGU | 01 PLAN |
|---|---|---|
| · Analytics Dev & Support | 195 | 21 |
| · Formulation Dev & Support | 147 | 11 |
| · Clinical Finishing | 33 | 18 |
| · Project Management Support | 29 | --- |
| PARD Total | 404 | 50 |

**Total Venture Management**
· Cox II is presently not assigned to a venture and managed by Dr. George Carter in Discovery

|  |  |  | Rfoss 2000 AGU | | Rfoss 2001 PLAN | | SPD Requirements | | | Cost | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1st Patient Dosed | Last CRF | Start | End | Start | End | Exp | Heads | Total | 00 AGU Total | Mart Cost | 01 PLAN Total Cost Variance |
| | | | | | 2000 AGU | | | | | | | |
| | | | | | 2001 PLAN | | Oct-00 | Feb-01 | | | | |

**Clinical Grants**

| | 1st Patient Dosed | Last CRF | Start | End | | | | | Total | 00 AGU | Mart Cost | 01 PLAN Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Phase I** | | | | | | | | | | | | |
| M00-238  Single Dose (Europe) | Nov-00 | Jan-01 | Nov-00 | Feb-01 | | | | | 261 | 131 | 131 | 131 |
| | | | | | | | | | | | | |
| Total | | | | | | | | | 261 | 131 | 131 | 131 |

HIGHLY
CONFIDENTIAL
ABBT 0037545

32

L:\GROUP\Share\Analysis\Venture\2001\Budget Package\01\The venture packge page 2 (Jan)\KS Key Stats

Analgesia Venture
ABT-089
2001 PLAN KEY STATISTICS Pass II
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav/(Unfav) Var |
|---|---|---|---|---|
| Neuronal nicotinic receptor modulator (Unfunded) | 600 | 3,000 | 613 | (13) |

**Key Milestones / Assumptions**
- Translation Team Go/No Go

| | 00 AGU | 01 PLAN | |
|---|---|---|---|
| | | TBD | Status (on target, pending or delayed to x) |
| | | | Unfunded, program on hold |

**PARD**

| | 00 AGU | 01 PLAN |
|---|---|---|
| - Analytics Dev & Support | 156 | -- |
| - Formulation Dev & Support | 147 | -- |
| - Clinical Finishing | 34 | -- |
| - Project Management Support | 29 | -- |
| PARD Total | 366 | -- |

**Total Venture Management**
- Expense: $3,988, reflecting milestone funding
- Authorized Heads: Flat to AGU until July, 2001, ABT-594 Go/No Go Decision, then 11 headcount after July, 2001

**SPD Requirements**

| | Nross | | Key | | Head | | Cost | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2000 PLAN Start | End | | | Mat'l Cost | Total Cost | | | |
| 2000 AGU | | | -- | -- | -- | -- | | | |
| 2001 PLAN | | | -- | -- | -- | -- | | | |

| Clinical Grants | 1st Patient Dosed | Last CRF | Nross 2000 AGU Start | End | Total | Cost 00 AGU | 01 PLAN | Variance |
|---|---|---|---|---|---|---|---|---|

**Phase I**

Total

LGROUP\Analysis Analgesia Venture\2001 Budget Package\01Plan venture package pass 2-Lou\2001 Key Stat

HIGHLY
CONFIDENTIAL
ABBT 0037546

33

Analgesia Venture
ABS-103
2001 PLAN KEY STATISTICS Phase II
($000)

| | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav/(Unfav) Year |
|---|---|---|---|---|
| **Project** | | | | |
| ABS - 103 (Unfunded) | | : | : | : |

**Key Milestones / Assumptions**

| | 1st Patient Dosed | Last CRF | Rxxx 2000 AGU Start | End | Rxxx 2001 PLAN Start | End | Status (on target, pending or delayed to x) |
|---|---|---|---|---|---|---|---|
| - DDC Meeting | | | 00 AGU | | 01 PLAN | 4/2001 | |

**PAHD**

| | 00 AGU | 01 PLAN | |
|---|---|---|---|
| - Analytics Dev & Support | : | : | |
| - Formulation Dev & Support | : | : | |
| - Clinical Finishing | : | : | |
| - Project Management Support | : | : | |
| - PAHD Total | : | : | |

**Total Venture Management**
- Expenses: $3.9BB, reflecting milestone funding
- Authorized Heads: Flat to AGU until July, 2001, ABT-594 Go/No Go Decision, then 11 headcount after July, 2001

| | RPD Requirements | | | | |
|---|---|---|---|---|---|
| | Kgs | Heads | Matl Cost | Total Cost | |
| 2000 AGU | : | : | : | : | |
| 2001 PLAN | : | : | : | : | |

| | Rxxx 2000 AGU Start | End | Rxxx 2001 PLAN Start | End | Cost 00 AGU | 01 PLAN | Variance |
|---|---|---|---|---|---|---|---|
| **Clinical Grants** | | | | | | | |
| *Phase I* | | | | | | | |
| Total | | | | | | | |

HIGHLY
CONFIDENTIAL
ABBT 0037547

34

Analgesia Venture
NPS 1776
2001 PLAN KEY STATISTICS Pass II
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav (Unfav) Year |
|---|---|---|---|---|
| NPS-1776 (Unfunded) | 500 | ... | 537 | (37) |

Key Milestones / Assumptions

| | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|
| · DDC Meeting | | 4Q2001 | |

PARD

| | 00 AGU | 01 PLAN |
|---|---|---|
| · Analytics Dev & Support | | ... |
| · Formulation Dev & Support | | ... |
| · Clinical Finishing | | |
| · Project Management Support | | ... |
| · PARD Total | | ... |

Total Venture Management
- Expense: $3,988, reflecting milestone funding
- Authorized Heads: Flat to AGU until July, 2001, ABT-594,Go/No Go Decision, then 11 headcount after July, 2001

|  | R/css 2000 AGU | | R/css 2001 PLAN | | SPD Requirements | | | | Cost | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Start | End | Start | End | Kgs | Heads | Mat'l Cost | Total Cost | Total | 00 AGU | 01 PLAN | Variance |
| 2000 AGU | | | | | ... | ... | ... | ... | | | |
| 2001 PLAN | | | | | ... | ... | ... | 490 | | | |

| Clinical Grants | 1st Patient Dosed | Last CRF |
|---|---|---|

Total

HIGHLY
CONFIDENTIAL
ABBT 0037548

ANTI-INFECTIVE FRANCHISE
CLARITHROMYCIN
2001 PLAN KEY STATISTICS
($000)

| Indication | 2000 AGU | 2001 Plan | 2001 PLAN Fav/(Unfav) vs. AGU |
|---|---|---|---|
| Extended Release Once/Day | 10,558 | 5,465 | 5,223 |
| Pediatric New Strength (MHC) | 107 | 41 | 66 |
| XL/MR Patent Protection world wide (PARD/IDC) | 883 | 152 | 731 |
| AI Pediatric | 4,573 | 30 | 4,543 |
| Phase IV Intl. | 3,091 | 9,395 | (6,304) |
| AI 1 Gram Tablet | 2,985 | 11 | 2,974 |
| Japan 400MG Tablet | 1,891 | 0 | 1,891 |
| Other | 2,199 | 584 | 1,525 |
| Total Clarithromycin | 26,317 | 15,678 | 10,639 |
| Plan Target | 26,400 | 14,900 | (11,500) |
| Variance Fav/(Unf) vs. target | 83 | (778) | (861) |

| Key Milestones / Assumptions | '00 AGU | '01 PLAN | Status |
|---|---|---|---|
| Extended Release Once/Day | | | |
| • Initiate BAL study Label addition for Biaxin XL | — | 8/00 | Complete |
| • Initiate Mucolytic -Private IND Studies (Investig. Initiated) | — | 9/00 | Complete |
| • Initiate Immunomodulatory Program -Private IND Studies (Investig. Initiated) | — | 8/00 | Complete |
| • Initiate Pertussis study (Investigator Initiated) | — | TBD | |

| PARD | AGU | '01 PLAN | Status |
|---|---|---|---|
| • Patent protection effort for XL and MR formulations | 1/99 | 1/01 | Ongoing |

| | AGU | 2001 PLAN | 2001 vs AGU Fav/(Unf) | PARD Variance by Project: | |
|---|---|---|---|---|---|
| Budget ($000) | | | | ER Once/Day | 1,264 |
| Analytical Development & Support | 679 | 335 | 544 | Ped New Stre | 107 |
| Formulation Development & Support | 2,061 | 231 | 1,830 | AI Ped 1/Day | 449 |
| Clinical Finishing | 299 | 358 | (59) | Patent | 631 |
| Project Mgt. | 320 | 137 | 183 | Other | 47 |
| Total | 3,559 | 1,061 | 2,498 | | 2,498 |

| Venture Management (Total Department) | | CAPD Requirements | | | |
|---|---|---|---|---|---|
| • Expense: | | | Kgs | Heads | Mat'l Cost | Total Cost |
| $11,825M (Increase of $3,264M vs 2000 Actual; includes ART-492 Milestone payment of $3MM, $3MM Milestone Payment) | AGU | 0 | 0 | 226 | 226 A |
| • Total Heads = 61, unchanged vs. AGU. Abbott full time - 24, unchanged vs. AGU. | 2001 | 0 | 0 | 0 | 0 |

A) Project budget does not include Phase IV bulk drug development expense (process improvement) of $4.7MM. $326M included in AGU for 14-OH metabolite.

| Domestic Studies | 1st Patient Dosed | Last CRF | R/OSS 2000 AGU Start | End | R/OSS 2001 PLAN Start | End | Study Total | Cost($000) '00 ACT | '01 PLAN | 2001 Fav/(Unf.) vs.AGU |
|---|---|---|---|---|---|---|---|---|---|---|
| Accrual Adjustments - Completed Studies | | | | | | | | | | (2,529) |
| Extended Release Once/Day | | | | | | | | | | |
| M99-468 Biaxin vs. Augmentin in AECB (300 pts) | 9/99 | 4/00 | 9/99 | 4/00 | 9/99 | 4/00 | 3,900 | 1,277 | 0 | 1,277 |
| M99-477 Biaxin XL vs. Levaquin in CAP (replace Trova 300 pts) | 9/99 | 7/00 | 9/99 | 7/00 | 9/99 | 7/00 | 4,000 | 2,333 | 0 | 2,333 |
| M99-253 Biaxin XL +Ceph. IV Step Down study vs Lev. (150 pts) | 1/00 | 12/00 | 1/00 | 12/00 | 1/00 | 12/00 | 500 | 357 | 500 | (142) |
| M99-055B Biaxin XL Immunomodulatory Claim | 1/00 | 12/00 | 1/00 | 12/00 | 1/00 | 12/00 | 500 | 527 | 0 | 527 |
| M00-206 Biaxin XL Mucolytic -Private IND Studies (Inv. Init. ; 30 pats.) | 9/00 | 12/01 | | | 8/00 | 12/01 | 180 | 0 | 180 * | (180) |
| M00-208 Biaxin XL Mucolytic -Private IND Studies (inv. init. ; 60 pats.) | 9/00 | 12/01 | | | 9/00 | 12/01 | 180 | 0 | 180 * | (180) |
| M00-207 Biaxin XL Immunomodulatory - Private IND (inv. init. pat. TB | 3/00 | 12/02 | | | 3/00 | 12/01 | 880 | 0 | 880 * | (880) |
| * Note: M00-206, M00-207, M00-205 continuations of M99-055B | | | | | | | | | | |
| M00-214 BAL study Label addition for Biaxin XL (45 patients) | 8/00 | 4/01 | | | 8/00 | 4/01 | 350 | 350 | 0 | 350 |
| TBD Pertussis Investigator Initiated study (patients TBD) | TBD | TBD | | | TBD | TBD | 150 | 0 | 150 | (150) |
| N/A Counter Resistance - Animal in Vitro studies CAP registry | N/A | N/A | N/A | N/A | N/A | N/A | 500 | 0 | 1,050 | (1,050) |

| International | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| M99-337 PREP/DRSP IR | 11/99 | 8/00 | 11/99 | 8/00 | 11/99 | 8/00 | 3,249 | 2,500 | 749 | 1,751 |
| Pediatric (International) | | | | | | | | | | |
| Multiple AI Ped Once-A-Day | 1/00 | 12/02 | 1/00 | 12/00 | 1/00 | 12/02 | 6,707 | 1,300 | 0 | 1,300 |
| Other (International) | | | | | | | | | | |
| Multiple AI 1 Gram PK Studies | 1/00 | 12/02 | 1/00 | 12/00 | 1/00 | 12/02 | 2,790 | 850 | 0 | 850 |
| Multiple AI Japan 400MG Tablet | 1/00 | 12/02 | 1/00 | 12/00 | 1/00 | 12/02 | 3,498 | 1,033 | 0 | 1,033 |
| Multiple Clari MR | 1/01 | | | | 1/01 | 12/01 | 0 | 0 | 0 | 0 |
| Multiple Clari OD XL vs. MR | 4/00 | 12/02 | 4/00 | 12/00 | 4/00 | 12/02 | 9,055 | 850 | 5766 | (5,155) |
| MECAPP | | | | | | | | 0 | 848 | (848) |
| Italy Winezco (included in Domestic - immunomodulatory) | | | | | | | | 0 | 0 | 0 |

HIGHLY
CONFIDENTIAL
ABBT 0037549

36

ANTI-INFECTIVE FRANCHISE
Ketolide ABT-773
2001 PLAN KEY STATISTICS
(2000)

| Project | 2000 Actual | 2001 PLAN | 2001 PLAN vs. '00 Actual Fav/(Unfav) |
| --- | --- | --- | --- |
| KETOLIDE ABT-773 | 67,887 | 54,574 | |
| Tablet | 2,882 | 2,674 | |
| Pediatric | 2,057 | 1,825 C | 1,229 |
| Japan Formulation /Registration | 1,000 A | 64 | 936 |
| IV | 74,526 | 60,274 | (13,746) |
| Target | 74,100 | 58,000 | 13,000 |
| Variance Fav/(Unf) vs. Target | (426) A | (2,274) B | (1,848) |

A) Unfunded IV Project responsible for variance from target.
B) Variance expected to be reduced in APU by reduction of raw SPD bulk drug campaign ($1.5MM) and reduction in international support to Japan Registration ($.45MM).
C) Japan Registration estimate for 2001 assumes delay in Phase I/II studies in 2002.

| Key Milestones / Assumptions | '00 AGU | '01 PLAN | Status |
| --- | --- | --- | --- |
| Complete Phase IIB | 6/00 | 8/00 | Complete |
| End of Phase II - FDA Meeting | 10/00 | 12/00 | Complete; Protocol changes will delay Europe start. |
| Initiate Phase II - North America / Europe | 11/00 | 11/00 | Phase III delayed; Studies will start 4Q 00, Europe 1Q 01 |
| Initiate Phase III - South Africa / South America | | 4/01 | Additional sites to achieve required patients for NDA filing date |
| Pediatric Formulation Go / No-Go | 4/00 | 11/00 | No funding for Pediatric in 2001. |
| SPD Bulk Drug ( Year 2000; 5 deliveries of 375KG =1,875KG Total) | 1/01-12/01 | 1/01-12/01 | Discussing with SPD the possibility for reduction of raw delivery |
| Initiate Phase III CAP / Sinusitis comparator studies | 6/01 | 11/01 | On target (Based on CAP / Sinusitis 150mg QD vs. 150mg BID results). |
| File Tablet NDA | 6/02 | 8/02 | NDA Filing delayed to 3Q 2002 |
| File Pediatric and IV NDAs | TBD | TBD | No funding for Pediatric or IV in 2001 Plan. |

| PAPD | '00 AGU | '01 PLAN | Status (on target, pending or delayed to x) |
| --- | --- | --- | --- |
| Scale Up activities 75L | 5/99-1/00 | 5/99-1/00 | Complete |
| Intermediate scale up 300L | 12/99-2/00 | 12/99-2/00 | Complete |

| Budget | 2000 Act. | 2001 PLAN | 2001 Plan vs. AGU Fav/(Unf) |
| --- | --- | --- | --- |
| Analytical Development & Support | 2,001 | 1,773 | 234 |
| Formulation | 2,223 | 1,456 | 767 |
| Formulation Development & Support | 1,845 | 1,478 | 367 |
| Clinical Finishing | 547 | 967 | (20) |
| Project Mgt. | | | |
| **Total** | 5,976 | 5,224 | 1,253 |

Venture Management
Expense:
$12,022M (increase of $3,354M vs 2000 Actual; includes ABT-492 Milestone payment of $1MM).

Total Heads - 41, unchanged vs. AGU. Abbott full time - 32, unchanged vs. AGU.

| SPD Requirements | Kgs | Heads | Direct Cost | Task | Total Cost |
| --- | --- | --- | --- | --- | --- |
| 2000 AGU | 2520 A | 25 | 18,509 B | $2,100 | 22,522 |
| 2001 PLAN | 1,875 C | 22 | 12,505 | | 14,970 C) |

A) 2195 Kgs for Tablet Formulation, 242 Kgs for Pediatric, 80 Kgs for IV at $7,500 /Kg.
   Total CAPD costs include headcount related charges of $7.5-4.5M.
B) 2,520 Kgs @ $7,500/kg for $18.9MM less net prespending $2.1MM, $4,667/kg net of task)
C) 1,875 Kgs @ $5,000/kg + headcount and prespending charges of $5.595M. Does not reflect planned reduction of raw bulk drug campaign.

| | 1st Patient Dosed | Last DBF | R/O/S 2000 PLAN Start | End | R/O/S 2001 PLAN Start | End | Study Total | Cost (2000) 2000 Act. | 2001 Plan | 2001 Fav/(Unfav.) vs. AGU |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **ACPRU STUDIES (Deferred in 2001)** | | | | | | | | | | |
| Bio 1001-1200L | 5-01 | | | | 5-01 | 12-01 | 216 | | 216 | (216) |
| Bio 1001-000L BE | 11-01 | | | | 11-01 | 5-02 | 231 | | 231 | (231) |
| Drug Interaction Loratidine - (delayed in 2002) | TBD | | | | TBD | TBD | 175 | | | |
| Drug Interaction Warfarin | 3-01 | | | | 2-01 | 6-01 | 214 | | 214 | (214) |
| Drug Interaction Digoxin | 1-01 | | | | 1-01 | 7-01 | 372 | | 372 | (372) |
| Drug Interaction Carbamazepine (delayed in 2002) | TBD | | | | TBD | TBD | 215 | | | |
| Drug Interaction Cyclosporin (delayed in 2002) | TBD | | | | TBD | TBD | 280 | | | |
| Drug Interaction Geriatric PIT | 10-01 | | | | 10-01 | 10-02 | 162 | | 162 | (162) |
| ABT-773 Bio ESL to 300L | 5-01 | | | | 5-01 | 10-01 | 175 | | 175 | (173) |
| ACPRU Total New 2001 Studies | | | | | | | 1,370 | | | (1,370) |
| **PHASE IIB STUDIES** | | | | | | | | | | |
| M99-054 | CAP | 9-99 | 5/00 | 9-99 | 6/00 | 9-99 | 5/00 | 4,083 | 1,837 | — | 1,837 |
| M99-053 | Sinusitis | 9-99 | 5/00 | 9-99 | 5/00 | 9-99 | 5/00 | 2,172 | 1,558 | — | 1,558 |
| M99-048 | AECB | 9-99 | 5/00 | 9-99 | 6/00 | 9-99 | 6/00 | 3,865 | 2,212 | — | 2,212 |
| | Writing | | | | | | | 210 | 157 | — | 157 |
| **TOTAL PHASE IIB STUDIES** | | | | | | | | 11,346 | 5,944 | — | 5,944 |
| **2000 External Bio Studies** | | | | | | | | | | | |
| M99-119 | Japan Phase I | 12/99 | 4/00 | 12/99 | 4/00 | 12/99 | 4/00 | 957 | 790 | — | 790 |
| M99-142 | Tissue Studies | 3/00 | 12/00 | 3/00 | 12/00 | 3/00 | 12/00 | 489 | 489 | — | 489 |
| | Tissue Study - Cleft - 150mg | 3/01 | 12/01 | | | 3/01 | 12/01 | 500 | — | 500 | (500) |
| | Tissue Study - Gottleb - 150mg QD vs. 150mg BID | 3/01 | 12/01 | | | 3/01 | 12/01 | 500 | — | 500 | (500) |
| | Renal | 9/00 | 2/01 | 9/00 | 2/01 | 9/00 | 2/01 | 300 | 63 | 130 | (93) |
| M99-129 | Hepatic | 3/00 | 3/01 | 3/00 | 3/01 | 3/00 | 3/01 | 313 | 231 | 62 | 169 |
| | | | | | | | | 2,929 | 1,573 | 1,200 | 373 |
| **JAPAN STUDIES (New Formulation)** | | | | | | | | | | |
| | Japan Phase I | 10/00 | 5/01 | 10/00 | 5/01 | 10/00 | 5/01 | 1,600 | 1,600 | — | 1,600 |
| | Japan Phase IIB | | | | | 9/01 | 4/03 | 22,000 | — | — | — |
| | | | | | | | | 23,600 | 1,600 | — | 1,600 |
| **PHASE III STUDIES** | | | | | | | | | | |
| Multiple | Phase III Start-Up | 3/00 | 5/02 | 6/00 | 5/00 | 3/00 | 5/02 | 1,306 | 1,306 | — | 1,306 |
| M00-221 (M99-089) | CAP - Levo 500mg QD, NA/SA (450 pat) | 9/01 | 3/02 | 9/01 | 3/02 | 11/01 | 5/02 | 6,200 | — | 2,342 | (2,342) |
| M00-219 (M00-152) | CAP - Open Label NA (500 pat.) | 11/00 | 6/01 | 11/00 | 6/01 | 11/00 | 5/01 | 16,255 | 3,545 | 12,731 | (9,186) |
| M00-220 (M00-151) | CAP - Amoxicillin + AX, EU (500 pat.) | 9/01 | 3/02 | 9/01 | 3/02 | 11/01 | 5/02 | 5,700 | — | 1,629 | (1,629) |
| M00-225 (M00-149) | Sinusitis - Cefuroxime 250mg BID, NA (450 pat.) | 9/01 | 3/02 | 9/01 | 3/02 | 11/01 | 5/02 | 4,400 | — | 1,257 | (1,257) |
| M00-225 (M00-AD) | Sinusitis - Open Label, NA/SA,EU (500 pat.) | 11/00 | 6/01 | 11/00 | 6/01 | 11/00 | 5/02 | 9,256 | 2,037 | 7,219 | (5,182) |
| M00-216 (M00-150) | Sinusitis - Augmentin 875mg BID, EU (500 Pat) | 9/01 | 3/02 | 9/01 | 3/02 | 11/01 | 5/02 | 5,590 | — | 1,514 | (1,514) |
| M00-262 | Sinusitis Double Tap | 4/01 | 6/02 | | | 4/01 | 6/03 | 510 | — | 510 | (510) |
| M00-218 (M99-090) | AECB - Levo 500mg QD, NA | 11/00 | 6/01 | 11/00 | 6/01 | 11/00 | 6/01 | 7,721 | 1,932 | 5,791 | (3,861) |
| M00-217 (M00-143) | AECB - Azithromycin NA,EU,SAF | 11/00 | 6/01 | 11/00 | 6/01 | 11/00 | 6/01 | 5,224 | 1,183 | 4,036 | (2,648) |
| M00-223 (M00-050) | Pharyngitis - Penicillin 250 TID, NA/SA (520 pat) | 11/00 | 6/01 | 11/00 | 6/01 | 11/00 | 6/01 | 4,729 | 1,165 | 3,554 | (2,388) |
| M00-222 (M00-157) | Pharyngitis - Penicillin 500mg QD, EU (520 pat.) | 11/00 | 6/01 | 11/00 | 6/01 | 11/00 | 9/01 | 4,829 | 2,254 | 2,575 | (2,321) |
| | | | | | | | | 72,371 | 12,333 | 44,133 | (31,934) |
| **Other Studies** | | | | | | | | | | |
| | A.D. Little Pediatric Taste Testing | 3/00 | 2/01 | 3/00 | 2/01 | 3/00 | 2/01 | 270 | 225 | 45 | 180 |
| | Completed Pediatric Prototype Studies | 6/00 | 12/00 | 6/00 | 12/00 | 6/00 | 12/00 | 225 | (250) | | (250) |
| | Microbiology PK/PD Studies | 3/00 | 12/01 | 3/00 | 12/01 | 3/00 | 12/01 | 3,500 | 1,811 | 2,000 | (189) |
| | Pediatric PK/PD , Phase II | 6/00 | 6/01 | 6/00 | 6/01 | 6/00 | 6/00 | 1,500 | 331 | | 331 |
| **GRAND TOTAL (EXCLUDING ACPRU)** | | | | | | | | 115,541 | 23,753 | 47,404 | (24,350) |

