UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY),       )))))))) Plaintiffs, ))) v. )) ABBOTT LABORATORIES, )) Defendant. )) | CIVIL ACTION NO. 05-11150-DPW |

## JOHN HANCOCK'S MOTION FOR ORAL EXAMINATION AT TRIAL OF CERTAIN ABBOTT AND THIRD-PARTY WITNESSES

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company and Manulife Insurance Company (collectively, "John Hancock" or "Hancock") hereby move, pursuant to Section III.2(d)(3) of the Second Amended Order Regulating Non-Jury Trial (the "Trial Order"), for an order allowing John Hancock to call at trial: (1) the keeper(s) of records for Abbott Laboratories ("Abbott") to address Abbott's objections to the admissibility of its own documents; and (2) the keeper(s) of records for certain third parties to address Abbott's objections to John Hancock's use at trial of certifications obtained pursuant to FRE 902(11) and the underlying documents thereto.

The "good cause" for this motion, as required by Section III.2(d)(3) of the Trial Order, is to address Abbott's objections to certain trial exhibits proposed by John Hancock which are indisputably admissible. First, as set forth in John Hancock's pending Motion To Overrule Abbott's Authenticity and Various Hearsay Objections (the "Motion to Overrule") (*see* Docket No. 244), Abbott disputes the authenticity of its own documents, as well the admissibility, on hearsay grounds, of its own business records including reports, meeting minutes, presentations and agendas. If John Hancock's Motion to Overrule is not allowed, Hancock will have no choice but to call all necessary Abbott custodians to admit Abbott's documents. John Hancock has not reciprocated Abbott's obstructive conduct. To facilitate the Court's consideration of relevant evidence, John Hancock has not (and will not) make any objection to the authenticity and admissibility of its own (and even Abbott's) business records.

Second, Abbott disputes the admissibility, on authenticity and hearsay grounds, of certain third-party documents produced by McKinsey & Company ("McKinsey"), Constella Group, LLC, formerly known as Resource Solutions, Inc. ("Constella"), and Phone Screen/American Mediconnect, Inc. ("Phone Screen") (collectively, the "Third Parties"). To avoid calling custodians for the Third Parties, John Hancock sought and obtained certifications, pursuant to FRE 902(11), attesting that their documents are authentic "business records" under FRE 803(6). Copies of the certifications are attached hereto as Exhibits 1-3.

Notwithstanding that John Hancock provided notice of these certifications and otherwise complied with FRE 902(11), Abbott continues to object to the underlying documents. Abbott also apparently contends that the certifications should have been filed by John Hancock along with its direct testimony affidavits on January 28, 2008 and, thus, are

untimely. The Trial Order imposes no such requirement. In light of Abbott's objections, John Hancock has no choice but to call all necessary custodians for the Third Parties. If the Court rejects Abbott's objections to the certifications, live witness testimony would be unnecessary.

For these reasons, which are addressed more fully below, John Hancock's motion should be allowed.

### Factual Background

I.    ABBOTT OBJECTS TO THE AUTHENTICITY AND ADMISSIBILITY OF ITS OWN DOCUMENTS AND BUSINESS RECORDS.

On January 28, 2008, pursuant to the Trial Order, John Hancock filed a "disputed exhibit list," composed of exhibits proposed by Hancock whose admissibility Abbott contests. *See* Docket No. 224. Abbott objected to the vast majority of Hancock's exhibits on fudamentally baseless grounds. Abbott has objected on "authenticity" grounds to 339 documents produced from Abbott's own files in discovery. *See* Table of Abbott Documents That Abbott Objects To On Authenticity Grounds, attached hereto as Exhibit 4. Abbott has objected on "hearsay" grounds to the admission of 180 business records from its own files, such as reports, meeting minutes, presentations and agendas. *See* Table of Abbott Business Records Objected-to By Abbott On Hearsay Grounds, attached hereto as Exhibit 5.

On February 8, 2008, John Hancock filed a Motion to Overrule these objections. *See* Docket No. 244. Hancock also filed a Motion to Shorten The Deadline For Abbott's Opposition. *See* Docket No. 243. Abbott has not opposed these motions and they are presently under advisement. Nor has Abbott withdrawn any of its objections to the disputed exhibits.

II.    ABBOTT OBJECTS TO THE AUTHENTICITY AND ADMISSIBILITY OF
       BUSINESS RECORDS PRODUCED BY THIRD PARTIES.

On April 27, 2007, John Hancock served a subpoena on McKinsey seeking documents

related to Abbott's retention of McKinsey in early 2001 to assist in the review of Abbott's

pharmaceutical development portfolio (the "Portfolio Prioritization Project"), and to support

Abbott's integration of the recently-acquired Knoll Pharmaceutical Company.  In addition to

deposition testimony, McKinsey produced documents in response to John Hancock's subpoena,

including several demonstrating Abbott's "likely" decision to terminate development of ABT-

518 and ABT-594 just days before John Hancock committed millions of dollars to co-fund

development of those Compounds.    *See*, *e.g.*, PLs' FH (Initial Portfolio Prioritization

reflecting that ABT-594 was a "probable T[erminate]", and ordered a "Hold/T[erminate]" and

"halt all further expenditure" with respect to ABT-518), attached hereto as Exhibit 6.

On October 16, 2006, John Hancock served a subpoena on Constella seeking

documents relating to Constella's contract with Abbott from 1999 to 2001 to provide

management and monitoring services for Abbott's Phase IIb clinical research study, designated

M99-114, for ABT-594.    Constella produced documents in response to John Hancock's

subpoena, including documents showing the status of the M99-114 study.

On October 23, 2006, John Hancock served a subpoena on Phone Screen seeking

documents relating to Abbott's possible engagement of Phone Screen, a healthcare call center,

to recruit subjects for its failing M99-114 clinical for ABT-594.    Phone Screen produced

documents in response to John Hancock's subpoena.    Phone Screen also attested to the

authenticity of a document detailing its strategy to address Abbott's inability to recruit

sufficient subjects for the M99-114 study. *See* PLs' CZ, attached hereto as Exhibit 7.

On January 17, 2008, John Hancock served certifications on the Third Parties pursuant to FRE 902(11).  *See* Letters from Richard C. Abati to the Third Parties (without enclosures), attached hereto as Exhibit 8.   Hancock requested that the Third Parties return executed versions of the certifications on or before January 28, 2008.  *Id*.  Shortly before January 28, 2008, counsel for McKinsey informed John Hancock that she had been in touch with Abbott's counsel and that, as a result, McKinsey would need additional time to discuss the certification with her client.  Based on McKinsey's conversations with Abbott's counsel at that time, it was (and is) John Hancock's understanding that Abbott's counsel cautioned McKinsey's counsel that the submission of a FRE 902(11) certification would expose her client to cross-examination at the trial of this matter.  John Hancock further understood (and understands) that Abbott's counsel suggested that affidavits submitted after January 28, 2008 would be deemed untimely under the Trial Order and, therefore, not subject to cross-examination at trial.

The FRE 902(11) certifications were executed shortly after January 28, 2008. McKinsey returned its executed certification on January 31, 2008, and copied Abbott's counsel.  *See* Exhibit 1.  Constella and PhoneScreen returned their executed certifications on February 14 and 18, 2008, respectively.  *See* Exhibits 2 and 3.  As required by FRE 902(11), Abbott received notice of the certifications.  *See* Exhibit 1; *see also* E-mails from Richard C. Abati dated February 15 (Constella) and 18 (Phone Screen), 2008, attached hereto as Exhibit 9.  In anticipation of trial, John Hancock has proposed the admission of some of the documents certified by McKinsey, Constella and Phone Screen.  *See* Docket No. 224.

**Argument**

I.  BECAUSE ABBOTT OBJECTS TO THE AUTHENTICITY AND ADMISSIBILITY OF ITS OWN DOCUMENTS (INCLUDING BUSINESS RECORDS), JOHN HANCOCK SHOULD BE ALLOWED TO CALL ABBOTT'S KEEPER(S) OF RECORDS.

Unless the Court grants the Motion to Overrule, John Hancock must call at trial the keeper(s) of records for Abbott to authenticate and lay evidentiary foundations for Abbott's own documents.  This time consuming and, in John Hancock's view, unnecessary process will involve testimony from one or many custodians for Abbott that:  (a) each of the documents identified at Exhibit 4 ("Table of Abbott- Documents That Abbott Objects To On Authenticity Grounds") is "what [Hancock] claims" (*see* FRE 901(a)); and (b) each of the reports, meeting minutes, presentations, and agendas identified at Exhibit 5 ("Table of Abbott Business Records Objected-to By Abbott On Hearsay Grounds") is a "record[] of regularly conducted activity" (*see* FRE 803(6)).  Accordingly, John Hancock respectfully requests an order that allows it to call, if necessary, the keeper(s) of records for Abbott.

II.  JOHN HANCOCK SHOULD BE ALLOWED TO CALL AT TRIAL THE KEEPER(S) OF RECORDS FOR THE THIRD PARTIES, IF NECESSARY.

FRE 902(11) provides that a document is admissible as a "business record" under FRE 803(6) if it is "accompanied by a written declaration of its custodian ... certifying that the record (A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) was kept in the course of the regularly conducted activity; and (C) was made by the regularly conducted activity as a regular practice."  *See In re Hayes Lemmerz Int'l, Inc.*, 340 B.R. 461, 470 (Bankr. D. Del. 2006) ("[FRE 902(11)] Declaration [by a third party] establishes that the

records were kept in the ordinary course of business, were made at the time of the occurrence of the events reflected therein, and were created as a part of [the third party's] regular business activities [and] thus ... have been properly authenticated and are admissible as business records pursuant to Rules 803(6) and 902(11)."); *see also McFadden v. Ballard, Spahr, Andrews, & Ingersoll*, 243 F.R.D. 1, 8 (D.D.C. 2007) (same).

The documents certified by McKinsey, Constella, and Phone Screen (*see* Exhibits 1-3) as "authentic copies of records of regularly conducted activity" should be admitted as trial evidence in this case. Each of these documents has been properly authenticated and is admissible as a business record pursuant to FRE 803(6) and 902(11). However, Abbott objects to the admissibility of these documents on various grounds, apparently including that the certifications are untimely because they were not filed along with John Hancock's direct testimony affidavits on January 28, 2008. Abbott's position should not be credited. The Trial Order does not require the filing of third-party certifications under FRE 902(11) by January 28, 2008. Furthermore, John Hancock had no control over the Third Parties and could not compel them to sign certifications prior to that date. This is particularly true where, as here, Abbott's counsel contacted at least one of the Third Parties and apparently discouraged the execution of any certification by January 28, 2008. Abbott is, therefore, in no position to complain about the timeliness of the FRE 902(11) certifications.

If the Court is not inclined to admit the documents already certified by the Third Parties as authentic "business records," then John Hancock has no choice but to call the keeper(s) of records for McKinsey, Constella, and Phone Screen to authenticate and lay the evidentiary

foundations for their documents.  John Hancock, therefore, respectfully requests an order that allows it to do so.

**Conclusion**

For the foregoing reasons, John Hancock respectfully requests an order allowing John Hancock to call at trial: (1) the keeper(s) of records for Abbott; and (2) the keeper(s) of the records for each of the Third Parties.

Respectfully submitted,

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY and
MANULIFE INSURANCE COMPANY
By their attorneys,


/s/ *Brian A. Davis*
Brian A. Davis (BBO No. 546462)
Joseph H. Zwicker (BBO No. 560219)
Richard C. Abati (BBO No. (BBO No. 651037)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Tele:  617-248-5000
Fax: 617-248-4000

Date:  February 18, 2008

## LOCAL RULE 7.1 CERTIFICATION

I, Richard C. Abati, hereby certify that attorneys for John Hancock have conferred with opposing counsel before filing this Motion in an effort to resolve or narrow the issues presented.

/s/ Richard C. Abati
Richard C. Abati

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on February 18, 2008.

/s/ Richard C. Abati
Richard C. Abati

# Exhibit 1

# STROOCK

By Email

January 31, 2008

Dina Kolker
Direct Dial 212-806-5606
Direct Fax 212-806-2606
dkolker@stroock.com

Richard C. Abati, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
rabati@choate.com

Jeffrey I. Weinberger, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Fl.
Los Angeles, CA 90071-1560
Jeffrey.Weinberger@mto.com

Re:    John Hancock Life Insurance Company, et al. v. Abbott Laboratories
       Civil Action No. 05-11150-DPW

Dear Messrs. Abati and Weinberger:

Further to my conversations with each of you, attached please find a revised and executed
declaration regarding the authenticity of documents produced by our client, McKinsey &
Company, in the above referenced case.

Very truly yours,

Dina Kolker

NY 71242801v1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), )<br><br>Plaintiffs, )<br><br>v. )<br><br>ABBOTT LABORATORIES, )<br><br>Defendant. ) | CIVIL ACTION NO. 05-11150-DPW |

## DECLARATION OF JESSICA HOPFIELD

I, Jessica Hopfield, being first duly sworn upon oath, hereby deposes and states as follows:

1.    I am a Principal at the Chicago, Illinois office of McKinsey & Company ("McKinsey"), a global management consulting firm, and have been employed at McKinsey for approximately twelve years.

2.    McKinsey's records indicate that pursuant to the April 27, 2007 subpoena issued by plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Insurance Company) (collectively, "John Hancock") in the above-captioned matter, McKinsey completed its

production of documents Bates-stamped MCK00001-00809 to counsel for John Hancock on August 12, 2007.

3.    In or about January 2001, McKinsey was engaged by Laboratories ("Abbott") to provide consulting services to Abbott in support of its integration of Knoll Pharmaceutical Company.

4.    I was familiar with McKinsey's recordkeeping practice in connection with the Abbott engagement in 2001, and I am familiar with it today.

5.    The documents Bates labeled MCK00001-00809, and attached hereto at Tab A, were found in McKinsey's regularly kept business files associated with the Abbott engagement.

6.    McKinsey's records indicate that these files were retrieved and produced in accordance with McKinsey's normal business practices of file creation and storage.

7.    All of the Bates-stamped documents attached hereto at Tab A are authentic copies of "records of regularly conducted activity." Specifically:

        a.    the documents were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

        b.    the documents were kept in the course of McKinsey's regularly conducted practice of consulting and business activity; and

        c.    the documents were kept by McKinsey's regularly conducted practice of consulting and business activity as a regular practice.

8.    To the extent that any documents attached hereto were made by third parties, such documents were (a) obtained, kept, and relied upon by McKinsey as part of the regular practice of McKinsey's regularly conducted practice of consulting and business activity; and (b) integrated into McKinsey's records.

9.     Nothing in this affidavit constitutes a waiver of any objections, motions, rights or limitations McKinsey or I have with respect to jurisdiction and any requirements to appear pursuant to any further subpoenas issued in accordance with the Federal Rules of Civil Procedure. More specifically, and without limitation, by signing this affidavit I am not agreeing to give any further testimony concerning these matters and reserve all of my rights under the Federal Rules of Civil Procedure.

