# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY), <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | Civil Action No. 05-11150-DPW <br> Hon. Judge Douglas P. Woodlock |

## AFFIDAVIT OF JEFFREY MARC LEIDEN, MD., Ph.D.

1.    My name is Jeffrey Marc Leiden. I am over 18 years of age, and suffer from no condition or disability that would impair my ability to give sworn testimony. This affidavit is based upon my own personal knowledge.

Educational and Professional Background

2.    I am currently employed as a Managing Director at Clarus Ventures LLC, headquartered in Cambridge, Massachusetts. Clarus Ventures is a life sciences venture capital firm.

3.    From July 2000 until March 2006, I was employed by Abbott Laboratories ("Abbott"), initially as Senior Vice President and Chief Scientific Officer, and then as President and COO of the Abbott Pharmaceutical Products Group. I also served on Abbott's Board of Directors during this time period.

- 1 -

4.    I received my undergraduate degree from the University of Chicago in 1975. I received a Ph.D. in Virology and Molecular Genetics from the University of Chicago in 1979, and an M.D. degree from the same school in 1981. From 1987-2000, I held several academic appointments including Chief of Cardiology and Director of the Cardiovascular Research Institute at the University of Chicago, the Elkan R. Blout Professor of Biological Sciences at the Harvard School of Public Health, and Professor of Medicine at Harvard Medical School. During my academic career, I was involved in starting several biotechnology companies including Vical, Inc. and Cardiogene Therapeutics, Inc. I am an elected member of both the American Academy of Arts and Sciences and the Institute of Medicine of the National Academy of Sciences.

5.    I joined Abbott in July 2000 as a Senior Vice President and Chief Scientific Officer. At that time, Abbott was organized into five divisions: Pharmaceutical Products, Hospital Products, Diagnostics, Ross Nutritional and Abbott International. I was responsible for overseeing and providing advice on scientific programs within all of these divisions. In September 2000, I became Executive Vice President of the Pharmaceutical Products Group ("PPG"). In 2001, I became President and COO of the Abbott Pharmaceutical Products Group. In addition to my previous duties, I became the senior Abbott executive responsible for the businesses of that group, which included research, development and manufacturing of all of Abbott's pharmaceutical products. I held that position until I left Abbott in March 2006. I reported directly to Miles White, Abbott's Chief Executive Officer and Chairman of the Board. Among my responsibilities was to oversee Abbott's pharmaceutical research and development programs at all stages of development. It was also my responsibility to

- 2 -

serve as the chair of a senior management group, whose members included heads of project teams, commercial R&D and manufacturing leaders and regulatory personnel, who together made decisions about prioritizing Abbott's R&D investments, assigning budgets to particular developmental drugs and ultimately determining whether to continue or terminate drugs in various stages of development.  Sometime in 2001, that group became formally known as the Pharmaceutical Executive Committee ("PEC").

6.     Research and development is a critical component of the pharmaceutical industry.  Pharmaceutical companies are R&D intensive, and they spend more as a percentage of net sales on R&D in bringing new products to market than most other industries.  When I joined Abbott in 2000, it was making significant investments in R&D and in bringing new drugs and other products to market.  For example, in 2001, Abbott's pharmaceutical R&D had approximately 35 drugs in various stages of development but not yet approved by the FDA.  The amount expended by Abbott on R&D for all of its products in that year approximated $1,491,800,000 representing 10.7% of its sales.

7.     Only a small percentage of the chemical compounds that are synthesized as pharmaceutical products ever reach clinical trials (1 per 1000 to 1 per 10,000), and only a fraction of those are ultimately approved by the FDA (less than 1 per 10).  Abbott, like other pharmaceutical companies, must spend significant amounts of money on research and development for drugs that are never brought to market.  These expenditures include the cost of clinical trials to assess the safety and efficacy of the drug, compensation for scientist and researchers for doing preliminary research, and the cost of FDA submissions.  There are many reasons why developmental drugs are never brought to market, including inability to demonstrate sufficient efficacy and the presence of side

effects which can prevent approval or lead to insufficient commercial advantage, or the presence of other compounds in the portfolio which compete for investment dollars and demonstrate greater potential.

8.    Because of the enormous costs and risks of pharmaceutical R&D, Abbott has on a number of occasions sought out the participation of outside companies in various forms of collaboration with respect to developmental drugs.  The amount that Abbott could invest at any given time in the research and development of new compounds was not unlimited and such transactions potentially allowed Abbott to try to develop more of the compounds in its pipeline than would otherwise be the case.  The Research Funding Agreement ("RFA") between John Hancock Variable Life Insurance Company ("Hancock") and Abbott, executed in March 2001, was one such transaction.

9.    I did not personally negotiate the RFA with Hancock but I signed the agreement on behalf of Abbott.  It was my understanding that the purpose of the RFA was to obtain approximately $200 million from Hancock which would be used towards funding a basket of Abbott developmental compounds in return for royalties on sales that Abbott might achieve on any drugs that were actually approved.  I believed that the RFA was in Abbott's interest and in the best interest of patients because it potentially might allow Abbott to develop more developmental compounds than it could otherwise to afford to do.  I was not involved in the selection of the particular developmental compounds that we included in the RFA with Hancock.  However, I was aware that they were in different stages of development with accordingly different risk profiles.

10.    The PEC generally met twice per year to review all of Abbott's R&D programs.  During those meetings, program leaders for each of the compounds in various

stages of development would present the status of the programs to the entire group as part of a portfolio review. The group would then meet in executive session to make determinations with respect to the R&D plan and the R&D budget, including whether any events had occurred that warranted discontinuation of development (for example, unfavorable clinical trial results or changes in the competitive or regulatory environments).

11.    At the end of 2000, Abbott acquired the Knoll Pharmaceutical Division of BASF Corporation ("BASF"). As part of that acquisition, Abbott acquired a new set of R&D compounds or projects as well as increased R&D funding that had been allocated by BASF to those projects. In order to put the two sets of development projects together, examine the total budget, and prioritize the combined portfolio, we held a special Portfolio Review Meeting from March 7-9, 2001 at the Hyatt Deerfield, in Deerfield, Illinois. Similar to the bi-annual portfolio review meetings, each program leader for every compound in development at both companies made a presentation to the Pharmaceutical Products Group leadership regarding the status and prospects of the compounds for which they were responsible. Attached hereto as D's Exhibit 621 is a true and correct copy is an agenda for the portfolio review meeting showing the compounds which were reviewed at the meeting. They included drugs in the categories of anti-infectives, urology, asthma, oncology, cardiology, thrombosis, neuroscience, and gastroenterology. According to the agenda, approximately thirty-five compounds in development were discussed at the meeting, as well as ten drugs already being marketed that were the subject of additional R&D. The presentations took place over three full

- 5 -

days. Each of the nine compounds in the basket that were included in the RFA with Hancock was presented just like every other drug in the Abbott/Knoll portfolio.

## ABT-518

12.    During this portfolio review meeting, Dr. Perry Nisen, who was the Vice-President of Oncology Development in 2001 (the unit of the PPG responsible for development of potential cancer drugs), gave a presentation regarding a compound called ABT-518. ABT-518 is a Matrix Metalloproteinase Inhibitor ("MMPI"), a new class of compound that we hoped would be efficacious in the treatment of cancer. It was one of the nine compounds included in the Hancock investment.

13.    According to the agenda, the presentation lasted for fifteen minutes and the discussion for the group was to take place for five minutes thereafter. To the best of my recollection, these time periods generally corresponded to what actually transpired. Attached hereto as D's Exhibit 782 is a true and correct copy of the slide presentation which I believe Dr. Nisen presented at the portfolio review. To the best of my recollection, this was the first substantive presentation I had attended with respect to this compound since I joined Abbott.

14.    A number of other companies were seeking to develop MMPIs as well, and some were in advanced clinical development. By contrast, ABT-518 was an early stage compound that was just scheduled to enter Phase I clinical trials (first in-human small scale study). I learned during the presentation that some competitors' MMPI compounds had experienced difficulties in clinical trials, such as side effects involving musculoskeletal pain and stiffness in the joints ("joint toxicity") and had not yet demonstrated efficacy. Dr. Nisen expressed the belief that the Abbott compound would

- 6 -

be able to avoid these problems and demonstrate efficacy in some indications based upon the promising pre-clinical work that had been done to separate efficacy from toxicity. The preclinical data showed that ABT-518, compared to the competitors' compounds, was highly selective for the inhibition of gelatinase A and B (which play a role in tumor progression), very potent, and was not expected to produce joint effects. However, the competitive data available to date was very limited, because the companies had not published the clinical trial data from their most recent trials, including all of the information regarding clinical study protocols, the numbers of patients, primary and secondary efficacy endpoints, and other detailed scientific data that is generally necessary to evaluate clinical trial results. We were particularly interested in clinical data regarding Pfizer's recent studies because its MMPI compound, Prinomastat, was being tested in advanced stage (Phase III) trials and, like ABT-518, was more gelatinase selective than the other MMPI compounds (although it was not as selective as ABT-518). Also, Pfizer had not presented at the 2000 American Society of Clinical Oncologists ("ASCO") conference, therefore, available clinical data regarding this compound was particularly outdated.

15. Following Dr. Nisen's presentation, the senior management group had a brief discussion about ABT-518. The principal question regarding this compound was whether it could be distinguished from competitive MMPI compounds or whether the negative results that had been available to date indicated the possibility of class wide effects that would apply to ABT-518 as well. We did not believe that we could make this determination in the absence of clinical data concerning recent trials of the competitive compounds. The annual meeting of the ASCO was scheduled for mid-May. This is the

most important conference in the oncological field, and we knew that detailed

information concerning competitive MMPI compounds including peer-reviewed reports

of the clinical data was going to become available at that conference. Accordingly, we

believed that we should put a temporary hold on the Phase I clinical trial, which was just

beginning, to await this information. If the clinical trial data at the ASCO conference

was sufficient to convince us that there was a good likelihood of distinguishing ABT-518

from the competitive compounds or that the problems that had been generally reported

were likely not class wide, we could then begin the clinical trial with minimal delay. If,

on the other hand, the ASCO results revealed that, given the specific clinical data

regarding other compounds in the class, the efficacy or toxicity problems would likely

also exist with ABT-518, we would not have expended funds which could have been

used for other R&D compounds. The committee therefore instructed Dr. Nisen to put a

hold on further ABT-518 activities until after the ASCO conference.

16.     Within days of the March 7-9, 2001 Portfolio Review Meeting, Dr. John

Leonard, then Abbott's Vice President for Global Pharmaceutical Development (who

reported directly to me) and Dr. Nisen met with me to express their disagreement with

that decision and seek a reversal of it. They reiterated their belief that the pre-clinical

work on ABT-518 showed ABT-518 had the potential to distinguish itself from the

competitive compounds. They pointed out that, because Abbott was behind other

companies in MMPI development, even the few months we would lose by putting a hold

on the Phase I trial could place Abbott at a competitive disadvantage should the clinical

data at ASCO validate continued development of ABT-518. They also explained that the

costs to continue the Phase I clinical trial were not high, and if that data subsequently

suggested that ABT-518 should not be developed, we could stop the program at that time. I found these arguments persuasive, and told Dr. Leonard and Dr. Nisen that the hold should be lifted. The clinical trial was resumed shortly thereafter and, to my knowledge, the brief temporary hold that had been placed on the clinical trial until the ASCO results could be obtained and analyzed had no impact on the developmental schedule for ABT-518.

17.    I understand Dr. Leonard believes he may have mentioned the upcoming Hancock Agreement to me during this meeting to remind me that we had additional funds to invest in ABT-518 which would improve the risk profile of the compound. I do not have a specific recollection of discussing the Hancock Agreement in this conversation. In any event, the Agreement with Hancock played no role whatsoever in my decision to lift the hold. That decision was based solely on the arguments put forth by Drs. Leonard and Nisen, in which they indicated that the costs of delaying the trial until after ASCO outweighed the benefits. Before and after the decision, with respect to the temporary hold, it was without question our intent to make no decision about the future of ABT-518 until we obtained the results from the ASCO conference and were able to analyze them and determine their applicability to ABT-518. As discussed below, that is exactly what we did.

18.    I understand that Hancock claims a document entitled "Initial Portfolio Prioritization" shows that Abbott had decided to terminate ABT-518 at the March 7-9 portfolio review. I have examined this document, which has been marked as Plaintiff's Exhibit PT in this case. This is not a document that I recognize as being prepared by anyone within Abbott in the ordinary course of business or otherwise at my direction. I

have no recollection of ever seeing this document, or any other document in a similar format, until my deposition in this case. I understand that the document was sent to me electronically by an employee of McKinsey and Company, Inc. ("McKinsey") named Jessica Hopfeld. McKinsey was retained by Abbott in connection with the Knoll acquisition and generally had a number of people present at meetings in which we discussed integration of the portfolio and other strategic questions related to the transaction. I do not recall instructing McKinsey to prepare this or any other summary of specific compound decisions.

19.    To the extent that the entry under ABT-518 "hold - wait for May results from Pfizer - (will save $1 million) and reevaluate" refers to the hold placed on the compound which was then lifted shortly thereafter, and that the "May results" refer to the ASCO conference data, it is consistent with my memory of the decision made at the portfolio review meeting. I do not know what is meant by the phase Hold/T (terminate), which appears in one version of the document. There was certainly no decision, at that meeting that ABT-518 would be terminated without a thorough review and evaluation of the ASCO data.

20.    The ASCO conference was held on May 12-15, 2001. On May 28, 2001, I subsequently attended a presentation by Dr. Nisen and other members of the ABT-518 team regarding the data obtained at the conference. While, as stated above, some limited, general information regarding recent trials of competitive compounds had been available in press releases and news reports before ASCO, we obtained for the first time at the ASCO conference the detailed clinical and scientific data that was necessary to make a decision about whether the development of ABT-518 should proceed. Indeed, it is my

understanding that, under the rules of the ASCO conference, information which had

previously been made available publicly was not eligible to be published at the

conference. By definition, therefore, the data that we obtained and relied upon was not

known to Abbott until the conference was held.

     21.    Attached hereto as D's Exhibit 586 is a true and correct copy of the

presentation prepared by the project team summarizing the data obtained at the ASCO

conference, which was presented to me on May 28, 2001. In the oral report that

accompanied this presentation, Dr. Nisen also provided additional details regarding the

clinical data. Although I do not recall all the details provided by Dr. Nisen regarding the

ASCO clinical data, I recall generally that he reported information such as the numbers of

patients and the protocols of the studies. As reflected in the presentation, Dr. Nisen

reported that "negative findings" regarding Prinomastat, Marimastat, and Bay 12-9566

were released at the conference. He reported that the clinical data from Pfizer's Phase III

trial of Prinomastat in patients with non-small cell lung cancer showed "[n]o survival

benefit" and that data from a Phase III trial in patients with hormone refractory prostate

cancer showed "[n]o effects on PSA [i.e., a prostate specific antigen protein that is

measured to track cancer progression.], progression free survival, [or] overall survival."

As reflected in the presentation, Dr. Nisen reported that Pfizer released the results of a

Phase I/II trial of Prinomastat as a "single agent" (*i.e.*, not in combination with other

therapies) in 44 patients with refractory metastatic breast cancer. In his oral report, Dr.

Nisen noted that the efficacy data from that trial also was negative. In addition, Dr.

Nisen reported that the data from all three trials showed grade 2 joint toxicity at all dose

levels (5, 10, and 15 mg twice-a-day). Dr. Nisen also reported negative data from British

Biotech's trials of Marimastat. For example, as reflected in the presentation, he reported that the data from British Biotech's small cell lung cancer study showed "no benefit on progression free survival or overall survival." In addition, Dr. Nisen reported that the clinical data from Bayer's trial of Bay-12-9566 in patients with ovarian cancer showed "[n]o benefit on survival." Dr. Nisen concluded by recommending that Abbott complete the ongoing Phase I trial of ABT-518 prior to making a final decision on how to proceed.

22.    Based upon the data we obtained at the ASCO conference, the PEC concluded, shortly after the May 28, 2001 presentation, that Abbott should not proceed with further development of ABT-518. The clinical data showing a lack of efficacy of Prinomastat and other compounds in advanced trials involving a range of cancers, as well as the joint toxicity experienced by the competitors, led to our decision to terminate the program. We had hoped that ABT-518, because of its greater selectivity, could avoid the side effects of the competitive compounds and be administered in larger doses to achieve greater efficacy. However, we concluded, based on the ASCO data, that there was a greater likelihood of class-wide efficacy and joint toxicity problems with the MMPI compounds than we anticipated based on the clinical data from animal testing of ABT-518. We concluded that, based upon the clinical data that we had obtained from ASCO, it was very unlikely that ABT-518, despite its greater potency and selectivity, would have the kind of efficacy and safety needed to justify further the investment in the project.

23.    I understand that Hancock is contending that Abbott reviewed its supposed March decision to discontinue development of ABT-518 at an early May 2001 strategy review, before the ASCO conference was even held. While I do not recall the specifics of this review, I can unequivocally and without reservation state that Hancock's

- 12 -

contention regarding when the decision was made is not true. Strategy retreat meetings

of this kind were held periodically and were high level reviews of our therapeutic areas.

The presentations generally focused on market dynamics, general scientific opportunities,

and the competitive landscape. We did not make project decisions at these forums

because the presentations and discussions were focused on overviews of the therapeutic

areas and not on specific project reviews. I have reviewed the oncology presentation that

was given during this strategy retreat and it is consistent with my recollection that no

decision was made at this meeting. Furthermore, if this decision had been made at the

May strategy review, there would have been no reason for senior management to analyze

the results of that conference on May 28, 2001 as we did. It was always our intention to

make a decision on ABT-518 based upon the scientific data that we knew would become

available at the ASCO conference and that is exactly what we did.

**ABT-594**

24.     ABT-594 was another compound in development at Abbott in 2001 which

was included in the basket of drugs in which Hancock invested. ABT-594 was in the

class of pharmaceutical compounds known as Neuronal Nicotinic Receptors ("NNRs").

We believed that ABT-594 was a promising novel pain medication which had the

potential to be the first compound in its class to be approved. However, we were also

aware that in the Phase I clinical trial results, some patients who had been given a

relatively low dose of the drug had experienced adverse events, including nausea,

headache, dizziness, insomnia and vomiting.

25.     The compound moved into a Phase IIb clinical study in April 2000. The

final results of that study were expected to become available in mid-2001. One of the

- 13 -

major issues to be determined by that clinical trial was at what dose the compound was most efficacious, and whether the side effects at that dose could be minimized so as to justify further investment in its development. The relationship between a proper dose for efficacy and an acceptable toxicity or side effect profile is known as a therapeutic index.

26.    I was familiar with the general design of the Phase IIb clinical trial for ABT-594. The trial was what is known as "dose ranging" because it was designed with four different dosages: placebo (containing no drug at all), 150 mcg, 225 mcg, and 300 mcg. One of the purposes of designing the study in this manner was to include dose levels that were higher than that believed necessary to achieve efficacy so that the side effect profile for the drug could be developed. Accordingly, we expected that at the higher doses there would be drop outs from the study that would occur because of side effects. However, during the course of the clinical trial, it would be impossible to know at what dose any drop outs were occurring. This is because the clinical trial was "double blinded." A double blinded clinical trial is one in which patients receiving the drug, the investigators administering the drug, and the sponsor of the clinical trial (i.e. Abbott), do not know which dose each patient is receiving. Information correlating side effects, efficacy and other clinical results with the dose given each patient is not released or "unblinded" until after the entire trial has been completed.

27.    I was aware of and agreed with a decision by the PEC to enroll less than the original target number of patients in the Phase IIb clinical trial. It is not uncommon for clinical trials to experience some slowness in reaching target enrollment on schedule, nor is it unusual to experience patient drop outs in a study for a variety of reasons, including adverse events. It is typical at Abbott that, as enrollment in a clinical trial was

coming to an end, the question of whether the study could be completed on a timely basis with fewer subjects was discussed. This is because the loss of time in obtaining clinical results can cause a delay in ultimate approval and development of the product, which in turn can lead to a loss of market opportunity and revenue. In the case of this clinical trial, the PEC was informed that an analysis had been performed by Abbott statisticians to determine whether reducing the number of enrollees from 320 to 269 would have any effect on the statistical reliability of the results and that they concluded it would not. Accordingly, Dr. Leonard informed the PEC that we could complete the study with the smaller number of patients and save a significant amount of time and money. The PEC approved this change in enrollment.

28.     I have no recollection of any presentation to me or to the PEC in which the issues of drop out rates or reduction in enrollment from the clinical trial was discussed as a reason for substantive concern with respect to the ultimate success of ABT-594. I attended a detailed presentation on ABT-594 by Chris Silber, Venture Head for The Analgesia Venture, and other members of the ABT-594 development team, including Dr. Bruce McCarthy, on February 2, 2001. Attached hereto as D's Exhibit 748 is a true and correct copy of the slides that were presented at that time. There was no mention in the presentation of any concern that drop outs or the reduced enrollment might affect the ultimate likelihood of success of the clinical trial nor do I remember any such discussion. To the contrary, the project team reported that the reduction in enrollment in the study would not affect its statistical validity:

# M99-114 Status

- Enrollment
  - Ended 1/5/01 at 269 subjects
  - Pre-specified power not reached
  - Width of confidence intervals not meaningfully different between 269 and 320 enrolled
- Database release – 5/01
- Go/No Go – 6/01

HIGHLY CONFIDENTIAL

ABBT 0002433

29.    There was also a presentation of ABT-594 at the March 7-9, 2001

Portfolio Review Meeting, which previously I referred to in my testimony above.

Attached hereto as D's Exhibit 620 is a true and correct copy of the presentation slides

for this meeting.  Again, there was no information presented at that meeting regarding

interim data from the clinical trial nor any expression of concern that the prospects for

ABT-594 would be affected by the drop out rate or reduction of enrollment in the clinical

trial.  Nor was there any presentation or analysis of interim or blinded results from the

4490250 1

clinical study. Moreover, I believe that any concern based upon such data would have been completely unwarranted. The drop out rate in the ABT-594 clinical trial was not unusual, particularly in a pain trial, and, in a double blinded study like this one, no conclusions could be drawn from it. This is because, as I explained above, it was expected that at the higher doses there would be drop outs from side effects, and indeed, those doses had been selected specifically to define an adverse event profile. Without knowing what doses were administered to the patients who had dropped out, it was entirely possible and likely that the adverse events were suffered by patients who were administered higher doses, which might be higher than needed to achieve efficacy. In addition, drop outs often occur for other reasons, including the fact that patients receiving the placebo who suffered from pain were not permitted under the protocol to be on any other pain medication. For those reasons, it is well known among those experienced with clinical trials that no conclusions can be drawn from dose-ranging blinded clinical studies of this type until the results have been unblinded. This is particularly true in pain trials.

30.     I do not recall any discussion whatsoever, during that meeting or any other meeting which I attended prior to the unblinding of the Phase IIb clinical trial results, that ABT-594 would probably be terminated. Rather, consistent with every discussion I am familiar with regarding ABT-594, the consensus was that a Go/No Go decision on this compound would be made based upon the unblinded results of the Phase IIb clinical trial, which were expected to be available in one to two months.

31.     I have reviewed the document generated by McKinsey which I understand Hancock claims contains an entry reflecting discussions held at the March 7-9, 2001 Portfolio Review Meeting about ABT-594. As I previously have stated, I have no

4490250.1

recollection of seeing this document at the time, although apparently it was e-mailed to me by someone at McKinsey. I can say that, to the extent this document is claimed by Hancock to reflect a decision by senior management that ABT-594 would probably be terminated before the results of the Phase IIb clinical trial were unblinded, it is completely inaccurate and does not describe anything that I recall from that meeting. I have not seen any documents generated by Abbott, as opposed to McKinsey, that reflect any discussion, much less a decision, that ABT-594 would probably be terminated, prior to the unblinding of the clinical trial results.

32.     The blind on the ABT-594 clinical trial was broken and results available at the end of April 2001. Attached hereto as D's Exhibit DN is a true and correct copy of the April 27, 2001 Monthly Highlights Memo that was sent to me by Dr. Leonard. I attended several meetings of the PEC after the results had been analyzed to discuss the future of ABT-594. For example, on August 21, 2001, the PEC conducted a review of ABT-594 in which the unblinded clinical results were discussed. Attached hereto as D's Exhibit 784 is a true and correct copy of the presentation made by the ABT-594 project team to PEC at that meeting. The project team, reporting on the unblinded clinical results, stated that: "ABT has a narrow therapeutic window and efficacious doses are poorly tolerated as dosed currently." *Id.* at ABBT0184374. In other words, we had learned from the unblinded clinical results that the doses which were needed to achieve significant efficacy also led to an unacceptable level of side effects. The team also reported that the Decision Analysis Strategic Group within Abbott had analyzed ABT-594 to determine its commercial value if modifications to improve tolerability were made and had concluded that "that the expected value for these modifications is small, although

4490250 1

positive. *Id.* In other words, it was being projected that the compound, as modified, would still generate some positive revenue, but not a significant amount.

33.    The PEC further met to consider ABT-594 on October 8, 2001. There was some discussion of whether another dosing clinical trial should be held to determine whether modifications to dosing methods to improve the tolerability of ABT-594 should be attempted. However, after careful review, the decision was made to terminate internal development of the compound. We concluded, based upon all the available information, that although ABT-594 had efficacy at certain dosage levels, the side effect profile at those levels would limit the commercial upside and make it an unattractive investment for Abbott.

**ABT-773**

34.    ABT-773, a compound that was also one of the nine compounds in which Hancock invested, was an antibiotic known as a ketolide that Abbott was developing for four indications: acute bacterial exacerbation of chronic bronchitis, pharyngitis, community-acquired pneumonia ("CAP"), and acute bacterial or maxillary sinusitis.

35.    In December 2000, I attended a presentation in which the ABT-773 project team provided an overview of the status of the project to me. Attached hereto as D's Exhibit 787 is a true and correct copy of the December 2000 presentation slides. This was the first formal presentation I recall receiving on that compound since I joined Abbott. At that time, ABT-773 was one of the top projects under development at Abbott given the value it was expected to have to the company and the fact that it was already at a late stage of development.

36.    Potential regulatory issues with respect to the approval of ABT-773 were discussed at the presentation.  Specifically, there was discussion of the potential for abnormal heart beat prolongation (known as "QT" prolongation).  The issue involved a generalized FDA concern with respect to all therapeutic drugs submitted for Agency approval, and most specifically with a broad class of anti-infectives known as macrolides, which had been well known for years to have potential QT effects at high doses.  (Despite these issues, Abbott's Biaxin® antibiotic, a macrolide, has been a hugely successful drug).  The FDA was asking whether "ketolides behave like macrolides." *Id.* at ABBT205225.  My understanding from that presentation and other information I obtained from the project team, however, is that there was no data whatsoever that suggested there was any actual issue with QT prolongation with respect to ABT-773.  To the contrary, all of the data we had developed in the Phase II clinical trials showed the lack of any significant QT effect.  The only dose effect that had been noted was in small samples in the Phase I trials at doses of 800 mg, many times the dose that was expected to be prescribed to patients.  A slide from the December 2000 presentation summarizing the data on this issue is below.



*Summary of ECG*

- A possible dose effect in Phase I at total daily dose >=800mg.
- No significant QT effect observed when ABT-773 was administered with the metabolic inhibitor ketoconazole.
- No concentration response in Phase I studies (<=300mg).
- No consistent QT effect observed at clinical doses studied in Phase IIB studies.
- Will continue to monitor QT in Phase III programs.

Confidential

ABBT205202

As reflected in this slide, we were told by the project team that: "no consistent QT effect [had been] observed at clinical doses studied in Phase IIB studies."

37.    The issue of potential liver toxicity was also discussed at the December ABT-773 meeting.  We were informed that in 2000 there had been a single small Phase I study in a Japanese population as part of the development program, which included Japanese patients living in Hawaii.  In that study, there were a few patients who demonstrated elevated liver function toxicity ("LFT") levels.  However, the results were completely at odds with what we had observed in the other clinical trials for ABT-773.  Those clinical trials, which had included several hundred patients, did not demonstrate any liver issues, so the results of the study appeared to be an anomaly.  Like the QT prolongation issues, FDA was looking at liver toxicity as a potential issue for all antibiotics and had not cited any particular data or other basis for concern with respect to ketolides generally or ABT-773 in particular.  At the December 2000 presentation, the project team reported to the management group that there was no "evidence of LFT issue

4490250.1

in western subjects" and "no consistent evidence of dose response." It was agreed that the Japanese bridging study results should be confirmed. Below is a copy of that presentation slide.



*LFT Summary*

- No evidence of LFT issue in Western subjects.
- No consistent evidence of dose response.
- Japanese bridging study results should be confirmed.
- Will continue to monitor LFT in Phase III programs.

Anti-Infectives
*Experience Leadership Vision*

Confidential                                                                                    ABBT205214

38.    I attended a PEC presentation regarding ABT-773 on March 19, 2001. This was only a few days after the RFA between Hancock and Abbott was signed. Attached hereto as D's Exhibit 631 is a true and correct copy of the presentation slides. QT prolongation was again discussed, and it was affirmed that there was no data indicating that ABT-773 had any QT issues at normal doses. During the presentation it was reported that "no clinically relevant QT effect in Phase II studies 150-600 mg. daily" was found in a large study of 412 patients:

4490250 1

Highly Confidential

ABBT120480.UR

# QT Prolongation

- Purkinje fiber repolarization
  - APD increase at 5 mcg/mL (10x clinical Cmax) in the absence of plasma proteins, but not in their presence
  - Moxi > Clari > Ery ~ ABT-773 > Levo (without plasma)
- Dogs
  - no significant effect on QTc up to 9 mcg/mL
  - 11% increase (40 msc) at 22 mcg/mL
  - Telemetry-instrumented dog study requested by FDA will be completed by May 1, 2001
- Humans
  - Possible dose effect in Phase I at daily dose > 800 mg
  - No significant QT effect in ketoconazole interaction study
  - No clinically relevant QT effect in Phase II studies 150 – 600 mg daily (n=412)

39.    With respect to liver toxicity issues, we had repeated the study with Japanese subjects to determine whether slight liver elevations were caused by the drug or by diet of the Japanese population.  The project team reported at the March 19 update that the results confirmed that there was no evidence whatsoever of liver toxicity issues.

4490250.1

Highly Confidential

# **Hepatotoxicity**

- Toxicology studies
  - NTEL for LFT abnormalities in rat = 3-8 x clinical AUC
  - NTEL for LFT abnormalities in monkey = 2-4 x clinical AUC
- Clinical experience
  - No evidence of LFT issue in Western subjects (<1% asx LFT elevation in >1000 pts in phase II-III studies)
  - Japanese in bridging study showed increased LFTs.
    - 7 of 42 (17%) Japanese subjects had >3x ULN
    - No evidence of dose response
    - Repeat study in Japan showed no evidence of LFT increases in Japanese (n=60) or Caucasians (n=8).

ABBT120481.UR

40.     In sum, as of March 2001, based on all of the data available to Abbott, there was no basis to believe ABT-773 had serious safety issues that would pose an obstacle to FDA approval of the compound.

41.     I was generally aware that it was one of the goals of the ABT-773 program to achieve once per day dosing (QD) for all indications for which approval was planned to be sought. However, I also understood that once per day dosing was much more important for the two less severe and more commercially significant indications, chronic

4490250 1

bronchitis and pharyngitis, and that dosing might be twice a day (BID) for the more severe indications of pneumonia and sinusitis. By the March 14, 2001 update, we had sufficient data to select once per day dosing for bronchitis and pharyngitis, but needed further clinical trial results to decide the proper dosing for the other two indications. The updated presentation reported the dosing status at that time. "150 mg QD selected for ABECB and pharyngitis in pivotal Phase III comparative studies. 150mg QD and 150 mg BID will be evaluated to select a regimen for CAP and ABS." D's Exhibit 631 at ABT120488.UR.

42. The clinical data necessary to make this dosing decision was not going to become available until July 2001, and it was presented to me and Dr. Leonard at that time. Attached hereto as D's Exhibit DO is a true and correct copy of the August 10, 2001 Monthly Highlights memo reflecting that a presentation was made to senior management on this issue. Based upon that data, we decided to pursue twice a day dosing for the more severe indications. The decision was based on the fact that we did not have sufficient information as of July 2001 to determine whether once-a-day dosing would be sufficient for the more severe indications. Rather than wait for additional data and slow down the development of the compound, we decided to proceed with twice-a-day dosing. We believed this decision would have a limited impact on the commercial prospects of this compound for several reasons. First, there are many drugs on the market for those indications that were twice a day or three times a day. Second, these indications are a much smaller part of potential market for ABT-773. Third, we expected that we would be able to launch ABT-773 with once-a-day dosing for the more severe indications one year after its initial launch with twice-a-day dosing. Finally, twice a day

dosing is only a minor factor in markets outside the United States, which were expected to constitute almost half of the sales for these two indications (and is actually preferred in Japan).

43.    In December 2001, the Pharmaceutical Executive Committee met to review a number of events that had occurred since April 2001 that had substantial adverse effects on the prospects for ABT-773.  Attached hereto as D's Exhibit EC is a true and correct copy of the Agenda and slide presentation for that meeting.  As summarized in the presentation, these developments fell within three categories:



Highly Confidential

ABBT120515 UR

2

44.    The term "KETEK ADVISORY" on this page refers to an advisory meeting that the FDA held regarding Ketek, a competitive ketolide that was under

4490250 1

development by another pharmaceutical company, Aventis, and was expected to be the

first ketolide to be approved for marketing. However, instead of approving the drug, the

FDA determined that there was insufficient data to demonstrate that there were no issues

with respect to QT prolongation and liver toxicity. The FDA also determined that the

data supporting a resistance claim for Ketek was insufficient. Instead, Aventis was going

to be required to perform a 20,000 patient study to demonstrate the safety of its drug and

substantial additional data to support a resistance claim. The effect of the Ketek advisory

was presented to Abbott's Board of Directors, of which I was a member, in a September

7, 2001 Operations Highlights, as causing a one-year delay in the development of the

compound. Attached hereto as D's Exhibit 501 is a true and correct copy of the

September 7, 2001 Board of Directors Operations Highlights.

45.    "DOSE DECISION" refers to our determination, in July 2001, that two of

the four indications would be twice daily, at least at the time of launch. However, in

November, the Phase III trial results for the pharyngitis indication showed that ABT-773

dosed once daily had insufficient efficacy for approval. These results cast substantial

doubt upon the potential for once a day dosing in the remaining indication, bronchitis.

46.    The heading "EFFICACY AND SAFETY DATA" refers to new data from

the Phase III clinical trial results which we obtained in November, 2001. Some liver and

enzyme elevations had been observed in a few subjects in those clinical trials. Although

the severity and incidence of these effects were in an acceptable range for antibiotics,

there was concern that the findings would require a much larger safety database. Second,

because the Phase III pharyngitis trial had shown insufficient efficacy, we stood to lose

the biggest single indication that had been projected for ABT-773. Pharyngitis

represented 53% of the potential market for ABT-773, with a net present value of more than $117 million.

