UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY,<br><br>     Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>     Defendant. | CIVIL ACTION NO. 05-11150-DPW |

## ABBOTT'S DEPOSITION DESIGNATIONS AND COUNTER DESIGNATIONS FOR JIM LOOMAN

Defendant Abbott Laboratories ("Abbott") respectfully submits the attached deposition

designations and counter-designations for the February 1, 2007 deposition of Jim

Looman, M.D., Medical Director, Abbott B.V., Netherlands (ABT-518).

Dated:  February 18, 2008

Respectfully submitted,

ABBOTT LABORATORIES

By:  __/s/ Eric J. Lorenzini_____
      Eric J. Lorenzini

Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
Eric J. Lorenzini *(pro hac vice)*
Ozge Guzelsu *(pro hac vice)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth
Floor
Los Angeles, CA  90071-1560
Tele:  (213) 683-9100

and

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY &
GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com

*Counsel for Abbott Laboratories*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 18, 2008.

Date: February 18, 2008.

_____ /s/ Ozge Guzelsu _____

## Jim Looman Deposition Designations

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 2/1/2007 | Looman, Jim | 10:15-10:24 | No Counter | | | | |
| 2/1/2007 | Looman, Jim | | | 6:2-9:17 | | | |
| 2/1/2007 | Looman, Jim | | | 11:1-14:22 | | | |
| 2/1/2007 | Looman, Jim | | | 18:24-20:5 | | | |
| 2/1/2007 | Looman, Jim | | | 20:14-21:13 | | | |
| 2/1/2007 | Looman, Jim | | | 21:14-22:19 | | | |
| 2/1/2007 | Looman, Jim | | | 23:3-23:14 | | | |
| 2/1/2007 | Looman, Jim | | | 33:4-34:2 | | | |
| 2/1/2007 | Looman, Jim | | | 35:23-37:9 | | | |
| 2/1/2007 | Looman, Jim | 43:1-43:12 | No Counter | | | | |
| 2/1/2007 | Looman, Jim | 44:13-44:16 | 43:23-44:12 | | | | |
| 2/1/2007 | Looman, Jim | | | 44:17-45:6 | | | |
| 2/1/2007 | Looman, Jim | 50:4-51:9 | No Counter | | 7 | BK | |
| 2/1/2007 | Looman, Jim | 51:18-51:21 | 51:22-52:9 | | 7 | BK | |
| 2/1/2007 | Looman, Jim | 52:10-52:16 | No Counter | | 8 | X | |
| 2/1/2007 | Looman, Jim | 53:19-54:11 | 54:12-56:18 | | 8 | X | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 2/1/2007 | Looman, Jim | 56:23-57:11 | No Counter | | 8 | X | |
| 2/1/2007 | Looman, Jim | 58:6-59:1 | No Counter | | 8 | X | |
| 2/1/2007 | Looman, Jim | | | 61:4-61:12 | | | |
| 2/1/2007 | Looman, Jim | 62:7-63:23 | 63:24-64:9 | | | | |
| 2/1/2007 | Looman, Jim | 64:22-65:10 | 65:11-65:21 | | | | |
| 2/1/2007 | Looman, Jim | 65:23-66:6 | No Counter | | | | |
| 2/1/2007 | Looman, Jim | 72:19-73:7 | No Counter | | 9 | S | |
| 2/1/2007 | Looman, Jim | 76:2-76:16 | No Counter | | 10 | U | |
| 2/1/2007 | Looman, Jim | 79:12-79:16 | 79:8-79:11 | | 8 | X | |
| 2/1/2007 | Looman, Jim | 84:22-85:10 | 84:13-84:21 | | | | |
| 2/1/2007 | Looman, Jim | 84:22-85:10 | 85:11-85:24 | | 12 | V | |
| 2/1/2007 | Looman, Jim | | | 95:4-95:16 | | | |
| 2/1/2007 | Looman, Jim | | | 97:15-98:2 | | | |
| 2/1/2007 | Looman, Jim | 102:23-103:11 | 103:12-104:23 | | 18 | AC | |
| 2/1/2007 | Looman, Jim | | | 102:5-102:20 | | | |
| 2/1/2007 | Looman, Jim | | | 107:4-107:19 | | | |
| 2/1/2007 | Looman, Jim | 108:13-108:21 | 108:22-109:4 | | 21 | 51 | |
| 2/1/2007 | Looman, Jim | | | 109:22-110:9 | | | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 2/1/2007 | Looman, Jim | 110:23-112:2 | No Counter | | 21 | 51 | |
| 2/1/2007 | Looman, Jim | 113:9-113:14 | No Counter | | 21 | 51 | |
| 2/1/2007 | Looman, Jim | | | 113:16-114:7 | | | |
| 2/1/2007 | Looman, Jim | | | 124:21-125:10 | | | |
| 2/1/2007 | Looman, Jim | | | 125:23-127:20 | | | |
| 2/1/2007 | Looman, Jim | | | 129:10-130:8 | | | |
| 2/1/2007 | Looman, Jim | 136:21-138:11 | No Counter | | 26 | BL | |
| 2/1/2007 | Looman, Jim | | | 151:14-152:18 | | | |

# Color Key to Deposition Designations

Designation by Plaintiffs

Counter Designation by Defendants

Designation by Defendants

1        UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF MASSACHUSETTS

3

4

5    JOHN HANCOCK LIFE INSURANCE     )

6    COMPANY, JOHN HANCOCK VARIABLE  )

7    LIFE INSURANCE COMPANY and      )

8    MANULIFE INSURANCE COMPANY      )

9    (f/k/a INVESTORS PARTNER        )

10   INSURANCE COMPANY),             )

11         Plaintiffs,     ) Civil Action No.

12      -vs-              ) 05-11150-DPW

13   ABBOTT LABORATORIES,            )

14         Defendant.      )

15

16

17

18        THE VIDEOTAPED DEPOSITION OF

19             JIM LOOMAN

20

21             February 1, 2007

22

23

24

1    A.   Fair.

2    Q.   Dr. Looman, where are you presently

3    employed?

4    A.   I'm presently employed at Abbott.

5    Q.   How long have you been employed there?

6    A.   Since -- let me think.  April 1, 2000.

7    Q.   2000?

8    A.   Yeah.

9    Q.   What's your present job at Abbott?

10   A.   I'm medical director for the Dutch

11   affiliate at Abbott.

12   Q.   What's the Dutch affiliate's name?

13   A.   Abbott B.V., which is same -- I think

14   it's the same as Inc. in the US.

15   Q.   How long have you held the position of

16   medical director for the Dutch affiliate?

17   A.   Now since one and a half years.

18   Q.   So, since 2005?

19   A.   Yeah, I think my position started

20   February 1, 2005.

21   Q.   What are your responsibilities as

22   medical director?

23   A.   Overseeing all of the clinical studies

24   being performed in the Netherlands on behalf of

1    Abbott.

2        Q.   What was your position at Abbott before

3    you were medical director?

4        A.   Say again, please.

5        Q.   Before you were medical director.

6        A.   Yes.

7        Q.   Before February 2005.

8        A.   Yes.

9        Q.   What was your position at Abbott?

10       A.   Then I was -- I started in 2000 as an

11   associate medical director for European clinical

12   venture.

13       Q.   You held that position from 2000 until

14   February 2005?

15       A.   Yes, I did.

16       Q.   What were your responsibilities as

17   associate medical director?

18       A.   I worked as a medical liaison on behalf

19   of the project teams in Abbott Park in the US for

20   European studies.

21       Q.   European clinical studies?

22       A.   Yes.

23       Q.   In the 2000 to 2005 period while you

24   were associate medical director, did you have

1    responsibilities other than acting as liaison for

2    the project teams for clinical studies?

3        A.    No, I did not have.

4        Q.    Before you were employed with Abbott,

5    where were you employed?

6        A.    I was employed with Mallinckrodt.

7        Q.    Can you spell that for the record.

8        A.    M-a-l-l-i-n-c-k-r-o-d-t, Inc. in

9    St. Louis.  Based in the Netherlands.

10        Q.    You live in the Netherlands now?

11        A.    I live in the Netherlands, that is

12    correct.

13        Q.    Are you a Dutch national?

14        A.    Yes, I am.

15        Q.    What did you do at Mallinckrodt?

16        A.    I was also involved in helping with

17    clinical research for Mallinckrodt.

18        Q.    What years were you employed with them?

19        A.    I started in 1988 with Mallinckrodt and

20    I left in November of 1999.

21        Q.    You went from there to Abbott?

22        A.    Yes, I did.

23        Q.    Before Mallinckrodt where were you

24    employed?

# PART 2

1      A.   I was a resident surgery in the

2   University of Utrecht in the Netherlands.

3      Q.   From what institution and when did you

4   earn your medical degree?

5      A.   I was trained in the University of

6   Leidan, L-e-i-d-a-n, in the Netherlands.

7      Q.   What year did you earn your MD?

8      A.   In 1985.

9      Q.   Where did you attend undergraduate

10   studies?

11      A.   What do you mean with undergraduate

12   studies?

13      Q.   College.

14      A.   Oh, in the Netherlands in Dordrecht,

15   D-o-r-d-r-e-c-h-t, the Netherlands.

16      Q.   When did you graduate?

17      A.   In 1976.

18      Q.   How did you prepare for your deposition

19   today?

20      A.   I flew over to the US on Monday and I

21   met with the attorney yesterday at Abbott Park.

22      Q.   Was anyone else present with you when

23   you met with Mr. Lorenzini?

24      A.   I briefly met with Mr. Pete Witty who's

1    also an attorney at Abbott.  But the conversation

2    we had with -- was with Mr. Lorenzini.

3    Q.   How long did you meet with him for?

4    A.   Around about six to seven hours.

5    Q.   Were you shown documents in connection

6    with your preparation yesterday?

7    A.   Yes, I was.

8    Q.   Did those documents refresh your

9    recollection of certain events with respect to this

10    lawsuit?

11    A.   Yes, they did.

12    Q.   You are familiar with a compound called

13    ABT-518, correct?

14    A.   I am.

15    Q.   What was your role with respect to the

16    development of ABT-518?

17    A.   As an associate medical director, my

18    responsibility was to act as the medical liaison on

19    behalf of the team at Abbott Park with the two

20    sites that participated in the 518 studies.

21    Q.   When did you assume responsibilities as

22    liaison for the clinical trial?

23    A.   That must have been when Abbott decided

24    to do two studies in the Netherlands.

1      Q.   Was that 2000?

2      A.   I do not remember when exactly I was

3    notified that the study was planned, but it must be

4    I would guess in the beginning of 2000, end of '99.

5      Q.   Nobody preceded you in your role as

6    liaison, is that right?

7      A.   No, I was the first to do that.

8      Q.   How did you perform your duties as

9    liaison?  What did you do?

10     A.   I was the medical contact with the

11   principal investigators at the site, and I directed

12   questions they had back to the clinical team in

13   Abbott Park.

14     Q.   Who were the PIs at the sites?

15     A.   There were two sites.  One site was in

16   Amsterdam in the National Cancer Institute.  The PI

17   there was Professor Schellens, Schellens, S-c-h.

18   and the other site was in Utrecht, department of

19   oncology, headed by Professor Voest.

20     Q.   At the time you were acting as liaison

21   were you also acting as liaison with respect to

22   other clinical trials?

