UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CIVIL ACTION NO. 05-11150-DPW |

**ABBOTT'S DEPOSITION DESIGNATIONS AND COUNTER DESIGNATIONS FOR THOMAS LYONS**

Defendant Abbott Laboratories ("Abbott") respectfully submits the attached deposition designations and counter-designation for the July 20, 2004 deposition of Thomas Lyons, Controller, GPRD.

4499267.1                                    1

Dated:  February 18, 2008

Respectfully submitted,

ABBOTT LABORATORIES

By:  __/s/ Eric J. Lorenzini_____
     Eric J. Lorenzini

Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
Eric J. Lorenzini *(pro hac vice)*
Ozge Guzelsu *(pro hac vice)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Tele:  (213) 683-9100

and

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com

*Counsel for Abbott Laboratories*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 18, 2008.

Date: February 18, 2008.

                                                          /s/ Ozge Guzelsu

## Thomas Lyons Deposition Designations

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 07/20/04 | Lyons, Thomas | | | 3:19-3:20 | | | |
| 07/20/04 | Lyons, Thomas | | | 4:3-4:8 | | | |
| 07/20/04 | Lyons, Thomas | | | 4:12-4:14 | | | |
| 07/20/04 | Lyons, Thomas | 8:8-8:17 | | | | | |
| 07/20/04 | Lyons, Thomas | | | 8:18-8:22 | | | |
| 07/20/04 | Lyons, Thomas | | | 9:6-9:10 | | | |
| 07/20/04 | Lyons, Thomas | 156:13-158:2 | 153:15-156:12 | | | | |

4498644.1

## Color Key to Deposition Designations

▬▬▬▬▬▬▬▬▬▬▬▬ Designation by Plaintiffs

▬▬▬▬▬▬▬▬▬▬▬▬ Counter Designation by Defendants

▬▬▬▬▬▬▬▬▬▬▬▬ Designation by Defendants

Case 1:05-cv-11150-DPW    Document 282    Filed 02/18/2008    Page 8 of 8

Lyons, Thomas  7/20/2004  9:30:00 AM

```
 1        IN THE UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3   JOHN HANCOCK LIFE INSURANCE   )

 4   COMPANY, JOHN HANCOCK VARIABLE)

 5   LIFE INSURANCE COMPANY, and   )

 6   INVESTORS PARTNER LIFE        )

 7   INSURANCE COMPANY,            )

 8          Plaintiffs,   ) Civil Action

 9       vs.          )No. 03 CV 12501-DPW

10   ABBOTT LABORATORIES,          )

11          Defendant.   )

12

13        The deposition of THOMAS LYONS, called

14   for examination, taken pursuant to the Federal

15   Rules of Civil Procedure of the United States

16   District Courts pertaining to the taking of

17   depositions, taken before BARBARA A. DeMICCO, a

18   Notary Public within and for the County of Lake,

19   State of Illinois, and a Certified Shorthand

20   Reporter, C.S.R. No. 84-2946, of said state, at

21   255 East Illinois Road, Lake Forest, Illinois, on

22   the 20th day of July, A.D. 2004, at 9:30 a.m.

23

24   Job No:943
```

Lyons, Thomas  7/20/2004  9:30:00 AM

1    MR. DAVIS:  Swear the witness, please.

2         (WHEREUPON, the witness was duly

3         sworn.)

4         THOMAS LYONS,

5    called as a witness herein, having been first duly

6    sworn, was examined and testified as follows:

7         EXAMINATION

8    BY MR. DAVIS:

9    Q.   Good morning.  Would you state your

10   name, please, for the record?

11   A.   Thomas Lyons.

12   Q.   Where do you live, Mr. Lyons?

13   A.   In Barrington, Illinois.

14   Q.   Do you have a street address?

15   A.   28587 West Heritage Oak Road.

16   Q.   Do you have any plans to move from that

17   location in the near future?

18   A.   No.

19   Q.   Where are you employed, sir?

20   A.   Abbott Laboratories.

21   Q.   What position do you hold there?

22   A.   Currently I am vice president of

23   finance for the Hospira Transition Team.

