**MUNGER, TOLLES & OLSON LLP**

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

———

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

February 20, 2008

WRITER'S DIRECT LINE
(213) 683-9276
(213) 683-5176 FAX
Gregory.Phillips@mto.com

**VIA HAND AND ELECTRONICALLY**

The Honorable Douglas P. Woodlock
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse, Suite 4110
One Courthouse Way
Boston, Massachusetts 02210

Re:   *John Hancock Life Insurance Company, et al. v. Abbott Laboratories,*
      *U.S.D.C. (Mass.) Civil Action No. 05-11150-DPW*

Dear Judge Woodlock:

I write on behalf of my client, Abbott Laboratories, with regard to the deposition designations electronically filed by Abbott on February 18, 2008, in the above-referenced matter. We have discovered yesterday and today, with input from counsel for John Hancock, certain inadvertent errors in these designations. These errors were caused partly by technical problems with our firm's Live Note system, and partly by simple human error. We are working very hard to identify all errors in the designations filed on February 18 and to correct them as soon as possible. On a rolling basis, Abbott will be submitting electronically to the Court corrected versions of any designations that require correction. In addition, Abbott will provide to the Court a complete courtesy hard copy of the corrected designations as soon as possible.

4508859.1

MUNGER, TOLLES & OLSON LLP

The Honorable Douglas P. Woodlock
February 20, 2008
Page 2

      Because of the inadvertent errors referenced above, John Hancock believes that Abbott has not correctly identified the evidence that John Hancock designated and submitted to the Court on January 28, 2008. Accordingly, John Hancock requests that the Court not rely on Abbott's deposition designation submissions of February 18 as an accurate description of John Hancock's evidence.

      We apologize for any confusion that this problem may have caused.

Sincerely,

Gregory D. Phillips

GDP:cj

cc:    Brian A. Davis, Esq.
       Joseph H. Zwicker, Esq.
       Richard C. Abati, Esq.
       Michael S. D'Orsi, Esq.

4508859.1