UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY),<br><br>      Plaintiffs,<br><br>  vs.<br><br>ABBOTT LABORATORIES,<br><br>      Defendant. | Civil Action No. 05-11150-DPW<br>Hon. Judge Douglas P. Woodlock |

**ERRATA RE: ABBOTT'S CORRECTED DEPOSITION**
**DESIGNATIONS AND COUNTER DESIGNATIONS FOR DIANE D'AMICO**

Abbott Laboratories ("Abbott") respectfully submits this Errata in connection with Abbott's Corrected Designations and Counter Designations filed for Diane D'Amico on February 21, 2008. Abbott inadvertently attached the wrong designation chart. A true and correct copy of the proper designation chart is attached hereto. The courtesy copy of these designations that Abbott is submitting to the Court will include the corrected designation chart.

ABBOTT LABORATORIES

By its attorneys

    /s/ Eric J. Lorenzini
    Eric J. Lorenzini

Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

and

Jeffrey I. Weinberger (Admitted Pro Hac Vice)
Gregory D. Phillips (Admitted Pro Hac Vice)
Eric J. Lorenzini (Admitted Pro Hac Vice)
Ozge Guzelsu (Admitted Pro Hac Vice)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
(213) 683-9100


Dated: February 21, 2008

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 21, 2008.

Date:  February 21, 2008.

                                              /s/ Eric J. Lorenzini

4518594.1

# Diane D'Amico Deposition Designations

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 10/26/06 | D'Amico, Diane | 20:5-21:17 | | | | | |
| 10/26/06 | D'Amico, Diane | | | 9:19-11:18 | | | |
| 10/26/06 | D'Amico, Diane | | | 24:9-27:11 | | | |
| 10/26/06 | D'Amico, Diane | | | 49:21-51:22 | | | |
| 10/26/06 | D'Amico, Diane | | | 67:3-67:19 | | | |
| 10/26/06 | D'Amico, Diane | | | 74:8-75:9 | | | |
| 10/26/06 | D'Amico, Diane | 76:16-77:16 | 76:10-76:15 | | 8 | O | |
| 10/26/06 | D'Amico, Diane | | | 94:21-95:11 | | | |
| 10/26/06 | D'Amico, Diane | 97:24-99:11 | | | 9 | S | |
| 10/26/06 | D'Amico, Diane | 115:6-115:23 | | | | | |
| 10/26/06 | D'Amico, Diane | 118:23-120:5 | | | 10 | AA | |
| 10/26/06 | D'Amico, Diane | | | 150:11-152:15 | | | |
| 10/26/06 | D'Amico, Diane | | | 156:18-157:3 | | | |
| 11/28/06 | D'Amico, Diane | 227:14-228:2 | | | 27 | N | |
| 11/28/06 | D'Amico, Diane | 228:14-229:3 | | | 27 | N | |
| 11/28/06 | D'Amico, Diane | 231:1-231:21 | 231:22-232:16 | | 27 | N | |

4498326.1

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 11/28/06 | D'Amico, Diane | 240:8-241:5 | | | 27 | N | |
| 11/28/06 | D'Amico, Diane | | | 258:16-260:8 | | | |
| 11/28/06 | D'Amico, Diane | | | 276:20-277:13 | | | |
| 11/28/06 | D'Amico, Diane | 294:21-295:4 | 294:15-294:20 | | 32 | 32 | |
| 11/28/06 | D'Amico, Diane | 295:17-296:7 | 295:5-295:16 | | 32 | 32 | |
| 11/28/06 | D'Amico, Diane | 302:10-303:8 | 302:4-302:9 | | 34 | AP | |
| 11/28/06 | D'Amico, Diane | 302:10-303:8 | 303:9-303:12 | | | | |
| 11/28/06 | D'Amico, Diane | 308:7-309:6 | | | 35 | AQ | |
| 11/28/06 | D'Amico, Diane | 329:3-330:9 | 330:10-331:1 | | 41 | MI | |
| 11/28/06 | D'Amico, Diane | 341:9-341:19 | 341:20-342:16 | | 41 | MI | |
| 11/28/06 | D'Amico, Diane | 374:8-375:5 | | | 43 | AY | |

4498326.1