UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CIVIL ACTION NO. 05-11150-DPW |

## ABBOTT'S CORRECTED DEPOSITION DESIGNATIONS AND COUNTER DESIGNATIONS FOR JESSICA HOPFIELD

Defendant Abbott Laboratories ("Abbott") respectfully submits the attached corrected

deposition designations and counter-designations for the November 2, 2006 and May 8,

2007 depositions of Jessica Hopfield, Principal at McKinsey & Co, Inc.

.

.

Dated:  February 21, 2008               Respectfully submitted,


ABBOTT LABORATORIES

By:  __/s/ Eric J. Lorenzini_____
       Eric J. Lorenzini

Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
Eric J. Lorenzini *(pro hac vice)*
Ozge Guzelsu *(pro hac vice)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth
Floor
Los Angeles, CA  90071-1560
Tele:  (213) 683-9100

and

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY &
GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com


*Counsel for Abbott Laboratories*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 21, 2008.

Date: February 21, 2008.

_____/s/ Ozge Guzelsu_____

# Jessica Hopfield Deposition Designations

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 06/18/07 | Hopfield, Jessica | 4:2-4:14 | | | | | |
| 06/18/07 | Hopfield, Jessica | 8:10-12:12 | | | | | |
| 06/18/07 | Hopfield, Jessica | 16:4-19:12 | | | | | |
| 06/18/07 | Hopfield, Jessica | 19:22-20:22 | | | | | |
| 06/18/07 | Hopfield, Jessica | | | 20:23-24:5 | | | |
| 06/18/07 | Hopfield, Jessica | 24:6-25:12 | | | | | |
| 06/18/07 | Hopfield, Jessica | 39:19-40:22 | 40:23-41:8 | | | | |
| 06/18/07 | Hopfield, Jessica | | | 41:9-42:5 | | | |
| 06/18/07 | Hopfield, Jessica | 42:20-43:9 | | | | | |
| 06/18/07 | Hopfield, Jessica | | | 43:23-44:5 | | | |
| 06/18/07 | Hopfield, Jessica | 44:12-45:7 | | | | | |
| 06/18/07 | Hopfield, Jessica | 46:19-49:7 | | | | | |
| 06/18/07 | Hopfield, Jessica | 50:1-50:22 | | | | | |
| 06/18/07 | Hopfield, Jessica | | | 52:6-55:8 | | | |
| 06/18/07 | Hopfield, Jessica | 74:12-75:8 | 75:9-75:12 | | 4 | FC | |
| 06/18/07 | Hopfield, Jessica | 78:6-81:11 | 81:12-81:18 | | 4 | FC | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 06/18/07 | Hopfield, Jessica | 81:20-82:5 | 82:6-82:12 | | 4 | FC | |
| 06/18/07 | Hopfield, Jessica | | | 82:18-84:19 | | | |
| 06/18/07 | Hopfield, Jessica | | | 85:1-86:24 | | | |
| 06/18/07 | Hopfield, Jessica | 87:1-89:7 | 89:8-89:12 | | 5 | FH | |
| 06/18/07 | Hopfield, Jessica | 90:17-91:20 | 91:21-92:19 | | 5 | FH | |
| 06/18/07 | Hopfield, Jessica | 95:5-96:12 | 96:13-98:18 | | 5 | FH | |
| 06/18/07 | Hopfield, Jessica | 98:20-102:15 | 106:16-106:21 | | 5 | FH | |
| 06/18/07 | Hopfield, Jessica | 103:4-105:15 | 105:16-105:22 | | 6 | GW | |
| 06/18/07 | Hopfield, Jessica | 107:1-109:4 | | | 7 | FI | |
| 06/18/07 | Hopfield, Jessica | 110:13-111:21 | | | 7 | FI | |
| 06/18/07 | Hopfield, Jessica | 116:6-118:1 | 118:2-118:13 | | 8 9 10 11 | FL FM FR FS | |
| 06/18/07 | Hopfield, Jessica | 125:1-127:12 | 124:20-124:24 | | | | |
| 06/18/07 | Hopfield, Jessica | | 127:13-127:20 | | | | |
| 06/18/07 | Hopfield, Jessica | 133:24-134:22 | 134:23-136:22 | | 8 | FL | |
| 06/18/07 | Hopfield, Jessica | | | 137:9-140:22 | | | |
| 06/18/07 | Hopfield, Jessica | | | 141:11-142:1 | | | |
| 06/18/07 | Hopfield, Jessica | | | 145:9-146:4 | | | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 06/18/07 | Hopfield, Jessica | 149:18-149:24 | | | 10 | FR | |
| 06/18/07 | Hopfield, Jessica | 155:2-156:19 | | | 11 | FS | |
| 06/18/07 | Hopfield, Jessica | | | 159:18-160:19 | | | |
| 06/18/07 | Hopfield, Jessica | 161:5-162:24 | | | 10 | FR | |
| 06/18/07 | Hopfield, Jessica | 166:2-166:22 | | | 11 | FS | |
| 06/18/07 | Hopfield, Jessica | | | 168:17-169:18 | | | |
| 06/18/07 | Hopfield, Jessica | | | 209:7-210:6 | | | |
| 06/18/07 | Hopfield, Jessica | | | 210:8-215:3 | | | |
| 06/18/07 | Hopfield, Jessica | 215:4-217:2 | 217:3-218:3 | | 5 | FH | |
| 06/18/07 | Hopfield, Jessica | | | 218:4-229:13 | | | |
| 06/18/07 | Hopfield, Jessica | | | 229:16-232:24 | 23 | GJ | |

# Color Key to Deposition Designations

**Designation by Plaintiffs**

**Counter Designation by Defendants**

**Designation by Defendants**

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3

4    JOHN HANCOCK LIFE INSURANCE     )

5    COMPANY, JOHN HANCOCK VARIABLE   )

6    LIFE INSURANCE COMPANY, f/k/a    )

7    INVESTORS PARTNER INSURANCE     )

8    COMPANY,                   )

9          Plaintiff,      ) 05-11150-DPW

10    vs.                   )

11    ABBOTT LABORATORIES,          )

12          Defendant.      )

13

14        The deposition of JESSICA HOPFIELD, called

15    for examination, taken before KATRINA WRIGHT,

16    CSR No. 84-3639, a Notary Public within and for

17    the County of Cook, State of Illinois, and a

18    Certified Shorthand Reporter of said state, at

19    Suite 1300, Two North LaSalle Street, Chicago,

20    Illinois, on the 18th day of June, A.D. 2007, at

21    1:01 p.m.

22

23

24

1    swear in the witness, please.

2                (WHEREUPON, the witness was duly

3                sworn.)

4                    JESSICA HOPFIELD,

5    called as a witness herein, having been first duly

6    sworn, was examined and testified as follows:

7                    EXAMINATION

8    BY MS. TROAKE:

9        Q.    Ms. Hopfield, could you state your full

10   name for the record, please.

11       A.    Jessica Hopfield.

12       Q.    And your home address?

13       A.    333 West North Avenue, Chicago,

14   Illinois.

15       Q.    And, Ms. Hopfield, I just want to go

16   over a few of the ground rules for the deposition

17   today.  If for whatever reason you don't hear a

18   question that I ask, please ask me to repeat it.

19   If you answer a question, I will assume you heard

20   me.  Is that okay?

21       A.    Yes.

22       Q.    If you don't understand a question,

23   just ask me to clarify it and I will try to do

24   that.  Again, if you answer the question, I will

1      Q.    -- on those occasions?

2            Were you an expert witness?

3      A.    No.

4      Q.    And where were those depositions?

5      A.    At Merck.

6      Q.    And was Merck a party to a lawsuit?

7      A.    Yes.

8      Q.    Have you ever testified at trial?

9      A.    No.

10     Q.    And, Ms. Hopfield, you are currently

11     employed at McKinsey; is that right?

12     A.    Yes.

13     Q.    Is that in Chicago?

14     A.    Yes.

15     Q.    What is your current role at McKinsey?

16     A.    I am a principal, which is a

17     designation that means partner.

18     Q.    And as a principal at McKinsey, what do

19     you do?

20     A.    I have responsibility for leading

21     individual client engagements.  I oversee more

22     broadly the relationship we have with our clients.

23     And I play a number of leadership roles in the

24     firm on internal issues.

1      Q.    Do you head up any particular practice

2    area?

3      A.    Yes.  I co-lead our marketing efforts

4    in our pharmaceuticals and medical products

5    practice.

6      Q.    And how long have you been responsible

7    for that practice group?

8      A.    Two years.

9      Q.    So since 2005?

10     A.    Yes.

11     Q.    Prior to 2005, were you responsible for

12    any other practice group?

13     A.    No.

14     Q.    When did you become a principal at

15    McKinsey?

16     A.    2001.

17     Q.    And did you work at McKinsey prior to

18    2001?

19     A.    Yes.  I was an associate for five and a

20    half years.

21     Q.    And were you assigned to a particular

22    practice area while you were an associate?

23     A.    We don't assign, but, yes, I was

24    affiliated with our pharmaceutical and medical

1    products practice.

2        Q.   Any other positions at McKinsey, other

3    than an associate and principal?

4        A.   No.

5        Q.   What did you do prior to joining

6    McKinsey?

7        A.   I was at Merck & Company, the

8    pharmaceutical company.

9        Q.   And what did you do for them?

10       A.   I was in three different roles:  in

11   marketing, in clinical development, and in their

12   project planning and management function.

13       Q.   How long did you work at Merck?

14       A.   Two years.

15       Q.   And were you doing each one of those

16   roles during that entire time or did you have each

17   of those roles at different times during that

18   two-year period?

19       A.   They were at different times.  They

20   were sequential.

21       Q.   What did you do prior to joining Merck?

22       A.   I was a student at Harvard Business

23   School.

24       Q.   When did you graduate from Harvard?

1      A.    1993.

2      Q.    And prior to that?

3      A.    I was a post-doc at Rockefeller

4    University.

5      Q.    Where is Rockefeller University?

6      A.    New York City.

7      Q.    And prior to that, what did you do?

8      A.    I was a Ph.D. student at that same

9    university.

10     Q.    Where did you get your undergraduate

11    degree?

12     A.    Yale.

13     Q.    What was that in?

14     A.    In biology.

15     Q.    When did you get that degree?

16     A.    1986.

17     Q.    Okay.  At what point in 2001 did you

18    become a principal at McKinsey?

19     A.    I was elected in mid December and that

20    would have been effective, if I remember

21    correctly, the beginning of 2002.

22     Q.    So from January to December of 2001,

23    you were an associate?

24     A.    I'm sorry.  I made an error.  I would

1    have been elected a principal in December of 2000.

2    That would have been effective in January of 2001.

3        Q.    Okay.  Did you supervise other people

4    at McKinsey as the head of the pharmaceutical and

5    medical products group?

6        A.    Yes.

7        Q.    Who did you supervise during 2001 in

8    that group?

9        A.    Well, at that time, I was a member of,

10    as opposed to leading the practice.  The people I

11    would supervise would be associates on my various

12    engagement teams.

13        Q.    Are you aware of McKinsey ever doing

14    any consulting work for ManuLife or John Hancock?

15        A.    I am not aware of it.

16        Q.    We were talking just a minute ago about

17    how you looked for documents.  You say you checked

18    your office files, hard drive, which included

19    e-mails.

20        Did you ever use a laptop while you

21    were working at McKinsey?

22        A.    My laptop is my hard drive.  I do not

23    have another computer.

24        Q.    And the laptop you currently have, have

1      Q.    What about hard copies that they might

2    have had in their files?

3      A.   I don't know.

4      Q.    When did you first become involved with

5    the engagement with respect to Abbott

6    Laboratories?

7      A.    This would have been late 2000, when we

8    were starting to propose on supporting them

9    overall in the Abbott-Knoll pharmaceutical merger.

10      Q.    And who at McKinsey was involved in the

11    services that were provided to Abbott in relation

12    to that engagement?

13      A.    That engagement was overall led by

14    Richard Ashley, the individual you mentioned

15    earlier.  As what we call our director of client

16    service, that was the most senior partner.  David

17    Keeling was a more junior partner at the time who

18    had responsibility for the overall effort.  And

19    then there were several other partners involved in

20    specific topic areas.

21      Q.    And who were they?

22      A.    I was one in R&D.  I actually cannot

23    recall the complete set.  There was Martin Lutz in

24    Germany, but I cannot recall the rest of the

1    partners involved.

2        Q.   What about people other than partners?

3        A.   The primary people that I recall were

4    Michael Williams, who was an associate principal

5    at the time -- that's a role right below

6    partner -- who was working on R&D with me.  Doane

7    Chilcoat, who we just described before.  There

8    would have been assigned to the study a number of

9    associates.  I can't recall who they were.  But we

10   had a team probably across all of the activities

11   of something like 15 to 20 people.  But I had

12   interaction with only a few.

13       Q.   And the people you had interactions

14   with, are those the ones that you mentioned or are

15   there others you had interactions with?

16       A.   That is the core set.

17       Q.   How did you become involved with the

18   engagement of McKinsey by Abbott?

19       A.   Richard Ashley was leading the

20   development of our proposal to support them on the

21   merger.  It was competitive with another

22   consulting firm, and as part of the what we call a

23   beauty contest, the two companies coming in and

24   describing what they would do, I was pulled in to

1   be an R&D expert.  And so I was involved in some

2   of the later meetings as we were getting close to

3   having the engagement confirmed.

4        Q.   And do you know when the engagement was

5   confirmed?

6        A.   I don't recall, but it would have been

7   in the late 2000, early 2001 timeframe, but I do

8   not recall the date.

9        Q.   What was the scope of the services that

10  McKinsey was hired to provide in connection with

11  the Abbott-Knoll integration?

12       A.   We were hired to overall manage and

13  co-lead with them the integration of the two

14  companies, which had a number of components, the

15  prime area of which was ensuring Day 1, the day of

16  the new legal entity went smoothly, to help design

17  the new organization in terms of structure, and to

18  coach and counsel the senior executives from both

19  companies through the transition period.

20       Q.   Design the new organization, coach and

21  counsel senior management through the transition

22  period --

23       A.   And then prepare for Day 1.

24       Q.   Okay.  Thank you.

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1        Do you recall when Day 1 was?

2    A.   No.

3    Q.   And Day 1 being the first day of the

4    new --

5    A.   Legal entity.

6    Q.   Do you recall how long the engagement

7    lasted?

8    A.   Roughly six months.

9    Q.   So if it started in December, January,

10   2000, 2001, it was completed by June or July of

11   '01?

12   A.   By June or July.

13   Q.   Do you recall doing any work for Abbott

14   on behalf of McKinsey after, say, the 4th of July,

15   2001?

16   A.   I don't know, because they became an

17   active client on other issues.  I believe we

18   finished our formal support of the overall

19   integration by early summer.  I cannot recall

20   whether we had some smaller follow-on studies in

21   part of the engagement.

22   Q.   Is McKinsey currently doing any work

23   for Abbott?

24   A.   Yes.

1      Q.   Are you personally involved in that?

2      A.   No.

3      Q.   What was your particular role in

4    relation to the services provided by McKinsey?

5      A.   My particular role was to lead the R&D

6    work stream.

7      Q.   What does that mean, lead the R&D work

8    stream; is that what you said?

9      A.   Yeah.  Because in a merger there are a

10   lot of functional areas that are impacted.  We

11   divided ourselves up into a number of focused

12   teams, both the McKinsey folks and the client to

13   design and organize that function.  And my

14   responsibility was to oversee that for R&D.

15         There were similar teams that were

16   working on issues of commercial integration, some

17   of the European sites and a number of other

18   functional or geographic axes.  And in that

19   leadership role I had responsibility for leading

20   the work of my team, ensuring that we were meeting

21   our deadlines and overall ensuring the success of

22   that integrated R&D organization.

23     Q.   Okay.  But what do you mean by "work

24   stream"?

1      A.   Work stream --

2      Q.   I don't know what that means.

3      A.   It's simply a way for us to describe a

4   subpiece of the overall project, which typically

5   has its own deliverables, its separate meetings

6   and separate partner oversight.

7      Q.   What deliverables did you have?

8      A.   Completing the Day 1 preparation for

9   the R&D team.  Working with the R&D leadership to

10   design the new organization, in terms of boxes and

11   resources.  And helping design the processes and

12   governance that would enable the new organization

13   to work.

14      Q.   Can you explain to me in more detail

15   what completing the Day 1 preparation meant.

16      A.   When two companies merge, on the first

17   day, when they are operational, there are a host

18   of small details that matter for the organization

19   to be functioning.  For instance, bills need to be

20   paid, phones have to be answered, security cards

21   need to work.

22         That is also true for the R&D portions

23   of an organization.  For example, if there were a

24   safety issue in a clinical trial, the agency needs

1    to be -- the Federal Drug Administration needs to

2    be notified who would be responsible for that.

3        And so there was a laundry list of

4    probably 100 or so items that had to be completed

5    on Day 1 to enable the company to meet its legal

6    obligations as well as be functioning on that

7    first day.

8        Q.   Specifically, with respect to R&D, was

9    there anything in particular with respect to that,

10   other than what you have already described?

11       A.   No.

12       Q.   Okay.  Then you also said helping

13   design processes and governance.  Do I have that

14   right?

15       A.   Yes.

16       Q.   What did that involve?

17       A.   What that involved is deciding how the

18   new integrated R&D organization was going to work:

19   Is there an executive committee that makes

20   decisions, how do they interact with each other.

21   There are a number of processes in R&D and how you

22   do things and which companies would be taken.

23       And although we couldn't complete all

24   that design, we at least wanted to start some of

1    that wiring so the combined leadership could

2    continue to decide, in essence, how the

3    organization was going to run globally.

4        Q.   Would that include helping them

5    reorganize individuals in particular roles?

6        A.   A little bit.  But our emphasis was

7    less on fitting individuals into roles and more in

8    describing in the abstract how big the various

9    groups should be and where they should be located.

10       Q.   And there was a third deliverable that

11   you mentioned, which I missed.  But other than

12   completing the Day 1 preparation, helping design

13   processes and governance, and there was a third

14   that you mentioned.  Do you recall what that was?

15       A.   I will need help.

16           (WHEREUPON, the record was read

17            by the reporter.)

18   BY MS. TROAKE:

19       Q.   I think that all related to the design

20   processes and governance.

21           But other than what you have already

22   described for me, what else would be one of the

23   deliverables that you would be concerned about?

24       A.   I think we have covered them:

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1    governance, processes, the organizational

2    structure, and probably also a softer one, which

3    is simply ensuring that the new leadership team is

4    working together somewhat constructively, which is

5    part of a merger as well.

6        Q.    As part of all that work that McKinsey

7    was doing, would you attend regular meetings with

8    the senior management at Abbott?

9        MR. LORENZINI:  Objection.

10   BY MS. TROAKE:

11       Q.    You can answer.

12       A.    Okay.  Sorry.  Thank you.

13           I would attend project team meetings

14   for the specific engagement.

15       Q.    And what is a project team meeting?

16       A.    It's a regularly scheduled update where

17   the McKinsey team meets with the leadership that

18   is responsible for the engagement and we talk

19   about how things are going and plan the next few

20   weeks.

21       Q.    Is that just McKinsey people or does

22   that include Abbott people, or did that include

23   Abbott people?

24       A.    It typically involves the McKinsey team

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1    and the handful of Abbott people who are

2    overseeing the specific engagement.

3        Q.   And with respect to the Abbott-Knoll

4    integration, how frequently would you have these

5    project team meetings?

6        A.   I don't recall for this specific

7    engagement.  Typically it's weekly or biweekly.

8        Q.   And do you recall who from Abbott would

9    attend the project team meetings in this instance?

10       A.   It would be Jeff Leiden, John Leonard,

11   and then a subset of more junior individuals who I

12   do not recall.

13       Q.   Did Mr. Leiden and Mr. Leonard attend

14   each one of those project team meetings?

15       MR. LORENZINI:  Objection.

16   BY THE WITNESS:

17       A.   I don't recall.

18   BY MS. TROAKE:

19       Q.   Do you recall whether they attended

20   most of those meetings?

21       MR. LORENZINI:  Objection.

22   BY THE WITNESS:

23       A.   Yes, they attended most of them.

24   BY MS. TROAKE:

1    portfolio and the compounds they were developing

2    in any of those discussions?

3        A.    No.

4        Q.    Anything else you can remember about

5    those one-on-one meetings with Dr. Leiden?

6        A.    No.

7        Q.    You also said you had some one-on-one

8    meetings with Joe Nemmers; is that right?

9        A.    Yes.

10        Q.    Do you recall how many of those you

11    had?

12        A.    No.  I would guess it was probably half

13    a dozen over the course of the engagement.

14        Q.    In any of those one-on-one discussions

15    with Joe Nemmers, did you discuss in any way

16    Abbott's portfolio or the compounds that they were

17    developing?

18        A.    No.

19        Q.    You also mentioned that you attended

20    what you think was an off-site meeting in January

21    of '01 to kick off the merger; is that right?

22        A.    Yes.

23        Q.    And do you recall where that meeting

24    was?

1      A.   At Abbott Park.

2      Q.   And do you recall who attended that

3   meeting?

4      A.   There were over 100 people there across

5   both the Abbott and Knoll organizations.  It was

6   the formal kickoff.

7      Q.   And how long did that meeting last?

8      A.   Most of the day.

9      Q.   Just one day or more than one day?

10     A.   I don't recall.

11     Q.   Was there an agenda circulated for that

12   kickoff meeting?

13     A.   I don't recall.

14     Q.   So there might have been, you just

15   don't remember?

16     A.   Correct.

17     Q.   Did you ever attend any meetings of the

18   R&D integration steering committee?  Does that

19   ring any bells?

20     MR. LORENZINI:  Objection.

21   BY THE WITNESS:

22     A.   Yes.

23   BY MS. TROAKE:

24     Q.   And do you recall what that committee

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1    was?

2        A.   I don't recall who exactly was on it,

3    but that was the governance structure we put into

4    place to regularly ensure that the R&D team was

5    working well together, and that would have been

6    the primary governance mechanism that we talked

7    about earlier in terms of meeting every week or

8    two to review progress.

9        Q.   So that was the same -- that was the

10   entity that was meeting for these project team

11   meetings we already talked about?

12       A.   Exactly.

13       Q.   Okay.  Did you or anyone else from

14   McKinsey ever meet with Abbott's board of

15   directors?

16       A.   No.

17       Q.   Other than the project team meetings

18   and the private one-on-ones and these off-site

19   meetings, the March and May ones I will get to in

20   a minute, did you have any regular communications

21   with employees at Abbott in relation to the

22   integration?

23       A.   I did not, no.

24       Q.   So the sole means for you to

1   communicate with the Abbott employees was through

2   the project team meetings and these other off-site

3   meetings?

4       A.   Correct, and I would not myself be more

5   broadly communicating with the organization.

6       Q.   What about anyone else on the McKinsey

7   team?

8       MR. LORENZINI:  Objection.

9   BY THE WITNESS:

10      A.   The only other communication that might

11  have taken place is not related to R&D but for the

12  overall integration.  We had a communications team

13  that had responsibility for helping to script for

14  Abbott's corporate communication group some of the

15  general messages and announcements about the new

16  company, but those communications explicitly would

17  have come from Abbott and not from McKinsey.  We

18  simply would have helped to develop them.

19  BY MS. TROAKE:

20      Q.   What was the purpose in having McKinsey

21  present for the January kickoff meeting, do you

22  know?

23      MR. LORENZINI:  Objection.

24  BY THE WITNESS:

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1        A.    Since we had overall responsibility for

2    helping ensure the success of the integration

3    process, as part of that, we had a role in

4    designing that kickoff, facilitating portions of

5    it.

6            Richard Ashley gave one of the keynote

7    addresses, and we were asked to be there and help

8    to begin, in some sense, the cultural integration

9    of the two organizations.

10    BY MS. TROAKE:

11        Q.    Did anyone else from McKinsey speak at

12    that kickoff?

13        A.    I can't recall.

14        Q.    Do you recall who from Abbott spoke at

15    that kickoff meeting?

16        A.    I remember Joe Nemmers.  I remember

17    there were others, but I cannot remember who they

18    were.

19        Q.    Did anyone from McKinsey who attended

20    that kickoff meeting take notes during the course

21    of that meeting?

22        A.    I don't know.

23        Q.    Was anyone from McKinsey responsible

24    for documenting what was discussed at that kickoff

1    meeting and producing some kind of work product or

2    report or summary about that meeting?

3        MR. LORENZINI:  Objection.

4    BY THE WITNESS:

5        A.    I don't recall.

6    BY MS. TROAKE:

7        Q.    Were you provided, you, meaning you

8    personally or anyone from McKinsey, provided with

9    documents from Abbott in preparation for this

10   consulting arrangement?

11       A.    No.

12       Q.    In the course of the consulting

13   arrangement, were you or anyone at McKinsey

14   provided with documents from Abbott about its

15   portfolio and its compounds?

16       A.    Yes.

17       Q.    What kinds of documents were you

18   provided?  When I say "you," I mean you personally

19   and anyone at McKinsey.

20       A.    I don't recall specifics of the

21   documents, but I do recall that we would have

22   received a number of materials such as

23   organization charts of the R&D sites, lists of the

24   R&D Abbott budgets, a description of the compounds

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1    by pipeline phase, and in some cases, a few deeper

2    dives into a specific product, if that were

3    relevant to some site or personnel decision.

4        Q.    What do you mean by "deeper dives"?

5        A.    It would be a -- typically a 15- or

6    20-page document that would talk in more detail

7    about the compound, how it was being developed.

8        Q.    Did you or anyone else at McKinsey

9    retain any of those documents once the Knoll

10   integration was completed?

11       A.    I don't know for others.  For myself, I

12   have provided everything that was retained.

13       Q.    And, again, the people who were still

14   at McKinsey worked on this, you didn't check with

15   them as to whether they had any of these kinds of

16   documents?

17       A.    They would not have had any specific

18   documents relating to R&D.  Richard Ashley and

19   David Keeling were simply not materially involved

20   in that work stream.

21       Q.    Do you recall receiving from Abbott any

22   documents like you have just described with

23   respect to ABT-518?  Do you know what I am

24   referring to?

1      A.   I know the compound you are referring

2      to.  I don't recall.

3      Q.   What about ABT-594?

4      A.   I don't recall.

5      Q.   And you know what I am referring to

6      when I say ABT-594?

7      A.   Yes, I do.

8      Q.   What about ABT-773?

9      A.   I don't recall.

10     Q.   You might have, you just don't

11     remember?

12     A.   Correct.

13     Q.   You don't appear to have kept any of

14     that material.

15     MR. LORENZINI:  Objection.

16     BY THE WITNESS:

17     A.   Correct.

18     BY MS. TROAKE:

19     Q.   Was it part of McKinsey's role in its

20     arrangements with Abbott to make any

21     recommendations about how particular compounds

22     should be developed or whether a particular

23     compound should continue to be developed?

24     MR. LORENZINI:  Objection, form.

1    BY THE WITNESS:

2        A.   No.

3    BY MS. TROAKE:

4        Q.   Was it part of McKinsey's role and

5    responsibilities to assist Abbott and, I guess, to

6    a certain degree, Knoll in terms of the

7    integration to assist them in deciding how to --

8    which compounds would be developed going forward?

9        MR. LORENZINI:  Objection to form.

10   BY THE WITNESS:

11       A.   Yes.

12   BY MS. TROAKE:

13       Q.   And in terms of assisting them and

14   making those kinds of decisions, what precisely

15   would McKinsey do?  What kind of work product or

16   deliverables would you provide?

17       MR. LORENZINI:  Objection, vague.

18   BY THE WITNESS:

19       A.   Our responsibility was to ensure that a

20   meeting was designed that had the relevant parties

21   in the room and that they were prepared to have an

22   overall conversation, so it was really to create

23   the conditions for them to have the conversations

24   they would like to have.

1    BY MS. TROAKE:

2       Q.   And was that meeting the March 2001

3    off-site meeting that you referred to previously?

4       MR. LORENZINI:  Objection.

5    BY THE WITNESS:

6       A.   Yes.

7    BY MS. TROAKE:

8       Q.   So, specifically with respect to that

9    off-site meeting, can you describe for me in more

10   detail your best recollection as to what McKinsey

11   did precisely?

12      MR. LORENZINI:  Objection to form.

13   BY THE WITNESS:

14      A.   My recollection is that I talked with

15   Joe Nemmers and Jeff Leiden beforehand to discuss

16   how to best design the several datas to ensure

17   that the groups had an effective interaction.  I

18   helped design the agenda.  And discussed with them

19   also what format the presentations should come in

20   since this was the first time that some of the

21   individuals had had a chance to present data to

22   Abbott.  And so we wanted consistency across the

23   various presentations.

24   BY MS. TROAKE:

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1     Q.   Anything else?

2     A.   No.

3     Q.   Do you recall how much Abbott paid

4    McKinsey in relation to the consulting arrangement

5    for the Knoll integration?

6     A.   Overall, it would have been between $7

7    and $10 million.

8     Q.   Do you recall there being any dispute

9    with Abbott regarding payment for McKinsey's

10   services?

11    MR. HAKEMI:  Objection, relevance.

12   BY THE WITNESS:

13    A.   There was some back and forth about

14   capping the fees, which we agreed to.

15   BY MS. TROAKE:

16    Q.   Do you recall when that dispute

17   occurred?

18    MR. LORENZINI:  Objection.

19   BY THE WITNESS:

20    A.   Spring of 2001, but I can't remember

21   more precisely.

22   BY MS. TROAKE:

23    Q.   Do you recall when it was resolved?

24    A.   No.

1       Q.   Do you recall whether anyone at Abbott

2    ever complained about the work product or the

3    services being provided by McKinsey in the course

4    of this arrangement?

5       MR. LORENZINI:  Objection.

6    BY THE WITNESS:

7       A.   Yes.

8    BY MS. TROAKE:

9       Q.   And what do you recall?

10      A.   What I recall is some concern about the

11   overall process complexity and the number of

12   teams; in some sense, the overall scope of the

13   effort being quite burdensome.

14      Q.   Anything else?

15      A.   No.

16      Q.   Do you recall anyone from Abbott ever

17   complaining that McKinsey's work product or the

18   deliverables, as you described it, were inaccurate

19   or incomplete in any way?

20      MR. LORENZINI:  Objection.

21   BY THE WITNESS:

22      A.   No.

23   BY MS. TROAKE:

24      Q.   Do you have any recollection of

1      ABT-594 in the February or March of '01 timeframe?

2          MR. LORENZINI:  Objection.

3      BY THE WITNESS:

4          A.   No.

5      BY MS. TROAKE:

6          Q.   Are you familiar at all with the

7      Phase IIB study related to ABT-594, referred to as

8      the M99-114 study?

9          A.   I know it exists.  I know none of the

10     details.

11         Q.   How do you know it exists?

12         A.   I recall it was what was discussed as

13     part of the portfolio review, but I don't recall

14     any of the characteristics of the study or the

15     outcomes.

16         Q.   When you say it was discussed as part

17     of the portfolio review, are you referring to the

18     March of 2001 off-site meeting you spoke of

19     previously?

20         A.   Yes.

21         Q.   At that particular off-site meeting, do

22     you have a specific recollection about discussions

23     related to that study?

24         MR. LORENZINI:  Objection.

1    BY THE WITNESS:

2        A.   No.

3    BY MS. TROAKE:

4        Q.   Do you have any recollection of any

5    discussions about the fact that the enrollment

6    with respect to that study had ended early?

7        MR. LORENZINI:  Objection.

8    BY THE WITNESS:

9        A.   I remember that statement.  I do not

10   remember any further details.

11   BY MS. TROAKE:

12       Q.   Do you remember who made that

13   statement?

14       A.   No.

15       Q.   Do you remember whether it was someone

16   from Abbott or someone from McKinsey?

17       A.   It would be someone from Abbott.

18       Q.   With respect to the same meeting

19   and the same compound, do you remember any

20   discussions around that particular study having

21   fewer subjects than it was originally designed

22   to have?

23       MR. LORENZINI:  Objection.

24   BY THE WITNESS:

1     A.   No.

2   BY MS. TROAKE:

3     Q.   Other than a recollection about the

4   enrollment ending early with respect to that

5   study, do you recall any discussions about the

6   impact that that study would have on the

7   development of ABT-594 at that March of '01

8   meeting?

9     MR. LORENZINI:  Objection to form.

10  BY THE WITNESS:

11    A.   No.

12  BY MS. TROAKE:

13    Q.   Do you have any recollection of any

14  discussions at any point in 2001 about ABT-594 and

15  adverse events such as nausea or vomiting?

16    MR. LORENZINI:  Objection to form.

17  BY THE WITNESS:

18    A.   The only discussion about ABT-594 that

19  I recall was that the compound was one of a dozen

20  or so that were discussed in a brief fashion at

21  the two off-sites.  I don't recall any discussion

22  of nausea or vomiting.

23  BY MS. TROAKE:

24    Q.   Do you recall any discussions in that

1    time period about ABT-594 in that particular study

2    and the need for the result of that study to be

3    unblinded?

4        MR. LORENZINI:  Objection.

5    BY THE WITNESS:

6        A.   I recall a discussion around needing to

7    understand Phase II in order to move to Phase III.

8    That's the extent of the recollection.

9    BY MS. TROAKE:

10       Q.   Are you familiar with a group at Abbott

11    called the Decision Support Group?

12       A.   Yes.

13       Q.   Did you or anyone else from McKinsey

14    ever attend Decision Support Group meetings in

15    2001?

16       A.   No.

17       MR. HAKEMI:  When you get to a

18    convenient time, I need to take a quick

19    break if we could.

20       MS. TROAKE:  Sure.  Actually, we can take one

21    now.  That would be fine.

22       THE VIDEOGRAPHER:  Going off the video record

23    at 2:03 p.m.

24            (WHEREUPON, a recess was had.)

1    about what we had learned over the three days.

2    And the reason it's a hard question is because

3    some things were not known, some things were

4    known, but for us to agree on where we were.

5    BY MS. TROAKE:

6        Q.    When you say "we," you mean Abbott?

7        MR. LORENZINI:  Objection.

8    BY THE WITNESS:

9        A.    I mean we as a group in charge of

10    knitting together the organization.

11        MS. TROAKE:  This will be No. 4.

12            (WHEREUPON, a certain document

13            was marked Hopfield Deposition

14            Exhibit No. 4 for

15            identification, as of 6/18/07.)

16    BY MS. TROAKE:

17        Q.    Ms. Hopfield, I put in front of you

18    what has been marked as Exhibit 4.

19        Do you recognize this document?

20        A.    Yes.

21        Q.    And what is it?

22        A.    It is the -- they are the first few

23    slides that were shown to kick off or start up the

24    day of the portfolio review.

1    Q.    Do you recall who prepared these

2    slides?

3    A.    I did with my team.

4    Q.    And were they shared with folks at

5    Abbott before the presentation?

6    MR. LORENZINI:  Objection, lacks foundation.

7    BY THE WITNESS:

8    A.    Yes.

9    BY MS. TROAKE:

10    Q.    Do you recall who they were sent to at

11    Abbott prior to the presentation?

12    A.    No.

13    Q.    On the first page of Exhibit 4 in the

14    upper right-hand corner, there is -- on the very

15    first page --

16    A.    I'm sorry.

17    Q.    -- of Exhibit 4, upper right-hand

18    corner.  That reference up there that begins with

19    "CH."

20    A.    Yes.

21    Q.    Do you know what that is?

22    A.    Yes.  That is a way that we have of

23    marking some of the documents that McKinsey

24    produces.  That indicates it was based out of

1    presentation?

2        MR. LORENZINI:  Objection.

3    BY THE WITNESS:

4        A.   I don't remember.

5    BY MS. TROAKE:

6        Q.   If you could turn to, in Exhibit 4, the

7    page that -- you see there are Bates numbers, what

8    I call Bates numbers, the MCK numbers.

9        A.   Yes.

10       Q.   If you turn to the one ending 382,

11   please.  It says, "Decision-making approach going

12   forward."

13       A.   Yes.

14       Q.   And under the "What" category, it says,

15   "Classify products into three groups," and then it

16   lists three areas, the last one being "Projects

17   which will not be retained."

18       A.   Yes.

19       Q.   Do you recall what that reference

20   means, "Projects which will not be retained"?

21       MR. LORENZINI:  Objection to form.

22   BY THE WITNESS:

23       A.   Yes.  This was specifically about the

24   Knoll portfolio.  When Abbott purchased Knoll, in

1   addition to purchasing physical structure, they

2   purchased products, and the questions were which

3   of these projects should be retained in the new

4   legal entity and which should no longer be

5   continued.

6   BY MS. TROAKE:

7        Q.   And category -- I'm sorry, does that --

8   are you describing this entire "What" to the

9   classified products into three groups, or are you

10  just saying the ones that would not be retained

11  were the Knoll ones -- ones in the Knoll

12  portfolio?  I am confused.

13       A.   Let me be more specific.

14            The driving force behind this off-site

15  was to see for the first time the Knoll portfolio

16  and assets.  In order to do that fairly, we

17  actually discussed the integrated portfolio of

18  both companies, but the focus on our energy was on

19  Knoll.

20            We talked about whether we wanted to

21  retain those Knoll assets, and so that

22  classification of 1, 2 and 3, was really about do

23  we retain in the new entity the Knoll project or

24  asset, or in the point 3, which is not retained,

1    do we decide to do something else with that asset.

2        Q.   Do you recall whether there was any

3    discussion of any of the Abbott compounds in

4    relation to any of the items under "Classify

5    products into three groups"?

6        MR. LORENZINI:  Objection, vague and

7    ambiguous.

8    BY THE WITNESS:

9        A.   We discussed that while we were

10   reviewing Knoll, it was also an opportunity to

11   look at Abbott, but that the primary focus were on

12   the Knoll assets that were new to the R&D

13   leadership group.

14   BY MS. TROAKE:

15       Q.   I understand that was the primary

16   focus.

17       A.   Yes.

18       Q.   I guess my question was, do you recall

19   any discussion around the Abbott compounds with

20   regard to these three categories?

21       MR. LORENZINI:  Objection to the form.

22   BY THE WITNESS:

23       A.   No.  You mean in terms -- no.

24   BY MS. TROAKE:

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1      Q.   Do you recall any discussions regarding

2    ABT-518 in relation to it being a project that

3    might not be retained at this off-site meeting in

4    March?

5      MR. LORENZINI:  Objection to the form of the

6    question.

7    BY THE WITNESS:

8      A.   I remember at the off-site, at the end

9    of the day, going through each compound of which

10   518 was one and having the leadership group

11   describe, based on the day, what they thought.

12   BY MS. TROAKE:

13     Q.   And do you have a specific recollection

14   of what the leadership group thought about

15   ABT-518?

16     MR. LORENZINI:  Objection to the form.

17   BY THE WITNESS:

18     A.   No.

19   BY MS. TROAKE:

20     Q.   What about with respect to ABT-594, do

21   you have any recollection with respect to that

22   compound and any discussions in relation to it

23   being a project that might not be retained as

24   described in this slide?

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1      MR. LORENZINI:  Objection to form.

2  BY THE WITNESS:

3      A.   I recall that there was some concern

4  about the Phase II data, and, therefore, it

5  warranted further discussion.

6  BY MS. TROAKE:

7      Q.   Can you recall any more specifically

8  what the concerns were about the Phase II data?

9      MR. LORENZINI:  Objection to the form of the

10 question.

11 BY THE WITNESS:

12     A.   No.

13 BY MS. TROAKE:

14     Q.   But you recall those concerns about the

15 Phase II data being discussed during this March

16 off-site?

17     A.   Yes.

18     Q.   Under the -- when on this page, it

19 says, "Initial list of projects in the third group

20 will be communicated within 1-2 weeks."

21        Do you see that?

22     A.   Yes.

23     Q.   Do you recall whether ABT-518 or

24 ABT-594 were within that third group --

1      A.   No.

2      Q.   -- that were going to be communicated

3    within one to two weeks?

4      A.   No, I do not.

5      Q.   You don't recall either way, or you

6    don't recall that they weren't included?

7      MR. LORENZINI:  Objection.

8      MS. TROAKE:  Let me strike that and start

9    again.

10   BY MS. TROAKE:

11     Q.   Do you have any recollection of ABT-518

12   or ABT-594 being included in that list of projects

13   that is referenced under the first bullet point

14   next to "When"?

15     MR. LORENZINI:  Objection.

16   BY THE WITNESS:

17     A.   No, I do not recall them being part of

18   that list.

19   BY MS. TROAKE:

20     Q.   So they could have been, but you just

21   don't recall?

22     MR. LORENZINI:  Objection.

23   BY THE WITNESS:

24     A.   Correct.

1    BY MS. TROAKE:

2       Q.    Also under the "When," the second

3    bullet point says, "All other projects to continue

4    as planned until final prioritization completed by

5    early May."

6          Do you recall what that references?

7       A.    Yes.  That reference was specifically

8    related to the Knoll assets, which was that

9    if -- unless something met that first, it will not

10   be retained.  So a Knoll asset that explicitly

11   Abbott had no interest in, that all other

12   development and pipeline products of Knoll should

13   continue until they got the word in May as to

14   their role in the portfolio.

15      Q.    And what was happening in May?

16      A.    That simply enabled more time for the

17   combined leadership to look at the clinical data

18   and make a decision.  It usually requires quite a

19   lot of review.

20      Q.    Was there any particular event

21   happening in May that you recall was a reason for

22   having it completed by early May?

23      A.    It was simply a balance of needing time

24   but trying to keep moving forward.

1    Q.   If you look at the last three pages of

2    that exhibit.

3    A.   Yes.

4    Q.   Exhibit 4.  There's three agendas.  One

5    for Wednesday, March 7; Thursday, March 8; and

6    Friday, March 9.

7    A.   Yes.

8    Q.   And were these the agendas, as far as

9    you can recall, that were used for the off-site in

10   March of 2001 that we have been talking about?

11   A.   Yes.

12   Q.   And was someone from McKinsey present

13   for each of these meetings that are on the agendas

14   on these three pages?

15   MR. LORENZINI:  Objection.

16   BY THE WITNESS:

17   A.   I recall I was there for at least two

18   of the days.  I believe someone from my team was

19   there for all three.

20   BY MS. TROAKE:

21   Q.   And was one of the purposes of either

22   you or someone else from McKinsey being there on

23   those three days to document the discussion and

24   any decisions made in the course of that

1     discussion?

2         MR. LORENZINI:  Objection to the form of the

3     question.

4     BY THE WITNESS:

5         A.   No.

6     BY MS. TROAKE:

7         Q.   What was the purpose --

8         A.   The purpose -- sorry.

9         Q.    -- of either you or someone else from

10    McKinsey attending those meetings?

11        MR. LORENZINI:  Objection.

12    BY THE WITNESS:

13        A.   To have a chance to learn about the

14    portfolio and to see the senior leadership of

15    Knoll present.

16    BY MS. TROAKE:

17        Q.   Why would you want to see the senior

18    leadership of Knoll present?

19        A.   Because this was the first time that

20    the Knoll leadership was visible and working with

21    Abbott.  And since our responsibility was to help

22    Abbott design a combined R&D organization, it was

23    important for us to get to know the senior Knoll

24    executives.

1          (WHEREUPON, a certain document

2              was marked Hopfield Deposition

3              Exhibit No. 5 for

4              identification, as of 6/18/07.)

5     BY MS. TROAKE:

6         Q.   Ms. Hopfield, I put in front of you

7     what has been marked as Exhibit 5.

8              Would you take a look at that, please,

9     and let me know whether you recognize that

10    document.

11        A.   Yes, I recognize it.

12        Q.   And what is it?

13        MR. LORENZINI:  Objection to the form.

14    BY THE WITNESS:

15        A.   They are the overall summary of the

16    smaller group sessions that happened as part of

17    the off-site.  And the discussion by the -- the

18    summary of the discussion that the group had by

19    product.

20    BY MS. TROAKE:

21        Q.   And do you recall who is responsible

22    for putting together this summary, as you have

23    described it?

24        A.   Yes.  It was put together by Michael

1    Williams.

2        Q.   And so does that refresh your

3    recollection at all as to who else from McKinsey

4    was attending the March off-site?

5        A.   Michael Williams would have been there

6    for at least part of it.  I don't recall if he was

7    there for all of it.  Between the two of us,

8    someone was there the whole time.

9        Q.   So would the summary, which I take it

10   is the attached document, the document attached to

11   the e-mail, would that have been a collaboration

12   between you and Mr. Williams?

13       A.   That's correct.

14       Q.   And how did you do that?  Did you take

15   notes in the course of the presentations over the

16   three days?

17       MR. LORENZINI:  Objection.

18   BY THE WITNESS:

19       A.   This is not a summary of the

20   presentations.  This is a summary of the sessions

21   that happen outside of these large plenary groups,

22   when the Abbott leadership as a smaller group was

23   meeting.

24   BY MS. TROAKE:

1    Q.    So the executive sessions we saw in the

2    prior document?

3    A.    Correct.  Right.  And there, our

4    working norms would have been that Michael and I

5    would each take notes, and then we would have

6    compared notes and together have written this

7    document in the evenings.

8    Q.    When you were taking notes, you and

9    Mr. Williams at those executive sessions, did you

10    take them by hand or did you have a laptop

11    computer you were using?

12    A.    We took them by hand.

13    Q.    What did you do with the notes after

14    you discussed them and combined them into this

15    document?

16    A.    I don't know.

17    Q.    In looking at the covering e-mail, in

18    Exhibit 5 -- actually, there are two e-mails.  One

19    you forwarded to Patricia Weber at the top.

20    Do you see that?

21    A.    Yes.

22    Q.    Where it says in the subject line,

23    "Please print and put in mail folder."

24    A.    Yes.

1      Q.    Do you recall what that means?

2      A.    It means I wanted her to print out the

3    attached e-mail and put it in the folder on her

4    desk where I picked up documents from her.

5      Q.    So that is not an electronic mail

6    folder?

7      A.    No, no.  She had access to a printer

8    and could therefore print.

9      Q.    And then the e-mail from Mr. Williams

10    to Mr. Leiden, which is dated March 13, 2001,

11    which you are copied on.

12         Do you see that?

13    A.    Yes.

14    Q.    The subject line to that says, "List of

15    next steps from portfolio review."

16    A.    Yes.

17    Q.    And that list of next steps and

18    portfolio review, do you recall that is referring

19    to the attached document which is initialed

20    "portfolio prioritization"?

21    A.    Yes, it is.

22    Q.    And then in Mr. Williams' e-mail to

23    Dr. Leiden, the third sentence says, "You may wish

24    to make changes to the list before it is more

1    broadly distributed and we can make edits based on

2    your handwritten comments if necessary."

3         Do you see that?

4    A.   Yes.

5    Q.   My first question about that sentence

6    is the reference to "before it is more broadly

7    distributed."

8         Do you recall whether this document,

9    initial portfolio prioritization, was more broadly

10   distributed than indicated in this e-mail?

11   MR. LORENZINI:  Objection, calls for

12   speculation; lacks foundation.

13   MS. TROAKE:  I am just asking if she knows.

14   MR. LORENZINI:  I am just objecting.

15   BY THE WITNESS:

16   A.   I don't know for this specific

17   document.  I mean, I can infer.  I mean, our

18   working norm was to have somebody closest to it

19   review it and then it would go out to the broader

20   R&D team.

21   BY MS. TROAKE:

22   Q.   But you don't have a specific

23   recollection whether this document, initial

24   portfolio prioritization, was more broadly

1  circulated?

2    A.  I don't recall.

3    Q.  The second part of that says, "we can

4  make edits based on your handwritten comments if

5  necessary."

6      Do you see that?

7    A.  Yes.

8    Q.  Do you have any recollection of

9  receiving any comments, handwritten or otherwise,

10  from Dr. Leiden at this time?

11    A.  I don't recall receiving any

12  handwritten comments.  I don't know if he sent any

13  comments electronically or via voice.  I don't

14  know.

15    Q.  Do you have any recollection of making

16  any changes to this document after March 13, 2001?

17    MR. LORENZINI:  Objection.

18  BY THE WITNESS:

19    A.  I don't recall.

20  BY MS. TROAKE:

21    Q.  The last sentence in the e-mail says,

22  "We are also in the process of compiling the

23  comments and results from the evaluation forms

24  which we'll forward to you by later this week."

1    Q.    And, again, you don't recall what

2    happened to Mr. Williams' e-mails after he left

3    McKinsey?

4    A.    No.

5    Q.    If you look at the attachment, please,

6    the initial portfolio prioritization, it is

7    actually the one Bates-labeled 425, that page.  It

8    has oncology as the first project group.

9    A.    Yes.

10    Q.    Do you see that?

11    There is a reference here to ABT-518.

12    Do you see that?

13    A.    Yes.

14    Q.    Under "Priority," it says, "Hold."

15    Do you have any recollection of what

16    that refers to, the word "hold"?

17    MR. LORENZINI:  Objection.

18    BY THE WITNESS:

19    A.    Yes.  This was a case where we wanted

20    to understand the Phase II results and we could

21    not yet make a decision about what to do, and so

22    our assessment of it was put on hold until we knew

23    more.

24    BY MS. TROAKE:

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1    Q.   The Phase II results -- I don't mean to

2    confuse you, but I know we were talking about a

3    Phase IIB study with respect to ABT-594

4    previously.

5         Is that what you were referencing?

6    A.   Oh, I'm sorry.  No, it would have been

7    another clinical result.  I'm sorry.  I was

8    getting ABT numbers confused.

9    Q.   Okay.

10   A.   There would have been other clinical

11   information, and I don't recall what we were

12   waiting for.

13   Q.   Do you recall whether there was any

14   discussion about waiting for information that

15   might be provided at a conference referred to as

16   ASCO?

17   A.   No.

18   Q.   Do you know what ASCO is?

19   A.   Yes.

20   Q.   What is it?

21   A.   It's the American Society of Clinical

22   Oncologists and is the leading information

23   exchange in the US every year for clinical trial

24   results.

1      Q.   And presumably if that had been one of

2    the things that was effecting the reference to

3    hold, it would have been indicated under the next

4    steps for 518?

5      MR. LORENZINI:  Objection, mischaracterizes

6    the document.

7    BY THE WITNESS:

8      A.   Not necessarily.  The next steps was

9    not a listing of all the details.  It was simply

10   saying wait for May.

11   BY MS. TROAKE:

12     Q.   Well --

13     A.   Results in May.

14     Q.   Well, under "Next steps," it does say,

15   "Wait for May results from Pfizer."  Right?

16     A.   Yes.

17     Q.   So if Abbott was waiting for the

18   results or the information to be provided at the

19   ASCO conference and that was discussed at the

20   executive session, it probably would have been

21   listed under "Next steps," wouldn't it?

22     MR. LORENZINI:  Objection, mischaracterizes

23   the document.

24   BY THE WITNESS:

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1      A.   No.

2    BY MS. TROAKE:

3      Q.   Why not?

4      A.   In writing the next steps, it's a

5    paraphrase of a discussion.  So had it been ASCO,

6    would it specifically have been called out, no.

7    May results might be referring to ASCO, it might

8    be referring to something else.

9      Q.   You don't have any specific

10   recollection of ASCO being mentioned?

11     A.   No.

12     Q.   Do you recall any discussions with

13   anyone from Abbott about the reference to hold

14   next to ABT-518 after this e-mail was sent on

15   March 13, 2001?

16     MR. LORENZINI:  Objection.

17   BY THE WITNESS:

18     A.   No.

19   BY MS. TROAKE:

20     Q.   Under "Next steps," it also says next

21   to ABT-518, "Halt all further expenditure."

22        Do you see that?

23     A.   Yes.

24     Q.   Do you have any recollection of what

1    that is referring to?

2        MR. LORENZINI:  Objection.

3    BY THE WITNESS:

4        A.   Yes.  That was the idea that any

5    optional clinical or commercial spend should be

6    stopped until it was clear what was going to

7    happen to the compound.

8    BY MS. TROAKE:

9        Q.   If you could turn two pages, the Bates

10   number is 427.  At the top it says,

11   "Neuroscience," and just below that is "ABT-594."

12        Do you see that?

13       A.   Yes.

14       Q.   Under "Priority," that says, "P."  And

15   you will note in the upper right-hand corner, P

16   indicates pending.  Right?

17       A.   Yes.

18       Q.   Do you have any recollection of what

19   the difference between "pending" is as referenced

20   under 594 and the "hold" we saw next to 518?

21       A.   Yes.

22       Q.   And what is the difference?

23       A.   "Pending" is when there were ongoing

24   trials and clinical spend and we simply did not

1    know enough to make a decision.  So the program

2    was to continue as planned by the team.  And

3    pending we would make more decisions when we knew

4    more.

5         "Hold" meant do not spend any

6    incremental funds if not required until a decision

7    was made.

8         Q.   Also, under "Next steps" for ABT-594,

9    there it says, "Await results from ongoing PII

10   trial."

11        Do you recall if that was reference to

12   the Phase IIB trial we were talking about?

13        A.   Yes.

14        Q.   Then it says, "Probable T."  And if we

15   look in the upper right-hand corner, "T" means

16   terminate, correct?

17        A.   Yes.

18        Q.   Do you have any recollection about what

19   the reference to "probable T" meant?

20        MR. LORENZINI:  Objection to the form of the

21   question.

22   BY THE WITNESS:

23        A.   Yes.  It was the collective judgment of

24   the smaller group discussing this that the

1    likelihood was that the Phase II results would

2    indicate it should be terminated.

3    BY MS. TROAKE:

4        Q.    And when you said the smaller group,

5    that's the executive session we were talking about

6    previously, and I think Dr. Leiden was present for

7    those?

8        A.    Yes.

9        Q.    And -- I'm sorry, you said the results

10    of the Phase IIB trial, those results would likely

11    cause them to terminate 594.  Is that right; is

12    that what you said?

13        MR. LORENZINI:  Objection.

14        MS. TROAKE:  I am just trying to clarify her

15    prior answer.

16        MR. LORENZINI:  I am just trying to object.

17        MS. TROAKE:  I can see that.

18    BY THE WITNESS:

19        A.    The group was guessing as clinicians

20    what they thought the likely outcome of the trial

21    would be and the likely outcome of the program.

22    And their guess was it would be negative, so they

23    would terminate.

24    BY MS. TROAKE:

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1      Q.    Do you know what that guess, as you

2    have described it, was based on?

3      MR. LORENZINI:  Objection, calls for

4    speculation.

5    BY THE WITNESS:

6      A.    Decades of clinical development

7    experience and having seen more of the clinical

8    program.

9    BY MS. TROAKE:

10      Q.    More of which clinical program?

11      A.    Of the 594 preclinical Phase I,

12    et cetera.  It's an Abbott compound, so they would

13    be aware of rather more of the data and therefore

14    they would have a viewpoint about the likelihood

15    of the trial being successful.

16      Q.    And do you recall any specific

17    discussions, any more detail about what their

18    thoughts were about that trial?

19      A.    No.

20      Q.    Do you recall any discussions during

21    any one of the executive sessions over those three

22    days that we were talking about previously, where

23    Dr. Leiden indicated that he was halting the

24    development of 518, ABT-518?

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1      MR. LORENZINI:  Objection.

2    BY THE WITNESS:

3      A.   I don't recall.

4      MS. TROAKE:  This will be Exhibit 6.

5           (WHEREUPON, a certain document

6           was marked Hopfield Deposition

7           Exhibit No. 6 for

8           identification, as of 6/18/07.)

9    BY MS. TROAKE:

10     Q.   Ms. Hopfield, I put in front of you

11   what has been marked as Exhibit 6.

12        Do you recognize that document?

13     A.   Yes.

14     Q.   And what is it?

15     A.   It is another version of the initial

16   portfolio prioritization.

17     Q.   And do you know, or can you tell from

18   looking at Exhibit 6, whether it's a later version

19   of the initial portfolio prioritization from the

20   one that we saw attached in Exhibit 5?

21     A.   I can't tell for sure.

22     Q.   If you look at the second page of

23   Exhibit 6, there is a reference again under

24   "Oncology" to ABT-518.

1        Do you see that?

2        A.   Yes.

3        Q.   Unlike the initial portfolio

4    prioritization we saw previously, under

5    "Priority," it now says, "hold/T."

6        And I think as in the past version, the

7    upper right-hand corner says T means terminate,

8    right?

9        A.   Yes.

10       Q.   Do you have any recollection with

11   respect to this version of the initial portfolio

12   prioritization as to what the "hold/T" under

13   "Priority" meant?

14       MR. LORENZINI:  Objection.

15   BY THE WITNESS:

16       A.   No, I don't recall how hold was turned

17   into a hold/T.

18   BY MS. TROAKE:

19       Q.   Do you have any recollection of

20   discussions with anybody, either Michael Williams

21   or anyone at Abbott, as to why that was changed

22   from hold to hold/T?

23       A.   No.

24       Q.   With respect to the initial portfolio

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1    prioritization, the one we saw in Exhibit 5 and

2    this one, Exhibit 6, did McKinsey prepare this

3    document in part to assist Abbott in its decisions

4    about what to do with the portfolio?

5        MR. LORENZINI:  Objection.

6    BY THE WITNESS:

7        A.   We prepared it to document where the

8    group landed in the discussions and to give them

9    some documentation as they moved forward as a

10   team.

11   BY MS. TROAKE:

12       Q.   But the purpose of giving them that

13   documentation, was it in part to assist them in

14   the process that they were going through?

15       A.   Yes.

16       Q.   Do you have any recollection of any

17   discussions in the course of the March portfolio

18   review, that was off site, of any discussions

19   about Abbott stopping development of 518?

20       MR. LORENZINI:  Objection.

21   BY THE WITNESS:

22       A.   No.

23   BY MS. TROAKE:

24       Q.   Do you have any recollection of

1     learning after the March portfolio review that

2     Abbott had in some way restarted or -- strike

3     that.

4              Do you have any recollection of

5     learning after the March portfolio review that

6     Abbott restarted development of ABT-518?

7         MR. LORENZINI:  Objection.

8     BY THE WITNESS:

9         A.   No, no recollection.

10     BY MS. TROAKE:

11        Q.   On the initial portfolio

12     prioritization, both the one in Exhibit 5 and the

13     one in Exhibit 6, they both indicate for 518, halt

14     all expenditures.

15        A.   Yes.

16        Q.   "Halt all further expenditures," excuse

17     me.

18              Do you recall learning at any point

19     after March of '01 that next steps, as is

20     described in these documents, was changed in some

21     way?

22        A.   I did not know that.

23        Q.   But you don't recall hearing that?

24        A.   No.

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1              (WHEREUPON, a certain document

2              was marked Hopfield Deposition

3              Exhibit No. 7 for

4              identification, as of 6/18/07.)

5    BY MS. TROAKE:

6        Q.    Ms. Hopfield, we put in front of you

7    what has been marked Exhibit 7.

8              If you could take a moment to look at

9    that document, please, and let me know whether you

10   recognize it.

11       A.    Yes.

12       Q.    And what is it?

13       A.    It is a progress review document to

14   update the integration leadership on where we were

15   with the R&D work stream.

16       Q.    I'm sorry, you said it's a progress

17   review document; is that what you said?

18       A.    Yes.

19       Q.    And it was used to?

20       A.    Update the integration leadership about

21   where we stood in terms of the R&D work stream.

22       Q.    And it was created by McKinsey; is that

23   right?

24       A.    Yes.

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1      Q.   And it was created by McKinsey like the

2   initial portfolio prioritizations in the course of

3   your work for Abbott during this time period,

4   2001?

5      A.   Yes.

6      Q.   Was this provided to Abbott in some

7   form?

8      A.   Yes.  This would have typically been

9   handed out in paper copy at the meeting.

10     Q.   And you said "at the meeting."  Was

11   that a meeting on March 19, the date that is

12   indicated on the first page of Exhibit 7?

13     A.   I think so.

14     Q.   Do you recall who attended that

15   meeting?

16     A.   No.

17     Q.   Was Dr. Leiden at that meeting?

18     A.   It would have been typical for him, but

19   I don't recall specifically who was at this

20   session.

21     Q.   Do you recall whether it was the same

22   group who attended the executive sessions at the

23   earlier March portfolio review?

24     MR. LORENZINI:  Objection.

1    BY THE WITNESS:

2        A.   I don't have any recollection of the

3    participants at this specific meeting.  Typically

4    this would be some of those people, but not all.

5    BY MS. TROAKE:

6        Q.   Do you recall who from McKinsey

7    attended?

8        A.   No.

9        Q.   Looking at the second page of Exhibit

10   7.  The first bullet is "Update on the development

11   portfolio review."  And on the next page, there is

12   a timeline to finalize the pharma R&D program.

13       Do you see that?

14       A.   Yes.

15       Q.   There is a list of individuals on the

16   right under the "Responsibility" column:  John

17   Leonard, Bob Funck, Dan Norbeck, Keith Hendricks,

18   and pharma executive management committee.

19       Do you see that?

20       A.   Yes.

21       Q.   Does that refresh your recollection at

22   all as to whether any of those individuals or

23   members of that committee were present at the

24   March 19 meeting?

1      A.   I can't specifically recall the March

2    19 meeting.  However, that would be the set of

3    individuals who would be at the steering

4    committee.  They have the right responsibilities

5    to have been there.

6      Q.   Do you recall who was on the pharma

7    executive management committee that is referenced

8    under "Responsibility"?

9      A.   I recall a subset.  I probably will not

10   get the composition correct.  But it did

11   include -- it did include Ed Ogunro, Eugene Sunn,

12   John Leonard and Jeff Leiden.

13     Q.   And on this timeline, the last item

14   under the "Review" column says, "Final pharma R&D

15   program"; under "Date," it says, "May 8"; and

16   "Responsibility," "Pharma executive management

17   committee."

18          Do you see that?

19     A.   Yes.

20     Q.   Do you recall what that referred to?

21     A.   Yes.  That was a deadline for

22   presenting an integrated R&D program across the

23   two companies, with the overall portfolio and

24   budget.

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1          I need to amend an earlier answer.

2      Q.   Okay.

3      A.   The pharma executive management

4  committee, now that I look at this, is probably

5  not the R&D committee but, in fact, is the

6  business executive management committee.  You had

7  asked me who was on that committee and so I gave

8  the wrong names of individuals.

9      Q.   Okay.  Which ones were wrong?

10      A.   It would include Jeff Leiden.  It would

11  not have Ed Ogunro and Eugene Sunn.

12      Q.   Okay.

13      A.   These would be business leaders.

14      Q.   Coming back to the May 8 date, you said

15  that would be a deadline for presenting the final

16  R&D program with the overall portfolio and budget;

17  is that right?

18      A.   Yes.

19      Q.   And that would be the overall portfolio

20  for both Abbott and Knoll as one entity?

21      A.   Yes.

22      Q.   If you look at the next page of

23  Exhibit 7, again, we have the initial portfolio

24  prioritization that we have seen in Exhibit 5 and

1    THE WITNESS:  Sure.

2    MS. TROAKE:  For a couple minutes.

3    THE VIDEOGRAPHER:  Going off the video record

4    at 3:14 p.m.

5        (WHEREUPON, a recess was had.)

6        (WHEREUPON, certain documents

7        were marked Hopfield Deposition

8        Exhibit Nos. 8 through 11 for

9        identification, as of 6/18/07.)

10    THE VIDEOGRAPHER:  Going back on the video

11    record at 3:30 p.m., the beginning of tape No. 3.

12    BY MS. TROAKE:

13    Q.    Ms. Hopfield, I put in front of you

14    what has been marked as Exhibit 8.

15        Take a look at that, please, and let me

16    know whether you recognize that document.

17    A.    Yes, I do recognize it.

18    Q.    And what is it?

19    A.    It's a fact pack, which Doane Chilcoat

20    produced, a member of my team, to help orient the

21    McKinsey team to the sort of practical details of

22    the R&D organization, so it was an internal

23    McKinsey reference document.

24    Q.    So do you recall whether this

1    particular document, Exhibit 8, was ever

2    circulated to anyone at Abbott?

3        A.    I don't recall if it was shared with

4    anyone.  As a matter of practice, though, we would

5    not broadly circulate a fact pack.

6        Q.    And is a "fact pack" a term used at

7    McKinsey?

8        A.    Yes, it is.

9        Q.    And what does it mean?

10       A.    It is a basic overview of fundamental

11   details that a team needs to accomplish an

12   engagement and it is just that:  It is facts as

13   opposed to synthesis or ideas or detailed

14   analytics, it's just the basic details.

15       Q.    And is one of the goals to be as

16   complete and accurate as possible in the fact pack

17   so people can complete the engagement, as you

18   described it?

19       MR. LORENZINI:  Objection.

20   BY THE WITNESS:

21       A.    The goal is to be fairly complete and

22   fairly accurate.  It's not to necessarily have

23   this be complete.  It's what we have pulled

24   together, and so it will vary in its detail and

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1    its accuracy.  But it's the best we have.

2    BY MS. TROAKE:

3        Q.    So at any given point in time, for

4    example, this one being dated April of 2001, it's

5    as complete and accurate as it could be as of

6    April of 2001?

7        MR. LORENZINI:  Objection.

8        MR. HAKEMI:  Objection to form.

9    BY THE WITNESS:

10       A.    It's what Doane Chilcoat had available

11   in April of 2001.  I doubt it is either complete

12   or accurate.  It's what he could assemble for the

13   team's use.

14   BY MS. TROAKE:

15       Q.    And it's what he could assemble from

16   what sources, if you know?

17       A.    From Abbott documents and materials

18   that were shared with us.

19       Q.    So to the extent it's a summary of the

20   Abbott materials and documents shared with

21   McKinsey, would you not try and be as accurate as

22   possible in summarizing that information in those

23   documents in the fact pack?

24       MR. LORENZINI:  Objection, asked and

1    because this was in flux, there was a plan, there

2    was a budget put together.  The budget was simply

3    the sum of what we knew existed.  That was

4    different than the committed budget for the rest

5    of the year.  It was simply doing the math, in

6    some sense.  There was not a thoughtful

7    distinction between those two concepts.  This was

8    all going to be worked out post May.

9    BY MS. TROAKE:

10   Q.   Do you recall any discussions with

11   anyone at Abbott about their expected spending

12   versus budget or target as we have seen in these

13   two documents?

14   MR. LORENZINI:  Objection, vague, ambiguous.

15   BY THE WITNESS:

16   A.   I remember discussion overall about the

17   numbers and, in some sense, the envelope and

18   amount of spend, but not of individual assets.

19   BY MS. TROAKE:

20   Q.   What about the -- do you have any

21   recollection of the term "nominal" versus

22   "expected" spending being used in discussions with

23   Abbott?

24   A.   No.

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1      Q.   Do you have any understanding, as you

2   sit here today, about the distinction between

3   nominal versus expected spending as it relates to

4   Abbott?

5      A.   Yes.

6      Q.   And what is your understanding?

7      MR. LORENZINI:  Objection.

8   BY THE WITNESS:

9      A.   My understanding is that the Abbott R&D

10   budgeting process has multiple puts and takes in

11   it.  And there will be a pro forma budget that is

12   developed for the year, but then the spending has

13   its lumpiness, which is then tracked.  And these

14   things are updated and there are several different

15   ways of describing those puts and takes to the

16   budget over time.

17   BY MS. TROAKE:

18      Q.   And how, specifically, does that form

19   the distinction between nominal versus expected?

20   I don't see the link between what you just

21   described and nominal versus expected, which is

22   what my question related to.

23      A.   I have heard those used as ways to

24   describe the difference between the actual run

1    rate versus what they budgeted for the year.

2        Q.    And what do you understand to be the

3    actual run rate, nominal or expected?

4        MR. LORENZINI:  Objection, lacks foundation;

5    calls for speculation.

6    BY THE WITNESS:

7        A.    Nominal.

8    BY MS. TROAKE:

9        Q.    What is the basis for your

10    understanding?

11        A.    Support that I provided to Abbott in

12    2002, 2003 on some R&D organizational issues.

13        Q.    And what did that support relate to?

14        A.    Specifically designing some

15    organizational structures to enable

16    decision-making of the combined R&D organization.

17        Q.    Can you be more specific?

18        A.    About a year after they had formed the

19    company, it was clear they did not have a way for

20    the top 15 or 20 R&D executives to work together

21    and make decisions, and they had not yet decided

22    how to divide up into subgroups.  So I provided

23    support to John Leonard and some of his colleagues

24    to think about how the group should be organized.

1       Q.   And how did the issues of nominal

2    versus expected spending fit into that support?

3       MR. LORENZINI:  I am just going to object to,

4    I think, this whole line of questioning on nominal

5    versus expected.  There is some vagueness and

6    ambiguity in the questions, so I object to the

7    form.

8    BY THE WITNESS:

9       A.   Although that work was entirely

10   organizational, as part of that, I would have seen

11   some budgets, some plans, and there were those

12   terms in those budgets and plans.

13   BY MS. TROAKE:

14      Q.   Do you recall seeing similar budgets

15   and plans using those terms, nominal and expected,

16   in the course of your work in 2001 in relation to

17   the Knoll integration?

18      MR. LORENZINI:  Objection.

19   BY THE WITNESS:

20      A.   No.

21   BY MS. TROAKE:

22      Q.   If you could turn to the page

23   Bates-labeled 308 in Exhibit 8, please.

24      A.   Yes.

1    various years?

2         A.    Yes.

3         Q.    2000, 2001, going through to 2005.  And

4    it says, "Cost to NDA."

5              Do you see that?

6         A.    Yes.

7         Q.    Under 2001, can you tell me what the

8    total is for that on Exhibit 12.

9         A.    15.

10        Q.    Okay.  And that development template,

11   Exhibit 12, what compound is that for?

12        A.    ABT-594.

13        Q.    Do you have any recollection as to why

14   there is a difference between that development

15   template and what is listed in the fact pack,

16   McKinsey fact pack?

17        A.    No.

18        Q.    Do you have any recollection of any

19   discussions with anybody at Abbott as to why that

20   development review template would say 15 million

21   for 2001, and yet this says 9.3 million, what the

22   difference was?

23        A.    No.

24        Q.    If you could turn to page 311 in

1    Exhibit 8, please.

2        A.    Yes.

3        Q.    It's "Potential savings from

4    terminating development projects" at the top.

5        A.    Yes.

6        Q.    And over on the right, under the word

7    "Projects," it says, "Preliminary."

8        A.    Yes.

9        Q.    Do you recall what that refers to?

10        A.    Yes.  This was not a final client

11    recommendation.  This was a thought exercise of if

12    we were to stop doing a number of projects, how

13    much money would that save to help us just

14    understand what some opportunities might be.

15        Q.    And do you recall how you came up with

16    this list on this page?

17        A.    Yes.  We took all products that we

18    believed would be terminated from discussions with

19    the client, and products that either had some

20    challenging discussions or, you know, had some

21    reason to believe -- some reason to terminate it,

22    and it really was a thought exercise.

23        Q.    Okay.  The first four program names --

24        A.    Yes.

1     Q.   -- say, "Priority," "terminate,"

2   "terminate," "terminate."  Right?  As best you can

3   recall, those are the products you believe, based

4   on your discussions with the client, would be

5   terminated?

6     MR. LORENZINI:  Objection, mischaracterizes

7   the document.

8   BY THE WITNESS:

9     A.   That priority listing was based on the

10  outcome of the off-site.  That does not mean a

11  decision had been made to terminate them.  It's

12  that in the off-site that the discussion had been

13  they could be terminated.

14  BY MS. TROAKE:

15    Q.   When you say that they could be

16  terminated, what do you mean?

17    MR. LORENZINI:  Objection.

18  BY THE WITNESS:

19    A.   The off-site discussion about

20  termination was not a decision to terminate.  It

21  was a discussion of the leadership group that that

22  was a likely thing to do with the compound.  I

23  make that distinction because, in clinical

24  research, the decision to actually terminate,

1    which means no more patient receives drugs, is a

2    very complicated and very lengthy decision.

3          So the fact that the group had met off

4    site and said terminate does not mean that the

5    project had yet, in fact, been terminated.

6        MS. TROAKE:  Could you read that answer back,

7    please.

8              (WHEREUPON, the record was read

9              by the reporter.)

10   BY MS. TROAKE:

11       Q.   So I just want to flush that out, if I

12   might.

13          So "terminate" in your view relates to

14   whether patients will get that -- continue to get

15   that drug?  Do I understand that?

16       MR. LORENZINI:  Objection.

17   BY THE WITNESS:

18       A.   Terminate to me means whether or not

19   you continue to incrementally put new patients on

20   the drug or whether you continue to incrementally

21   advance the compound through trials.  It can mean

22   either one of those.

23   BY MS. TROAKE:

24       Q.   And in your experience, if you decide

1    not to incrementally -- I'm sorry, I can't

2    remember the phrase you used.

3        A.   Yeah, yeah.

4        Q.   If you decide not to continue to give

5    patients the drug, I will use that as shorthand.

6        A.   Yeah.

7        Q.   That's a complicated decision?

8        A.   Yes.

9        Q.   Okay.  And so if a pharmaceutical

10   company decided to stop or, better yet, decided

11   not to dose patients and halt a particular trial,

12   in your experience, would that decision likely be

13   reversed?

14       MR. LORENZINI:  Objection, incomplete

15   hypothetical.

16       MS. TROAKE:  I'm not finished.

17       MR. LORENZINI:  Okay.

18   BY MS. TROAKE:

19       Q.   Likely be reversed within 24 hours of

20   indicating to the people running the trial that

21   they want it terminated and stopped?

22       MR. LORENZINI:  Objection, lacks foundation.

23       MR. HAKEMI:  And to the form of the question.

24   BY THE WITNESS:

1        A.    It can be.

2      BY MS. TROAKE:

3        Q.    It can be reversed in 24 hours?

4        A.    Yes.

5        Q.    In your experience, have you ever had

6      that happen?

7        A.    Yes.  When a senior executive team

8      decides to terminate a compound, it's not a light

9      switch.  A lot of things then need to happen.  You

10     have to decide if a patient is receiving drugs, do

11     they continue to get the drug, are you going to

12     enroll new patients, are you going to let the

13     trial complete over the next year and then stop.

14          Termination comes in many flavors.  It

15     is very common for an executive team to have a

16     conversation about a drug and make a decision,

17     either yes or no or terminate or extend, and then

18     continue to think about that decision, to talk to

19     the clinical folks, to talk to your lead

20     investigators for a while.  And that's typically,

21     as I indicated earlier, a complicated, lengthy set

22     of conversations.

23          In my experience, the only time it's

24     very simple is if there is a life-threatening

1    safety issue with a drug, in which case a decision

2    to terminate is instant and like a light switch.

3    But in most cases, there is a lot of back and

4    forth.

5        Q.   Okay.  But if the company had gone

6    through a lot of back and forth and went through

7    that complicated discussion, decision-making

8    process, and made the decision to terminate, in

9    your experience, would you expect that it would

10   be -- that decision to terminate after that

11   lengthy process would be reversed within 24 hours?

12       MR. LORENZINI:  Objection, incomplete

13   hypothetical; mischaracterizes facts not in

14   evidence.

15       MR. HAKEMI:  Objection to form also.

16   BY THE WITNESS:

17       A.   It can happen.  In clinical trial

18   development, new data comes in, physicians have a

19   point of view, the team has a point of view.

20   Again, if it's a safety issue, it's very clear.

21   BY MS. TROAKE:

22       Q.   If it's not a safety issue?

23       A.   Things get reversed, people change

24   their minds.  It's quite common.

1    Q.    Over the course of 24 hours?

2    A.    Or months.

3    Q.    I guess I am focused on a much shorter

4    time period, not months.

5    A.    Have I seen a drug where a company

6    leadership decided to terminate and 24 hours later

7    changed its point of view, yes.

8    Q.    And in those instances, was it related

9    to safety?

10    A.    No.  It was different views about the

11    overall likelihood of the drug being approved and

12    the quality of the drug.

13    Q.    In your experience, did that drug

14    eventually make it to market?

15    A.    In most cases, no.

16    Q.    And in that instance you just

17    described, how long did the drug stay in

18    development after the decision to terminate was

19    reversed?

20    MR. LORENZINI:  Objection.

21    BY THE WITNESS:

22    A.    Eighteen months.

23    BY MS. TROAKE:

24    Q.    I am looking back to Exhibit 8 and the

1    page Bates-labeled 312.

2        A.    Yes.

3        Q.    This is model May 8 portfolio?

4        A.    Yes.

5        Q.    Do you have any recollection as to

6    whether ABT-518 and ABT-594 are included in the

7    portfolio as it is represented on this page?

8        A.    I have no recollection.

9        MS. TROAKE:  This is 9.

10    BY MS. TROAKE:

11        Q.    Ms. Hopfield, I put in front of you

12    what has been marked as Exhibit 9.

13        A.    Yes.

14        Q.    Could you take a look at that, please,

15    and let me know whether you recognize that

16    document.

17        A.    Yes.

18        Q.    What is it?

19        A.    It is the mandate to the various

20    therapeutic teams to pull together therapeutic

21    area presentations for a May off-site.

22        Q.    And was this the May off-site, the

23    follow-on to the March off-site that we already

24    talked about?

1      Q.   Did anyone else from McKinsey, other

2   than you, participate?

3      A.   I don't recall.

4      Q.   Did you take any notes in the course of

5   that meeting?

6      A.   I don't recall.

7      MS. TROAKE:  Here is Exhibit 10.

8   BY MS. TROAKE:

9      Q.   I put in front of you what has been

10   marked Exhibit 10.

11         Would you take a look at that, please,

12   and let me know whether you recognize it.

13      A.   Yes.

14      Q.   And what is it?

15      A.   It is a document which Michael Williams

16   and Doane Chilcoat prepared to try and quantify

17   and understand the scope of the new budget and

18   where money was coming from.

19      Q.   And was it prepared by McKinsey in the

20   course of its engagement by Abbott during 2001?

21      A.   Yes.

22      Q.   And was it provided to Abbott in any

23   form during the course of that engagement?

24      A.   I don't know for sure, but I believe

1    the answer is no.

2        Q.   So this document, like Exhibit 8, you

3    think was an internal McKinsey document?

4        A.   Yes.  That's its style.

5        Q.   What do you mean by that?

6        A.   It reads like a fact pack of listing of

7    budgets and listing of facts without a lot of

8    overview or additional analysis.  And so it has a

9    style that is consistent with a number of the fact

10   packs that Doane Chilcoat developed just so that

11   we could start to understand frankly what was

12   going on and where the opportunities were.

13       Q.   And if you just pull out Exhibit 8 for

14   a second.

15       A.   Yeah.

16       Q.   Which was the fact pack.

17       A.   Yeah.

18       Q.   Both Exhibit 8 and this Exhibit 10 on

19   the first page have this short paragraph on the

20   front --

21       A.   Yes.

22       Q.   -- that talks about the use of the

23   report and it not being distributed outside the

24   client organization.

1    list.

2       A.   Yes.

3       Q.   They are the last two on that list.

4            Do you recall how this list was

5    compiled and why these particular compounds were

6    characterized by McKinsey as low-ranked projects?

7       MR. LORENZINI:  Objection to the form.

8    BY THE WITNESS:

9       A.   Similar to what I described before.  We

10   took the outcome of the development review and

11   took projects that plausibly were not looking very

12   attractive, and certainly anything that was

13   terminated or hold would fit into that category.

14   So this was our preliminary sense of if you put

15   those together to do the thought exercise of

16   what's the total value.

17   BY MS. TROAKE:

18      Q.   Do you recall whether McKinsey

19   ultimately made a recommendation to Abbott to

20   finally terminate ABT-594 and 518?

21      MR. LORENZINI:  Objection.

22   BY THE WITNESS:

23      A.   We made no recommendations on the

24   termination of any product.

1    BY MS. TROAKE:

2        Q.   I put in front of you what has been

3    marked Exhibit 11.

4        If you could take a moment to look at

5    that, please, and let me know whether you

6    recognize that document.

7        A.   Yes, I do.

8        Q.   And what is it?

9        A.   It is an e-mail I sent to Jeff

10   following up on a number of action items from the

11   R&D strategy off-site.

12       Q.   Now, the e-mails, both the top e-mail,

13   where you are sending it to Patricia Weber, which,

14   again, as the other e-mail we saw, says, "Please

15   print and put in mail folder."  Right?

16       A.   Yes.

17       Q.   And your e-mail to Mr. Leiden and

18   others are both dated May 6, '01, right?

19       A.   Yes.

20       Q.   And your e-mail to him at the beginning

21   says, "Jeff, below are a few items from our Friday

22   afternoon session."

23       If you look back at exhibit -- the last

24   one we were looking at -- Exhibit 10, that

1    discussion document is dated May 5, 2001.

2        A.   Yes.

3        Q.   Which is in and around the time you are

4    sending these e-mails.

5            Does that refresh your recollection at

6    all as to whether that discussion document was

7    used in a meeting with Abbott personnel?

8        MR. LORENZINI:  Objection.

9    BY THE WITNESS:

10       A.   I do not believe the more that I look

11   at that Exhibit 10 that that would have been used

12   with Abbott personnel.  It does not have the style

13   and the kind of content that we would be sharing

14   with the client or a broader team.

15           I believe this was an internal document

16   that Doane Chilcoat developed to help us think

17   about things.  There most likely was some document

18   on May 5th, but I do not believe it was that

19   document.

20   BY MS. TROAKE:

21       Q.   At the bottom of your e-mail, you have

22   a few bullet points.

23       A.   Yes.

24       Q.   The second bullet point says, "Previous

1   BY MS. TROAKE:

2       Q.   Do you recall getting any response back

3   from Dr. Leiden to this e-mail of May 6, '01?

4       A.   I don't recall.

5       Q.   Do you recall any discussions with him

6   regarding this e-mail or any of the attachments

7   following that e-mail?

8       A.   No.

9       Q.   Do you recall hearing from Dr. Leonard

10  or Dr. Leiden or Mr. Funck or Mr. Frapaise or

11  anyone on the R&D steering committee that there

12  was anything incorrect on this initial portfolio

13  prioritization that they had received?

14      MR. LORENZINI:  Objection.

15  BY THE WITNESS:

16      A.   I don't recall.

17  BY MS. TROAKE:

18      Q.   The Friday afternoon session that you

19  refer to in the first paragraph --

20      A.   Yes.

21      Q.   -- what was that?

22      A.   I have no recollection.

23      Q.   And you also say that you -- below are

24  a few items for you to pass on as appropriate to

1    the group.

2         Is that reference to the group, do you

3    recall, the same as the one we were just talking

4    about?

5         A.   Yes.

6         Q.   Do you know whether Mr. Leiden ever

7    forwarded this information to that group?

8         MR. LORENZINI:  Objection, calls for

9    speculation.

10   BY THE WITNESS:

11        A.   I don't know.

12   BY MS. TROAKE:

13        Q.   Looking at the attachments, the first

14   one, the R&D strategy retreat, next steps by TA on

15   project.

16        A.   Yes.

17        Q.   Is this a document that you created or

18   someone at McKinsey created?

19        A.   Yes.

20        Q.   And do you know, do you recall what --

21   let me start again.

22        Was this document created in the course

23   of your engagement with Abbott on the Knoll

24   integration?

1      A.   Yes.

2      Q.   And it was provided to at least

3   Dr. Leiden based on the e-mail, right?

4      A.   Yes.

5      Q.   Okay.  Do you know what the purpose or

6   do you recall what the purpose of this particular

7   document was?

8      MR. LORENZINI:  Objection.

9   BY THE WITNESS:

10      A.   Yes.  They were the transcribed flip

11   chart notes of a discussion about next steps.

12   BY MS. TROAKE:

13      Q.   And whose notes were they?

14      A.   I don't recall who was at the flip

15   chart.

16      Q.   Who was at the what?

17      A.   At the flip chart.

18      Q.   Okay.  So do I have it right, someone

19   is writing on a flip chart?

20      A.   Someone is writing, and this is my --

21   my team member transcribing that into an e-mail

22   form, into an electronic form.

23      Q.   Do you recall whether the person at the

24   flip chart was an Abbott person or a McKinsey

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1    person?

2        A.   No, I do not recall.

3        Q.   Is it likely that it was a McKinsey

4    person?

5        A.   Yes.

6        Q.   And why would that be?

7        A.   Because that was typically a role that

8    we played in the sessions, was to help facilitate

9    and organize.

10       Q.   And the person at the flip chart, would

11   they be just the transcriber of what was being

12   discussed --

13       A.   Yes.

14       Q.   -- at the meeting?

15           On that document, "R&D strategy

16   retreat," the last item on the first page is

17   ABT-518, and it says, "terminate."

18       A.   Yes.

19       Q.   Do you recall why that reference was

20   put down on the flip chart, what the discussion

21   was around that?

22       MR. LORENZINI:  Objection.

23   BY THE WITNESS:

24       A.   No.

1     Q.   And in the upper right-hand corner

2     there is a 5/01.

3         Do you see that?

4     A.   Yes.

5     Q.   Does that indicate you took the notes

6     in May of '01?

7     A.   Yes.

8     Q.   And do you recall whether these notes

9     were the ones that you took in relation to that

10    Friday session that you referred to in the e-mail

11    we were just looking at?

12    A.   I don't recall if it was the Friday

13    session.  I think it's more likely to have been

14    the notes from the strategy off-site, from the

15    discussion across TA, which I think was not on a

16    Friday afternoon.

17    Q.   Do you recall when that off-site was?

18    A.   I could tell from the documents, but I

19    don't recall the dates off the top of my head.

20    Q.   One of the documents you have already

21    seen?

22    A.   Yes.

23    Q.   Which one?

24    A.   I think I have seen it.  I'm sorry.

1    These would be notes from the R&D strategy retreat

2    as listed on that document.  So May 2nd through

3    4th.

4        MR. LORENZINI:  Which exhibit?

5    BY MS. TROAKE:

6        Q.    You are referring to Exhibit 9?

7        A.    Yes.

8        Q.    Okay.

9        A.    I believe these are my notes from that

10   multiday off-site.

11       Q.    And you referenced this page; is that

12   right?

13       A.    Correct.

14       Q.    Which is Bates-labeled 323307?

15       A.    Yes.

16       Q.    Okay.  And that was May -- I'm sorry,

17   2nd through 4th, did you say?

18       A.    Yes, that's my belief.

19       Q.    And these notes -- if you could for me,

20   the notes on the first page --

21       A.    Yes.

22       Q.    -- I couldn't read.

23       A.    I understand.

24       Q.    If you could just read for me as best

1    5:26 p.m.

2              EXAMINATION

3    BY MR. LORENZINI:

4         Q.   I will try to keep this as short as

5    possible.

6         A.   All right.

7         Q.   Could you turn to Exhibit 15, please.

8         A.   This one?

9         Q.   Yes.

10        A.   Okay.

11        Q.   And this is the steering committee

12   presentation entitled May 25, 2001.

13        A.   Yes.

14        Q.   Could you turn to page 8, please.

15        A.   Yes.

16        Q.   If you look at the heading on page 8,

17   it says, "Proposed program rationalization."

18        A.   Yes.

19        Q.   And then below that, it states "2001

20   external savings if terminated, June 1, 2001."

21        A.   Yes.

22        Q.   Based on the use of the word "proposed"

23   in the heading and then the use of the word "if"

24   in the subheading -- or the column heading, would

1    it be fair to say that ABT-518 had not been

2    terminated as of the date of this May 25, 2001

3    document?

4        MS. TROAKE:  Objection.

5    BY THE WITNESS:

6        A.    Yes.

7    BY MR. LORENZINI:

8        Q.    Could you turn to Exhibit 11, please.

9        A.    Yep.

10       Q.    And turn to page MCK 410.

11       A.    Yes.

12       Q.    I believe you testified that this

13   portion of the document reflects someone's

14   transcription of notes from a flip chart.

15       A.    Right.

16       Q.    Would I be correct in assuming that the

17   notes that were taken on the flip chart did not

18   reflect everything that was said during that

19   meeting?

20       A.    Correct.

21       MS. TROAKE:  Objection.

22   BY MR. LORENZINI:

23       Q.    So there may be additional discussion

24   regarding the compounds listed here beginning on

1    page MCK 410 that was not reflected on the flip

2    charts or in this transcript of the flip charts?

3        A.   Yes.

4        MS. TROAKE:  Objection.

5    BY MR. LORENZINI:

6        Q.   For example, if ABT-518 -- if there was

7    discussion at the early May off-site retreat about

8    terminating 518, if the results released by Pfizer

9    and other companies regarding their MMPI compounds

10   at the ASCO conference was negative, if there was

11   discussion of possibly terminating 518 based on

12   the results of those trials to be released in mid

13   May, that wouldn't necessarily be reflected here?

14       MS. TROAKE:  Objection.

15   BY THE WITNESS:

16       A.   Right.

17   BY MR. LORENZINI:

18       Q.   And you don't recall one way or the

19   other whether there was discussion at this early

20   May meeting about the ASCO conference coming up?

21       A.   I don't recall.

22       Q.   It might have been discussed, you just

23   can't recall?

24       A.   I can't recall.

1      MS. TROAKE:  Objection.

2   BY MR. LORENZINI:

3      Q.   If you will turn to Exhibit 14, please.

4      A.   Yes.

5      Q.   And specifically to page MCK 539.

6      A.   Yes.

7      Q.   And take a look, please, at the top of

8   that page at the bar chart for ABT-594.  It's the

9   last bar chart on the top of the page.

10     A.   Yes, I have it.

11     Q.   And I think you testified that these

12  bar charts reflected the ratings that were

13  assigned by people who were in attendance at the

14  portfolio review meeting.

15     A.   That's right.

16     Q.   And so am I correct in reading this

17  that -- well, let me first establish, there is

18  some shading for these bar charts, and the

19  shading, the meaning of the shading is represented

20  by what's in the upper right-hand corner, the key?

21     A.   Yes.

22     Q.   And it says no shading means continue,

23  gray shading means pending and dark shading means

24  eliminate/hold?

1    A.   That's right.

2    Q.   And so am I correct in reading this

3    that only 14 percent of people in attendance at

4    the portfolio review meeting favored eliminating

5    or holding ABT-594?

6    A.   Yes.

7    Q.   And, I'm sorry, were these votes, were

8    they a tally of everyone who attended the meeting?

9    A.   Yes.  This was a -- as a tool, largely

10    to have everyone feel like they were

11    participating.  All participants at the meeting

12    were invited to fill out these evaluations.  That

13    would have been more than 20 people.  I can't

14    remember the total.  So it is the full set of

15    people representing Abbott Knoll of cross

16    functions, et cetera.

17    Q.   And at that meeting of those people

18    participating in that review, 62 percent favored

19    deferring any decision on ABT-594?

20    MS. TROAKE:  Objection.

21    BY THE WITNESS:

22    A.   Correct.

23    BY MR. LORENZINI:

24    Q.   And that's consistent with what we saw

1    on Exhibit 5, if you could reference that one?

2        A.    Yes, it's consistent with that exhibit.

3        Q.    And specifically on page 3 of that

4    exhibit, under "Next step," it says, "Await

5    results from ongoing Phase II trial."

6            And is it your recollection that people

7    at the portfolio review meeting favored deferring

8    any decision on ABT-594 until the data from the

9    ongoing Phase II trial were available?

10       MS. TROAKE:  Objection.

11   BY THE WITNESS:

12       A.    Yes.  But to clarify the portfolio

13   prioritization, that column on this is not the

14   outcome of the broad survey.  It is the outcome of

15   the executive committee discussion at the end of

16   the day.

17   BY MR. LORENZINI:

18       Q.    Okay.  So the majority of the broader

19   group that participated in the rating surveys

20   favored deferring any decision?

21       A.    Yes.

22       Q.    But also the executive group that met

23   at the end similarly favored deferring decision

24   until the results of the Phase II trial were

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1    available?

2        A.   Right.

3        MS. TROAKE:  Objection.

4    BY MR. LORENZINI:

5        Q.   And I believe you testified earlier

6    that the probable T on page 3 of Exhibit 5

7    represented a guess by people in that executive

8    group regarding the likelihood of ABT-594

9    continuing and that that was based on their sort

10   of general knowledge and results from studies

11   other than the ongoing Phase II trial?

12       A.   Correct.

13       MS. TROAKE:  Objection.

14   BY MR. LORENZINI:

15       Q.   And you don't recall hearing anything

16   in that discussion about dropout rates in the

17   Phase II trial?

18       MS. TROAKE:  Objection.

19   BY THE WITNESS:

20       A.   No.

21   BY MR. LORENZINI:

22       Q.   And so the probable T does not reflect

23   any assessment based on the Phase II trial since

24   that hadn't been completed yet, correct?

1      MS. TROAKE:  Objection.

2    BY THE WITNESS:

3      A.   It was their cumulative judgment, which

4    could include some aspects of Phase II.  Because

5    although the final results weren't in, they would

6    be aware of some parameters of the trial.  So I

7    think it was the collective set of experiences

8    they had with the compound which could have

9    included aspects of the drug.

10   BY MR. LORENZINI:

11     Q.   Aspects in terms of the protocol for

12   the trial, the dose ranging aspects of it, et

13   cetera?

14     MS. TROAKE:  Objection.

15   BY THE WITNESS:

16     A.   Yes.  But also comments from

17   investigators, adverse event reports that had gone

18   to the agency and therefore were known.

19   BY MR. LORENZINI:

20     Q.   But you don't know -- do you recall

21   anything --

22     A.   I don't recall any specific comments.

23   I am simply indicating that that probable T was

24   the full weight of the clinical experiences they

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1    had, which would include some sense of what was

2    happening in Phase II.

3        Q.    But you don't recall any specific

4    comments about what was going on in Phase II?

5        A.    No, I do not.

6        Q.    You don't recall any comments about

7    dropout rates in Phase II?

8        MS. TROAKE:  Objection.

9    BY THE WITNESS:

10       A.    No.

11   BY MR. LORENZINI:

12       Q.    And you don't recall any comments about

13   adverse events in Phase II?

14       A.    No.

15       MS. TROAKE:  Objection.

16   BY MR. LORENZINI:

17       Q.    So your testimony just a moment ago

18   about their assessment could include various

19   aspects about adverse events being reported to the

20   FDA, you don't know whether, in fact, that had

21   occurred?  Those are just the types of things --

22       A.    Those are illustrative things that

23   clinicians will look at, correct.

24       Q.    But, in fact, in this particular

1    instance you don't know whether they were basing

2    their guess on that information?

3        A.   No.

4        Q.   And if you turn back to Exhibit 14,

5    please, that same page we were looking at.  That's

6    the one with the bar charts.

7        A.   Yes.

8        Q.   If you look at the bar chart for 518,

9    ABT-518.

10       A.   Uh-huh.

11       Q.   Also on page MCK 539.

12       A.   Yes.

13       Q.   Am I reading it correctly that the

14   majority of the group that participated in this

15   rating survey favored either continuing with the

16   program or deferring decision?  And I am looking,

17   specifically adding the 26 percent --

18       A.   Yes.

19       Q.   -- that favored continuation and the

20   30 percent that favored categorizing it as

21   pending.

22       A.   Yes.

23       Q.   So a total of 56 percent favored either

24   continuing the program or deferring the decision

1    on continuation?

2      A.   Yes.

3      Q.   And that's consistent -- is that

4    consistent with the views of the executive group

5    as reflected on Exhibit 5?  If you look -- strike

6    that question.

7          If you turn to Page 425 of Exhibit 5.

8      A.   Yes.

9      Q.   You will see that under "Next steps" on

10   518, it says, "Wait for May results from Pfizer,"

11   "will save $100 million" and "reevaluate."

12     A.   Yes.

13     Q.   So the executive group favored

14   deferring any decision on ABT-518 until results --

15   until the reevaluation that was to take place

16   after results were released by Pfizer in May?

17     A.   That's right.

18     MS. TROAKE:  Objection.

19   BY MR. LORENZINI:

20     Q.   And so it was the views of the --

21   strike that.

22         The initial portfolio prioritization

23   document that we have seen, for example, the one

24   that is attached to your e-mail to Jeff Leiden

1    that was marked as Exhibit 5 --

2        A.    Yes.

3        Q.    -- am I correct you personally only

4    provided a copy of this document to Jeff Leiden?

5        MS. TROAKE:  Objection.  I think Exhibit 5 is

6    from Michael Williams, the e-mail.

7        MR. LORENZINI:  Thank you for that

8    clarification.

9    BY MR. LORENZINI:

10       Q.    If you look at Exhibit 5, there is an

11   e-mail, the second e-mail down from Michael

12   Williams to Jeff Leiden attaching the initial

13   portfolio prioritization document.

14       A.    Yes.

15       Q.    There is no one else from Abbott listed

16   in the "To" or "CC" column.

17       A.    Correct.

18       Q.    Is it correct, then, that to your

19   knowledge Michael Williams only provided a copy of

20   that document to Jeff Leiden?

21       A.    I don't know.

22       Q.    You don't know whether he provided it

23   to anyone else?

24       A.    That's right.

1      Q.   And did you ever provide it to anyone

2    else at Abbott personally?

3      A.   I don't know.

4      Q.   You don't recall?

5      A.   I don't recall.

6      Q.   And you don't know whether anyone else

7    at McKinsey provided the initial portfolio

8    prioritization document to anyone?

9      A.   I don't recall.

10     Q.   Turn to, please, if you would, to

11   Exhibit 8.

12     MS. TROAKE:  Which one?

13     MR. LORENZINI:  Overview of Abbott R&D fact

14   pack, April of 2001.

15     MS. TROAKE:  Thank you.

16   BY THE WITNESS:

17     A.   Yes.

18   BY MR. LORENZINI:

19     Q.   If you could turn, please, to page

20   MCK 309.

21     A.   Yes.

22     Q.   Strike that.

23        Turn to page 310, please.

24     A.   Yes.

1    Q.   If you look under the row that is

2    ABT-518, you will see that priority is listed as

3    H.

4    A.   Yes.

5    Q.   Is that a reference to hold?

6    A.   Yes, it is.

7    Q.   And that is a reference to the same

8    thing we saw on the initial portfolio

9    prioritization document --

10    A.   That's right.

11    Q.   -- the recommendation?

12    MS. TROAKE:  Objection, mischaracterizes the

13    prior document.

14    BY MR. LORENZINI:

15    Q.   And if you turn to the next page,

16    page 311.

17    A.   Yes.

18    Q.   You will see there's a few -- there are

19    several compounds listed on that page, and none

20    are listed as hold.  They are either listed as

21    terminate, pending or continue.  And 518 is listed

22    there as terminate.  That terminate doesn't

23    reflect the actual rating that was assigned to

24    ABT-518 at the portfolio review, correct?

1      MS. TROAKE:  Objection.

2    BY THE WITNESS:

3      A.   Correct.

4    BY MR. LORENZINI:

5      Q.   And if you turn back to page 310, I

6    believe -- strike that.

7        I think we have seen on the other

8    documents that ABT-518 was either characterized as

9    hold or hold/T.

10       Is it safe to assume that the

11   information on 311 is an inaccurate or imprecise

12   description of the priority rating that was

13   assigned to ABT-518?

14     A.   Yes --

15     MS. TROAKE:  Objection.

16   BY THE WITNESS:

17     A.   35 is a thought exercise.

18   BY MR. LORENZINI:

19     Q.   And by "thought exercise" -- this

20   page 311 is headed "Potential savings from

21   terminating development projects."

22     A.   Exactly.  And it also lists terminating

23   some programs that are under a continue, so it was

24   really designed to help us understand, you know,

1    how much money is available.

2       Q.   If we decided to terminate?

3       A.   Correct.

4       Q.   And that is also reflected in the

5    heading over on the right "2001 budget if killed

6    mid May"?

7       A.   Yes.

8       Q.   So under "Priority," those aren't

9    decisions that have been made, those were just

10   options under consideration?

11      A.   Correct.

12      Q.   And if you could turn to Exhibit 10,

13   please.

14      MS. TROAKE:  Is that the May 5th?

15      MR. LORENZINI:  It's the May 5th discussion

16   document.

17   BY MR. LORENZINI:

18      Q.   Turn to page MCK 210, please.

19      A.   Yes.

20      Q.   This page is headed "Potential savings

21   from low-ranked projects."  And if you look down

22   at the bottom you will see "Pain-ABT-594,"

23   "Rating," "pending."

24      A.   Yes.

1     Q.    And then below that, "Oncology

2    ABT-518," "Rating," "terminate/hold."

3     A.    Yes.

4     Q.    And I know we have seen on some

5    documents ABT-518 was described as having a rating

6    of hold and on others hold/T.

7     A.    Yes.

8     Q.    Putting that distinction aside, these

9    ratings that are here reflect some of the other --

10    reflect ratings that we have seen in some of the

11    other initial portfolio prioritization documents?

12     A.    Correct.

13     Q.    ABT-518 was characterized sometimes as

14    hold and sometimes as hold/T?

15     A.    Yes.

16     Q.    If you turn to page 22 of the document,

17    internal No. 22, Bates MCK 226.

18     A.    Yes.

19     Q.    This page is headed "Potential savings

20    - pain," and then under 594, it has "Development

21    review rating," "terminate."

22     A.    Yes.

23     Q.    Does the assignment of the word

24    "terminate" there to 594 -- does that, similarly

1    to the document we just looked at, reflect a

2    thought exercise as to how much would be saved if

3    Abbott decided to terminate 594?

4        A.    The page is that thought exercise.

5    That column is reflecting the discussion of the

6    development review.

7        Q.    But if you turn back to Exhibit 5, just

8    to refresh your recollection, the rating that was

9    assigned to -- why don't you turn, please, to MCK

10    427 of Exhibit 5.

11        A.    Yes.

12        Q.    And just read for me there the rating

13    that was assigned to ABT-594 at the March

14    portfolio --

15        A.    It's listed there as P.

16        Q.    Not T?

17        A.    Not T.

18        Q.    So am I correct that the accurate

19    description of the development review rating for

20    594 from the March portfolio review was pending?

21        A.    Yes.

22        MS. TROAKE:  Objection.

23    BY MR. LORENZINI:

24        Q.    And is it possible, then, that the

1    listing of terminate on page 22 of the May

2    document we looked at is simply an error?

3        MS. TROAKE:  Objection.

4    BY THE WITNESS:

5        A.    That is possible.  Again, this document

6    was a fact pack developed for -- I believe, for

7    McKinsey internal use, and so I suspect it is

8    plausible there are errors in it.

9    BY MR. LORENZINI:

10        Q.    And is that because it's an internal

11    document, it doesn't go through the same sort of

12    quality controls?

13        A.    Correct.

14        Q.    And if you look at Page 19 of

15    Exhibit 10, you will see 518 is listed there as

16    development review rating terminate, which is

17    inconsistent with what we have seen in the initial

18    portfolio review documents --

19        MS. TROAKE:  Objection.

20    BY MR. LORENZINI:

21        Q.    -- that listed the priority of 518 as

22    either hold or hold/T.

23        MS. TROAKE:  Objection.

24    BY THE WITNESS:

1      A.   Yes.

2    BY MR. LORENZINI:

3      Q.   And here it's just listed as terminate.

4      A.   Yes.

5      Q.   Do you believe that is another

6    potential inaccuracy or imprecise description?

7      MS. TROAKE:  Objection.

8    BY THE WITNESS:

9      A.   I believe in both cases, as I reflect

10    upon it, that because this was a thought exercise,

11    it was important not to have things being pending.

12    They had to be put in a category, you are either

13    continuing in or you are not.  And so for the

14    thought exercise of understanding savings, if it

15    was a hybrid category, it would terminate.

16      The right way to do this analysis would

17    be to characterize it as terminate and see what

18    the dollars are.  Again, this was not a McKinsey

19    decision or recommendation, but it was simply the

20    thought exercise as to what the money would be.

21      Q.   Right.  And just going back to Exhibit

22    5 for a moment, the initial portfolio

23    prioritization.

24      A.   Yes.

1    Q.   I think you testified earlier that the

2    ratings that were assigned to the compounds in

3    this document, those were not -- those don't

4    reflect decisions that had been made, those were

5    options that were under consideration and initial

6    thoughts?

7    A.   That was the collective viewpoint of

8    the group at the end of the day.

9    Q.   But the decisions as we saw, I think,

10   for some of the timelines regarding budgeting and

11   which projects to continue with, final decisions

12   were to be made in May, correct?

13   A.   Correct.

14   MR. LORENZINI:  Give me 30 seconds.  I will

15   see if I have anything else.

16          (WHEREUPON, there was a short

17          pause.)

18          (WHEREUPON, a certain document

19          was marked Hopfield Deposition

20          Exhibit No. 23 for

21          identification, as of 6/18/07.)

22   BY MR. LORENZINI:

23   Q.   Turn to Exhibit 2, please.

24   A.   Yes.

Hopfield, Jessica (Linked)  6/18/2007  1:01:00 PM

1    Q.    You may recall earlier you answered

2    some questions regarding Exhibit C2, Deposition

3    Exhibit 2.

4    A.    Yes.

5    Q.    And that's a document entitled "Meeting

6    mechanics global pharmaceutical R&D strategy

7    retreat, March 2nd through 4th 2001."

8    A.    Yes.

9    Q.    If you look through the document, you

10    will see -- Exhibit C, that is -- there is

11    reference to TA presentations.

12    A.    Yes.

13    Q.    And what do you understand TA to mean?

14    A.    Therapeutic area.

15    Q.    You have before you what has been

16    marked as Exhibit 23.

17    A.    Right.

18    MS. TROAKE:  Do I have a copy of 23?

19    MR. HAKEMI:  Here you go.

20        (WHEREUPON, the document was

21        tendered to Counsel.)

22    MS. TROAKE:  Thank you.

23    BY MR. LORENZINI:

24    Q.    Exhibit 23 is an e-mail dated April 10,

1    2001, from Beatrice Rendenbach to people at

2    Abbott.

3        A.   Yes.

4        Q.   And it's attaching -- the e-mail says,

5    "I have just received the attached templates for

6    the strategy retreat from Matthias Lutz."

7            And if you will turn to the third page

8    into the document.

9        A.   Yes.

10       Q.   You will see another copy of what was

11   shown to you before as Exhibit C of Exhibit 2.

12       A.   Yes.

13       Q.   And it's also titled "Meeting

14   mechanics, March 2nd through 4th, 2001."

15       A.   Yes.

16       Q.   And do you recall that the off-site

17   meeting that took place in May was May 2nd through

18   4th?  I think we saw that in some of the earlier

19   documents.

20       A.   I think that's right.  I am getting

21   tired, so I am getting fuzzy on the dates, but,

22   yes.

23       Q.   I am wondering here, given the fact

24   that March 2nd through -- there is a reference to

1    dates of 2nd through 4th in this meeting mechanics

2    document --

3         A.   Yes.

4         Q.   -- and also just looking through the

5    substance of the document, I am wondering if it's

6    possible this meeting mechanics document, that the

7    March is a mistake and that is actually a meeting

8    mechanics document for the May 2nd through 4th

9    off-site meeting.

10         Maybe you can take a second to look

11    through it to look at what the agenda is.

12         A.   I am embarrassed to say I think you

13    are, in fact, correct because the second meeting

14    in May was, in fact, very focused on the

15    therapeutic areas and had the kind of overviews of

16    the TA presentations that are listed here as well

17    as the fact that the e-mail is, in fact, occurring

18    on April 10th, which is after March.  So that is

19    the likely explanation, yes.  These are the kind

20    of therapeutic area presentations the strategy

21    retreat was focused on.

22         MR. LORENZINI:  I think those are all the

23    questions that I have.  Yeah, that's all I have.

24    Thank you very much.

**DEPOSITION EXHIBIT 4**

**PLT'S EXHIBIT FC**

CH-228011-049-MADRAS/bRD



# BUILDING A WORLD OF OPPORTUNITIES TOGETHER



Abbott Laboratories

## Development portfolio review kick-off
## March 7, 2001

**CONFIDENTIAL**

CH-22011-049-MADRAS/jbRD

1

# STRUCTURE OF PRESENTATION

*PAGE NOT TO BE INCLUDED IN PRESENTATION*

**Slides**



- Introduction (page 2)
- Who "we" are (page 3)
- Objectives (page 4)
- Decision-making approach (page 5)



- Ground rules (page 6)
- Agenda (pages 7-9)

CONFIDENTIAL

MCK 00378

CH-228011-049-MADRAS/jbRD

2

# INTRODUCTION

- Our goal is to be the world's premier health care company

- Together we must build a leading, global R&D portfolio by leveraging our
  – Outstanding scientists
  – Exciting technologies
  – Scale
  – Global reach

- This unified portfolio review process is the first step in achieving our goal
  – Success will require tough choices

CONFIDENTIAL

MCK 00379

CH-228011-049-MADRAS/pRD

3

# WHO "WE" ARE – COMBINED STRENGTH

## People

| | |
|---|---|
| • Total employees | 70,700 |
| • Number of scientists | 5,400 |

## Pipeline

| | |
|---|---|
| • Preclinical | >30 |
| • In development | 46 |
| –Phase 1 | 16 |
| –Phase 2 | 17 |
| –Phase 3 | 13 |
| • Filed | 5 |

## Capabilities

| | |
|---|---|
| • Total facilities | 156 |
| • Manufacturing sites worldwide | 67 |
| • Global pharmaceutical R&D investment | ~$950 million |

CONFIDENTIAL

MCK 00380

# OBJECTIVES FOR THIS WEEK'S REVIEW MEETING

- To gain a shared understanding of all development projects across the new company

- To identify the critical issues, timelines, and upcoming decisions for each project, emphasizing
  - Clinical
  - Commercial merits

- To provide senior management with the technical inputs necessary to make portfolio decisions over the coming weeks

CH-22801-049-MADRAS/jbRD

4

CONFIDENTIAL

MCK 00381

CH-228011-049-MADRAS/jbRD

5

# DECISION-MAKING APPROACH GOING FORWARD



**What**
- Classify products into three groups
  1. Projects to definitely retain
  2. Projects warranting further discussion/assessment
  3. Projects which will not be retained



**When**
- Initial list of projects in the third group will be communicated within 1-2 weeks
- All other projects to continue as planned until final prioritization completed by early May



**How**
- Single uniform process across the combined portfolio
- Consistent set of criteria to evaluate all project opportunities

CONFIDENTIAL

MCK 00382

CH-22801-049-MADRAS/bRD

6

# MEETING GROUND RULES



**Presenters**

- Provide fact-based, objective perspective on the project
  - Focus on most important issues (given time constraint)
  - Identify critical milestones and funding requirements
  - Propose the product plan and give your rationale

- Stay for presentations within own individual therapeutic area/venture groups



**Audience**

- Ask questions of clarification during the time allocated for discussion

- Respect time constraints

- Maintain strict confidentiality of the material presented

CONFIDENTIAL

MCK 00383

# AGENDA – WEDNESDAY, MARCH 7

| | | Presentation | Discussion | Presenter |
|---|---|---|---|---|
| 7:30 a.m. | Welcome/Introduction | 10 minutes | 10 minutes | J. Leiden |
| 7:40 a.m. | Meeting objectives | 10 minutes | 10 minutes | J. Leonard |
| | **Anti-infectives** | | | |
| 7:50 a.m. | ABT-492 | 20 minutes | 5 minutes | C. Craft |
| 8:15 a.m. | HSR-903 | 30 minutes | 10 minutes | T. Hirose/R. Krauthmeier |
| | **Anti-virals** Triangle projects | | | |
| 8:55 a.m. | • HIV and HBV (FTC; DAPD) | 30 minutes | 10 minutes | M. Health-Chiozzi |
| 9:35 a.m. | *Morning Break* | | | |
| | **Urology** | | | |
| 9:55 a.m. | BSF 42027 (ETA/BPH) | 30 minutes | 10 minutes | M. Luz/U. Legler |
| | **Asthma** | | | |
| 10:35 a.m. | Hokunalin tape | 15 minutes | 5 minutes | T. Hirose/R. Krauthelmer |
| | **Oncology** | | | |
| 10:55 a.m. | ABT-510 | 20 minutes | 15 minutes | P. Nisen |
| 11:30 a.m. | ABT-751 | 20 minutes | 15 minutes | P. Nisen |
| 12:05 p.m. | *Lunch* | | | |
| 1:05 p.m. | ABT-518 | 15 minutes | 5 minutes | P. Nisen |
| 1:25 p.m. | Rubitecan | 20 minutes | 5 minutes | P. Nisen |
| 1:50 p.m. | Theragyn | 20 minutes | 5 minutes | P. Nisen |
| 2:15 p.m. | ABT-627 | 30 minutes | 10 minutes | P. Nisen |
| 2:50 p.m. | *Afternoon break* | | | |
| | **Cardiology** | | | |
| 3:15 p.m. | Darusentan (LU 135252) and other ETAs | 30 minutes | 10 minutes | M. Luz/U. Legler |
| | **Thrombosis** | | | |
| 3:55 p.m. | PEG-hirudin | 30 minutes | 10 minutes | V. Ifthekar/U. Legler |
| 4:35 p.m. | Ancord | 30 minutes | 10 minutes | N. Bender |
| 5:15 p.m. | Urokinase/Pro-urokinase | 30 minutes | 10 minutes | S. Guptha |

CH-22801-049-MADRAS/bRD

7

CONFIDENTIAL

CH-22801-1-049-MADRAS/jbRD

8

# AGENDA – THURSDAY, MARCH 8

| | | Presentation | Discussion | Presenter |
|---|---|---|---|---|
| | **Neuroscience** | | | |
| 7:30 a.m. | ABT 694 | 30 minutes | 10 minutes | B. McCarthy |
| 8:10 a.m. | ABT-963 | 15 minutes | 15 minutes | Granneman/Doan/Bell |
| 8:40 a.m. | BSF 201640 | 30 minutes | 10 minutes | B. Rendenbach-Mueller/B. Hargan |
| 9:20 a.m. | BSF 74398 (Parkinson) | 30 minutes | 10 minutes | |
| 10:00 a.m. | *Morning Break* | | | |
| 10:20 a.m. | Dilaudid OROS | 45 minutes | 15 minutes | B. Gold/R. Krautheimer |
| 11:20 a.m. | BSF 190555 (Schizophrenia) | 30 minutes | 10 minutes | B. Rendenbach-Mueller/B. Hargan |
| 12:00 p.m. | *Lunch* | | | |
| 1:00 p.m. | Hydrocodone | 10 minutes | 10 minutes | Abbott (TBD) |
| 1:20 p.m. | Bimoclomol ( ABT-822) | 30 minutes | 10 minutes | B. Wallin |
| | **Gastro-enterology** | | | |
| 2:00 p.m. | Ganaton (pro-kinetic) | 15 minutes | 5 minutes | S. Dawe/R. Krautheimer |
| 2:20 p.m. | TU-199 (proton pump inh.) | 30 minutes | 10 minutes | T. Hirose/ R. Krautheimer |
| 3:00 p.m. | AU-224 (colon pro-kinetic) | 20 minutes | 5 minutes | T. Hirose/ R. Krautheimer |
| 3:25 p.m. | *Afternoon break* | | | |
| | **Phase III Projects** | | | |
| 3:45 p.m. | Levosimendan | 30 minutes | 15 minutes | C MacLeod |
| 4:30 p.m. | Rythmol SR | 30 minutes | 15 minutes | A. Pethö-Schramm/U. Legler |
| 6:15 p.m. | D2E7 | 45 minutes | 30 minutes | C. Spiegler/E. v. Borcke |

**CONFIDENTIAL**

MCK 00385

# AGENDA – FRIDAY, MARCH 9

CH-228011-049-MADRAS/jbRD

9

|  |  | Presentation | Discussion | Presenter |
|---|---|---|---|---|
| 7:30 a.m. | Phase III (Continued) |  |  |  |
|  | Segard | 45 minutes | 15 minutes | L. Daum/E. v. Borcke |
| 8:30 a.m. | J695 | 30 minutes | 10 minutes | R. Janocha/E. v. Borcke |
| 9:10 a.m. | Clivarine | 30 minutes | 15 minutes | F. Misselwitz/U. Legler |
| 9:55 a.m. | *Morning break* |  |  |  |
| 10:15 a.m. | ABT-773 | 30 minutes | 15 minutes | C. Craft |
| 11:00 a.m. | Phase IV Projects |  |  |  |
|  | Clarithromycin | 15 minutes | 5 minutes | C. Olson |
| 11:20 a.m. | Omnicef | 15 minutes | 5 minutes | C. Olson |
| 11:40 a.m. | Kaletra | 15 minutes | 5 minutes | E. Sun |
| 12:00 p.m. | Norvir | 15 minutes | 5 minutes | E. Sun |
| 12:20 p.m. | *Lunch* |  |  |  |
| 1:20 p.m. | Meridia (Sibutramine) | 15 minutes | 5 minutes | E. Chong/W. Hargan |
| 1:40 p.m. | Uprima | 15 minutes | 5 minutes | S. Bukofzer |
| 2:00 p.m. | Trandolapril (patch, intervention trials) | 15 minutes | 5 minutes | B. Rendbach-Mueller/ U. Legler/N. Bender |
| 2:20 p.m. | Fenofibrate | 15 minutes | 5 minutes | D. Yannicelli |
| 2:40 p.m. | Depakote | 15 minutes | 5 minutes | K. Sommerville |
| 3:00 p.m. | Gengraf | 15 minutes | 5 minutes | T. Japour |
| 3:20 p.m. | Conclusion |  |  | J. Leiden |

CONFIDENTIAL

# DEPOSITION EXHIBIT 5

# PLT'S EXHIBIT FH

**Jessica Hopfield**          To: Patricia Weber/NJE/NorthAmerica/MCKINSEY@MCKINSEY
03/13/2001 07:22 PM          cc:
                             Subject: Please print and put in mail folder

----- Forwarded by Jessica Hopfield/NJE/NorthAmerica/MCKINSEY on 03/13/2001 07:23 PM -----

**Michael Williams**          To: Jeff Leiden <jeff.leiden@Abbott.com>
03/13/2001 04:10 PM          cc: Jessica Hopfield/NJE/NorthAmerica/MCKINSEY@MCKINSEY, Dick
                             Ashley/CHI/NorthAmerica/MCKINSEY@MCKINSEY, David
                             Keeling/CHI/NorthAmerica/MCKINSEY@MCKINSEY
                             Subject: List of next steps from portfolio review

Jeff,

Please find attached a detailed list of the next steps by project, coming out of last week's development review. Where possible, we have assigned the responsibilities and timings we picked up during the discussions. You may wish to make changes to the list before it is more broadly distributed and we can make edits based on your handwritten comments if necessary.

We are also in the process of compiling the comments and results from the evaluation forms which we'll forward to you by later this week.



NEXT STEPS - development portfolio prioritization



**CONFIDENTIAL**

MCK 00423

# INITIAL PORTFOLIO PRIORITIZATION

| Project | Priority | Next steps | Responsibility | C- continue<br>P- pending<br>T- terminate<br>Timing |
|---------|----------|-----------|----------------|--------|
| **Anti-infectives**<br>ABT-492 | C | • Address safety issues (including QTc) with internal/<br>  expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | - |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | - |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and<br>  liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br><br>• J. Leonard<br>• I. Loew | - |
| **Urology**<br>BSF 420627 | P | • Set up task force to address issues and bring back plan<br>  to senior management<br>  – Reasons for failure of the SKB ETa/b antagonist<br>  – Design short (~4 week) PoP trial for symptom relief<br>  – Rationale for sustained release formulation<br>  – Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| **Hypothyroidism**<br>T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| **Asthma**<br>Hokunalin tape | P | • Conduct market research on acceptance by different<br>  patient segments<br>• Determine how to position against long acting beta<br>  agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the<br>  patch technology | • A. Higgins/<br>  E. Fiorentino<br><br>• J. Tyree | • May |

CONFIDENTIAL

MCK 00424

# INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Oncology** | | | | |
| ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br>• CMC group | • As planned |
| ABT-518 | Hold | • Wait for May results from Pfizer  (will save ~$1mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)- further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective - further in-depth review required, e.g.,<br>– Determine if there is a PoC to support claim<br>– Address GMP issues<br>– Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard | • By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>– Determine how to ensure NDA filing in 2004<br>– Get FDA input since survival not primary endpoint<br>– Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Tyree<br>• J. Leonard, P. Nisen<br><br><br><br>• J. Tyree | • By May<br>• ASAP<br><br><br><br>• By May |

**CONFIDENTIAL**

MCK 00425

1

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

| Project | Priority | Next steps | Responsibility | Timing C- continue P- pending T- terminate |
|---|---|---|---|---|
| **Cardiology/ thrombosis** Darusentan (LU 135252) | Hold | • Continue currently budgeted funding for next 6 months • Do not start any new trials (e.g., hypertension planned for May) • If proceed, plan for pilot to look at effects in sperm and tetratogenecity • Consider out-license or swap | • Project team • J. Tyree | • Ongoing • ASAP |
| LU 208075 | Hold | • Continue currently budgeted funding for next six months • Look at Myogen deal • Out-license or swap | • Project team • J. Tyree | • ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open cath • Match versus tPA in dose-ranging studies to determine efficacy | • E. Fiorentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Clivarine | C | • Assessment by HPD (review previous evaluation and new trial data) • Understand finished product manufacturing cost | • E. Ogunro • B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing • Verify if package is likely approvable • Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

CONFIDENTIAL

2

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

3

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| **Neuroscience** | | | | |
| ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/ July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list)<br>• Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • J. Tyree<br><br>• Project team | • TBD |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel<br>• Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc<br>• Understand Novartis contract and level of interest | • I. Loew<br><br>• Project team<br><br>• J. Tyree | • By May |
| BSF 190555 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • I. Loew | • As above |
| BSF 74398 | C | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team<br>• J. Tyree | • By May |
| Diluadid Oros Hydrocodone | Hold<br><br>C | • Return to ALZA or out-license to other interested partner<br>• Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • J. Tyree<br>• Project team | • TBD<br><br>• By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue - probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

CONFIDENTIAL

MCK 00427

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Gastro-enterology** | | | | |
| Ganaton | P | • Conduct U.S. commercial assessment with TAP<br>• Assess how to position in Europe versus generics and implications for comparative trial<br>• Develop model to assess spend at different termination points | • E. Fiorentino | • By June |
| | | | • Bob Funck | • By May |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise)<br>• Conduct market research on IBS versus constipation (including pricing) | • Project team<br><br>• E. Fiorentino | • ASAP |
| **Immunology** | | | | |
| D2E7 | C | • Conduct intensive product review<br>– 2 day meeting with J. Lennard's group (already in process)<br>– ½ day session with senior management group<br>• Important actions include<br>– Approach FDA for fast track and compassionate use<br>– Develop strategy for DMARD claim in first submission<br>– Assess need for Enbrel assay to detect HAHAs<br>– Assess delivery device options<br>– Evaluate additional indications (e.g., Psoriasis, Crohns, heart failure) and pediatric program<br>– Profile Celltech product<br>– Assess impact of additional IV program on reimbursement<br>• Develop list of potential marketing partners for quids | • J. Leonard<br><br><br><br>• Various<br><br><br><br><br><br><br><br><br><br><br>• J. Tyree | • By May<br><br><br><br>• By May |

CONFIDENTIAL

4

MCK 00428

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Immunology** *(continued)* Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US – consider creating a small team in the US to analyse data, propose smaller PII study<br>• Research pricing, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-6<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • J. Tyree<br>• E. Fiorentino<br>• J. Tyree<br>• Ongoing | • ASAP |

5

**CONFIDENTIAL**

MCK 00429

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **PIV programs** | | | | |
| Clarithromycin | C | • None identified | - | - |
| Omnicef | C | • Talk to partners | • J. Tyree | - |
| Kaletra | C | • None identified | - | - |
| Norvir | C | • None identified | - | - |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L)<br>• Assess combination therapy with fibrates<br>• Assess outcomes trial design to meet preferred commercial profile; determine payback | • B. Dempsey, J. Arnott, E. Fiorentino<br>• Project team | • ASAP |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "Invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Fiorentio | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | - |
| Depakote | C | • None identified | - | - |
| Gengraf | C | • None identified | - | - |

C- continue
P- pending
T- terminate

9

**CONFIDENTIAL**

MCK 00430

**DEPOSITION EXHIBIT 6**

**PLT'S EXHIBIT GW**

CH-CH-228013-013|b/aaRD

# INITIAL PORTFOLIO PRIORITIZATION

C- Continue
P- Pending
T- Terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Anti-Infectives** | | | | |
| ABT-492 | C | • Address safety issues (including QTc) with internal/ expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | - |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | - |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• I. Loew-Friedrich | - |
| **Urology** | | | | |
| BSF 420627 | P | • Set up task force to address issues and bring back plan to senior management<br>  – Reasons for failure of the SKB ETa/b antagonist<br>  – Design short (~4 week) PoP trial for symptom relief<br>  – Rationale for sustained release formulation<br>  – Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| **Hypothyroidism** | | | | |
| T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| **Asthma** | | | | |
| Hokunalin tape | P | • Conduct market research on acceptance by different patient segments<br>• Determine how to position against long acting beta agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the patch technology | • A. Higgins/ E. Fiorentino<br><br>• J. Tyree | • May |



7

MCK 00431

CH-CH-228013-013jblaaRD

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- Continue
P- Pending
T- Terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Oncology**<br>ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br>• CMC group | • As planned |
| ABT-518 | Hold/T | • Wait for May results from Pfizer (will save ~$1mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)- further In-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective – further in-depth review required, e.g.,<br>  – Determine if there is a PoC to support claim<br>  – Address GMP issues<br>  – Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard<br><br><br><br>• J. Tyree | • By May<br><br><br><br>• By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>  – Determine how to ensure NDA filing in 2004<br>  – Get FDA input since survival not primary endpoint<br>  – Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Leonard, P. Nisen<br><br><br><br>• J. Tyree | • ASAP<br><br><br><br>• By May |

8

CONFIDENTIAL

MCK 00432

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

CH-CH-228013-013|b/aaRD

| Project | Priority | Next steps | Responsibility | C- Continue<br>P- Pending<br>T- Terminate<br>Timing |
|---|---|---|---|---|
| **Cardiology/ thrombosis** Darusentan (LU 135252) | Hold/T | • Continue currently budgeted funding for next 6 months<br>• Do not start any new trials (e.g., hypertension planned for May)<br>• Consider out-license or swap | • Project team | • Ongoing |
| LU 208075 | Hold/T | • Continue currently budgeted funding for next six months<br>• Look at Myogen deal<br>• Out-license or swap | • J. Tyree<br>• Project team<br>• J. Tyree | • ASAP<br>• ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open cath<br>• Match versus tPA in dose-ranging studies to determine efficacy | • E. Fiorentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Clivarine | C | • Assessment by HPD (review previous evaluation and new trial data)<br>• Understand finished product manufacturing cost | • E. Ogunro<br>• B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing<br>• Verify if package is likely approvable<br>• Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

9

**CONFIDENTIAL**

MCK 00433

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

CH-CH-228013-013jb/aaRD

C- Continue
P- Pending
T- Terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Neuroscience** | | | | |
| ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/ July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list)<br>• Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • J. Tyree<br><br>• Project team | • TBD |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel<br>• Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc<br>• Understand Novartis contract and level of interest | • I. Loew-Freidrich<br>• Project team<br><br>• J. Tyree | • By May |
| BSF 190555 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • I. Loew-Freidrich | • As above |
| BSF 74398 | C (no cost) | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team<br>• J. Tyree | • By May |
| Diluadid Oros | Hold/T | • Return to ALZA or out-license to other interested partner | • J. Tyree | • TBD |
| Hydrocodone | C | • Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • Project team | • By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue - probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

10

**CONFIDENTIAL**

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

CH-CH-228013-013]b/aaRD

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Gastro-enterology** | | | | C- Continue / P- Pending / T- Terminate |
| Ganaton | P | • Conduct U.S. commercial assessment with TAP<br>• Assess how to position in Europe versus generics and implications for comparative trial<br>• Develop model to assess spend at different termination points | • E. Fiorentino | • By June |
| | | | • Bob Funck | • By May |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise)<br>• Conduct market research on IBS versus constipation (including pricing) | • Project team<br><br>• E. Fiorentino | • ASAP |
| **Immunology** | | | | |
| D2E7 | C | • Conduct intensive product review<br>  – 2 day meeting with J. Leonard's group (already in process)<br>  – ½ day session with senior management group<br>• Important actions include<br>  – Approach FDA for fast track and compassionate use<br>  – Develop strategy for DMARD claim in first submission<br>  – Assess need for Enbrel assay to detect HAHAs<br>  – Assess delivery device options<br>  – Evaluate additional indications (e.g., psoriasis, Crohns, heart failure) and pediatric program<br>  – Profile Celltech product<br>  – Assess impact of additional IV program on reimbursement<br>• Develop list of potential marketing partners for quids | • J. Leonard<br><br><br>• Various<br><br><br><br><br><br><br><br><br><br><br>• J. Tyree | • By May<br><br><br>• By May |

CONFIDENTIAL

CH-CH-228013-013jbaaRD

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- Continue
P- Pending
T- Terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Immunology (*continued*) Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US – consider creating a small team in the US to analyse data, propose smaller PII study<br>• Research pricing, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-6<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • J. Tyree<br>• E. Florentino<br>• J. Tyree<br>• Ongoing | • ASAP |

12

CONFIDENTIAL

MCK 00436

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

CH-CH-228013-013jb/aaRD

C- Continue
P- Pending
T- Terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **PIV programs** | | | | |
| Clarithromycin | C | • None identified | | |
| Omnicef | C | • None identified | | |
| Kaletra | C | • None identified | | |
| Norvir | C | • None identified | | |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Arnott, E. Fiorentino | • ASAP |
| | | • Assess combination therapy with fibrates | | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | • Project team | |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Florentio | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | |
| Depakote | C | • None identified | | |
| Gengraf | C | • None identified | | |

13

MCK 00437

# DEPOSITION EXHIBIT 7

# PLT'S EXHIBIT FI



CONFIDENTIAL

# R&D Integration Update



Abbott Laboratories

Discussion document
March 19, 2001

This report is solely for the use of client personnel. No part of it may be circulated, quoted, or reproduced for distribution outside the client organization without prior written approval from McKinsey & Company. This material was used by McKinsey & Company during an oral presentation; it is not a complete record of the discussion.

CH-228011-076jsm/cgDC

1

**AGENDA**



- **Update on the development portfolio review**
- Overview of the phase 2 R&D integration plan
- Update on the financial baseline
- Preliminary synergy opportunities

**CONFIDENTIAL**

CH-228011-076jjsm/cgDC

2

## TIMELINE TO FINALIZE THE PHARMA R&D PROGRAM

| Review | Date | Responsibility |
|---|---|---|
| Global development review | March 7-9 | John Leonard |
| Budget baseline finalized | April 2 | Bob Funck |
| Global discovery reviews | April 22-24 | Dan Norbeck |
| Portfolio analysis Abbott and Knoll compounds | April 20 | Keith Hendricks |
| Global pharma R&D strategy retreat | May 4-6 | TBD* |
| Final pharma R&D program | May 8 | Pharma Executive Management Committee |

\* Head of discovery, venture head, and commercial representative for each therapeutic area to present individual strategies

**CONFIDENTIAL**

MCK 00350

INITIAL PORTFOLIO PRIORITIZATION

CH-228011-076jsm/cgDC
C- Continue
P- Pending
T- Terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Anti-infectives** | | | | |
| ABT-492 | C | • Address safety issues (including QTc) with internal/ expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | – |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | – |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• J. Leonard<br>• I. Loew | – |
| **Urology** | | | | |
| BSF 420627 | P | • Set up task force to address issues and bring back plan to senior management<br>– Reasons for failure of the SKB ETa/b antagonist<br>– Design short (~4 week) PoP trial for symptom relief<br>– Rationale for sustained release formulation<br>– Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| **Hypothyroidism** | | | | |
| T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| **Asthma** | | | | |
| Hokunalin tape | P | • Conduct market research on acceptance by different patient segments<br>• Determine how to position against long acting beta agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the patch technology | • A. Higgins/ E. Fiorentino<br>• J. Tyree | • May |

3

**CONFIDENTIAL**

MCK 00351

INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

CH-228011-076jsm/cgDC
C- Continue
P- Pending
T- Terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| **Oncology** | | | | |
| ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br>• CMC group | • As planned |
| ABT-518 | Hold/T | • Wait for May results from Pfizer (will save ~$1mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)– further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective – further in-depth review required, e.g.,<br>– Determine if there is a PoC to support claim<br>– Address GMP issues<br>– Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard | • By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>– Determine how to ensure NDA filing in 2004<br>– Get FDA input since survival not primary endpoint<br>– Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Tyree<br>• J. Leonard, P. Nisen<br><br><br><br>• J. Tyree | • By May<br>• ASAP<br><br><br><br>• By May |

4

CONFIDENTIAL

MCK 00352

CH-228011-0768sm/cgQC

C- Continue
P- Pending
T- Terminate

INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Cardiology/ thrombosis** | | | | |
| Darusentan (LU 135252) | Hold/T | • Continue currently budgeted funding for next 6 months<br>• Do not start any new trials (e.g., hypertension planned for May)<br>• Consider out-license or swap | • Project team<br><br><br>• J. Tyree | • Ongoing<br><br><br>• ASAP |
| LU 208075 | Hold/T | • Continue currently budgeted funding for next six months<br>• Look at Myogen deal<br>• Out-license or swap | • Project team<br><br>• J. Tyree | • ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open cath<br>• Match versus tPA in dose-ranging studies to determine efficacy | • E. Fiorentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Clivarine | C | • Assessment by HPD (review previous evaluation and new trial data)<br>• Understand finished product manufacturing cost | • E. Ogunro<br><br>• B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing<br>• Verify if package is likely approvable<br>• Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

5

CONFIDENTIAL

MCK 00353

CH-228011-076jsm/cgIC

C- Continue
P- Pending
T- Terminate

## INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| **Neuroscience** | | | | |
| ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list)<br>• Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • J. Tyree<br><br>• Project team | • TBD |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel<br>• Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc<br>• Understand Novartis contract and level of interest | • I. Loew<br><br>• Project team<br><br>• J. Tyree | • By May |
| BSF 190555 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • I. Loew | • As above |
| BSF 74398 | C (no cost) | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team<br>• J. Tyree | • By May |
| Diluadid Oros | Hold/T | • Return to ALZA or out-license to other interested partner | • J. Tyree | • TBD |
| Hydrocodone | C | • Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • Project team | • By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue – probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

6

MCK 00354

CH-228011-076jsm/cgDC
C- Continue
P- Pending
T- Terminate

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| **Gastro-enterology** | | | | |
| Ganaton | P | • Conduct U.S. commercial assessment with TAP<br>• Assess how to position in Europe versus generics and implications for comparative trial<br>• Develop model to assess spend at different termination points | • E. Fiorentino | • By June<br><br>• By May |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise)<br>• Conduct market research on IBS versus constipation (including pricing) | • Project team<br><br>• E. Fiorentino | • ASAP |
| **Immunology** | | | | |
| D2E7 | C | • Conduct intensive product review<br>– 2 day meeting with J. Lennard's group (already in process)<br>– ½ day session with senior management group<br>• Important actions include<br>– Approach FDA for fast track and compassionate use<br>– Develop strategy for DMARD claim in first submission<br>– Assess need for Enbrel assay to detect HAHAs<br>– Assess delivery device options<br>– Evaluate additional indications (e.g., Psoriasis, Crohns, heart failure) and pediatric program<br>– Profile Celltech product<br>– Assess impact of additional IV program on reimbursement<br>• Develop list of potential marketing partners for quids | • J. Leonard<br><br><br><br>• Various<br><br><br><br><br><br><br><br><br><br>• J. Tyree | • By May<br><br><br><br>• By May |

7

MCK 00355

CH-228011-07f6jsm/cgDC

C- Continue
P- Pending
T- Terminate

INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Immunology (continued)** | | | | |
| Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US – consider creating a small team in the US to analyse data, propose smaller PII study<br>• Research pricing, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-6<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard<br><br><br><br><br>• J. Tyree | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • E. Fiorentino<br>• J. Tyree<br>• Ongoing | • ASAP |

8

**CONFIDENTIAL**

MCK 00356

CH-228011-076|sm/cgDC

C- Continue
P- Pending
T- Terminate

## INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **PIV programs** | | | | |
| Clarithromycin | C | • None identified | - | - |
| Omnicef | C | • None identified | - | - |
| Kaletra | C | • None identified | - | - |
| Norvir | C | • None identified | - | - |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Arnott, E. Fiorentino | • ASAP |
| | | • Assess combination therapy with fibrates | | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | • Project team | |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "Invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Fiorentio | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | - |
| Depakote | C | • None identified | - | - |
| Gengraf | C | • None identified | - | - |

9

MCK 00357

CH-228011-076ijsm/cgDC

10

## AGENDA

• Update on the development portfolio review

• **Overview of the phase 2 R&D integration plan**

• Update on the financial baseline

• Preliminary synergy opportunities

CONFIDENTIAL

MCK 00358

CH-228011-076jsm/cgDC

11

## OVERALL OBJECTIVES

- Our goal is to be the world's premier health care company with a leading, global R&D organization

- To reach that goal, we must take advantage of this unique opportunity to develop an effective long-term strategy and organizational structure

- At the same time, we must balance our long-term objectives against the short-term financial targets that we must meet

CONFIDENTIAL

MCK 00359



REVISED PHASE 2 INTEGRATION TEAMS

**R&D Integration Steering Committee**
- J. Mueller
- D. Norbeck
- Team leaders
- McKinsey support
- X. Frapaise (Chair)
- B. Funck
- J. Leonard
- I. Loew-Friedrich

Discovery
D. Norbeck

CMC
E. Shek

Medical affairs
C. Olson

Toxicology
R. Patterson

Ludwig-shafen
S. Roellinger

ABC
R. Kamen

Nottingham
TBD

Clinical operations
G. Hodkinson

IT
B. Hogan

Phase I
R. Granneman

Japan
Y. Fujiwara,
T. Hirose,

New Jersey
J. McShane

**Responsibilities of each team**
- Develop a strategic approach
- Develop synergy plan (e.g., select appropriate sites, identify opportunities to improve performance and productivity)
- Allocate resources across projects
- Suggest a new organization for the combined company
- Evaluate and select appropriate people for the organization

CH-228011-076jsm/cgDC

12

CH-228011-076jism/cgDC

13

## OVERALL SUB-TEAM WORK PLAN

| Activity | Timing |
|---|---|
| 1. Launch sub-teams with clear mandates and consistent approach | March 16 |
| 2. Develop fact base (x-Knoll, x-Abbott organization structure, activities, headcount, budgets) and initial functional area strategies | March 23 |
| 3. Identify initial list of synergy opportunities to improve productivity and performance (structure, processes, purchasing, etc.) | March 28 |
| 4. Initial evaluation and prioritization of opportunities | April 2 |
| 5. Finalize recommendations and implementation plans for senior R&D management<br>– Synergy plan<br>– Organization structure and process improvements<br>– People selection | April 30 |
| 6. Allocate resources across projects after final prioritization is completed | Post-May 8 |

CONFIDENTIAL

MCK 00361

CH-228011-076ijsm/cgDC

## DEVELOP THE FACT BASE AND STRATEGY



14

CONFIDENTIAL

MCK 00362

CH-228011-076ijsm/cgDC

15

## GENERATE AND EVALUATE IDEAS



Set "stretch target" to generate ideas (e.g., 15-25%)



Brainstorm ideas to reduce costs and improve service to users



Refine and evaluate each idea to determine cost and benefit



Review each idea with key managers, users, suppliers, and the R&D Steering Committee

CONFIDENTIAL

MCK 00363



IDEA GENERATION FRAMEWORK

ILLUSTRATIVE

CH-228011-076jjsm/cgDC

16

CONFIDENTIAL

MCK 00364

CH-228011-076ljsm/zgDC

17

## STATUS OF PHASE 2 INTEGRATION TEAMS

Legend:
- ● Complete
- ◐ Partially complete
- ○ Not started

| Team | 1. Launch subteam | 2. Develop fact base and strategy | 3. Identify synergy opportunities | 4. Evaluate/ prioritize opportunities | 5. Develop implementation plans |
|---|---|---|---|---|---|
| Discovery | n/a | ◐ Review in preparation | ○ | ○ | ○ |
| Clinical operations | ● | ◐ | ◐ | ○ | ○ |
| CMC | ● | ◐ | ○ | ○ | ○ |
| IT | ● | ◐ | ◐ | ◐ | ○ |
| Medical affairs | ● | ◐ | ○ | ○ | ○ |
| Phase I | ● | ◐ | ○ | ○ | ○ |
| Toxicology | ● | ◐ | ○ | ○ | ○ |
| Japan | ● | ◐ | ○ | ○ | ○ |
| Ludwigshafen | ● | ◐ | ○ | ○ | ○ |
| New Jersey | ● | ◐ | ○ | ○ | ◐ |
| ABC | ○ | n/a | n/a | n/a | ○ |

CONFIDENTIAL

MCK 00365

CH-228011-076ijsmi/cgDC

18

## TEAM MANDATE – CLINICAL OPERATIONS & PROJECT MANAGEMENT

### Objective
- To identify high value, short term (2 yr) and long-term process, resourcing and structural opportunities to realize synergie3s and increase efficiency and effectiveness in the drug development and clinical operations processes. Improvements will focus on Quality, Cost and Speed

### Key issues
- Diversity in the way Clinical & Drug Development programs are run: 4 different operating models; at least 60 clinical teams (not including PIV affiliate run programs; and 58 Drug Development teams across the company
- Customer (investigator) satisfaction with Abbott is low (CenterWatch Survey, US and Europe)
- Clinical outsourcing is the norm – 96% of Abbott studies outsourced in 2000 ($?). Conducted on as nees basis per activity rather than functional or program level (i.e. not strategic)
- Diversity in practices, processes, procedures, documents and systems
- Multiple support groups with differing operating models, processes and requirements
- Lack of ways to share skills, knowledge, information and expertise

### End products

*Short and long term strategy:*
- Identify preferred operating models for Clinical Operations and Project Management
- Strategic resource plan for clinical operations
- Define opportunities to improve operational efficiency and effectiveness
- Identify which services to consolidate and centralize
- Propose systems for consistent collection, reporting and sharing of project information

*Integration plan:*
- New project management structure
- New clinical operations structure
- Work plan for achieving synergies

### Team members
- Gilliam Hodkinson – Chair
- Tom Woidat – Finance analyst
- Ellis Purcell – clin ops sub-team
- Kathe Balinski – clin ops sub-team
- Mathias Luz – clin ops sub-team

- Jerry Osbourne – project management sub-team
- Leticia Delgado-Herrera – project management sub-team
- Eddie Chong – project management sub-team
- Rick Granneman – DM/Stats sub-team
- Jennifer Manski – project management sub-team
- Doane Chilcoat – McKinsey

CONFIDENTIAL

MCK 00366

CH-228011-076/sm/cgDC

**CMC TEAM MANDATE**

**Objective**
- Develop CMC processes leading to a strategic approach
- Develop synergy plan (e.g., select appropriate sites, identify opportunities to improve performance and productivity)
- Suggest a new organization for the combined company
- Evaluate and select appropriate people for the organization

**Key issues**

- Scope of CMC R&D responsibilities
- Contract out vs. internal activities
- Location (proximity to R&D, Manufacturing
- Facilities (how many, where)
- Pilot plants (how many, size, location)
- Organization (functional, size)
- Performance and productivity improvements
- Potent drug strategy
- Drug delivery capabilities

**End products**

**Team members**
- Efraim Shek – Chair
- Steve Szostak, Karen Session – Finance analyst
- Kathy McFarland, Fritz Richter, Jim Mitchell, John McShane
- Doane Chicoat – McKinsey

19

CONFIDENTIAL

MCK 00367

CH-228011-076jsm/cgDC

20

TEAM MANDATE – TOXICOLOGY AND RELATED SCIENCES

*EXAMPLE*

**Objective**
• Develop an integration plan that reduces costs, improves efficiencies and eliminates redundancies
• Develop a strategy to implement the plan over time using all resources optimally

**Key issues**

1. Degree of centralization of scientific capabilities and strategies to achieve goals

2. Balance of demands with capacities

3. Elimination of unnecessary activities

4. Strategic balance of internal and external resourcing

**End products**

1. Reduced duplication of facilities, personnel, capital investment over time
2. Reduce any underabsorption with CRO work and overabsorption with dispersion of tasks to underutilized areas
3. Reduction of activities not essential to the development process, to redirect toward more vital activities or eliminate
4. Devise a strategy to increase CRO use in areas where cost effective and reduce in areas where premium paid

**Team members**
• Reid Patterson – Chair
• Tom Woidat – Finance analyst

• 6 DSE Directors
• Fritz Richter, Global Head Pharm Ctrs
• Ray Dorsey – McKinsey

MCK 00368

CH-228011-076/jsm/cgDC

21

_EXAMPLE_

TEAM MANDATE – PHASE I

**Objective**
- Determine appropriate scope and level of services to be provided
- Design optimal structure and staff for Phase 1 (Clinical Pharmacology) group
- Identify opportunities for improvement within the group

**Key Issues**
- Extent of global responsibilities for Clin Pharm group
- Integration of Statistics and Clin Pharm activities into drug development now and in the future
- Services to be provided internally vs. externally
- Appropriate number of Phase I units

**End products**
- Optimal organizational structure and staff for the group
- Assessment of value of a European Clin Pharm service to venture heads
- List of services and activities to be provided by the group
- Set of group opportunities for improvement including financial impact and implications
- Assessment and recommendation of viability of Phase I units based on several factors (e.g., capabilities, cost-effectiveness, capacity, future investments requested)

**Team members**
- Rick Granneman – Chair
- Kay Rekau – Finance analyst
- Walid Awni, Bob O'Dea, Laura Williams, Carl Mendel (MO), Mike Rubison
- Ray Dorsey – McKinsey

**CONFIDENTIAL**

MCK 00369

CH-228011-076jsm/cgDC

22

**AGENDA**

- Update on the development portfolio review
- Overview of the phase 2 R&D integration plan
- **Update on the financial baseline**
- Preliminary synergy opportunities

CONFIDENTIAL

MCK 00370

CH-228011-076jsm/cgDC

23

**Knoll Integration**
**Finance Action Items**

**Progress on the R&D Baseline**

- Obtained 2001/2002 Knoll Plan by Program by Location.

- Sent out detailed finance data request for all Knoll sites to validate 2001 Plan, provide functional expense detail, plus adjust for March 2 close date. Information expected back 03/23.

- Assigned finance support to each R&D integration sub-team to manage financial baseline data and value synergy opportunities.

CONFIDENTIAL

MCK 00371

CH-228011-076jsm/cgDC

24

## Knoll Integration
## Finance Action Items

### Next Steps to Finalize Baseline by April 2

- Update Abbott 2001 Plan Budgets via April Update Reviews.

- Line up x-Knoll and Abbott budgets by functional area.

- Consolidate into a single base line budget for 2001 (will change post May 8th with new portfolio priorities and sub-team generated synergies).

- Complete assessment of differences between the x-Knoll budget and the acquisition model (including budget shifts due to definitional changes).

- Finalize Hancock funding impact.

- Finalize Meridia outcome study cost/accounting treatment.

- Prepare cost estimate for New Jersey satellite office.

**CONFIDENTIAL**

CH-228011-076jsm/ogDC

25

**Knoll Integration
Finance Action Items**

**Items Not Considered in Baseline Spend**

- International Affiliate Medical/Regulatory Affairs.

- International Phase IIIb/IV expense.

- International local R&D spend.

- HPD R&D (other than Abbott R&D reorg).

CONFIDENTIAL

MCK 00373

CH-228011-076jsm/ogDC

26

**AGENDA**

- Update on the development portfolio review
- Overview of the phase 2 R&D integration plan
- Update on the financial baseline
- **Preliminary synergy opportunities**



**CONFIDENTIAL**

MCK 00374

CH-228011-076jsm/ogDC

PRELIMINARY SYNERGY OPPORTUNITIES

_PRELIMINARY_

| | Opportunity | Estimated cost savings |
|---|---|---|
| **Clinical operations** | • Use strategic outsourcing best practices across clinical programs (e.g., use 1 vendor for 1 drug program to realize efficiency savings)<br>  – Recently changed budgeted plans for ABT-627 PIII program, placing 2 studies with a single CRO<br><br>• Use of Abbott Preferred providers for all Knoll Phase II-IV clinical service outsourcing | • Significant incremental volume discount (e.g., 10-15%)<br>  – ABT-627 example will realize $6.2mill in savings over 4 years<br><br>• Up to 10% on Knoll preferred provider spend |
| **Phase I** | • Assess and rationalize Phase I units and CRO spend. Currently, two Phase I units are in operation (one in Ludwigshafen and one in Waukegan) and extensive outsourcing also conducted. | • TBD |

Source: Sub-teams

CONFIDENTIAL

27

MCK 00375

CH-22801-076jsm/cgDC

28

## PRELIMINARY SYNERGY OPPORTUNITIES  (CONTINUED)

*PRELIMINARY*

| Opportunity | Estimated cost savings |
|---|---|
| **Information technology** | |
| • Disentangle R&D IT support from BASF corporate support | • ~$1-2 million in 2001 |
| • Currently BASF is charging **$4 million/month** for IT services to all of the former BASF Pharma. Significant overhead embedded within this arrangement | • $2-4 million(annual) thereafter* (for R&D) |
| • Identify and stop work on redundant R&D IT projects | • $1-2 million in 2001 |
| • Main contributor is the overlap of BASF Pharma Emerging Dossier project with Abbott e-submissions program | • $1-2 million in 2002 |
| • Enforce BASF indemnification for R&D software licenses. | • ~$3-4 million in cost avoidance for 2001 only |
| • Abbott entitled to this under the Amendment to the Purchase Agreement. | |

* Additional investment may be required to achieve the savings. These savings may have been "counted" by the IT integration team

Source: IT sub-team

**CONFIDENTIAL**

MCK 00376

**DEPOSITION EXHIBIT 8**

**PLT'S EXHIBIT FL**

CH-228011-079]b/rcDC



CONFIDENTIAL

# Overview of Abbott R&D



Fact Pack
April 2001

This report is solely for the use of client personnel. No part of it may be
circulated, quoted, or reproduced for distribution outside the client
organization without prior written approval from McKinsey & Company.
This material was used by McKinsey & Company during an oral
presentation; it is not a complete record of the discussion.

**CONFIDENTIAL**

CH-228011-079jb/rcDC

# ABBOTT LABORATORIES ORGANIZATION



**Miles White**
CEO

**Joy Amundson**
Senior Vice President
Ross Products

- Nutritionals
- Consumer products

**Jeff Leiden**
Executive Vice
President
Pharmaceuticals and
Chief Scientific Officer

- Pharmaceutical products
- Abbott Biotechnology Center
- Abbott International
- TAP

**Rick Gonzalez**
Executive Vice
President Medical
Products

- Hospital products
- Diagnostic products

1

**CONFIDENTIAL**

# GLOBAL PHARMACEUTICAL ORGANIZATION



CONFIDENTIAL

MCK 00278

# PHARMACEUTICAL OPERATIONS ORGANIZATION



# INTERNATIONAL PHARMACEUTICAL OPERATIONS ORGANIZATION



CH-22801i-079jb/rcDC

▨ Former Knoll employee

4

**Bill Dempsey**
Senior
Vice President
International
Operations

## Planning and Manufacturing

**J.M. Nemmers, Jr.**
Divisional
Vice President
Acquisition
Integration
Management

**M.F. German**
Divisional
Vice President
and General
Manager
Dainabol, Co., Ltd

**S. J. Lichter**
Divisional Vice
President
Manufacturing

## Regulatory and Medical Affairs and Quality Assurance

**M. Tait**
Divisional
Vice President
Quality Assurance

**C. Ward**
Divisional
Vice President
Regulatory Affairs

**D.J. Pitzul**
Divisional
Vice President
Medical Affairs

## Regional Operations

**D.B. Goffredo**
Vice President
European
Operations

**G.A. Herrera**
Vice President,
Latin America and
Canada Operations

**T.F. Chen**
Vice President
Pacific/Asia/Africa
Operations

**D. Weigert**
▨ (obscured)

## Finance, Commercial, and Support Functions

**J. Arnott**
Divisional
Vice President,
Marketing and
Business
Development

**D. Wardell**
Associate General
Counsel
International
Operations

**M.L. Meyer**
Divisional Vice
President
Human Resources

**T.C. Kearney**
Divisional
Vice President
Controller

**CONFIDENTIAL**

MCK 00280



ABBOTT BIOTECHNOLOGY CENTER ORGANIZATION

CONFIDENTIAL

MCK 00281



# GLOBAL PHARMACEUTICAL DRUG DISCOVERY ORGANIZATION

CH-226011-079ljb/rcDC

Former Knoll employee

**Dan Norbeck** Vice President Discovery

## Discovery Research

**Jim Summers, Ph.D.** Divisional VP, Advanced Technology

**Shing Chang, Ph.D.** Divisional VP, Infectious Disease Research

**Steve Fesik, Ph.D.** Divisional VP, Cancer

**Terry Opgenorth, Ph.D.** Divisional VP, Metabolic Disease Research

**Jim Sullivan, Ph.D.** Divisional VP, Neurological and Urological Discovery Research

**Joe Fortunak** Director, Process Development Pharma

## Regional Discovery Sites

**Ludwigshafen** Regulatory Affairs, Quality Assurance, and Pharmacovigilance

# GLOBAL PHARMACEUTICAL DRUG DEVELOPMENT ORGANIZATION



MCK 00283

CH-228011-079jb/rcDC

# HOSPITAL PRODUCTS DIVISION R&D AND MEDICAL AND REGULATORY AFFAIRS ORGANIZATION



# GLOBAL PHARMACEUTICAL LICENSING AND NEW BUSINESS DEVELOPMENT



CONFIDENTIAL

MCK 00285

# GLOBAL PHARMACEUTICAL R&D CONTROLLER'S ORGANIZATION

CH-228011-079jb/rcDC



10

**Bob Funck**
Divisional Vice President and Controller

## Finance and Portfolio Analysis

**Mike Higgins**
Senior Manager, R&D Finance

**Mike Comilla**
Manager FP&A

**Tom Woldat**
Manager Venture Finance Analysis

**Kimes Holland**
Manager Financial Reporting

**Ellie Haepala**
Discovery Financial Analyst

**Steve Szostak**
PARD Financial Analyst

**Jenny Dart**
Manager Portfolio Analysis

**Chris Turner**
Financial Analyst

## Phase III and Phase IV Operations

**Gill Hodkinson**
Director R&D Operations

**Ann Hubloux**
Manager Outsourcing

**Jennifer Manski**
Operations Manager

**Dwayne Scott**
Project Manager

**vacant**
Project Manager

**Mary Sheridan**
title unknown

**Linda Salata**
Supervisor, Word Processing and Reception

## Location Support

**Brian Fecteau**
Manager Facilities Planning

**Ildiko Elmore**
Facilities Planner

**Jaydip Raval**
Facilities Planner

**James Henke**
Facilities Planner

**Jody Hammond**
Manager Building/Lab and Environmental Services

**Steve Stuebner**
Supervisor, Stkrm/Lab Services

**Jeff Rozak**
Supervisor, Compliance & Glasswashing Services

**Jack Conrad**
Supervisor Lab Automation

CONFIDENTIAL

MCK 00286

CH-228011-079|b/rcDC

11

# 2001 R&D BUDGET OVERVIEW
$ Millions

| | |
|---|---:|
| Specialty Products R&D | 31.5 |
| Abbott International R&D | 28.0 |
| Hospital Products R&D | 2.3 |
| **Recent additions to GPD subtotal** | **62.1** |
| Abbott Discovery | 192.0 |
| Abbott Development | 380.0 |
| **Abbott subtotal** | **572.0** |
| TAP & Sister Division | 57.0 |
| **Abbott total** | **629.0** |
| x-Knoll Corp. Discovery | 130.3 |
| x-Knoll Corp. Development | 258.3 |
| x-Knoll other corporate | -30.5 |
| x-Knoll local R&D | 18.0 |
| x-Knoll other* | 34.0 |
| **x-Knoll total** | **410.0** |
| **R&D total** | **1,100.9** |

* Phase III/IV (U.S. only), U.S. and international medical affairs, ABC D2E7 "start-up"
Note:  x-Knoll data is preliminary
Source:  R&D Finance

**CONFIDENTIAL**

MCK 00287

CH-228011-079jb/rcDC

12

# 2001 R&D BUDGET OVERVIEW
$ Millions

| | |
|---|---|
| Specialty Products R&D | 31.5 |
| Abbott International R&D | 28.0 |
| Hospital Products R&D | 2.3 |
| **Recent additions to GPD subtotal** | **62.1** |
| | |
| Abbott Discovery | 192.0 |
| Abbott Development | 380.0 |
| **Abbott subtotal** | **572.0** |
| | |
| TAP & Sister Division | 57.0 |
| | |
| **Abbott total** | **629.0** |
| | |
| x-Knoll Corp. Discovery | 130.3 |
| x-Knoll Corp. Development | 258.3 |
| x-Knoll other corporate | -30.5 |
| x-Knoll local R&D | 18.0 |
| x-Knoll other* | 34.0 |
| **x-Knoll total** | **410.0** |
| **R&D total** | **1,100.9** |

- NC Chemistry
- Chemical Development
- Special Labs

\* Phase III/IV (U.S. only), U.S. and international medical affairs, ABC D2E7 "start-up"
\*\* International development center
Note:  x-Knoll data is preliminary
Source:  R&D Finance

CONFIDENTIAL

MCK 00288

CH-228011-079jb/rcDC

13

# 2001 R&D BUDGET OVERVIEW
$ Millions

| | |
|---|---|
| Specialty Products R&D | 31.5 |
| Abbott International R&D | 28.0 |
| Hospital Products R&D | 2.3 |
| **Recent additions to GPD subtotal** | **62.1** |
| | |
| Abbott Discovery | 192.0 |
| Abbott Development | 380.0 |
| **Abbott subtotal** | **572.0** |
| | |
| TAP & Sister Division | 57.0 |
| | |
| **Abbott total** | **629.0** |
| | |
| x-Knoll Corp. Discovery | 130.3 |
| x-Knoll Corp. Development | 258.3 |
| x-Knoll other corporate | -30.5 |
| x-Knoll local R&D | 18.0 |
| x-Knoll other* | 34.0 |
| **x-Knoll total** | **410.0** |
| **R&D total** | **1,100.9** |

| | |
|---|---|
| • IDC** | 7.7 |
| • Other | 23.8 |
| **Total** | **31.5** |

* Phase III/IV (U.S. only), U.S. and international medical affairs, ABC D2E7 "start-up"
** International development center
Note:  x-Knoll data is preliminary
Source:  R&D Finance

CONFIDENTIAL



# ABBOTT INTERNATIONAL R&D OVERVIEW
## $ Millions

|      | Budget | Headcount |
|------|--------|-----------|
| IDC  | 7.7    | 79        |
| Others | 23.8 | ?         |
| **Total** | **31.5** | **?** |

**IDC structure**

**John Leonard**
Vice President
Drug Development

**Efraim Shek**
Divisional Vice President
Pharmaceutical and Analytical R&D

**Rodney Horder**
Director International
Development Center

**J. Wallace**
Administration
2 FTE
**D. Lurcoch**
Facilities
3 FTE

**S. Silvestri**
Pharmaceutical
Development
39 FTE

**A. Smethurst**
Quality Assurance
6 FTE

**W. Mann**
Analytical
Development
30 FTE

**IDC budget**

| Payroll | 3.2 |
|---------|-----|
| Employee related | 0.9 |
| Operating | 1.6 |
| Fixed | 2.0 |
| **Total** | **7.7** |
| Service sold – AI | 3.5 |
| Service sold – PPD | 3.0 |
| Service sold – other | 0.7 (internal costs) |

**IDC activities**
Formulation development, historically to
support Abbott International

CH-228011-079jb/rcDC

14

MCK 00290

CH-228011-079jb/cdDC

15

# 2001 R&D BUDGET OVERVIEW
$ Millions

| | |
|---|---:|
| Specialty Products R&D | 31.5 |
| Abbott International R&D | 28.0 |
| Hospital Products R&D | 2.3 |
| **Recent additions to GPD subtotal** | **62.1** |
| | |
| Abbott Discovery | 192.0 |
| Abbott Development | 380.0 |
| **Abbott subtotal** | **572.0** |
| | |
| TAP & Sister Division | 57.0 |
| **Abbott total** | **629.0** |
| | |
| x-Knoll Corp. Discovery | 130.3 |
| x-Knoll Corp. Development | 258.3 |
| x-Knoll other corporate | -30.5 |
| x-Knoll local R&D | 18.0 |
| x-Knoll other* | 34.0 |
| **x-Knoll total** | **410.0** |
| **R&D total** | **1,100.9** |

Oncology venture

\* Phase III/IV (U.S. only), U.S. and international medical affairs, ABC D2E7 "start-up"

Note:  x-Knoll data is preliminary

Source:  R&D Finance

**CONFIDENTIAL**

**MCK 00291**

CH-228011-079jb/rcDC

# 2001 R&D BUDGET OVERVIEW
$ Millions

| | |
|---|---:|
| Specialty Products R&D | 31.5 |
| Abbott International R&D | 28.0 |
| Hospital Products R&D | 2.3 |
| **Recent additions to GPD subtotal** | **62.1** |
| Abbott Discovery | 192.0 |
| Abbott Development | 380.0 |
| **Abbott subtotal** | **572.0** |
| TAP & Sister Division | 57.0 |
| **Abbott total** | **629.0** |
| x-Knoll Corp. Discovery | 130.3 |
| x-Knoll Corp. Development | 258.3 |
| x-Knoll other corporate | -30.5 |
| x-Knoll local R&D | 18.0 |
| x-Knoll other* | 34.0 |
| **x-Knoll total** | **410.0** |
| **R&D total** | **1,100.9** |

770 headcount

| | |
|---|---:|
| Cancer | 43.0 |
| Infectious Disease | 35.4 |
| Metabolic Disease | 26.5 |
| Neurological | 41.6 |
| Other | 45.5 |
| **Total** | **192.0** |

"Other" includes research in other TAs

\* Phase III/IV (U.S. only), U.S. and international medical affairs, ABC D2E7 "start-up"
Note:  x-Knoll data is preliminary
Source:  R&D Finance

16

**CONFIDENTIAL**

MCK 00292

# 2001 ABBOTT DISCOVERY BUDGET OVERVIEW

$ Millions

CH-228011-079jb/rcDC

| | |
|---|---|
| Cancer | 43.0 |
| Infectious Disease | 35.4 |
| Metabolic Disease | 26.5 |
| Neurological | 41.6 |
| Other | 45.5 |
| **Total** | **192.0** |

770 headcount

**Discovery**
- Matrix Metalloproteinase — 6.989
- Urokinase — 5.167
- Angiogenesis — 9.698
- Apoptosis — 8.975
- Farnesyltransferase — 7.783
- Anti-Mitotic — 1.467
- Chemotherapeutics — 0.154
- Cancer Exploration Biology — 1.129
- Cancer Research Misc. — 3.695

**Total Cancer Research** — 42.947

- Anti-Viral Research — 13.099
- Anti-Bacterial Chemistry — 13.196
- Novel Anti-Bacterial — 8.320
- Microbiology Research — (1.850)
- Infective D/A Research Misc — 2.454

**Total Infectious Disease** — 35.339

- Diabetes: Cell Biology — 7.960
- Diabetes: Signal Transduction — 7.848
- Kara Bio — 0.845
- Growth Factors — 0
- Cell Adhesion — 0
- New Targets — 4.080
- Metabolic Disease Misc — 5.765

**Total Metabolic Disease** — 26.548

- Cholinergic Modulation — 6.985
- Urological Diseases — 7.925
- Exploratory Urology — 4.567
- Purinergic Research — 7.296
- Expl Neurobiology — 4.897
- CNS Disease Research — 2.468
- NMDR Chemistry — 0.977
- Neurology & Urology Misc — 6.698

**Total Neurological** — 41.683

- Structural Biology — 4.650
- Structural Chemistry — 1.954
- Genomics — 4.154
- CAMD — 0.468
- Molecular Services — 0.770
- Automation/Engineering — 2.178
- Combinatorial Chemistry — 8.240
- Biological Screening — 3.954
- Patent Liaison Services — 0
- Advanced Technology Misc — 1.635

**Total Advanced Technology** — 28.003

- Process Chemistry — 3.748
- Process Research — 0.461
- Chemical Sciences Misc — 1.386

**Total Chemical Science** — 5.595

- Ligand — 0.361
- Immunosuppressants — 0
- Integrative Pharmacology — 2.581
- Integrative Pharm Admin — 1.006

**Total Intx Pharmacology** — 3.838

- Discovery Support — 12.040
- Other/DC — (4.173)
- Absorption/Discretionary — 0

**Total Other** — 7.867

**Total** — 192.000

17

**CONFIDENTIAL**

MCK 00293

CH-228011-079jb/rcDC

# 2001 R&D BUDGET OVERVIEW
$ Millions

| | | |
|---|---|---|
| Specialty Products R&D | | 31.5 |
| Abbott International R&D | | 28.0 |
| Hospital Products R&D | | 2.3 |
| **Recent additions to GPD subtotal** | | **62.1** |
| Abbott Discovery | | 192.0 |
| Abbott Development | | 380.0 |
| **Abbott subtotal** | | **572.0** |
| TAP & Sister Division | | 57.0 |
| **Abbott total** | | **629.0** |
| x-Knoll Corp. Discovery | | 130.3 |
| x-Knoll Corp. Development | | 258.3 |
| x-Knoll other corporate | | -30.5 |
| x-Knoll local R&D | | 18.0 |
| x-Knoll other* | | 34.0 |
| **x-Knoll total** | | **410.0** |
| **R&D total** | | **1,100.9** |

|  | |
|---|---|
| 770 | headcount |

| | |
|---|---|
| Administrative overhead | 36,728 |
| Functional | 151,593 |
| Internal services sold | – |
| External services sold | (13,420) |
| Drug Safety – Metabolism | 6,515 |
| Drug Safety – Toxicology/Pathology | 2,523 |
| Drug Safety – Comparative medicine | 7,969 |
| Drug Safety – Strategic and Exploratory | 468 |
| Phase I Center Clinical | 304 |
| Development Operations – Biostatistics | 98 |
| Development Operations – Research | 32 |
| Information Center | |
| Information Mangement and Technology | 1,946 |
| International Manpower | 153 |
| PARD | 2,198 |
| Research QA | 3 |
| Investigational Drug QA | 1 |
| SPD | 2,621 |
| Absorption/Discretionary | (7,732) |
| **Total** | **192,000** |

18

* Phase III/IV (U.S. only), U.S. and international medical affairs, ABC D2E7 "start-up"
Note:  x-Knoll data is preliminary
Source:  R&D Finance

**CONFIDENTIAL**

MCK 00294

# 2001 R&D BUDGET OVERVIEW

$ Millions

| | |
|---|---|
| Specialty Products R&D | 31.5 |
| Abbott International R&D | 28.0 |
| Hospital Products R&D | 2.3 |
| **Recent additions to GPD subtotal** | **62.1** |
| Abbott Discovery | 192.0 |
| Abbott Development | 380.0 |
| **Abbott subtotal** | **572.0** |
| TAP & Sister Division | 57.0 |
| **Abbott total** | **629.0** |
| x-Knoll Corp. Discovery | 130.3 |
| x-Knoll Corp. Development | 258.3 |
| x-Knoll other corporate | -30.5 |
| x-Knoll local R&D | 18.0 |
| x-Knoll other* | 34.0 |
| **x-Knoll total** | **410.0** |
| **R&D total** | **1,100.9** |

1,613 headcount

* Phase III/IV (U.S. only), U.S. and international medical affairs, ABC D2E7 "start-up"
** Includes unallocated floor space/depreciation, etc.
Note:    x-Knoll data is preliminary
Source:   R&D Finance

| | |
|---|---|
| **Neuroscience** | **40.6** |
| Depakote | 24.1 |
| Gabitril | 1.4 |
| ABT-594 (CCM) | 9.3 |
| COX-II (ABT-963) | 1.2 |
| ABT-089 (ChCM) | 0.6 |
| RP-Scherer/Alza (Hydrocodone) | 4.0 |
| **Anti Infective** | **132.3** |
| Clarithromycin (Biaxin XL) | 14.9 |
| Ketolide (ABT-773) | 88.0 |
| Quinolone (ABT-492) | 24.5 |
| Omnicef | 4.9 |
| **Urology/cardiology** | **8.7** |
| BPH backup (ABT-980) | 2.3 |
| Fenofibrate (Fournier) | 1.4 |
| KCO (potassium channel; ABT-598) | 5.0 |
| **HIV** | **57.5** |
| Ritonavir (Norvir) | 4.0 |
| Kaletra | 51.0 |
| Cyclosporine (Gengraf) | 2.5 |
| **Cancer** | **64.6** |
| Endothelin (ABT-627) | 38.8 |
| TSP No. 1 (ABT-510) | 10.0 |
| Metalloproteinase (ABT-518) | 7.4 |
| Anti-Mitotic (ABT-751) | 8.4 |
| **Other** | **42.1** |
| Misc. R&D** | 8.2 |
| Non-promotional products | 11.1 |
| SPD process | 14.2 |
| SPD excess capacity | 11.6 |
| CRO rebates | (3.0) |
| **Absorption** | **44.0** |
| Discovery | 4.0 |
| Drug safety | 9.1 |
| Medical Affairs | 1.6 |
| IM&T | 0.6 |
| Development Ops | 4.2 |
| PARD | 7.2 |
| Reg. Affairs/QA | (0.2) |
| Phase I | 1.0 |
| Fixed EVR | 2.0 |
| Overhead burden | 4.7 |
| Misc. fixed | 5.0 |
| Internal | 4.8 |
| **Affordability** | **(9.8)** |
| **Total Abbott Development** | **380.0** |

CH-228011-079jlb/rcDC

19

**CONFIDENTIAL**

CH-228011-079jb/ncDC

# 2001 ABBOTT DEVELOPMENT EXTERNAL/INTERNAL
## $ Millions

| | External | | | | | Total Internal | 2001 plan targets |
| | Grants | SPD materials | PARD material | A.I. grants | Total external | | |
|---|---|---|---|---|---|---|---|
| **Neurology** | | | | | | | |
| • Depakote | 9.4 | - | 0.6 | - | 10.0 | 14.1 | 24.1 |
| • Gabitril | - | - | - | - | - | 1.4 | 1.4 |
| • ABT-594 (formerly CCM) | 1.1 | - | 0.2 | - | 1.3 | 8.0 | 9.3 |
| • COX-II | 0.1 | - | - | - | 0.1 | 1.1 | 1.2 |
| • ABT-089 (formerly ChCM) | - | - | - | - | - | 0.6 | 0.6 |
| • RP Scherer/Alza (Hydrocodone) | - | - | - | - | - | 4.0 | 4.0 |
| Subtotal Neurology | 10.6 | - | 0.8 | - | 11.4 | 29.2 | 40.6 |
| **Anti-Infective** | | | | | | | |
| • Clarithromycin | 2.9 | 0.3 | 0.3 | 8.5 | 12.0 | 2.9 | 14.9 |
| • Ketolide | 47.4 | 4.7 | 1.0 | 1.7 | 54.8 | 33.2 | 88.0 |
| • Quinolone | 5.0 | 1.9 | - | 0.2 | 7.1 | 17.4 | 24.5 |
| • Omnicef | 3.0 | - | - | - | 3.0 | 1.9 | 4.9 |
| Subtotal Anti-Infective | 58.3 | 6.9 | 1.3 | 10.4 | 76.9 | 55.4 | 132.3 |
| **Urology/cardiology** | | | | | | | |
| • BPH backup | - | - | - | - | - | 2.3 | 2.3 |
| • Fenofibrate (Fournier) | - | - | - | - | - | 1.4 | 1.4 |
| • KCO | 0.4 | - | - | - | 0.4 | 4.6 | 5.0 |
| Subtotal Urology/cardiology | 0.4 | - | - | - | 0.4 | 8.3 | 8.7 |
| **HIV** | | | | | | | |
| • Ritonavir | 1.2 | - | - | 0.7 | 1.9 | 2.1 | 4.0 |
| • Kaletra | 22.6 | - | 1.5 | 0.2 | 24.3 | 26.7 | 51.0 |
| • Cyclosporine | 1.0 | - | - | 0.2 | 1.2 | 1.3 | 2.5 |
| Subtotal HIV | 24.8 | - | 1.5 | 1.1 | 27.4 | 30.1 | 57.5 |
| **Cancer** | | | | | | | |
| • Endothelin | 19.3 | - | 0.6 | - | 19.9 | 18.9 | 38.8 |
| • TSP #1 | 1.6 | 0.5 | 0.2 | - | 2.3 | 7.7 | 10.0 |
| • Metalloproteinase | 1.1 | - | - | - | 1.1 | 8.3 | 7.4 |
| • Anti-Mitotic | 1.1 | 0.3 | 0.1 | 0.3 | 1.6 | 6.6 | 8.4 |
| Subtotal cancer | 23.1 | 0.8 | 0.9 | 0.3 | 25.1 | 39.5 | 54.6 |
| **Other** | | | | | | | |
| Affordability | 0.8 | - | - | - | 0.8 | 85.3 | 86.1 |
| | - | - | - | - | - | (9.8) | (9.8) |
| Total development | 118.0 | 7.7 | 4.5 | 11.8 | 142.0 | 238.0 | 380.0 |
| Discovery | - | - | - | 0.1 | - | 192.0 | 192.0 |
| Total | 118.0 | 7.7 | 4.5 | 11.9 | 142.0 | 430.0 | 572.0 |

20

**CONFIDENTIAL**

MCK 00296

CH-228011-079jb/rcDC

## 2001 R&D BUDGET OVERVIEW
$ Millions

| | |
|---|---|
| Specialty Products R&D | 31.5 |
| Abbott International R&D | 28.0 |
| Hospital Products R&D | 2.3 |
| **Recent additions to GPD subtotal** | **62.1** |
| Abbott Discovery | 192.0 |
| Abbott Development | 380.0 |
| **Abbott subtotal** | **572.0** |
| TAP & Sister Division | 57.0 |
| **Abbott total** | **629.0** |
| x-Knoll Corp. Discovery | 130.3 |
| x-Knoll Corp. Development | 258.3 |
| x-Knoll other corporate | -30.5 |
| x-Knoll local R&D | 18.0 |
| x-Knoll other* | 34.0 |
| **x-Knoll total** | **410.0** |
| **R&D total** | **1,100.9** |

| | |
|---|---|
| Pharmaceutical Discovery | 153.0 |
| Drug Safety | 39.0 |
| Medical Affairs | 19.0 |
| Information Management & Technology | 50.0 |
| Development Operations | 17.0 |
| Venture Management | 34.0 |
| Administration | 20.0 |
| Pharmaceutical Analytical Research & Development | 59.0 |
| Regulatory Affairs/Quality Assurance | 9.0 |
| Phase I Center | 10.0 |
| **Functional Subtotal** | **410.0** |
| Clinical Grants | 118.0 |
| Services purchased* | 47.0 |
| SPD services purchased | 53.0 |
| Other | 0.4 |
| **Total** | **629.0** |



2,283 headcount

\* About $40 million from within Abbott (e.g., legal)
Note: x-Knoll data is preliminary
Source: R&D Finance

21

CONFIDENTIAL

MCK 00297

CH-228011-079jb/rcDC

# ABBOTT DISCOVERY AND DEVELOPMENT FUNCTIONAL GROUPS

| Function | 2001 budget ($ Millions) | Headcount | Leader | Description |
|---|---|---|---|---|
| Pharmaceutical discovery | 153 | 770 | Dan Norbeck, VP | Conducts research activities that lead to development of selected products |
| Drug safety | 39 | 189 | Reid Patterson, DVP | Chemists and biologists researching drug absorption, metabolism, damage, etc. |
| Medical Affairs | 19 | 137 | Dave Pizzuti, DVP | Continued development of PPD marketed products, including formulation development, label expansion, and market driven. Also post-marketing safety |
| Information management and technology | 50 | 257 | Bob Hogan | IT resource management, training, and support. Maintains system, develops customer applications |
| Development operations | 17 | 181 | Mike Rubison*, Group Director | Supports development of databases, report generation, and statistical analysis |
| Venture management | 34 | 169 | John Leonard, VP | Venture teams that provide a core group of individuals with expertise in particular therapeutic areas. Responsible throughout development |
| Administration | 20 | 113 | Jeff Leiden, EVP | Support functions, such as finance, HR, engineering, and executive R&D management |
| Pharmaceutical Analytical Research & Development | 59 | 337 | Efraim Shek, DVP | Develops new products using analytical methods, manufactures for clinical trials, supports existing products |
| Regulatory Affairs/ Quality Assurance | 9 | 68 | Mick Roebel, DVP | Overall regulatory support such as FDA licensing, regulatory submission, oversight of clinical work and toxicology |
| Phase I center, clinical pharmacology and pharmacokinetics | 10 | 62 | Rick Granneman, Director | Facility at VMH and other functions |
| Total | 410 | 2,283 | | |

\* Rubison reports to Granneman

22

CONFIDENTIAL

MCK 00298



## ABBOTT VENTURES

| | |
|---|---|
| Pharmaceutical Discovery | 153.0 |
| Drug Safety | 39.0 |
| Medical Affairs | 19.0 |
| Information Management & Technology | 50.0 |
| Development Operations | 17.0 |
| Venture Management | 34.0 |
| Administration | 20.0 |
| Pharmaceutical Analytical Research & Development | 59.0 |
| Regulatory Affairs/Quality Assurance | 9.0 |
| Phase I Center | 10.0 |
| **Functional Subtotal** | **410.0** |
| Clinical Grants | 118.0 |
| Services purchased* | 47.0 |
| SPD services purchased | 53.0 |
| Other | 0.4 |
| **Total** | **629.0** |

| | 2001 plan ($ Millions) | Headcount | VP OF TA |
|---|---|---|---|
| Anti-infective | 8.7 | 42 | E. Sun |
| Anti-viral | 10.5 | 55 | E. Sun |
| Analgesia | 5.8 | 11 | ? |
| Urology | 2.0 | 14 | M. Verlinden |
| Oncology | 7.4 | 47 | P. Nisen |
| **Total** | **34.0** | **169** | |

CH-228011-079ljb/rcdC

23

CONFIDENTIAL

MCK 00299

CH-228011-079lp/rcDC

24

# 2001 R&D BUDGET OVERVIEW
$ Millions

| | |
|---|---|
| Specialty Products R&D | 31.5 |
| Abbott International R&D | 28.0 |
| Hospital Products R&D | 2.3 |
| **Recent additions to GPD subtotal** | **62.1** |
| Abbott Discovery | 192.0 |
| Abbott Development | 380.0 |
| **Abbott subtotal** | **572.0** |
| TAP & Sister Division | 57.0 |
| **Abbott total** | **629.0** |
| x-Knoll Corp. Discovery | 130.3 |
| x-Knoll Corp. Development | 258.3 |
| x-Knoll other corporate | -30.5 |
| x-Knoll local R&D | 18.0 |
| x-Knoll other* | 34.0 |
| **x-Knoll total** | **410.0** |
| **R&D total** | **1,100.9** |

| | |
|---|---|
| Integrin alpha-v-B3-inhibitors | 6.1 |
| PAI-1 mAb | 4.0 |
| Calpain inhibitor | 11.1 |
| T-cell PTK inhibitors | 7.0 |
| KDR-inhibitors | 5.3 |
| ICE-inhibitors | 7.7 |
| Oral thrombin inhibitors | 11.8 |
| ET receptor antagonists | 6.7 |
| Anti IL-18 mAb | 11.8 |
| PARP inhibitors | 9.6 |
| 5HT1A receptor ligands | 1.9 |
| NIK inhibitors | 6.0 |
| Complement inhibitors | 13.3 |
| Bujard-Colaboration | (1.3) |
| Tie-2 inhibitors | 4.5 |
| Exploratory Research | 4.5 |
| Exploratory Research O/I | 8.3 |
| Other corporate research | 12.0 |
| **Total** | **130.0** |

* Phase III/IV (U.S. only), U.S. and international medical affairs, ABC D2E7 "start-up"

Note:  x-Knoll data is preliminary

Source:  R&D Finance

CONFIDENTIAL

MCK 00300

CH-22801-079jb/rcDC

# KNOLL DISCOVERY SPEND BY LOCATION
## Percent of project budget

| Project | BASF | Knoll AG | KPC | KP UK | ABC | Italy | Spain | LKF | Canada | Japan | KJKK | Knoll BV | Bellgum | Australia |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Integrin alpha-v-B3-inhibitors | | 100 | | | | | | | | | | | | |
| PAI-1 monoclonal antibody | | 65 | | | 35 | | | | | | | | | |
| Calpain inhibitor | | 100 | | | | | | | | | | | | |
| T-cell PTK inhibitors | | | | | 99 | | | | | | | | | |
| KDR-inhibitors | | | | | 81 | | 19 | | | | | | | |
| ICE-inhibitors | | 19 | | | 79 | | | | | | | | | |
| Oral thrombin inhibitors | 1 | 99 | | | | | | | | | | | | |
| ET receptor antagonists | 1 | 99 | | | | | | | | | | | | |
| anti IL-18 mAB | | 10 | | | 90 | | | | | | | | | |
| PARP inhibitors | | 100 | | | | | | | | | | | | |
| 5HT1A receptor ligands | | 100 | | | | | | | | | | | | |
| NIK inhibitors | | | | | 100 | | | | | | | | | |
| Complement inhibitors | 1 | 96 | | | 2 | | | | | | | | | |
| Bujard-Collaboration | | 100 | | | | | | | | | | | | |
| Tie-2 inhibitors | | 2 | | | 98 | | | | | | | | | |
| Exploratory Research | | 100 | | | | | | | | | | | | |
| Exploratory Research O/I | | | | | 100 | | | | | | | | | |
| Other corporate research | | | | | | | | | | 1 | | | | |

CONFIDENTIAL

MCK 00301

CH-228011-079jb/rcDC

26

# 2001 R&D BUDGET OVERVIEW
$ Millions

| | |
|---|---:|
| Specialty Products R&D | 31.5 |
| Abbott International R&D | 28.0 |
| Hospital Products R&D | 2.3 |
| **Recent additions to GPD subtotal** | **62.1** |
| | |
| Abbott Discovery | 192.0 |
| Abbott Development | 380.0 |
| **Abbott subtotal** | **572.0** |
| | |
| TAP & Sister Division | 57.0 |
| | |
| **Abbott total** | **629.0** |
| | |
| x-Knoll Corp. Discovery | 130.3 |
| x-Knoll Corp. Development | 258.3 |
| x-Knoll other corporate | -30.5 |
| x-Knoll local R&D | 18.0 |
| x-Knoll other* | 34.0 |
| | |
| **x-Knoll total** | **410.0** |
| | |
| **R&D total** | **1,100.9** |

Breakdown of x-Knoll Corp. Development (258.3):

| | |
|---|---:|
| BSF 302146 (LU302146) | 4.2 |
| HSR-903 | 9.3 |
| T3/T4 | 26.4 |
| Hokunalin tape | 4.5 |
| Darusentan (LU 135252) | 21.4 |
| LU208075 | 1.0 |
| PEG-Hirudin | (2.3) |
| Ancrod | 12.7 |
| BSF 201640 | 4.1 |
| BSF 74398 (Parkinson) | 98.2 |
| Dilaudid OROS | 11.7 |
| BSF 190555 (Schizophrenia) | 14.2 |
| AU224 | 3.6 |
| D2E7 | 21.8 |
| SEGARD | 4.8 |
| J695 | 9.2 |
| Clivarine | 13.5 |
| Meridia (Sibutramine) | |
| Trandolapril (patch, intervention trials) | |
| LU420627 (BSF 420627) | |
| Propafenone-HCL (Rythmol SR) | |
| Corp. Development non TA | |
| **Total** | **258.3** |

* Phase III/IV (U.S. only), U.S. and international medical affairs, ABC D2E7 "start-up"

Note:  x-Knoll data is preliminary

Source:  R&D Finance

CONFIDENTIAL

CH-228011-079jb/rcDC

27

# KNOLL 2001 PLAN DEVELOPMENT SPEND INTERNAL/EXTERNAL
$ Millions

| | Total | Internal | External | Depreciation |
|---|---|---|---|---|
| • BSF 302146 (LU302146) | 4.2 | 3.9 | 0.3 | |
| • HSR-903 | | | | |
| • T3/T4 | 9.3 | 4.5 | 4.8 | |
| • Hokunalin tape | | | | |
| • Darusentan (LU 135252) | 26.4 | 12.9 | 13.5 | |
| • LU208075 | 4.5 | 3.2 | 1.3 | |
| • PEG-Hirudin | 21.4 | 8.1 | 13.3 | |
| • Ancrod | 1.0 | 0.3 | 0.7 | |
| • BSF 201640 | (2.3) | (2.1) | (0.2) | |
| • BSF 74398 (Parkinson) | | | | |
| • Dilaudid OROS | 12.7 | 5.9 | 5.9 | 0.9 |
| • BSF 190555 (Schizophrenia) | | | | |
| • AU224 | 4.1 | 2.3 | 1.8 | |
| • D2E7 | 98.2 | 48.1 | 49.7 | 0.4 |
| • SEGARD | 11.7 | 5.9 | 5.8 | |
| • J695 | 14.2 | 7.7 | 6.3 | 0.2 |
| • Clivarine | 3.6 | 1.8 | 1.8 | |
| • Meridia (Sibutramine) | 21.8 | 11.0 | 10.8 | |
| • Trandolapril (patch, intervention trials) | | | | |
| • LU420627 (BSF 420627) | 4.8 | 4.1 | 0.7 | |
| • Propafenone-HCL (Rythmol SR) | 9.2 | 5.6 | 3.6 | |
| • Corp. development non-TA | 13.5 | 11.5 | 2.0 | |
| **Total** | **258.3** | **134.8** | **122.0** | **1.5** |

CONFIDENTIAL

MCK 00303

CH-22801-079jb/rcdC

# KNOLL DEVELOPMENT SPEND BY LOCATION
Percent of project budget

| Project | BASF | Knoll AG | KPC | KP UK | ABC | Italy | Spain | LKF | Canada | Japan | KJKK | Knoll BV | Belgium | Australia |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BSF 302146 (LU302146) | | 98 | | | | | | | | | | | | |
| HSR-903 | | | | | | | | | | | | | | |
| BSF 420627 (ETA/BPH) | | | | | | | | | | | | | | |
| T3/T4 | | | 100 | | | | | | | | | | | |
| Hokunalin tape | | | | | | | | | | | | | | |
| Darusentan (LU 135252) | | 66 | 33 | | | | | | | | | | | |
| LU208075 (endothelin antagonist) | 2 | 93 | | | | | | | | | | | | |
| PEG-Hirudin | | 40 | 57 | 1 | | | | | 2 | | | | | |
| Ancrod (Viprinex) | | 100 | | | | | | | | | | | | |
| BSF 201640 | | 96 | 4 | | | | | | | | | | | |
| BSF 74398 (Parkinson) | | | | | | | | | | | | | | |
| Dilaudid OROS | | 18 | 42 | 40 | | | | | | | | | | |
| BSF 190555 (Schizophrenia) | | | | | | | | | | | | | | |
| Ganaton (pro-kinetic) | | | | | | | | | | | | | | |
| TU-199 (proton pump inhibitor) | | | | | | | | | | | | | | |
| AU-224 (colon pro-kinetic) | | 20 | | | | | | | | 80 | | | | |
| D2E7 | | 20 | 49 | 3 | 19 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | |
| SEGARD | | 48 | 50 | | 2 | | | | | | | | | 1 |
| J695 | | 6 | 63 | | 31 | | | | | | | | | |
| Cilvarine | | 64 | | | | | | | 3 | | 33 | | | |
| Meridia (Sibutramine) | | 16 | 33 | 34 | | | | | | 9 | 9 | | | |
| Trandolapril (patch, intervention trials) | | | | | | 2 | | | | | | | | |
| LU420627 | 4 | 94 | | 1 | | 1 | | | | | | | | |
| Propafenone-HCL | | 26 | 72 | | | 2 | 2 | 2 | | | | | | |
| Corp. Development non TA | 27 | | | | | 10 | 2 | 2 | | 59 | | | | |

28

CONFIDENTIAL

MCK 00304

CH-228011-079jb/rcDC

# 2001 R&D BUDGET OVERVIEW
$ Millions

| | |
|---|---|
| Specialty Products R&D | 31.5 |
| Abbott International R&D | 28.0 |
| Hospital Products R&D | 2.3 |
| **Recent additions to GPD subtotal** | **62.1** |
| Abbott Discovery | 192.0 |
| Abbott Development | 380.0 |
| **Abbott subtotal** | **572.0** |
| TAP & Sister Division | 57.0 |
| **Abbott total** | **629.0** |
| x-Knoll Corp. Discovery | 130.3 |
| x-Knoll Corp. Development | 258.3 |
| x-Knoll other corporate | -30.5 |
| x-Knoll local R&D | 18.0 |
| x-Knoll other* | 34.0 |
| **x-Knoll total** | **410.0** |
| **R&D total** | **1,100.9** |

| | Discovery | Development | Other | Total |
|---|---|---|---|---|
| BASF | 0.4 | 4.3 | - | 4.7 |
| Knoll AG | 69.9 | 75.0 | 8.8 | 153.7 |
| KPC | - | 112.0 | - | 112.0 |
| KP UK | - | 15.3 | - | 15.3 |
| ABC | 46.9 | 23.1 | 6.9 | 76.9 |
| Italy | - | 2.3 | - | 2.3 |
| Spain | 1.0 | 1.0 | - | 2.0 |
| LHF | - | 1.3 | - | 1.3 |
| Canada | - | 2.6 | - | 2.6 |
| Hokurihu | 12.0 | 14.7 | - | 26.7 |
| KJHK | - | 3.8 | - | 3.8 |
| NL | - | 1.0 | - | 1.0 |
| Belgium | - | 0.6 | - | 0.6 |
| Australia | - | 1.2 | - | 1.2 |
| Correction | - | - | (46.2) | (46.2) |
| **Total** | **130.3** | **258.3** | **(30.5)** | **358.1** |

May not match actuals,
Ludwigshafen internals
50, not 60

29

* Phase III/IV (U.S. only), U.S. and international medical affairs, ABC D2E7 "start-up"

Note:  x-Knoll data is preliminary

Source:  R&D Finance

CONFIDENTIAL

MCK 00305

# EMPLOYEES BY FUNCTIONAL AREA – LUDWIGSHAFEN

| Function | Headcount | FTEs | Temp | Exempt headcount | Non-exempt headcount |
|---|---|---|---|---|---|
| Discovery Research Head Office | 4 | 2.6 | 0 | 1 | 3 |
| Biochemistry & Cell Biology | 54 | 30.8 | 2 | 8 | 25 |
| Medicinal Chemistry | 56 | 53.6 | 2 | 13 | 43 |
| High Throughput Screening | 16 | 16.6 | 1 | 1 | 8 |
| Compound analytics for HTD | 7 | 6.2 | 1 | 1 | 6 |
| Compound library & dispensation | 9 | 7.8 | 1 | 0 | 2 |
| Research Services (glass wash & assp) | 25 | 23.2 | 0 | 6 | 24 |
| Molecular Biology | 25 | 23.4 | 1 | 8 | 16 |
| Pharmacology | 75 | 68.6 | 0 | 14 | 61 |
| TET systems | 2 | 2.0 | 1 | 1 | 0 |
| **Discovery Research** | **255** | **235.8** | **6** | **51** | **204** |
| Pharmaceutical Centers Head Office | 8 | 8.5 | 0 | 3 | 8 |
| Chemical Process Development | 25 | 24.8 | 1 | 5 | 20 |
| Chemical Analytical Development | 6 | 7.2 | 0 | 3 | 2 |
| Radiochemistry | 6 | 5.0 | 0 | 2 | 3 |
| Jastron | 2 | 2.0 | 0 | 1 | 0 |
| Radioposition (kg/ally required) | 1 | 1.0 | 0 | 1 | 0 |
| Analytical Development | 26 | 25.2 | 1 | 5 | 21 |
| Clinical Supplies | 11 | 11.0 | 0 | 3 | 0 |
| Formulation Development Oral | 16 | 16.0 | 1 | 9 | 8 |
| Formulation Development Parenterals | 15 | 13.3 | 1 | 6 | 11 |
| Bioanalytics | 27 | 23.5 | 2 | 8 | 19 |
| Drug Deposition * Kinetics | 23 | 21.0 | 1 | 6 | 17 |
| Early ADME | 13 | 12.6 | 1 | 4 | 9 |
| Project Toxicology | 4 | 4.0 | 1 | 2 | 2 |
| Exp. & Cell Toxicology & Pathology | 26 | 23.2 | 0 | 5 | 20 |
| Clinical Chemistry & Enzyme chem. | 7 | 6.6 | 1 | 1 | 6 |
| Bioresource Facility (APH) | 22 | 22.0 | 0 | 0 | 22 |
| **Pharmaceutical Centers** | **238** | **227.0** | **11** | **58** | **159** |
| Clinical Dev. CV | 29 | 27.0 | 1 | 8 | 18 |
| Clinical Dev. Immunology | 21 | 20.2 | 2 | 8 | 13 |
| Clinical Operations | 9 | 9.0 | 2 | 6 | 4 |
| Clinical Pharmacology | 19 | 17.5 | 2 | 8 | 11 |
| BCM Head Office & Clin Pharm Biostat. | 7 | 6.5 | 2 | 3 | 4 |
| Global Biostatistics | 1 | 1.0 | 0 | 1 | 1 |
| Clinical Data Management | 25 | 22.2 | 2 | 7 | 19 |
| **Clinical Centers** | **111** | **103.0** | **12** | **41** | **70** |
| Global Projects Head Office & GTLs | 4 | 4.0 | 0 | 3 | 1 |
| Project Management | 5 | 5.0 | 0 | 3 | 2 |
| Project Coordination | 5 | 4.5 | 0 | 1 | 4 |
| **Global Projects** | **14** | **13.5** | **0** | **7** | **7** |
| Reg Affairs Head Office & Labeling | 5 | 6.0 | 0 | 3 | 1 |
| Electronic Document Management | 2 | 1.6 | 0 | 1 | 1 |
| Quality Assurance GXP | 3 | 3.0 | 0 | 1 | 1 |
| Dossier Production & Reg. Compliance | 6 | 5.0 | 0 | 1 | 2 |
| Language Services (Translation) | 5 | 4.2 | 0 | 2 | 4 |
| Scientific Docum. Services | 3 | 3.0 | 0 | 1 | 1 |
| Strategic Reg Affairs | 3 | 3.0 | 0 | 2 | 0 |
| Country Support | 8 | 9.0 | 0 | 2 | 7 |
| Pharmacovigilance | 10 | 9.2 | 0 | 4 | 6 |
| **Regulatory Centers** | **44** | **44.0** | **0** | **22** | **26** |
| SPR Head Office/Med Serv./CRO Mgmt. | 5 | 6.0 | 0 | 1 | 5 |
| Information Services Head Office | 3 | 2.2 | 0 | 1 | 5 |
| Literature Services Head Office | 3 | 2.2 | 2 | 0 | 2 |
| Library & Literature Services | 8 | 4.4 | 2 | 1 | 4 |
| Reports Mgmt. & High Security Archive | 6 | 4.4 | 0 | 2 | 6 |
| Development IT | 16 | 13.4 | 2 | 4 | 3 |
| Biostatistics, non-clinical | 4 | 4.0 | 0 | 1 | 11 |
| Research IT | 4 | 4.0 | 0 | 0 | 2 |
| R&D Controlling <non R&D H/C> | 5 | 4.0 | 0 | 2 | 0 |
| **Systems, Processes & Support** | **62** | **67.4** | **5** | **12** | **48** |
| **Total R&D Knoll AG** | **719** | **672.0** | **24** | **192** | **527** |

CONFIDENTIAL

CH-228011-079jb/rcDC

# Appendix

CONFIDENTIAL

CH-228011-079|brcDC

# BUDGET BY THERAPEUTIC AREA

| Therapeutic area | Project | Origin | Priority | Phase | Reviewed | 2001 plan | (S) small molecule (B) biological | Comment |
|---|---|---|---|---|---|---|---|---|
| Anti-Infective | Clarithromycin (Biaxin) | Abbott | C | IV | Y | 14.9 | S | Antibiotic |
| | ABT 492 (Quinolone) | Abbott | C | I | Y | 24.5 | S | Respiratory antibiotic |
| | ABT 773 (Ketolide) | Abbott | C | III | Y | 88.0 | S | Antibiotic; bronchitis |
| | HSR 903 | Knoll | T | III | Y | 0.0 | S | Quinolone antibiotic |
| | Omnicef | Abbott | C | IV | Y | 4.9 | S | Cephalosporin antibiotic |
| Anti-viral | Triangle projects (HIV and HBV) | Abbott JV | ? | ? | N | ? | S | Protease inhibitor |
| | Kaletra | Abbott | C | IV | Y | 51.0 | S | Protease inhibitor |
| | Norvir (ritonavir) | Abbott | C | IV | Y | 4.0 | S | Protease inhibitor |
| Asthma | Hokunalintape (tulobuteral) | Knoll | P | Pre-clinical | Y | 0.0 | S | (Beta-2) agonist/asthma |
| Cardiology | ABT 187 (r-proUK; recombinant protein) | Abbott | C | III | Y | 0.0 | B | Acute stroke |
| | Urokinase | Abbott | C | III | Y | 0.0 | B | ? |
| | Ancrod (viprinex) | Knoll | T | III | Y | 1.0* | B | Acute ischemic stroke |
| | Clivarine | Knoll | C | IV | Y | 3.6 | B | LMW heparin; thrombosis |
| | Darusentan (LU 135252) | Knoll | H | II/III | Y | 26.6 | S | Endothelin A antagonist |
| | Levosimendan (simdax) | Abbott | C | IV | Y | 0.0 | ? | Calcium sensitizer |
| | LU200075 (BSF 208075) | Knoll | H | I | Y | 4.2 | S | Congestive heart failure |
| | PEG-Hirudin (pegmusirudin) | Knoll | P | II | Y | 16.0 | B | Thrombin inhibitor |
| | Rythmol SR (propafenone) | Knoll | C | III/IV | Y | 9.2 | S | Anti-arrythmetic Transdermal |
| | Trandolapril (patch, intervention trials) | Knoll | P | I | | 0.0 | S | ACE inhibitor |

Source:    R&D finance; Development Review templates; team analysis

32

MCK 00308

CH-228011-079jlp/rcDC

# BUDGET BY THERAPEUTIC AREA (CONTINUED)

| Therapeutic area | Project | Origin | Priority | Phase | Reviewed | 2001 plan | (S) small molecule (B) biological | Comments |
|---|---|---|---|---|---|---|---|---|
| Endocrine | • T3/T4 | Knoll | P | Pre-clinical | Y | 9.3 | B | Hypothyroidism |
| | • Meridia (Sibutramine) | Knoll | H | IV | Y | 21.8 | ? | ? |
| Gastroenterology | • AU 224 (colon pro-kinetic) | Knoll | C | I | Y | 4.1 | S | Chronic constipation |
| | Ganaton (pro-kinetic) | Knoll | P | II | Y | 0.0 | S | Gastric Dismutility, Proton pump inhibitor |
| | TU-199 | Knoll | T | IV (Japan) | Y | 0.0** | S | |
| Immunology | • D2E7 (adalimumab) | Knoll | C | III | Y | 98.2 | B | Arthritis; anti-TNF alpha mAb |
| | • J695 | Knoll | P | II | Y | 14.2 | B | Anti-IL12 mAb; arthritis |
| | • SEGARD | Knoll | H | III | Y | 11.7 | B | Sepsis |
| Metabolic | • Fenofibrate (Fournier sticor) | Abbott | C | IV | Y | 1.4 | S | Hypertriglycerodemia |
| | • Uprima | TAP/Abbott | C | IV | Y | 0.0*** | S | Erectile dysfunction |
| Neuroscience | • Gabatril | Abbott | ? | IV | N | 1.4 | ? | GABA uptake inhibitor |
| | • ABT 598 (KCO) | Abbott | ? | I | N | 5.0 | ? | Overactive bladder |
| | • ABT 594 (CCM) | Abbott | P | II | Y | 9.3 | S | Diabetic pain |
| | • ABT 963 (Cox-II) | Abbott | C | I | Y | 1.2 | S | Osteoarthritis |
| | • Bimoclomol (ABT 822) | Abbott | P | I | Y | 0.0 | ? | Diabetic neuropathy |
| | • ABT 089 | Abbott | | I | N | 0.6 | S | Alzheimers |
| | • BSF 201640 | Knoll | P | I/II | Y | (2.3) | S | Schizophrenia |
| | • BSF 74398 * | Knoll | C | II | Y | 0.0 | S | Parkinson's |
| | • BSF 190555 | Knoll | P | I/II | Y | 0.0 | S | Schizophrenia |
| | • Dilaudid Oros (Hydromorphone SR) | Knoll | H | IV | Y | 12.7 | S | To treat pain |
| | • Depakote | Abbott | C | IV | Y | 24.1 | S | Epilepsy& migraine |
| | • Hydrocodone (RP Scherer Alza) | Abbott | C | I | Y | 4.0 | S | Acute pain |

\* Cancelled
\*\* May be funded by locally
\*\*\* May be funded by AI

Source:   R&D finance; Development Review templates; team analysis

33

CH-228011-079ijb/rcDC

34

# BUDGET BY THERAPEUTIC AREA (CONTINUED)

| Therapeutic area | Project | Origin | Priority | Phase | Reviewed | 2001 plan | (S) small molecule (B) biological | Comments |
|---|---|---|---|---|---|---|---|---|
| Oncology | • ABT 510 (Tsp. no. 1) | Abbott | C | I | Y | 10.0 | S | Solid tumors |
| | • ABT 751 (anti-tubulin) | Abbott | C | I | Y | 8.4 | S | Solid tumors |
| | • ABT 627 (endothelin) | Abbott | C | III | Y | 38.8 | S | Prostate cancer |
| | • ABT 518 (metallo-protease) | Abbott | H | I | Y | 7.4 | S | Solid tumors |
| | • Rubitecan | Abbott (HPD) | P | III | Y | 0* | S | Topoisomerase I inhibitor |
| | • Theragyn | Abbott (HPD) | P | III | Y | 0* | B | Ovarian cancer (mAb) |
| Urology | • BSF 420627 (ETA/BPH) | Knoll | P | I | Y | 4.8 | S | Benign prostate hyperplasic |
| | • ABT 980 (BPH backup) | Abbott | | Killed | | 2.3 | S | Benign prostatic hyperplasia |
| Other | • Gengraf (Cyclosporine) | Abbott | C | IV | Y | 0 | S | Immuno-suppressant |
| | • BSF 302146 | Knoll | ? | ? | N | 4.2 | ? | ? |
| | • Norvir | | C | | Y | | | |
| | • ABS 103/NRS 1776 | Abbott | | | N | | | |
| | • ABT-677 (Nevraminidase) | Abbott | | | N | | | |
| | • ABT-828 (45) | Abbott | | | N | | | |
| | • FTI | ? | | | | | | |
| | • Ritonavir | ? | | | | | | |
| | • TSP-2 | ? | | | | | | |

* May be funded by HPD

Source:  R&D finance; Development Review templates; team analysis

CONFIDENTIAL

# POTENTIAL SAVINGS FROM TERMINATING DEVELOPMENT PROJECTS
## $ Millions

PRELIMINARY

| Program name | Priority | 2001 potential savings (external only) | 2001 planned budget $ Millions | | | 2001 budget if killed mid-May $ Millions | | |
|---|---|---|---|---|---|---|---|---|
| | | | External | Internal | Total | External | Internal | Total |
| ABT-518 (MMPI) | Terminate | 0.90 | 1.10 | 8.30 | 9.40 | 0.20 | 4.40 | 4.60 |
| Danusertian | Terminate | 10.57 | 13.50 | 12.90 | 26.40 | 2.93 | 6.84 | 9.77 |
| Dilaudid | Terminate | 2.95 | 5.90 | 5.90 | 12.70 | ? | ? | ? |
| SEGARD | Terminate | 2.90 | 5.80 | 5.90 | 11.70 | ? | ? | ? |
| T3/T4 | Pending | 2.40 | 4.80 | 4.50 | 9.30 | ? | ? | ? |
| ABT-594 | Pending | 0.24 | 1.30 | 8.00 | 9.30 | 1.06 | 7.65 | 8.71 |
| J695 | Pending | (0.30) | 6.30 | 7.70 | 14.00 | 6.60 | 3.60 | 10.20 |
| PEG Hirudin | Pending | 6.65 | 13.30 | 8.10 | 21.40 | ? | ? | ? |
| ABT-492 (Quinolone) | Continue | 6.00 | 7.10 | 17.40 | 24.50 | 1.10 | 8.00 | 9.10 |
| ABT-510 (TSP-1) | Continue | 2.10 | 2.30 | 7.70 | 10.00 | 0.20 | 5.90 | 6.10 |
| ABT-627 (Endothelin) | Continue | 17.80 | 19.90 | 18.90 | 38.80 | 2.10 | 12.60 | 14.70 |
| ABT-751 (Anti-Mitotic) | Continue | 1.60 | 1.60 | 6.60 | 8.20 | - | 3.50 | 3.50 |
| ABT-773 (Ketolide) | Continue | 21.70 | 54.80 | 33.20 | 88.00 | 33.10 | 27.30 | 60.40 |
| ABT-963 (COX-II) | Continue | (0.03) | 0.10 | 1.10 | 1.20 | 0.13 | 1.10 | 1.23 |
| AU224 | Continue | 0.30 | 1.80 | 2.30 | 4.10 | 1.50 | 0.40 | 1.90 |
| Clarithromycin | Continue | 4.70 | 12.00 | 2.90 | 14.90 | 7.30 | 3.30 | 10.60 |
| Cilvarine | Continue | 0.90 | 1.80 | 1.80 | 3.60 | ? | ? | ? |
| D2E7 | Continue | 24.85 | 49.70 | 48.10 | 97.80 | ? | ? | ? |
| Depakote | Continue | 4.50 | 10.00 | 14.40 | 24.40 | 5.50 | 10.60 | 16.10 |
| Fenofibrate | Continue | - | - | 1.40 | 1.40 | - | 1.40 | 1.40 |
| Hydrocodone | Continue | - | - | 4.00 | 4.00 | ? | ? | ? |
| Kaletra | Continue | 8.00 | 24.30 | 26.70 | 51.00 | 16.30 | 17.10 | 33.40 |
| Omnicef | Continue | 2.90 | 3.00 | 1.90 | 4.90 | 0.10 | 1.50 | 1.60 |
| Propafenone SR | Continue | 1.80 | 3.60 | 5.60 | 9.20 | ? | ? | ? |
| Sibutramine | Continue | 3.50 | 10.80 | 11.00 | 21.80 | 7.30 | 4.20 | 11.50 |
| Gengraf | Continue (?) | (0.20) | 1.20 | 1.30 | 2.50 | 1.40 | 0.70 | 2.10 |
| ABS103/NPS1776 | Not reviewed | - | - | 0.60 | 0.60 | - | 0.20 | 0.20 |
| ABT-089 (ADHD) | Not reviewed | - | - | 4.60 | 5.00 | - | 0.60 | 0.60 |
| ABT-598 (KCO) | Not reviewed | 0.40 | 0.40 | 2.10 | 4.00 | - | 1.40 | 1.40 |
| Ritonavir | Not reviewed | 0.80 | 1.90 | 2.10 | 4.00 | 1.10 | 2.10 | 3.20 |

Note: Assumes savings of 50% of external costs if project team did not answer survey; shows only projects funded in 2001 PPD and Knoll plans: unfunded projects listed as terminate/hold include Trandolapril, HSR903, and Ancrod; unfunded projects listed as pending include Rubitecan, Theragyn, Urokinase, BSF201640, BSF 190555, ABT-822, LU420627, Ganaton, and Hokunalin Tape; unfunded projects listed as continue include BSF 190555, Levosimendan, Pro-urokinase, Norvir, and Uprima.

Source: R&D Finance survey of project teams

CONFIDENTIAL

CH-228011-079jb/rcDC

36

# MODEL "MAY 8" PORTFOLIO

| | Theoretical portfolio including biologicals | Potential total* | Projects in potential total that were not funded in 2001 plans | Projects in potential total currently funded | Current Biologicals (all funded) | Theoretical portfolio without biologicals |
|---|---|---|---|---|---|---|
| Pre-Phase I | 8 | 1** | 0 | 1** | 1 | 7** |
| Phase I | 6 | 12 | 2 | 10 | 0 | 6 |
| Phase II | 12 | 9 | 3 | 6 | 2 | 10 |
| Phase III | 5 | 11 | 3 | 8 | 6 | 3*** |
| Phase IV – clinical | 5 | 12 | 3 | 9 | 0 | 5 |
| Phase IV – other | 12 | – | – | – | – | 12 |
| **Total** | **48** | **44** | **11** | **34** | **9** | **43** |
| **Total (I-IV)** | **40** | **43** | **11** | **33** | **8** | **36** |
| **Total (I-IV-clinical)** | **28** | **43** | **11** | **33** | **8** | **24** |

\* All projects considered in development review
\*\* Most pre-Phase I not funded in development budget
\*\*\* Not additive

**CONFIDENTIAL**

MCK 00312

CH-228011-079jb/roDC

*DRAFT*

37

## "IDEAL" PIPELINE

| | Dollars Percent | Success rate Percent | NCE Percent | Number of projects steady-state |
|---|---|---|---|---|
| Pre-phase I | 9 | 17 | 37 | 5.9 |
| Phase I | 14 | 25 | 17 | 2.8 |
| Phase II | 40 | 33 | 26 | 4.2 |
| Phase III | 37 | 65 | 19 | 3.2 |
| Total | | | | 16.1 |

Note: Excludes phase IV. Assumes 1 NDA every 17 months. Phase I is after DDC, before first in man
Source: Abbott portfolio model

CONFIDENTIAL



# ALLOCATION OF DOMESTIC R&D EXPENDITURES BY FUNCTION – 1998
Percent

CH-228011-079jb/raDC

| | Percent |
|---|---|
| Synthesis and extraction | 12.0 |
| Biological screening and pharmacological testing | 15.1 |
| Toxicology and safety testing | 5.2 |
| Pharmaceutical dosage formulation and stability | 9.0 |
| Clinical evaluation – Phases 1, 2, and 3 | 28.3 |
| Clinical evaluation – Phase 4 | 5.8 |
| Process development for manufacturing and quality control | 9.9 |
| Regulatory – IND and NDA | 4.4 |
| Bio-availability | 2.4 |
| Other | 7.9 |
| Total | 100.0 |

Source: PhRMA, 2000

38

CONFIDENTIAL

MCK 00314

CH-22B011-079jb/raDC



# ABBOTT TOXICOLOGY

**John Leonard**
Vice President
Drug Development

**D. Reid Patterson, DVM, Ph.D.**
Drug Safety Evaluation
Division Vice President

**Open**
Quality Control, Audits, SOPs

**Jackie Lippert,**
IACUC Coordination
Sherry Kantola
Word Processing

**Keenan Marsh, Ph.D.**
Director,
Exploratory Kinetics & Analysis

**Stan Roberts, Ph.D.**
Director,
Drug Metabolism

**Roger Ulrich, Ph.D.**
Director,
Toxicology & Safety
Pharmacology

**Bill Bracken, Ph.D.**
Manager,
Regulatory Toxicology
and Safety
Pharmacology

**Lori Gallenberg, Ph.D.**
Manager,
Investigative Toxicology

**Jane Fagerland, Ph.D.**
Manager Microscopy &
Microanalysis

**Roger Ulrich, Ph.D.**
Manager Cellular and
Molecular Toxicology

**Tawakol El-Shourbagy, Ph.D.**
Director,
Drug Analysis

**Pat Custick, DVM**
Director,
Pathology

**Sherry Morgan, Ph.D.**
Manager Anatomic
Pathology & Histology

**Vicki Simock MS, MLT**
Manager,
Clinical Pathology

**Mike Ballinger, DVM**
Director
Comparative Medicine

**Nancy Peterson, LATG**
Manager,
Laboratory Operations

39

**CONFIDENTIAL**



# X-KNOLL PHARMACEUTICAL CENTERS

CH-228011-079ljb/rdC

*MARCH 2001*

**John Leonard**
Vice President
Drug Development

**Fritz Richter**

**Jack Lipman**
Toxicology

- Experimental
  Toxicology/Pathology
- Regulatory Toxicology
- Clinical Chemistry
- Bioresources

**Gerhard Paul**
Drug Metabolism & Pk

- Drug disposal and
  kinetics
- Bioanalytics
- Early ADME
- Early ADME at ABC

**Ernst Buschmann**
Chemical Development

- Process Chemistry
- Analytical Development
- Radio Chemistry
- Radiation Protection
- Maintenance

**Helmut Fricke**
Pharmaceutical
Development

- Oral Formulation
- Parenteral Formulation
- Clinical Supplies
- Analytical
  Development

**Rafel Sarabia**

- U.S. Oral Formulation
- U.S. Clinical Supplies
- U.S. Analytical
  Development

40

CONFIDENTIAL

MCK 00316

CH-228011-079jb/rcDC

# X-KNOLL PHARMACEUTICAL CENTERS
## FTE, millions Euro



1  # FTE is effective headcount on board March 5, 2001
2  Budget figures don't include allocations by central functions e.g., HR, Site infrastructure, other central services
3  Cost distribution between 26011 and 26081 not accurate since recently some FTE + Equipment were moved from one to the other
   group which is not yet reflected in the budget
4  Budget of head office contains all administrative/management personell incl. Department heads and several central costs e.g.
   temporary personell, space, consultancy, depreciation on tangible assets

CONFIDENTIAL

MCK 00317

CH-228011-079)b/rcDC

42

# X-KNOLL PHARMACEUTICS DEVELOPMENT

MCK 00318



NORTH CHICAGO PARD

CH-228011-079jb/rcDC

OUTDATED

43

**John Leonard**
Vice President
Drug Development

**Efraim Shek**
Divisional Vice President
Pharmaceutical and Analytical R&D

**Steve Szostak**
Senior Financial analyst

**Milly Dir**
Senior HR Specialist
Human Resources

**Gopi Menon, Ph. D.**
Director
GMC Development

**Randall Mack**
Operations Manager

**Pat Klemenc**
Manager
PARD Operations AP6

**Gary Jones**
Manager
Investigational Drug Srvs 492

**Kathy Lenz**
Section Manager
Documentation Center 4R2

**Jerry Parker**
Manager
Clinical Operations 4P5

**Jeff Soderquick**
Compliance Consultant

**Achok Kaldare,Ph. D.**
Director
Project Management

**Howard Checklin, Ph.D.**
Project Manager

**Julie Garren, Ph.D.**
Project Manager

**Garry Maneghan, Ph.D.**
Project Manager

**Sue Semla, Ph.D.**
Project Manager

**Vic Taylor, Ph.D.**
Project Manager

**Lian Feely, Ph. D.**
Acting Director
Pharmaceutical R&D

**Thom Hale**
Manager
Process Dev. Center AP8

**Rick Pyler, Ph.D.**
Manager
Formulation Dev. Center 4P7

**Tom Relland, Ph.D.**
Manager
Pharma and New Technologies

**Andy Piasz, Ph. D.**
Director
Analytical R&D

**John Bauer, Ph.D.**
Research Fellow

**Dave Brown, Ph.D.**
Manager
Analytical Dev. Center AP2

**Jean Gallery, Ph.D.**
Group Leader
Dissolution Center 4P4

**Dana Morgan, Ph.D.**
Manager
Pharma Analysis and Stability
Center 417 and 4P1

**CONFIDENTIAL**

**MCK 00319**

CH-228011-079jb/rcDC

44

**IDC**



Organization chart:

**John Leonard**
Vice President
Drug Development

**Efraim Shek**
Divisional Vice President
Pharmaceutical, Analytical
R&D

**Dr. R.I. Horder**
Director, International
Development Center

**J. Wallace**
Administrative Officer

**S. McKinnell**
Administrative
Assitant
Part time (0.5)

**Dr. S. Sivestri**
Manager
Pharmaceutical
Development

See forward 2 pages

**A.M. Smethurst**
Manager
Quality Assurance

**J.C. Montgomery**
Documentation
Part Time (0.5)

**T. Fisher**
MIS Specialist

**N. Thomas**
QA Specialist

**T. Atkinson**
QA Technician

**S. Vince**
Administrator
Quality Assurance

**D.F. Lurcock**
Manager
Facilities

**J. Brown**
Facilities
Coordinator

**Housekeeping Staff**
J. Warren
D. Loder

**Dr. W. C. Mann**
Associate Director
Analytical
Development

See next page

**CONFIDENTIAL**

CH-22801-079jb/rcDC

45

# IDC ANALYTICAL DEVELOPMENT



Note: n = 30

CONFIDENTIAL

# IDC PHARMACEUTICAL DEVELOPMENT



CH-228011-079jb/rcDC

46

CONFIDENTIAL



# NEW JERSEY PHARMACEUTICAL DEVELOPMENT

CH-228001-079/jb/xdC

*JAN 2001*

47

**John Leonard**
Vice President
Drug Development

**Fritz Richter**

**Pharmaceutical
Development, U.S.**
R. Sarabia

**Analytical
Development**
J. Lepore

**Analytical
Development**
J. Lepore

**Analytical
Development**
S. Iacono

**Analytical/Stability
Support, U.S.**
P. Guempel

**Clinical Supplies**
N.N.

**CS-Packaging**
M. Pleasant

**CS-Coordination**
P. Geller/L. Sofia

**Formulation
Development**
G. Kushla

**Basic Development
Proteins**
B.B. Chang

**Formulation
Development**
G. Kushla

**Formulation
Development**
J. Wang

**Formulation
Development**
L. Maganti

CONFIDENTIAL

MCK 00323

CH-228011-079jb/rcDC

48

# ABBOTT PHASE I ORGANIZATION



Center of Clinical Pharmacology and Pharmacokinetics
- D4CE – Center Management
- D42P – Clinical Pharmacology
- D420 – Clinical Pharmacology:  Phase I Specialists
- D42K – ACPRU
- D4PK – Clinical Pharmacokinetics

Note: Excludes statistics/Data management – Mike Rubison

MCK 00324



# ABBOTT PHASE I ORGANIZATION
## FTE, $ millions

CH-228011-079jb/rcDC

*MARCH 2001*

49

**John Leonard**
Vice President, Drug Development

Center of Phase I Director
Rick Granneman, Ph.D.
(86 FTEs, $14,228 budget, not including Stats and DM)

Operations
Becky Boyer, BA
(5 FTEs, D4CE =$861)

Secretary
Hope Ceaser
(1 FTE)

Modeling
Ann Hsu, Ph.D.
(1 FTE)*

Pharmacokinetics
Walid Awni, Ph.D.
(19 FTEs, $2,583)**

Clinical Pharmacology:
Mt. Olive and Germany
Carl Mendel, M.D.

German Research Unit
Barbara Freyer-Kern, M.D.
(5.5 FTEs, $619)

Clinical Pharmacology Germany
Herbert Mueller-Peltzer, M.D.
(11 FTEs, $2,996)

Clinical Pharmacology. Mt. Olive
(8 FTEs, $954)

Clinical Pharmacology:
Lake County
Robert O'Dea, M.D., Ph.D.

IL Research Unit
Laura A. Williams, M.D.
(21 FTEs, $4,050)

Pharmacologists
Thao Doan, M.D.
(5 FTEs, $1,080)

Monitors
Carolyn Eason,
(8.5 FTEs, $1,085)

Statistics & Data Mgmt, Lake
County
Mike Rubison, Ph.D.

Statistics
(D436=$    )

Data Management
(D433=$    )

\* Does not include Steve Mayer, M.D.
\*\* Does not reflect new Ph.D. headcount from April Update

CONFIDENTIAL

MCK 00325



## X-KNOLL CLINICAL CENTERS

**John Leonard**
*Vice President Drug Development*

**M. Spigelman**
Clinical Centers, Ludwigshafen

Cardiovascular
N.N.

Immunology
N.N.

**C. Mendel**
Clinical Pharmacology

**K. Balinski (acting)**
Clinical Operations

**W. Koch**
Biostatistics and Data Management

CH-228011-079jb/rcDC

50

**CONFIDENTIAL**

MCK 00326

# X-KNOLL CLINICAL PHARMACOLOGY (PHASE I)



CONFIDENTIAL

MCK 00327

CH-228011-079jb/rcDC

51

# X-KNOLL R&D SYSTEMS, PROCESSES, AND SUPPORT

CH-228011-079jb/rcDC

SEPTEMBER 2000

52



**John Leonard**
Vice President
Drug Development

**Steffen Roellinger**
R&D SPS,
Ludwigshafen

**K. Balinski**
CRO Management

**H. Haeussermann**
Information Services

**N.N.**
Intellectual Property

**N.N.**
Communication

**O. Lischke**
Finance & Controlling

**R. Foster**
Information
Technology

**N.N.**
Human Resources

Corporate Finance &
Controlling

Corporate IT

Corporate Human
Resources

Corporate
Communication

CONFIDENTIAL

MCK 00328

# GLOBAL PHARMACEUTICAL – ONCOLOGY VENTURE ORGANIZATION



CH-228001-079jb/reDC

53

CONFIDENTIAL

MCK 00329

CH-228011-079jb/ncDC

# GLOBAL PHARMACEUTICAL – INFECTIOUS DISEASE AND VIROLOGY VENTURES ORGANIZATION



54

* Direct reports include Clinical Project Managers, Clinical Research Associates (CRAs), and Document Clerks

**CONFIDENTIAL**

**MCK 00330**

CH-22801-079jb/rcDC

55

# GLOBAL PHARMACEUTICALS – UROLOGY VENTURE ORGANIZATION



MCK 00331



# X-KNOLL – GLOBAL PROJECTS

CH-228011-079/jb/raDC

*PRE-CLOSE*

56

**John Leonard**
Vice President
Drug Development

**Iris Löew-Friedrich**

**Jerry Osborne**
Project Management

**Tohru Hirose**
Japan projects

**Clive Spiegler**
Global Team Leader D2E7

**Eddie Chong**
Global Team Leader Sibutramine

**Matthias Luz**
Global Team Leader LU135252

**Acting**
Lothat Daum          Segard
B. Rendenbach-Müller  Ancrod
Barry Gold           Dilaudid Oros
Rudi Scherhag        Clivarine

CONFIDENTIAL

MCK 00332

CH-228011-079jb/rcDC

57

# EUROPEAN VENTURE RESEARCH – ORGANIZATION



Vice President
Drug Development
John Leonard

Director EVR
Gordon Boyd

Associate Director
Ruza
Filipovic-Miler

Resource Manager
Alison Martin

Associate Director
Philippe Ngo Van

Anti-infectives CRM
Allison Jacobs

Associate Director
Jim Looman

Clinical Operations
Manager
Elisabeth Speakman

CONFIDENTIAL

MCK 00333

CH-228011-079jb/rcDC

58

# CLINICAL OPERATIONS ORGANIZATION



MCK 00334



CH-22801-079jb/rcDC
_PRE-CLOSE_

59

# X-KNOLL REGULATORY CENTERS



**U. Granzer**

**U. Granzer**
Drug Regulatory
Affairs

**R. Spengler**
Quality Assurance

**D. Jung, S. Eberle**
**(Deputy)**
Pharmacovigilance

**CONFIDENTIAL**

MCK 00335

CH-22801l-079jb/rcDC

# X-KNOLL – MEDICAL AFFAIRS



**David Hathaway M.D.**
Vice President
Medical Affairs

**Joann Mocerino**
Sr. Administrative
Assistant

**Theresa Mezza**
Research Coordinator

**Robert Mandetta**
Associate Director
Regulatory Affairs

**Open (2)**
Regulatory Affairs
Specialists

**Timothy Seaton, M.D.**
Senior Director
Clinical Research

**Steve Joyal, M.D.**
Associate Medical
Director, Meridia

**Open**
Associate Medical
Director, Meridia

**Steve Weinstein, M.D., Ph.D.**
Director, Thyroid

**Ann Horowitz, Ph.D.**
Senior Manger
Clinical Pharmacology

**Mark Flanick**
Associate Information
Medical Information

**Mark Palangro, MS**
Labeling Specialist

**Open**
Sr. MI Spec. HeaRTS,
Med. Info. Repository

**Open**
MI specialist,
Obesity/Wound Mgmt.

**P. Kreider, R.Ph**
MI Specialist
Cardiovascular

**M. Brony, Pharm D.**
MI Specialist
Synthroid

**Open**
MI Specialist
Analgesilia

**12-15**
Specialists
Ask the Pharmacist

**Open Director**
Advocacy/Professional education

**C. Zolna**
Senior Manager
Analgesic

**M. Hiter**
Senior Manager
Metabolic/Endocrine

**P. Ricker**
Project specialist
CV

**G. Homsany**
Project specialist
Metabolic/Pain

**M. Guiherme**
Coordinator
CV/New Products

**S. Montan**
Coordinator
Metabolic

**P. Baker**
Senior Coordinator
Endocrine

**M. Pontrello**
Manager
Pain Advocacy Relations

**C. Trump**
Associate Director

**L. D'Anna**
Project specialist
Budgets

**V. DePrisco**
Senior Coordinator
CV

**L. Gamb**
Senior Coordinator
Pain

**E. Dunn**
Coordinator
Endocrine

**Open**
Manager
CV Advocacy Relations

60

CONFIDENTIAL

CH-228011-079jb/rcDC

61

# X-KNOLL – AMERICAS PHARMACEUTICAL



**Carter H. Eckert**
President Knoll Pharmaceutical Company

**Gisela I. Collins**
Executive Assistant

**Steve Koehler**
Vice President
Finance and Administration

**Ann Raffensperger**
Vice President
Strategic and Portfolio Management

**Jeff Paris**
Vice President
Human Resources and Communications

**Charles Montgomery**
Vice President and
Chief Council

**Grant Bogle**
Vice President
Marketing and Sales

**Gary Dotch**
Vice President
Technical Operations

**David Hathaway, M.D.**
Vice President
Medical Affairs

**Juan Carlos Ordonez**
Vice President
Business Development

**Alan Brockway**
General Manager Canada

**Jose-Maria Mora**
General Manager Colombia

**Terry Armstead**
General Manager Brazil

**Axel Eichler**
General Manager Mexico

**Esteban Dawid**
General Manager Argentina

CONFIDENTIAL

MCK 00337

# X-KNOLL – STRATEGIC AND PORTFOLIO MANAGEMENT



CH-22801-079jb/rcDC

62

CONFIDENTIAL

MCK 00338

# X-KNOLL US PHASE IV ACTIVITIES RESIDING IN R&D

FEBRUARY 2001

CH-22801-1-079jb/rccDC

63





# X-KNOLL US MEDICAL AFFAIRS ORGANIZATION CHART (WITH CONTRACTORS)

*FEBRUARY 2001*

SY 101

COPPA
Medtronix

TT 001

**Assoc. Dir Responsibility**
SB 113 (Titration) +SW
SB 118 (5-yr efficacy)
SB 238 (Adolescent)
Descheduling
SB 237 (BED)

SB 250 (SlimFast)
SB 226/SB227 + CM
MERIT

**Admin Responsibility**

K. Gonzalez
SB 118
SB 238
Descheduling

J. Casonova
SB 250
SB 226/227

D. Fascetta
SB 113
SB 237
TT 001

CH-22801-079jb/roDC

64

CONFIDENTIAL

MCK 00340



# X-KNOLL HEALTH ECONOMICS AND REIMBURSEMENT

CH-228011-079jb/rcDC

*FEBRUARY 2001*

65

**George Vergis, Ph.D., MBA**
Vice President
New Product Development and
Commercialization

**Rhys Williams, MS,**
SoD Director, Health Economics
and Reimbursement

**Michelle Castano**
Admin Associate

Temp

OPEN Manager Health
Economics

**Carmelo Fornica, Ph.D.,**
Associate director Health
Economics

**Hossain Saadi, MD, MPH,**
Senior Manager
Reimbursement

**Susan Kim, PharmD**
2nd Year Fellow

Amy Drabinski, MBA,
PharmD 2nd Year
Fellow

Angela Sung Clinical
Research Associate

Amenda Boening,
PharmD 1st Year
Fellow

**Amy Phillips, PharmD**
1st Year Fellow

\* Health economics and reimbursement currently maintains an overhead cost center within new product development
and commercialization

**CONFIDENTIAL**

MCK 00341

CH-22801-079jb/rcDC

## ABBOTT GLOBAL EPIDEMIOLOGY AND OUTCOMES RESEARCH

66



**David Pizzuti MD,**
Corporate Vice President
Global Medical Affairs

**Talat Ashrat MD, MS-Health Economics**
Global Medical Director
& Medical Director Managed Care
Global Epidemiology and Outcomes
Research

**Tol January,**
Administrative Assistant and
Office Manager

**A. Kolodziej,**
Administrative Assistant
and Project Coordinator

**Jay Chmiet Ph.D., MBA,**
Director & Head of
Outcomes Statistics
Neurosciences,
Transplant

**Bob Boggs Ph.D.,**
Manager and Head of
Econometrics
Neurosciences, HPD

**Amitabh Singh M.Phil.,**
Ph.D., Assistant Director
Head of Quality of Life
Studies Oncology, Anti-
Infective

**Michelle Luo MS, Ph.D.,**
Manager Head of Clinical
Decision Analysis Anti-
Viral, ADD

**Mary Ciffildi MS, Ph.D.**
Assistant Director
Formulary Management
Managed Care

**Open MD, MPH,**
Assistant Medical
Director Meta-Analysis
Studies CVD

**Work Loan SAS
Programmer
Database Studies**

**Internship Program
May through
August**

**Albert Aasad MD
Associate Director
MD Rotation
Program
MediSense**



X-KNOLL GLOBAL PHARMACOVIGILANCE

CH-228011-079jb/ncDC
FEBRUARY 2001

67

Note: # - on maternity leave

MCK 00343

CH-228011-079jb/rdC

*FEBRUARY 2001*

68

# X-KNOLL MEDICAL INFORMATION – U.S.

```
                    Mark Flanick Associate
                    Director Medical
                    Information
```

Patrice Rine, Sr.
Admin. Assistant
Medical Information
*Temp

- Mark Palangio, MS Labeling Speciality
- Vacant Sr. MI Speciality HeaRTS Med. Info. Repository
- Vacant MI Specialist Obesity Wound Management
- Penny Kreider, R.Ph. MI Specialist Cardiovascular
- Michael Brony, Pharm D. MI Specialist Synthroid
- Vacant MI Specialist Analgesia
- Ask the Pharmacist 12-15 specialists

CH-220011-079jb/rcDC

**ABBOTT MEDICAL SERVICES**

*FEBRUARY 2001*

69

Tracey Heimberger, M.D.
Senior Director
D-42V Medical Services

Deena Brand

**Robert Hoff, M.D., MBA**
Medical Director
D-4PI Med Information and
D-42W Med Review
N = 17

Ingrid Bryzinski, RPh, MS
Manager
D-6RE AI Med Communications
N = 17

JoAnn Cleveland

Debra Skarda, RN, MS
Assistant Director
D-4PI Med Information

- Theresa Aavang, RPh
- Lorrie Babbini, BSN
- Kim Grasser, BSN, MBA
- Patty Hape, RN
- Sharon Hannabarger, BSN
- Carla Koch, PharM.D.
- Lee Muraoka, RPh, MS
- Falda Relucio, PharM.D.
- Cheri Spath, RPh
- Brandy Toth, PharM.D.

- Jonathan Negron
- Carrie Roiseth
- Tammy Brazil*

**Jean-Pierre Clement, M.D.**
Medical Director
D-4RH AI Pharmacovigilance
N = 17

**Greg Zabomiak, RPh, MS**
Manager Systems &
Documentation
D-42V Med Svc

- Darby O'Connor
- Maria Dela Pena
- Willa Gaston
- Melissa Hassell
- Kathleen Losch

**Michele Scanlan, RPh**
Assistant Director
D-42W Med Review

- Scott Anderson, PharM.D.
- Patricia Culbreath-Burks, BSN
- Catherine Leventis, RPh
- Theresa Steward, RPh

**James Defreese, Ph.D.**
AEGIS Program Manager
D-42V Med Svc

Sonia VanKell

OPEN
Operations Manager
D-42V Med Svc

**Helen Eliopoulos, M.D.**
Medical Director
D-422 Postmarketed Safety

**Dawn Carlson, M.D.**
Associate Director I
D-422 Postmarketed Safety

**William Kormany, M.D.**
Associate Director II
D-422 Postmarketed Safety

**Barbara deSilva, M.D.**
Associate Director II
D-422 Postmarketed Safety

**James Embrescia, DO**
Medical Director
D-422 Postmarketed and
D-42N Invest. Safety

- Cinde Aaron
- Maribel Pizano
- Cheryl Murray*

Faith O'Neil, BSN
Assistant Director
D-422 Postmarketed and
D-42N Invest. Safety

**D-422**
- Marsha Covelli, BSN
- Silvana Guido, BSN
- Mary Masterson, RN, BS
- Jami McKone, BSN
- Anne Fullman, BS
- Patricia Simon, RN, MS
- Karin Touve, BSN
- Ginny Vrsecic, BSN, MS
- Jennifer Corr, BSN*
- Cindy Eliasik, BSN*
- Jan Hamell, BSN*
- Stacy Silvasy, BSN*
- Open

**D-42N**
- Judy Anderson, RN
- Kubra Borgardt, RN
- Monica Falk, BSN
- Laureen Fitch, BSN
- Nalda Lodgaard, RN
- Susan O'Hara-Smith, BSN
- Marion VanBergen, RN, BS
- Terri Cohen, MSN*
- Mary Dalessandro, BSN*

Janice Downey
David Schneider

Anna Perez, Cons. Adv.
John Blain
Maria Rono
Ann Stoffel
Amy Gutierrez*
Kevin Suchecki*
Shabata Williams*

**Charles Schwamlein, M.D., MPH**
Medical Director
D-4ED Epidemiology

- Kristen Cook, BS
- Vaishali Patadia, MPH

**Barbara Pennebaker, BSN, MPH**
Manager
D-4ED Epidemiology

Tara McArdle

**Sindee Sommer, M.D.**
D-42N Investigational Safety

**Christopher Ablasi, M.D.**
Associate Director I
D-42N Investigational Safety

**Robert Herting, M.D.***
D-42N Investigational Safety

\* Contract personnel

**CONFIDENTIAL**

MCK 00345



# X-KNOLL PHARMACOVIGILANCE – U.S.

CH-228011-079jb/rdC
*FEBRUARY 2001*

70

**Pharmacovigilance USA**
**Dr. L. Bassin, MD**

Systems
**R. Jenkins**

Administration
**E. Wilberton**

Corporate DS US-
Market MD, VACANT

Clinical Research
Evaluation MD,
VACANT

Pharmaco-epidemiology
Dr. S. Goldman, MD

Safety Regulatory
Compliance USA
VACANT

DS Training,
Compliance, QC
**S. McManus**

Administration
VACANT

Clinical Research
**Dr. V. Cubberley, Ph.D.**

Postmarketing DS
Case Management
**Dr. A. Dickens,
MD**

Case Management
**A. Shapiro**

Administration
**K. Hamilton**

**C. Donature #**

**G. Foca**

**D. Krzywicki**

**G. Nathans (Temp)**

Case Management
**F. Atmanakly #**

**K. Levine**

**R. Weeks**

**C. Prive**

**J. Musa (Temp)**
INVEST

**C. Hawley (Temp)**
INVEST

**F. Cooke (Temp)**
INVEST

**E. Malasig (Temp)**
INVEST

**CONFIDENTIAL**

MCK 00346

CH-228011-079jb/raDC

*DRAFT*

OUTDATED

71

# GLOBAL PHARMACEUTICAL DRUG DEVELOPMENT



CONFIDENTIAL

MCK 00347

# DEPOSITION EXHIBIT 9

# PLT'S EXHIBIT FM



| | Elizabeth<br>Kowaluk/LAKE/PPRD/ABBO<br>TT<br>04/10/2001 04:25 PM | To | Keith F Hendricks/LAKE/AI/ABBOTT@ABBOTT, Steve C<br>Kuemmerle/LAKE/PPRD/ABBOTT@ABBOTT |
| | | cc | |
| | | bcc | |
| | | Subject | Pharma Strategy Retreat on May 2-4 |

Keith, Steve

Here is the latest from Marleen on the therapeutic area strategy work. As we discussed earlier today, I will continue to work with Marleen and Jim to assist with the R&D inputs to this template, to the extent that it does not interfere with our portfolio work (naturally that comes first). I'd especially like to keep abreast of the Pain project, so that I can pick up the ABT-594 analysis once they are done with this exercise.

Also note the first attachment - this seems to be the final word on therapeutic area designations, and should be helpful for the Portfolio analysis.

Liz

──────────── Forwarded by Elizabeth Kowaluk/LAKE/PPRD/ABBOTT on 04/10/2001 04:21 PM
─────────────────

            Marleen H Verlinden
            04/10/2001 03:19 PM

To:   James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Charles McLeskey/HPD/Abbott@Exchange@ABBOTT, John Heden/HPD/Abbott@Exchange, James T Doran/LAKE/HPD/ABBOTT@ABBOTT, Laura Robinson/LAKE/AI/ABBOTT@ABBOTT, Ralf Krautheimer/KNOLL-AG/BASF@KNOLL-AG, Mike Coghlan/LAKE/PPRD/ABBOTT@ABBOTT, Jorge D Brioni/LAKE/PPRD/ABBOTT@ABBOTT, Damien Springuel/LAKE/AI/ABBOTT@ABBOTT, Elizabeth Kowaluk/LAKE/PPRD/ABBOTT@ABBOTT, Margaret A Foley/LAKE/PPRD/ABBOTT@ABBOTT, Colin Durnin/KNOLL-UK/BASF@KNOLL-UK, Connie Faltynek/LAKE/PPRD/ABBOTT@ABBOTT, Paul L Bems/NVP/MT-OLIVE/KNOLL-PHARMA/BASF@BASF-CORP, Stan Bukofzer/LAKE/PPRD/ABBOTT@ABBOTT, urodoc@dial.pipex.com @ internet, Robert S Altman/LAKE/PPD/ABBOTT@ABBOTT, Paul L Bems/NVP/MT-OLIVE/KNOLL-PHARMA/BASF@BASF-CORP, Marilou Reed/LAKE/PPRD/ABBOTT@ABBOTT, Nigel Livesey/LAKE/AI/ABBOTT@ABBOTT, John M Leonard/LAKE/PPRD/ABBOTT@ABBOTT, Johan M Beeck/LAKE/AI/ABBOTT@ABBOTT
cc:   John M Leonard/LAKE/PPRD/ABBOTT@ABBOTT, Dan W Norbeck/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  Pharma Strategy Retreat on May 2-4

Please find herewith Jeff Leiden's templates for his off site retreat

The direction we receive herewith is quite different from the brief we had received so far. This will necessitate a reorganization of the teams and task assigments. Please look at the templates below.

In view of the extremely short period of time left to do this exercise , I believe It is unrealistic to assume that we can do all of this work collectively, i.e. in the course of " full-team meetings". I suggest for John, Ralf, Paul (analgesia) , and for Johan and Bob (Urology) to collect the commercial info via separate meetings of the commercial folks, and for our core team as it existed to date to focus on the medical/clinical/discovery /technical development issues in the templates. The information gathering and preparation of our drafts , each in our respective areas of expertise , will probably take most of the two coming weeks. For the core team, please let's keep our scheduled meetings
I suggest that we clear our calendars completely in the week preceding April30 and organize a few days

ABBT323300

EXHIBIT

for medical /discovery and commercial to all come together and reconcile the marketing and medica /science templates, if needed , and finalize the presentations. Given the horrendous size of the exercise "in virtual time", do you agree that this approach make sense?

I would like to request that we keep our minds open for new("scientific franchise") opportunities, -as we were initially briefed-, even if they do not fit in the current franchises, such as for instance a much broader definition of the visceral pain opportunity,spanning over a number of areas that are existing or potentially new for Abbott (e.g. in urolgoy, gastroenterology, analgesia). Let's keep in mind that the brief we got verbally was to not get boxed -in in our thinking, to think about this innovatively, and identify where medical and scientific opportunities may exist now which could bring innovative compounds to market10 years from now and make us an innovator with a majority of breakthrough, as opposed to follower, compounds. This may require some flexibility in our thinking about the future by venturing outside the currently commercially pre-defined Abbott areas .
John (Leonard),Dan, please advise us if this part of the brief no longer is valid      .

Marleen
———————— Forwarded by Marleen H Verlinden/LAKE/PPRD/ABBOTT on 04/10/2001 02:24 PM
————————

From:     Jeff M Leiden on 04/10/2001 12:27 PM
Sent by: Kathy A Hundley

To:       Bruce McNutt/HPD/Abbott@Exchange, Charles McLeskey/HPD/Abbott@Exchange@ABBOTT, David
          Ostrow/HPD/Abbott@Exchange@ABBOTT, Eugene X Sun/LAKE/PPRD/ABBOTT@ABBOTT, Frank W
          Zhou/LAKE/AI/ABBOTT@ABBOTT, Fritz-Frieder Frickel/KNOLL-AG/BASF@KNOLL-AG, George
          Maliekal/HPD/Abbott@Exchange@ABBOTT, Heather L Mason/LAKE/PPD/ABBOTT@ABBOTT, Iris
          Loew-Friedrich/KNOLL-AG/BASF@KNOLL-AG, James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Jerald
          J Wenker/LAKE/PPD/ABBOTT@ABBOTT, Johan M Baeck/LAKE/AI/ABBOTT@ABBOTT, John
          Arnott/LAKE/AI/ABBOTT@ABBOTT, John Heden/HPD/Abbott@Exchange, John
          Toner/HPD/Abbott@Exchange, Lauren V Vitek/LAKE/HPD/ABBOTT@ABBOTT, Mark J
          Webster/LAKE/PPD/ABBOTT@ABBOTT, Marleen H Verlinden/LAKE/PPRD/ABBOTT@ABBOTT, Mary
          Szela/HPD/Abbott@Exchange@ABBOTT, Michael Kirchengast/KNOLL-AG/BASF@KNOLL-AG, Loreen
          Mershimer/HPD/Abbott@Exchange@ABBOTT, Paul L
          Berns/NVP/MT-OLIVE/KNOLL-PHARMA/BASF@BASF-CORP, Perry D
          Nisen/LAKE/PPRD/ABBOTT@ABBOTT, Ralf Krautheimer/KNOLL-AG/BASF@KNOLL-AG, Richard J
          Marasco/LAKE/PPD/ABBOTT@ABBOTT, Robert I
          Kamen/NV/WORCESTER/BASF-CORP/BASF@BASF-CORP, Robert S
          Altman/LAKE/PPD/ABBOTT@ABBOTT, Ronald K Lloyd/LAKE/AI/ABBOTT@ABBOTT, Scott
          Toner/HPD/Abbott@Exchange@ABBOTT, Shing Chang/LAKE/PPRD/ABBOTT@ABBOTT, Soneil
          Guptha/LAKE/HPD/ABBOTT@ABBOTT, Steve Fesik/LAKE/PPRD/ABBOTT@ABBOTT, Susan
          Rodriguez/HPD/Abbott@Exchange, Suzanne Lebold/HPD/Abbott@Exchange@ABBOTT, Terry J
          Opgenorth/LAKE/PPRD/ABBOTT@ABBOTT, Thomas G Moore/LAKE/HPD/ABBOTT@ABBOTT, Udo
          Legler/KNOLL-AG/BASF@KNOLL-AG, William Hargan/KNOLL-AG/BASF@KNOLL-AG, Wulff-Erik Von
          Borcke/NVP/MT-OLIVE/KNOLL-PHARMA/BASF@BASF-CORP
cc:       Edward J Fiorentino/LAKE/PPD/ABBOTT@ABBOTT, William G Dempsey/LAKE/AI/ABBOTT@ABBOTT,
          Arthur J Higgins/LAKE/PPD/ABBOTT@ABBOTT, Dan W Norbeck/LAKE/PPRD/ABBOTT@ABBOTT, John
          M Leonard/LAKE/PPRD/ABBOTT@ABBOTT, Christopher B Begley
          [HPDAPP00.BEGLECB]@SSWGATE, Ed Ogunro/HPD/Abbott@Exchange, Steffen
          Roellinger/KNOLL-AG/BASF@KNOLL-AG, michael_williams@mckinsey.com
Subject:  Pharma Strategy Retreat on May 2-4

We are excited about the upcoming Pharma Strategy Retreat on May 2-4. This
will be the first opportunity that we will have had to step-back from the
integration efforts and take a comprehensive look at the global pharma business
we want to build together as part of the new Abbott.

Many of you have already been informed about the therapeutic area

Highly Confidential                                                                              ABBT323301

presentations for the retreat. The purpose of this message is to provide you with a more detailed overview of the objectives for the meeting and the criteria that will be used to compare different opportunities. This will be important context as you develop your presentations jointly with your co-chairs.

**Retreat objectives**

We have three major objectives for the meeting:

1. Gain a shared understanding of the opportunities for Abbott in each therapeutic area.
2. Select our core therapeutic areas for discovery and development moving forward.
3. Within these core therapeutic areas, identify the most important areas for focused discovery, development, licensing and commercial activity.

The goal of this meeting is **not** to finalize R&D project prioritization and budget allocations. However, the work we do together during the three days will be an important input to these decisions, which will be made by May 8th.

**Criteria for assessment**

As you prepare for your presentation, please use the following criteria to evaluate the opportunities in each therapeutic area.

*Major criteria:*

1. Chronic diseases with expanding global markets.
2. Scientific opportunity.
3. Unmet medical need.
4. Opportunities for synergies with devices and diagnostics.

*Minor criteria:*

1. Competitive landscape.
2. Experience and expertise at Abbott.
3. Fit with current marketed products or franchises.
4. Balance of low, medium and high-risk projects across the therapeutic areas.

ABBT323302

**Meeting agenda, presentations and templates**

The final agenda for the meeting will be sent out in the next week. You should assume your presentation should take around 60 minutes, after which there will be approximately 30 minutes of discussion. For anti-infectives, oncology and neuroscience, the presentation time will be expanded to 90 minutes reflecting the breadth of diseases that will need to be addressed.

We have developed the templates for your presentations. These are not meant to restrict your creativity, but rather to ensure sufficient consistency across all of the presentations. Our hope is that you and your co-chairs will jointly act as strong advocates for your areas, focusing on the most important opportunities and challenges of your specific therapeutic area.

To kickoff this effort, a short meeting/conference call will be set up later this week with all of the TA co-chairs, during which I will provide additional context and guidance and address your initial questions. After this, please feel free to contact me directly if you have additional questions.

**Attachments:** (1) List of TA co-chairs, list of diseases by TA that should be addressed (not inclusive), (2) table of contents for TA presentations, and (3) templates



040901-team and TA lists.p| 040801-outline for TA presentations.d

040801-updated templates for R&D update.

Regards,

*Jeff*

ABBT323303

# SELECTION AND SCOPE OF INDIVIDUAL TA PRESENTATIONS

| Ventures/TAs | In-scope areas (not inclusive) |
| --- | --- |
| 1. Anti-infectives | • Antibacterials, anti-virals, anti-parasitics, antifungals, vaccines |
| 2. Neuroscience | • Stroke, Parkinson's, epilepsy, migraine, Alzheimer's<br>• Psychiatric diseases, Attention deficit disorder |
| 3. Pain/NSAIDS | • Neuropathic pain, chronic pain, NSAIDs<br>• Narcotic analgesia, other analgesia, acute pain |
| 4. Cardiovascular/<br>thrombosis | • Hypertension, CHF, hyperlipidemia, MI<br>• Stroke, unstable angina, anti-coagulants |
| 5. Urology | • BPH, erectile dysfunction, incontinence |
| 6. Diabetes/obesity/<br>metabolism | • Diabetes, diabetic complications, obesity, thyroid |
| 7. Oncology | • All tumors and all pharmaceutical approaches |
| 8. Immunoscience | • RA/OA, psoriasis, transplantation, MS, Crohn's, sepsis, asthma |
| 9. Anesthesia | • Injectibles, inhalation agents, neuromuscular blockers, anti-emetics, anxiolytics etc |
| 10. Renal Care | • Vitamin D analogues, erythropoeisis, iron therapy |

0

Highly Confidential

ABBT323304

# TEAMS TO DEVELOP TA PRESENTATIONS

| TAs | Co-leaders (joint team) | Other team members* |
|-----|-------------------------|---------------------|
| 1. Anti-infectives | • Clinical - E. Sun - clinical<br>• Discovery S. Chang<br>• Commercial - Ron Lloyd (AI); Jerry Wenker (PPD) | • N/a |
| 2. Anti-viral | • Clinical - E. Sun<br>• Discovery - S. Chang<br>• Commercial –Frank Zhou (AI); Mark Webster (PPD) | • n/a<br><br>• n/a |
| 3. Neuroscience | • Clinical - Iris Loew-Frickel<br>• Discovery - J. Sullivan<br>• Commercial – Rock Marasco (PPD);<br>  J. Arnott to assign (AI) | |
| 4. Pain | • Clinical - M. Verlinden/Charlie McLeskey (HPD)<br>• Discovery – Jim Sullivan<br>• Commercial - John Heden (HPD); Ralf Krautheimer (AI);<br>  Paul Berns (PPD) | • Commercial Ron Lloyd (AI) |
| 5. Cardiovascular/<br>thrombosis | • Clinical - Suneil Gupta (HPD); Iris Loew-Friedrich<br>• Discovery - F. Frickel; John Toner (HPD)<br>• Commercial - S. Lebold (HPD); Udo Legler and Michael<br>  Kirchengast (AI) | • Commercial - Mary Szela<br>  (HPD) |
| 6. Urology | • Clinical - M. Verlinden<br>• Discovery - J. Sullivan<br>• Commercial – Johan Baeck (AI); Bob Altman (PPD) | • n/a |

\* Co-leaders should broadly leverage expertise from across the Abbott and x-Knoll organizations

1

Highly Confidential

ABBT323305

**DEPOSITION EXHIBIT 10**

**PLT'S EXHIBIT FR**



CONFIDENTIAL

# Resource Allocation Across GPRD



**Abbott Laboratories**

Discussion document
May 5, 2001

This report is solely for the use of client personnel. No part of it may be circulated, quoted, or reproduced for distribution outside the client organization without prior written approval from McKinsey & Company. This material was used by McKinsey & Company during an oral presentation; it is not a complete record of the discussion.

CH-CH-228013-013}/b/aaRD

1

# CONTENTS

**• Synergy targets and opportunities identified to date**

• Potential savings by TA and project in development

• Potential savings by TA and project in discovery

• Functional area and site budgets

• Decision templates

• Appendix

CONFIDENTIAL

CH-CH-228013-013jb/aaRD

2

# SUMMARY

- Synergies* of $63 million required in 2001 and $79 million in 2002

- Potential synergies of $64 million already identified

  – $29 million from R&D sub-teams

  – $35 million from rationalization of low-rated projects (those rated terminated, hold, or pending) based on development reviews ($16 million internal, $19 million external)

* Excludes affordability

CONFIDENTIAL

MCK 00206



## GPRD BUDGET AND SYNERGY TARGETS
$ Millions

Synergy target

CH-CH-228013-013]b/aaRD

3

| | Base budget | Synergy target | Total |
|---|---|---|---|
| 2001 full year budget | 956.1 | 63.4 | 1,019.5 |
| 2001 March 2 close budget | 884.1 | 52.8 | 936.9 |
| 2002 full year budget | 945.7 | 79.4 | 1,025.1 |

Source:  GPRD Finance

CONFIDENTIAL

CH-CH-228013-013jb/aaRD

*PRELIMINARY*

4

# SYNERGIES IDENTIFIED TO DATE
## Percent; $ millions



| | Percent of 2001 target achieved | Target 2001 | Synergies | | Cumulative headcount reductions | |
|---|---|---|---|---|---|---|
| | | | 2001 | 2002 | 2001 | 2002 |
| Regulatory affairs / QA | 180 | 0.5 | 0.9 | 1.9 | 7 | 7 |
| Data management / statistics | 173 | 1.5 | 2.6 | 2.8 | 38 | 38 |
| Medical affairs | 120 | 1.5 | 1.8 | 3.4 | 26 | 26 |
| CMC | 105 | 10.0 | 10.5 | 21.6 | 207 | 184 |
| IM&T | 103 | 3.0 | 3.1 | 5.1 | 6 | 6 |
| Phase I | 100 | 1.0 | 1.0 | 2.5 | 7 | 8 |
| Other (admin., etc) | 100 | 2.0 | 2.0 | 3.3 | 0.2 | 0.2 |
| Venture/global team management | 100 | 4.5 | 4.5 | 8.9 | 93 | 93 |
| Drug safety | 70 | 3.0 | 2.1 | 3.6 | 15 | 15 |
| Discovery | 23 | 3.0 | 0.7 | 4.2 | 29 | 29 |
| **Total** | **97** | **30.0** | **29.2** | **57.3** | **430** | **408** |

Source:   Synergy templates submitted by sub-teams

CONFIDENTIAL

MCK 00208

CH-CH-228013-013jblaaRD

*PRELIMINARY*

# DESCRIPTION OF SYNERGIES

| Function | Key initiatives |
|---|---|
| Data management/statistics | • Reduce head count globally, especially in Mt. Olive<br>• Insource planned contracted work for Phase IV studies |
| Medical affairs | • Reduce global head count in marketed product development<br>• Consolidate medical information personnel<br>• Reduce health outcomes personnel in Ludwigshafen |
| CMC | • Close chemical plant in Ludwigshafen<br>• Exit all CMC activities at Whippany and Italy<br>• Eliminate redundancies in PARD, PPD clinical packaging, and PPD QA<br>• Increase formulation activities at Ludwigshafen |
| IM&T | • Cancel emerging dossier projects<br>• Reduce U.S. R&D IT infrastructure costs |
| Phase I | • Increase utilization of Waukegan and Ludwigshafen Phase I units through right of first refusal for studies<br>• Reduce head count globally |
| Other (Admin., etc.) | • Consolidate services purchased |
| Regulatory affairs/QA | • Reduce global head count and operating expenses |
| Venture/global team management | • Reduce head count in Mt. Olive and Canada<br>• Optimize resources and internalize work |
| Drug safety | • Reduce external costs by shifting contracted work in Europe to Abbott Park<br>• Consolidate radiochemistry at Abbott Park |
| Discovery | • Consolidate high throughout screening at Abbott Park |

Source: Synergy templates submitted by sub-teams

5

CONFIDENTIAL

MCK 00209

# POTENTIAL SAVINGS FROM LOW-RANKED PROJECTS
$ Millions

CH-CH-228013-013|jb/aaRD

**PRELIMINARY**

☐ External
▨ Internal

| Project | Rating | 2001 April update budget (Internal / Total) | | Potential 2001 savings | | |
|---|---|---|---|---|---|---|
| | | Internal | Total | Internal | External | Total |
| Cardiology/thrombosis – Darusentan | Terminate/hold | 13.2 | 27.0 | 1.8 | 0.7 | 2.5 |
| Renal – PEG Hirudin | Pending | 8.3 | 21.7 | 10.5 | 7.1 | 17.6 |
| Pain – Dilaudid | Terminate/hold | 6.1 | 14.4 | N/A | N/A | N/A |
| Immunology – J695 | Pending | 7.6 | 14.0 | N/A | N/A | N/A |
| Immunology – SEGARD | Terminate/hold | 6.0 | 11.9 | N/A | N/A | N/A |
| Metabolic – T3/T4 | Pending | 4.5 | 9.3 | 0.3 | 0.2 | 0.5 |
| Pain – ABT-594 | Pending | 8.0 | 9.3 | 3.8 | 0.0 | 3.8 |
| Oncology – ABT-518 (MMPI) | Terminate/hold | 6.2 | 7.1 | 0.0 | 11.2 | 11.2 |
| **Total** | | **59.9** | **114.7** | **16.4+** | **19.2+** | **35.6+** |

(2001 April update budget External subtotal: 54.8)

Note:  Expected 2002 budget is $179.3 million
Source:  GPRD Finance; development review

6

CONFIDENTIAL

MCK 00210

CH-CH-228013-013þ/aaRD

# INITIAL PORTFOLIO PRIORITIZATION

| Project | Priority | Next steps | Responsibility | C- Continue<br>P- Pending<br>T- Terminate<br>Timing |
|---|---|---|---|---|
| **Anti-Infectives**<br>ABT-492 | C | • Address safety issues (including QTc) with internal expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | - |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | - |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• J. Leonard<br>• I. Loew-Friedrich | - |
| **Urology**<br>BSF 420627 | P | • Set up task force to address issues and bring back plan to senior management<br>– Reasons for failure of the SKB ETa/b antagonist<br>– Design short (~4 week) PoP trial for symptom relief<br>– Rationale for sustained release formulation<br>– Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| **Hypothyroidism**<br>T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| **Asthma**<br>Hokunalin tape | P | • Conduct market research on acceptance by different patient segments<br>• Determine how to position against long acting beta agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the patch technology | • A. Higgins/ E. Fiorentino<br><br>• J. Tyree | • May |

7

CONFIDENTIAL

MCK 00211

CH-CH-228013-013ab/aaRD

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

| Project | Priority | Next steps | Responsibility | Timing<br>C- Continue<br>P- Pending<br>T- Terminate |
|---------|----------|------------|----------------|--------|
| **Oncology**<br>ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br>• CMC group | • As planned |
| ABT-518 | Hold/T | • Wait for May results from Pfizer (will save ~$1mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)- further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective – further in-depth review required, e.g.,<br>  – Determine if there is a PoC to support claim<br>  – Address GMP issues<br>  – Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard | • By May |
| | | | • J. Tyree | • By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>  – Determine how to ensure NDA filing in 2004<br>  – Get FDA input since survival not primary endpoint<br>  – Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Leonard, P. Nisen<br><br><br><br><br>• J. Tyree | • ASAP<br><br><br><br><br>• By May |

8

CONFIDENTIAL

MCK 00212

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

CH-CH-228013-013jb/aaRD

| Project | Priority | Next steps | Responsibility | C- Continue<br>P- Pending<br>T- Terminate<br>Timing |
|---|---|---|---|---|
| **Cardiology/<br>thrombosis**<br>Darusentan<br>(LU 135252) | Hold/T | • Continue currently budgeted funding for next 6 months<br>• Do not start any new trials (e.g., hypertension planned for May)<br>• Consider out-license or swap | • Project team | • Ongoing |
| LU 208075 | Hold/T | • Continue currently budgeted funding for next six months<br>• Look at Myogen deal<br>• Out-license or swap | • J. Tyree<br>• Project team<br>• J. Tyree | • ASAP<br>• ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open cath<br>• Match versus tPA in dose-ranging studies to determine efficacy | • E. Fiorentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Clivarine | C | • Assessment by HPD (review previous evaluation and new trial data)<br>• Understand finished product manufacturing cost | • E. Ogunro<br>• B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing<br>• Verify if package is likely approvable<br>• Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

9

**CONFIDENTIAL**

MCK 00213

CH-CH-228013-013|b/aaRD

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- Continue
P- Pending
T- Terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| **Neuroscience**<br>ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/ July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list)<br>• Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • J. Tyree<br>• Project team | • TBD |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel<br>• Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc<br>• Understand Novartis contract and level of interest | • I. Loew-Freidrich<br>• Project team<br>• J. Tyree | • By May |
| BSF 190555 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • I. Loew-Freidrich | • As above |
| BSF 74398 | C (no cost) | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team<br>• J. Tyree | • By May |
| Diluadid Oros | Hold/T | • Return to ALZA or out-license to other interested partner | • J. Tyree | • TBD |
| Hydrocodone | C | • Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • Project team | • By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue – probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

10

**CONFIDENTIAL**

CH-CH-228013-013jb/aaRD

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- Continue
P- Pending
T- Terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| **Gastro-enterology** Ganaton | P | • Conduct U.S. commercial assessment with TAP<br>• Assess how to position in Europe versus generics and implications for comparative trial<br>• Develop model to assess spend at different termination points | • E. Fiorentino<br><br>• Bob Funck | • By June<br><br>• By May |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise)<br>• Conduct market research on IBS versus constipation (including pricing) | • Project team<br><br>• E. Fiorentino | • ASAP |
| **Immunology** D2E7 | C | • Conduct intensive product review<br>  – 2 day meeting with J. Leonard's group (already in process)<br>  – ½ day session with senior management group<br>• Important actions include<br>  – Approach FDA for fast track and compassionate use<br>  – Develop strategy for DMARD claim in first submission<br>  – Assess need for Enbrel assay to detect HAHAs<br>  – Assess delivery device options<br>  – Evaluate additional indications  (e.g., psoriasis, Crohns, heart failure) and pediatric program<br>  – Profile Celltech product<br>  – Assess impact of additional IV program on reimbursement<br>• Develop list of potential marketing partners for quids | • J. Leonard<br><br><br><br><br>• Various<br><br><br><br><br><br><br><br><br><br>• J. Tyree | • By May<br><br><br><br><br>• By May |

11

CONFIDENTIAL

MCK 00215

CH-CH-228013-013ploaaRD

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- Continue
P- Pending
T- Terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| **Immunology** (continued) Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US – consider creating a small team in the US to analyse data, propose smaller PII study<br>• Research pricing, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-6<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard<br><br><br><br><br>• J. Tyree | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • E. Fiorentino<br>• J. Tyree<br>• Ongoing | • ASAP |

12

CH-CH-228013-013jb/aaRD

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- Continue
P- Pending
T- Terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **PIV programs** | | | | |
| Clarithromycin | C | • None identified | - | - |
| Omnicef | C | • None identified | - | - |
| Kaletra | C | • None identified | - | - |
| Norvir | C | • None identified | - | - |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Arnott, E. Fiorentino | • ASAP |
| | | • Assess combination therapy with fibrates | | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | • Project team | |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "Invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Fiorentio | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | - |
| Depakote | C | • None identified | - | - |
| Gengraf | C | • None identified | - | - |

13

CONFIDENTIAL

CH-CIH-228013-013jb/aaRD

14

# CONTENTS

- Synergy targets and opportunities identified to date
- Potential savings by TA and project in development
- Potential savings by TA and project in discovery
- Functional area and site budgets
- Decision templates
- Appendix

CONFIDENTIAL

MCK 00218

# POTENTIAL DEVELOPMENT PROGRAM SAVINGS IN 2001 IF TA TERMINATED

$ Millions

CH-CH-228013-013jb/aaRD

☐ External
▨ Internal

15

**2001 April update budget**

**Potential 2001 savings**

| TA | 2001 April update budget (Internal) | 2001 April update budget (External/Total) | Potential 2001 savings (Internal) | Potential 2001 savings (External/Total) |
|---|---|---|---|---|
| Anti-infectives | 90.7 | 192.0 | 33.0 | 77.2 |
| Immunoscience | 64.0 | 131.1 | | 4.4 + |
| Oncology | 70.4 | 64.6 | 4.0 | 35.7 |
| Cardiology/thrombosis | 22.6 | 43.2 | 1.0 | 19.7 |
| Metabolic / diabetes / obesity | 15.0 | 37.0 | 4.0 | 4.6 |
| Pain | 18.2 | 29.6 | 0.2 | 0.6 + |
| Neuroscience | 15.1 | 22.7 | | 8.3 |
| Renal | 8.9 | 21.7 | 0.5 | 11.2 |
| Urology | 3.9 | 9.9 | | 3.6 |
| GI | 2.5 | 4.4 | 0.6 | 0.9 |

Note:   Because of incomplete survey responses assumes limited savings from sibutramine, B201640, T4/T3, Synthroid, Vicoprofen, Dilaudid, Hydrocodone, PEG-Hirudin, and BSF 420627

Source:   GPRD Finance

CONFIDENTIAL

MCK 00219

# POTENTIAL DEVELOPMENT PROGRAM SAVINGS IN 2002 IF TA TERMINATED

$ Millions



| TA | Expected* 2002 budget | Unavoidable 2002 costs |
|---|---|---|
| Anti-infectives | 173.3 | 6.6 |
| Immunology | 132.2 | N/A |
| Oncology | 110.1 | 0.0 |
| Pain | 61.7 | 2.4 |
| Renal | 46.4 | 0.0 |
| Cardiology/thrombosis | 42.4 | 2.1 |
| Metabolic | 32.5 | N/A |
| Neuroscience | 27.7 | 7.3 |
| Urology | 24.0 | 0.0 |
| Gastro-intestinal | 16.5 | 0.0 |

Essentially all 2002 costs are avoidable if TAs are terminated May 2001

* Risk adjusted
Note: N/A means not available
Source: GPRD Finance

CH-CH-228013-013jb/aaRD

16

CONFIDENTIAL

MCK 00220

# POTENTIAL SAVINGS – ANTI-INFECTIVES
$ Millions

CH-CH-228013-013|b/aaRD

☐ External
▓ Internal



| Project | Phase | Development review rating | 2001 budget | 2001 potential savings<br>$ Millions, (Percent) | | |
|---|---|---|---|---|---|---|
| | | | | Internal | External | Total |
| ABT-773<br>(Ketolide) | III | Continue | 88.5<br>34.0 | $6.9 (20%) | $21.7 (40%) | $28.6 (32%) |
| Kaletra | IV | Continue | 52.0<br>27.8 | 11.2 (40) | 8.7 (36) | 19.9 (38) |
| ABT-492<br>(Quinolone) | I | Continue | 27.8<br>20.2 | 12.2 (60) | 6.5 (86) | 18.7 (67) |
| Clarithromycin | IV | Continue | 14.9 | 1.1 (26) | 3.4 (32) | 4.5 (30) |
| Omnicef | IV | Continue | 4.8<br>1.8 | 0.3 (17) | 2.9 (97) | 3.2 (67) |
| Ritonavir | IV | Continue | 4.0<br>2.7 | 1.3 (48) | 1.0 (77) | 2.3 (58) |

Source: GPRD Finance

17

CONFIDENTIAL

MCK 00221

# POTENTIAL SAVINGS – IMMUNOLOGY
## $ Millions

CH-CH-228013-013jb/aaRD

☐ External
▒ Internal



| Project | Phase | Development review rating | 2001 budget | 2001 potential savings $ Millions, (Percent) | | |
|---------|-------|---------------------------|-------------|----------|----------|----------|
| | | | | Internal | External | Total |
| D2E7 | III | Continue | 102.7 / 48.8 | $0.0 (0%) | $0.0 (0%) | $0.0 (0%) |
| J695 | II | Terminate | 14.0 / 7.6 | 4.0 (53) | -0.2 (-3) | 3.8 (27) |
| SEGARD | III | Terminate | 11.9 / 6.0 | 0.0 (0) | 0.0 (0) | 0.0 (0) |
| Gengraf | IV | Continue | 2.5 / 1.6 | 0.9 (56) | -0.3 (-33) | 0.6 (24) |
| Honkunalin Tape | 0 | Pending | 0.0 / 0.0 | 0.0 (0) | 0.0 (0) | 0.0 (0) |

Source:  GPRD Finance

18

CONFIDENTIAL

MCK 00222

# POTENTIAL SAVINGS – ONCOLOGY
## $ Millions

CH-CH-228013-013|b/aaRD

☐ External
▓ Internal

| Project | Phase | Development review rating | 2001 budget | 2001 potential savings $ Millions, (Percent) | | |
|---|---|---|---|---|---|---|
| | | | | Internal | External | Total |
| ABT-627 (Endothelin) | III | Continue | 18.7 / 38.4 | $6.1 (33%) | $17.6 (89%) | $23.7 (62%) |
| ABT-510 (TSP-1) | I | Continue | 8.5 / 10.8 | 2.6 (31) | 2.1 (91) | 4.7 (44) |
| ABT-751 (Anti-mitotic) | I | Continue | 7.0 / 8.3 | 3.5 (50) | 1.3 (100) | 4.8 (58) |
| ABT-518 (MMPI) | I | Terminate | 6.2 / 7.1 | 1.8 (29) | 0.7 (78) | 2.5 (35) |

Source: GPRD Finance

19

CONFIDENTIAL

MCK 00223

# POTENTIAL SAVINGS – CARDIOLOGY/THROMBOSIS
$ Millions



CH-CH-228013-013jb/aaRD

☐ External
▨ Internal

| Project | Phase | Development review rating | 2001 budget | 2001 potential savings $ Millions, (Percent) | | |
|---------|-------|---------------------------|-------------|---------|----------|-------|
| | | | | Internal | External | Total |
| Darusentan | II | Terminate | 13.2 / 27.0 | $10.5 (80%) | $7.1 (51%) | $17.6 (65%) |
| Propafenone | IV | Continue | 5.7 / 9.3 | – (0) | – (0) | – (0) |
| Clivarine | IV | Continue | 3.8 | 0.2 (11) | 0.2 (11) | 0.4 (11) |
| Fenofibrate | IV | Hold | 2.0 | 0.3 (18) | 0.3 (100) | 0.6 (30) |
| Tarka | IV | N/A | 1.1 | 0.0 (0) | 1.1 (100) | 1.1 (100) |

Source: GPRD Finance

20

CONFIDENTIAL

MCK 00224

# POTENTIAL SAVINGS – METABOLIC / DIABETES / OBESITY
$ Millions

CH-CH-228013-013jb/aaRD

☐ External
▨ Internal



| Project | Phase | Development review rating | 2001 budget | 2001 potential savings $ Millions, (Percent) | | |
|---|---|---|---|---|---|---|
| | | | | Internal | External | Total |
| Sibutramine | IV | Hold | 26.0 / 11.5 | $4.0 (35%) | $0.6 (4%) | $4.6 (18%) |
| T4/T3 | 0 | Pending | 9.3 / 4.5 | 0.0 (0) | 0.0 (0) | 0.0 (0) |
| Synthroid | IV | Pending | 1.7 / 0.0 | 0.0 (0) | 0.0 (0) | 0.0 (0) |

Source: GPRD Finance

21

CONFIDENTIAL

CH-CH-228013-013jb/aaRD

☐ External
▨ Internal

# POTENTIAL SAVINGS – PAIN
$ Millions



| Project | Phase | Development review rating | 2001 budget | | 2001 potential savings $ Millions, (Percent) | | |
|---------|-------|--------------------------|-------------|---|---------|----------|-------|
| | | | | | Internal | External | Total |
| Dilaudid | IV | Terminate | 6.1 | 14.4 | $0.0 (0%) | $0.0 (0%) | $0.0 (0%) |
| ABT-594 | II | Terminate | 8.0 | 9.3 | 0.3 (4) | 0.2 (15) | 0.5 (5) |
| Hydrocodone | IV | Continue | 3.4 | 3.4 | 0.0 (0) | 0.0 (0) | 0.0 (0) |
| ABT-963 (COX-II) | I | Continue | 1.2 | 1.3 | 0.1 (8) | 0.0 (0) | 0.1 (8) |
| Vicoprofen | IV | N/A | 0.0 | 1.2 | 0.0 (0) | 0.0 (0) | 0.0 (0) |

Source: GPRD Finance

22

CONFIDENTIAL

MCK 00226



## POTENTIAL SAVINGS – NEUROSCIENCE
$ Millions

CH-CH-228013-013jbaaRD

☐ External
▨ Internal

| Project | Phase | Development review rating | 2001 budget | | 2001 potential savings $ Millions, (Percent) | | |
|---|---|---|---|---|---|---|---|
| | | | | | Internal | External | Total |
| Depakote | IV | Continue | 24.1 / 16.3 | | $5.7 (35%) | $2.3 (29%) | $8.0 (33%) |
| ABT-089 (ADHO) | I | N/A | 0.9 | | 0.3 (33) | 0.0 (0) | 0.3 (33) |
| BSF 201640 | II | Pending | -2.3 | | 0.0 (0) | 0.0 (0) | 0.0 (0) |

23

Source:  GPRD Finance

**CONFIDENTIAL**

MCK 00227

# POTENTIAL SAVINGS – RENAL
$ Millions

CH-CH-228013-013jb/aaRD

☐ External
▨ Internal

| Project | Phase | Development review rating | 2001 budget | 2001 potential savings $ Millions, (Percent) | | |
|---------|-------|---------------------------|-------------|--------------|--------------|-------|
| | | | | Internal | External | Total |
| PEG-Hirudin | II | Pending | 21.7 | $0.0 (0%) | $11.2 (84%) | $11.2 (52%) |

Source: GPRD Finance

CONFIDENTIAL

MCK 00228

# POTENTIAL SAVINGS – UROLOGY
$ Millions



CH-CH-CH-228013-013β/aaRD

☐ External
▓ Internal

25

Source: GPRD Finance

CONFIDENTIAL

CH-CH-228013-013jb/aaRD

# POTENTIAL SAVINGS – GI
$ Millions



2001 potential savings
$ Millions, (Percent)

| Project | Phase | Development review rating | 2001 budget | Internal | External | Total |
|---------|-------|---------------------------|-------------|----------|----------|-------|
| AU-224 | I | Continue | 2.5 / 4.4 | $2.1 (84%) | $0.4 (21%) | $2.5 (57%) |
| Ganaton | II | Pending | 0 | -1.2 (–) | -0.4 (–) | -1.6 (–) |

☐ External
▨ Internal

Source:  GPRD Finance

MCK 00230

26

CH-CH-228013-013]b/aaRD

27

# CONTENTS

- Synergy targets and opportunities identified to date

- Potential savings by TA and project in development

- Potential savings by TA and project in discovery

- Functional area and site budgets

- Decision templates

- Appendix

CONFIDENTIAL



# ABBOTT PARK DISCOVERY – OVERVIEW
$ Millions; FTE

CH-CH-CH-228013-013jb/aaRD

_APRIL UPDATE_

28

**2001 headcount FTEs**

173
175
151
124
98
26
52

798

**2001 budget $ Millions**

44.3
41.8
33.9
32.3
25.0
5.9
8.8

192.0

NUDOR
Cancer
Infectious disease
Advanced technology
MDR
Chemical sciences
Administration/other

**Total**

Source: GPRD Finance

CONFIDENTIAL

MCK 00232



# ABBOTT PARK DISCOVERY – NUDOR
$ Millions; FTE

Source:  GPRD Finance

CONFIDENTIAL

MCK 00233



CH-CH-228013-013jb/aaRD



# ABBOTT PARK DISCOVERY – CANCER
$ Millions; FTE

_APRIL UPDATE_





Source: GPRD Finance



# ABBOTT PARK DISCOVERY – INFECTIOUS DISEASE
$ Millions; FTE

APRIL UPDATE

CH-CH-228013-013jb/aaRD

31

**Area**

**2001 budget**
$ Millions

**2001 headcount**
FTEs

| Area | 2001 budget $ Millions | 2001 headcount FTEs |
|---|---|---|
| Anti-bacterial chemistry | 13 | 54 |
| Anti-viral | 12 | 53 |
| Anti-bacterial biology | 8 | 37 |
| General microbiology | -2 | 5 |
| Administration | 2 | 2 |
| **Total** | **33.9** | **151** |

Source: GPRD Finance

**CONFIDENTIAL**

MCK 00235



# ABBOTT PARK DISCOVERY – ADVANCED TECHNOLOGY
$ Millions; FTE

CH-CH-228013-013jb/aaRD

*PRELIMINARY*

32

**2001 budget $ Millions**

| | |
|---|---|
| Combinatorial chemistry | 9 |
| Structural biology | 8 |
| Screening | 5 |
| Genomics | 4 |
| Automation | 2 |
| Structural chemistry | 2 |
| Molecular div/patent | 1 |
| Administration | 2 |
| **Total** | **32.3** |

**2001 headcount FTEs**

| | |
|---|---|
| Combinatorial chemistry | 30 |
| Structural biology | 29 |
| Screening | 22 |
| Genomics | 12 |
| Automation | 9 |
| Structural chemistry | 6 |
| Molecular div/patent | 11 |
| Administration | 5 |
| | **124.0** |

Source: GPRD Finance

CONFIDENTIAL

MCK 00236



# ABBOTT PARK DISCOVERY – MDR
$ Millions; FTE

**2001 budget**
$ Millions

**2001 headcount**
FTEs

| | 2001 budget $ Millions | 2001 headcount FTEs |
|---|---|---|
| Cell biology | 7 | 30 |
| Diabetes | 6 | 31 |
| New targets | 5 | 28 |
| Karo biology | 2 | 4 |
| Administration | 5 | 5 |
| **Total** | 25.0 | 98 |

Source: GPRD Finance

CH-CH-228013-013jb/aaRD
*PRELIMINARY*

33

CONFIDENTIAL

MCK 00237



ABBOTT PARK DISCOVERY – CHEMICAL SCIENCES
$ Millions; FTE

CH-CH-228013-013jb/aaRD
PRELIMINARY
34

2001 budget
$ Millions

2001 headcount
FTEs

Process chemistry — 4 — 16

Process research — 1 — 6

Administration — 1 — 5

Total — 5.9 — 27

Source: GPRD Finance

CONFIDENTIAL

MCK 00238



# ABBOTT PARK DISCOVERY – ADMINISTRATION/OTHER
$ Millions; FTE

CH-CH-22013-013jb/aaRD

*PRELIMINARY*

35

**2001 budget**
**$ Millions**

**2001 headcount**
**FTEs**

Administrative
services — 7 / 33

Ligand — 1 / 3

Integrated pharma — 1 / 15

Pre-DDC — 0 / 1

**Total** — 8.8 / 52

Source: GPRD Finance

CONFIDENTIAL

MCK 00239

# LUDWIGSHAFEN DISCOVERY



Source: GPRD finance

CONFIDENTIAL

MCK 00240

CH-CH-228013-013jb/aaRD

37

# CONTENTS

- Synergy targets and opportunities identified to date
- Potential savings by TA and project in development
- Potential savings by TA and project in discovery
- Functional area and site budgets
- Decision templates
- Appendix

CONFIDENTIAL

MCK 00241

CH-CH-228013-013/b/aaRD

*APPROXIMATE*

38

# SUMMARY OF DEVELOPMENT RESOURCE ALLOCATION BY SITE



**2001 budget**
$ Millions

| Site | Value |
|------|-------|
| Abbott* | 413.0 |
| Ludwigshafen | 122.0 |
| NJ | 75.0 |
| Nottingham | 15.3 |
| ABC | 23.1 |
| Japan | 14.7 |

* Mostly Lake County; includes worldwide clinical trials
Source:  GPRD Finance; Ludwigshafen Finance

CONFIDENTIAL



CONFIDENTIAL

MCK 00243

# CONTENTS

- Synergy targets and opportunities identified to date
- Potential savings by TA and project in development
- Potential savings by TA and project in discovery
- Functional area and site budgets
- **Decision templates**
- Appendix

CH-CH-228013-013|b/aaRD

40

CONFIDENTIAL

MCK 00244

CH-CH-228013-013jb/aaRD

# DEVELOPMENT PROJECT DECISION TEMPLATE – ANTI-INFECTIVES

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| ABT-773 (ketolide) | | | | |
| Kaletra | | | | |
| ABT-492 (quinolone) | | | | |
| Clarithromycin | | | | |
| Omnicef | | | | |
| Ritonavir | | | | |

41

CONFIDENTIAL

MCK 00245

CH-CH-228013-013jbfaaRD

# DEVELOPMENT PROJECT DECISION TEMPLATE – IMMUNOSCIENCE

42

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| D2E7 | | | | |
| J695 | | | | |
| Segard | | | | |
| Gengraf | | | | |
| Honkunalin tape | | | | |

CONFIDENTIAL

MCK 00246

CH-CH-228013-013jb/aaRD

43

# DEVELOPMENT PROJECT DECISION TEMPLATE – ONCOLOGY

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| ABT-627 (endothelin) | | | | |
| ABT-510 (TSP-1) | | | | |
| ABT-751 (anti-mitotic) | | | | |
| ABT-518 (MMPI) | | | | |

CONFIDENTIAL

MCK 00247

CH-CH-228013-013]b/aaRD

44

# DEVELOPMENT PROJECT DECISION TEMPLATE – CARDIOLOGY/THROMBOSIS

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| Darusentan | | | | |
| Propafenone | | | | |
| Clivarine | | | | |
| Fenofibrate | | | | |
| Tarka | | | | |

CONFIDENTIAL

MCK 00248

CH-CH-228013-013Jb/aaRD

45

# DEVELOPMENT PROJECT DECISION TEMPLATE – METABOLIC/DIABETES/OBESITY

| Project | Continue | Terminate | Next steps | Responsibility |
|---------|----------|-----------|------------|----------------|
| Sibutramine | | | | |
| T4/T3 | | | | |
| Synthroid | | | | |

CONFIDENTIAL

MCK 00249

CH-CH-CH-228013-013jb/aaRD

46

# DEVELOPMENT PROJECT DECISION TEMPLATE – PAIN

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| Dilaudid | | | | |
| ABT-594 | | | | |
| Hydrocodone | | | | |
| ABT-963 (cox II) | | | | |
| Vicoprofen | | | | |

CONFIDENTIAL

MCK 00250

CH-CH-228013-013|b/aaRD

47

# DEVELOPMENT PROJECT DECISION TEMPLATE – NEUROSCIENCE

| Project | Continue | Terminate | Next steps | Responsibility |
|---------|----------|-----------|------------|----------------|
| Depakote | | | | |
| BSF 201640 | | | | |
| ABT-089 (ADHD) | | | | |

CONFIDENTIAL

CH-CH-228013-013jb/aaRD

48

# DEVELOPMENT PROJECT DECISION TEMPLATE – RENAL

| Project | Continue | Terminate | Next steps | Responsibility |
|---------|----------|-----------|------------|----------------|
| PEG-Hirudin | | | | |

CONFIDENTIAL

MCK 00252

CH-CH-228013-013jb/aaRD

# DEVELOPMENT PROJECT DECISION TEMPLATE – UROLOGY

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| ABT-598 (KCO) | | | | |
| BSF 420627 | | | | |

49

CONFIDENTIAL

MCK 00253

CH-CH-228013-013jblaaRD

50

# DEVELOPMENT PROJECT DECISION TEMPLATE – GI

| Project | Continue | Terminate | Next steps | Responsibility |
|---------|----------|-----------|------------|----------------|
| AU 224 | | | | |
| Ganaton | | | | |

CONFIDENTIAL

MCK 00254

CH-CH-228013-013jbfaaRD

51

# DISCOVERY PROJECT DECISION TEMPLATE – NUDOR

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| Urology research | | | | |
| Purinergic mod. | | | | |
| CCM | | | | |
| Exploratory urology | | | | |
| Exploratory neurobiology | | | | |
| CNS research | | | | |
| Chemistry | | | | |

CONFIDENTIAL

MCK 00255

CH-CH-228013-013jb/aaRD

52

# DISCOVERY PROJECT DECISION TEMPLATE – CANCER

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| Angiogenesis | | | | |
| F-Tase | | | | |
| HDAC | | | | |
| Apoptosis | | | | |
| Exploratory cancer | | | | |
| Urokinase | | | | |
| Anti-mitotic | | | | |
| Biology | | | | |
| Chemothera-peutics | | | | |

CONFIDENTIAL

MCK 00256

CH-CH-228013-013|b/aaRD

53

# DISCOVERY PROJECT DECISION TEMPLATE – INFECTIOUS DISEASE

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| Anti-bacterial chemistry | | | | |
| Anti-viral | | | | |
| Anti-bacterial biology | | | | |
| General microbiology | | | | |

CONFIDENTIAL

MCK 00257

CH-CH-228013-013jb/aaRD

54

# DISCOVERY PROJECT DECISION TEMPLATE – ADVANCED TECHNOLOGY

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| Combinatorial chemistry | | | | |
| Structural biology | | | | |
| Screening | | | | |
| Genomics | | | | |
| Automation | | | | |
| Structural chemistry | | | | |
| Molecular div/ patent | | | | |

CONFIDENTIAL

MCK 00258

CH-CH-228013-013jb/aaRD

55

# DISCOVERY PROJECT DECISION TEMPLATE – MDR

| Project | Continue | Terminate | Next steps | Responsibility |
|---------|----------|-----------|------------|----------------|
| Cell biology | | | | |
| Diabetes | | | | |
| New targets | | | | |
| Karo biology | | | | |

CONFIDENTIAL

CH-CH-228013-013|b/aaRD

# DISCOVERY PROJECT DECISION TEMPLATE – CHEMICAL SCIENCES

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| Process chemistry | | | | |
| Process research | | | | |

56

CONFIDENTIAL

MCK 00260

CH-CH-228013-013jb/aaRD

57

# DISCOVERY PROJECT DECISION TEMPLATE – ADMINISTRATION/OTHER

| Project | Continue | Terminate | Next steps | Responsibility |
|---|---|---|---|---|
| Ligand | | | | |
| Integrated pharma | | | | |
| Pre-DDC | | | | |

CONFIDENTIAL

MCK 00261

CH-CH-228013-013)b/aaRD

58

# CONTENTS

- Synergy targets and opportunities identified to date

- Potential savings by TA and project in development

- Potential savings by TA and project in discovery

- Functional area and site budgets

- Decision templates

- **Appendix**

CONFIDENTIAL

MCK 00262

CH-CH-228013-013|p/aaRD

59

# SYNERGIES WITH ABBOTT'S OTHER BUSINESSES

| Therapeutic area | Synergies |
|---|---|
| Anesthesia | • Hospital presence in OR and ICU creates opportunities for launching/ optimizing acute care cardiovascular products and for pain products<br>• Infusion devices |
| Anti-infectives | • Genotype/phenotype monitoring with ADD |
| Cardiology/ thrombosis | • Potential opportunities in drug/device combinations (e.g., drug-coated stents, thrombolysis-related devices, etc.) |
| Immunosciences | • HPD Breonics (organ preservation for transplant)<br>• Pain franchise – OA and RA<br>• Discovery synergy with oncology<br>• Nutritional (e.g., CD, renal dysfunction in transplant) |
| Metabolic/diabetes/ obesity | • Joint product offerings with Ross (Glucerna, Ensure) and MediSense (Precision QID, SofTac)<br>• Co-develop new products with Ross, MediSense, ADD, and Pharmacogentics<br>• Bringing Tricor into franchise |
| Neuroscience | • Multiple synergies with other franchises<br>  – ADD: development of a diagnostic for Alzheimer's disease<br>  – Oncology: an additional channel for sales of anti-depressants<br>  – Diabetes: Potential use of H3 in obesity<br>  – Pain: synergies in molecular targets and neural systems beginning at the discovery level<br>  – Immunoscience: potential for Ab-based therapies and involvement of inflammatory mediators in neuropsychiatric diseases |

Source: Strategy retreat template

CONFIDENTIAL

MCK 00263

CH-CH-228013-013/jb/aaRD

60

# SYNERGIES WITH ABBOTT'S OTHER BUSINESSES (CONTINUED)

| Therapeutic area | Synergies |
|---|---|
| Oncology | • Diagnostic and therapeutic antibodies<br>• Tumor load testing<br>• Pharmacodynamics and pharmacogenomics<br>• Target therapy to tumor genotype |
| Pain | • Pain is associated with multiple other therapeutic areas (e.g., cancer, diabetes, neuroscience, and urology)<br>• Discovery synergies with urology and neuroscience<br>• Overlap with perioperative/anesthesia, acute care injectables, and animal health |
| Renal care | • Multiple combinations possible<br>  – Kidney disease and diabetes and diagnostics and CV<br>  – Vascular protection and CV device<br>  – ARF genomics and diagnostics and GPRD genomics<br>  – Erythropoietin and oncology |
| Urology | • Overlap of ED/FSD drugs with diabetes franchise<br>• Overlap of urologic pain drugs with analgesia and/or any primary care franchise |

Source: Strategy retreat template

CONFIDENTIAL

MCK 00264

CH-CH-228013-013lb/aaRD

*FOR DISCUSSION*

# PROPOSED COMMUNICATION OF DECISIONS

| Audience | Key messages | Vehicle | Timing | Responsibility |
|---|---|---|---|---|
| • Senior management | • Key TAs going forward<br>• Site decisions/implications<br>• Portfolio decisions (discovery and decisions)<br>• Next steps | • E-mail or conversation | May 8 | • J. Leiden |
| • R&D sub-teams | • Key TAs going forward<br>• Site decisions/implications<br>• Portfolio decisions<br>• Timing of implementing portfolio decisions<br>• Additional second set of synergy targets | • R&D Steering Committee meeting | May 8* | • J. Leonard<br>• D. Norbeck<br>• X. Frapaise |
| • VP TAs<br>• Venture heads, global project management | • Key TAs going forward<br>• Site decisions/implications<br>• Portfolio decisions<br>• Timing of implementing decisions<br>• HR issues/implications | • One-on-one or group meeting | May 8 | • J. Leonard |

* Currently scheduled for May 10 but could not be moved up to communicate decisions

61

CONFIDENTIAL

CH-CH-228013-013jb/aaRD

_FOR DISCUSSION_

# PROPOSED COMMUNICATION OF DECISIONS (CONTINUED)

| Audience | Key messages | Vehicle | Timing | Responsibility |
|---|---|---|---|---|
| • Venture/project teams | • Key TAs going forward<br>• Site decisions/ implications<br>• Portfolio decisions<br>• Timing of implementing decisions<br>• HR issues/implications | • Venture team meetings | By May 11 | • Venture heads |
| • Discovery TA heads | • Key TAs going forward<br>• Site decisions/ implications<br>• Portfolio decisions<br>• Timing of implementing decisions<br>• HR issues/implications | • One-on-one or group meeting | May 8 | • D. Norbeck |
| • Discovery project teams | • Key TAs going forward<br>• Site decisions/implications<br>• Portfolio decisions<br>• Timing of implementing decisions<br>• HR issues/implications | • Project or TA team meetings | By May 11 | • Discovery TA heads |
| • Site leaders<br>  – ABC<br>  – Japan<br>  – Ludwigshafen<br>  – Mt. Olive<br>  – Nottingham | • Key TAs going forward<br>• Site decisions/implications<br>• Portfolio decisions<br>• Timing of implementing decisions<br>• HR issues/implications | • One-on-one conversations | By May 11 | • J. Leiden |

62

CONFIDENTIAL

MCK 00266

CH-CH-228013-013jblaaRD

*PRELIMINARY*

# TOP NEUROSCIENCE RESEARCH CENTERS



**Country of origin for high impact neuroscience papers from 1995-1999***
Number of papers

| Country | Number of papers |
|---------|------------------|
| U.S. | 772 |
| England | 116 |
| Germany | 109 |
| Canada | 63 |
| Japan | 57 |

**German institutes with most high impact neuroscience papers from 1995-1999***

| Institute | Location | Number of papers |
|-----------|----------|------------------|
| Max Planck Institute of Psychiatry | Munich, German | 14 |
| Max Planck Institute of Medical Research | Heidelberg, Germany | 11 |
| University of Freiburg | Freiburg, Germany | 8 |
| University of Munich | Munich, Germany | 6 |
| University of Tubingen | Tubingen, Germany | 6 |
| Christian-Albrechts–University of Kiel | Kiel, Germany | 5 |
| Max Planck Institute for Brain Research | Frankfurt, Germany | 4 |
| University of Heidelberg | Heidelberg, Germany | 4 |
| Central Institute for Mental Health | Mannheim, Germany | 3 |
| Max Planck Institute for Biophysical Chemistry | Gottingen, Germany | 3 |
| Max Planck Institute for Neurobiology | Martinsried, Germany | 3 |
| Technical University of Munich | Munich, Germany | 3 |
| University of Gottingen | Gottingen, Germany | 3 |
| University of Konstanz | Konstanz, Germany | 3 |

\* The high-impact papers are determined by frequency of citation – the 200 most frequently cited papers through 2000 from each of the following years, 1995, 1996, 1997, 1998, and 1999, were then determined.  The list was generated by identifying the institute affiliated with the author(s) of these papers.  The neuroscience publications compiled by the Institute for Scientific Information tend to be focused more on basic science (e.g., *Nature*) then clinical science (e.g., *New England Journal of Medicine*)

Source:  Institute for Scientific Information (ISI); interview with manager of contract research at ISI

63

**CONFIDENTIAL**

MCK 00267

# PROJECTS BY TA
$ Millions

CH-CH-228013-013j/b/aaRD

*APRIL UPDATE*

64

| TA | Project | 2001 budget | 2001 shut-down cost | | |
|---|---|---|---|---|---|
| | | | Internal | External | Total |
| • Anti-infectives | • ABT-492 | 27.8 | 8.0 | 1.1 | 9.1 |
| | (Quinolone) | 88.5 | 27.1 | 32.8 | 59.9 |
| | • ABT-773 (Ketolide) | 14.9 | 3.1 | 7.3 | 10.4 |
| | • Clarithromycin | 52.0 | 16.6 | 15.5 | 32.1 |
| | • Kaletra | 4.8 | 1.5 | 0.1 | 1.6 |
| | • Omnicef | 4.0 | 1.4 | 0.3 | 1.7 |
| | • Ritonavir | | | | |
| | **Total** | **192.0** | | | |
| • Cardiology/ | • Clivarine | 3.8 | 1.7 | 1.7 | 3.3 |
| thrombosis | • Darusentan | 27.0 | 2.7 | 6.7 | 9.5 |
| | • Fenofibrate | 2.0 | 1.4 | - | 1.4 |
| | • Propafenone | 9.3 | 5.7 | 3.6 | 9.3 |
| | **Total** | **42.1** | | | |
| • Gastro-intestinal | • AV-224 | 4.4 | 0.4 | 1.5 | 1.9 |
| | • Ganaton | 0.0 | 1.2 | 0.4 | 1.6 |
| | **Total** | **4.4** | | | |

Source: GPRD Finance

CONFIDENTIAL

CH-CH-228013-013[b/aaRD

_APRIL UPDATE_

65

# PROJECTS BY TA (CONTINUED)
$ Millions

| TA | Project | 2001 budget | 2001 shut-down cost | | |
|----|---------|-------------|---------------------|---|---|
| | | | Internal | External | Total |
| • Immunology | • D2E7 | 102.7 | ? | ? | ? |
| | • Gengraf | 2.5 | 0.7 | 1.2 | 1.9 |
| | • Hokunalin Tape | 0.0 | 0.0 | 0.0 | 0.0 |
| | • J695 | 14.0 | 3.6 | 6.6 | 10.2 |
| | • SEGARD | 11.9 | 6.0 | 5.9 | 11.9 |
| | **Total** | **131.1** | | | |
| • Metabolic | • Sibutramine | 26.0 | 7.5 | 13.9 | 21.4 |
| | • T4/T3 | 9.3 | ? | ? | ? |
| | **Total** | **35.3** | | | |
| • Neurology | • ABT-089 (ADHD) | 0.9 | 0.6 | 0.0 | 0.6 |
| | • BSF 201640 | (2.3) | 0.0 | 0.0 | 0.0 |
| | • Depakote | 24.1 | 10.6 | 5.5 | 16.1 |
| | **Total** | **22.7** | | | |
| • Oncology | • ABT-510 (TSP-1) | 10.8 | 5.9 | 0.2 | 6.1 |
| | • ABT-518 (MMP1) | 7.1 | 4.4 | 0.2 | 4.6 |
| | • ABT-627 (Endothelin) | 38.4 | 12.6 | 2.1 | 14.7 |
| | • ABT-751 (Anti-mitotic) | 8.3 | 3.5 | 0.0 | 3.5 |
| | **Total** | **64.6** | | | |

Source: GPRD Finance

CONFIDENTIAL

MCK 00269

## PROJECTS BY TA (CONTINUED)
$ Millions

CH-CH-228013-013jb/aaRD

_APRIL UPDATE_

66

| TA | Project | 2001 budget | 2001 shut-down cost | | |
|---|---|---|---|---|---|
| | | | Internal | External | Total |
| • Other | • Synthroid | 1.7 | ? | ? | ? |
| | • Vicoprofen | 1.2 | ? | ? | ? |
| | • Tarka | 1.1 | ? | ? | ? |
| | **Total** | **4.0** | | | |
| • Pain | • ABT-594 | 9.3 | 7.7 | 1.1 | 8.8 |
| | • ABT-963 (COX II) | 1.3 | 1.1 | 0.1 | 1.2 |
| | • Dilaudid | 14.4 | ? | ? | ? |
| | • Hydrocodone | 3.4 | ? | ? | ? |
| | **Total** | **28.4** | | | |
| • Renal | PEG-Hirudin | 21.7 | ? | 2.2 | ? |
| | **Total** | **21.7** | | | |
| • Urology | ABT-598 (kco) | 5.0 | 1.4 | 0.0 | 1.4 |
| | BSF 420627 | 4.9 | ? | ? | ? |
| | **Total** | **9.9** | | | |
| | **Grand total** | **556.3** | | | |

Source: GPRD Finance

CONFIDENTIAL

CH-CH-228013-013jb/aaRD

_PRELIMINARY_

67

# IMPACT OF R&D SYNERGIES IDENTIFIED ON LUDWIGSHAFEN

| Function | Synergy opportunity | Cost savings | | Cumulative headcount reductions in Ludwigshafen | | Comments |
|---|---|---|---|---|---|---|
| | | 2001 | 2002 | 2001 | 2002 | |
| CMC | • Close Ludwigshafen chemical development plant | 3.9 | 9.3 | 37 | 37 | • Achieving savings identified in 2001 is closely tied to timing of headcount reductions |
| | • Scale up formulation facility of Ludwigshafen | (0.3) | (5.0) | (23) | (63) | • Significant headcount additions in CMC could be key factor in Workers' Council negotiations |
| Data management and statistics | • Reduce development operations headcount | 0.1 | 0.2 | 2 | 2 | • Impact of current plan is likely limited |
| Discovery | • Close high throughput screening at Ludwigshafen | 0.7 | 4.2 | 29 | 29 | • Headcount reductions identified are more than any other function Plan is to consolidate operations in Abbott Park |
| Drug safety | • Move contracted work in Europe to Abbott Park | 1.3 | 1.9 | – | – | • Savings dependent upon directing project tams to use internal (Abbott Park) resources |
| | • Reduce radiochemistry operations | 0.2 | 0.7 | 5 | 5 | |
| IM&T | • Eliminate non-critical IT positions | 0.1 | 0.3 | 3 | 3 | • Most savings are from disentanglement of services from BASF corporate |
| Medical affairs* | • Reduce health outcomes personnel | 0.1 | 0.2 | 2 | 2 | • Impact of current plan is likely limited |

Source: * Excludes initiatives related to AEGIS conversion and reductions in Phase IV trials
Synergy templates; sub-team leaders; team analysis

**CONFIDENTIAL**

MCK 00271

CH-CH-228013-013jb/aaRD

*PRELIMINARY*

# IMPACT OF R&D SYNERGIES IDENTIFIED ON LUDWIGSHAFEN (CONTINUED)

| Function | Synergy opportunity | Cost savings | | Cumulative headcount reductions in Ludwigshafen | | Comments |
|---|---|---|---|---|---|---|
| | | 2001 | 2002 | 2001 | 2002 | |
| Phase 1 | • Increase utilization of Ludwigshafen Phase 1 unit | 0.1 | 0.2 | – | – | • Savings dependent upon ability to control location of Phase 1 trials |
| | • Reduce pharmaco-kinetic contractor | – | 0.3 | – | 1 | |
| | • Reduce clinical pharmacology headcount | 0.1 | 0.5 | 4 | 4 | |
| | • Defer planned AQS upgrades in Ludwigshafen | 0.1 | – | – | – | |
| Regulatory affairs/QA | • Reduce head count in Ludwigshafen and operating expenses in regulatory affairs | 0.1 | 0.3 | 3 | 3 | • Current plan is to consolidate some regulatory and QA activities in Abbot Park |
| Venture/ global team management | • Reduce head count in project management | 0.2 | 0.5 | 4 | 4 | • Impact of current plans is likely limited |
| **Total** | | **6.7** | **13.6** | **66** | **27** | |

Source: Synergy templates; sub-team leaders; team analysis

68

MCK 00272

# HPD R&D BUDGET
$ Millions

CH-CH-228013-013jbfaaRD

*APRIL UPDATE*

| TA | Project | 2001 budget |
|---|---|---|
| Perioperative and intensive care | • Precedex | 5.7 |
| | • PCA III | 2.9 |
| | • Corlopam | 6.9 |
| | • Rapid dissolve-RP Scherer | 3.1 |
| | • Controlled release hydrocodone | 4.4 |
| | • Long acting local/systemic anesthetic | 1.0 |
| | • Masimo | 0.3 |
| | • All other | 3.7 |
| | • **Total** | **28.0** |
| Renal care | • Zemplar Phase IV | 0.7 |
| | • Zemplar capsules | 10.0 |
| | • Zemplar pediatric ESRD | 1.3 |
| | • Calcijex pediatric ESRD | 0.6 |
| | • Renal care new candidates | 1.4 |
| | • Erythrpoiesis product feasibility | 2.6 |
| | • Pharmacosmos – next generation IV iron | 2.5 |
| | • Pronova (Omacor) | – |
| | • All other | 5.0 |
| | • **Total** | **24.1** |

Source: HPD finance

69

CONFIDENTIAL

MCK 00273

CH-CH-228013-013/b/aaRD

## HPD R&D BUDGET (CONTINUED)
$ Millions

_APRIL UPDATE_

| TA | Project | 2001 budget |
|---|---|---|
| Oncology/anti-infective | • Na Pro Paclitaxel | -0.8 |
| | • SuperGen – Rubitecan | – |
| | • Antisoma – Theragyn | 7.8 |
| | • ABT-773 | – |
| | • All other | 0.2 |
| | • **Total** | **7.2** |
| Vascular | • Perclose | 13.7 |
| | • Restenosis inhibition (Biocompatibles) | 1.7 |
| | • Low molecular weight heparin delivery | 1.4 |
| | • rUK/Abbo utilization | – |
| | • Abbokinase | 10.8 |
| | • rUK | 7.4 |
| | • **Total** | **34.9** |
| Critical care | • Q2+ | 2.3 |
| | • All other | 1.2 |
| | • **Total** | **3.5** |

Source: HPD finance

70

CONFIDENTIAL

MCK 00274

CH-CH-228013-013jb/aaRD

# HPD R&D BUDGET (CONTINUED)
$ Millions

_APRIL UPDATE_

| TA | Project | 2001 budget |
|---|---|---|
| EDDS | • Plum at therapy module | 1.2 |
| | • Plum at multi-channel | 4.8 |
| | • Gemstar | 1.2 |
| | • All other | – |
| | • **Total** | **7.3** |
| Acute care injectables | • Milrinone IV | 0.2 |
| | • Amiodarone | 0.1 |
| | • Epinephrine Syringe | 1.4 |
| | • All other | 4.8 |
| | • **Total** | **6.5** |
| All other | • Opus | 1.5 |
| | • Aegis | 0.3 |
| | • Other development | 17.6 |
| | • Operations support | 45.6 |
| | • Capitalization impact | -9.0 |
| | • **Total R&D/medical** | **161.0** |

Source: HPD finance

71

CONFIDENTIAL

MCK 00275

**DEPOSITION EXHIBIT 11**

**PLT'S EXHIBIT FS**



**Jessica Hopfield**
05/06/2001 02:42 PM

To: Patricia Weber/NJE/NorthAmerica/MCKINSEY@MCKINSEY
cc:
Subject: Please print and put in mail folder

----- Forwarded by Jessica Hopfield/NJE/NorthAmerica/MCKINSEY on 05/06/2001 02:43 PM -----



**Jessica Hopfield**
05/06/2001 02:41 PM

To: Jeff.leiden@abbott.com
cc: Michael Williams/NJE/NorthAmerica/MCKINSEY@MCKINSEY, David Keeling/CHI/NorthAmerica/MCKINSEY@MCKINSEY, Dick Ashley/CHI/NorthAmerica/MCKINSEY@MCKINSEY, (bcc: Jessica Hopfield/NJE/NorthAmerica/MCKINSEY)
Subject: R&D Strategy Retreat Output

Jeff,

Below are a few items from our Friday afternoon session for you to pass on as appropriate to the group. We will be working with Bob and John over the next few days to be sure they have all the costs and headcount information from the sub-teams so that the project and location roll-ups can be completed.

There are two issues I wanted to follow-up on. First is CMC where the team **has** made real progress over the last few weeks through workshops and has considered the issues raised on Friday (e.g., maintaining expertise, ability to move equipment) to develop a plan with significant savings. You will see this material later this month but Michael Williams can give you a sneak preview if you have concerns about where the team is.

The second issue is LU as a site for CNS. While returning the cardiology protein chemists and channel types to CNS is straightforward (and Germany certainly has a tradition in membrane biophysics), attracting true worldclass talent to LU to run the program may be tough. My background just happens to be in the area of Abbott focus (I received a PhD and was a post-doc with Torsten Weisel and Paul Greengard at Rockefeller on protein phosphorylation of the nicotinic acetylcholine receptor and third messenger modulation of dopamine activity) and I am hard-pressed to think of hot-talent with good drug instincts willing to move to Germany. You may want to be careful about committing too large a group to the site until you have a better read on this and Jim Sullivan's willingness to travel extensively.

- Notes by TA and project with next steps - most are Jim or John to-dos.



Strategy Retreat Next Steps by Project.c

- Previous action items from the March 7-9 development review. Group already has this but many items



are pending NEXT STEPS - development portfolio prioritizatio

- 2001 Project-related savings identified



2001 Savings Identified.do



- Discovery structure and headcount



Proposed Discovery Organization.d

Jessica

CONFIDENTIAL

## R&D Strategy Retreat Next Steps by TA and Project

| | | |
|---|---|---|
| **Anti-infectives** | Overall | Jim to examine Chiron HCV patent issue |
| | | Jim to continue Pharmaset discussions (cell culture, model development) |
| | | Bob and John to determine what to do with 6 pre-clinical headcount at LU |
| | Ritonavir | Bob to determine $4 m expenditure |
| | | John to kill all spending possible |
| **Urology** | ABT – 598 | Continue until POP/clear Phase II a results are in |
| | BSF 420627 | Still pending task force assessment |
| **Oncology** | Overall | Jim to assess acquisition of Ilex and possible development partners such as BMS |
| | | Discovery and development to continue; Bob and Steve charged with developing revised plan to focus on anti-angiogenesis only and to push two compounds into man quickly and cheaply |
| | ABT – 627 | Convene 1 day panel with prostate and cancer trial experts and then return to EC |
| | ABT – 510 | Finish Phase I, do not progress to Phase II until entire program/strategy is approved |
| | ABT – 518 | Terminate |

**CONFIDENTIAL**

| | | |
|---|---|---|
| **Cardiology** | Overall | Jim to assess viability of spin-out; develop asset list and portfolio list asap |
| | | HPD to look at LU pig stent models in next two weeks |
| | Darusentan | Jim to sell – start process in next 90 days |
| | | Slow all activities |
| | PEG-Hirudin | Will probably stop pending expert panel |
| **Neuroscience** | Overall | Jim Sullivan to recruit leader over next one to two years; start headhunting now |
| | ABT – 089 | Dan to develop plan for accelerating |
| | Dilaudid | Bob to determine Phase IV activities in costs |
| | ABT – 594 | Pending until EC review Phase II results; consider IV formulation |
| | ABT – 963 | John to convene external panel to look at GI, Alz, and other indications |
| | | Jim to continue to look for partner |
| | Vicoprofen | All activities not yet started to be stopped |
| **Diabetes/Met** | Overall | Need for small core team to look for external opportunities and compounds |
| | | Jim to continue Novo discussions |
| | Sibutramine | John to appoint someone to "bulldog" studies to keep costs down |
| | | Phase IV study review to be held |
| | T4/T3 | All work to stop until program is reviewed |
| | | John and Bob to evaluate how to reduce spend |

**CONFIDENTIAL**

**MCK 00411**

| **GI** | AU-224 | Ed to complete marketing assessment |
| | Ganaton | John and Chris to develop plan to do inexpensively |
| **Immunosci** | Overall | Jim to work with HGS to identify targets for mAbs |
| | | Jim to continue Genentech discussions |
| | | Bob and Dan to develop recommendation on how to organize kinase platform |
| | D2E7 | John to develop costs on Crohn's |
| | J695 | Iris to work with John and Bob on spending |
| | Segard | Stop all U.S. work; continue Europe |
| **Renal** | Overall | Need for focused program around leveragable assets |
| | | Analysis needed on what therapies likely to impact early and late stages of disease |
| | | Consider bringing in expert to run program |

**MCK 00412**

# INITIAL PORTFOLIO PRIORITIZATION

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Anti-infectives** | | | | |
| ABT-492 | C | • Address safety issues (including QTc) with internal/ expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | - |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | - |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• J. Leonard<br>• I. Loew | - |
| **Urology** | | | | |
| BSF 420627 | P | • Set up task force to address issues and bring back plan to senior management<br>– Reasons for failure of the SKB ETa/b antagonist<br>– Design short (~4 week) PoP trial for symptom relief<br>– Rationale for sustained release formulation<br>– Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| **Hypothyroidism** | | | | |
| T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| **Asthma** | | | | |
| Hokunalin tape | P | • Conduct market research on acceptance by different patient segments<br>• Determine how to position against long acting beta agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the patch technology | • A. Higgins/<br>E. Fiorentino<br><br>• J. Tyree | • May |

CONFIDENTIAL

MCK 00413

# INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|------------|----------------|--------|
| **Oncology** | | | | |
| ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br><br>• CMC group | • As planned |
| ABT-518 | Hold | • Wait for May results from Pfizer  (will save ~$1mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)- further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective - further in-depth review required, e.g.,<br>  – Determine if there is a PoC to support claim<br>  – Address GMP issues<br>  – Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard | • By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>  – Determine how to ensure NDA filing in 2004<br>  – Get FDA input since survival not primary endpoint<br>  – Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Tyree<br>• J. Leonard, P. Nisen<br><br><br><br>• J. Tyree | • By May<br>• ASAP<br><br><br><br>• By May |

MCK 00414

# INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

2

| Project | Priority | Next steps | Responsibility | C- continue<br>P- pending<br>T- terminate<br>Timing |
|---|---|---|---|---|
| **Cardiology/<br>thrombosis**<br>Darusentan<br>(LU 135252) | Hold | • Continue currently budgeted funding for next 6 months<br>• Do not start any new trials (e.g., hypertension planned for May)<br>• If proceed, plan for pilot to look at effects in sperm and tetratogenecity<br>• Consider out-license or swap | • Project team<br><br><br><br>• J. Tyree | • Ongoing<br><br><br><br>• ASAP |
| LU 208075 | Hold | • Continue currently budgeted funding for next six months<br>• Look at Myogen deal<br>• Out-license or swap | • Project team<br><br>• J. Tyree | • ongoing<br><br>• By May |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open cath<br>• Match versus tPA in dose-ranging studies to determine efficacy | • E. Fiorentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Clivarine | C | • Assessment by HPD (review previous evaluation and new trial data)<br>• Understand finished product manufacturing cost | • E. Ogunro<br><br>• B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing<br>• Verify if package is likely approvable<br>• Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

CONFIDENTIAL

MCK 00415

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Neuroscience** | | | | |
| ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list)<br>• Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • J. Tyree<br><br>• Project team | • TBD |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel<br>• Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc<br>• Understand Novartis contract and level of interest | • I. Loew<br><br>• Project team<br><br>• J. Tyree | • By May |
| BSF 190555 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • I. Loew | • As above |
| BSF 74398 | C | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team<br>• J. Tyree | • By May |
| Diluadid Oros Hydrocodone | Hold<br><br>C | • Return to ALZA or out-license to other interested partner<br>• Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • J. Tyree<br><br>• Project team | • TBD<br><br>• By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue - probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

3

CONFIDENTIAL

MCK 00416

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Gastro-enterology**<br>Ganaton | P | • Conduct U.S. commercial assessment with TAP<br>• Assess how to position in Europe versus generics and implications for comparative trial<br>• Develop model to assess spend at different termination points | • E. Fiorentino | • By June<br><br>• By May |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise)<br>• Conduct market research on IBS versus constipation (including pricing) | • Project team<br><br>• E. Fiorentino | • ASAP |
| **Immunology**<br>D2E7 | C | • Conduct intensive product review<br> – 2 day meeting with J. Lennard's group (already in process)<br> – ½ day session with senior management group<br>• Important actions include<br> – Approach FDA for fast track and compassionate use<br> – Develop strategy for DMARD claim in first submission<br> – Assess need for Enbrel assay to detect HAHAs<br> – Assess delivery device options<br> – Evaluate additional indications (e.g., Psoriasis, Crohns, heart failure) and pediatric program<br> – Profile Celltech product<br> – Assess impact of additional IV program on reimbursement<br>• Develop list of potential marketing partners for quids | • J. Leonard<br><br><br><br>• Various<br><br><br><br><br><br><br><br><br><br>• J. Tyree | • By May<br><br><br><br>• By May |

**CONFIDENTIAL**

4

MCK 00417

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| **Immunology (continued)** | | | | |
| Segard | Hold | • Continue filing in EU and Canada | • Project team | • Ongoing |
| | | • Put on hold in US – consider creating a small team in the US to analyse data, propose smaller PII study | • J. Leonard | |
| | | • Research pricing, marketing and Phase IV plans in Europe | | |
| | | • Look at TNF-alpha levels retrospectively to see stratification with IL-6 | | |
| | | • Assess manufacturing strategy | | |
| | | • Identify potential out-licensing opportunities (Genentech) | • J. Tyree | |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective | • E. Fiorentino | • ASAP |
| | | • Discuss with partner ways to share the various indications and potential for TNF-alpha combinations | • J. Tyree | |
| | | • Add commercial person to the project team by this week | • Ongoing | |

CONFIDENTIAL

MCK 00418

# INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **PIV programs** | | | | |
| Clarithromycin | C | • None identified | - | - |
| Omnicef | C | • Talk to partners | • J. Tyree | - |
| Kaletra | C | • None identified | - | - |
| Norvir | C | • None identified | - | - |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Arnott, E. Fiorentino | • ASAP |
| | | • Assess combination therapy with fibrates | | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | • Project team | |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "Invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Fiorentio | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | - |
| Depakote | C | • None identified | - | - |
| Gengraf | C | • None identified | - | - |

C- continue
P- pending
T- terminate

6

CONFIDENTIAL

MCK 00419

## 2001 Savings Identified ($ millions)

| | |
|---|---|
| Ritonivir | 4.0 |
| ABT – 518 | 2.5 |
| LU 135252 | 8.5 |
| PEG – Hirudin | 11.2 |
| Dilaudid | 14.0  (needs further assessment) |
| Vicoprofen | .9 |
| Sibutramine | 4.6  (needs further assessment) |

Additional opportunities in:

HPD Pharma

Dex

Levo

CONFIDENTIAL

MCK 00420

Proposed Discovery Organization

1. Neuroscience                                    400
   - Pain – US based
   - Psych – LU based
2. Diabetes/metabolism                             125
3. Anti-infectives                                 125
   - novel rib
   - pump inhibitor
   - HCV instead of HIV
4. Immunoscience                                   200
   - mAb platform
   - RA (large and small molecule)
   - kinases
5. Oncology                                        200

Note: headcount numbers include Japan but do not include HPD

CONFIDENTIAL                                          MCK 00421

2001 Savings Identified ($ millions)

| | |
|---|---|
| Ritonivir | 4.0 |
| ABT – 518 | 2.5 |
| LU 135252 | 8.5 |
| PEG – Hirudin | 11.2 |
| Dilaudid | 14.0  (needs further assessment) |
| Vicoprofen | .9 |
| Sibutramine | 4.6  (needs further assessment) |

Additional opportunities in:

HPD Pharma

Dex

Levo

CONFIDENTIAL                                                                 MCK 00422

# Hopfield Deposition Exhibit 23

# D's Exhibit GJ



**Beatrice Rendenbach -Mueller /KNOLL -AG/BASF@KNOLL -AG**
04/10/2001 11:19 AM

To    Kevin P Constable/LAKE/PPRD/ABBOTT@ABBOTT, James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Laura Robinson/LAKE/AI/ABBOTT@ABBOTT, Richard J Marasco/LAKE/PPD/ABBOTT@ABBOTT, Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Kenneth Sommerville/LAKE/PPRD/ABBOTT@ABBOTT, Kevin P Constable/LAKE/PPRD/ABBOTT@ABBOTT, Arthur A Hancock/LAKE/PPRD/ABBOTT@ABBOTT, Michael W Decker/LAKE/PPRD/ABBOTT@ABBOTT, Michael D Meyer/LAKE/PPRD/ABBOTT@ABBOTT, Nigel Livesey/LAKE/AI/ABBOTT@ABBOTT, Steven E Townsend/LAKE/PPRD/ABBOTT@ABBOTT, Ingrid Weber/KNOLL-AG/BASF@KNOLL-AG, Liliane Unger/KNOLL-AG/BASF@KNOLL-AG, Karsten Wicke/KNOLL-AG/BASF@KNOLL-AG, Roberto Carcereri-De-Prati/KNOLL-AG/BASF@KNOLL-AG, Pat Needham/KNOLL-UK/BASF@KNOLL-UK, Ian Pardon/KNOLL-UK/BASF@KNOLL-UK, Katherine A Tracy/LAKE/PPRD/ABBOTT@ABBOTT, Elizabeth Kowaluk/LAKE/PPRD/ABBOTT@ABBOTT, Dario F Mirski/LAKE/PPRD/ABBOTT@ABBOTT

cc

bcc

Subject    FW: Pharma Strategy Retreat <Virus checked>

Dear all,
I have just received the attached templates for the strategy retreat from Matthias Lutz. They have been distributed today in the Cardiovascular team. Please have a look at these documents and start to complete missing information as we have discussed last week. I will meet with Jim later today and on Thursday and will agree with him on the next steps. So far I have no information on the deadlines for submission. As soon as there is more information available, I will let you know.

Kind regards,
Beatrice

------------------------ Weitergeleitet von Beatrice RendenbachMueller/KNOLL-AG/BASF am 10.04.2001 17:18 ------------------------



Sonja Laube
10.04.2001 17:05

An:    Beatrice Rendenbach-Mueller/KNOLL-AG/BASF@KNOLL-AG
Kopie:

Thema:    FW: Pharma Strategy Retreat <Virus checked>

------------------------ Weitergeleitet von Sonja Laube/KNOLL-AG/BASF am 10.04.2001 17:07 ------------------------

    "Lebold, Suzanne APX" <LeboiSA2@HPD.Abbott.com> am 10.04.2001 14:46:24

An:    Matthias Luz/KNOLL-AG/BASF



ighly Confidential

ABBT294218

 - Templates retreats.ppt

ghly Confidential

ABBT294220

CONFIDENTIAL

# Meeting Mechanics



Global Pharmaceutical R&D strategy retreat
March 2-4, 2001

Highly Confidential

ABBT294221

## ISSUES TO BE RESOLVED

| Issue | Perspective |
|---|---|
| 1. Which TA's should be presented and what how should the scope for each TA be defined? | • Shown on page 2 |
| 2. How should Knoll in-market and pipeline products be allocated by TA? | • Proposed alignment on pages 3-4 |
| 3. Who should attend the meeting and who should be responsible for creating each TA presentations? | • Group of ~40-50 R&D and commercial managers will be present throughout the TA presentations<br>• TA presenters not nominated as part of this group should stay only for their TA discussion (list of presenters on pages 5-6)<br>• Executive group will meet independently at the end of each day and for an additional half day<br>• Executive group will also hold a separate 1 day meeting to discuss broader portfolio, budget and organizational implications |
| 4. What should the overall agenda be for the meeting | • Current proposal on pages 7-9<br>  – Day1: pharma overview, TA presentations<br>  – Day 2: TA presentations (continued)<br>  – Day 3: TA presentations (continued)<br>  – Day 4: Half day to decide on business shape |
| 5. How to ensure templates and guidelines are clearly communicated and sufficient consistency is achieved? | • Templates and high level guidelines should be communicated ASAP (see attachment)<br>• McKinsey can follow up with team leaders to provide additional context/answer questions (but not to drive analysis/document preparation) |

1

Highly Confidential

ABBT294222

# SELECTION AND SCOPE OF INDIVIDUAL TA PRESENTATIONS

*PRELIMINARY*

| Ventures/TAs | In-scope areas (not inclusive) |
|---|---|
| 1. Anti-infectives | • Antibacterials, anti-virals, anti-parasitics, antifungals |
| 2. Neuroscience | • Stroke, Parkinson's, epilepsy, migraine, Alzheimer's<br>• Psychiatric diseases, Attention deficit disorder |
| 3. Pain/NSAIDS | • Neuropathic pain, chronic pain, NSAIDs<br>• Narcotic analgesia, other analgesia, acute pain |
| 4. Cardiovascular/<br>thrombosis | • Hypertension, CHF, hyperlipidemia, MI<br>• Stroke, unstable angina, anti-coagulants |
| 5. Urology | • BPH, erectile dysfunction, incontinence |
| 6. Diabetes/obesity | • Diabetes, diabetic complications, obesity |
| 7. Oncology | • All tumors and all pharmaceutical approaches |
| 8. Immunoscience | • RA/OA, psoriasis, transplantation, MS, Crohn's, sepsis, asthma |
| 9. Anesthesia | • Injectibles, inhalation agents, neuromuscular blockers, anti-emetics, anxiolytics etc |
| 10. Renal Care | • Vitamin D analogues, kidney transplantation, erythropoeisis, iron therapy, EPO |

2

Highly Confidential

ABBT294223

# ALLOCATION OF PRODUCTS BY THERAPEUTIC AREA - IN MARKET

*PRELIMINARY*

| Therapeutic Area | x-Abbott products | x-Knoll products |
|---|---|---|
| 1. Anti-infectives | Omnicef, Claforan, Biaxin/Klacid, Biaxin/Klacid XL, erythtromycin, Metronidazole, Vancomycin, Tosuxacin, Pediazole<br>Gengraf, Kaletra, Norvir, Certiva, Synagis | erythromycin |
| 2. Neuroscience | Depakote, Cylert, Gabitril, Depacon, magnesium sulphate, ProSom | Akineton, Cerebrolysin, Exelon, Zoleptil |
| 3. Pain/ inflammation | Tranxene, Fentanyl, Ketorolac, morphine sulfate, A-Hydrocord/ Ampethapred, Actiq | Dilaudid, Vicoprofen, Vicodin, Brufen |
| 4. Cardiovascular/thrombosis | Loftyl, Tricor, Labetalol, Micardis, Digoxin, Diltiazem, Blospres, Simdax | Rythmol, Tarka, Isoptin, Mavik, Gopten/Mavik, Clivarine |
| 5. Urology | Hytrin, Flomax | |
| 6. Diabetes/obesity/ metabolism | Thymone (thyroid hormone) | Meridia, Synthroid (thyroid hormone) |
| 7. Oncology | Lupron (TAP) | |
| 8. Immunology/inflammation (including asthma) | Mobic, Avonex, Zyflo (asthma), Xopenex, (asthma), Bremax (asthma) | Hokunalin (asthma) |
| 9. Anesthesia | Ultiva, Ultane/Sevorane, Ethrane, Amidate, Forane, Anzemet, butorphanol, Chirocaine, sufentanil citrate, Atracurium, Tracrium, Nimbex, Nuromax, metoclopramide, Mivacron, Precedex | |
| 10. Renal care | Zemplar, Calcijex | |

3

Highly Confidential

ABBT294224

# ALLOCATION OF PRODUCTS BY THERAPEUTIC AREA - PIPELINE

*PRELIMINARY*

| Therapeutic Area | x-Abbott projects | x-Knoll projects |
|---|---|---|
| 1. Anti-infectives | Spectracef (TAP), ABT-492, ABT-773, PETT compounds, Clevudine, DAPD, MIV-606, Coactinon, Coviracil, Synagis, ABT-677, L-FMAU | HSR-903 (Phase III, Japan) |
| 2. Neuroscience | Depakote ER, Idebenone, ABS/NPS, ABT-418, MKC-231, Protirelin, TAK-147, ABT-089, ABS-103, NPS-1776 | BSF-190555, BSF-201640, BSF-74398 |
| 3. Pain | Hydrocodone | Dilaudid CR |
| 4. Cardiovascular/thrombosis | Antexan, TAK-044, ABT-120, Seratrodast, A-74187, ABT-187 | Trandolapril, LU-208075, Viprinex, Peg-Hirudin, LU-135252, Rythmol SR (Ludwigshafen projects) |
| 5. Urology | ABT-232, NS-49, ABT-598 | BSF-420627 |
| 6. Diabetes/obesity/ metabolism | Bimoclomal, ABT-594, Actos, Chrysalin, Voglibose (hyperglycemia) | T4/T3 (hypothyroidism) |
| 7. Oncology | ABT-510, ABT-518, ABT-751, CEP-2563 dihydrochloride, E7010, AGM-1470, CEP-701, TNP-470, YM529, Rubitecan, ABT-627, HMFG1, Theragyn, ABT-828, FTI Backup, TSP-2, Integrin and ICAM modulators | |
| 8. Immunoscience | ABT-963, TAK-603, TMX-67, LJP-394, Atreleuton and VML-530 (asthma), TAK-661 (dermatitis, asthma) | Thyrogen, J695, D2E7, Segard (all Worcester R&D), Hokunalin tape (asthma) |
| 9. Anesthesia | | |
| 10. Renal care | EPO generic | |

4

Highly Confidential

ABBT294225

## PROPOSED TEAMS TO DEVELOP TA PRESENTATIONS    *PRELIMINARY*

| TAs | | Co-leaders (joint team) | Other team members |
|---|---|---|---|
| 1. | Anti-infectives | • E. Sun - clinical<br>• S. Chang - discovery<br>• TBD - commercial | • N/a |
| 2. | Anti-viral | • E. Sun - clinical<br>• S. Chang – discovery<br>• TBD - commercial | • n/a |
| 3. | Neuroscience | • Iris Loew-Frickel - clinical<br>• J. Sullivan – discovery<br>• TBD - commercial | • n/a |
| 4. | Pain | • Charlie McLeskey (HPD)<br>• ohn Heden (HPD) – commercial<br>• TBD - discovery | • n/a |
| 5. | Cardiovascular/<br>thrombosis | • Suneil Gupta (HPD) - clinical<br>• Iris Loew-Friedrich - clinical<br>• F. Frickel – discovery<br>• S. Leibold (HPD) – commercial<br>• John Toner (HPD) - discovery | • Mary Szela  (HPD) |
| 6. | Urology | • M. Verlinden - ?<br>• J. Sullivan – discovery<br>• TBD - commercial | • n/a |

5

ABBT294226

# PROPOSED TEAMS TO DEVELOP TA PRESENTATIONS (Continued)

 *PRELIMINARY*

| TAs | Co-leaders (joint team) | Other team members |
|---|---|---|
| 6. Diabetes/obesity | • I Loew-Friedrich - clinical<br>• T. Opgenorth -- discovery<br>• TBD - commercial | • N/a |
| 7. Oncology | • P. Nixen/L. Vitek (HPD) - clinical<br>• S. Fesik – discovery<br>• TBD - commercial | • Tom Moore (HPD) - com<br>• Scott Toner (HPD) - com<br>• Dave Ostrow (HPD) - clin |
| 8. Immunology/<br>immunology | • I Loew-Friedrich - clinical<br>• R. Kamen – discovery<br>• TBD - commercial | • N/a |
| 9. Anesthesia | • Charlie McLeskey (HPD) - clinical<br>• George Maliekal (HPD) - commercial<br>• TBD - discovery | • Mary Szela (HPD) - com<br>• John Toner (HPD) - dis |
| 10. Renal Care | • Bruce McNutt (HPD) - clinical<br>• Susan Rodriguez (HPD) –commercial<br>• TBD - discovery | • Loreen Mershimer (HPD) |

6

Highly Confidential

ABBT294227

## PROPOSED AGENDA  - Day 1

*~8-9 hrs of presentations/discussion per day*

| Topic | Presenter/<br>Facilitator | Timing |
|---|---|---|
| **Introduction** | | |
| • Introduction (Aspirations for the new Abbott Pharma business, meeting objectives, key issues to be resolved) | • Jeff Leiden | • 30 mins |
| • Review of the overall global pharma opportunity<br>  – Relative attractiveness of major TAs and disease areas<br>  – Comparison of major regions (US, Europe. Japan)<br>  – Current position of Abbott relative to competition, in terms of portfolio and capabilities | • TBD (McKinsey) | • 2 hrs |
| **Individual TA discussions** | | |
| • Neuroscience | • TA team | • 2 hr |
| *Lunch* | | |
| • Anti-infectives | • TA team | • 2 hr |
| Executive session | • Jeff Leiden/ McKinsey | • 1.5 hrs |

7

Highly Confidential

ABBT294228

## PROPOSED AGENDA  - Day 2

| Topic | Presenter/ Facilitator | Timing |
|---|---|---|
| **Individual TA discussions  (Continued)** | | |
| • Pain/NSAIDS | • TA team | • 1.5 hr |
| • Cardiology/thrombosis | • TA team | • 2 hr |
| *Lunch* | | |
| • Urology | • TA team | • 1.5 hr |
| • Diabetes/obesity | • TA team | • 1.5 hr |
| Executive session | • Jeff Leiden/ McKinsey | • 1.5 hr |

8

Highly Confidential

ABBT294229

# PROPOSED AGENDA  - Day 3

| Topic | Presenter/ Facilitator | Timing |
|---|---|---|
| **Individual TA discussions  (Continued)** | | |
| • Oncology | • TA team | • 2 hr |
| • Immunoscience (RA, Crohns, Psoriasis, MS, transplantation, sepsis) | • TA team | • 2 hr |
| *Lunch* | | |
| • Anesthesia | • TA team | • 1.5 hr |
| • Renal Care | • TA team | • 1.5 hr |
| Executive session | • Jeff Leiden/ McKinsey | • 1.5 hr |

9

Highly Confidential

ABBT294230

## PROPOSED AGENDA  - Day 4  (HALF DAY EXECUTIVE SESSION)

| Topic | Presenter/ Facilitator | Timing |
|---|---|---|
| **Facilitated discussion on business shape** | | |
| • Drive to conclusion from Days 1-3 (synthesis from executive sessions) | • TBD (McKinsey?) | • 3 hrs. |
|   – What is the relative attractiveness of the TAs? | | |
|   – How many TAs should Abbott focus on? | | |
|   – What areas of science and what disease should each TA focus on? | | |
|   – What additional technology technology platforms that we should consider acquiring? | | |
|   – What core areas of discovery and development that need to upgraded? | | |
|   – What are the licensing needs of each TA? | | |
| *Lunch* | | |

10

Highly Confidential

ABBT294231

CONFIDENTIAL

# Templates for TA Presentations



Global Pharmaceutical R&D strategy retreat
March 4-6, 2001

Highly Confidential

ABBT294248

# EXECUTIVE SUMMARY – NATURE OF THE OPPORTUNITY

- Highlight why the TA should be attractive for Abbott

  – Global market size, growth

  – Key market trends and growth drivers out to 2010

  – Competitor landscape

  – Abbott's position

1

Highly Confidential

ABBT294249

# EXECUTIVE SUMMARY – RECOMMENDATIONS

| Disease focus | Drug class focus | Discovery target focus |
|---|---|---|

- E.g., asthma
-
-
-

- E.g., anti-inflammation
-
-
-

- E.g., leukotriene antagonists
-
-
-

2

Highly Confidential

ABBT294250

# CONTENTS

| | |
|---|---|
| **Commercial outlook** | • Market drivers over next 10 years |
| | • Epidemiology across major regions |
| | • Current TA sales by disease and drug class |
| | • Major market trends across the TA (to 2010) |
| | • Projected market growth by disease area (or drug class) |

Technical outlook

Abbott position

3

ABBT294251

## MARKET DRIVERS MOVING FORWARD

Global TA drivers



- Increasing prevalence

- Aging population

- Entry of higher priced treatments

- Etc.

- Continued pricing pressures in Japan and Europe (and US)

- Generic entries

- etc

4

ABBT294252

# EPIDEMIOLOGY ACROSS THE TA

| US |
|:--:|

- Who
- How many
- Treatment rates

| Europe |
|:------:|

| Japan |
|:-----:|

5

ABBT294253

# TA GLOBAL SALES BY DISEASE AND DRUG CLASS - 2000

$Millions; percent

**Sales by disease area**

100% = $___mill



**Sales by drug class**

100% = $___mill



| Key issues - diseases | Key issues - drug class |
|---|---|
| • (relative attractiveness, pricing differential) | • (e.g., growing/shrinking classes, price differential) |
| • | • |
| • | • |

Source:IMS

6

Highly Confidential

ABBT294254

# MAJOR MARKET TRENDS TO 2010

**Current situation**     →     **Projected situation in 2010**

| | |
|---|---|
| **US** | • Epidemiology <br> • Patient trends <br> • Physician trends <br> • Pricing and reimbursement <br> • Competition |

- •
- •
- •
- •

| | |
|---|---|
| **Europe** | • Highlight differences to US |

- •
- •

| | |
|---|---|
| **Japan** | • Highlight differences to US |

- •
- •

7

Highly Confidential

# PROJECTED GLOBAL MARKET GROWTH OF TA
$ Millions



**Major "swing-factors"**

Upsides
- 
- 

Downsides
- 
- 

Legend:
- Disease1
- Disease2
- Disease 2
- All others

CAGR %
10%
8%
8%
5%
15%

Years: 2001 (90), 2002 (100), 2003 (120), 2004 (130), 2005 (160), 2006 (170), 2007 (200), 2008 (210), 2009 (240), 2010 (260)

\* Compound annual growth rate
Source: Consensus estimates; project team projections

8

Highly Confidential

ABBT294256

# CONTENTS

Commercial
outlook

**Technical
outlook**

- Disease overview

- Current treatment approach

- Current unmet needs

- Future medical practice

- Challenges and opportunities in discovery

- Challenges and opportunities in product development

Abbott
position

9

# DISEASE OVERVIEW

- Etiology and pathophysiology of key disease states within the TA

- Level of current understanding

- 

Highly Confidential

ABBT294258

## OVERVIEW OF CURRENT TREATMENT APPROACH

- 
- 
- 
- 

11

Highly Confidential

ABBT294259

## MAJOR UNMET NEEDS

| Category | Major unmet needs |
|---|---|
| **1. Prevention** | • |
| | • |
| **2. Diagnosis** | • |
| | • |
| **3. Treatment** | |
| – Efficacy | • |
| | • |
| – Safety | • |
| | • |
| – Compliance | • |
| | • |

**Breakdown into specific diseases areas where necessary**

12

Highly Confidential

## MAJOR UNMET NEEDS – BY DISEASE



- Consider plotting unmet need if helpful to present unmet needs
- This page is an example

13

Highly Confidential

ABBT294261

# FUTURE MEDICAL PRACTICE 2010 BY DISEASE

| | Current practice | | Future practice (2010) |
|---|---|---|---|
| **Hypertension** | • Prevention, diagnosis<br>• Drug, device, surgical treatment preferences<br>• Mode of administration<br>• etc | | • New therapeutic approaches<br>• etc<br>•<br>• |
| **CHF** | | | •<br>• |
| **Hyperlipidemia** | | | •<br>• |

14

Highly Confidential

ABBT294262

## DISCOVERY OPPORTUNITIES AND CHALLENGES

● Advantages
◑ 
○ Disadvantage

| Issue | Assessment | Rationale |
|---|---|---|
| 1. Are viable/tractable targets currently available? | ○ | • |
| 2. Are attractive sources of new targets available? | ◔ | • |
| 3. How powerful are current target validation strategies? | ◑ | • |
| 4. Do viable *in vitro* models of the diseases exist? | ◕ | • |
| 5. Do viable *in vivo* models exist (e.g., transgenics)? | ● | • |
| 6. How predictive are pre-clinical models? | ◕ | • |
| 7. Strength of applicable discovery expertise at Abbott | ◑ | • |

15

Highly Confidential

ABBT294263

# DISCOVERY OPPORTUNITIES AND CHALLENGES
Viable targets

Part of current
Abbott portfolio

| Potential targets | Scientific rationale |
|---|---|
| 1.  E.g., ICE, VEGF | • |
| 2. | • |
| 3. | • |
| 4. | • |

16

Highly Confidential

ABBT294264

# DISCOVERY OPPORTUNITIES AND CHALLENGES
Sources of new targets

Part of current
Abbott portfolio

| Source | Scientific rationale |
|---|---|
| 1.   e.g., genomics, proteomics | •  • |
| 2. | •  • |
| 3. | •  • |
| 4. | • |

17

Highly Confidential

ABBT294265

# DISCOVERY OPPORTUNITIES AND CHALLENGES

- ADD SMALL NUMBER OF CHARTS (NO MORE THAN 2-3) TO
  HIGHLIGHT SPECIFIC ISSUES AS REQUIRED

18

Highly Confidential

ABBT294266

## PRODUCT DEVELOPMENT OPPORTUNITIES AND CHALLENGES

● Advantage
◗ 
○ Disadvantage

| Issue | Assessment | Rationale |
|---|---|---|
| 1. Are viable proof-of-concept methodologies available? | ○ | • |
| 2. Is patient recruitment a major obstacle? | ◔ | • |
| 3. Are clinical trial guidelines available? | ◑ | • |
| 4. Is trial methodology easy/difficult? | ◕ | • |
| 5. Are validated outcome measures available? | ● | • |
| 6. Is placebo or comparator response rate high? | ◕ | • |
| 7. Is there major adverse experience liability? | ◑ | • |

19

Highly Confidential

ABBT294267

## PRODUCT DEVELOPMENT OPPORTUNITIES AND CHALLENGES   (Continued)



● Advantage
◐ 
○ Disadvantage

| Issue | Assessment | Rationale |
|-------|-----------|-----------|
| 1.  Level of investment required (trial size, length, complexity) | ○ | • |
| 2.  Level of Abbott clinical development expertise across the TA | ◔ | • |
| 3.  Is the regulatory path well established (across major markets)? | ◐ | • |
| 4.  Is the indication recognized by regulators in US, Europe, Japan? | ◕ | • |
| 5.  Overall regulatory risk of development? | ● | • |
| 6.  Level of Abbott regulatory expertise across the TA | ◕ | • |

20

Highly Confidential

ABBT294268

## DEVELOPMENT OPPORTUNITIES AND CHALLENGES

Attractive drug classes and NCEs in clinical development

☐ Abbot presence

| Attractive drug class | Lead compounds | Scientific rationale |
|---|---|---|
| 1.  NSAIDs | • Compound 1 (Abbott)<br>• Compound 2 (Pfizer) | • |
| 2. | • | • |
| 3. | • | • |
| 4. | • | • |

21

ABBT294269

# PRODUCT DEVELOPMENT OPPORTUNITIES AND CHALLENGES

- ADD SMALL NUMBER OF CHARTS (NO MORE THAN 2-3) TO HIGHLIGHT SPECIFIC ISSUES AS REQUIRED

22

Highly Confidential

ABBT294270

# CONTENTS

Commercial outlook

Technical outlook

**Abbott position**

- Current Abbott sales

- Abbott's current portfolio and budget allocation across the TA

- Upside scenario (sales potential; what we need to achieve the upside)

23

Highly Confidential

ABBT294271

## ABBOTT GLOBAL SALES BY DISEASE AND REGION - 2000
$Millions; percent



**Sales by disease area**

100% = $____mill

- Other 10
- Epilepsy 10
- Migraine 15
- Schizophrenia 20
- Depression 45

**Sales by region**

100% = $____mill

- ROW 5
- Japan 20
- Europe 30
- US 45

| Key issues - diseases | Key issues - region |
|---|---|
| • (e.g., major franchises for Abbott; leadership positions, unique capabilities) | • (e.g., rationale for geographic spread, high growth regions for Abbott) |
| • | • |
| • | |

\* Include Abbott and Knoll products

Source:IMS

24

Highly Confidential

ABBT294272

# CURRENT R&D PROJECTS AND TARGETS

| Disease | Discovery projects | Development projects | Licensing targets |
| --- | --- | --- | --- |
| Epilepsy | • Project 1<br>• Project 2 | • Project 1<br>• Project 2 | • Target 1<br>• Target 2 |
| Parkinson's | • Project 1<br>• Project 2 | • Project 1<br>• Project 2 | • Target 1<br>• Target 2 |
| Migraine | • Project 3<br>• Project 4 | • Project 1<br>• Project 2 | • Target 1<br>• Target 2 |
| etc | | | |

> • Only include projects and targets which are in the current plans
>
> • Include both Knoll and Abbott portfolio for the TA

25

ABBT294273

## CURRENT R&D BUDGET ACROSS THE TA - 2001
$ Millions

| Disease | Discovery projects | Budget | Development projects | Budget |
|---|---|---|---|---|
| Epilepsy | • Project 1 | 5.0 | • Project 1 | 2.0 |
| | • Project 2 | 6.7 | • Project 2 | 1.3 |
| Parkinson's | • Project 1 | 10 | • Project 1 | 10.5 |
| | • Project 2 | 1.1 | • Project 2 | 22.3 |
| Migraine | • Project 3 | 2.2 | • Project 1 | 1.7 |
| | • Project 4 | 4.2 | • Project 2 | 0.5 |
| etc | | | | |

Total $25 mill                Total $44 mill

> • Only include projects and targets which are in the current plans
>
> • Include both Knoll and Abbott portfolio for the TA
>
> • Only use disease categorization if available

26

Highly Confidential

ABBT294274

# GROWTH SCENARIOS FOR THE TA
$ Millions

_ILLUSTRATIVE_



Projected sales

1. *Upside scenario*; TA to provide specific growth opportunities to drive a more aggressive (realistic) growth scenario
2. *Current trajectory*; Provide consolidated sales projection for all currently supported in-market products and development/pre-clinical research projects
* Include major enhancements of current in-market products

27

ABBT294275

# GROWTH OPPORTUNITIES TO ACHIEVE THE UPSIDE SCENARIO

|  | **Brief description of upside opportunity** *(examples given below)* | **What we need to capture the opportunity** |
|---|---|---|
| **Discovery** | • Set up a major ICE research program<br>• Strengthen combinatorial chemistry expertise in specific area | • E.g., Resources, new technologies, licensing activity, infrastructure |
| **Development** | • Purse new indications for a product already in the pipeline | |
| **In-licensing** | • License-in the following type of compound (specify mechanism of action)<br>• Establish partnership for specific technology | • <br>• |
| **Synergies with other Abbott franchises** | • Drug-device combinations<br>• Drug fixed-dose combinations | • |

> • **Only discovery, development and in-licensing opportunities**
> • **Initiatives should sum up difference between current trajectory and upside scenario**

Highly Confidential

ABBT294276

**EXAMPLES OF BACK-UP PAGES**
**- APPENDIX**

29

Highly Confidential

ABBT294277

## TA GLOBAL SALES BY COMPETITOR AND REGION - 2000

$Millions; percent

**Sales by competitor**

100% = $____ mill



Other

Competitor 4
• *major products*

Competitor 3
• *major products*

Competitor 2
• *major products*

Competitor 1
• *major products**

**Sales by region**

100% = $____ mill



ROW

Japan

US

Europe

| Key issues - competitor | Key issues - regions |
|---|---|
| • (e.g., major moves, emerging winner)<br>•<br>• | • (e.g., pricing differential, difference in market preferences)<br>• |

\* List the top 1-2 products by competitor

Source: IMS

30

Highly Confidential

ABBT294278

## HISTORICAL MARKET GROWTH OF THERAPEUTIC AREA
$ Millions



* Compound annual growth rate

Source:  IMS

31

ABBT294279

# DISEASE 1 SUMMARY - 2000
$Millions; percent

*REPEAT FOR TOP 2-3 DISEASES*
*IF APPLICABLE - May go in appendix*

## Sales by drug class
100% = $___mill



## Sales by product
100% = $___mill



## Sales by competitor
100% = $___mill



## Sales by region
100% = $___mill



Source:IMS

32

Highly Confidential

ABBT294280

**OVERVIEW OF PROJECTS BY MECHANISM OF ACTION***     *ASTHMA EXAMPLE - 1997*

| Mechanism | Pre-clinical | Phase I | II | III | Pre-reg. | Total | Current Perspective |
|---|---|---|---|---|---|---|---|
| 5-LO inhibitors | 7 | 6 | 5 | 3 | 1 | 22 | Neither likely to be much better than Singulair |
| Leukotriene antagonists | 9 | 4 | 7 | 1 | | 21 | |
| PDE IV inhibitors | 12 | 2 | 5 | 1 | | 20 | Gastric side effects |
| H1 antagonists | 9 | 1 | 4 | 1 | | 15 | Japan only |
| Immunomodulators | 10 | 3 | 1 | | | 14 | Most likely to produce significant new products |
| Immunosuppressants | 6 | | 5 | 1 | | 12 | |
| Neurokinin antagonists | 6 | 1 | 3 | | | 10 | Maybe long term |
| Arachidonic acid antagonists | 2 | 3 | 1 | 1 | 1 | 8 | Unlikely |

* Include Abbott + Knoll
Source: R&D Insight: Pharma Projects etc

33

**OVERVIEW OF PROJECTS BY COMPANY\***

*ASTHMA EXAMPLE - 1997*

| Company | Pre-clinical | Phase I | II | III | Pre-reg. | Total |
|---|---|---|---|---|---|---|
| Pfizer | 6 | 1 | 1 | | | 8 |
| SKB | 3 | | 4 | 1 | | 7 |
| Astra | 3 | 2 | 1 | | | 6 |
| Bayer | 1 | | 3 | | 1 | 5 |
| Fujisawa | 2 | | 3 | | | 5 |
| Pharmacia Upjohn | 3 | 2 | | | | 5 |
| Sanofi | 2 | 1 | 1 | 1 | | 5 |
| Yamanouchi | 2 | 2 | | 1 | | 5 |
| BI | 1 | | 1 | 2 | | 4 |
| Glaxo Wellcome | 2 | 2 | | | | 4 |
| Merck | 4 | | | | | 4 |
| RPR | 2 | | 1 | 1 | | 4 |
| Zeneca | 2 | 1 | 1 | | | 4 |
| Other companies | ~80 | ~15 | ~40 | 5 | 5 | 4 |
| | | | | | | ~145 |
| **Total ~110 companies** | **~100** | **~27** | **~56** | **11** | **6** | **~210** |

\* IncludE Abbott + Knoll combined
Source: R&D Insight; Pharma Projects etc

34

Highly Confidential

ABBT294282

**DESCRIPTION OF MAJOR PROJECTS BY COMPANY**
From Phase I to Pre-registration

*ASTHMA EXAMPLE*

| Company | Mechanism of action | Drug | Phase | Other indications |
|---------|---------------------|------|-------|-------------------|
| Bayer | TXA2 antagonist | Ramatroban | • Prereg. (Japan)<br>• Phase III (Ger.) | • Allergic rhinitis |
| Abbott | 5–Lipoxygenase inhibitor | Zileuton | • Prereg. (Canada)<br>• Launched (US) | • Tried several, no success so far |
| Kyoura Hakko | Leukotriene B4 antagonist | Olopatadine | • Prereg. (Japan)<br>• Phase II (US, Ger.) | • Conjunctivitis (launched in US)<br>• Allergic rhinitis and urticaria (prereg. in Japan) |
| Schering Plough | Arachidonic acid antagonist | Mometasone | • Prereg. (US, UK) | • Allergic seasonal and perennial rhinitis (launched)<br>• Psoriasis (prereg. US) |
| Sepracor | Beta 2 agonist | Levosalbutamol neb. suspension | • Prereg. (US)<br>• Phase III (global) | |
| Sankyo | TXA2 synthetase inhibitor | Imitrodast sodium | • Prereg. (Japan) | |
| Shionogi | TXA2 antagonist | Domitroban | • Prereg. (Japan) | • Allergic rhinitis |

\* Including Abbott + Knoll combined
Source: R&D Insight; Pharma Projects etc

Highly Confidential

ABBT294283

# OVERVIEW OF NEW ABBOTT PORTFOLIO – IN MARKET

$ Millions

| Products | Indications | Major competitors | US Sales (2000) | ROW Sales (2000) | Sales growth % (2000-05) | Comments |
|---|---|---|---|---|---|---|
| Product 1 | Indication 1 Indication 2 | Competitor 1 | 100 | 100 | 10% | • Major growth opportunities, challenges • Patent expiry etc |
| Product 2 | Indication 2 Indication 4 | Competitor 2 Competitor 3 | 75 | 75 | (5%) | • |
| Product 3 | Indication 3 | Competitor 3 | 45 | 45 | 45% | • |

36

Highly Confidential

ABBT294284

## OVERVIEW OF NEW ABBOTT PORTFOLIO – DEVELOPMENT PIPELINE

$ Millions

| Project | Indications | Competitors | Phase | Launch year | Peak Sales | Comments |
|---------|-------------|-------------|-------|-------------|------------|----------|
| Project 1 | Indication 1 | Competitor 1 | III | 2004 | 700 | • Major growth opportunities, challenges<br>• Patent expiry etc |
| Project 2 | Indication 2<br>Indication 5 | Competitor 2 | II | 2005 | 600 | • |
| Project 3 | Indication 3 | Competitor 3 | II | 2006 | 600 | • |

37

Highly Confidential

ABBT294285

# OVERVIEW OF NEW ABBOTT PORTFOLIO – RESEARCH PIPELINE

| Program | Stage of most advanced lead | Potential indications | | Comments |
|---------|------------------------------|------------------------|--|----------|
| Program 1 | Pre-clin | Disease 1 Disease 2 | | |
| Program 2 | Lead identification | Disease 2 | | |
| Program 3 | Pre-clin | Disease 3 Disease 4 | | |

38

Highly Confidential

ABBT294286

## IN-LICENSING TARGETS – BY DISEASE AREA

| Target (mechanism) | Originator | Phase | US Launch | Peak Sales $mill | Benefit to TA franchise |
|---|---|---|---|---|---|
| Product 1 | Company A | P III | 2004 | 500 | • • • |
| Product 2 | Company B | P II | 2003 | 850 | |
| Product 3 | Company B | P II | 2003 | 2,000 | |

39

Highly Confidential

ABBT294287

# OVERVIEW OF MAJOR PARTNERSHIPS



| | Partner | Compounds/technologies | Potential indications | Description |
|---|---|---|---|---|
| **Existing** | Partner 2 | Compound 1 | Disease 1<br>Disease 2 | •<br>• |
| | Partner 2 | Technology 2 | Disease 2 | |
| | Partner 3 | Co-promotion with compound X | Disease 3<br>Disease 4 | |
| **Targets** | Target 1 | Acquisition | Disease 1 | |
| | Target 2 | Academic institute | Disease 2 | |

Include major commercial, development and research collaboration

40

Highly Confidential

ABBT294288

# CURRENT ABBOTT SALES TRAJECTORY BY DISEASE AREA*
$ Millions



* Includes Abbott and Knoll in-market and pipeline products and currently planned R&D projects
Source:  Team projections

41

ABBT294289

## PLANNED ACTIVITIES TO HIT THE CURRENT TRAJECTORY

| Disease | Targets | Launch | Peak year sales impact $mill | Risk adjusted NPV $mill |
|---------|---------|--------|------------------------------|-------------------------|
| Epilepsy | • In-market products<br>• Products in PI-PIII developments<br>• Early stage development projects that will be launched by 2010 | 2003<br>2004<br>2004 | 250<br>100<br>250 | 50<br>25<br>120 |
| Parkinson's | • In-market products<br>• Products in PI-PIII developments<br>• Early stage development projects that will be launched by 2010 | 2003<br>2004<br>2004 | 250<br>100<br>250 | 50<br>25<br>120 |
| Migraine | | | | |

> • In-market products and pipeline projects which are in the current plans
>
> • Include both Knoll and Abbott portfolio for the TA

42

ABBT294290

## GROWTH OPPORTUNITIES BEYOND CURRENT TRAJECTORY

| Growth initiatives | Brief description *(examples given below)* | Launch | Peak year sales $mill | Risk adjusted NPV $mill |
|---|---|---|---|---|
| Initiative 1 | • Additional internal NCEs or new indications that are not supported in the current budget/plan | 2003 | 250 | 50 |
| Initiative 2 | • Additional PIV programs for currently marketed products beyond current plan (new formulations, new indications etc) | 2004 | 100 | 25 |
| Initiative 3 | • Launches in additional countries beyond current plan | 2004 | 250 | 120 |
| Initiative 4 | • New compounds identified by discovery that could reach market prior to 2010 | 2005 | 500 | 200 |
| | • In-licensing activities (with real targets identified) | | | |

> • **Only discovery, development and in-licensing opportunities**
>
> • **Initiatives should sum up difference between current trajectory and upside scenario**

43

Highly Confidential

ABBT294291

**CURRENT TREATMENT APPROACH**
Asthma

*ASTHMA EXAMPLE - 1997*

| Impact | Approach | Major products | Commentary |
|---|---|---|---|
| Quick symptomatic relief | Short acting beta 2 agonist | Proventil, Ventolin, generic albuterol | Drug of choice for acute symptoms of bronchoconstriction and preventative treatment prior to exercise for exercise-induced bronchospasm, taken as needed. Well served group except for cardiac side-effects due to co-stimulation of beta 1 receptors. |
| | Anticholinergics | Atrovent, generic ipratropium | Relief of acute bronchospasm through inhibition of muscarinic receptors. Does not block exercise-induced bronchospasm. May have additive effects to beta agonists but slower onset of action. Used for patients who are intolerant to beta agonists. |
| Long-term maintenance therapy | Steroids – Inhaled steroids | Azmacort, Vanceril, Aerobid, Flovent, Beclovent | Long-term prevention of symptoms through suppression of inflammation. Inhibit cytokine production, adhesion receptor activation and inflammatory cell migration/activation. Risk of local side-effect (thrush, cough) and systemic absorption at high dosages. Mouth washing, spacers and DPIs reduce risks. |
| | – Oral steroids | Generics | For short- term (3-10 day) bursts to gain prompt control or for long-term prevention in severe persistent asthma. Lowest effective dosage used to minimize side-effects. |
| | NSAID – Cromolyn – Nedocromil | Intal, generic Tilade | Long-term prevention of symptoms; may modify inflammation. Preventative treatment prior to exercise or allergen exposure. Stabilize mast cell membranes, inhibit activation and mediator release from eosinophils and epithelial cells and modulate chloride channel function Therapeutic response may be delayed 2-4 weeks; nedocromil has unpleasant taste for some, but is 6-8x more potent than cromolyn. |
| | Xanthines, phosphodiesterase antagonists | TheoDur, SloBid, generic theophylline | Long-term symptom control, especially nocturnal. Smooth muscle relaxation from phosphodiesterase inhibition and maybe adenosine antagonism. May also effect immune cell migration and mucociliary clearance. Narrow therapeutic range with serum concentration monitoring required. |
| | Long acting beta 2 agonist | Serevent (salmeterol) | Long-term prevention of symptoms especially nocturnal. Prevention of exercise-induced bronchospasm. Salmeterol (but not formoterol) has a slower onset of action (15-30 min). Both have longer duration (12 hours) than short-acting beta agonists. Not a replacement for inhaled steroids. |
| | Leukotriene Modulators – 5-lipoxygenase inhib. – Receptor antagonist | Zyflo (zileuton) Accolate (zafirlukast) | Both for long-term control and symptom prevention in mild persistent asthma. Accolate's advantages include Q-dosing and no requirement for liver monitoring |

Source:

44

Highly Confidential

ABBT294292

**CURRENT PHARMACEUTICAL TREATMENT**                    *ASTHMA EXAMPLE - 1997*

Asthma

| Strategy and drug class | Clinical activity/use | Mode of action | Typical delivery | Dosage |
|---|---|---|---|---|
| **Bronchodilators** | | | | |
| Beta agonists | • Short acting: drug of choice for acute attacks and prevention of exercise-induced asthma<br>• Long acting: slower onset of action/longer duration. for long-term prevention of attacks (especially nocturnal) and prevention of exercise induced bronchospasm | • Selectively stimulate beta-2 receptors<br>– Dilate airways by relaxing the smooth muscle<br>– Decrease mucus secretion | Inhaled | PRN; up to 8 puffs per day |
| Xanthines | • Less potent but longer duration of action<br>– Prevention for nocturnal asthma<br>– Severe cases uncontrolled on steroids/long acting beta agonists | • Relax smooth muscle | Oral (SR) | Titration of serum level |
| Anticholinergics | • 3rd line agent after steroids and long-acting beta agonists. Typically for the elderly and COPD | • Block reflex bronchoconstriction and reduce smooth muscle tone | Inhaled | 1-2 puffs up to 12 times q 24 |
| **Anti-inflammatory** | | | | |
| Steroids | • Most effective broad spectrum anti-inflammatory agent. Maintenance prophylaxis of symptoms. reduce need for bronchodilators and improve long-term lung function<br>• Side-effect profile limits usage of oral steroids | • Modulate gene expression of inflammatory mediators<br>– Anti-inflammatory<br>– Decrease mucus secretion<br>– Restore damaged epithelium | Inhaled | • Short term oral 40-80 mg<br>• Varies |
| **NSAIDS** | | | | |
| Cromolyns | • Exercise induced asthma. Mildly effective for children and well tolerated | • Mast cell stabilization | Inhaled | 20 mg q6hr |
| **Leukotriene modulators**<br>– Leukotriene receptor antagonist<br>– 5-lipoxygenase | • Use is still emerging. Indicated for prophylaxis and chronic treatment of mile persistent asthma. More targeted effect than steroids, presently recommended as an adjunct to inhaled steroids, not a replacement | • Receptor antagonist blocks leukotriene binding to cell surface receptors and 5-lipoxygenase inhibitors block synthesis of leukotrienes<br>• Block Early-stage allergen response<br>• Reduce late-phase response | Oral | Accolate; 20mg q12hr<br>Zyflo; 600 mg q 6hr |

Source:   Decision Resources 11/96; Handbook of Pulmonary Drug Therapy (1996); Pink Sheet 12/96; The search for anti-inflammatory drugs, Adams and Merluzzi (199?)

45

Highly Confidential                                                    ABBT294293

**CURRENT PHARMACEUTICAL TREATMENT – BRONCHODILATORY**          *ASTHMA EXAMPLE - 1997*

| Major drug class | Major Indications | Major projects | Manufacturer | Global sales (2000) $ Millions* | Sales growth 1998-00 % | Issues |
|---|---|---|---|---|---|---|
| **Beta-2 agonists**\*\* | | | | | | |
| Short acting | Asthma COPD | Proventil (albuterol) | Schering Plough | | % | n/a |
| | | Ventolin (albuterol) | GlaxoWellcome | | | n/a |
| | | albuterol | Generic | | | Schering Plough sales of |
| Long acting | Asthma COPD | Serevent (salmeterol) | GlaxoWellcome | | | Longer acting, launched in 1995. Increased compliance with twice daily dosing. |
| | | | | Totals | % | |
| **Xanthines** | Asthma | Slo-bid (theophylline) | RPR | | | Side effects and blood monitoring reduce usage |
| | | Theo-Dur (theophylline) | Schering Plough | | | |
| | | | | Totals | | |
| **Anticholinergics** | Asthma COPD | Atrovent - MDI (ipratropium bromide) | BI | | | Most effective in COPD |
| | | | | Totals | | |

\*\*  Short acting Beta agonists: albuterol, terbutoline, perbacterol, bitolterol (3-6 hrs) Long acting Beta agonists: salmeterol, formoterol
Source: IMS Retail and Provider Perspective; NDTI

46

Highly Confidential                                                                      ABBT294294

CONFIDENTIAL

# Meeting Mechanics



Global Pharmaceutical R&D strategy retreat
March 2-4, 2001

Highly Confidential

ABBT294232

## MEETING OBJECTIVES

- To provide senior management with a common understanding of the portfolio and capabilities of the new Abbott across the major TAs, research technologies and geographies.

- To decide on the shape of the business moving forward in terms of high priority TAs, disease areas and scientific technology platforms

- This will be used to drive the following decisions
  – Areas of the business that require increased or decreased resources
  – Changes to licensing strategy and targets
  – Discovery and development sites
  – Development and marketing programs with devices and diagnostics

1

Highly Confidential

ABBT294233

# GENERAL QUESTIONS TO BE ADDRESSED AT THE RETREAT

- How many TAs should Abbott focus on?

- Which TAs should we focus on?

- Within each TA, what areas of science and what disease hold the greatest promise?

- Are there specific technology platforms that we should consider acquiring to accelerate our R and D programs?

- Are there core areas of discovery or development that we need to upgrade?

- How should we best integrate the BASF Pharma R and D sites and compounds into the Abbott GPRD organization?

- What are the licensing needs as opposed to the internal development needs of each TA?

2

Highly Confidential

ABBT294234

## ISSUES TO BE RESOLVED

| Issue | Perspective |
|---|---|
| 1. Which TA's should be presented and what how should the scope for each TA be defined? | • Proposal on page 4 |
| 2. How should Knoll in-market and pipeline products be allocated by TA? | • Proposed alignment shown on page 5, 6 |
| 3. Who should attend the meeting and who should be responsible for creating each TA presentations? | • Proposed attendance shown on page 7 and individual TA participants on pages 8-9.<br>  – Clinical team member should lead creation of presentation<br>  – Broader team of experts should provide necessary content |
| 4. What should the overall agenda be for the meeting | • Current proposal on pages 10-12.<br>  – Day1: pharma overview, TA presentations<br>  – Day 2: TA presentations (continued)<br>  – Day 3: TA presentations (continued)<br>  – Day 4: Half day to decide on business shape and discuss organizational implications |
| 5. How to ensure templates and guidelines are clearly communicated and sufficient consistency is achieved? | • Templates and high level guidelines should be communicated ASAP<br>• McKinsey can follow up with team leaders to provide additional context/answer questions (but not to drive analysis/document preparation) |

3

ABBT294235

## SELECTION AND SCOPE OF INDIVIDUAL TA PRESENTATIONS

*PRELIMINARY*

| Ventures/TAs | In-scope areas |
|---|---|
| 1. Anti-infectives | • Antibiotics |
| 2. Anti-viral | • HIV, Hepatitis B and C, RSV |
| 3. Neuroscience | • Stroke, Parkinson's, epilepsy, migraine, Alzheimer's<br>• Psychiatric diseases, Attention deficit disorder |
| 4. Pain/NSAIDS | • Neuropathic pain, chronic pain, NSAIDs<br>• Narcotic analgesia, other analgesia, acute pain |
| 5. Cardiovascular/<br>thrombosis | • Hypertension, CHF, hyperlipidemia, MI<br>• Stroke, unstable angina, anti-coagulants |
| 6. Urology | • BPH, erectile dysfunction, incontinence |
| 7. Diabetes/obesity | • Diabetes, diabetic complications, obesity |
| 8. Oncology | • All tumors and all pharmaceutical approaches |
| 9. Immunology/ inflammation | • RA/OA, psoriasis, transplantation, MS, Crohn's, sepsis, asthma |
| 10. Anesthesia | • Injectibles, inhalation agents, neuromuscular blockers, anti-emetics, anxiolytics etc |
| 11. Renal Care | • Vitamin D analogues, kidney transplantation, erythropoeisis, iron therapy |
| 12. Acute care injectibles | • Generics franchise |
| 13. Other potential areas | • Bbiotech generics (EPO), drug delivery, GI (IBS, constipation, acid suppression) |

4

Highly Confidential

ABBT294236

## ALLOCATION OF PRODUCTS BY THERAPEUTIC AREA - IN MARKET

*PRELIMINARY*

| Therapeutic Area | x-Abbott products and projects | x-Knoll products and projects |
|---|---|---|
| 1. Anti-infectives | Omnicef, Claforan, Biaxin/Klacid, Biaxin/Klacid XL, erythromycin, Metronidazole, Vancomycin, Tosuxacin, Pediazole | erythromycin |
| 2. Anti-viral | Gengraf, Kaletra, Norvir, Certiva, Synagis | |
| 3. Neuroscience | Depakote, Cylert, Gabitril, Depacon, magnesium sulphate, ProSom | Akineton, Cerebrolysin, Exelon, Zoleptil |
| 4. Pain/ inflammation | Tranxene, Fentanyl, Ketorolac, morphine sulfate, A-Hydrocord/ Ampethapred, Actiq | Dilaudid, Vicoprofen, Vicodin, Brufen |
| 5. Cardiovascular/thrombosis | Loftyl, Tricor, Labetalol, Micardis, Digoxin, Diltiazem, Blospres, Simdax | Rythmol, Tarka, Isoptin, Mavik, Gopten/Mavik, Clivarine |
| 6. Urology | Hytrin, Flomax | |
| 7. Diabetes/obesity | | Meridia |
| 8. Oncology | Lupron (TAP) | |
| 9. Immunology/ inflammation (including asthma) | Mobic, Avonex, Zyflo (asthma), Xopenex, (asthma), Bremax (asthma) | Hokunalin (asthma) |
| 10. Anesthesia | Ultiva, Ultane/Sevorane, Ethrane, Amidate, Forane, Anzemet, butorphanol, Chirocaine, sufentanil citrate, Atracurium, Tracrium, Nimbex, Nuromax, metoclopramide, Mivacron, Precedex | |
| 11. Renal care | Zemplar, Calcijex | |
| 12. Acute care injectibles | Various generics | |
| 13. Other therapeutic areas | Oxandrin (malnutrition), Thymone (thyroid hormone), Ogen (menopause), Ogastro (ulcers), Prevpac (ulcers), Survanta (lung surfactant), Prevacid (TAP, ulcers) | Chymodiactin (bone regeneration), Iruxol (skin wounds), Synthroid (thyroid hormone), Esberiven (general vascular), |

5

Highly Confidential

ABBT294237

# ALLOCATION OF PRODUCTS BY THERAPEUTIC AREA - PIPELINE

*PRELIMINARY*

| Therapeutic Area | x-Abbott Drugs | x-Knoll Drugs |
|---|---|---|
| 1. Anti-infectives | Spectracef (TAP), ABT-492, ABT-773 | HSR-903 (Phase III, Japan) |
| 2. Anti-viral | PETT compounds, Clevudine, DAPD, MIV-606, Coactinon, Coviracil, Synagis, ABT-677, L-FMAU | |
| 3. Neuroscience | Depakote ER, Idebenone, ABS/NPS, ABT-418, MKC-231, Protirelin, TAK-147, ABT-089, ABS-103, NPS-1776 | BSF-190555, BSF-201640, BSF-74398 |
| 4. Pain | Hydrocodone | Dilaudid CR |
| 5. Cardiovascular/thrombosis | Antexan, TAK-044, ABT-120, Seratrodast, A-74187, ABT-187 | Trandolapril, LU-208075, Viprinex, Peg-Hirudin, LU-135252, Rythmol SR (Ludwigshafen projects) |
| 6. Urology | ABT-232, NS-49, ABT-598 | BSF-420627 |
| 7. Diabetes/obesity | Bimoclomal, ABT-594, Actos, Chrysalin, Voglibose (hyperglycemia) | |
| 8. Oncology | ABT-510, ABT-518, ABT-751, CEP-2563 dihydrochloride, E7010, AGM-1470, CEP-701, TNP-470, YM529, Rubitecan, ABT-627, HMFG1, Theragyn, ABT-828, FTI Backup, TSP-2, Integrin and ICAM modulators | |
| 9. Immunology/ inflammation (asthma) | ABT-963, TAK-603, TMX-67, LJP-394, Atreleuton (asthma), TAK-661 (dermatitis, asthma), VML-530 (asthma), | Thyrogen, J695, D2E7, Segard (all Worcester R&D), Hokunalin tape (asthma) |
| 10. Anesthesia | | |
| 11. Renal care | | |
| 12. Acute care injectibles | Various generics | |
| 13. Other therapeutic areas | Hextend (hypovolemia), ABT-229 (GERD), EM-574 (gastritis), Risedronate (osteoporosis), Flocor (sickle cell anemia), Broncia (allergic rhinitis), EPO generic program | TU-199 (ulcers), AU-224 (constipation), Ganaton (gastric dismotility), T4/T3 (hypothyroidism) |

6

Highly Confidential

ABBT294238

# MEETING ATTENDEES AND PRESENTERS

| Attendees |
|---|

- A relatively small group of R&D and commercial managers should be present throughout the TA presentations (TA presenters stay throughout or only for their individual TA?)
- Executive session to be held at the end of each day for senior management team (the decision makers)

| TA presenters |
|---|

- Presentations should provide a scientific and commercial review of the potential of each TA
- A mix of expertise will be required to cover major potential issues across R&D and commercial, including
  - Venture heads (GPRD)/Medical Directors (HPD)
  - Franchise heads/Business Unit GMs (HPD)
  - TA heads (research)
- Recommendations on individual presentations
  - Create a single consolidated presentation with Venture Head taking the lead responsibility for pulling it together
  - Divide up the presentation between commercial (market discussion) and technical (unmet needs, pipeline, Abbott position etc)

7

Highly Confidential

ABBT294239

# PROPOSED TEAMS TO DEVELOP TA PRESENTATIONS     *PRELIMINARY*

| TAs | Primary leader (clinical) | Additional content leaders | Other team members |
|---|---|---|---|
| 1. Anti-infectives | • E. Sun | • S. Chang - dis<br>• TBD - comm | • N/a |
| 2. Anti-viral | • E. Sun | • S. Chang – dis<br>• TBD - comm | • n/a |
| 3. Neuroscience | • Iris Loew-Frickel | • J. Sullivan - dis<br>• TBD - comm | • n/a |
| 4. Pain | • Charlie McLeskey (HPD) | • John Heden (HPD) – comm<br>• TBD - dis | • n/a |
| 5. Cardiovascular/ thrombosis | • Suneil Gupta (HPD)<br>• Iris Loew-Friedrich | • F. Frickel - dis<br>• S. Leibold (HPD) - comm<br>• John Toner (HPD) - dis | • Mary Szela  (HPD) |
| 6. Urology | • M. Verlinden | • J. Sullivan - dis | • n/a |

8

Highly Confidential

ABBT294240

# PROPOSED TEAMS TO DEVELOP TA PRESENTATIONS   *PRELIMINARY*

| TAs | Primary leader (clinical) | Additional content leaders | Other team members |
|---|---|---|---|
| 7. Diabetes/obesity | • I Loew-Friedrich | • T. Opgenorth - dis<br>• TBD - comm | • N/a |
| 8. Oncology | • P. Nixen/L. Vitek (HPD) | • S. Fesik – dis | • Tom Moore (HPD) - com<br>• Scott Toner (HPD) - com<br>• Dave Ostrow (HPD) - clin |
| 9. Immunology/ immunology | • I Loew-Friedrich<br>• BBC? | • R. Kamen – dis<br>• TBD - comm | • N/a |
| 10. Anesthesia | • Charlie McLeskey (HPD) | • George Maliekal (HPD) - com<br>• TBD - dis | • Mary Szela (HPD) - com<br>• John Toner (HPD) - dis |
| 11. Renal Care | • Bruce McNutt (HPD) | • Susan Rodriguez (HPD) – com | • Loreen Mershimer (HPD) |
| 12. Acute care injectibles | • Laurie Hernandez (HPD)– com/ Jim Raihle (HPD) | • N/a | • N/a |
| 13. Other potential areas (TBD) | • N/a | • Biotech generics (Dave Ostrow – clin)<br>• Critical care (S. Gupta, S. Leibold) | • Critical Care (Mary Szela, John Toner) |

9

ABBT294241

## PROPOSED AGENDA  - Day 1

*~8-9 hrs of presentations/discussion per day*

| Topic | Presenter/ Facilitator | Timing |
|---|---|---|
| **Introduction** | | |
| • Introduction (Aspirations for the new Abbott Pharma business, meeting objectives, key issues to be resolved) | • Jeff Leiden | • 30 mins |
| | | |
| • Review of the overall global pharma opportunity <br> – Relative attractiveness of major TAs and disease areas <br> – Comparison of major regions (US, Europe, Japan) <br> – Current position of Abbott relative to competition, in terms of portfolio and capabilities | • TBD (McKinsey) | • 2 hrs |
| **Individual TA discussions** | | |
| • Anti-infectives | • TA team | • 1.5 hr |
| ***Lunch*** | | |
| • Anti-viral | • TA team | • 1.5 hr |
| • Neuroscience | • TA team | • 1.5 hr |
| Executive session | • Jeff Leiden/ McKinsey | • 1.5 hrs |

10

Highly Confidential

ABBT294242

## PROPOSED AGENDA  - Day 2

| Topic | Presenter/ Facilitator | Timing |
|---|---|---|
| **Individual TA discussions  (Continued)** | | |
| • Pain/NSAIDS | • TA team | • 1.5 hr |
| • Cardiology/thrombosis | • TA team | • 1.5 hr |
| • Urology | • TA team | • 1.5 hr |
| *Lunch* | | |
| • Diabetes/obesity | • TA team | • 1.5 hr |
| • Oncology | • TA team | • 1.5 hr |
| Executive session | • Jeff Leiden/ McKinsey | • 1.5 hr |

11

Highly Confidential

ABBT294243

## PROPOSED AGENDA - Day 3

| Topic | Presenter/<br>Facilitator | Timing |
|---|---|---|
| **Individual TA discussions  (Continued)** | | |
| • Immunology (RA, Crohris, Psoriasis, MS, transplantation, sepsis) | • TA team | • 1.5 hr |
| • Anesthesia | • TA team | • 1.5 hr |
| • Renal Care | • TA team | • 1.5 hr |
| *Lunch* | | |
| • Acute Care injectibles | • TA team | • 1.5 hr |
| • Other opportunities (e.g., respiratory, GI, Biotech generics, drug delivery, endocrine, haematology) | • TA team | • 1.5 hr |
| Executive session | • Jeff Leiden/<br>McKinsey | • 1.5 hr |

12

Highly Confidential

ABBT294244

## PROPOSED AGENDA - Day 4 (HALF DAY EXECUTIVE SESSION)

| Topic | Presenter/<br>Facilitator | Timing |
|---|---|---|
| **Facilitated discussion on business shape** | | |
| • Drive to conclusion from Days 1-3 (synthesis from executive sessions)<br>  – What is the relative attractiveness of the TAs?<br>  – How many TAs should Abbott focus on?<br>  – What areas of science and what disease should each TA focus on?<br>  – What additional technology technology platforms that we should consider<br>    acquiring?<br>  – What core areas of discovery and development that need to upgraded?<br>  – What are the licensing needs of each TA? | • TBD<br>  (McKinsey?) | • 1.5 hrs |
| **Facilitated discussion of organizational implications** | | |
| • How should BASF Pharma R and D sites be integrated into Abbott GRPD?<br>• What should be the scope of individual ventures (e.g., neurology/urology<br>  and pain)?<br>• What steps can be taken to ensure that cross-TA products are managed<br>  effectively (HPD-PPD; devices, etc)<br>• How can the interfaces between research, development and commercial be<br>  further improved? | • TBD<br>  (McKinsey?) | • 3 hrs |

*Lunch*

13

ABBT294245

**TABLE OF CONTENTS FOR THE R&D STRATEGY RETREAT**

*Please complete the attached templates (delivering the recommended content is more important than the format) and plan to focus your presentation around the most important pages for your TA. If additional pages are required to emphasize a TA-specific point, limit to 3-5 across the entire presentation. Additional backup can be put into an appendix.*

*Note that each TA presentation will be limited to 60 minutes, followed by 30 minutes of discussion.*

¶  **Executive summary (2 pages):**

- Nature of the opportunity for Abbott

- Major R&D recommendations

¶  **Market outlook (5 pages):**

- Market drivers over next 10 years

- Epidemiology across major regions

- Current TA sales by disease and drug class

- Major market trends across the TA (to 2010)

- Project market growth by disease area (or drug class)

¶  **Technical outlook (13 pages):**

- Disease overview (etiology, pathophysiology)

- Current treatment approaches (drugs, devices, surgery etc)

- Current unmet needs across the TA (prevention, diagnosis, treatment efficacy, safety, compliance)

- Future medical practice (10 years out)

- Challenges and opportunities in discovery, e.g.,

  - Availability of viable targets and technologies

  - Availability of target validation strategies

  - Strength of *in vitro* and *in vivo* models

  - Predictive nature of pre-clinical models

  - Level of discovery expertise at Abbott

Highly Confidential

ABBT294246

- Challenges and opportunities in product development (clinical and regulatory), e.g.,
  - Availability of proof-of-concept trial methodology available
  - Patient recruitment hurdles
  - Availability of clinical trial guidelines
  - Degree of difficulty for trial methodology
  - Validated outcome measures
  - Placebo and comparator response rates
  - Trial cost (size, length complexity)
  - Adverse experience liabilities
  - Level of clinical development expertise at Abbott
  - Regulatory path well established
  - Indication recognized by regulators in US, Europe, Japan
  - Overall regulatory risk of development
  - Level of regulatory expertise at Abbott

¶ **Abbott position (5 pages):**

- Current Abbott sales, portfolio and budget allocation across the TA
- Sales trajectory given current portfolio (to 2010)
- Upside scenario (to 2010)
- Requirements to achieve the upside (resources, in-licensing, infrastructure, etc)

ABBT29424,