LKGROUPSBOWAPLAN2001273xmd.123                     31-Jul     02:12 PM

HIGHLY
CONFIDENTIAL
ABBT 0037550

34

ANTI-INFECTIVE FRANCHISE
QUINOLONE ABT-492
2001 PLAN KEY STATISTICS
($000)

| Indication | 2000 Actual | 2001 PLAN | 2001 PLAN Fav/(Unfav) vs. Actual |
|---|---|---|---|
| Development | 7,063 | 21,341 | (14,278) |
| Milestone Payment (Phase IIA) | 0 | 3,000 | (3,000) |
| Total Quinolone | 7,063 | 24,341 | (17,278) |
| Target | 6,800 | 25,000 | (18,200) |
| Variance Fav/(Unf) vs. target | (263) | 659 | 922 |

| Key Milestones / Assumptions | '00 AGU | '01 PLAN | Status |
|---|---|---|---|
| INITIATE PHASE I STUDIES | 4Q '00 | 4Q '00 | Complete |
| INITIATE PHASE IIA SAFETY STUDY | — | 3Q '01 | On target |
| NDA Filing | 4Q '03 | 4Q '04 | Delayed one year due to funding limitation. |

| PARD | '00 AGU | '01 PLAN | |
|---|---|---|---|
| Formulation Development | | | |
| IDC Phase II | — | 1/01 | On target |
| PARD Commercial | — | 5/01 | On target |

| Budget (PARD) | '00 AGU | '01 PLAN | Fav/(Unf) |
|---|---|---|---|
| Analytical Development & Support | 225 | 515 | (290) |
| Formulation Development & Support | 274 | 341 | (67) |
| Clinical Finishing | 36 | 10 | 26 |
| Project Mgt. | 59 | 95 | (36) |
| Total | 594 | 961 | (367) |

| Venture Management (Total Department) |
|---|
| • Expense: |
| $13,020M (increase of $5,564M vs 2000 Actual; includes ABT-492 Milestone payment of $3MM, $3MM Milestone Payment) |
| • Total Heads = 41, unchanged vs. AGU.  Abbott full time = 23, unchanged vs. AGU. |

| | CAPD Requirements | | Pilot | | |
|---|---|---|---|---|---|
| | Kgs | Heads | Plant | Personnel | Total Cost |
| AGU | 0 | 0.5 | 480 | 116 | 598  A |
| 2001 PLAN | 600 | 6.0 | 1652 | 1,470 | 5,762  B |

A) CAPD Pilot Plant 12 weeks @ $43M/week and 1 person for 6 months
B) CAPD Pilot Plant 44 weeks @ $43M/week, 6 headcount @$245M,
   600kg of bulk drug.

| | 1st Patient Dosed | Last CRF | R/OSS 2000 AGU Start | R/OSS 2000 AGU End | R/OSS 2001 PLAN Start | R/OSS 2001 PLAN End | Study Total | Cost($000) 2000 Act. | Cost($000) 2001 PLAN | 2001 Fav/(Unfav.) x. 2000 Act |
|---|---|---|---|---|---|---|---|---|---|---|
| Phase I | | | | | | | | | | |
| Single Dose/ Food Effect in Healthy Volunteers (108 pts) | 11/00 | 01/01 | 4Q 2000 | 4Q 2000 | 9/00 | 01/01 | 850 | 680 | 170 | 510 |
| Multiple Rising Doses in Healthy Volunteers (50 patients) | 01/01 | 03/01 | 4Q 2000 | 4Q 2000 | 02/01 | 05/01 | 500 | 0 | 500 | (500) |
| Phase IA / Bio Studies (3 studies) | | | 04/01 | 09/01 | 04/01 | 09/01 | 700 | | 700 | (700) |
| PHASE I TOTALS | | | | | | | 2,050 | 680 | 1,370 | (690) |
| Microbiology Studies | | | | | | | 710 | 0 | 710 | (710) |
| Phase IIA | | | | | | | | | | |
| AECB (250 patients) | 06/01 | 04/02 | | | 09/01 | 04/02 | 3,750 | 0 | 2,083 | (2,083) |
| SUBTOTAL PHASE I / PHASE IIA | | | | | | | 6,510 | 680 | 4,163 | (3,483) |
| Phase II B | | | | | | | | | | |
| CAP (250 patients) | 11/01 | 07/02 | | | 11/01 | 07/02 | 3,750 | 0 | 837 | (837) |
| Uncomplicated UTI (300 patients) | 01/02 | 09/02 | | | 01/02 | 09/02 | 1,650 | 0 | 0 | 0 |
| Skin and Skin Structure Infection (300 patients) | 01/02 | 12/02 | | | 01/02 | 12/02 | 2,100 | 0 | 0 | 0 |
| PHASE II B TOTAL | | | | | | | 7,500 | 0 | 837 | (837) |
| Total | | | | | | | 14,010 | 680 | 5,000 | (4,320) |

LICADUPER\OWN\PLAN2001\772xxyst.123    10:24 AM

HIGHLY
CONFIDENTIAL
ABBT 0037551

38

ANTI-INFECTIVE FRANCHISE
OMNICEF
2001 PLAN KEY STATISTICS
($000)

| Indication | 2000 AGU | 2001 PLAN | 2001 PLAN Favl(Unfav) vs. AGU |
|---|---|---|---|
| Development | 0 | 4,843 | (4,843) |
| | 0 | | |
| Total | 0 | 4,843 | (4,843) |
| Target | 0 | 5,000 | (5,000) |
| Variance Favl(Unf) vs. Target | 0 | 157 | 157 |

| Key Milestones / Assumptions | '00 AGU | '01 PLAN | Status |
|---|---|---|---|
| • INITIATE ACUTE OTITIS MEDIA STUDY | | 09/01 | On Target |

| PARD | '00 AGU | '00 AGU | Status |
|---|---|---|---|
| • To be defined | | | |

| | '00 APU | '00 AGU | AGU vs APU Favl(Unf) |
|---|---|---|---|
| • Budget | | | |
| Clinical Finishing | 0 | 92 | (92) |
| Project Mgt. | 0 | 0 | 0 |
| Total | 0 | 92 | (92) |

| Venture Management (Total Department) |
|---|
| • Expense: |
| $12,023M (increase of $3,544M vs 2000 Actual; includes ABT-492 Milestone payment of $2M)L |
| $2M M Milestone Payment) |
| • Total Heads = 41 , unchanged vs. AGU. Abbot full time = 25, |
| unchanged vs. AGU. |

| | CAPD Requirements | | Pilot | | |
|---|---|---|---|---|---|
| | Kgs | Heads | Plant | Personnel | Total Cost |
| AGU | 0 | 0 | 0 | 0 | 0 |
| 2001 PLAN | 0 | 0.0 | 0 | 0 | 0 |

| | 1st Patient Dosed | Last CRF | R/OSS 2000 AGU Start | End | R/OSS 2001 PLAN Start | End | Study Total | Cost($000) 2000 AGU | 2001 PLAN | 2001 Favl(Unfav.) vs. AGU |
|---|---|---|---|---|---|---|---|---|---|---|
| Phase IV | | | | | | | | | | |
| Acute Otitis Media 3 Arm 5D QD BID vs. Zithromax (250 pat) | 09/01 | 07/02 | | | 08/01 | 05/02 | 6,000 | | 3,000 | (3,000) |
| PHASE IV TOTALS | | | | | | | 6,000 | | 3,000 | (3,000) |

L:\GROUP\BROWN\PLAN\2001\omnikeyst.WK4          06:03 PM

HIGHLY     39

CONFIDENTIAL
ABBT 0037552

## UROLOGY
## KCO ABT-598
## 2001 PLAN KEY STATISTICS
### ($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | PLAN vs TARGET Fav(Unfav) Var |
|---|---|---|---|---|
| Project Name   KCO ABT-598 | 4600 | 0 | 4960 | (460) |

### Key Milestones / Assumptions

| | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|
| - First Study | | 11/01 | On target to PLAN |
| - Second Study | N/A | 5/02 | On target to PLAN |
| - Feasibility of ER Prototypes completed | N/A | 11/02 | On target to PLAN |
| - GoNo go Decision | N/A | 11/02 | On target to PLAN |

### PARD

| | 00 AGU | 01 PLAN | |
|---|---|---|---|
| - Analytics Dev & Support | ... | 326 | |
| - Formulation Dev & Support | ... | 221 | |
| - Clinical Finishing | ... | 56 | |
| - Project Management Support | ... | 43 | Support Discovery |
| - PARD Total | ... | 646 | |

### Total Venture Management
- Expense:   Plan expense at $1,528.
- Authorized Heads:  D-42U headcount at 14.  KCO estimated equivalents 5.9

### Discovery Requirements

| | Kgs | Heads | Matl Cost | Total Cost | | |
|---|---|---|---|---|---|---|
| | | | | | **Cost** | |
| | | | | 00 AGU | 01 PLAN | Variance |
| | ... | ... | ... | 760 | 380 | (380) |
| 2000 AGU | ... | ... | ... | | | |
| 2001 PLAN | ... | ... | ... | | | |
| Total | | | | 760 | 380 | (380) |

| Clinical Grants | | 1st Patient | Last | R/ose 2000 AGU | | R/ose 2001 PLAN | |
|---|---|---|---|---|---|---|---|
| Protocol | Study Name | Dosed | CRF | Start | End | Start | End |
| *Pre-Phase I* | | | | | | | |
| TBD | SD Esculating Dose | 11/01 | 2/02 | | | 11/01 | 2/02 |
| TBD | Rate of Rise | 5/02 | 6/02 | | | 5/02 | 8/02 |
| *Phase I* | | | | | | | |
| | | | | | | | |
| Phase II | | | | | | | |
| | | | | | | | |
| Phase III | | | | | | | |
| | | | | | | | |
| Total | | | | | | | |

24-Jan

HIGHLY
CONFIDENTIAL
ABBT 0037553

ANTI-VIRAL
NORVIR ABT-538
2001 PLAN KEY STATISTICS
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | PLAN vs TARGET Favr/(Unfav) Var |
|---|---|---|---|---|
| Venture Programs | | | | |
| Phase-IV Programs | 2,000 | 8,530 | 1,780 | 220 |
| Total | 2,000 | 4,470 | 2,240 | (240) |
| | 4,000 | 13,000 | 4,020 | (20) |

Key Milestones / Assumptions
- Continue combination studies

| | 00 AGU 2001 | 01 PLAN 2001 | Status (on target, pending or delayed to x) |
|---|---|---|---|
| | | | Ongoing |

PARD
- Analytical Dev & Support
- Formulation Dev & Support
- Clinical Finishing
- Project Management Support
- PARD Total

| | 00 AGU 2001 | 01 PLAN 2001 |
|---|---|---|
| | 381 | 84 |
| | 289 | 52 |
| | 693 | 28 |
| | 332 | 53 |
| | 1,695 | 217 |

Global Venture Management
Expense:   $963M: $283 for Venture   $710 for PHASE IV
Authorized Heads: Total 8 heads: 1 Ventura,  6 PHASE IV

| | 2000 AGU PLAN / 2001 PLAN Ross | | | SBD Requirements | | | | |
|---|---|---|---|---|---|---|---|---|
| | Start | End | kga | Heads Total | 00 AGU Matrl Cost | Cost Total Cost | 01 PLAN Matrl Cost | Cost Total Cost Variance |
| | 7/99 | 12/00 | | 809 | 450 | | 0 | 0 | 450 |
| | | | | 3,050 | | | | 347 | (397) |
| | | | | 1,718 | | 50 | 527 | 340 | 187 |
| | | | | 1,888 | | 450 | 582 | 380 | 202 |
| | | | | 2,172 | | | 1,448 | | 0 | 1,448 |
| | | | | 8,830 | | 2,507 | | 1,067 | 1,440 |
| | | | | 760 | | 0 | | 200 | (200) |
| | | | | 9,590 | | 2,507 | | 1,267 | 1,240 |

| Clinical Grants Protocol / Study Name | 1st Patient Dosed | Last CRF | Ross 2000 AGU Start | End | Ross 2001 PLAN Start | End |
|---|---|---|---|---|---|---|
| VENTURE STUDIES | | | | | | |
| M98-985  RTV/IDV Combo Study | 7/99 | 12/00 | 7/99 | 12/00 | 7/99 | 12/00 |
| PHASE IV STUDIES | | | | | | |
| V98-402  Norvir/Roche Combo | 4/98 | TBD | 4/95 | 12/00 | 07/02 | |
| V98-824  Efica A | 4/00 | TBD | 7/99 | 3/02 | 12/02 | |
| V99-019  Efica B | 4/00 | TBD | 7/99 | 3/02 | 12/02 | |
| A99-047  NICE | 9/99 | TBD | 7/99 | 12/00 | 12/01 | |
| TOTAL PHASE IV STUDIES | | | | | | |
| OTHER STUDIES | | | | | | |
| A99-827  Prometheus – final payment | | | | | | |
| Total | | | | | | |

2-Jan

HIGHLY
CONFIDENTIAL
ABBT 0037554

ANTIVIRAL
KALETRA ABT-378
2001 PLAN KEY STATISTICS
(000)

HIGHLY
CONFIDENTIAL
ABBT 0037555

ONCOLOGY GROUP
ATRASENTAN (ABT-627)
2001 PLAN KEY STATISTICS
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | PLAN vs Target Fav/(Unfav) Var |
|---|---|---|---|---|
| Endothelin Antagonist | 39,200 | 13,000 | 38,643 | 557 |

**Key Milestones / Assumptions**

| | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|
| - Phase III Pivotal Study (M00-211) | 45,000 | 6/01 | Delayed to 6/01. |
| - Initiate Phase III Pivotal Study #2 (M00-244) | -- | 6/01 | Delayed to 6/01. |
| - Clc, Bioequivalence and Drug Interactions | -- | 2Q/01 | On target |

**PARD**

| | 00 AGU | 01 PLAN | Note |
|---|---|---|---|
| - Analytics Dev & Support | 601 | 1,566 | NDA lcis and stability support, plus clinical study |
| - Formulation Dev & Support | 440 | 693 | supply and re-supply. |
| - Clinical Finishing | 67 | 1,019 | |
| - Project Management Support | 69 | 195 | |
| PARD Total | 1,158 | 3,602 | |

**Total Venture Management**
- Expense: $7,246M of $11,712M
- Authorized Heads: 38 Regular and 9 Other

| | | | | 2000 AGU PLAN | 2001 AGU PLAN | SED Requirements |
|---|---|---|---|---|---|---|
| | | | | | | (to be defined as planned process justification work continues) |

| | | | | Kgs | Heads | Total Cost |
|---|---|---|---|---|---|---|
| | | | | 30 | -- | 350 |
| | | | | -- | -- | 693 |

**Clinical Grants**

| | 1st Patient Dosed | Last CRF | Fiscal 2000 AGU Start | End | Fiscal 2001 PLAN Start | End | Kgs | SED Requirements Heads | MatiCost | Total | Cost 00 AGU | MatiCost | Total Cost | 01 PLAN | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Phase II** | | | | | | | | | | | | | | | |
| M99-594 European PCa Study | 2/98 | TBD | 8/97 | 12/99 | 8/97 | | 12/00 | 2 | | 9,858 | ... | ... | 12,420 | ... | (10,470) |
| M97-739 Open Extension of 600 & 594 | 4/98 | TBD | 1/98 | 12/00 | 1/98 | | 12/00 | 2 | | 3,200 | ... | ... | 6,689 | ... | (5,688) |
| Clin Pharm QTc | 4/01 | 8/01 | n/a | n/a | 4/01 | | 12/01 | | | 281 | ... | ... | 846 | 281 | (846) |
| Clin Pharm Bioequivalence, | 6/01 | 8/01 | n/a | n/a | 8/01 | | 12/01 | | | 321 | ... | ... | 288 | 321 | (288) |
| Clin Pharm Drug Interaction - Midazolam | 1Q/02 | 2Q/01 | n/a | n/a | 1Q/02 | | 3Q/02 | | | 0 | ... | ... | | ... | ... |
| Clin Pharm Drug Interaction - Ketoconazole | 1Q/02 | 2Q/01 | n/a | n/a | 1Q/02 | | 3Q/02 | | | 0 | ... | ... | | ... | ... |
| Clin Pharm Drug Interaction - Fexofenadine | 4/01 | 8/01 | n/a | n/a | 4/01 | | 6/01 | | | 162 | ... | ... | 162 | 162 | (162) |
| Clin Pharm Drug Interaction - Rifampin | 1Q/02 | 2Q/01 | n/a | n/a | 1Q/02 | | 3Q/02 | | | 0 | ... | ... | | ... | ... |
| **Phase III** | | | | | | | | | | | | | | | |
| M00-211 Phase III Pivotal #1 | 6/01 | 8/03 | | | 12/00 | | 1/04 | | | 39,336 | 1,950 | ... | 12,420 | | |
| M00-244 Phase III Pivotal #2 | 6/01 | 12/04 | | | 6/01 | | 12/04 | | | 35,000 | ... | ... | | | |
| M00-268 M00-211 & M00-244 LT Extention | TBD | TBD | ... | ... | 10/01 | | 12/04 | | | 11,000 | ... | ... | | | |
| TBD Compassionate Use | TBD | TBD | ... | ... | 7/01 | | 12/04 | | | 2,000 | ... | ... | | | |
| Less Clin Pharm studies | | | | | | | | | | (784) | | | (784) | (784) | 784 |
| **Total** | | | | | | | | | | 100,384 | 1,950 | | 19,252 | | (17,302) |

28-Jun-

CONFIDENTIAL
ABBT 0037556

ONCOLOGY GROUP
TSP (ABT-510)
2001 PLAN KEY STATISTICS
($000)

| Test | 2001 Target | 2000 AGU | 2001 PLAN | PLAN vs Target Fav/(Unfav) Var |
|---|---|---|---|---|
| ntiangiogenesis Thrombospondin | 9,000 | 6,800 | 9,981 | (981) |

**Milestones / Assumptions**

| | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|
| itiate Phase I Multiple Dose Study | 8/00 | 2/01 | Delayed - Accommodate European Ethics Committee |
| re-IND Meeting | -- | 2Q/01 | On Target |
| itiate IND Study | -- | 6/01 | On Target |

**RD**

| | 00 AGU | 01 PLAN | Note: |
|---|---|---|---|
| nalytics Dev & Support | 391 | 525 | |
| ccumulation Dev & Support | 211 | 355 | |
| linical Finishing | 74 | 165 | |
| roject Management Support | 86 | 105 | |
| PARD Total | 762 | 1,150 | |

**al Ventura Management**
xpense: $825M of $11,712M
uthorized Heads: 38 Regular and 9 Other

| | F/oss 2000 AGU | | F/oss 2001 PLAN | | SPD Requirements | | | | Cost | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Start | End | Kgs | Heads | Total | 00 AGU Mat'l Cost | 01 PLAN Total Cost | 00 AGU Cost | 01 PLAN | Variance |
| 2000 AGU | | | 10/00 | 11/01 | ... | 7 | 1,238 | 700 | 972 | | | (272) |
| 2001 PLAN | | | 5/00 | 3/01 | | 6 | 300 | 225 | 81 | | | 144 |
| | | | 4/01 | 2/02 | | | 300 | | 218 | | | (218) |
| | | | 6/01 | 1/02 | | | 400 | | 350 | | | (350) |
| | | | | | | | 2,236 | 925 | 1,621 | | | (696) |

**al Grants**

| | | 1st Patient Dosed | Last CRF | F/oss 2000 AGU | | |
|---|---|---|---|---|---|---|
| | | | | Start | End | |
| ise I 00-153 | Multiple Dose in Cancer Patients | 2/01 | 11/01 | 9/00 | 5/01 | |
| /A | University of Texas - Dr. Fidler | ... | ... | 5/00 | 3/01 | |
| /A | University of Texas - Dr. Fidler | ... | ... | ... | ... | |
| BD | IND Study | 6/01 | 1/02 | ... | ... | |

otal

0-Jan

44

HIGHLY
CONFIDENTIAL
ABBT 0037557

ONCOLOGY GROUP
MMPI #2 (ABT-518)
2001 PLAN KEY STATISTICS
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | PLAN vs Target Fav/(Unfav) Var |
|---|---|---|---|---|
| Matrix Metalloprotelnase Inhibitor | 7,000 | 5,000 | 7,382 | (382) |

Key Milestones / Assumptions

| | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|
| - Initiate Phase I Multiple Dose Study | 10/00 | 1/01 | Delayed - due to safety related protocol revisions |
| - Pre-IND Meeting | -- | 2Q/01 | On Target |
| - Initiate IND Study | -- | 8/01 | On Target |

PARD

| | 00 AGU | 01 PLAN | Note: |
|---|---|---|---|
| - Analytics Dev & Support | 276 | 548 | Clinical Supplies for Phase I trial |
| - Formulation Dev & Support | 235 | 355 | |
| - Clinical Finishing | 76 | 50 | |
| - Project Management Support | 61 | 74 | |
| PARD Total | 648 | 1,031 | |

| | F/loss 2000 AGU | | 2001 PLAN | |
|---|---|---|---|---|
| | Start | End | Start | End |
| 2000 AGU | 10/00 | 12/00 | 11/00 | 1/02 |
| 2001 PLAN | -- | -- | 6/01 | 1/02 |

Total Venture Management
- Expense: $904M of $11,712M
- Authorized Heads: 38 Regular and 9 Other

SPD Requirements

| | Kgs. | Heads | Mat'l Cost | Total Cost |
|---|---|---|---|---|
| | -- | -- | -- | -- |
| | -- | -- | -- | -- |

Clinical Grants

| | 1st Patient Dosed | Last CRF | Total | Heads | Cost 00 AGU | Mat'l Cost 01 PLAN | Total Cost Variance |
|---|---|---|---|---|---|---|---|

| Phase I | | | | | | | |
|---|---|---|---|---|---|---|---|
| MOD-235 | Multiple Dose In Cancer Patients | 2/01 | 1/02 | 980 | 375 | 768 | (393) |
| TBD | IND Study | 8/01 | 1/02 | 400 | -- | 350 | (350) |

| Total | | | 1,360 | 375 | 1,118 | (743) |
|---|---|---|---|---|---|---|

30-Jan

HIGHLY
CONFIDENTIAL
ABBT 0037558

ONCOLOGY GROUP
ANTI-MITOTIC *EISAI* (ABT-751)
2001 PLAN KEY STATISTICS
($000)

| Object | 2001 Target | 2000 AGU | 2001 PLAN | PLAN vs Target Fav/(Unfav) Var |
|---|---|---|---|---|
| Anti-Mitotic | 10,000 | 3,000 | 8,331 | 1,669 |

**Key Milestones / Assumptions**

| | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|
| Delivery of Clinical Supplies | | | |
| Initiate Phase I Multiple Dose Study | -- | 4/01 | Delayed – due to Pilot Plan limitations |
| Pre–IND Meeting | -- | 6/01 | On Target |
| Initiate Phase II Safety & Efficacy | -- | 4/01 | On Target |
| | -- | 2/02 | On Target |

**R&D**

| | 00 AGU | 01 PLAN | Note |
|---|---|---|---|
| Analytics Dev & Support | ... | 630 | Development of Phase II formulation, pending encouraging |
| Formulation Dev & Support | ... | 432 | MTD results. |
| Clinical Finishing | ... | 112 | |
| Project Management Support | ... | 126 | |
| PARD Total | ... | 1,300 | |

**Total Venture Management**
Expense: $2,812M of $11,712M
Authorized Heads: 36 Regular and 9 Other

| | 2000 AGU 2001 PLAN | Kgs | Heads | Mat'l Cost | Total Cost |
|---|---|---|---|---|---|
| | | 10 | ... | ... | |
| | | | 3 | 250 | 1,172 |

**SPD Requirements**

| | R/oss 2001 PLAN | | | | Cost | | |
|---|---|---|---|---|---|---|---|
| | Start | End | Total | 00 AGU | 01 PLAN | Variance |
| 2000 AGU | 4/01 | 3/02 | 900 | ... | 675 | (675) |
| 2001 PLAN | 6/01 | 1/02 | 400 | ... | 350 | (350) |