Dated:                              Jessica Hopfield

1/31/2008

_Jei Hopfield_

Subscribed and sworn to before me
this 31st day of January, 2008.

Notary Public

OFFICIAL SEAL
MARIELUISE KAILING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/23/09

# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), DPW <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    CIVIL  ACTION  NO.  05-11150- |

## DECLARATION OF
## CONSTELLA GROUP PRODUCT DEVELOPMENT, LLC

I, Linda M. Orovitz, being first duly sworn upon oath, hereby deposes and states as follows:

1.     I am Director of Proposals and Contracts at Constella Group Product Development, LLC, formerly known as Resource Solutions, Inc. ("Constella"), and have been employed at Constella for over seven (7) years.

2.     Pursuant to the October 16, 2006 subpoena issued by plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Insurance Company) (collectively,

4298605v1

"John Hancock") in the above-captioned matter, Constella produced documents Bates-stamped CNSTLA 0001-1111 to counsel for John Hancock Life on or about November 14, 2006.

3.    I was familiar with Constella's recordkeeping practice at that time, and I am familiar with the legacy record keeping practices of Constella entities today.

4.    The documents Bates labeled CNSTLA 0001-1111, and attached hereto at Tab A, were found in Constella's files in such condition as to create no suspicion concerning their authenticity or trustworthiness for me as a layperson working at Constella.

5.    When retrieving and reviewing the files from this transaction, Constella's normal business practice of file creation and storage was followed.

6.    The Bates-stamped documents attached hereto at Tab A are authentic copies of records of regularly conducted activity. Specifically:

    a.    the documents were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b.    the documents were kept in the course of Constella's regularly conducted practice of consulting and business activity; and

    c.    the documents were made and kept as part of the regular practice of Constella.

7.    To the extent that any documents attached hereto were made by third parties, such documents were (a) business records of that third party; (b) obtained, kept, and relied upon by Constella as part of the regular practice of Constella's regularly conducted practice of consulting and business activity; and (c) integrated into Constella's records.

4298605v1

Dated: February 14 , 2008

Constella Group
Product Development, LLC

By: _Linda M Orovitz_
Linda M. Orovitz

Subscribed and sworn to before me
this 14th day of February , 2008.

_[signature]_

Notary Public

My commission expires 4·15·09

4298605v1

US2000 10610351.3

# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | CIVIL ACTION NO. 05-11150-DPW |

## DECLARATION OF PHONE SCREEN

JANET LIFSHITE-SAMETH

I, _____, being first duly sworn upon oath, hereby deposes and states as follows:

1.    I am the managing director at Phone Screen, a healthcare call center specializing in patient recruitment, retention and compliance services for the pharmaceutical industry, and have been employed at Phone Screen for 15 years.

2.    Pursuant to the October 23, 2006 subpoena issued by plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Insurance Company) (collectively, "John Hancock") in the above-captioned matter, Phone Screen produced documents to counsel for John Hancock on November 6, 2006.

4292850v1

3.    In 2000, Abbott Laboratories ("Abbott") contacted Phone Screen to discuss the possibility of Abbott retaining Phone Screen to provide patient recruitment services in support of Abbott's Phase IIb clinical research study, designated M99-114, for ABT-594.

4.    I was familiar with Phone Screen's recordkeeping practice at that time, and I am familiar with it today. Phone Screen's practice in 1999-2001 was as follows: to keep documents in file folders in file drawers.

5.    The documents attached hereto at Tab A were found in Phone Screen's files in such condition as to create no suspicion concerning their authenticity or trustworthiness.

6.    When retrieving and reviewing the files from this transaction, Phone Screen's normal business practice of file creation and storage was followed.

7.    I hereby attest that all of the documents attached hereto at Tab A are authentic copies of "records of regularly conducted activity" within the meaning of Fed. R. Evid. 803(6). Specifically:

    a.    the documents were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b.    the documents were kept in the course of Phone Screen's regularly conducted practice of consulting and business activity; and

    c.    the documents were kept by Phone Screen's regularly conducted practice of consulting and business activity as a regular practice.

8.    To the extent that any documents attached hereto were made by third parties, such documents were (a) business records of that third party; (b) obtained, kept, and relied upon by Phone Screen as part of the regular practice of Phone Screen's regularly conducted practice of consulting and business activity; and (c) integrated into Phone Screen's records.

9.    Furthermore, I have been informed that Abbott, in the course of the above-referenced matter, produced to John Hancock a document which was prepared by Phone Screen for Abbott on September 28, 2000.  A true and correct copy of that document is attached hereto at Tab B.

10.    Phone Screen was unable to locate the document attached hereto at Tab B in its files.  However, based upon an inspection of this document, Phone Screen has no suspicion concerning its authenticity or trustworthiness.

11.    I hereby attest that the document attached hereto at Tab B is an authentic copy of a "record of regularly conducted activity" within the meaning of Fed. R. Evid. 803(6). Specifically:

　　　　a.    the document was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

　　　　b.    the document was kept in the course of Phone Screen's regularly conducted practice of consulting and business activity; and

　　　　c.    the document was kept by Phone Screen's regularly conducted practice of consulting and business activity as a regular practice.

4292850v1

Dated:

Subscribed and sworn to before me
this _18th_ day of FEBRUARY, 2008.

_[signature]_
Notary Public

Phone Screen

By: _[signature]_
JANET AKESHIRE SAMEH

> OFFICIAL SEAL
> LISA M HUGHES
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:06/22/09