47.     In January 2002, Dr. Stan Bukofzer and Dr. Eugene Sun, who were responsible for the ABT-773 project, wrote a Memorandum to Abbott's CEO, Miles White, on behalf of the PEC, recommending that the development of ABT-773 be suspended because of the adverse events that had occurred beginning with the Ketek advisory in April 2001. Attached hereto as D's Exhibit 761 is a true and correct of the January 2002 Memorandum. The Memorandum sets forth in greater detail the reasons for that recommendation. As stated in the letter, the PEC was "extremely disappointed to recommend stopping a key Phase III program in development," one that we had expected to be a top value asset in the portfolio and in which we had already invested hundreds of millions of dollars. However, I believe the PEC's recommendation was the correct one, given the uncertainty, increased regulatory hurdles, and diminished commercial value caused by the adverse developments I have described. The Memorandum also provided a summary of the events since March 2001 that had caused ABT-773 to diverge from its target product profile, including the loss of the pharyngitis indication:

> In November, the pivotal U.S. Phase III trial in pharyngitis showed that ABT-773 dosed once daily at the chosen dose had insufficient efficacy for approval. Additionally, these results cast some doubt on the potential for QD dosing for bronchitis.

*Id.* at ABBT0559668. The loss of the pharyngitis indication was "forecasted to erode more than $117MM in NPV from ABT-773 . . .." *Id.* at ABBT0559670. The Memorandum also noted that the resistance claim we had been seeking for ABT-773 would be "challenging to achieve" based on new information from the April 2001 Ketek advisory:

> The resistance claim is based on successful treatment of pneumonia
> patients who have resistant organisms. The original ABT-773 plan
> targeted approximately 15 such patients. In 2001, the EMEA and FDA
> evaluated telithromycin (Ketek), Aventis' first-in-class ketolide. Neither
> the EMEA nor the FDA considered the Ketek data sufficient to support a
> resistance claim based on 17 patients with about an 85% eradication rate.
> It is now anticipated that a resistance claim for ABT-773 will required a
> larger number of resistant isolates (this requirement will significantly
> increase the size, complexity and duration of clinical trials) as well as an
> eradication rate of at least 85%.

*Id.* at ABBT0559669. Finally, the safety database that would be required by the FDA

had increased dramatically since the Ketek advisory, causing us to conclude that:

> QT prolongation by ABT-773 has not been fully characterized and
> remains a potential liability. In recent years, broad regulatory attention to
> this issue has resulted in increasing requirements for in vitro as well as
> clinical data to assess this risk. To date, data indicates that QT
> prolongation by ABT-773 is comparable to clarithromycin and Ketek, but
> FDA has requested additional studies. Should these studies suggest
> clinically significant risk, regulatory actions could include non-approval,
> Black Box warning, or contraindication in at-risk populations.

*Id.* at ABBT0559669. The Memorandum also noted the liver enzyme elevations that had

been observed in the October 2001 clinical trial and noted that while the "incidence and

severity of these findings fall within an acceptable range for antibiotics, future findings

may drive the requirement for a larger safety database." *Id.* at ABBT0559670. Our

decision ultimately proved to be correct since Ketek, which was ultimately approved by

the FDA subject to warning labels and an enormous amount of additional clinical work,

has been a remarkably unsuccessful drug for Aventis.

     48.     Ongoing work for clinical studies and other projects for ABT-773

continued through the spring of 2002. During this time there were several clinical studies

that were continuing and we were internally analyzing whether to discontinue the

4490250.1

development of the compound. It wasn't until the summer of 2002 that a final decision

was made by Mr. White and the PEC to discontinue development of ABT-773.

This concludes my testimony.


I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct.

Executed on __2/17/09__ , 2008 at __Chicago, IL__ .


Jeffrey Marc Leiden, M.D., Ph.D.

4490250.1

DN



| | VICE PRESIDENT GLOBAL PHARMACEUTICAL DRUG DEVELOPMENT | FROM: | John M. Leonard, M.D. |
|---|---|---|---|
| | | DEPT: | 432, AP9-1 |
| | | PHONE: | 847-938-4545 |
| | INTEROFFICE | FAX: | 847 937-3918 |
| | MEMORANDUM | DATE: | April 27, 2001 |

TO:  Jeff Leiden          D-3RD      AP6D

CC:  Arthur Higgins      D-309      AP30
     Bob Funck           D-404      AP9
     Gill Hodkinson      D-477      AP6A

RE:  MONTHLY HIGHLIGHTS – APRIL 2001


**ANALGESIA**

<u>ABT-594</u>

The blind was broken on April 23 for M99-114, our Phase IIb Painful Diabetic Neuropathy study, and the results will be available during the week of April 30th.


**ANTI-INFECTIVE**

<u>ABT-492</u>

Based on PK and safety data from the completed Phase I study (Part I-III), we will continue with Phase I and Phase IIA studies planned for 2001.

<u>ABT-773 (Ketolide)</u>

With the ending of the winter season, Phase III enrollment for CAP (224 actual) and sinusitis (278 actual) are behind projections.  Phase III start up activities are nearing completion in Central America for CAP and ABS, and in South Africa and South America for CAP for their winter seasons starting in May.  Based on slowing enrollment in the northern hemisphere, we have made the decision to proceed with the enrollment.

A strategic decision analysis process has been initiated with the team to evaluate all options for the ABT-773 dose selection, along with its impact on program timing and cost to be presented to management by the end of May.

The initial Phase I study for the IV formulation is being delayed until July to allow for a protocol amendment to further evaluate dose levels and concentration.  We also want to evaluate EKG data obtained from the additional pharmacology study in dog requested by FDA.  The timing for a Go/No go decision on the IV formulation will be re-assessed once the new start date has been set.

The CMC and Biopharm End of Phase II meeting is scheduled for May 1st and will enable us to present our strategy for bulk drug starting materials, our formulation / bioequivalence plans and drug interaction study results and plans.


**ANTI-VIRAL**

<u>Kaletra</u>

The post approval regulatory commitments due 1Q01 to FDA and EMEA have been submitted.

ABBT143066.UR

April 2001 Monthly Highlights
April 27, 2001
Page 2 of 2

## DIABETES

### ABT-822 (Bimoclomol)

The Phase IIb study unblinding is approaching. Biorex has issued its final pre-unblinding queries, received and entered >80% of the responses, and locked an initial version of the database. Quintiles is performing an audit of this database the week of April 23rd. Pending the results of this audit, final query resolution, final consistency checks, and patient classification, the unblinding is still scheduled for late the week of April 30.

## ONCOLOGY

### ABT-510

Enrollment of first cohort (3 patients at 100 mg continuous subcutaneous infusion) was completed 4/24

### ABT-518

Enrollment of first cohort (3 patients at 24 mg p.o.) was completed 4/23

### ABT-627

With a successful EMEA meeting on 4/23, we are ready to initiate global Phase III pivotal trials in HRPC.

### ABT-751

The U.S. IND was submitted on 4/23.

## PARD

CMC section of IND application for ABT-751 submitted to Reg. Affairs on target.

Apomorphine – support activities leading to launch in EU are on target.

IDC was successfully inspected by MCA on 02 April 2001. Three minor/other observations and two comments were made.

European patent on Modified Release formulation for Clarithromycin successfully upheld. Time has expired for Hexal AG to file for appeal to the opposition decision.

Significant progress was made in understanding the cause-effect relationship for Kaletra SEC dissolution issue. Additional sampling studies revealed some non-uniformity in drug concentration in the lateral direction in the dissolution flask. Based on these results a new sampling plan has been developed. Release testing has resumed utilizing the new sampling plan. New and stability lots are passing mostly at tier 1 level relieving the tightness in the supply chain. In parallel, exploratory studies continue. A pre-approval supplement, coving a tier 2 method to address the need for cross linked capsules, as well as a new tier 1 method proposal, is targeted for filing during 5/01.

Highly Confidential                                                                    ABBT143067.UR

**DO**



| | VICE PRESIDENT GLOBAL PHARMACEUTICAL DRUG DEVELOPMENT INTEROFFICE MEMORANDUM | FROM: | John M. Leonard, M.D. |
|---|---|---|---|
| | | DEPT: | 432, AP9-1 |
| | | PHONE: | 847-938-4545 |
| | | FAX: | 847 937-3918 |
| | | DATE: | August 10, 2001 |

TO:  Jeff Leiden          D-3RD      AP6D

CC:  Dave Goffredo     D-309      AP30
       Ed Ogunro          D-87W      AP30
       Bob Funck           D-300      AP30
       Tom Lyons           D-404      AP9
       Gill Hodkinson     D-477      AP6A


RE:  MONTHLY HIGHLIGHTS – JULY 2001


**ANTI-INFECTIVE**

<u>ABT-773</u>

- The Decision Analysis process was completed and presented to senior management on July 25th, recommending that the Phase III comparator studies for CAP and ABS be conducted with the 150 mg BID dose. We have reached our target of 500 patients enrolled in the ABS QD vs. BID however, and will have the unblinded results available by the end of September to confirm the BID decision.

- The Phase III CAP and ABS study sizes have been increased to improve the chances of obtaining adequate resistant isolates to support our request for a claim for resistance in the label. Also, based on experience gained from the Ketek FDA advisory, we have increased the size of the safety database. Further confirmation of the adequacy of this database will be pursued with the FDA.

- Based on the above changes to the Phase III program, we are re-assessing timelines to the NDA and anticipate a delay beyond the current target of Aug 2002.

- The Phase I QT study protocol is currently being reviewed at FDA and we anticipate written comments from FDA by mid-August.

- An assessment of the Pediatric development to-date was completed, and a proposal to move forward with further formulation development and Phase I studies has been developed. FDA guidelines for a pediatric formulation require companies to show due diligence with a pediatric development program. A pediatric proposal will be made to senior management.

- The Japan development program is progressing with plans being made to initiate an open label study and a BAL tissue study at the end of 2001. At the completion of the open label study in 2002, a meeting with KIKO is planned to present the Phase III plan and address the potential of a bridging strategy.

July 2001 Monthly Highlights
August 10, 2001
Page 2 of 2

**ANTIVIRAL**

ABT-378/r (Kaletra)

REDACTED

**ONCOLOGY**

ABT-627

- The first European Phase III investigator meeting was held July 13-14, and the first three patients were randomized in the M00-244 study.

**PARD**

**UROLOGY**

ABT-598 (KCO)

**DEXMEDETOMIDINE**

ABBT 0003467
HIGHLY CONFIDENTIAL

EC

# ABT 773 Agenda

- Update on key developments since the last PEC
  - Ketek FDA Advisory Meeting
  - Dose Decision for CAP and Sinusitis
  - Efficacy and Safety Data
- Impact of key developments on product profile and NPV of the program
- Future options for the program

1

Highly Confidential

# ABT 773 Team Summary and Recommendations

Since the April PEC, the development plan has been impacted by:



**Summary:**    **Reducing NPV of the product**

2

Highly Confidential

ABBT120515.UR

# ABT 773 Target Profile

| | Target Indications | |
|---|---|---|
| Bronchitis | 5D | QD |
| Pharyngitis | 5D | QD |
| Pneumonia | 10D | QD/BID |
| Sinusitis | 10D | QD/BID |

| Attribute | ABT 773 | Clari | Levo | Azi | Ketek |
|---|---|---|---|---|---|
| **QD dosing** | ABECB/ASP QD CAP/ABS QD/BID | QD | QD | QD No ABS | QD |
| **Short-duration therapy** | ABECB/ASP 5D CAP/ABS 10D | ABECB/CAP 7D ABS 14D | 7-14D | 5 D | ABECB/ASP 5D CAP/ABS 7-10D |
| **Resistance Claim** | Pursuing | ✗ | ✔ (15/15 isolates) | ✗ | Pursuing |
| **Safety** | QT, liver, CYP3A | QT and liver liabilities, CYP3A | No safety issues | No safety issues | QT /liver, CYP3A |

ABBT120516.UR

# KETEK advisory emphasized the regulatory hurdles regarding safety and resistance

- Ketek data insufficiently robust to obtain a resistance claim
- Emphasized QTc and liver function concerns for ketolides



Increased Costs to NDA: $53MM

Increased time to NDA: 1 year

Highly Confidential

ABBT120517.UR

# Capturing the 2001 winter season drives early BID Dose Decision for CAP/Sinusitis

- Assessed six alternative strategies based on technical, regulatory and commercial attributes

| Attribute | ABT 773 | Clari | Levo | Azi | Ketek |
|---|---|---|---|---|---|
| QD dosing | ABECB/ASP QD CAP/ABS BID w/QD follow on | QD | QD | QD No ABS | QD No ASP US |
| Short-course therapy | ABECB/ASP 5D CAP/ABS 10D | ABECB/CAP 7D ABS 14D | 7-14D | 5 D | ABECB/ASP 5D CAP/ABS 7-10D |
| Efficacy with resistant organisms | Pursuing 15 isolates Increased to 25 isolates (~1500 CAP pts) | Under exploration | ✔ (15/15 isolates) 100% | ✘ | ✘ (14/17 isolates) 82% |
| Safety | QT, liver Added 1000 pts (to achieve BID database ~3200pts) | Approved | Approved | Approved | US ~220 000 pts due to liver/ QT concern, EU approval |

Highly Confidential

# ABT-773 Phase III Efficacy Data to date

| Study | Indication | Comparator | Number ABT-773 Subjects | ABT-773 Dose/ Duration in Days | Status |
|---|---|---|---|---|---|
| US, EU (IND) M00-225 | Sinusitis | NA | 660 | 150 BID x 10 d 150 QD x 10 d | 84-86% interim analysis |
| US, Canada (IND) | Sinusitis | Augmentin | 660 | 150 BID x 10 d | Await FDA |
| EU (Non-IND) | Sinusitis | Quinolone | 660 | 150 BID x 10 d | Ready to dose |
| US (IND) M00-219 | CAP | NA | 600-800 | 150 BID x 10 d 150 QD x 10 d | 585/600 Unblind Jan |
| US (IND) | CAP | Levofloxacin | 660 | 150 BID x 10 d | Await FDA |
| EU (Non-IND) | CAP | Amoxicillin | 660 | 150 BID x 10 d | Ready to dose |
| US | Pharyngitis | Penicillin | 520 | 150 QD x 5 d | Failed |
| EU | Pharyngitis | Penicillin | 520 | 150 QD x 5 d | 223/520 |
| US | ABECB | Azithromycin | 600 | 150 QD x 5 d | 578/600 |
| EU | ABECB | Levofloxacin | 500 | 150 QD x 5 d | 327/500 |

6

ABBT120519.UR

# US: M00-223 (IND study)

**ABT-773 150 mg QD VS Penicillin V 500 mg TID Streptococcal Pharyngitis/Tonsillitis**

- Treatment groups :
  - ABT-773 150 mg on Study Days 1-5
  - Penicillin V 500 mg (250 mg x 2) TID tablets on Study Days 1-10
- 2 different protocol designs for Test-of-Cure (TOC) Visits EU vs US



ABBT120520.UR

## M00-223  US Pharyngitis Study
### Eradication Rate at Test-of-Cure Visit

| | ABT-773 | Penicillin | 95% CI | P-value |
|---|---|---|---|---|
| **Bacteriological** | | | | |
| PP | 74% (140/189) | 90% (170/189) | (-23.7, -8.0) | <0.001 |
| ITT | 64% (141/220) | 81% (171/212) | (-25.1, -8.0) | <0.001 |
| **Clinical** | | | | |
| PP | 85% (160/188) | 93% (175/188) | | |

8

Highly Confidential

ABBT120521.UR

# Decision that EU ASP Trial continues



- Indication with 150mg QD lost:

  – **US:** Non-approvable, less than 85% bacteriological cure and less than 10% difference

  – **EU:** Likely non-approvable, less than 10% difference to Penicillin and >80% in 2 trials

- Projected enrollment completed Apr 2002.

- Initial results available Aug 2002.

ABBT120522.UR

# Pharyngitis and earlier Sinusitis Data are Consistent

- Pharyngitis indication: test of cure is bacteriological

  Sinusitis cure rates 86% BID vs 84% QD based on clinical cure with presumed eradication.

- Indications at different doses;

  – Sinusitis 150 mg QD less effective than 150 mg BID even at 10 days

  – Pharyngitis result findings consistent with clari failure at 5 days and success at 10 days therapy

- Sinusitis had no comparator and will still be tested

10

Highly Confidential

ABBT120523.UR

# Impact of Pharyngitis Results on Bronchitis Indication at 150mg QD

- Bronchitis trial likely to succeed based on clinical cure rate (blinded clinical rate 82%)
  - Placebo effect

- Bacteriological failure in pharyngitis raises issues of bacteriological efficacy at 150mg QD dose
  - *S. pyogenes* and *S. pneumoniae* have similar MIC profiles

- Bronchitis is only indication left at 150mg QD dose
  - will not be supported by CAP data (occult CAP a clinical concern - EU)

11

Highly Confidential

ABBT120524.UR

# PART 2

# Impact of pharyngitis data on the product profile

| Attribute | ABT 773 | Clari | Levo | Azi | Ketek |
|---|---|---|---|---|---|
| QD dosing | **CAP/ABS BID\*** <br>**ASP QD ✖** <br>**ABECB QD?** | QD | QD | QD <br>No ABS | QD <br>No ASP US |
| Short-course therapy | **ABECB/ASP 5D** <br>**CAP/ABS 10D** | ABECB/CAP 7D <br>ABS 14D | 7-14D | 5 D | ABECB/ASP 5D <br>CAP/ABS 7-10D |
| Efficacy with resistant organisms | **Pursuing 15 isolates** <br>**Increased to 25 isolates ?** | Under exploration | ✔ <br>(15/15 isolates) | ✖ | ✖ <br>(14/17 isolates) |
| Safety database | **QT, liver** <br>**Added 1000 patients ?** | Approved | Approved | Approved | US ?20 000 pts due to liver/QT concern, EU approval |

•**Possibility of a QD follow on is limited for all indications.**

•**ASP 10days and /or BID repeat studies thought to be commercially unattractive**

ABBT120525.UR

# Safety: M01-325  QT Study Design

- 68 Healthy males and females, 20% greater than 50 years old.

- Double-blind, multiple-dose, four-period crossover each period dosing 5 days, 10 day washout

- Placebo,   150 mg BID,   300 mg BID,   450 mg BID

- Randomized, into 1 of 4 sequences containing




Each period ECG collection:
Day −1 Placebo baseline, Day 1, Day 5 ECG and PK

13

ABBT120526.UR



Study M01-325: 4 Subjects with Significantly Elevated (>3xULN) ALT (All >50 years old)

2 subjects at 150mg BID  and 2 subjects at 450mg BID

ABBT120527.UR



Study M01-325: Relation Between Dose and Day 5 ABT-773 $AUC_{0-18}$

Highly Confidential

ABBT120528.UR



# No. of Subjects Available for Analysis

ABBT120529.UR

17

# Overall Incidence of LFT's Not Changed
## (All Subjects with LFT)

| | ≥3x ULN |
|---|---|
| Original overall N=2884 | 39 (1.4%) [1.0, 1.8] |
| New overall N=2939 | 43 (1.5%) [1.1, 2.0] |
| Current Phase 3 N=1047 | 17 (1.6%) [0.9, 2.6] |

Highly Confidential

ABBT120530.UR

## Investigation of the Available Database Exhibits Low Concern for Continuing at 150mg BID and 300mg BID

### Overall ALT Abnormality Rates in Phase 2 and 3
#### (Normal at Baseline -- ALT <1x ULN)

| | > 1x ULN | ≥ 2x ULN | ≥ 3x ULN | ≥ 5x ULN |
|---|---|---|---|---|
| **150 mg QD** | 71/738 (9.6%) [7.6, 12.0] | 8/738 (1.1%) [0.5, 2.1] | 3/738 (0.4%) [0.1, 1.2] | 2/738 (0.3%) [0, 1.0] |
| **150 mg BID alone** | 38/344 (11.0%) [7.9, 14.8] | 4/344 (1.2%) [0.3, 3] | 1/344 (0.3%) [0, 1.6] | 0 [0, 0.8] |
| **300 mg daily (includes 150 mg BID)** | 88/667 (13.2%) [10.7, 16.0] | 8/667 (1.2%) [0.5, 2.3] | 3/667 (0.4%) [0.1, 1.3] | 0 [0, 0.6] |
| **600 mg daily** | 59/327 (18.0%) [14.0, 22.6] | 8/327 (2.4%) [1.1, 4.8] | 2/327 (0.6%) [0.1, 2.2] | 1/327 (0.3%) [0, 1.7] |

- Only 24 patients at doses 800mg or above
- Dose response demonstrated increases at 600 mg

18

Highly Confidential

ABBT120531.UR

# ALT Changes at Post-Therapy 1-2 Days After Last Dose (Subjects with Normal at Baseline)

| ALT Value | Clari ER* N=783 | ABT-773& 150 mg QD N=574 | ABT-773@ 150 mg BID N=328 | ABT-773# 300 mg N=633 | ABT-773^ 600 mg N=314 |
|---|---|---|---|---|---|
| >1x ULN | 35 (4.5) | 50 (8.7) | 24 (7.3) | 55 (8.7) | 39 (12.4) |
| ≥ 2x ULN | 3 (0.4) | 6 (1.0) | 3 (0.9) | 6 (1.0) | 2 (0.6) |
| ≥3x ULN | 0 | 2 (0.3) | 1 (0.3) | 2 (0.3) | 0 |
| ≥5x ULN | 0 | 1 (0.2) | 0 | 0 | 0 |

*Clari ER similar to Clari IR and MR

*Clari ER Phase 3, ABECB, ABS and CAP
&Phase 2 and 3; @Phase 3; #Phase 2 and 3, including 100mg TID, 300mg QD and 150mg BID.
^ Phase 2, including 200mg TID and 600mg QD.
¶Number (%)

19

Highly Confidential

ABBT120532.UR

# ALT Changes at Post-Therapy 7-14 Days After Last Dose (Subjects with Normal at Baseline)

| ALT Value | Ketek N=1232* | Comparator N=1031* | ABT-773& 150 mg QD N=618 | ABT-773@ 150 mg BID N=302 | ABT-773 # 300 mg N=598 | ABT-773 ^ 600 mg N=273 |
|---|---|---|---|---|---|---|
| >1x ULN | 98 (8.0) | 92 (8.9) | 36 (5.8) | 23 (7.6) | 46 (7.7) | 34 (12.5) |
| ≥2x ULN | 6 (0.5) | 4 (0.4) | 2 (0.3) | 1 (0.3) | 3 (0.5) | 4 (1.5) |
| ≥3x ULN | 1 (0.1) | 3 (0.3) | 1 (0.2) | 0 | 1 (0.2) | 2 (0.7) |
| ≥5x ULN | 0 | 0 | 1 (0.2) | 0 | 0 | 1 (0.4) |

*Ketek Phase 3
&Phase 2 and 3; @Phase 3; #Phase 2 and 3, including 100mg TID, 300mg QD and 150mg BID.
^ Phase 2, including 200mg TID and 600mg QD.
¶ Number (%)

20

Highly Confidential

# Maximum ALT Changes in Phase 3 CAP (Ketek, Clari ER, ABT-773)

**Studies in Subjects with Normal Baseline Values**

| ALT Value | Ketek 800 mg QD N=395 | Clari ER* 1000 mg QD N=121 | ABT-773 150 mg BID N=148 |
|---|---|---|---|
| >1x | 86 (21.8) | 14 (11.6) | 17 (11.5) |
| ≥2x | 14 (3.5) | 5 (4.1) | 2 (1.4) |
| ≥3x | 4 (1.1) | 0 | 1 (0.7) |
| ≥5x | 1 (0.3) | 0 | 0 |

\* Clari ER similar to Clari IR and MR

21

Highly Confidential

ABBT120534.UR

Phase 2/3 (Age Effect)
Maximum Change from Baseline
300MG Total Daily Dose



## Change of SGPT vs AGE

22

ABBT120535.UR

# 3D Model defines relation between hepatoxicity, dose and age



ABECB        60 yrs

CAP          50 yrs

Sinusitis    40 yrs

Pharyngitis  30 yrs

Studies included:

M97-796

M99-011

M99-016

M99-018

M99-024

M01-325

M98-967

Equation: Log(SGPT) = 2.622678 + Log(Baseline) * 0.7179079
- 0.05743167*age -0.2609751*Log(Cmax) +0.009588997*age*Log(Cmax)

23

24

# No "Index" Case to Date in ABT-773

- Up to 3% 3x ULN LFTs acceptable in antibiotics
  (CDER-PhRMA-AASLD conference Nov 2000)

- Asymptomatic
- Reversible
- No change in bilirubin (Hy's law)
- No chronicity

Ketek had 2 index cases

This can drive an increased database need.

Quinolones—6,000 patients

"Hy's law"—10,000 patients

Highly Confidential

ABBT120537.UR

# Conclusions from Complete Analysis of LFTs

- Overall average event rate is relatively unchanged
  - 4 cases in QT study
  - (7 cases in Japanese bridging study)

- Definite drug effect with possible greater risk in older individuals and higher doses.

- No. of patients with $\geq$3x ULN ALT within accepted limits for antibiotics at 150mg BID (includes phase 3 trials)   (CDER-PhRMA-AASLD conference Nov 2000)

- No 'index' case to date

- No single clinical identifier of patients at risk, with possible exception of elderly

25

Highly Confidential

ABBT120538.UR

# Regulatory Implications of LFT Findings on QT Study and Phase 3 Trials

- QT issue still unresolved

  - Proposal to FDA (11/14/01) to recommence QT trial, if practicalities allow and data still acceptable – awaiting response

    - Open label without 450mg BID dose
    - Powering of trial diminished already from patient withdrawals

- LFTs

  - Protocol amendments to add Day 6 LFT monitoring to CAP/ABS trials and changes to informed consent will delay start

  - Amendments to informed consent for ongoing EU pivotals for ASP and ABECB will slow enrollment

  - Notification of dosing suspension of QT study to all regulatory agencies (that require it) has been done

  - Notify all IRB/Ethics Committees of impact

26

# Impact of Amendments on Phase III Pivotal Studies



| $MM | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|
| Current Tablet Budget | 68.8 | 44.2 | | 113.0 |
| Estimate Revised Budget | 63.0 | 53.0 | 9.0 | 125.0 |

27

Highly Confidential

ABBT120540.UR



Value implications of recent ABT-773 information.

ABBT120541.UR

Consider exiting ABT 773 Program due to drug profile changes, heightened regulatory risk and lowered NPV

| Attribute | Planned | Current |
|---|---|---|
| QD dosing | ABECB/ASP QD<br>CAP/ABS QD or BID w/QD follow on | **CAP/ABS BID**<br>**ASP QD ✖**<br>**ABECB QD?** |
| Short-course therapy | ABECB/ ASP 5D<br>CAP/ABS 10D | ABECB/**ASP 5D**<br>CAP/ABS 10D |
| Efficacy with resistant organisms | Pursuing | Pursuing 15 isolates<br>**Increased to 25 isolates ?** |
| Safety database | QT, liver | QT, liver<br>**Added 1000 patients** |
| Cost | $113MM | **$125.0MM** |
| Timeline | Aug 2003 | **April 2004** |

Highly Confidential

# ABT-773 Development Program – Tablet, Japan, I.V. and Pediatric Plans



| 2002 Costs ($MM) | |
|---|---|
| 68.8 | |
| 4.1 | |
| 3.4 | |
| 3.0 | |
| 79.3 | Total |

Tablet Phase III ASP and ABECE QD
Tablet Phase II/III CAP and ABS QD vs. BID Studies
Tablet Phase III CAP and ABS BID
Tablet Regulatory Filing Preparation
Tablet Global NDA

Japan Phase II Studies
Japan Bridging CAP Study and Local Studies
Japan Filing Preparation
Japan NDA

I.V. Phase I Studies
I.V. Phase III Sudies
I.V. Regulatory Filing Preparation
I.V. Global Filing

Pediatric Formulation Development
Pediatric Phase I Studies
Pediatric Phase II Studies
Pediatric Phase III Studies
Pediatric Regulatory Filing Preparation
Pediatric Filing

# Japan Impact of ABT 773 Program Developments

- Contractual agreement with Taisho Pharmaceuticals in Japan

- Phase I BAL and Phase II Open Label studies continuing as planned

- QD impact lower in Japan

- Impact of LFT abnormalities needs further evaluation
  - Will be re-assessed at EOP2a KIKO meeting

- Possible bridging strategy is dependent on US/EU filing

ABBT120544.UR

# ABT 773 Team Summary and Recommendations

Since the April PEC, the development plan has been impacted by:



April '01

**KETEK ADVISORY**
• Adequate size of safety database
• Adequate resistance data

**Raised Regulatory hurdle**

July '01

**DOSE DECISION
for CAP & ABS**

**Reduced commercial
attractiveness**

October/Nov '01

**EFFICACY AND SAFETY DATA**
• QT, LFT,
• ASP indication potential loss

**Narrowing of therapeutic window
Widening of the CI for the probability of success**

NDA/CPMP
Filing

**Summary:**    **Reducing NPV of the product**

Recommendation:  Do not complete development of ABT 773

32

# Timing of Actions with Assumptions

| Exit Now | Initate Ph III | Enroll 2 mo | Enroll 6 mo | Enroll 9 mo |
|---|---|---|---|---|
| **Dec 2001** | **Jan 2002** | **Mar 2002** | **Jul 2002** | **Oct 2002** |
| Close ongoing studies, cancel Phase III pivotals for CAP & ABS. Close IV and Peds development | Submit amendments to IRB/EC and initiate studies as soon as possible. | US enrollment ~150 ABS pts, 80 CAP pts. | US & EU enrollment slowed, end of season, Before So Hemisphere sites started | US & EU enrollment started again, So Hem sites enroll 100 CAP pts. |
| Avoids majority of external costs in 2002. | Maintain investigator relationships and support. Allow time to plan communica-tion. | Data on ABECB US pivotal study will be available. | Japan KIKO mtg held, ABECB and ASP EU results, Ketolide back up could be ready to start development | Evaluate enrollment achieved and re-assess filing timeline. |

33

ABBT120546.UR



# 2002 Exit Costs

| Activity | Exit Now | Initate Ph III | Enroll 2 mo | Enroll 6 mo | Enroll 9 mo |
|---|---|---|---|---|---|
| | Dec 2001 | Jan 2002 | Mar 2002 | Jul 2002 | Oct 2002 |
| **Costs ($MM)** | | | | | |
| *Internal* | 12.2 | 20.3 | 28.6 | 36.2 | 40.0 |
| *External* | 4.3 | 11.7 | 15.0 | 19.8 | 21.3 |
| *Total* | 16.5 | 32.0 | 40.1 | 56.0 | 61.3 |

2002 Cost assumptions:
• No spending on Peds and IV programs
• Japan clinical costs to KIKO meeting
• 3 mo functional resources and 6 mo clinical resources for shut down activities

Highly Confidential

ABBT120547.UR

35

# Backups

Highly Confidential

ABBT120548.UR

# ABT-773 Adverse Events
## Phase 2b and Phase 3

| | | |
|---|---|---|
| Nausea | 10% | (197/2029) |
| Diarrhea | 9% | (192/2029) |
| Taste | 9% | (191/2029) |
| Headache | 7% | (149/2029) |
| Vomiting | 5% | (93/2029) |

36

Highly Confidential

ABBT120549.UR

# ABT-773 Phase III Clinical Plan (Pivotal Trials)

| Study | Indication | Comparator | Team recommendations |
|---|---|---|---|
| US, EU (IND) M00-225 | Sinusitis | NA | Enrollment has been stopped at 609 patients, close study without open label portion |
| US, Canada (IND) | Sinusitis | Augmentin | Submit protocol amendment, modify Informed consent, expect approval to start by mid January. |
| EU (Non-IND) | Sinusitis | Quinolone | Submit protocol amendment, modify Informed consent, expect approval to start by mid February in some countries, remainder in March. |
| US (IND) M00-219 | CAP | NA | Enrollment has been stopped at 586 patients, close study. |
| US (IND) | CAP | Levofloxacin | Submit protocol amendment, modify Informed consent, expect approval to start by mid January. |
| EU (Non-IND) | CAP | Amoxicillin | Submit protocol amendment, modify Informed consent, expect approval to start by mid February in some countries, remainder in March. |
| US | Pharyngitis | Penicillin | Failed |
| EU | Pharyngitis | Penicillin | Continue enrollment (currently 209) to meet targets by end April 2002. Modify informed consent. |
| US | ABECB | Azithromycin | Enrollment target will be met by 12/5/01 |
| EU | ABECB | Levofloxacin | Continue enrollment (currently 327) until target of 500 patients is met at end March 2002. Modify informed consent. |

ABBT120550.UR

# Overall Incidence of LFT's Not Changed (All Subjects with LFT)

| | Normal Baseline <1 X ULN | Abnormal Baseline 1-3 X ULN | Significantly Abnormal Baseline ≥ 3 X ULN | Total |
|---|---|---|---|---|
| Original overall N=2884 | 13 | 17 | 9 | 39 (1.4%) [1.0, 1.8] |
| New overall N=2939 | 17 | 17 | 9 | 43 (1.5%) [1.1, 2.0] |
| Current phase 3 N=1047 | 4 | 7 | 6 | 17 (1.6%) [0.9, 2.6] |

≥ 3 X ULN Study

38

Highly Confidential

ABBT120551.UR



Multiple Rising Dose Study (M97-796)
Mean Change from Baseline in SGPT

ABBT120552.UR

# Timing of dosing does not make a difference

Shift Tables of SGPT in 300 mg Total Daily Dose in Phase 2 and 3

| Studies | >1*ULN | ≥ 2*ULN | ≥3*ULN |
|---|---|---|---|
| M99-048 (5 days) AECB | 10.9% (11/101) | 1.7% (2/117) | 2.5% (3/120) |
| M99-054 (7 days) CAP | 26.1% (18/69) | 5.1% (4/78) | 2.5% (2/80) |
| M00-219 (10 days) CAP | 11.5% (17/148) | 3.5% (6/172) | 1.7% (3/176) |
| M99-053 (10 days) ABS | 10.5% (9/86) | 1.1% (1/95) | 0.0% (0/95) |
| M00-225 (10 days) ABS | 10.8% (21/195) | 1.9% (4/213) | 0.5% (1/216) |

40

Highly Confidential

ABBT120553.UR

# ABT 773 QT issues

- Re-read key Phase I and Phase II ECG data (6749 ECGs)-completed

- Phase III studies ECGs: Ongoing studies (9085 expected)-45% completed
  Planned studies (8000 expected)

- Dedicated Phase I QT evaluation study as agreeed by FDA started Sept 01 (>9000 ECGs)
  -Four-period, double-blind, placebo-control crossover design
  Time-matched ECGs/PK samples at day-1, day1 and steady state on day 5

**TOTAL OF 34000 ECG's: Most with correlating plasma levels of ABT773**

41

Highly Confidential

ABBT120554.UR

# Regulatory experience defined new regulatory standards which determines program size:

- Size of the safety database is driven by the product **benefit/risk** profile:
  - Ketek's 3200 patient safety database insufficient, ?liver/QT.