23     A.   Yes, I was.

24     Q.   How many others?

1    A.   One other study for Abbott in Europe

2    with another compound.

3    Q.   With the same sites?

4    A.   Different sites.

5    Q.   Was your time divided roughly equally

6    between the two compounds?

7    A.   I would say that 518 was of a lesser

8    magnitude because these were only two sites.  So,

9    it's difficult to say.

10    Q.   So, you spent more time would you say

11    on -- with respect to the other trial than you did

12    on 518?

13    A.   Yes, because that was a larger project,

14    more sites.

15    Q.   In the 2000 and 2001 period how often

16    did you visit the sites generally?

17    A.   You mean in preparation?

18    Q.   Yeah, let's start with before the first

19    patient is dosed.  How often did you visit the

20    sites during the planning period?

21    A.   I would -- I would say that you -- you

22    visit the sites once to discuss the outline of the

23    protocol to see if there is interest of the sites

24    to participate and then you -- most of the times

1    you come back a second time to go over questions

2    they may have and when they say, "Okay, we will

3    participate in your study," then other monitoring

4    staff people take over and they do the prep work to

5    start up the study and I come back again at a later

6    stage when the study starts to initiate.

7        Q.   Who besides you at Abbott worked on the

8    clinical trial for 518?

9        A.   In the Netherlands you mean?

10       Q.   In the Netherlands.

11       A.   We had one dedicated clinical research

12   associate.

13       Q.   Who was that?

14       A.   Willy Jansen.  She worked with me on --

15   with these two sites.

16       Q.   What was her title?

17       A.   She was a -- at that time she was a

18   senior CRA, clinical research associate.

19       Q.   You said she was dedicated.  Did she

20   spend 100 percent of her time on the --

21       A.   No, but she was -- she was dedicated

22   to -- to work with me on that study, but she was

23   not full time on the study alone.

24       Q.   Who besides Willy Jansen on the

# PART 3

1    Netherlands side worked on the 518 clinical trial?

2        A.   At a later stage when Willy handed over

3    her responsibility, her tasks were taken over by

4    another CRA and her name was Else Meijer.

5        Q.   So, at any given time there was only one

6    CRA, is that right?

7        A.   Correct, yes.

8        Q.   Other than the CRA were any other

9    persons at Abbott in the Netherlands involved in a

10    clinical trial?

11        A.   No.

12        Q.   Let's talk about persons in Abbott US

13    who were involved in the clinical trial.  Okay?

14    Who were they?

15        A.   The people that I had most contact with

16    on this project 518 were my supervisor, Azmi

17    Nabulsi, who was the clinical project head.

18        Q.   You say he is the clinical project head.

19    What does that mean?

20        A.   That he has the responsibility to see

21    that the study is run according to protocol and all

22    other responsibilities that come along with that.

23        Q.   He is responsible for more than just the

24    clinical trial, though, correct?

Looman, Jim (Linked)  2/1/2007  9:17:00 AM

1    group of persons that were just mentioned that

2    worked together to resolve issues only for the

3    clinical aspect of the study.

4        Q.   So, you are unaware of other persons who

5    were involved in other aspects of the

6    development --

7        A.   That is --

8        Q.   Let me finish my question before you

9    answer because otherwise the reporter will throw

10    eggs at both of us.

11        So, you weren't aware of the persons who

12    were responsible for other aspects of the

13    development of 518?

14        A.   That is correct.

15        Q.   Did you participate in any meetings in

16    person with Dr. Nabulsi regarding 518 in 2000-2001?

17        MR. LORENZINI:  Objection.  Just to clarify,

18    do you mean face-to-face meetings?

19        MR. ZWICKER:  Yeah, for now.

20    BY MR. ZWICKER:

21        Q.   Let me ask you a different question.

22    I'll withdraw that one.

23        A.   Yeah.

24        Q.   Did you come to the United States in the

1    2000-2001 time period and meet with Dr. Nabulsi and

2    other persons regarding the development of ABT-518?

3        A.   Yes, I did.

4        Q.   How many times?

5        A.   From what I remember, probably two,

6    three times.

7        Q.   Were other persons involved in the

8    development of 518 present during those meetings

9    besides Dr. Nabulsi?

10       A.   No, it was only people who were on the

11   clinical side.

12       Q.   Diane D'Amico and Todd Janus?

13       A.   Correct, yes.

14       Q.   In the 2000-2001 time period did you

15   participate in any meetings by phone while you were

16   in the Netherlands and Dr. Nabulsi was in the

17   United States?

18       A.   Yes, we -- we did have regular

19   teleconferences within the clinical team to relay

20   information coming from the sites and trying to

21   address those.

22       Q.   How often were those teleconferences

23   held?

24       A.   It was a long time ago.  I would think

1    probably every two weeks.

2        Q.    Who participated in them?

3        A.    The clinical team.  So, Dr. Janus, Diane

4    D'Amico, Dr. Nabulsi if he was available for the

5    conference call, and then Willy Jansen and myself.

6        Q.    Do you know what a portfolio review is

7    at Abbott?

8        A.    Yes, I've heard of that.

9        Q.    Have you ever attended one?

10        A.    No.

11        Q.    Were you aware that each month Abbott

12    created monthly highlight reports for ABT-518?

13        A.    No, I was not aware.

14        Q.    What documents did you see during your

15    time as liaison for the 518 clinical trial?

16        A.    Documents that were directly related to

17    the start-up of the two studies in the Netherlands.

18        Q.    But not documents that related to the

19    overall development --

20        A.    No.

21        Q.    -- of the compound?

22        A.    I did not.

23        Q.    Do you know what the ASCO conference is?

24        A.    Yes, I know.

1      Q.   What does ASCO stand for?

2      A.   The American Society of Clinical

3   Oncology meeting.

4      Q.   Did you attend the ASCO conference?

5      A.   I did.

6      Q.   In 2001?

7      A.   I did.

8      Q.   Why?

9      A.   Because we use these meetings also to

10   bring together the team, to exchange experiences,

11   have face-to-face meetings and also have an

12   opportunity to talk to investigators that are at

13   that meeting.

14      Q.   Dr. Looman, what were the objectives of

15   the clinical trial for ABT-518?

16          For the record the trial was known as

17   M00-235, correct?

18      A.   That is correct, yes.

19      Q.   I'm just going to refer to it as the

20   clinical trial.

21      A.   Okay.

22      Q.   Okay?  What were the objectives for the

23   clinical trial?

24      A.   It was a typical Phase I oncology study,

# PART 4

1    which was aiming at looking at the toxicity

2    associated with the dosages that were going to be

3    given to patients and looking at the safety profile

4    of the product.

5         In addition, this study also had a -- a

6    subsection in the protocol which was to look at

7    pharmacokinetic parameters.

8    Q.    PK is the -- means the rate at which the

9    compound is absorbed in the body.  Is that fair?

10    A.    That is correct, yes.

11    Q.    Dr. Looman, isn't it also true that

12    Abbott viewed the clinical trial as also looking at

13    efficacy for 518?

14    A.    No, it was not.  The intention -- in

15    Phase I studies, because of the size of the study,

16    it is not possible to look at safety in an

17    objective manner.  So, that is not one of the

18    primary objectives of a Phase I study.  It was not

19    the case in this study as I remember.

20    MR. LORENZINI:  Dr. Looman, you just referred

21    to safety there.  The question was about looking at

22    efficacy.

23    THE WITNESS:  Yeah.

24    MR. LORENZINI:  I just want to make sure.

1      MR. ZWICKER:  I understood his answer.

2    BY MR. ZWICKER:

3      Q.   Do you remember persons within Abbott

4    describing the clinical trial as a combination of a

5    Phase I and Phase II clinical trial?

6      A.   As far as I was concerned this was a

7    Phase I study, but as the traditional setup of

8    Phase I versus Phase II is that in Phase II you

9    also look at increasing doses to look for toxicity.

10    That part was also included in this Phase I study.

11      So, there was -- it is correct to say

12    that there were, let's say, traditional Phase II

13    elements, which is dose escalation, were built into

14    the Phase I study.

15      Q.   What about looking at inhibition, do you

16    remember people within Abbott discussing whether or

17    not the clinical trial would look at inhibition of

18    tumors?

19      A.   That is not what I remember.

20      MR. ZWICKER:  Let's mark this as Looman

21    Exhibit 1.

22        (WHEREUPON, a certain document was

23        marked Looman Deposition Exhibit

24        No. 1, for identification, as of

1    the first patient in the 518 clinical trial was

2    dosed.  Okay?

3        A.   Okay.

4        Q.   Can you tell me what steps Abbott took

5    to plan the 518 clinical trial?

6        A.   I can only tell you what I know what was

7    done in the Netherlands because that's where my

8    responsibility was, which was when Abbott decided

9    to do two Phase I studies in the Netherlands, I was

10    asked by the 518 team to act as medical liaison and

11    find two sites to be our sites for the Phase I

12    program.

13        Q.   How did you go about finding the sites?

14        A.   Based on knowledge of key opinion

15    leaders in oncology in the Netherlands, I

16    approached the two sites, Amsterdam and Utrecht,

17    because they were well-known names in the field of

18    oncology in the Netherlands.

19        Q.   Who was the person at each site that you

20    approached?

21        A.   At the Amsterdam site I contacted

22    Professor Schellens and at the Utrecht site I

23    contacted Professor Voest.

24        Q.   And the two sites agreed to act as sites

1    for the trial?

2        A.    They did.

3        Q.    Is there a contract or some other

4    understanding between Abbott and the sites with

5    respect to the trial?

6        A.    Yes, there is.

7        Q.    Can you describe that contract for me?

8        A.    It is a contract which lays out the

9    principles by which a protocol is going to be

10    executed, which means that it has to be performed

11    according to the rules and regulations of good

12    clinical practice.

13        It also has specifically the name of the

14    protocol that is going to be executed and it has a

15    section which defines what the sites will get as

16    financial reward for participating in the study.

17        Q.    What was the financial reward to the

18    sites for participating in the study?

19        A.    That is something I do not know by

20    heart.  Normally what the procedure is is that

21    based on the procedures that are outlined in the

22    protocol, the sites are asked to give an estimate

23    what they think in their hospital the cost is for

24    running all of these tests, including the time of

1    the physician working on the study and the study

2    nurse who participates as well for the data

3    collection, and that gives an aggregate; and then

4    the aggregate is divided by the expected number of

5    patients to give a per patient cost and that is

6    mentioned in the protocol -- in the contract.

7        Q.    And Abbott agrees to bear that cost?

8        A.    That -- that is being negotiated up

9    front before the start of the study between the

10   site and Abbott; and if there is agreement, then

11   the contract is signed, that is correct.

12       Q.    Does Abbott bear that cost if the study

13   is terminated before the first patient is dosed?

14       MR. LORENZINI:  Objection; lacks foundation.

15   BY MR. ZWICKER:

16       Q.    And I'm talking about this trial.

17       A.    The contracts should have a specific

18   section in it that defines what should happen

19   between the two parties when the study should

20   terminate before the first patient is enrolled.

21       Q.    Do you remember what provision was made?

22       A.    No, I cannot remember that.

23       Q.    What persons at each site were involved

24   in the clinical trial?

# PART 5

1    A.   Obviously the PI, the principal

2    investigator.