24   Q.   Have you changed positions at Abbott in

Lyons, Thomas 7/20/2004 9:30:00 AM

1   the last year?
2      A.   Yes.
3      Q.   What position did you hold previous to
4   the position that you currently hold?
5      A.   I was director of finance for the
6   transition team.
7      Q.   How about before that?
8      A.   Controller for GPRD.
9      Q.   When did you move from your position as
10  controller for GPRD?
11     A.   Towards the end of August of '03.
12     Q.   What is GPRD?
13     A.   Global Pharmaceutical R&D, Research and
14  Development Division.
15     Q.   Mr. Lyons, again, my name is Brian
16  Davis. I'm an attorney for John Hancock. We are
17  the plaintiffs in this action. I'm going to ask
18  you a series of questions here today. If at any
19  point in time you don't understand any of my
20  questions, please just say so and I will try to
21  give you a clearer question. Do you understand
22  that?
23     A.   Yes.
24     Q.   If you have answer my question, I'm

Lyons, Thomas 7/20/2004 9:30:00 AM

1       A.   International division.

2       Q.   In finance position?

3       A.   In finance. I was area finance

4  director for Europe, our European operations.

5       Q.   That position had you stationed here in

6  the United States?

7       A.   Yes.

8       Q.   You said that you became a part of GPRD

9  five or six months after it was formed.

10 Specifically what month of what year was that?

11      A.   I want to say mid-May of 2001.

12      Q.   What position did you take within GPRD

13 at that time?

14      A.   The controller's position.

15      Q.   Had someone held that position within

16 GPRD before you?

17      A.   Yes.

18      Q.   Who?

19      A.   Prior was Bob Funk. He held that from

20 approximately January until I took over, January

21 of that year.

22           Prior to that it was Steve Cohen.

23      Q.   Where does Mr. Cohen work today, if you

24 know?

Lyons, Thomas 7/20/2004 9:30:00 AM

1   A.   I don't know.

2   Q.   When is the last time you spoke with

3   him?

4   A.   I don't think I ever spoke with him. I

5   wouldn't know him if I saw him.

6   Q.   What are the duties and

7   responsibilities of the controller of GPRD?

8   A.   Financial in nature obviously,

9   reporting the actual results, doing plans and

10  updates, responsible for internal controls.

11  Q.   When you were controller of GPRD, to

12  whom did you report?

13  A.   Initially it was on a temporary basis

14  to Jeff Leiden, and then once the position was

15  filled I reported to a person called Brian Ford.

16  Q.   When you said the position was filled,

17  what position are you referring to?

18  A.   It was the -- I might not get it

19  perfectly correct, but he was the division vice

20  president for R&D operations.

21  Q.   When you say --

22  A.   The position was opened when I took the

23  job.

24  Q.   So the position of controller was open

1   Q.   To the right there is a notation, "Four

2   Year Spend," and then there are three boxes

3   underneath that with different labels; do you see

4   that?

5   A.   Yes.

6   Q.   Do you understand the difference

7   between the different scenarios that are noted

8   here?

9   MR. DESIDERI:  I'm going to object to lack of

10  foundation.

11  BY THE WITNESS:

12  A.   I can't say that I could because I

13  didn't prepare the document, no.

14  BY MR. DAVIS:

15  Q.   Have you ever heard within Abbott a

16  description or a reference to an expected success

17  scenario?

18  A.   Yes.

19  Q.   What is an expected success scenario?

20  A.   My understanding of it -- I didn't work

21  directly with it.  My understanding is that it --

22  it's primarily used to determine expected value

23  taking into consideration probabilities of success

24  of a variety of factors around a given compound.

Lyons, Thomas 7/20/2004 9:30:00 AM

1    Q.   Is it fair to say that the expected

2    success scenario is one that reflects some

3    realization on Abbott's part that perhaps not all

4    compounds will, in fact, proceed to the next level

5    or require the full amount of planned spending?

6        MR. DESIDERI:  I'll object to lack of

7    foundation.

8    BY THE WITNESS:

9    A.   I don't -- I guess I would disagree

10   with one of your words, "realization."

11   BY MR. DAVIS:

12   Q.   How do you -- how is the use of that

13   word inappropriate?