**Clinical Grants**

| | 1st Patient Dosed | Last CRF | R/oss 2000 AGU Start | End | R/oss 2001 PLAN Start | End | Heads | Total |
|---|---|---|---|---|---|---|---|---|
| **Phase I** | | | | | | | | |
| MDO-231  Multiple Dose in Cancer Patients | 6/01 | 3/02 | ... | ... | 4/01 | 3/02 | 1,000 | 1,000 |
| MDO-xxx  IND Study | 8/01 | 1/02 | ... | ... | 6/01 | 1/02 | 1,000 | 400 |
| **Phase II** | | | | | | | | |
| TBD  Safety & Efficacy #1 | 2/02 | 11/02 | ... | ... | 1/02 | 11/02 | ... | 1,000 |
| TBD  Safety & Efficacy #2 | 2/02 | 11/02 | ... | ... | 1/02 | 11/02 | ... | 1,000 |
| TBD  Safety & Efficacy #3 | 2/02 | 11/02 | ... | ... | 1/02 | 11/02 | ... | 1,000 |
| TBD  Safety & Efficacy #4 | 2/02 | 11/02 | ... | ... | 1/02 | 11/02 | ... | 1,000 |
| TBD  Safety & Efficacy #5 | 2/02 | 11/02 | ... | ... | 1/02 | 11/02 | ... | 1,000 |
| TBD  Safety & Efficacy #6 | 2/02 | 11/02 | ... | ... | 1/02 | 11/02 | ... | 1,000 |
| **Total** | | | | | | | | 7,300 | | ... | 1,025 | (1,025) |

30-Jan

4/6

HIGHLY
CONFIDENTIAL
ABBT 0037559



# R&D Spending by Phase

HIGHLY
CONFIDENTIAL
ABBT 0037560

## Global Pharmaceutical Research & Development Funding by Phase 2001 PLAN

| | 2000 Actuals | 2001 PLAN |
|---|---|---|
| **Existing/Phase I** | | |
| COX-II | 2.7 | 1.2 |
| ABT-099 (formerly ChCN) | 1.6 | 0.6 |
| ABS-103 | -- | -- |
| NPS-1776 | -- | -- |
| Quinolone | 7.1 | -- |
| Neuramlnidase | 2.6 | -- |
| HCO | -- | 5.0 |
| TSP #1 | 7.0 | 10.0 |
| MMPI | 5.6 | 7.4 |
| Anti-Mitotic | 3.9 | 8.4 |
| K-6 | 1.0 | 1.0 |
| **Subtotal PCP/Phase I** | **31.7** | **32.6** |
| **Phase II** | | |
| ABT-594 | 14.3 | 9.3 |
| Ketolide | 55.9 | -- |
| Quinolone | -- | 24.5 |
| HS-49 | 1.9 | -- |
| Endothelin | 16.8 | -- |
| **Subtotal Phase II** | **88.9** | **33.8** |
| **Phase III** | | |
| Ketolide | 16.6 | 60.0 |
| BPH Backup | 31.5 | 2.3 |
| Kaletra | 60.9 | 44.2 |
| Cyclosporine | 13.6 | -- |
| Endothelin | -- | 35.8 |
| **Subtotal Phase III** | **144.4** | **173.3** |
| **Phase IV** | | |
| Depakote | 33.9 | 24.1 |
| Gelnif | -- | 1.4 |
| Hydrocodone | -- | 4.0 |
| Clarithromycin | 23.4 | 14.8 |
| Oramlef | -- | 4.8 |
| Fenofibrate | 2.2 | 1.4 |
| Ritonavir | 10.1 | 4.0 |
| Kaletra | -- | 8.0 |
| Cyclosporine | -- | 2.5 |
| **Subtotal Phase IV** | **69.3** | **64.0** |
| **Other** | | |
| Discovery | 190.6 | 192.0 |
| Global Other | 34.4 | 86.1 |
| **Subtotal Other** | **225.0** | **276.7** |
| Affordability | -- | (9.9) |

*Excluding Sister Divisions

HIGHLY

CONFIDENTIAL
ABBT 0037561

# Target Detail/ Book Pages to PPD

HIGHLY

CONFIDENTIAL
ABBT 0037562

49

**2001 PLAN**
**Global Pharmaceutical Research & Development**
**R&D/Medical Expenses Summary**
**($000)**

| | 2000 Actual | 2000 AGU | 2001 PLAN | 2001 PLAN Fav/(Unfav) vs 2000 AGU | Memo: Global R&D |
|---|---|---|---|---|---|
| Discovery | 190,618 | 184,750 | 192,000 | (7,250) | 192,000 |
| Global Development | 313,302 | 318,565 | 328,307 | (9,742) (A) | 328,307 |
| Domestic Development | 55,441 | 55,183 | 61,729 | 3,454 | |
| Gross PPD | 559,361 | 558,498 | 572,036 | (13,538) | 520,307 |
| | | | | | |
| TAP and Sister Division | 65,275 | 67,809 | 57,348 | 10,461 | |
| | | | | | |
| Total Gross Expense | 624,636 | 626,307 | 629,384 | (3,077) | 208,124 |
| Net PPD | 375,593 | 374,730 | 385,367 | (10,637) | |
| | | | | | |
| Expense by Classification: | | | | | |
| Salaries/Fringe/Contract | 204,133 | 207,042 | 222,483 | (15,441) | |
| Travel/Meetings | 8,462 | 7,800 | 8,327 | (527) | |
| Other Employee Related | 9,274 | 8,999 | 9,901 | (902) | |
| MIS | 5,074 | 5,074 | 5,074 | ... | |
| Corp Allocation | 21,669 | 21,894 | 22,924 | (1,030) | |
| Other | 375,834 | 379,140 | 370,439 | 8,701 (A) | |
| Affordability | ... | (3,642) | (9,764) | 6,122 | |
| | | | | | |
| Total Expense | 624,636 | 626,307 | 629,384 | (3,077) | |

Commentary:
(A) Primarily due to increased support for Quinolone, Ketolide and Endothelin.

L:\GROUP\PLAN\NEW\2001 PLAN\East Summary R&D\Expense Summary_Page Rt.123

HIGHLY
CONFIDENTIAL
ABBT 0037563

50

## 2001 PLAN (FINAL)
## PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT
## GLOBAL/DOMESTIC SPLIT
### ($MM)

| FRANCHISES | Actuals through 2000 GROSS | PPD | 2000 AGU GROSS | PPD | 2001 PLAN GROSS | PPD | PLAN Vs AGU FAV/(UNF) GROSS | PPD |
|---|---|---|---|---|---|---|---|---|
| **NEUROLOGY** | | | | | | | | |
| Depakote | 179.0 | 179.9 | 30.4 | 30.4 | 24.1 | 24.1 | 6.3 | 6.3 |
| Gabitril | 135.5 | 122.9 | 2.0 | 1.8 | 1.4 | 1.3 | 0.6 | 0.5 |
| ABT-594 (formerly CCM) | 62.2 | 37.3 | 14.4 | 6.6 | 8.3 | 5.6 | 6.1 | 3.0 (A) |
| COX-II | 2.7 | 1.8 | 4.0 | 2.4 | 1.2 | 0.7 | 2.8 | 1.7 |
| ABT-089 (formerly CNCM) | 1.6 | 1.0 | 3.0 | 1.8 | 0.6 | 0.4 | 2.4 | 1.4 |
| ABS-vza | -- | -- | -- | -- | -- | -- | -- | -- |
| NPD-177/8 | -- | -- | -- | -- | -- | -- | -- | -- |
| RF Schrer / Aiza (Hydrocodone) | -- | -- | -- | -- | -- | -- | -- | -- |
| **Subtotal NEUROLOGY** | 383.6 | 342.7 | 53.8 | 43.0 | 40.6 | 36.1 | 13.2 | 6.9 |
| **ANTI-INFECTIVE** | | | | | | | | |
| Clarithromycin | 393.8 | 209.3 | 18.6 | 18.6 | 14.9 | 8.9 | 11.5 | 9.8 |
| Ketolide | 153.8 | 92.3 | 74.1 | 44.6 | 89.0 | 52.6 | (13.9) (C) | (8.0) (C) |
| *Ketolide Task* | -- | -- | (7.0) | (4.2) | -- | -- | (7.0) | (4.2) |
| Quinolone | 11.6 | 7.0 | 6.6 | 4.1 | 24.5 | 14.7 | (17.7) | (10.6) (D) |
| Neuraminidase | -- | -- | 2.5 | 1.5 | -- | -- | 2.5 | 1.6 |
| Clenaf | -- | -- | -- | -- | 4.9 | 4.9 | (4.9) | (4.9) |
| **Subtotal ANTI INFECTIVE** | 559.2 | 335.6 | 102.8 | 64.7 | 133.3 | 81.5 | (29.6) | (18.6) |
| **UROLOGY/CARDIOLOGY** | | | | | | | | |
| BPH Backup | 65.7 | 51.4 | 34.0 | 20.4 | 2.3 | 1.4 | 31.7 | 19.0 (B) |
| Fenofibrate (Fournier) | 14.1 | 14.1 | 1.0 | 1.0 | 1.4 | 1.4 | (0.4) | (0.4) |
| Nippon Shinyaku (NS49) | 12.3 | 7.4 | 2.7 | 2.2 | -- | -- | 2.7 | 2.2 |
| NCD | -- | -- | -- | -- | 5.0 | 4.0 | (5.0) | (4.0) |
| **Subtotal UROLOGY/CARDIOLOGY** | 112.1 | 72.9 | 37.7 | 23.6 | 8.7 | 6.8 | 29.0 | 16.8 |
| **HIV** | | | | | | | | |
| Ritonavir | 289.3 | 179.6 | 13.0 | 7.8 | 4.0 | 2.4 | 8.0 | 5.4 |
| Kaletra | 215.7 | 129.4 | 76.5 | 48.7 | 61.0 | 30.6 | 23.6 | 18.1 (E) |
| Cyclosporine | 91.0 | 39.6 | 11.7 | 8.4 | 2.5 | 1.5 | 9.2 | 6.9 |
| **Subtotal HIV** | 576.0 | 348.6 | 101.3 | 62.9 | 67.5 | 34.5 | 43.7 | 34.4 |
| **CANCER** | | | | | | | | |
| Endostatin | 86.4 | 57.6 | 13.0 | 7.0 | 38.6 | 23.3 | (25.6) (C) | (15.5) (C) |
| TBP #1 | 11.0 | 6.6 | 6.6 | 4.0 | 10.0 | 6.0 | (3.4) | (2.0) |
| Metalloprotease | 5.9 | 3.4 | 6.0 | 3.0 | 7.4 | 4.4 | (2.4) | (1.4) |
| Anti-Mitotic | 3.0 | 2.3 | 8.0 | 4.0 | 8.0 | 4.2 | (2.4) | (0.2) |
| IL-3 | 1.0 | 0.8 | 1.0 | 0.6 | 1.0 | 0.6 | 1.0 | 0.6 |
| FTI #2 | -- | -- | -- | -- | -- | -- | -- | -- |
| **Subtotal CANCER** | 117.5 | 70.7 | 31.6 | 20.1 | 64.6 | 35.7 | (33.0) | (18.6) |
| Other New Products | n/a | n/a | 60.3 | 62.6 | 88.1 | 76.7 | (35.6) | (28.2) |
| Other | n/a | n/a | (3.8) | (2.2) | (5.9) | | 8.2 | 3.7 |
| Affordability | n/a | n/a | -- | | -- | | -- | -- |
| **Total Development** | n/a | n/a | 273.8 | 283.8 | 380.0 | 270.2 | (8.9) | (6.4) |
| **Discovery** | n/a | n/a | 184.6 | 110.0 | 192.0 | 116.2 | (7.3) | (4.3) |
| **Total Gross/Net PPD** | n/a | n/a | 558.5 | 374.1 | 572.0 | 335.2 | (13.6) | (10.1) |

**Commentary:**
(A) Funding assumes No Go decision at 2Q 2001 decision point
(B) BPH Backup project was killed 10/00 and reflects shut down expense in 2001
(C) Reflects higher costs associated with Phase III
(D) Reflects higher costs associated with Phase II
(E) Decreases higher year 2000 launch

HIGHLY
CONFIDENTIAL
ABBT 0037564

51

PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT
GLOBAL & SELF
(MILLIONS)

| | 2000 PLAN | | 2001 PLAN | |
|---|---|---|---|---|
| | Global | Domestic | Global | Domestic |
| **NEUROLOGY** | | | | |
| Depakote | 0.5 | 24.7 | — | 24.1 |
| Ocinol | 13.0 | 1.3 | 9.3 | 1.4 |
| ABT-594 (formerly CCRI) | — | — | 1.3 | — |
| Cera3 | — | — | 1.3 | — |
| ABT-089 (formerly CLO3) | — | — | 8.6 | — |
| ABS-103 | — | — | — | — |
| NPI-778 | — | — | — | — |
| RP Scherer / Alza (Hydrocodone) | — | — | — | — |
| | 13.5 | 26.1 | 11.9 | 25.5 |
| **ANTI-INFECTIVE** | | | | |
| Clarithromycin | 23.0 | — | 16.0 | — |
| Ketolide | 71.3 | — | 88.0 | — |
| Quinolone | 14.0 | — | 24.5 | — |
| Menoxidlone | 3.4 | — | — | — |
| Omniced | — | — | — | — |
| | 118.1 | — | 129.4 | 4.9 |
| **UROLOGY/CARDIOLOGY** | | | | |
| BPH Backup | 31.0 | — | 3.3 | — |
| Tricor (Fenofibrate) | — | 2.0 | — | — |
| Niprom Ehliyadye (OS-40) | 1.3 | 1.4 | 5.0 | — |
| KCO | — | — | 2.5 | — |
| | 43.3 | 7.3 | 57.5 | 1.4 |
| **HIV** | | | | |
| Ritonavir | 15.0 | — | 4.0 | — |
| Kaleta | 74.6 | — | 31.0 | — |
| Cyclopeptide | 7.9 | — | 2.3 | — |
| | 93.3 | — | 37.3 | — |
| **CANCER** | | | | |
| Xinlafide | 6.0 | — | 38.8 | — |
| Metalloprotease (R0071) | 5.0 | — | 7.4 | — |
| Farnseyltransferase (FTI) #2 | 3.8 | — | 10.0 | — |
| TSP #1 | 5.0 | — | — | — |
| TSP #2 | 1.0 | — | — | — |
| Anti-Advance | 3.0 | — | 8.4 | — |
| KS | — | — | — | — |
| | 23.8 | — | 64.6 | — |
| Other New Products | 7.2 | — | — | — |
| Other | 52.3 | 16.1 | 44.9 | 17.2 |
| **Total Development** | 395.0 | 61.6 | 319.2 | 63.0 |
| Discovery | 185.0 | — | 190.0 | — |
| **Total PPD (Without Risk)** | 544.8 | 61.6 | 534.8 | 63.0 |
| Risk/Mortality | (45.7) | (2.3) | (6.3) | (1.3) |
| **Total PPD (With Risk)** | 479.1 | 58.3 | 478.3 | 51.7 |

| | | | | |
|---|---|---|---|---|
| At Spin as Calculated @ 60% | | 198.8 | | 208.1 |
| At Split pay IDV | | 183.8 | | 186.7 |
| Under(Over) Charge | | 15.0 | | 21.4 |

Note: #-IDV=Post Mark/Mkshare levels is IDV=released

Book II IDV was $194.679
Per Jeff McGuire A.L. will pay $712,920 less
$194,679 – $15,209 = $186,670
$184,120 + $186,670 = $2,450 A.L. Undercharge

HIGHLY
CONFIDENTIAL
ABBT 0037565

PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT

| | Corporate Submission | Final 2001 PLAN | Final vs. Corp Sub Incl(Dec) |
|---|---|---|---|
| **NEUROSCIENCE** | | | |
| Depakote | 28.0 | 24.1 | (1.0) |
| Gabitril | --- | 1.4 | 1.4 |
| ABT-594 | 8.0 | 6.3 | 0.4 |
| COX-II | 3.0 | 1.2 | (1.8) |
| ABT-089 | 7.0 | 0.8 | (6.4) |
| ABS-103 | 3.3 | --- | (3.3) |
| NPS-1776 | 3.7 | --- | (3.7) |
| RP Scherr / Alta | 4.0 | 4.0 | --- |
| Subtotal NEUROLOGY | 56.9 | 40.8 | (16.3) |
| **ANTI INFECTIVE** | | | |
| Clarithromycin | 20.0 | 14.9 | (5.1) |
| Kelolde | 91.0 | 88.0 | (3.0) |
| Quinolone | 25.0 | 24.5 | (0.5) |
| Nevraminidase | --- | --- | --- |
| Omnicef | 5.0 | 4.9 | (0.1) |
| Subtotal ANTI INFECTIVE | 141.0 | 132.3 | (8.7) |
| **UROLOGY/CARDIOLOGY** | | | |
| BPH Backup | 26.4 | 2.3 | (23.1) |
| Fenofibrate (Fournier) | 4.0 | 1.4 | (2.6) |
| Nippon Shinyaku (NS49) | --- | --- | --- |
| KCO | 6.0 | 5.0 | (1.0) |
| Subtotal UROLOGY/CARDIOLOGY | 36.4 | 8.7 | (26.7) |
| **HIV** | | | |
| Ritonavir | 4.0 | 4.0 | --- |
| Kaletra | 41.5 | 51.0 | 9.5 |
| Cyclosporine | 2.0 | 2.5 | 0.5 |
| Subtotal HIV | 47.5 | 57.5 | 10.0 |
| **CANCER** | | | |
| Endothelin | 23.0 | 38.8 | 15.8 |
| TSP #1 | 9.0 | 10.0 | 1.0 |
| Metalloproteinase | 7.0 | 7.4 | 0.4 |
| Anti-Mitotic | 10.0 | 8.4 | (1.6) |
| X-5 | 8.8 | --- | (8.8) |
| FTI #2 | 4.1 | --- | (4.1) |
| Subtotal CANCER | 61.9 | 64.6 | 2.7 |
| Other New Products | 76.5 | 88.1 | 7.0 |
| Other | --- | --- | --- |
| Affordability | (25.1) | (8.8) | 15.3 |
| Total Development | 395.1 | 390.0 | (15.1) |
| Discovery | 187.0 | 192.0 | (5.0) |
| Total Gross PPD | 582.1 | 672.0 | (20.1) |
| TAP & Sister Division | 69.2 | 57.4 | (1.6) |
| Total Gross | 651.3 | 629.4 | (21.9) |

HIGHLY CONFIDENTIAL
ABBT 0037566

PRE CIRCULATED

**Pharmaceutical Research & Development**
**Expense Breakdown**
**2001 PLAN**

*** Given to McKinsey Consulting on 2/12/2001 ***

Needs to be Reviewed by Management

| FRANCHISES | Strategic/ Mandatory R&D Program | Grants | SPD Direct Costs | Other Variable Costs* | Other Fixed Costs* | 2001 PLAN Targets | Potential Expense Savings* | Strategic/ Mandatory R&D Expense** | Total Expense Savings |
|---|---|---|---|---|---|---|---|---|---|
| **NEUROLOGY** | | | | | | | | | |
| Depakote | Yes | 8.4 | --- | 7.3 | 7.4 | 24.1 | 16.7 | (16.7) | --- |
| Gabitril | Yes | 1.1 | --- | 0.7 | 0.7 | 1.4 | 0.7 | (0.7) | --- |
| ABT-594 (formerly CCM) | Yes | 1.1 | --- | 4.1 | 4.1 | 5.2 | 5.2 | (5.2) | --- |
| COX-II | Yes | 0.1 | --- | 0.8 | 0.8 | 0.9 | 0.8 | (0.8) | --- |
| ABT-089 (formerly ChCM) | Yes | --- | --- | 0.3 | 0.3 | 1.2 | 0.3 | (0.3) | --- |
| ABS-103 | No | --- | --- | --- | --- | --- | --- | --- | --- |
| NPS-1776 | No | --- | --- | --- | --- | --- | --- | --- | --- |
| PP Scherer / Abz (Hydrocodone) | Yes | --- | --- | 2.0 | 2.0 | 4.0 | 2.0 | (2.0) | --- |
| **Subtotal NEUROLOGY** | | 10.0 | | 14.9 | 16.1 | 40.6 | 25.5 | (25.5) | 72.4 |
| **ANTI INFECTIVE** | | | | | | | | | |
| Clarithromycin | Yes | 2.8 | 4.0 | 4.0 | 4.0 | 14.8 | 10.9 | (10.0) | --- |
| Ketolide | No | 47.4 | 9.4 | 16.6 | 16.6 | 66.0 | 72.4 | (15.0) | --- |
| Quinolone | No | 5.0 | 2.4 | 8.6 | 8.6 | 24.5 | 15.0 | (35.5) | --- |
| Neuraminidase | No | --- | --- | --- | --- | --- | --- | --- | --- |
| Omniflcet | No | 3.0 | --- | 0.9 | 1.0 | 4.0 | 3.9 | (3.5) | 3.9 |
| **Subtotal ANTI INFECTIVE** | | 66.3 | 15.6 | 29.0 | 28.2 | 132.3 | 103.1 | (34.5) | 76.3 |
| **UROLOGY/CARDIOLOGY** | | | | | | | | | |
| BPH Sanjay | Yes | --- | --- | 1.1 | 1.1 | 2.3 | 1.1 | (1.1) | --- |
| Fenofibrate (Fournier) | Yes | --- | --- | 0.7 | 0.7 | 1.4 | 0.7 | (0.7) | --- |
| Nippon Shinyaku (NS49) | No | --- | --- | --- | --- | --- | --- | --- | --- |
| KCO | No | 0.4 | --- | 2.3 | 2.3 | 5.0 | 2.7 | (1.6) | 2.7 |
| **Subtotal UROLOGY/CARDIOLOGY** | | 0.4 | | 4.1 | 4.2 | 8.7 | 4.6 | (1.6) | 2.7 |
| **HIV** | | | | | | | | | |
| Ritonavir | Yes | 1.2 | --- | 1.4 | 1.4 | 4.0 | 2.6 | (2.6) | --- |
| Kaletra | Yes | 22.6 | --- | 14.2 | 14.2 | 51.0 | 38.8 | (38.8) | --- |
| Cyclosporine | Yes | 1.0 | --- | 0.7 | 0.9 | 2.5 | 1.7 | (1.7) | --- |
| **Subtotal HIV** | | 24.8 | | 16.3 | 16.4 | 57.5 | 41.1 | (41.1) | --- |
| **CANCER** | | | | | | | | | |
| Erezidelin | Yes | 19.3 | 0.2 | 8.8 | 8.7 | 38.0 | 28.1 | (28.1) | --- |
| TSP #1 | No | 1.9 | --- | 4.2 | 4.2 | 10.0 | 6.8 | --- | --- |
| Melanogenesis | No | 1.1 | --- | 3.1 | 3.2 | 7.4 | 4.2 | --- | --- |
| Anti-Mitotic | No | 1.1 | 0.3 | 3.5 | 3.5 | 8.4 | 4.9 | --- | --- |
| K-5 | No | --- | --- | --- | --- | --- | --- | --- | --- |
| FTI #2 | No | --- | --- | --- | --- | --- | --- | --- | --- |
| **Subtotal CANCER** | | 23.1 | 0.5 | 20.4 | 20.6 | 64.8 | 44.0 | (24.1) | 14.9 |
| Other New Products | No | --- | --- | --- | --- | --- | --- | --- | --- |
| Other | Yes | 0.6 | 0.6 | 43.3 | 42.4 | 88.1 | 43.7 | (43.7) | --- |
| Affordability | Yes | --- | --- | (4.0) | (4.0) | (8.0) | (4.0) | 4.0 | --- |
| **Total Development** | | 116.0 | 16.8 | 122.1 | 123.0 | 360.0 | 257.0 | (183.1) | 93.9 |
| Discovery | Yes | --- | 0.4 | 85.8 | 85.8 | 192.0 | 89.2 | (89.2) | --- |
| **Total Gross PRD** | | 116.0 | 17.2 | 217.9 | 218.8 | 572.0 | 352.2 | (188.2) | 93.9 |

\* Calculated using the rationale that 60% of remaining costs could be cut via headcount reductions, PPD material reductions, lab supplies, etc.

\*\* Includes all costs that are considered variable (Grants, SPD Direct Costs, and Other Variable Costs).