4292850v1

# Exhibit 4

**Abbott Documents that Abbott Objects to on Authenticity Grounds**

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| A | 12/9/1999 | MMPI Working Group Meeting Minutes | ABBT0053710-11 |
| B | 3/9/2000 | Matrix Metalloproteinase Inhibitors Project - Discovery Development Candidate Meeting | ABBT0141929-83 |
| C | 7/14/2000 | 2001 Plan Assumption Memo | ABBT0037399-463 |
| D | Aug-00 | July 2000 Top Issues | ABBT0017616-19 |
| F | 11/00/2000 | Information for Clinical Investigators, ABT-518 | ABBT0055691-772 |
| G | 11/8/2000 | Oncology Portfolio Analysis Inputs - Project List, Product Profiles and Probabilities of Technical Success - Draft for Team Review, November 8, 2000 | ABBT292350, ABBT292365, ABBT302701, ABBT302721 |
| H | 1/11/2001 | MMPI Working Group Meeting, Meeting Objective: ABT-518 Program Update | ABBT0045274-276 |
| I | 2/1/2001 | ABT-518 Monthly Report, February 2001 | ABBT0000343-48 |
| J | 2/1/2001 | ABT-518 Descriptive Memorandum, February 2001 | ABBT0004032-39 |
| K | 2/4/2001 | Oncology Status Report | ABBT0045333-35 |
| L | 3/1/2001 | ABT-518 Monthly Report, March 2001 | ABBT0000349-53 |
| N | 3/8/2001 | MMPI Monthly Meeting Agenda | ABBT0045253 |
| O | 3/8/2001 | MMPI Working Group Meeting Minutes | ABBT300143-44 |
| P | 3/9/2001 | Oncology Status Report | ABBT0045324-326 |
| Q | 3/9/2001 | Letter from Tom Capetan to Dr. Nisen re: Report on ABT 518-Evaluation in Ocular Anglogenic Models | ABBT0049922-26 |
| R | 3/12/2001 | Email from Philip M. Deemer to sblewitt@jhancock.com@internet re MMPI Program Update | ABBT0004031-39 |
| S | 3/12/2001 | Email from Diane L. D'Amico to jhm@nki.nl re M00-235 Update | ABBT0033104 |
| T | 3/12/2001 | Email from Diane L. D'Amico to jhm@nki.nl re M00-235 Update | ABBT0055172-73 |
| U | 3/13/2001 | Email from Jim Looman to Azmi A. Nabulsi et al. re NKI Study | ABBT0033093 |
| W | 3/14/2001 | Email from Diane L. D'Amico to l.v.beerepoot@azu.nl re M00-235: Validated PD Methods | ABBT0046350 |
| Y | 3/16/2001 | Email from Philip M. Deemer to Joyce L. Devault re For Overhead | ABBT0004507-09 |
| Z | 3/19/2001 | Email from Jim Looman to Diane L. D'Amico re M00-235 Update | ABBT0055205-06 |
| AA | 3/19/2001 | Email from Diane L. D'Amico to Willy Jansen et al. re M00-235 Update | ABBT0033096-97 |
| AB | 3/20/2001 | E-mail from Deemer to Nisen | ABBT245847 |
| AC | 3/21/2001 | Email from Jim Looman to Diane L. D'Amico re Restart 518 Study | ABBT0508262 |
| AD | 3/21/2001 | Email from Perry D. Nisen to Philip M. Deemer re Hancock and Alcon | ABBT246501 |
| AE | 3/22/2001 | Email from Paige Gjelsten to MMPI Team re MMPI Working Group Meeting Minutes: 3/8/01 | ABBT300130-32, ABBT300142-44 |
| AF | 3/22/2001 | Email from Philip M. Deemer to Perry D. Nisen re Hancock and Alcon | AL000403 |
| AG | 4/16/2001 | E-mail from Perry D. Nisen to Azmi A. Nabulsi re: | ABBT0063627-28 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| | | DMC Project Review Meetings | |
| AH | 5/1/2001 | Monthly Highlights - Key Project Progress | ABBT0000361-65 |
| AI | 5/1/2001 | ABT-518 Monthly Report, May 2001 | ABBT143915.UR-20 |
| AJ | 5/2/2001 | Email from Tamara L. Garavalia to Michaela L. James et al. re: ABT518 | ABBT0055426 |
| AK | 5/11/2001 | Oncology Status Report | ABBT0045302-304 |
| AN | 5/22/2001 | Email from Perry D. Nisen to John M. Leonard re: ABT-518 | ABBT0064226 |
| AO | 5/25/2001 | Email from Diane L. D'Amico to Diane C. Bronson et al. re: ABT-518 Tox | ABBT0059368 |
| AP | 5/25/2001 | Email from Diane L. D'Amico to Lise I. Loberg re: ABT-518 Tox | ABBT0061200 |
| AQ | 5/28/2001 | Email from Diane C. Bronson to Diane L. D'Amico re: ABT-518 Tox | ABBT0057052 |
| AR | 5/28/2001 | Email from Diane C. Bronson to Lise I. Loberg re: ABT-518 Tox | ABBT0155970 |
| AS | 5/29/2001 | Email from Lise I. Loberg to William M. Bracken et al. re: resume ABT-518 activities: FALSE ALARM! | ABBT0157559 |
| AT | 6/4/2001 | Oncology Status Report | ABBT0045296-97 |
| AU | 6/4/2001 | Email from 8776893456@skytel.com to Diane L. D'Amico re: MMPI | ABBT0057906 |
| AV | 6/4/2001 | Email from Thomas J. Lyons to Kenneth D. Stiles re: MMPI-Phase I Study Options | ABBT334695-97 |
| AW | 6/6/2001 | Email from Lise I. Loberg to William M. Bracken et al. re: ABT-518 update | ABBT0157798-99 |
| AX | 6/7/2001 | MMPI Working Group Meeting Minutes | ABBT0026340-42 |
| AY | 6/7/2001 | MMPI Monthly Meeting Agenda | ABBT0045226-27 |
| AZ | 6/7/2001 | MMPI Working Group Meeting Minutes | ABBT0057877-878 |
| BA | 6/14/2001 | Email from Diane C. Bronson to Paige Gjelsten re: MMPI Meeting Minutes from 6/7/01 | ABBT0033472-74 |
| BB | 6/21/2001 | M00-235 Teleconference: Schellens Notification of Study Termination | ABBT0033089-98, 101, 104-108, 110, 113-114, 117-119 |
| BC | 7/30/2001 | Email from Philip Deemer to Dan Norbeck re MMPI | ABBT245647 |
| BG | 5/17/2002 | Clinical Study Report R&D/02/118 - A Phase I Ecalating Multiple Dose Study Of Matrix Metalloproteinase Inhibited (ABT-518) In Patients With Advanced Career; ABT-518/ Protocol Moo-235 | ABBT0033583-658 |
| BH | 9/15/2005 | Email from Jane A. Hoff-Smith to Suzanne Lebold et al. regarding Update on ABT-518 | ABBT372504 |
| BJ | 00/00/00 | Proposed Program Rationalization | ABBT0018775 |
| BK | 00/00/00 | Letter from Azmi to Jim re project review with upper management on Wednesday | ABBT0507866 |
| BN | 3/9/2000 | MMPI A-291518 Discovery Development Candidate Approval Slide | ABBT0141509 |
| BP | 3/9/2000 | Email from Aldona T. Matalonis to hg@clinphone.com@internet re Suspend Work on Abbott M99-115 IVR Project | ABBT0150827 |
| BQ | 12/1/1998 | A-173259.47: A Novel Potent, Non-Opioid Analgesic | ABBT0023920-81 |
| BR | 1/15/1999 | Memo to Leonard re Meeting Minutes for Analgesia Venture Portfolio Review | ABBT0005027-37 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| BS | 2/24/1999 | Email from Kacos to Boyd re Analgesia Portfolio Review, with slides | ABBT0114450-519 |
| BT | 3/12/1999 | Letter from McCarthy to Meyer enclosing documents for ABT-594 European Advisory Meeting | ABBT0024357-69 |
| BU | 4/1/1999 | ABT-259 Transition Strategy dated April 1999 | ABBT0020594-611 |
| BV | 6/1/1999 | ABT-594 Development Plan dated June, 1999 | ABBT0018986-0019095 |
| BX | 11/17/1999 | Email from Aldona T Matalonis to Catherine K Kacos re 3 page summary sheet for ALZA | ABBT0105015-19 |
| BY | 12/21/1999 | Email from James W Thomas to Fred W. Siebert et al.re 114 Sample Size | ABBT0051889 |
| BZ | 1/24/2000 | Email from Christopher J Silber to Grace C Dunn et al. re Analgesia Venture Monthly Highlights | ABBT0159624 |
| CA | 1/31/2000 | Abbott/NeuroSearch, Joint Research Council, January 31 - February 1, 2000 | ABBT0022519-69 |
| CB | 3/1/2000 | March 2000, ABT-594 Project Status Report | ABBT0004401-09 |
| CC | 4/1/2000 | ABT-594 Descriptive Memorandum | ABBT0107546-551 |
| CD | 5/31/2000 | Email from Marilyn J Collicott attaching site breakdown/enrollment for M99-114 | ABBT0033462-67 |
| CE | 6/1/2000 | June 2000, ABT-594 Project Status Report | ABBT0004422 |
| CF | 6/9/2000 | Email from Marilyn Collicott to Bruce McCarthy re Updates fro M99-114 Phase IIb Meeting | ABBT0166642-43 |
| CH | 7/6/2000 | Email from Tamara L Garavalia to Aldona T Matalonis et al. re M99-114 300 mcg dose group | ABBT0161395 |
| CI | 7/7/2000 | Email from Steve Blewitt to Steve Cohen re Questions | ABBT0004016 |
| CK | 7/25/2000 | Email from Michael Biarnesen to Aldona Matalonis re RQA Auditor Assignment for Analgesia Venture | ABBT0161644-45 |
| CL | 8/1/2000 | August 2000, ABT-594 Project Status Report | ABBT0004436 |
| CM | 8/31/2000 | ABT-594 Product Development Team Meeting, Minutes | ABBT0042271-75 |
| CN | 8/1/2000 | ABT-594 Product Development Team Meeting, Minutes | ABBT0162183-86 |
| CO | 8/21/2000 | Email from Laura Robinson to Andrea Landsberg re RE: ABT-594 Commercial Section w/Laura Robinson Input | ABBT0161930-69 |
| CP | 8/22/2000 | Email from James W Thomas to Bruce McCarthy re 114 fax ae numbers | ABBT0502613 |
| CQ | 8/29/2000 | Email from James Thomas to Catherine Kacos re M99-114 graph data | ABBT0080232-33 |
| CR | 8/31/2000 | Email from Marilyn J Collicott to Christopher J Silber re M99-114 Extension letter | ABBT0113703-04 |
| CS | 8/31/2000 | Letter from Marilyn Collicott re Protocol M99-114: A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Neuropathy | ABBT241302 |
| CT | 9/1/2000 | September 2000, ABT-594 Project Status Report | ABBT0004443-47 |
| CU | Sep-00 | September Strategy Update | ABBT0577811-34 |
| CV | 9/11/2000 | Email from Christopher J Silber to Catherine K Kacos re Trip Report: Visit to Gibson, Biton, Kipnes, Hewitt | ABBT0109317-22 |
| CW | 9/26/2000 | Randomized, Double-Blind, Placebo Controlled | ABBT240985-241001 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| | | Evaluation of the Safety and Efficacy of ABT-594 in Subjects with Painful Diabetic Polyneuropthy; The 594/M99-114 Study, Centralized Patient Recruitment Program | |
| CX | 9/27/2000 | Email from Andrea Landsberg to Christopher J Silber re Purdue CDA | ABBT0105034 |
| CY | 9/28/2000 | Email from James W Thomas to Rebecca L Brown re ABT-594 M99-114 Slides for David with attached notes | ABBT0051892-904 |
| DB | 10/1/2000 | October 2000, ABT-594 Project Status Report | ABBT0004448-54 |
| DC | 10/3/2000 | Email from Andrea Landsberg to Robert J Weiland re ABT 594/963 Purdue meeting | ABBT0117782 |
| DD | 10/9/2000 | Email from Marilyn J Collicott to Susan E Nunn et al. re M99-114 | ABBT237155-59 |
| DE | 10/12/2000 | Email from Mike Williams to Jennifer Smoter re Re: NNR documents | ABBT0118072 |
| DF | 10/24/2000 | Email from Christopher J Silber to Nancy M Palbicke re Attached question list | ABBT0114445-47 |
| DG | 10/27/2000 | Email from Andrea Landsberg to Christopher J Silber et al. re 594 Leiden presentation | ABBT0116819-36 |
| DH | 11/1/2000 | November 2000 ABT-594 Project Status Report | ABBT0004455-59 |
| DI | 11/1/2000 | Email from Robert J Weiland to Christopher J Silber re Re: Pharmacia meeting | ABBT0107163 |
| DJ | Nov-00 | November 2000 ABT-594 Status Report | ABBT0108785-790 |
| DK | 11/1/2000 | Email from Bruce McCarthy to Christopher J Silber re Re: Pharmacia meeting | ABBT101893-94 |
| DL | 11/1/2000 | ABT-594 Descriptive Memorandum dated November 2000 | ABBT144600.UR-09 |
| DM | 11/2/2000 | Email from James Sullivan to Robert J. Weiland re Re: Pharmacia meeting | ABBT0120836-37 |
| DN | 11/9/2000 | Email from Bruce McCarthy to Robert J Weiland et al. re ABT-594 Partnership Strategy Meeting | ABBT0102187-88 |
| DP | 11/17/2000 | PowerPoint ABT-594 Project Review | ABBT0019102-37 |
| DQ | 11/17/2000 | Draft Project Review: ABT 594 Agenda | ABBT0125290-91 |
| DR | 11/22/2000 | Email from Bruce McCarthy to David D Morris et al. re ABT-594 M99-114 Study Size Discussion | ABBT0109399-400 |
| DS | 11/29/2000 | Email from Michael K Biarnesen to Andrea Landsberg re Re: ABT 594 forecast scenarios for BD partnering | ABBT0119091-96 |
| DT | 11/30/2000 | Email from Elizabeth Kowaluk to Bryan F Cox re Re: 12/6 meeting | ABBT326427 |
| DU | 12/1/2000 | December 2000 ABT-594 Project Status Report | ABBT0004660-64 |
| DV | 12/6/2000 | Email from Marilyn J Collicott to Michael K Biarnesen re Re: November Monthly Project Status Report, ABT-594 | ABBT242373 ABBT242394 |
| DX | 12/14/2000 | Email from Marilyn J Collicott to Marian L Borgstrom et al. re Study M99-114 | ABBT236951-52 |
| DY | 12/21/2000 | Email from James W Thomas to Bruce McCarthy re Re: n/v rate | ABBT0079831-34 |
| DZ | 12/21/2000 | Email from James W Thomas to Bruce McCarthy re Re: n/v rate | ABBT0080180-84 |
| EA | 12/21/2000 | Email from Bruce McCarthy to Christopher J Silber re landsberg email | ABBT0106516 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| EB | 12/21/2000 | Email from Jennifer Dart to Christopher J Silber et al. re Analgesia Internal Review Notes | ABBT0108041 |
| EC | 12/21/2000 | Email from Bruce McCarthy to Christopher J Silber re Purdue presentation | ABBT0118174-203 |
| EE | 1/15/2001 | Email from Bruce McCarthy to Christopher J Silber et al. re AEs for preterms - blinded look | ABBT0108884-85 |
| EF | 1/23/2001 | ABT-594 Titration Optimization Initial Brainstorm Discussion, Agenda, January 23, 2001 | ABBT0504097 |
| EG | 1/25/2001 | Email from Jennifer Dart to Prioritiziation Meeting Attendees re APU Priorization Meeting | ABBT0012433 ABBT0012454 |
| EH | 1/25/2001 | Email from Christopher J Silber to James Sullivan re ABT-594 | ABBT0102282-344 |
| EI | 2/1/2001 | ABT-594  Monthly Report, February 2001 | ABBT0000412-417 |
| EJ | 2/1/2001 | Email from Michael K Biarnesen to Christopher J Silber et al. re Re: financial slides for Leiden meeting 2/2 | ABBT0122953-59 |
| EK | 2/1/2001 | ABT-594 Descriptive Memorandum, February 2001 | ABBT246793-801 |
| EL | 2/2/2001 | Project Review ABT-089 and ABT-594 | ABBT0002314-469 |
| EM | 2/2/2001 | Draft Project Review: ABT 594, Agenda | ABBT0125335-37 |
| EN | 2/2/2001 | Email from Bruce McCarthy to Elizabeth Kowaluk re DSG | ABBT0163875-76 |
| EO | 2/14/2001 | Email from Bruce McCarthy to Michael K Biarnesen et al. re Re: Consideration of IV work with ABT-594 | ABBT0123130 |
| EP | 2/19/2001 | Email from Bruce McCarthy to Chris Silber et al. re Scientific Strategy for ABT-594/NNR Tolerability | ABBT0115991-93 |
| EQ | 2/26/2001 | Email from Bruce McCarthy to Marleen Verlinden re ABT-594 Guest Speaker and Discussion | ABBT0163931 |
| ER | 2/27/2001 | Email from Marleen H Verlinden to Christopher J Silber re Re: ABT-594 partnering | ABBT0114639 |
| ES | 2/27/2001 | Email from Marilyn J Collicott to stherriault@rsi-nc.com enclosing M99-114 Investigation List and Early Terminations | ABBT238329-33 |
| ET | 2/28/2001 | Email from Bruce McCarthy to pandrews@sghms.ac.uk re Re: abbott visit | ABBT0163996-97 |
| EU | 2/28/2001 | E-mail from Marleen Verlinden re: Dr. Andrews | ABBT0556315 |
| EV | 3/1/2001 | Global Pharmaceutical Discovery, Internal Review, March 2001, Book #27, Michael Meyer, D47-W, AP9A-3 | ABBT0024132-53 |
| EW | 3/5/2001 | ABT-594 / Pain Strategy Decision Analysis, Core Team Meeting - Minutes, 3/5/01 | ABBT298380-85 |
| EX | 3/6/2001 | Pain Therapeutic Area Strategy/ABT-594 Decision Analysis, Decision Frame | ABBT0115871-76 |
| FA | 3/7/2001 | E-mail from Bruce McCarthy re: Dr. Andrews meeting | ABBT0164139-40 |
| FB | 3/7/2001 | Email from Bruce McCarthy to Elizabeth Kowaluk re Re: Draft Decision Frame for ABT-594/Pain Strategy DSG | ABBT297525-55 |
| FD | 3/8/2001 | Email from Elizabeth Kowaluk to Marleen H Verlinden et al. re ABT-594/Pain Strategy DSG - 3/5 Meeting Minutes | ABBT298379-85 |
| FE | 3/9/2001 | Email from Paul Andrews to Bruce McCarthy re answers | ABBT0164141-201 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| FF | 3/12/2001 | Calendar Entry - Paul Andrews, PhD: ABT-594 Guest Speaker and Discussion | ABBT0022006-08 |
| FG | 3/12/2001 | Paul Andrews, PhD, Meeting Agenda | ABBT0556316 |
| FJ | 3/28/2001 | Email from Susan E Nunn to Judith S Brownell re update regarding M99-114 | ABBT0081607 |
| FK | 4/1/2001 | ABT-594 Monthly Report for April, 2001 | ABBT0000491-96 |
| FM | 4/10/2001 | Email from Elizabeth Kowaluk to Keith F Hendricks et al. re Pharma Strategy Retreat on May 2-4 | ABBT323300-05 |
| FO | 5/4/2001 | E-mail from Jeff Drajesk with GPRD attachment | ABBT0114968-72 |
| FQ | 5/4/2001 | Email from Michael D Meyer to James Sullivan re ABT-594 Memo | ABBT335154 |
| FT | 5/10/2001 | Email from James W Thomas to Yiming Zhang re 594 | ABBT0080471-72 |
| FU | 5/23/2001 | Email from Thomas E Woidat to Micahel K Biarnesen re Re: ABT-594 2001 Transition Budget; ABT-594 Transition Proposal | ABBT364494-496 ABBT0548527-34 |
| FV | 6/18/2001 | Email from Judith S Brownell to Marilyn J Collicott et al. re RELEASE OF DATABASE, M99-114 (MC114A), ABT-594 | ABBT239029 |
| FX | 7/1/2001 | ABT-594 Monthly Report for July, 2001 | ABBT0000612-18 |
| FY | 7/30/2001 | Email from Elizabeth Kowaluk to Steve C Kuemmerle re ABT-594 DSG analysis - preview meetings | ABBT317214 |
| GA | 7/31/2001 | Clinical Study Report No. R&D/01/171, A Randomized, Double-Blind, Placebo-Controller, Comparison of the Safety and Efficiency of ABT-594 to Placebo in subjects with Painful Diabetic Polyneuropathy | ABBT241331-560 |
| GB | 8/6/2001 | Email from Elizabeth Kowaluk to Bruce McCarthy | ABBT326352 |
| GC | 8/21/2001 | ABT-594 Pharma Executive Management Committee Review | ABBT0001974-2029 |
| GD | 8/21/2001 | PEC ABT-594 Decision Analysis | ABBT0165081-96 |
| GE | 9/13/2001 | Probability Assessment Worksheet: 9/13/01 | ABBT127868.UR |
| GF | 9/27/2001 | ABT-594 Proposal for additional Phase IIb study | ABBT0048402-33 |
| GG | 10/1/2001 | ABT-594 Monthly Report for October, 2001 | ABBT0000758-63 |
| GH | 10/5/2001 | Email from Marilyn J Collicott to JanLips710@aol.com re Re: (no subject) | ABBT241303 |
| GI | 10/9/2001 | Email from Tamara L Garavalia to Linda M Fisher re ABT-594 Not Funded | ABBT0148334 |
| GJ | 10/23/2001 | DSG Highlights: October 2001 | ABBT0515808-9 |
| GK | 10/24/2001 | Email from Philip M Deemer to Ake L Johansson re Update | ABBT246338-44 |
| GL | 11/16/2001 | Letter from Daphne Pals to Mr. Steve Blewitt re Research Funding Agreement dated as of March 13, 2001 Termination of ABT-594 | ABBT0033833 |
| GM | 6/7/2002 | Email from Michael D Meyer to Christopher J Silber re DDC slides | ABBT0108742-79 |
| GN | 6/13/2002 | DDC: A-429202 Neuronal Nicotinic Receptor (NNR) Agonist, Discovery Development Candidate | ABBT0023982-24053 |
| GO | 6/27/2002 | Email from Bruce McCarthy to Marleen H Verlinden re Questions re goals | ABBT0546449-50 |
| GP | 12/10/2002 | GPRD PowerPoint Presentation | ABBT0105563-86 |
| GR | 00/00/00 | Probability Assessment Worksheet | ABBT0047907-08 |