- A resistance claim will significantly support benefit risk:

| Isolates Needed | % CAP patients with PRSP/MRSP | | |
|---|---|---|---|
| | 1.4% | 1.6% | 3.2% |
| **17** | 1236 | 1063 | 531 |
| **25** | 1818 | **1563** | 781 |
| **30** | 2182 | 1875 | 938 |

- Importance of CAP emphasized

42

Highly Confidential

ABBT120555.UR

# Six strategic alternatives were evaluated by the team on the basis of technical, regulatory and commercial attributes.

1. Complete current ABS & CAP dose-ranging trials and then make dose decision. (Use ABS & CAP dose-ranging data)

2. Complete only the ABS dose-ranging study and then make a dose decision for both ABS & CAP. (Use ABS dose-ranging data only)

3. Select the BID dose today for ABS & CAP Ph III pivotal. (Select BID today)

4. Select the QD dose today for ABS & CAP Ph III pivotal. (Select QD Today)

5. Develop BID in CAP & ABS for EU; Develop QD for US. (QD in the US & BID in the EU)

6. Expand the Phase III CAP program to allow for 3 arms per study – QD vs. BID vs. comparator. (Phase III 3-arm CAP & ABS pivotal). Variation: drop arm on result availability

43

ABBT120556.UR

# Value implications of recent ABT-773 information.



ABBT120557.UR

Highly Confidential

ABBT120558.UR

# Operations Highlights

## September 7, 2001

## Board Meeting

## CONFIDENTIAL

CONFIDENTIAL
ABBT0577959

# Pharmaceutical Products Division Highlights



- **Anti-Infective** – Continue Biaxin life cycle management

  REDACTED

  – Biaxin XL received FDA approval for Community-Acquired Pneumonia

  REDACTED

  – Omnicef co-promotion agreement

- **Urology/Cardiology** – Increase commercial presence in Cardiology.

  – Addition of 100 sales representatives to promote TriCor

  REDACTED

  – Expansion of Mavik (ACE inhibitor) and Tarka (ACE/Calcium blocker combo)

  REDACTED

  – Flomax

CONFIDENTIAL
ABBT0577960

2

# Pharmaceutical Products Division Highlights


Commercial (cont.)

- **HIV** – Focus on the use of Protease Inhibitors in earlier AIDS treatment regimens.

  – Kaletra continues to grow,                    REDACTED

  – Abbott is now the #1 protease company

- **Diabetes / Metabolism**

  – Submitted the Synthroid NDA to the FDA on August 1, 2001,

                                                                REDACTED

  – The Direct-to-Consumer advertising used by Knoll for Meridia

- **Immunology** – Establish Abbott as a premier company in rheumatoid arthritis

  – D2E7 development program

  – Pre-marketing activities              REDACTED

  – Projected peak year sales of D2E7

CONFIDENTIAL
ABBT0577961



# Pharmaceutical Products Division Highlights



• US Knoll integration continues on track with several key milestones achieved.

– An Immunoscience drug development center of excellence

– The Mt. Olive headquarters        REDACTED

– Knoll's business system, SAP,



• The clinical development of ABT-627, (Atrasentan) for prostate cancer is continuing on schedule. Two pivitol Phase III trials have recently been initiated.

• Based upon experience gained from HMR's Ketek FDA advisory meeting, the size of ABT-773 (Ketolide antibiotic) safety database has been increased. This will result in a one year delay in the filing of ABT-773.

CONFIDENTIAL
ABBT0577962

REDACTED

CONFIDENTIAL
ABBT0577963

REDACTED

CONFIDENTIAL
ABBT0577964

REDACTED

CONFIDENTIAL
ABBT0477965

REDACTED

CONFIDENTIAL
ABBT0577966

REDACTED

CONFIDENTIAL
ABBT0577057

REDACTED

CONFIDENTIAL
ABBT0577968

REDACTED

CONFIDENTIAL
ABBT0577969

REDACTED

CONFIDENTIAL
ABBT0577970

REDACTED

CONFIDENTIAL
ABBT0577971

REDACTED

CONFIDENTIAL
ABBT0577972

REDACTED

CONFIDENTIAL
ABBT057973

REDACTED

CONFIDENTIAL
ABBT0577974

REDACTED

CONFIDENTIAL
ABBT057797F

REDACTED

CONFIDENTIAL
ABBT0577976

REDACTED

CONFIDENTIAL
ABBT0577977

CONFIDENTIAL
ABBT0577978

REDACTED

REDACTED

CONFIDENTIAL
ABBT0577979

REDACTED

CONFIDENTIAL
ABBT0577980

REDACTED

CONFIDENTIAL
ABBT0577981

REDACTED

CONFIDENTIAL
ABBT0577982

REDACTED

CONFIDENTIAL
ABBT0577983

REDACTED

CONFIDENTIAL
ABBT0577984

**586**

# Abbott Portfolio Review

March 7-9, 2001

- Project: NNR

- Compound: ABT-594

- Presenter: Bruce McCarthy, MD

---

## ABT-594 Project Team Members

| | |
|---|---|
| ◆ Venture | Bruce McCarthy, Michael Biarnesen, Marilyn Collicott, Aldona Matalonis, Alyssa O'Neill |
| ◆ Statistics | David Morris, James Thomas, Yiming Zhang |
| ◆ Commercial | Laura Robinson, Lisa Lux |
| ◆ Pharmacokinetics | Walid Awni, Sandeep Dutta |
| ◆ Discovery | Mike Meyer, Jim Sullivan |
| ◆ PARD | Howard Cheskin, Lloyd Dias, David Stroz |
| ◆ SPD | Jim Ciullo |
| ◆ Metabolism | Joe Machinist, Stan Roberts |
| ◆ Toxicology | Bill Bracken, Julia Hui |
| ◆ Regulatory | Jim Steck, David Ross, Nigel Livesey |

1

## ABT-594 Target Indication

ABT-594 is indicated for the treatment
of diabetic neuropathic pain.

**Upside Claims**
- Neuropathic Pain
- Post herpetic neuralgia
- OA Pain
- Chronic Pain
- Cancer Pain

**General Pain Claim**
- Not viable due to 1.5 hour onset



ABT-594
Targeted Unmet Medical Need
Neuropathic Pain

2

Confidential

ABBT0048633



## ABT-594
### Targeted Unmet Medical Need
### Nociceptive Pain

## ABT-594
## Targeted Product Profile

|  | ABT-594 TARGET PROFILE | Current Gold Standard Gabapentin (Neurontin) |
|---|---|---|
| Efficacy | > 40% Average Pain Reduction | 39% Average Pain Reduction |
| Side Effects | < 20% Nausea, Vomiting, Dizziness (during titration) | Somnolence: 23% Dizziness: 24% Confusion: 8% Nausea: 8% |
| Dosing | BID | TID |
| Other |  | Not Labeled for Pain |

3

ABBT0048634

## ABT-594

◆ **Key pre-clinical findings:**

- Pharmacology
  - Effective across preclinical models of acute, persistent and neuropathic pain
  - Retains efficacy upon repeated dosing
  - Analgesia via activation of neuronal nicotinic receptors (NNRs) and not via opioid receptors
  - Morphine-like side effects unexpected
    - Constipation
    - Respiratory depression
    - Sedation
- PK/metabolism in animals
  - No CYP interaction
  - No significant metabolism
- Toxicology
  - No issues identified

## ABT-594

◆ Chemistry and Manufacturing: Drug Substance (Ebanicline Tosylate)



Commercial Cost Estimate: $20,000 / Kg Tosylate Salt

($40,000 / Kg Base Equivalent)

4

Confidential

ABBT0048635

# ABT-594

◆ **Chemistry and Manufacturing: Drug Product**

- Hard Gelatin Capsules
- Dosage strengths: 75, 150, (25) µg Base eq.
- Site: Abbott Puerto Rico
- Manufacturing process:
  - Drug is dissolved in hydro-alcoholic solution
  - Solution sprayed onto micro-porous excipient in a high-shear mixer
  - Granulation is dried, blended with excipients and encapsulated into hard gelatin capsules



**ABT-594 Global Clinical Development Plan**
**Completed / In-Process Studies**

5

ABBT0048636



Confidential

ABBT0048637



## ABT-594 Global Clinical Development Plan
## Planned & Proposed Phase II, III & IV Studies

### ABT-594 Development Budget

| ($MM) | 2001 Plan | 2001 After Go/No Go | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| **Base Program** | | | | | | |
| CMC | | | | | | |
| - PARD | 1.1 | 2.8 | 6.2 | 5.2 | 3.2 | 1.0 |
| - SPD | 0.1 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Drug Safety | 1.4 | 0.9 | 2.3 | 1.7 | 0.9 | 0.5 |
| Other | 1.2 | 0.5 | 1.2 | - | - | - |
| Base Program Total | 3.8 | 5.2 | 10.7 | 7.9 | 5.1 | 2.5 |
| | | | | | | |
| **Clinical Program** | | | | | | |
| Venture Management | 4.0 | 0.2 | 6.6 | 6.6 | 6.0 | 5.0 |
| Data Mgmt / Stats | 0.5 | 0.2 | 5.5 | 7.5 | 4.7 | 2.0 |
| Clinical Grants | 1.1 | 0 | 36.8 | 33.7 | 6.0 | 2.0 |
| Clinical Program Total | 5.6 | 0.4 | 48.9 | 47.8 | 16.7 | 9.0 |
| Annual Total Costs | 9.4 | 5.6 | 59.6 | 55.7 | 21.8 | 11.5 |

7

ABBT0048638

**ABT-594**

◆ **Summary of Phase I findings**

- Half-life ($t_{1/2}$): 8-12 hours

- Dose proportional kinetics

- AUC, $C_{max}$ similar across formulations (solution, SEC, HGC)

- AUC, $C_{max}$ similar with/without food

- $T_{max}$ may vary somewhat with formulation, food

- Elimination primarily through renal excretion, about 50% unchanged drug recovered in urine

**ABT-594**

◆ **Summary of Phase IIa findings**

- ABT-594's analgesic potential demonstrated in:
  - Molar Extraction
  - Neuropathic Pain
  - Osteoarthritis

- Well tolerated in chronic Phase IIa studies
  - 75 mcg BID maximum dose

- Limited additional Phase I data suggested re-evaluation of efficacy at higher doses

8

Confidential





9

Confidential



### Adverse Event Rates for ABT-594 and Select Analgesics

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594[2] 75 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% | 0% |
| Somnolence | 66% | 53% | 23% | 24% | 0% |
| Dizziness | 28% | 40% | 24% | 27% | 7% |
| Nausea | N/A | 7% | 8% | N/A | 15% |
| Vomiting | N/A | N/A | N/A | N/A | 5% |
| Peripheral edema | N/A | N/A | N/A | 7% | 1% |
| Constipation | 14% | N/A | N/A | N/A | N/A |
| Dry mouth | 90% | N/A | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A | |

[1] Max, 1987 (n=29)
[2] M98-826 and M98-833 combined
N/A - Not Available

10

Confidential

ABBT0048641

## Adverse Event Rates for ABT-594 and Select Analgesics

| Event | Ultram[1] 50-100 mg q4-6h | OxyContin[2] | OxyContin Osteoarthritis 20 mg q12h | ABT-594[3] 75 mcg BID |
|---|---|---|---|---|
| Somnolence | N/A | 23 % | 27% | 0% |
| Dizziness | 31% | 13 % | 20% | 7% |
| Nausea | 34% | 23 % | 41% | 15% |
| Vomiting | 13% | 12 % | 23% | 5% |
| Constipation | 38% | 23 % | 32% | 1% |
| Dry mouth | N/A | N/A | N/A | 4% |
| Pruritis | N/A | N/A | 16% | N/A |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] "Clinical trials" (label)
[3] M98-826 and M98-833 combined
N/A - Not Available

---

## ABT-594

◆ **Summary of Phase IIb Plans**

– ## Neuropathic Pain
   - Improved study design
   - 150, 225, 300 mcg BID
   - Data available 5/2001

– ## Osteoarthritis
   - Blue plan

– ## Tolerability evaluation
   - Rate of rise impact
   - Titration

11

ABBT0048642

## ABT-594

◆ **Regulatory status:**

- USA, Canada
  - IND 56,980, solid oral dosage form - Division of Anesthetic, Critical Care, and Addiction Drug Products (1998)
  - IND 55,293, oral solution - Division of Anti-Inflammatory, Analgesic, and Ophthalmic Drug Products (1998)
  - Informal Teleconference with FDA, August 26, 1998 (incl. John Hyde, MD)
  - End of Phase II meeting planned, October 2000
- Europe
  - Phase I studies conducted, no regulatory interactions
  - End of Phase II meeting planned, October 2001
- Japan
  - No activity

---

| Strategic Summary |
|---|

## ABT-594

◆ **Key Project Strengths / Positives**
- Product attributes
  - Orally available
  - May be effective for neuropathic and nociceptive pain
  - Preclinical promise: morphine-like efficacy
    - Not associated with opioid liabilities, including sedation, respiratory depression, constipation, addiction
  - No currently approved drugs for diabetic neruopathic pain
- Technology/innovation
  - Novel mechanism: NNR
- Time to market
  - Launch 4Q/2004
- Business franchise strength: Emerging
  - Strength in hospital channel (HPD)
  - Strength in neurology (neuropathic pain)
  - Leverage community strength

12

Confidential

ABBT0048643

ABT-594

Strategic Summary

◆ **Potential Issues / Threats / Negatives**

- Tolerability issues
  • Nausea, vomiting, dizziness
- Manufacturing/cost of goods
  • Potent Drug
- Efficacy
  • Therapeutic index
- Clinical recruitment
  • Neuropathic pain: evolving clinical research environment
  • Nociceptive pain: mature clinical research environment
- Regulatory risk
  • Neuropathic pain
    – Lack of precedent is threat (more difficult) and opportunity (first mover)
    – Large unmet need may facilitate



ABT-594

Strategic Summary

◆ **Key Decisions**

**ANNUAL TOTAL COSTS ($MM)**

| 2001 Plan | 2001 After Go/No Go | 2002 | 2003 | 2004 | 2005 |
|-----------|---------------------|------|------|------|------|
| 9.4 | 5.6 | 59.6 | 55.7 | 21.8 | 11.5 |

Go/No Go
6/2001

US/EMEA
Filing
9/2003

Japan Filing
9/2004

US/EMEA
Launch
9/2004

13

Confidential

**ABT-594**

Strategic Summary

◆ **Proposed Action Plans**

Strategic Analyses

– Overall pain strategy
  • Abbott
  • Mechanistic and therapeutic diversity and depth to achieve success
  • Currently available assets, including ABT-594

– ABT-594 and NNRs for pain
  • Separation of adverse events and efficacy
    – Pharmaceutics  ⎤ ABT-594 ⎤
    – Titration          ⎥          ⎥ Follow-ons
    – Pharmacological ⎦          ⎦
  • Oral absorption kinetics
    – Basis of prolonged $T_{max}$
    – Means to improve (shorten) $T_{max}$
    – Implications of shortened $T_{max}$
  • Go/No Go ABT-594
    – 6/2001

14

Confidential

ABBT0048645

**620**

# Abbott Portfolio Review

March 7-9, 2001

- Project: NNR

- Compound: ABT-594

- Presenter: Bruce McCarthy, MD

---

## ABT-594 Project Team Members

| | |
|---|---|
| ◆ Venture | Bruce McCarthy, Michael Biarnesen, Marilyn Collicott, Aldona Matalonis, Alyssa O'Neill |
| ◆ Statistics | David Morris, James Thomas, Yiming Zhang |
| ◆ Commercial | Laura Robinson, Lisa Lux |
| ◆ Pharmacokinetics | Walid Awni, Sandeep Dutta |
| ◆ Discovery | Mike Meyer, Jim Sullivan |
| ◆ PARD | Howard Cheskin, Lloyd Dias, David Stroz |
| ◆ SPD | Jim Ciullo |
| ◆ Metabolism | Joe Machinist, Stan Roberts |
| ◆ Toxicology | Bill Bracken, Julia Hui |
| ◆ Regulatory | Jim Steck, David Ross, Nigel Livesey |

1

ABBT0048632

## ABT-594 Target Indication

ABT-594 is indicated for the treatment
of diabetic neuropathic pain.

**Upside Claims**
- Neuropathic Pain
- Post herpetic neuralgia
- OA Pain
- Chronic Pain
- Cancer Pain

**General Pain Claim**
- Not viable due to 1.5 hour onset



## ABT-594
## Targeted Unmet Medical Need
## Neuropathic Pain

2

Confidential

ABBT0048633



## ABT-594
## Targeted Product Profile

|  | ABT-594 TARGET PROFILE | Current Gold Standard Gabapentin (Neurontin) |
|---|---|---|
| Efficacy | > 40% Average Pain Reduction | 39% Average Pain Reduction |
| Side Effects | < 20% Nausea, Vomiting, Dizziness (during titration) | Somnolence: 23% Dizziness:   24% Confusion:    8% Nausea:        8% |
| Dosing | BID | TID |
| Other |  | Not Labeled for Pain |

3

Confidential

# ABT-594

- ◆ **Key pre-clinical findings:**
  - Pharmacology
    - Effective across preclinical models of acute, persistent and neuropathic pain
    - Retains efficacy upon repeated dosing
    - Analgesia via activation of neuronal nicotinic receptors (NNRs) and not via opioid receptors
    - Morphine-like side effects unexpected
      - Constipation
      - Respiratory depression
      - Sedation
  - PK/metabolism in animals
    - No CYP interaction
    - No significant metabolism
  - Toxicology
    - No issues identified

---

# ABT-594

- ◆ Chemistry and Manufacturing: Drug Substance (Ebanicline Tosylate)



Commercial Cost Estimate: $20,000 / Kg Tosylate Salt

($40,000 / Kg Base Equivalent)

4

Confidential

ABBT0048635

# ABT-594

♦ **Chemistry and Manufacturing:** Drug Product

- Hard Gelatin Capsules
- Dosage strengths: 75, 150, (25) µg Base eq.
- Site: Abbott Puerto Rico
- Manufacturing process:
  - Drug is dissolved in hydro-alcoholic solution
  - Solution sprayed onto micro-porous excipient in a high-shear mixer
  - Granulation is dried, blended with excipients and encapsulated into hard gelatin capsules



**ABT-594 Global Clinical Development Plan Completed / In-Process Studies**

5

ABBT0048636





6

Confidential

ABBT0048637



## ABT-594 Development Budget

| ($MM) | 2001 Plan | 2001 After Go/No Go | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| **Base Program** | | | | | | |
| CMC | | | | | | |
| - PARD | 1.1 | 2.8 | 6.2 | 5.2 | 3.2 | 1.0 |
| - SPD | 0.1 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Drug Safety | 1.4 | 0.9 | 2.3 | 1.7 | 0.9 | 0.5 |
| Other: | 1.2 | 0.5 | 1.2 | - | - | - |
| Base Program Total | 3.8 | 5.2 | 10.7 | 7.9 | 5.1 | 2.5 |
| | | | | | | |
| **Clinical Program** | | | | | | |
| Venture Management | 4.0 | 0.2 | 6.6 | 6.6 | 6.0 | 5.0 |
| Data Mgmt / Stats | 0.5 | 0.2 | 5.5 | 7.5 | 4.7 | 2.0 |
| Clinical Grants | 1.1 | 0 | 36.8 | 33.7 | 6.0 | 2.0 |
| Clinical Program Total | 5.6 | 0.4 | 48.9 | 47.8 | 16.7 | 9.0 |
| Annual Total Costs | 9.4 | 5.6 | 59.6 | 55.7 | 21.8 | 11.5 |

7

Confidential

ABBT0048638

## ABT-594

♦ **Summary of Phase I findings**

- Half-life ($t_{1/2}$): 8-12 hours

- Dose proportional kinetics

- AUC, $C_{max}$ similar across formulations (solution, SEC, HGC)

- AUC, $C_{max}$ similar with/without food

- $T_{max}$ may vary somewhat with formulation, food

- Elimination primarily through renal excretion, about 50% unchanged drug recovered in urine

## ABT-594

♦ **Summary of Phase IIa findings**

- ABT-594's analgesic potential demonstrated in:
  - Molar Extraction
  - Neuropathic Pain
  - Osteoarthritis

- Well tolerated in chronic Phase IIa studies
  - 75 mcg BID maximum dose

- Limited additional Phase I data suggested re-evaluation of efficacy at higher doses

8

Confidential

ABBT0048639





9

Confidential

ABBT0048640



## Adverse Event Rates for ABT-594 and Select Analgesics

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594[2] 75 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% | 0% |
| Somnolence | 66% | 53% | 23% | 24% | 0% |
| Dizziness | 28% | 40% | 24% | 27% | 7% |
| Nausea | N/A | 7% | 8% | N/A | 15% |
| Vomiting | N/A | N/A | N/A | N/A | 5% |
| Peripheral edema | N/A | N/A | N/A | 7% | 1% |
| Constipation | 14% | N/A | N/A | N/A | N/A |
| Dry mouth | 90% | N/A | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A | |

[1] Max, 1987 (n=29)
[2] M98-826 and M98-833 combined
N/A - Not Available

10

Confidential

ABBT0048641

## Adverse Event Rates for ABT-594 and Select Analgesics

| Event | Ultram[1] 50-100 mg q4-6h | OxyContin[2] | OxyContin Osteoarthritis 20 mg q12h | ABT-594[3] 75 mcg BID |
|---|---|---|---|---|
| Somnolence | N/A | 23 % | 27% | 0% |
| Dizziness | 31% | 13 % | 20% | 7% |
| Nausea | 34% | 23 % | 41% | 15% |
| Vomiting | 13% | 12 % | 23% | 5% |
| Constipation | 38% | 23 % | 32% | 1% |
| Dry mouth | N/A | N/A | N/A | 4% |
| Pruritis | N/A | N/A | 16% | N/A |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] "Clinical trials" (label)
[3] M98-826 and M98-833 combined
N/A - Not Available

---

## ABT-594

◆ **Summary of Phase IIb Plans**

- Neuropathic Pain
  - Improved study design
  - 150, 225, 300 mcg BID
  - Data available 5/2001
- Osteoarthritis
  - Blue plan
- Tolerability evaluation
  - Rate of rise impact
  - Titration

11

Confidential

ABBT0048642

## ABT-594

◆ **Regulatory status:**

- USA, Canada
  - IND 56,980, solid oral dosage form - Division of Anesthetic, Critical Care, and Addiction Drug Products (1998)
  - IND 55,293, oral solution - Division of Anti-inflammatory, Analgesic, and Ophthalmic Drug Products (1998)
  - Informal Teleconference with FDA, August 26, 1998 (incl. John Hyde, MD)
  - End of Phase II meeting planned, October 2000
- Europe
  - Phase I studies conducted, no regulatory interactions
  - End of Phase II meeting planned, October 2001
- Japan
  - No activity

---

Strategic Summary

## ABT-594

◆ **Key Project Strengths / Positives**
- Product attributes
  - Orally available
  - May be effective for neuropathic and nociceptive pain
  - Preclinical promise: morphine-like efficacy
    - Not associated with opioid liabilities, including sedation, respiratory depression, constipation, addiction
  - No currently approved drugs for diabetic neruopathic pain
- Technology/innovation
  - Novel mechanism: NNR
- Time to market
  - Launch 4Q/2004
- Business franchise strength: Emerging
  - Strength in hospital channel (HPD)
  - Strength in neurology (neuropathic pain)
  - Leverage community strength

12

Confidential

ABBT0048643



Strategic Summary

**ABT-594**

◆ **Potential Issues / Threats / Negatives**
- Tolerability issues
  • Nausea, vomiting, dizziness
- Manufacturing/cost of goods
  • Potent Drug
- Efficacy
  • Therapeutic index
- Clinical recruitment
  • Neuropathic pain: evolving clinical research environment
  • Nociceptive pain: mature clinical research environment
- Regulatory risk
  • Neuropathic pain
    – Lack of precedent is threat (more difficult) and opportunity (first mover)
    – Large unmet need may facilitate

---

Strategic Summary

**ABT-594**

◆ **Key Decisions**

**ANNUAL TOTAL COSTS ($MM)**

| 2001 Plan | 2001 After Go/No Go | 2002 | 2003 | 2004 | 2005 |
|-----------|---------------------|------|------|------|------|
| 9.4 | 5.6 | 59.6 | 55.7 | 21.8 | 11.5 |

Go/No Go
6/2001

US/EMEA Filing
9/2003

Japan Filing
9/2004

US/EMEA Launch
9/2004

13

ABBT0048644

**ABT-594**                                    Strategic Summary

◆ **Proposed Action Plans**

Strategic Analyses

- Overall pain strategy
  - Abbott
  - Mechanistic and therapeutic diversity and depth to achieve success
  - Currently available assets, including ABT-594
- ABT-594 and NNRs for pain
  - Separation of adverse events and efficacy
    - Pharmaceutics ⎤
    - Titration          ⎥ ABT-594  ⎤ Follow-ons
    - Pharmacological ⎦
  - Oral absorption kinetics
    - Basis of prolonged $T_{max}$
    - Means to improve (shorten) $T_{max}$
    - Implications of shortened $T_{max}$
  - Go/No Go ABT-594
    - 6/2001

Confidential

ABBT0048645

**621**

# Portfolio Review Meeting
## March 7 – 9, 2001
## The Hyatt Deerfield

### Wednesday, March 7

| Time | Item | Presentation | Discussion | Presenter |
|------|------|-------------|-----------|-----------|
| 7:30 am | Welcome/ introduction | 10 min | | J. Leiden |
| 7:40 am | Meeting objectives | 10 min | | J. Leonard |
| | **Anti-Infectives** | **Presentation** | **Discussion** | |
| | Quinolones | | | C. Craft |
| 7:50 am | - ABT- 492 | 20 min | 5 min | |
| 8:15 am | - HSR- 903 | 30 min | 10 min | T. Hirose/R. Krautheimer |
| | **Anti-virals** | | | |
| 8:55 am | Triangle projects | 30 min | 10 min | M. Heath-Chiozzi |
| | - HIV and HBV (FTC; DAPD) | | | |
| 9:35 am | *Morning Break* | | | |
| | **Urology** | | | |
| 9:55 am | BSF 420627 (ETA/ BPH) | 30 min | 10 min | M. Kirchengast |
| | **T3/T4** | | | |
| 10:35 am | T3/T4 | 15 min | 5 min | C. Schreiber/T. Miller |
| | **Asthma** | | | |
| 10:55 am | Hokunalin tape | 15 min | 5 min | T. Hirose/R. Krautheimer |
| | **Oncology** | | | |
| 11:15 am | ABT-510 | 20 min | 15 min | P. Nisen |
| 11:50 am | ABT-751 | 20 min | 15 min | P .Nisen |
| 12:25 pm | *Lunch* | | | |
| 1:25 pm | ABT-518 | 15 min | 5 min | P. Nisen |
| 1:45 pm | Rubitecan | 20 min | 5 min | P. Nisen |
| 2:10 pm | Theragyn | 20 min | 5 min | P. Nisen |
| 2:35 pm | ABT-627 | 30 min | 10 min | P. Nisen |
| 3:15 pm | *Afternoon Break* | | | |
| | **Cardiology** | | | |
| 3:35 pm | Darusentan | 45 min | 10 min | M. Luz/M. Kirchengast |
| | (LU 135252) | | | |
| | LU208075 | | | M. Luz/M. Kirchengast |
| | **Thrombosis** | | | |
| 4:30 pm | PEG-hirudin | 30 min | 10 min | V. Ifthekar/U. Legler |
| 5:10 pm | Ancrod | 30 min | 10 min | D. Levy/U. Legler |
| 5:50 pm | Urokinase/ | 30 min | 10 min | S. Guptha |
| | Pro-urokinase | | | |

HIGHLY CONFIDENTIAL
ABBT0092919

**Portfolio Review Meeting**
**March 7 – 9, 2001**
**The Hyatt Deerfield**

### Thursday, March 8

#### Neuroscience

| | | Presentation | Discussion | |
|---|---|---|---|---|
| 7:30 am | ABT 594 | 30 min | 10 min | B. McCarthy |
| 8:10 am | ABT-963 | 15 min | 15 min | Granneman/Doan/Bell |
| 8:40 am | BSF 201640 | 30 min | 10 min | B. Rendenbach-Mueller |
| 9:20 am | BSF 74398 (Parkinson) | 30 min | 10 min | S. Dawe |
| 10:00 am | *Morning Break* | | | |
| 10:20 am | Dilaudid OROS | 45 min | 15 min | B. Gold/R. Krauthemeimer |
| 11:20 am | BSF 190555 (Schizophrenia) | 30 min | 10 min | B. Rendenbach-Mueller |
| 12:00 pm | *Lunch* | | | |
| 1:00 pm | Hydrocodone | 10 min | 10 min | S. Collins |
| 1:20 pm | Bimoclomol ( ABT-822) | 30 min | 10 min | B. Wallin |

#### Gastro-enterology

| | | Presentation | Discussion | |
|---|---|---|---|---|
| 2:00 pm | Ganaton (pro-kinetic) | 15 min | 5 min | S. Dawe/R. Krautheimer |
| 2:20 pm | TU-199 (proton pump inh.) | 30 min | 10 min | T. Hirose/ R. Krautheimer |
| 3:00 pm | AU - 224 (colon pro-kinetic) | 20 min | 5 min | T. Hirose/ R. Krautheimer |
| 3:25 pm | *Afternoon Break* | | | |

#### Phase III Projects

| | | Presentation | Discussion | |
|---|---|---|---|---|
| 3:45 pm | ABT-773 | 30 min | 15 min | C. Craft |
| 4:30 pm | D2E7 | 45 min | 30 min | C. Spiegler/E. v. Borcke |

HIGHLY CONFIDENTIAL
ABBT0092920

**Portfolio Review Meeting**
**March 7 – 9, 2001**
**The Hyatt Deerfield**

## Friday, March 9

### Phase III Projects (cont'd)

| | | Presentation | Discussion | |
|---|---|---|---|---|
| 7:30 am | Segard | 45 min | 15 min | L. Daum/T. King |
| 8:30 am | J695 | 30 min | 10 min | R. Janocha/T. King |
| 9:10 am | Clivarine | 30 min | 15 min | F. Misselwitz/S. Schaeffer |
| 9:55 am | *Morning Break* | | | |
| 10:15 am | Rythmol SR | 30 min | 15 min | A. Pethö-Schramm/E. Schneider |
| 11:00 am | Levosimendan | 30 min | 15 min | C MacLeod |

### Phase IV Projects

| | | | | |
|---|---|---|---|---|
| 11:45 am | Clarithromycin | 15 min | 5 min | C. Olson |
| 12:05 pm | Omnicef | 15 min | 5 min | C. Olson |
| 12:25 pm | *Lunch* | | | |
| 1:25 pm | Kaletra | 15 min | 5 min | E. Sun |
| 1:45 pm | Norvir | 15 min | 5 min | E. Sun |
| 2:05 pm | Meridia ( Sibutramine ) | 15 min | 5 min | E. Chong/W. Hargan |
| 2:25 pm | Uprima | 15 min | 5 min | S. Bukofzer |
| 2:45 pm | Trandolapril (patch, intervention trials) | 15 min | 5 min | B. Rendbach-Mueller/ U. Legler/N. Bender |
| 3:05 pm | *Afternoon Break* | | | D. Yannicelli |
| 3:25 pm | Fenofibrate | 15 min | 5 min | K. Sommerville |
| 3:45 pm | Depakote | 15 min | 5 min | T. Japour |
| 4:05 pm | Gengraf | 15 min | 5 min | |
| | | | | Jeff Leiden |
| 4:25 pm | **Conclusion** | | | |

HIGHLY CONFIDENTIAL
ABBT0092921

**631**

# ABT-773 Update
# March 19, 2001

Highly Confidential

# Agenda

- **Market and trends**
- **Molecule**
- **Microbiology**
- **Pharm/tox**
  - **QT prolongation**
  - **Hepatotoxicity**
- **Clinical development**
  - **Phase I/II summary**
  - **Dose selection**
  - **Phase III program**
  - **Contingency plans**
- **Timeline and budget**
- **IV formulation**
- **Summary of key issues and action plans**

ABBT120466.UR

# Market and Drivers

- Infectious disease accounts for 13.3 million deaths yearly worldwide, 25% of all deaths

- Antibiotics are the 2nd most commonly prescribed category of drugs

- The global antibiotic market is a $21B market, the 5th largest global market in sales

- The global antibiotic market has shown modest sales growth
  - 3.9% CAGR$_{96-00}$ in sales for overall combined market
  - 4.7% CAGR$_{96-00}$ in sales for branded combined market

- Sales growth in the U.S. has been driven by replacement of older generic agents with newer branded agents (most other markets show increasing generic use)
  - Antibiotic resistance results in OBSOLESCENCE of existing agents over time (a CHRONIC problem)
  - Sales per TRX rose from $18.42 in 1995 to $28.05 in 2000 (8.8% CAGR)
  - Generics still represent 61% of TRX, representing an opportunity for conversion

- Generics have been more stable ex-U.S

ABBT120467.UR



ABBT120468.UR

**While most markets tend toward increasing utilization of generics, the antibiotic market is tending toward decreasing utilization of generics-OBSOLESCENCE**

Backup



**Antibiotics**
Brand:    +9%
Generic:  - 6%

**Beta Blockers**
Brand:    +2%
Generic:  +13%

**H2 Antagonists**
Brand:    -25%
Generic:  +29%

**Calcium Blockers**
Brand:    - 6%
Generic:  +19%

Highly Confidential

ABBT120469.UR

# Antibiotic Classes

## 3 antibiotic classes dominate the market, representing 89% of global sales

| Class Dominant Brand | Other Brands | Global Class Sales ($MM) | Ped | IV | Comment |
|---|---|---|---|---|---|
| B-lactam Augmentin | Ceftin, Cefzil, pens, amox | $10,561 | X | X | • B-lactams 1.1% CAGR; -1.4% Y-Y <br> • High generic penetration <br> • Augmentin unique, due to resistance |
| Macrolide Zithromax | Biaxin erys | $4,066 | X | X | • Macrolides 8.1% CAGR; 2% Y-Y <br> • Zithromax set new standards in cost, convenience, tolerability <br> • Z growth has slowed (5% Y-Y) due to maturing brand and resistance |
| Quinolone Levaquin | Cipro Tequin Avelox | $3,750 | Under Dev | X | • Quinolones 11% CAGR, 10% Y-Y <br> • Leveraging macrolide resistance to become fastest growing class <br> • New quinolones have overcome narrow spectrum and poor tolerability |

CAGR = Global 1995-2000 compound annual growth rate



• Macrolides expanded the market on the basis of Pen/B-lactamase resistance, cost, convenience, and tolerability

• Quinolones (+11% CAGR) are now driving the market from a macrolide resistance standpoint (while near parity on cost, convenience, tolerability)

Highly Confidential

ABBT120470.UR



**Biaxin and Zithromax were able to leverage increasing Pen resistance to create a compelling selling proposition**

Penicillin resistance with *Streptococcus pneumoniae* in the United States

| Legend |
|--------|
| Resistant |
| Intermediate |

| Year | # of Isolates | # of Sites |
|------|---------------|------------|
| 1979-87 | 5,589 | 35 |
| 1988-89 | 487 | 15 |
| 1990-91 | 524 | 17 |
| 1992-93 | 799 | 19 |
| 1994-95 | 1,527 | 30 |
| 1997-98 | 1,601 | 34 |
| 1998 | 913 | 26 |

Percent (axis): 5, 10, 15, 20, 25, 30, 35



**Quinolones are now leveraging macrolide resistance in the same fashion to become the fastest growing class**

*S. Pneumoniae macrolide resistance in U.S.*

ABBT120472.UR

# ABT-773 Target Profile

| | ABT-773 | Levaquin | Zithromax |
|---|---|---|---|
| Convenience | Target is QD dosing all indications<br>Potential for BID in CAP & sinusitis<br>Duration: 5d, 10 d (parity to Zithromax)<br>**PARITY IF QD** | All RTI regimens 500 mg QD, 7-14 d | 250 mg QD x 5 days for ABECB, pharyngitis, and CAP<br>No sinusitis indication; warnings against use in "severe" CAP |
| Efficacy | Statistically equivalent cure/eradication to comparators; can take advantage of macrolide/penicillin resistance<br>**PARITY** | Statistically equivalent cure/eradication to comparators; gold standard for CAP with IV; can take advantage of macrolide/penicillin resistance | Statistically equivalent cure/eradication to comparators; availability of IV adds to efficacy image; subject to increasing levels of macrolide resistance |
| Activity | Most active agent for Gram + pathogens, including telithromycin; parity for atypicals; parity to Zithromax for Gram -, through inferior to quinolones (weakness) | Highly active against most clinically relevant respiratory pathogens; potential issue with increase in Gram – resistance; theories that Gram + quinolone resistance may increase dramatically/rapidly with increased use | Not as active as clari in Gram + pathogens, increasing macrolide resistance, moderate Gram - activity |
| Adverse Events | Taste perversion: 4%<br>Diarrhea: 10%<br>**COMPARABLE TO BIAXIN XL** | Very well tolerated and safe | Very well tolerated; GI disturbance ~ 2-5%; no taste perversion |
| Resistance Claim | Being pursued; important to development of resistance story; availability of IV will increase likelihood of claim | Claim for pen-R Strep. pneumo | None |
| Price | Parity to Zithromax | $60 for 7 days | $43 for 5 days |
| Other | Attempt to leverage "best of both worlds" message i.e. potency & resistance coverage of a quinolone with safety & appropriateness of macrolide | Some class-related negative perceptions among some physicians with respect to AEs and appropriate use, but with increased use these barriers are eroding | |

ABBT120473.UR

# ABT-773 SAR

- Quinolylallyl propenyl moiety at the 6-0 –position (↑ PK, activity)

- Carbamate group at the 11, 12-position (↑activity vs macrolide-resistant Strep)

- Keto group at the 3-position (confers *erm* non-induction)

- Bactericidal activity
- Prolonged post antibiotic effect
- Reduced resistance development

ABBT120474.UR



ABT-773 Displacement in Susceptible *S. pneumoniae* 2486

J. Capobianco et al.
ICAAC 1999, #2137.

Highly Confidential

ABBT120475.UR

# ABT 773 Microbiology

| MIC90 | Clari | Trovan* | Ketek | ABT-773 |
|---|---|---|---|---|
| S. Pneumoniae (susc) | < 0.03 | 0.125 | 0.008 | < 0.002 |
| S. Pneumoniae (mef) | 8.0 | 0.125 | 1 | 0.12 |
| S. Pneumoniae (erm) | > 32 | 0.125 | 0.12 | 0.01 |
| S. Pyogenes (mef) | 16 | 0.125 | 1 | 0.12 |
| S. Pyogenes (erm) | > 32 | 0.25 | > 8 | 0.5 |
| M. catarrhalis | 0.03 | 0.015 | 0.25 | 0.25 |
| H. influenzae | 8 | 0.015 | 2 | 2 |

* Withdrawn from market, but among the more potent quinolones

Highly Confidential



# Microbiology

## Penicillin resistance with *Streptococcus pneumoniae* in the United States



# S. pneumoniae Macrolide Resistance from U.S. Surveillance

US surveillance studies: Doern et al.