3    Q.   That was Schellens and Voest?

4    A.   Yes, they are the end responsible people

5    for the study.

6        In the case of Professor Schellens, he

7    was also the physician who was doing the work as

8    laid out in the protocol.

9        In the case of Professor Voest, he had a

10    staff member who he delegated that work to and that

11    was Dr. Zonnenberg.

12        In addition to that, the PK section of

13    the Phase I protocol was delegated to PK people in

14    the respective hospitals.  In Amsterdam, that was

15    Professor Beijenen who was the head of pharmacology

16    at that hospital, at the Dutch Cancer Institute,

17    and in Utrecht it was Dr. Beerepoot.

18    Q.   And the role as the PK physicians is to

19    monitor the -- how long the compound stays in the

20    body?

21    A.   Well, they collect the samples that are

22    needed to do the PK analysis and they run the

23    tests.

24    Q.   Other than the PIs and the physicians at

1    the sites and the physicians at the PK sections,

2    who else is involved in the clinical trials in the

3    Netherlands for the -- for the 518 study?

4        A.   Traditionally, and that was also the

5    case in this study, each site will have a study

6    nurse who will coordinate, let's say, all of the

7    logistics around the study, so the patients that

8    need to come in for reviews, the availability of

9    material, samples being taken, et cetera.

10       Q.   And the contract between Abbott and the

11   sites provides for some kind of compensation for

12   the persons involved at the sites with respect to

13   the studies?

14       A.   That is correct.

15       Q.   Any other persons besides those you've

16   mentioned involved in the sites?

17       A.   I think that there are -- this is

18   complete.

19       Q.   On the Abbott side the person that

20   monitors the sites is the CRA?

21       A.   That is correct.

22       Q.   That was at first Willy Jansen?

23       A.   Yes.

24       Q.   And then the second person?

1     Q.   Would you agree with me that the

2     planning of the 518 study required a significant

3     amount of time for persons at Abbott?

4     A.   Yes, that would be true.

5     Q.   And would you agree that it also

6     required a substantial amount of time for persons

7     in the Netherlands?

8     A.   Yes, that is also true.

9     Q.   Would you also agree that the planning

10    and implementation of the 518 study required a

11    significant financial commitment from Abbott?

12    A.   Yes, that would be true.

13    Q.   Do you know based on your experience how

14    much money would have been committed by Abbott to

15    the clinical trial before the first patient was

16    dosed?

17    MR. LORENZINI:  Objection; lacks foundation.

18    BY THE WITNESS:

19    A.   No, I cannot say that because that

20    involves many other areas than clinical and I was

21    not involved with that.  So I cannot answer that.

22    BY MR. ZWICKER:

23    Q.   Let me ask the question a different way.

24    Focusing just on the clinical trial, do

1    you know how much money was committed by Abbott for

2    the clinical trial before the time the first

3    patient was dosed?

4        A.   No, I do not know.

5        Q.   Based on your experience with other

6    trials, do you have an estimate of the percentage

7    of a budget that's spent on a clinical trial before

8    the first patient is dosed?

9        MR. LORENZINI:  Objection.

10   BY THE WITNESS:

11       A.   No, I do not know.

12   BY MR. ZWICKER:

13       Q.   Would you agree that a substantial

14   amount of money is spent by Abbott before the first

15   patient is dosed?

16       A.   That would be true.

17       Q.   How long did Abbott project the clinical

18   trial to take from dosing to completion?

19       A.   That's difficult to say in exact numbers

20   because this was a dose escalating study, looking

21   at a moment of maximum tolerated dose; and one

22   could never upfront predict at what level the study

23   would reach toxicity and thus end.  So, that is

24   difficult to say.

1       Q.   But we're talking months or years.  Is

2    that fair?

3       A.   If -- if you were to take a standard

4    Phase I study, normally a Phase I study would be

5    lasting, I would -- I would say between one and two

6    years.

7              (WHEREUPON, a certain document was

8               marked Looman Deposition Exhibit

9               No. 3, for identification, as of

10              02-01-2007.)

11      MR. ZWICKER:  Before the witness is Looman

12   Exhibit 3.

13   BY MR. ZWICKER:

14      Q.   Dr. Looman, if you wouldn't mind

15   reviewing the first portion of the document

16   entitled "Clinical," No. 1, and let me know when

17   you are done.

18      A.   Okay.  I've read it.

19      Q.   Dr. Looman, if you wouldn't mind

20   focusing on the first -- the second bullet point

21   under "Clinical."  It says, "PK Teleconference on

22   1/29/01 with Schellens lab went well."

23              I apologize for my pronunciation, which

24   I am sure is not right.

# PART 6

1    meeting.

2         Same answer, you didn't attend?

3      A.   That is correct.  I did not attend.

4      Q.   Do you recall in March of 2001 receiving

5    an e-mail from Dr. Nabulsi informing you that all

6    development activities for ABT-518 had been

7    terminated?

8      MR. LORENZINI:  Objection.  You can answer.

9    BY THE WITNESS:

10     A.   I do not remember a memo which specifies

11   what you just said.  I do remember that I received

12   a memo from the clinical team, and I cannot

13   remember if that was from Dr. Nabulsi or somebody

14   else from the clinical team, to inform me that the

15   studies needed to be stopped.

16         (WHEREUPON, a certain document was

17          marked Looman Deposition Exhibit

18          No. 7, for identification, as of

19          02-01-2007.)

20     MR. ZWICKER:  The record should reflect that

21   before the witness is Looman Exhibit No. 7, which

22   is an undated typewritten note to Jim from Azmi.

23   BY MR. ZWICKER:

24     Q.   Dr. Looman, if you wouldn't mind, could

1    you review Exhibit No. 7 and tell me if you recall

2    receiving it.

3         A.   I do recall receiving it.

4         Q.   How did you receive it?  By what method?

5    Was it an e-mail?

6         A.   If my memory serves me correct, this was

7    indeed an e-mail.

8         Q.   From Dr. Nabulsi?

9         A.   Yes.

10        Q.   Do you remember receiving it on a Friday

11   evening?

12        A.   I cannot say that.  I cannot -- I cannot

13   remember that it was a Friday evening.

14        Q.   Do you remember receiving it at night?

15        A.   I cannot remember that.

16        Q.   Were you surprised to get it?

17        A.   Yes, I was.

18        Q.   Before you received this e-mail from

19   Dr. Nabulsi, did you have any indication that

20   development activities for 518 would be terminated?

21        A.   No, I did not.

22        Q.   Following your receipt of the e-mail

23   from Dr. Nabulsi, did there come a time when you

24   had a telephone conversation with him?

1      A.    It -- he called me.  It wasn't a

2    teleconference.  It was just a person-to-person

3    call.  I remember that was late in the day, during

4    that weekend, where he informed me of this news and

5    that he asked me to act on it.

6      Q.    So, you do remember having a telephone

7    conversation with Dr. Nabulsi regarding the subject

8    of this e-mail over the course of a weekend?

9      A.    That is correct.

10          (WHEREUPON, a certain document was

11          marked Looman Deposition Exhibit

12          No. 8, for identification, as of

13          02-01-2007.)

14      MR. ZWICKER:  Before the witness is Looman

15    Exhibit No. 8, which is an e-mail from Diane

16    D'Amico to Azmi Nabulsi and others.

17    BY MR. ZWICKER:

18      Q.    Dr. Looman, if you wouldn't mind looking

19    at the entry for Sunday, March 11, and reviewing it

20    to yourself.

21      A.    Yes, I've read that.

22      Q.    It says that "Dr. Nabulsi phoned Jim

23    Looman (Associate Director, EVR Netherlands) to

24    tell him that the M00-235 study should be put on

1    hold.  Jim Looman was instructed to contact both

2    Dr. Schellens and Dr. Zonnenberg to notify them of

3    the hold."

4        And the time is 10:00 a.m. CST and 1700

5    CET.  Do you see that?

6        A.   Yes, I see that.

7        Q.   Is CET Netherlands time?

8        A.   Central European Time, which is the zone

9    in which the Netherlands is in.

10       Q.   So that is 5:00 p.m.?

11       A.   That is 5:00 p.m.

12       Q.   On a Sunday?

13       A.   On a Sunday.

14       Q.   And do you recall that that's the time

15    that you and Dr. Nabulsi spoke?

16       A.   That's correct.

17       Q.   Let's go back to Exhibit No. 7.

18       A.   Yes.

19       Q.   The first line of the e-mail says, "Jim,

20    Greetings.  We had a project review with upper

21    management this Wednesday.  During this review

22    there was a concern regarding the continuation with

23    ABT-518 development."

24           Do you see that?

1    A.   Yes.

2    Q.   Did you and Dr. Nabulsi during your

3    telephone call discuss the project review meeting

4    with upper management?

5    A.   In that telephone conference he informed

6    me of the outcome of the meeting.

7    Q.   Did he tell you who said what at the

8    meeting?

9    A.   He told me that he and Dr. Nisen were

10   informed by senior management that the study was

11   going to put on hold.

12   Q.   I'm asking about the very first sentence

13   there.

14   A.   Yes.

15   Q.   Where there is a reference to management

16   meeting.  The e-mail says, "During this review,

17   there was a concern regarding the continuation with

18   ABT-518 development."

19   Did Dr. Nabulsi tell you what concerns

20   had been expressed regarding the continuation of

21   ABT-518 development at the management meeting?

22   A.   No, he just informed me that the outcome

23   was that we had to stop the study.

24   Q.   Do you recall any discussion during the

# PART 7

1    telephone conversation with Dr. Nabulsi about

2    Abbott's competitors with MMPI compounds under

3    development?  Talking about this telephone

4    conversation now.

5        A.   Let me think.  No.  The conversation as

6    far as I can remember dealt with the Dutch studies

7    and that this decision impacted only Dutch studies

8    without any information about competitors.

9        Q.   The next line reads, "Although we

10   thought we would be able to continue at this time,

11   I and Perry have learned, 45 minutes ago, that we

12   should stop all development activities

13   immediately."

14        Do you see that?

15       A.   Yes.

16       Q.   What did Dr. Nabulsi tell you about the

17   reasons why all development activities should be

18   stopped immediately?

19       A.   The conclusion of the review by that

20   upper management meeting was that the study could

21   not continue.  That was what he told me.

22       Q.   By upper management --

23       A.   Yes.

24       Q.   -- did Dr. Nabulsi identify Dr. Leiden?

1    A.   He didn't mention a name, no.

2    Q.   The e-mail he wrote you says, "We should

3    stop all development activities immediately."

4        Do you see that?

5    A.   Yes.

6    Q.   Did he reiterate to you during your

7    phone conversation with him on March 11 that all

8    development activities for ABT-518 would stop?

9    A.   As far as -- as far as I can remember we

10   only discussed the clinical aspect of the project

11   where I was involved with but no other aspects.

12   Those were not discussed in that conference call.

13   Q.   Did you ask him whether activities other

14   than clinical trial would stop?

15   A.   No, I did not.

16   Q.   Were you interested?

17   A.   Actually I was more interested in the

18   clinical studies.

19   Q.   Did you view the clinical study as the

20   most important aspect of 518's clinical

21   development?