14       MR. DESIDERI:  Same objection.

15   BY THE WITNESS:

16   A.   Can you rephrase the question then?

17   BY MR. DAVIS:

18   Q.   Sure.  Is it fair to say that the

19   expected success scenario is one that takes into

20   account the likelihood that some compounds will

21   not proceed to the next level or will not require

22   the full amount of planned spending?

23       MR. DESIDERI:  I'm going to object on lack of

24   foundation.

Lyons, Thomas 7/20/2004 9:30:00 AM

1   Are you asking him based on his general

2   understanding of the phrase or based on how it is

3   used in the document which has been marked as

4   Lyons Deposition Exhibit No. 10?

5       MR. DAVIS: I'm asking how it is used within

6   Abbott, which he has testified he has heard

7   reference to it within Abbott.

8       MR. DESIDERI: He says he has heard it.

9       MR. DAVIS: So I'm getting at his

10  understanding of the term as it is used within

11  Abbott.

12      MR. DESIDERI: Based on what he has heard?

13  Is that right?

14      MR. DAVIS: I think I have said it already.

15  BY THE WITNESS:

16      A.   What I am familiar with is expected

17  value really doesn't involve spending per say,

18  direct -- specifically spending per say. What I

19  am most familiar with is that it takes a profit

20  and loss statement going out into future years,

21  applies certain probabilities of success as a

22  product moves through stages as well as

23  incorporating competitor factors once it is

24  launched, discounts it all the way back to current

Lyons, Thomas  7/20/2004  9:30:00 AM

1  present value. And what I'm familiar with is that

2  result is a productivity index.

3  BY MR. DAVIS:

4  Q. So you have seen, for example, expected

5  success scenarios in the context of projecting

6  income from compounds; is that right?

7  A. The term I'm familiar with is expected

8  value which translates a profit and loss scenario

9  incorporating sales, cost of sales, anticipated

10  SG&A spending, R&D spending, and probability of

11  success throughout a long period of time into a

12  factor, index factor.

13  Q. While you were controller at GPRD, did

14  you ever see within any Abbott documents any

15  differentiation between planned product

16  development spending and expected product

17  development spending?

18  A. Yes.

19  Q. What was the difference between those

20  two things, as best you recall?

21  A. I'm not -- I did not come up with

22  that. I can tell you what I think. It would be

23  kind of conjecture.

24  MR. DESIDERI: Don't speculate.

Lyons, Thomas  7/20/2004  9:30:00 AM

1   BY MR. DAVIS:

2   Q.  Did you have an understanding at the

3   time that you were controller of the difference

4   between those two things?

5   A.  I thought I did.

6   Q.  What understanding did you have as the

7   controller of Abbott's GPRD with respect to the

8   difference between those two things?

9   A.  For that specific line item, spending,

10  if I'm correct, you start with absolute or nominal

11  projections, mathematically applies given the

12  assumed probabilities of success, and, therefore,

13  discounts that nominal down to an expected value.

14  Q.  Well --

15  A.  That's fairly simplistic.

16  Q.  While you were controller of GPRD, what

17  did you understand to be nominal spending?

18  A.  Just absolute, absolute spending.

19  Projection.

20  Q.  I believe you have already testified

21  that expected spending would take nominal spending

22  and discount it by some estimated success ratio;

23  is that right?

24  A.  That's my understanding. Again, I did

Lyons, Thomas  7/20/2004  9:30:00 AM

1  not -- I wasn't intimately involved in this

2  process.

3      Q.   Would you take a look at the page

4  that's numbered 000069 of Exhibit 10?

5          Have you seen that document before?

6      A.   No.

7          Again, I haven't -- I'm sorry.  I may

8  have, yes.

9      Q.   This document is titled "Abbott

10 Laboratories PPD R&D Alternative Financing

11 Analysis John Hancock Funding Scenarios."  Do you

12 see that?

13     A.   Yes.

14     Q.   What's PPD?

15     A.   PPD is Pharmaceutical Products

16 Division.

17     Q.   You will note that there are some lines

18 on this document -- first there is a list of

19 compounds on the left-hand side.  Do you see that?

20     A.   Yes.

21     Q.   And you see that there are then numbers

22 under various years running out to 2011.  Do you

23 see that?

24     A.   Yes.