53

HIGHLY CONFIDENTIAL ABBT 0037567

## Pharmaceutical Products Division – R&D
### Summary of R&D Projects
### 2001 PLAN

| Project/Description | Cost thru 2000 | 2000 Actual | 2001 PLAN | Cost until NDA 2001 and forward |
|---|---|---|---|---|
| **Depakote**<br>Development program to enhance the Depakote/Depacon product position in the treatment of epilepsy, prevention of migraine headaches and the treatment of manic episodes associated with bipolar disorder. This includes a new extended release formulation in each of three treatment areas and studies to expand the market for treating impulsive aggression, psychotic, elderly agitation, a companion study with Lilly's anti-psychotic drug, Zyprexa, and bipolar in pediatric youth. Additionally, the Depacon Rapid Infusion Study will assess the safety of rapidly loading Depacon in patients with Epilepsy. Two new formulations are being developed - 250 mg ER tablet and DR Sprinkle BID. | $179.9 | $33.6 | $24.1 | N/A |
| **ABT-594**    [Milestone: Go/No Go Clinical Efficacy, 2Q01, NDA Date: 3Q05]<br>ABT-594 is a non-opioid, non-NSAID analgesic that is a potent and selective neuronal nicotinic receptor modulator. It is effective across all pain conditions; nociceptive pain and neuropathic pain. Preclinical data shows ABT-594 to be 30 to 100 times more potent and equally efficacious to morphine in treating moderate to severe pain in several well characterized animal models of nociceptive pain. ABT-594 has a unique mechanism of action which may encourage use in combination with other analgesics as well as monotherapy. Indicated for the management of neuropathic pain associated with diabetic polyneuropathy. Indication or publication for specific chronic nociceptive and/or neuroceptive pain conditions (e.g. OA). Oral formulation expected. Dosing schedule to be determined. | $66.2 | $14.3 | $9.3 | $71.0 |
| **ABT-089**    [Milestone: Transition Team Go/No Go, 4Q01]<br>ABT-089 is a potent and selective neuronal nicotinic receptor modulator with cognition enhancing activity in rodent and primate preclinical models of cognitive dysfunction. It does not appear to have abusive liability dependence liability or abuse. ABT-089 may be the second non-scheduled, non-stimulant product for the ADHD market. Oral formulation and QD dosing expected. | $1.6 | $1.6 | $0.6 | $102.3 |
| **Clarithromycin**<br>The sNDA for clarithromycin extended release (Biaxin XL) was approved March 3, 2000. New studies planned for the U.S. include: Asthma and Cystic Fibrosis. International Projects for 2001 include QD XL registration studies and the Japan 400mg tablet. | $393.8 | $23.5 | $14.9 | N/A |
| **Ketolide (ABT-773)**    [Milestone: Phase III CAP/ABS dose range data 3Q01, Tablet NDA 3Q02]<br>ABT-773 is a potent ketolide with strong activity against most macrolide resistant strains while also maintaining the broad spectrum coverage of clarithromycin. Product will be available as tablet followed by a pediatric suspension and injectable form dependant on timing of funding. ABT-773 will address the major unmet medical needs of increasing resistance to current macrolide agents and weak activity against key problem pathogens, especially S. pneumoniae. Maintains clarithromycin's broad spectrum coverage. Covers key Gr resistant strains (Gr+, erythmkd). Cover key Gr resistant strains (S. pneumoniae, S. pyogenes). Tablet dosing will be QD or BID based on severity of indications. Five days for ABECB, Pharyngitis, 10 days for AOM and CAP. COSD covers more than 12,500mg at launch. Pediatric and IV currently not funded. | $153.8<br>(Tot) | $74.5<br>(Tot) | $88.0<br>(Tot) | $42.0<br>(Tot USRU) |
| **Quinolone (ABT-492)**    [Milestone: Go/No Go FB/Safety (Phase Ib) 2Q01, NDA Date: 4Q04]<br>ABT-492 is a broad-spectrum anti-infective agent with potential application across a range of infections, including respiratory infections, genitourinary infections, and skin/soft tissue infections. Product will initially be available as tablet/capsule followed by an injectable form approximately one year later. The in-vitro antibacterial activity of ABT-492 appears to be more potent than breakthroughs. The in-vitro potency data suggested that ABT-492 has the potential to be therapeutically effective at doses comparable to trovafloxacin. Must have a safety profile comparable to levofloxacin. QD dosing for adult tablet/capsule and IV. Five days for most indications. | $11.6 | $7.1 | $24.5 | $227.6<br>(Tot) |
| **Omnicef**    [Milestone: Initiate Clinical Studies Q301, SNDA Q402]<br>Cefdir (Omnicef) is a potent cephalosporin indicated for the full range of respiratory tract and skin infections, and has 5 day BID indications for AOM, pharyngitis, and AECB. The suspension in pleasant tasting, significantly better than Cefil and Augmentin in 2 studies, and better than Zithromax in 1 of 2 studies. A new study will pursue claims for 5 day, once daily dosing in AOM, and potential comparative data vs. Zithromax with both once daily and twice daily dosing. A second study is planned for AECB and is currently Blue Plan. Comparator agents as under evaluation. The sNDA would be filed Dec 2002. | $0.0 | $0.0 | $4.9 | N/A |
| **Benign Prostatic Hyperplasia Back-up (ABT-980)**    [Program terminated 1Q00]<br>ABT-980 is a potent adrenoceptor antagonist with 120-fold selectivity for α1a versus α1b receptor in the medical treatment of benign prostatic hyperplasia. Indicated for the relief of symptomatic benign prostatic hyperplasia. ABT-980 program had to be terminated in 1Q00 due to the development of serum creatinine abnormalities in patients. | $85.7 | $31.5 | $2.3 | $0.0 |

54

HIGHLY
CONFIDENTIAL
ABBT 0037568

Pharmaceutical Products Division - R&D
Summary of R&D Projects
2001 PLAN

| Project/Description | Cost thru 2000 | 2000 Actual | 2001 PLAN | Cost until NDA (2nd and Forward) |
|---|---|---|---|---|
| **Kaletra**<br>ABT-378 is a second generation protease inhibitor which will be reformulated in one capsule/tablet with ritonavir. It is potent against purified HIV protease with a Ki of 1pm. Phase I studies indicate that ABT-378 is safe and well tolerated at all doses studied. ABT-378 works only in combination with ritonavir. Ritonavir acts as a potent blocker of the P450 system to enhance the PK profile of ABT-378 to achieve higher blood levels than on its own. Dedicated as first-line protease inhibitor therapy in adults. Efficacy against resistant virus. Maintaining high plasma and tissue concentrations. Safety, side effect, and toxicity profile at least equal to current standard. Dosing: BID, QD profile. Will be available in one reformulated pill with ritonavir. | $215.7 | $80.8 | $51.0 | N/A |
| **Ezdatinelin (ABT-627)     [Milestone: Initiate Phase III Clinical 1Q/01]**<br>ABT-627 is Abbott's leading endothelin antagonist receptor. ABT-627 is seeking an indication for the treatment of hormone refractory prostate cancer. ABT-627 is orally administered and will be tolerated on chronic therapy. It has demonstrated improvement of time to disease progression compared to placebo. It has also demonstrated improvement in PSA progression compared to placebo. | $96.4 | $16.8 | $38.8 | $51.0 |
| **TSP #1 (ABT-510)     [Killstone: Go/No Go Clinical Safety, 2Q/01]**<br>ABT-510 is a peptide thrombospondin mimetic. TSP is an angiogenesis inhibitor that may prevent growth of primary tumors as well as prevent the spread of metastases by inhibiting the growth of collateral vessels required to provide blood to growing tumors. With a relatively benign toxicity profile, this class of agents may be used to prevent metastatic disease in patients who have received surgery, radiation or chemo and/or as primary therapy to treat cancer patients. As adnexin, long-term therapy, there is potential for significant commercial opportunity. | $11.0 | $7.0 | $10.0 | $80.5 |
| **Metalloproteinase (MMP1) (ABT-518)     [Milestone: Go/No Go Clinical Safety, 4Q/01]**<br>ABT-518 is an oral, matrix metalloproteinase inhibitor and a cytostatic agent. MMPIs may prevent the growth of metastatic lesions and inhibit primary tumor growth. These agents will most likely be used with current therapy or post-definitive therapy such as surgery, radiation and chemotherapy. As adnexin, long-term therapy, there is significant commercial upside. | $5.6 | $5.6 | $7.4 | $86.3 |
| **Anti-Mitotic (Eins) (ABT-751)     [Milestone: Go/No Go Clinical Safety, 2Q/01]**<br>ABT-751 is an oral cytostatic agent that inhibits tumor growth by inhibiting the polymerization of tubulin into microtubules, a necessary step in cell division. This mechanism of action is somewhat similar to the mechanism of taxanes. This novel agent could produce clinical benefits equal to or superior to current taxanes and could be economically successful as current taxanes. ABT-751 also has the potential to be effective in patients experiencing resistance to other agents, including taxanes. | $3.9 | $3.9 | $8.4 | $78.0 |
| **Other**<br>Other projects include Oxab011, COX-11, ABS-101, NF5-1776, Hydrocodone, Fenofibrate, KCO, Ritonavir, Cyclosporine, CAPD Excess Capacity Charges, and CAPD Cost process improvement. | N/A | $68.6 | $105.6 | N/A |
| **Allortability**<br>Reflects BLOc. | N/A | $0.0 | ($9.8) | N/A |
| **Discovery**<br>Funding provides for the Discovery Development Candidates (DDCCs) to be brought forth in 2001. Reflects Discovery costs in Infectious Disease Research, Metabolic Disease Research, Neurological and Urological Disease Research, and Cancer Research. Includes Neuroscich, Kava Bio, ICApm, IDUPI, Incyte and ISIS collaborations. | N/A | $190.6 | $192.0 | N/A |
| **Total Gross PPD** | N/A | $559.4 | $572.0 | N/A |

HIGHLY
CONFIDENTIAL
ABBT 0037569

55



HIGHLY
CONFIDENTIAL
ABBT 0037570

# Other Miscellaneous Schedules

HIGHLY
CONFIDENTIAL
ABBT 0037571

Pharmaceutical Products Division R&D
Plan Dating Retirement
Net Expense

HIGHLY
CONFIDENTIAL
ABBT 0037572

## 2001 Project Funding by Phase

| Franchise | Pre-Clinical | ($MM) | Phase I | ($MM) | Phase II | ($MM) | Phase III | ($MM) | Phase IV | ($MM) | Franchise Totals | 2000 AGU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Neuroscience | COX-II<br>COX-II<br>ABS-103<br>NPS-1776<br>ABS-103 | 1.8<br>1.2<br>1.2<br>1.3<br>3.7<br>4.0 | ABT-089<br>ABT-089 | 6.4<br>0.6 | CCK/K Neuro<br>CCK/K Neuro Milestone<br>CCK/K Osteo | 9.3<br>10.0<br>10.1 | Hydrocodone | 4.0 | Depakote: Ongoing<br>Depakote: New<br>Incremental Depakote<br>Gabitril | 24.1<br>2.0<br>8.0<br>1.4 | <50.0<br>51.3 | 53.6 |
| Anti-infective |  |  | Clarithro: Tablet<br>Clarithro: Tablet | 24.5<br>0.5 | Ketec: Tablet<br>Ketec: Japan Reg<br>Ketec: IV Form |  | Omnic: Otitis Media<br>Omnic: AECB<br>Omnic: Pharyngitis | 88.0<br>3.0<br>7.0 | Clarlt: TBD<br>Clarlt: Cystic Fibrosis<br>Clarlt: Asthma<br>Incremental Clarlt<br>Clarlt International | 14.9<br>0.7<br>2.4<br>6.0<br>2.0 | 163.3<br>28.8 | 192.8 |
| Urology/Cardiology | KCO | 5.0 |  |  |  |  |  |  | Fenc: Diabetics<br>Fenc: Diabetics | 1.4<br>2.8 | 8.7<br>14.3 | 37.7 |
| HIV/Immunoscience | Gengraf: PREF/GEN<br>Gengraf: Pedi PK | 1.0<br>1.0 |  |  |  |  | Ritonavir: Combo<br>2nd Gen: HIV, BID, Chel<br>2nd Gen: Imp Form<br>2nd Gen: Post Appr<br>Genprat: Organ Rej G<br>2nd Gen: OD Program | 4.0<br>32.0<br>4.0<br>2.0<br>2.5<br>17.0 | 2nd Gen: Ph IV Sustiva<br>2nd Gen: Ph IV Switch<br>Other 2nd Gen | 2.0<br>3.0<br>8.0 | 57.5<br>18.0 | 101.2 |
| Oncology | MMPI<br>HS<br>FTI | 7.4<br>8.8<br>4.1 |  | 10.0<br>8.4 |  |  | Endo: Prostate Ca<br>Endo: Breast Ca<br><br>Endo: Early Pca<br>Endo: Exploratory | 27.0<br>1.0<br><br>11.0<br>5.0 |  |  | 84.8<br>29.9 | 31.6 |
| Other | DDC-1<br>DDC-2<br>Discovery<br>DDC-3<br>DDC-4<br>DDC-5<br>DDC-6 | 5.0<br>5.0<br>162.0<br>5.0<br>5.0<br>5.0<br>5.0 | Other*<br>In-license** | 86.1<br>30.0 |  |  |  |  |  |  | 276.1<br>60.0 | 235.0 |
| 2001 Affordability |  | (0.8)<br>203.8 |  | 129.0 |  | 72.0 |  | 97.3 |  | 94.5 | (9.8)<br>572.0 |  |
| 2001 Total Funded |  | 55.7 |  | 38.9 |  |  |  | 38.1 |  | 49.7<br>21.7 | 201.1 |  |
| 2001 Total Unfunded |  | (3.0) |  |  |  |  |  |  |  |  |  |  |
| 2000 Affordability |  | 201.4 |  | 72.0 |  |  |  | 124.1 |  | 77.0 | 84.0 |  |
| 2000 AGU |  |  |  |  |  |  |  |  |  |  |  | 558.3 |

Key:
New
Generic
Rx

Funded
Unfunded

\* All fixed costs in "other" arbitrarily placed in phase 1.

\*\* In-licensed compounds may vary in both franchise and phase.

HIGHLY
CONFIDENTIAL
ABBT 0037573

58

## Pharmaceutical Products Research & Development
### R&D/Medical Expenses Summary
($000)

| | 1998 ACTUAL | 1999 ACTUAL | 2000 PLAN | 2000 APU | 2000 AGU | 2001 PLAN |
|---|---|---|---|---|---|---|
| Global Discovery | 162,565 | 170,792 | 185,000 | 185,000 | 184,750 | 192,000 |
| Global Development | 263,041 | 248,486 | 312,126 | 327,300 | 318,565 | 328,307 |
| Subtotal Global | 425,606 | 419,278 | 497,126 | 512,300 | 503,315 | 620,307 |
| % growth vs. prior year | | -5.5% | 26.6% | 4.9% | -2.7% | 3.1% |
| | | | | | | |
| A.I. $ share | 170,242 | 165,911 | 183,768 | 183,768 | 183,768 | 186,670 |
| A.I. % share | 40.0% | 39.6% | 37.0% | 35.9% | 36.5% | 35.9% |
| A.I. % share growth | | -2.5% | 10.8% | | | 1.6% |
| | | | | | | |
| PPD $ share | 255,364 | 253,367 | 313,358 | 328,532 | 319,547 | 333,637 |
| PPD % share | 60.0% | 60.4% | 63.0% | 64.1% | 63.5% | 64.1% |
| PPD % share growth | | -0.8% | 23.7% | | | 6.5% |
| | | | | | | |
| Domestic Development | 66,861 | 63,876 | 56,290 | 55,183 | 55,183 | 51,729 |
| Gross PPD | 492,467 | 483,154 | 553,416 | 567,483 | 558,498 | 572,036 |
| | | | | | | |
| TAP and Sister Division | 58,700 | 58,301 | 52,694 | 65,459 | 67,809 | 57,348 |
| | | | | | | |
| Total Gross Expense | 561,167 | 541,455 | 606,110 | 632,942 | 620,307 | 629,384 |
| Net PPD | 322,225 | 315,443 | 309,648 | 383,815 | 374,730 | 385,367 |

59

L:\GROUP\NINA Comfile\A.I. ...\R&Dtrig.123

HIGHLY

CONFIDENTIAL
ABBT 0037574

Detail of "Other"
2001 PLAN

| | Oracle | | | Adjustments | | | 2001 PLAN | | | 2000 AGU | | | Variance Favl(Unfav) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Global | Domestic | Total | Global | Domestic | Total | Global | Domestic | Total | Global | Domestic | Total | |
| **Misc PPD R&D** | | | | | | | | | | | | | |
| Alternate Dosage | 110 | -- | 110 | -- | -- | -- | 110 | -- | 110 | 2,003 | -- | 2,003 | 1,893 |
| Is Licensing | 403 | -- | 403 | -- | -- | -- | 403 | -- | 403 | 1,761 | -- | 1,761 | 1,358 |
| Exploratory Effort | 408 | -- | 408 | -- | -- | -- | 408 | -- | 408 | 825 | -- | 825 | 437 |
| Partunition for Growth | 123 | -- | 123 | -- | -- | -- | 123 | -- | 123 | 927 | -- | 927 | (71) |
| Bimodanol | 71 | -- | 71 | -- | -- | -- | 71 | -- | 71 | -- | -- | -- | (57) |
| NS-49 ADT-232 | 57 | -- | 57 | -- | -- | -- | 57 | -- | 57 | -- | -- | -- | (38) |
| Atexokinase & Recombinant Pre-UK | -- | 38 | 38 | -- | -- | -- | -- | 38 | 38 | 7 | -- | 7 | -- |
| Molecular Probes | -- | -- | -- | 7 | -- | 7 | 7 | -- | 7 | -- | 1,851 | 1,851 | 744 |
| Drug User Fees | -- | -- | -- | -- | -- | -- | -- | -- | -- | 200 | -- | 200 | 200 |
| Priced to Operations | -- | -- | -- | 1,207 | -- | 1,207 | 1,207 | -- | 1,207 | -- | -- | -- | 200 |
| Dept & Floorspace not in fund | -- | -- | -- | 2,160 | -- | 2,160 | 2,160 | -- | 2,160 | 2,389 | -- | 2,389 | (227) |
| Inventory Transfer ABT 378 | -- | -- | -- | -- | -- | -- | -- | -- | -- | (5,728) | -- | (5,728) | (5,728) |
| Clinical Supplies (Operations) | -- | -- | -- | 200 | -- | 200 | 200 | -- | 200 | 200 | -- | 200 | -- |
| Cerezica | -- | -- | -- | -- | -- | -- | -- | -- | -- | 2,440 | -- | 2,440 | 2,440 |
| EDG/Other | -- | -- | -- | -- | -- | -- | -- | -- | -- | 1,500 | -- | 1,500 | 1,500 |
| IT Productly Projects | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Keol-HXYO2/COther | -- | -- | -- | -- | -- | -- | -- | -- | -- | 1,000 | -- | 1,000 | 1,000 |
| Garnet #1 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 500 | -- | 500 | 500 |
| Garnet #2 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cosofiom | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| CI charge from Ops (Clie Val Mgr) | -- | -- | -- | -- | -- | -- | -- | -- | -- | 171 | -- | 171 | 171 |
| SPD IDV - Upceavil | -- | -- | -- | -- | -- | -- | -- | -- | -- | 607 | -- | 607 | 607 |
| Aegis Insurance | -- | -- | -- | -- | -- | -- | -- | -- | -- | 932 | -- | 932 | 932 |
| Data Management Absorption | -- | -- | -- | -- | -- | -- | -- | -- | -- | 1,079 | -- | 1,079 | 1,079 |
| Other New Products | -- | -- | -- | -- | -- | -- | -- | -- | -- | 2,650 | -- | 2,650 | 2,650 |
| AI Manpower | -- | -- | -- | -- | -- | -- | -- | -- | -- | 148 | -- | 148 | 148 |
| | 1,232 | 38 | 1,270 | 2,373 | 1,207 | 4,580 | 4,605 | 1,245 | 5,850 | 13,412 | 2,151 | 15,562 | 9,713 |
| **Non-Promoted Products** | | | | | | | | | | | | | |
| Ceft | -- | 2,480 | 2,480 | -- | -- | -- | 2,480 | 2,480 | 2,480 | -- | 2,480 | 2,480 | -- |
| MHC | -- | 2,568 | 2,568 | -- | -- | -- | 2,568 | 2,568 | -- | 658 | 658 | (1,710) |
| New Candidates | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 4,117 |
| All Other (Detail below) | 83 | 9,073 | 9,156 | -- | -- | -- | 83 | 9,073 | 9,156 | 1,592 | 14,025 | 16,621 | 4,117 |
| | 83 | 13,121 | 13,214 | -- | -- | -- | 83 | 13,121 | 13,214 | | | | |
| **EPD Mkts** | | | | | | | | | | | | | |
| Outsourcing | -- | -- | -- | -- | -- | -- | -- | -- | -- | 552 | -- | 552 | 552 |
| Purchasing Also/Other | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Hazards Lab | -- | -- | -- | -- | -- | -- | -- | -- | -- | 552 | -- | 552 | 552 |
| **EPD Process** | | | | | | | | | | | | | |
| Unit of Activity Charge | 23 | -- | 23 | -- | -- | -- | 23 | -- | 23 | 29 | -- | 29 | 6 |
| Esy A for Disd Improve | -- | 369 | 369 | -- | -- | -- | -- | 369 | 369 | -- | 628 | 628 | 229 |
| Clevl Processss Improve | 1,973 | -- | 1,973 | -- | -- | -- | 1,973 | -- | 1,973 | 2,507 | -- | 2,507 | 534 |
| H2G | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | (7,152) |
| New Project Support | 7,152 | -- | 7,152 | -- | -- | -- | 7,152 | -- | 7,152 | -- | -- | -- | -- |
| Disc - Delivery | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | (370) |
| Discovery Patents & Trademarks | 370 | -- | 370 | -- | -- | -- | 370 | -- | 370 | -- | -- | -- | -- |
| Fixed Cost to SPD (PARD) | -- | -- | -- | -- | -- | -- | -- | -- | -- | 5,728 | -- | 5,728 | 5,728 |
| Profase 2nd Gen (Mfg Chg) | -- | -- | -- | -- | -- | -- | -- | -- | -- | 4,700 | -- | 4,700 | 403 |
| Clarl IV | 4,297 | -- | 4,297 | -- | -- | -- | 4,297 | -- | 4,297 | -- | -- | -- | -- |
| H2G - Fixed NCPP | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Aspirageoals - Fixed NCPP | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 151 | 151 | 151 |
| Miscellaneous Adjustment | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | (423) |
| | 13,915 | 369 | 14,184 | -- | -- | -- | 13,915 | 369 | 14,184 | 13,112 | 639 | 13,751 | (423) |
| **Excess Capacity - SPD** | | | | | | | | | | | | | |
| PPD R&D Key Consol | 11,610 | -- | 11,610 | -- | -- | -- | 11,610 | -- | 11,610 | 9,160 | -- | 9,160 | (2,450) |
| PPD R&D Suspense | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Corp Key Consol | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Mfg Suspense | -- | -- | -- | -- | -- | -- | -- | -- | -- | 9,300 | -- | 9,160 | -- |
| | 11,610 | -- | 11,610 | -- | -- | -- | 11,610 | -- | 11,610 | 9,300 | -- | 9,160 | 2,450 |
| **Excess Capacity - PPD** | | | | | | | | | | | | | |
| Discovery | -- | -- | -- | -- | -- | -- | -- | -- | -- | 332 | 25 | 357 | 357 |
| Drug Safety | -- | -- | -- | -- | -- | -- | -- | -- | -- | 624 | -- | 624 | 624 |
| Development Ops | -- | -- | -- | -- | -- | -- | -- | -- | -- | 35 | -- | 35 | 35 |
| Venture Management (Thrombo) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 1,162 | 1,162 | 1,162 |
| Venture Mgmt | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 60 | 60 | 60 |
| PARD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 3,000 | -- | 3,000 | 3,000 |
| Data Management (Sale translated) | -- | -- | -- | -- | -- | -- | -- | -- | -- | 3,201 | 1,246 | 2,609 | 4,447 |
| | | | | | | | | | | 3,201 | 1,246 | 4,447 | 4,447 |
| **Other Miscellaneous Credits** | | | | | | | | | | | | | |
| CRO Rebates | -- | -- | -- | (3,000) | -- | (3,000) | (3,000) | -- | (3,000) | -- | -- | -- | 3,000 |
| Novo Settlement | -- | -- | -- | -- | -- | -- | -- | -- | -- | (1,500) | -- | (1,500) | (1,500) |
| FLAPP/argresol | -- | -- | -- | -- | -- | -- | -- | -- | -- | (810) | -- | (810) | (810) |
| Triangle Payments | -- | -- | -- | -- | -- | -- | -- | -- | -- | 2,814 | -- | 2,814 | 2,814 |
| Exegriat (Cyclosporine) | -- | -- | -- | -- | -- | -- | -- | -- | -- | 2,400 | -- | 2,400 | 2,400 |
| Mishahad | -- | -- | -- | -- | -- | -- | -- | -- | -- | (984) | -- | (984) | (984) |

| | 26,710 | 13,533 | 40,278 | 373 | 1,207 | 1,560 | 27,123 | 14,735 | 41,858 | 43,137 | 18,065 | 9,260 | 16,344 |
| **Subtotal OTHER** | | | | | | | 41,777 | 2,485 | 44,252 | | | 2,325 | (41,952) |
| Absorbed/Unidentified | | | | | | | | | | | | | |
| **TOTAL "OTHER"** | | | | | | | 68,900 | 17,220 | 86,129 | 43,437 | 18,065 | 63,322 | (22,968) |

** Should be equal.
Blue Text = Inputs

**All Other**

| | Global | Domestic | Total | | | | Global | Domestic | Total | Global | Domestic | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyrta | 66 | 275 | 341 | -- | -- | -- | 66 | 275 | 341 | 82 | 275 | 357 | 16 |
| Macrolide ABT797 | -- | 25 | 25 | -- | -- | -- | -- | 25 | 25 | -- | 25 | 25 | -- |
| Prokinetic Macrolide ABT229 | -- | 18 | 18 | -- | -- | -- | -- | 18 | 18 | -- | 18 | 18 | -- |
| H2G ABT606 | 5 | -- | 5 | -- | -- | -- | 5 | -- | 5 | 97 | -- | 97 | 92 |
| Taxane ABT271 | -- | 14 | 14 | -- | -- | -- | -- | 14 | 14 | -- | 14 | 14 | -- |
| FLAP ABT080 | 22 | -- | 22 | -- | -- | -- | 22 | -- | 22 | 114 | -- | 114 | 92 |
| Simrockerol ABT422 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 1,242 | -- | 1,242 | 1,242 |
| Discovery | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 3441 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| HAART Metabolic Complications | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 86 | 86 | 86 |
| Misc | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 90 | 90 | 90 |
| Fenofibrate (Vascular) | -- | 8,097 | 8,097 | -- | -- | -- | -- | 8,097 | 8,097 | -- | 8,279 | 8,279 | 182 |
| Compliance Initiative | -- | 1,701 | 1,701 | -- | -- | -- | -- | 1,701 | 1,701 | -- | 4,041 | 4,041 | 2,340 |
| Pharmacogenetics | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Total All Other** | 83 | 9,073 | 9,156 | -- | -- | -- | 83 | 9,073 | 9,156 | 1,442 | 14,891 | 12,243 | 4,117 |

HIGHLY
CONFIDENTIAL
ABBT 0037575

## 2001 PLAN Rollforward

| | Bottom Line | Other | Affordability |
|---|---|---|---|
| Book II | 592.1 | 71.5 | (25.1) |
| Re-prioritization | 0 | 9.4 A | (2.6) B |
| Subtotal | 592.1 | 80.9 | (27.7) |
| Task Exercise | 20.1 | 5.2 C | 17.9 D |
| Final Plan | 572.0 | 86.1 | (9.8) |

A  Added $12MM in grants and out $18.8MM in other. Projects cut ($6.8MM) and functionals added $2.6MM
This means absorption went up $9.4MM.