6

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| GS | 00/00/00 | Letter to M99-114 study cites | ABBT0082749 |
| GT | 00/00/00 | ABT-594 PowerPoint Slides (Development Plan) | ABBT0102966-68 |
| GY | 00/00/2001 | 2001 Plan Key Statistics Pass II | ABBT0037544 |
| GZ | 00/00/2001 | 2001 APU Development Cost Summary | ABBT366059 |
| HA | 11/8-9/2000 | E-mail string from Bruce McCarthy | ABBT0110505-6 |
| HB | 11/30/2000 | Email from Michael Biarnesen to Christopher Silber re 594 sales/cost estimate slide | ABBT0122385-86 |
| HC | 1/23/2001 | Project Status from Jim Tyree's Expanded Staff Meeting | ABBT0128117-18 |
| HD | 2/13/2001 | Email from Marilyn Collicott to stherriault@rsi-nc.com | ABBT242681-86 |
| HE | 10/28/2000 | Investigational New Drug (IND) Annual Report (Reporting Period October 29, 1999 - October 28, 2000) | ABBT236676-729 |
| HF | 2/6/2001 | Summary of Success Probabilities by Project and Franchise Portfolio Analysis (January 2001) | ABBT0012431-32 |
| HG | 8/21/2001 | ABT-594 Decision Analysis - Pharmaceutical Executive Management Committee Review | ABBT0022081-92 |
| HH | 10/10/2001 | Email from Bruce McCarthy to Michael Biarnesen re ABT-594 Update | ABBT245657 |
| HI | 3/5/2001 | ABT-594 Decision Analysis - Core Team Meeting | ABBT329247-251 |
| HJ | 5/25/2000 | Letter from Marilyn Collicott to Michael Hoffstetter | ABBT242154 |
| HK | 9/3/1999 | Email from Christopher to Rosemarie Waleska re Advice | ABBT0159274 |
| HL | 3/00/01 | ABT-594 Monthly Report | ABBT0000451-56 |
| HM | 10/19/2001 | Email from Philip M. Deemer to Bruce McCarthy re: ABT-594 Call | ABBT245857 |
| HN | 5/00/00 | Cholinergic Channel Modulation | ABBT0021817-860 |
| HO | 10/10/2001 | Email from Bruce McCarthy to Michael Biarnesen | ABBT245657-660 |
| HP | 9/27/2001 | ABT-594 - PEC Review Book: Proposal for additional study and background (nonstandard format) | ABBT113285.UR-315.UR |
| HQ | 7/6/2000 | ABT-594 2001 Update, Clinical Studies | ABBT144619.UR-20.UR |
| HR | Apr-99 | ABT-773 Project Status Report | ABBT005056-63 |
| HS | 5/1/1999 | ABT-773 Project Status Report for May 1999 | ABBT004844-50 |
| HT | Jun-99 | Top 10 Issues | ABBT0017678-79 |
| HU | 8/1/1999 | ABT-773 Project Status Report dated August 1999 | ABBT0004627-36 |
| HV | 3/16/2000 | Email from Tim Vanbiesen to Elizabeth Kowaluk re ABT-773 Dosing Strategy Kick-off Meeting | ABBT305783-84 |
| HW | 6/1/2000 | ABT-773 Ketolide Antibiotic 2000 Strategic Marketing Plan dated June 2000 | ABBT0570747-70 |
| HX | 6/5/2000 | ABT-773 Descriptive Memorandum dated May 2000 | ABBT246466-71 |
| HZ | 9/13/2000 | Email from Gregor Bosco to Carol S. Meyer re ABT-773 Dev. Plan | ABBT0557552-57 |
| IB | 11/1/2000 | November 2000 - "Top" Issues | ABBT0017833 |
| IC | 11/20/2000 | Email from Belinda Hightower to Phyllis Kincaid re Clinical Hold | ABBT0556812 |
| IF | 11/28/2000 | Email from Jeanne M. Fox to Lawrence E. Roebel et al. re Executive Summary of ABT-773 End-of-Phase 2 Mtg w/FDA | ABBT0558150 |
| IG | 11/29/2000 | Email from Jeanne M. Fox to Rod M. Mittag et al. re Slides for 12/5 Meeting | ABBT0556816-22 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| IH | Dec-00 | December 2000 Top Issues | ABBT0017554-55 |
| II | 12/5/2000 | ABT-773 Portfolio Review | ABBT0577000-168 |
| IJ | 1/1/2001 | ABT-773 Monthly Report | ABBT214449 |
| IK | 1/1/2001 | January 2001 ABT-773 Project Status Report | ABBT222821-27 |
| IL | 2/1/2001 | ABT-773 Monthly Report | ABBT0000387-99 |
| IN | 2/12/2001 | ABT-773 Update, [Monthly Report for [February 12, 2001] | ABBT0576828-71 |
| IO | 2/12/2001 | ABT-773 Update February 12, 2001 | ABBT205042-46 |
| IP | 2/12/2001 | ABT-773 Update February 12, 2001 | ABBT205047-87 |
| IQ | 2/14/2001 | Email from Jeanne M. Fox to James Steck re Studies to Meet Pediatric Rule Requirements | ABBT0568172 |
| IR | 2/22/2001 | Email from Eugene X. Sun to Stan Bukofzer re 773 Material | ABBT204959-5046 |
| IS | 3/1/2001 | ABT-773 Monthly Report for March 2001 | ABBT0000428-38 |
| IT | 3/7/2001 | Abbott Portfolio Review - March 7-9, 2001 re ABT-773 | ABBT0013203-14 |
| IU | 3/19/2001 | ABT-773 Update March 19, 2001 | ABBT228099-137 |
| IV | 3/27/2001 | Email from Thomas E. Woidat to William A. Brown re 773 Presentation | ABBT363844 |
| IW | 3/31/2001 | Email from Marleen H. Verlinden to Eugene X. Sun re ABT-773 | ABBT0571202-03 |
| IX | Apr-01 | ABT-773 April Update | ABBT0000468-78 |
| IY | 4/12/2001 | ABT-773 Ph III Decision Project | ABBT116508ur-17ur |
| IZ | 4/12/2001 | Email from Thomas E. Woidat to Jennifer Dart re: Portfolio Analysis - Update with APU budgets | ABBT357615-20 |
| JA | 5/2/2001 | Memo from Jeff Leiden to Stan Bukofzer, John Leonard and Eugene Sun re: First Call Report | ABBT0573479-83 |
| JB | 6/17/2001 | Email to Hendricks, et al. re: Final copy of 773 decision analysis planned presentation | ABBT224941-82 |
| JC | 6/20/2001 | Email from Carol S. Meyer to Ake L. Johansson, et al., re: ABT 773 Taisho/Abbott Meeting - June 26th | ABBT229367-9448 |
| JE | 7/1/2001 | ABT-773 Monthly Report | ABBT0000589-98 |
| JG | 9/27/2001 | Email from Carol S. Meyer to Stan Bukofzer re: ABT 773 2002 Plan Powerpoint slides | ABBT229605-09 |
| JH | Oct-01 | ABT-773 Monthly Report | ABBT0000726-35 |
| JI | 10/8/2001 | Abbott Portfolio Review 2002 Plan | ABBT228798-837 |
| JJ | 12/14/2001 | Email from John M. Leonard to Stan Bukotzer re: December 12 PEMC Meeting Minutes | ABBT209485-86 |
| JK | 12/17/2001 | Email from Thomas J. Lyons to Stan Bukotzer re: JH Annual Progress Report & Y/E LBE | ABBT0009384-88 |
| JL | 1/3/2002 | Email from Stan Bukofzer to John M. Leonard, Eugene Sun re: 773 presentation | ABBT220928-53 |
| JM | 1/3/2002 | Email from Eugene X. Sun to John M. Leonard, et al., re: 773 memo to Miles | ABBT231340-42 |
| JN | 1/4/2002 | Email from Stan Bukofzer to Jeff M. Leiden, et al., re: ABT 773 Memo | ABBT220660-72 |
| JQ | 2/1/2002 | ABT-773 Monthly Report | ABBT0000918-927 |
| JR | 2/2/2002 | E-mail from Tina Ventura re: 773 communications strategy | ABBT229753-70 |
| JS | 2/4/2002 | Email from Jeff M. Leiden to Thomas J. Lyons re: 2002 773 LBE | ABBT224544-51 |
| JT | 2/9/2002 | Email from Stan Bukofzer to Jeff M. Leiden re: ABT | ABBT225309-23 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| | | 773 documents requested | |
| JU | 7/11/2002 | Email from Stan Bukofzer re ABT-773 Communication | ABBT203446-48 |
| JV | 9/10/2002 | ABT-773 Lessons Learned Overview | ABBT222829-42 |
| JW | Jul-04 | June Highlights Memo (global outlicensing) | ABBT248011-12 |
| JX | 00/00/00 | Abbott Compound Development Summaries | ABBT0094631-61 |
| JY | 3/8/2000 | ABT-773 Clinical Developmnet Optimization: Analhsis of a 150mg Dose for Bronchisits and a 5-day Course of Therapy for CAP | ABBT11376.UR-427.UR |
| JZ | 7/9/2001 | Email from Steve Kuemmerle to Stan Bukofzer re ABT-773 Analysis | ABBT210063-98 |
| KA | 6/11/2003 | Pain Therapeutics Program Overviews (PEC Meeting) | ABBT0102860-71, 916-19 |
| KB | 7/29/2003 | Kowaluk e-mail with attached pain portfolio profile re: ABT-894 | ABBT323817-30 |
| KC | 5/1/2005 | ABT-894 Scientific Advistory Counsel Doc | ABBT0080815-34 |
| KD | 11/12/2006 | Suzanne Lebold e-mail string re: recommend no ABT-594 outlic due to 894 | ABBT371710-15 |
| KE | 1/12/2006 | Email from Kevin Constable to Suzanne Lebold | ABBT279668-73 |
| KJ | | Email from Lise Loberg to William Bracken re ABT-894 IND | ABBT0155807 |
| KK | 12/14/1998 | Email from Bruce McCarthy to David Ross et al re Letter to the FDA | ABBT0116076-77 |
| KL | 6/23/1999 | Alternative Funding Initiatives | AL000120-131 |
| KM | 1/12/2000 | Email from Thomas Freyman to Philip Deemer | ABBT246802 |
| KO | 2/7/2000 | Email from Philip Deemer to Erik Zimmer et al re Hancock | ABBT245855 |
| KR | 4/5/2000 | Email from Robert Weiland to Rosemarie Waleska et al re Hancock R&D Funding | ABBT246414-15 |
| KT | 6/7/2000 | Email from Philip Deemer to Steve Cohen re John Hancock/Abbott Funding Collaboration | AL000198-99 |
| KW | 7/24/2000 | Email from Frank Loughery to Philip Deemer et al re Hancock Deal | AL002064 |
| KZ | 8/4/2000 | Email from Philip Deemer to Barbara Powell re John Hancock Slide describing John Hancock company | AL000099-102 |
| LA | 8/14/2000 | Email from Steve Cohen to Julia Bouffard et al re John Hancock/Miles meeting | AL000137 |
| LD | 8/25/2000 | Email from Philip Deemer to John Leonard re Hancock | AL000983 |
| LH | 10/16/2000 | PPD Plan Review | ABBT0155579-80 |
| LI | 10/17/2000 | Email from Daphne Pals to Brewster Lee et al re Research Funding Agreement | JH004385-461 |
| LN | 11/30/2000 | MMPI Working Group Meeting Minutes | ABBT0045277-78 |
| LO | 12/1/2000 | Fax from Philip Deemer to Arthur Higgins re Hancock | AL001946 |
| LP | 12/5/2000 | Minutes from the D46R Senior Staff Meeting | ABBT0140316 |
| LQ | 12/15/2000 | Memorandum from Steve Cohen to Dr. Jeffrey Leiden et al re 2001 Plan | ABBT0007157-74 |
| LR | 12/21/2000 | 2001 Plan Assumption Memo - Pass III | ABBT112985.UR-3029.UR |
| LS | 1/11/2001 | MMPI Working Group Meeting Minutes - Objective: | ABBT0045264-69 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| | | Overall Project Update | |
| LT | 1/22/2001 | Forecast Methodology and Assumptions Early Oncology Pipeline Portfolio Analysis January 2001 | ABBT0012938-69 |
| LV | 1/25/2001 | Email from Elizabeth Koweluk to Steve Kuemmerie et al re Summary of Success Probabilities | ABBT301935-41 |
| LW | 1/26/2001 | Analgesia Venture 2001 Plan - Revised 1/26/01 to John Leonard et al | ABBT0503356-62 |
| LX | 1/26/2001 | Analgesia Venture 2001 Plan - Revised 1/26/01 to John Leonard et al | ABBT144630.UR-46 |
| LY | 1/30/2001 | John Hancock Life Insurance Company Research Funding Agreement - Prepared from Draft of 1/23/01 | ABBT0158779-92 |
| MA | 3/1/2001 | Memorandum from Xavier Frapaise to John Arnott et al re Development Portfolio Review Meeting - March 7-9 | ABBT0164029-31 |
| MB | 3/2/2001 | Memorandum from Matt Russell to Bob Funck et al re 2001 Plan Final Reference Package | ABBT0037509-608 |
| MD | 3/12/2001 | Email from William Adams to Brewster Lee final clean and redlined versions of the Research Funding Agreement. | JH010033-142 |
| ME | 3/13/2001 | J. Hancock Research Funding Agreement for Abbott: Executive Summary of March 13, 2001 Agreement | AL002066-69 |
| MF | 4/1/2001 | Summary of R&D Projects - 2001 April Udpate | ABBT140276-77.UR |
| MG | 4/1/2001 | Email from Elizabeth Kowaluk to Steve Kuemmerle et al re Success Probabilities | ABBT317221-39 |
| MH | 4/12/2001 | MMPI Working Group Meeting Minutes | ABBT0026337-38 |
| MI | 4/12/2001 | MMPI Monthly Meeting Agenda Objectives: To Review MMPI Project Status | ABBT0045243-45 |
| MJ | 4/20/2001 | Portfolio Analysis of 2001 Abbott Global Pharmaceutical Development Assets | ABBT127558.UR-652.UR |
| MK | 4/26/2001 | Email from Philip M. Deemer to Ron Gerlach re John Hancock Royalty Scenario | ABBT245877-79 |
| ML | 4/27/2001 | Portfolio Analysis of 2001 Abbott Global Pharmaceutical Development Assets, Addendum: Use of Productivity Index in Portfolio Selection | ABBT326405-10 |
| MN | 5/20/2001 | Global Pharmaceutical Research & Development, 2001 April Update, Dr. Jeff Leiden Follow-Up Package | ABBT0037615-16 |
| MO | 5/12/2001 | Email from Perry D. Nisen to Azmi A. Nabulsi re MMPI | ABBT0063636 |
| MP | 5/31/2001 | Email from Diane L. D'Amico to Lise I. Loberg re MMPI Activities | ABBT0059672 |
| MQ | 6/18/2001 | Email from Thomas Woidat to Kenneth Stiles re Terminated Development Projects (Draft) | ABBT352510-15 |
| MR | 6/27/2001 | Email from John Leonard to Vaseern Iftekhar et al re Terminated Development Projects | ABBT334140-45 |
| MS | 7/29/2001 | Email from Robert Funck to Thomas Lyons et al re Hancock - 2002 | ABBT0008946-48 |
| MT | 8/22/2001 | Email from Philip M. Deemer to Ake L. Johansson re Executive Briefing, Global Licensing and Business Development | ABBT246374-409 |
| MU | 8/27/2001 | Email from Philip M. Deemer to Ake L. Johansson re Update of Priorities | ABBT246324-28 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| MV | 9/28/2001 | Email from Denise L. Carlson to Fusako H. Bowering re Template for Outlicensing Update | ABBT245788-805 |
| MY | 12/6/2001 | Memo from John M. Leonard to Jeff Leiden re Monthly Highlights - November 2001 | ABBT0003473-77 |
| NA | 12/20/2001 | Handwritten Note with various attachments | ABBT0007038-54 |
| NB | 12/31/2001 | Memo from Philip M. Deemer to Pamela Demain re Licensing Opportunities | ABBT246490-92 |
| NC | 12/13/2002 | Memo from James L. Tyree to Jeff Leiden re January 2002 Highlights | ABBT247161-63 |
| NE | 4/15/2002 | Email from John M. Leonard to Thomas J. Lyons et al. re Hancock Response | ABBT225709-10 |
| NG | 5/30/2002 | 2002 Update, Global Pharmaceutical Research & Development | ABBT0011680-27 |
| NJ | 11/7/2002 | Memo from James L. Tyree to Jeff Leiden re October 2002 Highlights; Tyree memo dated 4/7/03 re March 2003 highlights; Leonard memo dated 2/13/04 re January 2004 highlights; Tyree memo dated 6/16/04 re May 2004 highlights; Poulos memo dated 8/15/05 re July 2005 highlights; Poulos memo dated 9/12/05 re August 2005 highlights | ABBT0518029-34, ABBT336134-35, ABBT103633.UR, ABBT103643.UR, ABBT104009.UR-10.UR, ABBT336155, ABBT336157, ABBT352502-04 |
| NK | 12/20/2002 | Letter from Tom Lyons to Steve Blewitt re Research Funding Agreement dated as of March 13, 2001, (a) 2002 Program Status Report and Related Cost Summary, (b) 2003 Preliminary Annual Research Plan | AL001469-79 |
| NL | 1/30/2003 | Email from Thomas J. Lyons to Jeff M. Leiden re John Hancock Update | ABBT0007586-89 |
| NX | 9/28/2004 | Email from Michelle L. Campbell to Chris Martinez re Status of Documents Available for Review re John Hancock Audit | ABBT0000255-56, ABBT0126645-47 |
| NY | 10/6/2004 | Email from Chris Martinez to Michelle Campbell re Status of documents available for review | ABBT0126645-47 |
| OB | 12/8/2004 | Email from Karen Collari Troake to Stephen D'Amore | ABBT0000151-54 |
| OD | 1/4/2005 | Email from Stephen D'Amore to Michelle Campbell re John Hancock/Abbott | ABBT0126684-87 |
| OF | 1/10/2005 | Global Pharmaceutical Research & Development, Hancock Collaboration, Spending by Program Chart | ABBT148376.UR, ABBT148382.UR, ABBT148379.UR, ABBT148381.UR, ABBT__0306.UR [?], ABBT0008528-30, ABBT348223, ABBT0004602 |
| OG | 1/20/2005 | Email from Chris Martinez to Michelle L. Campbell re Copies of Documents | ABBT0126734 |
| OH | 1/26/2005 | Email from Michelle L. Campbell to Mark Hair re Copies of Documents Flagged Today | ABBT0126490-92 |
| OI | 1/26/2005 | Email from Michelle L. Campbell to Kenneth A. Wittenberg re Copies of Documents Flagged Today - Privileged and Confidential | ABBT0126767-71 |
| OM | 2/23/2005 | Email from Stephen D'Amore to Michelle Campbell | ABBT0126964-65 |