Highly Confidential

ABBT120478.UR

# Preclinical/Clinical Issues

- QT prolongation
- Hepatotoxicity

ABBT120479.UR

# QT Prolongation

- Purkinje fiber repolarization
  - APD increase at 5 mcg/mL (10x clinical Cmax) in the absence of plasma proteins, but not in their presence
  - Moxi > Clari > Ery ~ ABT-773 > Levo (without plasma)
- Dogs
  - no significant effect on QTc up to 9 mcg/mL
  - 11% increase (40 msc) at 22 mcg/mL
  - Telemetry-instrumented dog study requested by FDA will be completed by May 1, 2001
- Humans
  - Possible dose effect in Phase I at daily dose > 800 mg
  - No significant QT effect in ketoconazole interaction study
  - No clinically relevant QT effect in Phase II studies 150 – 600 mg daily (n=412)

ABBT120480.UR

# Hepatotoxicity

- Toxicology studies
  - NTEL for LFT abnormalities in rat = 3-8 x clinical AUC
  - NTEL for LFT abnormalities in monkey = 2-4 x clinical AUC
- Clinical experience
  - No evidence of LFT issue in Western subjects (<1% asx LFT elevation in >1000 pts in phase II-III studies)
  - Japanese in bridging study showed increased LFTs.
    - 7 of 42 (17%) Japanese subjects had >3x ULN
    - No evidence of dose response
    - Repeat study in Japan showed no evidence of LFT increases in Japanese (n=60) or Caucasians (n=8).

Highly Confidential

ABBT120481.UR



# ABT 773 Pharmacokinetics

H. flu MIC₉₀ is 2.0

Highly Confidential

# Phase II Clinical Studies

| Study | Dose/Duration | Number of subjects |
|---|---|---|
| ABECB | 150, 300 or 600 mg OD Duration: 5 days | N = 384 |
| Acute Sinusitis | 150, 300, or 600 mg OD Duration: 10 days | N = 292 |
| CAP | 300 or 600 mg OD Duration: 7 days | N = 187 |

Highly Confidential

ABBT120483.UR

# Phase II Results

## Combined ABECB, CAP, ABS Clinical Response

|  | 150 mg QD | 300 mg QD | 600 mg QD |
|---|---|---|---|
| Clin and Bact. Eval | 84% (42/50) | 90% (103/115) | 88% (106/120) |
| Clin Eval | 88% (168/193) | 88% (247/279) | 81% (216/265) |
| ITT | 83% (176/211) | 82% (259/314) | 75% (230/305) |

Highly Confidential

# ABT 773 Phase II Findings

## Combined ABECB, CAP, ABS Adverse Events

| GI and Taste | 150 mg QD | 300 mg QD | 600 mg QD |
|---|---|---|---|
| **Taste Perversion** | 4% (8/223) | 17% (55/322) | 27% (87/318) |
| **Diarrhea** | 10% (22/223) | 11% (34/322) | 19% (60/318) |
| **Nausea** | 5% (12/223) | 12% (40/322) | 26% (83/318) |
| **Vomiting** | 2% (4/223) | 6% (19/322) | 14% (44/318) |

Highly Confidential

# Phase II: 150 mg QD vs 300 mg QD



**Phase IIb Data: Intent-to-treat**

| | | Bronchitis | CAP | Sinusitis | Total |
|---|---|---|---|---|---|
| Clinical Cure | 150 mg QD | 83% 104/123 | 84% 80/95 | 83% 72/87 | 83% 176/21 |
| | 300 mg QD | 83% 107/129 | 80% 12/90 | 80% 1/90 | 88% 159/314 |
| Bacteriological Cure | H. flu 150 mg QD | 89% 1/10 | 100% 9/9 | 60% 3/5 | 83% 20/24 |
| | H. flu 300 mg QD | 81% 17/21 | 100% 9/9 | 100% 7/7 | 89% 33/37 |
| | S. pneumo 150 mg QD | 77% 9/10 | 82% 9/11 | 100% 1/6 | 81% 3/16 |
| | S. pneumo 300 mg QD | 90% 9/10 | | 100% 8/8 | 89% 81/35 |

Highly Confidential

ABBT120486.UR

# Community-Acquired Pneumonia
## Clinical Response

|                   | 300 mg |          | 600 mg |          |
| ----------------- | ------ | -------- | ------ | -------- |
| Clin and Bact. Eval | 92%  | (54/59)  | 82%    | (47/57)  |
| Clin Eval         | 92%    | (72/78)  | 80%    | (56/70)  |
| ITT               | 84%    | (80/95)  | 73%    | (65/89)  |

ABBT120487.UR

# Phase II summary

- ABT-773 was equally effective at 150 mg QD and 300 mg QD doses in ABECB and ABS

- ABT-773 was efficacious against all target pathogens

- All doses were safe; 150 mg QD was best tolerated for GI events and taste perversion

- 150 mg QD selected for ABECB and pharyngitis in pivotal phase III comparative studies

- 150 mg QD and 150 mg BID will be evaluated to select a regimen for CAP and ABS

Highly Confidential

ABBT120488.UR

# Dose selection: Divergent U.S. and European regulatory and commercial considerations

- **US**
  - Absence of consistent QD dosing for all indications represents a significant commercial hurdle
  - Approval on indication-by-indication basis
- **Europe**
  - Relatively minor commercial impact of BID dosing
  - CAP indication is critical for overall approval

Highly Confidential

# ABT 773 Indications

| Infection | Dosage | Duration |
|---|---|---|
| Pharyngitis/Tonsillitis (ASP) | 150 mg QD | 5 d |
| Acute bacterial exacerbation of chronic bronchitis (ABECB) | 150 mg QD | 5 d |
| Acute bacterial sinusitis (ABS) | 150 mg QD or BID | 10 d |
| Community-acquired pneumonia (CAP) | 150 mg QD or BID | 10 d |

Highly Confidential

ABBT120490.UR



# ABT 773 Development Timeline

CAP studies are critical path

ABBT120491.UR

# Phase III: ABECB and ASP

| Study | Target Enrollment | Start Date | Location | Enroll Status | # sites |
|---|---|---|---|---|---|
| M00-216 ABECB vs Azithromycin | 600 | Nov. 2000 | US | 277 | 110 |
| M00-217 ABECB vs Levofloxacin | 500 | Jan. 2001 | EU | 2 | 100 |
| M00-222 ASP vs Penicillin | 520 | Jan. 2001 | EU | 1 | 45 |
| M00-223 ASP vs Penicillin | 520 | Nov. 2000 | US | 337 | 45 |

Highly Confidential

# Phase III: CAP and ABS

| Study | Target Enrollment | Start Date | Location | Enroll Status | # sites |
|---|---|---|---|---|---|
| M00-219 CAP 150mg QD vs BID | 500 for dose selection | Nov. 2000 | US, EU | 143 | 294 |
| M00-221 CAP vs Levofloxacin | 500 | Nov. 2001 | US | | 200 |
| M00-220 CAP vs Amoxicillin | 500 | Nov. 2001 | EU | | 200 |
| M00-225 ABS 150mg QD vs BID | 500 for dose selection | Nov. 2000 | US, EU | 205 | 114 |
| M00-218 ABS vs Augmentin | 500 | Nov. 2001 | US | | 90 |
| M00-226 ABS vs Levofloxacin | 500 | Nov. 2001 | EU | | 90 |

Highly Confidential

ABBT120493.UR

# PART 2



# CAP dose-ranging study: enrollment status

Highly Confidential

# Sinusitis dose-ranging study: enrollment status



Highly Confidential

ABBT120495.UR

# Progress towards resistance claim

| Pathogen | M00-216 ABECB | M00-219 CAP | M00-225 ABS |
|---|---|---|---|
| Subjects with Positive culture | 266 | 60 | 77 |
| *S. Pneumoniae isolates* | 16 | 16 | 19 |
| Resistant *S.pneumo* | 7 | 9 | 7 |
| *Penicillin resist* | 0 | 1 | 1 |
| *Macrolide resist* | 2 | 0 | 3 |
| *PRSP & MRSP* | 5 | 8 | 3 |
| # of isolates proposed for resistance claim PRSP MRSP | 15 15 | 15 15 | 15 15 |

Highly Confidential

ABBT120496.UR

# ABT 773 Contingency Plan

- 66 sites in the Southern Hemisphere to initiate enrollment in May 2001 should US and European sites not reach enrollment targets by June 2001

- Dose decision delayed to Sept 2001, filing delayed

- Manage US and European study spending due to lower enrollment to offset study costs in the Southern hemisphere

Highly Confidential

ABBT120497.UR

# 2001 Clinical Budget ($MM)

- **2001 Clinical Program**     61.7
  - Assumptions to achieve budget
    - Complete 2000/01 Phase III Studies by June 2001 in U.S. and Europe
    - Initiate 2001/02 Phase III Studies by Nov. 2001
    - Conduct start up activities **only** in Southern Hemisphere, **do not** initiate enrollment

- **Contingency costs**     2.0
  - Assumptions
    - Continue European ABECB and ASP studies to Dec 2001
    - Enroll CAP and ABS studies in the Southern Hemisphere through Sept. 2001
    - Partial cost offset due to lower enrollment in U.S. and Europe

Highly Confidential

ABBT120498.UR

# Other Filing Options

*Other filing options have been evaluated and are less desirable (regulatory, commercial, logistic)*

| Option | Indications | Dose | Filing Date US | Filing Date Europe |
|---|---|---|---|---|
| Option 1<br><br>File without CAP indication in the U.S., delay Europe filing | ABECB/ASP/ABS | 150mg QD | Aug 2002 | June 2003 |
| | CAP | 150mg QD or BID | Aug 2003 | June 2003 |
| Option 2<br><br>Make BID dose decision for CAP and ABS now. | ABECB/ASP | 150mg QD | Aug 2002 | Aug 2002 |
| | CAP/ABS | 150mg BID | Aug 2002 | Aug 2002 |
| Option 3<br><br>Delay Dose Decision to Phase III | ABECB/ASP/ABS<br>3 arm CAP Study | 150mg QD or BID | Dec 2002 | Dec 2002 |
| Option 4<br><br>Run separate US and European clinical programs | ABECB/ASP | 150mg QD | Dec 2002 | Aug 2003 |
| | CAP/ABS | 150mg QD US<br>150mg BID Europe | Dec 2002 | Aug 2003 |

Highly Confidential

# Possibilities

- Make enrollment targets on time
- A little behind
- Way behind

Highly Confidential

# Activities-to-date to address CAP enrollment

- Increased European sites from 79 to 130 in Nov. 2000
- Site approvals expedited
  - Amendments translated and submitted to Ethics Committees for 350 sites in 1 month
  - CRO actively encouraging investigators to expedite EC approval process as much as possible
- Increased investigator fees
- Increased site follow up/communication
- Diligent CRO management

Highly Confidential

ABBT120501.UR



**Power to Detect 10% Difference**
(assumed 90% Cure Rate for 150 BID)

Highly Confidential

ABBT120502.UR

# Statistical power is a function of:

- Sample size
- Treatment arm differences
- Level of statistical significance

Highly Confidential



## Power to Detect 10% Difference
### (90% Cure Rate for 150 BID)

**Power** vs **Total Sample Size (80% Evaluabilty)**

one-sided 5% significance level — one-sided 10% significnace level

# Possible outcomes of dose-ranging studies

| CAP | Sinusitis | Decision |
|-----|-----------|----------|
| Worse | Worse | BID |
| Same | Worse | BID |
| Worse | Same | BID or BID/QD |
| Same | Same | QD |

**QD is:**

# Agenda

- Market and trends
- Molecule
- Microbiology
- Pharm/tox
    - QT prolongation
    - Hepatotoxicity
- Clinical development
    - Phase I/II summary
    - Dose selection
    - Phase III program
    - Contingency plans
- Timeline and budget
- IV formulation
- Summary of key issues and action plans

ABBT120506.UR

# ABT-773 IV Formulation
## Strategic, Commercial, and Technical Value

- **Strategic Value**
  - IV represents a channel not currently served by Anti-infective Franchise
  - Leverages presence of MCRs and experience with ID community

- **Commercial Value**
  - IV availability improves formulary access to molecule
    - Potential advantage over telithromycin, which will not have an IV
    - Would be competitive with Zithromax, Tequin, Avelox which have IV
  - Positive impact on tablet formulation
    - estimated $36MM incremental to peak tablet sales due to step-down therapy
    - Enhances overall "potency" image of brand

- **Technical Value**
  - Support for *S. pneumoniae* Resistance claim
    - FDA indicated that bacteremic patients will be important to establish body of evidence for this claim
  - Provides additional information on QT effects

Highly Confidential

# ABT-773 IV
## Planned Clinical Program

- Single Dose-rising Phase I study                                    May/01

- Multiple Dose Phase I with selected dose                            Aug/01

- File US IND                                                         Nov/01

- Initiate Phase III                                                  Jan/02
  - 2 step-down CAP studies (US/Europe)
  - 2-3 days dosing
  - Two seasons to complete

- Filing                                                              Dec/03

---

- IV launch currently lags tablet launch by 1 year
- further delays will reduce the potential value

---

# IV Development Cost

| | Thru 2000 | 2001 | 2002 | 2003 to NDA | Total |
|---|---|---|---|---|---|
| Clinical Program | 0.2 | 4.0 | 6.0 | 2.5 | 12.7 |
| Phase I Single Rising Dose | | 0.5 | | | 0.5 |
| Phase I Multiple Dose | | 0.4 | | | 0.4 |
| Phase III 2 step-down CAP Studies (US/Europe) | | 2.9 | 6.0 | 2.5 | 11.4 |
| CMC | 1.0 | 2.5 | 1.8 | 1.3 | 6.6 |
| Drug Safety/Other | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 |
| Total by Year | 2.2 | 7.5 | 8.8 | 4.8 | 23.3 |

Highly Confidential

ABBT120509.UR

# Summary: Key Issues

- **QT Prolongation**
  - Possible class labeling, with resulting safety perception

- **Resistance claim**
  - Key differentiating feature
  - Bacteremic isolates requested by FDA requires IV

- **IV Formulation**
  - Strengthens strategic, commercial, and technical value of product

- **QD vs BID dosing**
  - Divergence regulatory and commercial considerations in US vs Europe

- **Delayed Phase III program**
  - Delayed dose selection decision beyond July/Aug 2001 could delay filing

Highly Confidential

# ABT-773 Action Plans

| Key Issue | Action Plans |
|---|---|
| **QT Prolongation** | • Conduct EKG monitoring in Phase III to gather additional data on QT prolongation<br><br>• Anticipate and fulfill regulatory expectations for animal and human data |
| **Resistance claim** | • Accrue sufficient patients to obtain necessary organisms<br><br>• IV formulation would access bacteremic patients |
| **IV Formulation** | • Conduct Phase I studies for IV formulation Go/No Go Sep 2001 ($1MM) based on pain on injection and dose finding |

Highly Confidential

ABBT120511.UR

# ABT-773 Action Plans

| Key Issue | Action Plans |
|---|---|
| **QD vs BID dosing** | - Select dose based on outcome of current QD vs BID trials<br><br>- Minimize regulatory risk<br><br>- Optimize global commercial opportunity |
| **Delayed Phase III program** | - CAP Study sites increased in the US and Europe from 209 to 300 sites<br><br>- Southern hemisphere contingency<br><br>- Re-evaluate other contingency plans |

Highly Confidential

Highly Confidential

ABBT120513.UR



Project Review

ABT-089 and ABT-594

February 2, 2001

HIGHLY
CONFIDENTIAL

ABBT 0002314



# Neuronal Nicotinic Receptor (NNR) Program

- Scientific leadership position for Abbott

- An emerging diversity of receptors

- Multiple potential therapeutic targets



HIGHLY
CONFIDENTIAL



ABT-089

REDACTED

HIGHLY
CONFIDENTIAL

# ABT-594

## *Overview*

- First-in-class

- Analgesic potential demonstrated at 75 mcg BID

- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID

- Full efficacy not determined

- MTD is 300 mcg BID

- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing

- Global sales: $700 MM

HIGHLY CONFIDENTIAL

ABBT 0002319



REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002321

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002322

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002323

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002324

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002325

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002326

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002327

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002328

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002329

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002330

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002331

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002332

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002333

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002334

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002335

REDACTED

HIGHLY
CONFIDENTIAL

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002337

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002338

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002339

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002340

REDACTED

HIGHLY
CONFIDENTIAL

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002342

REDACTED

HIGHLY
CONFIDENTIAL       ABBT 0002343

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002344

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002345

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002346

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002347

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002348

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002349

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002350

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002351

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002352

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002363

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002354

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002355

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002356

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002357

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002358



HIGHLY
CONFIDENTIAL     ABBT 0002359

# ABT-594 Project Review

## Agenda

- Introduction — Chris Silber
- Pharmacological Profile — Jim Sullivan
- Clinical Overview — Bruce McCarthy
- Commercial Assessment — Andrea Landsberg
- Go/No Go Process — Bruce McCarthy
- Follow-On Strategy — Mike Meyer

HIGHLY
CONFIDENTIAL     ABBT 0002360

# ABT-594

## *Overview*

- First-in-class

- Analgesic potential demonstrated at 75 mcg BID

- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID

- Full efficacy not determined

- MTD is 300 mcg BID

- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing

- Global sales: $700 MM

HIGHLY
CONFIDENTIAL

ABBT 0002361

# Pain Prevalence

- 22% primary care patients worldwide have persistent pain

- Neuropathic pain
  - 20% of diabetics
  - 40% of HIV infected
  - 36% of cancer patients

HIGHLY CONFIDENTIAL    ABBT 0002362

# Pain Therapeutics Market

- $12 billion in sales of key classes (NSAIDs, COX-2s, opioids, non-opioids)

- $700 million in sales of key neuropathic pain compounds
  - use largely off-label
  - low cost generics

HIGHLY CONFIDENTIAL    ABBT 0002363

# Neuropathic Pain

## *Treatment*

### Some efficacy
### (at best 40% vs. 20% placebo)

- Tricyclic antidepressants
  – Amitriptyline, desipramine, etc.

- Anti-epileptic drugs
  – Carbamazepine
  – Gabapentin (Pregabalin)
  – Topiramate, others

- Sodium channel blockers
  – Lidocaine

- Opioids
  – Tramadol

### No efficacy

- SSRIs

- NSAIDs/COX-2

HIGHLY
CONFIDENTIAL    ABBT 0002364

Broad-Spectrum, Non-Opioid Analgesic Activity by Selective Modulation of Neuronal Nicotinic Acetylcholine Receptors

A.W. Bannon, M. W. Decker, M. W. Holladay, P. Curzon, D. Donnelly-Roberts, P. S. Puttfarcken, R. S. Bitner, A. Diaz, A. H. Dickenson, R. D. Porsolt, M. Williams, S. P. Arneric

SCIENCE • VOL. 279 • 2 JANUARY 1998

HIGHLY
CONFIDENTIAL    ABBT 0002365

# Development Strategy

## Acute

Post-dental surgery
Sprains and strains
Acute back pain
Trauma
Post-general surgery
Post-orthopedic
surgery
Dysmennorrhea
Renal colic
Biliary colic
Pancreatitis
Infections

## Neuropathic

Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug-induced polyneuropathy
HIV predominantly sensory
    neuropathy
Back pain
Cancer pain
Trigeminal neuralgia
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
Complex regional pain
    syndromes (I, II)
Atypical facial pain
Phantom limb pain

## Chronic Nociceptive

Osteoarthritis
Chronic back pain
Rheumatoid arthritis
Cancer pain
Fibromyalgia
Sickle cell disease
TMJ disorder
Bursitis
Tendinitis
Chronic visceral pain

HIGHLY
CONFIDENTIAL

ABBT 0002366

# Development Strategy

*Choose Portals of Entry*

Molar Extraction $\longrightarrow$ Acute Pain

Peripheral Neuropathy $\longrightarrow$ Neuropathic Pain

Osteoarthritis $\longrightarrow$ Chronic Nociceptive Pain

HIGHLY CONFIDENTIAL     ABBT 0002367



# ABT-594

## *Current Label Target*

ABT-594 is indicated for the treatment of diabetic neuropathic pain.

### Upside Claim

- Neuropathic Pain
- Post herpetic neuralgia
- OA Pain
- Chronic Pain
- Cancer Pain

### General Pain Claim

- Not viable due to 1.5 hour onset

HIGHLY CONFIDENTIAL

ABBT 0002368

# ABT-594

## Go/No Go Process

- Decision analysis (DSG) will be used as a tool to determine milestone criteria
  - Efficacy and safety
  - Titration effects
  - Dose selection
  - Indications
  - Market research

HIGHLY
CONFIDENTIAL

ABBT 0002369

# ABT-594

## Phase III Clinical Plan

|  | U.S. | Europe | Japan |
|---|---|---|---|
| Diabetic neuropathy | 2<br>(n=1200) | 2<br>(n=1200) | 1<br>(n=300) |
| Long-term safety | 1<br>(n=500) | 1<br>(n=500) | - |
| Gabapentin comparator | - | 1<br>(n=320) | - |
| Other neuropathic pain (Phase 3B)<br>post herpetic neuralgia, sciatica | 2<br>(n=600) | - | - |

| | 01 | 02 | 03 | Total |
|---|---|---|---|---|
| Cost ($ million) | 6.1 | 59.6 | 55.7 | 121.4 |

HIGHLY
CONFIDENTIAL

ABBT 0002370



# ABT-594

## Phase 2 to 3 Transition

| | |
|---|---|
| Milestone review | 6/01 |
| End of Phase 2 package/request | 9/01 |
| Start manufacture Phase 3 supplies | 9/01 |
| Ship first Phase 3 supplies | 2/02 |
| Initiate Phase 3 | 3/02 |
| Regulatory filings | 9/03 |

HIGHLY
CONFIDENTIAL

ABBT 0002371

# ABT-594

## Overview

- First-in-class

- Analgesic potential demonstrated at 75 mcg BID

- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID

- Full efficacy not determined

- MTD is 300 mcg BID

- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing

- Global sales: $700 MM

HIGHLY CONFIDENTIAL

ABBT 0002372

# ABT-594 Project Review
# February 2, 2001

# Pharmacological Profile

## Jim Sullivan

HIGHLY CONFIDENTIAL    ABBT 0002373

# ABT-594: Preclinical Pharmacology

- Rationale for NNRs and pain
  - Knockout, antisense and pharmacological validation

- *in vitro* and *in vivo* profile of ABT-594
  - Efficacy
  - Safety

HIGHLY CONFIDENTIAL

ABBT 0002374

# NNRs and Pain:
# NNRs are Expressed in Pain Pathways



- CNS
  - α4 NNRs are localized in NRM and dorsal raphe (Key CNS pain center)

- Spinal Cord
  - NNRs are expressed in dorsal horn neurons (key spinal cord pain processing center)

- Sensory Neurons
  - α4β2, α3β4, α7 NNRs are expressed in DRG and on central and peripheral C-fiber nociceptors

**HIGHLY CONFIDENTIAL**

ABBT 0002375



# NNRs for Pain: Role of α4 and β2 NNRs Established Using Knockout Mice

- In either α4-/- or β2-/- mice, neither nicotine nor epibatidine was active in the hot plate assay (supraspinal mechanism)



# NNRs for Pain:
## Target Validation Using α4 Antisense

*α4 Antisense Treatment Attenuates Antinociception in the*
*Hot Box Model of Acute Thermal Pain*

Bitner, et. al, *Brain Res.* 871: 66, 2000

○ Rats received either a saline, missense, or antisense continuous i.c.v. infusion (0.75 nmol/hr) for 7 days

○ Rats were evaluated in a crossover design in the hot box model of acute thermal pain

HIGHLY
CONFIDENTIAL        ABBT 0002377

# Target Validation:
# NNR Agonists Are Analgesic

- NNR agonists are -
  - Antinociceptive (capable of raising nociceptive thresholds in naïve animals)
  - Antihyperalgesic (capable of reversing the reduction in nociceptive thresholds following injury)

- Epibatidine (key discovery)
  - 200x more potent than morphine
  - Non-opioid
  - Potent NNR agonist
  - BUT highly toxic

Badio and Daly, *Mol. Pharmacol.* **45**: 563, 1994.

HIGHLY CONFIDENTIAL

ABBT 0002378



# NNRs and Pain: ABT-594

*Goal*

ABT-594

- Maintain broad spectrum analgesic efficacy of epibatidine
  - Maintain potency at $\alpha 4$ containing NNRs
- Decrease side-effect liabilities by decreasing activity at
  - Neuromuscular junction nicotinic receptors ($\alpha 1 \beta \delta \gamma$)
  - Ganglionic NNR subtypes ($\alpha 3 \beta 4$, $\alpha 3 \alpha 5 \beta 2 \beta 4$)

HIGHLY
CONFIDENTIAL

ABBT 0002379

# ABT-594 is a More Selective NNR than Epibatidine in Radioligand Binding Studies



ABT-594

| Binding Site (Ki; nM) | Epibatidine | ABT-594 |
|---|---|---|
| Cytisine Binding Site (α4β2) | 0.042 | 0.037 |
| BTX Binding Site (Peripheral) (α1) | 2.4 | 16,600 |

- ABT-594 retains potency of epibatidine at the α4β2 binding site

- ABT-594 is > 5000-fold less potent than epibatidine at the peripheral neuromuscular junction nicotinic receptor

HIGHLY CONFIDENTIAL

ABBT 0002380

# In Vitro Functional Profiles of ABT-594 and Epibatidine



## Functional Activity

- Rank order of potency
  - ABT-594: α4β4 ~ α4β2 > α3β4
  - Epibatidine: α4β4 ~ α3β4~ α4β2

- ABT-594 displays modest α4 vs α3β4 selectivity
  - Compounds with greatly improved selectivity have been identified

HIGHLY CONFIDENTIAL

ABBT 0002381

# ABT-594: In Vivo Efficacy in Models of Acute Thermal Pain



Rat Hot Box Model of Acute Thermal Pain

* p < 0.05 vs. Saline Control

- ABT-594
- Morphine (Opioid)
- Nimesulide (NSAID)

- ABT-594 is potent and efficacious in the Hargreaves Hot Box model of thermal nociception

- Onset of Efficacy = < 30 min

- Duration of efficacy ~ 2 hrs

- The effects of ABT-594 are blocked by the nicotinic antagonist mecamylamine, but not by the opioid antagonist naloxone

HIGHLY CONFIDENTIAL

ABBT 0002382

# ABT-594: In Vivo Efficacy in Models of Persistent Pain



**Rat Formalin Model of Persistent Pain**

- ABT-594 exhibits comparable efficacy and 50-fold greater potency than morphine in Phase II of the formalin model of persistent chemical pain

- ABT-594 is active upon both i.p. and oral administration

HIGHLY CONFIDENTIAL

ABBT 0002383

# ABT-594: In Vivo Efficacy in Models of Neuropathic Pain



- ABT-594 exhibits comparable efficacy and enhanced potency vs. known efficacious agents in models of neuropathic pain

- Efficacy observed at ~ 3 ng/ml

- ABT-594 retains efficacy following repeated administration

- Efficacy observed in rodent model of diabetic polyneuropathy

HIGHLY CONFIDENTIAL

ABBT 0002384

# ABT-594: Efficacy vs. Other Analgesics

| | Inflammatory Pain (Formalin Model) | Neuropathic Pain (Chung Model) | Acute Nociceptive Pain (Hot Box) |
|---|---|---|---|
| ABT-594 | +++ (0.08 μmol/kg) | +++ (0.1 μmol/kg) | +++ (0.03 μmol/kg) |
| Celecoxib | ++ (30 μmol/kg) | + (30 μmol/kg) | 0 |
| Morphine | +++ (3 μmol/kg) | +++ (10 μmol/kg) | ++ (3 μmol/kg) |

+++ is >75% efficacy; ++ is 40-75% efficacy; + is <40% efficacy; 0 is no activity.