22       Sorry.  Let me strike that.

23       Did you view the trial as the most

24   important aspect of 518's development as of

Looman, Jim (Linked)  2/1/2007  9:17:00 AM

1   March the 11th?

2       A.   From a medical perspective being a

3   doctor, I -- I would say that initiatives that

4   involve cancer patients for me are regarded a very

5   high priority, yes.

6       Q.   And in terms of all the other

7   development activities for 518, did you view the

8   clinical trial as the most important?

9       MR. LORENZINI:  Objection.

10  BY THE WITNESS:

11      A.   From my medical background, yes.

12  BY MR. ZWICKER:

13      Q.   Is it your testimony that you don't

14  recall discussing the reasons for the termination

15  of development activities with Dr. Nabulsi on

16  March 11?

17      A.   No, that is not true.  Because I wanted

18  to receive from him information that I could relay

19  to the principal investigators why the study had

20  stopped by this decision.  So, I asked him.

21      Q.   You asked him what the reasons were for

22  why development activity should stop?

23      A.   That is correct.

24      Q.   What did he tell you?

1    A.   Then he referred to the fact that in

2    that meeting, that upper management meeting, a

3    portfolio analysis had been conducted and the

4    result of that portfolio analysis was that the

5    study 235 would not be continued.

6    Q.   Did he tell you what the reasoning was

7    for the portfolio analysis in discontinuing the

8    clinical trial?

9    A.   What I remember was that when this

10   happened, this was very shortly after Abbott had

11   acquired Knoll, another company, pharmaceutical

12   section of BASF in Germany, which implicated that

13   we received a lot of new products and projects in

14   our pipeline as a result of that acquisition and

15   that one of the reasons of this review was to

16   prioritize which of the projects had the highest

17   priority for development.

18   Q.   Did Dr. Nabulsi tell you that ABT-518

19   did not have a high priority for development?

20   A.   Not high enough to continue.

21   Q.   Did he tell you why that was?

22   A.   No, I cannot -- I cannot remember.  The

23   decision was that 518 was not high enough on the

24   priority list to continue and that was the reason

1      for discontinuation.

2          Q.   He relayed that to you during your phone

3      conversation?

4          A.   Yes, that is correct.

5          Q.   Did he tell you that that decision had

6      been made by Dr. Leiden?

7          A.   I cannot remember that the name Leiden

8      was mentioned in that conversation.

9          Q.   You knew who Dr. Leiden was on March 11,

10     right?

11         A.   I know who Dr. Leiden was, yes.

12         Q.   What was his title?

13         A.   I think he was the vice president GPRD.

14         Q.   Global pharmaceutical research and

15     development?

16         A.   That is correct.

17         Q.   Did you understand at the time that

18     Dr. Leiden had the authority to terminate

19     development of compounds?

20         A.   Yes, I knew that Dr. Leiden in the

21     hierarchy of Abbott's clinical research was the

22     highest ranking officer.  So, that would mean that

23     he would have that authority.

24         Q.   Before March 11 had you ever spoken with

# PART 8

Looman, Jim (Linked)  2/1/2007  9:17:00 AM

1      Q.   How many patients were enrolled as of

2    March 11?

3      A.   None.

4      Q.   You said that patients were going to be

5    dosed on March 12?

6      A.   Yes, that is correct.

7      Q.   How many?

8      A.   One -- one was planned to be dosed in

9    Utrecht on the Monday morning and a second patient

10   was planned, but I cannot remember if it was -- if

11   he was planned to be dosed on the same Monday.  But

12   one was certainly planned to be dosed.

13     Q.   In your experience at Abbott had you

14   ever been involved in a situation where a clinical

15   trial had been terminated before the first patient

16   was dosed?

17     A.   No.  This was my first experience with

18   this situation.

19     Q.   In your entire career have you ever been

20   involved in a situation where a clinical trial was

21   terminated before the first patient was dosed?

22     A.   No.  This was the first time.

23     Q.   As a result of your conversation with

24   Dr. Nabulsi on March the 11th, what were you asked

Looman, Jim (Linked)  2/1/2007  9:17:00 AM

1    to do?

2       A.   To as soon as reasonably possible try to

3    contact the sites and specifically the PIs to

4    notify them of Abbott's decision to not continue

5    and to ask them to refrain from enrolling patients,

6    dosing patients.

7       Q.   In your mind on March 11, was Abbott's

8    decision to terminate the clinical trial a final

9    decision?

10      A.   I --

11      MR. LORENZINI:  Objection; calls for

12   speculation.

13   BY THE WITNESS:

14      A.   At that moment my information was that

15   the stop was going to be a permanent one.

16   BY MR. ZWICKER:

17      Q.   And that was information you got from

18   Dr. Nabulsi?

19      MR. LORENZINI:  Objection.

20   BY THE WITNESS:

21      A.   In the teleconference we had together,

22   there was no information relayed to me that

23   indicated differently.

24   BY MR. ZWICKER:

1      Q.   Dr. Looman, in your mind on March 11, is

2    it fair to say that you viewed the termination of

3    the clinical trial as a substantial negative event

4    that made the successful development of 518

5    unlikely?

6      MR. LORENZINI:  Objection.

7        Could you read back the question,

8    please.

9          (WHEREUPON, the record was read

10          by the reporter as requested as

11          follows:  Q.  Dr. Looman, in your

12          mind on March 11, is it fair to say

13          that you viewed the termination of

14          the clinical trial as a substantial

15          negative event that made the

16          successful development of 518

17          unlikely?)

18      MR. LORENZINI:  Objection.  But you can

19    answer.

20    BY THE WITNESS:

21      A.   Yes, that would be true because this was

22    the first Phase I study with 518, and stopping it

23    prematurely would not benefit the project.

24    BY MR. ZWICKER:

1       Q.   So, you believe that the development of

2    518 was effectively terminated on March 11.  True?

3       MR. LORENZINI:  Objection; calls for

4    speculation.

5    BY THE WITNESS:

6       A.   No, I cannot say that.  I can say that

7    the clinical part of the development was stopped,

8    but I did not have any information about other

9    aspects of the project.

10   BY MR. ZWICKER:

11      Q.   You would agree with me that without a

12   successful Phase I clinical trial, development of

13   518 couldn't proceed, right?

14      A.   It would -- it is not -- you cannot say

15   that the project cannot continue, but you can never

16   bring a product to market without a successful

17   Phase I study.

18      Q.   And as of March 11, the only Phase I

19   clinical trial for 518 was the Netherlands study,

20   correct?

21      A.   That is correct.

22      Q.   In your mind on March 11, did you

23   believe that shutting down the clinical trial would

24   negatively impact Abbott's reputation with the

1    sites?

2      A.   Yes, I did.

3      Q.   Why?

4      A.   Because Abbott was in the process of

5    developing oncology products.  We didn't at that

6    time have any oncology product on the market from

7    which -- coming from the oncology group.  So, the

8    oncology group was building relationships with

9    oncologists for further development of their group

10   of products of which 518 was one.

11          And I was afraid that discontinuation of

12   this study would be regarded negatively by the

13   investigators and, as such, negative on Abbott's

14   image as an oncology company.

15      Q.   And potentially impede Abbott's efforts

16   to develop oncology drugs in the Netherlands?

17      MR. LORENZINI:  Objection.

18   BY THE WITNESS:

19      A.   I -- I couldn't say that.  But it would

20   mean that we would have to reestablish a level of

21   confidence with those investigators again.

22   BY MR. ZWICKER:

23      Q.   So, in your mind terminating this

24   clinical trial negatively impacted Abbott's

# PART 9

1    relationships with clinical sites in the

2    Netherlands?

3        A.   With those two specific sites.

4        Q.   Did you view those two specific sites as

5    important sites?

6        A.   Yes.

7        Q.   Have you told me everything you can

8    remember about your conversation with Dr. Nabulsi

9    on March 11, 2001?

10        A.   One thing that I did express during that

11    conference call that I haven't mentioned is that

12    this all -- this took place Sunday evening at

13    5 o'clock and the patient was going to be dosed the

14    next morning in Utrecht.

15        So, I felt that we had very little time

16    to do all of the necessary -- necessary activities

17    to discontinue this study.

18        Q.   What activities were necessary to

19    discontinue the study?

20        A.   Well, first and foremost, to inform the

21    involved people at the sites.

22        Q.   What else?

23        A.   I think --

24        MR. LORENZINI:  Are you asking now about what

1    that occasion.  I'm -- as I told you earlier, my

2    information from Dr. Nabulsi was that the study was

3    going to be stopped, and I probably used those

4    words.

5        Q.   And you didn't give them any indication

6    that the study would be restarted, did you?

7        A.   No.

8        Q.   Do you recall anything else about your

9    conversations with Dr. Voest or Jolanda Maaskant on

10   March the 12th?

11       A.   No, this is what we discussed.

12       Q.   You asked to speak with Dr. Schellens,

13   correct?

14       A.   Correct.

15       Q.   He wasn't available?

16       A.   No, he wasn't available.

17       Q.   Did you ask that he call you back?

18       A.   Yes, I did.

19              (WHEREUPON, a certain document was

20                marked Looman Deposition Exhibit

21                No. 9, for identification, as of

22                02-01-2007.)

23           MR. ZWICKER:  Before the witness is Looman

24   Exhibit No. 9, which is an e-mail from Diane

1     D'Amico to James Looman and others.

2     BY MR. ZWICKER:

3     Q.   Dr. Looman, do you recognize this

4     exhibit?

5     A.   Yes, I do.

6     Q.   Do you remember receiving it?

7     A.   Yes, I do.

8     Q.   Do you know why Diane D'Amico was

9     instructed to contact Professor Schellens?

10     A.   No, I do not know.

11     Q.   Did you have any discussions with

12     Dr. Nabulsi about what role Diane D'Amico would

13     play in shutting down the trial?

14     A.   No.

15     Q.   The e-mail is addressed to a series of

16     persons, one of which is Paige Gjelsten?

17     A.   Um-hmm.

18     Q.   Who was she?  What was her role with

19     respect to the trial?

20     A.   Paige Gjelsten was the clinical research

21     associate in Abbott US.  So, the equivalent of

22     Willy Jansen in the Netherlands.

23     Q.   Who was Lori Rountree?

24     A.   Lori Rountree was the director of

Looman, Jim (Linked)  2/1/2007  9:17:00 AM

1    remember that I did.

2              (WHEREUPON, a certain document was

3              marked Looman Deposition Exhibit

4              No. 10, for identification, as of

5              02-01-2007.)

6         MR. ZWICKER:  Before the witness is Looman

7    Exhibit No. 10, which is an e-mail from Jim Looman

8    to Azmi Nabulsi and others.

9    BY MR. ZWICKER:

10        Q.   Dr. Looman, do you recognize

11   Exhibit No. 10?

12        A.   I do.

13        Q.   It refers to a conversation that you had

14   with the study coordinator of 518 at Professor

15   Schellens' site.  Do you see that?

16        A.   Yes.

17        Q.   Who did you speak with?

18        A.   That was the study coordinator at

19   Professor Schellens' site.  So another person than

20   Jolanda Maaskant.  But I cannot remember her name

21   anymore.

22        Q.   So, this is a second conversation?

23        A.   A second conversation, yeah.

24        Q.   What do you remember -- do you remember

1    had been terminated?