B  Functional impact was up $12MM in grants and down ($18.8MM / 2) = ($9.4MM) in functionals
$12MM - $9.4MM = $2.6MM

C  Projects cut $55.0MM which translated into functional cuts of $40.3MM. $55.0MM - $40.3MM = $14.7MM of unabsorption
In addition to the unabsorption, relief was given by Commercial for Gabitril/Corp. Alloc for $1.6MM, the
Cyclosporine deal with SPD was terminated for an $0.4MM, FTI #2 switch to KCO for ($0.4MM),
a change in the CMIS IDV for ($0.4MM), elimination of Ketolide task 7.0MM, elimination of
International Clari, charges for $3.9MM, absorption changes of ($13.1MM) and a change in affordability of ($8.5MM).

D  Of the $40.3MM in functional cuts, we took $20.1MM to the bottom line, therefore $17.9MM went to reduce
affordability



$52.6MM

$20.1MM
Bottom
Line

$15.3MM
Affordability

$17.2MM
Other / Absorption

L:\GROUP\Ultra Combat\Page 100 Revised.xls\Charges

HIGHLY

CONFIDENTIAL
ABBT 0037576

# *Task Backup/ Rollforwards*

HIGHLY
CONFIDENTIAL
ABBT 0037577

**2001 Plan Task Exercise**
**Pharmaceutical Products Division**
**Research and Development**
**($MM)**

| Project Name | Project $MM | | | Functional $MM | | |
|---|---|---|---|---|---|---|
| | Grants | Other | Total | Grants | Other | Total |
| - ABS/NPS | - | 7.0 | 7.0 | - | 3.5 | 3.5 |
| - Ketolide | - | 5.0 | 5.0 | - | 2.5 | 2.5 |
| - BPH | 6.4 | 19.0 | 25.4 | 6.4 | 9.5 | 15.9 |
| - Kaletra | (7.8) | (1.6) | (9.4) | (7.8) | (0.8) | (8.6) |
| - Endothelin | (10.6) | (5.6) | (16.2) | (10.6) | (2.8) | (13.4) |
| - KCO | 0.5 | 5.5 | 6.0 | 0.5 | 2.8 | 3.3 |
| - Depakote New Formulations | - | 1.9 | 1.9 | - | 1.0 | 1.0 |
| - K5 | - | 8.8 | 8.8 | - | 4.4 | 4.4 |
| - Cox II | - | 3.0 | 3.0 | - | 1.5 | 1.5 |
| - Clarithromycin: | | | | | | |
| Cystic Fibrosis | 0.7 | - | 0.7 | 0.7 | - | 0.7 |
| Asthma | 2.4 | - | 2.4 | 2.4 | - | 2.4 |
| International | 2.0 | - | 2.0 | 2.0 | - | 2.0 |
| - Tricor - Diabetics | - | 4.0 | 4.0 | - | 2.0 | 2.0 |
| - ChCM | 1.6 | 5.4 | 7.0 | 1.6 | 2.7 | 4.3 |
| - Discovery | - | 5.0 | 5.0 | - | 5.0 | 5.0 |
| - IM&T | - | - | - | - | 1.0 | 1.0 |
| - Project Expense | - | - | - | - | 1.0 | 1.0 |
| Total Task | (4.8) | 57.4 | 52.6 | (4.8) | 33.2 | 28.4 |

HIGHLY

CONFIDENTIAL
ABBT 0037578

# Headcount

HIGHLY
CONFIDENTIAL
ABBT 0037579

# R&D Regular Headcount
## 1996-2001



HIGHLY
CONFIDENTIAL
ABBT 0037580

2001 PLAN
Final PLAN vs AGU
YEAR END HEADCOUNT ANALYSIS

*2001 PLAN FINAL HEADCOUNT* (handwritten)

| | Book II AGU | Final (Oracle) AGU | Book I PLAN | Book II PLAN | Final (ORACLE) PLAN | Incr / (Decr) Final PLAN vs. Final AGU | Commentary |
|---|---|---|---|---|---|---|---|
| **DART** | | | | | | | |
| Net | 256 | 252 | 254 | 254 | 257 | (25) | +35 Regular, -1 Temp, -70 SciPro |
| Gross | 298 | 298 | 254 | 254 | 257 | (41) | |
| | | | | | | | |
| **VENTURES** | | | | | | | |
| **Cardiovascular & Diabetes** | | | | | | | |
| Net | 0 | 0 | 0 | 0 | 0 | 0 | |
| Gross | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Macrolide** | | | | | | | |
| Net | 41 | 41 | 48 | 48 | 42 | 1 | +1 SciPro |
| Gross | 41 | 41 | 48 | 48 | 42 | 1 | |
| **Anti-Viral** | | | | | | | |
| Net | 51 | 48 | 51 | 51 | 55 | 7 | +7 Regular |
| Gross | 55 | 55 | 55 | 55 | 57 | 2 | |
| **Analgesia** | | | | | | | |
| Net | 18 | 14 | 35 | 35 | 11 | (3) | -2 Regular, -1 SciPro |
| Gross | 18 | 16 | 35 | 35 | 11 | (5) | |
| **Urology** | | | | | | | |
| Net | 19 | 17 | 23 | 23 | 14 | (3) | -1 Regular, -4 Contract, -1 SciPro |
| Gross | 21 | 21 | 24 | 24 | 14 | (7) | |
| **Oncology / Transplant** | | | | | | | |
| Net | 35 | 36 | 38 | 38 | 47 | 11 | +6 Regular, +1 Temp, +1 Contractor, +3 SciPro |
| Gross | 42 | 42 | 43 | 43 | 47 | 5 | |
| **Total Ventures** | | | | | | | |
| Net | 164 | 156 | 193 | 193 | 189 | 13 | |
| Gross | 177 | 175 | 203 | 203 | 171 | (4) | |
| | | | | | | | |
| **DISCOVERY** | | | | | | | |
| Net | 778 | 778 | 778 | 778 | 770 | (8) | -6 Regular, -4 Temp, +3 Contract, +1 SciPro |
| Gross | 802 | 802 | 803 | 803 | 803 | 1 | |
| **DRUG SAFETY** | | | | | | | |
| Net | 200 | 195 | 208 | 208 | 189 | (9) | -3 Regular, -3 Contractor |
| Gross | 205 | 205 | 208 | 208 | 205 | 0 | |
| **PARD** | | | | | | | |
| Net | 344 | 330 | 344 | 344 | 337 | 7 | +9 Regular, -2 Contractors |
| Gross | 358 | 358 | 360 | 360 | 359 | 3 | |
| **PHASE I** | | | | | | | |
| Net | 57 | 58 | 78 | 78 | 62 | 8 | +2 Regular, +3 Contractor |
| Gross | 67 | 57 | 78 | 78 | 62 | 5 | |
| **DEV OPS** | | | | | | | |
| Net | 213 | 197 | 216 | 216 | 191 | (19) | +2 Regular, -2 Temp, +5 Contract, -21 SciPro |
| Gross | 213 | 213 | 220 | 220 | 186 | (27) | |
| **RA** | | | | | | | |
| Net | 67 | 64 | 69 | 69 | 68 | 4 | +4 Regular |
| Gross | 69 | 69 | 69 | 69 | 68 | (1) | |
| **MA** | | | | | | | |
| Net | 143 | 138 | 146 | 146 | 137 | 1 | +4 Regular, -3 Contractor |
| Gross | 145 | 145 | 146 | 146 | 146 | 1 | |
| **ADMIN** | | | | | | | |
| Net | 86 | 82 | 85 | 85 | 113 | 31 | +14 Regular, -1 Temp, +18 SciPro |
| Gross | 88 | 82 | 85 | 85 | 113 | 31 | |
| **JUDGMENT** | | | | | | | |
| Net | 23 | 57 | 35 | (4) | 80 | 3 | -26 Regular, +4 Temp, -1 Contract, +16 SciPro |
| Gross | 35 | 41 | 51 | 7 | 73 | 32 | |
| | | | | | | | |
| **TOTAL** | | | | | | | |
| Net | 2,373 | 2,373 | 2,412 | 2,373 | 2,373 | 0 | |
| Gross | 2,443 | 2,443 | 2,487 | 2,443 | 2,443 | 0 | |

HIGHLY
CONFIDENTIAL
ABBT 0037581

**R&D**
**PERSONNEL - 2001 PLAN**

| | DEC Actual | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | 12-Mo Avg | 13-Mo Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **L REGULAR** | | | | | | | | | | | | | | | |
| GROSS | 1,968 | 2,180 | 2,170 | 2,175 | 2,167 | 2,162 | 2,146 | 2,145 | 2,153 | 2,181 | 2,178 | 2,174 | 2,194 | | |
| UNFILL | -- | (193) | (168) | (143) | (118) | (68) | (40) | (35) | (50) | (63) | (53) | (43) | (70) | | |
| NET | 2,069 | 1,987 | 2,002 | 2,032 | 2,049 | 2,094 | 2,106 | 2,110 | 2,103 | 2,118 | 2,125 | 2,131 | 2,124 | | |
| **TEMPORARY** | | | | | | | | | | | | | | | |
| GROSS | 13 | 21 | 21 | 21 | 21 | 34 | 56 | 56 | 50 | 22 | 22 | 22 | 22 | | |
| UNFILL | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | |
| NET | 13 | 21 | 21 | 21 | 21 | 34 | 56 | 56 | 50 | 22 | 22 | 22 | 22 | | |
| **CONTRACT** | | | | | | | | | | | | | | | |
| GROSS | 67 | 80 | 78 | 79 | 76 | 78 | 76 | 77 | 73 | 74 | 73 | 75 | 75 | | |
| UNFILL | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | |
| NET | 67 | 80 | 78 | 79 | 76 | 78 | 76 | 77 | 73 | 74 | 73 | 75 | 75 | | |
| **SCIENTIFIC** | | | | | | | | | | | | | | | |
| GROSS | 296 | 162 | 174 | 168 | 179 | 169 | 165 | 165 | 167 | 166 | 170 | 172 | 152 | | |
| UNFILL | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | |
| NET | 296 | 162 | 174 | 168 | 179 | 169 | 165 | 165 | 167 | 166 | 170 | 172 | 152 | | |
| **TOTAL EQUIV** | | | | | | | | | | | | | | | |
| GROSS | 396 | 263 | 273 | 268 | 276 | 281 | 297 | 298 | 290 | 262 | 265 | 269 | 249 | | |
| UNFILL | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | |
| NET | 396 | 263 | 273 | 268 | 276 | 281 | 297 | 298 | 290 | 262 | 265 | 269 | 249 | | |
| **GRAND TOTAL** | | | | | | | | | | | | | | | |
| GROSS | 2,364 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | | |
| UNFILL | -- | (193) | (168) | (143) | (118) | (68) | (40) | (35) | (50) | (63) | (53) | (43) | (70) | | |
| NET | 2,364 | 2,250 | 2,275 | 2,300 | 2,325 | 2,375 | 2,403 | 2,408 | 2,393 | 2,380 | 2,390 | 2,400 | 2,373 | | |
| Div Contract | 383 | 242 | 252 | 247 | 255 | 247 | 242 | 241 | 242 | 240 | 243 | 247 | 227 | | |

| Monthly Changes | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | F | M | A | M | J | J | A | S | O | N | D |

| | Quarterly Changes | | | | | |
|---|---|---|---|---|---|---|
| | Beg | I | II | III | IV | End |
| 2001 PLAN | 2,364 | (64) | 103 | (23) | (7) | 2,373 |
| 2000 ACTUALS | 2,308 | (78) | 17 | (15) | 132 | 2,364 |
| 1999 ACTUALS | 2,457 | (311) | 31 | 44 | 87 | 2,308 |
| 1998 ACTUALS | 2,535 | (90) | 13 | (71) | 70 | 2,457 |
| 1997 ACTUALS | 2,532 | (239) | 44 | 88 | 110 | 2,535 |

| Total Adds | |
|---|---|
| Regular | |
| Equivalent | |
| Unfills | (70) |

01/31/2001 16:03
L:\GROUP\PLANNING\2001 PLAN\Headcount\[Funana_pb.xls]Heads

HIGHLY

CONFIDENTIAL
ABBT 0037582

65

Pharmaceutical Products Research & Development
2001 Plan Headcount (Manmonth) Summary

LAORDUP\PLAN\NG\2001 PLAN\Headcowl(Finance_stub)\Manmths\

01/31/2001 15:17

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total Man Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Information Management & Technology** | | | | | | | | | | | | | |
| Regular | 177 | 179 | 180 | 180 | 181 | 183 | 186 | 186 | 189 | 189 | 189 | 191 | 2,210 |
| Temp/Summer | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Contractors | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Sci/Pro | 78 | 79 | 74 | 72 | 72 | 72 | 71 | 71 | 70 | 69 | 67 | 66 | 861 |
| Net Total | 255 | 258 | 254 | 252 | 253 | 255 | 257 | 257 | 259 | 258 | 256 | 257 | 3,071 |
| Unfills | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Gross Total | 255 | 258 | 254 | 252 | 253 | 255 | 257 | 257 | 259 | 258 | 256 | 257 | 3,071 |
| **Ventures** | | | | | | | | | | | | | |
| Regular | 138 | 140 | 140 | 143 | 146 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 1,736 |
| Temp/Summer | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 36 |
| Contractors | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 5 | 5 | 5 | 5 | 67 |
| Sci/Pro | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 14 | 14 | 14 | 14 | 14 | 182 |
| Net Total | 163 | 165 | 165 | 168 | 171 | 172 | 172 | 169 | 169 | 169 | 169 | 169 | 2,021 |
| Unfills | 11 | 11 | 11 | 9 | 6 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 68 |
| Gross Total | 174 | 176 | 176 | 177 | 177 | 177 | 177 | 171 | 171 | 171 | 171 | 171 | 2,089 |
| **Discovery** | | | | | | | | | | | | | |
| Regular | 747 | 745 | 746 | 746 | 747 | 748 | 748 | 748 | 748 | 748 | 748 | 749 | 8,968 |
| Temp/Summer | 2 | 4 | 4 | 4 | 16 | 23 | 23 | 17 | 4 | 3 | 3 | 3 | 106 |
| Contractors | 20 | 20 | 20 | 19 | 19 | 19 | 18 | 17 | 17 | 17 | 17 | 17 | 220 |
| Sci/Pro | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| Net Total | 770 | 770 | 771 | 770 | 783 | 791 | 790 | 783 | 770 | 769 | 769 | 770 | 9,305 |
| Unfills | 33 | 33 | 32 | 33 | 32 | 31 | 31 | 33 | 33 | 34 | 34 | 33 | 392 |
| Gross Total | 803 | 803 | 803 | 803 | 815 | 822 | 821 | 816 | 803 | 803 | 803 | 803 | 9,698 |
| **Drug Safety** | | | | | | | | | | | | | |
| Regular | 179 | 180 | 184 | 184 | 184 | 184 | 184 | 184 | 184 | 184 | 184 | 184 | 2,199 |
| Temp/Summer | ... | ... | ... | ... | ... | 13 | 13 | 13 | ... | ... | ... | ... | 39 |
| Contractors | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 60 |
| Sci/Pro | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Net Total | 184 | 185 | 189 | 189 | 189 | 202 | 202 | 202 | 189 | 189 | 189 | 189 | 2,298 |
| Unfills | 21 | 20 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 201 |
| Gross Total | 205 | 205 | 205 | 205 | 205 | 218 | 218 | 218 | 205 | 205 | 205 | 205 | 2,499 |
| **Pharm Analytical R&D** | | | | | | | | | | | | | |
| Regular | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 3,816 |
| Temp/Summer | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 24 |
| Contractors | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 204 |
| Sci/Pro | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Net Total | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 4,044 |
| Unfills | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 264 |
| Gross Total | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 4,308 |
| **Phase-I Center** | | | | | | | | | | | | | |
| Regular | 48 | 49 | 50 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 624 |
| Temp/Summer | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | 4 | 2 | 2 | 2 | 32 |
| Contractors | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 86 |
| Sci/Pro | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Net Total | 58 | 59 | 59 | 62 | 62 | 64 | 64 | 64 | 64 | 62 | 62 | 62 | 742 |
| Unfills | 1 | 3 | 3 | ... | ... | ... | ... | ... | ... | ... | ... | ... | 7 |
| Gross Total | 59 | 62 | 62 | 62 | 62 | 64 | 64 | 64 | 64 | 62 | 62 | 62 | 749 |

HIGHLY
CONFIDENTIAL
ABBT 0037583

66

Pharmaceutical Products Research & Development
2001 Plan Headcount (Manmonth) Summary

LXCR\GUPPLAN\EXD\2001 PLAN\Headcount\Fwrsns_26.xls\Manmonths

01/31/2001 15:17

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total Man Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Development Operations** | | | | | | | | | | | | | |
| Regular | 148 | 148 | 148 | 148 | 148 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,790 |
| Temp/Summer | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| Contractors | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 96 |
| Sci/Pro | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 264 |
| Net Total | 179 | 179 | 179 | 179 | 179 | 181 | 181 | 181 | 181 | 181 | 181 | 181 | 2,162 |
| Unfills | 7 | 7 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 70 |
| Gross Total | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 2,232 |
| | | | | | | | | | | | | | |
| **Regulatory Affairs** | | | | | | | | | | | | | |
| Regular | 57 | 58 | 60 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 733 |
| Temp/Summer | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| Contractors | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 48 |
| Sci/Pro | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| Net Total | 63 | 64 | 66 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 805 |
| Unfills | 2 | 1 | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | 3 |
| Gross Total | 65 | 65 | 66 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 808 |
| | | | | | | | | | | | | | |
| **Medical Affairs** | | | | | | | | | | | | | |
| Regular | 112 | 115 | 119 | 122 | 122 | 124 | 125 | 125 | 125 | 125 | 125 | 125 | 1,464 |
| Temp/Summer | 1 | 1 | 3 | 3 | 3 | 5 | 5 | 5 | 1 | 1 | 1 | 1 | 30 |
| Contractors | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 84 |
| Sci/Pro | 5 | 6 | 6 | 6 | 6 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 58 |
| Net Total | 125 | 129 | 135 | 138 | 138 | 141 | 141 | 141 | 137 | 137 | 137 | 137 | 1,636 |
| Unfills | 17 | 13 | 10 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 121 |
| Gross Total | 142 | 142 | 145 | 147 | 147 | 150 | 150 | 150 | 146 | 146 | 146 | 146 | 1,757 |
| | | | | | | | | | | | | | |
| **Administration** | | | | | | | | | | | | | |
| Regular | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 1,056 |
| Temp/Summer | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 24 |
| Contractors | 5 | 3 | 5 | 3 | 5 | 3 | 5 | 3 | 4 | 3 | 5 | 5 | 49 |
| Sci/Pro | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 216 |
| Net Total | 113 | 111 | 113 | 111 | 113 | 111 | 113 | 111 | 112 | 111 | 113 | 113 | 1,345 |
| Unfills | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | |
| Gross Total | 113 | 111 | 113 | 111 | 113 | 111 | 113 | 111 | 112 | 111 | 113 | 113 | 1,345 |
| | | | | | | | | | | | | | |
| **Judgment** | | | | | | | | | | | | | |
| Regular | (25) | (18) | (1) | 5 | 45 | 49 | 49 | 42 | 54 | 61 | 67 | 57 | 385 |
| Temp/Summer | 7 | 5 | 3 | 3 | 4 | 2 | 2 | 2 | 4 | 7 | 7 | 7 | 53 |
| Contractors | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | |
| Sci/Pro | 21 | 31 | 30 | 43 | 33 | 30 | 32 | 36 | 36 | 41 | 45 | 26 | 404 |
| Net Total | 3 | 18 | 32 | 51 | 82 | 81 | 83 | 80 | 94 | 109 | 119 | 90 | 842 |
| Unfills | 79 | 58 | 42 | 22 | (24) | (48) | (53) | (37) | (24) | (35) | (45) | (17) | (82) |
| Gross Total | 82 | 76 | 74 | 73 | 58 | 33 | 30 | 43 | 70 | 74 | 74 | 73 | 924 |
| | | | | | | | | | | | | | |
| **Total Plan Detail** | | | | | | | | | | | | | |
| Regular | 1,987 | 2,002 | 2,032 | 2,049 | 2,094 | 2,106 | 2,110 | 2,103 | 2,118 | 2,125 | 2,131 | 2,124 | 24,981 |
| Temp/Summer | 21 | 21 | 21 | 21 | 34 | 56 | 56 | 50 | 22 | 22 | 22 | 22 | 368 |
| Contractors | 80 | 78 | 79 | 76 | 78 | 76 | 77 | 73 | 74 | 73 | 75 | 75 | 914 |
| Sci/Pro | 162 | 174 | 168 | 179 | 169 | 165 | 165 | 167 | 166 | 170 | 172 | 152 | 2,009 |
| Net Total | 2,250 | 2,275 | 2,300 | 2,325 | 2,375 | 2,403 | 2,408 | 2,393 | 2,380 | 2,390 | 2,400 | 2,373 | 28,272 |
| Unfills | 193 | 168 | 143 | 118 | 68 | 40 | 35 | 50 | 63 | 53 | 43 | 70 | 1,044 |
| Gross Total | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 29,316 |

HIGHLY    67
CONFIDENTIAL
ABBT 0037584

Pharmaceutical Products Research & Development
2001 Plan Headcount (Manmonth) Summary