11

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| OO | 3/14/2005 | Medical Products Group Portfolio Management Process | ABBT269161-210 |
| OP | 3/15/2005 | Email from Michelle Campbell to Mark Hair | ABBT0000280-84 |
| OT | 3/25/2005 | Email from Michelle L. Campbell to Mark Hair re John Hancock Audit | ABBT0000270-71 |
| OX | 11/7/2005 | Abbott Pharmaceutical R&D Metrics Analysis | ABBT248441-547 |
| OY | 1/1/2006 | 2006 Portfolio Sales Data | ABBT248659-929 |
| OZ | 1/20/2006 | Letter from Suzanne A. Lebold to Stephen J. Blewitt re Research Funding Agreement Between Abbott Laboratories and John Hancock dated March 13, 2001 | ABBT0026105-16 |
| PA | 3/23/2006 | PPG R&D Review | ABBT0047220-88 |
| PE | 00/00/00 | Abbott Laboratories PPD R&D Alternative Financing Analysis John Hancock Funding Scenarios | ABBT0006861-64 |
| PF | 00/00/00 | 80% Power Curve for Varying Effect Size for Neuropathic Pain Based on M98-833 and Gabapentin Results | ABBT0051885-88 |
| PG | 00/00/00 | Internal memorandum from Steve Cohen to Jeff and Arthur attaching Hancock package with three additional schedules | ABBT006748-68 |
| PH | 00/00/00 | Initial Portfolio Prioritization | ABBT0155581-87 |
| PI | 00/00/00 | Growing and Enhancing World-Class Global Research and Development at Abbott, New Organizational Plan Roll-Out PowerPoint Presentation | ABBT0162922-46 |
| PJ | 00/00/00 | Memo from Azmi to Jim re Project Review | ABBT0507866 |
| PK | 00/00/00 | 2001 APU GPRD, Hancock Deal | ABBT148440.UR ABBT148555.UR ABBT148543.UR |
| PL | 00/00/00 | 2006 LRP Forecast Submission Workbook | ABBT299286-97 |
| PO | 00/00/00 | Nominal and Expected Sales Forecast | JH002314-17 |
| PT | 00/00/00 | Initial Portfolio Prioritization | ABBT0155602-08 |
| PU | 00/00/2001 | Division Incentive Plan Goals - 2001 DIP | ABBT354864-65 |
| QS | 00/00/00 | GPRD APU - J. Leiden Questions | ABBT037609-14 |
| RP | 4/14/2004 | CMR International Success Rates | ABBT308584-645 |
| RS | 11/21/2002 | ABT-510 Monthly Report, Post Oct 19 | ABBT0007270-72 |
| RX | 3/21/2001 | Email from Thomas Woidat to Mike Higgins re Proposed APU Target Adjustments | ABBT364018-20 |
| RY | 00/00/00 | Cholinergic Channel Modulator (ABT-594) 2000 AGU Development cost Summary | ABBT338037, ABBT0116305, ABBT366059 |
| RZ | 00/00/00 | Abbott-John Hancock Funding Collaboration | AL000059-76 |
| SA | 10/8/2001 | ABT-594 Decision Analysis, Update: ABT-594 Intermediate Dose (75-125 mcg) Ph. IIb Study | ABBT0165097-104 |
| SD | 4/20/2005 | Email from Kenneth Wittenberg to Amy Potthoff, et al re Meeting re Hancock audit | ABBT0036399 ABBT0008949 |
| SE | 1/21/2005 | Email from Stephen D'Amore to Michelle Campbell re Documents request in July 2004 and Re-Requested on December 17, 2004 | ABBT0126735-36 |
| SK | 1/16/2001 | Email from Marilyn Collicott to Jschanzenback@rsi-nc.com@internet re Meeting Today | ABBT242693-99 |
| SL | 8/7/2000 | Email from Andrea Landsberg to Bruce McCarthy re 594 Development Plan | ABBT0109806-39 |

| Trial Exhibit | Date | Description | Bates Nos. |
|---|---|---|---|
| SM | 10/3/2000 | Email from Bruce McCarthy to Andrea Landsberg re ABT-594/963 Purdue Meeting | ABBT0107081 |
| SN | 00/00/00 | Portfolio Review Meeting, March 7-9, 2001 | ABBT0092919-21 |
| SO | 9/00/2000 | Pharmaceuticals Strategy Update | ABBT0155493-512 |
| SP | 9/00/2000 | Pharmaceuticals Strategy Update | ABBT0577835-54 |

# Exhibit 5

**Abbott Business Records Objected-To by Abbott on Hearsay Grounds**

| Line | PLs' Trial Ex. | Description | Abbott's Grounds for Objection |
|------|------|------|------|
| 1 | A | MMPI Working Group Meeting Minutes | HEAR<br>AUTH<br>IRREL |
| 2 | B | Matrix Metalloproteinase Inhibitors Project - Discovery Development Candidate Meeting | HEAR<br>AUTH<br>OPIN |
| 3 | C | 2001 Plan Assumption Memo | HEAR<br>AUTH |
| 4 | D | July 2000 Top Issues | HEAR<br>AUTH |
| 5 | E | ABT-518 Transition Strategy (MMPI), August 2000 | HEAR |
| 6 | F | Information for Clinical Investigators, ABT-518 | AUTH<br>HEAR |
| 7 | I | ABT-518 Monthly Report, February 2001 | AUTH<br>HEAR |
| 8 | K | Oncology Status Report | AUTH<br>HEAR |
| 9 | L | ABT-518 Monthly Report, March 2001 | AUTH<br>HEAR |
| 10 | M | Abbott Portfolio Review, March 7-9, 2001 | HEAR<br>INC |
| 11 | O | MMPI Working Group Meeting Minutes | AUTH<br>HEAR |
| 12 | P | Oncology Status Report | AUTH<br>HEAR |
| 13 | Q | Letter from Tom Capetan to Dr. Nisen re: Report on ABT 518-Evaluation in Ocular Angiogenic Models | AUTH<br>HEAR |
| 14 | AE | Email from Paige Gjelsten to MMPI Team re MMPI Working Group Meeting Minutes: 3/8/01 | AUTH<br>HEAR |
| 15 | AH | Monthly Highlights - Key Project Progress | AUTH<br>HEAR |
| 16 | AI | ABT-518 Monthly Report, May 2001 | AUTH<br>HEAR |
| 17 | AK | Oncology Status Report | HEAR<br>AUTH |
| 18 | AM | E-mail from Nisen to Leonard with ASCO slides | HEAR |
| 19 | AT | Oncology Status Report | AUTH<br>HEAR |
| 20 | AX | MMPI Working Group Meeting Minutes | AUTH<br>HEAR |
| 21 | AY | MMPI Monthly Meeting Agenda | AUTH<br>HEAR |
| 22 | AZ | MMPI Working Group Meeting Minutes | AUTH<br>HEAR |

**Abbott Business Records Objected-To by Abbott on Hearsay Grounds**

| Line | PLs' Trial Ex. | Description | Abbott's Grounds for Objection |
|------|----------------|-------------|--------------------------------|
| 23 | BB | M00-235 Teleconference: Schellens Notification of Study Termination | Contains More than One Document<br>AUTH<br>HEAR |
| 24 | BF | Email from Phillip M. Deemer to Bruceb@amgen.com@internet re: Licensing Opportunities | HEAR |
| 25 | BG | Clinical Study Report R&D/02/118 - A Phase I Ecalating Multiple Dose Study Of Matrix Metalloproteinase Inhibited (ABT-518) In Patients With Advanced Career; ABT-518/ Protocol Moo-235 | AUTH<br>HEAR |
| 26 | BI | ABT-518/Total Base | HEAR |
| 27 | BL | Timeline of events occurring with Study M00-235 in the Netherlands | HEAR |
| 28 | BM | Abbott Laboratories Project Overview - ABT 518-CLOSED | HEAR |
| 29 | BN | MMPI A-291518 Discovery Development Candidate Approval Slide | INC<br>AUTH<br>HEAR |
| 30 | BQ | A-173259.47: A Novel Potent, Non-Opioid Analgesic | HEAR<br>AUTH |
| 31 | BS | Email from Kacos to Boyd re Analgesia Portfolio Review, with slides | HEAR<br>AUTH |
| 32 | BU | ABT-259 Transition Strategy dated April 1999 | AUTH<br>HEAR<br>INC |
| 33 | BV | ABT-594 Development Plan dated June, 1999 | AUTH<br>HEAR |
| 34 | BX | Email from Aldona T Matalonis to Catherine K Kacos re 3 page summary sheet for ALZA | HEAR<br>AUTH |
| 35 | CA | Abbott/NeuroSearch, Joint Research Council, January 31 - February 1, 2000 | HEAR<br>AUTH<br>IRREL |
| 36 | CB | March 2000, ABT-594 Project Status Report | HEAR<br>AUTH |
| 37 | CD | Email from Marilyn J Collicott attaching site breakdown/enrollment for M99-114 | HEAR<br>AUTH |
| 38 | CE | June 2000, ABT-594 Project Status Report | AUTH<br>HEAR |
| 39 | CL | August 2000, ABT-594 Project Status Report | HEAR<br>AUTH<br>INC |
| 40 | CM | ABT-594 Product Development Team Meeting, Minutes | HEAR<br>AUTH |
| 41 | CN | ABT-594 Product Development Team Meeting, Minutes | HEAR<br>AUTH |

**Abbott Business Records Objected-To by Abbott on Hearsay Grounds**

| Line | PLs' Trial Ex. | Description | Abbott's Grounds for Objection |
|------|------|-------------|-------------------------------|
| 42 | CT | September 2000, ABT-594 Project Status Report | HEAR AUTH |
| 43 | CU | September Strategy Update | HEAR AUTH |
| 44 | CW | Randomized, Double-Blind, Placebo Controlled Evaluation of the Safety and Efficacy of ABT-594 in Subjects with Painful Diabetic Polyneuropthy; The 594/M99-114 Study, Centralized Patient Recruitment Program | HEAR AUTH |
| 45 | CY | Email from James W Thomas to Rebecca L Brown re ABT-594 M99-114 Slides for David with attached notes | AUTH HEAR |
| 46 | CZ | Clinical Trial Recruitment and Centralized Screening Program For Painful Diabetic Neuropathy | HEAR |
| 47 | DB | October 2000, ABT-594 Project Status Report | AUTH HEAR |
| 48 | DD | Email from Marilyn J Collicott to Susan E Nunn et al. re M99-114 | HEAR AUTH |
| 49 | DG | Email from Andrea Landsberg to Christopher J Silber et al. re 594 Leiden presentation | AUTH HEAR |
| 50 | DH | November 2000 ABT-594 Project Status Report | AUTH HEAR |
| 51 | DJ | November 2000 ABT-594 Status Report | AUTH HEAR |
| 52 | DP | PowerPoint ABT-594 Project Review | AUTH HEAR |
| 53 | DS | Email from Michael K Biarnesen to Andrea Landsberg re Re: ABT 594 forecast scenarios for BD partnering | AUTH HEAR |
| 54 | DU | December 2000 ABT-594 Project Status Report | INC HEAR AUTH |
| 55 | DW | Chart and Notes re Abbott M99-114 | AUTH HEAR IRREL OPIN |
| 56 | DY | Email from James W Thomas to Bruce McCarthy re Re: n/v rate | AUTH HEAR IRREL |
| 57 | DZ | Email from James W Thomas to Bruce McCarthy re Re: n/v rate | AUTH HEAR |
| 58 | EC | Email from Bruce McCarthy to Christopher J Silber re Purdue presentation | AUTH HEAR |
| 59 | ED | January 2001 ABT-594 Project Status Report | HEAR |
| 60 | EG | Email from Jennifer Dart to Prioritiziation Meeting Attendees re APU Priorization Meeting | AUTH HEAR |
| 61 | EH | Email from Christopher J Silber to James Sullivan re ABT-594 | AUTH HEAR |