HIGHLY CONFIDENTIAL    ABBT 0002385

# How do NNR Agonists Produce Analgesia?

- Mouse knockouts support role of $\alpha 4$ and $\beta 2$
  - Key differences between pain type

- Role for $\alpha 4$ subtype in acute thermal pain (activation of descending inhibitory pathways)
  - Antisense studies
  - Site injection studies
  - Antagonist studies

- In more physiological relevant models of persistent and neuropathic pain, both central and peripheral sites of action are implicated

HIGHLY CONFIDENTIAL

ABBT 0002386

# ABT-594: Preclinical Assessment of Side Effect Liabilities

- Emesis
  - Emesis observed in monkey at 9x efficacious plasma levels
  - Emesis observed in dogs at efficacious plasma levels
  - Ferret model developed in response to early clinical data
    - Correlation established between activity at $\alpha3\beta4$ NNRs and emesis

- CV
  - No effects on hemodynamics at 30X efficacious plasma levels

- Dizziness: no validated preclinical models exist
  - Effects on balance, coordination and muscle strength (Edge Test) observed following acute but not repeated dosing

- ABT-594 displays a reduced propensity for morphine-like side effects of:
  - Constipation
  - Respiratory Depression
  - Sedation

HIGHLY CONFIDENTIAL          ABBT 0002387

# ABT-594: Summary of Preclinical Findings

- ABT-594 is effective across a broad range of preclinical models of acute, persistent and neuropathic pain

- ABT-594 retains efficacy upon repeated dosing

- The antinociceptive properties of ABT-594 are modulated via activation of NNRs and not via opioid receptors

- Preclinical studies suggest that ABT-594 will not exhibit morphine-like side effects of:
  - Constipation
  - Respiratory depression
  - Sedation

- Preclinical studies suggest that ABT-594 will have an improved side-effect profile relative to nicotine

HIGHLY CONFIDENTIAL

ABBT 0002388



HIGHLY
CONFIDENTIAL     ABBT 0002389

# ABT-594

## *Take Home Messages*

1. **Significant unmet needs in pain management**

2. **Prior studies: _potential_ of ABT-594 to address these unmet needs**

3. **Ongoing study: _test the hypothesis_ that ABT-594 addresses unmet need in neuropathic pain**

   – A proposed study would do the same for chronic nociceptive pain

4. **There is a _process_ by which we will determine if ABT-594 can satisfy the unmet need**

HIGHLY CONFIDENTIAL

ABBT 0002390

# ABT-594

# Definitely NOT a take home message for today:

## ABT-594 will satisfy the unmet medical need in pain management

HIGHLY CONFIDENTIAL

ABBT 0002391

# ABT-594

## Clinical development

❖ Current pain management

○ Development strategy: bench to bedside

○ Clinical trial results

HIGHLY CONFIDENTIAL    ABBT 0002392

# Classification of Pain

## Pain Categories

### Nociceptive

#### Acute
Post-dental & post-surgical Pain
Trauma
Pancreatitis
Infections

Dysmennorhea
Renal/bilary colic
Infections
Tendonitis
Bursitis
TMJ disorder
Sickle cell disease
Cancer pain
Rheumatoid arthritis
Back pain

#### Chronic
Osteoarthritis
Rheumatoid arthritis
Fibromyalgia
Chronic viscearal pain

### Neuropathic

#### Acute
Compression neuropathy

#### Chronic
Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug induced polyneuropathy
HIV predominantly sensory
    neuropathy
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
CRPS type I and II
Atypical facial pain
Phantom limb pain

Cancer pain
Back pain

**HIGHLY
CONFIDENTIAL**    **ABBT 0002393**

# Classification of Pain

## *Pain Epidemiology*

- **Chronic pain**
  - 20% U.S. population: any chronic
  - 22% worldwide: persistent pain

- **Neuropathic pain**
  - 20% of diabetics
  - 40% of HIV infected
  - 36% of cancer

HIGHLY
CONFIDENTIAL

ABBT 0002394



HIGHLY
CONFIDENTIAL

ABBT 0002395

# Nociceptive Pain

*Treatment Adverse Events*

| Event | Ultram[1] 50-100 mg | OxyContin[2] | OxyContin Osteoarthritis 20 mg q12 |
|---|---|---|---|
| Somnolence | N/A | 23 % | 27% |
| Dizziness | 31% | 13 % | 20% |
| Nausea | 34% | 23 % | 41% |
| Vomiting | 13% | 12 % | 23% |
| Constipation | 38% | 23 % | 32% |
| Pruritis | N/A | N/A | 16% |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] "Clinical trials" (label)
N/A - Not Available

HIGHLY
CONFIDENTIAL

ABBT 0002396

# Neuropathic Pain

## *Overview*

- **Characteristic symptoms**
  - Spontaneous: dysesthesia, shooting pains
  - Evolved: allodynia, hyperpathia

- **Pathophysiology**
  - Associated with peripheral nerve injury
  - Abnormalities develop over time in the PNS and CNS

- **Treatment**
  - Trycyclic and other "antidepressants"
  - Antiepileptic drugs
  - Sodium channel blockers (lidocaine)
  - Opioids
  - All minimally effective

HIGHLY CONFIDENTIAL

ABBT 0002397



HIGHLY
CONFIDENTIAL    ABBT 0002398

# Neuropathic Pain

## Treatment Adverse Events Rates

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d |
|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% |
| Somnolence | 66% | 53% | 23% | 24% |
| Dizziness | 23% | 40% | 24% | 27% |
| Nausea | N/A | 7% | 8% | N/A |
| Peripheral edema | N/A | N/A | N/A | 7% |
| Dry mouth | 90% | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A |

[1] Max, 1987 (n=29)
N/A - Not Available

HIGHLY CONFIDENTIAL

ABBT 0002399

# ABT-594

## Clinical development

- Current pain management
- Development strategy: bench to bedside
- Clinical trial results

HIGHLY
CONFIDENTIAL

ABBT 0002400

# ABT-594

*Proof of Principle*

## What characterizes an innovative analgesic?

Spectrum of activity

Time of onset/duration

Level of efficacy

Safety/efficacy ratio

HIGHLY
CONFIDENTIAL

ABBT 0002401

# PART 2

# ABT-594

## Spectrum of Activity: Where to Start?

### Acute

Post-dental surgery
Sprains and strains
Acute back pain
Trauma
Post-general surgery
Post-orthopedic surgery
Dysmennorrhea
Renal colic
Bilary colic
Pancreatitis
Infections

### Neuropathic

Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug-induced polyneuropathy
HIV predominantly sensory
    neuropathy
Back pain
Cancer pain
Trigeminal neuralgia
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
Complex regional pain syndromes
    (I, II)
Atypical facial pain
Phantom limb pain

### Chronic Nociceptive

Osteoarthritis
Chronic back pain
Rheumatoid arthritis
Cancer pain
Fibromyalgia
Sickle cell disease
TMJ disorder
Bursitis
Teninitis
Chronic visceral pain

HIGHLY
CONFIDENTIAL

ABBT 0002402

ABT-594

*Choose Portals of Entry*

Molar Extraction → Acute Pain

Peripheral Neuropathy → Neuropathic Pain

Osteoarthritis → Chronic Nociceptive Pain

HIGHLY CONFIDENTIAL    ABBT 0002403

# ABT-594

## *Initial Profile*

- **Preclinical promise**
  - Efficacy for all types of pain
  - Challenges

- **Current characteristics**
  - Analgesic potential demonstrated in molar extraction, neuropathic pain and osteoarthritis
  - Onset ($T_{max}$, tolerability) appears to exclude rapid relief of pain ("acute pain")

**HIGHLY CONFIDENTIAL**    **ABBT 0002404**



HIGHLY
CONFIDENTIAL

ABBT 0002405



HIGHLY
CONFIDENTIAL    ABBT 0002406

# ABT-594

## Pharmacokinetics and Metabolism

- Half-life ($t_{1/2}$): about 8-12 hours

- Dose proportional kinetics

- AUC, $C_{max}$ similar across formulations (solution, SEC, HGC)

- AUC, $C_{max}$ similar with/without food

- $T_{max}$ varies somewhat with formulation, food

- No clinically significant effects on cytochrome P450 isoforms

- Elimination primarily through renal excretion, about 50% unchanged drug recovered in urine

HIGHLY
CONFIDENTIAL

ABBT 0002407



HIGHLY
CONFIDENTIAL

ABBT 0002408

# Molar Extraction Study

## Design

- 290 patients, randomized, double-blind, placebo-controlled, single dose

Day –14    Screen    Surgery
                        xx    n=290

| | |
|---|---|
| n=50 | ABT–594 100 mcg |
| n=46 | ABT–594 75 mcg |
| n=50 | ABT–594 50 mcg |
| n=46 | ABT–594 25 mcg |
| n=48 | Ibuprofen 400 mg |
| n=50 | Placebo |

Single dose

- Third molar extraction
- Outcome measures:
  Pain relief (PR)
  Categorical scale:

  0        1         2        3        4
  none   a little  some   a lot  complete

- Power: 70% to detect an effect similar to acetaminophen plus codeine
- Solution

HIGHLY
CONFIDENTIAL

ABBT 0002409

# Molar Extraction Study

## Outcome Measures

**Pain Relief (PR)**
– Categorical scale:

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| none | a little | some | a lot | complete |

**Total Pain Associated Relief (TOTPAR)**
– Area under the curve for PR (0-6 hours)

**Pain Intensity (PI)**
– Categorical scale:

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| none | mild | moderate | severe |

– Visual Analog Scale

no pain |————————————————————————| worst pain

**Stop Watch Model**
– Time to "perceptible" and "meaningful" relief

**Time To Rescue Medication**

**Patient Global**
– Rate medication:

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| poor | fair | good | excellent |

HIGHLY
CONFIDENTIAL        ABBT 0002410



ABT-594 100 mcg is Significantly Better Than Placebo Starting 1.5 Hours After Dosing

Time (Hours)

Mean Pain Relief Score

*p < 0.05 for treatment vs. placebo
Maximum possible pain relief score is 4

Treatment
Placebo
ABT-594 100 mcg x 1
Ibuprofen 400 mg x 1
[Celecoxib 200 mg x 1] Adjusted

Celebrex 025 Trial
Adjusted for Ibu-placebo

HIGHLY
CONFIDENTIAL      ABBT 0002411



# Neuropathic Pain Pilot

## *Design*

- 133 patients, randomized, double-blind, placebo-controlled, multiple dose

| | | | |
|---|---|---|---|
| n = 43 | ABT-594 | 75 mcg BID |
| n = 47 | ABT-594 | 25 mcg BID |
| n = 43 | Placebo | |
| | 3 weeks | |

Screen    Washout    Baseline

Day −22        −7        −3

- Distal symmetric polyneuropathy
  52% idiopathic    46% diabetic

- Power:  56% to detect a 20% difference (ABT-594 vs. placebo)

- Soft Elastic Capsule

HIGHLY
CONFIDENTIAL

ABBT 0002412

# Neuropathic Pain Pilot

## *Outcome Measures*

- **Pain Intensity (PI)**
  - Categorical Scale:

    0        1        2        3

    none    mild    moderate  severe

  - Visual Analog Scale:
    (0-100 mm)

    no pain |————————————————| worst possible

- **Neuropathic Pain Scale (NPS)**
  - 10 items (e.g., sharp, hot, intense), for total 0-100 points

    Please use the scale below to tell us how **sharp** your pain feels. Words used to describe "sharp" feelings include "like a knife," "like a spike," "jabbing" or "like jolts"

    | not sharp | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most sharp sensation imaginable ("like a knife") |
    |---|---|---|---|---|---|---|---|---|---|---|---|

- **Patient Global (PG)**
  - Rate Medication:

    1        2        3        4

    poor    fair    good    excellent

HIGHLY
CONFIDENTIAL          ABBT 0002413



ABT-594 75 mcg BID Does Not Reduce Daily Pain Score Compared to Placebo in Neuropathic Pain

Maximum possible decrease for 75 mcg BID was 2.5

HIGHLY
CONFIDENTIAL

ABBT 0002414



# ABT-594 75 mcg BID Reduces the NPS More Than Placebo

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 21% |
| ABT-594 25 mcg BID | ↓ 19% |
| ABT-594 75 mcg BID | ↓ 36% |

NPS Score Change from Baseline

Week 0 1 2 3

Model Based, ITT
LOCF
833

Maximum possible decrease for 75 mcg BID was 59

HIGHLY
CONFIDENTIAL

ABBT 0002415



HIGHLY
CONFIDENTIAL       ABBT 0002416



# ABT-594 75 mcg BID Significantly Reduces NPS Compared to Placebo in Diabetic Polyneuropathy

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo (n=24) | ↓ 15% |
| ABT-594 25 mcg BID (n=18) | ↓ 19% |
| ABT-594 75 mcg BID (n=17) | ↓ 42% |

Model Based, ITT
LOCF
833

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 52

HIGHLY
CONFIDENTIAL

ABBT 0002417



# ABT-594 75 mcg BID has a Similar Effect To Gabapentin

## ABT-594 vs. Gabapentin and Pregabalin

Legend:
- Placebo
- ABT-594 75 mcg BID (untitrated)
- Gabapentin (titrated)
- Pregabalin 100 mg TID (untitrated)

Percent Decrease from Baseline

- Lowest Effective Dose ABT-594[1] Diabetes: 25%
- Highest Effective Dose Gabapentin[2] (Diabetes): 22%, 39%
- Expected Clinical Dose Pregabalin[3] Diabetes: 21%, 41%

[1] 4-point categorical scale final vs. baseline
[2] 11-point Likert Scale week 8 vs. baseline
[3] 11-point Likert scale week 5 vs. baseline

HIGHLY CONFIDENTIAL

ABBT 0002418



# Osteoarthritis Pain Pilot

## Design

- 256 patients, randomized, double-blind, placebo-controlled

| | | |
|---|---|---|
| n = 53 | ABT–594 | 75 mcg BID |
| n = 48 | ABT–594 | 50 mcg BID |
| n = 49 | ABT–594 | 25 mcg BID |
| n = 52 | Ibuprofen | 400 mg TID |
| n = 54 | Placebo | |

Screen    Washout    Baseline    3 weeks

Day –21    –6    –3

- Power: 56% to detect a 20% difference (ABT-594 vs. placebo)

- Soft Elastic Capsule

HIGHLY
CONFIDENTIAL

ABBT 0002419

# Osteoarthritis Pain Pilot Study

## *Outcome Measures*

- **Pain Intensity (PI)**
  - Categorical Scale:

    | 0 | 1 | 2 | 3 |
    |---|---|---|---|
    | none | mild | moderate | severe |

  - Visual Analog Scale (VAS):

    no pain |————————————————| worst possible

- **WOMAC**
  - Pain (0-500)
  - Stiffness (0-200)      } Total (0-2400)
  - Function (0-1700)

- **Patient Global**
  - Rate Medication:

    | 1 | 2 | 3 | 4 |
    |---|---|---|---|
    | poor | fair | good | excellent |

HIGHLY CONFIDENTIAL

ABBT 0002420

# Osteoarthritis Pain Pilot Study

## *WOMAC*

### Pain

How much pain do you have...

– Walking on a flat surface?
– Going up or down stairs

no pain |————————————| extreme pain

### Stiffness

How severe is your stiffness...

– After sitting, lying, or resting later in the day?

no stiffness |————————————| extreme stiffness

### Function

What degree of difficulty do you have...

– Descending stairs?
– Rising from bed?

no difficulty |————————————| extreme difficulty

HIGHLY CONFIDENTIAL

ABBT 0002421



# ABT-594 75 mcg BID Does Not Reduce Daily Pain Score Compared To Placebo In Osteoarthritis

**Change: Baseline to Final**

| Treatment | |
|---|---|
| Placebo | ↓ 21% |
| Ibuprofen 400 mg TID | ↓ 26% |
| ABT-594 25 mcg BID | ↓ 17% |
| ABT-594 50 mcg BID | ↓ 26% |
| ABT-594 75 mcg BID | ↓ 23% |

Model based, ITT
LOCF
82G

Change from Baseline (Categorical)

Week

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 2.2

HIGHLY
CONFIDENTIAL

ABBT 0002422



# ABT-594 75 mcg BID Reduces the WOMAC Pain Subscale More Than Placebo in Osteoarthritis

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 19% |
| Ibuprofen 400 mg TID | ↓ 33% |
| ABT-594 25 mcg BID | ↓ 24% |
| ABT-594 50 mcg BID | ↓ 34% |
| ABT-594 75 mcg BID | ↓ 30% |

Based on 5-item (0-500 points)

*y-axis:* Change from Baseline (50, 0, -50, -100, -150)

*x-axis:* Week (0, 1, 2, 3)

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 305

HIGHLY CONFIDENTIAL

ABBT 0002423



HIGHLY
CONFIDENTIAL

ABBT 0002424

# ABT-594

## Phase IIa Efficacy Conclusions

- Analgesic Potential Demonstrated
  - Molar Extraction
    - Significance vs. placebo starting at 1.5 hours
  - Neuropathic Pain
    - 75 mcg BID may be lowest effective dose for patients with painful diabetic polyneuropathy
  - Osteoarthritis Pain
    - 75 mcg BID may be lowest effective dose as judged by the WOMAC pain sub-score

HIGHLY CONFIDENTIAL

ABBT 0002425

# ABT-594 Safety

## *Phase IIa Adverse Events*

- Characteristic AEs
  - Nausea
  - Vomiting
  - Dizziness

- AEs attenuate after repeated administration

HIGHLY CONFIDENTIAL

ABBT 0002426

# Adverse Event Rates for Select Analgesics

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594[2] 75 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% | 0% |
| Somnolence | 66% | 53% | 23% | 24% | 0% |
| Dizziness | 28% | 40% | 24% | 27% | 7% |
| Nausea | N/A | 7% | 8% | N/A | 15% |
| Vomiting | N/A | N/A | N/A | N/A | 5% |
| Peripheral edema | N/A | N/A | N/A | 7% | 1% |
| Constipation | 14% | N/A | N/A | N/A | N/A |
| Dry mouth | 30% | N/A | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A | N/A |

[1] Max, 1987 (n=29)
[2] M98-826 and M98-833 combined
N/A - Not Available

HIGHLY
CONFIDENTIAL

ABBT 0002427

# Adverse Event Rates for Select Analgesics

| Event | Ultram[1] 50-100 mg q4-6h | OxyContin[2] | OxyContin Osteoarthritis 20 mg q12h | ABT-594[3] 75 mcg BID |
|---|---|---|---|---|
| Somnolence | N/A | 23 % | 27% | 0% |
| Dizziness | 31% | 13 % | 20% | 7% |
| Nausea | 34% | 23 % | 41% | 15% |
| Vomiting | 13% | 12 % | 23% | 5% |
| Constipation | 38% | 23 % | 32% | 1% |
| Dry mouth | N/A | N/A | N/A | 4% |
| Pruritis | N/A | N/A | 16% | N/A |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] "Clinical trials" (label)
[3] M98-826 and M98-833 combined
N/A - Not Available

HIGHLY CONFIDENTIAL

ABBT 0002428

# ABT-594

## *Phase IIa Conclusions*

- Analgesic potential demonstrated

- Phase IIa studies included inadequate dose ranging
  - SEC tolerated better than predicted by solution
  - 75 mcg BID (HGC) very well tolerated vs. other analgesics
  - Two Phase I studies (M99-076 and M99-120) showed:
    - 300 mcg BID HGC tolerated
    - Titration may improve tolerability

- Full analgesic potential should be defined with adequate dose ranging studies in Phase IIb

HIGHLY
CONFIDENTIAL

ABBT 0002429



# Phase IIb

- Trials
  - Neuropathic Pain (M99-114)
    - Ongoing
  - Osteoarthritis Pain (M99-115)
    - Unfunded
- Doses
  - 150, 225, 300 mcg BID

**HIGHLY CONFIDENTIAL**    **ABBT 0002430**

# M99-114: Neuropathic Pain

## Design

- 320 patients, randomized, double-blind, placebo-controlled, multiple dose




| | | |
|---|---|---|
| Screen | Washout | Baseline |
| Day –22 | –7 | –7 |

n = 80   ABT–594   300 mcg BID
n = 80   ABT–594   225 mcg BID
n = 80   ABT–594   150 mcg BID
n = 80   Placebo

7 weeks

- Diabetic polyneuropathy
- 7-Day primer phase; treatment visits at 2, 3, 5 and 7 weeks
- Power: 80% with 0.05 Type I to detect 39% ABT-594 improvement, 25% placebo (ES 0.46)
- Hard Gelatin Capsule

HIGHLY CONFIDENTIAL

ABBT 0002431



# M99-114: Neuropathic Pain

## *Outcome Measures*

- **Primary**
  - Weekly average of daily pain (11-point Likert in a diary)

- **Secondary**
  - Site-based pain scale (11-point Likert)
  - Neuropathic Pain Scale
  - Patient Global Impression of Change
  - Physician Global Impression of Change
  - SF-36

HIGHLY CONFIDENTIAL

ABBT 0002432

# M99-114 Status



- Enrollment
  - Ended 1/5/01 at 269 subjects
  - Pre-specified power not reached
  - Width of confidence intervals not meaningfully different between 269 and 320 enrolled

- Database release – 5/01

- Go/No Go – 6/01

HIGHLY
CONFIDENTIAL

ABBT 0002433

# ABT-594

## *Take Home Messages*

1. Significant unmet needs in pain management

2. Prior studies: *potential* of ABT-594 to address these unmet needs

3. Ongoing study: test the hypothesis that ABT-594 addresses unmet need in neuropathic pain

   – A proposed study would do the same for chronic nociceptive pain

4. There is a process by which we will determine if ABT-594 can satisfy the unmet need

HIGHLY
CONFIDENTIAL    ABBT 0002434

ABT-594 Project Review
February 2, 2001

Commercial Assessment

Andrea Landsberg

Laura Robinson

HIGHLY CONFIDENTIAL

# ABT-594 Commercial Assessment: Key Take Aways

- Neuropathic pain market is the primary target
  - Underserved market with significant unmet need
  - ABT-594 has potential to be first novel drug in decades indicated for neuropathic pain

- Additional opportunity in "chronic persistent pain" market

- *Key challenge is achieving optimal balance of tolerability and efficacy to satisfy both US and ex-US markets*

HIGHLY CONFIDENTIAL

ABBT 0002436

# Neuropathic Pain Market: Sales

|  | 2000 US Sales ($MM) | 2000 ex-US Sales |
|---|---|---|
| AEDs | $299 | $190 |
| TCAs | $3 | $45 |
| OPIOIDS | $37 | NA |
| OTHERS | $85 | $45 |
| TOTAL | $424 | $280 |

US Sales *factored* for neuropathic pain and annualized
Vs Prior Year: US Growth est 20%, ex-US growth est 10%

HIGHLY
CONFIDENTIAL    ABBT 0002437

# Drug Classes Used to Treat Neuropathic Pain

*Dispersed market due to limited promotion and lack of dominant effective product*



SEIZURE DISORDERS
ANTARTHRTCS SYS PLN
COX-2 INHIBITORS
CODEINE & COMB NON-INJ
CORTICOIDS PLAIN INJ
ANTIDEP TRI/TETRA
PTY ANALGESICS
PYRIDOXINE (VIT B6)
SYN NON-NARC NON-INJ
MUSC RLX W/O ANALG
CORTICOIDS PLAIN ORAL
PROPOXYPHENES
ANESTH INJECT LOCAL
ASPIRIN,APC,ETC
SSRIS/SNRIS
ACETAMINOPHEN
BENZODIAZEPINES

**Drug Uses Data (not Rx or $'s)**

# Use in Neuropathic Pain

- Even if target only 'focused' indication in 'painful, diabetic neuropathy' expect trial and usage in all types of neuropathic pain

  – Neurontin use all off-label

  – Carbamazepine is indicated for trigeminal neuralgia but used in all neuropathic pain

  – Generally held premise that NP likely has some similar mechanisms across etiologies (reinforced by current drug usage)

HIGHLY CONFIDENTIAL

ABBT 0002439

# Market Opportunities in Neuropathic Pain

- Improved efficacy
  - Partial pain relief is the norm
  - Polypharmacy often required to manage pain

- Improved responder rates
  - Typically only 40% to 60% of patients respond to any given treatment

- Improved tolerability over time
  - TCAs, AEDs, opioids have troublesome SEs that do not diminish over time

- Dose reduction
  - Most TCAs and AEDs (including Neurontin) typically dosed TID

- Titration reduction
  - TCAs and AEDs require >2 weeks titration period to minimize SEs or reach effective dose

HIGHLY
CONFIDENTIAL

ABBT 0002440

# Chronic Persistent Pain (CPP) "Spillover"

- Onset of action and need for titration limits ABT-594 to a small segment of the nociceptive pain market

- CPP = Chronic persistent pain conditions for which patients are on daily medications, over extended periods of time (vs. PRN, or 'as needed', consumption)

HIGHLY CONFIDENTIAL

ABBT 0002441



# Chronic Persistent Pain

Assumes 40% of pain market is for chronic vs acute pain (>45days)

Assumes 30% of chronic pain patients take meds every day

100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%

Nociceptive Pain    Chronic Pain    Chronic Persistent Pain

IMS Longitudinal Data indicates over 80% of pain meds Rxed for >=30 days
Quantitative primary market research indicates that >60% of chronic pain patients take meds every day

HIGHLY
CONFIDENTIAL

ABBT 0002442

# Chronic Persistent Pain Market

| | 1999 Sales ($MM) | CAGR (97-99) | Rxs (MM) | CAGR (97-99) |
|---|---|---|---|---|
| US | $700 | 5% | 35 | 1% |
| Ex-US | $680 | 8% | 58 | 3% |

CPP Market Size Assumptions:
Assume 40% of opioid, non-opioid, COX-2 market is for chronic pain and 30% of that is 'persistent', i.e.: medication taken every day

HIGHLY CONFIDENTIAL

ABBT 0002443

# Qualitative Market Research Results

| Profile | Share of Patients | | |
|---|---|---|---|
| | OA | RA | Low-back |
| Efficacy | | | |
| AEs vs. current agents | | | |

*Assumes ABT-594 is indicated for NP, with additional clinical data (Ph II) showing efficacy in nociceptive pain*

HIGHLY CONFIDENTIAL

ABBT 0002444

# Qualitative Market Research Results

| Profile | | Share of Patients | | |
|---------|--------------------------|----|----|----------|
| | AEs vs. current agents | OA | RA | Low-back |
| Efficacy | | | | |
| Better | Equivalent | | | |
| Same | Equivalent | | | |
| Better | Poor | | | |

*TCAs used as "benchmark" efficacy in NP*

*Tolerability vs. current agents: equivalent = 5% nausea; 5% vomiting; 10% dizziness; poor = 20% nausea; 10% vomiting; 30% dizziness*

HIGHLY
CONFIDENTIAL

ABBT 0002445

# Qualitative Market Research Results

| Profile | | Share of Patients | | |
|---------|---------------------------|-----|-----|----------|
| Efficacy | AEs vs. current agents | OA | RA | Low-back |
| Better | Equivalent | 19% | 12% | 16% |
| Same | Equivalent | 15% | 8% | 10% |
| Better | Poor | 12% | 6% | 11% |

*Spillover market share in chronic persistent pain markets  (in forecast, assuming only 5% share)*

*MR did not test impact of titration on market share*

# Qualitative Market Research Results

| Profile | | Share of Patients |
|---|---|---|
| Efficacy | AEs vs. current agents | Neuropathic Pain |
| Better | Equivalent | 31% |
| Better | Poor | 24% |
| Same | Equivalent | 27% |

*Assumes ABT-594 is indicated for NP, with additional clinical data (Ph II) showing efficacy in nociceptive pain*

*In forecast assuming 20% share of NP*

HIGHLY
CONFIDENTIAL          ABBT 0002447

# Neuropathic Pain Pipeline

- Pregabalin is in Phase III, but questions remain regarding Pfizer's Neurontin/Pregabalin strategy

- 4 NNR preclinical programs appear to be targeting pain indications; ABT-594 is much further along

- Other new AEDs may have potential for treatment of neuropathic pain and are conducting phase IV trials; unclear whether these agents will pursue an NP indication

- Several novel pain mechanisms being explored

  - Calcium channel blockers

  - Sodium channel blockers

  - NMDA antagonists

HIGHLY
CONFIDENTIAL



# Positioning of ABT-594 in Neuropathic Pain

- Greater efficacy than AEDs and TCAs in NP

- Better long term tolerability (than TCAs and opioids)

- Safe in all patient populations

- Convenient BID dosing with simple, short titration period

- No tolerance over time and non-scheduled

- Limited drug interactions

- Novel mechanism of action

HIGHLY CONFIDENTIAL

ABBT 0002449

# Positioning of ABT-594 in CPP

- Effective alternative to opioids with:
  - No tolerance, respiratory depression, constipation, etc.
  - Non-scheduled

- For patients receiving insufficient relief with current therapies or NSAID/opioid intolerant patients

- Better efficacy than COX-2s with novel mechanism of action and no major safety issues

HIGHLY CONFIDENTIAL

ABBT 0002450



# ABT-594 Global Forecast Ranges

($MM)

| | Peak Sales | | |
|---|---|---|---|
| | **Low** | **Base** | **High** |
| **US** | $92 | $339 | $509 |
| **Ex-US** | $130 | $363 | $712 |

- *NP shares: 5%, 20% or 30%*
- *CPP shares: 3%, 5%, 7%*

# Key Product Challenges

- *Key challenge is achieving optimal balance of tolerability and efficacy to satisfy both US and ex-US markets*

  - Neurontin/Pregabalin may have advantage
    - Will need to minimize early DCs as much as possible
  - Potentially low therapeutic index

- Titration

  - Schedule must be as short and simple as possible

- Nicotinic mechanism

  - Will require pre-launch market education and priming to diffuse negative associations and generate interest surrounding novel MOA

HIGHLY
CONFIDENTIAL

ABBT 0002452



HIGHLY
CONFIDENTIAL     ABBT 0002463



HIGHLY
CONFIDENTIAL

ABT-594

*Go/No Go Process*

## Process to include:

1. Scope and frame issues and process
2. Analysis of M99-114 and other clinical data
3. Dose identification
4. Draft Phase III trial design
5. Market research
6. Valuation
7. Presentation and asset strategy:  6/01

← Decision Analysis →

HIGHLY
CONFIDENTIAL

ABBT 0002455



**ABT-594**

*Go/No Go Process*

## What will a "Go" decision look like?

Patients and physicians will have <u>compelling</u> reasons to choose ABT-594 vs. other analgesics for the relief of pain

HIGHLY
CONFIDENTIAL

ABBT 0002456



HIGHLY
CONFIDENTIAL

ABBT 0002457

# Identification of ABT-594 Backup

## Clinical Results Outline Specific Improvements Required for Backup

- Emesis
  - Modeled preclincally in ferret and dog

- Nausea
  - Ferret model can qualitatively address nausea index

- Dizziness
  - Mouse rotarod
  - Rat Edge test

HIGHLY
CONFIDENTIAL

ABBT 0002458

# Discovery Program Basis

## NNR Subtypes Differentially Mediate Efficacy and Side Effects

- Different NNR subtypes mediate analgesic effects of nicotinic agonists and adverse events

- Program committed to the identification of NNR subtype selective compounds

- Project initiated research collaboration with NeuroSearch (Denmark)
  - Access to human recombinant NNRs
  - Access to new structural classes of NNR modulators

HIGHLY CONFIDENTIAL

# Nociception Mediated by $\alpha 4$ Subtypes

- Mouse knockouts support role of $\alpha 4$ and $\beta 2$
  - Key differences between pain type

- Role for $\alpha 4$ subtype in acute thermal pain (activation of descending inhibitory pathways)
  - Antisense studies
  - Site injection studies
  - Antagonist studies

- In more physiological relevant models of persistent and neuropathic pain, both central and peripheral sites of action are implicated

HIGHLY
CONFIDENTIAL

ABBT 0002460



# Emesis Mediated by α3β4 Subtype

- In preclincal models, emesis is correlated to potency and efficacy at ganglionic (α3β4) NNR subtypes

- Antagonist and route of administration studies suggest both local and systemic contribution

HIGHLY
CONFIDENTIAL

ABBT 0002461



# Analgesic Efficacy vs. ABT-594 (Rat Models)

| | Persistent Nociceptive Pain (Formalin Model) | Neuropathic Pain (Chung Model) | Acute Nociceptive Pain (Hot Box) |
|---|---|---|---|
| **ABT-594** | +++ (0.08 µmol/kg) | +++ (0.1 µmol/kg) | +++ (0.03 µmol/kg) |
| **A-312046** | +++ (1.8 µmol/kg) | +++ (0.7 µmol/kg) | +++ (1.9 µmol/kg) |
| **A-366833** | +++ (3 µmol/kg) | +++ (5 µmol/kg) | ++ (6 µmol/kg) |
| **Celecoxib** | ++ (30 µmol/kg) | + (30 µmol/kg) | 0 |
| **Morphine** | +++ (3 µmol/kg) | +++ (10 µmol/kg) | ++ (3 µmol/kg) |
| **Gabapentin** | + (200 µmol/kg) | ++ (100 µmol/kg) | 0 |

+++ is >75% efficacy; ++ is 40-75% efficacy; + is <40% efficacy; 0 is no activity.

HIGHLY
CONFIDENTIAL

ABBT 0002463



HIGHLY
CONFIDENTIAL

ABBT 0002464



HIGHLY
CONFIDENTIAL

ABBT 0002465



# Therapeutic Index Comparison

- Therapeutic index based on ratio of highest no effect dose for adverse event and $ED_{50}$ in pain models

| Adverse Event | Therapeutic Index Improvement vs. ABT-594 | |
| --- | --- | --- |
| | A-312046 | A-366833 |
| Emesis (Ferret) | 5 – 14x | 20 - 27x |
| Seizure Threshold (Mouse) | 4 - 11x | >11x |
| Edge Test (Rat) | 7 - 24x | >12x |

HIGHLY CONFIDENTIAL

ABBT 0002466

# Pharmacokinetics

|          |        | $t_{1/2}$ | CLp  | %F   |
|----------|--------|-----------|------|------|
| ABT-594  | Rat    | 1.5 h     | 1.7  | 61%  |
|          | Dog    | 4.7 h     | 0.4  | 35%  |
|          | Monkey | 1.4 h     | 1.7  | 80%  |
| A-312046 | Rat    | 3.0 h     | 1.95 | 80%  |
|          | Dog    | 1.4 h     | 2.89 | 13%  |
|          | Monkey | 1.5 h     | 2.36 | 3%   |
| A-366833 | Rat    | 1.5 h     | 3.02 | 73%  |
|          | Dog    | 2.6 h     | 0.35 | 109% |
|          | Monkey | 2.5 h     | 0.53 | 74%  |

HIGHLY
CONFIDENTIAL

ABBT 0002467

# Additional Characterization and Ongoing Studies

- A-312046:
  - Evaluation of viability of transdermal formulation
  - Identification of prodrug analogs

- A-366833:
  - Ames and chromosomal breakage neg.
  - CEREP binding studies – no significant findings
  - Ongoing studies:
    - Evaluation in additional pain models
    - PK/PD studies – plasma levels at efficacious and emetic doses
    - Dog, monkey, human hepatocyte metabolism
    - Cardiovascular evaluation
    - Two-week toxicology in rats

# Backup Status

- A-366833:
  - Broad spectrum activity, but particularly effective in persistent nociceptive pain model
  - Significantly decreased side effect liability
  - Excellent oral bioavailability across three species
  - May extend into general pain indication

- A-312046:
  - Excellent activity in neuropathic pain model
  - Pharmacokinetics may preclude development as oral drug
  - Alternative formulations may be useful as backup for ABT-594 in neuropathic pain market

HIGHLY CONFIDENTIAL    ABBT 0002469

**761**



**From:** Jeff Leiden
John Leonard

<u>INTEROFFICE CORRESPONDENCE</u>

**TO:** Miles White                                    **Date:** Jan. 7, 2002

**CC:**

Bill Dempsey
Dave Goffredo
Mary Szela
Jim Tyree
Eugene Sun
Stan Bukofzer

**Confidential**

**RE:**

On December 10th, the Pharmaceutical Executive Committee met to review the development status of ABT-773, our ketolide antibiotic in clinical development for respiratory tract infections. Based on the data reviewed at the meeting, the Committee recommends suspending further development and initiating efforts to out license the compound. Attached is a package, which addresses the key issues. Our decision for this recommendation is based on the following:

**1.  Divergence from the target product profile**
ABT-773 was approved for clinical development in a March 1997 Drug Development Committee (PPCC), at which time the key elements of the target product profile were defined as:
- Once daily dosing for short course treatment regimens (5-10 days)
- Favorable side effect profile relative to currently available therapies
- Efficacy against major respiratory pathogens, particularly against resistant organisms, a key differentiating feature of this compound

- Once daily dosing has not been achieved in 3 of 4 respiratory indications:
  - In July 2001, twice daily dosing was chosen for the pivotal Phase III clinical trials in sinusitis and community acquired pneumonia. This decision was taken based on accumulated scientific data and to enhance regulatory approvability of the compound, but recognized a corresponding decrease in the commercial value; particularly given the global trend toward once-a-day/shorter course therapy.
  - In November, the pivotal U.S. Phase III trial in pharyngitis showed that ABT-773 dosed once daily at the chosen dose had insufficient efficacy for approval. Additionally, these results cast some doubt on the potential for QD dosing for bronchitis.

HIGHLY CONFIDENTIAL
ABBT0559668

♦ The emerging side effect profile of ABT-773 is neither significantly better nor worse than clarithromycin in terms of taste and the potential for drug-drug interactions. There are still safety issues that remain to be better defined, i.e., the potential for QT prolongation, and the incidence and severity of liver enzyme abnormalities (see #3 below).

♦ A resistance claim, which is a key point of commercial differentiation, will be challenging to achieve:
  ♦ The resistance claim is based on successful treatment of pneumonia patients who have resistant organisms. The original ABT-773 plan targeted approximately 15 such patients. In 2001, the EMEA and FDA evaluated telithromycin (Ketek), Aventis' first-in-class ketolide. Neither the EMEA nor FDA considered the Ketek data sufficient to support a resistance claim based on 17 patients with about an 85% eradication rate. It is now anticipated that a resistance claim for ABT-773 will require a larger number of resistant isolates (this requirement will significantly increase the size, complexity, and duration of clinical trials) as well as an eradication rate of at least 85%.