2        A.   No, I do not know.

3        Q.   If you go back to Exhibit No. 8.

4        A.   Yes.

5        Q.   And look at the portion that reflects

6    your conversation with Jolanda Maaskant.

7        A.   Yes.

8        Q.   Do you see a reference there to "The

9    site sent home a patient who was waiting to

10   enroll"?  Very last sentence.

11       A.   Yes, I see that.

12       Q.   Is it fair, then, that one of the things

13   that occurred as a result of the instruction to

14   halt the trial was that the Amsterdam site sent

15   home a patient?

16       A.   Yes.

17       Q.   Did the sites take any action with

18   respect to the PK process in response to the

19   direction to shut down the trial?

20       A.   In the case of Amsterdam, since there

21   was no patient, there were no -- there was no

22   material.  So there was no action.

23            In the case of Utrecht, as part of the

24   enrollment of the first patient, the activities to

# PART 10

1    degradation or things like that.

2        So, there were two elements to that

3    separate section of the protocol that were studied

4    at the same time.

5        Q.    Do you have any knowledge whether any PD

6    analysis was done with respect to the one patient

7    at the site who was dosed?

8        A.    I would be surprised because PD analysis

9    are conducted over longer period of time to see how

10    the body reacts; and since there was only one

11    patient at that time one day in the study, that was

12    too short.

13        Q.    Do you remember learning that the halt

14    of the clinical trial was lifted?

15        A.    Yes.

16        Q.    Who told you?

17        A.    I remember receiving an e-mail with that

18    news on Tuesday.

19        Q.    From whom?

20        A.    If I remember correctly, it was either

21    Diane D'Amico or Paige Gjelsten, one of the two.

22            (WHEREUPON, a certain document was

23            marked Looman Deposition Exhibit

24            No. 12, for identification, as of

Looman, Jim (Linked)  2/1/2007  9:17:00 AM

1          02-01-2007.)

2          MR. ZWICKER:  Before the witness is Looman

3     Exhibit No. 12, which is an e-mail from Paige

4     Gjelsten to Jim Looman and others dated March 13,

5     2001.

6     BY MR. ZWICKER:

7          Q.   Dr. Looman, was this the e-mail you

8     received?

9          A.   This is the e-mail I was referring to,

10    that is correct.

11         Q.   Was this the first news you had that the

12    hold had been lifted?

13         A.   As far as I can remember, yes.  As you

14    can see from the date stamp, time stamp it was

15    10:30 in the afternoon -- sorry -- 9:30 in the

16    evening.  So, it could well be that I have picked

17    that e-mail up early next morning.

18         Q.   The 14th?

19         A.   Yeah.

20         Q.   When you picked up the e-mail, what did

21    you do?

22         A.   What I can remember is that I tried to

23    contact the clinical team to ask them what steps

24    needed to be taken to lift the hold.

1          So, he was disappointed about the whole

2     thing that was happening with the 518 study, but

3     wanted to continue working with Abbott.

4       Q.   Did either of the sites express concern

5     that the halt would result in delays in conducting

6     the trial?

7       A.   Not at that moment.

8       Q.   Subsequently?

9       A.   Not that I remember.

10       Q.   Did either of the sites talk about

11     difficulties in restarting the trial, practical

12     difficulties?

13       A.   That was not discussed.

14       Q.   Did either of the sites talk to you

15     about any financial consequences of the halt?

16       A.   Not that I remember.

17       Q.   And your testimony was that you don't

18     remember what reasons you provided the sites for

19     why the halt was lifted, is that right?

20       A.   That's correct.

21     MR. ZWICKER:  Can we mark these three.

22          (WHEREUPON, certain documents were

23          marked Looman Deposition Exhibit

24          Nos. 14, 15 and 16, for

1    Q.   Were you consulted with respect to the

2    letters which are marked as Exhibits 14 through 16?

3    A.   Not that I can remember, no.

4    Q.   Dr. Looman, isn't it true that

5    notwithstanding the lift on the trial, the

6    studies -- the sites refused to recommence their

7    activities in the days and weeks following

8    March 14?

9    MR. LORENZINI:  Objection.  Could you read the

10   question back, please.

11   MR. ZWICKER:  I'm going to restate it.

12   MR. LORENZINI:  I think you misspoke.

13   MR. ZWICKER:  I'm going to restate it.

14   BY MR. ZWICKER:

15   Q.   Dr. Looman, isn't it true that the sites

16   refused to recommence activities relating to the

17   clinical trial in the days and weeks after

18   March 14?

19   MR. LORENZINI:  Objection.

20   BY THE WITNESS:

21   A.   As far as I can remember, not all

22   activities were halted.  There were some activities

23   that went on because the study was officially

24   restarted by Abbott.

1              What I do remember was that the sites

2       were going on with activities to plan new patients.

3          Q.   Do you remember sending an e-mail to

4       Diane D'Amico that -- telling her that the sites

5       remained dormant following the restart pending

6       further discussions with Dr. Nabulsi?

7          A.   That is -- that -- I do remember that.

8          Q.   What did you mean when you -- well,

9       let's mark the next exhibit.

10              (WHEREUPON, a certain document was

11              marked Looman Deposition Exhibit

12              No. 17, for identification, as of

13              02-01-2007.)

14       MR. ZWICKER:  The record should reflect that

15       before the witness is Looman Exhibit No. 17, which

16       is a series of e-mails dated March 19, 2001 and one

17       e-mail from March 16.

18       BY MR. ZWICKER:

19          Q.   Dr. Looman, if you wouldn't mind reading

20       just the e-mails on the first page of the document.

21          A.   I've read them.

22          Q.   Let's start with the bottom e-mail,

23       which is an e-mail from you to Diane D'Amico and

24       others, where you say, "In the meantime Else and

# PART 11

1    the clinical team that the meetings went well with

2    the two investigators.

3        Q.   Clinical teams in the US?

4        A.   Yes.

5        Q.   And as a result of those meetings, the

6    sites were prepared to restart activities?

7        MR. LORENZINI:  Objection; mischaracterizes.

8    BY THE WITNESS:

9        A.   What I remember was that the sites,

10   after the hold had been lifted, started to restart

11   activities.  The only thing that the PIs wanted to

12   have was this feeling of comfort after talking to

13   Dr. Nabulsi before enrolling any new patients.

14   BY MR. ZWICKER:

15       Q.   So, they had restarted activities but

16   had not enrolled new patients?

17       A.   That is correct.

18       Q.   And once they had met with Dr. Nabulsi

19   they agreed to enroll new patients?

20       A.   That is correct.

21       MR. ZWICKER:  Let's mark this as the next

22   exhibit.

23            (WHEREUPON, a certain document was

24            marked Looman Deposition Exhibit

1           No. 18, for identification, as of

2           02-01-2007.)

3      MR. ZWICKER:  Exhibit 18 is a series of

4   e-mails from Diane D'Amico and Jim Looman dated

5   March 21, 2001.

6   BY MR. ZWICKER:

7      Q.   Dr. Looman, do you recognize Exhibit 18?

8      A.   I do.

9      Q.   Can you review it and let me know when

10   you're done.

11      A.   I've read it.

12      Q.   You say in the second paragraph, "I have

13   asked Else and Willy to kindly request if there are

14   things that we could do in parallel in the

15   meantime, but I would like to ask all of the team

16   not to start pushing now before we have officially

17   resolved the hold situation.  This applies to e.g.

18   requests for getting documents, enrollment

19   planning, et cetera."

20         Dr. Looman, is it fair to say that as a

21   result of the halt on the clinical trial there were

22   delays in getting documents and in planning for the

23   enrollment of patients?

24      A.   No, I could not confirm that.

Looman, Jim (Linked)  2/1/2007  9:17:00 AM

1        Q.    What do you mean when you say "This

2    applies to requests for getting documents,

3    enrollment planning, et cetera"?

4        A.    The information I received from the

5    sites was that study activities other than

6    enrolling new patients were continuing as per lift

7    of the hold.  So, these were logistical activities

8    that were needed to plan new patients, make sure

9    that every aspect of the study was correct in order

10   to be able to enroll patients.

11       Q.    What activities were proceeding when the

12   hold was lifted?

13       A.    The follow-up of the patient who was

14   enrolled in the study, of course, who continued

15   and, secondly, activities in preparation of

16   enrolling new patients.

17       Q.    What activities were those?

18       A.    Making sure that the documents were

19   available for patients to sign informed consent, to

20   give the patients the information in writing, make

21   sure that the drug was available, make sure that

22   the case record forms were ready to be used, things

23   like that.

24       Q.    How soon after March 21, 2001, did

1    to make a decision about whether to terminate

2    development of ABT-518 based upon competitor data?

3        A.   No, I was not.

4        Q.   I believe you testified earlier this

5    morning that you attended the 2001 ASCO conference?

6        A.   That is correct.

7        Q.   Who else attended the ASCO conference in

8    addition to yourself from Abbott?

9        MR. LORENZINI:  Objection.

10    BY MR. ZWICKER:

11        Q.   Did you attend by yourself?

12        A.   There were members of the oncology team

13    present as well.

14        Q.   Who were they?

15        A.   People that I can remember were

16    Dr. Janus, Dr. Nabulsi, Dr. Humerickhouse.

17        Q.   Can you spell that for the record.

18        A.   And I believe Diane D'Amico was also

19    there.

20        Q.   Did you attend the presentations?

21        A.   Some.

22        Q.   Do you have an understanding now -- I'll

23    represent to you that the ASCO conference was

24    May 12 to 15, 2001.

1      A.   Um-hmm.

2      Q.   Did you have an understanding at that

3    time that the future development of 518 was

4    dependent upon receiving positive data regarding

5    Pfizer's MMPI drug known as prinomastat?

6      A.   I was not aware of that.

7      Q.   Going into the ASCO conference, did you

8    have any understanding that the results of that

9    conference would have any impact on Abbott's

10   decision whether or not to continue with

11   development of 518?

12     A.   I was not aware at that time.

13       MR. ZWICKER:  Can we mark this as the next

14   exhibit, please.

15           (WHEREUPON, a certain document was

16           marked Looman Deposition Exhibit

17           No. 21, for identification, as of

18           02-01-2007.)

19       MR. ZWICKER:  Before the witness is

20   Exhibit 21, which are a series of slides.  The

21   first slide is entitled "ASCO 2001 MMPI Update."

22   BY MR. ZWICKER:

23     Q.   Dr. Looman, review, if you would,

24   Exhibit 21 and let me know when you're done.

# PART 12

Looman, Jim (Linked)  2/1/2007  9:17:00 AM

1    A.   I've read it.

2    Q.   Other than sitting here today have you

3  seen this document before?

4    A.   No.

5    Q.   Were you aware that Abbott was preparing

6  a summary of data at the 2001 ASCO conference in

7  May of 2001?

8    A.   Not specifically.  It is -- it is

9  routine that some people in the group will make

10  a -- sort of a summary of the highlights of each

11  meeting and then that gets circled back to the

12  persons that have requested that.

13    Q.   You had no role in the creation of any

14  summary type documents --

15    A.   No, I was not involved in that.

16    Q.   Okay.  I'm just going to finish the

17  question.

18       You had no role in the preparation of

19  summary details for the 2001 ASCO conference,

20  correct?