L:\GROUP\PLANNING\2001 PLAN\Headcount\Furana_pb.xls\Manmonths
01/31/2001 15:17

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total Man Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **From Heads Tab** | | | | | | | | | | | | | |
| Regular | 1,987 | 2,002 | 2,032 | 2,049 | 2,094 | 2,106 | 2,110 | 2,103 | 2,118 | 2,125 | 2,131 | 2,124 | 24,981 |
| Temporary/Summ | 21 | 21 | 21 | 21 | 34 | 56 | 56 | 50 | 22 | 22 | 22 | 22 | 368 |
| Contractors | 85 | 83 | 85 | 85 | 85 | 84 | 86 | 84 | 85 | 84 | 85 | 85 | 1,016 |
| Sci/Pro | 157 | 169 | 162 | 170 | 162 | 157 | 156 | 156 | 155 | 159 | 162 | 142 | 1,907 |
| Total | 2,250 | 2,275 | 2,300 | 2,325 | 2,375 | 2,403 | 2,408 | 2,393 | 2,380 | 2,390 | 2,400 | 2,373 | 28,272 |
| Unfills | 193 | 168 | 143 | 118 | 68 | 40 | 35 | 50 | 63 | 53 | 43 | 70 | 1,044 |
| Total | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 29,316 |
| **Detail > Corp Submission** | | | | | | | | | | | | | |
| Regular | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Temporary/Summ | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Contractors/Sci Pr | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Unfills | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **2001 Corp Submission** | | | | | | | | | | | | | |
| Regular | 1,987 | 2,002 | 2,032 | 2,049 | 2,094 | 2,106 | 2,110 | 2,103 | 2,118 | 2,125 | 2,131 | 2,124 | 24,981 |
| Temporary/Summ | 21 | 21 | 21 | 21 | 34 | 56 | 56 | 50 | 22 | 22 | 22 | 22 | |
| Contractors/Sci Pr | 242 | 252 | 247 | 255 | 247 | 241 | 242 | 240 | 240 | 243 | 247 | 227 | 2,923 |
| Total | 2,250 | 2,275 | 2,300 | 2,325 | 2,375 | 2,403 | 2,408 | 2,393 | 2,380 | 2,390 | 2,400 | 2,373 | 28,272 |
| Unfills | 193 | 168 | 143 | 118 | 68 | 40 | 35 | 50 | 63 | 53 | 43 | 70 | 1,044 |
| Total | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 29,316 |
| **Oracle Report 01/31/01** | | | | | | | | | | | | | |
| Regular | 2,012 | 2,020 | 2,033 | 2,051 | 2,049 | 2,057 | 2,069 | 2,061 | 2,061 | 2,064 | 2,064 | 2,057 | 24,608 |
| Temporary/Summ | 14 | 16 | 18 | 18 | 30 | 54 | 54 | 54 | 48 | 18 | 15 | 15 | 354 |
| Contractors | 80 | 78 | 79 | 76 | 78 | 76 | 77 | 77 | 73 | 74 | 75 | 75 | 918 |
| Sci/Pro | 141 | 143 | 138 | 135 | 136 | 135 | 133 | 133 | 131 | 130 | 127 | 126 | 1,608 |
| Total | 2,247 | 2,257 | 2,268 | 2,280 | 2,293 | 2,322 | 2,333 | 2,325 | 2,313 | 2,286 | 2,281 | 2,283 | 27,488 |
| Unfills | 114 | 110 | 101 | 89 | 92 | 88 | 79 | 88 | 87 | 87 | 88 | 87 | 1,110 |
| Total | 2,361 | 2,367 | 2,369 | 2,369 | 2,385 | 2,410 | 2,412 | 2,413 | 2,400 | 2,373 | 2,369 | 2,370 | 28,598 |
| **Check figure Oracle vs details before judgement** | | | | | | | | | | | | | |
| Regular | --- | --- | --- | 7 | --- | --- | 8 | --- | (3) | --- | --- | --- | 12 |
| Temporary/Summ | --- | --- | --- | --- | --- | --- | 6 | 30 | 3 | --- | --- | --- | 39 |
| Contractors | --- | --- | --- | --- | --- | --- | 4 | (1) | 1 | --- | --- | --- | 4 |
| Sci/Pro | --- | --- | --- | (1) | --- | --- | 2 | 1 | 1 | --- | --- | --- | 3 |
| Total | --- | --- | --- | 6 | --- | --- | 8 | 12 | 27 | 5 | --- | --- | 58 |
| Unfills | --- | --- | --- | (7) | --- | --- | (9) | 1 | --- | (1) | --- | --- | (16) |
| Total | --- | --- | --- | (1) | --- | --- | (1) | 13 | 27 | 4 | --- | --- | 42 |

L:\GROUP\PLANNING\2001 PLAN\Headcount\Furana_pb.xls\Manmonths

HIGHLY
CONFIDENTIAL
ABBT 0037585

68

*Capital*

HIGHLY

CONFIDENTIAL
ABBT 0037586

# R&D Capital 1996-2001 ($MM's)



| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 PLAN |
|---|---|---|---|---|---|---|
| | 36.4 | 41.1 | 36.9 | 34.4 | 37.8 | 26.9 |

69

HIGHLY
CONFIDENTIAL
ABBT 0037587

*Final Plan*

76(

## 2001 PLAN Capital
### Pharmaceutical Products Research & Development

| Authorizations | 2000 AGU | 2001 PLAN | $ Fav/(Unfav) | % Fav/(Unfav) |
|---|---|---|---|---|
| IM&T | 6,872 | 4,748 | 1,924 | 28.8% |
| Discovery | 11,268 | 7,628 | 3,042 | 32.3% |
| Drug Safety | 3,520 | 3,125 | 395 | 11.2% |
| PARD | 3,486 | 5,805 | (2,320) | -66.6% |
| Admin | 12,390 | 3,480 | 8,910 | 71.9% |
| Dev Ops | 100 | 100 | 0 | 0.0% |
| Medical Affairs | 50 | 50 | 0 | 0.0% |
| RA/QA | 10 | 10 | 0 | 0.0% |
| Other | 283 | 2,000 | (1,717) | -606.7% |
| Total | 37,778 | 26,944 | 10,834 | 28.7% |

| Project Expense | 2000 AGU | 2001 PLAN | $ Fav/(Unfav) | % Fav/(Unfav) |
|---|---|---|---|---|
| IM&T | 8,631 | 2,090 | 6,541 | 75.8% |
| Discovery | 1,095 | 892 | 203 | 18.5% |
| Drug Safety | 272 | 17 | 255 | 93.8% |
| PARD | 425 | 828 | (403) | -94.8% |
| Admin | 1,498 | 743 | 756 | 50.4% |
| Dev Ops | 9 | 9 | 0 | 0.0% |
| Medical Affairs | 11 | 11 | 0 | 0.0% |
| RA/QA | 4 | 4 | 4 | 100.0% |
| Other | 4 | 400 | (2,122) | 123.2% |
| Judgment | (1,722) | | | |
| Total | 10,226 | 4,994 | 6,234 | 61.2% |

HIGHLY
CONFIDENTIAL
ABBT 0037588



HIGHLY

CONFIDENTIAL
ABBT 0037589

PHARMACEUTICAL PRODUCTS DIVISION
RESEARCH & DEVELOPMENT
PROPOSED CAPITAL PROJECTS <$250M

| | 2000 AGU | 2001 Authorizations Requests | Funded | Unfunded | 01 Funded v. '00 AGU |
|---|---|---|---|---|---|
| IM&T | 3,196 | 3,787 | 2,538 | 1,249 | 658 |
| Development Ops | 100 | 100 | 100 | 0 | 0 |
| Discovery | 4,670 | 4,027 | 4,027 | 0 | 643 |
| Drug Safety | 2,050 | 2,809 | 2,050 | 759 | 0 |
| PARD | 2,455 | 3,092 | 2,455 | 637 | 0 |
| Medical Affairs | 50 | 45 | 50 | (5) | 0 |
| RA/QA | 10 | 20 | 10 | 10 | 0 |
| Other | 283 | 0 | 2,000 | (2,000) | (1,717) |
| **Total** | 12,814 | 13,880 | 13,230 | 650 | (416) |

* Includes $1,545M for PC refresh and new employees.

L:\GROUP\PLANNING\CAPITAL\2001 plan\[2001Capital-1stPass.xls]RD Summary

HIGHLY
CONFIDENTIAL
ABBT 0037590

**2001 Plan Task Exercise**
**Pharmaceutical Products Division**
**Research and Development**
**($MM)**

**Capital Projects**

| Project Name | Capital Auth. | Project Eng. | Commentary |
|---|---|---|---|
| **Admin:** | | | |
| - Delay AEGIS Wave III to 2002 | 2,000 | | |
| - Reduce lab renovations | 2,000 | 440 | - Pharmacology Labs & APU010 Renovations |
| Subtotal Admin | 4,000 | 440 | |
| **IMAT:** | | | |
| - Reduce PC Refresh / Asset Mgmt | 400 | | Assume 4 year refresh vs. 3 year |
| - NT Storage Mgmt | 654 | 164 | Pending IMAT's approval. There is $877 of functional expense associated with this project. |
| - Under $250 project expense reduced | | 442 | |
| Subtotal IMAT | 1,054 | 699 | |
| **Discovery:** | | | |
| - Therapeutic Area Projects Support | 188 | 1,092 | Listed as an IMAT project in capital file. There is $344 of functional expense associated with this project. |
| - HTS Expansion | 1,030 | 300 | Pending D. Norbeck approval |
| - Unionize Expansion | 680 | 400 | Pending D. Norbeck approval |
| - Bring under $250 back to original request amount | 643 | | Pending D. Norbeck approval |
| - Under $250 project expense reduced | | 200 | Pending D. Norbeck approval |
| Subtotal Discovery | 2,401 | 2,692 | |
| **Drug Safety:** | | | |
| - LCMS | 1,910 | 120 | |
| - Lab Renovation AP13A | | | |
| - Gene Expression | 411 | 1,044 | |
| - Under $250 project expense reduced | | | |
| Subtotal Drug Safety | 2,321 | 1,164 | |
| **PARD:** | | | |
| - Patent Drug Encapsulator | 600 | 100 | |
| - Under $250 project expense reduced | | 400 | |
| Subtotal PARD | 600 | 500 | |
| **Other:** | | | |
| - Eliminate Judgment | 283 | 478 | |
| - Unidentified Reverse Task | (2,000) | (400) | |
| **Total Impact** | 8,659 | 6,000 | |

| | Capital Authorizations | | | Proj Expense | | |
|---|---|---|---|---|---|---|
| | >250 | <250 | Total | >250 | <250 | Total |
| IMAT | 2,510 | 2,538 | 4,748 | 1,112 | 976 | 2,090 |
| Discovery | 3,666 | 4,027 | 7,688 | 537 | 355 | 892 |
| Drug Safety | 1,075 | 2,050 | 5,125 | 5 | 12 | 17 |
| PARD | 3,350 | 2,455 | 5,805 | 640 | 188 | 628 |
| Admin | 3,480 | | 3,480 | 743 | | 743 |
| Dev Ops | | 60 | 60 | | 9 | 9 |
| Med Affairs | | 60 | 60 | | 11 | 11 |
| RWDA | | 10 | 10 | | 4 | 4 |
| Other | | 2,000 | 2,000 | 400 | | 400 |
| Total | 13,714 | 13,230 | 26,944 | 3,037 | 1,857 | 4,994 |

HIGHLY
CONFIDENTIAL
ABBT 0037591

73

# Balance Sheet

HIGHLY

CONFIDENTIAL
ABBT 0037592

*book II*

dance Sheet Ceiling Bu'      note this is exactly as it appears in the 2/00 rev

## PHARMACEUTICAL PRODUCTS DIVISION
### ANLSE OF ACCOUNTS PAYABLE ACCRUED EXPENSES

| IEA | CATEGORY | Actual 12/31/97 | Actual 12/31/98 | Actual 12/31/99 | AGU 12/31/00 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 13 MO AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **SALARIES, WAGES & COMMISSIONS** | | | | | | | | | | | | | | | | | |
| 10 | Mgmt incentive plans - R&D | (3,940) | (2,898) | (5,021) | (3,022) | (3,272) | (3,824) | (784) | (1,009) | (1,388) | (1,610) | (1,782) | (2,814) | (2,399) | (2,816) | (2,710) | (3,022) | (2,440) |
| | **OTHER ACCRUED LIABILITIES** | | | | | | | | | | | | | | | | | |
| 9 | Clinical grants - R&D | (78,627) | (67,790) | (19,947) | (54,789) | (69,150) | (52,236) | (54,139) | (52,877) | (51,591) | (51,591) | (53,619) | (49,499) | (45,141) | (43,625) | (44,717) | (42,781) | (53,284) |
| 9 | Drug Safety Shared Accruals - R&D | (499) | (686) | (573) | (964) | (890) | (890) | (596) | (596) | (886) | (886) | (865) | (850) | (588) | (588) | (588) | (566) | (591) |
| 9 | Misc R&D | (8,251) | (5,511) | (5,742) | (3,007) | (11,102) | (10,037) | (10,950) | (9,511) | (11,027) | (10,048) | (11,330) | (12,704) | (10,616) | (15,071) | (11,521) | (7,878) | (10,316) |
| | OTHER ACCRUED LIABILITIES | (88,247) | (69,645) | (105,362) | (64,537) | (91,533) | (72,610) | (75,104) | (72,774) | (73,284) | (72,150) | (65,731) | (62,418) | (55,670) | (57,493) | (50,524) | (51,923) | (64,100) |
| | **TOTAL A/P & ACCRUED EXP.** | (89,207) | (66,451) | (10,383) | (67,378) | (73,119) | (78,403) | (72,550) | (73,776) | (74,523) | (73,860) | (67,481) | (64,530) | (58,144) | (60,000) | (59,684) | (54,934) | (66,830) |

## PHARMACEUTICAL PRODUCTS DIVISION
### DETAIL OF PREPAID EXP. AND OTHER RECEIVABLES

| IEA | CATEGORY | Actual 12/31/97 | Actual 12/31/98 | Actual 12/31/99 | AGU 12/31/00 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 13 MO AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **PREPAID EXPENSE** | | | | | | | | | | | | | | | | | |
| 10 | Epreio/dampo prpts (R&D) | 464 | 414 | 435 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 |
| 10 | Liquid Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | Tiapitox Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | Clinical R & D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | TOTAL PREPAID EXPENSE | 464 | 414 | 435 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 |
| | **OTHER RECEIVABLES** | | | | | | | | | | | | | | | | | |
| 10 | Travel advance (R&D) | 573 | 305 | 170 | 335 | 676 | 676 | 676 | 676 | 676 | 676 | 676 | 676 | 676 | 676 | 676 | 286 | 609 |
| | **TOTAL PREPAID AND OTHER RECEIVABL** | 1,037 | 719 | 606 | 747 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 720 | 841 |

LQRD\QFF\PLANNING\2001 PLAN\Balance Sheet\QBL_BSAcct\ranta        6/23/00   02:37 PM

HIGHLY
CONFIDENTIAL
ABBT 0037593

NICAL GRA    ALANCE SHEET GALTING
PRD 348-300
01 PLAN

| | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ginning G/L Balance | (53,000) | (56,150) | (52,256) | (54,120) | (52,037) | (51,851) | (51,501) | (53,815) | (49,468) | (46,131) | (43,826) | (44,717) | |
| yments | 8,945 | 8,867 | 11,077 | 11,788 | 11,421 | 10,547 | 12,283 | 9,231 | 9,461 | 9,393 | 8,781 | 10,754 | 122,556 |
| lled Grants (per P&L galling) rent Galting Adjustments | (14,095) | (12,973) | (12,948) | (10,505) | (10,235) | (10,397) | (4,597) | (4,884) | (8,124) | (7,087) | (9,673) | (9,798) | (113,317) |
| ljusted Grants | (14,095) | (12,973) | (12,948) | (10,505) | (10,235) | (10,397) | (4,597) | (4,884) | (8,124) | (7,087) | (9,673) | (9,798) | (113,317) |
| her | | | | | | | | | | | | | |
| nding G/L Balance | (58,150) | (62,256) | (54,128) | (52,837) | (51,851) | (51,501) | (53,815) | (49,468) | (46,131) | (43,826) | (44,717) | (43,761) | |
| ndpostings: lebit Balances )ther | | | | | | | | | | | | | |
| nding MFRP Balance | (58,150) | (62,256) | (54,128) | (52,837) | (51,851) | (51,501) | (53,815) | (49,468) | (46,131) | (43,826) | (44,717) | (43,761) | |

28-Sep-00    02:07 PM
3ROUPUPLANNING\2001 PLAN\Balance Sheet\[Bal_shExlv]grands

| | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 Actual Pay es % of BB | 22.25% | 19.15% | 30.69% | 15.59% | 20.20% | 10.84% | 25.05% | 19.13% | 20.28% | 13.89% | 21.79% | 22.13% |
| 97 Actual Pay es % of BB | 12.28% | 6.62% | 10.13% | 14.99% | 22.45% | 11.49% | 11.21% | 12.00% | 7.44% | 9.05% | 6.81% | 14.55% |
| 98 Actual Pay es % of BB | 3.53% | 7.21% | 6.93% | 7.71% | 9.84% | 10.15% | 9.46% | 6.79% | 8.68% | 11.16% | 8.68% | 16.24% |
| 99 Actual Pay es % of BB | 10.49% | 10.81% | 8.16% | 19.70% | 4.49% | 18.73% | 17.90% | 12.52% | 19.69% | 25.64% | 18.05% | 20.91% |
| our year average | 12.16% | 10.85% | 13.76% | 14.50% | 14.20% | 13.05% | 16.91% | 12.51% | 14.07% | 14.94% | 14.33% | 18.45% |
| 96 Actual | 18,915 | 25,781 | 25,749 | 26,740 | 25,881 | 31,230 | 29,251 | 27,202 | 25,839 | 25,579 | 24,839 | 24,988 |
| 97 Actual | 40,699 | 46,087 | 49,433 | 46,752 | 44,188 | 47,680 | 50,515 | 65,955 | 62,751 | 84,408 | 67,079 | 75,827 |
| 98 Actual | 78,871 | 78,495 | 79,324 | 76,977 | 75,397 | 70,808 | 69,331 | 66,581 | 65,681 | 66,716 | 62,790 | 60,500 |
| 99 Actual | 67,702 | 67,392 | 58,501 | 51,012 | 49,767 | 47,310 | 39,852 | 33,259 | 34,562 | 38,331 | 40,172 | 43,840 |
| our year average | 48,997 | 61,938 | 53,252 | 51,370 | 46,808 | 49,235 | 47,237 | 45,749 | 47,238 | 48,268 | 48,720 | 51,264 |

75

HIGHLY
CONFIDENTIAL
ABBT 0037594

# Depreciation

HIGHLY
CONFIDENTIAL
ABBT 0037595

## Pharmaceutical Products Division R&D
## 2001 Depreciation Estimate vs. 2000 Depreciation
### By Division.

| Division | 2001 Est. Base Depr* | 2001 Estimated Depr. of Projects from 6/00-12/00 | 2001 Estimated Depr. for '01 Transfer | Judgement | 2001 Est. Total Depr. | 2000 Depreciation | $ Inc/(Dec) | % Inc/(Dec) |
|---|---|---|---|---|---|---|---|---|
| 42-IMBT | 4,385 | 1,056 | 285 | (134) | 5,592 | 6,253 | (661) | -10.6% |
| 43-Ventures | 283 | 24 | 8 | (6) | 319 | 276 | 43 | 15.6% |
| 44-Discovery | 11,103 | 1,766 | 699 | (383) | 13,165 | 12,906 | 259 | 2.0% |
| 46-Drug Safety | 2,703 | 23 | 482 | (258) | 2,950 | 3,046 | (96) | -3.2% |
| 47-PARD | 3,721 | 235 | 270 | (206) | 4,020 | 4,428 | (408) | -9.2% |
| 49-Phase I Center | 244 | 2 | 9 | (7) | 248 | 205 | 43 | 21.0% |
| 52-Development Ops. | 1,535 | 1 | 10 | (8) | 1,538 | 1,405 | 133 | 9.5% |
| 53-RA/QA | 90 | 8 | 4 | (4) | 98 | 68 | 30 | 44.1% |
| 54-Medical Affairs | 208 | 8 | 8 | (6) | 220 | 182 | 38 | 20.9% |
| 55-Admin | 448 | 2,699 | 43 | (33) | 3,157 | 2,031 | 1,126 | 55.4% |
| | 24,730 | 5,813 | 1,808 | (1,043) | 31,307 | 30,800 | 507 | 1.7% |

* Based on the FAR 50 Report dated 5/00.

L:\GROUP\PLANNING\2001 PLAN\Fixed Expense\ttm depr.123

01-Mar-01

ttm depr.123

03/01/01

HIGHLY
CONFIDENTIAL
ABBT 0037596

# Floorspace

HIGHLY
CONFIDENTIAL
ABBT 0037597

## PPD R&D
## FLOOR SPACE SUMMARY
## 2001 PLAN

| Items | 2000 | 1st Pass 2001 | 2nd Pass 2001 | 1st Pass VARIANCE INCR/(DECR) | % | 2nd Pass VARIANCE INCR/(DECR) | % |
|---|---|---|---|---|---|---|---|
| CED | 36,807,916 | 36,691,046 | 36,777,826 [1] | 1,883,132 | 5.1% | 1,969,910 | 5.4% |
| J23/J25-Amherst | 457,449 | 480,322 | 464,991 [2] | 22,872 | 5.0% | 7,542 | 1.6% |
| J35 -Carriage pt | 351,680 | 389,264 | 343,466 [4] | 17,584 | 5.0% | (8,214) | (2.3%) |
| J26/MIS | 408,769 | 429,207 | 406,341 [3] | 20,438 | 5.0% | (2,428) | (0.6%) |
| Unidentified Space | 40,058 | 42,061 | 41,860 | 2,003 | n/a | 1,802 | n/a |
| Plug (s/b zero) | 0 | 0 | 0 | 0 | 0.0% | 0 | 0.0% |

[1] Input per CED Report Pass #1 dated 6/28/00 and CED Report Pass #2 dated 9/1/00 plus the adjustment for D-472. This adjustment was detailed in John Uhl's memo dated 1/26/2001. The adjustment equals $21,424 for additional space in D-472 as requested by J. Hammrelin.

[2] Per CED Report (dated 9/1/00) and Division Summary from P. Kadish (dated 9/28/00).
Note: Amherst ratio for 2001 PLAN went up by 1.05% versus 2000 PLAN. (Sq. ft. are obtained from CED memo, while $$'s are obtained from Division memo.

[3] Per memo received from Sarah Schaefer on 8/21/00 per S. Schaefer 10/1/00.

[4] Carriage Point charges to be allocated, calculated as follows:
Lease charge from Legal (R. Prelock) of $479,832 for 2001
Total expenses of $716,933 allocated between Marketing and R&D based on square feet occupied.

| | | |
|---|---|---|
| Total lease charges | $479,832 | 31,400 |
| Less Storecard to T. Thompson | ($136,366) | (5,975) |
| Net charge to Discovery | $343,466 | 25,425 |

HIGHLY
CONFIDENTIAL
ABBT 0037598

## PPD R&D
## DIVISIONAL VARIANCE SUMMARY
## 2001 PLAN
## FLOORSPACE

| Division | Total Dollars ($000's) | | | | Total Square Feet | | | | Average Rate | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | Incr(Decr) | % Incr(Decr) | 2000 | 2001 | Incr(Decr) | % Incr(Decr) | 2000 | 2001 | Incr(Decr) | % Incr(Decr) |
| MAT | 1,884.4 | 1,928.8 | 44.5 | 2.4% | 60,847 | 60,782 | (55) | (0.1%) | $37.06 | $37.68 | $0.62 | 2.5% |
| Ventures | 1,051.2 | 1,016.4 | (34.8) | (3.3%) | 28,928 | 28,878 | (2,250) | (7.8%) | $36.34 | $38.10 | $1.76 | 4.6% |
| Discovery | 18,529.8 | 19,520.7 | 990.9 | 6.4% | 364,662 | 365,515 | 853 | 0.2% | $50.78 | $53.41 | $2.64 | 5.2% |
| Drug Safety | 7,652.3 | 7,928.3 | 326.4 | 4.3% | 148,978 | 146,747 | (1,181) | (0.8%) | $51.68 | $54.44 | $2.88 | 5.3% |
| PARD | 8,855.2 | 6,158.6 | 299.4 | 5.1% | 144,805 | 144,989 | (278) | (0.2%) | $40.42 | $42.57 | $2.15 | 5.3% |
| Phase I Center | 265.8 | 301.2 | 14.4 | 5.5% | 4,690 | 4,690 | 0 | 0.0% | $61.17 | $64.23 | $3.06 | 5.0% |
| Development Ops | 1,441.1 | 1,357.7 | (83.5) | (5.8%) | 38,734 | 33,938 | (4,798) | (12.4%) | $37.21 | $40.00 | $2.80 | 7.5% |
| Regulatory Affairs | 424.8 | 484.4 | 29.7 | 6.0% | 12,135 | 12,375 | 240 | 2.0% | $35.82 | $37.52 | $1.71 | 4.6% |
| Medical Affairs | 658.8 | 678.8 | 119.0 | 21.3% | 17,204 | 19,058 | 1,832 | 10.8% | $32.52 | $35.61 | $3.08 | 8.5% |
| Administration | 443.1 | 702.7 | 259.6 | 58.6% | 10,104 | 15,556 | 5,452 | 54.0% | $43.59 | $44.88 | $1.29 | 3.0% |

| Less Carriage Point | (351.7) | (343.6) | 8.2 | (2.3%) | -- | -- | -- | N/A | N/A | N/A | N/A | N/A |

(a) Primarily due to Clinard Pharmacokinetic (D-4FR) receiving 1,107 sq. ft. in APD for 2001 PLAN.
(b) Primarily due to Statistics (D-438) re-allocating their space to Outcomes research (D-42) Med. Affairs) and Decision Analysis (D-4HP) Admin.).
(c) Primarily due to R&D Ops (D-417) receiving and additional 864 sq. ft in APD4 and due to Outcomes Research (discussed in footnote (b) above).