**Abbott Business Records Objected-To by Abbott on Hearsay Grounds**

| Line | PLs' Trial Ex. | Description | Abbott's Grounds for Objection |
|------|------|------|------|
| 62 | EI | ABT-594  Monthly Report, February 2001 | AUTH<br>HEAR |
| 63 | EJ | Email from Michael K Biarnesen to Christopher J Silber et al. re Re: financial slides for Leiden meeting 2/2 | AUTH<br>HEAR |
| 64 | EL | Project Review ABT-089 and ABT-594 | HEAR<br>AUTH |
| 65 | ES | Email from Marilyn J Collicott to stherriault@rsi-nc.com enclosing M99-114 Investigation List and Early Terminations | HEAR<br>AUTH |
| 66 | EV | Global Pharmaceutical Discovery, Internal Review, March 2001, Book #27, Michael Meyer, D47-W, AP9A-3 | AUTH<br>HEAR |
| 67 | EW | ABT-594 / Pain Strategy Decision Analysis, Core Team Meeting - Minutes, 3/5/01 | AUTH<br>HEAR |
| 68 | EX | Pain Therapeutic Area Strategy/ABT-594 Decision Analysis, Decision Frame | AUTH<br>HEAR |
| 69 | EY | Abbott Portfolio Review, March 7-9, 2001 | HEAR<br>INC<br>BAD COPY |
| 70 | EZ | Portfolio Review Meeting, March 7-9, 2001 | INC<br>HEAR |
| 71 | FB | Email from Bruce McCarthy to Elizabeth Kowaluk re Re: Draft Decision Frame for ABT-594/Pain Strategy DSG | AUTH<br>HEAR |
| 72 | FC | Building a World of Opportunities Together - Development portfolio review kick-off | AUTH<br>HEAR |
| 73 | FD | Email from Elizabeth Kowaluk to Marleen H Verlinden et al. re ABT-594/Pain Strategy DSG - 3/5 Meeting Minutes | AUTH<br>HEAR |
| 74 | FE | Email from Paul Andrews to Bruce McCarthy re answers | HEAR<br>AUTH |
| 75 | FF | Calendar Entry - Paul Andrews, PhD: ABT-594 Guest Speaker and Discussion | AUTH<br>HEAR |
| 76 | FG | Paul Andrews,  PhD, Meeting Agenda | AUTH<br>HEAR |
| 77 | FK | ABT-594 Monthly Report for April, 2001 | HEAR<br>AUTH |
| 78 | FN | PowerPoint M99-114 Study Review | HEAR |
| 79 | FP | M99-114 Study Review | HEAR |
| 80 | FU | Email from Thomas E Woidat to Micahel K Biarnesen re Re: ABT-594 2001 Transition Budget; ABT-594 Transition Proposal | AUTH<br>HEAR |
| 81 | FX | ABT-594 Monthly Report for July, 2001 | AUTH<br>HEAR |
| 82 | FZ | Clinical Study Report No. R&D/01/171, A Randomized, Double-Blind, Placebo-Controller, Comparison of the Safety and Efficiency of ABT-594 to Placebo in subjects with Painful Diabetic Polyneuropathy (signed version) | HEAR |

**Abbott Business Records Objected-To by Abbott on Hearsay Grounds**

| Line | PLs' Trial Ex. | Description | Abbott's Grounds for Objection |
|---|---|---|---|
| 83 | GA | Clinical Study Report No. R&D/01/171, A Randomized, Double-Blind, Placebo-Controller, Comparison of the Safety and Efficiency of ABT-594 to Placebo in subjects with Painful Diabetic Polyneuropathy | AUTH HEAR INC |
| 84 | GC | ABT-594 Pharma Executive Management Committee Review | AUTH HEAR INC Contains More Than One Document |
| 85 | GD | PEC ABT-594 Decision Analysis | AUTH HEAR |
| 86 | GE | Probability Assessment Worksheet: 9/13/01 | AUTH HEAR |
| 87 | GF | ABT-594 Proposal for additional Phase IIb study | AUTH HEAR |
| 88 | GG | ABT-594 Monthly Report for October, 2001 | AUTH HEAR |
| 89 | GN | DDC: A-429202 Neuronal Nicotinic Receptor (NNR) Agonist, Discovery Development Candidate | AUTH HEAR |
| 90 | GO | Email from Bruce McCarthy to Marleen H Verlinden re Questions re goals | AUTH HEAR |
| 91 | GP | GPRD PowerPoint Presentation | HEAR AUTH |
| 92 | GR | Probability Assessment Worksheet | AUTH HEAR |
| 93 | GT | ABT-594 PowerPoint Slides (Development Plan) | HEAR AUTH |
| 94 | GY | 2001 Plan Key Statistics Pass II | INC HEAR AUTH |
| 95 | GZ | 2001 APU Development Cost Summary | AUTH HEAR |
| 96 | HC | Project Status from Jim Tyree's Expanded Staff Meeting | AUTH HEAR |
| 97 | HD | Email from Marilyn Collicott to stherriault@rsi-nc.com | AUTH HEAR |
| 98 | HE | Investigational New Drug (IND) Annual Report (Reporting Period October 29, 1999 - October 28, 2000) | AUTH HEAR |
| 99 | HF | Summary of Success Probabilities by Project and Franchise Portfolio Analysis (January 2001) | AUTH HEAR |
| 100 | HG | ABT-594 Decision Analysis - Pharmaceutical Executive Management Committee Review | AUTH HEAR |
| 101 | HI | ABT-594 Decision Analysis - Core Team Meeting | AUTH HEAR |

**Abbott Business Records Objected-To by Abbott on Hearsay Grounds**

| Line | PLs' Trial Ex. | Description | Abbott's Grounds for Objection |
|------|------|------|------|
| 102 | HL | ABT-594 Monthly Report | AUTH<br>HEAR |
| 103 | HN | Cholinergic Channel Modulation | AUTH<br>HEAR |
| 104 | HP | ABT-594 - PEC Review Book:  Proposal for additional study and background (nonstandard format) | AUTH<br>HEAR<br>Contains more than one document |
| 105 | HQ | ABT-594 2001 Update, Clinical Studies | AUTH<br>HEAR |
| 106 | HR | ABT-773 Project Status Report | HEAR<br>AUTH |
| 107 | HS | ABT-773 Project Status Report for May 1999 | AUTH<br>HEAR |
| 108 | HT | Top 10 Issues | INC<br>AUTH<br>HEAR |
| 109 | HU | ABT-773 Project Status Report dated August 1999 | HEAR<br>AUTH |
| 110 | HW | ABT-773 Ketolide Antibiotic 2000 Strategic Marketing Plan dated June 2000 | AUTH<br>HEAR<br>INC |
| 111 | HZ | Email from Gregor Bosco to Carol S. Meyer re ABT-773 Dev. Plan | HEAR<br>AUTH |
| 112 | IB | November 2000 - "Top" Issues | AUTH<br>HEAR |
| 113 | IE | FDA Contact Report - ABT-773 End of Phase 2 Meeting | HEAR |
| 114 | IH | December 2000 Top Issues | INC<br>AUTH<br>HEAR |
| 115 | II | ABT-773 Portfolio Review | HEAR<br>AUTH |
| 116 | IJ | ABT-773 Monthly Report | AUTH<br>HEAR |
| 117 | IK | January 2001 ABT-773 Project Status Report | AUTH<br>HEAR |
| 118 | IL | ABT-773 Monthly Report | AUTH<br>HEAR |
| 119 | IM | ABT-773 Descriptive Memorandum dated February 2001 | HEAR |
| 120 | IN | ABT-773 Update, [Monthly Report for [February 12, 2001] | AUTH<br>HEAR |
| 121 | IO | ABT-773 Update February 12, 2001 | AUTH<br>HEAR |
| 122 | IP | ABT-773 Update February 12, 2001 | AUTH<br>HEAR |

**Abbott Business Records Objected-To by Abbott on Hearsay Grounds**

| Line | PLs' Trial Ex. | Description | Abbott's Grounds for Objection |
|------|------|-------------|------------------|
| 123 | IR | Email from Eugene X. Sun to Stan Bukofzer re 773 Material | HEAR<br>AUTH |
| 124 | IS | ABT-773 Monthly Report for March 2001 | IRR<br>HEAR<br>AUTH |
| 125 | IT | Abbott Portfolio Review - March 7-9, 2001 re ABT-773 | HEAR<br>AUTH<br>BAD COPY |
| 126 | IU | ABT-773 Update March 19, 2001 | AUTH<br>HEAR |
| 127 | IX | ABT-773 April Update | HEAR<br>AUTH |
| 128 | IY | ABT-773 Ph III Decision Project | HEAR<br>AUTH |
| 129 | JB | Email to Hendricks, et al. re: Final copy of 773 decision analysis planned presentation | AUTH<br>HEAR<br>INC |
| 130 | JC | Email from Carol S. Meyer to Ake L. Johansson, et al., re: ABT 773 Taisho/Abbott Meeting - June 26th | AUTH<br>HEAR |
| 131 | JD | Email from Stan Bukofzer to Jeanne M. Fox re: Final copy of 773 decision analysis planned presentation | HEAR |
| 132 | JE | ABT-773 Monthly Report | INC<br>AUTH<br>HEAR |
| 133 | JF | ABT-773 Decision Analysis Core Team | HEAR |
| 134 | JG | Email from Carol S. Meyer to Stan Bukofzer re: ABT 773 2002 Plan Powerpoint slides | AUTH<br>HEAR |
| 135 | JH | ABT-773 Monthly Report | AUTH<br>HEAR |
| 136 | JI | Abbott Portfolio Review 2002 Plan | AUTH<br>HEAR |
| 137 | JQ | ABT-773 Monthly Report | AUTH<br>HEAR |
| 138 | JR | E-mail from Tina Ventura re: 773 communications strategy | AUTH<br>HEAR |
| 139 | JT | Email from Stan Bukofzer to Jeff M. Leiden re: ABT 773 documents requested | AUTH<br>HEAR |
| 140 | JV | ABT-773 Lessons Learned Overview | AUTH<br>HEAR |
| 141 | JX | Abbott Compound Development Summaries | HEAR<br>AUTH |
| 142 | JY | ABT-773 Clinical Developmnet Optimization: Analhsis of a 150mg Dose for Bronchisits and a 5-day Course of Therapy for CAP | AUTH<br>HEAR |

**Abbott Business Records Objected-To by Abbott on Hearsay Grounds**

| Line | PLs' Trial Ex. | Description | Abbott's Grounds for Objection |
|---|---|---|---|
| 143 | KA | Pain Therapeutics Program Overviews (PEC Meeting) | INC HEAR AUTH IRREL |
| 144 | KC | ABT-894 Scientific Advisory Counsel Doc | HEAR AUTH |
| 145 | LN | MMPI Working Group Meeting Minutes | AUTH HEAR |
| 146 | LP | Minutes from the D46R Senior Staff Meeting | AUTH HEAR |
| 147 | LQ | Memorandum from Steve Cohen to Dr. Jeffrey Leiden et al re 2001 Plan | AUTH HEAR |
| 148 | LR | 2001 Plan Assumption Memo - Pass III | AUTH HEAR |
| 149 | LS | MMPI Working Group Meeting Minutes - Objective: Overall Project Update | HEAR AUTH |
| 150 | LT | Forecast Methodology and Assumptions Early Oncology Pipeline Portfolio Analysis January 2001 | HEAR AUTH |
| 151 | LV | Email from Elizabeth Koweluk to Steve Kuemmerie et al re Summary of Success Probabilities | AUTH HEAR |
| 152 | LW | Analgesia Venture 2001 Plan - Revised 1/26/01 to John Leonard et al | AUTH HEAR INC |
| 153 | LX | Analgesia Venture 2001 Plan - Revised 1/26/01 to John Leonard et al | AUTH HEAR INC |
| 154 | MB | Memorandum from Matt Russell to Bob Funck et al re 2001 Plan Final Reference Package | INC AUTH HEAR |
| 155 | MC | Portfolio Review Meeting - March 7-9, 2001 | HEAR |
| 156 | MF | Summary of R&D Projects - 2001 April Udpate | AUTH HEAR |
| 157 | MH | MMPI Working Group Meeting Minutes | AUTH HEAR |
| 158 | MJ | Portfolio Analysis of 2001 Abbott Global Pharmaceutical Development Assets | AUTH HEAR |
| 159 | ML | Portfolio Analysis of 2001 Abbott Global Pharmaceutical Development Assets, Addendum: Use of Productivity Index in Portfolio Selection | AUTH HEAR |
| 160 | MV | Email from Denise L. Carlson to Fusako H. Bowering re Template for Outlicensing Update | AUTH HEAR |
| 161 | NG | 2002 Update, Global Pharmaceutical Research & Development | AUTH HEAR |

**Abbott Business Records Objected-To by Abbott on Hearsay Grounds**

| Line | PLs' Trial Ex. | Description | Abbott's Grounds for Objection |
|------|------|-------------|-------------------------------|
| 162 | OF | Global Pharmaceutical Research & Development, Hancock Collaboration, Spending by Program Chart | HEAR AUTH INC Includes more than one document. |
| 163 | OO | Medical Products Group Portfolio Management Process | HEAR AUTH IRREL |
| 164 | OX | Abbott Pharmaceutical R&D Metrics Analysis | HEAR AUTH |
| 165 | PA | PPG R&D Review | HEAR AUTH |
| 166 | PD | Project Development Timelines for ABT-518, 594, 773 and 492 | HEAR INC |
| 167 | PE | Abbott Laboratories PPD R&D Alternative Financing Analysis John Hancock Funding Scenarios | HEAR AUTH |
| 168 | PF | 80% Power Curve for Varying Effect Size for Neuropathic Pain Based on M98-833 and Gabapentin Results | HEAR AUTH |
| 169 | PI | Growing and Enhancing World-Class Global Research and Development at Abbott, New Organizational Plan Roll-Out PowerPoint Presentation | HEAR AUTH |
| 170 | PK | 2001 APU GPRD, Hancock Deal | INC HEAR AUTH |
| 171 | PL | 2006 LRP Forecast Submission Workbook | HEAR AUTH |
| 172 | PU | Division Incentive Plan Goals - 2001 DIP | HEAR AUTH IRR |
| 173 | RS | ABT-510 Monthly Report, Post Oct 19 | AUTH HEAR |
| 174 | RY | Cholinergic Channel Modulator (ABT-594) 2000AGU Developmetn cost Summary | AUTH HEAR |
| 175 | SA | ABT-594 Decision Analysis, Update: ABT-594 Intermediate Dose (75-125 MCG) Ph. IIb Study | AUTH HEAR |
| 176 | SJ | Special Counsel Invoices to Abbott | Contains more than one document |
| 177 | SK | Email from Marilyn Collicott to JSCHANZENBACH@rsi-nc.com@internet re meeting today | AUTH HEAR |
| 178 | SN | Portfolio Review Meeting, March 7-9, 2001 | AUTH HEAR |
| 179 | SO | Pharmaceuticals Strategy Update | AUTH HEAR |
| 180 | SP | Pharmaceuticals Strategy Update | AUTH HEAR |

# Exhibit 6



PLAINTIFF'S
EXHIBIT
_FH_

Jessica Hopfield
03/13/2001 07:22 PM

To: Patricia Weber/NJE/NorthAmerica/MCKINSEY @MCKINSEY
cc:
Subject: Please print and put in mail folder

----- Forwarded by Jessica Hopfield/NJE/NorthAmerica/MCKINSEY on 03/13/2001 07:23 PM -----

Michael Williams
03/13/2001 04:10 PM

To: Jeff Leiden <jeff.leiden@Abbott.com>
cc: Jessica Hopfield/NJE/NorthAmerica/MCKINSEY @MCKINSEY, Dick
    Ashley/CHI/NorthAmerica/MCKINSEY @MCKINSEY, David
    Keeling/CHI/NorthAmerica/MCKINSEY @MCKINSEY
Subject: List of next steps from portfolio review

Jeff,

Please find attached a detailed list of the next steps by project, coming out of last week's
development review. Where possible, we have assigned the responsibilities and timings
we picked up during the discussions. You may wish to make changes to the list before it
is more broadly distributed and we can make edits based on your handwritten comments
if necessary.