## 2. Increasing regulatory stringency
♦ Regulatory approval of new antibiotics is increasingly dependent on their benefit:risk ratio compared to currently available therapies. Given that most respiratory antibiotics have greater than 85% success rates there is increasing attention to drug safety. Although Ketek was approved by EMEA this year, significant post approval commitments were mandated, i.e., additional safety data in over 4000 patients. In the US, Aventis has been asked to obtain additional safety data prior to FDA approval. Given that some of the same safety issues may apply to ABT-773, the projected size of the required safety database for ABT-773 has increased considerably. This will increase the expense and duration of the phase III trials.

♦ Regulatory authorities are increasingly concerned about widespread antibiotic resistance resulting from inappropriate antibiotic usage. They are considering ways to curb indiscriminate antibiotic usage, such as limiting regulatory approval for indications that do not always warrant antibiotic therapy, e.g., acute exacerbation of chronic bronchitis. This indication represents one of the largest respiratory market segments.

## 3. Unresolved potential safety issues
♦ QT prolongation by ABT-773 has not been fully characterized and remains a potential liability. In recent years, broad regulatory attention to this issue has resulted in increasing requirements for *in vitro* as well as clinical data to assess this risk. To date, data indicates that QT prolongation by ABT-773 is comparable to that of clarithromycin and Ketek, but FDA has requested additional studies. Should these studies suggest clinically significant risk, regulatory actions could include non-approval, Black Box warning, or contraindication in at-risk populations.

HIGHLY CONFIDENTIAL
ABBT0559669

♦ Significant liver enzyme elevations have been observed in a few subjects in clinical trials to date, most recently in a study to evaluate QT prolongation. Clinical protocols have been modified to increase patient monitoring, leading to increased clinical costs and a delay in filing Although the incidence and severity of these findings fall within an acceptable range for antibiotics, future findings may drive the requirement for a larger safety database.

**4.   Decreased commercial valuation**
♦ The loss of the pharyngitis indication is forecasted to erode more than $117MM in NPV from ABT-773 (-$82MM AI; -$35MM PPD). Based on the above information, the global NPV of ABT-773 falls from a July 2001 $223MM to $51MM with the U.S. market NPV largely break-even at $3MM and Abbott International contributing the balance of value.
♦ In addition, if the regulatory authorities require additional patients to evaluate safety, the value of ABT-773 becomes negative.

Attached are several slides that provide additional detail to the issues discussed above. Obviously we are extremely disappointed to recommend stopping a key phase III program in development. However, at this time, the team recommends placing development on hold and redirecting R & D funds to higher return opportunities. If this decision is made shortly, the team forecasts that it would create a 2002 R&D favorability of approximately $47MM.

**Next Steps**
We look forward to meet with you regarding our recommendation and to secure your approval to move forward with the decision to place clinical development on hold. If approved, the next steps will include:

◆ The preparation of an internal and external communication package for all stakeholders paying particular attention to PR issues and timing of the process.

◆ Communicating with Taisho. As you are aware, the development of ABT-773 has been conducted in collaboration with Taisho under a 1997 Agreement in which Taisho contributes 50% of the Japanese development cost and 10.69% of the ex-Japan expenses. Abbott has the right to out license the compound outside Japan without Taisho's consent, but the royalty obligations remain in effect (5.5% in patented territories and 2.75% in non-patented countries). Sub-licensing of Abbott's rights in Japan is allowed only after Taisho's consent.

◆ The PEC believes that the compound may hold potential for out licensing. To capture value for ABT-773 an out licensing effort, which might include follow-on compounds already in discovery, would be aggressively initiated.

HIGHLY CONFIDENTIAL
ABBT0559670

**782**

.

# Abbott Portfolio Review

## March 7-9, 2001

- Project          ABT-518

- Compound          Matrix Metalloproteinase Inhibitor

- Presenter          Perry Nisen

- Project Team Members

A. Nabulsi (VH), T. Janus (MD), D. D'Amico (CPM)

Confidential

# ABT-518

◆ Target indication: Solid tumors

◆ Targeted unmet medical need: Cancer

◆ Target product profile vs. current gold standard:



Confidential

# ABT-518

## ◆Key pre-clinical findings:

- **Pharmacology**
  - Potent and highly selective (gel-A and gel-B) MMP inhibitor
  - Anti-tumor activity seen in numerous murine cancer models
  - Inhibition of tumor growth is dose dependent
  - Blocks vessel formation in a mouse model of angiogenesis

## **Pharmacokinetics / Metabolism in animals**

- Sustained plasma concentrations following single-dose in monkeys
- Oral bioavailability between 68 and 93% in animals
- Multiple metabolites are produced after repeat dosing in rats and dogs

## **Toxicology**

- No meaningful effects in genotoxicity, cytotoxicity or ligand binding assays
- No remarkable cardiovascular effects in dogs
- Steatosis seen in high-dose rats two weeks after drug stopped

Confidential

# ABT-518

## ◆ Chemistry and Manufacturing

### ‒ Drug substance

• Six steps from commercial starting materials

• 3-month turnaround time to manufacture

• Manufactured at Abbott

### ‒ Drug product

• Neat drug in a capsule (25 and 200 mg) for Phase I

• Hand-fill or semi-automation at a third party manufacturing facility (Phase I)

• Formulation development work will begin post Phase II Go/No Go decision

Confidential

# ABT-518

◆ Global clinical development plan

# ABT-518

## ◆Clinical development budget

| Phase | Funding ($MM) |
|-------|---------------|
| Pre-Clinical | 5 |
| Phase I | 12 |
| Phase II | 47 |
| Phase III | 78 |

Confidential

# ABT-518

## ◆Phase I study:

## Multiple-dose study in patients with advanced cancer

– Objectives

- Establish safety profile
- Determine the maximum tolerated dose (MTD)
- Assess PK
- Determine Phase II dose

– Design

- 28 days + extension
- Single-dose of drug administered on Day 1; resume dosing (daily) on Day 4
- Approximately 40 patients; 3 patients per dose
  – Add 6 or more patients at MTD to collect additional safety information
- Doses: 25, 50, 100, 200, 400, 800, 1200, 1600, 2000 mg/day

Confidential

# ABT-518

## ◆ Phase I plan:

### IND Study

- **Objectives**
  - PD-guided Phase II dose selection
  - Long-term safety

- **Design**
  - Multiple dose escalation study
  - Assess MMP activity in accessible tumors
    - Melanoma
    - Head and Neck Cancer
  - Approximately 20 patients

# ABT-518

## ◆Phase II development plans:

   – 3 Studies

      • 3 Tumor types as defined by Phase I and animal efficacy

      • 150 patients per study

   – Dose finding

   – Assess safety issues identified in Phase I

   – Thirteen month duration

Confidential

# ABT-518

## ◆Phase III plan:

- Demonstrate improvement in survival or TTP in combination with cytotoxic therapies

Confidential

Strategic Summary

# ABT-518

◆ **Key project strengths / positives:**

- **Product attributes**
  - Highly selective for the inhibition of gelatinases A & B
  - Very potent
  - No joint-toxicity expected
  - Potentially best in class

- **Technology / Innovation**
  - Oral, once-a-day dosing

- **Time to market**
  - Potential for fast-track approval
  - Launch 2Q06

- **Business franchise strength**
  - Comprehensive oncology franchise
  - Synergies with HPD and ADD

- **Other relevant points**
  - Competitors in class
  - Non-oncologic indications
    - » Multiple sclerosis
    - » Proliferative retinopathy
    - » Arthritis

Confidential

## Strategic Summary

# ABT-518

◆ **Potential issues / Threats / Negatives:**

– **Toxicity / side effects**
  - Metabolites that may accumulate over time
  - Potential mechanism-based drug interaction (CYP3A inducer-inhibitor)
  - Microvesicular and macrovesicular steatosis in rat study

– **Manufacturing / cost of goods** – No issues anticipated

– **Efficacy**
  - Data released from competitors may cast doubt on class

– **Clinical recruitment problems**
  - Extensive protocol prohibited medications list

– **Regulatory risk**
  - No precedent for cytostatic drug approval
  - Undefined clinical endpoints
  - Competitor data may pose additional development hurdles

– **Technical risks** – No issues anticipated

– **Other relevant issue**
  - No good models for selection of dose, regimen and responsive tumor types
  - PD marker selection

Confidential

Strategic Summary

## ABT-518

### ◆Key decisions:

– Important upcoming decisions

  • Transition team Go/No Go Phase II - 12/01

– Proposed budget (2001, and all years to launch)

| Year | R&D per year ($MM) |
|------|--------------------|
| 2001 | 7 |
| 2002 | 38 |
| 2003 | 36 |
| 2004 | 29 |
| 2005 | 23 |
| 2006 | 8 |

Confidential

Strategic Summary

## ABT-518

◆**Key decisions:**

- – Evaluate safety at multiple doses and dose regimens

- – Dose and regimen selection for Phase II

- – Tumor type selection for Phase II

- – Clinical trial design to demonstrate efficacy

Confidential

Strategic Summary

# ABT-518

◆ **Proposed action plans**

- **Manufacturing**
  - Initiate formulation work post Phase II Go/No Go

- **Nonclinical**
  - Additional toxicology and metabolism studies are underway to explore the CYP3A and steatosis issues

- **Clinical**
  - Measure metabolites in Phase I
  - Assess bioactivity via PD markers in Phase I
  - Hold a Pre-IND meeting with the FDA to discuss endpoints

- **Contingency plan**
  - Pursue alternative indications
    - Multiple sclerosis
    - Proliferative retinopathy
    - Arthritis

Confidential

784

**ABT-594
Pharma Executive Management
Committee Review**

**August 21, 2001**

Leiden EXHIBIT 3∂
FOR I.D. 4-26-07 — 1-gpr

1

CONFIDENTIAL
ABBT0184372

ABT-594 August 2001 Review

- Development Update      Bruce McCarthy

- DSG Analysis            Steve Kuemmerle
                          (Liz Kowaluk)

- NNR Follow-ons          Michael Meyer

August 17, 2001                          2

2

CONFIDENTIAL
ABBT0184373

ABT-594 August 2001 Review Topics

- ABT-594 efficacy in neuropathic pain is significant
  - ABT-594 has a narrow therapeutic window and efficacious doses are poorly tolerated as dosed currently
  - Modifications to drug administration have the potential to improve tolerability

- Decision analysis suggests that the expected value for these modifications (to improve tolerability) is small, although positive

- Future subtype selective NNRs for pain may provide meaningful pain relief across all pain types with an acceptable therapeutic window

August 17, 2001                                                3

3

CONFIDENTIAL
ABBT0184374

## ABT-594's Potential for Pain Relief

- Efficacy across preclinical models of pain
  - Efficacy of morphine without morphine-like adverse events
  - Efficacy in neuropathic pain
- Commercial and clinical development plan targeted acute and chronic nociceptive pain and neuropathic pain, based upon preclinical promise
- Tolerability onset of action issues made neuropathic pain relatively more attractive
  - Dosages that provide meaningful acute relief of pain are not well tolerated
  - Titration not well suited to intermittent use, as seen with most chronic nociceptive pain
  - Titration is used with all currently available drugs for neuropathic pain

4

CONFIDENTIAL
ABBT0184375



5

CONFIDENTIAL
ABBT0184376

Phase IIb Study in Neuropathic Pain (M99-114)

*Study Results*

- Summary
- Neuropathic pain reminder
- Study Design
- Efficacy Results
- Adverse Events
- Conclusions and Options

6

CONFIDENTIAL
ABBT0184377

Phase IIb Study in Neuropathic Pain (M99-114)

*Summary*

- EFFICACY
  - 150, 225 and 300 mcg BID are significantly better than placebo as measured by the primary efficacy variable (reduction in daily pain)
    - ITT Analysis:           29-30%         vs. 17% placebo
      - Gabapentin:         39%             vs. 22% placebo
    - Completer Analysis:  39-48%         vs. 18% placebo
    - Responder rates:     26% (ITT), 47% (Completer)
  - Greater mean pain reduction and responder rates in site-based pain measurements

- TOLERABILITY & SAFETY
  - Dose dependant increase in nausea, vomiting, dizziness
    - Nausea:  34-46%    •Dizziness:      17-28%
    - Vomiting: 15-21%    •Abnormal Dreams: 18-22%
  - Significant Discontinuation Rate: 66% due to AE at 300 mcg BID

August 17, 2001                                                           7

7

CONFIDENTIAL
ABBT0184378



CONFIDENTIAL
ABBT0184379



CONFIDENTIAL
ABBT0184380



10

CONFIDENTIAL
ABBT0184381



Phase IIa: ABT-594 75 mcg BID untitrated was relatively well tolerated

| Event | Amitriptyline 150 mg d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594[2] 75 mcg BID |
|---|---|---|---|---|---|
| Confusion | NA | NA | 8% | 5% | 0% |
| Somnolence | 66% | 53% | 23% | 24% | 0% |
| Dizziness | 28% | 40% | 24% | 27% | 7% |
| Nausea | NA | 7% | 8% | NA | 15% |
| Vomiting | NA | NA | NA | NA | 5% |
| Peripheral edema | NA | NA | NA | 7% | 1% |
| Constipation | 14% | NA | NA | NA | NA |
| Dry mouth | 90% | NA | NA | NA | NA |
| Instability | NA | 13% | NA | NA | |

[1] Max. 1667 (mg/h)
[2] S198-628 and M98-633 combined
N.A - Not Available

August 17, 2001

CONFIDENTIAL
ABBT0184382



CONFIDENTIAL
ABBT0184383



CONFIDENTIAL
ABBT0184384

Premature Terminations increased with increasing doses of ABT-594

*Subject Disposition*

| Reason for Discontinuation | Placebo | 150 mcg BID | 225 mcg BID | 300 mcg BID |
|---|---|---|---|---|
| | | % of Subjects Discontinuing ABT-594 | | |
| Adverse Event | 9 | 28 | 46 | 66 |
| Lack of Efficacy | 9 | 9 | 3 | 7 |
| Lost to Follow-up | 0 | 0 | 1 | 3 |
| Withdraw Consent | 3 | 5 | 9 | 7 |
| Other | 2 | 2 | 4 | 3 |
| Total Discontinuation | 22 | 38 | 57 | 75 |

Percents may not sum correctly due to rounding

August 17, 2001

14

14

CONFIDENTIAL
ABBT0184385



CONFIDENTIAL
ABBT0184386



CONFIDENTIAL
ABBT0184387



17

CONFIDENTIAL
ABBT0184388



CONFIDENTIAL
ABBT0184389



19

CONFIDENTIAL
ABBT0184390



CONFIDENTIAL
ABBT0184391

Adverse Event Rates for Select Analgesics

| Event | Amitriptyline 150 mg d[1] | Gabapentin 3600 mg d | Pregabalin 300 mg d | ABT-594 150 mcg BID | ABT-594 300 mcg BID |
|---|---|---|---|---|---|
| Confusion | n/a | 8% | 5% | 0% | 1% |
| Somnolence | 66% | 23% | 24% | 2% | 0% |
| Dizziness | 28% | 24% | 27% | 17% | 29% |
| Nausea | n/a | 6% | n/a | 34% | 46% |
| Vomiting | n/a | n/a | n/a | 15% | 21% |
| Peripheral edema | n/a | n/a | 7% | 0% | 0% |
| Constipation | 14% | n/a | n/a | 3% | 7% |
| Dry mouth | 90% | n/a | n/a | 3% | 1% |

[1] Max. 1987 (n=79)
n/a = Not Available

August 17, 2001

21

CONFIDENTIAL
ABBT0184392



22

CONFIDENTIAL
ABBT0184393



23

CONFIDENTIAL
ABBT0184394

Phase IIb Study in Neuropathic Pain (M99-114)

*Conclusions*

- ABT-594 significantly reduces diabetic neuropathic pain

- ABT-594, as administered without additional improvements in tolerability, has a narrow therapeutic window

- Future subtype selective NNRs for pain may provide meaningful pain relief across all pain types with an acceptable therapeutic window

24

CONFIDENTIAL
ABBT0184395

ABT-594 Options

- A: Attempt tolerability improvement with ABT-594
  - Explore more prolonged titration
  - Co-administer anti-emetic
  - Protocol Ready
    - 7, 11, 24 day titrations
    - Co-administered anti-emetic during titration
    - Detailed assessments of adverse events
    - 52.1 MM fully burdened

- B: No additional experiments with ABT-594
- Subtype selective NNR for pain back-up

August 17, 2001                                                              25

25

CONFIDENTIAL
ABBT0184396

Rationale for Titration and/or co-administration of an anti-emetic to improve tolerability of ABT-594

- Titration
  - General hypotheses
    - Adverse event tolerance
    - Homeostasis
  - Evidence
    - Attenuation of AEs over time in earlier studies, especially doses ≤ 75 mcg BID
      - Not observed clearly in Phase I.b at 150, 225 or 300 mcg BID
    - Preclinical evidence of attenuation over time
    - Titration is used to improve the tolerability of most analgesic, neurological and psychiatric drugs

- Anti-emetic
  - Suppression of priming effect during tolerance homeostasis
  - Preclinical studies
    - Dopamine antagonists
    - 5-HT3 antagonists

August 17, 200?                                                                            29

26

CONFIDENTIAL
ABBT0184397



27

CONFIDENTIAL
ABBT0184398

M99-114: Neuropathic Pain

*Outcome Measures*

- Primary
  - Weekly average of daily Pain Rating Scale (11-point Likert in a <u>diary</u>)
    - Change from baseline to last 7 days on drug
- Secondary
  - <u>Site</u>-based Pain Rating Scale (11-point Likert)
  - Neuropathic Pain Scale
  - Patient Global Impression of Change
  - Clinician Global Impression of Change
  - SF-36

August 17, 2001                                                              28

28

CONFIDENTIAL
ABBT0184399

CONFIDENTIAL
ABBT0184400

CONFIDENTIAL
ABBT0184401

## ABT-594 Tolerability Improvement Study

- Controlled, randomized, double-blind, placebo-controlled Phase I
- Adequately powered
- Five Groups:
  - Placebo
  - 7 Day titration ± anti-emetic up through steady state
  - 11 Day titration
  - 24 Day titration

August 17, 2001                                                          31

31

CONFIDENTIAL
ABBT0184402



CONFIDENTIAL
ABBT0184403

Titration Is Used to Improve the Tolerability of Most Analgesic, Neurological and Psychiatric Drugs

*Tramadol in naive patients: Ruoff Study*

|  | 1 Day to 200 mg/day n=130 | 4 Days to 200 mg/day n=129 | 10 Days to 200 mg/day n=132 |
|---|---|---|---|
| Nausea | 29% | 31% | 21% |
| Vomiting | 10% | 12% | 8% |
| Dizziness | 24% | 19% | 8% |
| Discontinuation Due to AEs | 31% | 24% | 15% |

- Patients with chronic joint pain treated with daily NSAIDs and requiring additional pain relief

August 17, 200?                                                                    33

CONFIDENTIAL
ABBT0184404



CONFIDENTIAL
ABBT0184405

Titration Is Used to Improve the Tolerability of Most Analgesic, Neurological, and Psychiatric Drugs

*Tramadol in intolerant patients: Petrone Study*

| | 10 Days to 200 mg/day n=54 | 16 Days to 200 mg/day n=59 | 13 Days to 150 mg/day n=54 |
|---|---|---|---|
| Nausea | 54% | 42% | 33% |
| Vomiting | 19% | 12% | 7% |
| Dizziness | 7% | 7% | 7% |
| Discontinuation Due to AEs | 54% | 34% | 30% |

- Patients who had discontinued due to nausea or vomiting during a rapid escalation of tramadol dose (4 days to 200 mg/day) were enrolled in the titration evaluation.

- Patients with chronic pain treated with daily NSAIDs.

August 17, 2001                                                                        35

35

CONFIDENTIAL
ABBT0184406

Hypotheses for ABT-594-induced Emesis

- Parenteral administration also elicits emesis in preclinical studies
- No models exist to determine the relative contribution of central and peripheral actions of ABT-594 in emesis

CONFIDENTIAL
ABBT0184407

ABT-594 Parenteral

- An option to evaluate different rates-of-rise under single dose administration
- Additional preclinical experiments required
  - More fully explore safety of different rates-of-rise
  - Parenteral drug safety studies
- Formulation development
- Time & Cost
  - EST 6 months
  - EST $ 0.5 MM

August 17, 2001                                                37

37

CONFIDENTIAL
ABBT0184408



CONFIDENTIAL
ABBT0184409



39

CONFIDENTIAL
ABBT0184410



CONFIDENTIAL
ABBT0184411



41

CONFIDENTIAL
ABBT0184412

ABT-594 IS A MAJOR SCIENTIFIC ACHIEVEMENT

- *Independent of future business decisions regarding ABT-594...*

  – ABT-594 is the first drug *ever* to be successfully discovered and developed with the intent purpose to treat neuropathic pain (and other pain disorders).

  – NNRs are now fully validated as a viable mechanism to treat neuropathic pain

  – For the first time in decades there is now an additional class of analgesic agents:

    • NNRs
    • OPIOIDS
    • NSAIDs/COX-2s
    • ACETAMINOPHEN
    • TCAs/AEDs

42

CONFIDENTIAL
ABBT0184413



43

CONFIDENTIAL
ABBT0184414

Treatment Groups Were Similar in Terms Pain at Baseline

*M99-114 Baseline Characteristics*

|  | Placebo | ABT-594 150 mcg BID | ABT-594 225 mcg BID | ABT-594 300 mcg BID | ABT-594 All Female | ABT-594 All Male |
|---|---|---|---|---|---|---|
| Pain Rating Scale Diary (10) | 6.5 | 6.5 | 6.7 | 6.7 | ***7.0 | **6.4 |
| Pain Rating Scale Site (10) | 6.5 | 6.7 | 6.7 | 6.9 | ***7.1 | **6.4 |
| Neuropathic Pain Scale (100) | 56.5 | 55.1 | 55.3 | 57.3 | ***60.6 | ***52.2 |

** p<0.01, *** p<0.001 female vs. males

August 17, 2001

44

44

CONFIDENTIAL
ABBT0184415



CONFIDENTIAL
ABBT0184416



CONFIDENTIAL
ABBT0184417



CONFIDENTIAL
ABBT0184418



CONFIDENTIAL
ABBT0184419



CONFIDENTIAL
ABBT0184420



CONFIDENTIAL
ABBT0184421



CONFIDENTIAL
ABBT0184422



CONFIDENTIAL
ABBT0184423



CONFIDENTIAL
ABBT0184424



CONFIDENTIAL
ABBT0184425



55

CONFIDENTIAL
ABBT0184426



CONFIDENTIAL
ABBT0184427



CONFIDENTIAL
ABBT0184428



CONFIDENTIAL
ABBT0184429



CONFIDENTIAL
ABBT0184430



CONFIDENTIAL
ABBT0184431



CONFIDENTIAL
ABBT0184432



CONFIDENTIAL
ABBT0184433



63

CONFIDENTIAL
ABBT0184434

Adverse Event Differences by Gender

*150 mcg BID*

| | ABT-594 150 mcg BID | |
|---|---|---|
| | Female (N=31) | Male (N=34) |
| Diarrhea* | 6 (19%) | 1 (3%) |
| Nausea* | 15 (48%) | 7 (21%) |
| Vomiting* | 7 (23%) | 3 (9%) |
| Abnormal Dreams | 9 (29%) | 5 (15%) |

*p < 0.05

August 17, 2001

64

CONFIDENTIAL
ABBT0184435

Adverse Event Differences by Gender

*225 mcg BID*

| | ABT-594 225 mcg BID | |
|---|---|---|
| | Female (N=33) | Male (N=36) |
| Asthenia | 7 (21%) | 4 (11%) |
| Dyspepsia | 2 (6%) | 6 (17%) |
| Nausea | 18 (55%) | 12 (33%) |
| Vomiting | 11 (33%) | 6 (17%) |
| Abnormal Dreams | 9 (27%) | 6 (17%) |
| Dizziness | 10 (30%) | 14 (39%) |

August 17, 2001                                                                 65

65

CONFIDENTIAL
ABBT0184436

Adverse Event Differences by Gender

*300 mcg BID*

| | ABT-594 300 mcg BID | |
|---|---|---|
| | Female (N=30) | Male (N=37) |
| Asthenia | 9 (30%) | 4 (11%) |
| Diarrhea | 3 (10%) | 1 (3%) |
| Nausea | 15 (50%) | 16 (43%) |
| Vomiting | 4 (13%) | 10 (27%) |

CONFIDENTIAL
ABBT0184437



CONFIDENTIAL
ABBT0184438

## Completers vs. Preterms: Adverse Events

### *150 mcg BID*

|  | ABT-594 150 mcg BID | |
|---|---|---|
|  | Completer (N=40) | Preterm (N=25) |
| Diarrhea | 3 (8%) | 4 (16%) |
| Nausea | 10 (25%) | 12 (48%) |
| Vomiting* | 3 (8%) | 7 (28%) |
| Abnormal Dreams | 6 (15%) | 8 (32%) |
| Dizziness* | 3 (8%) | 8 (32%) |

Adverse events ≥ 10% more common in preterm
*p < 0.05

August 17, 2001                                                                 69

CONFIDENTIAL
ABBT0184439

## Completers vs. Preterms: Adverse Events

### 225 mcg BID

| | ABT-594 225 mcg BID | |
| | Completer (N=30) | Preterm (N=39) |
| --- | --- | --- |
| Headache | 3 (10%) | 7 (18%) |
| Nausea | 9 (30%) | 21 (54%) |
| Vomiting* | 3 (10%) | 14 (36%) |
| Dizziness | 9 (30%) | 15 (38%) |
| Insomnia | 2 (7%) | 7 (18%) |
| Nervousness | 0 | 4 (10%) |

Adverse events ≥ 10%, more common in preterm
*p < 0.05

August 17, 2001                                                                 69

CONFIDENTIAL
ABBT0184440

**Completers vs. Preterms: Adverse Events**

*300 mcg BID*

| | ABT-594 300 mcg BID | |
| | Completer (N=17) | Preterm (N=50) |
|---|---|---|
| Asthenia | 2 (12%) | 11 (22%) |
| Vomiting | 1 (6%) | 13 (26%) |
| Abnormal Dreams | 1 (6%) | 11 (22%) |
| Insomnia | 1 (6%) | 6 (12%) |
| Nausea | 8 (47%) | 23 (46%) |
| Dizziness | 6 (35%) | 13 (26%) |

Adverse events > 10% more common in preterm

August 17, 2001

70

CONFIDENTIAL
ABBT0184441

Completers vs. Preterms: Adverse Events

*All ABT-594 Subjects*

| | ABT-594 All Subjects | |
|---|---|---|
| | Completer (N=87) | Preterm (N=114) |
| Nausea* | 27 (31%) | 56 (49%) |
| Vomiting* | 7 (8%) | 34 (30%) |
| Abnormal Dreams | 14 (16%) | 27 (24%) |
| Dizziness | 18 (21%) | 36 (32%) |
| Insomnia | 3 (3%) | 14 (12%) |

Adverse event > 10% more common in preterm
*p < 0.05

August 17, 2001

71

CONFIDENTIAL
ABBT0184442

## Premature Termination Benchmarks

- Gabapentin in Diabetic Neuropathy
  - GBP: 17% Total, 8% AE
  - PCB: 20% Total, 6 % AE
- Pregabalin in Diabetic Neuropathy
  - PGB:
- Tramadol in Diabetic Neuropathy

August 17, 2001

72

72

CONFIDENTIAL
ABBT0184443

Neuropathic Pain Reminder
*Treatment Adverse Events Rates*

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d |
|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% |
| Somnolence | 66% | 53% | 29% | 24% |
| Dizziness | 28% | 40% | 24% | 27% |
| Nausea | N/A | 7% | 8% | N/A |
| Peripheral edema | N/A | N/A | N/A | 7% |
| Dry mouth | 90% | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A |

[1] Max. 150 mg/d;
N/A - Not Available

August 17, 2001                                              73

CONFIDENTIAL
ABBT0184444

ABT-594 150, 225 and 300 mcg BID Were Associated with a Dose Dependent
Increase in Adverse Events, Especially Nausea, Vomiting and Dizziness:  All
Subjects

### Adverse Events

| Event | Placebo N = 65 | ABT-594 150 mcg BID N = 65 | ABT-594 225 mcg BID N = 69 | ABT-594 300 mcg BID N = 67 |
|---|---|---|---|---|
| Nausea | 11 % | 34 %* | 43 %* | 46 %* |
| Abnormal Dreams | 0 % | 22 %* | 22 %* | 18 %* |
| Headache | 12 % | 20 % | 14 % | 19 % |
| Dizziness | 5 % | 17 %* | 35 %* | 25 %* |
| Vomiting | 3 % | 15 %* | 25 %* | 21 %* |
| Diarrhea | 3 % | 11 % | 12 % | 6 % |
| Dyspepsia | 3 % | 8 % | 12 % | 7 % |
| Asthenia | 2 % | 6 % | 16 %* | 19 %* |

Occurring in ≥5% 150 mcg BID ABT-594 treated patients and ABT-594 incidence ≥ placebo
*(p<0.05 vs. placebo)

August 17, 2001

CONFIDENTIAL
ABBT0184445

95% Confidence Intervals for Nausea, Vomiting and Dizziness

*Adverse Events*

|  | 150 mcg BID | 225 mcg BID | 300 mcg BID |
|---|---|---|---|
| Nausea | 34% [22, 45] | 43% [32, 55] | 46% [34, 58] |
| Vomiting | 15% [7, 24] | 25% [14, 35] | 21% [11, 31] |
| Dizziness | 17% [8, 26] | 35% [24, 46] | 30% [19, 41] |

75

CONFIDENTIAL
ABBT0184446

Increasing Levels of Pain Reduction May Trend with Increasing Incidence of Adverse Events at 300 mcg BID

300 mcg BID (ITT)
Pain Reduction Quartiles

|  | Least Pain Reduction n=12 | Quartile n=10 | Quartile n=16 | Most Pain Reduction n=15 |
|---|---|---|---|---|
| Nausea | 42% | 40% | 50% | 60% |
| Vomiting | 17% | 20% | 25% | 27% |
| Dizziness | 42% | 0% | 38% | 20% |

CONFIDENTIAL
ABBT0184447



CONFIDENTIAL
ABBT0184448

QT Assessment

- M99-114 not designed to assess QT

- Mean QT

- Individual QTc (Bazett) Changes (on drug)
  – #4081:  From 441 ms to 520 ms
    • Abt (BGM) re-read *would* be from 521 to 439 ms

- Syncope
  – #4083:  h/o afib, to ER for "syncope", refuses to release medical records

August 17 2001                                                           78

78

CONFIDENTIAL
ABBT0184449

## ABT-594

### *Questions*

- Where do doses evaluated to date fit on the dose-response curve?
  - PK/PD Effect
- Can tolerability be improved?
  - Differentiation of patient populations
  - Dosage administration
- If tolerability is improved, will there be even more efficacy?
- How much will patients benefit from ABT-594?
  - If administered as in M99-114
  - Given hypothetical improvements in tolerability & efficacy

79

CONFIDENTIAL
ABBT0184450

ABT-594 IS A MAJOR SCIENTIFIC ACHIEVEMENT

- *Independent of future business decisions regarding ABT-594...*

  – ABT-594 is the first drug *ever* to be successfully discovered and developed with the intent purpose to treat neuropathic pain (and other pain disorders).