21    A.   That is correct.

22    Q.   As a result of your attendance at the

23  2001 ASCO conference, did you draw any conclusions

24  one way or another whether the data presented was

1    positive or negative for the development of

2    ABT-518?

3        A.   We -- I do remember that with the

4    members that I mentioned to you that were present

5    that I remember were present during the ASCO

6    meeting, we did have informal talks about what

7    people's impressions were of these presentations.

8    And I do remember that the news of agents in the

9    MMPI group were not favorable.

10       Q.   Who had these conversations?

11       A.   I -- I do not know exactly when and

12   where with whom people.  These were meetings that

13   we have, for instance, during dinners after the

14   meeting and evenings with the teams.  But people

15   that were mentioned were mostly present with that.

16       Q.   Did you form your own conclusions

17   regarding whether or not the data was favorable or

18   unfavorable?

19       A.   I did not hear back from my team members

20   in the US that as a result of the information from

21   the competitors that our own compound was at risk

22   in any way.

23       Q.   So, you didn't hear from your colleagues

24   in the US that the results at ASCO should be

Looman, Jim (Linked)  2/1/2007  9:17:00 AM

1    construed to -- strike that.

2        You didn't understand from your

3    competitors, your colleagues in the US that the

4    ASCO data was bad for 518?

5        A.   No.

6        MR. LORENZINI:  Objection; vague as to time.

7    BY THE WITNESS:

8        A.   No, that is not what I interpreted.

9    BY MR. ZWICKER:

10       Q.   Was your understanding that the ASCO

11   data was neutral for 518 in 2001?

12       MR. LORENZINI:  Objection.

13   BY THE WITNESS:

14       A.   I cannot answer the question.  I -- what

15   I can say is that the discussions that we had, one

16   of the questions -- main questions that were -- was

17   posed in our group of clinical people was whether

18   or not the results from the other compounds was

19   going to be a class effect and if such -- if 518

20   would be impacted by that.

21       As we were at the very early stage in

22   our studies, it was too early to draw any

23   conclusions at that time for 518.

24   BY MR. ZWICKER:

1     Q.   From the ASCO data?

2     A.   Yes.

3        Q.   I'm going to read you a question and

4    answer from the deposition of Azmi Nabulsi that was

5    taken in this case.

6        A.   Okay.

7        Q.   Okay.

8           "Q.  Would you agree with me

9        that the results at ASCO were not

10        conclusive in your mind regarding

11        whether development of ABT-518

12        should continue or stop?

13           "A.  In my mind ASCO results

14        were not definitive either way.  It

15        did not bring significantly new

16        information as far as I was

17        concerned at the time."

18           Do you agree with Dr. Nabulsi?

19       MR. LORENZINI:  Objection; compound, vague and

20    ambiguous.

21    BY THE WITNESS:

22        A.   I would like to repeat what I just said

23    is that knowing the data from our own experience

24    with 518, which was just so limited and so short,

1    only in a Phase I study, for me it was impossible

2    to extrapolate to the data that were presented at

3    ASCO from the other compounds.

4        So, certainly there was a question

5    whether or not there would be a relationship, but

6    it couldn't be answered because we were too soon in

7    our development.

8    BY MR. ZWICKER:

9        Q.   So, in your own mind the ASCO results

10    were not definitive?

11        A.   No --

12        MR. LORENZINI:  Objection.

13    BY THE WITNESS:

14        A.   Were not definitive.

15    BY MR. ZWICKER:

16        Q.   Prior to the ASCO conference in 2001

17    were you personally tracking the development of

18    Abbott's MMPI's competitors?

19        A.   No, I was not.

20        Q.   So you didn't have information, you

21    personally, about what information Abbott had about

22    its competitors going into the ASCO conference.

23    True?

24        A.   That's true.  I did not have that

# PART 13

1    information.

2       Q.   So, you wouldn't know whether

3    information presented at ASCO was information

4    already known to Abbott or new information,

5    correct?

6       A.   That -- I would not know that.  I didn't

7    know that at that time.

8       MR. ZWICKER:  Let's mark this as the next

9    exhibit.

10              (WHEREUPON, a certain document was

11              marked Looman Deposition Exhibit

12              No. 22, for identification, as of

13              02-01-2007.)

14       MR. ZWICKER:  Before the witness are a series

15    of documents produced by Abbott in this matter

16    bearing Bates Nos. 556321 through -- well, strike

17    that.

18              There are a series of documents produced

19    by Abbott in this matter that bear different --

20    different Bates numbers.

21    BY MR. ZWICKER:

22       Q.   Dr. Looman, if you wouldn't mind turning

23    to the portion of the document that begins with

24    some handwritten notes.

1      Q.   Is the meeting that you testified to

2    earlier the meeting that's discussed in this

3    e-mail?

4      A.   That is correct.

5      Q.   So, following that -- those meetings,

6    the sites began to reenroll patients?

7      A.   New patient, yes.

8      Q.   So, the shutdown of the clinical trial

9    resulted in at least a two-week delay in

10   enrollment, is that fair?

11     MR. LORENZINI:  Objection.

12   BY THE WITNESS:

13     A.   No new patients were enrolled before

14   this conversation took place between the PIs and

15   Azmi, Dr. Nabulsi.  So, in that period of time no

16   new patients were entered.

17   BY MR. ZWICKER:

18     Q.   And the period of time was from the halt

19   of the study until at least March 26, correct?

20     A.   That's correct.

21     Q.   Did there come a time when you learned

22   that development of 518 had been again terminated?

23     MR. LORENZINI:  Objection to characterization.

24   You can answer.

1      THE WITNESS:  Okay.

2      BY THE WITNESS:

3          A.   What I remember was that I was informed

4      that the study was discontinued for the second

5      time, that is correct.

6      BY MR. ZWICKER:

7          Q.   When did you learn that?

8          A.   I do not know by heart the date, but

9      what I know was it was sometime after the ASCO

10     meeting.

11             (WHEREUPON, a certain document was

12                 marked Looman Deposition Exhibit

13                 No. 24, for identification, as of

14                 02-01-2007.)

15     MR. ZWICKER:  Before the witness is Looman

16     Exhibit No. 24, which is an oncology status report

17     for June the 4th, 2001.

18     BY MR. ZWICKER:

19         Q.   Dr. Looman, look at the last page of the

20     document, Section 7 entitled "Issues," and read it

21     for yourself and let me know when you're done.

22         A.   I've read it.

23         Q.   Does reviewing that paragraph help you

24     recall when you learned that the 518 compound was

1     A.   What I remember, which was confirming

2   the discussions, the informal discussions we had at

3   ASCO, was that clinical data from later phase

4   studies with competitor agents did not result in

5   satisfactory efficacy results.

6     Q.   From later phase -- later phase studies

7   you mean Phase III studies?

8     A.   Yeah, or Phase II or Phase III.  Later

9   than our studies, which were in Phase I.

10    Q.   And, again, sitting here today you don't

11   know whether Abbott was aware of the results of

12   those Phase II and Phase III studies before ASCO,

13   correct?

14    A.   Well --

15    MR. LORENZINI:  Objection.

16   BY THE WITNESS:

17    A.   -- I was not aware.

18   BY MR. ZWICKER:

19    Q.   You weren't aware?

20    A.   Yes.

21    Q.   You said the reasons for the second

22   discontinuance were different than the reasons you

23   were provided for the first.  What did you mean by

24   that?

1      Q.   You don't remember whether the specific

2      data relied upon by Abbott was data from the Pfizer

3      drug, prinomastat?

4      A.   No, I do not know that.

5      Q.   Do you remember whether the data relied

6      on was from a drug called marimastat from British

7      Biotech?

8      A.   I do not know if -- if that was part of

9      the consideration.

10     Q.   Did you agree with the decision that

11     Phase II and III data from MMPI competitors should

12     result in the shutdown of development for ABT-518?

13     MR. LORENZINI:  Objection; vague and

14     ambiguous.

15     BY MR. ZWICKER:

16     Q.   In June of 2001.

17     A.   You have to be very careful in your own

18     assessment whether you feel the characteristics of

19     your own compound warrant extrapolation to other

20     drugs in the same class.

21        However, if the -- the people that are

22     knowledgeable to make that decision say that that

23     is the case and the data presented from those other

24     compounds in class are not favorable, then it is --

# PART 14

1    I think it's your ethical obligation to really

2    think about whether or not you feel you should

3    continue with this drug.

4        Q.   Do you feel that you had a deep enough

5    understanding of the data from the competitors to

6    assess the impact of the Phase II and III trials on

7    518?

8        A.   No, I didn't.

9        Q.   Would you say Dr. Nabulsi did?

10       MR. LORENZINI:  Objection; calls for

11   speculation.

12   BY THE WITNESS:

13       A.   I don't know.

14   BY MR. ZWICKER:

15       Q.   Did you have an understanding that

16   Dr. Leiden made the decision to terminate ABT-518

17   for a second time?

18       A.   I have not been informed of that.

19       Q.   Look again, if you would, at

20   Exhibit No. 24.

21       A.   Yes.

22       Q.   The very last bullet point on Section 7,

23   "Issues," "Hold was lifted from bulk drug

24   manufacturing of ABT-518."

1    think we had two or three patients in the 50

2    milligram level.  I think three.  So, seven in

3    total if my memory is correct.

4        Q.   Seven in total?

5        A.   Yeah.

6        Q.   Does Abbott have clinical trials with

7    the two sites today?

8        A.   Not at this moment.

9        Q.   Did Abbott have any other clinical

10   trials with the two sites after 518 had been

11   terminated?

12       A.   We did have with the site of Dr. Voest.

13   We did not have studies with Professor Schellens.

14       Q.   Was the experience with 518 the reason

15   why Abbott did not have any further trials with

16   Dr. Schellens?

17       MR. LORENZINI:  Objection.

18   BY MR. ZWICKER:

19       Q.   If you know.

20       A.   I do not know.

21           (WHEREUPON, a certain document was

22           marked Looman Deposition Exhibit

23           No. 26, for identification, as of

24           02-01-2007.)

1      MR. ZWICKER:  Before the witness is a

2    chronology of events occurring with study M00-235.

3    BY MR. ZWICKER:

4      Q.    Dr. Looman, did you -- did you write

5    this chronology?

6      A.    I did.

7      Q.    You did?

8      A.    Yes.

9      Q.    At whose direction?

10      A.    My own.

11      Q.    Why did you do it?

12      A.    I remember at the time that this was

13    written for myself I wanted to have a clear

14    understanding what had happened with the different

15    patients because, as you can see from the

16    chronology, we had a few incidents -- incidences of

17    adverse events, which led to discussions and

18    decisions whether or not to continue with the study

19    and to escalate to a next dose.

20          And at that time I felt I wanted to have

21    a clear picture what had all -- what had happened

22    to be able to answer any questions from anybody

23    would those arise.

24      Q.    And are you confident sitting here today

1   that all the information, dates and descriptions on

2   this chronology are accurate?

3       MR. LORENZINI:  Objection; compound, vague and

4   ambiguous.

5   BY THE WITNESS:

6       A.   I can only testify that what I wrote in

7   this chronology was based on the documents that

8   were in my possession, which would not necessarily

9   mean that they were 100 percent accurate because I

10   did not -- documents I do not have I have not

11   included in this chronology.

12   BY MR. ZWICKER:

13       Q.   Okay.  Are you confident -- look at the

14   listing --

15       A.   Yes.

16       Q.   -- for March 11, 2001.  The one that

17   begins "Nabulsi calls Looman."