HIGHLY
CONFIDENTIAL
ABBT 0037599

**PFD R&D**
**BUILDING VARIANCE SUMMARY**
**2001 PLAN**
**FLOORSPACE**

| Building | Total Dollars [$000's] 2000 | 2001 | Inc/(Dec) | %Inc/(Dec) | Total Square Feet 2000 | 2001 | Inc/(Dec) | %Inc/(Dec) | Average Rate 2000 | 2001 | Inc/(Dec) | %Inc/(Dec) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 11.9 | 12.6 | 0.7 | 6.0% | 384 | 384 | 0 | 0.0% | $31.02 | $32.88 | $1.86 | 6.0% |
| A4 | 231.1 | 242.2 | 11.2 | 4.8% | 4,539 | 5,536 | 0 | 0.0% | $52.01 | $53.10 | $2.18 | 4.6% |
| AP10 | 4,503.3 | 5,124.0 | 220.8 | 4.5% | 101,284 | 101,284 | (4) | (0.0%) | $48.41 | $50.59 | $2.18 | 4.5% |
| AP13 | 1,740.0 | 1,912.8 | 72.8 | 4.2% | 35,552 | 35,553 | (108) | (0.3%) | $49.68 | $51.09 | $2.20 | 4.5% |
| AP13A | 4,493.7 | 4,722.8 | 229.1 | 6.0% | 73,629 | 73,529 | (171) | (0.0%) | $81.17 | $64.23 | $3.05 | 6.0% |
| AP16 | 151.0 | 165.4 | 14.4 | 9.5% [H] | 11,581 | 12,273 | 342 | 2.5% | $12.59 | $13.48 | $0.82 | 6.5% |
| AP16A | 134.0 | 131.1 | (3.0) | (2.1%) | 8,580 | 4,418 | (842) | (13.7%) [b] | $24.49 | $23.07 | $3.18 | 12.0% |
| AP20 | 153.5 | 172.5 | 8.0 | 6.6% | 3,881 | 3,881 | 0 | 0.0% | $42.35 | $44.68 | $2.33 | 5.5% |
| AP3 | 883.2 | 928.5 | 46.3 | 6.2% | 25,685 | 25,685 | 0 | 0.0% | $34.12 | $35.91 | $1.79 | 5.2% |
| AP30 | 930.2 | 975.2 | 45.0 | 4.8% | 28,658 | 25,658 | 0 | 0.0% | $38.24 | $38.10 | $1.76 | 4.6% |
| AP31 | 861.6 | 907.9 | 46.4 | 5.4% | 14,194 | 14,194 | 0 | 0.0% | $50.34 | $59.49 | $2.14 | 5.4% |
| AP34 | 237.7 | 258.4 | 20.7 | 8.7% | 9,042 | 9,782 | 240 | 3.7% | $36.24 | $36.10 | $1.76 | 4.8% |
| AP82 | 6,053.9 | 6,370.8 | 287.0 | 5.5% | 63,753 | 63,753 | 0 | 0.0% | $55.42 | $58.69 | $2.28 | 5.5% |
| AP8A | 506.0 | 528.3 | 22.3 | 4.4% | 13,025 | 13,669 | (69) | (0.4%) | $38.95 | $39.10 | $1.76 | 4.6% |
| APRD | 832.1 | 872.4 | 40.3 | 4.9% | 22,897 | 22,897 | 0 | 0.0% | $36.24 | $38.00 | $1.76 | 4.9% |
| APRD | 53.6 | 0.0 | (53.6) | (100.0%) [c] | 1,476 | 0 | (1,476) | (100.0%) [c] | $36.34 | $0.00 | ($36.34) | (100.0%) |
| AP21 | 25.9 | 32.3 | 6.9 | 27.4% | 697 | 847 | 150 | 21.5% [d] | $36.34 | $38.10 | $1.76 | 4.9% |
| AP9 | 3,606.8 | 3,623.1 | 216.3 | 6.0% | 83,202 | 83,202 | 0 | 0.0% | $43.35 | $45.95 | $2.60 | 6.0% |
| AP8A | 4,337.3 | 4,627.3 | 289.1 | 6.0% | 100,899 | 100,899 | 0 | 0.0% | $43.35 | $45.95 | $2.60 | 6.0% |
| APRB | 466.1 | 494.1 | 28.0 | 6.0% | 10,782 | 10,782 | 0 | 0.0% | $43.35 | $45.95 | $2.80 | 6.0% |
| J2 | 40.3 | 42.7 | 2.1 | 5.1% | 2,789 | 2,789 | 0 | 0.0% | $15.42 | $15.32 | $0.97 | 1.7% |
| J23 [Amhurst] | 185.1 | 190.2 | 4.5 | 2.4% | 7,233 | 7,233 | 0 | 0.0% | $25.29 | $25.70 | $0.42 | 1.7% |
| J25 [Amhurst] | 272.3 | 276.8 | 4.5 | 1.6% | 10,777 | 10,777 | 0 | 0.0% | $25.27 | $25.69 | $0.42 | 1.6% |
| J2R [North Point—Mfg] | (65.9 | 406.3 | (2.4) | (0.6%) | 12,282 | 12,282 | N/A | N/A | $33.14 | $33.14 | N/A | N/A |
| J35 [Carriage Point] | 351.7 | 343.6 | (8.1) | (2.3%) | N/A | N/A | N/A | 0.0% | N/A | N/A | N/A | N/A |
| M2 | 28.8 | 30.6 | 1.8 | 6.0% | 1,169 | 1,169 | 0 | 0.0% | $24.49 | $26.13 | $1.55 | 6.7% |
| M3 | 611.3 | 637.2 | 25.9 | 4.2% | 32,742 | 31,970 | (772) | (2.4%) | $18.87 | $19.93 | $1.28 | 6.7% |
| R1 | 155.0 | 161.0 | (0.6) | (3.6%) | 6,985 | 6,835 | (254) | (7.6%) | $23.14 | $24.47 | $1.33 | 6.7% |
| R12 | 353.8 | 388.0 | 15.0 | 4.5% | 6,721 | 6,721 | 0 | 0.0% | $31.76 | $34.54 | $2.78 | 4.5% |
| R13 | 2,384.5 | 2,983.0 | 128.5 | 4.5% [f] | 46,571 | 46,571 | (41) | (0.0%) | $58.54 | $59.64 | $4.97 | 7.0% |
| R18 | 879.9 | 932.3 | 52.3 | 5.9% | 12,590 | 12,590 | 0 | 0.0% | $69.64 | $74.41 | $4.97 | 8.4% |
| R2 | 1,041.3 | 1,210.8 | 178.4 | 17.1% [g] | 28,050 | 28,007 | 2,147 | 8.1% [g] | $39.20 | $42.34 | $3.28 | 8.4% |
| R6 | 331.4 | 357.4 | 26.1 | 7.9% [H] | 8,549 | 8,808 | 259 | 2.7% | $38.81 | $40.74 | $1.74 | 5.5% |
| | 639.8 | 675.1 | 33.7 | 4.0% | 15,914 | 15,916 | 2 | 0.0% | $52.77 | $54.88 | $2.11 | 4.0% |
| **TOTALS** | | | | 6.0% | | | | N/A | | | | 6.5% |
| Less Carriage Point | (351.7) | (343.5) | 8.2 | (2.3%) | — | — | — | N/A | N/A | N/A | N/A | N/A |

**Notes:**

(a) Primarily due to PARD's Intermediate Scale Up facilities (D-4P6) accounting for 466 sq. ft. and 59.6 over year 2000.
(b) Primarily due to PARD's Intermediate Scale Up facilities (D-4P6) using less space in AP16A and more in AP16.
(c) Due to Outcomes Research (D-4J2) no longer occupying space in APRD.
(d) Primarily due to an increased allocation on the Floor plan (D-431). Amount will reside in D-A54 until Floor plan can be updated.
(e) Per Carriage Point lease. Discovery to occupy 25,438 sq. ft. in J2R.
(f) Includes change of $41.6 for R13 Unidentified space (per Division Accounting).
(g) Primarily due to PARD's Discovery (D-4P4) occupying more space; partially offset by PARD Process Support (D-4P6) needing less space.
(h) Due to PARD's Pharm. Analysis & Stability occupying more space.

**LEGEND:**

| | |
|---|---|
| CER Rate | Increased by 5.3% |
| Amhurst Rate | Increased by 1.6% |
| Nonh Point Charges | Decreased by 0.6% |
| Carriage Point Charges | Decreased by 2.3% due to commercial assuming responsibility for 600 sq. ft. more over year 2000. |

HIGHLY
CONFIDENTIAL
ABBT 0037600

# Misc. Fixed Expenses (Burden File)

HIGHLY
CONFIDENTIAL
ABBT 0037601

HIGHLY CONFIDENTIAL
ABBT 0037602

**PPD**
**Overhead Costs ... / Absorbed**
**GROSS ($000)**

| | 2000 AGU | 2001 Plan | 2001 APU | 2001 AGU | 01 Plan U/O vs. 00 AGU $ | % | Source |
|---|---|---|---|---|---|---|---|
| 1 | | | | | 486.0 | 8.1% | Corp Admin Exp Assignments T00-S50-A54 (via PPD Div FPAA) |
| | | | | | 460.4 | 9.0% | Other Cost Expense Pools T00-S51-A54 (via PPD Div FPAA) |
| Subtot Corp Admin Assign-ts | 10,559.3 | 11,495.3 | 11,495.3 | 11,495.3 | 935.4 | 8.9% | |
| Corp Other Costs (to Departments) Charge to departments | 5,730.0 n/a | 5,600.3 n/a | 5,600.3 n/a | 5,600.3 n/a | -120.7 nb | -2.1% | Other Cost Expense Pools (via PPD Div FPAA) (When Upscaling to OpCost, take this total less Satellite Copier charges) |
| | | | | | -129.7 | -5,603.3 | Corp Admin Expense Assignment (via PPD Div FPAA) |
| | 0.0 | | | | -1.0 | -0.5% | AHD –IDV in |
| 21 CED Project Expense | 1,429.0 | 1,993.0 | 1,993.0 | 1,993.0 | 597.0 | 39.8% | PPD Ops Fixed (T. Desi /J. Trons) |
| 22 PA ABU Allocation | 68.7 | 68.8 | 68.8 | 68.8 | -0.1 | -0.1% | PPD Ops Fixed (T. Desi /J. Trons) |
| 2 D44K Stability (DDT) | 440.4 | 524.8 | 524.8 | 524.8 | 84.4 | 19.2% | PPD Ops Fixed (T. Desi /J. Trons) |
| 4 CAPD Warehouse/Wize | 83.9 | 81.9 | 81.9 | 81.9 | -1.9 | -2.2% | PPD Ops Fixed (T. Desi /J. Trons) |
| 25 CED-Fixed Utility | 238.0 | 188.8 | 188.8 | 188.8 | -49.2 | -10.7% | PPD Ops Fixed (T. Desi /J. Trons) |
| 2 CED-Other Eng Support | 268.0 | 375.0 | 375.0 | 375.0 | 107.0 | 39.9% | PPD Ops Fixed (T. Desi /J. Trons) |
| Subtot | | | | | 710.3 | 28.2% | |
| | | | | | -48.0 | -5.1% | MRR Estimate (increased by 4% over 2000 AGU) |
| 7 | | | | | 5.7 | 4.0% | Other Cost Expense Pools (reference CMIS IDV or Corp. Cost Pools from PPD Div FPAA) |
| 4 | | | | | 60.0 | 7.2% | Other Cost Expense Pools (reference CMIS IDV or Corp. Cost Pools from PPD Div FPAA) |
| 4 | | | | | 14.0 | 12.1% | |
| CMIS-Unit of Activity | 4,250.0 | 4,787.0 | 4,787.0 | 4,787.0 | 17.0 | 0.4% | PPD Div FPAA (reference CMIS IDV/Unit of Activity) |
| CMIS-Fixed (less Telecommunications in Item 6) | 324.0 | | | | -324.0 | -100.0% | PPD Div FPAA (reference CMIS IDV/ CMIS/VLN Fixed Charge less line 6-CMIS Telecommun... Should tie out to CMIS-Unit of Activity line to OpCost) |
| | | | | | -307.0 | -8.1% | |
| Subtot | | | | | 11.0 | 2.7% | Other Cost Expense Pools (via PPD Div FPAA) |
| 6 LC Skills Develop | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% | Corp Admin Expense Assignments (via PPD Div FPAA) |
| 6 LC Entry Skills Train College Relations | 467.1 | 514.3 | 514.3 | 514.3 | 71.2 | 16.1% | Corp Admin Expense Assignments (via PPD Div FPAA) |
| 7 D893 Heatcount Support | 145.0 | 144.0 | 144.0 | 144.0 | -1.0 | -0.7% | Fixed from Mark Xile Memo |
| 10 D893 Tuition | 1,803.9 | 1,935.5 | 1,935.5 | 1,935.5 | 71.6 | 4.0% | Fixed from Mark Xile Memo |
| 1 Human Resources Recruiting | | | | | 144.0 | 8.5% | MRR Estimate (increased by 4% over 2000 AGU) |
| Subtot | | | | | 3.0 | 5.0% | PPD Mailroom Alloc (B/month to Frey Cost Pools) |
| 21 PPD Project Expense | | | | | 604.0 | 35.0% | PPD Ops Fixed (T. Desi /J. Trons) |
| 21 | | | | | 36.0 | 100.0% | PPD Ops Fixed (T. Desi /J. Trons) |
| 4 | | | | | 6.2 | 4.0% | MRR Estimate (increased by 4% over 2000 AGU) |
| 1 Project Expense | 11,103.0 105.0 | 6,994.0 105.0 | 6,994.0 105.0 | 6,994.0 105.0 | -4,109.0 0.0 | -37.0% 0.0% | reproduced venues MRR Estimate (Flat to AGU) |
| 3 Project Expense | | | | | -4,109.0 | -39.7% | PPD Ops Fixed (T. Desi /J. Trons) |
| (Increase)/Decrease over prior budget | | 0.0 | 0.0 | | -2,161.4 | -5.1% | |

**PPD R&D**
**2001 Fixed Allocations/Charges**
**GROSS ($000)**

| Direct to Departments (Stack Card) | 2000 AGU | 2001 Plan | 2001 APU | 2001 AGU | 01 Plan II(D) vs. '00 AGU $ | % | Notes |
|---|---|---|---|---|---|---|---|
| **PPNC Allocations** | | | | | | | |
| 11 Wisdom to Product Development and R&Q | 328.7 | 322.7 | 322.7 | 322.7 | -6.0 | -1.8% | PPD Ops Fixed (T. Dee / J. Truax) |
| 12 Other to Product Development | -2,031.0 | 3,044.6 | 3,044.6 | 3,044.6 | 1,013.6 | 49.9% | PPD Ops Fixed (T. Dee / J. Truax) |
| 13 Housekeeping | 187.1 | 187.1 | 187.1 | 187.1 | 0.0 | 0.0% | Pulls from Misc. Fixed Tab |
| 14 Whse. Handling Fixed Allocation | 0.0 | 86.5 | 86.5 | 86.5 | 86.5 | #DIV/0! | Pulls from Misc. Fixed Tab |
| **Other** | | | | | | | |
| 15 Amortization Svc Loaners | 28.5 | 28.5 | 28.5 | 28.5 | 0.0 | 0.0% | Pulls from Misc. Fixed Tab |
| 16 Utilities | 99.6 | 99.5 | 99.5 | 99.5 | -0.1 | -0.1% | Pulls from Misc. Fixed Tab |
| 17 Corp Copier Fixed Costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% | Pulls from Misc. Fixed Tab |
| 18 R&D Internal Allocation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% | Pulls from Misc. Fixed Tab |
| 19 ABC Allocations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% | Pulls from Misc. Fixed Tab |
| Subtotal PPNC/Other | 2,672.9 | 3,766.9 | 3,766.9 | 3,766.9 | 1,094.0 | 40.9% | |
| **Corporate Reallocations** | | | | | | | |
| 3 Subtotal Other Cost Expense Pools | n/a | n/a | n/a | n/a | #VALUE! | | N/A |
| **R&D Allocations** | | | | | | | |
| 19p Depreciation | 32,660.8 | 31,306.5 | 31,306.5 | 31,306.5 | -1,354.1 | -4.1% | L:\GROUP\PLANNING\2001 PLAN\floorspace\01floor.xls |
| 19pp Floor Space | 37,329.0 | 40,013.1 | 40,013.1 | 40,013.1 | 2,684.1 | 7.2% | L:\GROUP\PLANNING\01fixedexp\01fixedblm depr.wk4 |
| **Total Fixed (Group 40 for Functionals)** | 72,664.5 | 75,088.5 | 75,088.5 | 75,088.5 | 2,424.0 | 3.3% | |
| 20 Total Cost Assignments Absorbed in Overh | 42,244.5 | 40,081.1 | 40,081.1 | 40,081.1 | -2,163.4 | -5.1% | |
| **Total Fixed/Overhead** | 114,909.0 | 115,169.6 | 115,169.6 | 115,169.6 | 260.6 | 0.2% | |

L:\GROUP\PLANNING\2001 PLAN\Fixed Expense\Benton\Lab\Misc Fixed
2/14/01 6:21 PM

HIGHLY CONFIDENTIAL
ABBT 0037603

18

PPD ALLOC/    SUMMARY
FUNCTIONAL & C    .IEAD EXPENSE
GROSS ($000)

*Note: These charges are obtained from K. O'Rourke's group (PPD Div. FP&A) usually via Patty Karbin)*

| | 1998 Total | 1999 Total | % Increase | 2000 AGU | 2001 Plan | 2001 APU | 2001 AGU | % Increase | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Other Cost Expense Pools - Kevin O'Rourke (PPD Div. FP&A)** | | | | | | | | | |
| Other taxes on purchases | 52.5 | 83.0 | 0.0% | 50.0 | 50.0 | 50.0 | 50.0 | 0.0% | |
| MFG Inventory Sales Tax | 0.0 | 0.0 | #DIV/0! | 14.0 | 17.0 | 17.0 | 17.0 | -24.3% | |
| Insurance other PP&E | 207.9 | 207.9 | 0.0% | 182.0 | 115.0 | 115.0 | 115.0 | 0.0% | |
| Insurance Auto/Truck | 116.0 | 116.0 | 0.0% | 1.6 | 1.6 | 1.6 | 1.6 | 1.6% | |
| Celebrate | 1853.3 | 1853.3 | 0.0% | 1,200.0 | 1,210.0 | 1,210.0 | 1,210.0 | -7.7% | |
| Security | 688.4 | 688.4 | 0.0% | 512.0 | 472.5 | 472.5 | 472.5 | | Journal Entry: Direct from CHMS by KA13X CHMS* to PPPD 7-05-00 |
| Other Corp Admin | 799.3 | 799.3 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | -2.6% | |
| Subtotal - Corp Admin | 4,357.4 | 4,357.4 | 0.0% | 1,928.6 | 1,875.5 | 1,875.5 | 1,875.5 | | |
| Satellite Copiers | 904.0 | 904.0 | 0.0% | 555.2 | 530.0 | 530.0 | 530.0 | -2.9% | |
| Shuttle Bus | 169.0 | 169.0 | 0.0% | 110.0 | 134.0 | 134.0 | 134.0 | 20.7% | |
| Medroom | 625.0 | 625.0 | 0.0% | 314.0 | 297.0 | 297.0 | 297.0 | -5.4% | |
| CHMS-OSS Fixed Admin Svca | 540.0 | 540.0 | 0.0% | 410.0 | 421.0 | 421.0 | 421.0 | 2.7% | Journal Entry: Direct from CHMS by WHIT CHMS* to AK4 |
| Library Info Services | Internal | Internal | 0.0% | 2,820.0 | 2,704.0 | 2,704.0 | 2,704.0 | | Journal Entry: Direct from CHMS by WHIT CHMS* to AK4 |
| Other Fixed from PPD Comm | 151.0 | 151.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | | Journal Entry: Direct from Zirc Sold by RIEROS* to A4 |
| Subtotal Fixed from CHMS & PPD Cpa | 1,988.0 | 1,988.0 | 0.0% | 4,210.2 | 4,156.0 | 4,156.0 | 4,156.0 | -1.3% | |
| Purchasing Fixed(CHMS) | 1,670.0 | 1,670.0 | 0.0% | 607.2 | 747.0 | 747.0 | 747.0 | 7.2% | |
| Other TeleMail(I)(CHMS) - MIS Telecomm | 178.0 | 178.0 | 0.0% | 116.0 | 130.0 | 130.0 | 130.0 | 12.1% | |
| PPD Mailroom(I)(PPD) | 110.0 | 110.0 | 0.0% | 60.0 | 63.0 | 63.0 | 63.0 | 5.0% | |
| Subtotal Fixed from PPD Cpa | 1,988.0 | 1,988.0 | 0.0% | 673.0 | 940.0 | 940.0 | 940.0 | 7.7% | Variable from CHO to PPD Comm relates to AK4+A7 |
| **Subtotal Other Cost Expense Pools** | 9,107.4 | 9,107.4 | 0.5% | 7,915.0 | 6,970.3 | 6,970.3 | 6,970.3 | -6.6% | |
| **Corp Admin Expense Assignments - Kevin O'Rourke (PPD Div. FP&A)** | | | | | | | | | |
| LC Employment | 120.0 | 120.0 | #DIV/0! | 43.0 | 43.0 | 43.0 | 43.0 | 0.0% | |
| LC Skills Develop | 21.0 | 21.0 | 0.0% | 4.0 | 4.0 | 4.0 | 4.0 | 0.0% | |
| Corporate Training | 138.0 | 138.0 | 0.0% | 61.0 | 57.0 | 57.0 | 87.0 | -6.6% | |
| LC Erop State Train College Relations | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Other Unit of Activity | 321.0 | 321.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Sub-Total Unit of Activity | 610.0 | 610.0 | 0.0% | 108.0 | 104.0 | 104.0 | 104.0 | -3.7% | |
| Outside Audit Fees | 0.0 | 0.0 | #DIV/0! | 0.0 | 0.0 | 0.0 | 0.0 | | Variable mostly from CHO7* to AK4 PP&A7R6011 |
| Drug User Fees | 1618.0 | 1618.0 | 0.0% | 1,802.0 | 1,207.0 | 1,207.0 | 1,207.0 | -33.0% | |
| Patents & Trademark | 3910.0 | 3910.0 | 0.0% | 5,555.0 | 6,050.0 | 6,050.0 | 6,050.0 | 8.7% | |
| Other Fees Third Charges | 2701.0 | 2701.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Sub-total Fees Third Charge Basis | 6398.0 | 6398.0 | 0.0% | 7,357.0 | 7,257.0 | 7,257.0 | 7,257.0 | 0.0 | |
| Corporate Licensing | 728.0 | 728.0 | 0.0% | 712.0 | 738.0 | 738.0 | 738.0 | 3.7% | |
| Account Payable | 535.0 | 535.0 | 0.0% | 352.0 | 343.0 | 343.0 | 343.0 | -2.6% | |
| Legal Staff | 2105.0 | 2105.0 | 0.0% | 1,907.9 | 2,308.0 | 2,308.0 | 2,308.0 | 20.9% | |
| Regulatory Affairs | 342.0 | 342.0 | 0.0% | 388.0 | 481.0 | 481.0 | 481.0 | 24.0% | |
| Payroll | 593.0 | 593.0 | 0.0% | 228.0 | 214.0 | 214.0 | 214.0 | -0.1% | |
| General Ledger System | 0.0 | 0.0 | #DIV/0! | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Fixed Retainer Charge | 1870.0 | 1870.0 | 0.0% | 1,203.0 | 1,283.3 | 1,283.3 | 1,283.3 | -3.0% | |
| Other Fixed Retainer | 7840.0 | 7840.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Subtotal Corp Admin Fixed | 14,117.0 | 14,117.0 | 0.0% | 4,893.0 | 6,345.3 | 6,345.3 | 6,345.3 | 0.3% | |
| **Subtotal Corp Admin** | 23,126.0 | 23,126.0 | 0.0% | 19,268.8 | 17,708.3 | 17,708.3 | 17,708.3 | 2.9% | |
| **Key Check:** | | | | | | | | | |
| Overhead - Burden | | | | 17,576.9 | 16,465.6 | 16,465.6 | 16,465.6 | | *Key Check to verify subsequent variables are picking up all these numbers.* |
| Overhead - FDA Fees | | | | 1,802.0 | 1,207.0 | 1,207.0 | 1,207.0 | | *the variance we use FDA costs because Corp gives us only 1 component.* |
| Library Info Services charged to depts | | | | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Total Cost Pools & Assignments | | | | 19,378.9 | 17,678.6 | 17,678.6 | 17,678.6 | | |