We are also in the process of compiling the comments and results from the evaluation
forms which we'll forward to you by later this week.



NEXT STEPS - development portfolio prioritization



EXHIBIT

CONFIDENTIAL

# INITIAL PORTFOLIO PRIORITIZATION

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Anti-infectives** | | | | |
| ABT-492 | C | • Address safety issues (including QTc) with internal/ expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | - |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | - |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• J. Leonard<br>• I. Loew | - |
| **Urology** | | | | |
| BSF 420627 | P | • Set up task force to address issues and bring back plan to senior management<br>– Reasons for failure of the SKB ETa/b antagonist<br>– Design short (~4 week) PoP trial for symptom relief<br>– Rationale for sustained release formulation<br>– Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| **Hypothyroidism** | | | | |
| T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| **Asthma** | | | | |
| Hokunalin tape | P | • Conduct market research on acceptance by different patient segments<br>• Determine how to position against long acting beta agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the patch technology | • A. Higgins/ E. Fiorentino<br><br>• J. Tyree | • May |

0

CONFIDENTIAL

MCK 00424

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Oncology**<br>ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br>• CMC group | • As planned |
| ABT-518 | Hold | • Wait for May results from Pfizer (will save ~$1 mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner) - further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective - further in-depth review required, e.g.,<br>– Determine if there is a PoC to support claim<br>– Address GMP issues<br>– Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard | • By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>– Determine how to ensure NDA filing in 2004<br>– Get FDA input since survival not primary endpoint<br>– Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Tyree<br>• J. Leonard, P. Nisen<br><br>• J. Tyree | • By May<br>• ASAP<br><br>• By May |

CONFIDENTIAL

MCK 00425

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Cardiology/ thrombosis** | | | | |
| Darusentan (LU 135252) | Hold | • Continue currently budgeted funding for next 6 months<br>• Do not start any new trials (e.g., hypertension planned for May)<br>• If proceed, plan for pilot to look at effects in sperm and tetratogenecity<br>• Consider out-license or swap | • Project team<br><br><br><br>• J. Tyree | • Ongoing<br><br><br><br>• ASAP |
| LU 208075 | Hold | • Continue currently budgeted funding for next six months<br>• Look at Myogen deal<br>• Out-license or swap | • Project team<br><br>• J. Tyree | • ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open cath<br>• Match versus tPA in dose-ranging studies to determine efficacy | • E. Fiorentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Clivarine | C | • Assessment by HPD (review previous evaluation and new trial data)<br>• Understand finished product manufacturing cost | • E. Ogunro<br><br>• B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing<br>• Verify if package is likely approvable<br>• Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

CONFIDENTIAL

MCK 00426

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Neuroscience** | | | | |
| ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list) | • J. Tyree | • TBD |
| | | • Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • Project team | |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel | • I. Loew | • By May |
| | | • Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc | • Project team | |
| | | • Understand Novartis contract and level of interest | • J. Tyree | |
| BSF 190555 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • I. Loew | • As above |
| BSF 74398 | C | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team | • By May |
| Dilaudid Oros | | • Return to ALZA or out-license to other interested partner | • J. Tyree | • TBD |
| Hydrocodone | Hold | • Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • Project team | • By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue - probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

3

CONFIDENTIAL

MCK 00427

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Gastro-enterology** | | | | |
| Ganaton | P | • Conduct U.S. commercial assessment with TAP<br>• Assess how to position in Europe versus generics and implications for comparative trial<br>• Develop model to assess spend at different termination points | • E. Fiorentino<br><br>• Bob Funck | • By June<br><br>• By May |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise)<br>• Conduct market research on IBS versus constipation (including pricing) | • Project team<br><br>• E. Fiorentino | • ASAP |
| **Immunology** | | | | |
| D2E7 | C | • Conduct intensive product review<br>– 2 day meeting with J. Lennard's group (already in process)<br>– ½ day session with senior management group<br>• Important actions include<br>– Approach FDA for fast track and compassionate use<br>– Develop strategy for DMARD claim in first submission<br>– Assess need for Enbrel assay to detect HAHAs<br>– Assess delivery device options<br>– Evaluate additional indications (e.g., Psoriasis, Crohns, heart failure) and pediatric program<br>– Profile Celltech product<br>– Assess impact of additional IV program on reimbursement<br>• Develop list of potential marketing partners for quids | • J. Leonard<br><br>• Various<br><br><br><br><br><br><br><br><br><br><br>• J. Tyree | • By May<br><br>• By May |

4

**CONFIDENTIAL**

MCK 00428

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Immunology** *(continued)* Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US – consider creating a small team in the US to analyse data, propose smaller PII study<br>• Research pricing, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-6<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • J. Tyree<br>• E. Fiorentino<br>• J. Tyree<br>• Ongoing | • ASAP |

5

CONFIDENTIAL

MCK 00429

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **PIV programs** | | | | |
| Clarithromycin | C | • None identified | | |
| Omnicef | C | • Talk to partners | • J. Tyree | |
| Kaletra | C | • None identified | | |
| Norvir | C | • None identified | | |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Arnott, E. Fiorentino | • ASAP |
| | | • Assess combination therapy with fibrates | | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | • Project team | |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "Invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Fiorentio | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | |
| Depakote | C | • None identified | | |
| Gengraf | C | • None identified | | |

6

CONFIDENTIAL

MCK 00430

# Exhibit 7



PLAINTIFF'S
EXHIBIT

C Z

# Clinical Trial Recruitment
## and Centralized Screening Program
## For Painful Diabetic Neuropathy

### Developed for Abbott Laboratories
### September 28, 2000

Confidential

*Silber*  DEP. EX. NO. 2
FOR ID., AS OF 2-9-07 /BC

ABBT233741



EXHIBIT
McCarthy
19
9-29-06 ab

## Executive Summary

Abbott Laboratories is conducting a multi-center, randomized, double blind, placebo-controlled study investigating the efficacy and safety of ABT-594/M99-114 in subjects with painful diabetic neuropathy (PDN). To date, 29 U.S.-based clinical research sites have accrued approximately 151 of the needed 320 patients. The deadline for enrolling the balance of 169 subjects has been extended until March 2, 2000. Study centers will continue to use site-directed methods for recruitment, so it is anticipated that additional patients will be accrued by sites over the next five months.

In an effort to complete enrollment by the March deadline, Abbott Laboratories has asked Phone Screen (a medical call center specializing in clinical trial recruitment) and its partner GCI Healthcare Clinical Trial Recruitment (a subsidiary of Grey Worldwide which implements marketing-oriented recruitment acceleration initiatives) to develop recommendations to maximize timely delivery of the needed study subjects. As Abbott anticipates that the sites will deliver about 69 patients on their own, the recommendations are designed with a recruitment goal of approximately 100 additional subjects. Abbott has stated that the current 34% dropout rate is considered in this goal number.

## Key Enrollment Challenges

While painful diabetic neuropathy is a debilitating condition that has a significant impact on quality of life, study sites are confronted with a number of issues that have affected subject accrual. These issues include:

- High study dropout rate of 34% primarily due to side effects of the investigational drug
- High level of screen failures (50%)
- An older population cohort (as defined by the incidence of PDN) resulting in medical exclusion due to co-morbidities
- Other restrictive inclusion/exclusion criteria
- A general unwillingness by otherwise qualified candidates to washout of pain medication the week prior to start-up
- Patients are hesitant to participate in a placebo-controlled study
- Ongoing competitive studies at the study site or within the study market, all vying for the same patient pool
- Diabetic neuropathy is often undiagnosed by PCPs who are the primary manager of people with diabetes

Confidential

ABBT233742

## Key Learnings from Study Sites

During preparation of this proposal, GCI Healthcare contacted three study centers (Dr. Backonja's site, Dr. Gibson's site and Dr. McGill's site) to benefit from their insights on recruitment for this study. The following represent key learnings from these conversations:

- Study sites feel that radio ads will be successful in reaching potential study subjects
- The typical study subject is a retiree
- Primary motivators for entering the study are:
  o Desire for pain relief
  o Free study medication
  o Compensation for study visits
- Patients often express satisfaction with their current pain medication without realizing that they are most likely not getting much pain relief, and the Abbott study may provide the opportunity for improvement.

These insights will help drive the creative direction for development of the radio ad.

## Program Strategy

- To use proven communications vehicles to generate a high volume of pre-qualified referrals in the shortest time possible
- To minimize time spent by site personnel in early screening phases of recruitment, allowing them to focus their efforts on only the most qualified candidates
- To establish excellent relationships with the study sites in order to foster an atmosphere of commitment and responsibility to the study
- To develop and implement a referral management and tracking system to ensure that all leads are processed in a timely manner

## Summary of Tactical Execution

Phone Screen and GCI Healthcare have developed an accelerated recruitment program, which relies on the following Core Program components:

- Radio advertising
- Centralized call center that will manage and track all referrals from the radio ads
- Targeted direct mail component
- Study site and IRB relations
- We have also recommended a Direct Mail Campaign and "pilot" Physician Referral Expansion Program as a supplementary effort for consideration by Abbott.
- Market Mapping

These recommendations are designed to provide aggressive recruitment support to 29 of the 30 study sites, as requested by the Abbott Team. However, based on the available budget, Abbott may wish to support a select subgroup of these 29 sites. In an effort to assist with the selection process, GCI Healthcare has tentatively ranked the sites (Tier 1, Tier 2 or Tier 3) based on:

- Readily available data relative to diabetes prevalence
- The number of study sites in each market – giving higher priority to metro areas with multiple sites
- Areas with higher number of retirees

Refinements to this ranking may be necessary, as Abbott may have insights about specific study sites. GCI has built additional market mapping research into the budget.

Confidential

ABBT233743

## Budget

The attached spreadsheet, which itemizes the budget, assumes that advertising support will be provided to all 29 sites. Once Abbott is able to determine how many sites to support, a final budget will be submitted.

## Conclusion

Phone Screen and GCI Healthcare are poised to move forward upon approval of these recommendations and look forward to working with the Abbott Team as the study moves forward.

## Recruitment Estimate Funnel

GCI Healthcare estimates that the recruitment program will need to generate 2,500 calls to the 800 number in order to meet the enrollment goal of 107 patients. The estimation of call response is determined using a funnel with dropout rates anticipated at several junctures along the way. The following are our assumptions and rationale for our call response estimates:

- **Adults age 50+ in study markets with diabetes: (1,867,865):** This is the total number of adults age 50+ with diabetes who reside in markets in which the study is being conducted.

- **Adults age 50+ in study markets with diabetic neuropathy 45%: (840,539):** Of the total number of adults age 50+ with diabetes who reside in the study markets, we estimate that 45% have diabetic neuropathy.

- **Adults age 50+ in study markets with painful diabetic neuropathy 10%: (84,053):** Of the total number of adults age 50+ with diabetes/diabetic neuropathy who reside in the study markets, Abbott has estimated that 10% have *painful* diabetic neuropathy.

- **Advertising will reach 50% at least three times: (42,026):** This is the proportion of patients 50+ with painful diabetic neuropathy residing in the study markets who will be exposed to the radio ad 3 or more times. Three exposures are considered a minimum level for generating a response. The calculation excludes those who are exposed only once or twice. The rationale is that the first or second exposure to the ad raises awareness of and interest in the message in preparation for taking action – in this case, calling the toll-free study number.

- **Estimated call response rate 6%: (2,552):** A number of motivational and situational, as well as health, factors influence an individual's response to a clinical trial recruitment advertisement.

- **Estimated # of qualified responders/referrals from phone pre-screening 10%: (252):** This factor is based on expectations that 1 out of every 10 callers will be a potential patient presenting with symptoms and medical history that meet pre-screening criteria.

- **Estimated # attending site screening 85%: (214):** Of the patients who pass the telephone screening an estimated 85% will attend the screening appointment at the clinical research site.

- **Estimated # of screen failures 50%: (107):** Abbott has estimated that half of the patients who are screened by study sites will not qualify based on exclusion/inclusion criteria.

- **Number of randomized subjects: (107):** According to the screen failure rate provided by Abbott, we anticipate that half of the patients who are referred to a site will pass the screening visit and ultimately enroll in the trial.

Confidential

ABBT233744

## Core Program Elements

### Radio Advertising Campaign

The advertising period would be January through March 2000 with creative development, IRB approval process, media planning and study site relations beginning immediately upon Abbott's approval to move forward.

The media strategy is to utilize radio to effectively reach the defined target audience (see below) using specific programming. Radio has been selected because of its sense of urgency, high frequency message exposure, affordable, efficient geographic coverage of the current study site list, and ability to target the audience through station format selection.

Strategic format selection is a key component in the success of a patient recruitment campaign. News and talk formats will be utilized for several reasons:

- Services well the target demographic
- Possesses active listenership – foreground, not background
- Typically yields an excellent patient response
- Feature health reports as part of their shows
- Well-known show hosts offer credibility to their sponsors

In addition, stations that play music, which appeals to the appropriate demographic audience, will be chosen to ensure effective targeting.

The media target audience for this recruitment program has been defined as:

- Adults age 50+ (with equal media weight given to men and women)
- Broad income category, but with a primary focus on those with fixed incomes or limited financial resources
- Some media weight will be applied to stations reaching English-speaking Hispanic and African American populations in relevant study markets, given diabetes prevalence

The media planning strategy includes the purchase of 15 spots per week on 2 stations for each study market for each broadcast week. However, please note that we are not recommending radio advertising for the Syosset, New York study site for the following reason: The target study population in and around Syosset will be listening to stations that cover the entire New York metro area. As New York is the one of the most expensive radio markets in the U.S., purchasing air time would not be expected to provide a meaningful return on investment unless there were multiple sites throughout the metro area – and only a very small portion of those reached by the ad will be willing to travel to Syosset.