  – NNRs are now fully validated as a viable mechanism to treat neuropathic pain

  – For the first time in decades there is now an additional class of analgesic agents:

    • NNRs
    • OPIOIDS
    • NSAIDs COX-2s
    • ACETAMINOPHEN
    • TCAs/AEDs

80

CONFIDENTIAL
ABBT0184451

81

CONFIDENTIAL
ABBT0184452





82

CONFIDENTIAL
ABBT0184453

CONFIDENTIAL
ABBT0184454





84

CONFIDENTIAL
ABBT0184455





85

CONFIDENTIAL
ABBT0184456



86

CONFIDENTIAL
ABBT0184457





CONFIDENTIAL
ABBT0184458





88

CONFIDENTIAL
ABBT0184459

# PART 2





CONFIDENTIAL
ABBT0184460





90

CONFIDENTIAL
ABBT0184461



CONFIDENTIAL
ABBT0184462





CONFIDENTIAL
ABBT0184463





CONFIDENTIAL
ABBT0184464

CONFIDENTIAL
ABBT0184465





CONFIDENTIAL
ABBT0184466



CONFIDENTIAL
ABBT0184467





97

CONFIDENTIAL
ABBT0184468



CONFIDENTIAL
ABBT0184469



CONFIDENTIAL
ABBT0184470



CONFIDENTIAL
ABBT0184471



CONFIDENTIAL
ABBT0184472

Gabapentin Studies

*Adverse Events*

| | Adverse Event Rate (%) | |
|---|---|---|
| | Gabapentin | (placebo) |
| Dizziness | 20 | (4) |
| Somnolence | 19 | (5) |
| Headache | 9 | (3) |
| Diarrhea | 9 | (7) |
| Confusion | 7 | (1) |
| Nausea | 7 | (4) |

August 17, 2001

Backonja et al. 1998

102

CONFIDENTIAL
ABBT0184473



CONFIDENTIAL
ABBT0184474

CONFIDENTIAL
ABBT0184475



CONFIDENTIAL
ABBT0184476



CONFIDENTIAL
ABBT0184477



107

CONFIDENTIAL
ABBT0184478

Pregabalin Studies

*Adverse Events - 014*

|  | 600 mg/d (%) | 150 mg/d (%) | Placebo (%) |
|---|---|---|---|
| Dizziness | 37.8 | 10.1 | 2.4 |
| Somnolence | 22.0 | 5.1 | 3.5 |
| Peripheral edema | 17.1 | 3.8 | 4.7 |
| Asthenia | 12.2 | 3.8 | 3.5 |
| Weight gain | 9.8 | 2.5 | 0.0 |
| Amblyopia | 8.5 | 2.5 | 5.9 |
| Dry mouth | 8.5 | 0.0 | 2.4 |

Headache and accidental injury not included

August 17, 2001

Sharma et al. 2000

108

CONFIDENTIAL
ABBT0184479



CONFIDENTIAL
ABBT0184480

Pregabalin Studies

*Outcome Measures - 029*

- Primary
  - Weekly mean Likert pain score (probably)

- Secondary
  - Responder rate
  - Patient global impression of change
  - Sleep interference score
  - SFMPQ

August 17, 2001                    Sharma et al. 2008

CONFIDENTIAL
ABBT0184481



CONFIDENTIAL
ABBT0184482



CONFIDENTIAL
ABBT0184483



CONFIDENTIAL
ABBT0184484

Pregabalin Studies

*Adverse Events - 029*

| | 600 mg/d (%) | 300 mg/d (%) | 75 mg/d (%) | Placebo (%) |
|---|---|---|---|---|
| Dizziness | 39.0 | 27.2 | 7.8 | 5.2 |
| Somnolence | 26.8 | 23.5 | 3.9 | 4.1 |
| Peripheral edema | 13.4 | 7.4 | 3.9 | 2.1 |
| Amblyopia | 8.5 | 4.9 | 2.6 | 1.0 |
| Ataxia | 8.5 | 3.7 | 6.5 | 2.1 |
| Confusion | 8.5 | 4.9 | 0.0 | 2.1 |
| Constipation | 8.5 | 3.7 | 0.0 | 0.0 |

Headache not included

Sharma et al. 2003

August 17, 2001

114

CONFIDENTIAL
ABBT0184485



115

CONFIDENTIAL
ABBT0184486

**Tramadol Study**

*Design*

- 131 patients, randomized, double-blind, placebo-controlled, multiple dose



- Diabetic polyneuropathy

- Power: 85% to detect a difference of 0.8 (on 5-point scale, tramadol vs. placebo)

- Moderate (2) or greater; no concomitant analgesics

August 17, 2001                                    Harati et al. 1998

116

CONFIDENTIAL
ABBT0184487

CONFIDENTIAL
ABBT0184488



CONFIDENTIAL
ABBT0184489

Tramadol Study

*Adverse Events*

| | Adverse Event Rate (%) | |
|---|---|---|
| | Tramadol | (placebo) |
| Nausea | 23 | (3) |
| Constipation | 22 | (3) |
| Somnolence | 12 | (6) |
| Dyspepsia | 9 | (3) |
| Pruritis | 6 | (0) |
| Rash | 6 | (0) |
| Vomiting | 5 | (0) |
| Fatigue | 5 | (0) |
| Dizziness | 5 | (0) |

119

CONFIDENTIAL
ABBT0184490



CONFIDENTIAL
ABBT0184491

Topiramate Study

*Outcome Measures*

- Primary
  - SFMPQ-VAS
- Secondary
  - SFMPQ-Total
  - Patient global impression of change

CONFIDENTIAL
ABBT0184492



CONFIDENTIAL
ABBT0184493



CONFIDENTIAL
ABBT0184494

Topiramate Study

*Adverse Events*

| | Adverse Event Rate (%) | |
|---|---|---|
| | Topiramate | (placebo) |
| Asthenia | 56 | (0) |
| Weight loss of > 10% | 22 | (0) |
| Confusion | 22 | (0) |
| Paresthesia | 17 | (0) |
| Lightheadedness | 17 | (0) |
| Dry mouth | 17 | (0) |

August 17, 2001

Edwards et al. 1998

124

CONFIDENTIAL
ABBT0184495



## Amitriptyline for Neuropathic Pain

### Max, 1987

- Largest (active) placebo-controlled, randomized, double-blind trial of a tricyclic
  - N=29 (completers); 5 discontinued due to AEs
  - 2-week drug-free baseline, 6-week crossover (no washout); 3-week titration, 3-week stable (150 mg)
- Primary endpoint – 13 word verbal description (numeric equivalents)

  | | | |
  |---|---|---|
  | Placebo | ↓ 14% | |
  | Amitriptyline | ↓ 51% | (estimated from graph) |

- Adverse events

  | | |
  |---|---|
  | Dry mouth | 90% |
  | Sedation | 86% |
  | Dizziness | 28% |
  | Constipation | 14% |

August 17, 2001

CONFIDENTIAL
ABBT0184496

787

*ABT-773 Portfolio Review*
*December 5, 2000*




Confidential

ABBT205088

*Agenda*
*Part 1: General Overview, Tablet*

- **Introduction-Carl Craft (5 min)**
- **Executive Summary-George Aynilian (10 min)**
- **Anti-Infective Market/Commercial Rationale-Rod Mittag (15 min)**
- **Microbiology-Bob Flamm (20 min)**
- **Tablet Clinical Program**
  - Phase II data-Joaquin Valdes (20 min)
  - Phase III clinical plan-Joaquin Valdes (10 min)
- **SPD Summary-Ashok Bhatia (10 min)**
- **Tablet Key Issues**
  - Analysis of QT/Liver data-Dave Morris (20 min)
  - PK profile-Linda Gustavson (10 min)
  - Regulatory-Jeanne Fox (10 min)
  - Timeline risk George Aynilian (5 min)
- **Tablet Commercial Profile, Strategy & Financials-Rod Mittag (10 min)**





*Agenda*
*Part 2: I.V , Pediatric, Japan, Q&A*

- I.V. Program/Issues-Carol Meyer (5 min)
- Pediatric Progam/Issues-Carol Meyer (5 min)
- Japan Program/Issues-Carol Meyer (5 min)
- ABT-492 (time permitting)
  - timeline
  - budget
  - rationale
- Summary-Carl Craft (5 min)
- Q&A





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

ABBT205090

*ABT-773*
*Executive Summary*

- **Management**
  - Established European Clinical Team (11 dedicated members)
  - Plans ongoing to strengthen Japan team
  - Completed staffing of Abbott Park team
  - Established communication team
  - Completed conceptual model of study tracking application (web based)
  - Established integrated project management system




***ABT-773***
*Executive Summary*

- **Chemistry**
  - Exceeded '00 goals for yield, cost/Kg and deliveries
  - Task Force implemented modification of 3 steps
  - 3 TPMs for intermediates well established
  - Prepared package for justifying Step 5 as starting material





Confidential

ABBT205092

*ABT-773*
*Executive Summary*

- **Tablet Formulation**

  – Scale up operations at AP and IDC on target

  – Linkage of materials between scales and sites being established by bioequivalency trials.

  – NDA runs and stability were initiated for 08/02 filing.





*ABT-773*
*Executive Summary*

- **IV Formulation**
  - Clinical supplies complete. Tox. program ongoing. Phase I planned for 1Q '01.
- **Pediatric formulation**
  - Phase I complete with two prototypes. After- taste an issue. Formula optimization required. Pro-drugs under consideration. No funding in '01 plan budget




***ABT-773***
*Executive Summary*

- **Preclinical Safety**
  - Dog model (IV infusion) and Purkenje fiber studies completed as part of effect of drug on QTc. Additional study planned per EOPII meeting with FDA.

- **Molecular Biology**
  - Extensive work on ribosomal binding completed. Preliminary results published.  Additional studies ongoing.





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

*ABT-773*
*Executive Summary*

- **Clinicals**
  - Completed Three Phase IIb studies
  - Decision Support Analysis completed
  - Dose selection 150mg and 150mg bid
  - Initiated  Phase III program( 6 studies, 4 under IND)
  - Completed all Investigator's meetings
  - Regulatory meetings
    - UK, Germany, France, US
- **End of Phase II package**
  - Document sent to FDA X/X
  - End of phase II meeting held with FDA 11/26

- **Japan bridging study/Kiko Mtg/Repeat Phase I in Japan**




ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

*ABT-773*
*Executive Summary*

---

- **Key Events (Nov '00-June '01)**

    - Initiate Phase III (ABECB, ASP, ABS, CAP)in US/EU
    - End of Phase II meeting with FDA(New amendment, informed consent)
    - Initiate Japan Phase I program in Japan
    - Results of Phase III (CAP/ABS) studies
    - Selection of regimen between 150mg QD and 150mg BID for CAP/ABS.
    - Set up balance of Phase III studies(CAP/ABS) 4 studies




**Global Antibiotic Market Sales**
*Current vs Future Projection*

### 1999 Global Sales $20.6B



### 2005 Global Sales $25.3B



The antibiotic market is a large market and is
expected to expand on a global sales basis





Confidential

ABBT205098

***Global Antibiotic Market Sales***
*by Formulation*

## 1999 U.S. Sales $8.9B



I.V.
$2.1B

Tab/Cap
$5.7B

OS
$1.1B

## 1999 Ex-U.S. Sales $11.7B



I.V.
$XB

Tab/Cap
$XB

OS
$XB





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205099

# Key Competitors

## U.S. Market

| | Franchise | Macrolides | Quinolones | Beta-Lactams | Other | Injectables* |
|---|---|---|---|---|---|---|
| Abbott | $956 | $740 | | $48 | $3 | $165 |
| Pfizer | $1,366 | $1,076 | $71 | $3 | $3 | $213 |
| SB | $1,303 | | | $1,229 | | $74 |
| Bayer | $1,034 | | $911 | | $1 | $122 |
| J&J | $797 | | $612 | | | $185 |
| Roche | $526 | | | | $10 | $516 |
| Glaxo | $551 | | $6 | $425 | $28 | $92 |
| BMS | $387 | | $1 | $386 | | |
| Lilly | $107 | | | $33 | | $74 |
| Others | $1,670 | $95 | $27 | $631 | $298 | $619 |
| '99 Total | $8,790 | $1,911 | $1,628 | $2,755 | $343 | $2,153 |
| | | | | | | |
| '98 Total | $7,570 | $1,592 | $1,331 | $2,453 | $272 | $1,922 |
| % Chg TY vs LY | 16.12% | 20.04% | 22.31% | 12.31% | 26.10% | 12.02% |

* Includes IV form of all classes
Source: IMS

## Ex-U.S. Market

| | Franchise | Macrolides | Quinolones | Beta-Lactam | Injectables | Other |
|---|---|---|---|---|---|---|
| Abbott | $ 717 | $679 | $ 22 | $ 3 | $ 13 | $0 |
| Shionoi Seiyaku | $ 969 | $ 2 | $ 3 | $ 432 | $ 466 | $66 |
| Pfizer | $ 664 | $267 | $ 12 | $ 66 | $ 245 | $ 71 |
| SKB | $ 842 | $ 0 | $ 0 | $ 780 | $ 61 | $ 0 |
| BMS | $ 547 | $ 0 | $ 2 | $ 378 | $ 154 | $ 13 |
| Roche | $ 460 | $ 0 | $ 3 | $ 43 | $ 303 | $ 112 |
| Bayer | $ 524 | $ 0 | $437 | $ 43 | $ 43 | $ 1 |
| Lilly | $ 437 | $ 26 | $ 0 | $ 337 | $ 66 | $ 6 |
| Fujisawa Yakuhin | $ 522 | $ 0 | $ 0 | $ 411 | $ 111 | $ 0 |
| Daichi Seiyaku | $ 497 | $ 0 | $497 | $ 0 | $ 0 | $ 0 |
| '99 Sub-total | $6,178 | $977 | $976 | $2,495 | $1,461 | $269 |





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

### *U.S. Tab/Cap Antibiotic Market*
#### *TRX & Sales Trends*



- While negative pressure exists on antibiotic usage, market sales have increased substantially
- TRX CAGR$_{95-99}$ = + 0.1%
- Sales CAGR$_{95-99}$ = + 8.9%

**RTI Sales by Indication**

### U.S. Tab/Cap Antibiotic Market
**Product Trends**



- Market sales increases being driven by replacement of older/cheaper agents with branded agents
- Zithromax has driven market demand for cost/convenience/tolerability
- Quinolones (Levaquin, Tequin, Avelox) are fastest growing segment, playing into resistance concerns; 1998-99 growth of 15% (TRX) & 22% ($)

### U.S. Pediatric Antibiotic Market
*TRX & Sales Trends*



- TRX CAGR$_{95-99}$ = - 5.4%
- Sales CAGR$_{95-99}$ = + 1.0%
- TRX under greater pressure than Tab/Cap market
- Recent leveling in sales

Sales by Indication







## *U.S. Pediatric Antibiotic Market*
**Product Trends**



- Market sales increases being driven by replacement of older/cheaper agents with branded agents
- Taste and convenience are key market drivers
- Key branded products (Zithromax, Cefzil) lose patent exclusivity in 2005 timeframe
- May be opportunity for ABT-773, as resistance is substantial in this population; also conveys positive "safety" image to brand



ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205104

### U.S. Injectible Antibiotic Market
**Sales Trends**



- **Current Market: $2.1B, CAGR = + 3.2%**
- **Two market segments:**
  - Severe community-acquired
    - Rocephin, Levaquin, Tequin, Zithromax
  - Nosocomial
    - Synercid, Zyvox, vancomycin

Uses by Indication

### U.S. Injectible Antibiotic Market
**Product Trends**



- Rocephin is market leader, quinolones as class are making good gains

- Availability of I.V. has spill-over effect on tablet business
  - direct sales from step-down
  - enhances image of potency
  - more compelling package to managed care

Confidential

### *Global Market Drivers*
**Negative vs Positive Drivers**

- Antibiotic Resistance

  Increasing sensitivity toward "appropriate use" may have negative impact on usage 

  Requires new agents to keep ahead of resistant pathogens; substitution of older generic agents with newer branded agents

- Patent Expirations

  May increase price sensitivity and bargaining power of MCOs

  Use of generic agents tend to decrease over time; obsolescence/resistance may further that trend

- Market expansion ex-US

- Unmet Need

  - Overall unmet need relatively low

  - Cost, convenience, tolerability take on added importance

  - Increasing use of "implied efficacy" metrics i.e. MICs, resistance surveillance, AUC/MIC, MPC, kill kinetics

- Competition

  - 5 NDAs/approvals in last 12 months; Avelox, Tequin, Factive, Spectracef, Ketek, Zyvox

  - Continued discovery/development activity by key competitors

  - High level of promotional activity

  Negative driver
  Positive driver



**Anti-Infectives**
*Experience Leadership Vision*

ABBOTT LABORATORIES

• **Resistance surveillance**




**_Patent Expirations_**
**_Expiration & At Risk Sales_**

|  | Year | 1999 U.S. Sales ($MM) |
|---|---|---|
| Ceftin | 2003 | $425 |
| Cipro | 2003 | $1,023 |
| Biaxin | 2005 | $756 |
| Cefzil | 2005 | $357 |
| Levaquin | 2005 | $708 |
| Zithromax | 2005 | $1,111 |

$5,540





Abbott Laboratories
**Anti-Infectives**
_Experience Leadership Vision_

Confidential

ABBT205109



Figure 139. SBH's Amoxil® vs. generic amoxicillin, 1981-2000 (New Prescriptions, monthly data)



Confidential

## Biaxin Patent Expiration
### Biaxin/773 Scenarios



| | XL==> Generic Conversion | | |
|---|---|---|---|
| | Low | Med | High |
| IR ==> XL Conversion — Low | ? | C | C |
| IR ==> XL Conversion — Med | | ? | C |
| IR ==> XL Conversion — High | | | ? |

C = Convert Biaxin to ABT-773
Assumes high conversion rate of IR to generics





Confidential

ABBT205112

*Abbott Anti-Infective Franchise*
*2001 Plan*

U.S. Sales = $794 MM

Ex-U.S. Sales = $XXX MM





**The global Anti-Infective portfolio is heavily dependent upon Biaxin; ABT-773 represents a key program given the Biaxin patent expiration in 2005**





*ABT-773  Profile*

| | Current Profile |
|---|---|
| **Dosing** | 150 mg QD x 5 d for ABECB & pharyngitis (1-pack)<br>150 mg QD or BID x 10 d for CAP & ABS (2-pack if QD) |
| **Efficacy** | ABECB: 87% Cure, 86% Eradication (150 mg QD)<br>ABS: 89% Cure, 77% Eradication (150 mg QD)<br>CAP: XX% Cure, XX% Eradication (300 mg QD)<br>Pharyngitis:  No clinical data, need > 85% for indication |
| **Adverse Events<br>(150 mg QD)** | Taste perversion: 4%<br>Diarrhea: 10%<br>Nausea: 5%<br>Vomiting: 2% |
| **Resistance Claim** | Being pursued, dependent on resistance<br>prevalence/recovery/efficacy &<br> availability of I.V. |





*ABT-773  Profile*
*vs Biaxin XL*

|  | ABT-773 | Biaxin XL |
|---|---|---|
| Dosing | ABECB: 150 mg QD x 5 d<br>Phar: 150 mg QD x 5 d<br>CAP: 150 mg QD or BID x 10 d<br>ABS: 150 mg QD or BID x 10 d | All regimens 2 x 500 mg QD<br>ABECB: 7 d<br>CAP: 7 d<br>ABS: 14 d |
| Efficacy | ABECB: 87% Cure, 86% Erad<br>ABS: 89% Cure, 77% Erad<br>CAP: XX% Cure, XX%<br>Phar: No data | ABECB: 83-86% Cure, 86-92% Erad<br>ABS: 85% Cure, NA Erad<br>CAP: 89% Cure, 89% Erad |
| Adverse Events | Taste perversion: 4%<br>Diarrhea: 10%<br>Nausea: 5%<br>Vomiting: 2% | Taste perversion: 6%<br>Diarrhea: 6%<br>Nausea: 3%<br>Vomiting: 1% |
| Resistance Claim | Being pursued | Under exploration |




ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

ABBT205115

*Key Commercial Challenges*

- **150 mg QD vs 150 mg BID**
  - 150 mg QD may prove efficacious in CAP/ABS ==> uniform QD dosing; however, limited 150 mg QD data currently exists, hence risk of BID dosing for CAP/ABS
  - Even if 150 mg QD efficacious, this regimen could receive regulatory challenge, particularly among ex-U.S. agencies==> QD and BID development programs, increased cost
- **PK**
  - Negative implications for efficacy as well as resistance development
- **H. flu eradication**
  - dose-defining pathogen, limited number of data points to date
  - a strength of quinolones
- **Tolerability may be sub-optimal**
  - diarrhea and taste perversion
- **2nd to market ketolide**
  - Aventis ketolide Ketek (telithromycin), FDA advisory 1/29




ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

ABBT205116

*Phase II Data: 150 mg QD vs 300 mg QD*

| | | | Phase IIb Data: Intent-to-treat | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Bronchitis | | CAP | | Sinusitis | | Total | |
| Clinical Cure | 150 mg QD | | 85% | 104/123 | | - | 82% | 72/88 | 83% | 176/211 |
| | 300 mg QD | | 83% | 107/129 | 84% | 80/95 | 80% | 72/90 | 82% | 159/314 |
| Bacteriological Cure | *H. flu* | 150 mg QD | 89% | 17/19 | | - | 60% | 3/5 | 83% | 20/24 |
| | | 300 mg QD | 81% | 17/21 | 100% | 9/9 | 100% | 7/7 | 89% | 33/37 |
| | *S. pneumo* | 150 mg QD | 77% | 10/13 | - | | 100% | 3/3 | 81% | 13/16 |
| | | 300 mg QD | 90% | 9/10 | 82% | 14/17 | 100% | 8/8 | 89% | 31/35 |





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205117

***Ketek Summary***
*Regulatory Status*

- **Ketek (telithromycin, Aventis) will be first-to-market ketolide**
- **U.S.**
  - Filed with FDA March 2000
  - **FDA advisory 1/29**
  - Expected approval 1Q01
- **Ex-U.S.**
  - Package submitted to EMEA as centralized filing in March 2000
    - Rapporteur = Sweden
    - Co-rapporteur = Portugal
    - Expected approval 1Q01
- **Phase II in Japan (source: IMS World R&D Focus)**





*Ketek Summary*
**Profile Summary**

- 800 mg QD for all indications
- AECB (5 d), CAP (7-10d), sinusitis (5d), pharyngitis (5d)
- High rate of diarrhea (10-20%), nausea (10%), but no taste perversion
  - statistically greater diarrhea vs trovafloxacin in phase III study
- Comparable levels of efficacy to comparators (see appendix for full clinical summary)
  - 74%-95% clinical cure
  - 69%-94% overall eradication
  - H. flu eradication is varied, with two CAP studies having 75% and 78% eradication, an AECB and sinusitis study had H. flu eradication of 88% and 100% respectively
- Liver function elevation
  - mentioned at ICAAC99, but Aventis claimed no clinically relevant impact at ICAAC2000; a CAP study references a 11.3% incidence of abnormal liver function, though the severity is unknown
- QTc prolongation: Aventis maintains no clinically relevant impact
- High COGS based on SPD pricing on intermediate
  - estimated telithromycin bulk drug cost of ~$6,000/kg at launch vs $3,000 for 773 at launch
  - may limit pricing flexibility
- Competitive intelligence suggests 14 penicillin resistant isolates submitted, same number as Levaquin (potential for pen-resistance claim, which Levaquin was granted)
  - eradication rate with these isolates unknown, important factor in FDA decision





ABBOTT LABORATORIES
**Anti-Infectives**
*Becoming Leadership Vision*

## *Ketek Summary*
### *ABT-773 Comparison*

| | ABT-773 | Ketek |
|---|---|---|
| Dosing | ABECB: 150 mg QD x 5 d<br>Phar: 150 mg QD x 5 d<br>CAP: 150 mg QD or BID x 10 d<br>ABS: 150 mg QD or BID x 10 d | All regimens 2 x 400 mg QD<br>ABECB: 5 d<br>Phar: 5 d<br>CAP: 7-10 d<br>ABS: 10 d (or 5 d?) |
| Efficacy | ABECB: 87% Cure, 86% Erad<br>ABS: 89% Cure, 77% Erad<br>CAP: XX% Cure, XX%<br>Phar:  No data | ABECB: 86-89% Cure, 69-88% Erad<br>ABS: 76-91% Cure, 86-91% Erad<br>CAP: 91-93% Cure, 86-94% Erad<br>Phar: 93-95% Cure, 84-91% Erad |
| Adverse Events | Taste perversion: 4%<br>Diarrhea: 10%<br>Nausea: 5%<br>Vomiting: 2% | Taste perversion: Not reported<br>Diarrhea: 10-20%<br>Nausea: 10%<br>Liver, QTc:  ??? |
| Resistance Claim | Being pursued | Submitted in NDA |





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205120

**Ketek Summary**
*ABT-773 Strengths/Weaknesses*

ABT-773 Strengths vs Ketek
- ABT-773 is considerably more potent than telithromycin against:
  - resistant and susceptible strains of S. pneumo
  - atypicals
  - H. flu (based on in vivo animal models)
- Lower rate of adverse events, particularly diarrhea
- 1 tab per dose vs 2
- Mechanistic advantages
  - faster binding to ribosome, slower release from ribosome, perhaps additional binding site(s)
- Potential for greater pricing flexibility

ABT-773 Threats/Issues vs Ketek
- 2nd to market
- Potential for BID dosing in CAP and/or sinusitis
- ABT-773 clinical/safety data at 150 mg QD based on relatively few data points
- PK profile





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205121

*Ketek Summary*
Clinical Data



*PK Issue*



Quinolones are using PK
as means of differentiating
products-could increase
the relevance of PK to
prescribers



*Key Commercial Messages*



Supportive Messages

*Communications Strategy*

- Messages
  - microbiological data (resistance, the better ketolide)
  - PK (no food effect, favorable drug-drug)
  - Mechanism (ribosome binding, PAE, etc., "explanation" for ketolide activity, defense of dose selection
  - Clinical data
- Implementation
  - Strategic initiation of studies to support desired messages, monthly strategy meetings, intranet under development to manage activities/history
  - Scientific meetings (51 posters at 6 scientific meetings in 1999-2000)
  - Publications (10 publications in 2000)
  - Medical Liaisons(sp)
  - VIP Visits

 

Confidential

*ICAAC 2000*

*International Conference on Antimicrobial Agents and Chemotherapy, Toronto*





See you at ICAAC 2001, in Chicago, Illinois!!

Confidential

*Forecast Assumptions*

|  | US | Europe | Japan |
|---|---|---|---|
| Dosing | 150 mg QD dosing all indications<br>AECB & Phar, 5 d<br>CAP & ABS, 10 d | | |
| Efficacy | Comparable to other agents | | |
| AEs | Comparable to Biaxin XL | | |
| COGS | $3,000/kg at launch | | |
| AWP/Day | $8.60 | | |





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205127

*Forecast*

|  | U.S. | Europe | Japan | ROW | Total |
|---|---|---|---|---|---|
| Peak Sales | $432MM |  |  |  |  |
| Peak TRX Share | 7.5% |  |  |  | N/A |
| NPV @12.5% |  |  |  |  |  |





Confidential

# PART 2

*Microbiology*
*Overview*

- **Ketolides are a Novel Class of Antimicrobial**
    - Active vs.key respiratory tract infection pathogens to include macrolide resistant streptococci
    - Bactericidal activity
    - Prolonged post antibiotic effect
    - Reduced resistance development





*Microbiology*
**Community-Acquired Pneumonia in Adults**



- □ PCP
- ▨ TB
- □ Viral
- ▨ Atypicals
- ▨ Bacterial

*35% No Identifiable Pathogen*

Adapted from Eron et al. Hosp Form 1994;29:122

**Anti-Infectives**
*Experience Leadership Vision*

ABBOTT LABORATORIES

## *Microbiology*
### *Bacterial Causes of Community-Acquired Pneumonia in Adults*



Other
Chlamydia sp
Mycoplasma
Legionella sp

Adapted from Eron et al. Hosp Form 1994;29:122

Confidential

ABBT205131

### *Microbiology*
*Penicillin resistance with Streptococcus pneumoniae in the United States*



| | 1979-87 | 1988-89 | 1990-91 | 1992-93 | 1994-95 | 1997-98 | 1999-00 |
|---|---|---|---|---|---|---|---|
| | 5,589 | 487 | 524 | 799 | 1,527 | 1,601 | 1,531 |
| | 35 | 15 | 17 | 19 | 30 | 34 | 34 |



Confidential

ABBT205132

### *Microbiology*

*US Respiratory Surveillance Studies, Penicillin Susceptibility in* S. pneumoniae

| Year | 1994-95 | 1997-98 | 1999-2000 |
|---|---|---|---|
| Season | Winter | Winter | Winter |
| No. of centers | 30 | 34 | 34 |
| No. of isolates | 1,528 | 1,601 | 1531 |
| No. % intermediate | 216 (14.l) | 278 (17.4) | 194(12.7%) |
| No. % resistant | 145 (9.6) | 196 (12.2) | 29 (21.5%) |

Dr. G. Doern, Univ. of Iowa



## Microbiology
*Antimicrobial Resistance Rates among* S. pneumoniae

| | 1994-95 | 1997-98 | 1999-2000 |
|---|---|---|---|
| Antimicrobial Agent | N=1527 | N=1601 | N=1531 |
| Macrolide | 10.0 | 18.9 | 25.9 |
| Tetracycline | 7.5 | 12.9 | 16.4 |
| Chloramphenicol | 4.3 | 7.2 | 8.4 |
| Clindamycin | Na | 5.6 | 8.8 |
| TMP/SMX | 18.0 | 20.4 | 30.3 |

Dr. G. Doern, Univ. of Iowa

 

ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205134

*Microbiology*
*Rates of Resistance of Non- $\beta$ -Lactam Antimicrobials with Streptococcus pneumoniae*
*Based on Penicillin Susceptibility Category*

## Percentage Resistance Among

| Antimicrobial | PenS-(n=1,008) | PenI(n=194) | PenR(n=1,531) |
|---|---|---|---|
| **Macrolides** | 5.6 | 43.3 | 78.1 |
| **Clindamycin** | 1.4 | 19.1 | 25.2 |
| **Chloramphenicol** | 1.0 | 13.9 | 27.7 |
| **Tetracycline** | 3.1 | 32.0 | 48.0 |
| **TMP/SMX** | 7.6 | 39.2 | 94.5 |

[n=1,531, 34 U.S. centers, 1999-2000], Doern et al





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205135

*Microbiology*
*ABT-773 Structure/SAR*

- •Quinolylallyl propenyl moiety at the 6-0 -position

- •Keto group at the 3-position

- •Carbamate group at the 11, 12-position





ABT-773


ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

*Microbiology*
*Macrolide Resistance Types*

## Microbiology Overview

- **Two major macrolide resistance mechanisms in streptococci and staphylococci:**

  - Ribosomal methylase – blocks macrolide binding to target
    - Macrolide and clindamycin MIC >16 μg/mL

  - Macrolide efflux – actively pumps macrolide out of cell
    - Macrolide MIC 1-32 μg/mL; clindamycin MIC ≤ 0.25 μg/mL





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

ABBT205137

## *Microbiology*

*Resistance Mechanisms Prevalence in* S. pneumoniae *Clinical Isolates*

| Genotype | U.S. 1994-95[1] n=114 | U.S. 1997-98[2] n=302 | Canada[3] n=147 | Europe[4] n=21 | Japan[5] n=62 |
|---|---|---|---|---|---|
| *ermB* | 32% | 29% | 39% | 97% | 40% |
| *mefE* | 61% | 71% | 56% | 3% | 43% |
| *mef/erm* | 5% | – | <1% | - | 16% |
| **Unknown** | 2% | – | 6% | - | 0% |

[1]Shortridge, et al. *CID.* 1999; 29:1186-8.
[2]Doern, et al. *EID.* 1999; 5(6).
[3] Johnston, et al. *AAC.* 1998; 42:2425-26.
[4]Schmitz et. al.JAC.1999.43:783-92
[5]Nishijima et. al.JAC.1999.43:637-643





*Microbiology*
*ABT-773 Activity, University of Iowa Resistance Survey*

### Isolates by Erythromycin MIC

| Drug | Erythromycin MIC ≤0.5 μg/ml (n=1299) | | Erythromycin MIC 1-32 μg/ml (n=222) | | Erythromycin MIC ≥64 μg/ml (n=80) | |
|---|---|---|---|---|---|---|
| | $MIC_{90}$ | MIC range | $MIC_{90}$ | MIC range | $MIC_{90}$ | MIC range |
| ABT-773 | ≤0.008 | ≤0.008 - 0.12 | 0.03 | ≤0.008 - 0.5 | 0.12 | ≤0.008 - 0.5 |

1997-1998 Survey, Brueggemann et. al.2000. AAC. 44:447-449





*Microbiology*

**ABT-773 Activity, University of Iowa Resistance Survey**

### Isolates by Penicillin MIC

| Drug | Penicillin Susceptible MIC $\leq$0.06 $\mu$g/ml (n=1127) | | Penicillin Intermediate MIC 0.12-1.0 $\mu$g/ml (n=278) | | Penicillin Resistant MIC $\geq$2.0 $\mu$g/ml (n=196) | |
| | MIC$_{90}$ | MIC range | MIC$_{90}$ | MIC range | MIC$_{90}$ | MIC range |
|---|---|---|---|---|---|---|
| ABT-773 | $\leq$0.008 | $\leq$0.008 - 0.5 | 0.03 | $\leq$0.008 - 0.5 | 0.12 | $\leq$0.008 - 0.25 |
| Ery | 0.06 | $\leq$0.03 - >64 | >64 | $\leq$0.03 - >64 | >64 | $\leq$0.03 - >64 |

1997-1998 Survey, Brueggemann et. al. 2000. AAC. 44:447-449




ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

## Microbiology
### MIC Distribution of S. pneumoniae methylase⁺ strains





*Microbiology*
MIC Distribution of *S. pneumoniae* efflux⁺ strains

Susceptibility testing by broth microdilution

## *Microbiology*

### *In vitro Activity, S. pyogenes*

**MIC$_{90}$ Range in µg/ml**

| Organism | Macrolide susceptible | Macrolide resistant |
|----------|----------------------|---------------------|
| ABT-773 | ≤0.016 - 0.03 | 0.06 - 0.12 |
| Erythromycin | 0.06 - 0.12 | 8 - 16 |

References:
Barry et al ICAAC 1999 #2144
Dubois et al. ICMASKO 2000 #2.15
Singh et al. ICMASKO 2000 #2.14





*Microbiology*

*In vitro Activity , Haemophilus, Moraxella spp.*

**MIC$_{90}$ Range in μg/ml**

| Organism | H. influenzae | M. catarrhalis |
|---|---|---|
| ABT-773 | 2 - 4 | 0.06 – 0.25 |
| Azithromycin | 2 - 4 | 0.06 - 0.12 |
| Erythromycin | 8 - 16 | 0.25 - 0.5 |

References:
Barry et al ICAAC 1999 #2144
Hoellman et al ICAAC 1999 #2140
Brueggemann et al. 2000.AAC.44:447-449
Shortridge et. al.1999. ICAAC





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205144

### *Microbiology*
*Comparison of activity vs. respiratory atypical pathogens*

**MIC$_{90}$ in µg/ml**

| Organism | ABT-773 | Ery |
|----------|---------|-----|
| *Legionella spp.* [1] (105) | 0.03-0.12 | 0.25-1.0 |
| *M. pneumoniae* [2] (18) | $\leq$ 0.0005 | 0.008 |
| *C. pneumoniae* [3] (20) | 0.015 | 0.06 |

[1]Victor Yu, ICAAC, 2000. Strains tested: *L. pneumophila* serogroup 1 (68), *L. pneumophila* other serogroups (28), *Legionella* spp other than pneumophila (10).
[2] .Nilius et al. ECCMID 1999.
[3] Strigl et. al.2000. AAC.44:1112-1113





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205145



Confidential

ABBT205146

*Microbiology*

**Ribosome Binding, Susceptible S. pneumoniae**



erythromycin ( ),
telithromycin ( ),
ABT-773 ( ).

IC50 of Ery is 566 nM; telithromycin is 120 nM; ABT-773 is 52.7 nM. Abbott Internal Data.

ABBOTT LABORATORIES
**Anti-Infectives**
*Experience. Leadership. Vision.*

Confidential

# ABT-773 Displacement in Susceptible *S. pneumoniae* 2486



J. Capobianco et al.
ICAAC 1999, #2137.

Confidential

ABBT205148

# *Microbiology*

**Inhibition of Transcription / Translation**

**S30 from susceptible *S. pneumoniae***     **S30 from resistant *S. pneumoniae***

 

Red circles:  erythromycin
Blue squares:  ABT-773



ABBOTT LABORATORIES
**Anti-Infectives**
*Leadership Vision*

Z Cao et. al. ICAAC 1999. Poster #2135

Confidential

ABBT205149

***Microbiology***

*ABT-773 Accumulation in efflux⁺ strain,  with and without pump inhibitor (CCCP)*



J. Capobianco et al.  ICAAC 1999, #2137

*Microbiology*
*Bactericidal Activity, S. pneumoniae*

### Susceptible S. pneumoniae; ABT-773 MIC 0.002 µg/ml



Ramer et al. ICAAC 2000

ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

ABBT205151

**Microbiology**
*Bactericidal Activity, H. influenzae*



ABT-773 MIC 1 μg/ml

Confidential

*Microbiology*
*Post Antibiotic Effect*

- **After removal of drug the bacterial growth rate is inhibited**
- **Justification for dosing regimen  such as QD vs. BID**
- **Addresses resistance development  issues**
- **In vitro**
  - *S. pneumoniae*
    - 8 strains
    - mean PAE ABT-773 $\geq$ 6.1 hr
    - mean  PAE ery  3.8hr
  - *H. influenzae*
    - 5 strains
    - mean PAE  ABT-773 $\geq$6.1 hr
    - mean ery PAE  3.8 hr




Confidential

ABBT205153

*Microbiology*
*Resistance Development*

- **Occur by mutation**
  - Quinolone resistance in GyrA and ParC
- **Acquired from another bacterium**
  - Methylase
  - Efflux
- ***S. pneumoniae***
  - In vitro single step mutation frequency (8XMIC)
    - 1 *S. pneumoniae* (S) <5.6 X10$^{-10}$
    - 1 *S. pneumoniae* mef <2.6 X 10$^{-12}$
    - 2 *S. pneumoniae* ermB 3.5 X 10$^{-10}$-<9.4X10$^{-11}$
    - Mutation frequency for rifampicin (8XMIC)
      - 4 *S. pneumoniae* 1.2 X10$^{-6}$ to 3.0 X10$^{-7}$
  - No difference in mutation rate if macrolide resistant or susceptible
  - Low potential for resistance development





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205154



***Microbiology***
***Pharmacodynamic Parameters***

*Microbiology*
*In vivo pharmacodynamics*

- **Antibiotic exposure needed for efficacy against *S. pneumoniae* in animal models**
  - AUC/MIC is best predictive parameter for ketolides
  - Rat lung model of pneumonia with *S. pneumoniae*
    - QD an AUC 0-24 ug.h/ml of 0.4-1.0 for an $MIC_{90}$ of 0.12
    - BID an AUC 0-24 ug.h/ml of 0.1-0.4 for an $MIC_{90}$ of 0.12
  - Lethal mouse model of pneumonia AUC 0-24 of <3-6 ug.h/ml




ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

*Microbiology*
*In vivo pharmacodynamics*

---

- **Neutropenic mouse thigh model**
  - *S. pneumoniae*
    - 6 macrolide susceptible , 8 macrolide resistant
    - $10^{5.8-7.4}$ CFU/ thigh
    - ABT-773 dose  0.023-24 mg/kg/day Q6 h
    - Net bacteriostatic effect over 24 hrs is measured

Andes, D.R. and W.A. Craig. ICAAC 2000.



ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

*Microbiology*
*In vivo pharmacodynamics*

- **Neutropenic mouse thigh model-** *S. pneumoniae*
  - 24hr AUC/MIC is best PK/PD predictor
  - Prolonged PAEs with concentration dependent killing
    - up to 11 hrs
  - Magnitude of AUC/MIC is not significantly altered by macrolide resistance with strains with MICs as high as 0.5µg/ml

Andes, D.R. and W.A. Craig. ICAAC 2000





Confidential

ABBT205158

*Microbiology*
*In vivo pharmacodynamics*

- **Mouse lethal pneumonia model**
  - *S. pneumoniae*-2 strains
    - eryS
    - eryR
  - immunocompetent mice
  - infected with $10^{4.5}$ CFU
  - treatment 6 or 12 hr post-infection
  - subcutaneous dosing
  - BID treatment for 3 days

Azoulay-Dupuis, Bedos, Isturiz, Moine, Theron, Riex, Mohler, Carbon et. al. ICAAC 2000.




*Microbiology*
*In vivo pharmacodynamics*

- **vs. macrolide susceptible**
  - Ery/ABT-773 MIC 0.015/0.015 ug/ml
    - 100% survival with 3 days of treatment at s.c.  6.25mg/kg
- **vs. macrolide resistant**
  - Ery/ABT-773  MIC 1024/0.03 ug/ml
    - 93% survival with  3 days of treatment s.c.  at 12.5 mg/kg
      - » infected mouse single dose  12.5 mg/kg- AUC 0-24 ug•h/ml 3.08+/- 0.32)

Azoulay-Dupuis, Bedos, Isturiz, Moine, Theron, Riex, Mohler, Carbon et. al. ICAAC 2000.




*Microbiology*
*In vivo pharmacodynamics*

- Suggests total daily AUC 0-24 ug.h/ml of <3- 6 is sufficient for pneumonia
  - ketolide is active vs macrolide resistant strain unlike erythromycin
  - no resistant mutants emerged vs ABT-773 but did for erythromycin

Azoulay-Dupuis, Bedos, Isturiz, Moine, Theron, Riex, Mohler, Carbon et. al. ICAAC 2000.




*Microbiology*
**Summary**

- Active vs. key respiratory pathogens including macrolide resistant streptococci
- Bactericidal
- Extended PAE
- Low rate of resistance development in vitro and in vivo
- AUC/MIC best predictor of outcome
  - Exposure of <1ug.h/ml $AUC_{24}$ for mild to moderate pneumonia model and $AUC_{24}$ ug.h/ml <3-6 for more severe model





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205162

*Phase II Clinicals*
Joaquin Valdes





*Phase II Clinicals*
*Program Summary*

| Study | Study Drug Dose/Duration | Patient Numbers/location |
|---|---|---|
| M99-048 Phase IIb, Double blind Acute Bacterial Exacerbation of Chronic Bronchitis | ABT-773 150, 300 or 600 mg OD Duration: 5 days | N = 384 US, Germany, France, Italy, Spain, UK, Chile |
| M99-053 Phase IIb, Double-blind Acute Sinusitis | ABT-773 150, 300, or 600 mg OD Duration: 10 days | N = 292 US, Finland, Greece, Chile |
| M99-054 Phase IIb, Double-blind Community Acquired Pneumonia | ABT-773 300 or 600 mg OD Duration: 7 days | N = 187 US, Germany, France, Italy, Spain, Poland, South Africa |





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

### *Acute Bacterial Exacerbation of Chronic Bronchitis*
### *M99-048*
### *Clinical Response*

|                    | 150 mg |          | 300 mg |           | 600 mg |           |
| ------------------ | ------ | -------- | ------ | --------- | ------ | --------- |
| Clin and Bact. Eval | 84%   | (42/50)  | 88%    | (49/56)   | 94%    | (59/63)   |
| Clin Eval          | 87%    | (98/113) | 90%    | (105/117) | 90%    | (101/112) |
| ITT                | 85%    | (104/123)| 83%    | (107/129) | 83%    | (106/128) |




Confidential

### *Acute Bacterial Exacerbation of Chronic Bronchitis*
### *M99-048*
### *Bacteriological Response*

## Clinically and Bacteriologically Evaluable

|  | 150mg | | 300mg | | 600mg | |
|---|---|---|---|---|---|---|
| *S. pneumoniae* | 83% | (10/12) | 90% | (9/10) | 100% | (13/13) |
| *M. catarrhalis* | 80% | (8/10) | 92% | (12/13) | 91% | (10/11) |
| *H. influenzae* | 94% | (17/18) | 89% | (17/19) | 83% | (19/23) |
| Overall | 88% | (35/40) | 91% | (38/42) | 89% | (42/47) |





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

*Acute Bacterial Exacerbations of Chronic Bronchitis*
*M99-048*
*Adverse Events*

### All Adverse Events

|  | 150 mg | | 300 mg | | 600 mg | |
|---|---|---|---|---|---|---|
| **GI and Taste** | | | | | | |
| **Taste Perversion** | **6%** | (7/126) | **19%** | (25/129) | **29%** | (37/129) |
| **Diarrhea** | **13%** | (16/126) | **12%** | (15/129) | **21%** | (27/129) |
| **Nausea** | **7%** | (9/126) | **13%** | (17/129) | **30%** | (38/129) |
| **Vomiting** | **2%** | (3/126) | **3%** | (4/129) | **11%** | (14/129) |
| **Nausea and Vomiting** | **0** | | **<1%** | (1/129) | **4%** | (5/129) |
| **Abdominal Pain** | **4%** | (5/126) | **4%** | (5/129) | **4%** | (5/129) |




Confidential

*Community-Acquired Pneumonia*
*M99-054*
*Clinical Response*

|  | 300 mg | | 600 mg | |
|---|---|---|---|---|
| Clin and Bact. Eval | 92% | (54/59) | 82% | (47/57) |
| Clin Eval | 92% | (72/78) | 80% | (56/70) |
| ITT | 84% | (80/95) | 73% | (65/89) |




*Community-Acquired Pneumonia*
*M99-054*
*Radiographic Response*

## (Resolution/Improvement)

|  | 300 mg | | 600 mg | |
|---|---|---|---|---|
| Clin and Bact. Eval | 100% | (56/56) | 89% | (48/54) |
| Clin Eval | 99% | (73/74) | 88% | (57/65) |
| ITT | 84% | (80/95) | 72% | (64/89) |

 

*Community-Acquired Pneumonia*
*M99-054*
*Bacteriological Response*

## Clinically and Bacteriologically Evaluable

|  | 300 mg | | 600 mg | |
|---|---|---|---|---|
| *S. pneumoniae* | 87% | (13/15) | 100% | (7/7) |
| *M. catarrhalis* | 75% | (6/8) | 50% | (2/4) |
| *H. influenzae* | 100% | (9/9) | 72% | (13/18) |
| *M. pneumoniae* | 93% | (13/14) | 93% | (14/15) |
| *C. pneumoniae* | 95% | 19/20 | 79% | (19/24) |
| *L. pneumoniae* | *100%* | (3/3) | 100% | (2/2) |
| Overall | 91% | (63/69) | 81% | (57/70) |




Confidential

ABBT205170

*Community-Acquired Pneumonia*
*M99-054*
*Adverse Events*

## All Adverse Events

|  | 300mg | | 600mg | |
| --- | --- | --- | --- | --- |
| **GI and Taste** | | | | |
| **Taste Perversion** | **17%** | (16/95) | **26%** | (24/92) |
| **Diarrhea** | **14%** | (13/95) | **19%** | (17/92) |
| **Nausea** | **12%** | (11/95) | **22%** | (20/92) |
| **Vomiting** | **10%** | (9/95) | **15%** | (14/92) |



ABBT205171

*Sinusitis*
*M99-053*
*Clinical Response*

|  | 150 mg | | 300 mg | | 600 mg | |
|---|---|---|---|---|---|---|
| Clin Eval | 89% | (70/79) | 83% | (70/84) | 71% | (59/83) |
| ITT | 82% | (72/88) | 80% | (72/90) | 67% | (59/88) |





Confidential

**Sinusitis**
**M99-053**
**Radiographic Response**

## (Resolution/Improvement)

|          | 150 mg        | 300 mg        | 600 mg        |
|----------|---------------|---------------|---------------|
| Clin Eval | 86%  (68/79) | 86%  (71/83) | 78%  (59/76) |
| ITT       | 81%  (71/88) | 81%  (73/90) | 67%  (59/88) |





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205173

*Sinusitis*
*M99-053*
*Bacteriological Response*

## Clinically and Bacteriologically Evaluable

|                  | 150mg | 300mg | 600mg |
|------------------|-------|-------|-------|
| *S. pneumoniae*  | 3/3   | 8/8   | 9/12  |
| *M. catarrhalis* | 8/9   | 3/4   | 4/4   |
| *H. influenzae*  | 3/5   | 7/7   | 5/7   |
| *S. aureus*      | 1/1   | 1/1   | 3/4   |





Confidential

ABBT205174

*Sinusitis*
*M99-053*
*Adverse Events*

## All Adverse Events

|  | 150 mg | | 300 mg | | 600 mg | |
|---|---|---|---|---|---|---|
| **GI and Taste** | | | | | | |
| Taste Perversion | 1% | (1/97) | 14% | (14/98) | 27% | (26/97) |
| Diarrhea | 6% | 6/97) | 6% | (6/98) | 17% | (16/97) |
| Nausea | 3% | (3/97) | 12% | (12/98) | 26% | (25/97) |
| Vomiting | 1% | (1/97) | 6% | (6/98) | 17% | (16/97) |




ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205175

*Insert cure/erad/AE summary table*



*ABECB, CAP, AMS*
*M99-048, M99-054, M99-053*
*Clinical Response*

|  | 150 mg | | 300 mg | | 600 mg | |
|---|---|---|---|---|---|---|
| **Clin and Bact. Eval** | **84%** | (42/50) | **90%** | (103/115) | **88%** | (106/120) |
| **Clin Eval** | **88%** | (168/193) | **88%** | (247/279) | **81%** | (216/265) |
| **ITT** | **83%** | (176/211) | **82%** | (259/314) | **75%** | (230/305) |





*ABECB, CAP, AMS*
*M99-048, M99-054, M99-053*
*Bacteriological Response*

## Clinically and Bacteriologically Evaluable

|  | 150mg | | 300mg | | 600mg | |
|---|---|---|---|---|---|---|
| *S. pneumoniae* | 87% | (13/15) | 91% | (30/33) | 91% | (29/32) |
| *M. catarrhalis* | 84% | (16/19) | 84% | (21/25) | 84% | (16/19) |
| *H. influenzae* | 87% | (20/23) | 94% | (33/35) | 77% | (37/48) |
| Overall | 86% | (49/57) | 90% | (84/93) | 83% | (82/99) |





Confidential

ABBT205178

*ABECB, CAP, AMS*
*M99-048, M99-054, M99-053*
*Adverse Events*

## All Adverse Events

|  | 150 mg | 300 mg | 600 mg |
|---|---|---|---|
| **GI and Taste** | | | |
| **Taste Perversion** | **4%** (8/223) | **17%** (55/322) | **27%** (87/318) |
| **Diarrhea** | **10%** (22/223) | **11%** (34/322) | **19%** (60/318) |
| **Nausea** | **5%** (12/223) | **12%** (40/322) | **26%** (83/318) |
| **Vomiting** | **2%** (4/223) | **6%** (19/322) | **14%** (44/318) |




ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205179

*Phase II summary*

- ABT-773 was equally effective at 150 mg QD and 300 mg QD doses in ABECB and ABS
- ABT-773 was efficacious against all target pathogens
- All doses were safe; 150 mg QD was best tolerated for GI events and taste perversion
- 150 mg QD will be evaluated in comparative studies of ABECB and pharyngitis in phase III
- 150 mg QD and 150 mg BID will be evaluated to select a regimen for CAP and ABS

 

Confidential

ABBT205180

*Phase III Clinical Program*
*Joaquin Valdes*




## Proposed Indications and Treatment Duration

| Infection | Dosage (QD) | Duration (days) |
|---|---|---|
| Pharyngitis/Tonsillitis due to | | |
| *S pyogenes\** | 150 mg | 5 |
| | | |
| Acute bacterial sinusitis due to | | |
| *H. influenzae* | 150 mg (or BID) | 10 |
| *M catarrhalis* | 150 mg (or BID) | 10 |
| *S pneumoniae\*\** | 150 mg (or BID) | 10 |
| | | |
| Acute bacterial exacerbation | | |
| of chronic bronchitis due to | | |
| *H influenzae* | 150 mg | 5 |
| *H parainfluenzae* | 150 mg | 5 |
| *M catarrhalis* | 150 mg | 5 |
| *S pneumoniae\*\** | 150 mg | 5 |
| | | |
| Community-acquired | | |
| pneumonia due to | | |
| *C pneumoniae* | 150 mg (or BID) | 10 |
| *H influenzae* | 150 mg (or BID) | 10 |
| *L pneumophila* | 150 mg (or BID) | 10 |
| *M pneumoniae* | 150 mg (or BID) | 10 |
| *S pneumoniae\*\** | 150 mg (or BID) | 10 |

\* Including macrolide-resistant strains.
\*\* Including penicillin-resistant and macrolide-resistant strains.

ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

*Phase 3 Studies*

Studies starting in year 2000:

| Study | Indication | ABT-773 Regimen | Comparator | Number ABT-773 Subjects | Location |
|---|---|---|---|---|---|
| M00-223 | Pharyngitis | 150 mg QD 5 days | Penicillin V | 260 | US (IND) |
| M00-222 | Pharyngitis | 150 mg QD 5 days | Penicillin V | 260 | EU (Non-IND) |
| M00-216 | ABECB | 150 mg QD 5 days | Azithromycin | 300 | US, Canada IND |
| M00-217 | ABECB | 150 mg QD 5 days | Levofloxacin | 250 | EU (Non-IND) |





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205183

*Phase 3 Studies*

**Studies starting in year 2000 (Cont.):**

| Study | Indication | ABT-773 Regimen | Comparator | Number ABT-773 Subjects | Location |
|-------|-----------|-----------------|------------|-------------------------|----------|
| M00-225 | Sinusitis | 150 mg QD *vs.* 150 mg BID 10 days | None | 600 | US, EU (IND) |
| M00-219 | CAP | 150 mg QD *vs.* 150 mg BID 10 days | None | 800 | US, Canada, EU (IND) |





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

*Phase 3 Studies*

**Studies starting in year 2001:**

| Study | Indication | Comparator | Number ABT-773 Subjects | Location |
|-------|-----------|-----------|------------------------|----------|
| M00-221 | CAP | Levofloxacin | 225 | US, Canada (IND) |
| M00-220 | CAP | Augmentin or Amoxicillin | 250 | EU (Non-IND) |
| M00-226 | Sinusitis | Augmentin | 225 | US, Canada (IND) |
| M00-218 | Sinusitis | Augmentin or Quinolone | 250 | EU (Non-IND) |





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205185

## Proposed Claim for Macrolide or
## Penicillin Resistant Bacteria and Atypicals

| Claim | Supporting Data |
|---|---|
| Macrolide-resistant *S. pneumoniae* | 15 isolates worldwide from Phase 3 CAP and ABECB |
| Penicillin-resistant *S. pneumoniae* | 15 isolates worldwide from Phase 3 CAP and ABECB |
| Macrolide-resistant *S. pyogenes* | 15 isolates worldwide from Phase 3 pharyngitis |
| Atypicals; *C. pneumoniae, M. pneumoniae, Legionella spp.* | 15 isolates worldwide per organism (include positive serology) from Phase 3 CAP |





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205186

*Bulk Drug Manufacturing*
**Ashok Bhatia**





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205187

# PART 3

***Bulk Drug Manufacturing***
*Agenda*

**Agenda**

- **Chemistry**
- **Process Strategy and Review**
- **Cost Review and Projection**




**Bulk Drug Manufacturing**
*Macrolide Structures*



Erythromycin A

Clarithromycin

ABT-773

**Bulk Drug Manufacturing**
*ABT-773 Synthesis*



ABT - 773

Anti-Infectives

*Bulk Drug Manufacturing*
*Drug Substance Demand*



ABT-773 Bulk Demand - Consolidated LRP

Confidential

ABBT205191

***Bulk Drug Manufacturing*** *Process Improvements*



|  | 1998 | 1999 | 2000 |
|---|---|---|---|
| CycleTime (Days) | 53 | 35 | 30 |
| Throughput   Batch Size<br>           Manuf. Sites | 100 kg<br>1 | 175 kg<br>5 | 350 kg<br>5 |
| Side-chain Cost | $2500/kg | $1100/kg | $950/kg |
| Yield (%) | 18 | 21 | 28 |

Confidential

ABBT205192

*Bulk Drug Manufacturing*
*Comparison of Projected & Actual Demand/Cost*

|  |  | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Bulk Drug | Demand (kg) | 1,400 | 2,520 | 1,675 |
|  | Actual (kg) | 1,488 | 2,815 |  |
| Cost/kg | Projected ($) | $10,000 | $6,500 | $5,000 |
|  | Actual ($) | $7,800 | $5,400 (est.) |  |





Abbott Laboratories
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205193

**Bulk Drug Manufacturing**
*Synthesis*



- Bromoquinoline sources from India and China
- Side-chain outsourced from India and Europe
- Intermediates up to Step 5 outsourced/internal





*Bulk Drug Manufacturing*
*Manufacturing Strategy: Starting Materials & Intermediates*

Confidential

ABBT205195

**Bulk Drug Manufacturing**
*Step 5 as Starting Material*

**Criteria:**
  Readily available at commercial scale
  Structure incorporated in Drug Substance molecule
  Well-characterized and known impurity profile
  Prepared by know methods

**Advantages:**
  Commercial flexibility – additional manufacturers
  Process improvements (changes)without FDA prior approval
  Cost advantage




Confidential

**Bulk Drug Manufacturing**
*Projected Bulk Drug Costs*



Cost of Goods based on Current Process

Regulatory Filing Aug '02
Launch 4Q '03

Target
Cost
LBE
Cost

ABBT205197

**_Bulk Drug Manufacturing_**
_Projected Annual Capacity, Single Site_

| | |
|---|---|
| Bldg C7A/ NC | 15MT |
| Bldgs C17 and C7A/ NC | 50MT |

**Alternative strategies:**
  Step 8 at vendor site(s)
  Manufacturing in Abbott, Puerto Rico





ABBOTT LABORATORIES
**Anti-Infectives**
_Experience Leadership Vision_

Confidential

ABBT205198

**Bulk Drug Manufacturing**
*Summary*

**Summary**
- A viable process developed for commercial launch
- On track to achieve commercial target cost
- Identified strategies to meet long term bulk substance demand



Confidential

ABBT205199

*Tablet Key Issues*





Confidential

# QT Prolongation
### Dave Morris





ABBOTT LABORATORIES
## Anti-Infectives
*Experience, Leadership, Vision*

Confidential

ABBT205201

*Summary of ECG*

- A possible dose effect in Phase I at total daily dose >=800mg.
- No significant QT effect observed when ABT-773 was administered with the metabolic inhibitor ketoconazole.
- No concentration response in Phase I studies (<=300mg).
- No consistent QT effect observed at clinical doses studied in Phase IIB studies.
- Will continue to monitor QT in Phase III programs.





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205202

**Mean Change of QTC**
**(Multiple Rising Dose Study)**





*Multiple Rising Dose Study*

- No subject had QTc increase > 60 msec
- 3 subjects had QTc increase 30-60 msec (>=800mg/day)
- No subject had QTc of >500 msec
- No syncope observed






*Ketoconazole Interaction Study*

ABBT205205



**Mean Change of QTC**
**(Ketoconazole Interaction Study - N = 18)**

**Ketoconazole Interaction Study**



Change of QTc from Baseline

**ABT-773 Plasma Concentration**




ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205207

*Ketoconazole Interaction Study*

- No subject had QTc increase > 60 msec.
- 2 subjects had QTc increase of 30-60 msec.
- No subject had QTc of >500 msec
- No syncope  observed





Confidential

ABBT205208



**Pooled Multiple Dose Studies**
**(<=300mg/day)**





Confidential

ABBT205209

*All Phase I Studies*

- **Total of 11 syncopes reported**
  - **5 were pre-dosing**
  - **6 were post-dosing**
- **All associated with blood draw**




### Mean Change of QTc from Pretreatment to During Treatment
### (Phase IIB - Based on Cardiologist Reading)





Confidential

*Phase IIA/B*

- **2 syncopes reported**
  - 1 was immediately upon first dose on Day 1
    (600mg QD)
  - 1 was 7 days post last dose (100mg TID)




ABBT205212

*Liver Function*
*Dave Morris*




Confidential

ABBT205213

*LFT Summary*

- No evidence of LFT issue in Western subjects.
- No consistent evidence of dose response.
- Japanese bridging study results should be confirmed.
- Will continue to monitor LFT in Phase III programs.




# Incidence Rate of SGPT Abnormalities



ABBT205215

# Incidence Rate of SGOT Abnormalities



Confidential

ABBT205216

## Incidence Rate of Bilirubin Abnormalities



## *Very high LFT Results: Phase II*

|  | SGPT* | SGOT* | GGT$ | Alkaline Phosphatase* | Total Bilirubin& |
|---|---|---|---|---|---|
| **150mg QD**<br>% (N)<br>95% UL | 0/181<br>2%3% | <1% (1/192)<br>3% | <1% (1/183)<br>2% | 0/200<br>2% | 0/201 |
| **300mg QD**<br>% (N)<br>95% UL | <1% (2/256)<br>3%2% | <1% (1/267)<br>2% | <1% (1/251)<br>1% | 0/278<br>1% | 0/288 |
| **600mg QD**<br>% (N)<br>95% UL | <1% (1/256)<br>2%2% | <1% (1/263)<br>2% | 0/252<br>1% | 0/273<br>1% | 0/287 |

*: >= 3*NUL
$: >=5*NUL
&>=2 mg/dl.. Note: subject had normal LFT at baseline.





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*



## Incidence Rate of SGPT Abnormalities
## Japan Bridging Study

Confidential

ABBT205219

## Incidence Rate of SGOT Abnormalities
## Japan Bridging Study



ABBT205220



**Incidence Rate of Bilirubun Abnormalities**
**Japan Bridging Study**

Confidential

ABBT205221

*PK Profile*
*Linda Gustavson*





Confidential

ABBT205222

*Regulatory*
*Jeanne Fox*





Confidential

ABBT205223

*ABT-773 Regulatory Status*

- Original U.S. Oral IND submitted 2/2/99
- Phase 3 pivotal trials initiated 11/00
- End-of-Phase 2 Clinical FDA meeting 11/27/00
- End-of-Phase 2 CMC FDA meeting target 1/01
- Tablet NDA submission target 8/02





Confidential

*ABT-773 Regulatory Issues*

- **ABT-773 Potential for QT Prolongation**
  - QT issue is hot button for FDA
  - Question whether ketolides behave like macrolides
  - FDA requested additional dog tox work to evaluate QT
  - Required to include ECG monitoring in pivotal Phase 3 studies
- **ABT-773 Potential for QT Prolongation**
  - telithromycin (Ketek) data residing at FDA
    - Advisory Meeting scheduled for January
- **FDA may require a Phase 1 study in patients with underlying cardiac disease**
- **Some antimicrobials now contain warnings for QT prolongation**





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205225

*ABT-773 Regulatory Issues*

- **ABT-773 Potential for Liver Toxicity**
  - Ketolides similar to macrolides?
  - Request for additional dog tox work
  - telithromycin (Ketek) data residing at FDA
    - Advisory meeting scheduled for January
- **Plan to conduct routine liver monitoring in all Phase 3 studies**





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205226

*ABT-773 Regulatory Issues*

- **Indication to treat resistant pathogens**
- **FDA skepticism regarding clinical significance of "macrolide-resistant *S. pneumo*"**
- **FDA will require "body of evidence"**
  - excellent eradication of susceptible organisms
  - > 10 resistant organisms eradicated to include good proportion of bacteremic CAP patients




Confidential

ABBT205227

*ABT-773 Regulatory Issues*

- **Miscellaneous**
  - Based on NDA timing, potential good candidate for E-submission
  - Timing of IV program may affect ability to document effectiveness vs. resistant pathogens in bacteremic patients
  - Timing of pediatric program and "due diligence" for formulation development critical





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience. Leadership. Vision.*

Confidential

ABBT205228

*Commercial Profile, Positioning & Financials*
*Rod Mittag*





Confidential

ABBT205229

*I.V. Program*
*Carol Meyer*





Confidential

ABBT205230

*ABT-773 IV Program*
*Formulation Objectives*

Reconstituted solution . Once a day dosing. Low pain on injection

Lyophilized powder, consisting of ABT-773 and a counterion base.

One strength, in a flip-top vial and the ADD Vantage system at launch.

Diluent volume 100ML, with length of infusion (30 to 60 minutes) and type of diluent (Dextrose 5% and/or normal saline) <u>TBD</u> based on animal pain models, clinical and stability studies.





Confidential

### *ABT-773 IV Formulation*
*Status*

---

- **PPD funded Program 01/00-08/00 ($1.4MM)**
  - – Formulation development ( lactate salt,lyophilized powder)
  - – Animal pain models
  - – Two week Tox study (monkey)
- **HPD funded Program  08/00-12/00 ($0.8MM)**
  - – Two week Tox study (rat)
  - – Clinical supplies for Phase I
  - – Stability program





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience. Leadership. Vision.*

Confidential

ABBT205232

*ABT-773 IV Formulation*
**Animal Pain Study Results**

---

- Assessed 6  prototypes( 3 different counterions at 2 pH levels) vs clarithromycin IV and azithromycin IV
- Animal pain models showed no differentiation among all three compounds
- Results not conclusive
- Chose ABT-773 lactate as the prototype to test in Phase I studies based on manufacturability and stability.





*ABT-773 IV*
*Planned Clinical Program*

- **Single Dose -rising Phase I study**               **Mar/01**
- **Multiple Dose Phase I with selected dose**        **June/01**
- **Initiate Phase III**                               **Oct/01**
  - 2 step-down CAP studies (US/Europe)
  - 2-3 days dosing
  - Two seasons to complete
- **Filing**                                           **Aug/03**




Confidential                                                                 ABBT205234

***ABT 773 IV Program***
**Summary**

- **Comments**
  - Funding for '01 not available with PPD/HPD
  - Go/No go could be made after Phase I based on safety profile(pain,QT,GI)
  - Milestone funding recommended ($MM)
  - Assuming Go, '01 budget estimated $7MM
  - IV will help to obtain resistant S. pneumo claim





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

*Pediatric Program*
*Carol Meyer*





Confidential

ABBT205236

***ABT-773 Pediatric Program***
***Formulation Objectives***

- **Develop coated particle formulae for global use**
  - Formulate coated particles for Suspension - 150mg/5mL & 300mg/5mL
  - Formulate coated particles  as a dry syrup, sprinkle or sachet.
- **Desired Properties**
  - Once a Day Dosing
  - Acceptable 'Initial Taste'
  - Minimal 'After Taste'
  - No Unpleasant Mouth-feel
  - Acceptable Color and Flavor
  - No Refrigeration Required.





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205237

## *ABT-773 Pediatric Program*
### *Status*

- Initiated January 2000
- 2000 Funding through first PK study milestone only ($MM)

| | |
|---|---|
| - Prototype Development completed (granules for  suspension) | May '00 |
| - Phase I Single Dose Study - 2 prototypes completed | Aug '00 |
| - First set of Taste Evaluations completed | Sep/00 |
| - Comparative Taste vs Clari and Azi | Dec/00 |





**ABT-773 Pediatric Program**
*Formulation Trade-off*

## ABT-773 Pediatric - Reconstitutable Suspension

Taste / Cost  Bioavailability



### *ABT 773 Pediatric Program*
#### *Challenges*

- **Pharmacokinetic Profile (plasma, middle ear fluid)**
- **Taste**
  - Masking Bitter Taste
  - Flavor
  - Mouth-Feel
- **Preserving the Reconstituted Suspension**
- **Ease of Manufacture**
- **Cost**




**ABT 773 Pediatric Program**
*Formulation Development*

- **Formula Selected**
  - – Zein Coated Stearine 07 Based Particles
  - – Formula acceptable both from an Organoleptic  and Dog Bioavailability standpoint
  - – Two prototypes
    - • Same core
    - • Different coating levels (15% and 25% coating)




*ABT 773 Pediatric Program*
**Taste Assessment**

- **Taste Assessment conducted by Arthur D Little**
  - Utilized a Flavor Profile Method of Sensory Analysis
- **Task 1: Sensory Analysis of Aqueous Solutions/ Suspensions of Uncoated Drug Substances**
  - ABT-773
  - Clarithromycin (Biaxin®)
  - Azithromycin (Zithromax®)
- **Task 2: Sensory Analysis of Coated ABT-773 Prototypes**




*ABT 773 Pediatric Program*
Taste Assessment

## Sensory Analysis of Uncoated Drugs
### *Summary of Results*

*The three drug substances can be ranked from most to least bitter as follows:*

| Drug Substance | Concentration (ppm) Which Exhibits an Initial Bitter Intensity ≤ 1 (Slight) |
|---|---|
| ABT-773 | 0.79 |
| Clarithromycin | 4.2 |
| Azithromycin | 15 |

- **ABT-773 is approximately five times more bitter than clarithromycin**



ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205243

*ABT 773 Pediatric Program*
**Taste Assessment**

- **The flavor quality of the two coated drug prototypes was similar—the bitter intensity was moderate-to-strong initially and throughout the aftertaste.**
  - The observed bitter intensity is well above the "consumer concern level" of a slight intensity.
  - We believe that the lingering bitterness results from the "sustained release" of drug from the coated drug particles that lodge in the oral cavity (both prototypes exhibited a moderate amount of grittiness).




**ABT 773 Pediatric Program**
Phase I PK Results

- **The AUC ratio (suspension:tablet) is 75% and the Cmax ratio is 77 to 79% for the two suspension formulations (SC-1a and SC-1b) respectively.**

| Pharmacokinetic Parameters | Tablet (N = 42) | Suspension (SC-1a) (N = 41) | Suspension (SC-1b) (N = 41) |
|---|---|---|---|
| $T_{max}$ (h) | 3.0 ± 1.3 | 2.6 ± 1.0 | 2.8 ± 1.0 |
| $C_{max}$ (ng/mL) | 628 ± 263 | 505 ± 234 | 494 ± 223 |
| $AUC_\infty$ (ng•h/mL) | 4527 ± 1830 | 3645 ± 2226 | 3521 ± 1868 |
| $t_{1/2}$ (h)‡ | 6.3 | 6.8 | 6.7 |
| $C_{max}$ Ratio (test/ref)* | --- | 0.79 | 0.77 |
| $AUC_\infty$ Ratio (test/ref)* | --- | 0.75 | 0.75 |

‡ Harmonic mean
* Geometric mean





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

Confidential

ABBT205245

*ABT 773 Pediatric Program*
**Phase I PK Results**



*Study M00-196: Preliminary Mean ABT-773 Plasma Concentration-Time Profiles*

### ABT 773 Pediatric Program
#### Proposed Clinical Program

| Proposed Pediatric Clinical Studies for Registration (Phase 1, 2, 3) | | | |
|---|---|---|---|
| Indications/Type | Phase | No. of Studies | No. of Subjects |
| PK adult single rising dose, multiple rising dose/effect of food | 1a 1b | 4 | 96 |
| Otitis Media (dose ranging), PK in children | 2 | 1 | 100 |
| Otitis Media, Pharyngitis, CAP | 3 | 6 | 1800 |




***ABT 773 Pediatric Program***
**Proposed Clinical Program**

- **First option**
  - Develop a pro-drug with no immediate after taste , stable in a suspension formulation , hydrolized in acidic pH and absorbed as parent drug.
  - Three pro-drugs under study (benzoyl,TMB,ES)
- **Second option**
  - Continue improving after taste,PK of parent drug formulation.
- **Recommend first option with Go/No go in 06/01 ($MM)**




*Japan Program*
Carol Meyer





*Japan Program*
*Taisho*

- Japan development is planned in coordination with Taisho and Dainabot
- Meetings are held at least 3 times a year to review developments
- Taisho funds 10.69% of global development costs and 50% of local Japan costs.
- Bridging strategy is primary plan for development in Japan
- Findings in first PK trial in Hawaii resulted in repeat of Phase I in Japan





ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

*Japan Program*
*Phase I Findings*

- Initial Phase I study conducted in Hawaii with Japanese and non-Japanese subjects
- Results indicate 50% higher AUC and Cmax in Japanese vs non-Japanese
- Liver enzyme elevations were noted in a few Japanese subjects, however it was not dose related
- Decision made to repeat Phase I in Japan





**Japan Program**
*Clinical Plan*

| | **Start** |
|---|---|
| • **Phase I in Japan** | |
|   – Food Effect Study | Nov/00 |
|   – Single and multiple dose study | Dec/00 |
|   – Review data (Abbott/Taisho) | April/01 |
|     • PK data Japanese vs Caucasian | |
|     • Development program strategy | |
|   – Present Kiko data and recommend development program | May/01 |
|   – Start Tissue Conc. Study | 2Q/01 |




ABBOTT LABORATORIES
**Anti-Infectives**
*Experience Leadership Vision*

ABBT205252

**_Japan Program_**
_Clinical Plan_

- **PK similar in Japanese and Caucasians (12/02 filing)**
- **Recommend to Kiko same dose in Japan as in ex-Japan**
  - Recommend to Kiko one comparative bridging study in CAP (Phase III) and several smaller local studies in SSS, Dentistry,Otolaryngology,UTI and pan- bronchiolytis
  - Taisho agreement necessary prior to Kiko meeting
- **PK different in Japanese and Caucasians(12/03 filing)**
  - Phase II dose ranging study in CAP (Bridging study)
  - -Phase III comparative study will be required
  - Full development time line
  - Implications on Taisho cost-sharing




ABBT205253

***Summary***
*Carl Craft*

 

Confidential                                                                                                          ABBT205254

*Backups*

**Competitive Update, Ketek-Rod Mittag**
**OS/IV/overall financials-Rod Mittag**




*IV/OS/Overall Financials*

**Rod Mittag**



Confidential

ABBT205256