18       A.   Yes.

19       Q.   Are you confident that March 11, 2001

20   was the date that Dr. Nabulsi contacted you

21   regarding the stop of the ABT-518 project?

22       A.   In my memory the conversation I had per

23   phone with Dr. Nabulsi on that Sunday afternoon in

24   my memory was the first time that I was notified

1    The time now is 1:43 p.m.

2    BY MR. ZWICKER:

3        Q.   Dr. Looman, are you an oncologist by

4    training?

5        A.   No, I'm not.

6        Q.   What kind of -- what's your specialty?

7        A.   I'm -- I have been generally trained.

8    So, no specialty.

9        MR. ZWICKER:  I have no further questions.

10       MR. LORENZINI:  I just have a couple

11   questions.

12                 EXAMINATION

13   BY MR. LORENZINI:

14       Q.   Dr. Looman, could you refer to

15   Exhibit 12, please.

16       A.   Yes.

17       Q.   This is an e-mail from Paige Gjelsten to

18   you, among other people, on March 13, 2001 stating,

19   "I just want to let you know that the M00-235 study

20   hold has been lifted.  Professor Schellens and

21   Professor Voest have been contacted."

22           Was it your understanding on March 13,

23   2001, that someone from Abbott had contacted

24   Professor Schellens and Professor Voest to let them

# PART 15

1    know that the study hold had been lifted?

2        A.   That is correct.

3        Q.   And do you recall whether it was you or

4    someone else from Abbott who made the initial

5    communication to Professor Schellens and Professor

6    Voest to let them know that the hold had been

7    lifted?

8        A.   I cannot remember if it -- if it was me

9    or if it was me together with Dr. Nabulsi.  So, I

10   cannot -- I cannot answer that question.

11       Q.   Is it possible that the first

12   communication to them of the hold being lifted was

13   a call from Dr. Nabulsi or someone else without you

14   present on the call?

15       MR. ZWICKER:  Objection.

16   BY THE WITNESS:

17       A.   I cannot confirm that, but it is

18   possible.

19   BY MR. ZWICKER:

20       Q.   But you have no doubt that, in any

21   event, someone from Abbott contacted the two PIs on

22   March 13 as stated in this e-mail?

23       A.   That is what I remember, yes.

24       MR. LORENZINI:  I have no further questions.

Errata Sheet

Page: _1_ Of Total Pages: _____

I wish to make the following changes to my deposition/statement:

Page #: _9_, Line #: _6_
As appears in Transcript: _Leidan_
To: _Leiden_
Reason: _Correct name of city_

Page #: _16_, Line #: _18_
As appears in Transcript: _leader_
To: _manager_
Reason: _this is the correct job title._

Page #: _36_, Line #: _15_
As appears in Transcript: _Beyenen_
To: _Beijnen_
Reason: _is the correct name_

Page #: _37_, Line #: _17_
As appears in Transcript: _— —_
To: _no others_
Reason: _missing from transcript_

_04 APR '07_
DATE

_____
DEPONENT'S SIGNATURE

12/04 2007 14:33 FAX 0031235544496    Abbott Medical    ☒003

Errata Sheet

Page: 2 Of Total Pages _____

I wish to make the following changes to my deposition/statement:

Page #: 41, Line #: 7
As appears in Transcript: tries to
To: nothing → leave out of text
Reason: 'tries to' is wrong, this will actually be done

Page #: 41, Line #: 11
As appears in Transcript: I do not know
To: Abbott, datamanagement.
Reason: because this is what is was

Page #: 62, Line #: 2
As appears in Transcript: To
To: leave - out, start sentence with "As soon as..."
Reason: Otherwise sentence is not well understood

Page #: 65, Line #: 6-7
As appears in Transcript: from which --
To: yet
Reason: better reflects content of answer

4/4/'07
DATE

DEPONENT'S SIGNATURE

12/04 2007 14:34 FAX 0031235544496    Abbott Medical    @004

Errata Sheet

Page: __3__ Of Total Pages: _____

I wish to make the following changes to my deposition/statement:

Page #: __66__, Line #: __13__

As appears in Transcript: ____5 o'clock____

To: ____5 o'clock PM____

Reason: _to avoid Confusion over exact time of day_

Page #: __110__, Line #: __13__

As appears in Transcript: ____have____

To: ____had____

Reason: _in the past._

Page #: _____, Line #: _____

As appears in Transcript: _____

To: _____

Reason: _____

Page #: _____, Line #: _____

As appears in Transcript: _____

To: _____

Reason: _____

__04 APR '07__
DATE

_____
DEPONENT'S SIGNATURE

# Looman Deposition Exhibit 7


# P's Exhibit BK

Jim,

Greetings.

We had a project review with upper management this Wednesday. During this review their was a concern regarding the continuation with ABT-518 development. Although, we thought that we will be allowed to continue at this time, I and Perry have learned , 45 minutes ago, that we should stop all development activities immediately. As much as I hate to do this to you, I would like to ask you to communicate with Drs. Zonnenberg and Schellen that we are not proceeding with the trial as a result of the projects re-prioritization following the acquisition of Knoll. I will call you on you mobile phone (I do not have your home #) to discuss this further with you and check you comfort level with this very difficult task. If you prefer to call me, my home number:847-382-3818, mobile : 847-380-5830. As you know, at AZU they are expecting a patient Monday morning, so this has to be done ASAP.

I did not have the chance to tell Todd and Diane D. this news since I was informed late in the day and they have left already. So please do not copy others until I have a chance to inform them directly.

Thanks

Azmi



Confidential

∞

# Looman Deposition Exhibit 8

# P's Exhibit X



| | |
|---|---|
| Diane L<br>D'Amico /LAKE/PPRD/ABB<br>OTT | **To** Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT |
| | **cc** Lori V Rountree/LAKE/PPRD/ABBOTT@ABBOTT |
| 03/14/2001 12:53 PM | **bcc** |
| | **Subject** Per Your Request |

Azmi:

It is my understanding that the following chain of events led to the erroneous dosing of one patient in Abbott Study M00-235 (MMPI):

**Friday, March 9      5:45 PM (CST)**
Dr. Nabulsi learned that the M00-235 should be put on hold.

**Sunday, March 11      10:00 AM (CST)/1700 (CET)**
Dr. Nabulsi phoned Jim Looman (Associate Director, EVR Netherlands) to tell him that the M00-235 study should be put on hold. Jim Looman was instructed to contact both Dr. Schellens and Dr. Zonnenberg to notify them of the hold.

**Monday, March 12      0900 AM (CET)**
Jim Looman phoned Dr. Voest (Dr. Zonnenberg's superior) and alerted him to the hold on the study. The call lasted approximately 10 minutes. The patient was dosed at 0937 (CET) by Dr. Laurens Beerepoot (a sub-investigator). It appears that Dr. Voest was not able to notify Dr. Beerepoot in time. It is probably safe to assume that the patient was already at the site for Day 1 study activities at the time of the call.

**Monday, March 12      0910 AM (CET)**
Jim Looman phoned Dr. Schellens to notify him of the study hold. Schellens was not available to take the call. Jim then contacted Jolanda Maaskant (site QA officer) and alerted her to the study hold. The site sent home a patient who was waiting to enroll.

Diane



CONFIDENTIAL
ABBT0056817

# Looman Deposition Exhibit 9


# P's Exhibit S



Diane L
D'Amico /LAKE/PPRD/ABBO
TT
03/12/2001 03:08 PM

To    jhm@nki.nl

j.maaskant@telescan.nki.nl, klvl@telescan.nki.nl, Jim
Looman/HOOFDDORP/AI/ABBOTT@ABBOTT, Else
Meijer/HOOFDDORP/AI/ABBOTT@ABBOTT, Willy
Jansen/HOOFDDORP/ADD/ABBOTT@ABBOTT, Todd J
Janus/LAKE/PPRD/ABBOTT@ABBOTT, Paige
cc    Gjelsten/LAKE/PPRD/ABBOTT@ABBOTT, Lori V
Rountree/LAKE/PPRD/ABBOTT@ABBOTT, Azmi A
Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT, Diane C
Bronson/LAKE/PPRD/ABBOTT@ABBOTT, Robert
Hansen/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject    M00-235 Update

Dear Professor Schellens,

As you know, we have been instructed to halt the M00-235 study.  I assume that you know that the AZU
enrolled a patient into the study today.

At this time, we have instructed the AZU to proceed with the M00-235 patient per the protocol until they
hear from us otherwise.  We hope to have further instructions by tomorrow (Tuesday, 13Mar01).

We ask that you refrain from enrolling any additional patients at your site at this time.

Thank you for your patience and understanding in this matter.

Best regards,

Diane



EXHIBIT
Looman
9
2-1-07 on

HIGHLY CONFIDENTIAL
ABBT0060788

10

# Looman Deposition Exhibit 10


# P's Exhibit U

MAY. 31. 2005  11:31AM                                          NO. 3057   P. 4



Jim Looman
13-03-2001 13:14

To: Azmi A Nabulsi/LAKE/PPRD/ABBOTT, Diane L
D'Amico/LAKE/PPRD/ABBOTT, Todd J
Janus/LAKE/PPRD/ABBOTT@ABBOTT
cc: Paige Gjelsten/LAKE/PPRD/ABBOTT, Willy
Jansen/HOOFDDORP/ADD/ABBOTT@ABBOTT, Else
Meijer/HOOFDDORP/AI/ABBOTT@ABBOTT
Subject: NKI study

I have just talked to the study coordinator of 518 at Prof. Scheliens' site. No patients have been
dosed yesterday, actually the planned patient was sent home. Prof. Scheliens wants to directly speak
to the US, so it is my understanding that he is going to try and phone Azmi today (tuesday).  Did you
manage to talk to Prof. Voest yesterday ?
speak to you later,
kind regards,
Jim

CONFIDENTIAL

ABBT 0033093



12

# Looman Deposition Exhibit 12


# P's Exhibit V

MAY. 31. 2005  11:31AM                                    NO. 3057   P. 5



Paige Gjelsten
13-03-2001 21:25

To: Jim Leeman/HOOFDDORP/MA/ABBOTT@ABBOTT, Willy
Jeenen/HOOFDDORP/MA/ABBOTT@ABBOTT, Else
Meljer/HOOFDDORP/MA/ABBOTT@ABBOTT
cc: Diane L D'Amico/LAKE/PPRD/ABBOTT@ABBOTT, Todd J
Janus/LAKE/PPRD/ABBOTT@ABBOTT, Azmi A.
Nakalla/LAKE/PPRD/ABBOTT@ABBOTT, Lori V
Fournier/LAKE/PPRD/ABBOTT@ABBOTT, Diane C
Bousse/LAKE/PPRD/ABBOTT@ABBOTT, Robert
Hansen/LAKE/PPRD/ABBOTT@ABBOTT
Subject: M00-235 Study Hold Lifted

I just want to let you know that the M00-235 study hold has been lifted.  Prof. Schellens and Prof.
Voest have been contacted.  As we gather more information, we will keep you informed.