HIGHLY
CONFIDENTIAL
ABBT 0037604

2000

| Div. | Dept. | 760001 Utilities* | 760100 Amort. Svc Loaner | 760162 Vhse. Fixed Alloc | 762410 PPD House Kplng | 764335 Wisdm. Alloc | 762007 PPD Div. Alloc | 760012 Copier Fixed Cost | 760100 R&D Internal Alloc. | 764300 ABC Alloc | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 412 | 28.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.40 |
| Subtotal 42 | | 28.40 | | | | | | | | | 28.40 |
| 44 | 41C | | 0.00 | | | | | | | | 0.00 |
| | 41T | | 0.80 | | | | | | | | 0.80 |
| | 405 | | 0.20 | | | | | | | | 0.20 |
| | | | | | | | | | | | 0.00 |
| Subtotal 44 | | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 46 | 469 | 0.00 | 25.50 | | | | | | | | 25.50 |
| Subtotal 46 | | 0.00 | 25.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.50 |
| 47 | 4P8 | | | | | | | | | | 0.00 |
| | 4P7 | | | | | | | | | | 0.00 |
| | 4P4 | | | 160.10 | 160.10 | 78.20 | | | | | 209.20 |
| | 4PS | | | | | | | | | | 209.20 |
| | 41M | | | | | | 40.00 | | | | 0.00 |
| | 4R1 | | | 0.00 | | | | | | | 0.00 |
| | 462 | 0.10 | | 7.00 | | | 1,691.00 | | | | 1,691.00 |
| Subtotal | | 0.10 | 0.00 | 187.10 | 187.10 | 188.00 | 2,031.00 | 0.00 | 0.00 | 0.00 | 2,467.20 |
| 52 | 433 | 71.10 | | | | 0.00 | | | | | 71.10 |
| 53 | 481 | 71.10 | | | | 74.84 | | | | | 74.84 |
| | 44F | | | | | 39.29 | | | | | 39.29 |
| | 44J | | | | | 25.77 | | | | | 25.77 |
| Subtotal 53 | | 0.00 | 0.00 | 0.00 | 0.00 | 139.78 | 0.00 | 0.00 | 0.00 | 0.00 | 139.70 |
| Total | | 99.60 | 26.50 | 187.10 | 187.10 | 328.70 | 2,031.00 | 0.00 | 0.00 | 0.00 | 2,672.80 |

2001

| Div. | Dept. | 760001 Utilities | 760100 Amort. Svc Loaner | 760162 Vhse. Fixed Alloc | 762410 PPD House Kplng | 764335 Wisdm. Alloc | 762007 PPD Div. Alloc | 760012 Copier Fixed Cost | 760050 R&D Internal Alloc. | 764300 ABC Alloc | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 412 | 28.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.40 |
| Subtotal 42 | | 28.40 | | | | | | | | | 28.40 |
| 44 | 41C | | 0.00 | | | | | | | | 0.00 |
| | 41T | | 0.80 | | | | | | | | 0.80 |
| | 405 | | 0.20 | 4.70 | | | | | | | 0.20 |
| | | | | | | | | | | | 4.70 |
| Subtotal 44 | | 0.00 | 1.00 | 4.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.70 |
| 46 | 469 | 0.00 | 25.50 | | | | | | | | 25.50 |
| Subtotal 46 | | 0.00 | 25.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.50 |
| 47 | 4P8 | | | 0.00 | 0.00 | | | | | | 30.10 |
| | 4P7 | | | 30.10 | 0.00 | | | | | | 76.10 |
| | 4P4 | | | 51.07 | 26.43 | | | | | | 81.50 |
| | 4PS | | | 0.00 | 153.67 | 91.50 | | | | | 209.17 |
| | 41M | | | | | 91.50 | 40.00 | | | | 0.00 |
| | 4R1 | | | | | | 3,004.00 | | | | 3,004.00 |
| | 462 | 0.00 | | 8.69 | | | | | | | 8.99 |
| Subtotal | | 0.00 | 0.00 | 81.77 | 187.69 | 183.00 | 3,044.00 | 0.00 | 0.00 | 0.00 | 3,486.46 |
| 52 | 433 | 71.10 | | | | 0.00 | | | | | 71.10 |
| 53 | 481 | 71.10 | | | | 74.89 | | | | | 74.68 |
| | 44F | | | | | 39.29 | | | | | 39.29 |
| | 44J | | | | | 25.77 | | | | | 25.77 |
| Subtotal 53 | | 0.00 | 0.00 | 0.00 | 0.00 | 139.88 | 0.00 | 0.00 | 0.00 | 0.00 | 139.66 |
| Total | | 99.50 | 26.50 | 86.47 | 187.69 | 322.88 | 3,044.00 | 0.00 | 0.00 | 0.00 | 3,705.51 |

00 Vs 99 Variance

| $ | % |
|---|---|
| (0) | (0.00%) |
| (0) | (0.00%) |
| (0) | (0.00%) |
| (4.7) | #DIV/0! |
| (4.7) | (#DIV/0!) |
| (0) | (0.00%) |
| (30.1) | #DIV/0! |
| (76.1) | (-76.1) |
| (18.3) | (18.87%) |
| (14.13) | (-6.7%) |
| 0 | #DIV/0! |
| (1016.0) | (-50.91%) |
| (0.11) | (-1.55%) |
| (1088.3) | (-44.24%) |
| 0 | (0.00%) |
| (0.0) | (0.07%) |
| 0 | (0.07%) |
| 0 | (0.00%) |
| (0.04) | (0.04%) |
| (1033.3) | (-40.93%) |

Note: These charges are obtained from various memos (mainly from PPD Ops). These memos are detailed in the Fixed Expense binder. All R&D expenses come from Steve Sceslcit directly (these should be in line with what PPD Ops has submitted (via J. Treux).

83

HIGHLY

CONFIDENTIAL
ABBT 0037605

B4

## Fixed Allocations from Operations
*(Via J. Truax memo)*

| PD | RD | | 2000 Product Develop | 2000 Research & Develop | 2001 Product Develop | 2001 Research & Develop | PD Var $ | PD Var % | RD Var $ | RD Var % |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | WISDOM(On-Going) | 189,000 | 138,700 | 183,000 | 138,650 | -6,000 | -3.2% | -50 | 0.0% |
| | | EDMS (On Going) | 255,000 | | 255,000 | | | | | |
| | | EDMS Project Expense | 85,000 | | 0 | | | | | |
| 12 | a) | D-44K Stability (DQF) | 75,000 | 440,400 | 75,000 | 524,800 | 0 | 0.0% | 84,400 | 19.2% |
| 12 | 24 | CHEN Utilities | 48,000 | 235,000 | 104,600 | 188,800 | 56,600 | 117.9% | -46,200 | -19.7% |
| 12 | 26 | CHEN Maintenance | 208,000 | 947,000 | 472,000 | 899,000 | 264,000 | 126.9% | -48,000 | -5.1% |
| 12 | 22 | PA ABC Allocations | 682,000 | 68,675 | 778,000 | 68,600 | 96,000 | 14.1% | -75 | -0.1% |
| 12 | 27 | QA ABC Allocations | 978,000 | 1,438,000 | 1,320,000 | 1,842,000 | 342,000 | 35.0% | 504,000 | 35.0% |
| | 23 | CAPD Warehouse/Waste | | 83,648 | | 81,773 | | | -1,875 | -2.2% |
| | 25 | CAPD Project Exp. Transfer | | 105,000 | | 105,000 | | | 0 | 0.0% |
| | 26 | D-55A Engineering Support | | 288,000 | | 375,000 | | | 107,000 | 39.9% |
| | 21 | Corp. Eng. Proj. Expense | | 1,428,000 | | 1,993,000 | | | 567,000 | 39.8% |
| 12 | | D-55T Calibration Servic | 40,000 | | 40,000 | 0 | 0 | 0.0% | 0 | |
| | 29 | CHEN Envir Health & Saf | 0 | 558,000 | 0 | 597,000 | 0 | | 39,000 | 7.0% |
| | | **Total** | **2,860,000** | **6,709,423** | **3,227,600** | **6,914,623** | **667,600** | **26.1%** | **1,205,200** | **21.1%** |

a) Not included in overhead; charged directly to projects.

L:\GROUP\PLANNING\2001 PLAN\Fixed Expenses\[Burden\D.xls]Mch Fixed
2/14/01 5:21 PM

HIGHLY
CONFIDENTIAL
ABBT 0037606

# Key Unfunded List

HIGHLY
CONFIDENTIAL
ABBT 0037607

PPD - Research and Development
2001 PLAN
Key Unfunded Projects
($MM's)     (As of 1/5/2001)

| Drug/Compound | Project Description | 2001 PLAN |
|---|---|---|
| **NEUROLOGY** | | |
| Depakote | New Formulations (Epilepsy & Acute Migraine) | 1.9 |
| Depakote | Bipolar in Pediatric Mania | 1.4 |
| ABT-594 | Post Milestone Funding (3rd and 4th Quarter) | 9.8 |
| ABT-594 | Phase IIB Osteoarthritis Study (assumes 1/1/01 start date) | 5.6 |
| ABT-594 | Additional Acute Pain Study (Phase IIB Molar Extraction Study) | 3.0 |
| COX-8 | Ongoing Pre-Clinical Studies | 3.0 |
| ABT-089 | Single/Multiple Rising Dose Phase I Study | 7.0 |
| ABS-103 | Pre-Clinical Studies | 3.3 |
| ABS-103 | Single Rising Dose Phase I Study | 2.4 |
| NPS-1776 | Pre-Clinical Studies | 3.7 |
| NPS-1776 | Single and Rising Multiple Phase I and Formulation Bio Studies | 2.4 |
| | **Subtotal NEUROLOGY** | 43.7 |
| **ANTI-INFECTIVE** | | |
| Clarithromycin | Asthma/Immunomodulatory Studies | 2.4 |
| ABT-773 | ABT-773 IV Development Cost | 8.0 |
| Quinolone (ABT-492) | Phase II Acceleration/Expansion of Clinical Studies | 9.7 |
| Quinolone (ABT-492) | I.V. Formulation | 4.0 |
| Quinolone (ABT-492) | Japan Phase I Study | 1.0 |
| Omnicef | Pharyngitis/Tonsillitis Study: Pediatrics, Suspension, 5D BID vs. Zithromax | 4.0 |
| Omnicef | ABECB - Two Arm Study 5D QD vs. Comparator | 2.4 |
| | **Subtotal ANTI-INFECTIVE** | 31.5 |
| **UROLOGY** | | |
| Fenofibrate | Diabetics | 4.0 |
| Bimoclomol | Phase III Studies | 10.0 |
| KCO | Pre-Clinical/Phase I Studies | 6.0 |
| | **Subtotal UROLOGY** | 20.0 |
| **HIV/IMMUNOLOGY** | | |
| Kaletra | Phase IIB Program (unfunded portion) | 6.6 |
| Kaletra | Kaletra QD | 4.2 |
| Kaletra | Post Approval Commitments | 4.2 |
| Kaletra | Kaletra Salvage | 2.8 |
| Kaletra | Kaletra Firstline | 2.6 |
| Kaletra | Expanded Access Program | 1.6 |
| Kaletra | Phase IV RTI | 1.3 |
| Kaletra | IBHSC Cotrom | 1.0 |
| Kaletra | Metabolics Program | 0.8 |
| Kaletra | Miscellaneous Phase IV Studies | 0.7 |
| | **Subtotal HIV/IMMUNOLOGY** | 24.8 |
| **ONCOLOGY** | | |
| ABT-627 | Early Stage Pca Cancer | 11.0 |
| K-5 | Pre-Clinical/Phase I Studies | 8.8 |
| | **Subtotal ONCOLOGY** | 19.8 |
| **DISCOVERY** | | |
| DDC's | Development of DDC's | 77 |
| **IN-LICENSED COMPOUNDS** | | |
| Various | Funds to Acquire New Compounds | 77 |
| **PRODUCTIVITY** | | |
| 30% Reduction in Capital | Productivity Projects | |
| | Rosetta Gene Expression | 6.0 |
| | Genomics/HTS Expansion Program | |
| | AEGIS MedDRA | |

CONFIDENTIAL
ABBT 0037608

85

# PLs' N

**MMPI MONTHLY MEETING AGENDA**
3/8/2001, 10:30-12:00, AP6A-1A
**Objectives: To Review MMPI Project Status**

I.  **Clinical** – A. Nabulsi / D. D'Amico
    - Leiden portfolio review    3/7
    - M00-235 sites initiated 2/14 & 2/15
    - Drug shipped 2/28 & 3/1
    - First patient: Monday (3/12)
    - IND timeline being revised (Mtg 3/9)

II. **Toxicology** – K. Loberg
    - 6 week rat study completed
    - 3 month rat – 1st necropsy 4/10/01

III. **PK** – B. Carr / M. Rieser / Tawakol
    - PK method validation in human plasma is complete for all 7 analytes.
    - Finishing re-analysis of metabolites from toxicology studies (last fall).

IV. **PARD** – J. Cannon / T. Garavalia
    - Capsule update: Feton run at MDS Pharma) completed; 200mg capsules; 73% yield
    - Next finishing run scheduled for 6/01

V.  **CAPD** – S. Wittenberg
    - No Update

VI. **Discovery** – S. Davidson
    - No Update

VII. **Metabolism** – D. Hickman
    - No Update

VIII. **Next Team Venture Meeting**
    When:    Thursday, April 12, 2001
    Where:   AP6A-1A
    Time:    10:30 – 12:00

Handwritten notes:

- B.H. PRE-IND Timeline
- TJ PK Validation
* Ask if PD data will ever be submitted. **NOTES** If so, audit.

(I) How can we continue if competition is dropping out? Pre-clinically we differ. Comp to low doses, mono- vs combo, skipped Ph II, not right stage tumors
→ Will look @ Asco & AACR for comp info
→ Will know in 3-6 mo where we'll stand Todd Leaner for AACR by the 22nd – he'll look @ abstracts upon
→ Vanderbilt teleconference on 3/12 to discuss the IND study
* Find out cancer type for 1st patient

(II) 3 month: In high dose group ↓ body weight gain / dehydration, alopecia; similar results to previous study 070
6 wk: Inlife done, necropsy all, assembling data on mitochondrial assays; High dose group did recover body weight and ↑ food consumption after off drug
• Is there a CNS involvement? Bill Bracken is concerned w/ ↓ body weight; possibly not just 2° ↓ food.

(III) Call site w/ Matt & Tawakol to discuss status their validation
→ Needed for IND. When will be available? Bill Bracken on top of it.

(IV) – Standard deviation of empty capsule > than expected
– Drug behaved differently when filling the capsules
– 300 rejects → Use for development work. Must be designated "experimental." Next time – will incorporate rework steps for GMP up.
– June run @ MDS 2" IDC facility booked
– Alert Comm stability update, pitting, drug in bottle

**EXHIBIT**
Nabulsi
10
1-24-07

Confidential                                   ABBT0045253

# PLs' QE

Abbott
A Promise for Life

Select a Country | Site Map | Contact Us

Abbott



# Press Release

Home
About Abbott
Products
Science & Innovation
Global Citizenship
Careers
News & Media
Press Releases
Features
Fact Sheets
Media Contacts
Rankings, Ratings & Awards
Newsfeeds
Set Up E-mail Alerts
Investor Relations
Global Licensing

Enter Search

## Abbott Researchers Target Neuronal Nicotinic Receptors for Treatment of Pain and Cognition

### Scientists to Present Data and Discuss Emerging Advances in Basic Research and Clinical Science at Neuroscience 2007 Satellite Symposium

Abbott Park, Illinois, November 1, 2007 – The human brain relies on chemicals called "neurotransmitters" that nerve cells use to communicate to one another, in order to maintain a wide range of cognitive functions including memory and attention. Based on a growing body of scientific knowledge related to neurotransmitters, the scientific community is now targeting neuronal nicotinic receptors (NNRs), found on nerve cells throughout the central nervous system, to treat a number of psychiatric and neurological disorders. NNRs, also known as neuronal nicotinic acetylcholine receptors (nAChRs), modulate the release of several important neurotransmitters, such as acetylcholine and dopamine.

Abbott researchers are currently developing selective NNR compounds, which act as agonists (drugs that stimulate activity at cell receptors) at specific NNR sites in the body, for attention-deficit hyperactivity disorder, Alzheimer's disease, schizophrenia and pain – conditions for which there are still significant unmet needs in spite of available treatment options.   Scientists from independent academic institutions and Abbott will present data on these compounds at the Neuroscience 2007 satellite symposium entitled "Nicotinic Acetylcholine Receptors as Therapeutic Targets: Emerging Frontiers in Basic Research and Clinical Science."  The meeting takes place Oct. 31 to Nov. 2 at the San Diego Convention Center, preceding the annual meeting of the Society for Neuroscience.

Presentations highlighting Abbott compounds include the following:

**Integrative Pharmacology of nAChRs and nAChR Ligands**
Bryan F. Cox, Abbott(Thursday, Nov. 1, 8 a.m.)

**Preclinical and Clinical Studies with Novel nAChR Ligands in Pain**
Michael D. Meyer, Abbott(Thursday, Nov. 1, 2:10 p.m.)

**ADHD Overview, Preclinical nAChR Pharmacology**
Michael W. Decker, Abbott (Friday, Nov. 2, 10 a.m.)

**Clinical Studies with nAChR Ligands in ADHD**
Timothy E. Wilens, Harvard Medical School(Friday, Nov. 2, 10 a.m.)

"While many advances have been made in the treatment of neurobehavioral disorders, considerable unmet medical need still exists," said Timothy Wilens, M.D., associate professor of Psychiatry, Harvard Medical School.  "NNR agonist compounds have the tremendous potential of improving the core and associated symptoms of attention-deficit hyperactivity disorder without apparently producing cardiovascular effects and other more common side effects such as insomnia and appetite suppression observed with current treatments."

"Preclinical and clinical data support the potential of NNR agonists to alleviate the cognitive deficits associated with a variety of disorders, as well as pain," said James Sullivan, Ph.D., divisional vice president, Neuroscience Discovery, Abbott.  "Abbott has significant experience in this area and has been among the leaders in advancing the understanding of the therapeutic potential of NNRs for more than a decade.  Our scientists have been at the forefront of identifying selective NNR agonists and have published more than 75 research studies in this area."

**Abbott Neuroscience**
Building on the company's strong scientific foundation in neuroscience and pain, Abbott has significant research and development efforts underway to investigate new therapeutic approaches to cognitive disorders, such as attention-deficit hyperactivity disorder, Alzheimer's disease and schizophrenia.  Abbott also is investigating new therapies for nociceptive pain conditions such as osteoarthritis and cancer pain, as well as neuropathic pain conditions such as diabetic neuropathy.

The following investigational programs are examples of Abbott's broad portfolio of neuroscience and pain care research.  These programs include and extend beyond NNR therapeutics:

α4β2 NNR Agonist Program

**ABT-089** is a partial and selective NNR agonist, which targets the α4β2 NNR subtype. It has demonstrated efficacy in preclinical models of attention, learning and memory deficits. It also has demonstrated efficacy in improving the core symptoms of attention-deficit hyperactivity disorder in adults. ABT-089 is currently in Phase II clinical trials for adult attention-deficit hyperactivity disorder and is being studied for other cognitive diseases.

**ABT-894** is an NNR agonist, which targets the α4β2 NNR subtype. It has demonstrated efficacy in multiple preclinical animal models of neuropathic pain and nociceptive pain with and without an inflammatory component. ABT-894 exhibits high affinity for and full functional efficacy at the α4β2 NNR subtype. Similar to other NNR agonists, it also has demonstrated a cognitive enhancing profile in pre-clinical models of cognition. ABT-894 is currently in Phase II clinical trials for adult attention-deficit hyperactivity disorder and diabetic neuropathic pain. This compound was discovered in collaboration with NeuroSearch.

**α7 NNR Agonist Program**
**ABT-107** promises to be a potent and selective NNR agonist, which targets the α7 NNR subtype. It has demonstrated efficacy in *in vivo* studies that model memory consolidation, social recognition memory, working memory, and sensory gating deficits, which are domains of cognition negatively impacted in Alzheimer's disease and schizophrenia. ABT-107 is currently in Phase I clinical trials for a variety of central nervous system disorders. This compound was discovered in collaboration with NeuroSearch.

**D3 Receptor Antagonist Program**
In addition to the focus on NNR research, Abbott has an aggressive pre-clinical and clinical program evaluating selective D3 receptor antagonists. D3 receptors are expressed in brain regions associated with schizophrenia, and most current antipsychotics bind to D3 receptors. However, current antipsychotic medications are non-selective for the D3 receptors and have little effect on negative symptoms (i.e., apathy, lack of emotion, poor or nonexistent social functioning) or on cognitive deficits (i.e., disorganized thoughts, difficulty concentrating and/or following instructions, difficulty completing tasks, memory problems).

Abbott's pre-clinical, selective D3 compounds show high potency and selectivity for D3 receptors and have demonstrated efficacy in a number of preclinical models assessing antipsychotic efficacy. In preclinical studies, they do not induce secondary negative symptoms, extrapyramidal side effects (physical symptoms that can occur in individuals taking antipsychotic medications) or neuroendocrine disturbances associated with current agents.

**ABT-925** promises to be a potent and selective dopamine D3 receptor antagonist, currently in early Phase II clinical trials for schizophrenia. The pharmacological profile of ABT-925 suggests that it will be differentiated from current antipsychotic agents by a broad range of therapeutic efficacy and diminished on-target and off-target (e.g. D2, H1 and α1 adrenoceptor) side effects.

**TRPV1 Receptor Program**
The TRPV1, or vanilloid receptor, plays an important role in mediating the body's response to a variety of pain stimuli, including heat and changes in pH levels, as well as a variety of mediators of inflammation that are released in the body following tissue damage. Abbott has identified a number of compounds that may have the ability to elicit relief across a broad spectrum of pain states. The lead compounds have demonstrated efficacy comparable to morphine across a number of different pre-clinical pain models – including osteoarthritis, post-operative and cancer pain.

Learn more about how NNRs work.

**About Abbott**
Abbott is a global, broad-based health care company devoted to the discovery, development, manufacture and marketing of pharmaceuticals and medical products, including nutritionals, devices and diagnostics. The company employs 65,000 people and markets its products in more than 130 countries.

Media:
Laura Weber    (773) 960-7144

⊞ top of page

Financial:
Lawrence Peepo (847) 935-6722

🖨 Printer Friendly

Home | Select a Country | Site Map | Contact Us | Privacy Policy | Terms of Use

Copyright © 2006, 2008 Abbott Laboratories. Abbott Park, Illinois, U.S.A.

Unless otherwise specified, all product names appearing in this Internet site are trademarks owned by or licensed to Abbott Laboratories, its subsidiaries or affiliates. No use of any Abbott trademark, trade name, or trade dress in this site may be made without the prior written authorization of Abbott Laboratories, except to identify the product or services of the company.

# PLs' X



Diane L
D'Amico /LAKE/PPRD/ABB
OTT
03/14/2001 12:53 PM

To  Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT

cc  Lori V Rountree/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject  Per Your Request

Azmi:

It is my understanding that the following chain of events led to the erroneous dosing of one patient in Abbott Study M00-235 (MMPI):

Friday, March 9        5:45 PM (CST)
Dr. Nabulsi learned that the M00-235 should be put on hold.

Sunday, March 11       10:00 AM (CST)/1700 (CET)
Dr. Nabulsi phoned Jim Looman (Associate Director, EVR Netherlands) to tell him that the M00-235 study should be put on hold. Jim Looman was instructed to contact both Dr. Schellens and Dr. Zonnenberg to notify them of the hold.

Monday, March 12       0900 AM (CET)
Jim Looman phoned Dr. Voest (Dr. Zonnenberg's superior) and alerted him to the hold on the study. The call lasted approximately 10 minutes. The patient was dosed at 0937 (CET) by Dr. Laurens Beerepoot (a sub-investigator). It appears that Dr. Voest was not able to notify Dr. Beerepoot in time. It is probably safe to assume that the patient was already at the site for Day 1 study activities at the time of the call.

Monday, March 12       0910 AM (CST)
Jim Looman phoned Dr. Schellens to notify him of the study hold. Schellens was not available to take the call. Jim then contacted Jolanda Maaskant (site QA officer) and alerted her to the study hold. The site sent home a patient who was waiting to enroll.

Diane

CONFIDENTIAL
ABBT0056817