Commercials will air Monday through Thursday only, when patient response is typically strongest. Spots will run primarily between the hours of 10 AM – 3 PM. Purchasing spots aired during specific programs during the morning and afternoon drive times may also be appropriate for some sites. It is recommended that the schedule run simultaneously for 4 weeks in each market separated by a 2-week hiatus. This hiatus allows study sites to follow-up on referrals and provides a more controlled referral volume so they will not feel so overwhelmed. However, depending on initial communications with the sites, this can be adjusted to fit their ability to process leads. During the hiatus weeks, Abbott/ Phone Screen/ GCI Team will evaluate the productivity of the first ad weeks.

Confidential

ABBT233745

## Core Program Elements – continued

The radio ad script will be written to help potential study candidates, their spouses or significant others, self identify. It will utilize a strong call-to-action, and all ads will carry a single toll-free number. We expect that even with targeted messages and media planning that there will be a significant number of disqualified callers, due to the rigors of the protocol. Sites will be advised that referrals generated through advertising are potential "leads" and that that the purpose of the centralized telephone screening is to weed out those who are obviously inappropriate (e.g. inappropriate symptoms or medical history) for the study.

**Implementation Logistics:**

- Develop a 60 second radio script for approval by Abbott and the central and local IRBs
- Oversee production and distribution of the radio spot
- Direct media planning
- Collaborate with Phone Screen on Call Center Activities and Reporting
- Communicate with sites to announce media plans in their local markets

**Tentative Tier One** (highest priority) markets for radio advertising include:
- Fort Lauderdale, Pembroke Pines, and Miami/ Boca Raton
- Atlanta
- Clearwater
- Fort Myers
- Houston
- Minneapolis
- Phoenix, Peoria
- San Francisco, Walnut Creek
- St. Louis

**Tentative Tier Two** markets include:
- Albany
- Albuquerque
- Buffalo
- Hershey
- Norfolk

**Tentative Tier Three** markets include:
- Altoona, Duncansville
- Dinuba
- Greenville
- Little Rock
- Madison
- Providence
- Springfield

Confidential

ABBT233746

## Centralized Call Center

The centralized call center is the locus of all patient response activity. It removes the burden of pre-screening potential volunteers from the study site personnel and provides referral services to the study sites. The call center accepts and screens all calls made to the study specific toll-free number in response to recruitment advertising. The call center will track specific recruitment matrix and provide referrals directly to the study sites.

- **Call Center Set-up:** Phone Screen project team will design and establish customized systems for call processing. These systems include call guide development and programming, toll free number(s) acquisition and set up, and programming of clinical research site contact and location information.
- **Live Operator Service:** Phone Screen's patient recruitment specialists will be available to speak with patients "live" from 7am – 10pm central standard time. Aided by a computerized call guide, Recruitment Specialists screen callers according to the protocol inclusion-exclusion criteria. Calls received after hours (10:01pm- 6: 59am) will be captured by a study-specific voice mail and followed up on the next business day.
- **Project Management:** Phone Screen provides project coordination and staffing services, manages data management systems, data storage, back up, and document management. A project team will be formed to ensure timely and thorough responses to the needs of the project partners. Key staff involved in Project Management includes:
  - **Project Manager:** Day-to-day management of the project and project team.
  - **Project Assistant:** Administrative support including data entry and report processing.
  - **Shift Supervisors:** 24-hour supervision of Recruitment Specialists.
- **Training:** Phone Screen and GCI will schedule a specialized training program for all recruitment specialists who will service the PDN study. The training program will include a review of: diabetes and PDN, study protocol, inclusion/exclusion criteria, screening questionnaire, likely callers, handling difficult callers, frequently asked questions, and referral procedures. The Abbott Team will be invited to participate in the training.

## Reports

Reports provided by Phone Screen will be used to provide sites with detailed patient information, track patients through the enrollment process and summarize critical study data. Several report options are listed below. Customized reports are also available. SAMPLE REPORTS ARE ATTACHED.

- **Patient Screen:** Daily report detailing patient responses to screening questions and appointment times. A patient screen report for each pre-qualified caller will be faxed or e-mailed to the appropriate research site (depending on site preference).
- **Referral Tracking Worksheet:** Weekly worksheet sent to research sites to obtain status of referred patients. Information is summarized to provide "lag time to 1st appointment" management reports.
- **Management Reports:** Periodic and cumulative summaries of key recruitment statistics that are provided at regular intervals or on an as needed basis. These reports help to inform recruitment and retention management decisions. Samples reports are provided in the Appendix section.

Confidential

ABBT233747

## Optional Supplementary Programs

### Direct Mail Campaign
Well-designed, strategically targeted direct mail campaigns are a proven means of encouraging consumer response. A direct mail campaign targeting individuals 50 and older already diagnosed with diabetes will reach approximately 123,000 people in and around the counties in which there are clinical trial sites. By targeting this selected demographic, we can more efficiently and cost effectively reach potential trial participants.

A compelling direct mail piece can anticipate and address the most commonly asked questions about the research being conducted and emphasizes the benefits of participating in the trial, as well as providing customized information on individual sites. In addition, the piece can provide the option of calling the study 800 number or responding directly to the study site via a reply card. If the latter option is chosen, the study coordinator will contact the patient directly for follow-up and further screening.

*Benefits*
- A targeted approach will save time and money in reaching the most promising candidates for the study
- Written materials provide an opportunity to reinforce key messages about the study
- Response to the mailing is measurable
- Immediate response facilitates accelerated screening and enrollment

*Implementation Logistics*
- Rent/buy appropriate lists of self-reported diabetics over 50-years-old
- Design and write a generic piece which will be customized to each market
- Provide a perforated reply card
- Facilitate central and local IRB review and approval
- Manage printing and mailing of the piece
- Evaluate success via ongoing communications with study sites and tracking calls to the 800-number generated by the direct mail piece

### Physician Referral Expansion Pilot Program
GCI will provide and manage the services of a partner organization with expertise in generating physician referrals. We will identify five sites to participate in a pilot program and systematically review processes for encouraging referrals. Through interviews with investigators and coordinators and reviews of patient, medical center, clinic and hospital databases, we will identify physicians relevant to the study and determine areas for improvement in dealing with them. Based on the findings, we will develop and implement an action plan for accelerating and enhancing the enrollment process. Based on the level of success and timing, we may wish to expand this program to additional markets.

*Benefits*
- Physician referrals offer a targeted, efficient approach to identifying patients who meet very specific inclusion/exclusion criteria for study

*Implementation Logistics*
- Identify pilot sites, which would benefit most from a referral network

Confidential

ABBT233748

- Conduct and analyze site-by-site review of current "referral generating" practices and impact of "medical political" climate and dynamics.
- •Mine site's internal and external medical community for physicians relevant to the study referral (via databases for medical centers, hospitals and larger clinics)
- Collaborate with local investigator and study coordinator to identify viable referral sources.
- Implement market-specific physician referral generation program including
- face-to-face meetings with potential referring physicians, written materials and ongoing contact to keep study "top of mind."

**Study Site and IRB Relations**

GCI recommends an overall strategy of responsive partnership with the study sites. GCI will implement this strategy through direct interaction with site personnel on a regular basis, once the centralized program is launched. A site database will be created and maintained by Phone Screen and GCI.

*Benefits*
- Enhanced relationships with site coordinators and investigators may increase their interest/commitment to Abbott trials over those of competitors
- Additional support for site coordinators and investigators may serve as an incentive to take on more patients

*Implementation Logistics*
- Contact all study site investigators (in writing only) and coordinators (by telephone and in writing) to introduce the GCI Healthcare Site Relations Manager, the recruitment support program being planned by Abbott and GCI, and review program procedures and responsibilities for the site
- Assess site's experience with and receptivity to centralized recruitment programs, referral call back capabilities and obtain local recruitment suggestions from coordinator/investigator
- Maintain ongoing contact with site coordinator during program implementation to inform of advertising plans, assess progress, referral tracking, etc. Document important conversations on Site Relations Tracking Worksheet
- Submit radio script, call guide and FAQ documents to central IRBs and sites with local IRBs for review and approval
- Track receipt of IRB approvals; notify call center of approval and activate advertising in specific market
- Conduct periodic teleconference calls with sites to assess recruitment program progress, enrollment status, etc.
- Inform Abbott of "critical" site issues relevant to recruitment program that emerge
- Provide Abbott with copies of site correspondence for investigator files

### 

Confidential

ABBT233749

# Exhibit 8

# CHOATE

CHOATE HALL & STEWART LLP

Richard C. Abati
(617) 248-5076
rabati@choate.com

January 17, 2008

**VIA OVERNIGHT MAIL**

Dina Kolker, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038

RE:    John Hancock Life Insurance Company, et al.
       v. Abbott Laboratories
       Civil Action No. 05-11150-DPW

Dear Dina:

As we discussed, on August 12, 2007 your firm completed the production on behalf of McKinsey & Company ("McKinsey") of documents Bates numbered MCK00001-00809 in the above-referenced matter. The trial of this litigation is scheduled for March 3, 2008. In an effort to avoid the need for trial testimony from McKinsey regarding the admissibility of the documents it previously produced, we have prepared an affidavit certifying the requisite information, as permitted under Fed. R. Evid. 902(11).

Please review the enclosed affidavit and return to me an executed version thereof (which includes the requested information regarding McKinsey's custodian and recordkeeping) on or before **January 28, 2008**.

Should you have any questions, or are unable to return the executed affidavit in a timely fashion, please contact me immediately. Thank you for your cooperation.

Sincerely,

Richard C. Abati
Enclosure

cc:    Brian A. Davis, Esq.
       Joseph H. Zwicker, Esq.

# C|H|O|A|T|E

CHOATE HALL & STEWART LLP

Richard C. Abati
(617) 248-5076
rabati@choate.com

January 17, 2008

**VIA OVERNIGHT MAIL**

J. Christopher Jackson
Kilpatrick Stockton LLP
3737 Glenwood Ave. - Suite 400
Raleigh N.C. 27612

RE:    John Hancock Life Insurance Company, et al.
       v. Abbott Laboratories
       Civil Action No. 05-11150-DPW

Dear Chris:

As you will recall, on November 14, 2006 you produced on behalf of Constella Group LLC ("Constella") documents Bates numbered CNSTL001-CNSTL1111, in the above-referenced matter. The trial of this litigation is scheduled for March 3, 2008. In an effort to avoid the need for trial testimony from Constella regarding the admissibility of the documents it previously produced, we have prepared an affidavit certifying the requisite information, as permitted under Fed. R. Evid. 902(11).

Please review the enclosed affidavit and return to me an executed version thereof (which includes the requested information regarding Constella's custodian and recordkeeping) on or before **January 28, 2008**.

Should you have any questions, or are unable to return the executed affidavit in a timely fashion, please contact me immediately. Thank you for your cooperation.

Sincerely,

Richard C. Abati
Enclosure

cc:    Brian A. Davis, Esq.
       Joseph H. Zwicker, Esq.

4290593v1

# C|H|O|A|T|E

CHOATE HALL & STEWART LLP

Richard C. Abati
(617) 248-5076
rabati@choate.com

January 17, 2008

**VIA OVERNIGHT MAIL**

Janet Lifshitz
Phone Screen
3232 North Elston Ave.
Chicago, Illinois, 60618

RE:    John Hancock Life Insurance Company, et al. v. Abbott Laboratories
         Civil Action No. 05-11150-DPW

Dear Ms. Lifshitz:

As you will recall, on November 6, 2006, you produced on behalf of Phone Screen documents in the above-referenced matter. The trial of this litigation is scheduled for March 3, 2008. In an effort to avoid the need for trial testimony from Phone Screen regarding the admissibility of the documents it previously produced, we have prepared an affidavit certifying the requisite information, as permitted under Fed. R. Evid. 902(11).

Please review the enclosed affidavit and return to me an executed version thereof (which includes the requested information regarding Phone Screen's custodian and recordkeeping) on or before **January 28, 2008**.

Kindly note that the affidavit also addresses a document which was produced by Abbott Laboratories ("Abbott") in this litigation. The document was prepared by Phone Screen for Abbott on September 28, 2000. Although Phone Screen was unable to locate this document during its search for responsive documents, we request that Phone Screen confirm the authenticity of this document.

Should you have any questions, or are unable to return the executed affidavit in a timely fashion, please contact me immediately. Thank you for your cooperation.

Sincerely,

Richard C. Abati
Enclosure

4290591v2

cc:    Brian A. Davis, Esq.
        Joseph H. Zwicker, Esq.

4290591v2

# Exhibit 9

## Abati, Richard

| | |
|---|---|
| **From:** | Abati, Richard |
| **Sent:** | Friday, February 15, 2008 12:17 PM |
| **To:** | 'Lorenzini, Eric'; 'Guzelsu, Ozge' |
| **Cc:** | Davis, Brian; Zwicker, Joseph H. |
| **Subject:** | John Hancock // Abbott |
| **Attachments:** | 10623472_1.PDF; scanned_.pdf |

Eric and Ozge:

Pursuant to Fed. R. Evid. 902(11), attached hereto is a declaration from Constella Group Product Development, LLC, which attests to the fact that the documents identified therein are "business records."  Please let me know by the 5 PM (EST) today if Abbott still objects to John Hancock's offering of such documents from Constella (or any other third party that has submitted a 902(11) certification, such as McKinsey (also attached hereto)) and, if so, the grounds of Abbott's objection(s).  Thank you for your cooperation.

Rich

## Abati, Richard

| | |
|---|---|
| **From:** | Abati, Richard |
| **Sent:** | Monday, February 18, 2008 11:43 AM |
| **To:** | 'Lorenzini, Eric'; 'Guzelsu, Ozge' |
| **Cc:** | Davis, Brian; Zwicker, Joseph H. |
| **Subject:** | RE: John Hancock // Abbott |
| **Attachments:** | choate.pdf |

Eric:

Pursuant to FRE 902(11), attached hereto is a declaration from Phone Screen (which we just received). Again, please let me know ASAP if Abbott objects to John Hancock's offering of such third party certifications and their underlying documents. Thank you.

Rich

---

**From:** Abati, Richard
**Sent:** Friday, February 15, 2008 12:17 PM
**To:** 'Lorenzini, Eric'; 'Guzelsu, Ozge'
**Cc:** Davis, Brian; Zwicker, Joseph H.
**Subject:** John Hancock // Abbott

Eric and Ozge:

Pursuant to Fed. R. Evid. 902(11), attached hereto is a declaration from Constella Group Product Development, LLC, which attests to the fact that the documents identified therein are "business records." Please let me know by the 5 PM (EST) today if Abbott still objects to John Hancock's offering of such documents from Constella (or any other third party that has submitted a 902(11) certification, such as McKinsey (also attached hereto)) and, if so, the grounds of Abbott's objection(s). Thank you for your cooperation.

Rich