Kind regards,

Paige

CONFIDENTIAL

ABBT 0033094



18

# Looman Deposition Exhibit 18

# P's Exhibit AC



**Jim Looman**
03/21/01 09:32 AM

To: Diane L D'Amico/LAKE/PPRD/ABBOTT, Paige Gjelsten/LAKE/PPRD/ABBOTT@ABBOTT
cc: Else Meijer/HOOFDDORP/AI/ABBOTT@ABBOTT, Todd J Janus/LAKE/PPRD/ABBOTT@ABBOTT, Willy Jansen/HOOFDDORP/ADD/ABBOTT@ABBOTT, Lori V Rountree/LAKE/PPRD/ABBOTT@ABBOTT, Azmi A Nabulsi/LAKE/PPRD/ABBOTT
Subject: Restart 518 study

Dear Diane/Paige,

In order to re-start all activities for 518, we need the word from Azmi that he has received confirmation from both PI's that they are OK with the re-start and that they have also instructed their staffs to re-start. At the moment our site contacts are telling us that they are waiting for this official confirmation and would like to wait to do anything before that.

I have asked Else and Willy to kindly request if there are things that we could do in parallel in the meantime, but I would like to ask all of the team not to start pushing now before we have officially resolved the hold-situation. This applies to e.g. requests for getting documents, enrollment planning etc.

I am confident that we are all in agreement that the re-start should be done in the best possible way. In my view we should first get the buy-in from the PIs and then re-activate the supporting personnel. Please keep us informed on the progress of your contacts with the PI and staff.
kind regards,

Jim
Diane L D'Amico



**Diane L D'Amico**
03/21/2001 12:01 AM

To: Else Meijer/HOOFDDORP/AI/ABBOTT@ABBOTT, Willy Jansen/HOOFDDORP/ADD/ABBOTT@ABBOTT
cc: Jim Looman/HOOFDDORP/AI/ABBOTT@ABBOTT, Todd J Janus/LAKE/PPRD/ABBOTT@ABBOTT, Paige Gjelsten/LAKE/PPRD/ABBOTT@ABBOTT
Subject: M00-235 Enrollment

Dear Else and Willy,

Have you heard from either M00-235 sites what their enrollment plans are for the rest of the 25mg cohort?

Best regards,

Diane



EXHIBIT
Looman
18
2-1-07

Confidential

21

# Looman Deposition Exhibit 21


# P's Exhibit 51

# ASCO 2001 MMPI Update

- Ten MMPI abstracts were presented
- Prinomastat, marimastat & Bay 12-9566 reported negative findings

  <u>Possible reasons</u>
  - Under dosing due to dose limiting toxicity (joint toxicity)
  - Inappropriate tumor selection
  - Inappropriate tumor stage (late vs. early)
  - Phase II development not done for prinomastat & Bay 12-9566
- BMS 275291 did not show joint toxicity in Phase I. Phase II studies are being initiated in NSCLC & Kaposi's sarcoma

1


EXHIBIT
Looman
21
2-1-07

CONFIDENTIAL
ABBT0059550

# Prinomastat

- Non-small cell lung cancer
  - Combination with paclitaxel & carboplatin
  - No survival benefit
- Hormone refractory prostate cancer
  - Combination with mitoxantrone & prednisone
  - No effects on: PSA, progression free survival, overall survival
- Refractory metastatic breast cancer
  - Phase I/II single agent (n = 44)
- Grade 2 joint toxicity in above trials at all dose levels (5,10,25 mg bid)
- Studies in earlier stage tumors are still ongoing

2

CONFIDENTIAL
ABBT0059551

# Marimastat

- Small cell lung cancer
  - Following response to 1st line therapy
  - 10mg vs. placebo
  - Total 155 patients
  - No benefit on progression free survival or overall survival
- Glioblastoma
  - Post surgery & radiotherapy
  - 10mg vs. placebo
  - Total 162 patients
- High dropout rate due to joint toxicity

3

CONFIDENTIAL
ABBT0059552

# Bay 12-9566

- Ovarian cancer (stage III or IV)
  - 800mg bid vs. placebo
  - Study was discontinued prior to full enrollment due to lack of activity in pancreatic cancer and SCLC
  - No benefit on survival

4

CONFIDENTIAL
ABBT0059553

# BMS 275291

- Phase I studies
  - Healthy volunteers (n = 40 males)
  - Cancer patients (n = 44)
- No joint toxicities (possibly due to lack of sheddase activity
- No MTD through 2400mg / day
- Phase II plan
  - Non small cell lung cancer in combination with paclitaxel & carboplatin
  - Kaposi's sarcoma
  - Dose 1200 mg / day

5

CONFIDENTIAL
ABBT0059554

# ABT-518 Phase I Multiple-Dose Study in Cancer Patients M00-235

- Patients enrolled to date
  - 25 mg / day        4
  - 50 mg / day        3
                               7

- Dosing duration up to 57 days
- Patients will continue dosing until disease progression or adverse events
- No musculoskeletal effects reported to date
- Next dose is 100 mg / day

6

CONFIDENTIAL
ABBT0059555

# ABT-518 Development Recommendations

- Continue the ongoing Phase I study
  <u>Objectives</u>
  - Determine target dose required to achieve target plasma concentration of 1-3 $\mu$M
  - Assess safety following chronic administration
- Stop development if Grade 3 or 4 toxicities are attributed to doses at or below target dose
- Stop for joint toxicity
- If target dose is well tolerated, initiate a pharmacodynamic/ proof of principle study with external funds (e.g., NCI-CRADA) and/or outlicense
  - Biopsy multiple melanoma, head and neck cancer, assay for gelatinase A/B activity

7

CONFIDENTIAL
ABBT0059556

26

# Looman Deposition Exhibit 26


# P's Exhibit BL

## Timeline of events occurring with Study M00-235 in the Netherlands

| | |
|---|---|
| 14 february 2001 | Site initiation Schellens, Amsterdam |
| 15 february 2001 | Site initiation Zonnenberg, Utrecht |
| 7 march 2001 | Nisen (DVP, Oncology, Abbott US) and Nabulsi (Oncology head, Abbott US) attended Abbott senior management review: "concern regarding the continuation of ABT-518 development" |
| 11 march 2001 | Nabulsi (Oncology head, Abbott US) calls Looman (ass. Med Dir Oncology, Abbott NL) to inform about immediate stop ABT-518 project (and thus study M00-235). Janus (Med. Dir Oncology, Abbott US) and D'Amico (PM, Oncology, Abbott US) |
| 12 march 2001 | Looman calls Schellens and Zonnenberg and requests to NOT enroll any patients due to decision Abbott to stop study |
| | Zonnenberg has enrolled patient 1001; Schellens did not enrol a patient awaiting BoD approval |
| | D'Amico sends Beerepoot (sub-I, Utrecht) memo to allow continuation with pat 1001 and await further news (expected on 13 Mar 01); no new patients to be enrolled. Schellens also informed by memo (D'Amico). |
| 13 march 2001 | Abbott informs Schellens and Zonnenberg that study hold has been lifted. |
| 23 march 2001 | 1001 stops study due to DP (and dies on 30 apr 01 due to cerebral mets) |
| 26 march 2001 | Schellens enrolls Pat 1002 |
| 23 april 2001 | Zonnenberg enrolls pats 1003 & 1004 |
| 25 april 2001 | Pat 1002: SAE (dyspnea/pleural effusion), probably not related |
| 12-16 may 2001 | ASCO: discussion by Abbott and sites: no safety issues: go to level 2 (50 mg) |
| 18 may 2001 | Memo Janus confirming escalation to level 2 (50 mg) per 21 May 2001 |
| 21 may 2001 | Pat 1002 withdraws consent (due to SAE) |
| | Start enroll first patient on 50 mg at NKI - 1101 JDE |
| 22 may 2001 | Start AE of 1004 (day 29 of study) - Rise of Creatinin: possibly related |
| 25 may 2001 | Hospitalization pat 1004: AE → SAE |
| 25 may 2001 | Initial SAE report pat 1004 to Abbott Safety Desk: relationship: possible related due to rising creatinin: DLT |
| 26 may 2001 | Stop medication pat 1004 to allow decrease of toxicity to within one level of baseline |
| 30 may 2001 | Follow-up SAE report; relationship: possible caused by kidney failure |
| 30 may 2001 | Zonnenberg sends letter to EC regarding pat 1002 reporting SAE: relapse pleural effusion needs to be changed into dyspnea |
| 1 june 2001 | MMPI project (ABT-518) deemed a No/Go by senior management |
| 5 june 2001 | Teleconference Abbott – Zonnenberg: relationship SAE 1004 is still possibly related, but needs to be probably not related, if enrollment of new patients at level 2 (50 mg) can continue. Schellens; 2nd patient 1102 NKI is waiting to be included. |
| | Decision Abbott to suspend enrollment to clarify renal toxicity, based on suggestion by Zonnenberg. |
| | Patient 1004 stops study due to SAE |
| 12 june 2001 | Verbal announcement of Abbott (Nabulsi) to stop study to Schellens and Zonnenberg |
| 14 june 2001 | Teleconference with Voest to officially inform him of study termination |
| 19 june 2001 | 1003 stops study due to DP |
| 21 june 2001 | Teleconference with Schellens to officially inform him of study termination |
| | After this call, an official study termination letter was sent to Schellens and Zonnenberg |
| 22 june 2001 | Receipt of registration form of proposed 2nd patient at 50 mg by Schellens |
| 22 june 2001 | Memo Janus: relationship SAE 1004 will be changed to: probably not; Schellens to announce 2nd patient at 50 mg; official paperwork from Zonnenberg to confirm changed relationship pending |



EXHIBIT
Looman
26
2-1-07

CONFIDENTIAL
ABBT0518377

| | |
|---|---|
| 25 june 2001 | 2nd patient at 50 mg included 1102 by Schellens, however no documentation of changed relationship received from Zonnenberg. Patient should have received 25 mg due to possible DLT |
| 26 june 2001 | Visit Nabulsi to both sites to explain termination of study |
| 6 july 2001 | Conference call with Schellens asking him to not enroll new patients at 50 mg; Statement from Schellens that no more patients as of 6 Jul 01 except for pat 1101 have been enrolled at 50 mg |
| 7 july 2001 | Memo Janus to indicate that relationship has not changed, so any new patient should receive 25mg. |
| 11 July 2001 | Memo of datanurse of Zonnenberg signaling unawareness of changed relationship from probably not back to possible |
| 12 july 2001 | Renewed request to Schellens to confirm that no new patients after pat 1101 have been enrolled; Additional information received by Janus about inclusion of second patient 1102 on 25 June 01 |
| 25 july 2001 | Memo from Schellens to inform Abbott that patient 1102 will continue on 50 mg, no drug related toxicities. |
| 27 july 2001 | Memo Knight (PM, Abbott Oncology US): Nabulsi agrees with proposed strategy by Schellens. Protocol deviation noted and will be reported correctly. |
| 31 july 2001 | Zonnenberg letter to Janus: Relationship SAE pat 1004 remains possibly related; recommendation Zonnenberg to add 3 more patients @ 25 mg. |
| 10 dec 2001 | Zonnenberg sends corrective letter to EC to change description of SAE pat 1002 from "relapse pleural effusion" to "dyspnea". Content and outcome SAE have not changed. |
| 30 nov 01 | Close out visit Schellens |
| 11 dec 2001 | Close out visit Zonnenberg |

CONFIDENTIAL
ABBT0518378