UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY, | CIVIL ACTION NO. 05-11150-DPW |
| Plaintiffs, | |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

## ABBOTT'S CORRECTED COUNTER DESIGNATIONS FOR JEFFREY LEIDEN, M.D., Ph.D.

Defendant Abbott Laboratories ("Abbott") respectfully submits the attached corrected

deposition counter-designations for the April 26, 2007 deposition of Jeffrey Leiden,

former Senior Vice-President and Chief Scientific Officer, Abbott Laboratories.

1

Dated:  February 22, 2008                    Respectfully submitted,


ABBOTT LABORATORIES

By:  __/s/ Eric J. Lorenzini_____
       Eric J. Lorenzini

Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
Eric J. Lorenzini *(pro hac vice)*
Ozge Guzelsu *(pro hac vice)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth
Floor
Los Angeles, CA  90071-1560
Tele:  (213) 683-9100

and

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY &
GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com


*Counsel for Abbott Laboratories*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2008.

Date: February 22, 2008.

/s/ Ozge Guzelsu

## Jeffrey Leiden Deposition Designations

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 04/26/07 | Leiden, Jeffrey | 4:7-4:20 | | | | | |
| 04/26/07 | Leiden, Jeffrey | 6:7-9:18 | | | | | |
| 04/26/07 | Leiden, Jeffrey | 11:2-15:2 | | | | | |
| 04/26/07 | Leiden, Jeffrey | 15:20-16:9 | | | | | |
| 04/26/07 | Leiden, Jeffrey | 16:20-17:18 | | | | | |
| 04/26/07 | Leiden, Jeffrey | 19:18-21:5 | 21:6-21:6 | | 1 | 32 | |
| 04/26/07 | Leiden, Jeffrey | 23:10-24:3 | 24:4-24:13 | | 1 | 32 | |
| 04/26/07 | Leiden, Jeffrey | 26:20-29:22 | | | 1 | 32 | |
| 04/26/07 | Leiden, Jeffrey | 33:22-36:18 | 36:19-37:18 | | 1 | 32 | |
| 04/26/07 | Leiden, Jeffrey | 41:17-42:24 | 40:14-41:16 | | 1 | 32 | |
| 04/26/07 | Leiden, Jeffrey | 48:22-50:5 | | | 1 | 32 | |
| 04/26/07 | Leiden, Jeffrey | 52:18-54:2 | | | 1 | 32 | |
| 04/26/07 | Leiden, Jeffrey | 73:23-76:14 | 76:15-77:14 | | 5 | SN | |
| 04/26/07 | Leiden, Jeffrey | 86:7-87:24 | | | 5 | SN | |
| 04/26/07 | Leiden, Jeffrey | 113:18-116:14 | 112:15-113:17 | | 10 11 | SO SP | |
| 04/26/07 | Leiden, Jeffrey | 117:11-118:5 | 119:11-120:6 | | 10 11 | SO SP | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 04/26/07 | Leiden, Jeffrey | 125:17-128:1 | 124:4-125:16; 128:13-18; 129:7 - 130:22 | | 10 11 | SO SP | |
| 04/26/07 | Leiden, Jeffrey | 131:12-133:2 | | | 10 11 | SO SP | |
| 04/26/07 | Leiden, Jeffrey | 133:17-134:9 | 134:10-135:9 | | 10 11 | SO SP | |
| 04/26/07 | Leiden, Jeffrey | 139:6-142:10 | 142:11-143:16 | | 14 | DE | |
| 04/26/07 | Leiden, Jeffrey | 146:10-146:18 | 146:19-147:7 | | | | |
| 04/26/07 | Leiden, Jeffrey | 154:2-154:12 | | | | | |
| 04/26/07 | Leiden, Jeffrey | 157:1-158:14 | 156:20-156:24 | | | | |
| 04/26/07 | Leiden, Jeffrey | 160:11-161:13 | | | 20 | DU | |
| 04/26/07 | Leiden, Jeffrey | 169:8-172:19 | 172:20-173:8 | | 22 | MB | |
| 04/26/07 | Leiden, Jeffrey | 173:9-175:17 | | | 22 | MB | |
| 04/26/07 | Leiden, Jeffrey | 228:19-229:4 | | | | | |
| 04/26/07 | Leiden, Jeffrey | 231:7-232:15 | | | | | |
| 04/26/07 | Leiden, Jeffrey | 234:23-235:19 | 235:20-236:22; 257:18-262:4 | | 7 | GW | |
| 04/26/07 | Leiden, Jeffrey | 244:14-244:20 | 243:17-244:13; 244:21-245:7 | | | | |
| 04/26/07 | Leiden, Jeffrey | 246:3-248:24 | 249:1-253:19 | | 30 | BL | |
| 04/26/07 | Leiden, Jeffrey | 256:23-257:12 | 255:16-256:22; 257:13-17 | | 30 | BL | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 04/26/07 | Leiden, Jeffrey | 270:20-272:10 | | | 33 | GI | |
| 04/26/07 | Leiden, Jeffrey | 274:23-275:7 | 275:8-16 | | 33 | GI | |
| 04/26/07 | Leiden, Jeffrey | 275:17-276:5 | | | 35 | GL | |
| 04/26/07 | Leiden, Jeffrey | 276:22-277:8 | | | 35 | GL | |
| 04/26/07 | Leiden, Jeffrey | 280:10-281:3 | 281:4-287:12 | | 37 | I | |
| 04/26/07 | Leiden, Jeffrey | 291:4-291-14 | 290:6-291:3; 291:15-292:2 | | | | |
| 04/26/07 | Leiden, Jeffrey | 298:24-299:5 | 295:7-298:23 | | | | |
| 04/26/07 | Leiden, Jeffrey | 301:24-305:22 | | | 1 37 | 32 I | |
| 04/26/07 | Leiden, Jeffrey | 308:2-310:14 | | | 40 | MI | |
| 04/26/07 | Leiden, Jeffrey | 337:13-340:12 | | | 45 | IN | |
| 04/26/07 | Leiden, Jeffrey | 341:1-345:4 | 340:20-24 | | 45 | IN | |
| 04/26/07 | Leiden, Jeffrey | 350:17-351:11 | | | 48 | JO | |
| 04/26/07 | Leiden, Jeffrey | 359:11-361:21 | | | 52 | JT | |
| 04/26/07 | Leiden, Jeffrey | 364:19-365:13 | 365:14-367:23 | | 48 | JO | |
| 04/26/07 | Leiden, Jeffrey | 367:24-368:9 | 368:10-371:17 | | 48 | JO | |
| 04/26/07 | Leiden, Jeffrey | 371:20-376:13 | 376:14-377:2 | | 53 | NE | |
| 04/26/07 | Leiden, Jeffrey | 377:3-377:8 | | | | | |

# Color Key to Deposition Designations

_____ **Designation by Plaintiffs**

_____ **Counter Designation by Defendants**

_____ **Designation by Defendants**

Leiden, Jeffrey [Linked]  4/26/2007  8:30:00 AM

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF MASSACHUSETTS

3

4    JOHN HANCOCK LIFE INSURANCE     )

5    COMPANY, JOHN HANCOCK VARIABLE  )

6    LIFE INSURANCE COMPANY, and     )

7    MANULIFE INSURANCE COMPANY      )

8    (f/k/a INVESTORS PARTNER        )

9    INSURANCE COMPANY,              )

10            Plaintiffs,      )

11        vs.              ) No. 05-11150-DPW

12   ABBOTT LABORATORIES,            )

13            Defendant.       )

14          C O N F I D E N T I A L

15        The videotaped deposition of JEFFREY

16   LEIDEN, taken pursuant to the Federal Rules of

17   Civil Procedure of the United States District

18   Courts pertaining to the taking of depositions,

19   taken before JOANNE H. RICHTER, a Notary Public

20   within and for the County of Cook, State of

21   Illinois, and a Certified Shorthand Reporter of

22   said state, No. 84-2082, at Wyndham Glenview

23   Suites, 1400 Milwaukee Avenue, Glenview, Illinois,

24   on the 26th day of April, A.D. 2007, at 8:30 a.m.

1     PRESENT:

2     CHOATE, HALL & STEWART, LLP

3     (Two International Place

4     Boston, Massachusetts  02110

5     617.248.5000), by:

6     MR. BRIAN A. DAVIS,

7         appeared on behalf of the Plaintiffs;

8

9     MUNGER, TOLLES & OLSON, LLP

10    (355 South Grand Avenue, Suite 3500

11    Los Angeles, California  90071

12    213.683.9276), by:

13    MR. JEFFREY I. WEINBERGER,

14        appeared on behalf of the Defendant.

15

16   ALSO PRESENT:

17    MR. PETER N. WITTY and

18    MS. KAREN L. HALE,

19    Counsel, Abbott Laboratories.

20

21   VIDEOGRAPHED BY:  WES FRANCE, Legal Videographer.

22

23   REPORTED BY:  JOANNE H. RICHTER,

24        C.S.R. No. 84-2082.

1    Weinberger representing Abbott Laboratories and

2    Dr. Leiden at this deposition.

3       MR. WITTY:  Pete Witty representing Abbott

4    Laboratories.

5       MS. HALE:  Karen Hale representing Abbott

6    Laboratories.

7       THE VIDEOGRAPHER:  Will the reporter now swear

8    in the witness please.

9          (WHEREUPON, the witness was duly

10          sworn.)

11          JEFFREY MARK LEIDEN,

12    called as a witness herein, having been first duly

13    sworn, was examined and testified as follows:

14          EXAMINATION

15    BY MR. DAVIS:

16    Q.    Good morning, sir, would you state your

17    name for the record, please.

18    A.    Yes, it is Jeffrey Mark Leiden.

19    Q.    You are a doctor, correct?

20    A.    Yes.

21    Q.    And would you like me to refer to you as

22    "Dr. Leiden," is that fair, during the course of

23    the deposition?

24    A.    Of course.

1      Q.    We are not trying to make this into a

2    torture test, so if you would like a break at some

3    point in time, please let me know and we will try

4    to accommodate you as soon as possible thereafter.

5    Do you understand that?

6      A.    Yes.

7      Q.    Sir, where are you currently employed?

8      A.    I am an employed as a partner at

9    Clarus Ventures.

10     Q.    Where is your business office currently?

11     A.    It is in Cambridge, Massachusetts.

12     Q.    You don't have any plans to relocate to

13   Massachusetts at this point in time?

14     A.    No.

15     Q.    How long have you worked at Clarus?

16     A.    Since November 1, 2006.

17     Q.    At some point in time you were employed

18   by Abbott Laboratories, correct?

19     A.    Yes.

20     Q.    When were you employed by Abbott?

21     A.    Beginning in July of 2000 and ending

22   March 24 of 2006.

23     Q.    What positions did you hold at Abbott?

24     A.    Senior vice president, chief scientific

1    officer, executive vice president, and president

2    and chief operating officer of pharmaceutical

3    products group.

4        Q.    Pharmaceutical products group, that's

5    the portion of Abbott that entered into the deal

6    with John Hancock, is that correct?

7        A.    I don't understand the question.

8        MR. WEINBERGER:  Objection.

9        MR. DAVIS:  Okay.

10   BY MR. DAVIS:

11       Q.    You know that this case is about an

12   agreement that Abbott Laboratories signed with John

13   Hancock?

14       A.    Yes.

15       Q.    You signed that agreement on Abbott's

16   behalf, didn't you?

17       A.    I don't recall, but it is possible.

18       Q.    Have you seen a copy of that agreement

19   recently?

20       A.    No, I haven't.

21       Q.    So you don't recall signing that

22   agreement as you sit here today?

23       A.    No.

24       Q.    You know that that agreement had to do

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    with the pharmaceuticals division of Abbott?

2         A.   You have to restate that question,

3    because there wasn't a pharmaceuticals division of

4    Abbott at the time.

5         Q.   What was the business group for which

6    you had responsibility back in 2001?

7         A.   When in 2001?

8         Q.   In March of 2001.

9         A.   I believe in March of 2001 I was

10   executive vice president of the pharmaceutical

11   products group.

12        Q.   And did the pharmaceutical products

13   group have any involvement with the deal with

14   John Hancock?

15        A.   Yes, the -- yes, it did.

16        Q.   How so?

17        A.   My remembrance of that deal, although

18   I didn't negotiate it myself, was that it involved

19   John Hancock providing research funding for a

20   series of pharmaceutical products, pipeline

21   products.

22        Q.   Products that were within the

23   pharmaceutical products group?

24        A.   Yes.

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1     Q.    For which you had responsibility?

2     A.    Yes.

3     Q.    Did you have responsibility for

4     overseeing the negotiation and execution of the

5     agreement with John Hancock?

6     A.    No.

7     Q.    Who within the pharmaceutical products

8     group had that responsibility?

9     A.    The agreement was -- started to be

10    negotiated before I actually arrived at Abbott.

11    I arrived at Abbott in July of 2000.  And it was

12    negotiated principally by Arthur Higgins, who at

13    that time was the senior vice president of

14    pharmaceutical products division, called PPD;

15    Jim Tyree, who was in a licensing or business

16    development function within PPD; and I believe

17    John Leonard, who was the head of pharmaceutical

18    products development.

19    Q.    As of March 2001, did you report to

20    Mr. Higgins?

21    A.    No, he reported to me.

22    Q.    So, ultimately, Mr. Higgins, his

23    involvement in the negotiation of that agreement,

24    at that point in time he reported to you, is that

Leiden, Jeffrey [Linked] 04/26/2007 8:30:00 AM

1     A.   Subsequently to that.

2     Q.   Would you give me just a brief overview

3   of your educational background, please.

4     A.   Where do you want me to start?

5     Q.   Where did you graduate from high school?

6     A.   I didn't graduate from high school.

7     Q.   Did you attend high school?

8     A.   Yes.

9     Q.   You went on to college at some point in

10   point?

11     A.   Yes.

12     Q.   Without graduating from high school?

13     A.   Yes.

14     Q.   How did you manage that?

15     A.   I am not sure what the question means.

16   I left high school to go to college.

17     Q.   Where did you go to college?

18     A.   University of Chicago.

19     Q.   What year did you graduate?

20     A.   1975.

21     Q.   With what degree?

22     A.   Bachelor of arts.

23     Q.   Did you go on to school from there?

24     A.   Yes.

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1       Q.    Where?

2       A.    I went to do an M.D. and Ph.D. program

3    at the University of Chicago.

4       Q.    Did you graduate from that program?

5       A.    Yes.

6       Q.    When?

7       A.    I received my Ph.D. in 1979 and my M.D.

8    in 1981.

9       Q.    In what field is your Ph.D.?

10      A.    It was formerly in virology and

11    molecular genetics.

12      Q.    You attained your M.D. the following

13    year?

14      A.    No, I obtained my M.D. in 1981.

15      Q.    Did you actually practice as a physician

16    at some point in time?

17      A.    Yes.

18      Q.    For how long?

19      A.    18 years.

20      Q.    In what field, what fields?

21      A.    Internal medicine and cardiovascular

22    diseases.

23      Q.    Where?

24      A.    At the University of Chicago, University

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    of Michigan, and Harvard Medical School.

2       Q.   So did the 18 years begin in 1981 when

3    you graduated from medical school?

4       A.   Yes.

5       Q.   And that takes us to 1999?

6       A.   Yes.

7       Q.   And where did you go in 1999?

8       A.   Actually it takes us -- I am sorry.  It

9    was 19 years.  It was 2000 when I left to go to

10   Abbott.

11      Q.   Is it fair to say the first job you took

12   in private industry after ceasing to be a

13   practicing physician was with Abbott?

14      A.   Yes.

15      Q.   And the first job that you took --

16      A.   Actually, sorry, let me correct my

17   answer.  You said "private industry."  Abbott's a

18   public company.

19      Q.   Now, the first job that you took with

20   Abbott was senior vice president?

21      A.   And chief scientific officer.

22      Q.   And your positions changed with Abbott

23   over time?

24      A.   Yes.

1      Q.    What did your position -- let me go back

2    a second.  As senior vice president and chief

3    scientific officer, what were your primarily duties

4    and responsibilities?

5      A.    I was responsible for overseeing and

6    providing advice on scientific programs within

7    Abbott Laboratories across all divisions.

8      Q.    When you say "divisions," what

9    divisions?

10      A.    Pharmaceutical products division,

11    hospital products division, diagnostics division,

12    Ross nutritional division, and Abbott international

13    division.

14      Q.    How long did you hold that position?

15      A.    I was chief scientific officer for the

16    entire time I was at Abbott, but I was senior vice

17    president for approximately four months until

18    approximately September of 2000.

19      Q.    And the next position you took at that

20    point in time?

21      A.    Executive vice president of the

22    pharmaceutical products group.

23      Q.    When you say you continued on as chief

24    scientific officer, was that true that you were

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    chief scientific officer across all divisions?

2        A.    Yes.

3        Q.    But as executive vice president, you

4    were focused on the pharmaceutical division?

5        A.    Yes.  Not "division," "pharmaceutical

6    products group."  There is a difference.

7        Q.    I think you described it earlier as a

8    division of Abbott.

9        A.    No.  You described it earlier as a

10   division, but actually the way it works is the

11   pharmaceutical products group included

12   pharmaceutical products division, Abbott

13   international, the research and development

14   functions, the manufacturing functions involved

15   with pharmaceutical products.

16       Q.    So, if I understand, the pharmaceutical

17   products division is a part of the pharmaceutical

18   products group, but not exactly the same thing?

19       A.    Yes.

20       Q.    And I just want to make it clear, as

21   well, when you became executive vice president in

22   the fall of 2000 --

23       A.    Yes.

24       Q.    -- 2000, you were executive vice

1    president of the pharmaceutical products division

2    or pharmaceutical products group?

3        A.    Pharmaceutical products group.

4        Q.    Who was your immediate superior in that

5    position?

6        A.    Miles White.

7        Q.    Who is Mr. White?

8        A.    He is the CEO of Abbott and chairman of

9    the board.

10        Q.    Before you you became executive vice

11    president, who was your immediate superior?

12        A.    For three months, it was Bob Parkinson.

13        Q.    Who was Bob Parkinson?

14        A.    He was the COO of the Abbott.

15        Q.    From the time that you took that

16    position as executive vice president in the fall of

17    2000 until you left Abbott --

18        A.    Sorry, could I correct it?  The fall of

19    2000.  You said "2002."

20        Q.    Sorry.  From the time that you took the

21    position as executive vice president in

22    approximately the fall of 2000 until you left

23    Abbott in 2006, were you -- was your immediate

24    superior Mr. White?

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1      A.    Yes.

2      Q.    How frequently did you interact with him

3    in that time frame?

4      A.    I don't understand the question.  It

5    varied considerably from week to week and month to

6    month.

7      Q.    What was the range?

8      A.    Anywhere from as little as once every

9    week to as much as 50 to 100 times a week.

10     Q.    Where was his office physically in

11   comparison to yours?

12     A.    It was approximately 30 feet away.

13     Q.    And your office was at Abbott Park?

14     A.    Yes.

15     Q.    Did you ever discuss the John Hancock

16   agreement with Mr. White?

17     A.    I am sure I did, but I don't recall the

18   precise discussions.

19     Q.    Do you recall anything about your

20   discussions with Mr. White regarding the John

21   Hancock agreement?

22        By the "John Hancock agreement," you

23   understand I am referring to the research funding

24   agreement signed in March of 2001?

1   told me the only conversations that he remembers

2   had to deal with claims that Hancock asserted and

3   evaluation of those claims with attorneys being

4   present, so they are clearly privileged and I would

5   instruct him not to answer.

6   BY MR. DAVIS:

7       Q.   Is that true?

8       A.   Yes.

9       Q.   Do you have any recollection of any

10  discussions with Mr. White about the John Hancock

11  deal before that deal was executed?

12      A.   No.

13      Q.    Did Mr. White approve that deal before

14  it was executed?

15      A.   I don't recall him approving that deal.

16      MR. DAVIS:  Why don't we mark this as the

17  first exhibit.

18              (WHEREUPON, said document was marked

19          Leiden Deposition Exhibit No. 1, for

20          identification, as of 4/26/07.)

21  BY MR. DAVIS:

22      Q.   Dr. Leiden, you have what's been marked

23  as Exhibit 1 to your deposition.  If you turn to

24  the -- I will identify this for you, and

1    Mr. Weinberger will point out if I am wrong.  This

2    is a copy of the research funding agreement between

3    Abbott Laboratories dated March 13th, 2001.

4         Would you turn to the 35th page of the

5    document, please.  The page numbers appear at the

6    top, actually.

7         A.   Yes, I see it.

8         Q.   Is that your signature?

9         A.   Yes.

10        Q.   So you did, in fact, sign this document

11   on behalf of Abbott Labs?

12        A.   Yes.

13        Q.   Now, did you read the document before

14   you signed it?

15        A.   No, I don't recall reading it.

16        Q.   Do you typically sign documents on

17   behalf of Abbott that you don't read?

18        A.   Some documents, yes, when I was provided

19   with information.  Some documents I read, or read.

20        Q.   Who reviewed this document on Abbott's

21   behalf before you signed it to make sure that the

22   terms were acceptable to Abbott?

23        A.   As I said, this document was -- the

24   negotiations were done and the document reviewed by

1   Arthur Higgins, John Leonard and, I believe,

2   Jim Tyree.

3      Q.   Did you come to some understanding of

4   what the terms of the document were before you

5   signed it?

6      A.   Yes.

7      Q.   And how did you do that?

8      MR. WEINBERGER:  If the understanding you came

9   to involved communications with inside Abbott

10   lawyers, then I caution you not to reveal those and

11   I would instruct you not to answer.

12      MR. DAVIS:  I am certainly entitled to know

13   what his understanding of the document was

14   regardless of what the source was.

15      MR. WEINBERGER:  I don't agree.

16      MR. DAVIS:  Then we are going to have to stop

17   the deposition and see if we can get the judge on

18   the phone, because I am entitled to know what his

19   understanding of the agreement was before he signed

20   it.

21      MR. WEINBERGER:  You are not entitled to

22   understand what some lawyer told him about that

23   lawyer's understanding of the agreement, so if you

24   phrase your question -- let me finish.  If you

1      MR. DAVIS:  I think the record is going to

2    speak for itself here.

3      MR. WEINBERGER:  It sure is.

4    BY MR. DAVIS:

5      Q.   Dr. Leiden, did you form an

6    understanding of the agreement before you signed

7    it?

8      A.   I don't remember signing it, but I had

9    an understanding of the agreement.

10      Q.   Okay.  What was your understanding of

11    the agreement?

12      A.   That the agreement called for John

13    Hancock to provide approximately $200 million of

14    funding for a basket of Abbott pipeline assets in

15    return for a future royalty arrangement.

16      Q.   You understood that Hancock's obligation

17    to provide up to 200 million was contingent upon

18    how the various compounds progressed?

19      A.   No.

20      Q.   So you thought Hancock was obligated

21    under all circumstances to pay 200 million, is that

22    right?

23      A.   Yes.

24      Q.   Did you have an understanding as to what

1   compounds were included in the basket?

2       A.   I actually don't remember if I reviewed

3   the specific compounds.

4       Q.   For example, did you know that ABT 773

5   was one of the compounds?

6       A.   I actually don't remember if I reviewed

7   the compounds, so I don't remember what my

8   understanding was at the time.  You have to

9   remember this was, what, seven years ago, and

10  actually only a few months after I had joined

11  Abbott, so I was still very much learning my way

12  around the Abbott pipeline and the Abbott R&D

13  portfolio.

14      Q.   This was a significant deal for Abbott,

15  though, was it not, $200 million in financing?

16      A.   I am not sure -- sorry.

17      Q.   Let me finish my question, please.

18  Obtaining $200 million in financing from John

19  Hancock for pharmaceutical development, that was a

20  significant deal for Abbott, was it not?

21      A.   I am not sure what you mean by

22  "significant."

23      Q.   That has no meaning for you?

24      A.   Well, it is not the meaning for me.

1    would provide up to $200 million to fund a basket

2    of Abbott pipeline assets in return for royalty

3    agreement.  And because at the time Abbott had more

4    assets, if you will -- more pipeline assets than we

5    could afford to develop with our own money, this

6    was seen as a good thing to do for the business.

7        Q.    Were you in favor of Abbott entering

8    into this agreement with Hancock?

9        A.    Yes.

10        Q.    Why did you think it was a good thing

11    for Abbott to do?

12        A.    Because our job was to develop the best

13    medicines we could for our patients and that was

14    obviously good for our business, as well, and this

15    deal would allow us to develop or potentially

16    develop more of those assets.

17        Q.    Would you turn to Page 24 of the

18    research funding agreement?

19        A.    Okay.

20        Q.    You see beginning at the bottom of

21    Page 24 onto the next few pages there are some

22    representations and warranties that Abbott made to

23    Abbott -- to John Hancock in this agreement, do you

24    see that?

1     A.   Yes.

2     Q.   Do you recall having any discussions

3   with anyone within Abbott about those

4   representations and warranties?

5     A.   No.

6     Q.   Were you aware at the time you signed

7   this agreement on Abbott's behalf that Abbott was

8   making representations and warranties to John

9   Hancock?

10    A.   No.

11    Q.   Have you executed other funding deals on

12  Abbott's behalf at any point in time?

13    A.   When you say "funding deals," I am not

14  sure what you mean.

15    Q.   Have you executed other contracts on

16  Abbott's behalf at various points in time?

17    A.   Yes.

18    Q.   Did any of those contracts contain

19  representations and warranties?

20    A.   Did they?  Is that what you are asking

21  me?

22    Q.   Yes.

23    A.   Yes.

24    Q.   And you understood at the time that you

1    were entering into this agreement with John Hancock

2    that John Hancock may rely on the terms of the

3    agreement, correct?

4        MR. WEINBERGER:  Objection.

5    BY THE WITNESS:

6        A.   Are you asking me did I understand that

7    at the time?

8    BY MR. DAVIS:

9        Q.   Yes.

10       A.   I don't remember what the terms of the

11   agreement were, so if you are asking me as, in

12   general, when you sign a contract do both parties

13   rely on the terms, the answer is yes.  But in this

14   specific case, as I said, I don't remember the

15   terms of the agreement.

16       Q.   Certainly, when you signed this contract

17   on Abbott's behalf, you understood that you were

18   binding Abbott to the terms of the agreement,

19   correct?

20       A.   Yes.

21       Q.   And you thought it would have been fair

22   for Hancock -- you understood that Hancock was

23   binding itself to the terms of the agreement as

24   well, correct?

1     A.   When they signed it, yes.

2     Q.   Did you ever meet Steven Blewitt?

3     A.   No.

4     Q.   Did you ever talk to Steven Blewitt?

5     A.   No.

6     Q.   And when Abbott entered into this

7   agreement with John Hancock, did -- to your

8   knowledge, was it Abbott's expectation that Hancock

9   would have to live by the terms of the agreement?

10     A.   You say "Abbott's expectations," I am

11   not sure.  Abbott isn't a person so --

12     Q.   Was it your expectation when you signed

13   this agreement on Abbott's behalf that you expected

14   Hancock to live up to the terms of this agreement?

15     A.   Yes.

16     Q.   Would you think it was fair at that

17   point in time for Hancock to expect Abbott to live

18   up to the terms of the agreement?

19     MR. WEINBERGER:  Objection.

20   BY THE WITNESS:

21     A.   You say "fair."  I expected Abbott to

22   live up to the terms of the agreement.

23   BY MR. DAVIS:

24     Q.   Did you have any discussions with anyone

1    Q.    You don't recall seeing these slides

2    before?

3    A.    No.

4    Q.    The first slide, the one that is

5    numbered No. 1 at the bottom, the last bullet point

6    is "Permission to proceed to definitive agreement."

7        Whose permission was necessary within

8    Abbott in order to proceed to a definitive

9    agreement with John Hancock?

10    MR. WEINBERGER:  At what point in time?

11    BY MR. DAVIS:

12    Q.    Before the agreement was signed.

13    A.    Based upon the fact of the signature

14    pages in the agreement, my permission was certainly

15    required.  I don't remember whether Arthur Higgins'

16    permission was also required.

17    Q.    Mr. Higgins reported to you at that

18    point in time?

19    A.    When?

20    Q.    March of 2001.

21    A.    Yes.

22    Q.    Did you need permission from anyone

23    above you in the Abbott organization in order to

24    enter into the research funding agreement with John

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1   Hancock?

2      A.   I don't remember that.  Abbott has a

3   series of policies with respect to the size of

4   agreements that can be signed.  And I don't

5   remember at that time what they said, but based

6   upon the fact that I signed the agreement, I assume

7   that I had the authority to do that.

8      Q.   Without further permission --

9      A.   Without further permission, yes.

10     Q.   Are you the person who made that

11  decision to enter into the agreement with John

12  Hancock?

13     A.   I am the person who signed agreement.

14     Q.   Are you the person who decided that

15  Abbott should enter into that agreement on Abbott's

16  behalf?

17     MR. WEINBERGER:  Objection.

18  BY THE WITNESS:

19     A.   Actually a whole series of people

20  decided that, but I assigned the agreement.

21  BY MR. DAVIS:

22     Q.   Did you anyone above you in the Abbott

23  organization participate in that decision to enter

24  into the agreement?

1      A.   Not my recollection.

2      Q.   So the buck stopped with you with

3   respect to the decision to enter into that

4   agreement with John Hancock, is that fair to say?

5      A.   I take responsibility for signing the

6   agreement.

7      Q.   And for making the agreement with Abbott

8   to enter into the agreement?

9      A.   No, the decision was made by a group of

10   people who had various responsibilities in

11   evaluating that agreement.

12      Q.   Ultimately, those people reported to

13   you, right?

14      A.   Yes.

15      Q.   And you were responsible, ultimately,

16   for making the decision based upon the

17   recommendations of people who worked for you that

18   Abbott should enter into the agreement, right?

19      MR. WEINBERGER:  Objection, asked and

20   answered.

21   BY THE WITNESS:

22      A.   I was responsible for signing the

23   agreement.  The decision was made by a group of

24   experts who had helped me evaluate the agreement.

1    BY MR. DAVIS:

2      Q.   Who among the group of experts had the

3    final say in deciding whether Abbott would enter

4    into this agreement with John Hancock?

5      A.   What do you mean by "the final say"?

6      Q.   Making the final decision to go ahead

7    with the deal.

8      A.   What do you mean by "the final

9    decision"?

10      The final decision was made by a group

11   of senior leaders at Abbott.  I signed the

12   agreement.

13     Q.   You were the senior member of that

14   group?

15     MR. WEINBERGER:  Objection, asked and

16   answered.

17   BY THE WITNESS:

18     A.   Yes.

19   BY MR. DAVIS:

20     Q.   Did anyone in that group have the

21   ability to veto your decision?  If you wanted to

22   enter into the agreement, did any of them have the

23   ability to veto your decision?

24     A.   That's a much more complicated question

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1      because it gets to the way that we make decisions

2      and, certainly, the way we made decisions in my

3      organization.

4            So the way that we made decisions,

5      typically, about issues like this was a group of

6      experts evaluated the possibilities; evaluated, in

7      this case, the agreement and we discussed them and

8      came to consensus about whether it was a good thing

9      to do or not.

10        Q.   Who were the group of experts?

11        A.   In this particular case, the ones I

12     remember, as I said to you, were Arthur Higgins,

13     Jim Tyree and John Leonard.  There were certainly

14     other people I am sure working with them and for

15     them that were involved in evaluating this and

16     helping to make the decision.  And I am certain

17     there were lawyers involved in drafting the terms

18     of the contract.

19        Q.   What else do you recall of your

20     discussions with Mr. Higgins, Mr. Tyree and

21     Mr. Leonard about the agreement or proposed

22     agreement with John Hancock before the agreement

23     was signed?

24        A.   That's exactly what I already told you.

1    ones refreshed your recollection, that's your

2    testimony?

3        A.   My testimony is I was shown many

4    documents and I can't tell you specific ones, but I

5    am very happy if you show me a document to tell you

6    whether I saw it and whether it refreshed my

7    recollection.  And any other documents you show me

8    today, I am happy to give you an answer on.

9        Q.   For example, did you review the research

10   funding agreement yesterday?

11       A.   No.

12       Q.   Have you ever read that document?

13       A.   I don't recall reading it.

14       Q.   Was there -- did you assign primary

15   responsibility to someone under you in the Abbott

16   organization to oversee the negotiation of the

17   agreement with John Hancock?

18       MR. WEINBERGER:  Objection.

19   BY THE WITNESS:

20       A.   Again, let's go back to the history.

21   This negotiation had been going on before I ever

22   arrived at Abbott.  It had been led by the three

23   folks that I told you about, Arthur Higgins, Jim

24   Tyree and John Leonard.

1          Once I arrived at Abbott, they continued

2     to negotiate that and they had the responsibility

3     for negotiating it.  I was not involved in the

4     direct negotiations at any time.

5          Q.    My question is a little bit different.

6     So you took over responsibility for this portion of

7     Abbott in September of 2000, correct?

8          A.    Which portion are we talking about?

9          Q.    The position you assumed in September

10    2000 was as executive vice president, correct?

11         A.    Yes, executive vice president of the

12    pharmaceutical products group.

13         Q.    And this agreement with John Hancock was

14    being negotiated by people working within the

15    pharmaceutical products group, correct?

16         A.    Yes.

17         Q.    And so the time that you took over in

18    September of 2000, did you instruct any of the

19    people who were working for you within the

20    pharmaceutical products group that they were to

21    have primary responsibility for overseeing the

22    negotiations that were ongoing with John Hancock?

23         A.    No.  Did I instruct them?  The answer is

24    no.  But did some of them have primary

1    responsibility which is continuing from the time

2    before I took over?  Yes.

3         Q.   Who among the people that you have

4    identified had primary responsibility for

5    negotiating the agreement with John Hancock?

6         A.   It was a team effort as far as I

7    remember and that was Arthur Higgins, Jim Tyree

8    and, I believe, Dr. Leonard.

9         Q.   Did they keep you informed of the

10   progress of the negotiations while they were

11   underway?

12        A.   The only thing that I remember is to the

13   extent that they reviewed the terms of the

14   agreement with me, and the answer is yes.

15        Q.   Did they review the terms of the

16   agreement with you over the course of the

17   negotiations?

18        A.   Again, I just don't remember the precise

19   sequence of events and meetings.  I know they

20   reviewed the terms of the agreement with me.

21   I know they did that before I signed the agreement,

22   but I don't remember the number of meetings or

23   exactly how they did it during the course of

24   events.

1     Q.    Who within your area of responsibility

2     did you designate as having primary responsibility

3     for overseeing, ensuring that the agreement was

4     complied with by Abbott after it was signed?

5     A.    Yeah, my memory of this is there were

6     two groups involved.  There was what subsequently

7     became the business development group, which was

8     directed by Jim Tyree, who then subsequently

9     reported to me.

10          And there was what subsequently became

11    what was called GPRD, global pharmaceutical

12    research and development, and within that group

13    Dr. Leonard was responsible for keeping track of

14    implementing, as you call it, this agreement.

15    Q.    Did Dr. Leonard assist in any way in

16    reviewing the agreement before it was executed?

17    A.    I believe he did, but, again, I was

18    fairly far from that.  My memory of this was that

19    Arthur Higgins, Dr. Leonard and Jim Tyree had

20    primary responsibility for negotiating and

21    reviewing the agreement.

22    Q.    What steps did you take before the

23    agreement was signed to ensure that any information

24    provided by Abbott to Hancock in the agreement was

1    truthful and accurate?

2        A.   The same steps that we always took,

3    which was to make sure that there were experts in

4    those areas that were covered in the agreement who

5    were negotiating and reviewing the agreement, and

6    they included lawyers.  In this case, as I said,

7    Dr. John Leonard, Arthur Higgins and Jim Tyree, who

8    each had had expertise in a different area that was

9    relevant to the agreement.

10       Q.   What was the area of expertise that

11   Dr. Leonard had?

12       A.   He had expertise regarding the

13   scientific and medical evaluation of the compounds

14   in the development programs.

15       Q.   So is it fair to say that Dr. Leonard

16   was the one who was responsible before the

17   agreement was signed with ensuring the accuracy of

18   any technical or scientific information regarding

19   the compounds?

20       A.   He was one of the people, and there may

21   have been people working for him who helped him

22   with that, but he was the most senior person.

23       Q.   Is he the person that you counted on as

24   of March 2001 to ensure that any scientific or

1   technical information contained in the agreement

2   was truthful and accurate?

3       MR. WEINBERGER:  Objection.

4   BY THE WITNESS:

5       A.   Yes.

6   BY MR. DAVIS:

7       Q.   What discussions did you have with

8   Dr. Leonard in that time frame to confirm that he

9   was doing his job?

10      A.   Again, I can't tell you about specific

11  meetings, but we had -- "we" meaning Mr. Higgins,

12  Dr. Leonard and Jim Tyree -- had conversations

13  about what was included in the agreement.

14      Q.   What was --

15      A.   The terms of the agreement, in other

16  words.

17      Q.   What was the substance of those

18  conversations, if you haven't already provided it

19  to me?

20      A.   I think I have.  In other words, that

21  the agreement provided for up to $200 million of

22  funding, I believe it was up to $50 million a year

23  for four years, to fund the development of a basket

24  of compounds in return for a royalty arrangement

1     A.   Yes.

2     Q.   Have you seen any of these compound

3   reports before that follow Page 51?

4     A.   Let me look.  I saw some of these as

5   documents we reviewed yesterday with counsel.  I

6   had not remembered seeing them before then.

7     Q.   You recall at the time Abbott entered

8   into the research funding agreement with Hancock

9   that Abbott provided information about the various

10  compounds that were in that basket to John Hancock?

11    A.   I didn't until I saw the documents

12  yesterday.

13    Q.   Was it Dr. Leonard's responsibility,

14  if -- these compound reports contain information,

15  scientific and technical information about the

16  compounds, you see that?

17    A.   Yes, I see that.

18    Q.   Was it Dr. Leonard's responsibility for

19  ensuring that the technical and scientific

20  information about the compounds contained in these

21  reports was truthful and accurate as of the time

22  the agreement was signed?

23    A.   It was Dr. Leonard and his team.

24    Q.   But his team who reported to

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    Dr. Leonard?

2        A.   Yes.

3        Q.   Again, ultimately, Dr. Leonard's

4    responsibility, correct?

5        A.   Actually, can I qualify my answer to

6    that?  When you say "his team that reported to

7    Dr. Leonard," there were scientists in the R&D

8    organization, for instance, discovery scientists,

9    who could have provided some of these facts that

10   did not report directly to Dr. Leonard.  They

11   reported to Dr. Norbeck.

12       Q.   Ultimately, you regard Dr. Leonard as

13   being the head of that team, correct?

14       A.   Yes.

15       Q.   And the one primarily responsibility for

16   getting that job done, correct?

17       A.   Yes.

18       Q.   And as you sit here today, do you have

19   any recollection of any discussions with

20   Dr. Leonard on the steps he took before this

21   agreement was signed to ensure that the information

22   being provided to John Hancock, the scientific and

23   technical information about the compounds, was

24   accurate?

1       A.   No, I never had such discussions with

2    him.

3       Q.   You never had such discussions or --

4       A.   I don't recall any such discussions with

5    Dr. Leonard.

6       Q.   Would you look at back at Exhibit 2, the

7    same page that Bates ends with 754?

8       A.   Which page again.

9       Q.   754, the matrix that we were looking at

10   a moment ago.

11      A.   Yes.

12      Q.   To the right of the box labeled

13   Portfolio, there is another box labeled Financials,

14   do you see that?

15      A.   Yes.

16      Q.   It says, "Expected Portfolio

17   Requirements 800 through 804," do you see that?

18      A.   Yes.

19      Q.   What are expected portfolio

20   requirements?

21      A.   Again, I am speculating here because I

22   didn't prepare the document.

23      MR. WEINBERGER:  I don't think Mr. Davis wants

24   you to speculate, so if you have some knowledge you

1    know the return that they calculated.  However,

2    using our expected sales, it is estimated that the

3    final terms of the deal generated an expected IRR

4    of 22 to 25 percent."  Do you see that?

5         A.    Yes.

6         Q.    That's an IRR for Hancock, correct?

7         A.    That's my interpretation of this, yes.

8         Q.    Then the bottom bullet point says, "In

9    summary, over the last two years, Hancock has seen

10   the portfolio reduced from nine compounds down to

11   three active, and the estimated expected IRR

12   reduced from about 23 to 17 percent."  Do you see

13   that?

14        A.    Yes.

15        Q.    Again, that's Hancock's IRR?

16        A.    That's my understanding of this, yes.

17        Q.    Did Abbott ever calculate an internal

18   rate of return on this particular deal?

19        MR. WEINBERGER:  You mean for Abbott?

20   BY MR. DAVIS:

21        Q.    For Abbott.

22        A.    I am not aware if they did.

23        MR. DAVIS:  Let's mark this please as the next

24   exhibit.

1          (WHEREUPON, said document was marked

2          Leiden Deposition Exhibit No. 5, for

3          identification, as of 4/26/07.)

4    BY MR. DAVIS:

5      Q.    Dr. Leiden, you have what's been marked

6    as Exhibit 5.  I think it is a three-page document

7    that refers to a portfolio review meeting on

8    March 7, 2001 at the Hyatt in Deerfield.  Do you

9    see that?

10     A.    Yes.

11     Q.    And your name is at the top under

12   Welcome/Introduction, "J. Leiden."  Do you see

13   that?

14     A.    Yes.

15     Q.    Did you attend this portfolio review

16   meeting?

17     A.    Yes.

18     Q.    What is a portfolio review meeting?

19     A.    Do you want to know generally or do you

20   know want to know about this one?

21     Q.    Let's talk generally, first.

22     A.    Generally, a portfolio review meeting is

23   one where we could review a portfolio of R&D

24   products, or we could review a portfolio of

1   commercial products, or we could review a

2   particular therapeutic area going forward.  So

3   there were multiple forms of such a meeting

4   generally.

5       Q.   In this particular portfolio review

6   meeting, what was the purpose of this meeting?

7       A.   This was a very special portfolio review

8   meeting.  That's the reason I remember it from

9   seven years ago.  We had an acquired the Knoll

10  division of BSF, which was the pharmaceutical

11  division of BSF, at the very end of 2000, early

12  2001.  The deal, I believe, closed some point in

13  April of 2001.

14          And as part of that acquisition, we

15  acquired a new set of R&D compounds or projects.

16  And we also acquired, if you will, an increase in

17  R&D funding.  So Knoll had their own R&D funding.

18  We had R&D funding.  We put those two together.  We

19  had a set of compounds.  Knoll had a set of

20  compounds.  We put those two together.

21          After having done that, we still had

22  many more compounds in our R&D portfolio than we

23  could afford to fund with the combined funding from

24  Knoll and Abbott, so it was a perfect time to now

1    to put all of these compounds and projects together

2    into one portfolio, if you will, and review them in

3    terms of chance of success, both technical success

4    and commercial viability, and then assign the R&D

5    funding to the new set of projects.

6            So it was a way of reviewing the entire

7    new R&D portfolio, the entire new R&D budget, and

8    then deciding which compounds were the best ones

9    that would be funded.

10    Q.    So it is fair to say this particular

11    portfolio review meeting that's discussed in

12    Exhibit 5 was prompted in large part by the Knoll

13    acquisition, is that right?

14    A.    Yes, entirely.

15        Q.    And the purpose behind the portfolio

16    review was to get, as I think you have stated, to

17    take, sort of, all the compounds that now existed,

18    including those that came over from Knoll, and to

19    review them all together in order to make decisions

20    about which ones Abbott would continue to pursue

21    given the availability funding, is that right?

22        A.    It wasn't which ones Abbott would

23    continue to pursue.  It was a little more specific

24    than that.  It was essentially ranking them by

1    priority.  And the priority was based both upon

2    technical feasibility and commercial return,

3    commercial feasibility, and medical need.  And once

4    they were prioritized, then assigning the existing

5    R&D budget to fund down that list.

6          The reason I am giving you this

7    clarification is it doesn't mean that things that

8    we decided not to fund here at this portfolio

9    review never got funded.  They might be put on

10   hold.  They might have been funded later.  They

11   might have been funded as part of the partnership.

12   So it was really to prioritize the R&D compounds

13   and assign the existing funding to those compounds

14   for the rest of this year.

15       Q.   So the purpose of the meeting was to

16   try, as you say, to prioritize the various

17   compounds and to determine which ones Abbott would

18   continue to pursue at that point in time given the

19   available funding?

20       MR. WEINBERGER:  Objection.

21   BY THE WITNESS:

22       A.   Again, I want to -- I am not trying to

23   raise too many subtleties, but I want to be very

24   clear in my answer to you.

1    part of the Hancock deal?

2       A.   I believe so, but I had no direct

3    involvement in that because, again, I had delegated

4    the management of that to Dr. Leonard as head of

5    development and Mr. Tyree as head of business

6    development group.

7       Q.   Would you look again at Exhibit 5 for a

8    moment, please.  There were recommendations made in

9    the course of the portfolio review meeting that's

10   referenced in Exhibit 5?

11      A.   Not in the course of the meeting.  My

12   memory of this was that everybody presented their

13   programs in short presentations.  And again, a

14   group -- I don't know if we called it the PEC at

15   that time, but a group of commercial, R&D,

16   manufacturing leaders, as well as myself, met at

17   the end of that meeting to try to prioritize these

18   programs.

19      Q.   Who were the other members of that group

20   that participated in the prioritization that

21   resulted from this March 7 to 9th, 2001 portfolio

22   review meeting?

23      A.   I will tell you as best as I can recall,

24   because it was a long time ago.  Dr. Leonard was a

1    member of that group.  Arthur Higgins was a member

2    of that group.  Bill Dempsey was a member of that

3    group.  Dan Norbeck was a member of that group.

4    Xavier Rapez was running the Knoll integration from

5    an R&D standpoint and he was a member of that

6    group.  John Langraph, who ran manufacturing, was a

7    member of that group.  I believe Eugene Sun was a

8    member of that group.  Chris Ward, who ran

9    regulatory, I believe, was a member of that group.

10    There were some McKenzie consultants who were

11    helping out with the integration of Knoll, who --

12        Q.   You had McKenzie consultants attend this

13    portfolio review meeting?

14        A.   There may have been folks there taking

15    notes, because part of their responsibility was to

16    take notes, or some of them may have been taking

17    notes.  I don't remember if they were there or not.

18            There was, I think, a guy named Bob

19    Cayman, who was a -- he came from Knoll.  He

20    subsequently ran our Abbott bioresearch efforts,

21    which was a monocloning antibody facility we had

22    acquired from Knoll in Wooster, Mass.  I believe he

23    was there.  Those are the folks I can remember.

24    There could have been more.

1     was designed to do.  That's why it was important.

2          Q.    That's why it was critical?

3          A.    That's why it was important.  That's

4     what you asked me, I think.

5          Q.    A moment ago you referred to the trial

6     as critical.  If there is a difference between

7     important and critical, please explain it to me

8     now.

9          A.    Let me clarify what I meant.  The data

10    that came out of this trial was important for us to

11    decide the scientific and commercial viability of

12    594.

13         MR. DAVIS:  Let's mark this as the next

14    exhibit, please.

15              (WHEREUPON, said document was marked

16              Leiden Deposition Exhibit No. 10,

17              for identification, as of 4/26/07.)

18    BY MR. DAVIS:

19         Q.    Dr. Leiden, you have what's been marked

20    as Exhibit 10, which appears to be a presentation

21    titled "Pharmaceuticals Strategy Updates,

22    September 2000."

23              Again, this is represented to us by your

24    counsel came from your files.

1      Have you seen this presentation before?

2      A.   So I don't remember this precise

3   presentation, but I certainly prepared a number --

4   I recognize a number of the slides in this

5   presentation.  It is the format that I would

6   typically use in a presentation, and I certainly

7   prepared some of these slides, so I do remember

8   that.

9      Q.   Were you working on a pharmaceutical

10   strategy as of September 2000?

11      A.   Yes, with my team.

12      Q.   Is this presentation pertaining to that

13   strategy you were working on?

14      A.   Yes.

15      MR. DAVIS:  I am going to mark as the next

16   exhibit what I think is a copy of the same document

17   in color.

18           (WHEREUPON, said document was marked

19           Leiden Deposition Exhibit No. 11,

20           for identification, as of 4/26/07.)

21   BY MR. DAVIS:

22      Q.   Now, Dr. Leiden what I would like to do

23   is focus your attention on -- you have Exhibit 10

24   there, as well, which is the black and white copy.

1    If you turn to the page of Exhibit 10 that's Bates

2    number ends in 5504, please.

3        A.    Yes.

4        Q.    And then if you turn to the page of

5    Exhibit 11, that is labeled -- ends in 7846.  Do

6    you see that?

7        A.    Yes.

8        Q.    Just compare those for a moment.  These

9    appear to be -- again, we asked for a color copy of

10    Exhibit 10, and we were provided with what has been

11    marked as Exhibit 11.  And these pages at least

12    seem to be the same.

13        Can you just look at them for a moment

14    and see if you see any differences other than one

15    is in black and white and the other is in color?

16        MR. WEINBERGER:  Why don't we just use the

17    color one.  I am not sure what the point of this

18    is.

19    BY THE WITNESS:

20        Q.    You are testing my eyesight here on a

21    little one.

22    BY MR. DAVIS:

23        Q.    Believe me, it tested ours, as well.

24    That's why we asked for a different copy.

1      A.   Again, with the caveats that I can't

2   read some of the print on the little one and there

3   is certainly no colors on the little one that I can

4   discern, they look to be similar or identical.

5      Q.   Now, the slide is titled "The imbalance

6   in the Abbott pipeline."

7         What was it intended to convey, what

8   information?

9      A.   It was intended to convey the notion

10   that we had a relatively large number of late stage

11   projects, such as the ones listed, ABT-378 and

12   ABT-773, in that column you see there.

13         And we had a relatively large number of

14   early stage products, that's represented by the

15   left column for instance, starts with ABT-828.  Do

16   you see that?

17         But in the middle of the pipeline, there

18   were -- meaning in the two columns that start with

19   Abbott-963 and ABT-594 -- Do you see those two

20   columns?

21      Q.   Yes.

22      A.   Those two, there are relatively few

23   compounds there, so it had sort of a dumbbell

24   shape; lots of very early compounds, reasonably

1    large number of late compounds, and a relatively

2    small number of compounds in the middle of the

3    pipeline.

4        Q.    Did you see this document yesterday?

5        A.    I saw this slide yesterday, but I can't

6    tell you because I haven't looked through the whole

7    document that it was this document.

8        Q.    One of the compounds referenced here

9    under Phase II is ABT-594.  Do you see that?

10       A.    Yes.

11       Q.    You have got it labeled here in red,

12   which at the bottom equates to "questionable

13   commercial viability."  Do you see that?

14       A.    Yes.

15       Q.    Why was it that you regarded ABT-594 as

16   having questionable commercial viability as of

17   September 2000?

18       MR. WEINBERGER:  I don't quarrel with it, but

19   I don't think you have established whether or not

20   he prepared this slide, so.

21       MR. DAVIS:  I think he testified earlier that

22   this had do with his strategy update.

23       MR. WEINBERGER:  He said he prepared some of

24   the slides.  You didn't ask him about this one,

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    specifically.  He may have.  I just think there is

2    a hole in the record here.

3    BY MR. DAVIS:

4        Q.    Dr. Leiden, these slides were prepared

5    by you or someone in your group, is that right?

6        A.    Yes, by me or someone in the group.

7        Q.    I take it that you understood the slides

8    to be reasonably accurate at the time they were

9    prepared?

10       A.    Yes.

11       Q.    Now, can you tell me why it was that as

12   of September 2000 you regarded ABT-594 as having

13   questionable commercial viable?

14       A.    Sure.  So in Phase II, the way that I

15   remember we distinguished these compounds was those

16   that had a statistically significant Phase II

17   result, we considered -- for instance, in this

18   case, ABT-627, which had had a statistically

19   significant Phase II trial, a trial already behind

20   it, we considered it as commercially viable.  And

21   those that had not yet had that data, we considered

22   Phase II as commercially questionable.  Not not

23   viable, but questionable.

24       Q.    To your knowledge, was John Hancock ever

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    told before the research funding agreement was

2    signed that Abbott regarded ABT-594 as having

3    questionable commercial viability?

4        A.   I don't know whether they were shown

5    this slide.

6        Q.   On occasion, when you worked at Abbott,

7    did Abbott partner with other companies on the

8    development of pharmaceutical compounds?

9        A.   Yes.

10        Q.   On occasion did Abbott in-license

11    pharmaceutical compounds with other companies?

12        A.   Yes.

13        Q.   In doing so, did Abbott do some due

14    diligence about regarding those compounds in order

15    to determine, sort of, the status of the compound?

16        A.   Yes, of course.

17        Q.   And one of the things that you or Abbott

18    would want to know in its due diligence was how the

19    compound was regarded by its partner or potential

20    partner?

21        MR. WEINBERGER:  Object to the form of the

22    question.

23    BY THE WITNESS:

24        A.   What we would really want to know is the

1    data that were available in that compound, because

2    typically in due diligence, it was much more

3    important to make our own decisions about the

4    quality of that data than, frankly, what the other

5    company thought about it.

6          So our due diligence typically involved

7    a complete review of the data and we would make our

8    own assessment as to what was -- both the

9    scientific and the commercial viability.

10    BY MR. DAVIS:

11       Q.   Would you want to know if your partner

12    or potential partner regarded that compound,

13    particular compound, as having questionable

14    commercial viability?

15       A.   Again, I want to define what we meant

16    here.  So we meant by "questionable commercial

17    viability," that there wasn't a statistically

18    significant Phase II trial out there and we would,

19    of course, want to know that, but it would be easy

20    to know that because we would look at the data.

21          For instance, in this case, my

22    understanding is that John Hancock had a copy of

23    the data, knew exactly which trials were done and

24    which trials weren't done, and so they knew this

1    already because our definition of this was what had

2    a Phase II result.

3         And my understanding, at least from what

4    I saw yesterday in the documents, was that John

5    Hancock knew which results were there and which

6    results were pending.

7    Q.   Was a copy of this slide presentation

8    made available, Leiden --

9    A.   I don't know that.

10   Q.   -- Exhibit 11?

11   A.   I don't know that.

12   Q.   If you learned in the course of due

13   diligence of a compound that your partner or

14   potential partner regarded it as having

15   questionable commercial viability, would you want

16   to dig into that and learn the reasons for that?

17   MR. WEINBERGER:  Object to the form of the

18   question.

19   BY THE WITNESS:

20   A.   We would want to know exactly what data

21   was out there with respect to Phase II before we

22   licensed a Phase II compound, and we would always

23   have that information available from the other

24   company, just as we had made it available to

1    think about the commercial viability of drugs to

2    explain how it was defined and what the difference

3    between those two is.

4        Q.    Let me just -- I will take you through

5    it.  Thank you.  We have a various categories here.

6         One is "significant commercial

7    potential."  That was a good thing, correct?

8        MR. WEINBERGER:  Object to the form of the

9    question.

10   BY MR. DAVIS:

11       Q.    When drugs that were identified on this

12   slide as having significant commercial potential,

13   you regarded that as a very favorable thing,

14   correct?

15       A.    "Significant commercial potential" means

16   that there was data, scientific data, available to

17   support the fact that the drug would, A, likely

18   make it all the way through the pipeline and have

19   properties or characteristics that would allow it

20   to be marketed successfully, but there was data

21   available to say that.

22       Q.    Which you regarded as a good thing?

23       A.    Those are a good thing.

24       Q.    Abbott's in this business to make money,

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    correct?

2        A.   Abbott's in the business for two

3    reasons, to provide the best drugs to take care of

4    patients and, in doing so, to make money.

5        Q.   And putting together this slide, one of

6    the things that you were trying to convey to people

7    who saw this slide was, sort of, the relative

8    prospects for the various compounds that are listed

9    here, correct?

10        A.   I was trying to convey what we knew and

11    what we didn't know and so how, what we felt the --

12    I was trying to convey our current state of

13    knowledge about these compounds.

14        Q.   Including the commercial prospects for

15    the compounds, right?

16        A.   Yes, including the commercial prospects.

17        Q.   When you have here in the blue,

18    "significant commercial potential," that was very

19    favorable?  That was a good thing for a compound to

20    have significant commercial potential?

21        MR. WEINBERGER:  It's been asked and answered,

22    objection.

23    BY THE WITNESS:

24        A.   It meant that there was scientific data

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    out there that suggested that the product had a

2    profile that would allow approval and successful

3    commercial launch; that we knew that already.

4    BY MR. DAVIS:

5        Q.    When you have in blue here, "significant

6    commercial potential," that meant that the compound

7    had greater commercial potential than a compound

8    that was listed in gold, correct?

9        A.    No, it meant that we knew it had greater

10    commercial potential.

11        Q.    It says "greater than $500 million,"

12    correct?

13        A.    We had enough data to make that

14    assessment.  That's what it meant.

15        Q.    Then commercially successful were

16    compounds that fell within the range of 250 to

17    500 million, correct?

18        A.    We had enough data to conclude that

19    that's likely where those compounds were going to

20    end up.

21        Q.    And 250 to 500 million, is that annual

22    sales?

23        A.    Yes.

24        Q.    Annual peak sales?

1    A.   Yes.

2    Q.   And then commercially viable, that was

3    another category that had likely peak sales in the

4    range of 100 to 250 million, correct?

5    A.   Correct.  The reason I am laughing is

6    because if you look at the commercially viable, the

7    green ones that you just asked me about, which we

8    said had 100 to 250, and you go down the list,

9    Flomax sold over a billion, Omnicef 700 million,

10   Micardis over a billion, Norvir probably 400

11   million, et cetera.  Mobic over a billion.  So I

12   was just laughing because, obviously, our ability

13   to predict that was actually somewhat limited, but

14   anyway that's a separate question.

15   Q.   Then when you have listed uncertain

16   commercial viability, that means you really had

17   difficulty determining at that point in time what

18   the likely viability -- commercial viability of

19   that compound was, correct?

20   A.   Well, what you see here is that all of

21   the uncertain commercial viability is the black

22   compounds, they were all in Phase I or earlier, and

23   so what it really reflects is at that point in a

24   drug's development there is simply never enough

1    data to really make any assessment at all.

2        Q.   So what I said is correct in that by

3    marking them as having uncertain commercial

4    viability, what you are really saying is that you

5    didn't have enough information at that point in

6    time, perhaps because they were early stage, to

7    give a good indication of the likely commercial

8    viability of a compound, is that right?

9        A.   No, that's not what I said.

10       MR. WEINBERGER:  You added those words.

11       MR. DAVIS:  Please no commentary.

12   BY THE WITNESS:

13       A.   I want to be very clear about it.  The

14   reason those compounds which are all on the left

15   side of the slide were shown as uncommercial

16   commercial viability is they were too early to know

17   anything about them.  That's the distinction.

18   BY MR. DAVIS:

19       Q.   The ones that are listed as questionable

20   commercial viability in the red, are the ones in

21   which you have information to make some assessment

22   of the likely commercial viability, but the

23   commercial viability of those compounds is less

24   favorable -- the likely commercial viability of

1    those compounds is less favorable than the ones we

2    see in blue, gold, or green, correct?

3        A.   No.  So you and I are making separate

4    distinctions, and I will keep making it to you just

5    until you understand.  I am not saying this very

6    well perhaps.

7            The difference between these compounds

8    has to do with the amount of information that we

9    have to make the assessment.  By the way, that

10   assumes that we are good at making the assessment.

11   That's why I was laughing, because as I look at

12   now, we obviously weren't very good at it.

13           In any event, at that time to the best

14   of our knowledge the question was really "Do we

15   have enough information to positively make the

16   assessment of both the scientific and therefore the

17   commercial viabilities of these compounds?"  And we

18   are trying to divide them into different categories

19   based upon the amount of information that we have

20   and how well we can assign their eventual

21   commercial use.

22           So for the compounds in black, we don't

23   have, essentially, any information and so we can't

24   say anything.  For the compounds in blue, as an

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    example, we felt that we had enough information to

2    actually have a fairly high degree of certainty

3    that they had commercial potential of greater than

4    500 million because we had scientific data that we

5    thought told us that.

6            And for the compounds in red, we didn't

7    have enough scientific information -- even though

8    they were later, we did not yet have enough

9    scientific information to actually assign where

10    they were going to lie in that commercial

11    viability.

12            Again, I would just go back and say to

13    you, because it is sort of interesting, if you look

14    at how we assign these, frankly, we weren't right

15    much of the time in both directions.

16            In the compounds in green, actually

17    almost every one of them -- I believe every one

18    except Gabitril had a significantly greater

19    commercial viability.  In the compounds in blue,

20    for instance, ABT-627, that we had thought had

21    significant commercial potential, so far that has

22    not made it to market and sold anything.

23        Q.    Is it still under development?

24        A.    I don't know that.  When I left Abbott

1     it was, but I don't know where it is now because I

2     don't have any information.  And, you know, in some

3     of the other compounds, like Co-actinon and

4     Co-viracil, which were partner -- they came from a

5     partner, who then subsequently developed them, I

6     believe both of them did make it to the market and

7     did quite well.

8            So my only point being we tried to

9     assign that based on the knowledge we had, and,

10    obviously, in retrospect, that knowledge was quite

11    imperfect.

12    Q.    ABT-594 was discontinued ultimately?

13    A.    Yes.

14    Q.    How about ABT-822?

15    A.    Yes.

16    Q.    How about ABT-890 -- sorry, 980?

17    A.    Yes.

18    Q.    How about Uprima?

19    A.    I think Uprima was -- Uprima was

20    launched actually in Europe.

21    Q.    Under what name?

22    A.    Uprima in Europe, yes.

23    Q.    In Europe only?

24    A.    I believe in Europe only, again, by the

1    time I left Abbott.

2        Q.    In Europe only, I am sorry, correct?

3        A.    Yes.

4        Q.    When was that?

5        A.    I am sorry, I don't remember.  It was

6    somewhere between 2003 and 2005.

7        Q.    And what were the trade names for

8    Co-actinon and Co-viracil?

9        A.    I don't know what the eventual trade

10    names were.  They were launched by, eventually,

11    I think by Triangle, who was bought by Gilead.

12        Q.    So those were compounds that were in the

13    Abbott pipeline as of 2000, but ultimately were

14    introduced by other companies?

15        A.    Correct.  They were partnership and we

16    actually gave up or sold our rights to that

17    partnership or whatever.

18        Q.    So those were not introduced by Abbott?

19        A.    Correct.

20        Q.    How about Uprima, was that introduced by

21    Abbott?

22        A.    Yes.

23        Q.    Out of the ones that are listed in red,

24    the only one that was actually introduced by Abbott

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    is Uprima?

2       A.   Yes.

3       MR. WEINBERGER:  A couple things, one, by the

4    way, we are designating at least at this point the

5    transcript as confidential.  Secondly, can we take

6    a break?  It has been an hour and ten minutes.

7       MR. DAVIS:  Can we can take a break.  Can we

8    do a five-minute break?

9       MR. WEINBERGER:  Yes, absolutely.

10      THE VIDEOGRAPHER:  Going off the video record

11   at 10:58 a.m.  This concludes Tape No. 2.

12          (WHEREUPON, a recess was had.)

13      THE VIDEOGRAPHER:  We are going back on the

14   video record at 11:06 a.m.  This is the beginning

15   of Tape No. 3.

16   BY MR. DAVIS:

17      Q.   Dr. Leiden, the pharmaceutical strategy

18   update, to whom was that presentation made?

19      A.   Presentations of this, I am not sure if

20   it is exactly this, but certainly quite close, many

21   of these slides were made to the board, I believe,

22   at what was our June board meeting that year.

23          And versions of this -- again, I can't

24   tell you it was exactly this one, but versions of

this were made to a variety of management leadership meetings and also I think a couple of all employee meetings either by me, but in some cases, I believe, by my division heads.

Q. When you say "the board," you mean Abbott's board of directors?

A. Yes.

Q. And that would include Mr. White?

A. Yes, he is chairman of the board.

Q. Do you recall making this presentation, this one particular, Exhibit No. 11?

A. Again, I don't know if it was this one, but I recall making a similar presentation to the board, as I said, with Arthur Higgins in June. I just don't recall this one. I don't know who this was made to.

Q. All right. There is on the second page of Exhibit 11, at the bottom, it says, "This strategy was first presented to the board at least year's June meeting in London."

A. Right.

Q. That's a presentation you recall making to the board at some point in time?

A. Yes, and I believe -- what was the date?

Yeah, it was believe it was June, I think, last year, I think it was June of 2000.

Q. Is this an update to the board Exhibit 11?

A. I don't know what this was actually. I just don't remember what this came from, but I doubt it because I think there was just one presentation made to the board and that was in June of 2000.

MR. DAVIS: Would you mark this as please as the next exhibit.

(WHEREUPON, said document was marked Leiden Deposition Exhibit No. 12, for identification, as of 4/26/07.)

BY MR. DAVIS:

Q. Dr. Leiden, Exhibit 12 is an e-mail with an attachment, that the e-mail itself is from a Michael Spengler to a variety of people titled "Jeff Leiden Presentation." And then attached to the, again, the e-mail is a color copy of a PowerPoint presentation titled "Growing and Enhancing World-Class Global Research and Development at Abbott" with your name on the front page. Did you make this presentation?

1    federal rules.  Every time you say that I am trying

2    to decide how we that's different from the federal

3    rules.  That's why I hesitated.

4        MR. DAVIS:  I just want to make sure we don't

5    have any agreement that anything has been altered.

6            (WHEREUPON, said document was marked

7            Leiden Deposition Exhibit No. 14,

8            for identification, as of 4/26/07.)

9    BY MR. DAVIS:

10       Q.   You have in front of you Dr. Leiden

11   Exhibit No. 14, which is e-mail from a Mike

12   Williams to Jennifer Smoter and with a cc to

13   Dr. Chris Silber.  Do you see that?

14       A.   To Jennifer Smoter, cc Chris Silber,

15   yes.

16       Q.   And it is dated October 12, 2000.  The

17   e-mail itself states, "Jennifer, I think Mike

18   Decker has addressed some of the document issues.

19   Another real issue we must address, given some of

20   the internal discussions around the clinical trials

21   of ABT-594, is whether we want to make any

22   statements in the next few weeks until a decision

23   is made by Jeff Leiden as to whether we continue

24   the trials."  Do you see that?

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1      A.   That's what it says, yes.

2      Q.   What decision were you considering as of

3   October 2000 concerning the fate of the clinical

4   trials for ABT-594?

5      A.   I have no idea what this talks about.

6   First of all, I don't even know who Mike Williams

7   is, and I have no idea what this is referring to.

8      Q.   You have no recollection of

9   participating in any internal discussions about the

10   clinical trials of ABT-594 in October or in or

11   around October 2000?

12      A.   As I said to you, the only recollections

13   I have around the clinical trials -- that clinical

14   trial, we are talking now about that Phase IIb

15   clinical trial, is whether -- is looking at a

16   statistical analysis of the trial to ask whether it

17   would be possible to stop short of the 320 patients

18   and still have enough statistical power to get an

19   answer which would allow us to safe money and time.

20   Those are the only discussions I remember.

21      Q.   Who did you have those discussions with?

22      A.   I think we had them on several occasions

23   at PEC meetings because my memory of this is that

24   asked the -- "we" meaning myself, John Leonard and

08657-00097_Abbott-John Hancock II          None                    Page  140

1    the PEC, and Bruce McCarthy was probably involved

2    because I think he was project leader, asked the

3    statisticians to go back and redo the power

4    calculations based upon our projections for patient

5    enrollment to see at several levels what kind of

6    power we would retain for answering the question I

7    told you about in the earlier part of the trial

8    design.

9        Q.   What do you recall as to the reason why

10   Abbott was having those discussions?

11       A.   They were typically discussions we had

12   around almost any trial as it came to the end.  For

13   instance, we had the same exact discussions around

14   ABT-627 because in this business time is money,

15   huge amounts of money. And so if we could make a

16   positive or negative decision two or three months

17   earlier, with fewer patients, we would actually

18   save ourselves a lot of time and money.

19           So my memory of this is as the trial --

20   as we got up above 250 or so patients, we then

21   asked the question which we always ask at these

22   trials, at 250, at 270, at 300, at 320, go back and

23   do a power calculation and tell us whether we lose

24   power or whether we still have approximately the

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    same power.  My memory of that is when we did that

2    calculation, once we got up to around 270 or

3    somewhere around that number of patients, that we

4    had virtually identical power to 320, which was the

5    reason that we eventually decided to stop the trial

6    after 270.  It saved us time.

7        Q.    So you do recall participating in a

8    decision to stop that trial before it reached its

9    target enrollment?

10       A.    Yes.

11       Q.    Who else was involved in that decision

12   making process?

13       A.    So certainly John Leonard, Bruce

14   McCarthy, one of the statisticians or several of

15   the statisticians, I don't remember which ones, and

16   I believe the entire PEC.  I think that was a

17   presentation that was made to the pharmaceutical

18   executive committee in its total, and we came to a

19   consensus that that was the right thing to do.

20   That's my memory of it.

21       Q.    You said it was done in large part to

22   save money?

23       A.    When I say "save money," I want to be

24   clear.  The ability -- there are two ways that

1    stopping trials early are very helpful.  One is

2    that if you get a positive result, you now have

3    accelerated the development timeline.  And

4    literally for drugs this size, every month in the

5    development timeline you save can be worth tens of

6    millions of dollars, so that's one way you can save

7    money.

8            The other way, of course, is if you stop

9    the trail early, you can usually save some,

10   although not huge amounts, but some amounts of

11   money because your trial costs go down.  In other

12   words, every month there is a burn rate in the

13   trial.  And so it is tremendously advantageous if

14   you have the right power and you are sure you have

15   the right power to stop trials early, and we have

16   done it with a couple of different drugs.

17       Q.   Did ending that trial early have any

18   effect whatsoever on the statistic power of the

19   study?

20       A.   Minimal.  I don't remember the exact

21   numbers, but my memory was it was still above 85

22   percent, which is the power that we usually look

23   at.

24       Q.   Were there --

1    So it did have -- I am sure it played a role in the

2    power calculation, because the power calculation

3    was based upon the actual number of patients that

4    completed the study.

5        And so, I guess, the formal answer to

6    your question would be no, because the power

7    calculation was based, in part, upon the total

8    number of patients completed, which, of course,

9    reflected the dropout rate.

10    Q.   Did the questionable commercial

11    viability of ABT-594 play any role in the decision

12    to end that trial early?

13    MR. WEINBERGER:   Objection.

14    BY THE WITNESS:

15    A.   You know, of course not.   By ending the

16    trial, we got the answer that we were looking for,

17    the data that we were looking for, which allowed us

18    to make the decision.

19    BY MR. DAVIS:

20    Q.   Did the fact that Abbott regarded

21    ABT-594 as having questionable commercial viability

22    in the fall of 2000, did that play any role in the

23    decision to end that Phase IIb clinical trial

24    early?

1          A.   As I told you, the definition on the

2     slide that you showed me of questionable commercial

3     viability was the lack of statistically significant

4     Phase II data, so this study was designed to give

5     us statistically significant Phase II data and

6     so -- which it did, and so the decision to end the

7     study early meant that we got that data quicker.

8          MR. DAVIS:  Why don't we mark that as the next

9     exhibit.

10               (WHEREUPON, said document was marked

11               Leiden Deposition Exhibit No. 15,

12               for identification, as of 4/26/07.)

13     BY MR. DAVIS:

14          Q.   Dr. Leiden, you have what's been marked

15     as Exhibit 15 at your deposition.  It is a two-page

16     document entitled "PPD Plan Review, 10/16/00."  Do

17     you see that?

18          A.   Yes, I do.

19          Q.   And it appears to be a reference to a

20     number of different projects on here, including

21     594.  Do you see that near the bottom of the page?

22          A.   Yeah, it says "980 and 954 savings,"

23     yes.

24          Q.   Right underneath that it says "JML

1        A.    Yes.

2        Q.    Were you aware in late 2000 that that

3    study was experiencing a 35 percent dropout rate?

4        A.    I am sorry, I don't remember that.

5        Q.    Do you recall any discussions within

6    Abbott about that being a concern?

7        A.    Again, the only discussions I recall in

8    late 2000 are when we were looking at this question

9    of could we stop the study early with respect to

10   power.  And we sent the statisticians back to

11   address that question and that power calculation

12   would certainly have included the dropout rate.

13       Q.    What's the SAC committee?

14       A.    It is a scientific advisory committee,

15   and this is typically a group of outside experts,

16   either physicians or scientists in each therapeutic

17   area that we would bring in on a periodic basis,

18   sometimes once a year, sometimes once every couple

19   of years to review our programs.

20       MR. DAVIS:  Mark this please as the next

21   exhibit.

22            (WHEREUPON, said document was marked

23            Leiden Deposition Exhibit No. 18,

24            for identification, as of 4/26/07.)

1    A.   Yes, I do see it.

2    Q.   Do you recall making that presentation?

3    A.   No, I don't.

4    Q.   But again --

5    A.   But again, just, I assume, and I am

6    speculating here to some extent, that that

7    presentation said exactly what the strategy

8    presentation said, which is that we don't have the

9    data, therefore, it is a question mark.

10   Q.   In the SAC presentation, did you refer

11   to ABT-594 as having questionable commercial

12   viability?

13   A.   I just don't -- I don't even remember

14   the presentation, so sorry, I can't tell you

15   exactly what I said.

16          (WHEREUPON, said document was marked

17          Leiden Deposition Exhibit No. 19,

18          for identification, as of 4/26/07.)

19   BY MR. DAVIS:

20   Q.   Dr. Leiden, you have what's been marked

21   as Exhibit 19.  It is an e-mail from Dr. McCarthy

22   to a variety of other people at Abbott that

23   references a ABT-594 partnership strategy meeting.

24   Do you see that?

1    A.   Yes.

2    Q.   Why was Abbott trying to engage a

3    partner to develop ABT-594 in late 2000?

4    MR. WEINBERGER:  Objection, assumes facts not

5    in evidence.

6    BY THE WITNESS:

7    A.   I don't know that they were and I have

8    no idea what this means.  Maybe this was just

9    talking about Hancock.

10    BY MR. DAVIS:

11    Q.   Are you aware of any effort by Abbott in

12    late 2000 to find a partner in the pharmaceutical

13    industry to help co-develop ABT-594?

14    A.   Only the -- the only one I am aware of

15    is the way Hancock was a partner, if you want to

16    think of that way.

17    Q.   Did you understand Hancock to be

18    co-developing ABT-594?

19    A.   No, sorry, that's not what I said.  Does

20    this say "co-development"?  I didn't see that it

21    said that.  You were pointing me to the top

22    paragraph.  That's the only part I read.

23    Q.   If you look under Potential Partners

24    about part of the way down the page, those are all

1    pharmaceutical companies, correct?

2        A.   No, "others" isn't a pharmaceutical

3    company.

4        Q.   It could be?

5        A.   Could be, could be not.

6        Q.   Are any of the other ones that are named

7    not pharmaceutical companies?

8        A.   No, they are all pharmaceutical

9    companies.

10       Q.   As you sit here today, you have no

11   recollection of any efforts by Abbott to find

12   another pharmaceutical company to partner with

13   regarding ABT-594?

14       A.   I don't, no.

15       Q.   Would people within your organization

16   have undertaken an initiative to identify a

17   co-development partner in the pharmaceutical

18   industry for ABT-594 without your permission?

19       A.   They obviously did, because I don't

20   remember giving them permission.

21       Q.   You think it was done without your

22   authorization?

23       A.   I am not aware of authorizing this.  By

24   the way, again, it likely reflects what we talked

1      A.   I don't know that.

2      Q.   Did you ever hear about any discussions

3   between Abbott and Purdue concerning ABT-594?

4      A.   I didn't.

5      Q.   Did you ever hear about any discussions

6   between Abbott and Pharmacia concerning a potential

7   partnering relationship involving ABT-594?

8      A.   I don't recall that.

9      MR. DAVIS:  Let's mark this as the next

10   exhibit.

11          (WHEREUPON, said document was marked

12          Leiden Deposition Exhibit No. 20,

13          for identification, as of 4/26/07.)

14   BY MR. DAVIS:

15      Q.   Dr. Leiden, this is another project

16   status report for ABT-594.  This one dated from

17   December 2000.  The very first item says "Closing

18   of enrollment on M99-114 as of January 5, 2001."

19   Do you see that?

20      A.   Yes, I see it, yes.

21      Q.   That's the -- we discussed earlier a

22   decision was made at some point in time to end

23   enrollment in that trial at less than 320 patients,

24   correct?

1      A.   Yes, it was.

2      Q.   And you participated in that decision?

3      A.   I did.

4      Q.   Did you make that decision?  Were you

5    the one who were called upon to make that final

6    decision?

7      A.   Yeah, again, the decisions of this

8    nature were typically made by the PEC, which was

9    this group of leadership to whom these things were

10   presented.  And then our basis for making decisions

11   was typically to reach consensus on those

12   decisions, and my memory about this is that we did

13   reach such consensus.

14       Q.   PEC, as a group, decided to end that

15   enrollment early?

16       A.   Yes.

17       Q.   Is there some record of the PEC meetings

18   that would show that?

19       A.   I don't know.

20       Q.   Were records kept of PEC meeting

21   decisions?

22       A.   They typically were kept.

23       Q.   In what form did you typically see them?

24       A.   They were typically prepared by either

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    some of the funds, likely the only thing that would

2    appear here is the Abbott funds.  And so, because

3    this is an Abbott budget.

4       Q.   This is Abbott's planned spending?

5       A.   Correct.

6       MR. DAVIS:  Let's mark this as the next

7    Exhibit, please.

8            (WHEREUPON, said document was marked

9            Leiden Deposition Exhibit No. 22,

10           for identification, as of 4/26/07.)

11   BY MR. DAVIS:

12      Q.   A few minutes ago, Dr. Leiden, you

13   referred to the final plan.  You will see that this

14   is a document from a Matt Russell in finance that

15   contains the 2001 plan final reference package.  Do

16   you see that?

17      A.   Yes.

18      Q.   Do you recall seeing, either this

19   document or documents in this format when you

20   worked at Abbott?

21      A.   This isn't probably what -- well, parts

22   of this would be given to me, but this probably has

23   a lot more detail than what I would usually see.

24   So I would usually get a summary, with a summary

1   P&L and maybe a project list of expenses.  So this

2   is considerably more detailed than typically I

3   would get.

4        Again, I am not really sure what this

5   is.  This was March 2nd.  So this is likely close

6   to the final that was approved, because we are

7   already into the year.

8   Q.   It is referenced as the final plan?

9   A.   Again, I want to be careful there,

10  because there were lots of things that were called

11  "final."

12       For instance, there was a final

13  development plan, which then got put together with

14  the final discovery plan, to make the final R&D

15  plan.  Changes were made in between there.

16       There was a final pharmaceutical

17  products group plan that got submitted to

18  corporate, and then sometimes there were changes

19  made at corporate.  So what you call final often

20  went on for an awfully long time before it became

21  final.  I just don't know.

22       But here we are into 2001 because it

23  says "Data as of February 2001."  So we are

24  approaching the final plan here, if it is not the

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    final.

2         Q.    At some point in time they have to reach

3    a final plan for before the year is over, right?

4         A.    You would be surprised.  This rolled

5    into what was called the April update, which was

6    our next review of this where there were more

7    changes made.  So you are right.  I mean, we did

8    reach a final plan.

9              My only point was it was a fairly

10   dynamic process, and there were lots of changes,

11   and so you have to be careful when you reference

12   final plans they were really a final plan.

13        Q.    This is the final plan as of March?

14        A.    As of February 16, yeah.

15        Q.    If you take a look first at the page

16   that's marked -- actually these pages are numbered,

17   I will give you the Bates No. 7567.  It is about

18   two-thirds of the way into the package.  Bates

19   number ends at 7567.

20        A.    Yes.

21        Q.    There is a pharmaceutical research

22   expense breakdown 2001 plan.  Do you see that?

23        A.    Yes.

24        Q.    And first, I want to point out, it was

1    under neurology.  You see there is a reference to

2    ABT-594?

3        A.   Yes.

4        Q.   You see it says "formerly CCM"?

5        A.   Got it.

6        Q.   And so you see that that's 594 and CCM

7    were the same thing within the Abbott system, is

8    that right?

9        A.   Well, again, I don't actually remember

10   that, but it certainly looks that way from here so

11   I am willing to take your word for it.  I just

12   didn't know it was called CCM.

13       Q.   Would you turn to the next page in that

14   document.  There is a summary of R&D projects 2001

15   plan.

16       A.   Yes.

17       Q.   Second box down there is a reference to

18   ABT-594.

19       A.   Yes.

20       Q.   And so we have, there are columns that

21   follow that.  One is Cost Through 2000.  And am I

22   correct that that -- it says 62.2 million.

23           That's the amount of Abbott's spending

24   on that particular compound through 2000?

1      A.   Again, that's how I would interpret

2   this, but I never really saw this document, but

3   that's a reasonable interpretation of this.

4      Q.   And then there is a reference to 2000

5   actual, which you would understand to be the amount

6   actually spent by Abbott on that compound in the

7   year 2000?

8      A.   Yes.

9      Q.   And these plans are geared towards

10  calendar years, is that correct?

11     A.   Yes, yes.

12     Q.   Then the 2001 plan has 9.3 million,

13  correct?

14     A.   Yes.

15     Q.   So is it fair to say as of the date that

16  this document was prepared, Abbott planned on

17  spending 9.3 million on ABT-594 in 2001?

18     A.   Yes, but again, I want to just make you

19  aware of how that spending is done in these plans.

20  We do what's called plan for success, for reasons I

21  will explain in a minute.

22        So for instance, in this case, actually

23  an interesting one, my assumption is -- and I would

24  have to go back and look at the documents.  This is

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1     how we would typically do it.

2          We would have assumed that the 594 Phase

3     IIb trial, the one we have been talking about,

4     neuropathic pain, was going to be successful, was

5     going to give a go decision.  Then we would budget

6     for the entire year for the next part of that

7     project.

8          Of course, the reason we did that is we

9     didn't want to get caught short if a project

10    succeeded and we didn't have the funds to develop

11    it.  So my assumption is that likely the $9.3

12    million reflected the estimated costs, assuming

13    that the Phase IIb trial was positive.

14         And if it was negative, there would be

15    some cost savings associated with that that we

16    would go back and then later recalculate.

17    Q.    Okay.  You see if you take a look at the

18    Page 7542.

19    A.    Yes.

20    Q.    Reference there again to ABT-594, do you

21    see that?

22    A.    Yes.

23    Q.    It says "Milestone funded to go/no go

24    decision June 2001 for neuropathic pain."

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1      A.   Yes.

2      Q.   That's the under the column entitled

3   "In," do you see that?

4      A.   Yes.

5      Q.   That means that what Abbott did as of

6   March -- February 2001 was it had funded ABT-594 up

7   to that go/no go decision, correct?

8      A.   That's my interpretation of this.

9   Again, I didn't prepare this, but that's

10  reasonable.

11     Q.   Then under "Out," you see "Funding for

12  third and fourth quarters, if go decision is made"?

13     A.   Yes.

14     Q.   And so am I correct that at that point

15  in time Abbott had not funded anything beyond that

16  go/no go decision?

17     A.   That's what it looks like here, yes.

18     Q.   Do you know whether any information

19  about any revisions in Abbott's planned spending

20  for ABT-594 were given to John Hancock before the

21  research funding agreement was signed?

22     A.   I am not sure which changes you are

23  talking about.

24     Q.   Well, if you would go back and take a

1    during the course of his deposition.

2        MR. WEINBERGER:  You have all the information.

3    You have all the information.  I have told you

4    everything I know.

5        MR. DAVIS:  As I mentioned, it has come out

6    for the first time right now.

7        MR. WEINBERGER:  Your request for admission

8    was served and the response was due tomorrow.  So

9    that's -- we have complied with our obligations.

10       MR. DAVIS:  When I get that information, I

11   will reserve may rights.  If I have to question

12   Dr. Leiden about it, I will let you know.

13       MR. WEINBERGER:  I have told you all the

14   information I have.  He doesn't know anything about

15   the inner workings of the Abbott computer system

16   metadata.  If there is some question you want to

17   ask him about what I have told you, ask him.

18   BY MR. DAVIS:

19       Q.   Dr. Leiden, McKinsey -- who at McKinsey

20   was involved in the March 2001 portfolio review?

21       A.   I can't tell you that.  There were 200

22   people in the room, including a whole team.  I

23   think probably the whole team of consultants from

24   McKinsey.

1      Q.   200 people in the room?

2      A.   At least.

3      Q.   How many were Abbott people?

4      A.   The majority of them were Abbott people.

5      Q.   How many of them took notes?

6      A.   I have no idea.

7      Q.   Is there a listing of the Abbott people

8   who attended the prioritization, the portfolio

9   review?

10      A.   I am sorry, I don't know that.

11      Q.   Typically, there would be some sort of

12   invitation list generated by Abbott concerning the

13   number of people who -- or the people who attended

14   a portfolio review?

15      A.   No, because this one was a different

16   kind of portfolio review.  Since every project was

17   getting presented, literally people in teams were

18   coming in and out of the room all day, for actually

19   two days, I think it was, or three days, so there

20   was a big room with a couple of hundred seats and

21   people were coming in, they'd do their

22   presentation, they'd sit and listen, and they'd go

23   out, so it was a very large number of people.

24      Q.   Did you take notes during the portfolio

1      Q.   You yourself have never undertaken any

2    search?

3      A.   No.

4      MR. WEINBERGER:  By "this" I mean Exhibit 7,

5    for the record.

6    BY MR. DAVIS:

7      Q.   How did people get invited to the

8    March 7 through 9, 2001 portfolio review?

9      A.   Again, I have a fairly vague memory of

10   this, but in addition to the PEC members, who I

11   told you about who were invited because they were

12   part of PEC, every development team was invited to

13   present their work.  And I believe that came

14   probably through Dr. Leonard's office.

15     Q.   What room was the review conducted in?

16     A.   It was at a hotel -- it was at the Hyatt

17   Deerfield.

18     Q.   Was the review recorded in any way?

19     A.   I don't remember it being recorded, no.

20   When you say "recorded," again, you mean like

21   electronically taped?

22     Q.   In any form.

23     A.   I don't remember it being recorded in

24   any form.

1      Q.    Who was responsible for keeping track of

2    the events at the review?

3      A.    I don't remember that for that review.

4      Q.    There has been reference made to

5    McKinsey.  McKinsey is a consulting firm, correct?

6      A.    Yes.

7      Q.    Had Abbott retained McKinsey as of

8    March 2001 to assist it in some way in the

9    portfolio review?

10     A.    Not in the portfolio review, per se.  In

11    the Knoll integration, so there were a large number

12    of McKinsey consultants who participated in all the

13    various aspects of the Knoll integration.  In many

14    ways, one could think of this as a part of the

15    Knoll integration.

16       MR. DAVIS:  Mr. Weinberger, if I understand it

17    correctly you said you are going to tell me in

18    responses to request for admission that this

19    document, Exhibit 7, is dated March 8th?

20       MR. WEINBERGER:  I believe that's correct.

21    Not that the document is dated March 8.  That's the

22    entry for the, I think, for the creation date.

23    When you look at the megadata, it tells you what

24    the date is of creation and that's the best we have

1    20 or 30 people.

2        Q.    For McKinsey?

3        A.    For McKinsey.  It was a whole team.  The

4    I don't know the precise number.

5        Q.    Who at Abbott was primarily responsible

6    for interacting with the folks at McKinsey?

7        A.    It was a guy name Xavier Frapaise.

8    That's not fair.  Bill Dempsey ran the entire --

9    I am misspeaking now.  Joel Nemmers ran the entire

10    integration, Joe J-o-e, N-e-m-m-e-r-s.  So he was

11    sort of the formal Abbott team leader for the

12    entire integration.  And I believe Xavier Frapaise,

13    F-r-a-p-a-i-s-e, was the subteam leader for R&D.

14        Q.    Does Mr. Frapaise still work at Abbott?

15        A.    I know he doesn't.  He went to TAP and

16    then I believe he was working at a biotech company

17    somewhere.  I am not sure now.

18        Q.    How about Joe Nemmers?

19        A.    Joe does still work for Abbott, I

20    believe.  I haven't been there for a year, so as of

21    the time I left Abbott Joe worked at Abbott but I

22    haven't followed up with him.

23        Q.    Besides Exhibit 7, was there any written

24    work product that McKinsey ever delivered to Abbott

1    with respect to the Knoll integration?

2        A.   I am sure there were, but I can't tell

3    you what they were.

4        Q.   Where would you look for those

5    materials?

6        A.   I really don't know.  That was, again,

7    this was being run by a whole team, so I don't know

8    what documents -- I didn't tend to review those

9    documents or see them.

10       Q.   Why was it that Abbott had McKinsey

11   people attend this March 7 through 9, 2001

12   portfolio review?

13       A.   In general, McKinsey people attended

14   all -- everything to do with the Knoll integration.

15   As I said, this was one facet of many, many facets

16   of the Knoll integration, so they had a whole team

17   and they tended to go to all the manufacturing

18   things, commercial things, the R&D things.  There

19   were many pieces of this integration.

20       Q.   Was one of McKinsey's responsibilities

21   to keep records of what occurred at the portfolio

22   review?

23       A.   Not to my knowledge.  They were not

24   assigned to do that at least by me.

1    Q.    You are sure of that?

2    A.    By me, I am absolutely certain of that.

3    Q.    But you said they may not have been

4    assigned by you.  Do you know whether one of their

5    responsibilities was it keep track of the events at

6    the portfolio review?

7    A.    I don't know that.  As I said, they were

8    not assigned by me to do that.

9    Q.    They may have been assigned by someone

10   else?

11   A.    I don't know.

12   Q.    Were you generally the person giving

13   instructions to McKinsey at that point in time?

14   A.    No.

15   Q.    Do you recall receiving anything else

16   from McKinsey aside from Exhibit 7?  Do you recall

17   receiving anything at all from McKinsey with

18   respect to the March 7th through 9th, 2001

19   portfolio review?

20   A.    I don't recall receiving anything with

21   them with respect to that review, and as I said,

22   I have never seen this document.

23   Q.    After the March 7 through 9th portfolio

24   review, there were further meetings at Abbott

1    group within Abbott, right?

2        A.    Right.

3        Q.    Did DSG provide you with any additional

4    information or analysis in advance of the March 7

5    through 9th portfolio review?

6        A.    I don't remember receiving any.

7        Q.    Does Abbott maintain records of

8    portfolio reviews it conducts?

9        A.    Again, I am not the right person to ask

10   for that.  We have a records department and I am

11   not sure how the records are maintained.

12       Q.    Is that RIC, R-I-C?

13       A.    I don't know.  I am sorry I just don't

14   know the details of that.  I know there is a

15   records department at Abbott.  I did not maintain

16   records of these reviews typically.

17       Q.    Going back to the point in time at the

18   end of the portfolio review on the March 7 through

19   9, when you actually went ahead and prioritized the

20   various compounds, as best you recall, who

21   participated in that particular part of the

22   process?

23       A.    That was the PEC, as I recall it.

24   People I told you about before.

1    Q.   Were all the members of the PEC at the

2  portfolio review?

3    A.   Again, I just don't have that level of

4  detail.  It was a long time ago.

5    Q.   How long --

6    A.   Sorry, just to -- in addition, I think

7  there were some members like, for instance, Bob

8  Cayman, who ran ABC, who might not have been on the

9  PEC but participated in that final process because

10  he was from the Knoll side of things.

11    Q.   The agenda we see there, what exhibit

12  number is that, please?

13    A.   It is 5.

14    Q.   Now, when in the portfolio review

15  meeting process did you have that discussion in

16  which the members of the PEC actually went about

17  prioritizing the various compounds?

18    A.   Again, I don't remember the specifics,

19  but typically it would be at the end, so that would

20  have been Friday afternoon.

21    Q.   Well, according to the agenda that's

22  been marked as Exhibit 5, it shows that the last

23  presentation began at 4:05 p.m., and the conclusion

24  was at 4:25 p.m.

1      Is it your recollection that you met

2  after that conclusion of the presentations at 4:25?

3      A.   It is not my recollection.  I just can't

4  remember.  My recollection is we did have a meting

5  with the PEC.  That would typically occur at the

6  end, but I can't tell you what time of the day or

7  which day it was.  That was six and half years ago.

8      Q.   If I recall correctly, March 9 is a

9  Friday.

10     A.   According to this, it says it is a

11  Friday.

12     Q.   Did you meet that weekend?

13     A.   I don't remember meeting.  I just can't

14  tell you the time, I am sorry.  It is just too long

15  ago to remember.  I remember we had a meeting to

16  talk through the projects and assign homework

17  assignments, but I don't remember when the meeting

18  was.

19     Q.   Do you remember sometime either in the

20  course of or shortly after the portfolio review

21  ended that instructions were given to the members

22  of the 518 team to halt development activities?

23     A.   Did you say 594?

24     Q.   No, I said 518.

1      A.   Can you repeat the question?  You

2    shifted gears on me there.

3        Q.   Certainly.  Do you recall that either

4    during or shortly after the portfolio review

5    meeting on March 7 through 9th ended that

6    instruction was given to the members of the ABT-518

7    team to halt further development of that compound?

8        A.   So, I only remember because of some of

9    the documents I reviewed yesterday, and so they

10   refreshed in my memory, which is still somewhat

11   vague, that what happened with 518 is the project

12   was put on hold, meaning don't enroll any more

13   patients or do any more work somewhere within --

14   shortly thereafter the review.

15        And then I believe, again, based on my

16   review of the documents yesterday, that John

17   Leonard and maybe Perry Nissen, who was running the

18   oncology group, because 518 was an oncology

19   compound, came to see me and basically convinced me

20   that, A, we wouldn't save a lot of money by putting

21   518 on hold and we could save a lot time if we left

22   the study running.

23        So I think my memory of what happened is

24   we put it on hold sometime soon after the meeting,

1    and within a few days, again I can't give you the

2    exact timing, those guys came to see me and we

3    said, "Okay, let's just continue it."

4        MR. DAVIS:  Let's mark this as the next

5    exhibit please.

6            (WHEREUPON, said document was marked

7            Leiden Deposition Exhibit No. 30,

8            for identification, as of 4/26/07.)

9    BY MR. DAVIS:

10        Q.   Dr. Leiden, I will show you what's been

11    marked as Exhibit 30 and represent to you that this

12    is a timeline that was put together by other Abbott

13    personnel concerning.  It says "Timeline of events

14    occurring with the study M00-235 in the

15    Netherlands," which was the Phase I study of

16    ABT-518.

17            According to this timeline, Dr. Nisen

18    and Dr. Nabulsi attended Abbott senior management

19    review on the 7th of March 2001.  Do you see that?

20        A.   Yes, I see it, March 7, 2001, yes.

21        Q.   And if we look back at the agenda for

22    March 7, 2001, we see that 518 is listed as being

23    on the agenda that day beginning at 1:25 p.m.,

24    correct?

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1      A.   Yes.

2      Q.   And Dr. Nisen was listed as -- is that

3   the presenter?

4      A.   I believe so, yes.

5      Q.   And it says that according to this

6   timeline, that was put together by people at

7   Abbott, it says that on March 11, 2001, "Nabulsi

8   calls Looman, assistant medical director oncology,

9   to inform about immediate stop ABT-518 project."

10  Do you see that?

11     A.   That's what it says, yes.

12     Q.   So the order that came down was an

13  immediate stop to the ABT-518 project, correct?

14     A.   The order that came down from Nabulsi is

15  that what you are talking about?

16     Q.   Is it correct that someone above

17  Dr. Nabulsi informed him to stop the ABT-518

18  project, correct?

19     A.   Again, my memory of this, and the only

20  thing I remember that I was involved in, is the PEC

21  at some point very soon after the meeting, either

22  immediately afterwards or soon afterwards, decided

23  to put 518 on hold, which means don't enroll more

24  patients.

1          Again, within a couple of days, I spoke

2     with Leonard and I believe Nisen was there, Perry

3     Nisen was there, too, and they convinced me that

4     that would not save us a lot of money, and actually

5     that if we continued until we saw the ASCO date on

6     other compounds, that we would save ourselves some

7     time, and so we as a group decided to continue the

8     study and that was reversed.  That's my memory of

9     518.

10         Q.   So it is not your memory that anyone

11    within Abbott was instructed to halt all

12    development activities involving ABT-518, is that

13    correct?

14         A.   My memory is that the project was put on

15    hold, which meant do not enroll more patients in

16    the study, which is MOO-235.

17         I have a vague memory that there were a

18    couple of patients enrolled who actually continued

19    rolling through the study, but no new patients were

20    enrolled.  That's my memory of this, for the couple

21    of days, that's what the direction was.

22         And then within a couple of days, we

23    decided to continue the study and it was continued.

24         Q.   Now, the timing of this, though -- by

1     the way, you know Dr. Nabulsi?

2         A.   I think I met him once, I know Dr. Nisen

3     but I think I only met Nabulsi once or twice.

4         Q.   You would agree with me that Dr. Nabulsi

5     is probably in a better positioned than you are to

6     better understand sort of the competitive data that

7     was available at the time concerning ABT-518 and

8     other MMPI compounds?

9         MR. WEINBERGER:  Object to the form of the

10    question.

11    BY THE WITNESS:

12        A.   I can't comment on that because I don't

13    know Nabulsi well enough to comment on his

14    expertise.

15    BY MR. DAVIS:

16        Q.   Do you know what competitive data, what

17    information was available to Abbott as of March 7th

18    through 9th of 2001 concerning what potentially

19    competing compounds existed and how their

20    development was progressing?

21        A.   Yes, so again, what I know and what I

22    remember is there was conflicting data about this

23    class of compounds, which are called MMPIs, matrix

24    metalloproteinase inhibitors.  That is class of

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1   compounds that was extremely hot, meaning there was

2   a tremendous amount of interest from the pharm

3   industry in the mid '90s until early 2000s.  There

4   must have been 20 or 30 products being developed,

5   including one or maybe several at Abbott.

6          We were generally behind many of the

7   other companies who already had products up in

8   Phase II and Phase III.  And what had happened in

9   the late '90s and very early 2000 was that there

10   was some mild efficacy data shown for these

11   compounds by several different companies, and at

12   the same time there was side effect data that was

13   beginning to accumulate around a couple of

14   different side effects, particularly joint pains,

15   by a couple of different companies.  A couple of

16   companies actually stopped the development based on

17   that.

18          And so the question that we faced at the

19   time was, was the side effects -- were the side

20   effects that were being seen class effects, that

21   is, would they be true of all compounds, or would

22   it be possible to develop a compound in this class

23   that was selective and potent enough it could

24   inhibit the enzymes that lead to cancer invasion

1    and, therefore, treat cancer and at the same time

2    not have these side effects.

3         Just at the time when this review was

4    happening and we were discussing this, there was

5    tremendous amount of controversy over that.  What

6    was presented at the review was that within three

7    to five months, there would be a series of

8    presentations in what was called the ASCO meeting,

9    which is the big cancer meeting in the spring and

10   summer, on competitor compounds that were ahead of

11   us that were being given in multiple Phase II and

12   phase III trials.  And based on the results of

13   those presentations, we thought that we would have

14   a lot more information about whether there were --

15   this joint effects and side effects were class

16   effects or whether they were, in fact, specific to

17   the individual compounds, and therefore, whether it

18   be would possible to take our compound, which was

19   more potent and which was slightly more selective

20   than many of the other compounds were.  So that's

21   where we were.

22        My memory of this is there was a brief

23   discussion, but the discussion around this at the

24   portfolio review meeting was "Okay.  Given this, we

1    are going to get all this data for free from other

2    companies in April, may, June, at the ASCO

3    meetings, should we continue our program until we

4    get that data or should we put our program on hold

5    until we get that data?"

6         As I said, the initial decision was,

7    "Let's put our program on hold.  It is just

8    starting.  Wait until we get that data and then

9    decide to take it forward."

10        Nisen and Leonard came to see --

11   Leonard, I think Nisen also came to see me several

12   days later and said, "Hey, we can continue the

13   program for a very low cost.  We will save all that

14   time and we will still get the data free in April

15   and May, and then we can decide to stop it if we

16   see the wrong data at that point which suggests

17   that our compound won't be developable or

18   competitive," so I agreed to that and we started

19   the program again.

20        Q.    You referred to putting the program on

21   hold.  In fact, what you were doing was killing a

22   clinical trial that was underway correct?

23        A.    Stopping, not killing.  This is my

24   memory of it.  Again, it is a little vague.  My

1      Q.    Now, again, Dr. Nabulsi was aware as of

2    March 11, according to this timeline, of the

3    decision to immediately stop the ABT-518 project.

4          Who was it that conveyed that

5    information to him?

6      A.    That I don't know.

7      MR. WEINBERGER:  Objection.

8    BY MR. DAVIS:

9      Q.    And if the 9th was the Friday, and the

10    11th was Sunday, was there information being handed

11    out to project team managers regarding the fate of

12    their projects over the course of the weekend

13    following the portfolio review?

14      A.    I just don't know that.  I don't know

15    how the communications were handled.

16      Q.    Are you the person who made the final

17    decision to halt or stop the ABT-518 project in

18    early March 2001?

19      A.    As I said, those decisions, if you are

20    talking about the decisions around the portfolio

21    review, were made by the PEC.  I chaired the PEC.

22      Q.    Were you in favor of that decision?

23      A.    Yes.  When it was initially made, yes.

24      Q.    Were you aware there was already a

1    Phase I trial underway?

2         A.   I believe I was.

3         Q.   And you were aware that it would be

4    necessary to -- were you aware it would be

5    necessary to essentially scrap that trial and begin

6    again?

7         A.   No, that wasn't my -- as I say, based on

8    my review of the documents, that wasn't my

9    understanding.

10        My understanding was that we would put

11   the trial on halt, allow patients who were in it to

12   continue, and then based on the ASCO results decide

13   to continue or not.

14        Q.   You recall there was a discussion about

15   ASCO at the portfolio review on March 7 through 9.

16        A.   That's my memory, that data was

17   presented on a couple of compounds, which was

18   contradictory.  And then what was talked about, and

19   certainly what Leonard and Nisen talked to me about

20   was, "Look, we are going to have all this

21   additional data at ASCO, and then we will really

22   know."

23        Q.   When Leonard Nisen spoke to you, they

24   also spoke to you about John Hancock, didn't they?

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1       A.   No.

2       Q.   Dr. Leonard didn't mention to you that

3    the John Hancock deal was pending?

4       A.   In that discussion?

5       Q.   Yes.

6       A.   No, I don't remember him talking or

7    saying anything about Hancock.  This was all about

8    518.

9       Q.   Do you recall him mentioning anything to

10   you about how now Abbott had a partner in John

11   Hancock with respect to ABT-518?

12      A.   I don't remember that, sorry.

13      Q.   So did the fact that the Hancock deal

14   was pending, was going to be signed shortly,

15   have -- play any roll in the decision to recommence

16   the expenditures of the ABT-518 project?

17      A.   Not to my knowledge, no.

18      Q.   Now, if you take a look at Exhibit 7 for

19   a moment on the second page, the reference to

20   ABT-518.

21         Now, based on the information that you

22   have now, Dr. Leiden, is it your understanding that

23   Exhibit 7 is McKinsey's, sort of, summary of events

24   at the March 7 through 9th 2001 portfolio review

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    meeting?

2       A.   Again, I don't --

3       MR. WEINBERGER:  Excuse me.  Object to the

4    form of the question.  Go ahead.

5    BY THE WITNESS:

6       A.   I really don't know who prepared this or

7    what it was for.  As I said, the only data that's

8    available is this, I can't recall, meta data,

9    whatever it is called.

10   BY MR. DAVIS:

11      Q.   Was there another meeting in, say, the

12   first quarter of 2001 in which Abbott senior

13   management decided to put a hold on the development

14   of ABT-518?

15      A.   Again, my recollection of this it was

16   after this meeting that we decided to put the hold

17   on 518.

18      Q.   Now, this particular document on Page 2

19   under Priority, it says, "Hold/T."  Do you see

20   that?

21      A.   Yes.

22      Q.   Do you see, again, "T" stands for

23   terminate, correct?

24      A.   That's what it says up at the top, yes.

1      Q.   And it also says, "Halt all further

2    expenditure."  Do you see that?

3      A.   Yes.

4      Q.   Now, "halt all further expenditure"

5    that's consistent with your understanding of what

6    Abbott personnel were being instructed to do as of

7    this point in time, is that right?

8      MR. WEINBERGER:  Objection, mischaracterizes

9    his testimony, asked and answered.

10   BY THE WITNESS:

11     A.   No, it is not my understanding of it.

12   My understanding of it was, again, we would stop

13   further enrollments, but we would allow patients

14   enrolled to continue, which would probably have

15   some cost associated with it, in other words.

16   BY MR. DAVIS:

17     Q.   And then do you recall discussion in the

18   March 7 through 9th portfolio review about

19   terminating ABT-518?

20     A.   No.  What I recall is the discussion to

21   put it on hold until we saw the ASCO results,

22   which, by the way, is consistent, as it so happens,

23   with what's written down here, "Wait for May

24   results" -- May results refers to the ASCO results

1    from Pfizer -- "and reevaluate."

2        Q.    The "halt all further expenditure," you

3    say, is not consistent, correct?

4        A.    Correct, not with my understanding.

5        Q.    And how about the "T," terminate, is

6    that?

7        A.    That's also not consistent.  The "hold"

8    is consistent with my recollection.

9        Q.    But the "T" isn't?

10       A.    Correct.  I am not sure how you can both

11   hold and terminate, so it is confusing to me.

12       Q.    Did you believe at the time you were

13   putting 518 on hold that you were likely to

14   terminate it?

15       A.    No.  We were likely to wait until these

16   results from ASCO.  There was actually good reason

17   at the time to think that our compound was more

18   potent and more selective than the competitor

19   compounds, and that it could get around the side

20   effects, et cetera.

21            As it turns out, in retrospect, this was

22   a class effect.  And as you increase the potency

23   around the effectiveness, you also increased the

24   side effects.  And moreover, as it turns out, the

1    MMPIs, as a class, had very limited efficacy.  So

2    to my knowledge, I think all MMPI programs over the

3    next two or three years were terminated, so

4    actually it was the right decision once we saw the

5    ASCO data.

6        Q.    Did ABT-518 suffer those same problems?

7        A.    We never got far enough in the trial to

8    know that, but since all the rest did, it was a

9    quite -- more than a reasonable assumption that 518

10   would.

11       Q.    Looking at the timeline that's been

12   marked as Exhibit 30, under the March 7th, 2001

13   entry, it says, again, "Nisen and Nabulsi attended

14   Abbott senior management review, ('concern

15   regarding the continuation of ABT-518

16   development'.)"

17       A.    Yes.

18       Q.    What were the concerns about the

19   continuation of ABT-518 development at that point

20   in time?

21       A.    This is, again, based around the fact

22   that the data shown at that review for several

23   other compounds was contradictory.  There was some

24   efficacy shown, but there were also side effects,

1    particularly, joint pain that was seen in several

2    compounds, and so it wasn't clear to us whether our

3    increased potency and increased selectivity would

4    allow us to get around that or not.

5        MR. DAVIS:  Okay.  I am going to shift gears

6    on you, again, Dr. Leiden.  We are going to talk

7    about 519 again.  Would you mark that as the next

8    exhibit.

9            (WHEREUPON, said document was marked

10           Leiden Deposition Exhibit No. 31,

11           for identification, as of 4/26/07.)

12   BY MR. DAVIS:

13       Q.   Dr. Leiden, do you have in front of you

14   a document that's marked as Exhibit 31?  And you

15   see that these are a string of e-mails between,

16   among others, Dr. Verlinden, and also on the second

17   page you see the very first e-mail is one from

18   Dr. Leonard to Dr. Verlinden.  Do you see that?

19       A.   Actually, just again to clarify, my

20   first page looks to me like the first e-mail is

21   from James Thomas to Yiming Zhang.

22       Q.   I call it the first e-mail because they

23   are reversed.  The string is usually the most

24   recent e-mail is on the top.

1    that discussion, yes, I was present for it.  But

2    you handed me a 110-page document, so I would have

3    to look through the whole thing to tell you whether

4    this was actually -- if I could remember this as

5    that discussion.

6        MR. WEINBERGER:  125.

7    BY MR. DAVIS:

8        Q.    Do you recall any discussion at that

9    meeting concerning the dropout rates in the

10   Phase IIb study?

11       A.    Yes, I recall discussions concerning

12   both dropout rates and nausea, vomiting, and

13   dizziness side effects.

14       Q.    Do you recall any discussion about how

15   the dropout rates in the Phase IIb study for 594

16   compared to dropout rates in clinical trial studies

17   conducted on other comparable compounds?

18       A.    I don't recall that.  So I would have to

19   look through the document to see it.

20             (WHEREUPON, said document was marked

21             Leiden Deposition Exhibit No. 33,

22             for identification, as of 4/26/07.)

23   BY MR. DAVIS:

24       Q.    You have what's been marked as

1    Exhibit 33 of your deposition, again, a couple of

2    e-mails or series of e-mails.  The bottom one

3    appears to be the first in time.  It is from a

4    Howard Cheskin to a variety of people dated

5    October 9, 2001.  Do you see that?

6        A.   Yes, I do.

7        Q.   Who is Howard Cheskin?

8        A.   I have no idea.

9        Q.   The e-mail itself states, "An outcome of

10   yesterday's pharmaceutical executive committee

11   meeting was to kill ABT-594.  There will be

12   attempts to outlicense the compound since the

13   risk/value assessment came up with a positive net

14   present value, but it will not be developed by

15   Abbott."  Do you see that?

16       A.   Yes.

17       Q.   Is it true that as of October 2001 that

18   Abbott believed that ABT-594 had a positive net

19   present value?

20       A.   I just don't remember.  I would have to

21   review the documents.

22       Q.   What efforts were made by Abbott after

23   they decided to kill the investment ABT-594 to

24   outlicense that compound?

1        A.    Again, I am just not the right person to

2    ask that.  That would have been delegated to the

3    business development group that was run by Jim

4    Tyree.

5        Q.    Did Mr. Tyree ever report to you

6    concerning his efforts to outlicense ABT-594?

7        A.    I don't recall that.

8        Q.    Did you ever ask Mr. Tyree what, if

9    anything, he was doing to outlicense ABT-594?

10       A.    I don't recall asking him.

11       MR. DAVIS:  Mark that is the next exhibit,

12    please.

13              (WHEREUPON, said document was marked

14              Leiden Deposition Exhibit No. 34,

15              for identification, as of 4/26/07.)

16    BY MR. DAVIS:

17       Q.    Dr. Leiden, Exhibit 34 is a compilation

18    of a variety of reports that were sent to you --

19    appear to have been, at least, addressed to you by

20    Mr. Tyree and some others concerning highlights.

21    Is the way they are typically described?

22       A.    Yes.

23       Q.    Do you recall receiving reports like

24    this from your subordinates while you worked at

1    Exhibit 34, it is the second page of a memo that

2    Mr. Tyree sent to you in a memo of 2002.  Do you

3    see that?

4        A.   Are you talking about Page 8030?

5        Q.   Correct.

6        A.   Yes.

7        Q.   You see under "High Priority

8    Outlicensing," there a reference to ABT-773?  Do

9    you see that?

10       A.   There is a whole bunch of things.

11       MR. WEINBERGER:  Where are you?

12    BY MR. DAVIS:

13       Q.   Right under "High Priority"?

14       A.   Yes, I do.

15       Q.   There is a reference to ABT-773.  Do you

16    see that now?

17       A.   I do see it.

18       Q.   The reference to -- in ABT-773, this is

19    after Abbott had decided that it was going to cease

20    further development of ABT-773, correct?  This

21    is '02.

22       A.   Yes, it is.

23       Q.   Do you recall ever having any

24    discussions with Mr. Tyree in which you told him to

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    make 594 a high priority outlicensing project?

2        A.    I don't recall such discussions.

3        Q.    Can you identify, as you sit here today,

4    any potential outlicensing party that Abbott ever

5    discussed ABT-594 with?

6        A.    I can't.  That would have come out of

7    his group.

8        Q.    Did Abbott ever assemble any package of

9    materials or information that could be distributed

10   to potential outlicensees of ABT-594?

11       A.    I don't know.  Again, just to explain,

12   those are the kinds of things that were way below

13   my level in the company.  And unless we had some

14   specific discussion about it, it would be very

15   unlikely that I would be involved in that or

16   necessarily even know about it.

17       MR. DAVIS:  Let's mark this as the next

18   exhibit.

19           (WHEREUPON, said document was marked

20           Leiden Deposition Exhibit No. 35,

21           for identification, as of 4/26/07.)

22   BY MR. DAVIS:

23       Q.    Dr. Leiden, you have what's been marked

24   as Exhibit 35, which is a letter to Mr. Blewitt

1    from Daphne Pals at Abbott?

2        A.    Yes.

3        Q.    Did you know Ms. Pals?

4        A.    I met her a couple of times.  She was a

5    lawyer, I believe, at Abbott.

6        Q.    On this letter, it is dated November 16,

7    2001.  It says, "Dear Steve:  This is to advise you

8    that Abbott has decided to terminate further

9    development of Abbott-594 (a drug for the treatment

10   of neuropathic pain)."

11       MR. WEINBERGER:  Before we get into questions

12   about this, there is a bunch of handwriting on

13   here.  I have no idea what it was, but presumably

14   it wasn't part of the letter that was sent to --

15       MR. DAVIS:  That's just the form which the

16   letter was produced to us from Abbott.

17       MR. WEINBERGER:  I am not quarreling.  I want

18   to establish that nobody is arguing that that

19   handwriting was actually on the document that was

20   actually sent to Mr. Blewitt.

21   BY MR. DAVIS:

22       Q.    The last line of the letter, sorry --

23   not the last line, "I hope you were doing well,"

24   the one before it says, "Abbott will attempt to

1  maximize the commercial value, if any, of ABT-594

2  as required under section 4.3(d)."  Did you see

3  that.

4      A.   Yes.

5      Q.   What did Abbott do to maximize the value

6  of ABT-594 after it discontinued development of

7  that compound?

8      A.   I am not aware of what it did, sorry.

9     MR. DAVIS:  Mark this, please as the next

10  exhibit.

11          (WHEREUPON, said document was marked

12          Leiden Deposition Exhibit No. 36,

13          for identification, as of 4/26/07.)

14  BY MR. DAVIS:

15      Q.   Dr. Leiden, again, this document appears

16  to be a string of e-mails between Dr. Verlinden and

17  Dr. McCarthy dating from June of 2002.  I will

18  direct your attention to the top e-mail on the

19  first page under -- you see where it says "New

20  Goals"?

21      A.   Yes.

22      Q.   It says there, "The goals you have

23  assigned are appropriate and I agree to the

24  timelines.  Of my eight existing goals, however,

1      A.   Just to follow up on that answer, it

2    would have been, I guess, nice but very difficult,

3    in my opinion, to outlicense 594 or 518, given the

4    clinical data we had on 594 and the clinical data

5    that others had on MMPIs, because, as I mentioned,

6    all 20 or 30 MMPI programs, I believe, had been

7    canceled by the industry.  And 594 just had a

8    profile that would make it very, very difficult to

9    outlicense.

10            (WHEREUPON, said document was marked

11            Leiden Deposition Exhibit No. 37,

12            for identification, as of 4/26/07.)

13    BY MR. DAVIS:

14      Q.   I am going to shift gears again on you.

15    Now we are back to 518.  Give you that warning.

16    Shifting gears.

17      A.   Thank you.

18      Q.   Now, you have in front of you

19    Exhibit 37, which is a report of some sort from

20    within Abbott concerning ABT-518 dated February

21    of '01.  Do you see that?

22      A.   Yes.

23      Q.   Now, you recognize this form of report?

24      A.   I believe this was an internal GPRD form

1    that John Leonard developed to -- for him and his

2    office to keep track of R&D projects.  I am not

3    certain of that.  I think that's what it is.

4         Q.   I take it from that answer that you did,

5    in fact, see reports in this format when you worked

6    at Abbott?

7         A.   Rarely, but I have seen this form.  I

8    think the time I remember seeing it is, I think,

9    John brought it to me when he developed it because

10   he, rightly so, was very proud of the fact that he

11   developed it, and so I looked at that time.  But

12   this isn't something I would review regularly.

13        Q.   Were these reports sent to you?

14        A.   I don't know if they were, but this

15   isn't a report I would review regularly, but it is

16   a report, I think, that John would likely have

17   reviewed.

18        Q.   Now, if you take a look at the third

19   page of this document.

20        A.   Yes.

21        Q.   You see that there is a reference there

22   to "Risk or Issue," and it says, "As several

23   competitors are in Phase II/III ABT-594 product

24   profile we will need to demonstrate advantage over

1  other compounds, i.e., safety/efficacy."  Do you

2  see that?

3     A.   Yes.

4     Q.   If you move to the right under column

5  Strategy/Progress, there is a reference there to

6  "Pfizer announced 8/4/00 that they were stopping

7  Phase III trials of prinomastat in advanced

8  prostate"?

9     A.   Yes, two indications is my memory.  They

10 may have continued it on a couple of other

11 occasions, I think.

12    Q.   "In less advanced tumors," you see there

13 is the next reference?

14    A.   I didn't see that.

15    Q.   You were aware as of February 2001 that

16 Pfizer had announced that they were stopping Phase

17 III trials of prinomastat in advanced prostate and

18 NSCLC?

19    A.   Again, I didn't remember that until we

20 reviewed documents yesterday, but that suggested

21 that I was aware of them.

22    Q.   And further down in the same paragraph

23 it says, you see where it says, "Marimastat

24 development was discontinued on 2/15/01."  Do you

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    see that?

2        A.    Yes.

3        Q.    You were aware of that --

4        A.    Again, same documents suggest that I

5    was.

6        Q.    That's consistent with your recollection

7    here today?

8        A.    I don't remember dates back six years,

9    but the documents would suggest I was.

10       Q.    Would those -- the discontinuation of

11   those particular compounds, was that part of what

12   you had in mind when you and the rest of the PEC

13   ordered a halt in development of ABT-518 in early

14   March of 2001?

15       A.    We ordered the halt based upon a set

16   of -- actually, a fairly large set of conflicting

17   data.  This was a subset of that data.  But the set

18   of data could be summarized as saying there were

19   several clinical trials which had reported

20   efficacy, there were several clinical trials which

21   had reported a lack of efficacy, there were several

22   clinical trials that had reported side effects, and

23   there were several clinical files that had been

24   stopped, including Rheumastat, in these Pfizer

1    trials.

2        And taken together what that said to us

3    was the -- we couldn't be sure whether the side

4    effect profiles that were being seen with the MMPIs

5    were compound specific or class specific, and we

6    couldn't be certain whether the potency of our

7    compound and its selectivity, which appeared to be

8    better than these compounds, would let us get

9    around that without seeing more complete data set

10   from ASCO.  And that was the reason for putting

11   that on hold until we had the data set from ASCO.

12        I should point out to you one other

13   thing.  I am sure you know this.  The announcement

14   the trials are terminated, which is typically done

15   in a press release, has very few medical or

16   scientific details in it.  So the ability to draw

17   much of a conclusion from that, except that that

18   company decided for whatever reason that they

19   weren't going to continue developing the compound,

20   is very limited.

21        The only way to really get a conclusion

22   is to actually see the clinical and the scientific

23   data yourself, and that's what happened in ASCO in

24   April, May that allowed us to really analyze the

1    data and -- a broader set of data and come to the

2    conclusion that the side effects we were seeing did

3    seem to be class specific and the efficacy was very

4    modest.

5         Q.   Did you attend that ASCO conference

6    yourself?

7         A.   No.

8         Q.   Who attended the ASCO conference on

9    Abbott's behalf?

10        A.   I am fairly certain that Perry Nissan

11   attended because he always went to ASCO, though I

12   couldn't swear to it for this particular one.  And

13   usually at least two or three -- at least two or

14   three of the other project directors from the

15   oncology group would attend that meeting, so I

16   assume at least four or five people from Abbott

17   attended.

18        Q.   What additional information did Abbott

19   learn at that conference that it didn't already

20   have?

21        A.   Yeah, so what we learned was, again,

22   generally, because I can't recite it for you six

23   years later in detail.  But what we learned was the

24   details of these clinical trials, as well as other

1    clinical trials that said the following -- and

2    again, this was sort of presented in summary form

3    to me, so I can give you back in summary form --

4    the efficacy of the compounds was zero in a number

5    of tumor types, and even in the tumor types in

6    which there was efficacy shown, it was quite modest

7    efficacy, meaning there were some slow down of

8    tumor growth in some studies, but there is no

9    effect on mortality.

10        There was no effect on time -- what's

11   called time to progression, which is an end point

12   in cancer studies.  And that the side effects and,

13   particularly, the joint pain were seen in a large

14   number of patients in multiple trials.  So those

15   were the two classes of conclusions that led us to

16   think that the class of compounds was less

17   efficacious than we and others in the industry

18   thought and had class specific side effects that

19   would be very difficult to develop around.

20      Q.   What's the basis for your understanding

21   that that information was new, that that was

22   learned at ASCO and not previously known by Abbott?

23      A.   Two things:  One is, by rule at ASCO,

24   you are not allowed to present the details of

1    clinical trials, publish them, or talk about them

2    before you actually present an ASCO.  So, sort of,

3    by definition, the details of clinical trials

4    presented at ASCO are new, because if you present

5    them before, they throw you off the program.  So

6    that's one thing.

7          The second thing is just from my own

8    experience, I knew what had been presented to me,

9    for instance, in this March 7th review, and then I

10    knew what was presented to me later on, some point

11    in April or May after ASCO, and there was new data

12    that hadn't been presented before.

13    Q.    Did you ever sit down with the people

14    who were working on the ABT-518 project and ask

15    them whether anything new of significance was

16    learned at ASCO?

17    A.    I didn't.

18    Q.    So you don't know whether they share

19    your view as to whether Abbott actually learned

20    anything new at ASCO?

21    A.    You would have to ask them.

22    MR. DAVIS:  Now, let's mark that is the next

23    exhibit, please.

24          (WHEREUPON, said document was marked

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1   I will tell you that they were investigators

2   working on the Phase I trial "-- that we are not

3   proceeding with the trial as a result of the

4   projects reprioritization following the acquisition

5   of Knoll."

6        Is that an accurate statement that

7   Abbott was not proceeding with the Phase I trial of

8   ABT-518 as a result of the project's

9   reprioritization following the acquisition of

10  Knoll?

11    A.   Again, I would give you the same answer.

12  My understanding was we were going to stop

13  enrolling new patients, continue patients that were

14  enrolled, stop the CMC and other development work

15  until we heard the results at ASCO, at which point

16  we would make a final decision on what to do, if

17  the results informed us on that.

18        Was that due to the reprioritization

19  following the acquisition of Knoll?  Yes.

20    Q.   Now, was John Hancock informed before

21  the research funding agreement was signed on

22  March 13, 2001 that Abbott had decided to stop

23  development activity on ABT-518?

24    MR. WEINBERGER:  Objection, mischaracterizes

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1   his testimony.

2      MR. DAVIS:  Let me rephrase the question.

3   BY MR. DAVIS:

4      Q.   Was the decision to halt the Phase I

5   clinical trial at ABT-518, was John Hancock made

6   aware of that decision by Abbott before the

7   research funding agreement was signed on March 13,

8   2001?

9      A.   I actually don't know, but since we

10   decided to start up the project again before the

11   research agreement was signed, at the time the

12   research agreement was signed, 518 was ongoing.  So

13   I don't know if they were informed of that, those

14   two decisions or not.

15      Q.   Do you know whether the decision to --

16   the order to actually recommence the Phase I trial

17   was sent out before or after the Hancock agreement

18   was signed?

19      A.   I don't know, but my memory of this was

20   since you have refreshed my memory about the dates,

21   I think this all occurred within a period of just

22   five to seven days.  So if the review was on

23   March 9 or 11th, as you showed me the e-mail

24   Nabulsi was sending, my memory of this is within

1    five to seven days of the 9th or 10th those guys

2    had met with me and we had decided to go forward.

3        MR. DAVIS:  We have to take a break now to

4    change the tape.  So why don't we do that.

5        THE VIDEOGRAPHER:  Going off the video record

6    at 2:40 p.m.  This concludes Tape No. 4.

7            (WHEREUPON, a recess was had.)

8        THE VIDEOGRAPHER:  We are going back on the

9    video record at 2:52 p.m.  This is the beginning of

10   Tape No. 5.

11       MR. DAVIS:  Would you mark that is the next

12   exhibit.

13            (WHEREUPON, said document was marked

14            Leiden Deposition Exhibit No. 39,

15            for identification, as of 4/26/07.)

16   BY MR. DAVIS:

17       Q.    Dr. Leiden, you have what's been marked

18   as Exhibit 39, which is a couple of e-mails between

19   Mr. Deemer and Dr. Nisen dating from March of 2001.

20   Have you seen this document before?

21       A.    I saw it yesterday.

22       Q.    Note that the first e-mail is the one

23   from Mr. Deemer to Dr. Nisen in the morning of

24   March 20th.  It says, "You probably heard that

1    Q.    If you are wrong in that respect, that

2    there were no patients who were going to continue

3    to receive drug during that trial, you would agree

4    with me that, effectively, you are halting the

5    trial at that point in time?

6    A.    Pending the results we saw at ASCO, yes.

7    Q.    Now, you said that you had a

8    recollection of some discussion with Dr. Leonard on

9    that point?

10    A.    Yes, I believe Perry Nissan, too, I

11    believe.

12    Q.    Was it the same discussion?

13    A.    Yes, I am talking about one discussion.

14    Q.    Where did it occur?

15    A.    I think it was, as I say, it was likely

16    in my office, because usually those guys would come

17    over and see me.  But I don't remember the

18    specifics of the meeting and the date and place.

19    Q.    Who initiated the discussion?

20    A.    I believe they did.

21    Q.    "They" being Dr. Leonard, Dr. Nisen?

22    A.    Yes.

23    Q.    And you believe the discussion occurred

24    in your office?

1      A.   I think so.

2      Q.   How long did the discussion last?

3      A.   Again, I just don't remember the times

4   and the places, and so that I can't give you an

5   accurate answer to.

6      Q.   As best you can recall, approximately

7   what day did the discussion occur?

8      A.   Again, I can't tell you the timing.  My

9   memory is it occurred several days after that

10  portfolio review, but whether it was one, two,

11  three, five, sometime within the next week.  Let's

12  put it that way.

13     Q.   Did it occur before or after the Hancock

14  deal was signed?

15     A.   Again, I just didn't know, but I think

16  if it was in the next week, my memory is that the

17  Hancock deal was signed -- actually, this says,

18  yeah, the Hancock deal was signed, what, on the

19  14th, 15th.

20     Q.   No, it was signed on the 13th, that

21  Tuesday.

22     A.   It was somewhere right in that same

23  thing.  Could have been right before it and it

24  could have been after, but right around then.

1    Q.   What do you recall was said to you in

2   the course of that discussion?

3    A.   Yeah, the gist of the discussion,

4   anyway, I don't remember what all the specifics,

5   was, "Look, we know that the PEC decided to put 518

6   on hold until we see the ASCO results.  However,

7   that will have the following effects.  It will save

8   very little money."

9        Then the number I remember is

10   1 million, $2 million after reviewing these

11   documents.  "And it will have the effect of losing

12   us two to three months at least in time in the

13   study, maybe more, because we may have to put in

14   new paperwork to the RMBs which could delay us six

15   to nine months.  So it will cost us very little to

16   continue.  It will cost us a lot to stop.

17        "The better policy here is move forward

18   with the Phase I trial over the next two to three

19   months until we get the ASCO results and then make

20   the decision there," and I agreed with that.

21    Q.   Did you understand at the time you had

22   this discussion with Dr. Leonard and Nisen that, in

23   fact, the Phase I trial already had been put on

24   hold or halted?

1      A.   That, I don't remember.  I don't know

2     whether they told me that or not.

3      Q.   Because a moment ago, you said you had

4     understood that it would cost a lot to stop.

5      When you say "cost a lot to stop,"

6     meaning cost a lot to stop the Phase I trial?

7      A.   Cost a lot with respect to the time we

8     would lose on developing the drug.  As I said to

9     you before, if you lose six to nine months in

10    developing a drug that eventually makes it, that's

11    worth tens of millions of dollars.

12      Their statement to me, their plea to me

13    was, "Look, if we stop, really stop this now, then

14    what's going to happen is we are going to have to

15    wait until we see ASCO.  And assuming ASCO looks

16    good, we are going to have to restart the trial,

17    which will cost at least three months and maybe as

18    much as six to nine months.  That's worth a lot to

19    us.  On the other hand, if we discontinue now, I

20    think the number was around a million or $2

21    million, which is not much in the grand scope of

22    things.  And then if we get a positive signal from

23    ASCO, we are three to six, nine months ahead."

24      Q.   Do I have it correct the primary reason

1    why you decided to hold or halt that Phase I trial

2    as of early March 2001 was because you believed

3    that you could save money while you were awaiting

4    the ASCO results?

5         A.   That was a primary reason, definitely.

6         Q.   You also knew in that time frame,

7    though, that you were about to sign a deal with

8    John Hancock that had John Hancock giving you

9    millions of dollars towards the development of 518

10   along with other compounds, correct?

11        A.   Actually, I didn't.  As I said, I was

12   not really involved in the details of this

13   negotiation.  This was something that was going on

14   predominantly with Arthur, Jim and John, and the

15   decisions that we made, for instance, at the

16   portfolio review really didn't reflect anything

17   about Hancock at all.  We just looked at, "Here is

18   the set of projects and here is the approximate

19   costs.  What is it going to cost us?"

20        Q.   The decision to recommence the trial had

21   nothing do with Hancock either?

22        MR. WEINBERGER:  You asked him that.

23   BY THE WITNESS:

24        A.   My decision to recommence had nothing do

1  afterwards.  Once it was signed, I got an e-mail or

2  discussion.  Whether that was Leonard or Arthur, I

3  don't know.

4  BY MR. DAVIS:

5     Q.   Did you ever have any discussions with

6  Dr. Leonard about the fact that slowing down or

7  halting or putting on hold the Phase I trial for

8  518 could have adversely impacted the deal with

9  Hancock?

10     MR. WEINBERGER:  Object to the form of the

11  question.

12  BY THE WITNESS:

13     A.   Not to my recollection.

14  BY MR. DAVIS:

15     Q.   Never came up?

16     A.   Not to my recollection, no.

17     Q.   How about did you ever have any

18  discussions with Dr. Nisen about the 518 debacle?

19     A.   I don't know what he is referring to.

20     Q.   So he never discussed that with you?

21     A.   I don't know what he was referring to,

22  so I never discussed the 518 debacle in those sorts

23  of words or terms with him.

24     Q.   Would you look again at the research

1    funding agreement for a moment.  I will direct

2    you --

3        A.    Exhibit 1.

4        Q.    It is Exhibit 1.  Would you look at the

5    page that the Bates number ends in 8196.

6        A.    Yes.

7        Q.    You see, if you actually take a look at

8    8193 for a moment, a few pages before that, I just

9    want to give you the context here.  You see that

10   that is descriptive memo for ABT-518?

11       A.    Yes.

12       Q.    And this is attached as an exhibit to

13   and incorporated into the agreement.

14       A.    Okay.  I see.

15       Q.    You can confirm that, but in looking at

16   the page that ends 8196, you see there is a

17   reference there to "compounds in development"?

18       A.    Yes.

19       Q.    It says at the end of that paragraph,

20   "Companies with compounds in advanced chemical

21   development for the treatment of cancer include

22   Agouron/Warner Lambert/Pfizer, British

23   Biotechnology/Schering Plough and BMS, and are

24   listed below."  Do you see that?

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1         A.   Yes.

2         Q.   At the time that this research funding

3    agreement was executed in March of 2001, British

4    Biotechnology, they weren't developing an MMPI any

5    longer, were they?

6         MR. WEINBERGER:  Object to the form of the

7    question.

8    BY THE WITNESS:

9         A.   Go back and look to see exactly -- which

10   time frame are we talking about now?

11   BY MR. DAVIS:

12        Q.   This is signed -- this agreement was

13   signed on March 13, 2001.  And I will direct your

14   attention, but I think we already saw in that, it

15   is Exhibit 37.  You will see that's the February

16   2001 report regarding ABT-518, and that one

17   indicates that marimastat development was

18   discontinued on February 15th, 2001, right?

19        A.   Yes, again, I have a vague memory of

20   this, I could be wrong, you'd have to check, but my

21   memory of this is, I think, that they stopped, and

22   they did stop, as you said, and they restarted it

23   later on, but, yes, at this time I think they had

24   stopped.

1      Q.    "At this time," you mean March of 2001?

2      A.    Yes.

3      Q.    So you would agree with me, at least,

4    that statement is incorrect, the statement that

5    British Biotechnology/Schering Plough had a

6    compound, an MMPI compound, in advance clinical

7    development for the treatment of cancer, was

8    incorrect as of March 13, 2001?

9      MR. WEINBERGER:  Object to the form of the

10    question.

11    BY THE WITNESS:

12      A.    Yes, it is factually incorrect.  I think

13    what was trying to be explained here was that there

14    were compounds that had been in man extensively in

15    advanced clinical, but you are right, factually,

16    that's incorrect.

17    BY MR. DAVIS:

18      Q.    If you look also at the page that ends

19    in 8121.  We looked at this one before.  This is

20    the annual development plan for Abbott 594, 8121.

21      A.    I got it.

22      Q.    And you would agree with me, Dr. Leiden,

23    that the statement on this page, that Abbott's

24    projected spending for ABT-594 for 2001 was 35

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    million, that that was wrong as of March 2001?

2        MR. WEINBERGER:  Object to the form of the

3    question.

4    BY THE WITNESS:

5        A.   No, what I would say is it disagrees

6    with the plan numbers that you had showed me

7    before.

8    BY MR. DAVIS:

9        Q.   So --

10        A.   It is really all based upon that

11    comparison.

12        Q.   If these are supposed to be Abbott's

13    plan numbers, you would disagree with me that

14    35 million is wrong?

15        A.   You are saying "if."  I don't know what

16    these are, whether these are Abbott numbers.  But

17    this number, 35 million, disagrees with the numbers

18    that you showed me from the Abbott plan, yes.

19        Q.   Certainly, you would agree with me that

20    based on the documents we saw, Abbott's planned

21    spending for ABT-594 in 2001, was not 35 million?

22        A.   Yes.

23        Q.   It was substantially less than

24    35 million, correct?

1   back here mark exhibit.

2   (WHEREUPON, said document was marked

3   Leiden Deposition Exhibit No. 40,

4   for identification, as of 4/26/07.)

5   BY MR. DAVIS:

6   Q.  Dr. Leiden, you have what has been

7   marked as Exhibit 40, which is labeled an MMPI

8   monthly meeting agenda.  Do you see that?

9   A.  Yes, yes.

10   Q.  You recognize MMPI as a reference to

11   ABT-518?

12   A.  Yes.  There could have been other

13   compounds, as well, but 518 was one of them.

14   Q.  Did Abbott have other MMPI compounds

15   under development as opposed to in discovery --

16   A.  No.

17   Q.  -- as of April 2001?

18   A.  No.

19   Q.  The second page of this document you see

20   there is some handwritten notes, about midway down

21   the page.  It says, "Post meeting strategy:

22   Perry's plan to kill if Leiden says no go.  Jeff

23   wants to kill this.  ASCO results neutral, negative

24   not positive."  Do you see that?

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1      A.   Yes.

2      Q.   Does that accurately reflect your view

3   at the time, that you intended to kill the

4   development of ABT-518 as of April 2001 if the

5   results from the ASCO conference were neutral or

6   negative?

7      A.   I don't know what's meant by neutral or

8   negative, so let me give you accurately what I

9   wanted to do, which is actually partly put on the

10   first page where it says, "Leiden wants to make

11   go/no go decision based on competitor data at

12   ASCO."

13          So what that meant was we knew that at

14   ASCO we would see detailed clinical data from a

15   number of other compounds in this class.  And we

16   knew that if there was evidence of severe side

17   effects, particularly joint side effects as a class

18   effect, that that was going to make it difficult,

19   if not impossible, to develop this compound.

20          And in addition, we were very interested

21   in understanding the detailed efficacy data,

22   because based upon that data if there was only

23   modest efficacy, for example, and severe class

24   effect joint pain, we felt that then our premise

1    that we could develop a more potent selective

2    compound to get around that would be unlikely to be

3    true.

4         That's what my point of view was about

5    the ASCO data, and this is an accurate statement on

6    the first page that we wanted to make the decision

7    based on that competitive data.  Because the

8    advantage of that, of course, was that we were

9    doing it on their dime.  In other words, the

10   competitors were paying for these advanced stage

11   clinical studies on hundreds of patients, so we

12   were going to see how the compounds behaved in

13   hundreds of patients in a very short period of time

14   with no additional money from us.

15        Q.   The portion of the document you referred

16   to was the one on Page 1 next to "kill scenario"?

17        A.   Yes.

18        Q.   Looking back again at Page 2, is it fair

19   to say that -- I am trying to incorporate what you

20   just testified to -- is that if you regarded the

21   data from ASCO in May of 2001 as inconclusive with

22   respect to MMPIs, that it was your plan or

23   expectation that further development of ABT-518

24   would be halted?

1    program was minor, and most drugs, by the way,

2    don't have IV forms.

3        Q.   When did Abbott decide to finally fund a

4    program for ABT-773?

5        A.   I just don't remember that.  I have this

6    vague memory we looked at a timeline at one point

7    that said we can finish the Phase III trials and

8    then provide the funding for IV form and still get

9    there on time, but I just don't remember what

10   happened with that.

11       MR. DAVIS:  Let's mark this please as the next

12   exhibit.

13               (WHEREUPON, said document was marked

14               Leiden Deposition Exhibit No. 45,

15               for identification, as of 4/26/07.)

16   BY MR. DAVIS:

17       Q.   Dr. Leiden, you have Exhibit 45 in front

18   of you.  Have you seen -- first, let me ask you,

19   have you seen this document before?

20       A.   This one, I don't remember seeing.

21       Q.   Do you recognize the logo on the first

22   page, the very cover page of the document?

23       A.   No.

24       Q.   "AIV," does that have any meaning to

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    you?

2         A.   It doesn't, sorry.  But as I said, there

3    were a lot of acronyms at Abbott.

4         Q.   Do you recall receiving a presentation,

5    or being present at a presentation on a 773 update

6    in February of 2001?

7         A.   I don't recall it.  That doesn't mean I

8    wasn't there.  I just don't recall being there.

9         Q.   Who was in charge of the 773 program as

10   of early 2001?

11        A.   I believe it was Stan Bukofzer, but I

12   don't remember the time.

13        Q.   Would you take a quick look at the page

14   that ends in 5069.

15        A.   Yes.

16        Q.   You see that there is a slide there

17   titled "Dosing Issue"?

18        A.   Yes.

19        Q.   "150 microgram BID versus 150 microgram

20   QD background," do you see that?

21        A.   Yes.

22        Q.   Now, is it correct "BID" references

23   twice a day, correct?

24        A.   Correct.

1      Q.    And "QD" references once a day?

2      A.    Correct.

3      Q.    The first bullet point says, "Phase II

4    data indicated 300 milligram --" sorry, "300

5    micrograms"?

6      A.    Milligram, that is milligram.

7      Q.    Okay.  "-- 300 milligram QD was not

8    viable due to high levels of diarrhea and taste

9    perversion."  Is that accurate?

10      A.   I haven't reviewed that data, but what

11    I do remember is that we decided to try 150 QD and

12    150 BID as opposed to 300 QD, and I believe it was

13    for GI tolerability issues, but I haven't seen that

14    data.  I believe it is true.

15      Q.    You recall discussions within Abbott

16    that the once a day versus twice a day dosing issue

17    was a -- had a potentially significant effect on

18    the commercial value of 773?

19      MR. WEINBERGER:  Any time, this time?

20      MR. DAVIS:  At any point in time.

21      MR. WEINBERGER:  Any time.

22    BY THE WITNESS:

23      A.    For certain indications, once a day

24    versus twice a day has commercial implications,

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1   particularly the more mild indications like

2   pharyngitis or AECB.  It is less important by the

3   way for sinusitis and CAP, where there is a lot of

4   BID and TID drugs.

5   BY MR. DAVIS:

6      Q.   You were aware of those potential

7   commercial implications before March of 2001, is

8   that right?

9      A.   Yes, I think pretty much everybody who

10   has any knowledge of the field was aware of them.

11   Those weren't specific to this compound.  They are

12   antibiotic commercial issues, in general.

13              (WHEREUPON, said document was marked

14              Leiden Deposition Exhibit No. 46,

15              for identification, as of 4/26/07.)

16   BY MR. DAVIS:

17      Q.   You have what's been marked as

18   Exhibit 46 to your deposition.

19      A.   Yes.

20      Q.   You recall you had that portfolio review

21   in March of 2001 and one of the compounds that

22   presented at that review was ABT-773, correct?

23      A.   Yes.  All the other compounds were

24   presented there, so.

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1      Q.    Was every compound in your portfolio --

2      A.    I believe every compound -- there could

3    have been a few tiny ones that slipped by, but our

4    intent was to present every compound there, so

5    there must have been 100 compounds or more.

6      Q.    Would look please at the page that ends

7    in the Bates 3212.  I think it is a tenth page of

8    the presentation.  You see there is a reference

9    there to "ABT-773 potential

10   issues/threats/negatives."  Do you see that?

11     A.    Yes.

12     Q.    And one key issue is "Potential for

13   class labeling regarding QT prolongation effects."

14   Do you see that?

15     A.    Yes, I do.

16     Q.    You regarded that as a key issue at that

17   time?

18     A.    Class labeling means that a drug is

19   labeled not because it has negative data, but

20   because the entire class has -- is labeled that way

21   regardless -- because it hasn't collected its own

22   data to show that.  So what this really means is

23   that if we don't present evidence to the contrary,

24   showing that our drug doesn't have QT issues, there

1    is a risk that we will get class labeled with

2    macrolides, a different class, because we were

3    labeled to have QT issues.

4         So what it really means to reflect is we

5    need to do the studies to show we don't have QT

6    issues.  In fact, as I said we were already well

7    underway with those studies and they looked quite

8    good.

9         Q.   Actually, I think my question was

10   simpler.  You regarded that as a key issue at that

11   point in time, correct?

12        A.   When you say "that," I wanted to explain

13   what I regarded as a key issue, so that was my

14   answer.

15        Q.   So the potential for class labeling

16   regarding QT prolongation effects, you regarded

17   that as a key issue as of early March 2001, with

18   respect to 773, is that correct?

19        A.   I regarded it as a potential issue that

20   we had already begun to address and were confident

21   we could address because it says potential issues,

22   not key issues up top.

23        Q.   Directly above "Potential for class

24   labeling regarding QT prolongation effects," it

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    says, "Key issue," correct?

2        A.   Yes, but what I am telling you is that

3    my interpretation of this slide is that it presents

4    potential issues, and we had plans to -- we viewed

5    this as a potential issue that we were addressing

6    and planned to continue to address, and we felt

7    confident about the results we had already seen.

8        Q.   Another item listed under Key Issues is

9    "IV formulation," correct?

10       A.   Yes.

11       Q.   And it says, "Need IV formulation to

12   strengthen strategic commercial and technical value

13   of the product", correct?

14       A.   Yes.

15       Q.   That's what the team working on ABT-773

16   was telling you at that point in time, correct?

17       A.   This was the combined team from the

18   hospital products division and the pharmaceutical

19   products division.  As I explained, this was much

20   more important to the hospital products division

21   than the pharmaceutical products division.

22       Q.   That's what the team who was working on

23   this said?

24       A.   Yes, but I am just explaining when you

1    say "the team," the team was composed of people

2    from the hospital products division and the

3    pharmaceutical products division, and I am adding

4    the color that this was much more important to the

5    hospital products division than the pharmaceutical

6    products division.

7         Q.    And then the next item under Key Issue

8    is "QD," which is once a day, "versus BID," twice a

9    day, "dosing impact on U.S. and ex-U.S. markets."

10   Do you see that?

11        A.    Yes.

12        Q.    You agree that that was a key issue at

13   that point in time?

14        A.    In one or two indications, yes.

15   Pharyngitis and to some -- to a lesser extent,

16   acute exacerbation of chronic bronchitis, and as

17   they point out here, in the U.S.

18        Interestingly, outside the U.S., for a

19   variety of reasons, actually BID is preferred, as

20   it is in Japan.

21        Q.    Did you agree at the time that it had

22   posed a significant commercial hurdle in the U.S.

23   as it is listed here?

24        A.    In the two indications we talked about,

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    acute pharyngitis and to a lesser extent acute

2    exacerbation of chronic bronchitis, BID dosing

3    really would present a significant commercial

4    hurdle.

5        MR. DAVIS:  Let's mark this please as the next

6    exhibit.

7            (WHEREUPON, said document was marked

8            Leiden Deposition Exhibit No. 47,

9            for identification, as of 4/26/07.)

10   BY MR. DAVIS:

11       Q.   Dr. Leiden, you have Exhibit 47 in front

12   of you, which appears to be a monthly highlights

13   report to you from Dr. Leonard dated November 9th,

14   2001.  Do you see that?

15       A.   Yes, I do.

16       Q.   Do you see the references there to

17   ABT-773?

18       A.   Yes.

19       Q.   It says, "The Phase I QT study, MO1-325,

20   was put on hold at the second dosing period to

21   allow for the analysis of liver elevations seen in

22   four subjects.  Analysis is ongoing and a

23   discussion with the FDA is planned for the first

24   week of November to discuss modifications to the

1    additional trial to get approval.

2         When you factored all that in, the time,

3    the cost, the label that we were going to get, and

4    the indications, really, the drug was not

5    commercially viable, anymore.  At least for us, for

6    a company the size of Abbott.

7       Q.   Your memo of -- this says it is the

8    summary of the December 10th, 2001 meeting.  When

9    did you send this memo?

10      A.   I can't tell you that.  It was likely

11   soon after the meeting, within a couple of weeks.

12      Q.   One of the people you sent it to was

13   J. Leonard.  That's Dr. Leonard?

14      A.   Yes.

15      MR. DAVIS:  Mark this please as the next

16   exhibit.

17           (WHEREUPON, said document was marked

18           Leiden Deposition Exhibit No. 48.

19           For identification, as of 4/26/07.)

20   BY MR. DAVIS:

21      Q.   Dr. Leiden, I think, you referenced

22   earlier in your testimony today a memo, a letter

23   that you sent to, ultimately, to Mr. White, Miles

24   White, explaining the basis for the recommendation

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    that Abbott cease development of ABT-773.

2        A.    Yes.

3        Q.    Is this a copy of that letter or that

4    memo?

5        A.    Yes.

6        Q.    You don't have to go through it in

7    detail.  I think you have already addressed some of

8    this, but did you attempt, in putting this memo

9    together for Mr. White, to accurately explain to

10    him the basis for the recommendation?

11        A.    Yes.

12        Q.    Is the information contained in this

13    document, to the best of your knowledge, truthful

14    and accurate as of the time it was sent to

15    Mr. White in early January of 2002?

16        MR. WEINBERGER:  Check, because you are being

17    asked to verify everything in here, just make sure

18    you have time to look at it.

19    BY THE WITNESS:

20        A.    Maybe I ought to read it.  I am assuming

21    it is the final memo.

22        MR. DAVIS:  The question is whether this is

23    actually the memo that he sent.

24        MR. WEINBERGER:  No, you are just asking him

1     accurate and timely way is important from a

2     shareholder point of view.  So we always, on major

3     issues, had a carefully planned phased

4     communication plan.  I am sure we did here, as

5     well, where we contacted partners, employees,

6     shareholders, et cetera.

7         MR. DAVIS:  Mark that is the next exhibit.

8         MR. WEINBERGER:  We did ask for a break.

9         MR. DAVIS:  Let me finish this line of

10    questioning and then we can take a break.

11            (WHEREUPON, said document was marked

12            Leiden Deposition Exhibit No. 52,

13            for identification, as of 4/26/07.)

14    BY MR. DAVIS:

15      Q.    Dr. Leiden, that is an e-mail from, I

16    think it is, Dr. Bukofzer to you?

17      A.    Yes.

18      Q.    Dated February 9th, 2002, attaching a

19    proposed Abbott 773 communications plan head count

20    reallocation assessment, do you see that?

21      A.    Yes.

22      Q.    Now, when did Abbott decide that it

23    needed to undertake a headcount reallocation with

24    respect to 773?

1      A.    I don't remember the time, but, again, I

2    want to emphasize that I think what you are seeing

3    here is a set of contingency planning that's based

4    upon the following sorts of considerations:  When a

5    company like Abbott pulls the trigger on a

6    cancellation of a program, or on a major -- other

7    major event, we can't do that on a Thursday and

8    start planning for it on Thursday or Wednesday.

9           We typically plan weeks to months in

10    advance so we have everything buttoned down from

11    the standpoint of communication, jobs, spend, et

12    cetera.  And so I think what you are showing me

13    here is a series of documents that talk about how

14    we are going to do that in the February time frame.

15    That's what's going on.

16      Q.    Did Abbott actually begin to reallocate

17    employees on 773 before the decision was made to

18    stop development?

19      A.    I don't know, but it is very possible,

20    because what happens is in an advanced program like

21    this, there is a very complex what's called a

22    Phase IIIb/IV program that's planned and put into

23    place for the year, which assuming a positive

24    outcome in the Phase III studies, has to get

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    started right away.

2          And so the way these programs are

3    planned, you say, "Okay.  If we are going to plan

4    for success, we are going to have a positive

5    Phase III program.  That's going to lead into the

6    following Phase IV program."

7          So you can see the huge dollar amounts

8    that are associated here.  I think it was a $70

9    million budget, which was the continuation of the

10   entire program as it rolls forward to filing and

11   launch.

12         So I think after we made this

13   recommendation, we began -- we had a lot of jobs

14   and people in place here.  We began to look at this

15   and say, "Okay, if we do go forward, what's the

16   plan for the jobs.  What's the plan for the

17   communication.  What's the plan for the spend,"

18   because it is a very complex thing to shut down a

19   program with hundreds of people working on it

20   around the world, so that's what you are seeing

21   here.

22         Q.   If you look at Page 3 of Exhibit 52, you

23   see there is actually a timeline here for

24   communication, correct?

1     is how we would do it.

2          As I said, we would talk with our

3     partners about our plans for doing this.  That

4     doesn't mean -- to be clear on that, it doesn't

5     mean that the final decision had been made.

6          It means we were putting in place all of

7     the communication, employee and contingency plans

8     so we could pull the trigger and do it in an

9     orthodox way.  I believe we, again, I could be

10    wrong, but I believe we pulled the trigger more in

11    the May time frame, if I remember correctly.

12        MR. DAVIS:  Take a break down.

13        THE VIDEOGRAPHER:  Off the video record at

14    4:07 p.m.  This concludes Tape No. 5.

15          (WHEREUPON, a recess was had.)

16        THE VIDEOGRAPHER:  Back on the video record at

17    4:18 p.m.  This is the beginning of Tape No. 6.

18    BY MR. DAVIS:

19        Q.   Dr. Leiden, Exhibit 48 is your memo to

20    Mr. White containing the recommendation of the PEC

21    that development of ABT-773 be ceased?

22        A.   Yes.

23        Q.   Was it Mr. White's decision to cease

24    development of ABT-773?

1      A.    No, it was a decision of the senior

2    management group, including myself and Mr. White.

3    But as I said, this is a -- this was a significant

4    event for Abbott.  I believe at the time it was the

5    only Phase III -- one of the only Phase III

6    projects still in development.

7          And so, for significant decisions like

8    that, of course, I both inform, consult with and

9    discuss with Mr. White.  And, like I told you, for

10   the pharmaceutical product groups, we had a

11   collaborative forum where we reach consensus on

12   decisions about -- after discussing, and we reached

13   consensus on this decision after discussing.

14      Q.   Did you discuss the decision or the

15   recommendation concerning the proposed termination

16   and development of ABT-773 with Mr. White?

17      A.   Yes.

18      Q.   What did he have to say on the topic?

19      A.   I think he had -- you don't know

20   Mr. White.  So Mr. White is a -- he is a brilliant

21   guy, who asks lots of questions to inform and

22   educate himself.  He is not a physician himself,

23   but he talked with me, with John Leonard, I believe

24   at the same meeting, and asked lots of very

1    specific questions.  I think saw a lot of the data.

2    Wanted to understand what the potential value of

3    the product that was still left was and what had

4    changed after the Phase III data.

5         And we went through all of that with

6    him, including, really, what's summarized in this

7    memo.  And at the end of that, I think he agreed

8    that for certainly a company the size of Abbott,

9    the value of 773 had been decreased to the point

10   where it was no longer worth investing more money

11   in it.  And that was particularly true because we

12   were able to share with him the comments from the

13   Ketek advisory committee and the FDA's change in

14   stance that indicated that not only had the product

15   profile changed, but the FDA's bar had changed and

16   we were going to need to invest a lot more money.

17        Just so you understand, this was a

18   difficult decision.  We, Abbott, had invested, I

19   think, a couple hundred million dollars in this

20   drug.  It was the only Phase III drug in our

21   pipeline.  And so to announce that we were stopping

22   development of this drug was not an easy decision

23   for any of us, but it was the right decision.

24        You know, that's really borne out by the

1    fact that if you look at what happened to Ketek,

2    Ketek has been remarkably unsuccessful.  They have

3    lost hundreds of millions of dollars on that drug

4    since its launch.  So it was the right decision,

5    but a hard one.  I think he came to it the same way

6    we did.

7        Q.   What else did Mr. White say to you on

8    the topic, as best you can recall?

9        A.   He wanted to make sure we had a plan in

10   place for doing this.   In other words, one of his

11   concerns is always employees, so he wanted to make

12   sure "What does it mean for employees?"  He wanted

13   to understand that we had a communication plan in

14   place.  He wanted to make sure we had discussed

15   things with partners.  He went through the list of

16   things that he had to, all the boxes that have to

17   be checked when you are making an important

18   decision, and he sent us out, I believe, to do more

19   of that work, which is part of what you saw here.

20       Q.   Where did the meeting with Mr. White

21   take place that you were recounting?

22       A.   I believe it was in his office, but it

23   could have been in mine.

24       Q.   How long after you sent the January 7th

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    memo did that meeting take place?

2        A.   It was within weeks, but I can't tell

3    you exactly when.

4        Q.   Was it sometime in January of '02?

5        A.   Either January or early February, I

6    believe, but you would have to check the schedules

7    to get that exactly.  I just can't remember from

8    six years or five years ago what the exact dates

9    were.

10        Q.   Did you have further meeting with

11    Mr. White on the topic?

12        A.   I may have filled him in again on plans,

13    so my memory of this, which is pretty vague, is he

14    sent out and said, "Okay.  I want to be sure you

15    have a communication plan, an employee plan," all

16    of these things.  And we had started working on

17    that, but we didn't have one at that point.

18        I think I may have been then by myself,

19    without John, come back and reviewed some of that

20    with him at some point maybe in March or April.

21        Q.   Is it fair to say Mr. White gave

22    responsibilities to people to go out and do the

23    things necessary to implement the recommendation?

24        A.   I don't remember whether we -- what you

1    are really asking me is, did we make the decision

2    during that meeting, and I don't remember that.

3         Q.   My question is actually different.  At

4    the meeting, did Mr. -- you said Mr. White said go

5    out and do -- make sure you have a communications

6    plan and all those things?

7         A.   Yes.

8         Q.   Your recollection is that Mr. White was

9    in concurrence that the analysis that you and the

10    PEC had performed was the correct analysis?

11        A.   I think he accepted this analysis, but,

12    again, I want to be careful in answering your

13    question.

14         My memory of the meeting was we didn't

15    make a final decision at the meeting.  What he said

16    was, "I see this."  I believe he asked a lot of

17    questions.  "I want to think about it more, but in

18    the meantime, go out and make sure that you put all

19    this together, because it is going to take some

20    time, so when we do make the decision, we are ready

21    to pull the trigger in an organized manner."

22    That's my memory of the meeting and we did that.

23        Q.   When was the meeting held, or when was

24    the formal decision made?

1     A.   Again, my memory of this is it was made

2   in the May time frame.

3     Q.   And --

4     A.   Decision to pull the trigger.

5     Q.   At what event?

6     A.   I don't remember that, whether there was

7   a formal meeting, whether he and I talked, I just

8   don't remember how -- what the event was.

9     Q.   And how was that -- how was that

10   decision memorialized within Abbott?

11     A.   There was a public announcement, for one

12   thing, very soon thereafter, because we have an

13   obligation to our shareholders, et cetera.   Very

14   soon after the decision, we made a public

15   statement.   I believe I may have made -- we made

16   it -- either had an analyst call, or we already had

17   a quarterly call scheduled, so we talked about it

18   very soon thereafter on the analyst call, I think,

19   and that was a public disclosure of it, as well.

20     But, again, the exact details of this

21   are -- I just don't remember the timeliness,

22   because I don't have access to the schedules and

23   things.

24     Q.   Was John Hancock notified separately of

1    Abbott's decision to cease development of ABT-773?

2        A.    I believe so.  Again, I would point you

3    to that memo, which you showed me, that says we

4    were clearly aware that they needed to be, and --

5    let me just find that.  That's the e-mail that says

6    "To Stan," Exhibit 51, "773 is a Hancock project.

7    We will need to notify them shortly if the decision

8    is to shut down," or his e-mail to me.

9        I believe, we were aware of it and I do

10    believe we notified Hancock, but I didn't notify

11    Hancock because that was all done through Jim

12    Tyree's office.

13        Q.    Did Mr. Tyree attend that meeting with

14    Mr. White shortly after he received the January 7

15    memo?

16        A.    I don't believe so.  That's not my

17    memory.  I think that was me and John Leonard.

18        MR. DAVIS:  Would you mark this as the next

19    exhibit.

20            (WHEREUPON, said document was marked

21            Leiden Deposition Exhibit No. 53,

22            for identification, as of 4/26/07.)

23    BY MR. DAVIS:

24        Q.    Dr. Leiden, you have in front of you

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    Exhibit 53.  Have you seen this document before?

2        A.   Let me just make sure.  I think I saw it

3    yesterday.  Yes, yes, I saw it yesterday.

4        Q.   Had you seen it before then?

5        A.   I am sure I did, because it is an e-mail

6    to and from me, but I don't recall writing the

7    e-mail at this time.  Again, it was five years ago.

8        Q.   I believe that the sequence of e-mails,

9    and the first one listed here is one from

10   Dr. Leonard to you from April 15th of 2002, early

11   in morning, 7:55 a.m.

12          It says, "Two quickies:"  Moving to the

13   second paragraph, it says, "Second and more

14   important, we own --" that may be "we owe Hancock"

15   maybe, but "we own Hancock.  How do you want to

16   handle the 773 communication?  We could say that we

17   are analyzing data and have slowed down (as we have

18   been saying externally), but if the questioning

19   goes deeper, we will need a plan as the status will

20   evolve quickly."  Do you see that?

21       A.   Yes.

22       Q.   At this point in time, had Abbott made

23   the decision to cease the development of 773?

24       A.   Again, my memory is we made the decision

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    in May.  This is in April, so according to that

2    memory, I would say no.

3        Q.    Well, as of April of 2002, was Abbott

4    telling -- saying one thing externally about its

5    plans for 773, but telling people internally

6    something different?

7        A.    No, I don't think that's what it says.

8    I think this says what we were saying externally,

9    because we hadn't made the decision, is that we had

10   slowed down, which was true, but had not made a

11   decision.

12          Then you can see in my e-mail to him, I

13   give him very specific instructions about what we

14   should tell Hancock, which I believe reflected what

15   was going on.  We were reviewing the Ketek

16   situation in terms of the safety database, we were

17   caring out additional studies, I believe they were

18   still going on, and we were analyzing existing data

19   for its impact on label and market opportunity.

20          Those were the factors that eventually

21   went into the decision.  That we expect the

22   analysis to be complete by June, July, and at that

23   point we will be in a position to make decision on

24   how to proceed.  We will keep them in the loop.

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1      Q.   You didn't tell Hancock -- you didn't

2   instruct Dr. Leonard to tell Hancock that a

3   recommendation had been made within Abbott to cease

4   development of ABT-773, did you?

5      A.   No, I did not.

6      Q.   Why not?

7      A.   I --

8      Q.   That was true at the time, correct?

9      A.   Yes, but our -- I believe that our

10   obligation to Hancock was not to inform them as to

11   every internal discussion or meeting that took

12   place at Abbott, or every recommendation, but to

13   inform them when we came to a decision.  That's how

14   we typically deal with our partners.

15         And having been on the other side of

16   that, the last thing I want to know from our

17   partners is every meeting or recommendation or

18   internal meeting they had.  I want to know when

19   they make a decision and why.

20         By the way, there are public disclosure

21   issues there, as well, in terms of making

22   disclosures to Hancock, for instance, that wouldn't

23   be made publicly.  So you have to be consistent in

24   your communications.  That's what we were doing

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    here, and I believe we were also being entirely

2    honest and reflective of what was going on.

3        Q.    You understood as of April 2002 that you

4    owed Hancock an update on the status of 773, right?

5        A.    I didn't, but this memo tells me that we

6    did, that that was communicated to me, yes.

7        Q.    Are you aware under the terms of the

8    research funding agreement that Abbott must

9    periodically provide updates to John Hancock

10    regarding the status of the compounds?

11        A.    I knew there were periodic updates, but

12    I wasn't aware of what the details were.

13        Q.    You believe those updates had to be

14    truthful and accurate at the time they were

15    provided?

16        A.    Yes.

17        Q.    And if you were in Hancock's shoes, as

18    of April 2002, would you want to know that Abbott

19    had decided internally to -- had recommended

20    internally to cease the development of 773?

21        MR. WEINBERGER:  I object to the form of the

22    question.

23    BY THE WITNESS:

24        A.    Actually, it is an interesting question.

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    If I were Hancock, frankly, it doesn't make a lot

2    of difference to me until a decision is made.  And

3    frankly, it doesn't make a lot of difference to me

4    one way or another, because the revenues from these

5    drugs were a number of years out.  There was no

6    financial impact directly at that time on Hancock,

7    as far as I know, of that recommendation.  But more

8    importantly, there is no impact until a decision is

9    made.

10        And so if I were Hancock, I would want

11   to know when the decision was made and why the

12   decision was made, and I think we provided them

13   with that, I believe.

14       Q.   So everything that you recommended be

15   told to John Hancock in this e-mail you think was

16   true as of that time?

17       A.   Yes.

18       Q.   And you believe that the decision to

19   actually terminate the development was made around

20   May of 2002?

21       A.   That's my memory, yes.  And then was

22   announced shortly thereafter, but I can tell you

23   whenever the announcement was made, the decision

24   was made very soon before, because we were very

Leiden, Jeffrey [Linked]  04/26/2007  8:30:00 AM

1    careful about announcing publicly once we had made

2    important decisions.

3       Q.   Did you instruct Dr. Leonard to inform

4    Hancock when the decision was made?

5       A.   I do not -- I wasn't involved in

6    informing Hancock, so I can't tell you how that was

7    done.  I believe it was done, but I don't have

8    specific knowledge who or how it was done.

9       Q.   Going back to McKinsey, the work

10   McKinsey did in the Knoll integration.  Did

11   McKinsey provide any sort of report or study to

12   Abbott as a result of its work on that Knoll

13   integration project?

14      A.   No, I don't believe so.  I think mostly

15   what they provide -- what I remember that they

16   provided in terms of written documents was

17   templates for doing an integration, so they had a

18   whole group that had generated templates, for

19   example, that showed what the important steps of

20   the integration were, how to track an integration,

21   et cetera, et cetera.  My memory is the written

22   documents they supplied were mostly templates.

23   Again, they didn't supply them to me.  They would

24   have supplied them to Joe Nemmers.

12/04 2007 14:33 FAX 0031235544496          Abbott Medical                              ☑002

Errata Sheet

Page: __1__ Of Total Pages: _____

I wish to make the following changes to my deposition/statement:

Page #: __9__, Line #: __6__
As appears in Transcript: _____Leidan_____
To: _____Leiden_____
Reason: __Correct name of city__

Page #: __16__, Line #: __18__
As appears in Transcript: _____leader_____
To: __manager__
Reason: __this is the correct job title.__

Page #: __36__, Line #: __15__
As appears in Transcript: _____Beijenen_____
To: __Beijnen__
Reason: __is the correct name__

Page #: __37__, Line #: __17__
As appears in Transcript: _____— —_____
To: __no others__
Reason: __missing from transcript__

04 APR '07
_____
DATE

_____
DEPONENT'S SIGNATURE

12/04 2007 14:33 FAX 0031235544496       Abbott Medical                    ☑003

Errata Sheet

Page: 2 Of Total Pages: _____

I wish to make the following changes to my deposition/statement:

Page #: 41, Line #: 7
As appears in Transcript: tries to
To: nothing → leave out of text
Reason: 'tries to' is wrong, this will actually be done

Page #: 41, Line #: 11
As appears in Transcript: I do not know
To: Abbott, datamanagement.
Reason: because this is what is was

Page #: 62, Line #: 2
As appears in Transcript: To
To: leave out, start sentence with "As soon as..."
Reason: Otherwise sentence is not well understood

Page #: 65, Line #: 6-7
As appears in Transcript: from which --
To: yet
Reason: better reflects content of answer

4/4/07
DATE

DEPONENT'S SIGNATURE

12/04 2007 14:34 FAX 0031235544496        Abbott Medical                              @004

Errata Sheet

Page: _3_ Of Total Pages: _____

I wish to make the following changes to my deposition/statement:

Page #: _66_, Line #: _13_

As appears in Transcript: _5 o'clock_

To: _5 o'clock PM_

Reason: _to avoid Confusion over exact time of day_


Page #: _110_, Line #: _13_

As appears in Transcript: _have_

To: _had_

Reason: _in the past._


Page #: _____, Line #: _____

As appears in Transcript: _____

To: _____

Reason: _____


Page #: _____, Line #: _____

As appears in Transcript: _____

To: _____

Reason: _____


_04 APR '07_
DATE

DEPONENT'S SIGNATURE

**Deposition Exhibit 1**

**P's Exhibit 32**

**Part 1**





RESEARCH FUNDING AGREEMENT

by and between

ABBOTT LABORATORIES

and

JOHN HANCOCK LIFE INSURANCE COMPANY,

JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY,

and

INVESTORS PARTNER LIFE INSURANCE COMPANY

dated as of

March 13, 2001

Leiden EXHIBIT 1
FOR I.D. 4-26-01 _____

CONFIDENTIAL
JH 008076

INDEX OF DOCUMENTS

| Tab No. | Document |
|---------|----------|
| 1. | Research Funding Agreement dated as of March 13, 2001 |
| 2. | Exhibits to Research Funding Agreement |
| 3. | Legal opinion of Brian J. Smith |
| 4. | Proposed Summary of Terms dated June 27, 2000 |
| 5. | Miscellaneous Choate, Hall & Stewart memoranda |
| 6. | Miscellaneous Choate, Hall & Stewart memoranda to John Hancock regarding "outstanding issues" |
| 7. | Miscellaneous correspondence between Choate, Hall & Stewart and Abbott Laboratories |
| 8. | Copies of Choate, Hall & Stewart legal bills |
| 9. | Working Group List |

CONFIDENTIAL
JH 008077

RESEARCH FUNDING AGREEMENT

by and between

ABBOTT LABORATORIES

and

JOHN HANCOCK LIFE INSURANCE COMPANY,

JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY,

and

INVESTORS PARTNER LIFE INSURANCE COMPANY

dated as of

March 13, 2001

CONFIDENTIAL
JH 008078

-i-

## TABLE OF CONTENTS

ARTICLE 1 - DEFINITIONS ............................................................................................ 1
ARTICLE 2 - ANNUAL RESEARCH PROGRAM .................................................... 9
    2.1   Program Term ........................................................................................................ 9
    2.2   Research Plan ......................................................................................................... 9
    2.3   Conduct of Research ......................................................................................... 10
    2.4   Subcontracting Research ................................................................................. 10
    2.5   Research Reports and Records ...................................................................... 10
ARTICLE 3 - RESEARCH FUNDING .................................................................... 11
    3.1   John Hancock Program Payments ............................................................... 11
    3.2   Abbott Funding Obligation ............................................................................ 11
    3.3   Carryover Provisions ........................................................................................ 11
    3.4   Termination of John Hancock's Program Payment Obligation .......... 12
    3.5   Hancock Funding Obligation ......................................................................... 13
ARTICLE 4 - PRODUCT RESEARCH AND DEVELOPMENT ......................... 13
    4.1   Commercially Reasonable Efforts .............................................................. 13
    4.2   Marketing and Sale Responsibility ............................................................ 13
    4.3   Failure of Program Compound to Progress .......................................... 14
    4.4   Arm's-Length ...................................................................................................... 16
    4.5   In-License Agreements .................................................................................... 16
ARTICLE 5 - PROGRAM INVENTIONS .............................................................. 17
    5.1   Ownership ............................................................................................................. 17
    5.2   Patent Prosecution and Maintenance ........................................................ 17
    5.3   Enforcement ......................................................................................................... 17
ARTICLE 6 - MILESTONE PAYMENTS TO JOHN HANCOCK ...................... 17
    6.1   [Intentionally omitted] ................................................................................... 17
    6.2   Management Fee ................................................................................................. 17
    6.3   Milestone Notification and Payments ....................................................... 18
ARTICLE 7 - ROYALTIES ......................................................................................... 19
    7.1   Royalty Rates ...................................................................................................... 19
    7.2   Royalty Term ...................................................................................................... 19
ARTICLE 8 - ROYALTY REPORTS AND ACCOUNTING ............................... 20
    8.1   Reports, Exchange Rates ................................................................................ 20
    8.2   Audits ...................................................................................................................... 20
    8.3   Confidential Financial Information ............................................................ 21
    8.4   Accounting Principles ...................................................................................... 21
ARTICLE 9 - PAYMENTS .......................................................................................... 22
    9.1   Payment Terms ................................................................................................... 22
    9.2   Payment Method ................................................................................................ 22
    9.3   Late Payments ..................................................................................................... 22
ARTICLE 10 - CONFIDENTIALITY ....................................................................... 22

CONFIDENTIAL
JH 008079

-ii-

| | | |
|---|---|---|
| 10.1 | Nondisclosure Obligations | 22 |
| 10.2 | Permitted Disclosures | 22 |
| 10.3 | Publicity Review | 23 |
| ARTICLE 11- TERM AND TERMINATION | | 23 |
| 11.1 | Expiration | 23 |
| 11.2 | Termination; Material Breach | 23 |
| 11.3 | Effect of Expiration of Termination | 24 |
| ARTICLE 12 - WARRANTIES AND INDEMNITY | | 24 |
| 12.1 | John Hancock Representations and Warranties | 24 |
| 12.2 | Abbott Representations and Warranties | 25 |
| 12.3 | No Conflict | 29 |
| 12.4 | Compliance with Law | 29 |
| 12.5 | No Other Warranties | 29 |
| 12.6 | Indemnification of John Hancock | 29 |
| 12.7 | Indemnification of John Hancock Relating to In-Licensed Compounds | 30 |
| 12.8 | Procedure | 30 |
| 12.9 | Insurance | 31 |
| 12.10 | Acknowledgment | 31 |
| ARTICLE 13 - FORCE MAJEURE | | 31 |
| ARTICLE 14 - ASSIGNMENT | | 31 |
| ARTICLE 15 - SEVERABILITY | | 32 |
| ARTICLE 16 - MISCELLANEOUS | | 32 |
| 16.1 | Notices | 32 |
| 16.2 | Applicable Law | 34 |
| 16.3 | Entire Agreement | 34 |
| 16.4 | Headings | 34 |
| 16.5 | Independent Contractors | 34 |
| 16.6 | Performance By Affiliates | 35 |
| 16.7 | Dispute Resolution | 35 |
| 16.8 | Waiver | 35 |
| 16.9 | Counterparts | 35 |

| | |
|---|---|
| EXHIBIT 1.6: | First Annual Research Plan |
| EXHIBIT 1.17: | Eisai Territory |
| EXHIBIT 1.40: | Program Compounds |
| EXHIBIT 1.43: | Example of Program Related Costs for One Program Compound |
| EXHIBIT 9.2: | Payment Instructions |
| EXHIBIT 12.2(d): | Further Information regarding Program Compounds |
| EXHIBIT 12.2(e): | Certain Patent Information |
| EXHIBIT 12.2(f): | Communications |
| EXHIBIT 12.2(i): | Compound Reports |

CONFIDENTIAL
JH 008080

## RESEARCH FUNDING AGREEMENT

This Research Funding Agreement is made as of March 13, 2001, by and between Abbott Laboratories, an Illinois corporation ("Abbott"), with its principal offices at 100 Abbott Park Road, Abbott Park, Illinois 60064-6049, and John Hancock Life Insurance Company, a Massachusetts corporation, John Hancock Variable Life Insurance Company, a Massachusetts corporation, and Investors Partner Life Insurance Company, a Delaware corporation (collectively, "John Hancock"), each with its principal offices at 200 Clarendon Street, Boston, Massachusetts 02117.

### WITNESSETH

WHEREAS, Abbott is a global healthcare company actively engaged in the research and development of human pharmaceutical products;

WHEREAS, Abbott is interested in obtaining additional funding to support such research and development activities with respect to certain pharmaceutical products which are under development; and

WHEREAS, John Hancock is interested in providing such additional funding in exchange for the right to receive future milestone and royalty payments from Abbott.

NOW, THEREFORE, in consideration of the foregoing and the mutual covenants and undertakings contained herein, the parties hereto agree as follows:

### ARTICLE I
### DEFINITIONS

In addition to the other terms defined elsewhere herein, the following terms shall have the following meanings when used in this Agreement (and any term defined in the singular shall have the same meaning when used in the plural and vice versa, unless stated otherwise):

1.1     "Affiliate" shall mean, with respect to each party, any corporation or other form of business organization, which directly or indirectly owns, controls, is controlled by, or is under common control with, such party. An entity shall be regarded as being in control of another entity if the former entity has the direct or indirect power to order or cause the direction of the policies of the other entity whether (i) through the ownership of more than fifty percent (50%) in the United States, or thirty percent (30%) or more outside the United States, of the outstanding voting securities (or other ownership interest for a business organization other than a corporation) of that entity; or (ii) by contract, statute, regulation or otherwise.

1.2     "Aggregate Carryover Amount" shall have the meaning given in Section 3.3.

CONFIDENTIAL
JH 008081

-2-

1.3 "Aggregate Spending Target" shall mean Six Hundred Fourteen Million Dollars ($614,000,000).

1.4 "Annual Carryover Amount" shall have the meaning given in Section 3.3.

1.5 "Annual Minimum Spending Target" for each Program Year, shall mean the sum of (i) the Program Payment of John Hancock for such Program Year as specified in Section 3.1, (ii) Fifty Million Dollars ($50,000,000), and (iii) any Annual Carryover Amount for the prior Program Year pursuant to Section 3.3. With respect to the fifth Program Year, the "Annual Minimum Spending Target" shall mean the Annual Carryover Amount for the prior Program Year pursuant to Section 3.3.

1.6 "Annual Research Plan" shall mean, for the Program Years in the Program Term, a reasonably and consistently detailed statement of the objectives, activities, timetable and budget for the Research Program for every Program Year remaining in the Program Term, it being understood that less detail shall be required for Program Years that are not the current Program Year. The first Annual Research Plan is attached as Exhibit 1.6. "Annual Research Plan" shall mean, for those years occurring after the expiration of the Program Term, a reasonably and consistently detailed statement of the objectives, activities, timetable and budget for the Research Program for such year only.

1.7 "Bundled Product" shall have the meaning given in paragraph (b) of the definition of Net Sales.

1.8 "Ceased Program" shall mean at least one year has elapsed since Abbott ceased its directed efforts with respect to the applicable Preclinical Program (FTI Program, ED Program or MMPI Program), meaning that Abbott has eliminated the funding for the established research program identified by a core group of researchers dedicated to the applicable Preclinical Program. The continued existence of a researcher separate and apart from such core group shall not affect the determination that a Preclinical Program has ceased.

1.9 "Combination Product" shall mean any product containing one or more Program Compounds combined as a single pharmaceutical product with one or more other therapeutically active ingredients.

1.10 "Commercially Reasonable Efforts" shall mean efforts which are consistent with those normally used by other pharmaceutical companies with respect to other pharmaceutical compounds or products which are of comparable potential commercial value and market potential at a similar stage of development or product life, taking into account, without limitation, issues of safety and efficacy, compound or product profile, proprietary status, the regulatory environment and the status of the compound or product and other relevant scientific factors.

1.11 "Compound Reports" shall have the meaning given in Section 12.2(i).

CONFIDENTIAL
JH 008082

-3-

1.12 "Confidential Information" shall have the meaning given in Section 10.2.

1.13 "Delivery System Product" shall have the meaning given in paragraph (d) of the definition of Net Sales.

1.14 "Dollars" or "$" shall mean United States dollars.

1.15 "ED Program" shall mean all of Abbott's discovery efforts to identify compounds (including the identification of pre-clinical and development compounds owned by third parties) which modulate dopamine receptors for the purpose of treating erectile dysfunction.

1.16 "Eisai Agreement" shall mean the License Agreement dated June 29, 2000 between Eisai Co., Ltd. and Abbott related to the Program Compound known as ABT-751.

1.17 "Eisai Territory" shall mean the countries listed on Exhibit 1.17 hereto.

1.18 "Execution Date" shall mean the date set forth in the introductory paragraph to this Agreement.

1.19 [Intentionally Omitted.]

1.20 "FDA" shall mean the U.S. Food and Drug Administration or any successor entity thereto.

1.21 "First Commercial Sale" shall mean the first sale of a Product in a given country by Abbott, its Affiliates or Licensees to an unaffiliated third person after Regulatory Approval has been granted in such country.

1.22 "FTI Program" shall mean all of Abbott's discovery efforts to identify compounds (including the identification of pre-clinical and development compounds owned by third parties) which act as farnesyl transferase inhibitors for the purpose of treating cancer.

1.23 "In-License Agreements" shall mean the Eisai Agreement, the Wakunaga Agreement and the Taisho Agreement.

1.24 "International Territory" shall mean all areas of the world outside the U.S. Territory.

1.25 "Investigational New Drug Application" shall mean an investigational new drug application filed with the FDA in order to commence human clinical testing of a drug in the United States.

CONFIDENTIAL
JH 008083

-4-

1.26 "Licensee" shall mean any party licensed or otherwise authorized in writing by Abbott, its Affiliates or its licensees to market, distribute or sell Products and from whom Abbott receives a royalty or other payment based upon sales of Products by such party, its affiliates or its licensees (it being understood that a party that is a merely a distributor, wholesaler or similar reseller of Products is not a Licensee hereunder). In no case shall Eisai Co., Ltd. or Taisho Pharmaceutical Co., Ltd. be considered Licensees under the terms of the Eisai Agreement or Taisho Co-Development Agreement with respect to the Eisai Territory or Japan, respectively.

1.27 "Losses" shall mean any claims, demands, liabilities, costs, damages, judgments, settlements and other reasonable expenses (including attorneys' fees).

1.28 "Milestone Payment" shall have the meaning given in Section 6.3.

1.29 "MMPI Program" shall mean all of Abbott's discovery efforts to identify compounds (including the identification of pre-clinical and development compounds owned by third parties) that inhibit matrix metalloproteinase and treat cancer.

1.30 "NDA" shall mean a New Drug Application (as defined by the FDA) filed with the FDA for the purpose of obtaining Regulatory Approval of a Product in the U.S. Territory.

1.31 "Net Sales" shall mean:

(a)     the total gross sales of the Products (or, for purposes of clauses (b) and (c), the Bundled Products and Combination Products), in each case as set forth on the invoices for such sales by Abbott, its Affiliates and Licensees to unaffiliated third parties in any given period, plus, if applicable, the fair market value of all properties and services received in consideration of a sale of the Products (or, for purposes of clauses (b) and (c), the Bundled Products and Combination Products) by Abbott, its Affiliates and Licensees to unaffiliated third parties during such period, less the following deductions directly paid or actually incurred by Abbott, its Affiliates or Licensees during such period with respect to the sale of the Products (or, for purposes of clauses (b) and (c), the Bundled Products and Combination Products) to the extent included in the gross invoiced sales price therefor:

(i)     discounts, credits, rebates, allowances, adjustments, rejections, recalls and returns;

(ii)    price reductions or rebates, retroactive or otherwise, imposed by government authorities;

(iii)   sales, excise, turnover, inventory, value-added and similar taxes assessed on the royalty-bearing sale of Products;

CONFIDENTIAL
JH 008084

-5-

(iv)  transportation, importation, insurance and other handling expenses directly chargeable to the royalty-bearing sale of Products;

(v)  charge backs granted to unaffiliated drug wholesalers; and

(vi)  the portion of management fees paid to unaffiliated group purchasing organizations that relate specifically to the royalty-bearing sale of Products.

(b)  With respect to a Product which is sold together with any other products and/or services in a country at a unit price, whether packaged together or separately (a "Bundled Product"), the Net Sales of such Bundled Product shall first be calculated in accordance with the definition of Net Sales under paragraph (a), and then the Net Sales of such Bundled Product shall be determined on a country-by-country basis as follows:

(i)  multiply the Net Sales of such Bundled Product in such country by the fraction A/(A+B) where A is the average selling price of such Product in such country when sold separately and B is the total of the average selling prices in such country of each such other product(s) and/or service(s) in such Bundled Product when sold separately; or

(ii)  if (x) either the average selling price of such Product or the total of the average selling prices of each such other products and/or services in such Bundled Product in such country is not available as of such date or (y) such Product is not sold separately in such country, multiply the Net Sales of such Bundled Product in such country by a percentage determined by the mutual agreement of the Parties which represents the proportionate economic value in such country of such Product relative to the economic value in such country contributed by the other products and/or services in such Bundled Product.

(c)  With respect to a Combination Product, the Net Sales of such Combination Product shall first be calculated in accordance with the definition of Net Sales under paragraph (a), and then the Net Sales of such Combination Product shall be determined on a country-by-country basis as follows:

(i)  multiply the Net Sales of such Combination Product in such country by the fraction A/(A+B), where A is the total of the average selling prices of the Program Compounds in such

CONFIDENTIAL
JH 008085

-6-

Combination Product when sold separately in such country and B is the total of the average selling prices of each other therapeutically active ingredient when sold alone as a pharmaceutical product in such country; or

(ii)    if (x) either the average selling price of all Program Compounds in such Combination Product or the total of the average selling prices of each other therapeutically active ingredient in such Combination Product in such country is not available or (y) such Program Compounds are not sold separately in such country, multiply the Net Sales of such Combination Product by a percentage determined by mutual agreement of the Parties, which represents the proportionate economic value in such country of all Program Compounds in such Combination Product relative to the economic value in such country contributed by all other therapeutically active ingredients in such Combination Product.

(d)    For purposes of this paragraph (d), a "Premium Delivery System" means any delivery system comprising device(s), equipment, instrumentation or other non-ingestible components (but not solely containers or packaging) designed to assist in the administration of a Product, such as the Abbott ADD-Vantage® System.  With respect to a Product which is sold together with a Premium Delivery System (a "Delivery System Product") in a country at a unit price, the Net Sales of such Delivery System Product shall first be calculated in accordance with the definition of Net Sales under paragraph (a), and then the Net Sales of such Product shall be determined on a country-by-country basis as follows:

(i)    if the Product is sold separately without the Premium Delivery System in a country, reduce the Net Sales of such Delivery System Product in such country by the amount that the average selling price of the Delivery System Product in such country exceeds the average selling price of such Product as sold separately in such country; or

(ii)    if the Product is not sold separately without the Premium Delivery System in such country, reduce Net Sales of such Delivery System Product by an amount, determined by mutual agreement of the Parties, which represents the proportionate economic value in such country added by the Premium Delivery System.

(e)    Net Sales shall not include any sales of Products containing one Program Compound (and no other Program Compound) known as (i) ABT-751 by Eisai Co. Ltd., its affiliates or licensees in the Eisai Territory or (ii) ABT-

CONFIDENTIAL
JH 008086

-7-

773 by Taisho Pharmaceutical Co., Ltd., its affiliates or licensees in Japan. Notwithstanding the foregoing sentence, Net Sales shall include in all instances sales by such parties of such products that are outside such territories, respectively.

1.32    "Parties" shall mean Abbott and John Hancock.

1.33    "Patents" shall have the meaning set forth in Section 12.2(e).

1.34    "Phase I Clinical Trial" shall mean a clinical trial of a Program Compound which utilizes a limited number of human beings preliminarily to address safety and to determine what doses can be safely tolerated.

1.35    "Phase II Clinical Trial" shall mean a controlled clinical trial, the primary objective of which is to ascertain additional data regarding the safety and tolerance of one of the Program Compounds and preliminary data regarding such Program Compound's efficacy.

1.36    "Phase III Clinical Trial" shall mean one or a series of controlled pivotal studies of a specific Program Compound by administration of such Program Compound to human beings where the principal purpose of such trial is to provide confirmatory safety and efficacy data necessary to support the filing for Regulatory Approval of a Product.

1.37    "Preclinical Programs" shall mean the following preclinical and clinical programs with potential backup compounds in accordance with Section 4.3(a): the FTI Program, the ED Program and the MMPI Program.

1.38    "Premium Delivery System" shall have the meaning given in paragraph (d) of the definition of Net Sales.

1.39    "Product" shall mean any product containing one or more of the Program Compounds as an active ingredient, alone or in combination with other active ingredients (including any Bundled Product and any Combination Product).

1.40    "Program Compounds" shall mean (i) the compounds listed on Exhibit 1.40; (ii) the first compound (the selection of which shall be consistent with Abbott using Commercially Reasonable Efforts) from each of the Preclinical Programs to enter Phase I Clinical Trial; (iii) any compounds or products substituted or added by Section 4.3; (iv) all line extensions and formulations of the foregoing; and (v) all analogs, isomers, improvements, derivatives and modifications of the foregoing unless such analog, isomer, improvement, derivative or modification would be considered a new chemical entity and required by the FDA to reenter Phase I Clinical Trial. A compound or product shall be considered a Program Compound regardless of the indication for which it is used.

1.41    "Program Inventions" shall have the meaning given in Section 5.1.

CONFIDENTIAL
JH 008087

-8-

1.42   "Program Payments" shall have the meaning given in Section 3.1.

1.43   "Program Related Costs" shall mean (i) all direct and indirect costs and expenses that are incurred by Abbott on the Research Program during a given Program Year and allocated in a manner consistent with Abbott's internal, pharmaceutical products·division-wide allocation procedures; and (ii) the milestone and license fees paid during a given Program Year or during any extension period of the Program Term by Abbott to (a) Eisai Co. Ltd. (not to exceed Eighteen Million Dollars ($18,000,000) in the aggregate with respect to the Program Compound known as ABT-751 pursuant to the Eisai Agreement) and (b) Wakunaga Pharmaceutical Co., Ltd. (not to exceed Twenty Seven Million Five Hundred Thousand Dollars ($27,500,000) in the aggregate with respect to the Program Compound known as ABT-492 pursuant to the Wakunaga Agreement). Any payments made by Abbott to John Hancock pursuant to Sections 6.2 and 6.3(a), (b), (c), (d) and (e) shall constitute Program Related Costs. Any payment made by Abbott to John Hancock pursuant to Section 6.3(f) shall not constitute Program Related Costs. Set forth on Exhibit 1.43 is an example of the calculation of Program Related Costs for a particular Program Compound.

1.44   "Program Term" shall mean a period of four (4)·consecutive Program Years.

1.45   "Program Year" shall mean a period of twelve (12) consecutive calendar months commencing on January 1 of each year, except that the first Program Year shall commence on the Execution Date and end on December 31, 2001.

1.46   "Quarterly Reporting Period" shall mean the calendar quarter with respect to the U.S. Territory together with the fiscal quarter ending on the final day of February, May, August and November (as the case may be) with respect to the International Territory. For example, the Quarterly Reporting Period that comprises the second calendar quarter with respect to the U.S. Territory also includes the period from March 1 through May 31 with respect to the International Territory. If Abbott adopts the calendar year as its fiscal year for the International Territory, then the Quarterly Reporting Period for the International Territory shall also be the calendar quarter.

1.47   "Research Program" shall mean all of Abbott's, its Affiliates' and Subcontractors' activities directed towards obtaining Regulatory Approval for the Products, including research, development, safety and efficacy studies, clinical trials, process development, formulation work, regulatory, quality, data collection and analysis and project management.

1.48   "Regulatory Approval" shall mean: (i) with respect to the U.S. Territory, the receipt of approval from the FDA to market a Product in the U.S. Territory; and (ii) with respect to any country in the International Territory, receipt of the governmental approvals required to market a Product in such country, including any pricing and reimbursement authorization required in such country.

CONFIDENTIAL
JH 008088

-9-

1.49 "Replacement Compound" shall mean a compound (i) made available to Abbott as a result of any transaction involving Abbott or its Affiliates (whether by merger, acquisition or sale of assets or equity, or by license or otherwise), (ii) used for the same class of indications as the Ceased Compound (for example, anti-infectives, cancer, cardiovascular or pain), and (iii) having at least the current and projected potential commercial value to John Hancock as the Ceased Compound.

1.50 "Royalty Term" shall mean, with respect to each Product in each country, a period of ten (10) years from the later of (x) the date of First Commercial Sale of such Product in such country and (y) the two year anniversary of the Execution Date; provided that (i) the obligation to make royalty payments on the Product shall not begin until the two-year anniversary of the Execution Date (and only with respect to Net Sales occurring on or after such date) and (ii) Abbott's obligation to make royalty payments shall cease on December 31, 2015.

1.51 "Subcontractor" shall have the meaning given in Section 2.4.

1.52 "Taisho Agreement" shall mean the Co-Development Agreement dated September 30, 1997 between Taisho Pharmaceutical Co., Ltd. and Abbott related to the Program Compound known as ABT-773.

1.53 "Territory" shall mean both the U.S. Territory and the International Territory, excluding the Eisai Territory with respect to the Program Compound known as ABT-751.

1.54 "U.S. Territory" shall mean the United States of America, excluding Puerto Rico and the U.S. Virgin Islands.

1.55 "Wakunaga Agreement" shall mean the License Agreement dated December 1, 1999 between Wakunaga Pharmaceutical Co., Ltd. and Abbott related to the Program Compound known as ABT-492.

ARTICLE 2
ANNUAL RESEARCH PROGRAM

2.1 Research Program Term. The Research Program shall be conducted by Abbott during the Program Term, and beyond the Program Term until Abbott either abandons development in accordance with the terms hereof or receives Regulatory Approval for each Program Compound, or some combination thereof.

2.2 Research Plan. The Research Program shall be conducted by Abbott in each Program Year in accordance with the Annual Research Plan for such Program Year. The Annual Research Plan will be provided to John Hancock until Abbott either abandons development in accordance with the terms hereof, or receives Regulatory Approval for, each Program Compound in the U.S. Territory, or some combination thereof. The Annual Research Plan shall be prepared

CONFIDENTIAL
JH 008089

-10-

by Abbott and presented to John Hancock at least forty-five (45) days prior to the start of each Program Year. The first Annual Research Plan is attached as Exhibit 1.6. Abbott may modify the Annual Research Plan from time to time in order to best meet the objectives of the Research Program. Any such modifications to the Annual Research Plan shall be promptly provided to John Hancock. In addition, Abbott shall provide an Annual Research Plan for each year after the end of the Program Term as long as there is an active research program for any Program Compounds.

2.3    Conduct of Research. Abbott shall use Commercially Reasonable Efforts to conduct the Research Program in good scientific manner and using good laboratory practices, to achieve the objectives of the Research Program efficiently and expeditiously and to comply with all applicable laws and regulations. Notwithstanding anything in this Agreement to the contrary, Abbott does not represent, warrant or guarantee that the Research Program will be successful in whole or in part or result in the registration or commercialization of any pharmaceutical products or that any Products obtaining Regulatory Approval will be a commercial success.

2.4    Subcontracting Research. Abbott may subcontract or outsource to Affiliates or third persons (each, a "Subcontractor") any portion of the Annual Research Plan. Consistent with Abbott's past practices, each Subcontractor shall enter into a confidentiality agreement with Abbott and agreements pursuant to which such Subcontractor is required to comply with all applicable laws and regulations, including conducting the Research Program in good scientific manner and using good laboratory practices, with respect to its work on the Research Program. Abbott shall supervise and be responsible under this Agreement for the work of each such Subcontractor on the Research Program and no subcontracting or outsourcing shall relieve Abbott of any of its obligations hereunder.

2.5    Research Reports and Records. Abbott shall, no later than thirty (30) days before the last day of each Program Year, provide John Hancock with a reasonably detailed report setting forth the status of the Research Program and all Program Related Costs expended by Abbott during such Program Year. The Program Related Costs set forth in such report may include good faith estimates with respect to the last three (3) months of the Program Year, provided that the report under this Section 2.5 for the following Program Year contains the actual Program Related Costs for that three (3) month period. Such report shall also contain such other information related thereto as John Hancock may reasonably request from time to time. Abbott shall, and shall cause each Subcontractor to, maintain complete and accurate records, in sufficient detail and in good scientific manner appropriate for patent and regulatory purposes and for purposes of demonstrating compliance with the terms hereof, that fully and properly reflect all work done, results achieved and Program Related Costs expended in performance of the Research Program. The books and records of Abbott and each Subcontractor related to the Research Program, including, without limitation, those related to the expenditure of Program Related Costs, shall be subject to copying, inspection and audit by (and at the expense of) John Hancock at any time and from time to time. Such audit shall occur upon reasonable notice and during normal business hours by an independent auditor selected by John Hancock and reasonably acceptable to Abbott. John Hancock and its independent auditor shall maintain such

CONFIDENTIAL
JH 008090

-11-

records and information of Abbott in confidence in accordance with Article 10 and shall not use such records or information except to the extent permitted by this Agreement, including any enforcement of the provisions hereof. In the event that such audit reveals any material breach of Abbott's responsibilities hereunder, Abbott shall (i) pay the reasonable fees and expenses charged by such auditor, and (ii) fully and promptly cure such breach.

## ARTICLE 3
## RESEARCH FUNDING

3.1   <u>John Hancock Program Payments</u>. John Hancock shall make the following installment payments on the applicable payment date (the "<u>Payment Date</u>"), for the applicable Program Year, to Abbott to help support the Research Program (the "<u>Program Payments</u>"):

| Payment Date | Amount | Program Year |
|---|---|---|
| December 1, 2001 | $50,000,000 | First |
| December 1, 2002 | $54,000,000 | Second |
| December 1, 2003 | $58,000,000 | Third |
| December 1, 2004 | $52,000,000 | Fourth |

All Program Payments shall be expended by Abbott on Program Related Costs and for no other purpose. If John Hancock has not received at least thirty (30) days prior to the Payment Date both (i) the Annual Research Plan for such year and (ii) the report described in Section 2.5 for the previous Program Year, then John Hancock's obligation to make the Program Payment due on such Payment Date shall be suspended until thirty (30) days have elapsed from the date of John Hancock's receipt of both such Annual Research Plan and report.

3.2   <u>Abbott Funding Obligation</u>. Abbott shall spend on Program Related Costs: (i) during each Program Year, at least the Annual Minimum Spending Target for such Program Year and (ii) at least the Aggregate Spending Target during the Program Term. John Hancock's sole and exclusive remedies for Abbott's failure to fund the Research Program in accordance with this Section 3.2 (but not for any other breach of Abbott's other obligations hereunder) are set forth in Sections 3.3 and 3.4.

3.3   <u>Carryover Provisions</u>. Abbott shall be permitted to change its funding obligations under Section 3.2 only as follows:

(a)   If in any Program Year Abbott spends on Program Related Costs, the full amount of the Program Payment provided by John Hancock for such Program Year, but does not spend the full amount of the Annual Minimum Spending Target for such Program Year (including any Annual Carryover Amounts from any prior Program Years), Abbott will spend on Program Related Costs the difference between its expenditure on Program Related Costs for such Program Year and the Annual Minimum Spending Target

CONFIDENTIAL
JH 008091

-12-

for such Program Year (the "Annual Carryover Amount") in the subsequent Program Year. John Hancock's obligation to make any Program Payment for such subsequent Program Year, if any, pursuant to Section 3.1, shall be deferred until the time that Abbott has spent and notifies John Hancock that it has spent the Annual Carryover Amount in such subsequent Program Year; and

(b)    If Abbott does not expend on Program Related Costs the full amount of the Aggregate Spending Target during the Program Term, Abbott will expend the difference between its expenditures for Program Related Costs during the Program Term and the Aggregate Spending Target (the "Aggregate Carryover Amount") on Program Related Costs during the subsequent year commencing immediately after the end of the Program Term. If Abbott does not spend the Aggregate Carryover Amount on Program Related Costs during such subsequent year, Abbott will pay to John Hancock one-third of the Aggregate Carryover Amount that remains unspent by Abbott, within thirty (30) days after the end of such subsequent year.

3.4    Termination of John Hancock's Program Payment Obligation. If Abbott: (i) abandons development of all Preclinical Programs and Program Compounds in any Program Year during the Program Term (it being understood that such abandonment need not occur entirely in one Program Year); (ii) does not expend on Program Related Costs during any Program Year the full amount of the Program Payment made by John Hancock for such Program Year; (iii) does not reasonably demonstrate in its Annual Research Plan, its intent and reasonable expectation to expend on Program Related Costs during the next Program Year an amount in excess of the Program Payment to be provided by John Hancock for such year; or (iv) does not reasonably demonstrate in its Annual Research Plan its intent and reasonable expectation to expend on Program Related Costs during the Program Term an amount in excess of the Aggregate Spending Target, John Hancock's obligation to make any remaining Program Payments for any succeeding Program Years pursuant to Section 3.1 shall terminate. For the avoidance of doubt, the Program Payments for the Program Year in which such event occurs shall still be due and payable, adjusted only as set forth in the next sentence, if applicable. In addition, in the case of either (i) or (ii) above, Abbott shall (not later than the 10th day following such event) pay to John Hancock (x) the amount, if any, by which the Program Payment made by John Hancock for such year (in the case of (i) above meaning the Program Year in which all Preclinical Programs and Program Compounds were finally abandoned), if any, exceeds one-half of the Program Related Costs actually spent by Abbott during that Program Year and (y) such additional amount that, after giving effect to the payments referred to in this sentence, causes the Program Related Costs for all years in the Program Term to date to have been funded one-third (1/3) by John Hancock and two-thirds (2/3) by Abbott.

3.5    Hancock Funding Obligation. John Hancock's entire obligation hereunder shall be limited to providing the Program Payments set forth in Section 3.1. Abbott shall be solely

CONFIDENTIAL
JH 008092

-13-

responsible for funding all Program Related Costs in excess of the Program Payments from John Hancock.

## ARTICLE 4
## PRODUCT RESEARCH AND DEVELOPMENT

    4.1    <u>Commercially Reasonable Efforts</u>. Abbott shall be solely responsible for the clinical development, government approval, manufacturing, marketing, sales and distribution of Products. Abbott will use, and will cause each of its Affiliates and Licensees to use, Commercially Reasonable Efforts to pursue the clinical development, government approval, manufacturing, marketing, sales and distribution of Products throughout the Territory. The obligations of Abbott, its Affiliates and Licensees with respect to any Product under this Article 4 are expressly conditioned upon the safety, efficacy and commercial feasibility of each Product, consistent with using Commercially Reasonable Efforts, but no license, assignment or other transfer of rights by Abbott will modify or reduce Abbott's obligations hereunder (except as set forth in Article 14). It is the parties' expectation that under normal circumstances Abbott will file for Regulatory Approval with respect to each Product in Europe within two (2) years from the date of the NDA filing for such Product in the U.S. Territory and in Japan within five (5) years from such NDA filing date; provided, however, that these time frames may be extended or otherwise altered based upon unforeseen circumstances that legitimately impact such regulatory filings in such foreign jurisdictions.

    4.2    <u>Marketing and Sale Responsibility</u>. Without limiting the generality of Section 4.1, within six (6) months of obtaining Regulatory Approval for a Product in a given country, Abbott, its Affiliates or Licensees shall commence to market and sell such Product in such country. Abbott's obligation to market and sell a Product shall not apply to a Product in any country if Abbott has not commenced or has ceased marketing and selling such Product in such country substantially on account of adverse business or financial conditions caused by the regulatory authorities or other governmental authorities of such country (including not commencing marketing and selling in a country where the regulatory authorities have price or reimbursement approval and the price or reimbursement approval or that proposed by the regulatory authorities or government authorities is unacceptable to Abbott) which causes the marketing and sale of such Product in such country to be contrary to the financial best interests of John Hancock and Abbott; provided, however, that Abbott, its Affiliates or Licensees shall commence or resume marketing and sale of such Product in such country as soon as reasonably practical after such adverse business or financial conditions cease to exist.

**CONFIDENTIAL**
**JH 008093**

    4.3    <u>Failure of Program Compound to Progress</u>.

        (a)    <u>Preclinical Programs: ED Program, FTI Program and MMPI Program</u>. With respect to any Program Compound resulting from a Preclinical Program that Abbott ceases to develop past Phase I Clinical Trial (i.e., does not enter a Phase II Clinical Trial) (a "Failed Early Stage Program

-14-

Compound"), for which Abbott or its Affiliates has or will have one or more other compounds in such respective Preclinical Program (which includes all in-licensed compounds not yet approved for marketing), the next compound to enter Phase I Clinical Trials from such Preclinical Program shall be considered a Program Compound in all respects hereunder, as of the date of the cessation of such Failed Early Stage Program Compound; provided however, with respect to each Preclinical Program, there shall be no more than three Program Compounds substituted under this Section 4.3(a) (for an aggregate maximum of nine (9) such substitutions for all Preclinical Programs). At the time a Preclinical Program becomes a Ceased Program, Abbott shall have no further obligation to provide a substitute for a Failed Early Stage Program Compound.

(b)     Failure of ABT-492 or ABT-510 to Yield a Compound that Enters a Phase II Clinical Trial. If (i) ABT-492 fails to enter a Phase II Clinical Trial, or (ii) ABT-510 fails to enter a Phase II Clinical Trial, then within six (6) months after the failure of the first such Program Compound to enter a Phase II Clinical Trial, Abbott shall substitute a compound in a Phase II Clinical Trial having a commercial value not less than that currently expected for ABT-492 and ABT-510, respectively (as of the date of execution of this Agreement).

(c)     Cessation as a Result of an Acquired Replacement Compound. If Abbott ceases or substantially ceases developing, marketing or selling any Program Compound (that is in Phase I or beyond) or Product (a "Ceased Compound"), and if such cessation or substantial cessation is a result of Abbott's acquisition of a Replacement Compound, then the Replacement Compound shall be considered a Program Compound and/or Product from the date of such acquisition and the Ceased Compound shall no longer be considered a Program Compound.

In the event that the Replacement Compound has been approved for marketing by the FDA and the Ceased Compound has not been approved for marketing by the FDA as of the date of such acquisition, Section 4.3(d) shall apply and the first paragraph of this Section 4.3(c) shall not apply.

In the event that the Ceased Compound has been approved for marketing by the FDA as of the date of such acquisition, John Hancock shall have the option, in its sole discretion, to have Abbott maximize the commercial value of the Ceased Compound pursuant to Section 4.3(d) instead of having the Ceased Compound be subject to this Section 4.3(c).

CONFIDENTIAL
JH 008094

-15-

(d) <u>Cessation for Reasons Other than Section 4.3(c)</u>. If a Program Compound (that is in Phase I or beyond) or Product becomes a Ceased Compound for any reason not as a result of the acquisition of a Replacement Compound as set forth in Section 4.3(c) above and provided that such Ceased Compound has commercial value, then

    (i)    as soon as is practicable Abbott shall maximize the commercial value, if any, of the Ceased Compound to both parties by out-licensing or divesting such Ceased Compound to a third party; provided, however, if the out-licensing or divestiture of such Ceased Compound requires the approval of Taisho Pharmaceutical Co., Ltd. (in the case of Program Compound ABT-773), Eisai Co., Ltd. (in the case of Program Compound ABT-751) or Wakunaga Pharmaceutical Co., Ltd. (in the case of Program Compound ABT-492), pursuant to the respective In-License Agreement, and such entity does not grant such approval, then Abbott shall within a reasonable period of time but not more than three months substitute a compound (which shall thereupon become a "Program Compound") having at least the current and projected potential commercial value as such Ceased Compound;

    (ii)    John Hancock shall be permitted (but have no obligation) to assist in such out-license and/or divestiture effort; and

    (iii)    Abbott shall remunerate John Hancock based on the sales of such Ceased Compound by the third party that has acquired or licensed the Ceased Compound (the "Acquirer") in a manner most consistent with the allocation that would have applied hereunder had such Ceased Compound not been so out-licensed or divested, i.e., in accordance with the royalties and milestones payable hereunder. The appropriate royalty rate payable to John Hancock shall be determined by adding the Acquirer's Net Sales of the Ceased Compound to the total Net Sales of other Products.

(e) <u>Divestiture</u>. Notwithstanding anything herein to the contrary, Abbott shall not divest or out-license any Program Compound (which shall mean a sale, license or other transfer by Abbott of the right to develop, market and sell any Product containing such Program Compound either (i) in all of North America or (ii) in the countries of Japan and/or the European Union that have at least two-thirds of the total population of Japan and the European Union), without John Hancock's prior written consent, which consent shall not be unreasonably withheld; provided however, if such Program Compound is being divested as a result of direction from the

CONFIDENTIAL
JH 008095

-16-

Federal Trade Commission to so divest, John Hancock's written consent shall not be required.

(f)   Notice and Information.  Abbott shall promptly notify John Hancock upon occurrence of any decision by Abbott to cease or substantially cease developing, marketing or selling any Program Compound or Product.  In addition, Abbott shall provide to John Hancock all information reasonably requested by John Hancock related to any Replacement Compound, Program Compound, or Product that is subject to the provisions of this Section 4.3.

(g)   Commercially Reasonable Efforts.  Nothing in this Section 4.3 shall lessen any of Abbott's other obligations under this Agreement nor permit Abbott to perform in any manner that is not clearly consistent with using its Commercially Reasonable Efforts hereunder.

4.4   Arm's-Length.  Abbott shall not research, develop, manufacture, market, sell, distribute, out-license or otherwise treat any Program Compounds or Products differently, as compared to any other Abbott compounds or products, on account of any of John Hancock's rights hereunder.  Furthermore, all distribution agreements, licenses, out-licenses and other agreements relating to the research, development, manufacturing, marketing, sale, distribution, licensing, out-licensing or divestiture of and all other transactions involving any Program Compounds or Products to or with any third party (except to Abbott's Affiliates) shall be on arm's-length terms and conditions.

4.5   In-License Agreements.  Abbott shall comply in all material respects with the terms and conditions of the In-License Agreements.  Abbott shall not amend the In-License Agreements or waive any of its rights thereunder without John Hancock's prior written consent (such consent not to be unreasonably withheld), unless such amendment or waiver does not have and would not have a material adverse effect on John Hancock's interests hereunder.  To the extent that Abbott or any of its Affiliates obtains the right to market, distribute or sell Products containing the Program Compound known as ABT-751 in the Eisai Territory, then sales by Abbott, its Affiliates and Licensees of such Products in such territory shall be included in all respects hereunder (including without limitation in Net Sales and the Territory).

ARTICLE 5
PROGRAM INVENTIONS

CONFIDENTIAL
JH 008096

5.1   Ownership.  As between Abbott and John Hancock, all inventions, innovations, ideas, discoveries, technology, know-how, methods, data, applications and products (in each case whether or not patentable) arising from the Research Program or otherwise related to the Program Compounds (collectively, the "Program Inventions") shall be exclusively owned by or assigned to Abbott.  Abbott shall not divest, out-license or otherwise transfer any of its right, title

-17-

or interest in or to any Program Inventions which would prevent or impair Abbott's ability to fulfill its obligations to John Hancock under this Agreement.

5.2    Patent Prosecution and Maintenance.  To the extent it owns a Program Invention or has the contractual right to pursue patent protection for a Program Invention, Abbott will use Commercially Reasonable Efforts to obtain patent protection for the Program Inventions in the Territory.  As between Abbott and John Hancock, Abbott shall be responsible for all costs and expenses and control all decisions related to pursuing such patent protection, including the preparation, filing (foreign and/or domestic), prosecution, issuance and maintenance of patent applications or patents covering Program Inventions.

5.3    Enforcement.  As between Abbott and John Hancock, Abbott shall have the sole right and authority to enforce the patents or any other rights arising from the Program Inventions (including without limitation the Patents) against any infringers.  If Abbott initiates any action or lawsuit to enforce such patents or other rights, it shall be solely responsible for the cost and expense thereof.  Abbott will promptly notify John Hancock at such time as it becomes aware of any infringement activities and of any such enforcement actions or lawsuit, and Abbott will provide information concerning them as reasonably requested by John Hancock.  All moneys recovered upon the final judgment or settlement of any such action or lawsuit, less the out-of-pocket cost and expense thereof, shall be allocated between Abbott and John Hancock proportional to Abbott's lost profits and John Hancock's lost royalties as a result of such infringement.

ARTICLE 6
MILESTONE PAYMENTS TO JOHN HANCOCK

6.1    [Intentionally omitted].

6.2    Management Fee.  On December 1, 2002, 2003 and 2004, Abbott shall pay to John Hancock a management fee, each of which shall be in the amount of Two Million Dollars ($2,000,000).

6.3    Milestone Notification and Payments.  Abbott shall promptly notify John Hancock of the occurrence any of the following events that give rise to Abbott's obligation to make a payment pursuant to this Section 6.3 (each, a "Milestone Payment").  Except as hereinafter limited, Abbott shall pay the following Milestone Payments to John Hancock in the amounts and at the times set forth below with respect to each Program Compound:

(a)    One Million Dollars ($1,000,000) shall be paid within thirty (30) days after the allowance by the FDA of each Investigational New Drug Application for such Program Compound;

CONFIDENTIAL
JH 008097

-18-

(b)  Two Million Dollars ($2,000,000) shall be paid within thirty (30) days after the initiation of each Phase I Clinical Trial with such Program Compound;

(c)  Three Million Dollars ($3,000,000) shall be paid within thirty (30) days after the initiation of each Phase II Clinical Trial with such Program Compound;

(d)  Four Million Dollars ($4,000,000) shall be paid within thirty (30) days after the initiation of each Phase III Clinical Trial with such Program Compound; and

(e)  Five Million Dollars ($5,000,000) shall be paid within thirty (30) days after the filing of each NDA with the FDA for such Program Compound.

In addition, except as hereinafter limited, Abbott shall pay the following Milestone Payments to John Hancock in the amounts and at the times set forth below:

(f)  (i)  Twenty Million Dollars ($20,000,000) shall be paid within thirty (30) days after the Regulatory Approval of the first Product in the U.S. Territory;

(ii)  Ten Million Dollars ($10,000,000) shall be paid within thirty (30) days after the Regulatory Approval of the second Product in the U.S. Territory; and

(iii)  Ten Million Dollars ($10,000,000) shall be paid within thirty (30) days after the Regulatory Approval of third Product in the U.S. Territory.

The aggregate of Milestone Payments under Section 6.3(a), (b), (c), (d), and (e) for all Program Compounds shall be limited to Eight Million Dollars ($8,000,000), and once such aggregate limit has been paid, no further payments shall be due and payable under Sections 6.3(a), (b), (c), (d) or (e).

The aggregate of Milestone Payments under Sections 6.3(a), (b), (c), (d) and (e) for all Program Compounds shall be limited to zero dollars ($0) during the first Program Year, Two Million Dollars ($2,000,000) during the second Program Year, and Six Million Dollars ($6,000,000) during the third Program Year, and once such annual limit has been reached for these particular Program Years, no further payments shall be due under Sections 6.3(a), (b), (c), (d) and (e) for the remainder of such Program Year; provided that any amounts that would have been due to John Hancock but for such annual limits shall be paid in subsequent Program Years so long as the Program Compound to which it relates has not been abandoned, divested or out-licensed by Abbott, subject to the Eight Million Dollar ($8,000,000) limitation set forth above. Subject to

CONFIDENTIAL
JH 008098

-19-

the limitations above, the Milestone Payments under Sections 6.3(a), (b), (c), (d) and (e) may be made more than once with respect to each Program Compound.

The aggregate of Milestone Payments under Section 6.3(f) for all Program Compounds shall be limited to Forty Million Dollars ($40,000,000), and once such aggregate limit has been paid, no further payments shall be due and payable under Section 6.3(f). In addition, Milestone Payments under Section 6.3(f) shall not be paid more than once for any particular Program Compound.

Exhibit 1.40 sets forth the current stage of clinical development for each Program Compound.

## ARTICLE 7
## ROYALTIES

7.1    Royalty Rates.  Subject to the limitation set forth below, Abbott shall pay to John Hancock royalties equal to the following percentages of Net Sales, aggregated on a yearly basis, of all Products in the Territory:

| Royalty percentage | Yearly Net Sales (in millions) of all Products in the Territory |
|---|---|
| 8.5% of those Net Sales | up to $400 |
| and then 4% of those Net Sales | in excess of $400 up to $1,000 |
| and then 1% of those Net Sales | in excess of $1,000 up to $2,000 |
| and then 0.5% of those Net Sales | in excess of $2,000 |

Net Sales shall be aggregated yearly (i) in the case of the U.S. Territory, on a calendar year basis, together with (ii) in the case of the International Territory, on a December 1 to November 30 basis, in each case consistent with the determination of Quarterly Reporting Periods.

7.2    Royalty Term.  The duration of the obligation to make royalty payments on each Product shall be determined on a country-by-country basis and shall last for the duration of the Royalty Term in each given country for such Product.

## ARTICLE 8
## ROYALTY REPORTS AND ACCOUNTING

8.1    Reports. Exchange Rates.  With respect to every Quarterly Reporting Period for which Abbott is obligated to pay any royalty hereunder, Abbott shall furnish to John Hancock a single written report for such Quarterly Reporting Period within sixty (60) days after the end of such Quarterly Reporting Period (that is, within sixty (60) days after each March 31, June 30, September 30 and December 31, as the case may be) showing in reasonably specific detail:

**CONFIDENTIAL**
**JH 008099**

-20-

    (a)    the total gross sales in each country for each Product sold by Abbott, its Affiliates and Licensees in the Territory and the detailed calculation of Net Sales from gross sales in each country for each Product;

    (b)    the royalties payable in Dollars, if any, which shall have accrued hereunder;

    (c)    the dates of the First Commercial Sale of each Product in any country in the Territory during such Quarterly Reporting Period; and

    (d)    the exchange rates used in determining the amount of Dollars.

With respect to sales of Products invoiced in Dollars, the gross sales, Net Sales (including all adjustments and deductions permitted to be made hereunder in calculating the same), and royalties payable shall be expressed in Dollars. With respect to sales of Products invoiced in a currency other than Dollars, the gross sales, Net Sales (including all adjustments and deductions permitted to be made hereunder in calculating the same) and royalties payable shall be expressed in their Dollar equivalent, calculated using the Inter Bank rate set forth in the International Report published by International Reports Inc. as Foreign Exchange Rates quoted in New York on the day nearest the last business day of the Quarterly Reporting Period.

    8.2    Audits.

    (a)    Upon the written request of John Hancock and, in the absence of any breach by Abbott hereunder, not more than once in each calendar year, Abbott shall permit John Hancock and an independent certified public accounting firm of nationally recognized standing, selected by John Hancock and reasonably acceptable to Abbott, at John Hancock's expense, to have access during normal business hours to such of the records of Abbott, its Affiliates and Licensees to verify the accuracy of the royalty reports and the amounts and calculation of any payments required hereunder for any year ending not more than five (5) years prior to the date of such request.

    (b)    If such accounting firm concludes that additional royalties or other payments were owed during such period, Abbott shall have the option to invoke the proceedings of Section 16.7 below or pay the additional royalties or other payments within thirty (30) days after the date John Hancock delivers to Abbott such accounting firm's written report so concluding. The reasonable fees and expenses charged by such accounting firm shall be paid by John Hancock; provided, however, if the audit discloses that the amounts payable by Abbott for any Quarterly Reporting Period are more than one hundred five percent (105%) of the royalties

CONFIDENTIAL
JH 008100

-21-

actually paid for such period, then Abbott shall pay the reasonable fees and expenses charged by such accounting firm.

(c)     Abbott shall cause its Affiliates to, and shall include in each license granted by it relating to a Program Compound or Product a provision requiring the Licensee to, (i) make reports to Abbott, (ii) keep and maintain records of Net Sales made pursuant to such license and (iii) grant access to such records by John Hancock and its accounting firm or other auditor to the same extent required of Abbott under this Agreement.

(d)     All reports and payments not disputed as to correctness by John Hancock within five (5) years after receipt thereof shall thereafter conclusively be deemed correct for all purposes, and Abbott, its Affiliates and Licensees shall be released from any liability or accountability with respect to such reports and payments.

8.3     Confidential Financial Information. John Hancock shall treat all information subject to review under this Article 8, and shall cause its accounting firm to agree to treat all such information, in accordance with the provisions of Article 10.

8.4     Accounting Principles. All accounting hereunder, including without limitation all determinations of gross sales, Net Sales (including all adjustments and deductions permitted to be made hereunder in calculating the same), Program Related Costs and all calculations underlying such determinations, shall be made in accordance with generally accepted accounting principles as in effect in the United States, consistently applied.

<div align="center">

ARTICLE 9
PAYMENTS

</div>

**CONFIDENTIAL
JH 008101**

9.1     Payment Terms. With respect to every Quarterly Reporting Period for which Abbott is obligated to pay a royalty hereunder, such royalties shall be due and payable in a single payment within sixty (60) days of the end of such Quarterly Reporting Period (that is, within sixty (60) days of each March 31, June 30, September 30 and December 31, as the case may be). Payment of royalties may be made in advance of such due date.

9.2     Payment Method. All royalties and other payments by Abbott to John Hancock under this Agreement shall be made by bank wire transfer in immediately available funds in accordance with the instructions set forth on Exhibit 9.2 attached hereto or in accordance with such other instructions as John Hancock may give from time to time.

9.3     Late Payments. Each party shall pay interest to the other on the aggregate amount of any payments by it that are not paid on or before the date such payments are due under this Agreement, including, without limitation, any disputed payments or payments resulting from any

-22-

audit, at a rate per annum equal to the lesser of (a) the prime rate of interest plus two hundred (200) basis points as reported by Citibank, N.A. in New York, from time to time (with any change in such reported rate being effective immediately for purposes hereof), or (b) the highest rate permitted by applicable law, calculated on the number of days such payments is delinquent until paid in full in cash. All such amounts shall be payable upon demand.

<div align="center">

ARTICLE 10

<u>CONFIDENTIALITY</u>

</div>

10.1 <u>Nondisclosure Obligations</u>. Except as otherwise provided in this Article 10, during the term of the Agreement and for a period of ten (10) years thereafter, (a) John Hancock shall maintain in confidence in accordance with such procedures as are adopted by John Hancock to protect its own confidential information and shall use only for purposes of this Agreement (including, without limitation, enforcement of the terms hereof), information and data related to the Program Compounds or Products; and (b) John Hancock shall also maintain in confidence in accordance with such policies, and use only for purposes of this Agreement, all information and data supplied by Abbott under this Agreement, which if disclosed in writing is marked "confidential", if disclosed orally is promptly thereafter summarized and confirmed in writing to the other party and marked "confidential", or if disclosed in some other form is marked "confidential."

10.2 <u>Permitted Disclosures</u>. For purposes of this Article 10, information and data described in clause (a) or (b) above shall be referred to as "<u>Confidential Information</u>". John Hancock may disclose Confidential Information as required by applicable law, regulation or judicial process, <u>provided that</u> John Hancock shall, if legally permitted, give Abbott prompt written notice thereof. The obligation not to disclose or use Confidential Information shall not apply to any part of such Confidential Information that (i) is or becomes patented, published or otherwise part of the public domain other than by acts or omissions of John Hancock in contravention of this Agreement; or (ii) is disclosed to John Hancock by a third party, provided such Confidential Information was not obtained on a confidential basis by such third party from Abbott, its Affiliates or Licensees; or (iii) prior to disclosure under the Agreement, was already in the possession of John Hancock, provided such Confidential Information was not obtained directly or indirectly from Abbott, its Affiliates or Licensees under an ongoing obligation of confidentiality; or (iv) is disclosed in a press release agreed to by both parties under Section 10.3 below.

10.3 <u>Publicity Review</u>. Without the prior written consent of the other party, neither party shall make any statement to the public regarding the execution and/or any other aspect of the subject matter of this Agreement and John Hancock shall not make any statement to the public regarding any work under the Research Program; provided that, Abbott may make statements to the public regarding work done under the Research Program (without reference to or mention of John Hancock) and the commercialization of any Products resulting therefrom in accordance with its standard business practices. John Hancock and Abbott shall not disclose any

CONFIDENTIAL
JH 008102

-23-

terms or conditions of this Agreement to any third party without the prior consent of the other party, except as set forth above in this Section 10.3 or as required by applicable law, regulation or court order. The parties agree not to issue a press release announcing the execution of this Agreement.

## ARTICLE 11
### TERM AND TERMINATION

11.1 <u>Expiration.</u> This Agreement shall expire upon satisfaction of Abbott's obligations to pay royalties under Section 7.2 and all other amounts under this Agreement.

11.2 <u>Termination; Material Breach.</u> It is the parties' express intent that consideration shall be given to remedying any breach of this Agreement through the payment of monetary damages or such other legal or equitable remedies as shall be appropriate under the circumstances and that there shall only be a limited right to terminate this Agreement under the following circumstances.

(a)     In the event that the court, in accordance with the procedures set forth in Section 16.2, has issued a ruling that John Hancock has breached its obligation under Section 3.1 of this Agreement (obligation to make payments), and such ruling specified the actions to be taken by John Hancock on account of such breach, and John Hancock has failed to comply with the terms of such ruling within the time period specified therein for compliance and the time for any appeal has expired without the submission of an appeal, then, in addition to all other rights available to Abbott under law and equity, including its right to enforce such ruling in court, Abbott shall have the right to terminate the Agreement as a result of John Hancock's failure to abide by the terms of this Agreement and such ruling.

(b)     In the event that the court, in accordance with the procedures set forth in Section 16.2, has issued a ruling that Abbott has breached a material obligation under this Agreement, and such ruling specified the actions to be taken by Abbott on account of such breach, and Abbott has failed to comply with the terms of such ruling within the time period specified therein for compliance and the time for any appeal has expired without the submission of an appeal, then, in addition to all other rights available to John Hancock under law and equity, including its right to enforce such ruling in court, John Hancock shall have the right to terminate the Agreement, each as a result of Abbott's failure to abide by the terms of this Agreement and such ruling.

CONFIDENTIAL
JH 008103

-24-

11.3  <u>Effect of Expiration or Termination.</u> Expiration or, if applicable, termination of this Agreement shall not relieve the parties of any obligation accruing prior to such expiration or termination. The provisions of Articles 8 (Royalty Reports and Accounting), 10 (Confidentiality), 11 (Term and Termination), 12 (Warranties and Indemnification) and 16 (Miscellaneous) shall survive the expiration or termination of this Agreement.

## ARTICLE 12
## WARRANTIES AND INDEMNITY

12.1  <u>John Hancock Representations and Warranties.</u> John Hancock represents and warrants to Abbott that as of the Execution Date:

(a)     The execution and delivery of this Agreement and the performance of the transactions contemplated hereby have been duly authorized by all appropriate John Hancock corporate action. This Agreement constitutes John Hancock's valid and binding legal obligation, enforceable against it in accordance with its terms.

(b)     The performance by John Hancock of any of the terms and conditions of this Agreement on its part to be performed does not and will not constitute a breach or violation of its organizational documents or any other material agreement or understanding, written or oral, to which it is a party or any law, statute, rule or regulation by which it is bound.

(c)     No consent, approval, license or authorization of, or designation, declaration or filing with, any court or governmental authority is or will be required on the part of John Hancock in connection with the execution, delivery and performance by John Hancock of this Agreement or any other agreements or instruments executed and delivered by John Hancock in connection herewith or therewith, including, without limitation, any filings pursuant to federal or state securities laws or pursuant to any federal anti-trust laws.

(d)     Neither John Hancock nor any person acting on its behalf (i) has taken or will take any action which would subject this Agreement and the consummation of the transactions contemplated hereby to the registration or qualification requirements of any federal or state securities laws, (ii) has dealt with any broker, finder or other similar person in connection with the transactions contemplated by this Agreement or (iii) is under any obligation to pay any broker's fee, finder's fee or commission in connection with such transactions.

12.2  <u>Abbott Representations and Warranties.</u> Abbott represents and warrants to John Hancock that as of the Execution Date:

CONFIDENTIAL
JH 008104

-25-

(a) The execution and delivery of this Agreement and the performance of the transactions contemplated hereby have been duly authorized by all appropriate Abbott corporate action. This Agreement constitutes Abbott's valid and binding legal obligation, enforceable against it in accordance with its terms.

(b) The performance by Abbott of any of the terms and conditions of this Agreement on its part to be performed does not and will not constitute a breach or violation of its organizational documents or any other agreement or understanding, written or oral, to which it is a party or any law, statute, rule or regulation by which it is bound.

(c) No consent, approval, license or authorization of, or designation, declaration or filing with, any court or governmental authority is or will be required on the part of Abbott in connection with the execution, delivery and performance by Abbott of this Agreement or any other agreements or instruments executed and delivered by Abbott in connection herewith or therewith, including, without limitation, any filings pursuant to federal or state securities laws or pursuant to any federal anti-trust laws, except those consents, approvals, licenses, authorizations, and other requirements imposed by governmental authorities (both U.S. and foreign) and such declarations and filings with governmental authorities (both U.S. and foreign) required in the normal course of pharmaceutical research, development, marketing and sale.

(d) Set forth on Exhibit 12.2(d) is the full name, chemical name, detailed description of the stage of development and current status, for each Program Compound. Set forth on Exhibit 1.6 in each Annual Research Plan is a description of projected milestones and dates thereof, projected year of NDA filing, and projected costs to be incurred by Abbott during the Program Term, for each Program Compound. Such projections were prepared in good faith and with due care based on reasonable assumptions, and represent the reasonable estimate of Abbott based on information available as of the date of such projections and as of the date hereof; it being agreed that such projections do not constitute any warranty as to the future performance of the Program Compounds and that actual results may vary from such projections.

(e) Set forth on Exhibit 12.2(e) is a list and description of all domestic and foreign patents, patent rights, patent applications and all patent applications that are in the process of being prepared that are owned by or registered in the name of Abbott, or of which Abbott is a licensee or in which Abbott has any right, which claim any of the Program Compounds (the "Patents"). Abbott solely owns all of the Patents, except as indicated

CONFIDENTIAL
JH 008105

-26-

on Exhibit 12.2(e). All of the material Patents have been duly filed in or issued by the United States Patent and Trademark Office or the equivalent foreign patent office identified on Exhibit 12.2(e), as the case may be, and have been properly maintained and renewed in accordance with all applicable laws and regulations. With respect to the Patents that it does not own, Abbott has an exclusive and valid license thereunder to develop, make, have made, use, market and sell (with the right to sublicense) the applicable Program Compounds in the entire Territory; provided however, (i) with respect to Italy, Abbott has such rights that are co-exclusive with Eisai Co. Ltd. for the Program Compound known as ABT-751 and (ii) with respect to Japan, Abbott has such rights that are co-exclusive with Taisho Pharmaceutical Co., Ltd. for the Program Compound known as ABT-773. Except with respect to the Preclinical Programs, to Abbott's knowledge, it is not necessary to obtain or license any patents, patent rights, inventions, copyrights, manufacturing processes, formulae, trade secrets, proprietary rights or know-how that it does not currently have in order to (i) develop, make, have made, use, market and sell the Program Compounds or (ii) conduct the Research Program as heretofore conducted and as proposed to be conducted. Except with respect to those Program Compounds that are the subject of In-License Agreements, the Program Compounds are owned exclusively by Abbott, free and clear of any liens or encumbrances of any other person and, to Abbott's knowledge, Abbott does not require the consent of any other person to develop, make, have made, use, market and sell the Program Compounds.

(f)     Except as set forth in Exhibit 12.2(f) (but in any event, as of the Execution Date, such matters are not, and could not reasonably be expected to be material), Abbott has not received any communications alleging that, and no claim is pending or, to the knowledge of Abbott, threatened to the effect that, the operations of Abbott with respect to the Research Program or the Program Compounds infringe upon or conflict with (or will infringe or conflict with) the asserted rights of any other person under any domestic or foreign patent, trademark, service mark, copyright, trade secret, proprietary right or any other intellectual property right, and, except for the Preclinical Programs, there is no material basis known to Abbott for any such claim (whether or not pending or threatened). No claim is pending or, to the knowledge of Abbott, threatened to the effect that any of the Patents are invalid or unenforceable by Abbott, and there is no material basis known to Abbott for any such claim (whether or not pending or threatened). The publication of any material technical information with respect to the Program Compounds developed by and belonging to Abbott is subject to review and approval under Abbott's existing procedures.

(g)     Except for the In-License Agreements and customary employment and consulting agreements with Abbott's employees and consultants, there are

CONFIDENTIAL
JH 008106

-27-

no outstanding options, licenses, or agreements of any kind relating to the Patents or any of the Program Compounds or the transactions contemplated by this Agreement, which license the Patents or any technical information developed in the course of the clinical development program to any third party to register, market or sell any of the Program Compounds or Products.

(h)     To the knowledge of Abbott with respect to the Research Program and each of the Program Compounds, Abbott is not now, and in performing its obligations hereunder will not be, in any way making an unlawful or wrongful use of any confidential information, know-how, or trade secrets of any other person.

(i)     Neither this Agreement nor any Exhibit to this Agreement (including the compound reports attached as Exhibit 12.2(i) hereto (the "Compound Reports")) contains any untrue statement of material fact or omits to state any material fact necessary to make the statements contained herein or therein not misleading. There is no fact known to Abbott (other than generally available information concerning the pharmaceutical industry in general) as of the date of this Agreement that has not been disclosed in this Agreement or any Exhibit to this Agreement which has resulted in, or could reasonably be expected to result in, a material adverse effect on the prospects or condition (including safety, efficacy, scientific viability or commercial) of the Research Program or any of the Program Compounds.

(j)     Neither Abbott nor any person acting on its behalf (i) has taken or will take any action which would subject this Agreement and the consummation of the transactions contemplated hereby to the registration or qualification requirements of any federal or state securities laws, (ii) has dealt with any broker, finder or other similar person in connection with the transactions contemplated by this Agreement or (iii) is under any obligation to pay any broker's fee, finder's fee or commission in connection with such transactions.

(k)     Other than generally publicized actions, proceedings or investigations concerning the pharmaceutical industry in general, there is no action, proceeding or investigation pending or, to the knowledge of Abbott, threatened which (i) questions the validity of this Agreement or any action taken or to be taken by Abbott pursuant thereto or (ii) which has resulted in, or could reasonably be expected to result in, a material adverse effect on the prospects or condition (including safety, efficacy, scientific viability or commercial) of the Research Program or any of the Program Compounds.

CONFIDENTIAL
JH 008107

C

-28-

(l)     With respect to the Research Program and each of the Program
        Compounds, Abbott has (and in the future will have) obtained, to the
        extent permitted by law, from each of its employees, consultants,
        Affiliates and Subcontractors an agreement that reasonably protects
        Abbott's interest in the Program Inventions, Program Compounds and
        Products.

(m)     With respect to each Program Compound, since the date of its respective
        Compound Report, to the knowledge of Abbott, no condition,
        circumstance or fact has arisen (other than generally available information
        concerning the pharmaceutical industry in general) nor has Abbott made
        any change in the conduct of the Research Program which, individually or
        in the aggregate, has resulted in, or could reasonably be expect to result in,
        a material adverse effect on the prospects or condition (including safety,
        efficacy, scientific viability or commercial) of such Program Compounds.

(n)     Each In-License Agreement is valid, binding and in full force and effect,
        and there is no event which has occurred or exists, which constitutes or
        which, with notice and/or the passage of time, would constitute a material
        default or breach under any such contract by Abbott or, to Abbott's
        knowledge, any other party thereto, or would cause the acceleration of any
        obligation of any party thereto or give rise to any right of termination or
        cancellation thereof. Abbott has no reason to believe that the parties to
        each In-License Agreement will not fulfill their obligations thereunder in
        all material respects or that such parties do not have the right to grant the
        licenses granted thereunder. Abbott has no reason to believe that it will
        not fulfill its obligations under the In-License Agreements. Under the
        Eisai Agreement, neither Abbott nor its Affiliates has the right to market,
        distribute or sell Products containing the Program Compound known as
        ABT-751 in the Eisai Territory (with the exception of Italy).

    12.3    No Conflict. Abbott and John Hancock represent and warrant that this Agreement
does not, and will not, conflict with any other right or obligation provided under any other
agreement or obligation that Abbott or John Hancock has with or to any third party.

    12.4    Compliance with Law. Each party represents and warrants to the other that it will
comply with all applicable laws, regulations and guidelines in connection with its performance of
its obligations and rights pursuant to this Agreement, including the regulations of the United
States and any other relevant nation concerning any export or other transfer of technology,
services or products.

    12.5    No Other Warranties. EACH PARTY TO THIS AGREEMENT AGREES
THAT, EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES CONTAINED IN
THIS AGREEMENT, NEITHER PARTY MAKES ANY OTHER REPRESENTATIONS OR

CONFIDENTIAL
JH 008108

-29-

WARRANTIES, AND EACH HEREBY DISCLAIMS ANY OTHER REPRESENTATIONS
OR WARRANTIES MADE BY ITSELF OR ANY OF ITS OFFICERS, DIRECTORS,
EMPLOYEES, AGENTS, FINANCIAL AND LEGAL ADVISORS OR OTHER
REPRESENTATIVES, WITH RESPECT TO THE EXECUTION AND DELIVERY OF THIS
AGREEMENT OR THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT,
NOTWITHSTANDING THE DELIVERY OR DISCLOSURE TO THE OTHER OR THE
OTHER'S REPRESENTATIVES OF ANY DOCUMENTATION OR OTHER INFORMATION
WITH RESPECT TO ANY ONE OR MORE OF THE FOREGOING.

     12.6   <u>General Indemnification of John Hancock</u>. Abbott shall indemnify and hold John
Hancock and its Affiliates, agents, directors and employees harmless, and hereby forever releases
and discharges John Hancock and its Affiliates, agents, directors and employees, from and
against all Losses related to or arising out of, directly or indirectly, (i) any negligence,
recklessness or intentional misconduct of Abbott or its Affiliates, agents, directors, employees,
Subcontractors, licensees (including Licensees) or sublicensees in connection with the Research
Program, Program Compounds or Products, or (ii) any manufacture, use, storage, distribution or
sale of the Program Compounds or Products by anyone, including without limitation all Losses
related to any personal injury or death, or (iii) any breach by Abbott of its representations,
warranties or obligations hereunder, or (iv) the consummation of the transactions contemplated
hereby, except, in each case, to the extent any such Losses are the result of (A) any breach by
John Hancock of its representations, warranties or obligations hereunder, or (B) any negligence,
recklessness, or intentional misconduct by John Hancock or its Affiliates, agents, directors,
employees.

     12.7   <u>Indemnification Relating to Certain In-Licensed Compounds</u>. Abbott shall
indemnify and hold John Hancock and its Affiliates, agents, directors and employees harmless,
and hereby forever releases and discharges John Hancock and its Affiliates, agents, directors and
employees, from and against all Losses to the extent related to or arising out of, directly or
indirectly, the fact that Abbott's rights in the Program Compounds known as ABT-773, ABT-492
and ABT-751 and the Patents and other patent rights, copyrights, trade secret rights and other
intellectual property rights related thereto arise from the Taisho Agreement, the Wakunaga
Agreement or the Eisai Agreement respectively, rather than being owned by Abbott as with the
other Program Compounds. Accordingly, by way of example and without limiting the foregoing,
Abbott's indemnification obligation under this Section 12.7 will arise upon (i) any impairment of
Abbott's ability to perform its obligations under this Agreement in the entire Territory as a result
of Abbott's rights to the Program Compounds known as ABT-773, ABT-442 and ABT-751
arising from the Taisho Agreement, Wakunaga Agreement and the Eisai Agreement, respectively
or (ii) a breach by Abbott or any other person of any of the In-License Agreements; except, in
each case, to the extent any such Losses are the result of (A) any breach by John Hancock of its
representations, warranties or obligations hereunder, or (B) any negligence, recklessness, or
intentional misconduct by John Hancock or its Affiliates, agents, directors, employees.

     12.8   <u>Procedure</u>. If John Hancock or any of its Affiliates, agents, directors or
employees (each, an "<u>Indemnitee</u>") intends to claim indemnification under this Article 12, it shall

CONFIDENTIAL
JH 008109

-30-

promptly notify Abbott (the "Indemnitor") of any Loss or action in respect of which the Indemnitee intends to claim such indemnification, and the Indemnitor shall have the right to participate in, and, to the extent the Indemnitor so desires, to assume the defense thereof with counsel selected by the Indemnitor; provided, however, that an Indemnitee shall have the right to retain its own counsel, with the fees and expenses of such counsel to be paid by the Indemnitor, if representation of such Indemnitee by the counsel retained by the Indemnitor would be inappropriate due to actual or potential differing interests between such Indemnitee and any other party represented by such counsel in such proceedings. The indemnity obligation in this Article 12 shall not apply to amounts paid in settlement of any loss, claim, damage, liability or action if such settlement is effected without the consent of the Indemnitor, which consent shall not be withheld unreasonably or delayed. The failure to deliver notice to the Indemnitor within a reasonable time after the commencement of any such action, if materially prejudicial to its ability to defend such action, shall relieve the Indemnitor of any liability to the Indemnitee under this Article 12 only to the extent arising from the tardiness or absence of such notice, but the omission so to deliver notice to the Indemnitor will not relieve it of any liability that it may have to any Indemnitee otherwise than under this Article 12. The Indemnitee shall cooperate fully with the Indemnitor and its legal representatives in the investigation of any action, claim or liability covered by indemnification under this Article 12, at the expense of the Indemnitor.

    12.9    Insurance. Abbott shall at its expense maintain, through self-insurance or otherwise, product liability insurance with respect to the development, manufacture, sale and use of Products and Program Compounds in such amounts and on such terms as Abbott customarily maintains with respect to its other similar products. Abbott shall maintain such insurance for so long as it continues to develop, manufacture or sell any Products or Program Compounds, and thereafter for so long as Abbott customarily currently maintains such insurance. ·

    12.10    Acknowledgment. Abbott and John Hancock acknowledge that Abbott has not delivered or disclosed the contents of any of the In-License Agreements to John Hancock.

ARTICLE 13
FORCE MAJEURE

    Neither party shall be held liable or responsible to the other party nor be deemed to have defaulted under or breached this Agreement for failure or delay in fulfilling or performing any term of this Agreement when such failure or delay is caused by or results from causes beyond the reasonable control of the affected party including but not limited to fire, floods, embargoes, war, acts of war (whether war be declared or not), insurrections, riots, civil commotions, strikes, lockouts or other labor disturbances, acts of God or acts, omission or delays in acting by any governmental authority; provided that such affected party shall provide the other party with prompt notice of the circumstances surrounding such a material failure or delay, after which the parties will amend this Agreement upon terms and conditions that are mutually agreeable to equitably account to the party that does not so fail or delay.

CONFIDENTIAL
JH 008110

**Deposition Exhibit 1**

**P's Exhibit 32**

**Part 2**

-31-

## ARTICLE 14
## ASSIGNMENT

Except as expressly provided hereunder, this Agreement may not be assigned or otherwise transferred, nor may any right or obligations hereunder be assigned or transferred by either party without the consent of the other party; and, in addition, both parties acknowledge and agree that the obligations of Abbott hereunder are personal to Abbott and that Abbott is uniquely qualified to perform them; provided, however, that either party shall be obligated to assign this Agreement and its rights and obligations hereunder in connection with the transfer or sale of all or substantially all of its business, or in the event of its merger or consolidation or change in control or similar transaction and in such event such party shall cause its successor or transferee in such transaction to assume all of the obligations of such party. Any permitted assignee shall assume all obligations of its assignor under this Agreement. Notwithstanding the foregoing, John Hancock shall have the right to assign its rights (but not its obligation to make payments under Section 3.1) in whole or in part (provided that, any assignment in part shall mean an assignment of a pro rata share of the entirety of John Hancock's rights hereunder) without Abbott's consent (and following any such assignment all references to John Hancock herein shall include any such assignee), provided that: (i) each assignee of such rights must be a bank, insurance company or other institutional investor; (ii) there shall be no greater than five (5) assignees, (iii) if any such assignee is located outside the United States John Hancock shall notify Abbott at least sixty (60) days in advance, (iv) if any claim arises with respect to Abbott's failure to make payments, then during the term of the Research Program (but in any event not longer than four years from the date hereof), any such claim must be brought by John Hancock, and not an assignee. In soliciting potential assignees for such right to payments, John Hancock shall not disclose any Confidential Information hereunder to more than ten (10) potential assignees. Any potential assignee to whom John Hancock discloses Confidential Information must have executed a confidentiality agreement no less stringent than Article 10 hereof. Furthermore, if John Hancock plans to exercise its right of assignment hereunder, John Hancock shall first notify Abbott of such plans in writing. Abbott shall have the first right to negotiate the purchase of any such assignment rights. If within fifteen (15) days after receipt of such notice the parties have not agreed upon the principal terms of such arrangement or if within forty-five (45) days after receipt of such notice the parties have not executed a final written agreement reflecting such arrangement, then John Hancock shall have no further obligations to Abbott with respect to such first right of negotiation.

## ARTICLE 15
## SEVERABILITY

CONFIDENTIAL
JH 008111

Each party hereby agrees that it does not intend its execution and delivery hereof or its performance hereunder to violate any public policy, statutory or common laws, rules, regulations, treaty or decision of any government agency or executive body thereof of any country or community or association of countries. If and to the extent any term or provision of this Agreement is held to be invalid, illegal or unenforceable by a court or other governmental

-32-

authority of competent jurisdiction, such invalidity, illegality or unenforceability shall not affect any other term or provision of this Agreement, which shall remain in full force and effect. The holding of a term or provision to be invalid, illegal or unenforceable in a jurisdiction shall not have any effect on the application of the term or provision in any other jurisdiction.

## ARTICLE 16
## MISCELLANEOUS

16.1　Notices. Any consent, notice or report required or permitted to be given or made under this Agreement by one of the parties hereto to the other shall be in writing, delivered personally or by facsimile (and promptly confirmed by personal delivery, U.S. first class mail or courier), U.S. first class mail or courier, postage prepared (where applicable), addressed to such other party at its address indicated below, or to such other address as the addressee shall have last furnished in writing to the addressor and (except as otherwise provided in this Agreement) shall be effective upon receipt by the addressee.

If to John Hancock:　John Hancock Life Insurance Company
200 Clarendon Street, T-57
Boston, MA  02117
Attention: Bond & Corporate Finance Group
Telephone:　617-572-9624
Fax:　　　　617-572-1628

copy to:　John Hancock Life Insurance Company
200 Clarendon Street, T-50
Boston, MA  02117
Attention: Investment Law Division
Telephone:　617-572-9205
Fax:　　　　617-572-9268

and, if it relates to making or not making a royalty payment or Milestone Payment hereunder,

copy to:　John Hancock Life Insurance Company
200 Clarendon Street
Boston, MA  02117
Attention:  Manager, Investment Accounting Division, B-3
Fax:  617-572-0628

CONFIDENTIAL
JH 008112

-33-

|            |                                                          |
|------------|----------------------------------------------------------|
| If to Abbott: | Abbott Laboratories<br>Dept. 309, Bldg. AP30<br>200 Abbott Park Road<br>Abbott Park, IL 60064-3537<br>Attention: President, Pharmaceutical Products Division<br>Telephone:   847-938-6863<br>Fax:             847-938-5383 |
| copy to:   | General Counsel<br>Abbott Laboratories<br>Dept. 364, Bldg. AP6D<br>100 Abbott Park Road<br>Abbott Park, IL 60064-6020<br>Telephone:   847-937-8905<br>Fax:             847-938-6277 |

16.2   <u>Applicable Law.</u> The Agreement shall be governed by and construed in accordance with the internal laws of the State of Illinois. With respect to any action hereunder, Abbott, to the extent that it may lawfully do so, hereby consents to service of process, and to be sued, in the Commonwealth of Massachusetts and consents to the exclusive jurisdiction of the courts of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, as well as to the jurisdiction of all courts to which an appeal may be taken from such courts, for the purpose of any suit, action or other proceeding arising out of any of its obligations hereunder or thereunder or with respect to the transactions contemplated hereby or thereby, and expressly waives any and all objections it may have as to venue in any such courts. Abbott further agrees that a summons and complaint commencing an action or proceeding in any of such courts shall be properly served and shall confer personal jurisdiction if served personally or by certified mail to it at its address for notices as provided in this Agreement or as otherwise provided under the laws of the Commonwealth of Massachusetts. THE PARTIES EACH IRREVOCABLY WAIVE ALL RIGHT TO A TRIAL BY JURY IN ANY SUIT, ACTION OR OTHER PROCEEDING INSTITUTED BY OR AGAINST IT IN RESPECT OF ITS OBLIGATIONS HEREUNDER OR THEREUNDER OR THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY.

16.3   <u>Entire Agreement.</u> This Agreement contains the entire understanding of the parties with respect to the subject matter hereof. All express or implied agreements and understandings, either oral or written, with respect to the subject matter hereof heretofore made are expressly merged in and made a part of this Agreement. This Agreement may be amended, or any term hereof modified, only by a written instrument duly executed by both parties hereto.

16.4   <u>Headings.</u> The captions to the several Articles and Sections hereof are not a part of this Agreement, but are merely guides or labels to assist in locating and reading the several Articles and Sections hereof.

CONFIDENTIAL<br>JH 008113

-34-

16.5  <u>Independent Contractors.</u>  It is expressly agreed that John Hancock and Abbott shall be independent contractors and that the relationship between the two parties shall not constitute a partnership, joint venture or agency.  Neither John Hancock nor Abbott shall have the authority to make any statements, representations or commitments of any kind, or to take any action, which shall be binding on the other, without the prior written consent of the other party to do so.

16.6  <u>Performance By Affiliates, Licensees and Subcontractors.</u>  The parties recognize that Abbott may carry out certain obligations under this Agreement through performance by its Affiliates, Licensees and Subcontractors (but in no event shall that relieve Abbott of any of its obligations hereunder).  Abbott guarantees that the activities of its Affiliates, Licensees and Subcontractors under this Agreement shall comply with this Agreement.

16.7  <u>Dispute Resolution.</u>  The parties shall attempt to amicably resolve disputes arising between them regarding the validity, construction, enforceability or performance of the terms of this Agreement, and any differences or disputes in the interpretation of the rights, obligations, liabilities and/or remedies hereunder, which have been identified in a written notice from one party to the other, by good faith settlement discussions between the President of Abbott's Pharmaceutical Products Division and a Managing Director of John Hancock or his designee. The parties agree that, prior to filing any lawsuit regarding any dispute that arises in connection with this Agreement (with the exception of any action demanding a preliminary injunction), such representatives shall meet and attempt to amicably resolve such dispute within thirty (30) days after the receipt of such written notice.

16.8  <u>Waiver.</u>  The waiver by either party hereto of any right hereunder or the failure to perform or of a breach by the other party shall not be deemed a waiver of any other right hereunder or of any other breach or failure by said other party whether of a similar nature or otherwise.

16.9  <u>Counterparts.</u>  This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

[the remainder of this page is intentionally blank]

CONFIDENTIAL
JH 008114

-35-

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first set forth above.

JOHN HANCOCK LIFE
INSURANCE COMPANY

By: *Stephen J Blewitt*

Name: Stephen J. Blewitt

Title: Managing Director

Date: March 13, 2001

JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY

By: *Stephen J Blewitt*

Name: Stephen J. Blewitt

Title: Authorized Signatory

Date: March 13, 2001

INVESTORS PARTNER LIFE INSURANCE
COMPANY

By: *Stephen J Blewitt*

Name: Stephen J. Blewitt

Title: Authorized Signatory

Date: March 13, 2001

ABBOTT LABORATORIES

By: *Jeffrey M. Leiden*

Name: Jeffrey M. Leiden, Ph.D., M.D.

Title: Executive Vice President, Pharmaceuticals
and Chief Scientific Officer

Date: March 13, 2001

CONFIDENTIAL
JH 008115

-36-

EXHIBIT 1.6

<u>FIRST ANNUAL RESEARCH PLAN</u>

CONFIDENTIAL
JH 008116

Ketolide Oral & IV (ABT-773)
Annual Development Plan
Exhibit 1.6

| Therapeutic Area | Antibacterial |
|---|---|
| Indications | Adult Tablet: Community-acquired respiratory infections. I.V.: Step-down therapy in community-acquired hospitalized pneumonia. |
| Description | - ABT-773 is a potent ketolide with strong activity against most macrolide resistant strains, while maintaining the broad spectrum coverage of clarithromycin.<br>- Product will be available as tablet and IV formulation.<br>- ABT-773 will address the major unmet medical needs of increasing resistance to current emplric agents, particularly S. pneumonia.<br>- Maintains clar's claim of "Spans the spectrum" (G+, G-, atypicals).<br>- Cover key G+ resistant strains (S. pneumoniae, S. pyogenes).<br>- Tablet dosing is 150mg QD or 150mg BID dosing based on severity of indications.<br>- Tablet: 5 days for ABECB, pharyngitis, 10 days for AMS and CAP.<br>- Incidence of GI side effects equal to clar (assuming comparable drug levels to tablet).<br>- COGS target $2,000/kg at launch for tablet. |

| Current Time Line | | |
|---|---|---|
| Milestone | Tablet Date | IV Date |
| Phase I | 1Q1997 | |
| Phase IIb | 3Q1999 | N/A |
| Phase III | 4Q2000 | 4Q2001 |
| NDA Filing | 3Q2002 | 2Q2003 |
| Launch | 1Q2004 | 2Q2004 |

| Spending | $$ |
|---|---|
| Projected-to-Date Spending (thru '00) | 166.4 |
| 2001 Current Projection (Plan) | 91.5* |

* See page 2 for detail.

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|
| Projected Spending by Year | 74.1 | 91.5 | 69.0 | 45.0 | 32.0 | 22.0 | 333.6 |

CONFIDENTIAL
JH 008117

Ketolide (ABT-773)
2001 Plan Development Cost Summary

| Program Status | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase IIb (Tablet) | | | | | | |
| Phase III (Tablet) | | | | | | |

Tablet NDA Filing          Tablet Launch

**Major Development Activities and Costs**

| | Total Patients | Enrolled 9/29/00 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | |
| Phase IIb Studies (3 indications) | 800 | 863 | Sep-99 | Jun-00 | $5,017 | $0 |
| Phase III (4 indications) | 5,440 | 0 | Nov-00 | May-02 | $10,865 | $41,051 |
| Japan Studies | TBD | 0 | Oct-00 | Dec-01 | $1,723 | $4,000 |
| Pediatric PK/PD / Taste Testing Studies | 24 | 42 | Mar-00 | Sep-00 | $575 | $0 |
| External Special Population Studies | 36 | 117 | Mar-00 | Mar-01 | $1,686 | $83 |
| Internal Bio Studies (Phase I Center) | 250 | 162 | Jan-01 | Dec-01 | $2,524 | $2,150 |
| Microbiology Grants | N/A | N/A | Jan-01 | Dec-01 | $2,000 | $2,000 |
| Venture Management | | | | | $5,408 | $8,883 |
| European Venture Research | | | | | $1,133 | $1,474 |
| Data Management/Statistics | | | | | $3,519 | $5,037 |
| | | | | | $34,489 | $67,858 |

| Chemistry, Manufacturing, and Controls (CMC) | | 2000 AGU | 2001 Plan |
|---|---|---|---|
| Formulation & Analytical | | $6,676 | $5,594 |
| Bulk Drug / Process | | $24,529 | $16,432 |
| | | $31,205 | $22,026 |

| Drug Safety Support | | 2000 AGU | 2001 Plan |
|---|---|---|---|
| Ongoing Drug Safety support including: | | | |
| Long Term Toxicity Studies | | $3,324 | $1,749 |
| | | $3,324 | $1,749 |

| Other Support Costs | | 2000 AGU | 2001 Plan |
|---|---|---|---|
| Discovery | | $2,886 | $2,418 |
| Regulatory Affairs / Research QA / Investigational Drug QA | | $1,361 | $591 |
| Medical Affairs | | $879 | $887 |
| Other | | $97 | $891 |
| Total Program | | $74,100 | $95,400 |

CONFIDENTIAL
JH 008118

Endothelin (ABT-627)
Annual Development Plan
Exhibit 1.6

| Therapeutic Area | Oncology |
|---|---|
| Indications | • Hormone Refractory Prostate Cancer<br>• Potential for use in early Prostate Cancer and other cancer types |
| Description | • ABT-627 is Abbott's leading endothelin antagonist receptor<br>• ABT-627 is seeking an indication for the treatment of hormone refractory prostate cancer<br>• ABT-627 will probably be used with current therapies<br>• Well tolerated as chronic therapy<br>• Oral combination<br>• No major drug interactions with drugs commonly used in elderly population or hormonal therapy<br>• Demonstrated cost effectiveness at filing |

| Current Time Line | Milestones | Date |
|---|---|---|
| | Phase I | 2Q1996 |
| | Phase II | 4Q1997 |
| | Phase III | 4Q2000 |
| | NDA Filing | 2Q2004 |
| | Launch | 4Q2004 |

| Spending | $$ |
|---|---|
| Project-to-Date Spending (thru '00) | 127.6 |
| 2001 Current Projection (Plan) | 38.0* |

* See page 2 for detail.

| Projected Spending by Year | | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|---|
| | PC* | 13.0 | 38.0 | 40.0 | 33.0 | 20.0 | 10.0 | 154.0 |
| | EPeA* | N/A | 6.0 | 6.0 | 5.0 | 0.0 | 0.0 | 17.0 |
| | FE* | N/A | 5.0 | 3.0 | 0.0 | 0.0 | 0.0 | 8.0 |

* End of Phase II meeting with FDA just completed. Budget impact still in process plus discussion of other cancer indications ongoing. 2001 range $35-40 depending on outcome of discussion.

CONFIDENTIAL
JH 008119

Endothelin (ABT-627)
2001 Plan Development Cost Summary

| Program Status | 1998 | | | | 1999 | | | | 2000 | | | | 2001 | | | | 2002 | | | | 2003 | | | | 2004 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| Phase II | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase III | | | | | | | | | | | | | | | | | | | | | | | | | NDA↑ | | | Launch↑ |

## Major Development Activities and Costs

| Clinical Program | Total Patients | Enrollment as of 8/31/00 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| European Prostate Cancer Study | 204 | 285 | Oct-1997 | Dec-2000 | $1,003 | --- |
| Open Extension of 500 & 594 Studies | 300 | 199 | Jun-1998 | Jun-2001 | --- | --- |
| Refractory Malignancies | 30 | 34 | Jul-1999 | Dec-2000 | $250 | $16,794 |
| Phase III Pivotal Studies | 2,000 | 0 | 1Q 2001 | 3Q 2003 | $75 | $18 |
| Other Studies / EVR | | | | | $6,447 | $6,361 |
| Venture Management | | | | | | $518 |
| Clinical Pharmacology Support (Drug Interaction Studies) | | | | | $2,156 | $2,691 |
| Data Management/Statistics | | | | | $2,561 | $26,382 |

| Chemistry, Manufacturing, and Controls (CMC) | 2000 AGU | 2001 Plan |
|---|---|---|
| Formulation & Analytical | $1,159 | $7,147 |
| Bulk Drug / Process | $350 | $1,400 |
| | $1,509 | $8,547 |

| Drug Safety Support | 2000 AGU | 2001 Plan |
|---|---|---|
| Ongoing Drug Safety support including clinical program support | $661 | $2,060 |

| Other Support Costs | 2000 AGU | 2001 Plan |
|---|---|---|
| Discovery | $186 | $129 |
| Medical Affairs | $134 | $207 |
| Regulatory Affairs / Research Quality Assurance | $170 | $215 |
| Other | $372 | $460 |
| Total Program | $13,000 | $39,000 |

CONFIDENTIAL
JH 008120

CCM (ABT-594)
Annual Development Plan
Exhibit 1.6

| Therapeutic Area | Neuroscience |
|---|---|
| Indications | ABT-594 primary target indication is the treatment of neuropathic pain (NP). |
| Description | - ABT-594 is a non-opioid, non-NSAID analgesic that is a potent and selective neuronal nicotinic receptor modulator.<br>- ABT-594 is effective in nociceptive pain and neuropathic pain.<br>- ABT-594 is expected to have a better side effect profile than opioids, no tolerance, no abuse, and no DEA scheduling.<br>- Pre clinical data show ABT-594 to be 30 to 100 times more potent and equally efficacious to morphine in treating moderate to severe pain in several well characterized animal models of pain.<br>- ABT-594 has a unique mechanism of action which may enable use in combination with other analgesics as well as monotherapy.<br>- Slow onset of action (approx. 1.5 - 3 hours) at low doses tested may suggest limited utility in acute pain types.<br>- Favorable safety profile.<br>- Oral formulation, BID dosing. |

| Current Time Line | Milestones | Date | | Spending | $$ |
|---|---|---|---|---|---|
| | IND Filing | 4Q1996 | | Project-to-Date Spending (thru '00) | 97.3 |
| | Phase I | 3Q1997 | | 2001 Current Projection (Plan) | 35.6* |
| | Phase II | 3Q1999 | | | |
| | Phase III | 4Q2001 | | * See page 2 for detail. | |
| | NDA Filing | 3Q2003 | | | |
| | Launch | 3Q2004 | | | |

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|
| Projected Spending by Year | 14.4 | 35.0 | 45.0 | 32.0 | 15.0 | 12.0 | 153.4 |

CONFIDENTIAL
JH 008121

ABT-594
2001 Plan Development Cost Summary

| Program Status | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase I | | | | | | | | |
| Phase II | | | | | | | | |
| Phase III | | | | | | | NDA filing | Launch |

| Major Development Activities and Costs | Total Patients | Enrolled 3/30/00 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | |
| Phase IIb Neuropathic Pain | 320 | 135 | Apr-00 | Nov-00 | $3,000 | $0 |
| Phase I Studies | 281 | N/A | Feb-01 | Sep-01 | $0 | $2,129 |
| Phase IIb Osteoarthritis | 575 | N/A | Jan-01 | Nov-01 | $0 | $5,261 |
| Phase III Studies | 3,400 | N/A | Oct-01 | May-04 | $0 | $6,370 |
| Venture Management | | | | | $4,493 | $5,137 |
| Clinical Pharmacology Support (Phase I Center Studies) | | | | | $210 | $5,042 |
| EVR Support | | | | | $0 | $105 |
| Data Management/Statistics | | | | | $646 | $2,192 |
| | | | | | $8,349 | $26,241 |
| **Chemistry, Manufacturing, and Controls (CMC)** | | | | | 2000 AGU | 2001 Plan |
| Packaging of Phase IIb clinical supplies and Phase III | | | | | 2,000 | $3,268 |
| formulation development and pre-scale up | | | | | $1,624 | $950 |
| Formulation & Analytical | | | | | $559 | $1,202 |
| Bulk Drug / Process | | | | | $585 | $57 |
| Other | | | | | $768 | $5,477 |
| **Drug Safety Support** | | | | | 2000 AGU | 2001 Plan |
| Ongoing Drug Safety support including: Toxicity, carcinogenicity, and animal pharmacology studies Clinical Program Support. | | | | | $2,417 | $1,402 |
| **Other Support Costs** | | | | | 2000 AGU | 2001 Plan |
| Discovery | | | | | $50 | $154 |
| Medical Affairs | | | | | $95 | $152 |
| Regulatory Affairs / Research QA / Investigational Drug QA | | | | | $155 | $1,147 |
| Other | | | | | $552 | $82 |
| **Total Program** | | | | | $14,306 | $35,005 |

CONFIDENTIAL
JH 006122

Quinolone (ABT-492)
Annual Development Plan
Exhibit 1.6

| Therapeutic Area | Anti-bacterial |
|---|---|
| Indications | Community acquired respiratory, nosocomial pneumonia, complicated and uncomplicated urinary tract and skin/soft tissue infections. |
| Description | - ABT-492 is a potent broad-spectrum quinolone with activity against Gram+, Gram-, and atypical pathogens, including most penicillin, macrolide, and quinolone resistant strains of S. pneumo.<br>- Commercial objective is "Trovan-like" activity with "Levaquin-like" safety.<br>- Preliminary in-vitro assays suggest good safety profile.<br>- Product will be available in tablet and injectable formulation.<br>- Targeting QD dosing for both formulations (not confirmed).<br>- Targeting 5-7 day dosing for most indications (not confirmed).<br>- COGS at $1,500-3,200/kg at launch pending chemistry optimization. |

| Current Time Line | Milestone | Date |
|---|---|---|
| | Phase I | 4Q2000 |
| | Phase II | 3Q2001 |
| | Phase III | 3Q2002 |
| | NDA Filing | 4Q2004 |
| | Launch | 4Q2005 |

| Spending | $$ |
|---|---|
| Project-to-Date Spending (thru '00) | 11.3 |
| 2001 Current Projection (Plan) | 25.0* |
| * See page 2 for detail. | |

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|
| Projected Spending by Year | 6.8 | 25.0 | 76.0 | 100.0 | 52.0 | 11.0 | 288.8 |

CONFIDENTIAL
JH 008123

## Quinolone (ABT-492)
## 2001 Plan Development Cost Summary

**Program Status**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase I | | | | | | |
| Phase II | | | | | | |
| Phase III | | | | | NDA | Launch |

| Major Development Activities and Costs | Total Patients | Enrolled 8/31/2000 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | |
| Phase I | | | | | | |
| Single Rising Dose / Food Effects in Healthy Volunteers | 116 | 0 | Nov-00 | Jan-01 | $500 | $170 |
| Multiple Rising Dose in Healthy Volunteers | 60 | 0 | Nov-00 | Apr-01 | $500 | $300 |
| External PK Studies | N/A | N/A | Apr-01 | Sep-01 | $0 | $900 |
| Microbiology Studies | N/A | N/A | Jan-01 | Dec-01 | $0 | $713 |
| Phase IIA - AECB | 250 | 0 | Aug-01 | Apr-02 | $0 | $2,003 |
| Phase IIB - CAP | 250 | 0 | Nov-01 | Jul-02 | $0 | $833 |
| Venture Management | | | | | $201 | $1,320 |
| European Venture Research | | | | | $28 | $58 |
| Phase I Center | | | | | $70 | $130 |
| Data Management/Statistics | | | | | $53 | $189 |
| | | | | | $1,352 | $5,856 |
| **Chemistry, Manufacturing, and Controls (CMC)** | | | | | | |
| Bulk Drug / Process | | | | | $598 | $7,672 |
| Formulation & Analytical | | | | | $593 | $961 |
| | | | | | $1,191 | $8,633 |
| **Drug Safety Support** | | | | | | |
| Ongoing Drug Safety support including: Toxicity Studies | | | | | $1,841 | $2,331 |
| | | | | | $1,841 | $2,331 |
| **Other Support Costs** | | | | | | |
| Discovery | | | | | $2,208 | $3,224 |
| Reg. / Res. Quality Assurance / Investigational Drug QA | | | | | $104 | $34 |
| Medical Affairs | | | | | $0 | $35 |
| Other | | | | | $0 | $47 |
| Milestone Payments (Initiation of Phase IIA) | | | | | $2,316 | $3,000 |
| | | | | | | $4,830 |
| **Total Program** | | | | | $6,800 | $25,000 |

CONFIDENTIAL
JH 008124

TSP (ABT-510)
Annual Development Plan
Exhibit 1.6

| Therapeutic Area | Oncology |
| Indications | Solid tumors such as lung, breast, ovary, bladder and pancreas. |

**Description**
- Thrombospondin peptide
- Novel anti-angiogenesis agent
- Parenteral dosing
- ABT-510 is seeking an indication for the treatment of solid tumors
- Mechanism may prevent the growth of tumors and prevent the spread of metastases by preventing or inhibiting the growth of nutrient supplying blood vessels

**Current Time Line**

| Milestone | Date |
|---|---|
| DDC | 4Q1999 |
| Phase I | 2Q2000 |
| Phase II | 4Q2001 |
| Phase III | 1Q2003 |
| NDA Filing | 1Q2005 |
| Launch | 1Q2006 |

**Spending**

| | $$ |
|---|---|
| Project-to-Date Spending (thru '00) | 43.8 |
| 2001 Current Projection (Plan) | 9.0* |

- See page 2 for detail.

**Projected Spending by Year**

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|
| 6.8 | 9.0 | 37.0 | 29.0 | 23.0 | 15.0 | 119.6 |

CONFIDENTIAL
JH 008125

TSP (ABT-510)
2001 Plan Development Cost Summary

| Program Status | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase I | | | | | | | | |
| Phase II | | | | | | | | |
| Phase III | | | | | | | | |

DDC ←     → NDA

## Major Development Activities and Costs

| | Total Patients | Enrolled as of 8/00 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | |
| Single Escalating Dose in Healthy Subjects | 38 | 38 | Apr-2000 | Sep-2000 | $240 | $945 |
| Multiple Dose in Cancer Patients | 40 | ... | Feb-2000 | Sep-2001 | $700 | $500 |
| IND Study | 14 | ... | Jun-2001 | Nov-2001 | $309 | $328 |
| Other Studies / EVR | | | | | $151 | $108 |
| Phase-I Center | | | | | $960 | $800 |
| Venture Management | | | | | $199 | $164 |
| Data Management/Statistics | | | | | $2,559 | $2,845 |

| | 2000 AGU | 2001 Plan |
|---|---|---|
| **Chemistry, Manufacturing, and Controls (CMC)** | $762 | $1,650 |
| Formulation / Analytical | | |

| | 2000 AGU | 2001 Plan |
|---|---|---|
| **Drug Safety Support** | $1,808 | $1,759 |
| Ongoing Drug Safety support. | | |

| | 2000 AGU | 2001 Plan |
|---|---|---|
| **Other Support Costs** | $1,202 | $2,664 |
| Discovery | | |
| Medical Affairs | $5 | ... |
| Regulatory Affairs / Research Quality Assurance | $68 | $45 |
| Other / In-licensing Fees | $196 | $37 |
| **Total Program** | $6,600 | $9,000 |

CONFIDENTIAL
JH 008126

MMPI (ABT-518)
Annual Development Plan
Exhibit 1.6

| Therapeutic Area | Oncology |
|---|---|
| Indications | Solid tumors such as lung, ovarian, pancreas, breast, colorectal and bladder. |

**Description**
- Novel metalloproteinase inhibitor.
- Cytostatic mechanism.
- Oral dosing.
- May prevent the growth of metastatic lesions and/or inhibit primary tumor growth.
- Superior efficacy or side-effect profile to competitive agents.

**Current Time Line**

| Milestone | Date |
|---|---|
| DDC | 1Q2000 |
| Phase I | 1Q2001 |
| Phase II | 3Q2002 |
| Phase III | 4Q2003 |
| NDA Filing | 4Q2005 |
| Launch | 2Q2006 |

| Spending | $$ |
|---|---|
| Project-to-Date Spending (thru '00) | 40.0 |
| 2001 Current Projection (Plan) | 7.0* |

- See page 2 for detail.

| Projected Spending by Year | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|
| | 5.0 | 7.0 | 31.0 | 36.0 | 26.0 | 20.0 | 124.0 |

CONFIDENTIAL
JH 008127

## MMPI (ABT-518)
### 2001 Plan Development Cost Summary

| Program Status | 1999 | | | | 2000 | | | | 2001 | | | | 2002 | | | | 2003 | | | | 2004 | | | | 2005 | | | | 2006 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| Phase I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase II | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase III | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NDA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DDC ← (2000)    NDA ← (2005)    Launch ← (2006)

### Major Development Activities and Costs

| | Total Patients | Enrolled as of 8/00 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | |
| Multiple Dose in Cancer Patients | 40 | ... | 1Q/01 | 1Q/02 | $300 | $769 |
| IND Study | 14 | ... | 3Q/01 | 1Q/02 | ... | $500 |
| Other Studies / EVR | | | | | | $108 |
| Phase-I Center / PK | | | | | $70 | $65 |
| Venture Management | | | | | $778 | $754 |
| Data Management/Statistics | | | | | $57 | $118 |
| | | | | | $1,205 | $2,314 |

| | 2000 AGU | 2001 Plan |
|---|---|---|
| **Chemistry, Manufacturing, and Controls (CMC)** | | |
| Formulation / Analytical | $546 | $1,031 |
| **Drug Safety Support** | 2000 AGU | 2001 Plan |
| Ongoing Drug Safety support | $1,681 | $2,125 |
| **Other Support Costs** | | |
| Discovery | $1,447 | $1,348 |
| Medical Affairs | $5 | $20 |
| Regulatory Affairs / Research Quality Assurance | $26 | $39 |
| Other / In-licensing Fees | $90 | $123 |
| **Total Program** | $5,000 | $7,000 |

CONFIDENTIAL
JH 008128



Anti-Mitotic (ABT-751)
Annual Development Plan
Exhibit 1.6

| Therapeutic Area | Oncology |
| --- | --- |
| Indications | Solid tumors such as breast, lung, colorectal, and ovarian |
| Description | • Novel oral cytotoxic agent that inhibits tumor growth by inhibiting the polymerization of tubulin, similar to the MOA of taxanes<br>• May be effective in patients resistant to other cytotoxic agents |

| Current<br>Time Line | Milestones | Date |
| --- | --- | --- |
| | In-License | 2/2/2000 |
| | Phase I | 1Q/2001 |
| | Phase II | 4Q/2001 |
| | Phase III | 4Q/2002 |
| | NDA Filing | 1Q/2005 |
| | Launch | 1Q/2006 |

| | | | | | | | Spending | $$ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Project-to-Date-Spending (thru '00) | 6.0 |
| | | | | | | | 2001 Current Projection (PLAN) | 10.0* |
| | | | | | | | | |
| | | | | | | | • See page 2 for details. | |

| Projected Spending<br>by Year | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 6.0 | 10.0. | 27.0 | 35.0 | 25.0 | 12.0 | 115.0 |

CONFIDENTIAL
JH 008129

Anti-Mitotic (ABT-751)
2001 Plan Development Cost Summary

| Program Status | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|
| Phase I | | | | | | | |
| Phase II | | | | | | | |
| Phase III | | | | | | | |

↑ In-license

| Major Development Activities and Costs | Total Patients | Enrolled as of 8/31/00 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| Clinical Program | | | | | | |
| Multiple Dose in Cancer Patients #1 | 24 | -- | Jan-2001 | Nov-2001 | -- | $600 |
| Multiple Dose in Cancer Patients #2 | 24 | -- | Apr-2001 | May-2002 | -- | $466 |
| Safety and Efficacy #1-#6 | 180 | | Aug-2001 | Oct-2002 | -- | $1,092 |
| Other Studies / EVR | | | | | -- | $2,762 |
| Venture Management | | | | | -- | $413 |
| Data Management/Statistics | | | | | --- | $5,333 |
| | | | | | | |
| Chemistry, Manufacturing, and Controls (CMC) | | | | | 2000 AGU | 2001 Plan |
| Formulation / Analytical | | | | | -- | $2,300 |
| | | | | | | |
| Drug Safety Support | | | | | 2000 AGU | 2001 Plan |
| Ongoing Drug Safety support. | | | | | -- | $1,685 |
| | | | | | | |
| Other Support Costs | | | | | 2000 AGU | 2001 Plan |
| Discovery | | | | | -- | $26 |
| Medical Affairs | | | | | -- | $301 |
| Regulatory Affairs / Research Quality Assurance | | | | | $6,000 | $355 |
| Other / In-Licensing Fees | | | | | | |
| Total Program | | | | | $6,000 | $10,000 |

CONFIDENTIAL
JH 008130

FTI (ABT-xxx)
Annual Development Plan
Exhibit 1.6

| Therapeutic Area | Oncology |
|---|---|
| Indications | Solid tumors such as lung, breast, ovary, bladder and pancreas. |
| Description | - Farnesyltransferase inhibitor. - Mechanism of action is unknown, but thought to inhibit farnesylated proteins which are integral for malignant tumor growth. |

**Current Time Line**

| Milestones | Date |
|---|---|
| DDC | 1Q/2001 |
| Phase I | 4Q/2001 |
| Phase II | 2Q/2003 |
| Phase III | 3Q/2004 |
| NDA Filing | 4Q/2005 |
| Launch | 4Q/2007 |

**Spending**

| | $$ |
|---|---|
| Project-to-Date Spending (thru '00) | 35.0 |
| 2001 Current Projection (Plan) | 8.0* |

* See page 2 for details.

**Projected Spending by Year**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|
| | N/A | 8.0 | 15.0 | 30.0 | 30.0 | 18.0 | 99.0 |

CONFIDENTIAL
JH 008131

## ONCOLOGY - FTI ABT-xxx
### 2001 Plan Development Cost Summary

| Program Status | 2000 | | | | 2001 | | | | 2002 | | | | 2003 | | | | 2004 | | | | 2005 | | | | 2006 | | | | 2007 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| Phase I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase II | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase III | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

← DDC   ← NDA   ← Launch

| Major Development Activities and Costs | Total Patients | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|
| Clinical Program | | | | | |
| Phase I Multiple Escalating Dose | 40 | Dec-2001 | Nov-2002 | N/A | $150 |
| Phase-I Center | | ... | | N/A | $328 |
| Venture Management | | | | N/A | $100 |
| Data Management/Statistics | | | | N/A | $78 |
| | | | | 2000 AGU | 2001 Plan |
| | | | | N/A. | $1,100 |
| Chemistry, Manufacturing, and Controls (CMC) | | | | 2000 AGU | 2001 Plan |
| Formulation / Analytical | | | | N/A | $2,184 |
| Drug Safety Support | | | | 2000 AGU | 2001 Plan |
| Drug Safety support. | | | | N/A | $2,000 |
| Other Support Costs | | | | 2000 AGU | 2001 Plan |
| Discovery | | | | N/A | ... |
| Medical Affairs | | | | N/A | ... |
| Regulatory Affairs / Research Quality Assurance | | | | N/A | $138 |
| Other Costs / In-licensing Fees | | | | N/A | $6,908 |
| Total Program | | | | | |

CONFIDENTIAL
JH 008132

Dopamine Receptor Agonist (ABT-xxx)
Annual Development Plan
Exhibit 1.6

| Therapeutic Area | Other |
|---|---|
| Indications | Male Erectile Dysfunction (MED) |
| Description | - D4 Dopamine Receptor Agonist.<br>- Targets D4 receptors in the brain which offers the potential for efficacy in patients with MED that do not respond to Viagra.<br>- Additionally this approach offers opportunity for compounds with improved tolerability relative to other Dopamine agents that are clinically used for MED. |

| Current Time Line | Milestones | Date |
|---|---|---|
| | DDC | 4Q/2001 |
| | Phase I | 2Q/2002 |
| | Phase II | 4Q/2003 |
| | Phase III | 1Q/2005 |
| | NDA Filing | 1Q/2007 |
| | Launch | 4Q/2007 |

| Spending | | $ |
|---|---|---|
| Project-to-Date Spending (thru '00) | | 35.0 |
| 2001 Current Projection (Plan) | | 6.0* |
| * See page 2 for detail. | | |

| Projected Spending by Year | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|
| | N/A | 6.0 | 15.0 | 30.0 | 30.0 | 18.0 | 99.0 |

CONFIDENTIAL
JH 008133

Dopamine Receptor Agonist  ABT-xxx
2001 Plan Development Cost Summary

| Program Status | 2000 | | | | 2001 | | | | 2002 | | | | 2003 | | | | 2004 | | | | 2005 | | | | 2006 | | | | 2007 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| Phase I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase II | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase III | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DDC ← (2001)    Total Patients Enrolled    Start    End    NDA    Launch

| Major Development Activities and Costs | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|
| Clinical Program | | |
| | N/A | ... |
| Phase I Multiple Escalating Dose | | |
| Phase-I Center | N/A | ... |
| Venture Management | N/A | ... |
| Data Management/Statistics | N/A | $0 |
| Chemistry, Manufacturing, and Controls (CMC) | 2000 AGU N/A | 2001 Plan $0 |
| Formulation / Analytical | | |
| Drug Safety Support | 2000 AGU N/A | 2001 Plan $1,000 |
| Drug Safety support. | | |
| Other Support Costs | 2000 AGU N/A | 2001 Plan $5,000 |
| Discovery | N/A | ... |
| Medical Affairs | N/A | $0 |
| Regulatory Affairs / Research Quality Assurance | | |
| Other Costs / In-licensing Fees | N/A | $6,000 |
| Total Program | | |

CONFIDENTIAL
JH 008134

## Pharmaceutical Products Division
## Sample Direct/Indirect Project Funding Distribution
## 2001 Plan ($000)

| | ABT-773 (Late Stage - Phase III) | | | MMPI (Early Stage) | | |
|---|---|---|---|---|---|---|
| | Direct | Indirect | Total | Direct | Indirect | Total |
| PPD Investigational Drug | 0.3 | 0.0 | 0.4 | · | · | · |
| Venture Management | 4.8 | 1.6 | 6.5 | 0.8 | 0.2 | 0.9 |
| Discovery | 2.2 | 0.2 | 2.4 | 1.1 | 0.3 | 1.3 |
| Drug Safety | 1.6 | 0.2 | 1.7 | 1.8 | 0.3 | 2.1 |
| PARD | 4.8 | 0.4 | 5.3 | 0.8 | 0.2 | 1.0 |
| Phase I Center | 2.0 | 0.1 | 2.1 | 0.1 | 0.0 | 0.1 |
| Development Operations | 4.2 | 0.5 | 4.6 | 0.1 | 0.0 | 0.1 |
| Regulatory Affairs | 0.2 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 |
| Medical Affairs | 0.8 | 0.1 | 0.9 | 0.0 | 0.0 | 0.0 |
| Administration | 1.6 | · | 1.6 | 0.1 | · | 0.1 |
| A1 Manpower | 0.7 | · | 0.7 | · | · | · |
| Bulk Drug / Process | 15.0 | · | 15.0 | · | · | · |
| Clinical Grants | 43.1 | · | 43.1 | 1.3 | · | 1.3 |
| Total | 81.4 | 3.2 | 84.6 | 6.2 | 0.9 | 7.1 |
| % Split | 96.2% | 3.8% | 100.0% | 86.6% | 13.4% | 100.0% |

CONFIDENTIAL
JH 008135

**Pharmaceutical Products Division**
**Sample Direct/Indirect Rate & Headcount Distribution**
**2001 Plan**

| Rate: | Data Management | | Toxicology/Pathology | |
|---|---|---|---|---|
| **Direct** | | | | |
| Payroll (Both PMP and Supv/Mgr) | 6,577 | | 5,277 | |
| Office Supplies | 53 | | 51 | |
| T & E | 26 | | 84 | |
| Sem/Edu | 21 | | 73 | |
| Supplies | 41 | | 440 | |
| Consultant | 291 | | 67 | |
| Printing | 73 | | 4 | |
| Clinical Tracking Costs | 4,075 | | --- | |
| Depreciation | 1,031 | | 258 | |
| UNIX Based Support | 3,453 | | 921 | |
| Utilities | 62 | | --- | |
| Floorspace | 579 | | 1,479 | |
| Housekeeping | 23 | | --- | |
| Other | 112 | | 389 | |
| Sub-Total Direct | 16,416 | | 9,042 | |
| | | | | |
| **Indirect** | | | | |
| Patents & Trademarks | 285 | | 388 | |
| Corporate Indirect | 697 | | 949 | |
| PPD Indirect (Mgmt.) | 337 | | 458 | |
| Department Overhead | 396 | | 584 | |
| Other | 46 | | 62 | |
| Sub-Total Indirect | 1,761 | | 2,441 | |
| | | | | |
| Total | 18,177 | | 11,483 | |
| | | | | |
| % Direct | 90% | | 79% | |
| % Indirect | 10% | | 21% | |
| | | | | |
| **Headcount:** | | | | |
| Direct Headcount | 123 | 88% | 53 | 88% |
| Indirect Headcount | 17 | 12% | 7 | 12% |
| | | | | |
| Total Headcount | 140 | | 60 | |
| | | | | |
| Rate | 92.06 | | 135.42 | |
| Hours | 1,600 | | 1,600 | |
| Annual Rate | 147,296 | | 216,672 | |

CONFIDENTIAL
JH 008136

-37-

EXHIBIT 1.17

<u>EISAI TERRITORY</u>

1.  Bhutan
2.  Brunei
3.  Cambodia
4.  People's Republic of China
5.  Republic of China (Taiwan)
6.  India
7.  Indonesia
8.  Japan
9.  Democratic People's Republic of Korea (North Korea)
10. Republic of Korea
11. Laos
12. Macao
13. Malaysia
14. Mongolia
15. Myanmar
16. Nepal
17. Pakistan
18. Papua New Guinea
19. Philippines
20. Singapore
21. Sri Lanka
22. Thailand
23. Vietnam
24. Italy, co-exclusive rights with Abbott, unless Abbott exercises its rights under the terms of the Eisai Agreement to take an exclusive right to Italy.

CONFIDENTIAL
JH 008137

-38-

EXHIBIT 1.40

PROGRAM COMPOUNDS

| In-License Agreement | Program Compound | Development Phase |
|---|---|---|
| | ABT-627 (Endothelin antagonist) | phase III |
| | ABT-773 (Ketolide antibiotic) | phase III |
| Taisho | ABT-594 (Cholinergic channel modulator) | late phase II |
| Wakunaga | ABT-492 (Quinolone antibiotic) | phase I |
| Eisai | ABT-751 (Antimitotic) | phase I |
| | ABT-510 (Thrombospondin peptide) | phase I |

Preclinical Programs:

| | | |
|---|---|---|
| FTI Program | | late preclinical |
| ED Program | | late preclinical |
| MMPI Program | ABT-518 (Matrix metalloproteinase inhibitor) | phase I |

CONFIDENTIAL
JH 008138

-39-

EXHIBIT 1.43

EXAMPLE OF PROGRAM RELATED COSTS FOR ONE PROGRAM COMPOUND

CONFIDENTIAL
JH 008139

## 2001 KEY RATES

| | 2000 | | | 2001 | | | % Change | | |
|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Annual Rate | Rate | Hours | Annual Rate | Hourly Rate | Total Hours | Annual Rate |
| **DRUG SAFETY** | | | | | | | | | |
| Toxicology/Pathology - PMP/TMP | 121.52 | 1,680 | 204,154 | 135.42 | 1,600 | 216,672 | 11.4% | -4.8% | 6.1% |
| Metabolism/Microscopy - PMP/TMP | 144.75 | 1,600 | 231,600 | 141.64 | 1,650 | 233,706 | -2.1% | 3.1% | 0.9% |
| Comparative Medicine - PMP/TMP | 115.60 | 1,768 | 204,381 | 116.88 | 1,850 | 216,228 | 1.1% | 4.6% | 5.8% |
| Strategic & Exploratory - PMP/TMP | 121.52 | 1,680 | 204,154 | 173.56 | 1,600 | 277,696 | 42.8% | -4.8% | 36.0% |
| **PHASE I CENTER** | | | | | | | | | |
| Pharmacokinetics 4PK - PMP/TMP | 144.75 | 1,600 | 231,600 | 135.00 | 1,600 | 216,000 | -6.7% | ... | -6.7% |
| Clin. Res. MDs 42P - PMP | ... | ... | ... | 180.35 | 1,500 | 270,525 | ... | ... | ... |
| Clin. Res. Spec. 420-PMP/TMP | 113.59 | 1,700 | 193,103 | 123.75 | 1,700 | 210,375 | 8.9% | ... | 8.9% |
| **PARD** | | | | | | | | | |
| Prod Dev - PMP, TMP | 108.54 | 1,800 | 195,372 | 116.71 | 1,800 | 210,078 | 7.5% | ... | 7.5% |
| IDS - PMP, TMP | 160.80 | 1,600 | 257,280 | 162.11 | 1,600 | 259,376 | 0.8% | ... | 0.8% |
| **DEV OPERATIONS** | | | | | | | | | |
| Data Mgmt D433 - TMP/PMP | 90.04 | 1,600 | 144,064 | 92.06 | 1,600 | 147,296 | 2.2% | ... | 2.2% |
| Stats - PMP/TMP | 97.75 | 1,800 | 175,950 | 99.10 | 1,800 | 178,380 | 1.4% | ... | 1.4% |
| **RA/QA** | | | | | | | | | |
| RA/QA - PMP & TMP | 125.50 | 1,600 | 200,800 | 134.49 | 1,600 | 215,184 | 7.2% | ... | 7.2% |
| **DISCOVERY** | 137.65 | 1,800 | 247,770 | 142.91 | 1,800 | 257,238 | 3.8% | ... | 3.8% |

03/13/01  02:09:34 PM

CONFIDENTIAL
JH 008140

2001 KEY RATES 201.123

-40-

EXHIBIT 9.2

## PAYMENT INSTRUCTIONS

Fleet Boston
ABA No. 011000390
Boston, Massachusetts 02110
Account of: John Hancock Life Insurance Co. Private  Placement Collection Acct.
Account Number: 541-55417
On Order of: Abbott Laboratories -- Research Funding Agreement dated as of March 13, 2001

E-3253160

CONFIDENTIAL
JH 008141

-41-

Exhibit 12.2(d)

Further Information Regarding Program Compounds

| COMPOUND | CHEMICAL NAME | CURRENT STAGE OF DEVELOPMENT |
|---|---|---|
| ABT-627<br>Endothelin antagonist | (2R,3R,4S)-4-(1,3-benzodioxol-5-yl)-1-[2-(dibutylamino)-2-oxoethyl]-2-(4-methoxyphenyl)-3-pyrrolidinecarboxylic acid | Phase III |
| ABT-773<br>Ketolide antibiotic | (3aS,4R,7R,9R,10R,11S,13R,15R,15aR)-4-ethyl-3a,7,9,11,13,15-hexamethyl-2,6,8,14-tetraoxo-11-{[(2E)-3-(3-quinolinyl)-2-propenyl]oxy}tetradecahydro-2H-oxacyclotetradecino[4,3-d][1,3]oxazol-10-yl 3,4,6-trideoxy-3-(dimethylamino)—D-xylo-hexopyranoside | Phase III |
| ABT-594<br>Cholinergic channel modulator | (2R)-azetidinylmethyl 6-chloro-3-pyridinyl ether hydrochloride | Phase II |
| ABT-492<br>Quinoline Antibiotic | potassium 1-(6-amino-3,5-difluoro-2-pyridinyl)-8-chloro-6-fluoro-7-(3-hydroxy-1-azetidinyl)-4-oxo-1,4-dihydro-3-quinolinecarboxylate | Phase I |
| ABT-518<br>Matrix metalloproteinase inhibitor | (1S)-1-{(4S)-2,2-dimethyl-1,3-dioxolan-4-yl]-2-({4-[4-(trifluoromethoxy)phenoxy]phenyl}sulfonyl)ethyl(hydroxy)formamide | Phase I |
| ABT-751<br>Antimitotic | N-[2-(4-hydroxyanilino)-3-pyridinyl]-4-methoxybenzenesulfonamide | Phase I |
| Farnesyltransferase inhibitor | N.A. | Pre-Clinical Program |
| Dopamine Receptor Agonist for Erectile Dysfunction | N.A. | Pre-Clinical Program |

CONFIDENTIAL
JH 008142

-42-

EXHIBIT 12.2(e)

Certain Patent Information

## ABT-627

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---|---|---|---|---|
| Australia | 08/04/1995 | 711832 | Issued | 08/04/2015 |
| Brazil | 02/12/1997 | | Pending | |
| Canada | 08/04/1995 | | Pending | |
| EP* | 08/04/1995 | | Pending | |
| Hong Kong | 07/15/1998 | | Pending | |
| Israel | 08/10/1995 | | Pending | |
| Japan | 08/04/1995 | | Pending | |
| Korea | 08/04/1995 | | Pending | |
| Mexico | 08/04/1995 | | Pending | |
| Philippines | 08/17/1995 | | Pending | |
| USA | 05/30/1995 | 5,767,144 | Issued | 06/16/2015 |

*Europe: Austria, Belgium, Great Britain, Denmark, France, Germany, Greece, Ireland, Italy, Luxembourg, Netherlands, Portugal, Spain, Sweden, Switzerland

CONFIDENTIAL
JH 008143

-43-

Exhibit 12.2(e) (Cont'd)

ABT-773
(Subject to Taisho Agreement)

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---------|-------------|---------------|--------|-----------|
| Argentina | 09/03/1997 | | Pending | |
| Australia | 09/02/1997 | | Pending | |
| Brazil | 05/13/1997 | | Pending | |
| Brazil | 09/02/1997 | | Pending | |
| Bulgaria | 09/02/1997 | | Pending | |
| Belarus | 09/02/1997 | | Pending | |
| China | 09/02/1997 | | Pending | |
| Chile | 09/04/1997 | | Pending | |
| Canada | 09/02/1997 | | Pending | |
| Columbia | 09/02/1997 | | Pending | |
| Czech Republic | 09/02/1997 | | Pending | |
| EP* | 09/02/1997 | | Pending | |
| Guatemala | 08/29/1997 | | Pending | |
| Hong Kong | 09/02/1997 | | Pending | |
| Croatia | 09/03/1997 | | Pending | |
| Hungary | 09/02/1997 | | Pending | |
| Indonesia | 09/04/1997 | | Pending | |
| India | Pending-Black Box | | Pending | |
| Israel | 09/02/1997 | | Pending | |
| Japan | 09/02/1997 | | Pending | |
| Korea | 09/02/1997 | | Pending | |
| Mexico | 09/02/1997 | | Pending | |
| Malaysia | 08/26/1997 | | Pending | |
| Norway | 09/02/1997 | | Pending | |

CONFIDENTIAL
JH 008144

-44-

Exhibit 12.2(e) (cont'd)

ABT-773 (cont'd)
(Subject to Taisho Agreement)

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---|---|---|---|---|
| New Zealand | 09/02/1997 | | Pending | |
| Philippines | 09/02/1997 | | Pending | |
| Pakistan | 10/13/1997 | 136010 | Issued | 10/13/2013 |
| Poland | 09/02/1997 | | Pending | |
| Romania | 09/02/1997 | | Pending | |
| Russia | 09/02/1997 | | Pending | |
| South Africa | 08/20/1997 | 97/7474 | Issued | 08/20/2017 |
| Singapore | 09/02/1997 | | Pending | |
| Slovak Republic | 09/02/1997 | | Pending | |
| Slovenia | 09/02/1997 | 20023 | Issued | 09/02/2017 |
| Saudi Arabia | 02/10/1998 | | Pending | |
| Thailand | 09/03/1997 | | Pending | |
| Turkey | 09/02/1997 | TR 01127 B | Issued | 09/02/2017 |
| Taiwan | 09/05/1997 | | Pending | |
| UA | 09/02/1997 | | Pending | |
| USA | 07/03/1997 | 5,866,549 | Issued | 09/04/2016 |
| Yugoslavia | 09/02/1997 | | Pending | |

*Europe: Austria, Belgium, Great Britain, Denmark, France, Germany, Greece, Ireland, Italy, Luxembourg, Netherlands, Portugal, Spain, Sweden, Switzerland

CONFIDENTIAL
JH 008145

-45-

EXHIBIT 12.2(e) (Cont'd)

## ABT-594

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---------|-------------|---------------|--------|-----------|
| Australia | 10/08/1993 | 687017 | Issued | 10/18/2013 |
| Brazil | 04/30/1997 | | Pending | |
| Canada | 10/08/1993 | | Pending | |
| EP* | 10/08/1993 | | Pending | |
| Hong Kong | 12/10/1998 | | Pending | |
| Israel | 10/04/1993 | 107184 | Issued | 10/04/2013 |
| Japan | 10/08/1993 | 3098035 | Issued | 10/08/2013 |
| Korea | 10/08/1993 | | Pending | |
| Mexico | 10/08/1993 | | Pending | |
| Philippines | 10/07/1993 | | Pending | |
| USA | 06/07/1995 | 5,948,793 | Issued | 09/07/2016 |

*Europe: Austria, Belgium, Great Britain, Denmark, France, Germany, Greece, Ireland, Italy, Luxembourg, Netherlands, Portugal, Spain, Sweden, Switzerland

CONFIDENTIAL
JH 008146

-46-

EXHIBIT 12.2(e) (Cont'd)

ABT-492

(Subject to Wakunaga Agreement)

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---|---|---|---|---|
| Australia | 09/24/1999 | | Pending | |
| Brazil | 11/29/1999 | | Pending | |
| Canada | 12/06/1999 | | Pending | |
| China | 10/22/1999 | 1258674A | Issued | |
| Hong Kong | | | | |
| EP* | 12/08/1999 | 0992501 | Issued | |
| Hungary | 11/23/1999 | 9904389 | Issued | |
| Republic of Korea | 08/29/2000 | | | |
| Mexico | 10/14/1999 | | Pending | |
| Russian Federation | 05/26/2000 | | Pending | |
| USA | 06/10/1999 | | Pending | |
| Japan | 10/06/1999 | 2000-136191 | Issued | |

*Europe: Austria, Belgium, Switzerland, Germany, Denmark, Spain, Finland, France, Great Britain, Greece, Ireland, Italy, Luxembourg, Monaco, Netherlands, Portugal, Sweden

CONFIDENTIAL
JH 008147

-47-

EXHIBIT 12.2(e) (Cont'd)

## ABT-510

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---------|-------------|---------------|--------|-----------|
| Argentina | 05/21/1999 | | Pending | |
| Australia | 05/21/1999 | | Filing in Process | |
| Brazil | 05/21/1999 | | Filing in Process | |
| Bulgaria | 05/21/1999 | | Filing in Process | |
| China | 05/21/1999 . | | Filing in Process | |
| Chile | 05/20/1999 | | Pending | |
| Canada | 05/21/1999 | | Filing in Process | |
| Columbia | 05/21/1999 | | Pending | |
| Czech Republic | 05/21/1999 | | Filing in Process | |
| EP* | 05/21/1999 | | Filing in Process | |
| Hong Kong | 05/21/1999 | | Filing in Process | |
| Hungary | 05/21/1999 | | Pending | |
| India | 05/21/1999 | | Filing in Process | |
| Israel | 05/21/1999 | | Filing in Process | |
| Japan | 05/21/1999 | | Filing in Process | |
| Korea | 05/21/1999 | | Filing in Process | |
| Mexico | 05/21/1999 | | Filing in Process | |
| Norway | 05/21/1999 | | Filing in Process | |
| New Zealand | 05/21/1999 | | Filing in Process | |
| Philippines | 05/21/1999 | | Pending | |
| Poland | 05/21/1999 | | Filing in Process | |
| South Africa | 05/21/1999 | | Filing in Process | |
| Slovak Republic | 05/21/1999 | | Filing in Process | |
| Saudi Arabia | 05/21/1999 | | Pending | |
| Turkey | 05/21/1999 | | Filing in Process | |
| Taiwan | 05/21/1999 | | Pending | |
| USA | 05/21/1999 | | Pending | |

*Europe: Austria, Belgium, Great Britain, Cyprus, Denmark, Finland, France, Germany, Greece, Ireland, Italy, Luxembourg, Netherlands, Portugal, Romania, Slovenia, Spain, Sweden, Switzerland

CONFIDENTIAL
JH 008148

-48-

EXHIBIT 12.2(e) (Cont'd)

<u>ABT-518</u>

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---------|-------------|---------------|--------|-----------|
| Argentina | 07/30/1998 | | Pending | |
| Australia | 07/27/1998 | | Pending | |
| Brazil | 07/27/1998 | | Pending | |
| Bulgaria | 07/27/1998 | | Pending | |
| China | 07/27/1998 | | Pending | |
| Chile | 07/17/1998 | | Pending | |
| Canada | 07/27/1998 | | Pending | |
| Columbia | 07/29/1998 | | Pending | |
| Czech Republic | 07/27/1998 | | Pending | |
| EP* | 07/27/1998 | | Pending | |
| Hungary | 07/27/1998 | | Pending | |
| Israel | 07/27/1998 | | Pending | |
| Japan | 07/27/1998 | | Pending | |
| Korea | 07/27/1998 | | Pending | |
| Mexico | 07/27/1998 | | Pending | |
| Norway | 07/27/1998 | | Pending | |
| New Zealand | 07/27/1998 | | Pending | |
| Philippines | 07/27/1998 | | Pending | |
| Poland | 07/27/1998 | | Pending | |
| South Africa | 07/30/1998 | 98/6828 | Issued | 07/30/2018 |
| Slovak Republic | 07/27/1998 | | Pending | |
| Saudi Arabia | 12/15/1998 | | Pending | |
| Turkey | 07/27/1998 | | Pending | |
| Taiwan | 07/31/1998 | | Pending | |
| USA | 08/05/1998 | | Pending | |

*Europe: Austria, Belgium, Great Britain, Denmark, France, Germany, Greece, Ireland, Italy, Luxembourg, Netherlands, Portugal, Spain, Sweden, Switzerland

CONFIDENTIAL
JH 008149

-49-

EXHIBIT 12.2(e) (Cont'd)

ABT-751
(Subject to Eisai Agreement)

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---|---|---|---|---|
| USA | 08/08/1991 | 5,250,549 5,292,758 | Issued | 08/08/2011 08/08/2011 |
| Germany | 08/07/1991 | EP 472,053 | Issued | 08/07/2011 |
| United Kingdom | 08/07/1991 | EP 472,053 | Issued | 08/07/2011 |
| France | 08/07/1991 | EP 472,053 | Issued | 08/07/2011 |

CONFIDENTIAL
JH 008150

-50-

EXHIBIT 12.2(f)

<u>COMMUNICATIONS</u>

With respect to ABT-594, Abbott has received the following communications:

* Correspondence from Sibia Neurosciences, 505 Coast Blvd. South, Suite 300, La Jolla, CA 92037 (Sibia was acquired by Merck & Co., Inc. in August, 1999) including, most recently, a letter dated March 13, 1998.
* Correspondence from ICT Pharmaceuticals c/o Stadheim and Grear, Ltd., 400 North Michigan Ave., Chicago, IL 60611 including, most recently, a letter dated September 14, 2000.

The Sibia and ICT correspondence each refer to their patents on research tools.

**CONFIDENTIAL**
**JH 008151**

-51-

EXHIBIT 12.2(j)

Compound Reports

CONFIDENTIAL
JH 008152

*CONFIDENTIAL*

# ABT – 773

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008153

## ABT-773

### Opportunity Overview

ABT-773 pertains to a promising new class of antibiotics known as ketolides. ABT-773 is likely to have activity against resistant strains of bacteria and will, therefore, compete effectively against currently marketed antibiotics. The compound is currently in Phase II/III trials. Phase III clinical trials began in Q4, 2000. ABT-773 has an expected U.S. launch date in Q1, 2004. Ex-U.S. launches are projected in 2004 for Europe and Japan.

Product features such as high efficacy, activity against resistant strains of bacteria and convenience should enable it to compete against both Zithromax and newer agents such as the quinolones. Dosing is expected to be once-a-day. A 5-day convenience pak at a competitive price will help maximize sales.

### The US Market

The overall antibiotic market in the U.S. reached $8.9 billion in sales in 1999. The tab/cap segment is the largest; sales in 1999 were $5.7 billion. The I.V. and oral suspension segments are comparatively smaller; total sales topped $2.1 and $1.1 billion, respectively.

Tab/cap and oral suspension prescription volume had been declining 1-2% per year in the period of 1995-1998, due to more appropriate prescribing in the face of increasing resistance. However, total tab/cap prescription volume recovered in 1999 and grew 6.3%. Even in the face of negative pressure on antibiotic use, dollar sales in the U.S. have continued to increase, particularly in the tab/cap market. This is due to the trend of replacing relatively low-cost generic agents with higher priced premium antibiotics. The market is willing to bear higher costs for agents that satisfy unmet needs. The I.V. market has grown slightly in terms of sales, also being driven largely by the replacement of generic agents with more costly branded agents.

Macrolides, largely fueled by the gains of Zithromax, have seen significant growth in terms of both prescriptions and sales. Zithromax prescriptions far outnumber those of other competitors, while its sales have nearly surpassed those of the sales leader, Cipro. Historically, quinolones saw relatively limited use for community respiratory tract infections (RTIs) because of poor Gram-positive coverage and sub-optimal adverse event profiles. Newer quinolones such as Levaquin have been successful in achieving more widespread use by virtue of its improved activity and adverse event profile. Levaquin currently accounts for approximately 30% of the quinolone market share. It is anticipated that recent quinolone introductions (Avelox, Tequin) will build upon the RTI momentum established by Levaquin. The growth of the macrolide and quinolone classes has come largely at the expense of cephalosporins and generic agents such as erythromycin and penicillin.

The following table shows 1999 tab/cap sales and prescriptions by class/product:

| | Sales | | | TRXs | | |
|---|---|---|---|---|---|---|
| | Sales ($MM) | Share | CAGR85-99 | TRXs (MM) | Share | CAGR85-99 |
| Penicillins | $148.3 | 2.6% | -1.0% | 52.5 | 23.7% | -5.6% |
| Cephalosporins | $980.9 | 17.2% | -5.8% | 37.9 | 17.1% | -3.5% |
| Ceftin | $383.9 | 6.7% | 1.8% | 5.0 | 2.3% | -1.0% |
| Cefzil | $188.7 | 3.3% | 12.5% | 2.7 | 1.2% | 11.3% |
| Other | $408.3 | 7.1% | -14.7% | 30.1 | 13.6% | -4.8% |
| Exf. Spec. Macrolides | $1,595.6 | 27.9% | 19.9% | 36.1 | 16.3% | 20.8% |
| Biaxin | $690.5 | 12.1% | 6.1% | 11.3 | 5.1% | 1.2% |
| Zithromax | $891.1 | 15.6% | 42.1% | 24.4 | 11.0% | 41.5% |
| Other | $14.0 | 0.2% | 21.0% | 0.4 | 0.2% | 53.0% |
| Quinolones | $1,622.1 | 28.4% | 17.0% | 24.0 | 10.8% | 11.7% |
| Cipro | $902.5 | 15.8% | 8.3% | 14.1 | 6.4% | 5.1% |
| Levaquin | $529.4 | 9.3% | NA | 7.0 | 3.1% | NA |
| Other | $190.2 | 3.3% | -2.2% | 3.0 | 1.3% | -5.4% |
| Augmentin | $778.1 | 13.6% | 17.8% | 10.7 | 4.8% | 11.8% |
| Other Classes | $590.5 | 10.3% | -1.1% | 60.4 | 27.3% | -4.1% |
| TOTAL TAB/CAP | $5,715.4 | 100.0% | 8.9% | 221.5 | 100.0% | 0.1% |

*U.S. Market Projections*

Resistance to antibiotics is likely to increase, creating opportunities for new agents with activity against resistance. Physicians will be urged to choose agents with an appropriate spectrum of activity relative to the infection being treated. Resistance will increasingly become part of the promotional mix for emerging agents. The ability of an agent to treat resistant strains and the real or perceived ability to slow or prevent resistance development (mutation prevention concentration, low mutation frequency, structure-activity relationships, etc) may confer competitive advantage to such agents.

- Quinolones, which historically have seen limited use in community-acquired respiratory infections, will become a significant class in this segment as new agents from this class are launched that specifically target RTIs.

- The market will become more competitive as new agents enter both the community segment (ketolides, quinolones) as well as the nosocomial segment (oxazolidinones, streptogramins, everninomycins, peptides, others).

- Several key branded antibiotics will lose patent exclusivity over the next three to five years.. This may create an opportunity in the pediatric market as the top three pediatric brands (Augmentin, Cefzil, Zithromax) are among those losing patent exclusivity.

Antiviral influenza and cold therapeutics, as well as an increasing number of antibacterial vaccines may have a negative impact on antibiotic prescriptions.

*The Ex-U.S. Market*

Ex-U.S. sales of antibiotics totaled $11.7 billion in 1999. Tab/cap represents the largest segment, with sales of $9.4 billion from 770 million total prescriptions. Total Rx growth has been flat, with a 1996-99 CAGR of 0.5%. The use of antibiotics is predicted to slowly decline due to more judicious use of antibacterials in the face of increasing bacterial resistance.

Ex-U.S., the quinolone class accounted for 8% of total tab/cap market prescriptions (62 million Rxs) and 13% of sales ($1.2 billion). Ciprofloxacin is the market leader ex-U.S. with approximately 47% of the quinolone market Rxs (29 million Rxs) and 44% ($530MM) of sales. Levofloxacin launched in many European markets in 1998/1999 and holds approximately 14% Rx share of the European quinolone market and 0.8% of the overall tab/cap market. Although grepafloxacin and trovafloxacin also launched in some European countries in 1999, both products were recently pulled from the market due to liver toxicity and other complications. Moxifloxacin launched in Germany in Q4 1999 and still commands a 65% Rx share approved in other markets. In Japan, levofloxacin launched in 1994 and still commands a 65% Rx share of the quinolone market and 10% of the Japanese tab/cap market overall. Japan accounts for approximately 80% of ex-U.S. levofloxacin sales ($370MM).

CONFIDENTIAL
JH 008155

## Scientific Rationale for ABT-773

The likely profile of ABT-773 justifies further development:
- ABT-773 pertains to a new class of antibiotics.
- Good activity against resistant Gram + organisms, particularly macrolide-resistant S. pneumoniae.
- Convenience, safety, and tolerability profile competitive with Z-pak.
- Oral Suspension and I.V. forms enabling penetration into pediatrics and hospital segments.

## Clinical Studies

The safety and efficacy of ABT-773 in AECB were studied in a multi-center Phase II clinical trial conducted between January and April of 1999. Dosing regimens of 100mg TID and 200mg TID were tested. Of the 169 enrolled patients, 159 were clinically evaluable and 96 were both clinically and bacteriologically evaluable. The following chart summarizes the results.

| Bacterial Eradication | ABT-773 100mg TID | ABT-773 200mg TID | Overall Eradication |
|---|---|---|---|
| S. pneumoniae | 100% (13/13) | 90% (9/10) | 96% (22/23) |
| M. catarrhalis | 100% (6/6) | 100% (7/7) | 100% (13/13) |
| H. influenzae | 96% (23/24) | 92% (24/26) | 92% (47/50) |
| H. parainfluenzae | 100% (6/6) | 88% (7/8) | 93% (13/14) |

| Clinical Response | ABT-773 100mg TID | ABT-773 200mg TID |
|---|---|---|
| Cure | 96% (77/80) | 92% (73/79) |
| Failure | 4% (3/80) | 8% (6/79) |

| Clinical and Bacterial Response | ABT-773 100mg TID | ABT-773 200mg TID |
|---|---|---|
| Cure | 96% (46/48) | 94% (45/48) |
| Failure | 4% (2/48) | 6% (3/48) |

| Adverse Events | ABT-773 100mg TID | ABT-773 200mg TID | Overall |
|---|---|---|---|
| Taste Perversion | 5% (4/84) | 8% (7/85) | 6.5% (11/169) |
| Diarrhea | 11% (9/84) | 6% (5/85) | 8% (14/169) |
| Nausea | 2% (2/84) | 2% (2/85) | 2% (4/169) |
| Abdominal Pain | 1% (1/84) | 2% (2/85) | 2% (3/169) |
| Headache | 2% (2/84) | 1% (1/85) | 2% (3/169) |
| Rash | 2% (2/84) | 1% (1/85) | 2% (3/169) |
| Dyspnea | 2% (2/84) | | 1% (2/169) |
| Elev. Liver Funct. Test | 1% (1/84) | 1% (1/85) | 1% (2/169) |
| Fever | | 2% (2/85) | 1% (2/169) |

CONFIDENTIAL
JH 008156

Descriptive Memorandum: ABT - 773          CONFIDENTIAL

4

The safety and efficacy of ABT-773 in AECB were studied in a multi-center Phase IIb clinical trial from October 1999 to March 2000. Doses of 150mg QD, 300mg QD, and 600mg QD were tested. Of the enrolled subjects, 342 were clinically evaluable, and 169 were both clinically and bacteriologically evaluable. The following chart summarizes the results.

| Bacterial Eradication | ABT-773 150mg QD | | ABT-773 300mg QD | | ABT-773 600mg QD | | Overall Eradication | |
|---|---|---|---|---|---|---|---|---|
| S.pneumoniae | 83% | (10/12) | 90% | (9/10) | 100% | (13/13) | 91% | (32/35) |
| M.catarrhalis | 80% | (8/10) | 92% | (12/13) | 91% | (10/11) | 88% | (30/34) |
| H. influenzae | 94% | (17/16) | 89% | (17/19) | 83% | (19/23) | 88% | (53/60) |

| Clinical Response | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cure | 87% | (98/113) | 90% | (105/117) | 90% | (101/112) | | |
| Failure | 13% | (15/113) | 10% | (12/117) | 10% | (11/112) | | |

| Clinical & Bacteriological Response | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cure | 84% | (42/50) | 88% | (49/56) | 94% | (59/63) | | |
| Failure | 16% | (8/50) | 12% | (7/56) | 6% | (4/63) | | |

| Adverse Events | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Taste Perversion | 5% | (4/84) | 19% | (25/129) | 29% | (37/129) | 17% | (66/384) |
| Diarrhea | 13% | (16/126) | 12% | (15/129) | 21% | (27/129) | 15% | (58/384) |
| Nausea | 7% | (9/126) | 13% | (17/129) | 30% | (38/129) | 17% | (64/384) |
| Vomiting | 2% | (3/126) | 3% | (4/1229) | 11% | (14/129) | 5% | (21/384) |
| Nausea & Vomiting | 0 | (0/126) | <1% | (1/129) | 4% | (5/129) | 2% | (6/384) |
| Abdominal Pain | 4% | (5/126) | 4% | (5/129) | 4% | (5/129) | 4% | (16/384) |

The safety and efficacy of ABT-773 in Acute Bacterial Sinusitis (ABS) were studied in a multi-center Phase IIb clinical trial conducted from October 1999 to March 2000. Dosing regimens of 150mg QD, 300mg QD, and 600mg QD were tested. Of the 292 enrolled subjects, 246 were clinically evaluable. The following chart summarizes the results.

| Bacterial Eradication | ABT-773 150mg QD | AB T-773 300mg QD | ABT-773 600mg QD | Overall Eradication |
|---|---|---|---|---|
| S.pneumonia | 3/3 | 8/8 | 9/12 | 20/23 |
| M. catarrhalis | 8/9 | 3/4 | 4/4 | 15/17 |
| H. influenzae | 3/5 | 7/7 | 5/7 | 15/19 |
| S.aureus | 1/1 | 1/1 | 3/4 | 5/6 |

| Clinical Response | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cure | 89% | (70/79) | 83% | (70/84) | 71% | (59/83) | |
| Failure | 11% | (9/79) | 17% | (14/84) | 29% | (24/83) | |

| Adverse Events | | | | | | | |
|---|---|---|---|---|---|---|---|
| Taste Perversion | 1% | 16/97 | 14% | (14/98) | 27% | (26/97) | 14% (41/292) |
| Diarrhea | 6% | (6/97) | 6% | (6/98) | 17% | (16/97) | 10% (28/292) |
| Nausea | 3% | (3/97) | 12% | (12/98) | 26% | (25/97) | 14% (40/292) |
| Vomiting | 1% | (1/97) | 6% | (6/98) | 17% | (16/97) | 8% (23/292) |

CONFIDENTIAL
JH 008157

Descriptive Memorandum: ABT - 773     CONFIDENTIAL     5

The safety and efficacy of ABT-773 in community-acquired pneumonia (CAP) were studied in a multi-center Phase Ib clinical trial from October 1999 to March 2000. Dosing regimens of 300mg QD and 600mg QD were tested. Of the 187 enrolled subjects, 1248 were clinically evaluable, and 15 were both clinically and bacteriologically evaluable. The following chart summarizes the results.

| Bacterial Eradication | ABT-773 300mg QD | | ABT-773 600mg QD | | Overall Eradication | |
|---|---|---|---|---|---|---|
| S. pneumoniae | 87% | (13/15) | 100% | (7/7) | 91% | (20/22) |
| M. catarrhalis | 75% | (6/8) | 50% | (2/4) | 67% | (8/12) |
| H. influenzae | 100% | (9/9) | 72% | (13/18) | 81% | (22/27) |
| M. pneumoniae | 93% | (13/14) | 93% | (14/15) | 93% | (27/29) |
| C. pneumoniae | 95% | (19/20) | 79% | (19/24) | 86% | (38/144) |
| L. pneumoniae | 100% | (3/3) | 100% | (2/2) | 100% | (5/5) |
| **Clinical Response** | | | | | | |
| Cure | 92% | (72/78) | 80% | (56/70) | | |
| Failure | 8% | (6/78) | 20% | (14/70) | | |
| **Clinical & Bacterial Response** | | | | | | |
| Cure | 92% | (54/59) | 82% | (47/57) | | |
| Failure | 8% | (5/59) | 18% | (10/57) | | |
| **Adverse Events** | | | | | | |
| Taste Perversion | 17% | (16/95) | 26% | (24/92) | 21% | (40/187) |
| Diarrhea | 14% | (13/95) | 19% | (17/92) | 16% | (30/187) |
| Nausea | 12% | (11/95) | 22% | (20/92) | 17% | (31/187) |
| Vomitting | 10% | (9/95) | 15% | (14/92) | 12% | (23/187) |

- Appendix 1

### Key Emerging Competitors

| Generic | Brand | Company | Class | Status |
|---|---|---|---|---|
| moxifloxacin | Avelox | Bayer | Quinolone | Approved by FDA 12/13/00 |
| gatifloxacin | Tequin | BMS | Quinolone | Approved by FDA 12/21/00 |
| gemifloxacin | Factive | SKB | Quinolone | Filed NDA 12/15 |
| T-3811 | TBD | BMS/Toyama | Quinolone | Phase I |
| telithromycin | Ketek | Aventis | Ketolide | Filed NDA 3/00 |
| linezolid | Zyvox | Pharmacia | Oxazolidinone | Approved by FDA Q2 '00 |

**CONFIDENTIAL**
**JH 008158**

*CONFIDENTIAL*

# ABT – 627

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008159

**Deposition Exhibit 1**

**P's Exhibit 32**

**Part 3**

## ABT-627

### Opportunity Overview

ABT-627 is an orally bioavailable endothelin antagonist with a high selectivity for the Eta receptor. The endothelins (ET-1, ET-2, ET-3) are a family of 21 amino acid peptides first identified in 1988. Endothelin is a potent, long acting vasoconstrictor produced by vascular endothelial cells. The known biological effect of ET-1 are believed to be mediated principally through the Eta receptor. These include potent and uniquely sustained vasoconstriction of vascular smooth muscle, positive inotropy of myocardium, and the stimulation of cell proliferation or the hypertrophy in vascular smooth muscle cells, cardiac myocytes, and fibroblasts.

In vitro studies in cultured cells have established that ABT-627 selectively binds to the Eta receptor, and that ABT-627 is a potent inhibitor of ET-1 binding to the Eta receptor.

Studies in cultured human prostate cancer cells and other cultured cells have shown that ABT-627 acts as a functional antagonist of ET-1, and these effects have been confirmed in vivo by assessing the effect of ABT-627 on the ET-1 induced pressor response in rats. Further animal studies have suggested that oral ABT-627 may be effective in the treatment of congestive heart failure, pulmonary hypertension, hypertension, arterial restenosis, and myocardial infarction.

In addition to literature and animal models supporting the role of endothelin antagonists in cardiovascular indications, data exists supporting the role of the ET-1 cytokine as a pathogenic mediator in cancer.

The current role of endothelin in the manifestations of metastatic prostate cancer (PCA) and other tumors have yet to be fully defined. However, Abbott scientists and thought leaders have made multiple observations about endothelin biology which suggest that endothelin may play a role in the biology and pathophysiology of metastatic prostate disease and other metastatic disease such as ovarian, cervical and renal tumors

ABT-627 has successfully completed Phase II trials for PCA, and the results demonstrate efficacy in hormone refractory PCA. The end of Phase II meeting with the FDA was held on October 4th. The data from Phase II was very favorably received and "best package" comments were made. Fast track designation and rolling NDA were granted. The FDA was conceptually in agreement with preliminary design of Phase III clinicals and clinical end points to measure. While not a dictate, a second Phase III trial will likely be conducted to insure the best opportunity for a successful outcome. The Phase III program is scheduled to commence before year-end. It is expected that filing on ABT 627 will occur in US and ex-US 1Q 2004. The compound is also in Phase I trials for other cancer types. Phase II studies in other cancer types will commence in 2Q01. Other indications outside of oncology are also being considered, to optimize the commercial potential of this asset.

CONFIDENTIAL
JH 008160

### The US Market

Prostate cancer is the most common cancer to strike nonsmoking men. The NCI estimates that there are over 1.7 million men living with prostate cancer in the U.S., and another 179,300 will be diagnosed in 1999. Nearly 80% of these cases are men over 60 years of age. It is estimated that the prevalence of prostate cancer is 380,000 in Western Europe and 45,000 in Japan. While the vast majority of these patients will be identified with potentially curable disease (25% in Stage I and 50% in Stage II) in the U.S., half of these patients will go undiagnosed until late stage disease in W. Europe and Japan. The skewed distribution of diagnosed cases ex-U.S. is largely due to less aggressive prostate cancer screening programs compared to the U.S.

Prostate cancer has seen few additions or innovations in treatment regimens in the past two decades. Treatments remain, in general, radical prostatectomy (RP) for localized disease, radiotherapy for locally advanced disease and hormone therapy for advanced disease. Patients receiving hormone therapy become refractory to this treatment after two to three years, although many will continue on hormone therapy. These hormone refractory prostate cancer (HRPCa) patients usually have a life expectancy of approximately 12 months, and no existing standard of care exists for treating these patients. No therapy has shown a significant impact on survival in these patients, although some chemotherapeutic regimens may offer promise.

There is a general trend toward using hormone therapy in earlier stage patients. In some centers, patients are receiving hormone therapy prior to surgery or radiation, in an attempt to improve outcomes in these definitive treatments. Some thought leaders suggest that this earlier utilization has contributed to the overall mortality improvements in PCA. Studies are ongoing looking at different uses for hormone therapy, including intermittent therapy, in an attempt to improve outcomes and mitigate the morbidity associated with hormonal therapy.

Hormone therapy remains the mainstay of prostate cancer treatment in earlier stages. Chemotherapy, however, has gained additional attention in hormone refractory disease as new combinations and regimens offer the potential for greater therapeutic benefit with fewer side-effects. This trend will take several years before clinical trials are completed and community based oncologists adopt these regimens, so the current cytotoxic market in PCA is small.

The total dollar growth of this market has slowed as the two market leaders, Lupron (leuprolide/TAP) and Zoladex (goserelin/Zeneca), have experienced increased price pressures from managed care and Medicare. About half the states are currently reimbursing these therapies at a least cost option (only paying for the cheapest alternative), putting downward price pressures on Lupron ($6,500/yr) to match Zoladex's ($4,500/yr) lower price point. Thus, US Lupron dollar sales declined between 1997 and 1998, despite an increase in patient volume.

Growth has also stagnated due to a lack of innovation in this hormone dominated category. There have been few therapeutic advances in the treatment of PCA in the last 5 years.

The only chemotherapy approved for use in HRPCa patients with pain is Novantrone (mitoxantrone/Immunex), but the marginal benefits this compound delivers is deeply undercut by its severe toxicities and a lifetime cap on dose. Novantrone and steroids significantly reduced the metastatic pain in 40% of patients, but it does not appear to provide a survival advantage. Novantrone is dosed by i.v. infusion every 21 days, at a cost of $560 per treatment, or an annual cost of around $8,000. Use of this agent is associated with significant side-effects, including myelosuppression, cardiac toxicity (which limits dosing) and nausea. It is this negative side-effect profile that inhibits the use of this agent in more patients. Only about 4% of U.S. HRPCa patients received Novantrone therapy in 1998. Novantrone has not been approved ex-US.

Only about 17% of HRPCa patients received any chemotherapy in 1998. The most common drugs included estramustine, paclitaxel and etoposide. These drugs continue to be some of the most studied compounds in HRPCa ongoing research and represent the greatest short-term promise in the cytotoxic treatment of this advanced disease state.

CONFIDENTIAL
JH 008161

### US Sales of Products to Treat Prostate Cancer

| Product | 1997 Dollar Sales (MM) | 1998 Dollar Sales (MM) | % chng '97-'98 |
|---|---|---|---|
| Lupron (leuprolide/TAP) | $650 | $667 | 2.6% |
| Zoladex (goserelin/Zeneca) | 233 | 296 | 27.3 |
| Casodex (bicalutamide/Zeneca) | 58 | 68 | 17.24 |
| Eulixen (flutamide/Schering) | 74 | 67 | -9.5 |
| Novantrone (mitoxantrone/Immunex) | 33 | 35 | 6.1 |
| Nilandrone (nilutamide/Hoechst) | 12 | 24 | 100 |
| Emcyt (estramustine/Pharmacia/Upjohn) | 8 | 14 | 75 |
| Taxol (paclitaxel/BMS) | 4 | 8 | 100 |
| VePesid (etoposide/BMS) | 5 | 4 | -20 |
| Others | 27 | 31 | 14.8 |
| Total | 1,104 | 1,214 | 10% |

Source: Tandem Research and Price Probe

*US Market Projections*

- Novantrone (mitoxantrone/Immunex) is currently the only product approved for the treatment of hormone refractory PCA with pain. It currently falls short on the market needs in terms of efficacy and side-effect profile.

| Attribute | Novantrone Profile |
|---|---|
| Dosing | I.V. infusion cycles |
| Cost | Expensive, ~$10,000/yr |
| Efficacy | Provides marginal improvements in quality of life |
| Reimbursed | Yes |
| Side-effects | Dose limiting toxicities |
| Promo Efforts | 108 oncology reps |
| Targets | Oncologists |

Several surveys indicate that there are over 100 compounds in preclinical and clinical development for prostate cancer and various solid tumors. The compounds listed in the appendix represent compounds that appear to offer the greatest promise and/or potential for competition for ABT-627. However, since the most likely use of ABT-627 will be in combination with best therapy, it is difficult to define the extent of competitive threat that any of these compounds represent. In general, other cytostatic agents probably offer the greatest threat as a replacement for ABT-627. However, even other cytostatic agents may be combined to maximize the activity of the various mechanisms.

To date, PPD is aware of only one other endothelin receptor antagonist in development for cancer, from Yamanouchi, which began Phase I studies in the Fall of 1999. ABT-627 is still poised to be the first endothelin receptor antagonist to reach the market for oncology.

Descriptive Memorandum: ABT - 627      CONFIDENTIAL

CONFIDENTIAL
JH 008162

4

*Scientific Rationale for ABT-627*

There are relatively low hurdles for entry for a product to treat hormone refractory prostate cancer, as no truly effective agents presently exists. Quality of life is paramount in this population, followed by improvements in disease progression and survival. Quality of life parameters could include an impact on pain/or delay in pain onset or other performance type measures of daily activities. As all hormone therapy ultimately fails, a product that delays disease progression is needed.

| Unmet Need | Pipeline Impact |
|---|---|
| Improvements in QOL | • ABT-627's profile goal is to provide improvements to a patient's QOL or blunt a decrease in QOL<br>• Cytotoxic agents rarely have significant positive impacts on QOL<br>• Other cytostatic agents may offer this benefit |
| Improvements in survival | • It is unlikely that improvements in survival will be seen in our current trials<br>• Cytotoxic agents may offer a survival advantage, perhaps in combination with ABT-627 |
| Improvements in time to disease progression | • Cytostatic and cytotoxic agents offer the greatest promise for this benefit |

Our objective is to provide physicians and patients with a novel option for the treatment of hormone refractory prostate cancer, distinguish ABT-627 from current cytotoxic therapies and encourage the treatment of advanced prostate cancer patients currently only receiving hormonal therapy.

ABT-627 will be positioned as a physician and patient-friendly choice for advanced prostate cancer patients who have failed hormone therapy. ABT-627's novel mechanism of action provides a delay in disease progression and a positive impact on QOL. The oral, QD dosing enhances compliance and minimizes disruptions to daily living.

The message will focus on 3 key attributes:

• Efficacy (defined as increased time to tumor progression) in a patient group with few options
• Improvements in quality of life
• Convenience

Physicians no longer have to choose between *treating* advanced prostate cancer patients and a patient's quality of life. ABT-627 has a positive impact on disease progression and symptoms associated with quality of life, without the baggage of significant side-effects or the inconvenience of parenteral administration associated with current therapy choices.

This message expresses the key features of the agent in terms of patient benefits, as opposed to emphasizing the scientific/clinical aspects. Since prostate cancer is a terminal disease with a relatively long time for disease progression, the quality of a patient's life becomes even more critical. Especially in cancer treatment, where the therapy can often feel worse than the disease, the benefits that ABT-627 will bring, coupled with its benign side-effect profile, will have a significant impact on prostate cancer patients' lives.

## Clinical Studies

Phase II trials have been completed and the data are being analyzed. Preliminary results for the primary endpoint of time-to-disease progression and the secondary endpoint of time-to-PSA progression show that ABT-627 favorably delays both phenomena with a benign adverse event profile. The results are summarized below:

Disease Progression: The delay in median time-to-disease progression for evaluable subjects was improved by 52% and 43% for the 10mg and 2.5mg doses respectively over the placebo time-to-disease progression of 4.3 months.

Time-to-PSA Increase: A 150% and 150% improvement in median time-to-PSA progression for evaluable subjects was observed for the 10mg and 2.5mg doses respectively over the time-to-PSA progression placebo of 2 months.

Significant dose related decreases were observed in markers of metastatic bone disease.

### Key Prostate Cancer Competitors

| Product | Company | Phase | Projected NDA Filing | Description | Anticipated impact on ABT-627 |
|---|---|---|---|---|---|
| AG 3340 | Agouron | III | 2000 | MMPI | In combination with mitoxantrone/prednisone. Unknown impact. |
| Marimastat | British Biotech | II | 2001 | MMPI | Side-effect profile significantly worse than ABT-627. Probably minimal impact. |
| SU 101 | Sugen | I/II | 2002 | PDGF TK antagonist | Phase III in combination with mitoxantrone set to start in 1999. Uncertain impact. |
| AR 623 | Aronex | II | 2002 | All-transretinoic acid | IV liposomal form of ATRA. HRPCa trial began November 1998. Probably additive. |
| MGI 114 | MGI Pharma | II | 2002 | Alkylating agent | Lead compound in acylfulvenes. Fairly toxic. Probably additive. |
| Liposomal Encapsulated doxorubicin | NeoPharm and P&U/Alza and others | II | 2002 | Anthracycline | Various forms being developed by various companies. Probably additive. |
| Sataraplatin | BMS | III | 2000 | Platinum complex | Oral platinum analog w/toxicities comparable to carboplatin. Probably additive. |
| Taxol | BMS | II | 2001 | taxane | In various combinations with other chemo agents. Probably additive. |
| Taxotere | RPR | II | 2001 | taxane | In various combinations with other chemo agents. Probably additive. |

CONFIDENTIAL
JH 008164

Descriptive Memorandum: ABT - 627          CONFIDENTIAL                    6

*CONFIDENTIAL*

# ABT-594

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008165

*ABT-594 Opportunity Overview*

ABT-594 is a non-opioid, non-NSAID analgesic that is a potent and selective neuronal nicotinic receptor (NNR) agonist being studied for the treatment of pain. ABT-594 is 30 to 100-fold more potent and equally efficacious to morphine in several well-characterized animal models of pain. The preclinical side effect and dependency liability profile of ABT-594 is superior to that of morphine.

ABT-594 is orally administered, and BID dosing is expected. Its initial targeted indication is symptomatic treatment of diabetic neuropathic pain. It is covered by a composition of matter patent through June of 2016, and also has a use patent pending in analgesia that would provide protection through September of 2017.

The IND filing of ABT-594 was in December 1998. A Phase IIb (dose ranging) trial began April 2000 in diabetic neuropathic pain. A Go/No Go decision for clinical efficacy is expected June 2001. The NDA filing is expected in 3Q2003. Development of additional formulations is under consideration (parenteral, transdermal, extended-release).

U.S. sales in 1999 for the key neuropathic pain treatments, Neurontin, carbamazepine, and tricyclic antidepressants (TCAs), are estimated to be $350 million. Neurontin sales account for the bulk of this, with an estimated 40% of this antiepileptic drug's sales being for neuropathic pain. Neurontin's 2000 sales are expected to reach $1 billion with perhaps 50% of its use in neuropathic pain. This dollar market value likely underestimates this market's potential due to a number of factors. Only the anticonvulsant, Tegretol (carbamazepine), currently off patent, and Lidoderm, a lidocaine patch, have specific indications for a type of neuropathic pain (trigeminal neuralgia and post-herpetic neuralgia, respectively) in the U.S. Currently, there is an unmet market need for novel neuropathic pain treatments such as ABT-594. Therefore, this compound is likely to be well received in this arena. Outside the U.S., Neurontin recently received an indication in the U.K. for the treatment of neuropathic pain. Despite these opportunities, there has been little to no funding from the pharmaceutical industry to improve diagnosis and treatment of neuropathic pain and drive market growth.

Ex-U.S. sales of carbamazepine and Neurontin for treatment of neuropathic pain are estimated to be approximately $140MM in 1999. Carbamazepine is still the treatment of choice ex-U.S., with estimated sales of approximately $90MM in neuropathic pain. Neurontin has achieved only $53MM in sales for this pain segment, with a price approximately 3-4 times that of carbamazepine, suggesting a patient share of only 10-20%.

Nociceptive pain is categorized by duration (acute or chronic) and by severity (mild, moderate, and severe). The mild and, to a lesser extent, moderate segments have multiple product entries and are generally well satisfied by OTC products such as aspirin, acetaminophen and ibuprofen. The prescription market for nociceptive pain is made up of four key classes of analgesics: NSAIDs, COX-2s, Opioids (and combination products), and Other Non-Opioids. In 1999, sales for these four classes of analgesics exceeded $12BB ($6.7BB U.S., $5.6BB Ex-U.S.)

CONFIDENTIAL
JH 008166

*Market Size / Prevalence*

Pain is the most common symptom of disease and the most frequent complaint with which patients present to physicians. Chronic pain, including both neuropathic and nociceptive pain, is considered to be the single most common cause of suffering and disability in the industrialized world with an estimated 25-30% of the population experiencing some form of chronic pain.

Neuropathic pain is a frequent sequela of diabetes, cancer, AIDS and other viral infections, as well as entrapment neuropathies such as carpal tunnel syndrome. Diabetes and its associated complications are increasing at an alarming rate in the United States. Despite advances in treatment, the development of diabetic complications such as neuropathy remains significant. The diagnosed prevalence of diabetic neuropathy is estimated to be about 2 to 3 million patients, with at least 10 to 20% of those patients experiencing painful symptoms (~200,000 to 600,000.) AIDS-related neuropathic pain is estimated to affect approximately 40% of HIV-infected individuals (~14 million.) Post-herpetic neuralgia (PHN) is another virally induced neuropathic pain syndrome. Annually, acute herpes zoster infection (shingles) occurs in almost a quarter of a million people over the age of 60 in the U.S. alone. Pain lasting more than one year has been reported in 22% of patients over the age of 55 and in 48% of those over 70 years of age. In cancer, nerves can be damaged by mechanical distortion from a tumor mass, infiltration by tumor, chemotherapy, or radiation therapy and, therefore, neuropathic pain is common. An estimate of the prevalence rate for cancer-related neuropathic pain in the U.S. is 200,000 people.

Chronic nociceptive pain categories include osteoarthritis (OA), chronic back and neck pain, rheumatoid arthritis (RA), and cancer pain. These diagnoses are expected to become more prevalent as the population ages. Current overall prevalence for these disorders is staggering (over 200 million worldwide) and, although the diagnosed and treated populations are lower, improved treatment options and awareness have the potential to drive significant growth. OA is one of the most common nociceptive pain conditions treated by primary care physicians and three-fourths of OA sufferers surveyed indicate that the disease interferes with their daily activities. Chronic back and neck pain are also highly prevalent and represent an estimated 40% of a primary care physician's (PCP's) chronic pain patient population.

**CONFIDENTIAL
JH 008167**

'C

### Competition, Current Marketed Products:

The following tables show the factored U.S. and ex-U.S. prescription and sales volume for key neuropathic pain therapies in 1999.

| 1999 Key Neuropathic Pain Products, Estimated TRxs | | | | |
|---|---|---|---|---|
| Product/Class | 1999 U.S. TRx (MM) | U.S. TRx CAGR '97-'99 | 1999 ex-U.S. TRx (MM) | ex-U.S. TRx CAGR '97-'99 |
| Neurontin | 3.3 | 26.3% | N/A | N/A |
| carbamazepine | 1.0 | 12.6% | N/A | N/A |
| TCAs | 8.2 | 1.1% | N/A | N/A |
| TOTAL | 12.5 | 5.6% | N/A | N/A |

Source: IMS, factored for neuropathic uses.
N/A = not available

| 1999 Key Neuropathic Pain Products, Estimated $ Sales | | | | |
|---|---|---|---|---|
| Product/Class | 1999 U.S. Sales ($MM) | U.S. Sales CAGR '97-'99 | 1999 ex-U.S. Sales ($MM) | ex-U.S. Sales CAGR '97-'99 |
| Neurontin | $308 | 28.7% | $53 | 57.6% |
| carbamazepine | $17 | 13.1% | $87 | 2.5% |
| TCAs | $26 | -3.3% | N/A | N/A |
| TOTAL | $351 | 21.7% | $140 | 10.1% |

Source: IMS, factored for neuropathic uses; Ex-U.S. data includes retail pharmacy data from all audited markets
N/A = not available

### Competition, Products in Development

Almost 100 compounds are currently in development for prescription pain management, though some of these compounds are also being developed for non-analgesic indications. Most of the analgesic compounds in the pipeline represent incremental improvements over the opioids or NSAIDs, or consist of new formulations or delivery mechanisms for the standard analgesics. Fewer than 30% of the compounds in development have novel mechanisms of action. Drugs with novel mechanisms are expected to provide the bulk of promoted competition for ABT-594.

In addition to the novel analgesics in the table below, a number of new formulation and combination products, most often containing an opioid, are in development. Second generation COX-2s are also in development but are not likely to represent major breakthroughs on the scale of the first generation products.

CONFIDENTIAL
JH 008168

| Analgesia Development Pipeline – Key Novel Agents | | | | |
|---|---|---|---|---|
| Product | Company | Mechanism | Phase | Comments |
| pregabalin | Pfizer | Unknown; possibly through (2ᵀᴹ subunit binding | III | Neuropathic pain; chronic pain, follow-up to Neurontin |
| saredutant | Sanofi | NK-2 receptor antagonist | II | General pain; MOA losing favor; active program |
| ZD4952, ZD 6416 | Zeneca | Prostaglandin receptor antagonist | II | Moderate to severe pain, neurogenic pain |
| GV196771 | Glaxo | Glycine antagonist | II | Chronic pain; showing promise |
| Tepoxalin | Johnson & Johnson | COX/5-LO inhibitor | II | OA, described as 'steroid replacing anti-inflammatory drug' |
| darbufelone | Parke-Davis | COX/5-LO inhibitor | II | General pain |
| 117mSn DTPA | Brookhaven National Lab/Dialide | Unknown | II | Cancer pain<br>Bone cancer (preclinical) |
| cizclirtine | Esteve | Substance P agonist | II | Analgesia, antipyretic |
| ADD 234037/ harkoseride | Houston University | Glycine NMDA associated antagonist | II | Neurogenic pain |
| LY303870/ lanepitant | Eli Lilly | Neurokinin 1 antagonist | II | Pain (migraine – discontinued) |
| colykade devacade | Merck | Cholecystokinin B antagonists | II | Pain (UK) |
| RPR 100893 dapitant | Aventis | Neurokinin 1 antagonist | II | Pain (France) |
| prosaptide TX14A | Myelos Neurosciences | Unknown | I/II | Diabetic neuropathies, Pain |
| CNS 5161 | Cambridge NeuroScience | Glutamate antagonist, NMDA receptor antagonist | I | Neurogenic pain |
| HCT-3012 | NicOx | Nitric oxide NSAID | I | Pain and inflammation |
| Sources: ADIS, IMS, Decision Resources, company reports | | | | |

CONFIDENTIAL
JH 008169

| Analgesia Development Pipeline – Nicotinic Mechanisms | | | |
|---|---|---|---|
| Product | Company | Phase | Comments |
| GTS-21 | Taisho | II | Target is Alzheimer's disease; may have preclinical pain program; looking for partner |
| CMI 980 | Cytomed | Preclinical | Target is pain; epibatidine analog |
| SIB-T1887 | Sibia | Preclinical | Target is pain |
| FID 072021 | Fidia | Preclinical | Target is pain; not actively funding |
| Sources: ADIS, IMS, company reports | | | |

### Unmet Needs

In general, a significant unmet need exists for safer, non-abusable, non-addicting, non-tolerance-producing, and non-scheduled efficacious oral and parenteral analgesic products for the treatment of moderate to severe neuropathic and chronic nociceptive pain.

| Unmet Market Needs and the Impact of the Pipeline | |
|---|---|
| Unmet Need | Pipeline Impact |
| Efficacy in moderate to severe pain without tolerance, dependence or abuse potential | Novel nicotinic agents like ABT-594 may provide efficacy in more severe pain states without opioid-like liabilities. |
| Efficacy in neuropathic pain | Pregabalin may provide incremental improvement in neuropathic pain efficacy over gabapentin, but may also have increased frequency of adverse events. |
| | Novel nicotinic agents like ABT-594 appear to have efficacy in neuropathic pain, based on animal models. |
| Reduction in the GI bleeding risk of NSAIDs | COX-2 inhibitors appear to reduce the incidence and severity of GI ulcers and bleeding; second generation COX-2s may increase therapeutic window further; ABT-594 may need to demonstrate low G.I. complication rate. |
| Overcome ceiling effect of NSAIDs | Preclinical studies did not indicate a ceiling effect for novel nicotinic agents like ABT-594. |
| Extended dosage intervals or novel delivery mechanisms for improved compliance and convenience | Once weekly dosing formulations being explored for COX-2s, etc. Transdermal patch technology improvements likely; may need to provide line-extension / alternate formulations for ABT-594. |
| Therapies aimed at disease modification, prevention | Agents that decrease rate of diabetic complications (e.g., aldose reductase inhibitors) or directly treat neuropathy (bimoclomol) may decrease incidence of neuropathic pain; thereby decreasing available market for ABT-594. |

**CONFIDENTIAL**
**JH 008170**

*Product / Development Background*

*Scientific Rationale for ABT-594*

Recent findings in the understanding of pain mechanisms have led to new conceptual approaches to clinical pain and a new understanding of potential novel molecular targets for analgesic drug development. Molecular targets have included modulators of glutamate neurotransmission (NMDA antagonists), ion channel modulators (neuron specific calcium channels, TTX-resistant sodium channels), neurokinin antagonists (NK-1), and novel anti-epileptics targeting the calcium receptor. None of these approaches has yet produced compounds exhibiting broad-spectrum analgesic efficacy with decreased side effect liability.

ABT-594 is a non-opioid, non-NSAID analgesic that is 30- to 100-fold more potent and equally efficacious to morphine in treating moderate to severe pain in several well-characterized animal models of pain. The preclinical side effect and dependence liability profile of ABT-594 is superior to that of morphine. Mechanistically, ABT-594 is a potent and selective neuronal nicotinic receptor (NNR) agonist with high oral bioavailability in rat, dog, and monkey.

In pre-clinical studies, ABT-594 rapidly distributes to the brain following systemic administration and, like morphine, can work at multiple levels in the central and peripheral nervous system to modulate pain perception. ABT-594 produces antinociceptive effects by interacting at both central and peripheral nAChRs. Injections of ABT-594 into brain at doses 1000-fold lower than given peripherally produce marked antinociceptive activity, indicating that ABT-594 can also activate descending pathways from the CNS to modulate pain processing. It also inhibits the release of the primary nociceptive transmitters, substance P and calcitonin gene related peptide (CGRP) *in vitro*, at the level of the dorsal horn of the spinal cord suggesting that ABT-594 can attenuate mechanisms leading to neurogenic inflammation, central sensitization and consolidation of pain-mediated neuronal changes.

ABT-594 is expected to be a highly differentiated product. It is expected to be the first neuronal nicotinic receptor agonist to receive an indication for pain. It has a novel mechanism of action and a potentially broad coverage of chronic pain conditions. In addition, it has an opioid-like efficacy without tolerance, dependence or abuse potential, while having equivalent/superior efficacy to other drugs used to treat neuropathic pain.

*Clinical Studies*

Human clinical trials began in 1997. Phase I trials with an oral solution formulation indicated that 150ug/day would be the maximum tolerated dose. Results from subsequent phase I and phase II trials with soft elastic capsule (SEC) and hard gelatin capsule (HGC) suggest that higher doses would be tolerated. Phase IIa studies with ABT-594 SEC formulation suggest a trend towards analgesic effect at 75ug BID, the maximum dose studied in this protocol. ABT-594 was generally well tolerated in these studies. The most common adverse events for subjects receiving ABT-594 75ug BID were nausea (15%), headache (13%), dizziness (7%), insomnia (6%), and vomiting (5%).

A phase IIb study for neuropathic pain at higher, titrated doses of ABT-594 began in April 2000 and ends in June 2001. A total of 320 patients is anticipated to be included in the study.

**CONFIDENTIAL**
**JH 008171**

*Considerations*

Target Profile:

The current status of ABT-594's profile vs. target profile is summarized in the table below:

| Target Profile Attribute | Probability |
|---|---|
| Not scheduled (DEA) | High |
| Very few abnormal Liver Function Tests | High |
| Few Drug Interactions | High |
| BID / TID dosing | High |
| No reduced efficacy or increased AEs in nicotine users | High |
| Onset of action 1.5 – 2.0 hours | High |
| Neuropathic efficacy | Medium |
| No tolerance, dependence or withdrawal | Medium |
| Other safety OK | Medium |
| No cravings in ex-nicotine users | Medium |
| Low nausea / vomiting | Low |

*Label Strategy:*

BASE: Indicated for the treatment of diabetic neuropathic pain.

UPSIDE:
1) Treatment of pain associated with OA
2) Treatment of post-herpetic neuralgia
3) Treatment of neuropathic pain
4) Treatment of chronic pain
5) Treatment of cancer pain

*Cost of Goods Sold:*

The projected average daily dose is expected to be a maximum of approximately 600 mcg base equivalent / day. Based upon this dosage projection and the estimated cost of bulk drug substance of $40M per Kg base equivalent, the estimated cost for drug substance at launch will be approximately $0.024 per day.

CONFIDENTIAL
JH 008172

*Pricing:*

US: Pricing new, and particularly novel, products at a reasonable premium will likely continue to be the norm in the years leading up to the launch of ABT-594. Current forecast assumptions put the price of ABT-594 at a level comparable to Celebrex and Neurontin, grown at a modest 2% per year to launch year AWP of approximately $95 for a 30 day prescription.

Ex-US: New pain medications must demonstrate a true advantage in efficacy and/or side effects to receive regulatory approval, especially by the European Medicines Evaluation Agency (EMEA); assuming the target efficacy and tolerability profile of ABT-594 is achieved, ABT-594 would meet this requirement. Because ABT-594 may have application in both neuropathic and chronic nociceptive pain, the ex-U.S. pricing assumption for ABT-594 is comparable to COX-2 pricing. The current average price for COX-2's is approximately $1.10 per day; however, this reflects a large percentage of sales in "free-pricing" countries, where COX-2s launched first, which tend to have higher than average prices. Therefore, the average ex-U.S. price for ABT-594 is assumed to be $0.90/day.

CONFIDENTIAL
JH 008173

*CONFIDENTIAL*

# ABT - 751

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008174

C

## ABT-751

### Opportunity Overview

Cytotoxic agents and hormones constitute the dominant classes of drugs available to treat cancer and are responsible for 98% of the total market. Since 1993, Taxol, a taxane developed and marketed by BMS, has been widely used. Another taxane, Taxotere, developed and marketed by Aventis, was launched in 1996. Combined worldwide sales of these two products were of nearly $2 Billion US in 1999. Clinically, the development of drug resistance is the primary factor that limits the efficacy achievable with these drugs.

Abbott's anti-mitotic agent (ABT-751) is a novel, oral cytolytic agent that acts by a mechanism similar to that of the taxanes but retains activity against taxane resistant cells. ABT-751 binds to the colchicine site on tubulin and inhibits the *in vitro* polymerization of microtubules. The interference with normal microtubule dynamics leads to a block in the cell cycle at the G2/M phase that ultimately results in the induction of cellular apoptosis. ABT-751 is a potent antimitotic agent that inhibits the proliferation of a broad spectrum of human tumor derived cell lines including those that are paclitaxel and doxorubicin resistant due to the multidrug-resistant (MDR) phenotype or other genetic changes.

ABT-751 demonstrated impressive oral antitumor activity when evaluated in both synegeic and human xenograft tumor models. The antitumor response was independent of the MDR status of the model, consistent with the activity observed in cell cultures. In sharp contrast with other cytotoxic drugs, the maximum tolerated dosage of ABT-751, on a q.d. 1-5 schedule, could be administered for an extended period (q.d. 1-21 or q.d. 1-28) resulting in a dramatic enhancement of the antitumor activity. These results suggest that the colchicine site ligands, such as ABT-751, will exhibit a broad spectrum of activity that will be distinct from that of other classes of antimitotic drugs. Oral availability of the compound is high. Taxol and Taxotere, in contrast, have no oral bioavailability.

The most significant finding in toxicology studies was a change in systemic and pulmonary vascular resistance following intravenous infusion of ABT-751 to anesthetized dogs. These effects led to an inverse response in cardiac output. Similar changes were observed following infusion of a structurally unrelated colchicine-site ligand, and therefore most likely represent a class effect. Additional toxicology studies focusing on vascular pathology will be performed to further elucidate this finding.

ABT-751 was administered to patients with advanced cancer in Japan in a Phase I study. Toxicities seen after single doses and 5 days of q.d. dosing were nausea, vomiting, diarrhea, epigastric pain, ileus and peripheral neuropathy. Grade 2 toxicity was peripheral neuropathy and associated paresthesias. Pharmacokinetic analyses showed plasma concentrations equivalent to those that affected systemic resistance and cardiac output in the anesthetized dog study. However, no adverse cardiovascular effects were observed in the Japanese Phase I trial. Evidence of ABT-751 efficacy was exhibited in one patient with uterine sarcoma, one patient with NSCLC after single doses, one patient with gastric cancer and one patient with uterine cervical carcinoma demonstrated decreased tumor markers after repeated dosing.

CONFIDENTIAL
JH 008175

The planned initial Phase I study in the U.S. will determine the maximum tolerated dose and dose-limiting toxicities of ABT-751 given orally once a day or twice daily for multiple cycles in patients with advanced malignancies. In addition, pharmacokinetics in a western population, and optimal dose and schedule will be determined. Phase II studies will be initiated in patients with different cancer types:

- Refractory breast (taxane failures)
- Hormone refractory prostate
- Bladder
- Lung
- Cervical
- Hepatocellular
- Other possibilities: colorectal, sarcoma, renal cell, pancreatic, HNSCC

Cytotoxic agents represent the largest, and fastest growing, class of oncology agents by sales volume. The following chart summarizes the value of the current oncology market

### Global Sales by Market Segment ($ MM)

|            | 1996 Sales | 1997 Sales | 1998 Sales | 1999 Sales (est) | CAGR '96-'98 |
|------------|-----------|-----------|-----------|------------------|--------------|
| Hormone    | 4,414     | 4,784     | 4,884     | 5,000            | 5.2%         |
| Cytotoxic  | 4,278     | 5,212     | 6,268     | 7,300            | 21.0%        |
| Adjunctive | 3,367     | 3,651     | 4,166     | 4,900            | 11.2%        |
| Total      | 12,059    | 13,647    | 15,318    | 17,200           | 12.7%        |

Source: Datamonitor

### Sales by Region ($ MM)

|        | 1996 Sales | 1997 Sales | 1998 Sales | 1999 Sales (est) | CAGR '96-'98 |
|--------|-----------|-----------|-----------|------------------|--------------|
| US     | 5,564     | 6,276     | 7,422     | 8,500            | 15.5%        |
| Ex- US | 6,495     | 7,370     | 7,896     | 8,700            | 10.3%        |

Source: Datamonitor

This growth of the cytotoxic segment has been driven primarily by the introduction of new, more effective and expensive therapies such as Taxol (paclitaxel/BMS), Gemzar (gemcitabine/Lilly), Taxotere (docetaxel/RPR) and Hycamtin (topotecan/SB). Uptake of these newer agents, however, can be dependent on the cost sensitivity of the local market.

The clinical targets identified for this compound include late stage breast cancer, late stage NSCL cancer (on-label), with late stage ovarian and pancreatic cancer as additional cancer types where efficacy has been demonstrated, but not filed. This product may also be potentially efficacious in cancers such as gastric, colorectal, prostate, bladder, esophageal, hepatocellular (ex US), lymphoma, and leukemia. Targets will be refined as we know more about this compound's in-vivo activity.

CONFIDENTIAL
JH 008176

Descriptive Memorandum: ABT-751          CONFIDENTIAL                          3

The following tables summarize the key competitive products by indication (US data only):

### Late Stage Breast

| Product | Share |
|---|---|
| Cyclophosphamide/Cytoxan/BMS | 18.7 |
| Doxorubicin/Adriamycin/P&U | 17.11 |
| Docetaxel/Taxotere/RPR | 16.25 |
| Paclitaxel/Taxol/BMS | 16.11 |
| Trastuzumab/Herceptin/Genetech | 11.26 |

### Late Stage NSCL

| Product | Share |
|---|---|
| Carboplatin/Paraplatin/BMS | 50.32 |
| Paclitaxel/Taxol/BMS | 44.14 |
| Vinorelbine/Navelbine/Glaxo | 22.78 |
| Gemcitabine/Gemzar/Lilly | 22.14 |
| Cisplatin/Platinol/BMS | 11.28 |

### Late Stage Ovarian

| Product | Share |
|---|---|
| Paclitaxel/Taxol/BMS | 47.11 |
| Carboplatin/Paraplatin/BMS | 45.42 |
| Topotecan/Hycamtin/SKB | 22.54 |
| Dox SL/Doxil/Alza | 9.14 |
| Cisplatin/Platinol/BMS | 7.58 |

### Late Stage Pancreas

| Product | Share |
|---|---|
| Gemcitabine/Gemzar/Lilly | 78.5 |
| 5-FU/Efudex/ICN Pharma | 21.0 |
| Leucovorin/ | 10.7 |
| Cisplatin/Platinol/BMS | 4.72 |

*Compounds in Development*

ABT-751 induces a mitotic block by binding to the colchicine site on tubulin and thereby affecting tubulin polymerization. There are no currently available drugs which function by the mechanism described above. However, vinca alkaloids and taxanes fall into the broad category of anti-mitotics although they produce the anti-mitotic effect through different mechanisms. The following table summarizes anti-mitotic compounds in development.

CONFIDENTIAL
JH 008177

| Company | Compound | Indication | Status of compound | Status of program |
|---------|----------|------------|--------------------|--------------------|
| **Colchicine-site ligands** | | | | |
| Oxigene | combretastatin-A4 phosphate | Tumor vasculature | Phase I | active |
| Tularik | T138607 (phosphate prodrug) | Cancer (unspecified) | Phase I | active |
| Tularik | T900607 | Cancer (unspecified) | Preclinical | active |
| ICI/CRC | Amphethinile | Cancer (unspecified) | Phase I (abandoned 1988) | inactive |
| Welcome Research | 1069C | Cancer (unspecified) | Phase I (abandoned 1996) | inactive |
| NIH | Trimethylcolchicinic acid | Various tumors | Phase I (1990, abandoned) | inactive |
| Parke-Davis | CI-980 | ovarian, colorectal | Phase II (abandoned 2000) | inactive |
| **Vinca alkaloid-site ligands** | | | | |
| BASF | LU103793 (dolastatin 15 analog) | Cancer (unspecified) | Phase II (abandoned) | active |
| Servier | Vinxaltine | Cancer (unspecified) | Phase I | unknown |
| NCI | dolastatin 10 | Adv. Cancers | Phase I | unknown |
| Teikoku Hormone | TZT-1027 (dolastatin 10 analog) | Cancer (unspecified) | Phase I (Jpn) | unknown |
| Lilly | LY 355703 (cryptophycin 52) | Cancer (unspecified) | Preclinical | unknown |
| Takeda | Maltansine | Cancer (unspecified) | Preclinical | unknown |
| **Microtubule stabilizing agents (non-taxanes)** | | | | |
| Soc. Biotech. Res/ Bristol-Myers Squibb | Epothilone | Cancer (unspecified) | Preclinical | active |
| Bristol-Myers Squibb | eleutherobin | Cancer (unspecified) | Preclinical | active |
| Pharmacia & Upjohn | sarcodictyins | Cancer (unspecified) | Preclinical | active |
| Takeda | GS-164 | Cancer (unspecified) | Preclinical | active |

The novelty of this mechanism offers the promise of differentiation that will diminish the threat from potential competitors. However, this novelty is balanced by the similarity to current mechanisms, such as taxanes and vinca alkaloids, which suggests the promise of clinical efficacy. With the opportunity to be first or second to market with an agent that binds to the colchicine site, the competitive situation seems modest.

CONFIDENTIAL
JH 008178

*CONFIDENTIAL*

# ABT – 492

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

**CONFIDENTIAL**
**JH 008179**

Hancock_ABT 492

*ABT 492*

*Overview*

The commercial success of fluoroquinolones such as ciprofloxacin and levofloxacin, along with the desire to further improve the properties of these compounds (microbiological spectrum and safety, for example) has led to fierce competition to identify analogs with superior therapeutic properties. In addition, the development of resistance to present antibiotics will drive a continued need for new agents. Goals for a quinolone antibiotic include broad-spectrum indications equal to trovafloxacin, antibacterial activity comparable to trovafloxacin, tolerability comparable to levofloxacin, oral and intravenous formulations, once daily dosing, length of treatment equal to moxifloxacin, and an acceptable cost of goods. ABT-492, an in-licensed compound from the Wakunaga Pharmaceutical Co., is being developed for evaluation to meet these goals.

The *in vitro* antibacterial activity of ABT-492 was consistently more potent than trovafloxacin against most quinolone-susceptible pathogens, including species responsible for community and nosocomial respiratory tract infections, urinary tract infections, blood stream infections, skin and skin structure infections, and anaerobic infections. The compound has potent activity against multidrug-resistant *S. pneumoniae* (penicillin-, macrolide-, tetracycline-resistant) and retained activity against *S. pneumoniae* strains resistant to other quinolones including trovafloxacin. ABT-492 was also highly active against anaerobes and ciprofloxacin-susceptible *P. aeruginosa*. ABT-492 was as active as trovafloxacin against *C. trachomatis*, indicating good intracellular penetration. Thus, ABT-492 is likely to be a useful broad-spectrum antibacterial agent. The enhanced antibacterial activity of ABT-492 relative to ciprofloxacin, levofloxacin, and trovafloxacin is likely to be explained, in part, by it's potent interactions with bacterial topoisomerases. ABT-492's equivalent activity against both the DNA gyrase and the topoisomerase IV of pathogens, give ABT-492 a potential for decreased development of resistance.

The *in vitro* potency data suggests that ABT-492 has the potential to be therapeutically effective at doses comparable to trovafloxacin and superior to levofloxacin. In addition, ABT-492 was consistently more potent than trovafloxacin against MRSA and vancomycin-resistant enterococci. In both these cases, however, therapeutic utility remains to be assessed in the clinical setting.

*S. pneumoniae* was chosen as the dose-defining pathogen since it is the key pathogen in severe respiratory tract infections and treatment of infections caused by this pathogen has traditionally been a weakness of most quinolones. For treatment of fluoroquinolone-susceptible *S. pneumoniae* respiratory tract infections, oral dosing may be similar to trovafloxacin based on data generated in lung infection models. Because of the excellent potency of ABT-492 against fluoroquinolone-resistant *S. pneumoniae* with an $MIC_{90}$ of 0.12 µg/ml, this group of emerging strains may be targeted as a key differentiation point from other quinolones. Also, data from the thigh infection model suggests significantly greater efficacy for ABT-492 than for trovafloxacin.

*The Market*

ABT-492 is broad-spectrum anti-infective agent with potential application across a broad range of indications, including respiratory infections, genito-urinary infections, and skin/soft tissue infections. It is assumed that a pediatric formulation would not be a part of the primary development plan due to the known adverse events caused by quinolones in pediatric populations. Nonetheless, reports of quinolone pediatric development has been reported (gatifloxacin), hence the pediatric market should be regarded as a potential upside for this quinolone should its safety profile merit its use in pediatrics.

CONFIDENTIAL
JH 008180

CONFIDENTIAL

2

## Current Treatment Options

| Class | Mechanism of Action | Comments |
|---|---|---|
| Penicillins | Cell wall synthesis inhibitor | Mostly generic, class has seen significant decrease as a result of penicillin resistance |
| Cephalosporins | Cell wall synthesis inhibitor | Some generic, class has seen significant decrease in use as a result of prevalence of B-lactamase producing strains and modification of penicillin-binding proteins. |
| Tetracyclines | Protein synthesis inhibitor | Generic agents, relatively high levels of resistance but are still useful in some indications |
| Sulfonamides | Folic acid synthesis | Generic agents, relatively high levels of resistance but are still useful in some indications |
| Macrolides | Protein synthesis inhibitor | Widespread use in RTI, macrolide resistance has been increasing rapidly, but has not yet translated into declines in clinical efficacy; *H. flu* activity continues to be class weakness, along with GI adverse events, drug-drug interactions, & taste perversion |
| Quinolones | DNA synthesis inhibitor | Fastest growing antibiotic class, used in a broad spectrum of indications; class historically associated with poor Gram+ pathogen coverage and sub-optimal safety profiles; newer agents (Levaquin, Tequin, Avelox) have improved dramatically along both spectrum and safety dimensions. |
| Oxazolidinones | Protein synthesis inhibitor | Newest antibiotic class to reach market, due to limited Gram− profile will be used primarily in nosocomial setting |

## U.S. Market

1999 U.S. antibiotic prescription and sales data are presented in the table below.

| | | | 1995 | 1996 | 1997 | 1998 | 1999 | CAGR$_{95-99}$ |
|---|---|---|---|---|---|---|---|---|
| U.S. | TRXs (MM) | Tab/Cap | 220 | 215 | 211 | 208 | 221 | 0.1% |
| | | Oral Susp. | 76 | 66 | 63 | 59 | 61 | -5.3% |
| | | I.V. | NA | NA | NA | NA | NA | NA |
| | Sales ($MM) | Tab/Cap | $4,057 | $4,220 | $4,467 | $4,848 | $5,715 | 8.9% |
| | | Oral Susp. | $1,075 | $979 | $977 | $1,001 | $1,120 | 1.0% |
| | | I.V. | $1,865 | $1,829 | $1,855 | $1,890 | $2,117 | 3.2% |

Tab/cap and oral suspension prescriptions had been declining 1-2% per year in the period of 1995-1998, presumably from increased attention to appropriate prescribing in the face of increasing resistance; however, prescriptions recovered in 1999, though this may be explained at least in part by a relatively late 1998-99 flu season. Even in the face of this negative pressure on antibiotic use, however, sales in the U.S. have continued to increase, particularly in the tab/cap market. This is due to the trend of replacing relatively low-cost generic agents with higher priced premium antibiotics; during 1995-1999, generic tab/cap prescriptions declined by 30MM. So while negative pressure on the use of these antibiotics continues, it appears the market is willing to bear higher costs for agents that meet unmet need. The IV market has grown slightly in terms of sales, also being driven largely by the replacement of generic agents with more costly branded agents.

CONFIDENTIAL
JH 008181

Quinolones have seen dramatic growth, with oral and IV sales growing at 17% and 16% compound annual rates, respectively, from 1995-1999. This growth is a function of the newer quinolones successfully penetrating the RTI segment, which was initiated with the 1997 launches of Levaquin and Trovan (withdrawn) and continues with the recent introductions of Tequin and Avelox.

### Ex-U.S. Market

Ex-U.S. sales of antibiotics totaled $11.7 billion in 1999. The tab/cap represents the largest segment, with sales of $9.4 billion on 770 MM TRX. TRX growth has been flat, with a 1996-99 CAGR of 0.5%; the use of antibiotics is predicted to slowly decline due to more judicious use of antibacterials in the face of increasing bacterial resistance.

Ex-US, the quinolone class accounted for 8% (62MM) of total tab/cap market prescriptions and 13% of sales ($1.2 billion). Ciprofloxacin is the market leader ex-US, with approximately 47% of the quinolone market Rxs (29MM) and 44% ($530MM) of sales. Levofloxacin launched in many European markets in 1998/1999 and holds approximately 14% Rx share of the European quinolone market, and 0.8% of the overall tab/cap market. Although grepafloxacin and trovafloxacin also launched in some European countries in 1999, both products were recently pulled from the market due to liver toxicity and other complications. Moxifloxacin launched in Germany in Q4 1999, but has not yet been approved in other markets. In Japan, levofloxacin launched in 1994 and still commands a 65% Rx share of the quinolone market and 10% of the Japanese tab/cap market overall. Japan accounts for approximately 80% of ex-US levofloxacin sales ($370MM).

| | 1999 Ex-US Tab/Cap Market | | | | | |
|---|---|---|---|---|---|---|
| Class | Sales ($MM) | Sales Share | Sales CAGR '96-'99 | TRXs (MM) | TRX Share | TRX CAGR '96-'99 |
| Market | $9,348 | – | 3.6% | 770 | – | 0.8% |
| Quinolone Class | $1219 | 13% | -12% | 62 | 8% | NA |
| Cipro | $530 | 5.7% | 4.9% | 29 | 3.8% | NA |
| Levaquin | $466 | 5.0% | NA | 18 | 2.3% | NA |
| Trovan | $12 | 0.1% | NA | 0.5 | 0.1% | NA |

*Competition*

The anti-infective pipeline is very competitive, but most of the competition is focused on improving the activity and safety of the quinolones. Ketolide development is the only other area of activity which is in late stage of development. The quinolone compounds in present development may fall out because of safety or lack of activity against resistant pathogens.

| Competitive Analysis – Emerging Competition | | | | | |
|---|---|---|---|---|---|
| Product | Company | Class | Phase/Estimated Time to Market | Country | Comment |
| Ketek (clrithromycin) | Aventis | Ketolide | Filed 3/00 Est. launch 3/01 | U.S. | Respiratory indications; filed NDA 3/00; 800 mg QD; first in ketolide class to reach market. |

CONFIDENTIAL
JH 008182

| Competitive Analysis – Emerging Competition | | | | | |
|---|---|---|---|---|---|
| Product | Company | Class | Phase/Estimated Time to Market | Country | Comment |
| Factive (gemifloxacin) | SKB | Quinolone | Filed 12/99 Est. launch 12/00 | US | Superior to quinolones for MRSA; highly potent vs. RTI pathogens *H. flu, M. cat,* and *S. pneumo* and UTI pathogens *E. coli* and *P. mirabilis,* CRSP; potency > spar, trov, grepa and ≥ moxi; activity vs. *P. aeruginosa*?; good atypical and mycoplasma coverage; intracellular penetration; low photo/CNS tox; 700 patient database |
| Sitafloxacin | Daiichi Seiyaku | Quinolone (IV only) | III II Est. launch 2002 | Japan U.S., Europe | Very potent MRSA, pseudomonas and bacteroides activity; diarrhea, ALT, low WBC; will likely be target to severe rather than community infections |
| Ecenofloxacin | Chiei Foods | Quinolone | II Est. launch 2002 | UK | Active against UTI and RTI pathogens; superior to lome and oflo vs. *P. aeruginosa.* T1/2 = 14-19 hr; will likely be target to severe rather than community infections |
| CS-940 | Sankyo | Quinolone | II Est. launch 2002 | Japan | Active against G+/-; excellent activity against *H. flu, c. jejuni, M. pneumo,* and *C. trachomatis*; greater potency than cipro; t1/2 ~7 hr; BA~80% |
| T-3811 | Toyama/BMS | Quinolone | I Est. launch 2005 | Japan | Excellent potency and low toxicity |
| DC-756 | Daiichi Pharma | Quinolone | Pre-clin Est. launch 2006 | Japan | Low toxicity; in vitro potency ≥ trova, STFX & HSR-903 |

## Unmet Needs

Overall unmet need in the anti-infective market is low. Resistance represents the largest unmet need, which will continue to evolve over time. Satisfaction with other product attributes, such as convenience, spectrum of activity, and tolerability/safety is quite high. Any improvements in these areas will be incremental and will offer little in the way of differentiation.

ABT-492 is one of the most active agents against the resistant organisms. It has indications that will have a low propensity for the development of resistance. ABT-492 will be developed to maximize any opportunities to shorten therapy. ABT-492 was chosen from hundreds of quinolones because of its potential to be well tolerated and safe in humans. ABT-492 will have few interactions with other drugs.

| Unmet Need | Pipeline Impact |
|---|---|
| Activity against resistant organisms | *Strep. pneumo*, MRSA, and VRE represent most problematic pathogens although new quinolones/ketolides do well with most resistant *Strep. pneumo* strains; quinolone-resistant *Strep. pneumo* may develop; pseudomonas resistance is also increasing; resistance will likely continue to be a source of unmet need due to its dynamic nature. |
| Low propensity for resistance development | Given that most compounds in development are from classes of drugs already in use, this need is largely unmet. Unclear how quickly resistance will build to new classes of drug; gatifloxacin claims 8-methoxy functional group results in lower propensity for resistance development |
| Convenience (duration/frequency) | Standard moves toward 5-7 days of therapy with QD dosing; may start to see 3-day therapies for some indications (AECB) |
| Increased tolerability | While some degree of unmet need exists, increasingly, agents (which have not been withdrawn) are reaching the marketplace with adverse event profiles that approach clinical insignificance; a very clean safety |

CONFIDENTIAL
JH 008183

5

| | profile should be regarded as a necessary component rather than a differentiating one |
|---|---|
| Few drug-drug interactions | Quinolones, macrolides, and ketolides all interact with other drugs to varying degrees; a potent drug with no interactions would be a benefit in this market |

## Considerations

*Product Usage:* Physicians are likely to use ABT-492 for the sicker patients with the most difficult infections to treat. In the outpatient arena it will be used to treat community-acquired pneumonia and acute bacterial excerbations of chronic bronchitis in the older patients with an underlying illness. It will also be used in the hospital for the community-acquired pneumonia patient who requires hospitalization and for serious nosocomial infections.

While many regard quinolones as agents that should be reserved for 2nd line use, their activity against *H. influenzae* and resistant *Strep. pneumoniae* (which current macrolides do not offer) have resulted in a high level of acceptance for empiric 1st line use. The improved safety profiles of several recent quinolones have facilitated their use as 1st line agents. Provided that ABT-492 is proven to have a benign safety/adverse event profile, it will likely receive usage in both 1st-line (non-severe) and 2nd-line (severe) infections.

*Side Effects:* The quinolone class has potential prolongation of the QT interval and other cardiovascular effects. There is also increased regulatory scrutiny due to recent quinolone withdrawals from international markets. ABT-492 has been evaluated in the standard *in vivo* models used to evaluate QT interval potentials of other antibiotics and has shown no evidence of increasing QT. Also, compared to marketed quinolones, preclinical studies show no evidence or no increase incidence of CNS drug concentration (ie. less potential for dizziness); phototoxicity; and liver toxicity.

*Off-label use:* It is difficult to predict at this time what off-label uses will be seen for this compound. Initial development will be for the more common respiratory, urinary tract, skin, and hospital infections. Other indications will be evaluated after the primary approval of this compound. Many of the secondary indications will get usage before we have regulatory approval.

*COGS:* The initial cost of goods is in $6000/kg range, but will come down rapidly after the initial starting materials are determined. At time of launch ABT-492 will have a cost of goods in the $1500/kg range which is competitive compared to other quinolones and other new antibiotics.

*Dosing:* Based on animal models and the *in vitro* activity of ABT-492 the dose for most oral indications will be in the range of 100 to 200 mg give once daily.

*Development/Regulatory:* Anti-infective compounds are well understood by regulatory agencies globally and they have clearly defined clinical development path and regulatory guidelines for reference. Abbott Laboratories has been in this arena for many years and has experience with the FDA and European regulatory agencies and so the hurdles to development are well known. ABT-492 has begun but not yet completed its first Phase I study in healthy volunteers.

*Other Approaches:* Because of the well defined development guidelines there are not many options. The major development options are in dosing regiments. ABT-492 is a very potent drug which has demonstrated rapid killing of pathogens *in vitro* and *in vivo*, and the development plan will attempt to shorten treatment durations to increase the competitive advantages of this activity.

CONFIDENTIAL
JH 008184

6

*Pricing:* The community infection market is quite competitive from a pricing standpoint, with recent quinolones priced at approximately $45 per 5-7 days of therapy. The pricing strategy will depend on strengths/weaknesses of the ABT-492 product label, the competitive landscape at launch, and the managed care environment, but current pricing assumption is parity for ABT-492 with respect to other quinolones.

CONFIDENTIAL
JH 008185

CONFIDENTIAL

7

*CONFIDENTIAL*

# ABT – 510

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008186

*ABT 510*

Overview

There is abundant evidence that primary tumor growth and metastatic progression require new blood vessel formation (angiogenesis). Tumors secrete inducer proteins including bFGF and VEGF that activate microvascular endothelial cells (EC) causing them to proliferate, migrate and organize into capillary structures. Activated endothelial cells also enhance malignant progression by producing signal molecules (cytokines) that inhibit programmed cell death (apoptosis) of tumor cells. Since anti-angiogenic therapy targets genetically stable endothelial cells, resistance typically seen following cytotoxic chemotherapy is not observed. Moreover, angiogenesis inhibitors should not have the intrinsic toxicity of anti-proliferative chemotherapy. Angiogenesis is also a feature of several other pathophysiologic states of large unmet medical need (macular degeneration, psoriasis, and arthritis, among others).

Angiogenesis sustains the growth and progression of tumors. Unlike chemotherapy or radiation, both of which can damage normal cells in addition to tumor cells, anti-angiogenic agents are hypothesized to prevent growth of new blood vessels and to disrupt critical tumor survival signals produced by EC. These agents may keep tumors in a dormant state for as long as the compound is administered and tumor regressions may occur. Proof of this principle has been demonstrated in pre-clinical models. Currently, at least thirteen compounds with anti-angiogenic activity in cancer are in various phases of clinical development, however few act directly and specifically on the angiogenesis process. Anti-angiogenesis drugs are not expected to replace or compete with current therapies. Instead, if these agents prove to be effective, it is believed that they will be used as supplemental therapy to prevent metastasis following surgery, cytotoxic chemotherapy or radiotherapy. As for cases where tumors have already metastasized, these agents could slow down disease progression and maintain "disease dormancy".

Thrombospondin-1 (TSP-1) was the first natural angiogenesis inhibitor to be discovered. TSP-1 is a large, multifunctional protein. TSP-1 rapidly inhibits EC migration and increases EC apoptosis through activation of caspase-3-like proteases. The normal tissue expression of TSP-1 limits inappropriate neovascularization, however it is transcriptionally activated by the tumor suppressor gene product p53. Therefore, TSP-1 is down-regulated and under-produced in p53 defective tumors. In rodent models, ectopic overexpression of TSP-1 inhibits the malignant phenotype as does direct administration of TSP-1 in the circulation. However, direct clinical use of TSP-1 is not feasible because of its scarcity, large size and multiple other biological functions.

The angiogenic activity of TSP-1 has been localized to the 50,000 MW N-terminal stalk region of this protein, and more specifically to the properdin (Type-1) repeats within this region. Although small synthetic peptides within this region have only weak antiangiogenic activity, it was discovered that a single D-amino acid replacement in a properdin region peptide led to an increase in activity of greater than 1000-fold. ABT-510 is a parenterally available nonapeptide. Although ABT-510 competes with TSP-1 for binding to the EC, the exact mechanism of anti-angiogenesis is unknown.

ABT 510 is supplied for clinical use as a sterile solution in acetate salt in 5% dextrose. ABT 510 is soluble and stable in water.

In vitro, ABT 510 inhibits chemotactic VEGF/bFGF-stimulated migration of human microvascular endothelial cells (EC) with an IC50 of approximately 0.250 nM. This effect is EC specific. ABT-510 (10mg/kg/day subcutaneously) blocks VEGF-induced corneal vascularization in mice. It potently and selectively competes with TSP-1, binding the CD 36 receptor.

CONFIDENTIAL
JH 008187

ABT 510 inhibits tumor progression in vivo. ABT 510(20mg/kg/day subcutaneous administration) inhibited tumor progression (78% growth inhibition at day 38) in a model of human breast cancer (MDA-MB-435) growing in the breast pads of nude mice. Dose dependent inhibition of B16F10 melanoma lung metastases was observed in a second murine model. ABT 526, a molecule highly similar to ABT 510 (which was not advanced into human trials because of concatamer formation) was administered to 23 companion dogs (25mg SQ BID) with sporadic cancers (head and neck carcinoma, lymphoma, sarcoma, etc) refractory to conventional chemotherapy. Surprisingly, 2 complete responses, 5 partial responses (>= 50% shrinkage) and 6 cases of disease stabilitization were observed.

Assays for toxicity, histamine release, hemolysis, T-cell function neutrophil migration, platelet aggregation, receptor (CEREP) screening and CNS function were unremarkable. ABT-510 produced no physiologically significant changes in cardiovascular or hemodynamic function in anesthetized dogs. In addition, there were no physiologically significant changes in clinical blood chemistry profiles or cardiac electrophysiologic function in response to ABT-510. Doses that were many times higher than the predicted efficacious concentration produced a moderate reduction in mean arterial blood pressure in conscious monkeys. ABT-510 was not mutagenic in the Ames assay. It is concluded therefore that ABT-510 has an excellent pre-clinical safety profile.

ABT-510 is currently in Phase I clinical trials. Because of its exceptional safety profile, normal volunteers are being dosed with ABT-510 to establish human safety and pharmacokinetic parameters. Review of these data will lead to a Go/NoGo decision for Phase II trials in the Summer of 2001.

The market

Cytotoxic agents represent the largest, and fastest growing, class of oncology agents by sales volume. The following chart summarizes the value of the current oncology market. The market for products to treat cancer is changing rapidly. It is a growing market fueled by:

- Increasing disease incidence
- New product entries
- New therapeutic paradigms
- A growing adjunctive market, which increases the number of patients eligible for chemotherapy
- Intense research and competition

The increase in the aging population in developed countries increases the incidence of cancer. The diagnosed cancer incidence and prevalence in seven major markets, including the U.S., France, Germany, Italy, Spain, U.K. and Japan are close to 3 million and 10 million respectively. The numbers are increasing steadily. Currently, about one-third of the new medicines in development are targeted against cancer.

Cancer is not a single disease, but includes more than 100 different disorders, which have at their core uncontrolled cell growth. Of these disorders, the cancer types that offer the greatest commercial opportunity include breast, colorectal, lung, ovarian and prostate (based on incidence/prevalence/unmet need). Treatment of breast, lung and prostate cancers account for more than 50 percent of the direct medical costs of cancer therapies. Other cancer types, specific to one or more of the major international markets, may provide niche opportunities. For instance, stomach (gastric) cancer is relatively common in Japan but not in the U.S. or Europe; similarly, liver cancer has a greater occurrence in Japan, Italy and Spain.

**CONFIDENTIAL**
**JH 008188**

Descriptive Memorandum: ABT -510         CONFIDENTIAL

3

Depending on tumor type, cancer can be treated with surgery, radiation, chemotherapy (cytotoxic), hormonal therapy or a combination of any of these. For the purpose of this analysis, we will define the cancer market as chemotherapeutics and the adjunctive therapies used to counter the effects of chemotherapy and radiation therapy. The following charts summarize the global sales for these products.

**Global Sales by Market Segment ($ MM)**

|  | 1996 Sales | 1997 Sales | 1998 Sales | CAGR '96-'98 |
|---|---|---|---|---|
| Hormone | 4,414 | 4,784 | 4,884 | 5.2% |
| Cytotoxic | 4,278 | 5,212 | 6,268 | 21.0% |
| Adjunctive | 3,367 | 3,651 | 4,166 | 11.2% |
| Total | 12,059 | 13,647 | 15,318 | 12.7% |

Source: Datamonitor

**Sales by Region ($ MM)**

|  | 1996 Sales | 1997 Sales | 1998 Sales | CAGR '96-'98 |
|---|---|---|---|---|
| US | 5,564 | 6,276 | 7,422 | 15.5% |
| Ex- US | 6,495 | 7,370 | 7,896 | 10.3% |

Source: Datamonitor

*Chemotherapeutic agents*

*Cytotoxic therapies* include classes such as alkylating agents, anti-tumor antibiotics, anti-metabolites and antimitotics (taxanes). These agents are toxic and demonstrate dose-limiting side effects. The commercial value of this segment is significantly understated, as most of the products are available in generic form.

The growth of the cytotoxic segment in the past three years has been driven primarily by the introduction of new, more effective and expensive therapies such as Taxol (paclitaxel/BMS), Gemzar (gemcitabine/Lilly), Taxotere (docetaxel/RPR) and Hycamtin (topotecan/SB). Utilization of these newer agents, however, appears to be dependent on the cost sensitivity of the local market. For example, secondary sources indicate that Taxol has recorded over 60% of its global sales in the US market alone and is prescribed with far less frequency in the more cost sensitive UK, German and French markets.

Most chemotherapeutic agents are indicated for just one or two cancer types, but get significant off-label use once approved. Up to 60% of an oncology product's use is potentially for off-label indications. Much of this use is driven by the publication of data and/or approvals in other countries.

*Hormonal therapies*

Of the top-selling drugs in each major geographical region, *hormone therapies* contribute approximately one-third of the sales ex-US and one-fourth in the US. Hormone therapies for the treatment of cancer include Lupron (leuprolide/TAP), Zoladex (goserelin/Zeneca), Nolvadex (tamoxifen/Zeneca) and other agents used to treat hormone responsive diseases such as prostate and breast cancer. These agents are generally administered chronically and have reduced side effects compared to cytotoxic therapies. Sales of this category are driven primarily by Lupron and Zoladex. The US market has become increasingly cost sensitive in the Medicare sector, which accounts for over 70% of Lupron sales.

*Adjunctive agents*

CONFIDENTIAL
JH 008189

Descriptive Memorandum: ABT -510          **CONFIDENTIAL**                                    4

The availability of effective *adjunctive agents* also allows the cytotoxic chemotherapeutic agents to be administered at higher doses and/or more frequently, or used in a more palliative role, since the adjunctive therapies can reduce the impact of the chemotherapy on the patient's quality of life. Agents in this class include immunostimulants, anti-emetics and bisphosphonates. The growth of this market is linked to the growth of the cytotoxic market, as the increased use of cytotoxic agents drives an increased use in adjunctive therapy. The highest selling product in this class is Neupogen (filgrastim/Amgen) with 1998 sales of over $1 billion.

*Biologic Therapy*

New therapies under development offer the promise of fulfilling several unmet needs in the treatment of cancer. Experts have predicted that in the future early therapy for breast cancer will be dominated by biological approaches, such as monoclonal antibodies (Herceptin/Genentech), which is widely thought to have strong market potential. Genentech recently reported strong second quarter sales of the product in the US of $46.2 million, and it is estimated that if only half of US women with breast cancer who over-express this gene received Herceptin, sales would top $600 million. In addition to monoclonal antibodies, other biological approaches include vaccines and gene therapy.

*Future Trends*

Emerging science in the past decade offers the potential to radically alter the paradigm for cancer therapy and presents opportunities for fundamentally new ways of approaching the disease. New therapies offer the promise of fulfilling several unmet needs in the treatment of cancer. These include matrix metalloproteinase inhibitors (MMPIs), continued expansion of biologics, photodynamic therapies (PDT), anti-angiogenics, and multiple drug resistance (MDR) modifiers. This market does not yet exist, though success of "cytostatic-like" treatments, such as hormonal therapies for prostate and breast cancer, suggests that the market potential for cytostatic agents could be significant.

*Competition*

The angiogenesis pipeline is very competitive, but this level of intensity is somewhat skewed by the large number of mechanistic approaches that are being claimed to demonstrate angiogenic activity. Furthermore, clear evidence of efficacy for these agents has not yet been demonstrated. For the purposes of this summary, only those compounds considered true anti-angiogenic compounds have been included. Companies with compounds in clinical development include Genentech, Entremed, Sugen, TAP, Magainin and Pharmacia Upjohn.

### Angiogenesis Compounds in Clinical Development

| Compound | Indications | Company | Phase |
|---|---|---|---|
| Neovastat | Solid tumors | Aetema | III |
| RhuMab VEGF | Cancer | Genentech | II/III |
| Vitaxin | Arthritis, psoriasis, CVR | Ixsys | II |
| SU-5416 | Cancer | Sugen | II/III |
| TNP 470 | Cancer, arthritis | TAP | II |
| Thalidomide | Cancer | EntreMed/BMS | I |
| Squalamine, squalus | Cancer | Magainin | I |
| RPI 4610 | Cancer | Ribozyme | I |
| VEGF antagonist | Cancer, retinopathy | NeXstar | I |
| Angiostatin/Endostatin | Cancer | EntreMed | I |

CONFIDENTIAL
JH 008190

Descriptive Memorandum: ABT -510          CONFIDENTIAL

*Unmet Needs*

Cancer remains the second leading cause of death in the United States, Europe and Japan, and consequently, offers an attractive market opportunity for the pharmaceutical and biotechnology industries. This year about 563,100 Americans are expected to die of cancer, more than 1,500 people a day. In the US, 1 or 4 deaths is due to some form of cancer. In 1999, about 1,221,800 new cancer cases are expected to be diagnosed.

For most cancers, the level of physician satisfaction with current therapies is low. It has long been recognized by researchers, physicians, patients and family members that current treatment options may often be as devastating as the underlying disease.

Unmet needs in this market vary by tumor types and stages, with some tumors responding to treatment with better mortality and/or morbidity results than others. However, cancer is still treated as a terminal illness with significant shortcomings in present treatments. In general, unmet needs include:

| Need | ABT-510 Attribute |
|---|---|
| Enhanced efficacy of therapeutic agents | Potential for enhanced efficacy |
| Reduced toxicity | Potential for reduced toxicity over current cytotoxic treatment |
| Improvements in drug administration | TBD |
| Improved target delivery of cytotoxics and novel therapeutics | Unknown |
| Proven outcomes data | Quality of Life and Pharmacoeconomics to be assessed |

*Considerations*

*Product Usage:* Physicians have indicated that they would use anti-angiogenic agents initially in their more refractory patients, as follow-on or add-on to current best therapy (chemo or surgical). With experience and clinical evidence, they would be willing to use these agents in earlier stages of the disease, where they perceived the greatest benefit to be. Anti-angiogenesis agents are regarded as a maintenance therapy to be used in early disease or after primary therapy as a prophylactic process to prevent the spread of malignancy. Of course, their ultimate use will depend on the benefit provided, which cannot be determined until clinical trials have been completed. Efficacy evidence in humans manifested by tumor response of the magnitude seen in the preliminary dog studies would stimulate tremendous enthusiasm in the oncology community.

*Product Benefits/Efficacy:* Physicians are looking for improvements in time to tumor progression and prevention of metastases with cytostatic agents. There is a great deal of enthusiasm for this mechanism in the scientific and lay audience. The concept is very intuitive. Products, such as ABT-510, that promise a clinical benefit without the usual toxic trade-offs associated with current chemotherapeutic agents, will be enthusiastically received by oncologists.

*Side Effects* The proposed safety profile of anti-angiogenic agents may enhance usage, as the dose limiting toxicity profiles of most of the other available agents has established a much lower hurdle for demonstrating a preferred profile. However, as chronic therapy, anti-angiogenic agents may have to demonstrate a cleaner profile than cytotoxic agents do to ensure compliance.

*Off-label use:* Off label use accounts for between 30-60% of an oncology product's usage. Off-label use is driven by publication of clinical trial results in credible journals, listing in key compendia and/or a peer's experience with the product. Therefore, development spend for off-label use is considerably less than the spend required for regulatory approval of an indication. However, promotion of these off-label uses is limited.

*Other indications:* ABT-510 may be effective in other therapeutic roles, such as arthritic diseases and macular degeneration. These other indications may offer a commercial upside, through internal development or co-development/out-licensing opportunities.

*Competition:* While there are a relatively large number of angiogenesis inhibitors in development, it is unclear whether they will demonstrate a superior efficacy or side-effect profile vs. ABT-510. The mechanism of angiogenesis suggests that multiple anti-angiogenic approaches may be required to maximize the clinical benefit.

*COGS:* Initial estimates on finished cost of drug place it in the range of Lupron costs. Depending on final dosing requirements, the cost of this compound could become a significant obstacle. However, this will need to be considered in light of the pricing flexibility in the oncology market, where there is limited pricing sensitivity for products that are reimbursed. Any financial analysis will need to include royalty obligations to Northwestern University.

*Dosing:* There is still some uncertainty regarding the route of administration and feasible dosage forms for ABT-510. An "inconvenient" formulation leaves this product extremely vulnerable to competitors with more convenient dosage forms. A convenient dosage form, such as a monthly depot, will enhance product adoption over a less convenient form. However, the effect of the various dosage forms on product adoption will be dependent on the benefits the compound provides, side-effect profile and availability of competitive agents with more convenient dosage forms. For chronic therapy, convenience will play an important role in market penetration, given alternative agents. Although less convenient than oral therapy, parenteral therapy (depot, but not self-administered sub-cutaneous) is currently reimbursed by Medicare in the US. Over 60% of all cancer patients have Medicare as their primary healthcare coverage in the US.

*Development/Regulatory:* With a new class of compounds, there is not a clearly defined clinical development path or regulatory guidelines for reference. This hurdle is similar for all the competitive products, but increases the overall development risk profile for these agents. However, with several anti-angiogenic agents in late stage development, Abbott can learn from their experience.

*Other Approaches:* Other "cytostatic" approaches may present a competitive threat if they are used as substitutes. Due to the complexity of the pathogenesis of cancer, it is more likely that these agents will be used in combinations, but incremental benefits may become more difficult to demonstrate as the number of products and approaches multiply. This will require additional studies, as these other classes become part of standard cancer treatment. However, this threat is not unique to this compound.

*Pricing:* The treatment of cancer is expensive, so there is the potential for a great deal of pricing flexibility in this market. There is also an increasing emphasis on cost-effectiveness studies that will need to be addressed in the development plan.

CONFIDENTIAL
JH 008192

Descriptive Memorandum: ABT-510          CONFIDENTIAL

7

*CONFIDENTIAL*

# ABT - 518

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

**CONFIDENTIAL**
**JH 008193**

*MMPI*

*Overview*

Abbott's Matrix Metalloproteinase Inhibitor (MMPI) program represents a novel therapeutic class, with the potential to alter the way that cancer is treated by preventing or modifying disease progression and/or metastases. This more "chronic" approach to therapy has the potential to transform cancer into a disease that patients live with, much like the effect of HIV protease inhibitors on patients with AIDS. It also has the potential to expand the cancer market significantly by increasing the average length of treatment and expanding the pool of patients eligible to receive therapy.

The MMPs comprise a family of enzymes that degrade a wide range of matrix protein substrates. High expression of these enzymes occurs in cancer and is associated with the ability of tumors to grow, invade, develop new blood vessels and metastasize.

MMP inhibitors (MMPIs) may suppress the progression of tumors by several mechanisms:

- Suppress invasion/metastasis by blocking the membrane traversal and access to blood/lymphatic vessels
- Blocking the remodeling of extra-cellular matrix in the vicinity of primary tumors to prevent stroma-bound growth factors from stimulating tumor growth
- Blocking angiogenesis by preventing the proliferation and migration of endothelial cells and neovascularization of tumor.

Experimental evidence suggests that gelatinase A and gelatinase B are particularly important in tumor progression, consequently the project team has targeted gelatinase selective inhibitors for the treatment of cancer. Another reason for targeting highly gelatinase-selective MMP inhibitors relates to the side effect profile exhibited by broad-spectrum agents like marimastat. Chronic administration of marimastat causes a dose-limiting side-effect characterized by severe joint pain and stiffness. Since these joint effects may be mediated by inhibition of other MMPs like fibroblast collagenase, highly gelatinase selective agents may be efficacious without producing dose-limiting side effects.

The MMP selectivity profile exhibited by ABT-518 distinguishes it from competitor's compounds. ABT-518 possesses sub-nanomolar inhibition potencies versus both gelatinase A and gelatinase B and is substantially more selective for the inhibition of the gelatinases over fibroblast collagenase than marimastat and prinomastat. Despite its high selectivity, ABT-518 demonstrates antitumor activity equal or superior to prinomastat. Inhibition of tumor growth is dose dependent in both syngeneic and xenograft models. ABT-518 is also effective in blocking vessel formation in a mouse model of angiogenesis. ABT-518 is a stable crystalline solid which can be synthesized in six steps (25% overall yield) from commercial starting material.

ABT-518 gives rise to sustained plasma concentrations following single oral dosing in monkeys, dogs and rats. Bioavailabilities range between 68 and 93% depending on formulation and species. Several metabolites are produced after repeated oral dosing of ABT-518, although their relative amounts varies with gender and species.

ABT-518 displays no meaningful effects in genotoxicity, cytotoxicity and ligand binding assays and its cardiovascular effects in dogs are unremarkable. ABT-518 produces no significant toxic effects in rats treated with 100 mg/kg/day over 28 days. Plasma concentrations generated by ABT-518 in these studies are at least 20-fold higher than those necessary to produce efficacy in cancer animal models. ABT-518 is therefore a compelling development candidate with the potential to

CONFIDENTIAL
JH 008194

2

demonstrate antitumor effects superior to the MMP inhibitors currently undergoing clinical trials. Phase 1 clinical trials in cancer patients began March 2001.

*The market*

Currently, cytotoxic agents represent the largest, and fastest growing, class of oncology agents by sales volume. The following chart summarizes the value of the current oncology market.

### Global Sales by Market Segment ($ MM)

|            | 1996 Sales | 1997 Sales | 1998 Sales | 1999 Sales (est) | CAGR '96-'98 |
|------------|------------|------------|------------|------------------|--------------|
| Hormone    | 4,414      | 4,784      | 4,884      | 5,000            | 5.2%         |
| Cytotoxic  | 4,278      | 5,212      | 6,268      | 7,300            | 21.0%        |
| Adjunctive | 3,367      | 3,651      | 4,166      | 4,900            | 11.2%        |
| Total      | 12,059     | 13,647     | 15,318     | 17,200           | 12.7%        |

Source: Datamonitor

### Sales by Region ($ MM)

|        | 1996 Sales | 1997 Sales | 1998 Sales | 1999 Sales (est) | CAGR '96-'98 |
|--------|------------|------------|------------|------------------|--------------|
| US     | 5,564      | 6,276      | 7,422      | 8,500            | 15.5%        |
| Ex- US | 6,495      | 7,370      | 7,896      | 8,700            | 10.3%        |

Source: Datamonitor

Cytostatic agents have the potential to alter the way cancer is treated and presents opportunities for fundamentally new ways of approaching the disease. This cytostatic market does not yet exist, though success of more cytostatic "like" treatments, such as hormonal therapies for prostate and breast cancer, suggest that the market potential for cytostatic agents could be significant.

The ultimate commercial and clinical success of the MMPI will depend on the clinical benefit this product provides in key cancer types compared with current best therapy. These can be benefits provided by dosing this agent in addition to current therapy and/or as an alternative to best therapy, or as a new component of best therapy. All currently available products, including the market leaders such as Taxol, have significant shortcomings in their profiles.

However, as novel therapy, MMPIs will probably be adopted initially as add-on the current chemotherapy. As benefits are proven and clinical experience is gained, these agents may be used in earlier stages of cancer and/or in conjunction with surgery or radiation to prevent the progression of any microscopic disease that remains.

The clinical targets identified for this compound include late stage pancreatic cancer, late stage NSCL cancer (on-label), with late stage ovarian and breast cancer as additional cancer types where efficacy has been demonstrated, but not filed. Other cancer types this compound may be efficacious in include SCL, colorectal, bladder, stomach and prostate. Targets will be refined as we know more about this compound's in-vivo activity.

CONFIDENTIAL
JH 008195

Descriptive Memorandum: ABT - 518     CONFIDENTIAL                    3

The following tables summarize the key marketed competitive products by indication (US data only):

### Late Stage Breast

| Product | Share |
|---|---|
| Cyclophosphamide/Cytoxan/BMS | 18.7 |
| Doxorubicin/Adriamycin/P&U | 17.11 |
| Docetaxel/Taxotere/RPR | 16.25 |
| Paclitaxel/Taxol/BMS | 16.11 |
| Trastuzumab/Herceptin/Genetech | 11.26 |

### Late Stage NSCL

| Product | Share |
|---|---|
| Carboplatin/Paraplatin/BMS | 50.32 |
| Paclitaxel/Taxol/BMS | 44.14 |
| Vinorelbine/Navelbine/Glaxo | 22.78 |
| Gemcitabine/Gemzar/Lilly | 22.14 |
| Cisplatin/Platinol/BMS | 11.28 |

### Late Stage Ovarian

| Product | Share |
|---|---|
| Paclitaxel/Taxol/BMS | 47.11 |
| Carboplatin/Paraplatin/BMS | 45.42 |
| Topotecan/Hycamtin/SKB | 22.54 |
| Dox SL/Doxil/Alza | 9.14 |
| Cisplatin/Platinol/BMS | 7.58 |

### Late Stage Pancreas

| Product | Share |
|---|---|
| Gemcitabine/Gemzar/Lilly | 78.5 |
| 5-FU/Efudex/ICN Pharma | 21.0 |
| Leucovorin/ | 10.7 |
| Cisplatin/Platinol/BMS | 4.72 |

*Compounds in Development*

The MMP inhibitor field is competitive. More than 30 firms have filed patents claiming small molecule MMP inhibitors over the past 5 years, and several companies have compounds in advanced clinical development. Abbott's compound may be 3rd or 4th to market and will have to demonstrate a competitive advantage to gain the share necessary to support the clinical development of this compound. Companies with compounds in advanced clinical development for the treatment of cancer include Agouron/Warner Lambert/Pfizer, British Biotechnology/Schering Plough and BMS and are listed below. Other companies are targeting this mechanism for arthritis.

MMPIs in Clinical Development for Cancer

CONFIDENTIAL
JH 008196

| Compound | Company | Comments | Phase |
|---|---|---|---|
| Marimistat | BritishBiotechnology/ Schering Plough | Broad spectrum, dose limiting toxicity. Activity seen in gastric cancer, but negative results in pancreatic. | III |
| Prinomastat | Agouron/ Warner Lambert/ Pfizer | Moderate gelatinase selectivity, dose limiting toxicity. May be dosing sub-optimally to avoid toxicity. Efficacy data not available. | III |
| BMS 275291 | BMS | Broad spectrum, joint effects seen in Phase I studies. | II |

Bayer recently dropped development of BAY 12-9566 due to concerns about potential toxicity. Recent results from a study with marimistat in pancreatic cancer, where adding marimistat to Gemzar resulted in no survival advantage, has led to speculation that MMPIs may be more applicable in less aggressive cancer types or earlier stages of the disease. Alternatively, it could be a reflection of the inability to examine higher doses of marimastat due to joint effects.

The joint effects produced by the compounds listed above almost certainly preclude their long-term use, limit compliance and reduce optimal efficacy. Any MMP inhibitor that lacks these side effects will possess a substantial competitive advantage. The musculoskeletal effect produced by marimastat and prinomastat in cancer patients is typically described as arthralgia, myalgia and tendinitis, which occurs predominantly in the upper limbs. While mild cases respond to analgesics, interrupting therapy for a period of approximately 2 weeks is necessary when the condition is less well tolerated.

Although Abbott's timing to market is not optimal, the shortcomings of the competitive products provide an opportunity for a compound with an improved SE or efficacy profile. Current animal models seem to predict Abbott's compound is superior to those currently in clinical trials, and has the potential to be best in class.

*Product profile*

The objective of a product profile at this time in the product's development is to provide a target for the types of attributes that will be required to be commercially successful. This profile is based on market research with oncologists and consultation with opinion leaders. This profile will continue to be refined as more is known about this product's profile, development of competitive products and the market continues to evolve.

CONFIDENTIAL
JH 008197

| | Base | Optimal |
|---|---|---|
| Efficacy | ABT-518, alone or in combination with best therapy, provides at least one of | Provides more than one of the efficacy benefits outlined. |

| | the following benefits in at least one solid tumor type:<br><br>• Increased survival<br>• Tumor regression<br>• Improved quality of life<br>• Increased time to tumor/disease progression | |
|---|---|---|
| Competitive advantage | ABT-518 will need to demonstrate a clinically significant advantage in efficacy (see parameters above) or additive synergistic activity with current/competitive agents or clinically significant advantage in side-effect profile relative to other MMPI agents. | Same |
| Administration | Convenient administration relative to competitive agents. | Same plus reimbursement in US market. |
| COGS | A finished cost of goods that is consistent with at least an 80% standard manufacturing margin. | A finished cost of goods that is consistent with at least a 90% standard manufacturing margin. |

## Marketing overview

*Product Usage:* Physicians have indicated that they would use MMPIs initially in their more refractory patients, as follow-on or add-on to current best therapy (chemo or surgical). With experience and clinical evidence, they would be willing to use these agents in earlier stages of the disease, where they perceived the greatest benefit to be. The MMPI was regarded as a maintenance therapy to be used in early disease or after primary therapy as a prophylactic process to prevent the spread of malignancy.

*Product Benefits/Efficacy:* Physicians are looking for improvements in time to tumor progression and prevention of metastases with cytostatic agents. The MMPI mechanism has more recently been implicated as having an even more active role in cancer pathogenesis, from preventing primary tumor growth to anti-angiogenic properties. Positive results from competitive agents, such as marimistat in gastric cancer, provides proof of principle for this mechanism.

*Side Effects:* The proposed safety profile of MMPIs (excluding joint toxicity) may enhance usage, as the dose limiting toxicity profiles of most of the other available agents has established a much lower hurdle for demonstrating a preferred profile. However, as chronic therapy, MMPIs may have to demonstrate a cleaner profile than cytotoxic agents do to ensure compliance. As the 3rd or 4th MMPI to market, SE hurdles will be even higher for this compound. As a critical Go/No Go decision point, the joint toxicity of this compound will be evaluated in an expanded Phase I multi-dose study.

*Dosing:* Discovery is currently targeting an oral dosage form. In general, oral therapies are acknowledged by physicians and patients as being more convenient to the patient. Chronic oral dosing may also reduce overall costs, as infusion support products and personnel would not be required, enhancing pharmacoeconomic evidence.

*COGS:* Initial estimates on finished cost of drug suggest that drug costs will not be significant for this compound

CONFIDENTIAL<br>JH 008198<br>6

Descriptive Memorandum: ABT - 518        CONFIDENTIAL

*Off-label use:* Off label use accounts for between 30-60% of an oncology product's usage. Off-label use is driven by publication of clinical trial results in credible journals, listing in key compendia and/or a peer's experience with the product. Therefore, development spend for off-label use is considerably less than the spend required for regulatory approval of an indication. However, promotion of these off-label uses is limited.

*Competition:* As the 3rd or 4th MMPI to market, Abbott's compound will need to demonstrate a meaningful clinical advantage over compounds that are in more advanced development. Strict Go/No Go criteria will determine if the MMPI can meet these hurdles. If they cannot be met, the compound will not move forward.

*Development/Regulatory:* With a new class of compounds, there is not a clearly defined clinical development path or regulatory guidelines for reference. This hurdle is similar for all the competitive products, but increases the overall development risk profile for these agents. However, with several MMPIs in late stage development, Abbott can learn from their experience.

*Other Approaches:* Other "cytostatic" approaches may present a competitive threat if they are used as substitutes. Due to the complexity of the pathogenesis of cancer, it is more likely that these agents will be used in combinations, but incremental benefits may become more difficult to demonstrate as the number of products and approaches multiply. This will require additional studies, as these other classes become part of standard cancer treatment. However, this threat is not unique to this compound.

*Pricing:* The treatment of cancer is expensive, so there is the potential for a great deal of pricing flexibility in this market. However, as an oral therapy in the US market, there may be additional downward price pressure for this agent. There is also an increasing emphasis on cost-effectiveness studies that will need to be addressed in the development plan.

*Dosing:* Discovery is currently targeting an oral dosage form. In general, oral therapies are preferred by physicians and patients because of the convenience to the patient. However, this form may not be the best choice for some people who already have certain digestive system symptoms (vomiting, diarrhea, or severe nausea), cannot swallow liquids or pills, or cannot remember when or how many pills to take. Additionally, in the US market there are several unique factors that currently do not favor oral therapies. Novel oral therapies are not currently reimbursed by Medicare, a significant payer for the oncology patient population. Also, 40-60% of a community oncologist's income is generated through the administration of IV drugs. An oral therapy would not be a source of revenue to the physician.

### Clinical Studies

Clinical studies across a wide range of solid tumors will be initiated, including but not limited to breast cancer, non small cell lung cancer, ovarian cancer, pancreatic cancer, etc...

Final indications pursued will depend from the results of the phase II studies.

**CONFIDENTIAL**
**JH 008199**

Descriptive Memorandum: ABT - 518     CONFIDENTIAL

7

*CONFIDENTIAL*

# Farnesyltranserase Inhibitor

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

**CONFIDENTIAL**
**JH 008200**

## Overview

The Ras genes were the first oncogenes of mammalian origin to be discovered. Intensive research over the last decade has led to the elucidation of the normal function of cellular Ras protein, the role of Ras mutations in oncogenic transformation, and the identification of molecular targets, such as the enzyme farnesyltransferase, for inhibiting Ras activity. Although farnesyltransferase inhibitors (FTIs) were initially designed with the intention of inhibiting the posttranslational prenylation, and hence function, of Ras, it is now becoming apparent that farnesylated proteins other than Ras (e.g., RhoB) are also critical for malignant growth and may be the relevant target for inhibition of farnesylation. While it remains controversial whether blocking Ras activity or altering the RhoB prenylation status is the actual function of an FTI, these agents, exemplified by ABT-839 and FTIs in the clinic, exhibit remarkable anticancer activity against a wide variety of tumors in preclinical models. The current FTI program is projected to reach DDC status in January, 2001.

Abbott evaluated one FTI, ABT-839, in normal volunteers, but decided to discontinue development of this drug due to its poor pharmacokinetic profile. Invaluable experience was gained, however, from both the preclinical and clinical studies with this compound. Abbott's second-generation series are novel structures that exhibit significantly improved potency and oral bioavailability.

There continues to be tremendous enthusiasm in the medical community and pharmaceutical industry for this mechanism of action. Farnesyltransferase inhibitors have demonstrated impressive antitumor activity in preclinical models with activity equivalent to or better than that achieved with conventional cytotoxic chemotherapy given at the maximal tolerated dose. These agents appear to inhibit angiogenesis and, consistent with this activity, minimal resistance has been observed in preclinical models. The potential also exists for synergistic activity in combination with cytotoxic chemotherapy.

## The market

Cancer remains the second leading cause of death in the US, and consequently is an attractive market opportunity for the pharmaceutical/biotechnology industries. Approximately 40% of all Americans will develop cancer in their lifetime.

The worldwide cytotoxic and hormonal cancer therapies market is highly fragmented with only BMS and Zeneca holding a greater than 10% market share. Although the market is not concentrated, the field is highly competitive with more than 60 companies focused on the cancer research area. The growth of the oncology market is fueled by increasing disease incidence, new product entries, new therapeutic approaches, a growing adjunct therapy market that expands the number of patients eligible for chemotherapy, and intensified research competition. The data in Tables 1 and 2 summarize the value of the current oncology market. A great deal of uncertainty surrounds the concept of cytostatic treatment of cancer. Conceptually it may transform the way cancer is treated, allowing patients longer disease free survival and improved quality of life. However, at this point in development, this paradigm does not exist in cancer. Considering market, clinical and patient dynamics factors, breast, colorectal, prostate and non-small cell lung cancers are the most attractive targets for development.

CONFIDENTIAL
JH 008201

Descriptive Memorandum, FTI     CONFIDENTIAL                    2

Table 1.  Global sales by market segment ($ MM)

| | 1996 Sales | 1997 Sales | 1998 Sales | 1999 Sales (est.) | CAGR '96-'98 |
|---|---|---|---|---|---|
| Hormone | 4,414 | 4,784 | 4,884 | 5,000 | 5.2% |
| Cytotoxic | 4,278 | 5,212 | 6,268 | 7,300 | 21.0% |
| Adjunctive | 3,367 | 3,651 | 4,166 | 4,900 | 11.2% |
| Total | 12,059 | 13,647 | 15,318 | 17,200 | 12.7% |

Source: Datamonitor

Table 2.  Sales by region ($ MM)

| | 1996 Sales | 1997 Sales | 1998 Sales | 1999 Sales (est.) | CAGR '96-'98 |
|---|---|---|---|---|---|
| US | 5,564 | 6,276 | 7,422 | 8,500 | 15.5% |
| Ex- US | 6,495 | 7,370 | 7,896 | 8,700 | 10.3% |

Source: Datamonitor

Cytostatic agents have the potential to alter the way cancer is treated and presents opportunities for fundamentally new ways of approaching the disease. This cytostatic market does not yet exist, though success of more cytostatic "like" treatments, such as hormonal therapies for prostate and breast cancer, suggest that the market potential for cytostatic agents could be significant.

The ultimate commercial and clinical success of the FTI will depend on the clinical benefit this product provides in key cancer types compared with current best therapy.  These can be benefits provided by dosing this agent in addition to current therapy and/or as an alternative to best therapy, or as a new component of best therapy.  All currently available products, including the market leaders such as Taxol, have significant shortcomings in their profiles.

However, as novel therapy, FTIs will probably be adopted initially as add-ons to current chemotherapy.  As benefits are proven and clinical experience is gained, these agents may be used in earlier stages of cancer and/or in conjunction with surgery or radiation to prevent the progression of any microscopic disease that remains.

The clinical targets identified for this compound include late stage pancreatic cancer, late stage NSCL cancer (on-label), with late stage ovarian and breast cancer as additional cancer types where efficacy has been demonstrated, but not filed.  Other cancer types this compound may be efficacious in include SCL, colorectal, bladder, stomach and prostate.  Targets will be refined as we know more about this compound's in-vivo activity.

The following tables summarize the key marketed competitive products by indication (US data only):

Late Stage Breast

| Product | Share |
|---|---|
| Cyclophosphamide/Cytoxan/BMS | 18.7 |
| Doxorubicin/Adriamycin/P&U | 17.11 |
| Docetaxel/Taxotere/RPR | 16.25 |
| Paclitaxel/Taxol/BMS | 16.11 |
| Trastuzumab/Herceptin/Genetech | 11.26 |

CONFIDENTIAL
JH 008202

Descriptive Memorandum, FTI     CONFIDENTIAL                    3

C

| Late Stage NSCL | |
|---|---|
| Product | Share |
| Carboplatin/Paraplatin/BMS | 50.32 |
| Paclitaxel/Taxol/BMS | 44.14 |
| Vinorelbine/Navelbine/Glaxo | 22.78 |
| Gemcitabine/Gemzar/Lilly | 22.14 |
| Cisplatin/Platinol/BMS | 11.28 |

| Late Stage Ovarian | |
|---|---|
| Product | Share |
| Paclitaxel/Taxol/BMS | 47.11 |
| Carboplatin/Paraplatin/BMS | 45.42 |
| Topotecan/Hycamtin/SKB | 22.54 |
| Dox SL/Doxil/Alza | 9.14 |
| Cisplatin/Platinol/BMS | 7.58 |

| Late Stage Pancreas | |
|---|---|
| Product | Share |
| Gemcitabine/Gemzar/Lilly | 78.5 |
| 5-FU/Efudex/ICN Pharma | 21.0 |
| Leucovorin/ | 10.7 |
| Cisplatin/Platinol/BMS | 4.72 |

Emerging science within the past decade has radically altered the paradigm for cancer therapy and presents opportunities for fundamentally new ways of approaching the disease. Abbott has multiple discovery cytostatic targets, which may improve effective, but we are not alone: more than 200 compounds from other players are in development. The goal of cytostatic therapy is to improve quality of life, controlling the disease and transforming aggressive treatment to a chronic condition, which has been compared to the impact of protease inhibitors on the course of HIV.

*Clinical Studies*

Considering all the factors, market, clinical and patient dynamics, breast, colorectal, prostate and non-small cell lung cancer appear to be the most attractive targets for development. The development of cytostatic agents faces a number of challenges as regulatory agencies and physicians evaluate the new emerging paradigm of cancer therapy.

Despite the enormous medical need, drugs for chronic treatment/disease stabilization and improved quality of life for cancer patients do not yet exist. Correspondingly, animal models test efficacy that has not yet been validated as predictive of response in humans. Medical oncologists have historically depended on determination of maximum tolerated dose and response manifested by tumor shrinkage for cancer drug development. These parameters are not relevant to novel "cytostatic" agents. Combination with conventional cytotoxic drugs will be required in the near term and will have to be determined empirically. Intermediate and surrogate measures of biological response will have to be developed. Regulatory agencies are grappling with the same issues.

CONFIDENTIAL
JH 008203

Competition:

Within Project Approach

| Company | Compound | Indication | Status of compound | Status of project |
|---|---|---|---|---|
| Janssen Pharmaceutica | R-11577 (A-251076) | Cancer (unspecified) | Phase III | active |
| Schering-Plough | Sch66336 (A-285622) | Cancer (unspecified) | Phase II | active |
| Merck | L-778123 | Cancer (unspecified) | Phase I (f.v.) abandoned | unknown |
| Bristol-Myers Squibb | BMS-214662 | Cancer (unspecified) | Phase I | active |
| LG Chemical | LB 42908 | Cancer (unspecified) | preclinical | active |
| Rhône-Poulenc Rorer | quinuclidine derivatives | Cancer (unspecified) | preclinical | active |
| Pfizer | unknown structure | Cancer (unspecified) | preclinical | active |
| Parke-Davis | peptidomimetics | Cancer (unspecified) | preclinical | abandoned project |
| Roche | peptidomimetics | Cancer (unspecified) | preclinical | abandoned project |
| Eisai | FPP mimetic | Cancer (unspecified) | preclinical | unknown |
| Banyu | | Cancer (unspecified) | Phase I | active |
| ISIS | ISIS-2503 (ras antisense) | Cancer (unspecified) | Phase I | active |

Within Therapeutic Area

| Approach | Selected Compounds | Company(ies) | Status |
|---|---|---|---|
| antisense | ISIS 3521, ISIS, 5132 | ISIS | phase I |
| cytotoxic agents | camptosar, CI-980, lurestron, Genzar, Hycamtin, Indanutidn, Novantrone, Oncoease, Capecitine, Tomudex | P&U, Warner-Lambert, Schering, Lilly, SKB, P&U,Immunex, Alfacell, Roche, Zeneca | most phase III |
| | targetin, panretin, 5-azacytidine | Ligand, HCI | Ligand in phase II/III |
| differentiation | VX-710, 778C85, RMP-7, CT-2584 | Vertex, Glaxo Welcome, Alkermes, Cell Therapeutics | Vertex in phase II |
| drug resistance modifiers | | | |
| gene therapy | Onyx-015, , MDRx1, GLI-328, fL-2, GV-1301 | Onyx, Introgen, Therion Biologics, Theragen, Genetic Therapy, Cyclacel, RPR Gencell, GeneMedicine, Titan, etc | Restricted to accessible cancers. Most advanced: Phase I/II |
| hormonal therapy | Zoladex, amidex, drolodien, Oncolar, Rivizor, Casodex, roglelimide | Zeneca, Pfizer, Novartis, Janssen, US bioscience | most phase III |
| immunotherapy | IDEC-Y2/n2B8, anti-HER2, and EGFR | IDEC, Genetech, ImClone | IDEC recently approved, others phase III |
| antibodies | | | |
| cytokines | IL-12, IL-4, Proleukin, Roferon-A | Roche, Schering, Chiron, Roche | phase III |
| vaccines | rV-gp100, Genevax, MGV | Apollon, Therion, Progenics | phase I, II |
| photodynamic | pholofin, promycin | OLT photo, Vion | phase III |
| radiation sensitizers | Neu-Sensamide, radixyl | Oxigene, Roberts | phase III |
| metalloproteinase inhibitors | marimastat, AG-3340, CGS-27023A | British Biotech, Agouron, Novartis, Bayer | BBT in phase III |
| angiogenesis inhibitors | TNP-470, SU-5416, and VEGF-mAb, thalidomide, DC101 | TAP, Sugen, Genentech, Enfrened, ImClone, etc | see angiogenesis project review for details |

CONFIDENTIAL
JH 008204

Descriptive Memorandum, FTI     CONFIDENTIAL

5

<u>Competitive Analysis</u>

The project is on par with others in the industry. While second generation Abbott compounds are not yet in clinic, all of the compounds from other companies that are in clinical trials have deficiencies. While the Schering compound has the best oral PK profile, it is not particularly potent. The Janssen compound is potent, but has a poor PK profile. The Merck compound exhibited QTc prolongation and development has been stopped. The Bristol Myers Squib compound, BMS-214662, which is in phase I, is an *in vitro* submicromolar inducer of apoptosis in human tumor cells and appears to be the most potent inducer of apoptosis of the known FTIs. This compound could have a different mechanism of action from the classical FTIs and have its own liabilities. LG42908 from LG Chemical is potent FTI and has good oral bioavailability (F= 91% in monkey), however; it's a CYP3A4 inhibitor and will have significant drug-drug interaction liabilities. Extensive preclinical pharmacology at Abbott has defined optimum parameters for a FTase inhibitor that may not be known to our competitors, or be achievable with the current generation of FTIs. Although not yet established, we anticipate that the Abbott compound will be improved over competitors' compounds with respect to potency, oral bioavailability, half-life, toxicity, efficacy, angiogenesis inhibition, and lack of resistance.

CONFIDENTIAL
JH 008205

*CONFIDENTIAL*

# DOPAMINE RECEPTOR AGONIST PROGRAM

## Descriptive Memorandum
*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008206

CONFIDENTIAL

### D4 Agonists for Male Erectile Dysfunction

*Scientific Overview*

Male erectile dysfunction (MED) is defined as the "inability to maintain an erection sufficient for satisfactory sexual intercourse" (NIH Consensus Panel) and results from physiological (organic), psychogenic causes, or a combination thereof. This disorder is associated with decreased quality of life, including personal well being, and diminished family and social relationships. In 1999, an estimated 77 million men over the age of 40 (52% of men over 40 years-old) in the seven major pharmaceutical markets experienced some degree of MED, and the prevalence increases with age. Approximately 10-20% of patients have severe or complete MED, and the majority of the population suffers from moderate disease. While the introduction of Viagra has increased the diagnosis rate of MED in the U.S., 75% or more of patients do not seek treatment. However, as the "baby boomer" generation ages, MED will become a more prominent concern and a growing number of patients are likely to seek treatment.

Abbott's male erectile dysfunction program targeting D4 dopamine receptors represents a novel therapeutic approach to the rapidly growing male erectile dysfunction (MED) market. The current gold standard for the treatment of MED, Viagra, acts peripherally at the penile smooth muscle level to induce erection by modulating the levels of cGMP. In contrast, a selective D4 dopamine agonist will act in the brain at the sites necessary for initiation of a successful erection. Targeting the D4 receptors in brain offers the potential for efficacy in patients with MED that do not respond to Viagra (for example patients with diabetes). Additionally, targeting D4 receptors should not result in any cardiovascular adverse events unlike Viagra which can cause serious cardiovascular effects in patients who are on nitroglycerine-based medications. Since safety is of paramount importance for any life-style disorder like MED, a new agent that does not have any contraindications or warnings related to safety issues may be positioned to become the gold-standard therapy.

Evidence for the potential of a selective D4 dopamine receptor agonist for the treatment of erectile dysfunction includes:

- The non-selective dopamine receptor agonist apomorphine (Uprima™) has been shown to be effective in phase III clinical trials, and has received scientific approval for market in the EU, for the treatment of MED. This validates the utility of dopaminergic agonists to facilitate penile erections in humans. However, the clinical development of apomorphine for the US market has been hampered by dose limiting side-effects (emesis and syncope).

- Studies at Abbott have established that the efficacy of apomorphine (penile erection) and side-effect (emesis) are mediated by different dopamine receptor subtypes. There are 5 known dopamine receptors. Abbott scientists have discovered that the selective activation of $D_4$ receptors can facilitate penile erection in animals, while the $D_2$ receptor appears to mediate the emetic effect of apomorphine. The discovery of a $D_4$ selective agonist maximizes the possibility to identify a compound with equivalent/superior efficacy to apomorphine but devoid of its side-effect liabilities.

PPD is currently screening the Abbott library of compounds to identify novel and proprietary D4 dopamine receptor compounds. Initial hits have been identified that are as potent as any known D4 dopamine receptor agonist. The strategy is to aggressively profile these hits for selectivity across the five different dopamine receptor subtypes and to ensure that selective agents are effective in a number of preclinical in vivo models of MED and have no emetic or cardiovascular side effects. The D4 dopamine receptor agonist program will be discontinued if selective D4 agonists do not achieve at least a 30-fold separation between efficacy in a model of MED and cardiovascular/emetic side-effects.

CONFIDENTIAL

CONFIDENTIAL
JH 008207

Abbott has a competitive advantage in the race to exploit selective D4 dopamine receptor agonists for MED. A patent application covering the use of any selective D4 agonist for the treatment of MED has been filed and no other pharmaceutical company may have the range of preclinical models of efficacy and safety in addition to access to the clinical information gained from the development of apomorphine. Our molecular modeling group has facilitated advances in the design of selective D4 agonists.

*Market Analysis*

The introduction of Viagra combined with increased disease awareness resulted in the MED market in the US exploding from $157MM in 1997 to an estimated $726MM in 2000. Worldwide, this market has seen similar growth, and is estimated at $500MM for ex-US for 2000. Viagra currently dominates the MED market, with more than $1billion in sales in the $1.3 billion worldwide market in 1999, and >95% of the MED prescriptions in the US. The market growth is expected to continue, with an estimated CAGR in the US of 17.9% (2000 – 2005), fueled by increased awareness of MED, expanded use to wider patient segments for relationship or performance enhancement, and the introduction of heavily promoted new agents. Downward pressure on growth will come from continued perceptions of safety concerns, the limited efficacy of Viagra™, and out-of-pocket cost to patients.

Market drivers influencing the potential of a D4 dopamine receptor agonist include:

- <u>Patient Awareness and Demand</u>   Viagra has built considerable awareness of MED. However, in the US, only 10-25% of current MED patients seek treatment for this disorder. Ex-US the percentage of patients seeking treatment is lower (10%). This is mainly due to the lack of DTC promotional campaigns in the ex-US markets. Further market expansion requires continued patient and physician education.

- <u>Product Safety:</u>  There are growing patient and regulatory concerns regarding the safety of Viagra. While, physicians currently perceive Viagra™ to be safe, if used by the correct patients, there is significant concern regarding the concomitant use of nitrates for cardiovascular disorders with Viagra. Approximately 10% of Viagra patient deaths have been attributed to use of nitrates. Thus, there is an opportunity to eliminate this concern for physicians and to expand the market.

- <u>Product Efficacy:</u>  In clinical trials Viagra allowed successful intercourse in about 50% of attempts. The limited and inconsistent efficacy of the product has resulted in patient dissatisfaction and discontinuation, thus creating a chance to drive Viagra quitters or switchers, as well as new patients, to new, more effective, MED products. The demonstration of efficacy in a broader population of MED patients might also influence physicians to try an alternative product prior to Viagra. The delay in onset (~1hr) and the variability in onset of action from patient to patient is an additional complaint about Viagra. Product features of a selective D4 agonist such as a more rapid onset of action or more reproducible onset will have a positive influence on the market opportunity for MED therapies.

- <u>Additional Indications:</u> Use of a D4 dopamine receptor agon in other indications such as "relationship enhancement" (female sexual dysfunction and age-related decline in male sexual performance) offers an opportunity to both expand the potential market to include women and non-MED sufferers, and reduce the embarrassment of MED for patients. Additional research is required to identify meaningful endpoints in this expanded indication. Initial studies conducted by Pfizer showed that Viagra™ was not effective to treat female sexual dysfunction.

CONFIDENTIAL

CONFIDENTIAL
JH 008208

*Competitive Overview*

The following tables summarize the key competitive activities in regard to marketed products and products in the development pipeline. To date there are no reports any other company targeting selective D4 agonists for the treatment of MED, although a number of companies do have activities in the dopamine receptor arena for other indications that could be re-focused to MED if they became aware of Abbott's insights into the D4 receptor.

A. Oral agents

| Approach | Compound/Product | Company(ies) | Status |
|---|---|---|---|
| PDE5 inhibition | Sildenafil (Viagra™) | Pfizer | Marketed |
| DA receptor | Apomorphine (Uprima™) | TAP | NDA filing withdrawn |
| Adrenergic | Phentolamine (Vasomax™) | Schering-Plough/Zonagen | NDA filing on hold (>1 year) |
| PDE5 inhibition | IC351 (Cialis™) | ICOS-Lilly | Phase III |
| PDE5 inhibition | Vardenafil | Bayer | Phase II-III |

B. Intranasal

| Approach | Compound/Product | Company(ies) | Status |
|---|---|---|---|
| DA receptor | Nasal apomorphine | Nastech | Phase II |

C. Intracavernosal agents

| Approach | Compound/Product | Company(ies) | Status |
|---|---|---|---|
| EP receptor | PGE$_1$ (Caverject™, Edex™) | Pharmacia, Schwarz Pharma | Marketed |
| VIP receptor/ Adrenergic | VIP-phentolamine (Invicorp™) | Senetek | Marketed outside US |
| K channels | PNU 83757 | Pharmacia | Phase II |

D. Intraurethral agents

| Approach | Compound/Product | Company(ies) | Status |
|---|---|---|---|
| EP receptor | PGE$_1$ (Muse™) | Vivus, Abbott | Marketed |

E. Topical

| Approach | Compound/Product | Company(ies) | Status |
|---|---|---|---|
| EP receptor | PGE$_1$ (Alprox-TD; Topiglan) | NexMed; MacroChem | Phase II and III |

CONFIDENTIAL
JH 008209

CONFIDENTIAL

MAR. 13. 2001 12:29PM                                         NO. 2199   P. 2/3

Brian J. Smith
Assistant Secretary and Divisional Vice President
Domestic Legal Operations
Abbott Laboratories
100 Abbott Park Road
Abbott Park, Illinois 60064

March 13, 2001

John Hancock Life Insurance Company
Investors Partner Life Insurance Company
John Hancock Variable Life Insurance Company
Attention: Stephen J. Blewitt
John Hancock Place
P.O. Box 111
Boston, MA 02117

Ladies and Gentlemen,

I have acted as counsel for Abbott Laboratories, an Illinois corporation (the "Company"), in connection with the Company's collaboration with John Hancock Life Insurance Company, a Massachusetts corporation, Investors Partner Life Insurance Company, a Massachusetts corporation, John Hancock Variable Life Insurance Company, a Delaware corporation (collectively, "John Hancock") pursuant to the Research Funding Agreement made as of March 13, 2001 (the "Research Funding Agreement"). Capitalized terms used herein without definition have the meanings assigned to them in the Research Funding Agreement.

In connection with the opinions expressed herein, I have made such examination of matters of law and of fact as I considered appropriate or advisable for purposes hereof. As to matters of fact material to the opinions expressed herein, I have relied upon certificates and statements of government officials and of officers of the Company. I have also examined originals or copies of such corporate documents or records of the Company as I have considered appropriate for the opinions expressed herein. I have assumed for the purposes of this opinion the genuineness of all signatures (other than those of individuals signing on behalf of the Company which are genuine), the legal capacity of natural persons, the authenticity of the documents submitted to me as originals, the conformity to the original documents of all documents submitted to me as certified, facsimile or photostatic copies, and the authenticity of the originals of such copies.

CONFIDENTIAL
JH 008210

MAR. 13. 2001 12:29PM                                     NO. 2199    P. 3/3

John Hancock Life Insurance Company
Investors Partner Life Insurance Company
John Hancock Variable Life Insurance Company
March 13, 2001
Page 2

Based upon the foregoing, and subject to the qualifications and limitations stated herein, I am of the opinion that: (i) the Company is duly organized, validly existing and in good standing in the State of Illinois; (ii) the Company has the requisite corporate power and authority to execute, deliver and perform the Research Funding Agreement; (iii) the Research Funding Agreement has been duly and validly authorized by the Company, and duly executed and delivered by an authorized officer of the Company and constitutes a valid and binding legal obligation of the Company enforceable against it in accordance with its terms; (iv) the performance of the Research Funding Agreement by the Company does not constitute a breach or violation of its organizational documents or any other agreement or understanding, written or oral, to which the Company is a party or any existing law, statute, rule or regulation by which the Company is bound; (v) no consents or approvals of any court or governmental authority is required on the part of the Company in connection with the execution, delivery, and performance of the Research Funding Agreement; (vi) there is no litigation pending, or to my knowledge threatened, which calls into question the validity of the Research Funding Agreement.

My opinion expressed above is limited to the law of the State of Illinois and the federal law of the United States, and I do not express any opinion herein concerning any other law.

The opinion set forth herein is rendered only to you and solely for your benefit in connection with the above described transactions. This opinion may not be relied upon by you for any other purpose, or relied upon by any other person for any purpose, without my prior written consent.

Very truly yours,

Brian J. Smith

M:\Domestic\Pals & Adams\John Hancock\Opinion 010313.doc

**CONFIDENTIAL**
**JH 008211**

# Deposition Exhibit 5

# P's Exhibit SN

**Portfolio Review Meeting**
**March 7 – 9, 2001**
**The Hyatt Deerfield**

## Wednesday, March 7

| | | | | |
|---|---|---|---|---|
| 7:30 am | Welcome/ introduction | 10 min | | J. Leiden |
| 7:40 am | Meeting objectives | 10 min | | J. Leonard |
| | **Anti-Infectives** | **Presentation** | **Discussion** | |
| | Quinolones | | | |
| 7:50 am | - ABT- 492 | 20 min | 5 min | C. Craft |
| 8:15 am | - HSR- 903 | 30 min | 10 min | T. Hirose/R. Krautheimer |
| | **Anti-virals** | | | |
| 8:55 am | Triangle projects | 30 min | 10 min | M. Heath-Chiozzi |
| | - HIV and HBV (FTC; DAPD) | | | |
| 9:35 am | *Morning Break* | | | |
| | **Urology** | | | |
| 9:55 am | BSF 420627 (ETA/ BPH) | 30 min | 10 min | M. Kirchengast |
| | **T3/T4** | | | |
| 10:35 am | T3/T4 | 15 min | 5 min | C. Schreiber/T. Miller |
| | **Asthma** | | | |
| 10:55 am | Hokunalin tape | 15 min | 5 min | T. Hirose/R. Krautheimer |
| | **Oncology** | | | |
| 11:15 am | ABT-510 | 20 min | 15 min | P. Nisen |
| 11:50 am | ABT-751 | 20 min | 15 min | P .Nisen |
| 12:25 pm | *Lunch* | | | |
| 1:25 pm | ABT-518 | 15 min | 5 min | P. Nisen |
| 1:45 pm | Rubitecan | 20 min | 5 min | P. Nisen |
| 2:10 pm | Theragyn | 20 min | 5 min | P. Nisen |
| 2:35 pm | ABT-627 | 30 min | 10 min | P. Nisen |
| 3:15 pm | *Afternoon Break* | | | |
| | **Cardiology** | | | |
| 3:35 pm | Darusentan | 45 min | 10 min | M. Luz/M. Kirchengast |
| | (LU 135252) | | | |
| | LU208075 | | | M. Luz/M. Kirchengast |
| | **Thrombosis** | | | |
| 4:30 pm | PEG-hirudin | 30 min | 10 min | V. Ifthekar/U. Legler |
| 5:10 pm | Ancrod | 30 min | 10 min | D. Levy/U. Legler |
| 5:50 pm | Urokinase/ | 30 min | 10 min | S. Guptha |
| | Pro-urokinase | | | |

HIGHLY CONFIDENTIAL
ABBT0092919

Leiden EXHIBIT 5
FOR I.D. 4-26-07 /. [signature]

Portfolio Review Meeting
March 7 – 9, 2001
The Hyatt Deerfield

**Thursday, March 8**

### Neuroscience

| | | Presentation | Discussion | |
|---|---|---|---|---|
| 7:30 am | ABT 594 | 30 min | 10 min | B. McCarthy |
| 8:10 am | ABT-963 | 15 min | 15 min | Granneman/Doan/Bell |
| 8:40 am | BSF 201640 | 30 min | 10 min | B. Rendenbach-Mueller |
| 9:20 am | BSF 74398 (Parkinson) | 30 min | 10 min | S. Dawe |
| 10:00 am | *Morning Break* | | | |
| 10:20 am | Dilaudid OROS | 45 min | 15 min | B. Gold/R. Krauthemeimer |
| 11:20 am | BSF 190555 (Schizophrenia) | 30 min | 10 min | B. Rendenbach-Mueller |
| 12:00 pm | *Lunch* | | | |
| 1:00 pm | Hydrocodone | 10 min | 10 min | S. Collins |
| 1:20 pm | Bimoclomol ( ABT-822) | 30 min | 10 min | B. Wallin |

### Gastro-enterology

| | | | | |
|---|---|---|---|---|
| 2:00 pm | Ganaton (pro-kinetic) | 15 min | 5 min | S. Dawe/R. Krautheimer |
| 2:20 pm | TU-199 (proton pump inh.) | 30 min | 10 min | T. Hirose/ R. Krautheimer |
| 3:00 pm | AU - 224 (colon pro-kinetic) | 20 min | 5 min | T. Hirose/ R. Krautheimer |
| 3:25 pm | *Afternoon Break* | | | |

### Phase III Projects

| | | | | |
|---|---|---|---|---|
| 3:45 pm | ABT-773 | 30 min | 15 min | C. Craft |
| 4:30 pm | D2E7 | 45 min | 30 min | C. Spiegler/E. v. Borcke |

HIGHLY CONFIDENTIAL
ABBT0092920

**Portfolio Review Meeting**
**March 7 – 9, 2001**
**The Hyatt Deerfield**

### Friday, March 9

#### Phase III Projects (cont'd)

| Time | Project | Presentation | Discussion | |
|---|---|---|---|---|
| 7:30 am | Segard | 45 min | 15 min | L. Daum/T. King |
| 8:30 am | J695 | 30 min | 10 min | R. Janocha/T. King |
| 9:10 am | Clivarine | 30 min | 15 min | F. Misselwitz/S. Schaeffer |
| 9:55 am | *Morning Break* | | | |
| 10:15 am | Rythmol SR | 30 min | 15 min | A. Pethő-Schramm/E. Schneider |
| 11:00 am | Levosimendan | 30 min | 15 min | C MacLeod |

#### Phase IV Projects

| Time | Project | Presentation | Discussion | |
|---|---|---|---|---|
| 11:45 am | Clarithromycin | 15 min | 5 min | C. Olson |
| 12:05 pm | Omnicef | 15 min | 5 min | C. Olson |
| 12:25 pm | *Lunch* | | | |
| 1:25 pm | Kaletra | 15 min | 5 min | E. Sun |
| 1:45 pm | Norvir | 15 min | 5 min | E. Sun |
| 2:05 pm | Meridia ( Sibutramine ) | 15 min | 5 min | E. Chong/W. Hargan |
| 2:25 pm | Uprima | 15 min | 5 min | S. Bukofzer |
| 2:45 pm | Trandolapril (patch, intervention trials) | 15 min | 5 min | B. Rendbach-Mueller/ U. Legler/N. Bender |
| 3:05 pm | *Afternoon Break* | | | |
| 3:25 pm | Fenofibrate | 15 min | 5 min | D. Yannicelli |
| 3:45 pm | Depakote | 15 min | 5 min | K. Sommerville |
| 4:05 pm | Gengraf | 15 min | 5 min | T. Japour |
| 4:25 pm | **Conclusion** | | | Jeff Leiden |

HIGHLY CONFIDENTIAL
ABBT0092921

# Deposition Exhibit 7

# P's Exhibit GW

## INITIAL PORTFOLIO PRIORITIZATION

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Anti-infectives** | | | | |
| ABT-492 | C | • Address safety issues (including QTc) with internal/ expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | - |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | - |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• J. Leonard<br>• L. Loew | - |
| **Urology** | | | | |
| BSF 420627 | P | • Set up task force to address issues and bring back plan to senior management<br> – Reasons for failure of the SKB ETa/b antagonist<br> – Design short (~4 week) PoP trial for symptom relief<br> – Rationale for sustained release formulation<br> – Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| **Hypothyroidism** | | | | |
| T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| **Asthma** | | | | |
| Hokunalin tape | P | • Conduct market research on acceptance by different patient segments<br>• Determine how to position against long acting beta agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the patch technology | • A. Higgins/<br>E. Fiorentino<br><br>• J. Tyree | • May |

0     0

HIGHLY CONFIDENTIAL
ABBT0155602

Leiden     EXHIBIT  7
FOR I.D. ____ 4-26-07 ____

## INITIAL PORTFOLIO PRIORITIZATION   (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Oncology** | | | | |
| ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br>• CMC group | • As planned |
| ABT-518 | Hold/T | • Wait for May results from Pfizer (will save ~$1mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)- further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective - further in-depth review required, e.g.,<br>  – Determine if there is a PoC to support claim<br>  – Address GMP issues<br>  – Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard<br><br><br><br>• J. Tyree | • By May<br><br><br><br>• By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>  – Determine how to ensure NDA filing in 2004<br>  – Get FDA input since survival not primary endpoint<br>  – Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Leonard, P. Nisen<br><br><br><br><br>• J. Tyree | • ASAP<br><br><br><br><br>• By May |

1          1

HIGHLY CONFIDENTIAL
ABBT0155603

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Cardiology/ thrombosis** | | | | |
| Derusentan (LU 135252) | Hold/T | • Continue currently budgeted funding for next 6 months<br>• Do not start any new trials (e.g., hypertension planned for May)<br>• Consider out-license or swap | • Project team<br><br>• J. Tyres | • Ongoing<br><br>• ASAP |
| LU 208075 | Hold/T | • Continue currently budgeted funding for next six months<br>• Look at Myogen deal<br>• Out-license or swap | • Project team<br><br>• J. Tyres | • ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyres | • TBD |
| Urokinase | P | • Market research required on open cath<br>• Match versus tPA in dose-ranging studies to determine efficacy | • E. Florentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Clivarine | C | • Assessment by HPD (review previous evaluation and new trial data)<br>• Understand finished product manufacturing cost | • E. Ogunro<br><br>• B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing<br>• Verify if package is likely approvable<br>• Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

2        2

HIGHLY CONFIDENTIAL
ABBT0155604

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Neuroscience** | | | | |
| ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/ July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list)<br>• Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • J. Tyree<br><br>• Project team | • TBD |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel<br>• Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc<br>• Understand Novartis contract and level of interest | • L Loew<br>• Project team<br><br>• J. Tyree | • By May |
| BSF 190556 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • L Loew | • As above |
| BSF 74398 | C (no cost) | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team<br>• J. Tyree | • By May |
| Dilaudid Oros | Hold/T | • Return to ALZA or out-license to other interested partner | • J. Tyree | • TBD |
| Hydrocodone | C | • Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • Project team | • By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue - probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

3        3

HIGHLY CONFIDENTIAL
ABBT0155605

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Gastro-enterology** Ganaton | P | • Conduct U.S. commercial assessment with TAP<br>• Assess how to position in Europe versus generics and implications for comparative trial<br>• Develop model to assess spend at different termination points | • E. Florentino<br><br>• Bob Funck | • By June<br><br>• By May |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise)<br>• Conduct market research on IBS versus constipation (including pricing) | • Project team<br><br>• E. Florentino | • ASAP |
| **Immunology** D2E7 | C | • Conduct intensive product review<br>– 2 day meeting with J. Leonard's group (already in process)<br>– ½ day session with senior management group<br>• Important actions include<br>– Approach FDA for fast track and compassionate use<br>– Develop strategy for DMARD claim in first submission<br>– Assess need for Enbrel assay to detect HAHAs<br>– Assess delivery device options<br>– Evaluate additional indications (e.g., Psoriasis, Crohns, heart failure) and pediatric program<br>– Profile Celltech product<br>– Assess impact of additional IV program on reimbursement<br>• Develop list of potential marketing partners for quids | • J. Leonard<br><br>• Various<br><br><br><br><br><br><br><br>• J. Tyree | • By May<br><br>• By May |

4        4

HIGHLY CONFIDENTIAL
ABBTD155606

INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|------------|----------------|--------|
| Immunology (continued) | | | | |
| Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US -- consider creating a small team in the US to analyse data, propose smaller PII study<br>• Research pricing, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-6<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard<br><br><br><br><br><br>• J. Tyree | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • E. Florentino<br><br>• J. Tyree<br><br>• Ongoing | • ASAP |

5      5

HIGHLY CONFIDENTIAL
ABBT0155607

**INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)**

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| PIV programs | | | | |
| Clarithromycin | C | • None identified | - | - |
| Omnicef | C | • None identified | - | - |
| Kaletra | C | • None identified | - | - |
| Norvir | C | • None identified | - | - |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Arnott, E. Florentino | • ASAP |
| | | • Assess combination therapy with fibrates | | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | • Project team | |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Florentio | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | - |
| Depakote | C | • None identified | - | - |
| Gengraf | C | • None identified | - | - |

6        6

HIGHLY CONFIDENTIAL
ABBT0155606

# Deposition Exhibit 10

# P's Exhibit SO

# Pharmaceuticals
# Strategy Update

September 2000

HIGHLY CONFIDENTIAL
ABBT0155493

EXHIBIT 10
FOR I.D. 4-26-07

**For the past 18 months, PPD has been implementing a four-point strategy designed to achieve and sustain double-digit sales growth**

- Create focused commercial and development Franchises that provide a focused platform for future new products, to improve critical mass in R&D and Marketing

- Re-engineer R&D operations and grow R&D dollars to increase the output of internally-developed new products and line extensions

- Fill the short-term sales gap by accessing new products through an aggressive in-licensing program; focusing on products which broaden existing Franchises

- To sustain long-term growth, pursue strategically attractive acquisitions, with particular focus on biotech and specialty manufacturers

*This strategy was first presented to the Board at last year's June meeting in London*

HIGHLY CONFIDENTIAL
ABBT0155494



HIGHLY CONFIDENTIAL
ABBT0155495

**Abbott has in-licensed 10 new pharma compounds over the last 18 months**

| Company | Product(s) | Deal Terms |
|---|---|---|
| • BI | • Flomax, Micardis, Mobic | • Abbott distributes products in return for 5% distribution fee, fee per detail and tiered sales commission |
| • Triangle | • Coactinon, Coviracil, L-FMAU, DAPD | • Abbott co-promotes with Triangle receiving 55% of domestic profit and 60% of international profit |
| • Warner-Lambert | • Omnicef | • Abbott bought rights to sell Omnicef domestically |
| • Sangstat | • Gengraf | • Co-promotion with Abbott; Sangstat receives 20% of net distribution margin; Abbott has stock purchase and loan agreements |
| • TEVA | • Generic Terazosin | • Abbott sells finished product to TEVA and shares in TEVA's sales to 3rd parties |

HIGHLY CONFIDENTIAL
ABBT0155496



HIGHLY CONFIDENTIAL
ABBT0155497

 **KALETRA (ABT-378), Abbott's new Protease inhibitor for the treatment of AIDS, is the most exciting of these new compounds**

- The goal of the R&D team was to create a "best in class" protease inhibitor. This was achieved with superior efficacy results in place

- Development was accelerated resulting in 46 months from first-in-man to approval, over a year faster than the norm

- Expected approval in the U.S. in September 2000

- Peak year global sales could reach $600MM

HIGHLY CONFIDENTIAL
ABBT0155498



HIGHLY CONFIDENTIAL
ABBT0155499



HIGHLY CONFIDENTIAL
ABBT0155500



**There will be both external and internal challenges to growing the Abbott pharma business**

- External challenges
  - Downward price pressure will continue, particularly in the U.S.
  - Increasingly strict regulatory environment (product recalls, safety standards, clinical requirements) will lead to greater R&D costs as well as longer development timelines
  - Increasingly rigorous regulatory and QA environment will add signficant costs

HIGHLY CONFIDENTIAL
ABBT0155501

**There will be both external and internal challenges to growing the Abbott pharma business**

- Internal challenges
  - The imbalance of our pharma pipeline
    - Many early stage compounds; not enough late-stage drugs
  - Affordability
    - We cannot currently afford to develop enough early-stage compounds to sustain long-term growth
  - Long-term loss of sales/commissions and margin from Prevacid (2004), Biaxin (2005) and Depakote (2008)

HIGHLY CONFIDENTIAL
ABBT0155502



HIGHLY CONFIDENTIAL
ABBT0155503



HIGHLY CONFIDENTIAL
ABBT0155504



HIGHLY CONFIDENTIAL
ABBT0155505



HIGHLY CONFIDENTIAL
ABBT0155506

**Abbott's Pharma business faces both near- and long-term challenges**

- Near-term challenges (2001-2005)
  - Relative lack of late-stage compounds creates a sales gap by the end of the LRP
  - Emphasis on in-licensed compounds dampens margin growth to create a significant margin gap over the LRP
- Long-term challenges
  - Margin loss from three major products (Biaxin, Depakote and Prevacid) between 2005 and 2008
  - There are not enough currently funded early-stage compounds in the development pipeline to support double-digit sales growth of the pharma business
  - It is difficult to fund the development of the early compounds that we have without further actions

HIGHLY CONFIDENTIAL
ABBT0155507

**Abbott's strategies for addressing the challenges of the Pharma business remain the same**

- Loading the pipeline with more late-stage compounds
  - In-licensing
  - Acquisition of small- and mid-cap biotech/pharma companies
  - Co-marketing deals with other pharma companies
- Increasing R&D spending to develop more early-stage compounds
  - Creative deals for outside funding
    - John Hancock ($200MM over four years for R&D in exchange for a royalty on developed drugs)
  - Acquisition of companies with R&D spending
  - Alliances with companies that are willing to co-fund development
    - Abbott is currently pursuing such a deal with Millennium in the areas of diabetes and obesity
  - Utilization of genomics and other technology advances to increase the efficiency of the R&D process

HIGHLY CONFIDENTIAL
ABBT0155508



HIGHLY CONFIDENTIAL
ABBT0155509



HIGHLY CONFIDENTIAL
ABBT0155510



HIGHLY CONFIDENTIAL
ABBT0155511

## Conclusions

- Our current strategies of in-licensing, internal R&D, and small deals for late stage compounds should allow us to fill the sales and margin gap in the LRP

- The growth associated with these strategies has to be accelerated and additional initiatives (e.g., more focused R&D; larger, opportunistic acquisitions) have to be implemented to offset sales and margin losses from Prevacid, Biaxin and Depakote between 2004 and 2008

HIGHLY CONFIDENTIAL
ABBT0155512

**Deposition Exhibit 11**

**P's Exhibit SP**

# Pharmaceuticals Strategy Update

## September 2000

EXHIBIT
FOR I.D. 4 26.07

CONFIDENTIAL
ABBT0577835



For the past 18 months, PPD has been implementing a four-point strategy designed to achieve and sustain double-digit sales growth

- Create focused commercial and development Franchises that provide a focused platform for future new products, to improve critical mass in R&D and Marketing

- Re-engineer R&D operations and grow R&D dollars to increase the output of internally-developed new products and line extensions

- Fill the short-term sales gap by accessing new products through an aggressive in-licensing program: focusing on products which broaden existing Franchises

- To sustain long-term growth, pursue strategically attractive acquisitions, with particular focus on biotech and specialty manufacturers

*This strategy was first presented to the Board at last year's June meeting in London*

CONFIDENTIAL
ABBT0577836

2

# R&D Spending by Franchise

## Franchises

- Anti-Infective
- Urology/Cardiology
- HIV
- Neurology
- Cancer
- Diabetes



2000 = $573MM

CONFIDENTIAL
ABBT0577837

3

# Abbott has in-licensed 10 new pharma compounds over the last 18 months

| Company | Product(s) | Deal Terms |
|---------|-----------|------------|
| BI | Flomax, Micardis, Mobic | Abbott distributes products in return for 5% distribution fee, fee per detail and tiered sales commission |
| Triangle | Coactinon, Coviracil, L-FMAU, DAPD | Abbott co-promotes with Triangle receiving 55% of domestic profit and 60% of international profit |
| Warner-Lambert | Omnicef | Abbott bought rights to sell Omnicef domestically |
| Sangstat | Gengraf | Co-promotion with Abbott; Sangstat receives 20% of net distribution margin; Abbott has stock purchase and loan agreements |
| TEVA | Generic Terazosin | Abbott sells finished product to TEVA and shares in TEVA's sales to 3rd parties |



CONFIDENTIAL
ABBT0577838

This strategy has focused on increasing the development pipeline through increased productivity programs, spending and external deals





CONFIDENTIAL
ABBT05777839

KALETRA (ABT-378), Abbott's new Protease Inhibitor for the treatment of AIDS, is the most exciting of these new compounds

* The goal of the R&D team was to create a "best in class" protease inhibitor. This was achieved with superior efficacy results in place

* Development was accelerated resulting in 46 months from first-in-man to approval, over a year faster than the norm

* Expected approval in the U.S. in September 2000

* Peak year global sales could reach $600MM

CONFIDENTIAL
ABBT05777840



These efforts will result in a sales turnaround during the last half of 2000, but margin growth, while improving, will not keep pace

Sales Change vs. Prior Year

25%
20%
15%
10%
5%
0%

'97    20.7%
'98    5.2%
'99    2.7%
FH '00    0.2%
SH '00    14.9%

Margin change    +28.6%    +13.6%    +1.3%    -37.9%    +4.1%

NOTE: Sales figures exclude Abbokinase

CONFIDENTIAL
ABBT0577841

# It makes sense to grow the Abbott pharma business from commercial and scientific perspectives

* **The pharmaceutical industry is one of the world's largest and most profitable industries. Growth is expected to continue**
  - Global economic growth
  - Aging population
  - Acceptance of "lifestyle" drugs

* **Recent advances in genomics and molecular genetics will greatly facilitate new drug discovery**



**Worldwide Pharma Sales**
2000-2005 CAGR Growth Rates: U.S. +8%; ROW +5%
($ Billion – Constant USD)    7% – 10 Year CGR

Sales ($ Billions)

700
600
500
400
300
200
100
0

249 — 1995
354 — 2000 Est.
479 — 2005 Est.

U.S.    Rest of World

Source: IMS Health and Internal PPD Estimates

CONFIDENTIAL
ABBT0577842

8

# There will be both external and internal challenges to growing the Abbott pharma business

- External challenges

  - Downward price pressure will continue, particularly in the U.S.

  - Increasingly strict regulatory environment (product recalls, safety standards, clinical requirements) will lead to greater R&D costs as well as longer development timelines

  - Increasingly rigorous regulatory and QA environment will add signficant costs

CONFIDENTIAL
ABBT0577843

9

# There will be both external and internal challenges to growing the Abbott pharma business

- Internal challenges

  - The imbalance of our pharma pipeline

    - Many early stage compounds; not enough late-stage drugs

  - Affordability

    - We cannot currently afford to develop enough early-stage compounds to sustain long-term growth

  - Long-term loss of sales/commissions and margin from Prevacid (2004), Biaxin (2005) and Depakote (2008)

CONFIDENTIAL
ABBT0577844

10



Drug development is a long-term, high risk and expensive business

Number of Lead Compounds

Discovery

- Target ID
- Validation
- Lead ID
- Optimization
- Toxicology

Development

Phase I — Safety: normal humans

Phase II — Dose finding in patients

Phase III — Randomized clinical trials

Launch

Cumulative Time (years): 60   11   3   2   1
5   7   9   12

It costs approximately $550-$600MM per year to launch one new drug per year in the U.S. with average peak year sales of $350 million.

Key issues:
1. Length of discovery process (7 years)
2. Relatively low success rate (10%)
3. High expense of late failures
4. Volatility is a function of size of development effort

Source: Internal data; includes cost of failures

CONFIDENTIAL
ABBT0577845

11



# The imbalance in the Abbott Pipeline



CONFIDENTIAL
ABBT0677846

# The near-term pipeline shortage creates sales and funding challenges over the LRP



**Domestic R&D Spending**
5 Year CGR = 13%

| 2000 AGU | 2001 LBE | 2002 LBE | 2003 LBE | 2004 LBE | 2005 LBE |
|---|---|---|---|---|---|
| 262 | 298 | 339 | 384 | 434 | 488 |

$ Millions

- This R&D spending allows 12 compounds to enter U.S. development between 2000 to 2005, with an expected yield of one launch every two years

- Abbott currently has 23 compounds that are in or ready to enter development

**Sales Gap**

■ Current Products   ■ Funded R&D   ■ Unfunded (Sales Gap)

5 Year CGR
Sales        10.7%
Margin        3.1%

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| $2.6 | $2.9 | $3.3 | $3.6 | $3.9 | $4.3 |

PPD Net Sales ($ Billions)

Near-term pipeline shortage

Difficult to fund early development compounds

Sales Gap late in the LRP

CONFIDENTIAL
ABBT0577847

13

The revenue losses from Prevacid (2004), Biaxin (2005), BI products (2006) and Depakote (2008) will decrease pharma sales and margin growth between 2004 and 2010



| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Gap | - | - | $0.1 | $0.2 | $0.3 | $0.5 | $0.9 | $1.7 | $2.4 | $3.0 | $3.2 |
| Funded R&D | - | - | $0.3 | $0.4 | $0.6 | $0.8 | $1.2 | $1.6 | $2.1 | $2.5 | $3.0 |
| Current Products | $2.6 | $2.7 | $2.9 | $3.0 | $3.0 | $3.0 | $2.6 | $1.9 | $1.2 | $0.8 | $0.7 |

Compound Growth Rates:

| | '00-'05 |
|---|---|
| Sales | 10.7% |
| Margin | 3.1% |

Current Products    Funded R&D    Unfunded (Sales Gap)

PPD Net Sales ($ Billions)

CONFIDENTIAL
ABBT0577848

14

# Abbott's Pharma business faces both near- and long-term challenges

- Near-term challenges (2001-2005)

  — Relative lack of late-stage compounds creates a sales gap by the end of the LRP

  — Emphasis on in-licensed compounds dampens margin growth to create a significant margin gap over the LRP

- Long-term challenges

  — Margin loss from three major products (Biaxin, Depakote and Prevacid) between 2005 and 2008

  — There are not enough currently funded early-stage compounds in the development pipeline to support double-digit sales growth of the pharma business

  — It is difficult to fund the development of the early compounds that we have without further actions

CONFIDENTIAL
ABBT0577849

15

# Abbott's strategies for addressing the challenges of the Pharma business remain the same

- Loading the pipeline with more late-stage compounds
  - In-licensing
  - Acquisition of small- and mid-cap biotech/pharma companies
  - Co-marketing deals with other pharma companies
- Increasing R&D spending to develop more early-stage compounds
  - Creative deals for outside funding
    - John Hancock ($200MM over four years for R&D in exchange for a royalty on developed drugs)
  - Acquisition of companies with R&D spending
  - Alliances with companies that are willing to co-fund development
    - Abbott is currently pursuing such a deal with Millennium in the areas of diabetes and obesity
  - Utilization of genomics and other technology advances to increase the efficiency of the R&D process

CONFIDENTIAL
ABBT0577850

16

# It is becoming more difficult to fill the late-stage pipeline through in-licensing and acquisitions



In-licensed compounds jump start the development process

* Risk
  — Problems with Coactinon, FTC and Mobic highlight the risks of in-licensing
* Expense of product deals
  — Buying frenzy for late-stage products has challenged conventional valuation models
* Tactical acquisitions are currently less affordable
  — Soaring market capitalization of smaller pharma and biotech companies



### Probability of Product Launch

Sources: Lehman Bros.

### Market Capitalization

Source: Stock Market Data

17

CONFIDENTIAL
ABBT0577851

# Genomics is an important part of the long-term strategy but will not help fill the pipeline near-term



By identifying new "druggable" targets, genomics significantly accelerates new target identification and validation but doesn't speed up development

18

CONFIDENTIAL
ABBT0577852

# Summary of Abbott's Pharma challenges

## Near-Term Challenges

| Shortage of late-stage compounds to fuel near-term revenues | Current R&D budget inadequate to support a pipeline needed to sustain long-term growth | Expense and risk of in-licensing late-stage compounds | Rise in small/medium cap values makes acquisition increasingly dilutive |



## Long-Term Challenges

| Impaired ability to develop early-stage compounds leads to long-term growth problems | Loss of margin from Depakote, Biaxin, and Prevacid between 2004 and 2008 |



CONFIDENTIAL
ABBT0577853

19

# Conclusions

- Our current strategies of in-licensing, internal R&D, and small deals for late stage compounds should allow us to fill the sales and margin gap in the LRP

- The growth associated with these strategies has to be accelerated and additional initiatives (e.g., more focused R&D; larger, opportunistic acquisitions) have to be implemented to offset sales and margin losses from Prevacid, Biaxin and Depakote between 2004 and 2008

CONFIDENTIAL
ABBT0577854

20

# Deposition Exhibit 14

# P's Exhibit DE



Mike
Williams /LAKE/PPRD/ABBO
TT
10/12/2000 03:01 PM

To   Jennifer Smoter/LAKE/PPD/ABBOTT@ABBOTT
cc   Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT
bcc
Subject   Re: NNR documents

Jennifer: I think Mike Decker has addressed some of the document issues. Another real issue we must
address given some of the internal discussions around the clinical trials on ABT-594 is whether we want
to make any statements in the next few weeks until a decision is made by Jeff Leiden as to whether we
continue the trials.

CONFIDENTIAL
ABBT0118072

Leiden _____ EXHIBIT 14
FOR I.D. 4·26·07·1 _____

# Deposition Exhibit 20

# P's Exhibit DU

December 2000
ABT-594 Project Status Report

## Key Issues/Decisions/Events

| Area | Issue/Decision/Event | Progress |
|---|---|---|
| Venture | Closing of enrollment on M99-114 as of January 5, 2001 | • Enrollment will be closed on this revised date.<br>• Timeline impact will be reviewed in January. |
| PARD | During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity (designated as F') was detected in the lot of bulk drug used in M99-114 clinical capsules. Given the low exposure of M99-114 patients to F' and a lack of change in acute toxicity when this impurity was present in the drug substance, Toxicology does not view the presence of this impurity as a significant risk to these patients. However, further toxicology and pk testing of this impurity is necessary. Planned studies include Ames assay, in vitro micronucleus assay and bioavailability study | • This issue has been reviewed with PARD, SPD, Toxicology, Regulatory and Venture Management. To date, the F' impurity has been detected at a level of 0.2% in the drug substance. Tentative identification including molecular structure has been made.<br>• Due to significant chemistry challenges, the delivery of Impurity F' to PARD from SPD is delayed. New target date to be determined pending favorable results from current synthesis efforts.<br>• PARD Analytical will be testing the F' material to confirm identity and match to impurity found in drug substance lot: planned January 2001<br>• When testing is successfully completed, F' material will be tested for genotoxicity by Toxicology and for bioavailability by Exploratory Kinetics |
| SPD | Team has recommended implementation of the Mitsunobu chemistry change in step 4 of the synthetic process to eliminate the risk of mesylate impurity, which is potentially mutagenic. | • PARD Analytical is completing analysis of lab-scale batch and intermediates to assure there are no new impurities to be found.<br>• Plans are to manufacture a single production-scale lot in early-2001 with available raw materials, and to wait on the second and third NDA lots until after the Go / No Go decision. |
| NPD | Portfolio analysis process is underway for ABT 594 and will impact budget allocation for 2001. A new forecast using updated NPD forecast model with clearly defined product profile and high and low case estimates is being developed and will be reviewed by core team prior to final conduct of portfolio prioritization. | • ABT 594 portfolio team reviewed the forecasts and profile on 12/19/00. Final adjustments are in process, and will be completed no later than 1/15/01 (just prior to prioritization meeting). |
| Toxicology | 6-month rat study finding may suggest future possible occurrence of hepatocellular neoplasms in long-term toxicology studies. | • No adenomas have been found in the study. The in-life phase of the 2-year carcinogenicity study is complete and preliminary data on tumor findings should be available 1Q2001. |

2 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

EXHIBIT __
FOR I.D. 4-26-07 __

ABBT 0004460
HIGHLY CONFIDENTIAL

December 2000
ABT-594 Project Status Report

## Project Cost Summary – November

| $000's Activity | Cumulative through 1999 | YTD Actual | Projected Year-end | Current Funded Year-end | Variance | Cumulative to NDA |
|---|---|---|---|---|---|---|
| Clinical Program | 22.9 | 7.5 | 7.5 | 7.9 | .4 | 157.1 |
| CMC (PARD & SPD) | 13.0 | 2.9 | 2.9 | 2.6 | -.3 | 27.6 |
| Drug Safety | 8.7 | 3.4 | 3.4 | 2.4 | -1.0 | 18.3 |
| Other Support Costs | 0.7 | .5 | .5 | 1.5 | 1.0 | 12.2 |
| Total | 50.5 | 14.3 | 14.3 | 14.4 | .1 | 215.2 |

File NDA = 9/2003

## Clinical Study Progress

| Protocol # - Study Name | Start (1st Patient Dosed) | End (Last CRF In House) | Total RIOSS $000 | Total Target Patients | Current Enrollment |
|---|---|---|---|---|---|
| M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy | 04/00 | 04/01 | 3,000 | 320 | 267 (As of 12/31) |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

3 of 6

ABBT 0004461
HIGHLY CONFIDENTIAL

## December 2000
## ABT-594 Project Status Report

**Business Rationale**

Date: November 2000  
Franchise: Neuroscience  
Venture: Analgesia

ABT #:  
Trade & Generic Name: ABT-594, TBD, ebanicline tosylate  
Mechanism of Action: Neuronal Nicotinic Receptor (NNR) Agonist

Indications: Neuropathic Pain  
Chronic Pain (publication only)

### Product Profile

| Attribute | Date Defined | Probability* | Confirm Status | Share Impact |
|---|---|---|---|---|
| Not scheduled | 12/1995 | High | 1Q04 | High |
| Chronic nociceptive pain efficacy | 10/1999 | Medium | 2Q01 | High |
| Neuropathic pain claim | 5/1999 | Medium | 2Q01 | High |
| General pain claim: Moderate to moderately severe pain | 12/1996 | N/A | N/A | High |
| No tolerance/dependence or withdrawal | 9/1998 | Medium | 1Q03 | High |
| Very few abnormal LFTs | 9/1998 | High | 2Q01 | High |
| Low nausea/vomiting at effective dose | 6/1999 | Medium | 2Q01 | High |
| Other safety OK | 9/1998 | Medium | 2Q01/1Q03 | High |
| No differential efficacy (nicotine users vs. non users) | 9/1998 | High | 2Q01/1Q03 | High |
| No differential side effect profile (nicotine users vs. non users) | 9/1998 | Medium | 2Q01/1Q03 | Medium |
| No retention of cravings in ex-nicotine users | 9/1998 | N/A | N/A | Medium |
| Onset of action comparable to other therapies for chronic nociceptive pain | 6/1999 | Low | 4Q01 | Medium |
| Onset of action comparable to other therapies for neuropathic pain | 6/1999 | N/A | N/A | Medium |
| BID dosing | 6/1999 | High | 2Q01 | High |
| No major drug interactions | 12/1996 | High | 1Q03 | Medium |
| Titration of 2-5 days duration is required to minimize nausea and vomiting at effective dose | 9/1999 | Medium | 1Q00 | High |

### Market Forecast

| | PPCC/DDC 12/1995* | Plan as of 6/1998* | Current Revised 1/2001** |
|---|---|---|---|
| Patent Status: | 10/2010 (est.) | 10/2016 (est.) | 10/2016 (est.) |
| NDA Filing: | 12/1999 (acute) 6/2001 (chronic) | 12/2001 | 9/2003 |
| Ex-U.S. Filings: | Same as above – Eur N/A - Jpn | 12/2001 - Eur 12/2003 - Jpn | 9/2003 |
| Projected U.S. Launch: | 12/2001 (acute) 12/2002 (chronic) | 6/2003 | 9/2004 |
| Projected ex-U.S. Launches: | Same as above – Eur N/A - Jpn | 12/2003 - Eur 9/2/2004 - Jpn | Q2 2005 ("average" launch for EU, LA, Canada) Q4 2005 (Average launch for Japan, PAA) |
| Peak TRx Share, U.S.: | 6.5% (patients) | 5% (Rx) | 70% (Neuropathic pain) 5% (Persistent Chronic Pain) |
| Peak TRx Share, ex-U.S.: | 5.4% (patients) | 5% (patients) | same as US assumptions |
| Peak Sales, U.S.: ($MM) | $265 | $616 | $339 |
| Peak Sales, ex-U.S.: ($MM) | $308 | $310 | $468 |
| Pre-Tax NPV @ 12.5%, ex-U.S.: ($MM) | $338 | $305 | $535 |
| After-Tax NPV @ 12.5%, U.S.: ($MM) | $412 | $813 | $316 |
| Avg. daily dose | 50 mg | 200 mg | 150 mcg |
| Target Drug Costing at Launch | $2,500 | $2,500 | $40,000 (base eq.) |
| SAM at Launch (US) | 94.8% | 97.2% | 92.2% |
| SAM at Total 5 (US) | | | |

Probability Key:  
High = 70-100%  
Medium = 30-69%  
Low = 0-29%

\* Forecast based on general pain target indication  
\*\* Forecast based on neuropathic pain indication and published study in chronic pain

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY  
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004462  
HIGHLY CONFIDENTIAL

# December 2000
# ABT-594 Project Status Report

## Project Overview

### Metrics Dates

| Description | Date |
|---|---|
| DDC Meeting | 12/1996 (PPCC) |
| Start of first GLP animal tox study | 2/1997 |
| First dose in human (beg. Phase I) | 7/1997 |
| First dose in patient (beg. Phase II) | 7/1998 |
| First dose in Phase III | 2/2002 (est.) |
| Last Patient Last Visit | 4/2003 (est.) |
| NDA Filing | 9/2003 (est.) |
| NDA Approval | 9/2004 (est.) |
| Europe (EMEA) Filing | 9/2003 (est.) |
| Europe (EMEA) Approval | TBD |
| Japan Filing | 4/2004 (est.) |
| Japan Approval | TBD |

### SPD

| Drug Substance Source/Lot # | KG | Plan 6/1999 | Actual Date | Plan 6/1999 Projected Cost/kg* |
|---|---|---|---|---|
| D-4SL | 0.3 KG | 3/1997 | 3/1997 | $ 200,000 |
| CAPD | 5.6 KG | 3/1997 | 3/1997 | $ 175,000 |
| SICCR | 14.9 KG | 2/1998 | 2/1998 | $ 40,000 |
| SICCR/CAPD | 2.5 KG | 8/1998 | 8/1998 | $ 40,000 |
| Chempin Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $ 29,700 |
| Chempin Mfg. Lot | 10.0 KG | 10/1999 | Not manufactured | $ 29,700 |
| Chempin NDA Lot #1 | 4.85 KG | 10/1999 | On Test | $ 29,700 |
| Chempin NDA Lot #2 | 4.80 KG | 10/1999 | On Test | $ 29,700 |
| Chempin NDA Lot #3 | 5.45 KG | 10/1999 | On Test | $ 29,700 |

* Target cost of drug substance at launch is $20,000/kg (Toxtate Salt)

## PARD

| Activity | Plan 6/1999 | Current Revised 1000 | Actual |
|---|---|---|---|
| Phase I Formulation (PIB)* | 7/1997 | 7/1997 | 7/1997 |
| Clinical Supplies (PIB) for Molar Extraction | 7/1998 | 7/1998 | 7/1998 |
| Phase II Formulation (SIEC) for IND | 7/1998 | 7/1998 | 7/1998 |
| Clinical Supplies (SIEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 | 10/1998 |
| Phase IIb / Formulation (HGC) for Bio Study | 3/1999 | 3/1999 | 3/1999 |
| Phase III Clinical Supplies Manufactured | 9/1999 | 9/2001 | TBD |
| NDA Lot (D) Completed | 6/2000 | 5/2002 | TBD |
| Completion of 1 Year Stability for NDA | 7/2001 | 7/2003 | TBD |
| Formulation Peer Review | 10/2001 | TBD | TBD |

* Performed by BDC

## Toxicology

| Toxicology Activity | Plan Start 1999 | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 2/1997 | 9/1996 | 8/1997 |
| Acute Studies | 3/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 6/1997 | 8/1998 |
| 3 Month Mouse MTD | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG II | 10/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post initial development) | - | 1/1999 | Ongoing |
| 6 Month Mouse | 11/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 3/2000 |
| Carcinogenicity (2 yr.) Rat | 12/1998 | 8/1998 | Ongoing |
| Carcinogenicity (2 yr.) Mouse | 12/1998 | 11/1998 | Ongoing |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

5 of 6

December 2000
ABT-594 Project Status Report

## Clinical Study Progress

**Protocol:** M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy

**Objective:** The objective of this study is to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy.

**ABT-594 Doses:** 150 µg, 225 µg, and 300 µg twice daily (BID)

**Comparator Doses:** Placebo

**Target Enrollment:** 320

**Target Cost:** $3 MM

**Actual Cost:** TBD

**Status:** Ongoing – 267 patients randomized as of 12/31

**Major Findings:** TBD

D477/L\MPSR\Nov. 2000\ABT-594 November 2000 MPSR.doc

6 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004464
HIGHLY CONFIDENTIAL

**Deposition Exhibit 22**

**P's Exhibit MB**

**Part 1**

 **Abbott Laboratories**

**Interoffice Correspondence**

From: Matt Russell
PPD R&D Finance
D-404, AP9    Ext. 5-3482
Date: March 2, 2001

---

TO:  Bob Funck           D-404 AP9          Mike Higgins      D-404 AP9
     Tom Woidat          D-404 AP9          Mike Comilla      D-404 AP9
     Kirnes Holland      D-404 AP9          Paula Bourland    D-404 AP9
     Mischelle Vidakovic D-404 AP9

**Subject: 2001 PLAN FINAL Reference Package**

Attached you will find a copy of the 2001 PLAN FINAL Reference Package. This package has
consolidated many of the key schedules we used in the PLAN. Hopefully, this will make
referencing numbers from the PLAN easier for everyone. Please let me know if you have any
questions.

HIGHLY

CONFIDENTIAL
ABBT 0037509

EXHIBIT 22
FOR I.D. 4-26-07

# 2001 PLAN

## FINAL Reference Package

### Data as of February 16, 2001

HIGHLY
CONFIDENTIAL
ABBT 0037510

# 2001 PLAN Reference Package

## Table of Contents

| Descriptions | Page # |
|---|---|
| FINAL OpCost (As of 2/9/2001) | |
| - Summary Pages | 1-5 |
| - Monthly Gaiting | 6-11 |
| - Grant Gaiting | 12-17 |
| - All Other OpCost Pages | 18-27 |
| | |
| Key Issues in 2001 | |
| - Plus/Minus List | 28 |
| - Funded/Unfunded Studies by Compound | 29-30 |
| - Key Statistics (Final Venture Pkgs.) | 31-46 |
| - Spending by Phase of Development | 47-48 |
| | |
| Target Detail/Book Pages to Division | |
| - R&D Summary | 49 |
| - Global/Domestic Split (Page 100) | 50 |
| - Global AI Split (not submitted to Div.) | 51 |
| - Corp. Submission vs. FINAL PLAN Targets | 52 |
| - McKinsey Expense Summary (Potential Savings) | 53 |
| - R&D Executive Summary | 54-55 |
| | |
| Other Miscellaneous Schedules | |
| - PLAN Gaiting Rollforward (Gross & Net) | 56-57 |
| - Project Funding by Phase | 58 |
| - Expense Summary (AI/PPD Splits) | 59 |
| - Detail of "Other" | 60 |
| | |
| Task Backup/Rollforwards | 61-62 |
| | |
| Headcount | 63-68 |
| | |
| Capital | |
| - Final PLAN | 69-72 |
| - Task Related | 73 |
| | |
| Balance Sheet | 74-75 |
| | |
| Depreciation | 76 |
| | |
| Floorspace | 77-79 |
| | |
| Miscellaneous Fixed Expenses (Burden File) | 80-84 |
| | |
| Key Unfunded List | 85 |

Note: IDV's were issued in a separate package on 1/5/2001.

L:\GROUP\Russell\Title Pages for Packages\[Table of contents ref. pkg.xls]Sheet1

HIGHLY CONFIDENTIAL ABBT 0037511

# FINAL OpCost

HIGHLY
CONFIDENTIAL
ABBT 0037512

2001 PLAN
Pharmaceutical Products Research & Development
Operating Cost Statement
($000)

| | 2000 ACTUALS | 08/25/00 FINAL 00 AQU | Book 1 ORACLE 2001 PLAN | 10/24/2000 PRIOR ADJS | 12/01/00 - 1/20/00 CURRENT ADJS | TOTAL ADJS | FINAL 2001 PLAN | 01 PLAN VS 00 AQU |
|---|---|---|---|---|---|---|---|---|
| Pharmaceutical Discovery | 134,725 | 134,888 | 145,224 | — | (4,688) | (4,688) | 140,536 | (5,948) |
| -New Technology (acct # 742-305) | 17,438 | 16,160 | 16,914 | — | (4,468) | (4,468) | 12,446 | (3,714) |
| Total Pharmaceutical Discovery | 152,163 | 150,848 | 162,338 | — | (9,156) | (9,156) | 153,382 | (2,234) |
| | | | | | | | | |
| Drug Safety Evaluation | | | | | | | | |
| -Experimental Science | 7,541 | 8,299 | 10,126 | — | (1,507) | (1,507) | 8,619 | 320 |
| -Drug Safety Grants | | 970 | 1,640 | — | (1,012) | (1,012) | 628 | (342) |
| -Clinical Drug Analysis | 5,788 | 5,893 | 5,588 | — | (459) | (459) | 5,129 | (264) |
| -Drug Safety Grants | | 671 | 300 | — | (165) | (165) | 300 | (371) |
| -Toxicology | 6,821 | 7,950 | 7,200 | — | (740) | (740) | 6,469 | (1,481) |
| -Drug Safety Grants | | 3,511 | 2,188 | — | (702) | (702) | 1,486 | (2,025) |
| -Pathology | 3,617 | 3,901 | 3,997 | — | 127 | 127 | 3,724 | (177) |
| -Drug Safety Grants | | 805 | | — | 220 | 220 | 220 | (585) |
| -Comparative Medicine | 11,152 | 10,963 | 11,219 | — | (197) | (197) | 11,022 | 59 |
| -Admin & Strategic | 880 | 915 | 894 | — | (87) | (87) | 807 | (108) |
| -Strategic & Exploratory Science | 2,377 | 3,423 | 3,787 | — | (345) | (345) | 3,442 | 19 |
| Total Drug Safety Evaluation | 39,175 | 41,134 | 42,520 | — | (3,208) | (3,208) | 39,312 | (1,822) |
| | | | | | | | | |
| Medical Affairs | | | | | | | | |
| -Genetics/Admin | 4,161 | 4,819 | 5,645 | — | (2,702) | (2,702) | 2,943 | (1,876) |
| -Medical Services | 8,896 | 8,575 | 7,454 | — | (58) | (58) | 7,396 | (1,179) |
| -Clinical Pharm | | | | — | | | | |
| -Outcomes Res/Admin | 1,439 | 1,358 | 1,542 | — | 201 | 201 | 1,743 | 385 |
| -Phase IV | 8,301 | 8,137 | 6,945 | — | 81 | 81 | 6,708 | (1,429) |
| Total Medical Affairs | 20,788 | 18,789 | 21,288 | — | (2,497) | (2,497) | 18,789 | (4,077) |
| | | | | | | | | |
| Information Mgmt & Technology | | | | | | | | |
| -Resource Management | | | | — | | | | |
| -Client Management | 1,654 | 2,055 | 2,471 | — | (7) | (7) | 2,464 | 409 |
| -Technology Management | 44,502 | 44,763 | 48,529 | — | (1,484) | (1,484) | 47,045 | 2,283 |
| -Emerging Tech Mgt | 715 | 558 | 840 | — | | | 840 | 282 |
| -I M & T Admin | | | | — | | | | |
| Total Information Mgmt & Technology | 46,871 | 47,376 | 51,840 | — | (1,491) | (1,491) | 50,349 | 2,973 |
| | | | | | | | | |
| Development Operations | | | | | | | | |
| -Data Management | 8,404 | 8,529 | 10,487 | — | (3,368) | (3,368) | 7,119 | (1,410) |
| -Statistics | 8,089 | 8,077 | 8,026 | — | (1,590) | (1,590) | 6,436 | (1,641) |
| -Abbott Res & Lib Info Svcs-ARLIS | 3,092 | 3,243 | 3,807 | — | (556) | (556) | 3,251 | 8 |
| Total Development Operations | 19,586 | 19,849 | 22,320 | — | (5,514) | (5,514) | 16,806 | (3,043) |
| | | | | | | | | |
| Venture Management | | | | | | | | |
| -Cardiovascular/Diabetes (CD) | 55 | 172 | 122 | — | (122) | (122) | | (172) |
| -Anti - Infective | 5,783 | 6,381 | 9,439 | — | (707) | (707) | 8,732 | 2,351 |
| -Anti - Viral | 13,597 | 9,491 | 10,203 | — | 262 | 262 | 10,465 | 973 |
| -Analgesia/CCM | 2,373 | 2,247 | 3,334 | — | 2,414 | 2,414 | 5,748 | 3,501 |
| -Urology | 2,629 | 2,660 | 3,750 | — | (1,729) | (1,729) | 2,821 | 161 |
| -Metabolic Therapeutics | 2,839 | 2,102 | | — | | | | (2,102) |
| -Neuroscience/Quinolones | | | | — | | | | |
| -Oncology & Transplant (Cancer Mgmt) | 6,450 | 6,855 | 6,574 | — | 819 | 819 | 7,394 | 539 |
| Total Venture | 33,726 | 29,708 | 33,422 | — | 928 | 928 | 34,350 | 4,642 |
| | | | | | | | | |
| Administration | 16,853 | 18,312 | 25,312 | — | (500) | (500) | 19,832 | 1,520 |
| Pharm Analytical R&D | 62,454 | 63,142 | 62,721 | — | (3,884) | (3,864) | 58,855 | (4,287) |
| Regulatory Affairs | 9,119 | 9,006 | 10,070 | — | (648) | (648) | 9,423 | 417 |
| Phase-1 Center | 8,990 | 8,585 | 14,008 | — | (1,338) | (1,338) | 8,670 | 85 |
| Total Functional | 409,795 | 406,751 | 440,757 | — | (30,512) | (30,512) | 410,393 | 3,642 |
| Int'l - Manpower | 3,980 | 3,988 | 6,567 | (2,482) | | (2,482) | 4,105 | 117 |
| | | | | | | | | |
| Clinical Grants | | | | | | | | |
| -Domestic | 105,780 | 108,231 | 139,785 | (26,467) | 4,719 | (21,737) | 118,029 | 9,798 |
| -Adjustment | | (848) | | | | | | |
| Total Clinical Grants | 105,780 | 108,385 | 139,785 | (26,467) | 4,719 | (21,737) | 118,029 | 9,644 |
| | | | | | | | | |
| Services Purchased | 52,599 | 57,834 | 63,226 | (6,127) | (9,827) | (15,954) | 47,272 | (10,562) |
| SPD Purchases | 54,991 | 63,521 | 63,467 | (3,110) | (4,922) | (10,032) | 53,435 | (10,086) |
| Corporate Tax | | | 8,100 | | (9,100) | (8,100) | | |
| Judgment - Internal | | (10,930) | 27,894 | 20,977 | 12,977 | 33,954 | 6,060 | 16,990 |
| Judgment - Published | | (3,842) | (20,100) | 5,000 | 15,300 | 20,300 | (9,782) | (5,940) |
| GaletB reimbursement from Commerc | | | | | | | | |
| Hand Post/Flash to Actual Adjustment | | | | | | | | |
| Other Project Changes: | | | | | | | | |
| Total Project Changes (For Exp Cal) | | | | | | | | |
| Total Gross Expense | 624,636 | 625,307 | 663,568 | (14,189) | (20,374) | (34,563) | 629,385 | 4,078 |
| Services Sold | (249,043) | (251,577) | (253,911) | (2,411) | 12,304 | 9,893 | (244,018) | 7,559 |
| Net Total | 375,593 | 374,730 | 410,037 | (16,600) | (8,070) | (24,670) | 385,367 | 10,637 |
| | | | | | | | | |
| Target | 375,593 | 374,730 | 410,037 | (16,600) | (8,070) | (24,670) | 24,670 | (10,637) |

HIGHLY CONFIDENTIAL
ABBT 0037513

2001 PLAN
Pharmaceutical Products Research & Development
Services Purchased
(2000)

| | 2000 ACTUALS | 09/25/00 FINAL 00 ADJS | Book 1 ORACLE 2001 PLAN | 10/24/2000 PRIOR ADJS | 12/01/00-1/20/00 CURRENT ADJS | TOTAL ADJS | 2001 PLAN | 01 PLAN VS 00 ADU |
|---|---|---|---|---|---|---|---|---|
| Patents & Trademark | 5,584 | 5,585 | 5,976 | 74 | — | 74 | 6,050 | (465) |
| Satellite Copy Charges | 556 | 555 | 549 | (10) | — | (10) | 539 | (16) |
| Corp Admin Fixed | 4,860 | 4,995 | 5,126 | 102 | 217 | 319 | 5,445 | (450) |
| Corp Cost Pools | 5,031 | 5,175 | 5,231 | (102) | (59) | (161) | 5,070 | 105 |
| CHMD Services Purchased Fixed (AHD) | 193 | 187 | 187 | (1) | — | (1) | 186 | 1 |
| PPD Ops Fixed Allocations | 2,607 | 2,522 | 3,232 | — | — | — | 3,232 | (710) |
| CENG - Fixed Maintenance from PPD Ops | 948 | 947 | 899 | — | — | — | 899 | 48 |
| CHEN Variable (ENRS) | 323 | 141 | 147 | — | — | — | 147 | (6) |
| CMS - Purchasing | 697 | 697 | 733 | 14 | — | 14 | 747 | (50) |
| CHMS Telecommunications | 118 | 116 | 116 | 2 | 12 | 14 | 130 | (14) |
| Fixed L C Exp - Admin Services | 415 | 410 | 427 | (1) | (5) | (6) | 421 | (11) |
| Corp Eng EHS Fixed Allocation | 559 | 558 | 597 | — | — | — | 597 | (39) |
| TOTAL CORPORATE ALLOCATION | 21,869 | 21,878 | 23,230 | 78 | 165 | 243 | 23,473 | (1,596) |
| CMS - Unit of Activity, Fixed - Other | 3,012 | 2,283 | 3,861 | (747) | (447) | (1,194) | 2,667 | (404) |
| CMS - Unit of Activity, Fixed - Aegis | 2,062 | 2,890 | 2,100 | — | — | — | 2,100 | 790 |
| PPD Personnel D0A47 | 2,517 | 2,456 | 2,600 | — | 1 | 1 | 2,601 | (145) |
| PPD Mfg Ops - Allocation | 60 | 60 | 60 | 3 | — | 3 | 63 | (3) |
| PPD Ops QA Inf Svcs/Reg Affairs | 1,438 | 1,438 | 1,942 | — | — | — | 1,942 | (504) |
| PPD Ops Returned Goods | 130 | 131 | 136 | — | — | — | 136 | (5) |
| Project Expense (B1MM) | 10,815 | 11,208 | 11,208 | (816) | (3,495) | (4,109) | 7,099 | 4,109 |
| TOTAL BURDEN FILE | 41,899 | 42,324 | 45,137 | (1,280) | (3,776) | (5,056) | 40,081 | (1,762) |
| SPD Pilot Plant Stock Card | 32,926 | 32,993 | 21,195 | 4,633 | (1,330) | 3,303 | 24,497 | (6,353) |
| SPD Bulk Direct | 24,905 | 33,681 | 32,992 | (12,674) | (2,990) | (15,664) | 17,328 | 16,553 |
| Excess Capacity Stock Card | 9,160 | 9,280 | 9,380 | 2,932 | (602) | 2,530 | 11,910 | (2,630) |
| Subtotal SPD (Other than TAP) | 54,991 | 52,521 | 63,487 | (5,110) | (4,522) | (10,632) | 53,435 | 10,468 |
| Grant/Out of Pocket Purchases: | | | | | | | | |
| TAP Bulk Drug (0-TAP) | 47 | 125 | 125 | (41) | — | (41) | 84 | (1) |
| TAP - EPD Manpower & Bulk (0-452) | 211 | 450 | 450 | (205) | — | (205) | 245 | 205 |
| Pharmacogenetics -- ADD Allocation | — | — | — | — | — | — | — | — |
| Misc Expense | — | — | — | — | — | — | — | — |
| Subtotal (Fer Exp Cat) | 228 | 575 | 575 | (246) | — | (246) | 329 | 246 |
| Other Purchases: | | | | | | | | |
| Clad Once-A-Day (Global AI Manpower) | 10,198 | 11,393 | 11,677 | 2 | (3,916) | (3,914) | 7,763 | 3,630 |
| Corp Drug User Fees | 1,916 | 1,351 | 1,838 | (631) | — | (631) | 1,207 | 744 |
| Patent to Operations (search services) | 300 | 300 | — | — | — | — | — | 300 |
| D-AS4 Floor Space (not in functional) | 377 | 405 | — | — | 182 | 182 | 182 | 223 |
| D-AS4 Deprec (not in functional) | (501) | 1,864 | 3,033 | — | (49) | (49) | 2,984 | (1,120) |
| Molecular Probes | (9) | 7 | 7 | — | — | — | — | (1,728) |
| Inventory transfer for Protease 2nd Deriv | — | (5,726) | — | — | — | — | (5,726) | (5,287) |
| SDG/Other | 877 | 3,287 | 5,000 | (5,000) | — | (5,000) | — | (3,287) |
| Clinical Supplies (trials Geran -PPD Ops) | 5 | 200 | 200 | — | — | — | 200 | (200) |
| Aegis Charges | 220 | — | — | — | — | — | — | — |
| Library D441) to CHMS | — | — | — | — | — | — | — | — |
| QA (D440) to Operations | 1,357 | 1,446 | 1,500 | — | — | — | 1,500 | (54) |
| Sangstat (Cyclosporine) | — | (2,400) | (350) | — | 360 | 360 | — | (2,400) |
| Sangstat (Sangcya) | — | 967 | — | — | — | — | — | (967) |
| Gabbit Royalty | — | — | — | — | — | — | — | — |
| Ritonavir/LaRocha Combo | — | — | — | — | — | — | — | — |
| NOVO Settlement | (1,500) | (1,500) | — | — | — | — | — | — |
| Metabolex | (508) | (588) | — | — | — | — | — | (588) |
| FLAP/Vanguard | (818) | (818) | — | — | — | — | — | (818) |
| Sanofi Cost Sharing w/Gabbit | — | (150) | — | — | — | — | — | (150) |
| CI charge from OPS (Clin Val Mgr) - 14% | — | 171 | — | — | — | — | — | (171) |
| Contract Management System | 47 | — | — | — | — | — | — | (47) |
| HPD R&D Purchased | 411 | — | — | — | — | — | — | (411) |
| Yale Univ. - Survivan Patent | 2 | — | — | — | — | — | — | — |
| Staples Rebates | (59) | — | — | — | — | — | — | — |
| Triangle receipt $2,935 +$325 for 1999 | (3,482) | 2,914 | (5,381) | — | — | — | (5,381) | (2,467) |
| Serfacide License | — | — | — | — | — | — | — | — |
| Comdisco | 2,440 | 2,440 | — | — | — | — | — | — |
| Hydrocodone (IDV-in from HPD) | — | — | — | 4,028 | (4,028) | — | — | — |
| CRD Rebates | (381) | — | — | (3,000) | — | (3,000) | (3,000) | (3,000) |
| Gabbit Reimbursement from Commercial | — | — | — | — | 1,400 | 1,400 | 1,400 | 1,400 |
| Other | 35 | — | — | — | — | — | — | — |
| Subtotal (Fer Exp Cat) | 10,473 | 14,935 | 17,514 | (4,501) | (6,051) | (10,552) | 5,862 | 9,073 |
| Grand Total | 107,590 | 121,733 | 126,803 | (11,237) | (14,749) | (25,986) | 100,707 | 21,046 |

HIGHLY
CONFIDENTIAL
ABBT 0037514

2001 PLAN
Pharmaceutical Products Research & Development
Services Sold
($000)

| | 2000 ACTUALS | 09/25/00 FINAL 00 AGU | Book I ORACLE 2001 PLAN | 10/24/2000 PRIOR ADJS | 12/01/00-1/30/00 CURRENT ADJS | TOTAL ADJS | 2001 PLAN | 01 PLAN VS. 00 AGU |
|---|---|---|---|---|---|---|---|---|
| **General Benefit** | | | | | | | | |
| -Global Pharmaceutical | 183,768 | 183,768 | 190,857 | 4,813 | (12,000) | (7,187) | 186,670 | (2,902) |
| **Direct Sister Benefit** | | | | | | | | |
| -R&D Sci Serv. | 3,619 | 4,478 | 2,571 | 55 | (242) | (187) | 2,384 | 2,094 |
| -Direct Service | 4,125 | 3,794 | 3,975 | (175) | | (175) | 3,800 | (6) |
| Total Direct Support | 7,744 | 8,272 | 6,546 | (120) | (242) | (362) | 6,184 | 2,088 |
| **Total Int'l Sister Div.** | 191,512 | 192,040 | 208,493 | 4,693 | (12,242) | (7,549) | 192,854 | (814) |
| | | | | | | | | |
| TAP Judgment (Positive Controls) | | | | | | | | |
| TAP Bulk Drug (D-TAP) | 17 | 125 | 125 | (41) | | (41) | 84 | |
| TAP - SPD Manpower & BoR | 211 | 450 | 450 | (205) | | (205) | 245 | |
| TAP - All Other | 20,715 | 23,359 | 20,170 | (575) | 261 | (314) | 19,856 | |
| Total TAP (Incl. Judgment) | 20,943 | 23,934 | 20,745 | (821) | 261 | (560) | 20,185 | |
| **Domestic Sister Divisions:** | | | | | | | | |
| HPD | 9,442 | 10,575 | 9,689 | (950) | 95 | (855) | 8,834 | |
| ADD | 2,268 | 1,896 | 2,340 | 43 | | 43 | 2,383 | |
| SPD | 4,312 | 4,684 | 4,810 | (718) | 818 | 99 | 4,909 | |
| ROSS | 186 | 663 | 1,851 | 40 | 64 | 104 | 1,950 | |
| CPD | 3 | 39 | 42 | | | | 42 | |
| MIS | 69 | 71 | 69 | 5 | | 5 | 74 | |
| AHD | -- | -- | -- | | | | -- | |
| CH&S Library Services | -- | -- | -- | | | | -- | |
| Corp. Eng. | 20 | 2 | | | | | | |
| Subtotal | 16,300 | 17,930 | 18,801 | (1,581) | 977 | (604) | 18,197 | |
| **Other Sister Divisions:** | | | | | | | | |
| Corp. Admin. | | | | | | | | |
| -Corp. Admin | 71 | 42 | 23 | 1 | | 1 | 24 | |
| -Tap Rate Diff | 461 | 461 | 485 | | | | 485 | |
| -Symposium Expense | 155 | 155 | 165 | | | | 165 | |
| Subtotal CHAD | 687 | 658 | 673 | 1 | | 1 | 674 | |
| **PPD Product R&D:** | | | | | | | | |
| Mfg Support (MC,PM) | 14,283 | 10,780 | 12,096 | 119 | | 119 | 12,215 | |
| Mfg Support (PV) | 124 | 285 | 263 | -- | | | 263 | |
| PPD Marketing (P5,P6) | 4,658 | 5,414 | 4,920 | -- | (1,300) | (1,300) | 3,620 | (1,794) |
| Subtotal Other | 19,065 | 16,479 | 17,279 | 119 | (1,300) | (1,181) | 16,098 | |
| | | | | | | | | |
| VAT Refund | 537 | 537 | | | | | | |
| PARD Services Sold Impact (Judgement) | -- | -- | (3,990) | | | | (3,990) | |
| Rounding | (1) | (1) | -- | | | | -- | |
| **Grand Total** | 249,043 | 251,577 | 253,911 | 2,611 | (12,304) | (9,893) | 244,018 | 7,559 |

**Memo:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INPUT Global AI from DetRoll file | N/A | 183,768 | 192,857 | N/A | N/A | N/A | 186,670 |
| Calculated above | N/A | 183,768 | 193,857 | N/A | N/A | N/A | 186,670 |
| Key Check (sb 0) | N/A | -- | -- | N/A | N/A | N/A | -- |
| INPUT From J:Drive FBs | N/A | 210,626 | 219,877 | N/A | N/A | N/A | 211,725 |
| Calculated above | N/A | 210,626 | 219,877 | N/A | N/A | N/A | 211,725 |
| Key Check (sb 0) | N/A | (2) | -- | N/A | N/A | N/A | -- |
| **Sister Division Amount** | | | | | | | |
| INPUT From DetRoll file | N/A | 67,809 | 64,044 | N/A | N/A | N/A | 61,338 |
| Calculated above | N/A | 67,809 | 60,054 | N/A | N/A | N/A | 57,348 |
| Key Check (sb 0) | N/A | -- | 3,990 | N/A | N/A | N/A | 3,990 |
| **Sister Division Reconciliation** | | | | | | | |
| Sister Division Memos -Oracle | N/A | 67,809 | 60,054 | N/A | N/A | N/A | 57,348 |
| BP - Blue Plant | N/A | 49,144 | 57,354 | N/A | N/A | N/A | 104,224 |
| DC - Div Computing/Systems | N/A | 13,730 | 13,850 | N/A | N/A | N/A | 20,079 |
| DO - Department Overhead | N/A | 50 | 50 | N/A | N/A | N/A | 50 |
| GO - Global Delivery | N/A | 328,237 | 345,312 | N/A | N/A | N/A | 299,564 |
| GD - Global Discovery | N/A | 96,719 | 90,107 | N/A | N/A | N/A | 94,827 |
| P1 - Pharmaceutical Products | N/A | 44,893 | 59,654 | N/A | N/A | N/A | 38,962 |
| TG - Triangle | N/A | 3,071 | 5,461 | N/A | N/A | N/A | 5,461 |
| TAP Pass Thru & Bulk Drug act in Orac | N/A | -- | -- | N/A | N/A | N/A | 3,990 |
| Other Judgement | N/A | -- | -- | N/A | N/A | N/A | -- |
| Total | N/A | 603,393 | 631,842 | N/A | N/A | N/A | 624,505 |
| INPUT Total Per Oracle | N/A | 600,093 | 631,253 | N/A | N/A | N/A | 624,471 |
| Variance | N/A | 3,300 | 589 | N/A | N/A | N/A | 34 |

HIGHLY
CONFIDENTIAL
ABBT 0037515

3

**2001 PLAN**
**Pharmaceutical Products Research & Development**
**Clinical Grants**
**($000's)**

02/18/01
08:07 AM

| | 2000 ACTUALS | 09/25/00 FINAL 00 AGU | Book I ORACLE 2001 PLAN | 10/24/2000 PRIOR ADJS | 12/01/00-1/30/00 CURRENT ADJS | TOTAL ADJS | FINAL 2001 PLAN | 01 PLAN 00 AGU |
|---|---|---|---|---|---|---|---|---|
| **PPD SERVICE:** | | | | | | | | |
| Tiagabine/Gabitril | (80) | 2,600 | 1,900 | | (1,900) | (1,900) | | |
| Omnicef | ... | ... | 4,800 | (2,000) | 200 | (1,800) | 3,000 | |
| Depakote/Depakene | 15,319 | 14,589 | 11,174 | ... | (1,733) | (1,733) | 9,441 | |
| r-Pro-UK | (45) | (45) | ... | | ... | ... | ... | |
| Fenofibrate (Fournier) | 799 | (160) | 2,250 | ... | (2,211) | (2,211) | 39 | |
| Hematin | 407 | ... | ... | | 600 | 600 | 600 | |
| PharmacoGenetics (Genset) | ... | 200 | 200 | | ... | ... | 200 | |
| TOTAL PPD SERVICE | 16,400 | 17,184 | 20,324 | (2,000) | (5,044) | (7,044) | 13,280 | |
| | | | | | | | | |
| **GLOBAL SERVICE:** | | | | | | | | |
| Ritonavir ABT-538 | 2,715 | 4,382 | 1,752 | ... | (508) | (508) | 1,244 | |
| Protease 2nd Gen ABT-378 | 30,884 | 30,362 | 13,379 | ... | 9,196 | 9,196 | 22,575 | |
| Dopamine | ... | ... | ... | | ... | ... | ... | |
| KCO ABT-598 | ... | ... | ... | | 380 | 380 | 380 | |
| ABT-594 (formerly CCM) | 2,106 | 2,800 | 13,760 | (13,051) | 356 | (12,695) | 1,065 | |
| ABT-089 (formerly ChCM) | ... | ... | 1,628 | | (1,628) | (1,628) | ... | |
| Clarithromycin | 2,314 | 4,448 | 4,210 | ... | (1,270) | (1,270) | 2,940 | |
| Ketolide ABT-773 | 23,063 | 23,137 | 46,382 | | 1,023 | 1,023 | 47,405 | |
| Prokinetic Macrolide - Dom | ... | ... | ... | | ... | ... | ... | |
| Zileuton & 2nd Generation | ... | ... | ... | | ... | ... | ... | |
| BPH ABT-980 | 13,855 | 14,058 | 16,678 | (11,416) | (5,262) | (16,678) | ... | |
| Cyclosporine | 7,831 | 7,560 | 1,300 | ... | (307) | (307) | 993 | |
| H2G (Medivir) | 63 | ... | ... | | ... | ... | ... | |
| Endothelin | 2,056 | 2,440 | 8,794 | ... | 10,457 | 10,457 | 19,251 | |
| NS 49 Nippon Shinyakyu ABT-23 | 357 | 633 | ... | | ... | ... | ... | |
| Bimoclomol (Biorex) | ... | ... | ... | | ... | ... | ... | |
| Anti-Mitotic ABT-751 | ... | ... | 2,091 | ... | (1,066) | (1,066) | 1,025 | |
| Hytrin | ... | ... | ... | | ... | ... | ... | |
| FTI (Farnesyltransferase) | ... | ... | ... | | ... | ... | ... | |
| MMPI (Metalloprotease) | 116 | 231 | 1,346 | ... | (228) | (228) | 1,118 | |
| Taxane | ... | ... | ... | | ... | ... | ... | |
| TSP Peptide | 843 | 968 | 1,710 | ... | (89) | (89) | 1,621 | |
| Quinolone | 680 | 638 | 5,000 | | ... | ... | 5,000 | |
| Cox II | 157 | 131 | 784 | ... | (653) | (653) | 131 | |
| Neuraminidase | 123 | ... | ... | | ... | ... | ... | |
| Adjustment (EVR) | ... | (846) | ... | | ... | ... | ... | |
| TOTAL GLOBAL SERVICE | 87,203 | 90,942 | 118,814 | (24,467) | 10,401 | (14,066) | 104,748 | |
| | | | | | | | | |
| **MISC:** | | | | | | | | |
| Vitamin D Analog/Iron Dextran | ... | 76 | ... | | ... | ... | ... | |
| Isotretinoin/Norvir investigation | ... | ... | ... | | ... | ... | ... | |
| Adjustments | ... | ... | ... | | ... | ... | ... | |
| Dexmedetomidine/Zemplar (HPD | 177 | 183 | 647 | | (647) | (647) | ... | |
| Tramcene Reformulation | ... | ... | ... | | ... | ... | ... | |
| Biaxin Reformulation | ... | ... | / ... | | ... | ... | ... | |
| | 177 | 259 | 647 | | (647) | (647) | ... | |
| | | | | | | | | |
| **GRAND TOTAL GRANTS** | 103,780 | 108,385 | 139,785 | (26,467) | 4,710 | (21,757) | 118,028 | |

L:\GROUP\PLANNING\2001 PLAN\2001 PLAN FINAL Opcost.WK4

HIGHLY
CONFIDENTIAL
ABBT 0037516

4

2001 PLAN
Pharmaceutical Products Research & Development
Operating Cost Statement
($000)

02/19/01
08:07 AM

| | 2000 ACTUALS | 09/25/00 FINAL 00 AGU | Book I ORACLE 2001 PLAN | 10/24/2000 PRIOR ADJS | 12/01/00-1/30/00 CURRENT ADJS | TOTAL ADJS | FINAL 2001 PLAN | |
|---|---|---|---|---|---|---|---|---|
| SDG/Other | 877 | 1,500 | 3,000 | (3,000) | | (3,000) | ... | |
| HIV/Knoll/QD/Other | ... | 1,000 | ... | | | ... | ... | |
| Aegis Insurance | ... | 952 | ... | | | | ... | |
| Genset #1 | ... | 500 | ... | | | | ... | |
| IT Productivity Projects | ... | | 2,000 | (2,000) | | (2,000) | ... | |
| Neurosearch FTE $2530, depr $20 | ... | ... | ... | | | ... | ... | |
| Coactinon | ... | ... | ... | | ... | | ... | |
| SPD IDV Liponavir | ... | 607 | ... | | | ... | ... | |
| Triangle R&D | ... | ... | ... | | | ... | ... | |
| Data Management Absorbtion | ... | 1,078 | ... | | | ... | ... | |
| Other New Products | ... | 2,650 | ... | | | ... | ... | |
| Quinolone In License Payment | ... | ... | ... | | | ... | ... | |
| Division Task | ... | | ... | | ... | | ... | |
| HPD R&D Purchased | ... | | ... | | | ... | ... | |
| | | | | | | | | |
| Total SDG/Other | 877 | 8,287 | 5,000 | (5,000) | | (5,000) | ... | |

HIGHLY
CONFIDENTIAL
ABBT 0037517

**PPRD FUNCTIONAL EXPENSE RECONCILIATIONS MONTH - 5 2001 PLAN**

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Discovery Deals * (742-525) | 12,446 | — | 625 | 2,015 | 250 | 625 | 2,015 | 250 | 625 | 2,015 | 250 | 625 | 3,151 | 12,446 |
| All Other Discovery * | 140,636 | 11,491 | 11,481 | 11,507 | 11,527 | 11,575 | 11,614 | 11,634 | 11,962 | 12,018 | 12,038 | 12,056 | 11,785 | 140,636 |
| Subtotal Pharmaceutical Discovery | 153,082 | 11,491 | 12,106 | 13,522 | 11,777 | 12,200 | 13,629 | 11,884 | 12,587 | 14,033 | 12,288 | 12,681 | 14,936 | 153,082 |
| **DRUG SAFETY** | | | | | | | | | | | | | | |
| Experimental Science | 8,819 | 689 | 697 | 714 | 715 | 719 | 732 | 733 | 734 | 721 | 722 | 723 | 723 | 8,819 |
| Drug Safety Grants (742-200) | 628 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 53 | 53 | 53 | 53 | 53 | 628 |
| Clinical Drug Activity | 5,129 | 423 | 424 | 424 | 425 | 425 | 431 | 432 | 432 | 428 | 429 | 429 | 429 | 5,129 |
| Drug Safety Grants | 200 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 16 | 16 | 16 | 16 | 200 |
| Toxicology | 6,469 | 524 | 525 | 537 | 537 | 538 | 544 | 545 | 546 | 542 | 543 | 544 | 544 | 6,469 |
| Drug Safety Grants | 1,488 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 122 | 122 | 1,488 |
| Pathology | 3,724 | 299 | 300 | 307 | 307 | 308 | 319 | 320 | 320 | 310 | 311 | 311 | 312 | 3,724 |
| Drug Safety Grants | 220 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 19 | 19 | 19 | 19 | 19 | 220 |
| Comparative Medicine | 11,022 | 916 | 916 | 917 | 917 | 918 | 918 | 918 | 919 | 920 | 920 | 921 | 921 | 11,022 |
| Admin & Strategic | 907 | 75 | 75 | 75 | 75 | 75 | 75 | 76 | 76 | 76 | 76 | 76 | 77 | 907 |
| Strategic & Exploratory Science | 3,442 | 284 | 284 | 285 | 285 | 285 | 290 | 290 | 290 | 291 | 287 | 287 | 288 | 3,442 |
| Subtotal Drug Safety | 39,312 | 3,210 | 3,220 | 3,258 | 3,261 | 3,265 | 3,309 | 3,315 | 3,318 | 3,294 | 3,287 | 3,262 | 3,292 | 39,312 |
| **MEDICAL AFFAIRS** | | | | | | | | | | | | | | |
| Administration (Clin Res - CNS) | 2,942 | 226 | 227 | 247 | 248 | 255 | 255 | 256 | 250 | 250 | 250 | 251 | 250 | 2,942 |
| Medical Services | 7,306 | 596 | 601 | 612 | 614 | 617 | 618 | 620 | 621 | 623 | 624 | 625 | 627 | 7,306 |
| Outcomes Research | 1,743 | 124 | 124 | 138 | 138 | 139 | 152 | 153 | 154 | 154 | 154 | 155 | 158 | 1,743 |
| Phase IV | 6,708 | 497 | 528 | 548 | 556 | 557 | 567 | 573 | 575 | 578 | 577 | 578 | 578 | 6,708 |
| Subtotal Medical Affairs | 18,799 | 1,443 | 1,479 | 1,523 | 1,558 | 1,561 | 1,593 | 1,601 | 1,606 | 1,603 | 1,605 | 1,609 | 1,611 | 18,799 |
| **Information Mgmt & Technology** | | | | | | | | | | | | | | |
| Resource Management | | | | | | | | | | | | | | |
| Client Management | 2,404 | 203 | 204 | 204 | 205 | 205 | 206 | 206 | 207 | 207 | 207 | 206 | 203 | 2,404 |
| Technology Management | 47,045 | 3,576 | 3,321 | 3,472 | 3,351 | 3,516 | 3,433 | 3,784 | 3,673 | 3,842 | 4,354 | 4,402 | 8,229 | 47,945 |
| I M & T Admin | 840 | 69 | 69 | 69 | 70 | 70 | 70 | 70 | 70 | 70 | 71 | 71 | 71 | 840 |
| Subtotal Information Mgmt & Tech | 50,349 | 3,848 | 3,594 | 3,745 | 3,628 | 3,710 | 3,708 | 4,060 | 3,964 | 4,119 | 4,632 | 4,771 | 8,503 | 50,349 |
| **Development Operations** | | | | | | | | | | | | | | |
| Data Management | 7,119 | 586 | 589 | 590 | 591 | 592 | 593 | 594 | 595 | 596 | 597 | 597 | 597 | 7,119 |
| Statistics | 6,430 | 525 | 526 | 527 | 528 | 530 | 539 | 541 | 542 | 543 | 544 | 544 | 546 | 6,430 |
| Abbott Res & Lib Info Svcs-ARUS | 3,251 | 268 | 268 | 208 | 248 | 249 | 256 | 256 | 256 | 257 | 257 | 248 | 426 | 3,251 |
| Subtotal Development Operations | 16,800 | 1,379 | 1,361 | 1,343 | 1,367 | 1,371 | 1,388 | 1,391 | 1,330 | 1,396 | 1,398 | 1,390 | 1,569 | 16,800 |
| **VENTURE MANAGEMENT** | | | | | | | | | | | | | | |
| Cardiovascular/Diabetes (CD) | | | | | | | | | | | | | | |
| Anti-infective | 8,732 | 453 | 457 | 458 | 473 | 480 | 481 | 482 | 3,462 | 484 | 485 | 486 | 485 | 8,732 |
| Anti-Viral | 10,485 | 807 | 868 | 869 | 870 | 871 | 872 | 873 | 873 | 874 | 875 | 876 | 877 | 10,485 |
| Analgesia/CCM | 5,748 | 484 | 489 | 489 | 499 | 500 | 501 | 450 | 451 | 451 | 451 | 452 | 452 | 5,748 |
| Urology | 2,021 | 167 | 167 | 167 | 168 | 168 | 168 | 169 | 169 | 168 | 169 | 170 | 170 | 2,021 |
| Molecular Therapeutics | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Neuroscience | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Oncology | 7,284 | 577 | 578 | 579 | 594 | 617 | 652 | 626 | 623 | 631 | 632 | 633 | 635 | 7,284 |
| Subtotal Venture | 34,350 | 2,558 | 2,579 | 2,582 | 2,610 | 2,636 | 2,674 | 2,653 | 5,600 | 2,609 | 2,612 | 2,615 | 2,619 | 34,350 |
| Administration | 19,552 | 1,628 | 1,329 | 1,831 | 1,833 | 1,835 | 1,837 | 1,839 | 1,841 | 1,843 | 1,845 | 1,847 | 1,848 | 19,652 |
| PARD | 58,853 | 4,890 | 4,881 | 4,967 | 4,939 | 4,971 | 5,045 | 4,991 | 5,042 | 4,982 | 5,059 | 5,045 | 4,021 | 58,853 |
| Regulatory Affairs | 9,422 | 673 | 699 | 780 | 786 | 798 | 800 | 811 | 812 | 814 | 815 | 817 | 821 | 9,422 |
| Phase-1 Center | 9,870 | 784 | 772 | 777 | 812 | 813 | 815 | 816 | 817 | 819 | 820 | 821 | 824 | 9,870 |
| **TOTAL FUNCTIONAL** | 410,285 | 31,852 | 32,339 | 34,155 | 32,567 | 33,645 | 33,141 | 36,769 | 35,112 | 34,359 | 34,686 | 37,862 | 410,285 | |
| International Manpower | 4,105 | 287 | 369 | 205 | 267 | 369 | 240 | 452 | 452 | 431 | 411 | 144 | 4,105 | |
| Clinical Grants | 118,028 | 8,273 | 8,232 | 10,105 | 10,458 | 10,828 | 11,500 | 9,804 | 10,811 | 10,016 | 6,787 | 10,766 | 10,648 | 118,028 |
| OASi4 Services Purchased | 100,707 | 9,075 | 9,075 | 8,268 | 8,742 | 8,252 | 6,907 | 8,252 | 8,252 | 8,113 | 8,717 | 8,337 | 100,707 | |
| Corporate Task | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Judgment - Internal | 8,060 | 5,668 | 2,909 | 1,944 | 1,289 | 2,290 | 4,725 | (1,565) | (5,054) | (2,135) | 509 | (1,363) | (5,227) | 6,050 |
| Judgment - Published | (9,800) | (917) | (917) | (917) | (917) | (917) | (957) | (917) | (917) | (918) | (918) | (918) | (918) | (9,900) |
| Gabitril reimbursement from Coeum | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Hand Post/Flash to Actual Adjustment | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Other Project Change | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Gross PPD R&D Expense | 629,385 | 54,339 | 52,107 | 53,849 | 52,324 | 53,763 | 57,165 | 49,257 | 52,413 | 50,742 | 50,077 | 52,383 | 50,946 | 629,385 |
| OASS Services Sold | (244,018) | (21,165) | (20,216) | (20,854) | (20,328) | (20,715) | (21,963) | (19,061) | (20,005) | (18,702) | (19,578) | (20,455) | (18,977) | (244,018) |
| Net PPD R&D Expense | 385,367 | 33,173 | 31,892 | 33,006 | 31,998 | 33,048 | 35,202 | 30,206 | 32,408 | 31,039 | 30,498 | 31,928 | 30,969 | 385,367 |
| Memo: Quarterly Net Expense | | | | 98,071 | | | 100,248 | | | 93,653 | | | 93,395 | 24.24% |
| This line is input; judgment plays in the # | 385,367 | 33,173 | 31,892 | 33,006 | 31,998 | 33,048 | 35,202 | 30,206 | 32,400 | 31,039 | 30,498 | 31,928 | 30,969 | 385,367 |
| | | 8.51% | 8.28% | 8.56% | 8.30% | 8.58% | 9.13% | 7.84% | 8.41% | 8.05% | 7.91% | 8.28% | 8.04% | 385,367 |

*Discovery deals from/to activity against Total Pharmaceutical Discovery line. Detail is shown here for planning purposes only.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 Final AGU | 32,133 | 30,404 | 35,911 | 33,136 | 32,058 | 45,704 | 28,913 | 27,124 | 29,789 | 26,703 | 27,355 | 26,418 | 374,736 |
| 2000 Actuals | 32,133 | 30,404 | 33,911 | 33,136 | 32,058 | 45,704 | 28,913 | 27,124 | 29,389 | 27,065 | 22,115 | 27,512 | 375,580 |
| 1999 Actuals (Adjusted for Thrombolytics) | 21,427 | 23,893 | 25,356 | 24,326 | 25,870 | 24,286 | 23,942 | 24,919 | 23,961 | 28,343 | 27,940 | 40,699 | 315,443 |
| 1998 Actuals | 21,582 | 23,967 | 27,222 | 25,313 | 23,774 | 25,866 | 24,495 | 23,269 | 26,430 | 33,783 | 24,554 | 42,270 | 322,225 |

HIGHLY
CONFIDENTIAL
ABBT 0037518

6

PPRD FUNCTIONAL EXPENSE
RECONCILIATIONS YTD - $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Discovery Deals * (742-505) | 12,446 | -- | 625 | 2,640 | 2,890 | 3,515 | 5,530 | 6,780 | 6,405 | 8,420 | 8,670 | 9,295 | 12,446 |
| All Other Discovery * | 140,636 | 11,441 | 22,942 | 34,449 | 45,976 | 57,551 | 69,165 | 80,779 | 92,741 | 104,758 | 116,795 | 128,851 | 140,636 |
| Subtotal Pharmaceutical Discovery | 153,082 | 11,441 | 23,567 | 37,089 | 48,866 | 61,066 | 74,685 | 86,559 | 99,146 | 113,179 | 125,465 | 138,146 | 153,082 |
| **DRUG SAFETY** | | | | | | | | | | | | | |
| Experimental Science | 8,519 | 689 | 1,386 | 2,100 | 2,815 | 3,531 | 4,263 | 4,996 | 5,730 | 6,451 | 7,173 | 7,896 | 8,519 |
| Clinical Drug Analysis | 5,129 | 423 | 848 | 1,270 | 1,695 | 2,120 | 2,561 | 2,983 | 3,415 | 3,843 | 4,271 | 4,700 | 5,129 |
| Toxicology | 8,459 | 524 | 1,049 | 1,586 | 2,123 | 2,661 | 3,205 | 3,750 | 4,296 | 4,838 | 5,381 | 5,925 | 8,459 |
| Pathology | 3,724 | 299 | 539 | 906 | 1,213 | 1,521 | 1,840 | 2,158 | 2,480 | 2,790 | 3,101 | 3,412 | 3,724 |
| Comparative Medicine | 11,022 | 916 | 1,832 | 2,749 | 3,688 | 4,584 | 5,502 | 6,421 | 7,340 | 8,260 | 9,180 | 10,101 | 11,022 |
| Admin & Strategic | 907 | 75 | 150 | 225 | 300 | 375 | 450 | 528 | 602 | 678 | 754 | 830 | 907 |
| Strategic & Exploratory Science | 3,442 | 284 | 569 | 853 | 1,138 | 1,423 | 1,713 | 2,003 | 2,294 | 2,581 | 2,868 | 3,156 | 3,442 |
| Subtotal Drug Safety | 39,312 | 3,210 | 6,430 | 9,689 | 12,950 | 16,215 | 19,524 | 22,839 | 26,157 | 29,441 | 32,729 | 36,020 | 39,312 |
| **MEDICAL AFFAIRS** | | | | | | | | | | | | | |
| Administration (Clin Res - CNS) | 2,942 | 226 | 453 | 680 | 927 | 1,175 | 1,430 | 1,685 | 1,941 | 2,191 | 2,441 | 2,692 | 2,942 |
| Medical Services | 7,398 | 596 | 1,197 | 1,809 | 2,423 | 3,040 | 3,656 | 4,278 | 4,899 | 5,522 | 6,148 | 6,771 | 7,398 |
| Outcomes Research | 1,743 | 124 | 248 | 386 | 525 | 664 | 817 | 970 | 1,124 | 1,278 | 1,432 | 1,587 | 1,743 |
| Phase IV | 6,706 | 497 | 1,023 | 1,569 | 2,125 | 2,682 | 3,249 | 3,822 | 4,397 | 4,973 | 5,550 | 6,128 | 6,706 |
| Subtotal Medical Affairs | 18,789 | 1,443 | 2,921 | 4,444 | 6,000 | 7,581 | 9,154 | 10,755 | 12,361 | 13,964 | 15,569 | 17,178 | 18,789 |
| **Information Mgmt & Technology** | | | | | | | | | | | | | |
| Resource Management | | | | | | | | | | | | | |
| Client Management | 2,464 | 203 | 407 | 611 | 818 | 1,021 | 1,226 | 1,432 | 1,639 | 1,846 | 2,053 | 2,261 | 2,464 |
| Technology Management | 47,045 | 3,576 | 6,897 | 10,369 | 13,729 | 17,226 | 20,671 | 24,455 | 28,729 | 31,770 | 36,524 | 40,815 | 47,045 |
| I.M & T Admin | 840 | 69 | 138 | 207 | 277 | 347 | 417 | 487 | 557 | 627 | 698 | 769 | 840 |
| Subtotal Information Mgmt & Tech | 50,349 | 3,848 | 7,442 | 11,187 | 14,813 | 18,600 | 22,314 | 26,374 | 30,324 | 34,243 | 39,075 | 43,846 | 50,349 |
| **Development Operations** | | | | | | | | | | | | | |
| Data Management | 7,119 | 588 | 1,177 | 1,767 | 2,358 | 2,950 | 3,543 | 4,137 | 4,732 | 5,328 | 5,925 | 6,522 | 7,119 |
| Statistics | 6,438 | 525 | 1,051 | 1,578 | 2,108 | 2,638 | 3,175 | 3,716 | 4,258 | 4,801 | 5,345 | 5,890 | 6,438 |
| Abbott Res & Lib Info Svcs-ARLIS | 3,251 | 266 | 532 | 798 | 1,048 | 1,295 | 1,551 | 1,807 | 2,063 | 2,320 | 2,577 | 2,825 | 3,251 |
| Subtotal Development Operations | 16,808 | 1,379 | 2,760 | 4,143 | 5,519 | 6,881 | 8,269 | 9,660 | 11,053 | 12,449 | 13,847 | 15,237 | 16,808 |
| **VENTURE MANAGEMENT** | | | | | | | | | | | | | |
| Cardiovascular/Diabetes (CD) | | | | | | | | | | | | | |
| Anti-infective | 8,732 | 453 | 920 | 1,388 | 1,867 | 2,347 | 2,828 | 3,310 | 4,762 | 7,276 | 7,761 | 8,247 | 8,732 |
| Anti-Viral | 10,465 | 867 | 1,735 | 2,804 | 3,474 | 4,345 | 5,217 | 6,090 | 6,963 | 7,837 | 8,712 | 9,588 | 10,465 |
| Analgesia/CCM | 5,748 | 494 | 993 | 1,492 | 1,991 | 2,491 | 2,992 | 3,493 | 3,943 | 4,594 | 4,845 | 6,296 | 5,748 |
| Urology | 2,021 | 167 | 334 | 501 | 668 | 837 | 1,005 | 1,174 | 1,343 | 1,512 | 1,681 | 1,851 | 2,021 |
| Molecular Therapeutics | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Neuroscience | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Oncology | 7,384 | 577 | 1,155 | 1,734 | 2,329 | 2,945 | 3,597 | 4,225 | 4,854 | 5,485 | 6,117 | 6,749 | 7,384 |
| Subtotal Venture | 34,350 | 2,558 | 5,137 | 7,719 | 10,329 | 12,965 | 15,639 | 18,292 | 20,695 | 26,504 | 29,116 | 31,731 | 34,350 |
| Administration | 19,852 | 1,526 | 3,255 | 4,886 | 6,519 | 8,154 | 9,791 | 11,430 | 13,071 | 14,714 | 16,359 | 18,006 | 19,852 |
| PARD | 58,853 | 4,890 | 9,771 | 14,738 | 19,677 | 24,648 | 29,583 | 34,584 | 39,726 | 44,718 | 49,777 | 54,822 | 58,853 |
| Regulatory Affairs | 9,422 | 673 | 1,372 | 2,130 | 2,924 | 3,722 | 4,522 | 5,333 | 6,145 | 6,959 | 7,774 | 8,591 | 9,422 |
| Phase-1 Center | 9,670 | 764 | 1,536 | 2,313 | 3,125 | 3,938 | 4,753 | 5,569 | 6,386 | 7,205 | 8,025 | 8,846 | 9,670 |
| TOTAL FUNCTIONAL | 410,285 | 31,852 | 64,191 | 98,348 | 130,713 | 163,756 | 198,354 | 231,455 | 268,264 | 303,376 | 337,735 | 372,423 | 410,285 |
| *Memo: % of Total Func. excl. Disc Deals* | | 8.0% | 16.0% | 24.1% | 32.1% | 40.2% | 48.5% | 56.7% | 65.8% | 74.1% | 82.7% | 91.3% | 100.0% |
| International Manpower | 4,105 | 287 | 657 | 962 | 1,140 | 1,619 | 1,765 | 2,217 | 2,668 | 3,120 | 3,551 | 3,961 | 4,105 |
| Clinical Grants | 118,028 | 8,273 | 14,505 | 20,810 | 37,086 | 47,982 | 58,799 | 69,062 | 78,913 | 89,824 | 96,816 | 107,382 | 118,028 |
| OA54 Services Purchased | 100,707 | 9,975 | 18,150 | 26,419 | 35,100 | 43,412 | 50,319 | 58,571 | 66,823 | 74,936 | 83,653 | 92,370 | 100,707 |
| Corporate Task | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Judgment - Internal | 8,060 | 5,588 | 8,570 | 10,520 | 11,809 | 14,098 | 16,823 | 17,258 | 14,205 | 12,070 | 12,989 | 11,287 | 8,060 |
| Judgment - Published | (9,800) | (817) | (1,634) | (2,451) | (3,268) | (4,085) | (4,902) | (5,719) | (6,536) | (7,352) | (8,168) | (8,984) | (9,800) |
| Galsb/s reimbursement from Genmenic | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Hand Post/Flash to Actual Adjustment | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Other Project Changes: | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Gross PPRD R&D Expense | 629,385 | 54,338 | 104,445 | 160,305 | 212,628 | 266,282 | 322,857 | 372,824 | 425,237 | 475,879 | 526,656 | 578,439 | 629,385 |
| OA55 Services Sold | (244,018) | (21,165) | (41,380) | (62,234) | (82,560) | (103,275) | (125,238) | (144,299) | (164,304) | (184,007) | (203,568) | (224,041) | (244,018) |
| Net PPRD R&D Expense | 385,367 | 33,173 | 63,065 | 98,071 | 130,069 | 163,117 | 198,319 | 228,525 | 260,933 | 291,872 | 323,470 | 354,398 | 385,367 |

* Do not report these lines for actuals; report only Total Pharmaceutical Discovery line. Detail is shown here for planning purposes only.

HIGHLY
CONFIDENTIAL
ABBT 0037519

7

PPRD SERVICES PURCHASED
RECONCILIATIONS MONTH - $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patents & Trademark | 6,050 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 505 | 6,050 |
| Corp Admin Fixed | 5,445 | 454 | 454 | 454 | 454 | 454 | 454 | 454 | 454 | 454 | 454 | 454 | 451 | 5,445 |
| Corp Cost Pools | 5,070 | 423 | 423 | 423 | 423 | 423 | 423 | 423 | 423 | 423 | 423 | 423 | 417 | 5,070 |
| Satellite Copy Charge | 539 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 44 | 539 |
| CHMD Services Purchased Fixed (AHD) | 195 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 20 | 195 |
| PPD Ops Fixed Allocations | 3,232 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 273 | 3,232 |
| CENG - Fixed Maintenance from PPD O | 899 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 74 | 899 |
| CHEN Variable (EWRS) | 147 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 15 | 147 |
| CMS - Purchasing | 747 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 65 | 747 |
| CHMS Telecommunications | 130 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 9 | 130 |
| Fixed L C Exp - Admin. Services | 421 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 421 |
| Corp Eng EHS Fixed Allocation | 597 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 47 | 597 |
| TOTAL CORPORATE ALLOCATION | 23,473 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,956 | 1,957 | 23,473 |
| CMS - Unit of Activity, Fixed - Other | 2,657 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 222 | 225 | 2,657 |
| CMS - Unit of Activity, Fixed - Aegis | 2,100 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 2,100 |
| PPD Personnel DOM47 | 2,601 | 217 | 217 | 217 | 217 | 217 | 217 | 217 | 217 | 217 | 217 | 217 | 214 | 2,601 |
| PPD Mfg Ops - Allocation | 63 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 8 | 63 |
| PPD Ops QA Inf Svcs/Reg Affairs | 1,942 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 160 | 1,942 |
| PPD Ops Returned Goods | 136 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 15 | 136 |
| Project Expense | 7,099 | 592 | 592 | 592 | 592 | 592 | 592 | 592 | 592 | 592 | 592 | 592 | 587 | 7,099 |
| TOTAL BURDEN FILE | 40,081 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,340 | 3,341 | 40,081 |
| SPD Pilot Plant Stock Card | 24,497 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,035 | 24,497 |
| SPD Bulk Direct (Chem/Ferm) | 17,328 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 17,328 |
| Excess Capacity Stock Card | 11,610 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 962 | 11,610 |
| Subtotal SPD (Other than TAP) | 53,435 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,441 | 53,435 |
| TAP Bulk Drug (D-TAP) | 84 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 84 |
| TAP - SPD Manpower & Bulk (D-453) | 245 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 25 | 245 |
| Pharmacogenetics -- ADD Allocation | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Misc Expense | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal (For Exp Cat) | 328 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 32 | 329 |
| **Other Purchases:** | | | | | | | | | | | | | | |
| Ciani Once-A-Day (Global AI Manpower) | 7,763 | 973 | 973 | 973 | 973 | 483 | 483 | 483 | 483 | 483 | 483 | 483 | 487 | 7,763 |
| Corp Drug User Fees | 1,207 | -- | -- | -- | -- | -- | -- | -- | -- | 1,207 | -- | -- | -- | 1,207 |
| Patent to Operations (search services) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| D-A54 Floor Space (not in functionals) | 182 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 17 | 182 |
| D-A54 Deprec (not in functionals) | 2,984 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 245 | 2,984 |
| Molecular Probes | 7 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 7 | 7 |
| Inventory transfer for Protease 2nd Gen | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| SDG/Other | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Clinical Supplies (Tricia Geran -PPD Op) | 200 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 16 | 16 | 16 | 16 | 200 |
| Aegis Charges | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Library (D441) to CHMS | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| QA (D44N) to Operations | 1,500 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 1,500 | -- | 1,500 |
| Sangstat (Cyclosporine) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sangstat (Sangcya) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Gabbril Royalty | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Ritonavir/LaRoche Combo | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| NOVO Settlement | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Metabolex | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| FLAP/Vanguard | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sanofi Cost Sharing w/Gabbril | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| CI charge from DPS (Clin Val Mgr) + $4 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Triangle receipt $2,935 +$325 for18/9 | (5,381) | -- | -- | (807) | -- | (1,345) | -- | -- | (1,345) | -- | -- | (1,884) | -- | (5,381) |
| Comdisco | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Hydrocodone (IDV-in from HPD) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| CRO Rebates | (3,000) | -- | -- | -- | (333) | (333) | (333) | (333) | (333) | (333) | (334) | (334) | (334) | (3,000) |
| Gabbril Reimbursement from Commerci | 1,400 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 467 | 467 | 466 | 1,400 |
| Other | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Grand Total** | 109,707 | 9,876 | 9,975 | 9,268 | 8,742 | 8,252 | 6,907 | 8,252 | 8,252 | 8,113 | 8,717 | 8,717 | 8,334 | 109,707 |

(2,537)

HIGHLY
CONFIDENTIAL
ABBT 0037520

PPRD SERVICES PURCHASED
RECONCILIATIONS YTD - $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patents & Trademark | 6,050 | 504 | 1,008 | 1,512 | 2,016 | 2,520 | 3,024 | 3,528 | 4,032 | 4,536 | 5,040 | 5,544 | 6,050 |
| Corp Admin Fixed | 5,445 | 454 | 908 | 1,362 | 1,816 | 2,270 | 2,724 | 3,178 | 3,632 | 4,086 | 4,540 | 4,994 | 5,445 |
| Corp Cost Pools | 5,070 | 423 | 846 | 1,269 | 1,692 | 2,115 | 2,538 | 2,961 | 3,384 | 3,807 | 4,230 | 4,853 | 5,070 |
| Satelle Copy Charge | 539 | 45 | 90 | 135 | 180 | 225 | 270 | 315 | 360 | 405 | 450 | 495 | 539 |
| CHMD Services Purchased Fixed (AHD) | 196 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 | 176 | 196 |
| PPD Ops Fixed Allocations | 3,232 | 269 | 538 | 807 | 1,076 | 1,345 | 1,614 | 1,883 | 2,152 | 2,421 | 2,690 | 2,959 | 3,232 |
| CENG - Fixed Maintenance from PPD O | 899 | 75 | 150 | 225 | 300 | 375 | 450 | 525 | 600 | 675 | 750 | 825 | 899 |
| CHEN Variable (EWRS) | 147 | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 | 147 |
| CMIS - Purchasing | 747 | 62 | 124 | 186 | 248 | 310 | 372 | 434 | 496 | 558 | 620 | 682 | 747 |
| CHMS Telecommunications | 130 | 11 | 22 | 33 | 44 | 55 | 66 | 77 | 88 | 99 | 110 | 121 | 130 |
| Fixed L C Exp - Admin. Services | 421 | 35 | 70 | 105 | 140 | 175 | 210 | 245 | 280 | 315 | 350 | 385 | 421 |
| Corp Eng EHS Fixed Allocation | 597 | 50 | 100 | 150 | 200 | 250 | 300 | 350 | 400 | 450 | 500 | 550 | 597 |
| TOTAL CORPORATE ALLOCATION | 23,473 | 1,956 | 3,912 | 5,868 | 7,824 | 9,780 | 11,736 | 13,692 | 15,648 | 17,604 | 19,560 | 21,516 | 23,473 |
| CMIS - Unit of Activity, Fixed - Other | 2,667 | 222 | 444 | 666 | 888 | 1,110 | 1,332 | 1,554 | 1,776 | 1,998 | 2,220 | 2,442 | 2,667 |
| CMIS - Unit of Activity, Fixed - Aegis | 2,100 | 175 | 350 | 525 | 700 | 875 | 1,050 | 1,225 | 1,400 | 1,575 | 1,750 | 1,925 | 2,100 |
| PPD Personnel D0447 | 2,601 | 217 | 434 | 651 | 868 | 1,085 | 1,302 | 1,519 | 1,736 | 1,953 | 2,170 | 2,387 | 2,601 |
| PPD Mfg Ops - Allocation | 53 | 5 | 10 | 15 | 20 | 25 | 30 | 35 | 40 | 45 | 50 | 55 | 53 |
| PPD Ops QA Inf Svcs/Reg Affairs | 1,942 | 162 | 324 | 486 | 648 | 810 | 972 | 1,134 | 1,296 | 1,458 | 1,620 | 1,782 | 1,942 |
| PPD Ops Returned Goods | 136 | 11 | 22 | 33 | 44 | 55 | 66 | 77 | 88 | 99 | 110 | 121 | 136 |
| Project Expense | 7,099 | 592 | 1,184 | 1,776 | 2,368 | 2,960 | 3,552 | 4,144 | 4,736 | 5,328 | 5,920 | 6,512 | 7,099 |
| TOTAL BURDEN FILE | 40,081 | 3,340 | 6,680 | 10,020 | 13,360 | 16,700 | 20,040 | 23,380 | 26,720 | 30,060 | 33,400 | 36,740 | 40,081 |
| SPD Pilot Plant Stack Card | 24,497 | 2,042 | 4,084 | 6,126 | 8,168 | 10,210 | 12,252 | 14,294 | 16,336 | 18,378 | 20,420 | 22,462 | 24,497 |
| SPD Bulk Direct (Chem/Ferm) | 17,328 | 1,444 | 2,888 | 4,332 | 5,776 | 7,220 | 8,664 | 10,108 | 11,552 | 12,996 | 14,440 | 15,884 | 17,328 |
| Excess Capacity Stack Card | 11,610 | 968 | 1,936 | 2,904 | 3,872 | 4,840 | 5,808 | 6,776 | 7,744 | 8,712 | 9,680 | 10,648 | 11,610 |
| Subtotal SPD (Other than TAP) | 53,435 | 4,454 | 8,908 | 13,362 | 17,816 | 22,270 | 26,724 | 31,173 | 35,632 | 40,086 | 44,546 | 48,994 | 53,435 |
| TAP Bulk Drug (D-TAP) | 84 | 7 | 14 | 21 | 28 | 35 | 42 | 49 | 56 | 63 | 70 | 77 | 84 |
| TAP - SPD Manpower & Bulk (D-453) | 245 | 20 | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 200 | 220 | 245 |
| Pharmacogenetics -- ADD Allocation | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Misc Expense | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal (For Exp Cal) | 329 | 27 | 54 | 81 | 108 | 135 | 162 | 189 | 216 | 243 | 270 | 297 | 329 |
| Other Purchases: | | | | | | | | | | | | | |
| Clad Once-A-Day (Global Al Manpower) | 7,763 | 973 | 1,947 | 2,920 | 3,893 | 4,376 | 4,880 | 5,343 | 5,826 | 6,309 | 6,793 | 7,276 | 7,763 |
| Corp Drug User Fees | 1,207 | -- | -- | -- | -- | -- | -- | -- | -- | 1,207 | 1,207 | 1,207 | 1,207 |
| Patent to Operations (search services) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| D-A54 Floor Space (not in functionals) | 182 | 15 | 30 | 45 | 60 | 75 | 90 | 105 | 120 | 135 | 150 | 165 | 182 |
| D-A54 Deproc (not in functionals) | 2,984 | 249 | 498 | 747 | 996 | 1,245 | 1,494 | 1,743 | 1,992 | 2,241 | 2,490 | 2,739 | 2,984 |
| Molecular Probes | 7 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 7 |
| Inventory transfer for Protease 2nd Gen | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| SDG/Other | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Clinical Supplies (Tricia Geran -PPD Op | 200 | 17 | 34 | 51 | 68 | 85 | 102 | 119 | 136 | 152 | 168 | 184 | 200 |
| Aegis Charges | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Library (D441) to CHMS | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| QA (D44N) to Operations | 1,500 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 1,500 |
| Sangstat (Cyclosporine) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sangstat (Sangcya) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Gabitril Royalty | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Ritonavir/LaRoche Combo | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| NOVO Settlement | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Metabolex | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| FLAP/Vanguard | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Sanofi Cost Sharing w/Gabitril | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| CI charge from OPS (Clin Val Mgr) + $4 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Triangle receipt $2,535 +$325 to/1999 | (5,381) | -- | -- | (807) | (807) | (807) | (2,152) | (2,152) | (2,152) | (3,497) | (3,497) | (3,497) | (5,381) |
| Comdisco | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Hydrocodone (IDV-in from HPD) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| CRO Rebates | (3,000) | -- | -- | -- | (333) | (666) | (999) | (1,332) | (1,665) | (1,999) | (2,332) | (2,666) | (3,000) |
| Gabitril Reimbursement from Commerci | 1,400 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 467 | 934 | 1,400 |
| Other | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Grand Total | 100,707 | 9,575 | 18,151 | 26,419 | 35,161 | 43,413 | 50,321 | 58,573 | 66,825 | 74,538 | 83,656 | 92,373 | 100,707 |

HIGHLY
CONFIDENTIAL
ABBT 0037521

9

PPRD SERVICES SOLD
RECONCILIATIONS MONTH - $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % RATE - ACTUALS | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| % RATE - MONTHLY PROJECTION | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| Cumulative % Rate | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| % RATE - ADJUSTED PROJECTION | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| | | | | | | | | | | | | | | |
| AI GLOBAL PHARMACEUTICAL | 186,570 | 15,385 | 15,435 | 16,074 | 15,546 | 15,935 | 17,183 | 14,280 | 15,224 | 14,922 | 14,799 | 15,674 | 15,214 | 186,570 |
| | | | | | | | | | | | | | | |
| Direct Sister Benefit | | | | | | | | | | | | | | |
| R&D Scientific Service (fixed) | 2,384 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 195 | 2,384 |
| Direct Service | 3,800 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 313 | 3,800 |
| Total Direct Sister Benefit | 6,184 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 508 | 6,184 |
| | | | | | | | | | | | | | | |
| Total Intl Sister Division | 192,854 | 15,901 | 15,951 | 16,590 | 16,062 | 16,451 | 17,699 | 14,796 | 15,740 | 15,438 | 15,314 | 16,190 | 15,722 | 192,854 |
| | | | | | | | | | | | | | | |
| TAP - SPD Manpower | 245 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 25 | 245 |
| TAP - Judgment (Positive Controls) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| TAP - Bulk Drug | 84 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 84 |
| TAP - All Other | 19,856 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,655 | 1,651 | 19,856 |
| Total TAP | 20,185 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,683 | 20,185 |
| | | | | | | | | | | | | | | |
| Domestic Sister Divisions | | | | | | | | | | | | | | |
| HPD | 8,834 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 738 | 8,834 |
| ADD | 2,383 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 194 | 2,383 |
| SPD | 4,909 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 410 | 4,909 |
| ROSS | 1,955 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 162 | 1,955 |
| CPD | 42 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | (2) | 42 |
| MS | 74 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 8 | 74 |
| AHD (AHS-Abbott Health Systems) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| CHMS Library Charges | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Corp Eng | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Total Domestic Sister Division | 18,197 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,517 | 1,510 | 18,197 |
| | | | | | | | | | | | | | | |
| Other Sister Divisions: | | | | | | | | | | | | | | |
| Corp Administration | | | | | | | | | | | | | | |
| Corp. Admin. | 24 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 24 |
| TAP Rate Diff (Fixed) | 485 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 485 |
| Symposium Expense (Fixed) | 165 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 11 | 165 |
| Subtotal CHAD | 674 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 54 | 674 |
| | | | | | | | | | | | | | | |
| PPD Product R&D | | | | | | | | | | | | | | |
| Mfg Support (MC,PM) | 12,215 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,018 | 1,017 | 12,215 |
| Mfg Support (PV) | 263 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 21 | 263 |
| | | | | | | | | | | | | | | |
| PPD Marketing (P5,P6) (inc Cephalon) | 3,620 | 302 | 302 | 302 | 302 | 302 | 302 | 302 | 302 | 302 | 302 | 302 | 298 | 3,620 |
| Subtotal Other | 16,098 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,342 | 1,336 | 16,098 |
| | | | | | | | | | | | | | | |
| VAT Refund | | | | | | | | | | | | | | |
| PARD Services Sold Impact (Judgeme | (3,990) | (333) | (333) | (333) | (333) | (333) | (333) | (332) | (332) | (332) | (332) | (332) | (332) | (3,990) |
| Rounding | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| | | | | | | | | | | | | | | |
| GRAND TOTAL | 244,018 | 21,165 | 20,215 | 20,854 | 20,326 | 20,715 | 21,963 | 19,061 | 20,005 | 19,703 | 19,579 | 20,455 | 19,977 | 244,018 |
| | | | | | | | | | | | | | | |
| Memo: Excluding Global - $ | | 4,780 | 4,780 | 4,780 | 4,780 | 4,780 | 4,780 | 4,781 | 4,781 | 4,781 | 4,781 | 4,781 | 4,763 | 57,048 |
| Quarterly - $ | | | | 14,340 | | | 14,340 | | | 14,343 | | | 14,325 | 57,048 |
| Excluding Global - % of Qtr | | | | 25.0% | | | 25.0% | | | 25.0% | | | 25.0% | |
| Excluding Global - % Dec | | | | | | | | | | | | | 8.3% | |

LXGROUPPLANNXXXX PLAN2001 FINAL Cprod.YNA

HIGHLY
CONFIDENTIAL
ABBT 0037522

**PPRD SERVICES SOLD**
**RECONCILIATIONS YTD - $**
**2001 PLAN**

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AJ GLOBAL PHARMACEUTICAL | 186,670 | 16,385 | 31,829 | 47,894 | 63,440 | 79,375 | 96,858 | 110,838 | 126,062 | 140,984 | 155,782 | 171,456 | 186,670 |
| **Direct Sister Benefit** | | | | | | | | | | | | | |
| R&D Scientific Service (fixed) | 2,384 | 199 | 398 | 597 | 796 | 995 | 1,194 | 1,393 | 1,592 | 1,791 | 1,990 | 2,189 | 2,384 |
| Direct Service | 3,800 | 317 | 634 | 951 | 1,268 | 1,585 | 1,902 | 2,219 | 2,536 | 2,853 | 3,170 | 3,487 | 3,800 |
| Total Direct Sister Benefit | 6,184 | 516 | 1,032 | 1,548 | 2,064 | 2,580 | 3,096 | 3,612 | 4,128 | 4,644 | 5,160 | 5,676 | 6,184 |
| Total Intl Sister Division | 192,854 | 16,901 | 32,852 | 43,442 | 65,504 | 81,955 | 99,854 | 114,450 | 130,190 | 145,628 | 160,942 | 177,132 | 192,854 |
| TAP - SPD Manpower | 245 | 20 | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 200 | 220 | 245 |
| TAP - Judgment | -- | | | | | | | | | | | | |
| TAP - Bulk | 84 | 7 | 14 | 21 | 28 | 35 | 42 | 49 | 56 | 63 | 70 | 77 | 84 |
| TAP - All Other | 19,856 | 1,655 | 3,310 | 4,965 | 6,620 | 8,275 | 9,930 | 11,585 | 13,240 | 14,895 | 16,550 | 18,205 | 19,856 |
| Total TAP | 20,185 | 1,682 | 3,364 | 5,046 | 6,728 | 8,410 | 10,092 | 11,774 | 13,456 | 15,138 | 16,820 | 18,502 | 20,185 |
| **Domestic Sister Divisions** | | | | | | | | | | | | | |
| HPD | 8,634 | 736 | 1,472 | 2,208 | 2,944 | 3,680 | 4,416 | 5,152 | 5,888 | 6,624 | 7,360 | 8,096 | 8,634 |
| ADD | 2,383 | 199 | 398 | 597 | 796 | 995 | 1,194 | 1,393 | 1,592 | 1,791 | 1,990 | 2,189 | 2,383 |
| SPD | 4,909 | 409 | 818 | 1,227 | 1,636 | 2,045 | 2,454 | 2,863 | 3,272 | 3,681 | 4,090 | 4,499 | 4,909 |
| ROSS | 1,955 | 163 | 326 | 489 | 652 | 815 | 978 | 1,141 | 1,304 | 1,467 | 1,630 | 1,793 | 1,955 |
| CPD | 42 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 42 |
| MIS | 74 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 | 66 | 74 |
| AHD (AHS Abbott Health Systems) | -- | | | | | | | | | | | | |
| CHMS Library Charges | -- | | | | | | | | | | | | |
| Corp Eng | -- | | | | | | | | | | | | |
| Total Domestic Sister Division | 18,197 | 1,517 | 3,034 | 4,551 | 6,068 | 7,585 | 9,102 | 10,619 | 12,136 | 13,653 | 15,170 | 16,687 | 18,197 |
| **Other Sister Divisions:** | | | | | | | | | | | | | |
| **Corp Administration** | | | | | | | | | | | | | |
| Corp. Admin. | 24 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 |
| TAP Rate Diff | 485 | 40 | 80 | 120 | 160 | 200 | 240 | 280 | 320 | 360 | 400 | 440 | 485 |
| Symposium Expense | 165 | 14 | 28 | 42 | 56 | 70 | 84 | 98 | 112 | 126 | 140 | 154 | 165 |
| Subtotal CHAD | 674 | 56 | 112 | 168 | 224 | 280 | 336 | 392 | 444 | 504 | 560 | 615 | 674 |
| **PPD Product R&D** | | | | | | | | | | | | | |
| Mfg Support (MC,PM) | 12,215 | 1,018 | 2,036 | 3,054 | 4,072 | 5,090 | 6,108 | 7,126 | 8,144 | 9,162 | 10,180 | 11,198 | 12,215 |
| Mfg Support (PV) | 263 | 22 | 44 | 66 | 88 | 110 | 132 | 154 | 176 | 198 | 220 | 242 | 263 |
| PPD Marketing (P5,P6) (inc Cephalon) | 3,620 | 302 | 604 | 906 | 1,208 | 1,510 | 1,812 | 2,114 | 2,416 | 2,718 | 3,020 | 3,322 | 3,620 |
| Subtotal Other | 16,295 | 1,342 | 2,684 | 4,026 | 5,368 | 6,710 | 8,052 | 9,394 | 10,736 | 12,078 | 13,420 | 14,762 | 16,098 |
| **VAT Refund** | -- | | | | | | | | | | | | |
| PARD Services Sold Impact (Judgme | (3,990) | (333) | (666) | (999) | (1,332) | (1,665) | (1,998) | (2,330) | (2,662) | (2,994) | (3,328) | (3,658) | (3,990) |
| Rounding | -- | | | | | | | | | | | | |
| GRAND TOTAL | 244,018 | 21,165 | 41,380 | 62,234 | 82,560 | 103,275 | 125,238 | 144,299 | 164,304 | 184,907 | 203,586 | 224,041 | 244,018 |

L:\SS\SUPPLANNING\2001 PLAN\2001 FINAL Oprecl.Wk4

HIGHLY
CONFIDENTIAL
ABBT 0037523

PPD CLINICAL GRANTS
RECONCILIATIONS MONTH - 5
2001 PLAN

| | YR PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | DEC ADJ | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PPD SERVICE :** | | | | | | | | | | | | | | | |
| Tagatose/Gatitol | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Conical | 3,000 | -- | -- | -- | -- | -- | -- | -- | 500 | 600 | 600 | 600 | 600 | -- | 3,000 |
| Depakote/Depakene | 8,441 | 725 | (55) | 1,175 | 1,180 | 1,180 | 1,180 | 1,180 | 1,181 | 608 | 373 | 373 | 373 | -- | 8,441 |
| n-Pre-UK | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Fenofibrate (Fournier) | 39 | 39 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 39 |
| Norvella | 600 | -- | 120 | 120 | 120 | 120 | 120 | -- | -- | -- | -- | -- | -- | -- | 600 |
| PharmacoGenetica (Detsel) | 200 | -- | -- | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | -- | 200 |
| **TOTAL PPD SERVICE** | 12,280 | 752 | 22 | 1,315 | 1,320 | 1,320 | 1,320 | 1,200 | 1,801 | 1,228 | 853 | 853 | 853 | -- | 12,280 |
| **GLOBAL SERVICE :** | | | | | | | | | | | | | | | |
| Ritonavir ABT-538 | 1,264 | 209 | (142) | 109 | 109 | 109 | 109 | 109 | 109 | 108 | 108 | 108 | 108 | -- | 1,264 |
| Protease 2nd Gen ABT-378 | 22,575 | 139 | 1,816 | 1,892 | 2,801 | 2,240 | 2,230 | 2,166 | 2,176 | 1,953 | 1,896 | 1,896 | 1,906 | -- | 22,575 |
| Depsurine | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| KDO ABT-399 | 380 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 380 |
| ABT-594 (formerly CCM) | 1,065 | 100 | 36 | 101 | 120 | 120 | 120 | 120 | 120 | 120 | 48 | 48 | 16 | -- | 1,065 |
| ABT-089 (formerly OhCM) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Clarithromycin | 2,940 | 172 | 172 | 302 | 260 | 260 | 260 | 260 | 264 | 259 | 256 | 239 | 235 | -- | 2,940 |
| Ketolide ABT-773 | 47,425 | 4,347 | 4,347 | 4,825 | 4,960 | 4,960 | 4,960 | 3,403 | 3,402 | 3,386 | 323 | 3,985 | 2,696 | -- | 47,425 |
| Prokinetic Macrolide - Dom | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Zileuton 1 2nd Generation | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| BPH ABT-980 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cyclosporine | 893 | 484 | 25 | 125 | 115 | 115 | 35 | 35 | 33 | 34 | -- | -- | -- | -- | 893 |
| HDO (Modulo) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Endothelin | 19,251 | 1,035 | 1,035 | 1,035 | 1,035 | 1,849 | 1,897 | 1,897 | 1,897 | 2,179 | 2,179 | 2,174 | -- | -- | 19,251 |
| NS 49 Nippon Shinyaku ABT-23 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Bimatanol (Roma) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 190 | 190 | -- | 380 |
| Anti-Mitotic ABT-731 | 1,025 | -- | -- | -- | 75 | 75 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | -- | 1,025 |
| Hytrin | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| PTI (Paroxetylacarbone) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MMPI (Metalloproteases) | 1,118 | 84 | 64 | 64 | 64 | 84 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | -- | 1,118 |
| Toceva | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| TGF Peptide | 1,621 | 195 | 115 | 115 | 95 | 115 | 160 | 165 | 165 | 165 | 165 | 165 | 75 | -- | 1,621 |
| Quinolone | 5,000 | 229 | 150 | 150 | 308 | 209 | 209 | 209 | 628 | 626 | 477 | 594 | 594 | -- | 5,000 |
| Cox 2 | 131 | 63 | 65 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 131 |
| Neuroscience | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Adjustment (EVR) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **TOTAL GLOBAL SERVICE** | 104,743 | 7,511 | 8,200 | 8,796 | 9,135 | 9,366 | 12,146 | 8,564 | 9,250 | 8,738 | 8,794 | 9,773 | 9,854 | -- | 104,743 |
| **MISC :** | | | | | | | | | | | | | | | |
| Vitamin D Analog/Iross Dextran | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Isotretinoin/Nervir Investigation | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Adjustments | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Dexmedetomidine/Zeeplac (HPD) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Transams Reformulation | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Biaxis Reformulation | -- | -- | -- | 25,859 | -- | -- | 32,566 | -- | -- | 30,571 | -- | -- | 25,769 | -- | -- |
| **GRAND TOTAL GRANTS** | 116,023 | 8,273 | 8,222 | 35,185 | 39,435 | 10,626 | 11,526 | 9,884 | 19,891 | 10,295 | 9,757 | 10,726 | 19,646 | -- | 116,023 |
| - Quarterly Percentages | | | | | 22.5% | | | 27.8% | | | 26.9% | | | 22.7% | 100.0% |
| Actuals | | | | | | | 57,908 | | | | | | | | |



Total Global Grants
Total Other Domestic Grants
Total Other Grants
Total Grants
Key Checks (sib 0)
Grant System (Excel as of 1/27/0)
Difference

CONFIDENTIAL
ABBT 0037524

PPRD CLINICAL GRANTS
RECONCILIATIONS - YTD $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PPD SERVICE :** | | | | | | | | | | | | | |
| Tiagabine/Gabitril | 3,000 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Omnicef | 3,000 | -- | -- | -- | -- | -- | -- | -- | 600 | 1,200 | 1,800 | 2,400 | 3,000 |
| Depakote/Depakene | 9,441 | 723 | 835 | 1,514 | 2,994 | 4,174 | 5,254 | 6,534 | 7,715 | 8,323 | 9,639 | 9,069 | 9,441 |
| r-Pro-UK | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Fenofibrate (Fournier) | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 |
| Humulin | 600 | -- | 120 | 240 | 360 | 480 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Pharmacogenetics (Cancer) | 200 | -- | -- | 20 | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 200 |
| **TOTAL PPD SERVICE** | 13,280 | 702 | 794 | 2,113 | 3,423 | 4,753 | 6,073 | 7,273 | 9,074 | 10,302 | 11,295 | 12,288 | 13,280 |
| | | | | | | | | | | | | | |
| **GLOBAL SERVICE :** | | | | | | | | | | | | | |
| Ritonavir ABT-538 | 1,244 | 299 | 157 | 266 | 375 | 484 | 593 | 702 | 811 | 920 | 1,028 | 1,136 | 1,244 |
| Protease 2nd Gen ABT-378 | 22,575 | 120 | 1,834 | 3,830 | 6,831 | 8,074 | 10,313 | 12,479 | 14,634 | 16,567 | 18,583 | 20,579 | 22,575 |
| Dopamine | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| KGD ABT-599 | 380 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 190 | 380 |
| ABT-594 (formerly CC34) | 1,065 | 100 | 130 | 231 | 351 | 471 | 591 | 711 | 831 | 951 | 899 | 1,847 | 1,065 |
| ABT-089 (formerly CbCl4) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Clarithromycin | 2,940 | 172 | 344 | 604 | 864 | 1,124 | 1,384 | 1,644 | 1,904 | 2,163 | 2,427 | 2,681 | 2,940 |
| Ketolide ABT-773 | 47,465 | 4,947 | 9,694 | 14,815 | 19,576 | 24,539 | 29,499 | 32,802 | 36,305 | 39,591 | 40,014 | 43,708 | 47,465 |
| Pediatric Macrolide - Dom | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Zileuton & 3rd Generation | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| BPH ABT-980 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cyclosporine | 993 | 404 | 499 | 624 | 739 | 854 | 809 | 924 | 859 | 993 | 993 | 993 | 993 |
| KGD (Niadir) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Endothelin | 19,251 | 1,035 | 2,070 | 3,105 | 4,140 | 5,175 | 7,834 | 8,921 | 10,018 | 12,715 | 14,694 | 17,073 | 19,251 |
| HS 48 Nippon Shinyaku/Lye ABT-23 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Simcicoral (Sicrest) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Anti-Mitotic ABT-751 | 1,025 | -- | -- | -- | 75 | 150 | 275 | 400 | 525 | 650 | 775 | 900 | 1,025 |
| Hytrin | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| MMPI (Metalloproteinase) | 1,118 | 64 | 128 | 192 | 256 | 320 | -134 | 542 | 662 | 776 | 890 | 1,004 | 1,118 |
| Tazens | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| TNF Peptide | 1,621 | 116 | 232 | 348 | 436 | 552 | 718 | 884 | 1,050 | 1,215 | 1,380 | 1,545 | 1,621 |
| Quinolone | 5,000 | 229 | 388 | 547 | 856 | 1,265 | 1,274 | 1,483 | 2,109 | 2,735 | 3,212 | 4,106 | 5,000 |
| Cox II | 131 | 65 | 131 | 131 | 131 | 131 | 131 | 131 | 131 | 131 | 131 | 131 | 131 |
| Neuraminidase | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Adjustment (EVR) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **TOTAL GLOBAL SERVICE** | 104,748 | 7,811 | 15,711 | 24,487 | 33,833 | 42,939 | 53,125 | 61,729 | 70,739 | 79,527 | 85,321 | 95,994 | 104,748 |
| | | | | | | | | | | | | | |
| Vitamin D Analog/Iron Dextran | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Isotretinoin/Norvir Investigation | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Adjustment | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Dexmedetomidine/Zemplar (HPD | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Transene Reformulation | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Basis Reformulation | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **GRAND TOTAL GRANTS** | 118,028 | 8,273 | 16,585 | 26,610 | 37,066 | 47,692 | 59,198 | 69,002 | 79,813 | 89,829 | 96,616 | 107,382 | 118,028 |

HIGHLY

CONFIDENTIAL
ABBT 0037525

13



HIGHLY
CONFIDENTIAL
ABBT 0037526

HIGHLY
CONFIDENTIAL
ABBT 0037527



HIGHLY

CONFIDENTIAL
ABBT 0037528



HIGHLY
CONFIDENTIAL
ABBT 0037529

PPRD GREYBOOK
RECONCILIATIONS MONTH - $
2001 PLAN

|  | GLOBAL | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHARGES TO PROJECTS: | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
| Memo: Global Key Check | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Global | 466,675 | 40,963 | 38,588 | 40,185 | 38,865 | 39,837 | 42,958 | 35,700 | 38,080 | 37,305 | 36,995 | 39,185 | 38,834 | 466,675 |
| Direct Service | | | | | | | | | | | | | | |
| PPD Service | 105,362 | 8,282 | 8,406 | 8,562 | 8,346 | 8,813 | 9,294 | 8,454 | 9,240 | 8,224 | 7,968 | 8,085 | 11,807 | 105,362 |
| Sister & Takeda | 57,348 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 5,113 | 1,105 | 57,348 |
| TOTAL GROSS EXPENSE | 629,385 | 54,338 | 52,107 | 53,860 | 52,324 | 53,763 | 57,165 | 49,267 | 52,413 | 50,742 | 50,077 | 52,383 | 50,846 | 629,385 |

LESS SISTER DIVISION CHARGES:

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AI Total | 192,854 | 16,901 | 15,951 | 16,590 | 16,062 | 16,451 | 17,699 | 14,796 | 15,740 | 15,438 | 15,314 | 16,199 | 15,722 | 192,854 |
| TAP Pharm. Inc. | 20,185 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,682 | 1,683 | 20,185 |
| HPD | 8,834 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 736 | 738 | 8,834 |
| ADO | 2,383 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 194 | 2,383 |
| SPO | 4,909 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 409 | 410 | 4,909 |
| ROSS | 1,955 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 163 | 162 | 1,955 |
| CPD | 42 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | (2) | 42 |
| CMIS | 74 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 8 | 74 |
| Other Sister Division | 16,772 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,398 | 1,394 | 16,772 |
| TOTAL CHARGES OUT | 248,008 | 21,498 | 20,548 | 21,187 | 20,659 | 21,048 | 22,298 | 19,393 | 20,337 | 20,035 | 19,911 | 20,797 | 20,309 | 248,008 |
| PARD SERVICES SOLD IMPACT (Judgement) | 3,990 | 333 | 333 | 333 | 333 | 333 | 333 | 332 | 332 | 332 | 332 | 332 | 332 | 3,990 |
| NET PPRD EXPENSE | 385,367 | 33,173 | 31,892 | 33,006 | 31,998 | 33,048 | 35,202 | 30,206 | 32,408 | 31,039 | 30,498 | 31,928 | 30,969 | 385,367 |

| ACTUALS PER GREYBOOK (J:DRIVE) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VARIANCE/KEY CHECK | | (33,173) | (31,892) | (33,006) | (31,998) | (33,048) | (35,202) | (30,206) | (32,408) | (31,039) | (30,498) | (31,928) | (30,969) | (385,367) |
| ACTUALS PER KIRNES/OIANA | | | | | | | | | | | | | | |
| VARIANCE/KEY CHECK | | (33,173) | (31,892) | (33,006) | (31,998) | (33,048) | (35,202) | (30,206) | (32,408) | (31,039) | (30,498) | (31,928) | (30,969) | (385,367) |
| Memo: 2000 Actuals | | 32,123 | 30,404 | 35,911 | 33,138 | 32,058 | 45,794 | 28,013 | 27,124 | 29,386 | 27,295 | 27,115 | 27,512 | 375,593 |

Memo:
| AI 2001 PLAN (12/08/00) | | 16,901 | 15,951 | 16,590 | 16,062 | 16,451 | 17,699 | 14,796 | 15,740 | 15,438 | 15,314 | 16,199 | 15,722 | 192,854 |
| AI Final 2000 AGU | | 10,645 | 14,364 | 14,799 | 14,474 | 16,424 | 17,281 | 17,969 | 15,380 | 18,401 | 19,301 | 16,441 | 15,581 | 192,040 |

| Net PPRD Expense | | | | | | 2001 PLAN Fav/(Unfav) vs. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1Qr | 2Qr | 3Qr | 4Qr | Total | 1Qr | 2Qr | 3Qr | 4Qr | Total |
| 2001 PLAN (12/08/00) | 98,071 | 100,248 | 93,853 | 93,295 | 385,367 | | | | | |
| % of total | 25.4% | 26.0% | 24.3% | 24.2% | 99.9% | | | | | |
| 2000 Final AGU | 98,448 | 110,900 | 84,906 | 80,476 | 374,730 | 377 | 10,652 | (8,747) | (12,818) | (10,637) |
| % of total | 26.3% | 29.6% | 22.7% | 21.5% | 100.1% | 0.4% | 9.6% | -10.3% | -16.1% | -2.8% |
| 2000 Actuals | 98,448 | 110,900 | 84,523 | 81,722 | 375,593 | 377 | 10,652 | (9,130) | (11,573) | (9,774) |
| % of total | 26.2% | 29.5% | 22.5% | 21.8% | 100.0% | 0.4% | 9.6% | -10.8% | -14.3% | -2.6% |

L:\GRBUP\PLANNING\2001 PLAN\2001 FINAL Detail.WK4

HIGHLY
CONFIDENTIAL
ABBT 0037530

**PPRD GREYBOOK**
**RECONCILIATIONS YTD - $**
**2001 PLAN**

| CHARGES TO PROJECTS: | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Global | 488,675 | 40,903 | 78,551 | 118,738 | 158,801 | 198,438 | 241,298 | 277,086 | 315,156 | 352,461 | 389,456 | 428,641 | 488,675 |
| | | | | | | | | | | | | | |
| Direct Service | | | | | | | | | | | | | |
| PPD Service | 105,362 | 8,262 | 16,088 | 25,230 | 33,576 | 42,389 | 51,440 | 59,837 | 68,177 | 77,501 | 85,470 | 93,555 | 105,362 |
| Sister & Takeda | 57,348 | 5,113 | 10,226 | 15,339 | 20,452 | 25,565 | 30,678 | 35,791 | 40,904 | 46,017 | 51,130 | 56,243 | 57,348 |
| TOTAL GROSS EXPENSE | 629,385 | 54,338 | 106,445 | 160,305 | 212,629 | 266,392 | 323,557 | 372,824 | 425,237 | 475,979 | 526,056 | 578,439 | 629,385 |
| | | | | | | | | | | | | | |
| LESS SISTER DIVISION CHARGES: | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| AI Total | 192,854 | 16,901 | 32,852 | 49,442 | 65,504 | 81,955 | 99,854 | 114,450 | 130,190 | 145,828 | 160,942 | 177,132 | 192,854 |
| TAP Pharm, Inc. | 20,185 | 1,682 | 3,364 | 5,046 | 6,728 | 8,410 | 10,092 | 11,774 | 13,456 | 15,138 | 16,820 | 18,502 | 20,185 |
| HPD | 8,834 | 736 | 1,472 | 2,208 | 2,944 | 3,680 | 4,416 | 5,152 | 5,888 | 6,624 | 7,360 | 8,096 | 8,834 |
| ADD | 2,383 | 199 | 398 | 597 | 796 | 995 | 1,194 | 1,393 | 1,592 | 1,791 | 1,990 | 2,189 | 2,383 |
| SPD | 4,909 | 409 | 818 | 1,227 | 1,636 | 2,045 | 2,454 | 2,863 | 3,272 | 3,681 | 4,090 | 4,499 | 4,909 |
| ROSS | 1,955 | 163 | 326 | 489 | 652 | 815 | 978 | 1,141 | 1,304 | 1,467 | 1,630 | 1,793 | 1,955 |
| CPD | 42 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 42 |
| CMIS | 74 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 | 66 | 74 |
| Other Sister Division | 16,772 | 1,398 | 2,796 | 4,194 | 5,592 | 6,990 | 8,388 | 9,786 | 11,184 | 12,582 | 13,980 | 15,378 | 16,772 |
| | | | | | | | | | | | | | |
| TOTAL CHARGES OUT | 248,008 | 21,498 | 42,046 | 63,233 | 83,892 | 104,940 | 127,236 | 146,629 | 166,966 | 187,001 | 206,912 | 227,899 | 248,008 |
| | | | | | | | | | | | | | |
| PARD SERVICES SOLD IMPACT (Judgement) | 3,990 | 333 | 666 | 999 | 1,332 | 1,665 | 1,998 | 2,330 | 2,662 | 2,994 | 3,326 | 3,658 | 3,990 |
| | | | | | | | | | | | | | |
| NET PPRD EXPENSE | 385,367 | 33,173 | 65,065 | 98,071 | 130,069 | 163,117 | 198,319 | 228,525 | 260,933 | 291,572 | 322,470 | 354,398 | 385,367 |

HIGHLY
CONFIDENTIAL
ABBT 0037531

PPD RESEARCH AND DEVELOPMENT
2001 PLAN
P&L AI CALENDARIZATION

| | 1 JAN | 2 FEB | 3 MAR | 4 APR | 5 MAY | 6 JUNE | 7 JULY | 8 AUG | 9 SEPT | 10 OCT | 11 NOV | 12 DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Global:** | | | | | | | | | | | | | |
| Discovery Deals | 0 | 625 | 2,015 | 250 | 625 | 2,015 | 250 | 625 | 2,015 | 250 | 625 | 3,151 | 12,446 |
| Genesi Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Global Grants | 7,511 | 8,200 | 8,786 | 9,136 | 9,305 | 10,186 | 8,604 | 9,010 | 8,788 | 5,794 | 8,773 | 9,654 | 104,748 |
| Global SPD | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,915 | 47,069 |
| Subtotal - Identified Global Expenses | 11,434 | 12,748 | 14,724 | 13,309 | 13,854 | 16,124 | 12,777 | 13,558 | 14,726 | 9,967 | 14,321 | 15,721 | 164,263 |
| All Other (see allocation basis at Memo 1) | 28,321 | 26,804 | 25,267 | 25,086 | 25,904 | 26,801 | 23,655 | 24,606 | 23,141 | 26,028 | 24,689 | 21,980 | 302,412 |
| Total Global as Calculated | 39,755 | 39,552 | 39,991 | 38,395 | 39,758 | 42,925 | 36,332 | 38,394 | 37,867 | 35,995 | 39,010 | 38,701 | 466,675 |
| Adjust to Frozen AI Sellout | 1,208 | (964) | 194 | 470 | 79 | 33 | (632) | (334) | (562) | 1,000 | 175 | (667) | 0 |
| Total Global | 40,963 | 38,588 | 40,185 | 38,865 | 39,837 | 42,958 | 35,700 | 38,060 | 37,305 | 36,995 | 39,185 | 38,034 | 466,675 |
| Less AI Share | (16,385) | (15,435) | (16,074) | (15,546) | (15,935) | (17,163) | (14,280) | (15,224) | (14,822) | (14,798) | (15,674) | (15,214) | (186,670) |
| **Domestic:** | | | | | | | | | | | | | |
| Domestic Grants | 762 | 32 | 1,319 | 1,320 | 1,320 | 1,320 | 1,200 | 1,801 | 1,228 | 993 | 993 | 992 | (104,748) |
| Domestic SPD | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 525 | 6,366 |
| Subtotal - Identified Domestic Expenses | 1,293 | 563 | 1,850 | 1,851 | 1,851 | 1,851 | 1,731 | 2,332 | 1,759 | 1,524 | 1,524 | 1,517 | (98,382) |
| All Other | 7,302 | 8,175 | 7,045 | 6,828 | 7,295 | 7,576 | 7,055 | 7,240 | 6,897 | 6,777 | 6,950 | 6,632 | 85,716 |
| Total Domestic | 8,595 | 8,739 | 8,895 | 8,679 | 9,146 | 9,427 | 8,786 | 9,572 | 8,656 | 8,301 | 8,417 | 8,149 | 105,362 |

(remaining table rows illegible)

HIGHLY CONFIDENTIAL
ABBT 0037532

PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT
2001 PLAN
GLOBAL AI CALENDARIZATION

| | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Global AI | 16,385 | 15,435 | 16,074 | 15,546 | 15,935 | 17,183 | 14,280 | 15,224 | 14,922 | 14,798 | 15,674 | 15,214 | 186,670 |
| Total Fixed AI | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 195 | 2,384 |
| Total Direct AI | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 313 | 3,800 |
| Total AI Support | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 508 | 6,184 |
| Total Global | 16,901 | 15,951 | 16,590 | 16,062 | 16,451 | 17,699 | 14,796 | 15,740 | 15,438 | 15,314 | 16,190 | 15,722 | 192,854 |
| 2000 AGU Global AI | 10,645 | 14,364 | 14,799 | 14,474 | 16,424 | 17,281 | 17,989 | 15,360 | 19,401 | 19,301 | 16,441 | 15,561 | 192,040 |

HIGHLY
CONFIDENTIAL
ABBT 0037533

21

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS MONTH - $
2001 PLAN

| TOTAL FIXED AND DIRECT CHARGES | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Macrolide (ABT 773) | 14,970 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,248 | 1,242 | 14,970 |
| Macrolide (ABT 773) Pediatric | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Macrolide (ABT 773) I.V. | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cholinergic Channel Modulator | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BPH Backup | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Endothelin | 683 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 56 | 683 |
| NPS-1776 | 490 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 39 | 490 |
| Quinolone | 5,762 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 482 | 5,762 |
| Cancer - Anti Mitotic (Eisai-7010) | 1,172 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 94 | 1,172 |
| Clari 140H | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cancer - Angiogenesis | 2,753 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 234 | 2,753 |
| Clari IV | 4,297 | 358 | 358 | 358 | 358 | 358 | 358 | 358 | 358 | 358 | 358 | 358 | 359 | 4,297 |
| Clari Process Improvements | 1,700 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 138 | 1,700 |
| New Products | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Misc Process Impv (ery Danisco) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Subtotal Pass Through | 31,827 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,653 | 2,644 | 31,827 |
| | | | | | | | | | | | | | | |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Patents & Trademarks | 370 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 29 | 370 |
| Miscellaneous (Depr adjusted here) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Discovery Special Labs | 2,621 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 223 | 2,621 |
| Subtotal Discovery | 2,991 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 252 | 2,991 |
| | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | 369 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 28 | 369 |
| Global Other - Clari I | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - Clari IV | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - ABT 378 IV | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - Misc PMP | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - Misc (Add'l Warehou | 23 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 23 |
| Protease 2nd Gen to PPNC | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| New Projects | 5,390 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 451 | 5,390 |
| New Projects | 1,225 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 103 | 1,225 |
| Excess Capacity | 11,610 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 962 | 11,610 |
| Unit of Activity Charges | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other-Misc. MJH Adjust | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | |
| Total SPD | 53,435 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,441 | 53,435 |
| | | | 13,362 | | | 13,362 | | | 13,362 | | | 13,349 | | |

HIGHLY
CONFIDENTIAL
ABBT 0037534

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS YTD - $
2001 PLAN

| TOTAL FIXED AND DIRECT CHARGES | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Macrolide (ABT 773) | 14,970 | 1,248 | 2,496 | 3,744 | 4,992 | 6,240 | 7,488 | 8,736 | 9,984 | 11,232 | 12,480 | 13,728 | 14,970 | 14,970 |
| Macrolide (ABT 773) Pediatric | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Macrolide (ABT 773) I.V. | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cholinergic Channel Modulator | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BPH Backup | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Endothelin | 683 | 57 | 114 | 171 | 228 | 285 | 342 | 399 | 456 | 513 | 570 | 627 | 683 | 683 |
| NPS-1776 | 490 | 41 | 82 | 123 | 164 | 205 | 246 | 287 | 328 | 369 | 410 | 451 | 490 | 490 |
| Quinolone | 5,762 | 480 | 960 | 1,440 | 1,920 | 2,400 | 2,880 | 3,360 | 3,840 | 4,320 | 4,800 | 5,280 | 5,762 | 5,762 |
| Cancer - And Mitotic (Eisai-7010) | 1,172 | 98 | 196 | 294 | 392 | 490 | 588 | 686 | 784 | 882 | 980 | 1,078 | 1,172 | 1,172 |
| Clari 14OH | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cancer - Angiogenesis | 2,753 | 229 | 458 | 687 | 916 | 1,145 | 1,374 | 1,603 | 1,832 | 2,061 | 2,290 | 2,519 | 2,753 | 2,753 |
| Clari IV | 4,297 | 358 | 716 | 1,074 | 1,432 | 1,790 | 2,148 | 2,506 | 2,864 | 3,222 | 3,580 | 3,938 | 4,297 | 4,297 |
| Clari Process Improvements | 1,700 | 142 | 284 | 425 | 568 | 710 | 852 | 994 | 1,136 | 1,278 | 1,420 | 1,562 | 1,700 | 1,700 |
| New Products | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Misc Process Impv (ery Danisco) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Subtotal Pass Through | 31,827 | 2,653 | 5,306 | 7,959 | 10,612 | 13,265 | 15,918 | 18,571 | 21,224 | 23,877 | 26,530 | 29,183 | 31,827 | 31,827 |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Patents & Trademarks | 370 | 31 | 62 | 93 | 124 | 155 | 186 | 217 | 248 | 279 | 310 | 341 | 370 | 370 |
| Miscellaneous (Depr adjusted here) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Discovery Special Labs | 2,621 | 218 | 436 | 654 | 872 | 1,090 | 1,308 | 1,526 | 1,744 | 1,962 | 2,180 | 2,398 | 2,621 | 2,621 |
| Subtotal Discovery | 2,991 | 249 | 498 | 747 | 996 | 1,245 | 1,494 | 1,743 | 1,992 | 2,241 | 2,490 | 2,739 | 2,991 | 2,991 |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | 369 | 31 | 62 | 93 | 124 | 155 | 186 | 217 | 248 | 279 | 310 | 341 | 369 | 369 |
| Global Other - Clari I | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - Clari IV | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - ABT 378 IV | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - Misc PMP | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other - Misc (Add'l Warehou | 23 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 23 | 23 |
| Protease 2nd Gen to PPNC | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| New Projects | 5,390 | 449 | 898 | 1,347 | 1,796 | 2,245 | 2,694 | 3,143 | 3,592 | 4,041 | 4,490 | 4,939 | 5,390 | 5,390 |
| New Projects | 1,225 | 102 | 204 | 306 | 408 | 510 | 612 | 714 | 816 | 918 | 1,020 | 1,122 | 1,225 | 1,225 |
| Excess Capacity | 11,610 | 968 | 1,936 | 2,904 | 3,872 | 4,840 | 5,808 | 6,776 | 7,744 | 8,712 | 9,680 | 10,648 | 11,610 | 11,610 |
| Unit of Activity Charges | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Global Other-Misc. MJH Adjust | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Total SPD** | 53,435 | 4,454 | 8,908 | 13,362 | 17,816 | 22,270 | 26,724 | 31,178 | 35,632 | 40,086 | 44,540 | 48,994 | 53,435 | 53,435 |

LXGROUP\PLANNING\2001 PLAN\2001 FINAL Opers\DW04

HIGHLY
CONFIDENTIAL
ABBT 0037535

23

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS MONTH - $
2001 PLAN

| FIXED CHARGES | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) | 5,562 | 464 | 464 | 464 | 464 | 464 | 464 | 464 | 464 | 464 | 464 | 464 | 458 | 5,562 |
| Macrolide (ABT 773) Pediatric | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) I.V. | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cholinergic Channel Modulator | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| BPH Backup | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Endothelin | 490 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 39 | 490 |
| NPS-1776 | 490 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 41 | 39 | 490 |
| Quinolone | 3,302 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 282 | 3,302 |
| Cancer - Anti Miotic (Ebel-7010) | 907 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 71 | 907 |
| Clari 14OH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cancer - Angiogenesis | 2,085 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 171 | 2,085 |
| Clari IV | 1,225 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 103 | 1,225 |
| Clari Process Improvements | 748 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 66 | 748 |
| New Products | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Misc Process Impr (ary Danisco) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal Pass Through | 14,863 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,240 | 1,229 | 14,869 |
| | | | | | | | | | | | | | | |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Patents & Trademarks | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Miscellaneous (Depr adjusted here) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Discovery Special Labs | 2,621 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 223 | 2,621 |
| Subtotal Discovery | 2,621 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 223 | 2,621 |
| | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | 389 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 29 | 389 |
| Global Other - Clari I | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Clari IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - ABT 378 IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Misc PMP | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Misc (Add'l Warehou | 23 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 23 |
| Protease 2nd Gen to PPMC | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| New Projects | 5,390 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 449 | 451 | 5,390 |
| New Projects | 1,225 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 103 | 1,225 |
| Excess Capacity | 11,610 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 962 | 11,610 |
| Unit of Activity Charges | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other-Misc. MJH Adjust | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | | |
| Total SPD Fixed Charges | 36,197 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 3,010 | 2,997 | 36,197 |

| DIRECT CHARGES | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) | 9,408 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 784 | 9,408 |
| Macrolide (ABT 773) Pediatric | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Macrolide (ABT 773) I.V. | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cholinergic Channel Modulator | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| BPH Backup | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Endothelin | 130 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 17 | 130 |
| NPS-1776 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Quinolone | 2,400 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Cancer - Anti Miotic (Ekel-7010) | 265 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 23 | 265 |
| Clari 14OH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Cancer - Angiogenesis | 668 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 63 | 668 |
| Clari IV | 3,072 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 3,072 |
| Clari Process Improvements | 952 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 72 | 952 |
| New Products | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Misc Process Impr (ary Danisco) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal Pass Through | 16,950 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,413 | 1,416 | 16,950 |
| | | | | | | | | | | | | | | |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Patents & Trademarks | 378 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 29 | 378 |
| Miscellaneous (Depr adjusted here) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Discovery Special Labs | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Subtotal Discovery | 378 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 29 | 378 |
| | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Clari I | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Clari IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - ABT 378 IV | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Misc PMP | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other - Misc (Add'l Warehou | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Protease 2nd Gen to PPMC | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| New Projects | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| New Projects | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Excess Capacity | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Unit of Activity Charges | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Global Other-Misc. MJH Adjust | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | | |
| Total SPD Direct Charges | 17,328 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 17,328 |

HIGHLY
CONFIDENTIAL
ABBT 0037536

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS YTD - $
2001 PLAN

| FIXED CHARGES | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Macrolide (ABT 773) | 5,582 | 454 | 829 | 1,302 | 1,838 | 2,320 | 2,784 | 3,248 | 3,712 | 4,175 | 4,640 | 6,104 | 5,582 | 5,582 |
| Macrolide (ABT 773) Pediatric | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Macrolide (ABT 773) I.V. | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cholinergic Channel Modulator | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| BPH Backup | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Endothelin | 490 | 41 | 82 | 123 | 164 | 205 | 246 | 287 | 328 | 369 | 410 | 451 | 490 | 490 |
| NPS-1776 | 490 | 41 | 82 | 123 | 164 | 205 | 246 | 287 | 328 | 369 | 410 | 451 | 490 | 490 |
| Quinolone | 3,362 | 280 | 560 | 840 | 1,120 | 1,580 | 1,680 | 1,960 | 2,240 | 2,520 | 2,800 | 3,080 | 3,362 | 3,362 |
| Cancer - Anti Mitotic (Ekai-7010) | 907 | 76 | 152 | 228 | 304 | 380 | 456 | 532 | 608 | 684 | 780 | 836 | 907 | 907 |
| Clari 14OH | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cancer - Angiogenesis | 2,085 | 174 | 348 | 522 | 696 | 870 | 1,044 | 1,218 | 1,392 | 1,566 | 1,740 | 1,914 | 2,085 | 2,085 |
| Clari IV | 1,225 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 205 | 205 |
| Clari Process Improvements | 748 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 185 | 185 |
| New Products | 748 | 62 | 124 | 186 | 248 | 310 | 372 | 434 | 496 | 558 | 620 | 662 | 748 | 748 |
| Misc Process Impv (exv Danisco) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal Pass Through | 15,617 | 1,302 | 2,440 | 3,578 | 4,716 | 5,854 | 6,992 | 8,130 | 9,268 | 10,406 | 11,544 | 12,682 | 14,014 | 14,014 |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Patents & Trademarks | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Miscellaneous (Descr adjusted here) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Discovery Special Labs | 2,621 | 218 | 436 | 654 | 872 | 1,090 | 1,308 | 1,526 | 1,744 | 1,962 | 2,180 | 2,398 | 2,621 | 2,621 |
| Subtotal Discovery | 2,621 | 218 | 436 | 654 | 872 | 1,090 | 1,308 | 1,526 | 1,744 | 1,962 | 2,180 | 2,398 | 2,621 | 2,621 |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | 369 | 31 | 62 | 93 | 124 | 155 | 186 | 217 | 248 | 279 | 310 | 341 | 369 | 369 |
| Global Other - Clari I | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Global Other - Clari IV | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Global Other - ABT 378 IV | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Global Other - Misc PMP | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Global Other - Misc (Add'l Warehou | 23 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 23 | 23 |
| Protease 2nd Gen to PPMC | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| New Projects | 5,360 | 449 | 898 | 1,347 | 1,796 | 2,245 | 2,694 | 3,143 | 3,592 | 4,041 | 4,490 | 4,939 | 5,360 | 5,360 |
| New Projects | 1,225 | 102 | 204 | 306 | 408 | 510 | 612 | 714 | 816 | 918 | 1,020 | 1,122 | 1,225 | 1,225 |
| Excess Capacity | 11,610 | 968 | 1,936 | 2,904 | 3,872 | 4,840 | 5,808 | 6,776 | 7,744 | 8,712 | 9,680 | 10,648 | 11,610 | 11,610 |
| Unit of Activity Charges | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Global Other-Misc. MJH Adjust | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total SPD Fixed Charges** | 26,855 | 3,072 | 5,980 | 8,888 | 11,796 | 14,704 | 17,612 | 20,520 | 23,428 | 26,336 | 29,244 | 32,153 | 25,252 | 25,252 |

| DIRECT CHARGES | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PASS THROUGH CHARGES:** | | | | | | | | | | | | | | |
| Protease 2nd Gen (ABT 378) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Macrolide (ABT 773) | 9,408 | 784 | 1,568 | 2,352 | 3,136 | 3,920 | 4,704 | 5,488 | 6,272 | 7,056 | 7,840 | 8,624 | 9,408 | 9,408 |
| Macrolide (ABT 773) Pediatric | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Macrolide (ABT 773) I.V. | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cholinergic Channel Modulator | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| BPH Backup | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Endothelin | 193 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 | 178 | 193 | 193 |
| NPS-1776 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Quinolone | 2,400 | 200 | 400 | 600 | 800 | 1,000 | 1,200 | 1,400 | 1,600 | 1,800 | 2,000 | 2,200 | 2,400 | 2,400 |
| Cancer - Anti Mitotic (Ekai-7010) | 265 | 22 | 44 | 66 | 88 | 110 | 132 | 154 | 176 | 198 | 220 | 242 | 265 | 265 |
| Clari 14OH | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cancer - Angiogenesis | 660 | 55 | 110 | 165 | 220 | 275 | 330 | 385 | 440 | 495 | 550 | 605 | 660 | 660 |
| Clari IV | 3,072 | 256 | 512 | 768 | 1,024 | 1,280 | 1,536 | 1,792 | 2,048 | 2,304 | 2,560 | 2,816 | 3,072 | 3,072 |
| Clari Process Improvements | 952 | 80 | 160 | 240 | 320 | 400 | 480 | 560 | 640 | 720 | 800 | 880 | 952 | 952 |
| New Products | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Misc Process Impv (exv Danisco) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal Pass Through | 16,950 | 1,413 | 2,826 | 4,239 | 5,652 | 7,065 | 8,478 | 9,891 | 11,304 | 12,717 | 14,130 | 15,543 | 16,950 | 16,950 |
| **DISCOVERY** | | | | | | | | | | | | | | |
| Natural Products Discovery | 370 | 31 | 62 | 93 | 124 | 155 | 186 | 217 | 248 | 279 | 310 | 341 | 370 | 370 |
| Patents & Trademarks | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Miscellaneous (Descr adjusted here) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Discovery Special Labs | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal Discovery | 370 | 31 | 62 | 93 | 124 | 155 | 186 | 217 | 248 | 279 | 310 | 341 | 370 | 370 |
| **OTHER** | | | | | | | | | | | | | | |
| Dom Other-Ery Proc Imp | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Global Other - Clari I | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Global Other - Clari IV | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Global Other - ABT 378 IV | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Global Other - Misc PMP | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Global Other - Misc (Add'l Warehou | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Protease 2nd Gen to PPMC | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| New Projects | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| New Projects | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Excess Capacity | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Unit of Activity Charges | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Global Other-Misc. MJH Adjust | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total SPD Direct Charges** | 17,320 | 1,444 | 2,888 | 4,332 | 5,776 | 7,220 | 8,664 | 10,108 | 11,552 | 12,996 | 14,440 | 15,884 | 17,320 | 17,320 |

HIGHLY
CONFIDENTIAL
ABBT 0037537

25

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS MONTH - $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUMMARY SPD** | | | | | | | | | | | | | | |
| Total Pilot Plant/PMP Stack Card | 24,497 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,035 | 24,497 |
| Total Bulk Drug Direct | 17,328 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 1,444 | 17,328 |
| Total Excess Capacity Stack Card | 11,610 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 968 | 862 | 11,610 |
| Total SPD | 53,435 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,441 | 53,435 |
| | | | | | | | | | | | | | | |
| **SUMMARY GLOBAL/DOMESTIC** | | | | | | | | | | | | | | |
| Total Global SPD | 47,069 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,923 | 3,916 | 47,069 |
| Total All Other Domestic SPD | 6,366 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 531 | 525 | 6,366 |
| Total SPD | 53,435 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,454 | 4,441 | 53,435 |

L:\GROUP\PLANNING\2001 PLAN\2001 FINAL Oprexl.WK4    KEY CHECK (S/B 0)—>

PPRD SERVICES PURCHASED - SPD
RECONCILIATIONS YTD - $
2001 PLAN

| | '01 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUMMARY SPD** | | | | | | | | | | | | | | |
| Total Pilot Plant/PMP Stack Card | 24,497 | 2,042 | 4,084 | 6,126 | 8,168 | 10,210 | 12,252 | 14,294 | 16,336 | 18,378 | 20,420 | 22,462 | 24,497 | 24,497 |
| Total Bulk Drug Direct | 17,328 | 1,444 | 2,888 | 4,332 | 5,776 | 7,220 | 8,664 | 10,108 | 11,552 | 12,996 | 14,440 | 15,884 | 17,328 | 17,328 |
| Total Excess Capacity Stack Card | 11,610 | 968 | 1,936 | 2,904 | 3,872 | 4,840 | 5,808 | 6,776 | 7,744 | 8,712 | 9,680 | 10,648 | 11,610 | 11,610 |
| Total SPD | 53,435 | 4,454 | 8,908 | 13,362 | 17,816 | 22,270 | 26,724 | 31,178 | 35,632 | 40,086 | 44,540 | 48,994 | 53,435 | 53,435 |
| | | | | | | | | | | | | | | |
| **SUMMARY GLOBAL/DOMESTIC** | | | | | | | | | | | | | | |
| Total Global SPD | 47,069 | 3,923 | 7,846 | 11,769 | 15,692 | 19,615 | 23,538 | 27,461 | 31,384 | 35,307 | 39,230 | 43,153 | 47,069 | 47,069 |
| Total All Other Domestic SPD | 6,366 | 531 | 1,062 | 1,593 | 2,124 | 2,655 | 3,186 | 3,717 | 4,248 | 4,779 | 5,310 | 5,841 | 6,366 | 6,366 |
| Total SPD | 53,435 | 4,454 | 8,908 | 13,362 | 17,816 | 22,270 | 26,724 | 31,178 | 35,632 | 40,086 | 44,540 | 48,994 | 53,435 | 53,435 |

L:\GROUP\PLANNING\2001 PLAN\2001 FINAL Oprexl.WK4

HIGHLY
CONFIDENTIAL
ABBT 0037538

PPRD AFFORDABILITY
RECONCILIATIONS MONTH - $
2001 PLAN

| | 2001 PLAN | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SDG/Other | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| HIV/Knoll/QD/Other | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Aegis Insurance | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Genset #1 | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Genset #2 | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Neurosearch FTE $2530, depr $200 | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Coactinon | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| SPD IDV Liponavir | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Thrombolytics to HPD (Ovrhd & Grants) | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Data Management Absorbtion | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Other New Products | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Quinolone Payment | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Division Task | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Total SDG/Other | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |

HIGHLY

CONFIDENTIAL
ABBT 0037539

# Key Issues in 2001

HIGHLY
CONFIDENTIAL
ABBT 0037540

Figure

28

## Pharmaceutical Research & Development
## Key Plus/Minus List
## 2001
## ($MM's)

| Description | Commentary | Probability | Plus/(Minus) |
|---|---|---|---|
| DPI Agreement | Licensing agreement with Discovery Partners International. Accounting to be clarified with Corporate. | High | 2.0 |
| SPD Bulk drug for Keoloix | Discussions are currently on-going with SPD to drop the number of bulk manufacturing campaign runs from 5 to 4 for the April Update. | High | 1.5 - 2.0 |
| Kaletra FDA Strategy | The current Kaletra budget assumes all data that is scheduled to be submitted as part of the FDA Accelerated Approval timetable will be sufficient. In the event that the data is inconclusive (as determined by the FDA) additional dollars will be needed to continue existing studies. | High | (1.2) |
| | **Subtotal for High Probability Scenarios** | | **2.3 - 2.8** |
| CCM Milestone Funding | Go/No go decision is scheduled for May/June 2001. If the decision to continue development is made, additional funding will be needed to continue the program. | Medium | (0.9) |
| Kelofide Japan | Japan Phase I/II/III studies have been milestones funded. If positive data is available in the 4Q (this is the projected start date of the study), funding will be needed to stay on target with the expeditions of Japan regulations. | Medium | (4.0) |
| Oulrolone Milestone Payment | Currently, Phase IIb milestone payment is unfunded. If current enrollment levels are explored for Phase IIb, additional funding will be necessary to satisfy our contractual obligations. There is a high probability that the contract will be re-negotiated and the milestone payment will then come due in 1Q 2002. | Medium | (3.5) |
| | **Subtotal for Medium Probability Scenarios** | | **(17.3)** |
| Immunosuppressant Sale | Sale of this compound is expected in 2001. Global Pharmaceutical R&D Division could potentially receive the revenue from this sale. | Low | 6.0 |
| Karo Blo DDC | If Karo Blo does not produce a DDC, we will not owe them a milestone payment in 2001. | Low | 1.0 |
| Blmedomol Funding | Go/No go decision is expected in late 1Q or early 2Q 2001. If the decision to continue development is made, Phase III studies will require funding. | Low | (11.7) |
| | **Subtotal for Low Probability Scenarios** | | **(4.7)** |

**2001 PLAN**
**PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT**

| | In | Out |
|---|---|---|
| **NEUROLOGY** | | |
| Depakote | • On going activities: elderly agitation, impulsive aggression, psychosis<br>• New activities: polycystic ovary, new DR form, 2500mg ER definitive b/a | • New formulations: epilepsy & migraine<br>• Bipolar in pediatric mania<br>• Dose Proportionality<br>• Pediatric Patent Extension - Psych<br>• Acute Migraine<br>• Depakine Status Epilepticus |
| ABT-594 | • Milestone funded to GoNo Go decision June 2001 for neuropathic pain | • Funding for 3rd and 4th qtr N Go decision is made<br>• Phase IIB Chronic Persistent Pain |
| COX - II | • Completion of work started in 2000 bringing it to a logical stopping point | • Continuation of pre clinical and Phase I studies |
| ABT-089 | • Completion of work started in 2000 bringing it to a logical stopping point | • Single/Multiple rising dose Ph I study |
| ABS-103 | • Completion of work started in 2000 bringing it to a logical stopping point | • Pre clinical studies<br>• Single rising dose Ph I study |
| NPS-1776 | • Completion of work started in 2000 bringing it to a logical stopping point | • Pre clinical studies<br>• Single and rising multiple dose Ph I study and formulation b/a studies |
| Hydrocodone/Ibuprofen | • Rapid dissolve and controlled release forms | |
| **ANTI-INFECTIVE** | | |
| Clarithromycin | • Extended Release Once/Day<br>• Phase IV b/t | • Cystic Fibrosis<br>• Asthma |
| Ketolides | • Tablet FDA delayed review forcing ABT to add more clinical and non-clinical tissue studies. Cost at 88.5MM<br>• Drug Interaction studies: Warfarin, Digoxin & Claridic #17 | • I.V.<br>• Pediatric<br>• Japan Ph I/II/III<br>• Drug Interaction studies: Loratidine, Carbamazepine & Cyclosporine |
| Clindamycin | • Tablet<br>• EXM milestone payment for initiating Ph IIA | • Milestone payment for initiation of Ph IIB S3 AMM |
| Neuraminidase (ABT-677) | | • 2 week toxicology study<br>• single rising dose study<br>• multiple rising dose study |
| Omnicef | • Otitis Media | • ABC3 & Pharyngitis |

HIGHLY
CONFIDENTIAL
ABBT 0037542

| | In | Out |
|---|---|---|
| **UROLOGY/CARDIOLOGY** | | |
| Fenofibrate (Fournier) | - Medical Affairs / Ph IV base level support | - Diabetics<br>- PM Women<br>- Feno Post MI |
| KCO | - Pre Clinicals | |
| **HIV** | | |
| Ritonavir | - Norvir / Roche Combo<br>- Erica A & B | |
| Kaletra | - IBHSC/Aaradex<br>- Knoll (SEC reformulation)<br>- HAART Metabolic complications<br>- Start Phase IIIB Switch & Survive<br>- Expanded Access<br>- Ph II Pediatric<br>- Ph III Naive | - Current assumption is that long term safety data from completed portion of Ph II Pediatric and Ph III Naive studies will suffice for FDA requirements. If the FDA requires us to finish those studies we will need about $1.2MM. |
| Cyclosporine | - PREFER<br>- European Switch Kidney plus Extension<br>- Pediatric PK | |
| **CANCER** | | |
| Endothelin (ABT-627) | - Ph III pivotal study #1<br>- Initiate Ph III pivotal study #2<br>- QTC<br>- Bioequivalence<br>- Drug Interaction studies: Fexofenadine | - Early Stage Pcs<br>- Ph II exploratories<br>- Drug Interaction studies: Midazolam, Ketoconazole & Rifampin |
| TSP #1 (ABT-510) | - Multiple dose in cancer patients<br>- IND study | - Manufacturing & Toxicology |
| Metalloproteinase | - Multiple dose in cancer patients<br>- IND study | - Manufacturing & Toxicology |
| Anti-Mitotic (ABT-751) | - Multiple dose in cancer patients<br>- IND study | |
| K-5 | | - Pre clinical / Ph I studies |
| FTI #2 | | - Pre clinical / Ph I studies |
| **Other New Products** | | - DDC's & In - licensing |
| **Other** | | - ADF, Exploratory, AEGIS Medra, productivity projects<br>- Bimoclomol |
| **Discovery** | | - Genset |

30

HIGHLY CONFIDENTIAL
ABBT 0037543

## Analgesia Venture
## ABT-594
## 2001 PLAN KEY STATISTICS Phase II
### ($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav(Unfav) Var |
|---|---|---|---|---|
| Neuronal nicotinic receptor antagonist (Milestone Funded to Go/No Go June, 2001) | 9,300 | 14,411 | 9,307 | (7) |

| Key Milestones / Assumptions | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|
| · IND Filing | | | |
| · Initiate Phase II - U.S. | 2/98 | 2/98 | Completed |
| · Go/No Go Clinical Efficacy (Phase IIa) | 7/98 | 7/98 | Completed |
| · Go/No Go Clinical Efficacy (Phase IIb) | 9/99 | 9/99 | Completed |
| · Initiate Phase III - U.S. | 2/01 | 6/01 | Delayed |
| · File NDA U.S./ EMEA EU | 9/01 | 4/02 | Delayed  Last patient enrolled 1/2001, n = 269 |
| | 5/03 | 9/03 | Delayed |

| PAID | 00 AGU | 01 PLAN | |
|---|---|---|---|
| · Analytics Dev & Support | 879 | 641 | Analytsi P, Support Mikuambu Chem & Proctor justification |
| · Formulation Dev & Support | 745 | 226 | Formulation scale-up and process optimization |
| · Clinical Finishing | 607 | 145 | Completion of M99-114, Phase 3 Ph I study supplies |
| · Project Management Support | 178 | 63 | Coordination of activities and support of go/no go meeting prep |
| · PAID Total | 2,409 | 1,075 | |

### Total Venture Management
· Expense: $3,988, reflecting milestone funding
· Authorized Heads: Flat to AGU until July, 2001, ABT-594 Go/No Go Decision, then 11 headcount after July, 2001

| | 1st Patient Dosed | Last CRF | Rcas 2000 AGU Start | End | Rcas 2001 PLAN Start | End |
|---|---|---|---|---|---|---|
| | | | | | 2000 AGU | Apr-01 |
| | | | | | 2001 PLAN | Feb-01 |

### SPD Requirements

| | Key Start | End | Heads Total | Net Cost | Total Cost |
|---|---|---|---|---|---|
| 2000 AGU | 5 Apr-01 | Dec-01 | 1 | 71 | 306 |
| 2001 PLAN | 5 Mar-01 | Nov-01 | ... | 120 | 120 |
| | Sep-01 | | | | |

| Clinical Grants | | 1st Patient Dosed | Last CRF | Rcas 2000 AGU Start | End | Rcas 2001 PLAN Start | End | Total | 00 AGU | Cost 00 AGU Net Cost | 01 PLAN | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Phase I* | | | | | | | | | | | | |
| M98-971 | Human Metabolism 3H | Apr-01 | Nov-01 | | | Apr-01 | | 165 | 165 | | 165 | |
| TBD | fMRI | Aug-01 | Nov-01 | | | Feb-01 | | 300 | 300 | | 300 | |
| TBD | Titration Optimization | Apr-01 | Jul-01 | | | Mar-01 | | 500 | 500 | | 500 | |
| *Phase IIb* | | | | | | | | | | | | |
| M99-114 | Neuropathic Pain | Apr-00 | Mar-02 | Apr-00 | Nov-00 | Apr-00 | May-01 | 3,100 | 3,000 | 3,000 | 100 A | 100 A |
| **Total** | | | | | | | | **4,065** | | **3,000** | | **1,065** |

A  Increased cost result of additional CRO monitoring costs.

HIGHLY
CONFIDENTIAL
ABBT 0037544

Discovery
ABT-963
2001 PLAN KEY STATISTICS Phase II
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav/(Unfav) Var |
|---|---|---|---|---|
| Cox II Inhibitor | 1,200 | 4,000 | 1,186 | 14 |

**Key Milestones / Assumptions**

| | 00 AGU | 01 PLAN | Status (on target, pending or delayed in x) |
|---|---|---|---|
| - Initiate Phase 1 SD Study | 12/2000 | 12/2000 | |
| - Beyond Phase 1 SD Go/No Go Decision | 2/2001 | 2/2001 | |

**PARD**

| | 00 AGU | 01 PLAN |
|---|---|---|
| - Analytics Dev & Support | 195 | 21 |
| - Formulation Dev & Support | 147 | 11 |
| - Clinical Finishing | 33 | 18 |
| - Project Management Support | 29 | |
| - PARD Total | 404 | 50 |

**Total Venture Management**
- Cox II is presently not assigned to a venture and managed by Dr. George Carter in Discovery

**SPD Requirements**

| | Kg Heads | | | Cost | | |
|---|---|---|---|---|---|---|
| | Total | 00 AGU | | Mat'l Cost | 00 AGU | 01 PLAN | Variance |
| 2000 AGU | | | | | | |
| 2001 PLAN | 261 | | | 131 | 131 | 131 |

| | R/cat 2001 PLAN | |
|---|---|---|
| | Start | End |
| 2000 AGU | | |
| 2001 PLAN | Oct-00 | Feb-01 |

**Clinical Group**

| Phase I | 1st Patient Dosed | Last CRF | R/cat 2000 AGU Start | End |
|---|---|---|---|---|
| M00-238  Single Dose (Europe) | Nov-00 | Jan-01 | Nov-00 | Feb-01 |

| Total | 261 | 131 | 131 | 131 |

HIGHLY

CONFIDENTIAL
ABBT 0037545

33

Analgesia Venture
ABT-089
2001 PLAN KEY STATISTICS Phase II
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav/(Unfav) Year |
|---|---|---|---|---|
| Neuronal nicotinic receptor modulator (Unfunded) | 600 | 3,000 | 613 | (13) |

| Key Milestones / Assumptions | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|
| - Tranlation Team Go/No Go | | TBD | Unfunded, program on hold |

| PARD | 00 AGU | 01 PLAN |
|---|---|---|
| - Analytics Dev & Support | 156 | --- |
| - Formulation Dev & Support | 147 | --- |
| - Clinical Finishing | 34 | --- |
| - Project Mangement Support | 29 | --- |
| - PARD Total | 366 | --- |

Total Venture Management
- Expense: $3,788, reflecting milestone funding
- Authorized Heads: Flat to AGU until July, 2001, then 11 headcount after July, 2001

| | 1st Patient Dosed | Last CRF | R/ons 2000 AGU | | R/ons 2001 PLAN | |
|---|---|---|---|---|---|---|
| | | | Start | End | Start | End |
| Clinical Grants | | | 2000 AGU | | | |
| | | | 2001 PLAN | | | |

Phase I

| | SFD Requirements | | | | Cost | | | |
|---|---|---|---|---|---|---|---|---|
| | Kg | Heds | Mat Cost | Total Cost | Total | 00 AGU | 01 PLAN | Variance |
| | --- | --- | --- | --- | --- | --- | --- | --- |
| | --- | --- | --- | --- | --- | --- | --- | --- |

Total

L:\ORCD\Products\Analgesia Venture\2001 Budget Package\[01 Plan venture package pase 3 (Lab)\01 Key Stats

HIGHLY
CONFIDENTIAL
ABBT 0037546

33

Analgesia Venture
ABS-103
2001 PLAN KEY STATISTICS Page II
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav/(Unfav) Var |
|---|---|---|---|---|
| ABS - 103 (Unfunded) | ... | ... | ... | |

| Key Milestones / Assumptions | | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|---|
| · DDC Meeting | | | 4/2001 | |

| PARD | | 00 AGU | 01 PLAN | |
|---|---|---|---|---|
| · Analytics Dev & Support | | ... | ... | |
| · Formulation Dev & Support | | ... | ... | |
| · Clinical Finishing | | ... | ... | |
| · Project Management Support | | ... | ... | |
| · PARD Total | | ... | ... | |

**Total Venture Management**
· Expenses: $3,988, reflecting milestone funding
· Authorized Heads: Flat to AGU until July, 2001, ABT-594 Go/No Go Decision, then 11 headcount after July, 2001

| | R/on 2000 AGU | | R/on 2001 PLAN | | BPD Requirements | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Start | End | Kgs | Heads | Mat'l Cost | Total Cost | |
| 2000 AGU | | | | | ... | ... | ... | ... | |
| 2001 PLAN | | | | | ... | ... | ... | ... | |

| Clinical Grants | 1st Patient Dosed | Last CRF | Total | 00 AGU | Cost 01 PLAN | Variance |
|---|---|---|---|---|---|---|
| Phase I | | | ... | ... | ... | |

| Total | | | ... | ... | ... | ... |

HIGHLY
CONFIDENTIAL
ABBT 0037547

34

Analgesia Venture
NPS 1776
2001 PLAN KEY STATISTICS Pass II
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav(Unfav) Year |
|---|---|---|---|---|
| NPS-1776 (Unfunded) | 500 | ::: | 537 | (37) |

**Key Milestones / Assumptions**

Status (on target, pending or delayed to x)

| | 00 AGU | 01 PLAN | |
|---|---|---|---|
| - DDC Meeting | | 4/2001 | |

**PARD**

| | 00 AGU | 01 PLAN | |
|---|---|---|---|
| - Analytics Dev & Support | | ::: | |
| - Formulation Dev & Support | | ::: | |
| - Clinical Finishing | | ::: | |
| - Project Management Support | | ::: | |
| - PARD Total | ::: | ::: | |

**Total Venture Management**
- Expense: $3,988, reflecting milestone funding
- Authorized Heads: Flat to AGU until July, 2001, ABT-594,Go/No Go Decision, then 11 headcount after July, 2001

| | 1st Patient Dosed | Last CRF | Ricza 2000 AGU Start | End | Ricza 2001 PLAN Start | End | SPD Requirements Ept | Heads | Met Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 2000 AGU | | | | | | | ::: | ::: | ::: | ::: |
| 2001 PLAN | | | | | | | ::: | ::: | ::: | 490 |

**Clinical Grants**

| | Total | 00 AGU | Cost 01 PLAN | Variance |
|---|---|---|---|---|
| | ::: | ::: | :: | ::: |
| | ::: | | | ::: |

| Total | ::: | ::: | ::: | ( |

HIGHLY
CONFIDENTIAL
ABBT 0037548

35

L:C/O/O/Unitsetarv\Analgoia Venure\2001\Budget Package2001Plan nenrv package pass 2 (Lab)/NPT Key Stats

ANTI-INFECTIVE FRANCHISE
CLARITHROMYCIN
2001 PLAN KEY STATISTICS
($000)

| Indication | 2000 AGU | 2001 Plan | 2001 PLAN Fav/(Unfav) vs. AGU |
|---|---|---|---|
| Extended Release Once/Day | 10,668 | 3,463 | 3,723 |
| Pediatric New Strength (MHC) | 107 | 41 | 66 |
| XL AIR Patent Protection world wide (PARD/IDC) | 883 | 152 | 731 |
| AI Pediatric | 4,573 | 39 | 4,542 |
| Phase IV Int. | 3,091 | 3,395 | (6,304) |
| AI 1 Gram Tablet | 2,985 | 11 | 2,974 |
| Japan 400MG Tablet | 1,081 | 0 | 1,081 |
| Other | 2,109 | 584 | 1,525 |
| Total Clarithromycin | 25,317 | 15,678 | 10,639 |
| Plan Target | 25,400 | 14,900 | (11,500) |
| Variance Fav/(Unf) vs. target | 83 | (778) | (861) |

| Key Milestones / Assumptions | '00 AGU | '01 PLAN | Status |
|---|---|---|---|
| Extended Release Once/Day | | | |
| • Initiate BAL study Label addition for Biaxin XL | — | 8/00 | Complete |
| • Initiate Mucolytic -Private IND Studies (Investig. Initiated) | — | 9/00 | Complete |
| • Initiate Immunomodulatory Program - Private IND Studies (Investig. Initiated) | — | 9/00 | Complete |
| • Initiate Pertussis study (Investigator Initiated) | — | TBD | |
| PARD | AGU | '01 PLAN | Status |
| • Patent protection plan for XL and MR formulations | 1/00 | 1/01 | Ongoing |

| Budget ($000) | AGU | 2001 PLAN | 2001 vs AGU Fav/(Unf) | PARD Variance by Project |
|---|---|---|---|---|
| Analytical Development & Support | 879 | 335 | 544 | ER Once/Day 1,284 |
| Formulation Development & Support | 2,061 | 231 | 1,830 | Ped New Str 107 |
| Clinical Finishing | 299 | 358 | (59) | AI Ped 1/Day 449 |
| Project Mgt. | 320 | 137 | 183 | Patent 631 |
| Total | 3,559 | 1,061 | 2,498 | Other 47 |
| | | | | 2,498 |

Venture Management / Total Department
Expenses:
$11,500M (Increase of $3,200M vs 2000 Accrual; includes ABT-492 Milestone payment of $3,500, $3300 Milestone Payment)
Total Heads = 41, unchanged vs. ACUL about full time = 34, unchanged vs. ABEL

| PARD Requirements | Kgs | Heads | Mat'l Cost | Total Cost |
|---|---|---|---|---|
| AGU | 0 | 0 | 0 | 328 A |
| 2001 | 0 | 0 | 0 | 0 |

A) Project budget does not include Phase IV bulk drug development expense (process improvement) of $4.7MM; $326M included in AGU for '14-OH metabolite.

| Domestic Studies | 1st Patient Dosed | Last CRF | R/OSS 2000 AGU Start | End | R/OSS 2001 PLAN Start | End | Study Total | Cost($000) '00 ACT | '01 PLAN | 2001 Fav/(Unf.) vs. AGU |
|---|---|---|---|---|---|---|---|---|---|---|
| Accrual Adjustments - Completed Studies | | | | | | | | (2,629) | 0 | (2,629) |
| Extended Release Once/Day | | | | | | | | | | |
| M99-696  Biaxin XL vs. Augmentin in AECB (300 pat) | 9/99 - 4/00 | | 9/99 - 4/00 | | 9/99 - 4/00 | 3,900 | 1,277 | 0 | 1,277 |
| M99-477  Biaxin XL vs. Levaquin in CAP (replace Trovs 300 pats) | 9/99 - 7/00 | | 9/99 - 7/00 | | 9/99 - 7/00 | 4,000 | 2,333 | 0 | 2,333 |
| M99-693  Biaxin XL +Ceph. IV Step Down study vs Lev. (150 pats) | 1/00 - 12/00 | | 1/00 - 12/00 | | 1/00 - 12/00 | 500 | 357 | 500 | (142) |
| M99-668B  Biaxin XL Immunomodulatory Claim | 1/00 - 12/00 | | 1/00 - 12/00 | | 1/00 - 12/00 | 500 | 527 | 0 | 527 |
| M00-256  Biaxin XL Mucolytic -Private IND Studies (Inv. Init. ; 30 pats.) | 9/00 - 12/01 | | | | 9/00 - 12/01 | 180 | 0 | 180 * | (180) |
| M00-206  Biaxin XL Mucolytic -Private IND Studies (Inv. Init. ; 50 pats.) | 9/00 - 12/01 | | | | 9/00 - 12/01 | 180 | 0 | 180 * | (180) |
| M00-207  Biaxin XL Immunomodulatory -Private IND (Inv. Init. pat. TB | 3/00 - 12/02 | | | | 3/00 - 12/01 | 880 | 0 | 880 * | (880) |
| Note: M00-206, M00-207, M00-208 continuations of M99-668B | | | | | | | | | |
| M00-214  BAL study Label addition for Biaxin XL (45 patients) | 8/00 - 4/01 | | | | 8/00 - 4/01 | 350 | 350 | 0 | 350 |
| TBD  Pertussis Investigator Initiated study (patients TBD) | TBD - TBD | | | | TBD - TBD | 150 | 0 | 150 | (150) |
| N/A  Counter Resistance - Animal in Vitro studies CAP registry | N/A - N/A | | | | N/A - N/A | 500 | 0 | 1,050 | (1,050) |

| International | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| M99-317  PREP/DRSP IR | 11/99 - 8/00 | | 11/99 - 8/00 | | 11/99 - 8/00 | 3,249 | 2,500 | 749 | 1,751 |
| Pediatric (International) | | | | | | | | | | |
| Multiple  AI Ped Once-A-Day | 1/00 - 12/02 | | 1/00 - 12/00 | | 1/00 - 12/02 | 6,707 | 1,300 | 0 | 1,300 |
| Other (International) | | | | | | | | | | |
| Multiple  AI 1 Gram PK Studies | 1/00 - 12/02 | | 1/00 - 12/00 | | 1/00 - 12/02 | 2,790 | 850 | 0 | 850 |
| Multiple  AI Japan 400MG Tablet | 1/00 - 12/00 | | 1/00 - 12/00 | | 1/00 - 12/02 | 3,495 | 1,033 | 0 | 1,033 |
| Multiple  Clari MR | 1/01 - 12/01 | | | | 1/01 - 12/01 | 0 | 0 | 0 | 0 |
| Multiple  Clari OD XL vs. MR | 4/00 - 12/02 | | 4/00 - 12/00 | | 4/00 - 12/02 | 9,056 | 530 | 5705 | (5,156) |
| MECAPP | | | | | | | | 0 | 848 | (848) |
| Italy Vd'enza (Included in Domestic - Immunomodulatory) | | | | | | | | 0 | 0 | 0 |

L:\GROUP\BRORMAPLAN\SR\CLARKEYST.123     0415 PM     31-Jan-01

HIGHLY
CONFIDENTIAL
ABBT 0037549

36

ANTI-INFECTIVE FRANCHISE
KetoSide ABT-773
2001 PLAN KEY STATISTICS
($000)

HIGHLY
CONFIDENTIAL
ABBT 0037550

39

ANTI-INFECTIVE FRANCHISE
QUINOLONE ABT-492
2001 PLAN KEY STATISTICS
($000)

| Indication | 2000 Actual | 2001 PLAN | 2001 PLAN Fav/(Unfav) vs. Actual |
|---|---|---|---|
| Development | 7,063 | 21,341 | (14,278) |
| Milestone Payment (Phase IIA) | 0 | 3,000 | (3,000) |
| Total Quinolone | 7,063 | 24,341 | (17,278) |
| Target | 6,800 | 25,000 | (18,200) |
| Variance Fav/(Unf) vs. target | (263) | 659 | 922 |

| Key Milestones / Assumptions | '00 AGU | '01 PLAN | Status |
|---|---|---|---|
| • INITIATE PHASE I STUDIES | 4Q '00 | 4Q '00 | Complete |
| • INITIATE PHASE IIA SAFETY STUDY | — | 3Q '01 | On target |
| • NDA Filing | 4Q '03 | 4Q '04 | Delayed one year due to funding limitation. |

| PARD | '00 AGU | '01 PLAN | |
|---|---|---|---|
| • Formulation Development | | | |
| IDC Phase II | — | 1/01 | On target |
| PARD Commercial | — | 5/01 | On target |

| Budget (PARD) | '00 AGU | '01 PLAN | Fav/(Unf) |
|---|---|---|---|
| Analytical Development & Support | 225 | 515 | (290) |
| Formulation Development & Support | 274 | 341 | (67) |
| Clinical Finishing | 36 | 10 | 26 |
| Project Mgt. | 59 | 95 | (36) |
| Total | 594 | 961 | (367) |

| Venture Management (Total Department) | | | | CAPD Requirements | | | Pilot Plant | | |
|---|---|---|---|---|---|---|---|---|---|
| • Expense: | | | | AGU | Kgs | Heads | Plant | Personnel | Total Cost |
| $19,628M (increase of $3,964M vs 2000 Actual; includes ABT-492 Milestone payment of $3M) | | | | AGU | 0 | 6.5 | 480 | 595 | A |
| 15.6M Milestone Payment) | | | | 2001 PLAN | 600 | 6.5 | 1652 | 1,470 | 5,762 B |
| • Total Heads = 61, unchanged vs. AGU.  Abbott hd time = 25, unchanged vs. AGU. | | | | A) CAPD Pilot Plant 12 weeks @ $43M/week and 1 person for 8 months | | | | | |
| | | | | B) CAPD Pilot Plant 44 weeks @ $43M/week, 5 headcount @$245M, 600kg of bulk drug. | | | | | |

| | 1st Patient Dosed | Last CRF | RICSS 2000 AGU Start | End | RICSS 2001 PLAN Start | End | Study Total | Cost($000) 2000 Act. | 2001 PLAN | 2001 Fav/(Unfav.) v. 2000 Act. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Phase I** | | | | | | | | | | |
| Single Dose/ Food Effect in Healthy Volunteers (108 pat) | 11/00 | 01/01 | 4Q 2000 | 4Q 2000 | 9/00 | 01/01 | 850 | 680 | 170 | 510 |
| Multiple Rising Doses in Healthy Volunteers (50 patients) | 01/01 | 03/01 | 4Q 2000 | 4Q 2000 | 02/01 | 06/01 | 500 | 0 | 500 | (500) |
| Phase IA / Bio Studies (3 studies) | | | 04/01 | 09/01 | 04/01 | 09/01 | 700 | | 700 | (700) |
| **PHASE I / TOTALS** | | | | | | | 2,050 | 680 | 1,370 | (690) |
| Microbiology Studies | | | | | | | 710 | 0 | 710 | (710) |
| **Phase IIA** | | | | | | | | | | |
| AECB (250 patients) | 09/01 | 04/02 | | | 08/01 | 04/02 | 3,750 | 0 | 2,083 | (2,083) |
| SUBTOTAL PHASE I / PHASE IIA | | | | | | | 6,510 | 680 | 4,163 | (3,483) |
| **Phase II B** | | | | | | | | | | |
| CAP (250 patients) | 11/01 | 07/02 | | | 11/01 | 07/02 | 3,750 | 0 | 837 | (837) |
| Uncomplicated UTI (300 patients) | 01/02 | 09/02 | | | 01/02 | 09/02 | 1,650 | 0 | 0 | 0 |
| Skin and Skin Structure Infection (300 patients) | 01/02 | 12/02 | | | 01/02 | 12/02 | 2,100 | 0 | 0 | 0 |
| **PHASE II B TOTAL** | | | | | | | 7,500 | 0 | 837 | (837) |
| **Total** | | | | | | | 14,010 | 680 | 5,000 | (4,320) |

L:\CSO\P\BROKAW\PLAN\2001\FFF.ppt.123                    10:24 AM

HIGHLY
CONFIDENTIAL
ABBT 0037551

3B

ANTI-INFECTIVE FRANCHISE
OMNICEF
2001 PLAN KEY STATISTICS
($000)

| Indication | 2000 AGU | 2001 PLAN | 2001 PLAN Favf(Unfav) vs. AGU |
|---|---|---|---|
| Development | 0 | 4,843 | (4,843) |
| | 0 | | 0 |
| Total | 0 | 4,843 | (4,843) |
| Target | 0 | 5,000 | (5,000) |
| Variance Favf(Unf) vs. target | 0 | 157 | 157 |

| Key Milestones / Assumptions | '00 AGU | '01 PLAN | Status |
|---|---|---|---|
| • INITIATE ACUTE OTITIS MEDIA STUDY | | 09/01 | On Target |

| PABD | '00 AGU | '00 AGU | Status |
|---|---|---|---|
| • To be defined | | | |

| Budget | '00 APU | '00 AGU | AGU vs APU Favf(Unf) |
|---|---|---|---|
| Clinical Finishing | 0 | 92 | (92) |
| Project Mgt. | 0 | 0 | 0 |
| Total | 0 | 92 | (92) |

Venture Management (Total Department)
• Expense:
  $12.8MM (Increase of $3.5MM vs 2000 Actual; includes ABT-492 Milestone payment of $3MM, $3MM Milestone Payment)
• Total Heads - 61, unchanged vs. AGU, Abbott Toll Size - 39, unchanged vs. AGU.

| CAPD Requirements | Kgs | Heads | Pilot Plant | Personnel | Total Cost |
|---|---|---|---|---|---|
| AGU | 0 | 0 | | 0 | 0 |
| 2001 PLAN | 0 | 0.0 | | 0 | 0 |

| | 1st Patient Dosed | Last CRF | R/OSS 2000 AGU Start | End | R/OSS 2001 PLAN Start | End | Study Total | Cost($000) 2000 AGU | 2001 PLAN | 2001 Favf(Unfav.) vs. AGU |
|---|---|---|---|---|---|---|---|---|---|---|
| Phase IV | | | | | | | | | | |
| Acute Otitis Media 3 Arm 5D QD BID vs. Zithromax (250 pat) | 08/01 | 07/02 | | | 09/01 | 05/02 | 6,000 | | 3,000 | (3,000) |
| PHASE IV TOTALS | | | | | | | 6,000 | | 3,000 | (3,000) |

L:\GROUP\BROWN\PLAN2001\omnkeystLWK4    06:03 PM

HIGHLY 39
CONFIDENTIAL
ABBT 0037552

UROLOGY
KCO ABT-598
2001 PLAN KEY STATISTICS
($000)

| Project | | 2001 Target | 2000 AGU | 2001 PLAN | PLAN vs TARGET Fav/(Unfav) Var |
|---|---|---|---|---|---|
| Project Name | KCO ABT-598 | 4500 | 0 | 4960 | (460) |

**Key Milestones / Assumptions**

| | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|
| First Study | N/A | 11/01 | On target to PLAN |
| Second Study | N/A | 5/02 | On target to PLAN |
| Feasibility of ER Prototype completed | N/A | 11/02 | On target to PLAN |
| Go/No go Decision | N/A | 11/02 | On target to PLAN |

**PARD**

| | 00 AGU | 01 PLAN | |
|---|---|---|---|
| Analytica Dev & Support | ... | 326 | Support Discovery |
| Formulation Dev & Support | ... | 221 | |
| Clinical Finishing | ... | 55 | |
| Project Management Support | ... | 43 | |
| PARD Total | ... | 640 | |

**Total Venture Management**
- Expenses: Plan expense at $1,326.
- Authorized Heads: D-42U headcount at 14, KCO estimated equivalents 5.9

| | 1st Patient Dosed | Last CRF | R/one 2000 AGU Start | End | R/one 2001 PLAN Start | End |
|---|---|---|---|---|---|---|
| 2000 AGU | | | | | 11/01 | 2/02 |
| 2001 PLAN | | | | | 5/02 | 6/02 |

**Discovery Requirements**

| | Kgs | Heads | Cost | |
|---|---|---|---|---|
| | ... | ... | | |
| | ... | ... | | |

| | Total | 00 AGU | Matl Cost | 01 PLAN | Total Cost Variance |
|---|---|---|---|---|---|
| | 760 | 0 | ... | 380 | (380) |

**Clinical Grants**

| Protocol | Study Name | 1st Patient Dosed | Last CRF | R/one 2000 AGU Start | End | R/one 2001 PLAN Start | End |
|---|---|---|---|---|---|---|---|
| **Pre-Phase I** | | | | | | | |
| TBD | SD Escalating Dose | 11/01 | 2/02 | | | 11/01 | 2/02 |
| TBD | Rate of Rise | 5/02 | 6/02 | | | 5/02 | 6/02 |
| **Phase I** | | | | | | | |

**Phase II**

**Phase III**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total | | | | 760 | | 380 | (380) |

24-Jan

HIGHLY
CONFIDENTIAL
ABBT 0037553

ANTI-VIRAL
NORVIR ABT-538
2001 PLAN KEY STATISTICS
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | PLAN vs TARGET Fav(Unfav) Var |
|---|---|---|---|---|
| Venture Programs | 2,000 | 8,530 | 1,790 | 220 |
| Phase-IV Programs | 2,000 | 4,470 | 2,240 | (240) |
| Total | 4,000 | 13,000 | 4,020 | (20) |

**Key Milestones / Assumptions**
- Continue combination studies

| | 00 AGU 2001 | 01 PLAN 2001 | Status (on target, pending or delayed to x) Ongoing |
|---|---|---|---|
| **PARD** | | | |
| - Analytics Dev & Support | 361 | 84 | |
| - Formulation Dev & Support | 299 | 52 | |
| - Clinical Finishing | 893 | 28 | |
| - Project Management Support | 332 | 53 | |
| PARD Total | 1,885 | 217 | |

**Total Venture Management**
Expense: $903M: $283 for Venture $710 for PHASE IV
Authorized Heads: Total 6 Heads; 1 Venture, 6 PHASE IV

**SPD Requirements**

| | Kgs | Heads | Total | 00 AGU Cost | 01 PLAN Cost | Variance |
|---|---|---|---|---|---|---|
| 2000 AGU | ... | ... | 909 | 460 | 0 | 450 |
| 2001 PLAN | | | | | | |
| | | | 3,050 | -60 | 347 | (397) |
| | | | 1,718 | 827 | 340 | 187 |
| | | | 1,888 | 682 | 380 | 202 |
| | | | 2,172 | 1,448 | 0 | 1,448 |
| | | | 8,830 | 2,607 | 1,067 | 1,440 |
| | | | 760 | 0 | 200 | (200) |
| | | | 9,590 | 2,507 | 1,267 | 1,240 |

**Untal Grants**

| Protocol | Study Name | 1st Patient Dosed | Last CRF | Rows 2000 AGU Start | End | Rows 2001 PLAN Start | End |
|---|---|---|---|---|---|---|---|
| **ENTURE STUDIES** | | | | | | | |
| M98-885 | RTV/IDV Combo Study | 7/99 | 12/00 | | | 7/99 | 12/00 |
| **HASE IV STUDIES** | | | | | | | |
| V98-492 | Norvir/Roche Combo | 4/98 | TBD | 4/98 | 12/00 | 4/95 | 07/02 |
| V98-824 | Erica A | 4/00 | TBD | 7/99 | 3/02 | 7/99 | 12/02 |
| V98-019 | Erica B | 4/00 | TBD | 7/99 | 3/02 | 7/99 | 12/02 |
| V98-047 | NICE | 9/99 | TBD | 7/99 | 12/00 | 7/99 | 12/01 |
| TAL PHASE IV STUDIES | | | | | | | |
| **THER STUDIES** | | | | | | | |
| M98-627 | Promethaus - final payment | | | | | | |
| otal | | | | | | | |

2-Jan

HIGHLY
CONFIDENTIAL
ABBT 0037554

ANTIVIRAL
KALETRA ABT-378
2001 PLAN KEY STATISTICS

**Clinical Costs**

**Phase I**

**NEW MOLECULE STUDIES**

**Phase II Program**

**End Markets**

HIGHLY
CONFIDENTIAL
ABBT 0037555

**ONCOLOGY GROUP**
**ATRASENTAN (ABT-627)**
**2001 PLAN KEY STATISTICS**
**($000)**

| Project | 2001 Target | 2000 AGU | 2001 PLAN | PLAN vs Target Fav/(Unfav) Var |
|---|---|---|---|---|
| Endothelin Antagonist | 39,200 | 13,000 | 38,643 | 557 |

**Key Milestones / Assumptions**

| | | Status (on target, pending or delayed to x) |
|---|---|---|
| - Phase III Pivotal Study (M00-211) | | Delayed to 6/01. |
| - Initiate Phase III Pivotal Study #2 (M00-244) | | Delayed to 6/01. |
| - CRc, Bioequivalence and Drug Interactions | | On target |

| PARD | 00 AGU | 01 PLAN | Note |
|---|---|---|---|
| - Analytics Dev & Support | 601 | 1,055 | NDA fees and stability support, plus clinical study |
| - Formulation Dev & Support | 440 | 833 | supply and re-supply. |
| - Clinical Finishing | 67 | 1,019 | |
| - Project Management Support | 69 | 165 | |
| **PARD Total** | **1,156** | **3,602** | |

**Total Venture Management**
- Expenses: $7,246M of $11,712M
- Authorized Heads: 38 Regular and 9 Other

**SPD Requirements**

| | | | | | 00 AGU Cost | | 01 PLAN Cost | |
|---|---|---|---|---|---|---|---|---|
| | Kgs | 2000 AGU | 2001 PLAN | | Inside | Amt Cost | Total Cost | Variance |
| | 30 | | | | | 115 | 350 | |
| | | | | | | | 683 | |

(No bulk deliveries are planned, process justification work continues)

| | | | F/cme 2000 AGU | | F/cme 2001 PLAN | | | SPD Requirements | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clinical Grants | 1st Patient Dosed | Last Enr | Start | End | Start | End | Kgs | Inside | 2 | Total | 00 AGU Amt Cost | 01 PLAN Cost | Variance |
| | | | | | | | | | | | | | |
| **Phase II** | | | | | | | | | | | | | |
| M99-594 European PCa Study | 2/98 | TBD | 8/97 | 12/98 | 8/97 | 12/00 | | | | 9,858 | --- | --- | --- |
| M97-729 Open Extension of 500 & 594 | 4/98 | TBD | 1/98 | 12/00 | 1/98 | 12/00 | | | | 3,200 | --- | --- | --- |
| Clin Pharm QTc | 4/01 | 8/01 | 4/01 | n/a | 4/01 | 12/01 | | | | 0 | --- | 281 | (281) |
| Clin Pharm Bioequivalence | 8/01 | 8/01 | 8/01 | n/a | 8/01 | 12/01 | | | | 0 | --- | 321 | (321) |
| Clin Pharm Drug Interaction - Mirtazapine | 1Q/02 | 2Q/01 | n/a | n/a | 1Q/02 | 3Q/02 | | | | 0 | --- | --- | --- |
| Clin Pharm Drug Interaction - Ketoconazole | 1Q/02 | 2Q/01 | n/a | n/a | 1Q/02 | 3Q/02 | | | | 0 | --- | --- | --- |
| Clin Pharm Drug Interaction - Fexofenadine | 4/01 | 8/01 | n/a | n/a | 4/01 | 9/01 | | | | 182 | --- | 182 | (182) |
| Clin Pharm Drug Interaction - Rifampin | 1Q/02 | 2Q/01 | n/a | n/a | 1Q/02 | 3Q/02 | | | | 0 | --- | --- | --- |
| **Phase III** | | | | | | | | | | | | | |
| M00-211 Phase III Pivotal #1 | 6/01 | 8/03 | 12/00 | 8/03 | 12/00 | 1/04 | | 1,850 | | 39,338 | 1,850 | 12,420 | (10,470) |
| M00-244 Phase III Pivotal #2 | 6/01 | 12/04 | --- | --- | 6/01 | 12/04 | | | | 85,000 | --- | 5,698 | (5,698) |
| M00-255 M00-211 & M00-244 LT Extention | TBD | TBD | --- | --- | 10/01 | 12/04 | | | | 11,000 | --- | 846 | (846) |
| TBD Compassionate Use | TBD | TBD | --- | --- | 7/01 | 12/04 | | | | 2,000 | --- | 286 | (286) |
| | | | | | | | | | | | | | |
| Less Clin Pharm studies | | | | | | | | | | (784) | | (784) | 784 |
| | | | | | | | | | | | | | |
| **Total** | | | | | | | | 1,850 | | 100,384 | 1,950 | 19,252 | (17,302) |

28-Jan

HIGHLY
CONFIDENTIAL
ABBT 0037556

Deposition Exhibit 22

P's Exhibit MB

Part 2

ONCOLOGY GROUP
TSP (ABT-510)
2001 PLAN KEY STATISTICS
($000)

| Test | | | 2001 Target | 2000 AGU | 2001 PLAN | | PLAN vs Target Fav/(Unfav) Var |
|---|---|---|---|---|---|---|---|
| ntiangiogenesis Thrombospondin | | | 9,000 | 6,600 | 9,981 | | (981) |

**Milestones / Assumptions**

| | 01 PLAN | | Status (on target, pending or delayed (o x) |
|---|---|---|---|
| tiate Phase I Multiple Dose Study | 2/01 | | Delayed - Accommodae European Ethics Committee |
| re-IND Meeting | 2Q/01 | | On Target |
| tiate IND Study | 8/01 | | On Target |

**RD**

| | 00 AGU | 01 PLAN | Total |
|---|---|---|---|
| nalytics Dev & Support | 391 | 626 | |
| ormulation Dev & Support | 211 | 355 | |
| linical Finishing | 74 | 105 | |
| roject Management Support | 86 | 105 | |
| PARD Total | 762 | 1,150 | |

**al Venture Management**
xpense: $825M of $11,712M
uthorized Heads: 36 Regular and 9 Other

| | | | R/oss 2000 AGU | | | R/oss 2001 PLAN | | SPD Requirements | | Cost | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st Patient Dosed | Last CRF | Start | End | Start | End | Kgs | Heads | Total | 00 AGU Mat'l Cost | 01 PLAN Total Cost |
| 2000 AGU | | | | | 10/00 | 11/01 | 7 | 5 | | 460 | 2,538 |
| 2001 PLAN | | | | | | | | | | | |

**Clinical Grants**

| tage / | | 1st Patient Dosed | Last CRF | Start | End | Start | End | Total | Heads | Mat'l Cost | Total Cost | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100-163 | Multiple Dose In Cancer Patients | 2/01 | 11/01 | 9/00 | 5/01 | 10/00 | 11/01 | 1,236 | 700 | | 972 | (272) |
| /A | University of Texas - Dr. Fidler | ... | ... | 5/00 | 3/01 | 3/01 | 3/01 | 300 | 225 | | 81 | 144 |
| /A | University of Texas - Dr. Fidler | ... | ... | ... | ... | 4/01 | 2/02 | 300 | ... | | 216 | (216) |
| BD | IND Study | 8/01 | 1/02 | ... | ... | 8/01 | 1/02 | 400 | ... | | 350 | (350) |
| otal | | | | | | | | 2,236 | 925 | | 1,621 | (696) |

0-Jan

44

HIGHLY
CONFIDENTIAL
ABBT 0037557

ONCOLOGY GROUP
MMPI #2 (ABT-518)
2001 PLAN KEY STATISTICS
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | PLAN vs Target Fav(Unfav) Var |
|---|---|---|---|---|
| Matrix Metalloproteinase Inhibitor | 7,000 | 5,000 | 7,382 | (382) |

**Key Milestones / Assumptions**

| | 00 AGU | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|---|
| - Initiate Phase I Multiple Dose Study | 10/00 | 1/01 | Delayed - due to safety related protocol revisions |
| - Pre-IND Meeting | -- | 2/2001 | On Target |
| - Initiate IND Study | -- | 8/01 | On Target |

**PARD**

| | 00 AGU | 01 PLAN | Note: |
|---|---|---|---|
| - Analytics Dev & Support | 276 | 546 | Clinical Supplies for Phase I tbd |
| - Formulation Dev & Support | 235 | 355 | |
| - Clinical Finishing | 78 | 55 | |
| - Project Management Support | 61 | 74 | |
| PARD Total | 648 | 1,031 | |

**Total Venture Management**
- Expense: $804M of $11,712M
- Authorized Heads: 38 Regular and 9 Other

**SPD Requirements**

| | R/oss 2000 AGU | | R/oss 2001 PLAN | | SPD Requirements | | Cost | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Start | End | Mgr | Heads | 00 AGU Mnt Cost | 01 PLAN Total Cost | Variance |
| 2000 AGU | 10/00 | 12/00 | 11/00 | 1/02 | 1/02 | ... | 980 375 | ... 768 | (393) |
| 2001 PLAN | ... | ... | 6/01 | 1/02 | 1/02 | ... | 400 ... | ... 350 | (350) |

**Clinical Grants**

| | Phase I | 1st Patient Dosed | Last CRF | R/oss 2000 AGU Start | End | R/oss 2001 PLAN Start | End | Total | 00 AGU | 01 PLAN | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M00-235 | Multiple Dose in Cancer Patients | 2/01 | 1/02 | 10/00 | 12/00 | 1/00 | 1/02 | 980 | 375 | 768 | (393) |
| TBD | IND Study | 8/01 | 1/02 | ... | ... | 6/01 | 1/02 | 400 | ... | 350 | (350) |

| Total | | | | | | | | 1,380 | 375 | 1,118 | (743) |

30-Jan

HIGHLY
CONFIDENTIAL
ABBT 0037558

ONCOLOGY GROUP
ANTI-MITOTIC *8504* (ABT-751)
2001 PLAN KEY STATISTICS
($000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | PLAN vs Target Fav(Unfav) Var |
|---|---|---|---|---|
| Anti-Mitotic | 10,000 | 3,000 | 8,331 | 1,669 |

**Key Milestones / Assumptions**

| | 01 PLAN | Status (on target, pending or delayed to x) |
|---|---|---|
| Delivery of Clinical Supplies | 4/01 | Delayed - due to Pilot Plan limitations |
| Initiate Phase I Multiple Dose Study | 6/01 | On Target |
| Pre-IND Meeting | 4/01 | On Target |
| Initiate Phase II Safety & Efficacy | 2/02 | On Target |

**R&D**

| | 01 PLAN | 00 AGU | Note |
|---|---|---|---|
| Analytics Dev & Support | 630 | | Development of Phase II formulation, pending encouraging |
| Formulation Dev & Support | 432 | | MTD results. |
| Clinical Finishing | 112 | | |
| Project Management Support | 126 | | |
| R&D Total | 1,300 | | |

**Venture Management**
Expense: $2,812M of $11,712M
Authorized Heads: 36 Regular and 6 Other

**SPD Requirements**

| | Kgs | Heads | | Cost | | | |
|---|---|---|---|---|---|---|---|
| | | Total | 60 AGU | Mat'l Cost | Total Cost | 01 AGU | 01 PLAN | Variance |
| 2000 AGU | 10 | 900 | | | | 675 | (675) |
| 2001 PLAN | 3 | 400 | | 250 | 1,172 | 350 | (350) |

**Clinical Grants**

| | | 1st Patient Dosed | Last CRF | R/ase 2000 AGU Start | End | R/ase 2001 PLAN Start | End | Heads Total |
|---|---|---|---|---|---|---|---|---|
| **Phase I** | | | | | | | | |
| M00-231 | Multiple Dose In Cancer Patients | 6/01 | 3/02 | | | 4/01 | 3/02 | 900 |
| M00-xxx | IND Study | 6/01 | 1/02 | | | 6/01 | 1/02 | 400 |
| **Phase II** | | | | | | | | |
| TBD | Safety & Efficacy #1 | 2/02 | 11/02 | | | 1/02 | 11/02 | 1,000 |
| TBD | Safety & Efficacy #2 | 2/02 | 11/02 | | | 1/02 | 11/02 | 1,000 |
| TBD | Safety & Efficacy #3 | 2/02 | 11/02 | | | 1/02 | 11/02 | 1,000 |
| TBD | Safety & Efficacy #4 | 2/02 | 11/02 | | | 1/02 | 11/02 | 1,000 |
| TBD | Safety & Efficacy #5 | 2/02 | 11/02 | | | 1/02 | 11/02 | 1,000 |
| TBD | Safety & Efficacy #6 | 2/02 | 11/02 | | | 1/02 | 11/02 | 1,000 |
| Total | | | | | | | | 7,300 |

| | Total Cost | 01 PLAN | Variance |
|---|---|---|---|
| | 1,172 | 1,025 | (1,025) |

30-Jan

HIGHLY CONFIDENTIAL ABBT 0037559

4/6



# R&D Spending by Phase

Legend: 2000 Actuals / 2001 Plan

PC/Ph I
- TSP (ABT-510)
- MMPI (ABT-518)
- Anti-Mitotic (ABT-751)
- KCO (ABT-598)

Ph II
- CCM (ABT-594)
- Quinolone (ABT-492)

Ph III
- Ketolide (ABT-773)
- Endothelin (ABT-627)
- Kaletra Ph III

Ph IV
- Depakote
- Biaxin
- Norvir
- Kaletra Ph IV

Values shown on chart: PC/Ph I = 33, Ph II = 34, Ph III = 173, Ph IV = 64

47

HIGHLY
CONFIDENTIAL
ABBT 0037560

48

## Global Pharmaceutical Research & Development Funding by Phase 2001 PLAN

| | 2000 Actuals | 2001 PLAN |
|---|---|---|
| **Preclinical/Phase I** | | |
| CI-041 | 2.7 | 1.2 |
| ABT-089 (formerly CI-CH4) | 1.8 | 0.6 |
| ABS-103 | | |
| NPB-177B | 7.1 | |
| Quinolone | 2.8 | |
| Neuramidase | | 5.0 |
| KCO | | 10.0 |
| TBP #1 | 7.0 | 10.0 |
| MMPI | 5.6 | 7.4 |
| Anti-Allede | 3.9 | 8.4 |
| K-5 | 1.0 | |
| **Subtotal PCP/Phase I** | 31.7 | 23.8 |
| **Phase II** | | |
| ABT-594 | 14.3 | 9.3 |
| Ketolide | 95.9 | |
| Quinolone | | 24.5 |
| NS-49 | 1.9 | |
| Endothelin | 16.6 | |
| **Subtotal Phase II** | 88.6 | 33.8 |
| **Phase III** | | |
| Ketolide | 16.6 | 80.0 |
| BPH Backup | 31.5 | 2.3 |
| Kaletra | 80.8 | 44.2 |
| Cyclosporine | 13.8 | |
| Endothelin | | |
| **Subtotal Phase III** | 144.4 | 173.3 |
| **Phase IV** | | |
| Depakote | 33.6 | 24.1 |
| Gabitril | | 1.4 |
| Hydrocodone | | 4.0 |
| Clarithromycin | 23.4 | 14.9 |
| Omnicef | | 4.9 |
| Fenofibrate | 2.2 | 1.4 |
| Rifamate | 10.1 | 4.0 |
| Kaletra | | 0.6 |
| Cyclosporine | | 2.5 |
| **Subtotal Phase IV** | 69.3 | 44.0 |
| **Other** | | |
| Discovery | 190.6 | 192.0 |
| Global Other | 24.4 | 86.1 |
| **Subtotal Other** | 238.6 | 276.1 |
| **Affordability** | | (4.4) |

*Excluding Other Divisions

HIGHLY

CONFIDENTIAL
ABBT 0037561

# Target Detail/ Book Pages to PPD

HIGHLY
CONFIDENTIAL
ABBT 0037562

49

**2001 PLAN**
**Global Pharmaceutical Research & Development**
**R&D/Medical Expenses Summary**
**($000)**

| | 2000 Actual | 2000 AGU | 2001 PLAN | 2001 PLAN Fav/(Unfav) vs 2000 AGU | Memo: Global R&D |
|---|---|---|---|---|---|
| Discovery | 190,618 | 184,760 | 192,000 | (7,250) | 192,000 |
| Global Development | 313,302 | 318,585 | 328,307 | (9,742) (A) | 328,307 |
| Domestic Development | 55,441 | 55,183 | 61,729 | 3,454 | |
| Gross PPD | 559,361 | 558,498 | 572,036 | (13,538) | 520,307 |
| | | | | | |
| TAP and Sister Division | 65,275 | 67,809 | 57,348 | 10,461 | |
| | | | | | |
| Total Gross Expense | 624,636 | 626,307 | 629,384 | (3,077) | 208,124 |
| Net PPD | 375,563 | 374,730 | 385,307 | (10,837) | |
| | | | | | |
| Expense by Classification: | | | | | |
| Salaries/Fringe/Contract | 204,133 | 207,042 | 222,483 | (15,441) | |
| Travel/Meetings | 8,462 | 7,800 | 8,327 | (527) | |
| Other Employee Related | 9,274 | 8,999 | 9,901 | (902) | |
| MIS | 5,074 | 5,074 | 5,074 | --- | |
| Corp Allocation | 21,889 | 21,894 | 22,924 | (1,030) | |
| Other | 375,834 | 379,140 | 370,439 | 8,701 (A) | |
| Affordability | --- | (3,642) | (9,764) | 6,122 | |
| | | | | | |
| Total Expense | 624,636 | 626,307 | 629,384 | (3,077) | |

Commentary:
(A) Primarily due to increased support for Quinolone, Ketolide and Endothelin.

HIGHLY

CONFIDENTIAL
ABBT 0037563

50

**2001 PLAN (FINAL)**
**PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT**
**GLOBAL/DOMESTIC SPLIT**
**($MM)**

| FRANCHISES | Actuals through 2000 SENIOR | PPD | 2000 AGU SENIOR | PPD | 2001 PLAN SENIOR | PPD | PLAN vs AGU FAV/(UNF) SENIOR | PPD |
|---|---|---|---|---|---|---|---|---|
| **NEUROLOGY** | | | | | | | | |
| Depakote | 170.9 | 179.9 | 30.4 | 30.4 | 24.1 | 24.1 | 6.3 | 6.3 |
| Gabitril | 130.5 | 123.9 | 2.0 | 1.8 | 1.4 | 1.3 | 0.6 | 0.5 |
| ABT-594 (formerly CCM) | 62.2 | 37.5 | 14.4 | 6.6 | 8.3 | 8.6 | 6.1 | 3.0 (A) |
| COX-1 | 2.7 | 1.0 | 4.0 | 2.4 | 0.7 | 0.7 | 2.8 | 1.7 |
| ABT-089 (formerly CNCM) | 4.0 | 1.0 | 3.0 | 1.6 | 0.6 | 0.4 | 2.4 | 1.4 |
| ABS-103 | --- | --- | --- | --- | --- | --- | --- | --- |
| HP-5-178 | --- | --- | --- | --- | --- | --- | --- | --- |
| RP Scherer / Alza (Hydrocodone) | --- | --- | --- | --- | 4.0 | 5.0 | (4.0) | (5.0) |
| **Subtotal NEUROLOGY** | 342.3 | 343.7 | 53.8 | 48.0 | 40.8 | 39.1 | 13.2 | 8.9 |
| **ANTI-INFECTIVE** | | | | | | | | |
| Clarithromycin | 393.6 | 239.3 | 28.4 | 15.8 | 14.9 | 8.0 | 11.6 | 8.9 |
| Motrin | 133.9 | 92.3 | 74.1 | 44.5 | 68.0 | 52.6 | (13.9) | (8.3) (C) |
| Amide Task | | | (7.0) | (4.2) | | | (7.0) | (4.2) |
| Quinolone | 11.6 | 7.0 | | | | | | |
| Neuraminidase | | | 24.5 | 4.1 | 24.5 | 14.7 | (17.7) | (10.5) (D) |
| Omnicef | | | 2.5 | 1.8 | | | 2.5 | 1.8 |
| **Subtotal ANTI INFECTIVE** | 539.0 | 338.6 | 103.5 | 61.7 | 133.3 | 81.5 | (29.8) | (18.5) |
| **UROLOGY/CARDIOLOGY** | | | | | | | | |
| BPH Backup | 65.7 | 61.4 | 34.0 | 20.4 | 2.3 | 1.1 | 31.7 | 19.0 (B) |
| Fenofibrate (Fournier) | 14.1 | 14.1 | 1.0 | 1.0 | 1.4 | 1.4 | (0.4) | (0.4) |
| Nippon Shinyaku (NS48) | 12.3 | 7.4 | 2.7 | 2.2 | | | 2.7 | 2.2 |
| NCO | | | | | 5.0 | 4.0 | (5.0) | (4.0) |
| **Subtotal UROLOGY/CARDIOLOGY** | 113.1 | 72.9 | 37.7 | 23.6 | 8.7 | 6.6 | 29.0 | 16.8 |
| **HIV** | | | | | | | | |
| Ritonavir | 290.3 | 178.6 | 13.0 | 7.8 | 4.0 | 2.4 | 9.0 | 5.4 |
| Kaletra | 216.7 | 128.4 | 78.5 | 46.7 | 61.0 | 30.6 | 25.5 | 16.1 (E) |
| Cyclosporine | 81.0 | 56.5 | 11.7 | 8.4 | 2.6 | 1.5 | 9.2 | 8.9 |
| **Subtotal HIV** | 576.0 | 344.5 | 101.3 | 62.9 | 67.5 | 34.5 | 43.7 | 28.4 |
| **CANCER** | | | | | | | | |
| Xinlay | 68.4 | 57.6 | 13.0 | 7.8 | 38.8 | 23.3 | (25.8) | (15.5) (C) |
| Endothelin | 11.0 | 8.5 | 8.8 | 4.0 | 10.0 | 6.0 | (2.4) | (2.0) |
| TSP-#1 | 5.8 | 3.1 | 6.0 | 3.0 | 7.4 | 4.4 | (2.4) | (1.4) |
| Methotrexate | 3.9 | 2.3 | 6.0 | 4.0 | 8.4 | 5.0 | (2.4) | (0.2) |
| Anti-Mitotic | | | | | | | | |
| K-3 | | | | | | | | |
| FTI #2 | 1.0 | 0.6 | 1.0 | 0.8 | | | 1.0 | 0.8 |
| **Subtotal CANCER** | 117.8 | 70.7 | 31.6 | 20.2 | 64.6 | 38.7 | (33.0) | (18.6) |
| Other New Products | n/a | n/a | | | | | | |
| Other | n/a | n/a | 60.5 | 62.6 | 89.1 | 78.7 | (36.6) | (25.2) (C) |
| Affordability | n/a | n/a | (3.6) | (2.2) | (6.8) | (5.9) | 6.2 | 3.7 |
| **Total Development** | n/a | n/a | 373.6 | 283.6 | 380.0 | 270.3 | (9.3) | (4.4) |
| **Discovery** | n/a | n/a | 184.8 | 110.0 | 192.0 | 115.2 | (7.3) | (4.3) |
| **Total Grows/Net PPD** | n/a | n/a | 558.4 | 374.7 | 572.0 | 385.5 | (13.6) | (10.1) |

**Comments:**
(A) Funding assumes No Go decision at 2/0 2001 decision point
(B) BPH Backup project was killed 10/00 and reflects shut down expenses in 2001
(C) Reflects higher costs associated with Phase III
(D) Reflects higher costs associated with Phase II
(E) Decrease reflects year 2000 launch

HIGHLY CONFIDENTIAL
ABBT 0037564

51

PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT
GLOBAL AT SPLIT
($MILLIONS)

| | 2000 PLAN | | 2001 PLAN | |
|---|---|---|---|---|
| | Global | Domestic | Global | Domestic |
| **NEUROLOGY** | | | | |
| Depakote | | | | |
| Gabitril | 9.5 | 25.7 | | 24.1 |
| ABT-594 (formerly CCN) | 14.0 | 1.5 | 9.5 | 1.6 |
| Cerol | | | 1.2 | |
| ABT-089 (formerly Ock24) | | | 8.1 | 0.6 |
| ABS-102 | | | 0.6 | |
| M95-STM | | | | |
| RF Saharo / Atto (Hydrocodone) | | | | |
| | 13.5 | 2.72 | 11.7 | 27.7 |
| **ANTI-INFECTIVE** | | | | |
| Clarithromycin | 27.0 | | 14.9 | |
| Erythro | 73.3 | | 88.0 | |
| Quinolone | 14.0 | | 24.3 | |
| Immunidifase | 5.6 | | | |
| Omnicef | | | | |
| | 119.1 | | 127.6 | |
| **UROLOGY/CARDIOLOGY** | | | | |
| BPH Backup | 33.0 | 2.8 | 3.3 | 1.6 |
| Trilar (TneZlyno) | | 5.2 | | |
| Mibpus Mibrelyn (105-69) | 3.5 | | | |
| XCO | | | | |
| | 43.1 | 2.9 | 5.9 | 1.6 |
| **HIV** | | | | |
| Ritonavir | 13.0 | 4.1 | 4.0 | |
| Kaleus | 76.4 | | 51.0 | |
| Cyclosprine | 2.5 | | 2.3 | |
| | 91.5 | 4.1 | 57.3 | |
| **CANCER** | | | | |
| Sctulabile | 6.0 | | 31.6 | |
| MetDopamus (S&EP7) | 5.6 | | 7.6 | |
| Farnyltransferase (FTI) #2 | 3.8 | | | |
| TEF #1 | 5.9 | | 10.0 | |
| TEF #2 | 1.0 | | | |
| Anti-Subset | 5.9 | | 8.4 | |
| XI | | | | |
| | 31.6 | | 44.6 | |
| Other/New Products | 7.2 | | | |
| Gloat | 52.5 | 14.1 | 48.7 | 13.2 |
| Total Development | 357.8 | 61.8 | 346.8 | 83.5 |
| Discovery | 145.0 | | 192.0 | |
| Total PPD (Without Risk) | 562.8 | 61.6 | 538.8 | 83.6 |
| Risk/Desirability | (43.3) | (3.3) | (8.3) | (1.3) |
| Total PPD (With Risk) | 497.3 | 58.3 | 678.3 | 31.7 |
| At Split as Calculated @ 49% | 199.8 | | 206.1 | |
| At Split (at 50% | 183.1 | | 186.7 | |
| Upside/(Dwn) Change | 15.0 | | 21.6 | |

Note: +ADA = technical/achieve transfer in 2001 deferred

Back II EDV was 519R.673
Po in EFF to Otc.v. A. self pay = 212,200 Jan
518R.673 - 412,200 = 5186,470
200,120 - 186,670 = 21.69 A.L. Underdogs



HIGHLY
CONFIDENTIAL
ABBT 0037565

PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT

| | Corporate Submission | Final 2001 PLAN | Final vs. Corp Sub Incl(Dec) |
|---|---|---|---|
| **NEUROSCIENCE** | | | |
| Depakote | 28.0 | 24.1 | (1.9) |
| Gabitril | 8.8 | | 1.4 |
| ABT-594 | 3.0 | 0.3 | 0.4 |
| COX-II | 3.0 | 1.2 | (1.8) |
| ABT-080 | 7.0 | 0.6 | (6.4) |
| ABS-103 | 3.3 | | (3.3) |
| NPS-1776 | 3.7 | | (3.7) |
| RP Scherer / Alza | 4.0 | 4.0 | --- |
| Subtotal NEUROLOGY | 65.8 | 40.8 | (18.3) |
| **ANTI-INFECTIVE** | | | |
| Clarithromycin | 20.0 | 14.9 | (5.1) |
| Ketolide | 91.0 | 88.0 | (3.0) |
| Quinolone | 25.0 | 24.5 | (0.5) |
| Neuraminidase | | | |
| Omnicef | 6.0 | 4.9 | (0.1) |
| Subtotal ANTI INFECTIVE | 141.0 | 132.3 | (8.7) |
| **UROLOGY/CARDIOLOGY** | | | |
| BPH Backup | 25.4 | 2.3 | (23.1) |
| Ferrofibrate (Fournier) | 4.0 | 1.4 | (2.6) |
| Nippon Shinyaku (NS4d) | | | |
| KCO | 6.0 | 5.0 | (1.0) |
| Subtotal UROLOGY/CARDIOLOGY | 35.4 | 6.7 | (28.7) |
| **HIV** | | | |
| Ritonavir | 4.0 | 4.0 | |
| Kaletra | 41.5 | 51.0 | 9.6 |
| Cyclosporine | 2.0 | 2.5 | 0.5 |
| Subtotal HIV | 47.5 | 57.5 | 10.0 |
| **CANCER** | | | |
| Endothelin | 23.0 | 38.8 | 15.8 |
| TSP #1 | 9.0 | 10.0 | 1.0 |
| Metalloproteinase | 7.0 | 7.4 | 0.4 |
| Anti-Mitotic | 10.0 | 8.4 | (1.6) |
| K-6 | 8.8 | | (8.8) |
| FT #2 | 4.1 | | (4.1) |
| Subtotal CANCER | 61.9 | 64.6 | 2.7 |
| Other New Products | 7.6 | 85.1 | 7.6 |
| Other | (25.1) | (9.8) | 15.3 |
| Affordability | | | |
| Total Development | 385.1 | 380.0 | (15.1) |
| Discovery | 107.0 | 102.0 | (5.0) |
| Total Gross PPD | 492.1 | 472.0 | (20.1) |
| TAP & Sister Division | 69.2 | 67.4 | (1.8) |
| Total Gross | 561.3 | 539.4 | (21.9) |

52

HIGHLY
CONFIDENTIAL
ABBT 0037566

** GIVEN TO McENTEE/McENROY CONSULTING ON 2/22/2001 **

53

## Preliminary
### Pharmaceutical Research & Development
### Expense Breakdown
### 2001 PLAN

Needs to Be Reviewed By Management

| FRANCHISES | Strategic Mandatory R&D Program | Grants | BPD Direct Costs | Other Variable Costs* | Other Fixed Costs** | 2001 PLAN Targets | Potential Expense Savings* | Strategic Mandatory R&D Expense | Total Expense Savings |
|---|---|---|---|---|---|---|---|---|---|
| **NEUROLOGY** | | | | | | | | | |
| Depakote | Yes | 9.4 | -- | 7.3 | 7.4 | 24.1 | 16.7 | (16.7) | -- |
| Gabitril | Yes | 0.8 | -- | 0.7 | 0.7 | 2.1 | 0.7 | (0.7) | -- |
| ABT-594 (formerly DDM) | Yes | 1.1 | -- | 4.1 | 4.1 | 9.3 | 0.6 | (0.2) | -- |
| COX-II | Yes | 0.1 | -- | 0.5 | 0.6 | 1.2 | 0.6 | (0.6) | -- |
| ABT-089 (formerly DXCM) | Yes | -- | -- | 0.3 | 0.3 | 0.6 | 0.3 | (0.3) | -- |
| ABS-103 | No | -- | -- | -- | -- | -- | -- | -- | -- |
| NPS-1776 | No | -- | -- | -- | -- | -- | -- | -- | -- |
| PIF Gabitril / Abs (Hydrocodone) | Yes | -- | -- | 2.0 | 2.0 | 4.0 | 2.0 | (2.0) | -- |
| **Subtotal NEUROLOGY** | | 10.8 | -- | 14.5 | 16.1 | 40.5 | 18.5 | (18.5) | -- |
| **ANTIINFECTIVE** | | | | | | | | | |
| Clarithromycin | Yes | 2.6 | 4.0 | 4.0 | 4.0 | 14.0 | 10.0 | (10.0) | -- |
| Keoflde | No | 47.4 | 9.4 | 16.6 | 15.6 | 88.0 | 72.4 | -- | 72.4 |
| Clindoxine | No | 6.0 | 2.4 | 6.6 | 8.6 | 24.5 | 15.9 | (15.9) | -- |
| Hexamethidase | No | -- | -- | -- | -- | -- | -- | -- | -- |
| Omnicef | No | 3.0 | -- | 0.9 | 1.0 | 4.9 | 3.9 | (3.9) | 3.9 |
| **Subtotal ANTIINFECTIVE** | | 59.3 | 15.8 | 29.0 | 29.2 | 133.3 | 101.1 | (34.6) | 78.3 |
| **UROLOGY/CARDIOLOGY** | | | | | | | | | |
| BPH Backup | Yes | -- | -- | 1.1 | 1.2 | 3.3 | 1.1 | (1.1) | -- |
| Fenofibrate (Fournier) | Yes | -- | -- | 0.7 | 0.7 | 1.4 | 0.7 | (0.7) | -- |
| Nippon Shinyaku (NS34) | No | -- | -- | -- | -- | -- | -- | -- | -- |
| NCD | No | 0.4 | -- | 4.1 | 4.3 | 6.0 | 2.7 | -- | 2.7 |
| **Subtotal UROLOGY/CARDIOLOGY** | | 0.4 | -- | 4.1 | 4.2 | 8.7 | 4.6 | (1.8) | 2.7 |
| **HIV** | | | | | | | | | |
| Ritonavir | Yes | 1.2 | -- | 1.4 | 1.4 | 4.0 | 2.6 | (2.0) | -- |
| Kaletra | Yes | 22.6 | -- | 14.2 | 14.2 | 51.0 | 38.6 | (36.6) | -- |
| Cytopropine | Yes | 1.0 | -- | 0.7 | 0.8 | 2.5 | 1.7 | (1.2) | -- |
| **Subtotal HIV** | | 14.8 | -- | 16.3 | 16.4 | 57.5 | 41.3 | (41.1) | -- |
| **CANCER** | | | | | | | | | |
| Endothelin | No | 19.3 | 0.2 | 9.6 | 8.7 | 38.8 | 29.1 | (29.1) | 8.8 |
| TBP #1 | No | 1.6 | -- | 4.2 | 4.2 | 10.0 | 8.8 | -- | 8.8 |
| Metalloprotease | No | 1.1 | -- | 3.1 | 3.2 | 7.4 | 4.2 | -- | 4.2 |
| Acid-Mimic | No | 1.1 | 0.3 | 3.5 | 3.3 | 8.4 | 4.9 | -- | 4.9 |
| K-5 | No | -- | -- | -- | -- | -- | -- | -- | -- |
| FTI #2 | No | -- | -- | -- | -- | -- | -- | -- | -- |
| **Subtotal CANCER** | | 23.1 | 0.5 | 20.4 | 20.8 | 64.8 | 44.0 | (29.1) | 14.9 |
| Other New Products | No | 0.8 | 0.8 | 42.3 | 42.4 | 86.1 | 43.7 | (0.7) | |
| Other | Yes | -- | -- | (4.9) | (4.9) | (9.8) | (4.9) | 4.9 | |
| Affordability | Yes | | | | | | | | |
| **Total Development** | | 116.0 | 16.6 | 123.1 | 123.0 | 340.2 | 237.0 | (162.1) | 83.9 |
| Discovery | Yes | 0.4 | 0.4 | 96.8 | 96.8 | 192.0 | 98.2 | (98.2) | -- |
| **Total Gross PPD** | | 116.5 | 17.3 | 217.9 | 216.4 | 975.6 | 335.2 | (260.3) | 83.9 |

* Calculated using the rationale that 80% of remaining costs could be cut via headcount reductions, PPD material reductions, lab supplies, etc.

** Includes all costs that are considered variable (Grants, BPD Direct Costs, and Other Variable Costs).

HIGHLY CONFIDENTIAL ABBT 0037567

Pharmaceutical Products Division – R&D
Summary of R&D Projects
2001 PLAN

| Project/Description | Cost thru 2000 | 2000 Actual | 2001 PLAN | Cost until NDA 2002 and forward |
|---|---|---|---|---|
| **Depakote**<br>Development programs to enhance the Depakote/Depenate product position in the treatment of epilepsy, prevention of migraine headaches and the treatment of manic episodes associated with bipolar disorder. This includes a new extended release formulation in each of three treatment areas and studies to expand the market for treating impulsive aggression, psychosis, elderly agitation, a comparator study with Lilly's anti-psychotic drug, Zyprexa, and bipolar in pediatric mania. Additionally, the Depacon Rapid Infusion Study will assess the safety of rapidly loading Depacon in patients with Epilepsy. Two new formulations are being developed - 250 mg ER tablet and ER Sprinkle DSR. | $179.9 | $33.6 | $24.1 | N/A |
| **ABT-594** [Milestone: Go/No Go Clinical Efficacy, 2Q01, NDA Date: 2Q03]<br>ABT-594 is a novel agonist, non-NSAID analgesic that is a potent and selective neuronal nicotinic receptor modulator. It is effective across all pain conditions; nociceptive pain and neuropathic pain. Preclinical data shows ABT-594 to be 30 to 100 times more potent and equally efficacious to morphine in treating nociceptive in acute pain model and without the benefit of neuropathic pain. ABT-594 has a unique mechanism of action which may encourage use in combination with other analgesics as well as monotherapy. Indicated for the management of neuropathic pain associated with diabetic polyneuropathy. Indication or publication for specific chronic nociceptive and/or neuropathic pain condition (e.g. OA). Oral formulation expected. Dosing schedule to be determined. | $62.2 | $14.3 | $9.3 | $71.0 |
| **ABT-089** [Milestone: Transition Team Go/No Go, 2Q01]<br>ABT-089 is a potent neuronal nicotinic receptor modulator with cognition enhancing activity in rodent and plasma preclinical models of cognitive dysfunction. It does not appear to have selective like dependence liability or abuse. ABT-089 may be the second non-scheduled, non-stimulant product for the ADHD market. Oral formulation and QD dosing expected. | $1.6 | $1.6 | $0.6 | $102.3 |
| **Clarithromycin**<br>The NDA for clarithromycin extended release (Biaxin XL) was approved March 3, 2000. New studies planned for the U.S. include Asthma and Cystic Fibrosis. International Projects for 2001 include OD XL, exploration studies and the Japan 400mg tablet. | $393.8 | $23.5 | $14.9 | N/A |
| **Ketolide (ABT-773)** [Milestone: Phase III CAP/ARS dose range date 1Q01, Tablet NDA 3Q03]<br>ABT-773 is a potent ketolide with strong activity against most macrolide resistant strains while also maintaining the broad spectrum coverage of clarithromycin. Product will be available as tablet followed by a pediatric suspension and injectable form dependent on timing of funding. ABT-773 will address the major unmet medical needs of increasing resistance to current macrolide agents and weak activity against problem pathogens, especially S. pneumoniae. Maintains clarith claim of "above the resistant" (Gr G - erythro). Cover key Gr+ resistant strains (S. pneumonia, S. pyogenes). Tablet timing will be QD or BID based on severity of indications. Five days for ABECB, Pharyngitis, 10 days for CAP/B and CAP. COGS no more than R3,500ng at launch. Pediatric and IV currently not funded. | $153.8 (TBR) | $74.5 (TBR) | $88.0 (TBR) | $42.0 (TBR US/EU) |
| **Quinolone (ABT-492)** [Milestone: Go/No Go PK/Safety (Phase Ib) 1Q01, NDA Date: 4Q04]<br>ABT-492 is a broad-spectrum anti-infective agent with potential application across a range of indications, including respiratory infections, genitourinary infections, and skin/soft tissue infections. Product will initially be available as a tablet and injectable followed by an injectable form approximately one year later. The in vitro antibacterial activity of ABT-492 appears to be more potent than levofloxacin. The in vitro potency data suggest a potential to be therapeutically effective at doses comparable to moxifloxacin. Must have a safety profile comparable to levofloxacin. QD dosing for adult tablet/capsule and IV. Five days for most indications. | $11.6 | $7.1 | $24.5 | $222.6 (TBR) |
| **Omnicef** [Milestone: Initiate Clinical Studies Q301, SNDA Q402]<br>Cefdinir (Omnicef) is a potent cephalosporin indicated for the full range of respiratory tract and skin infections, and has 5 day BID indication for AOM, pharyngitis, and ABECB. The marketed in-process testing significantly better than Ceftin and Augmentin in 2 studies, and better than Zithromax in 1 of 2 studies. A new study will pursue claims for 5 day, twice daily dosing in AOM, and generate comparative data vs. Zithromax with best next daily and twice daily dosing. A second study is planned for ABECB and is currently Blue Plan. Comparator agents are under evaluation. The sNDA would be filed Dec 2002. | $0.0 | $0.0 | $4.9 | N/A |
| **Benign Prostatic Hyperplasia Back-up (ABT-980)** [Program terminated 1Q00]<br>ABT-980 is a potent @1a selective adrenoceptor antagonist with 120-fold selectivity for @1a versus @1b receptor in the medical treatment of benign prostatic hyperplasia. Indicated for the relief of symptomatic benign prostatic hyperplasia. ABT-980 program had to be terminated in 1Q00 due to the development of serum transaminase abnormalities in patients. | $85.7 | $31.5 | $2.3 | $0.0 |

54

HIGHLY
CONFIDENTIAL
ABBT 0037568

# Pharmaceutical Products Division - R&D
## Summary of R&D Projects
## 2001 PLAN

| Project/Description | Cost thru 2000 | 2000 Actual | 2001 PLAN | Cost until NDA (2002 and Forward) |
|---|---|---|---|---|
| **Kaletra**<br>ABT-378 is a second generation protease inhibitor which will be coformulated in one capsule/tablet with ritonavir. It is potent against purified HIV protease with a Ki of 1pm. Phase I studies indicate that ABT-378 is safe and well tolerated at all doses studied. ABT-378 works only in combination with ritonavir. Ritonavir acts as a potent binder of the P450 system to enhance the PK profile of ABT-378 to achieve higher blood levels than on its own. Indicated as first-line protease inhibitor therapy in adults. Efficacy against resistant virus. Must maintain high plasma and tissue concentrations. Safety, side effect, and toxicity profile at least equal to current standard. Dosing: BID, QD possible. Will be available in one coformulated pill with ritonavir. | $215.7 | $80.8 | $51.0 | N/A |
| **Endothelin (ABT-627)** [Milestone: Initiate Phase III Clinicals 1Q/01]<br>ABT-627 is Abbott's leading endothelin antagonist receptor. ABT-627 is seeking an indication for the treatment of hormone refractory prostate cancer. ABT-627 is orally administered and well tolerated as chronic therapy. It has demonstrated improvement of time to disease progression compared to placebo. It has also demonstrated improvement in time to PSA progression compared to placebo. | $96.4 | $16.8 | $38.8 | $51.0 |
| **TSP #1 (ABT-510)** [Milestone: Go/No Go Clinical Safety, 2Q01]<br>ABT-510 is a parenteral thrombospondin mimetic. TSP is an angiogenesis inhibitor that may prevent growth of primary tumors as well as prevent the spread of metastases by inhibiting the growth of collateral vessels required to provide blood to growing tumors. With a relatively benign toxicity profile, this class of agents may be used to prevent metastatic disease in patients who have received surgery, radiation or chemo and/or as primary therapy to treat cancer patients. As chronic, long-term therapy, there is potential for significant commercial oportunity. | $11.0 | $7.0 | $10.0 | $80.5 |
| **Metalloproteinase (MMPI) (ABT-518)** [Milestone: Go/No Go Clinical Safety, 4Q01]<br>ABT-518 is an oral, matrix metalloproteinase inhibitor and a cytostatic agent. MMPI's may prevent the growth of metastitic lesions and inhibit primary tumor growth. These agents will most likely be used with current therapy or post-definitive therapy such as surgery, radiation and chemotherapy. As chronic, long-term therapy, there is significant commercial upside. | $5.6 | $5.6 | $7.4 | $86.3 |
| **Anti-Mitotic (Eisai) (ABT-751)** [Milestone: Go/No Go Clinical Safety, 2Q01]<br>ABT-751 is an oral cytotoxic agent that inhibits tumor growth by inhibiting the polymerization of tubulin into microtubles, a necessary step in cell division. This mechanism of action is somewhat similar to the mechanism of taxanes. This novel agent could produce clinical benefits equal to or superior to current taxanes and could be as commercially successful as current taxanes. ABT-751 also has the potential to be effective in patients experiencing resistance to other agents, including taxanes. | $3.9 | $3.9 | $8.4 | $78.0 |
| **Other**<br>Other projects include Gabitril, COX-II, ABS-103, NPS-1776, Hydrocodone, Fenofibrate, KCO, Ritonavir, Cyclosporine, CAPD Excess Capacity Charges, and CAPD Clarl process improvements. | N/A | $68.6 | $105.6 | N/A |
| **Affordability**<br>Reflects Risk. | N/A | $0.0 | ($9.8) | N/A |
| **Discovery**<br>Funding provides for five Discovery Development Candidates (DDC's) to be brought forth in 2001. Reflects Discovery costs in Infectious Disease Research, Metabolic Disease Research, Neurological and Urological Disease Research, and Cancer Research. Includes Neurosearch, Karo Bio, ICAgen, IDUN, Incyte and ISIS collaborations. | N/A | $190.6 | $192.0 | N/A |
| **Total Gross PPD** | N/A | $559.4 | $572.0 | N/A |

[illegible file path]

HIGHLY CONFIDENTIAL
ABBT 0037569



HIGHLY
CONFIDENTIAL
ABBT 0037570

# Other Miscellaneous Schedules

HIGHLY
CONFIDENTIAL
ABBT 0037571

57

Pharmaceutical Products Division R&D
Plan Ceiling Retirement
Net Expense

HIGHLY
CONFIDENTIAL
ABBT 0037572

58

## 2001 Project Funding by Phase

| Franchise | Pre-Clinical | ($MM) | Phase I | ($MM) | Phase II | ($MM) | Phase III | ($MM) | Phase IV | ($MM) | Franchise Totals | 2000 AOU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Neuroscience | COX-II | 1.6 | ABT-089 | 8.4 | COX Neuro Milestone | 9.3 | Hydrocodone | 4.0 | Depakote: Ongoing | 24.1 | 40.6 | 53.8 |
| | COX-II | 1.2 | ABT-089 | 0.8 | COX Neuro Milestone | 16.0 | | | Depakote: New | 2.0 | 51.3 | |
| | ABS-103 | 1.3 | | | COX: Chario | 10.1 | | | Incremental Depakote | 6.0 | | |
| | NPS-1776 | 3.7 | | | | | | | Gabitril | 1.4 | | |
| | ABS-103 | 4.0 | | | | | | | | | | |
| Anti-Infective | | | Quinc: Tablet | 24.5 | Keto: Tablet | 88.0 | Omnic: Otitis Media | 2.4 | Clari: TBD | 14.9 | 132.3 | 102.6 |
| | | | Quinc: Tablet | 0.5 | Keto: Japan Reg | 3.0 | Omnic: AECB | 2.5 | Clari: Cyclic Fibrosis | 0.7 | 28.6 | |
| | | | | | Keto: IV Form | 7.0 | Omnic: Pharyngitis | 5.0 | Clari: Asthma | 2.4 | | |
| | | | | | | | | | Incremental Clari | 6.0 | | |
| | | | | | | | | | Clari: International | 2.0 | | |
| Urology/Cardiology | KCO | 5.0 | | | | | Bimodonol | 11.7 | Fenc: Diabetics | 1.4 | 6.7 | 37.7 |
| | | | | | | | BPH Backup | 2.3 | Fenc: Diabetics | 2.6 | 14.3 | |
| HIV/Immunoscience | Gengraf: FHEFER | 1.0 | | | | | Ritonavir: Combo | 4.0 | 2nd Gen: Ph IV Basline | 2.0 | 37.5 | 101.3 |
| | Gengraf: Peds PK | 1.0 | | | | | 2nd Gen: HIV, BID, Oral | 32.0 | 2nd Gen: Ph IV Switch | 3.0 | 19.0 | |
| | | | | | | | 2nd Gen: Imp Form | 4.0 | Other 2nd Gen | 8.0 | | |
| | | | | | | | 2nd Gen: Prof Appr | 2.0 | | | | |
| | | | | | | | Gengraf: Organ Rej G | 2.5 | | | | |
| | | | | | | | 2nd Gen: QD Program | 17.0 | | | | |
| Oncology | MAPI | 7.4 | TBP-1 | 16.0 | | | Endo: Prostate Cx | 37.8 | | | 64.6 | 31.8 |
| | KS | 8.8 | Anti-Mitotic | 8.4 | | | Endo: Breast Cx | 1.0 | | | 89.9 | |
| | FTI | 4.1 | | | | | Endo: Early Pca | 11.0 | | | | |
| | | | | | | | Endo: Exploratory | 5.0 | | | | |
| Other | DDC-1 | 5.0 | Other* | 68.1 | | | | | | | 278.1 | 235.0 |
| | DDC-2 | 5.0 | In-licenses** | 50.0 | | | | | | | 60.0 | |
| | Discovery | 192.0 | | | | | | | | | | |
| | DDC-3 | 6.0 | | | | | | | | | | |
| | DDC-4 | 6.0 | | | | | | | | | | |
| | DDC-5 | 5.0 | | | | | | | | | | |
| | DDC-6 | 5.0 | | | | | | | | | | |
| | | (9.6) | | | | | | | | | (9.6) | |
| 2001 Total Funded | | 205.6 | | 128.6 | | 97.3 | | 94.5 | | 54.6 | 572.0 | |
| 2001 Total Unfunded | | 58.7 | | 38.9 | | 36.1 | | 46.7 | | 21.7 | 201.1 | |
| 2000 Affordability | | (9.6) | | | | | | | | | | (9.6) |
| 2000 AOU | | 201.4 | | 72.0 | | 124.1 | | 77.0 | | 64.0 | 556.5 | |

Key:
Green: Funded
Red: Unfunded

* All fixed costs in "other" arbitrarily placed in phase 1.
** In-licensed compounds may vary in both franchise and phase.

HIGHLY

CONFIDENTIAL
ABBT 0037573

Pharmaceutical Products Research & Development
R&D/Medical Expenses Summary
($000)

| | 1998 ACTUAL | 1999 ACTUAL | 2000 PLAN | 2000 APU | 2000 AGU | 2001 PLAN |
|---|---|---|---|---|---|---|
| Global Discovery | 162,565 | 170,792 | 185,000 | 185,000 | 184,750 | 192,000 |
| Global Development | 263,041 | 248,486 | 312,126 | 327,300 | 318,565 | 328,307 |
| Subtotal Global | 425,606 | 419,278 | 497,126 | 512,300 | 503,315 | 520,307 |
| % growth vs. prior year | | -5.5% | 25.6% | 4.9% | -2.7% | 3.1% |
| | | | | | | |
| A.I. $ share | 170,242 | 165,911 | 183,768 | 183,768 | 183,768 | 186,670 |
| A.I. % share | 40.0% | 39.6% | 37.0% | 35.9% | 36.5% | 35.9% |
| A.I. % share growth | | -2.5% | 10.8% | | | 1.6% |
| | | | | | | |
| PPD $ share | 255,364 | 253,367 | 313,358 | 328,532 | 319,547 | 333,637 |
| PPD % share | 60.0% | 60.4% | 63.0% | 64.1% | 63.5% | 64.1% |
| PPD % share growth | | -0.8% | 23.7% | | | 6.5% |
| | | | | | | |
| Domestic Development Gross PPD | 66,861 | 63,876 | 56,280 | 55,183 | 55,183 | 51,729 |
| | 492,467 | 483,154 | 553,416 | 567,483 | 558,498 | 572,036 |
| | | | | | | |
| TAP and Sister Division | 58,700 | 58,301 | 52,694 | 65,459 | 67,809 | 57,346 |
| | | | | | | |
| Total Gross Expense | 551,167 | 541,455 | 606,110 | 632,942 | 626,307 | 629,384 |
| Net PPD | 322,225 | 315,443 | 399,648 | 383,615 | 374,730 | 385,367 |

L:\ORG\PMWA Committee\...meeting 123

HIGHLY

CONFIDENTIAL
ABBT 0037574

# Detail of "Other"
## 2001 PLAN

| | Oracle | | | Adjustments | | | 2001 PLAN | | | 2000 ACU | | | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Global | Domestic | Total | Global | Domestic | Total | Global | Domestic | Total | Global | Domestic | Total | Fav/(Unfav) |
| **Misc PPD R&D** | | | | | | | | | | | | | |
| Alternate Dosage | 119 | – | 119 | – | – | – | 119 | – | 119 | 2,003 | – | 2,003 | 1,883 |
| In Licensing | 403 | – | 403 | – | – | – | 403 | – | 403 | 1,761 | – | 1,761 | 1,358 |
| Exploratory Effort | 468 | – | 468 | – | – | – | 468 | – | 468 | 925 | – | 925 | 457 |
| Participation for Growth | 123 | – | 123 | – | – | – | 123 | – | 123 | 927 | – | 927 | 804 |
| Emotional | 71 | – | 71 | – | – | – | 71 | – | 71 | – | – | – | (71) |
| NS-49 ABT-232 | 57 | – | 57 | – | – | – | 57 | – | 57 | – | – | – | (57) |
| Abciximab & Recombinant Pro-UK | – | 38 | 38 | – | – | – | – | 38 | 38 | – | – | – | (38) |
| Molecular Probes | – | – | – | 7 | – | 7 | 7 | – | 7 | 7 | – | 7 | – |
| Drug User Fees | – | – | – | – | 1,207 | 1,207 | – | 1,207 | 1,207 | – | 1,951 | 1,951 | 744 |
| Patent to Operations | – | – | – | – | – | – | – | – | – | – | 200 | 200 | 200 |
| Depr & Floorspace not in head | – | – | – | 3,166 | – | 3,166 | 3,166 | – | 3,166 | 2,209 | – | 2,209 | (957) |
| Inventory Transfer ABT 378 | – | – | – | – | – | – | – | – | – | (5,728) | – | (5,728) | (5,728) |
| Clinical Supplies (Operations) | – | – | – | 200 | | 200 | 200 | – | 200 | 200 | – | 200 | – |
| Consultants | – | – | – | – | – | – | – | – | – | 2,440 | – | 2,440 | 2,440 |
| EDG/Other | – | – | – | – | – | – | – | – | – | 1,500 | – | 1,500 | 1,500 |
| IT Productivity Projects | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Knoll/HIV/QD/Other | – | – | – | – | – | – | – | – | – | 1,000 | – | 1,000 | 1,000 |
| Gensat #1 | – | – | – | – | – | – | – | – | – | 500 | – | 500 | 500 |
| Gensat #2 | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Consultants | – | – | – | – | – | – | – | – | – | – | – | – | – |
| CI charge from Ops (Clin Val Mgr) | – | – | – | – | – | – | – | – | – | 171 | – | 171 | 171 |
| SPD IDV - Lipanovil | – | – | – | – | – | – | – | – | – | 807 | – | 807 | 807 |
| Aegis Insurance | – | – | – | – | – | – | – | – | – | 952 | – | 952 | 952 |
| Data Management Absorption | – | – | – | – | – | – | – | – | – | 1,078 | – | 1,078 | 1,078 |
| Other New Products | – | – | – | – | – | – | – | – | – | 2,850 | – | 2,850 | 2,850 |
| AI Manpower | – | – | – | – | – | – | – | – | – | 148 | – | 148 | 148 |
| | 1,232 | 38 | 1,270 | 3,373 | 1,207 | 4,580 | 4,605 | 1,245 | 5,850 | 13,412 | 2,191 | 15,563 | 9,713 |
| **Non-Promoted Products** | | | | | | | | | | | | | – |
| Clari | – | 2,480 | 2,480 | – | – | – | – | 2,480 | 2,480 | – | 2,480 | 2,480 | – |
| BHC | – | 2,568 | 2,568 | – | – | – | – | 2,568 | 2,568 | – | 858 | 858 | (1,710) |
| New Candidates | – | – | – | – | – | – | – | – | – | – | – | – | – |
| All Other (Detail Below) | 93 | 8,073 | 8,166 | – | – | – | 93 | 8,073 | 8,166 | 1,582 | 10,891 | 12,283 | 4,117 |
| | 93 | 13,121 | 13,214 | – | – | – | 93 | 13,121 | 13,214 | 1,582 | 14,029 | 15,621 | 2,407 |
| **SPD Misc** | | | | | | | | | | | | | |
| Outsourcing | – | – | – | – | – | – | – | – | – | 552 | – | 552 | 552 |
| Purchasing Alloc/Other | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Hazards Lab | – | – | – | – | – | – | – | – | – | – | – | – | – |
| | – | – | – | – | – | – | – | – | – | 552 | – | 552 | 552 |
| **SPD Process** | | | | | | | | | | | | | – |
| Unit of Activity Charge | 23 | – | 23 | – | – | – | 23 | – | 23 | 28 | – | 28 | 5 |
| Eff. A for Clari Improve | – | 369 | 369 | – | – | – | – | 369 | 369 | – | 839 | 839 | 270 |
| Clari Process Improve | 1,973 | – | 1,973 | – | – | – | 1,973 | – | 1,973 | 2,507 | – | 2,507 | 534 |
| H2G | – | – | – | – | – | – | – | – | – | – | – | – | – |
| New Project Support | 7,152 | – | 7,152 | – | – | – | 7,152 | – | 7,152 | – | – | – | (7,152) |
| Doc - Delivery | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Discovery Patents & Trademarks | 370 | – | 370 | – | – | – | 370 | – | 370 | – | – | – | (370) |
| Fixed Cost to SPD (PARD) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Protease 2nd Gen (Mfg Chg) | – | – | – | – | – | – | – | – | – | 5,728 | – | 5,728 | 5,728 |
| Clari IR | 4,297 | – | 4,297 | – | – | – | 4,297 | – | 4,297 | 4,700 | – | 4,700 | 403 |
| H2G - Fixed NCPP | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Angiogenesis - Fixed NCPP | – | – | – | | – | – | – | – | – | – | – | – | – |
| Miscellaneous Adjustment | – | – | – | – | – | – | – | – | – | 151 | – | 151 | 151 |
| | 13,815 | 369 | 14,184 | – | – | – | 13,815 | 369 | 14,184 | 13,112 | 639 | 13,751 | (433) |
| **Excess Capacity - SPD** | | | | | | | | | | | | | |
| PPD R&D Key Consol | 11,610 | – | 11,610 | – | – | – | 11,610 | – | 11,610 | 9,160 | – | 9,160 | (2,450) |
| PPD R&D Suspense | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Corp Key Consol | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Mfg Suspense | – | – | – | – | – | – | – | – | – | – | – | – | – |
| | 11,610 | – | 11,610 | – | – | – | 11,610 | – | 11,610 | 9,160 | – | 9,160 | (2,450) |
| **Excess Capacity - PPD** | | | | | | | | | | | | | |
| Discovery | – | – | – | – | – | – | – | – | – | 332 | 25 | 357 | 357 |
| Drug Safety | – | – | – | – | – | – | – | – | – | 834 | – | 834 | 834 |
| Development Ops | – | – | – | – | – | – | – | – | – | 35 | – | 35 | 35 |
| Venture Management (Thrombo) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Venture Mgmt | – | – | – | – | – | – | – | – | – | – | 1,162 | 1,162 | 1,162 |
| PARD | – | – | – | – | – | – | – | – | – | – | 53 | 53 | 53 |
| Data Management (Sale overstated) | – | – | – | – | – | – | – | – | – | 2,000 | – | 2,000 | 2,000 |
| | – | – | – | – | – | – | – | – | – | 3,201 | 1,246 | 4,447 | 4,447 |
| **Other Miscellaneous Credits** | | | | | | | | | | | | | |
| CRO Rebates | – | – | – | (3,000) | – | (3,000) | (3,000) | – | (3,000) | – | – | – | 3,000 |
| Novo Settlement | – | – | – | – | – | – | – | – | – | (1,500) | – | (1,500) | (1,500) |
| FLAP/Vanguard | – | – | – | – | – | – | – | – | – | (818) | – | (818) | (818) |
| Triangle Payments | – | – | – | – | – | – | – | – | – | 2,814 | – | 2,814 | 2,814 |
| Sangstat (Cyclosporine) | – | – | – | – | – | – | – | – | – | 2,400 | – | 2,400 | 2,400 |
| Metabolex | – | – | – | – | – | – | – | – | – | (888) | – | (888) | (888) |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Subtotal OTHER** | 28,750 | 13,528 | 42,278 | 373 | 1,207 | 1,580 | 27,123 | 14,735 | 41,858 | 43,537 | 18,085 | 61,302 | 18,344 |
| Absorption/Unidentified | | | | | | | 41,777 | 2,485 | 44,262 | 2,320 | – | 2,320 | (41,942) |
| TOTAL "OTHER" | | | | | | | 68,900 | 17,220 | 86,120 | 45,457 | 18,085 | 63,522 | (22,598) |

** Should be equal
Blue Text = Inputs

**All Other**

| | Oracle Global | Oracle Domestic | Oracle Total | Adj. Global | Adj. Domestic | Adj. Total | 2001 PLAN Global | 2001 PLAN Domestic | 2001 PLAN Total | 2000 ACU Global | 2000 ACU Domestic | 2000 ACU Total | Variance Fav/(Unfav) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hytrin | 66 | 275 | 341 | – | – | – | 66 | 275 | 341 | 82 | 275 | 357 | 16 |
| Macrolide ABT787 | – | – | – | – | – | – | – | – | – | 25 | – | 25 | 25 |
| Prokinetic Macrolide ABT229 | – | – | – | – | – | – | – | – | – | 18 | – | 18 | 18 |
| H2G ABT606 | 5 | – | 5 | – | – | – | 5 | – | 5 | 97 | – | 97 | 92 |
| Taxane ABT271 | – | – | – | – | – | – | – | – | – | 14 | – | 14 | 14 |
| FLAP ABT080 | 22 | – | 22 | – | – | – | 22 | – | 22 | 114 | – | 114 | 92 |
| Emotional ABT822 | – | – | – | – | – | – | – | – | – | 1,242 | – | 1,242 | 1,242 |
| Discovery | – | – | – | – | – | – | – | – | – | – | – | – | – |
| BMT | – | – | – | – | – | – | – | – | – | – | – | – | – |
| HAART Metabolic Complications | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Misc | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Fenofibrate (Vascular) | | – | – | – | – | – | – | – | – | – | 98 | 98 | 98 |
| Compliance Initiative | – | 6,097 | 6,097 | – | – | – | – | 6,097 | 6,097 | – | 6,279 | 6,279 | 182 |
| Pharmacogenetics | | 1,701 | 1,701 | – | – | – | – | 1,701 | 1,701 | – | 4,041 | 4,041 | 2,340 |
| **Total All Other** | 93 | 8,073 | 8,166 | – | – | – | 93 | 8,073 | 8,166 | 1,582 | 10,891 | 12,283 | 4,117 |

[illegible]

HIGHLY CONFIDENTIAL
ABBT 0037575

60

## 2001 PLAN Rollforward

| | Bottom Line | Other | Affordability |
|---|---|---|---|
| Book II | 592.1 | 71.5 | (25.1) |
| Re-prioritization | 0 | 9.4 A | (2.6) B |
| Subtotal | 592.1 | 80.9 | (27.7) |
| Task Exercise | 20.1 | 5.2 C | 17.9 D |
| Final Plan | 572.0 | 86.1 | (9.8) |

A    Added $12MM in grants and cut $18.8MM in other.  Projects cut ($6.8MM) and functionals added $2.6MM
     This means absorption went up $9.4MM.

B    Functional impact was up $12MM in grants and down ($18.8MM / 2) = ($9.4MM) in functionals
     $12MM - $9.4MM = $2.6MM

C    Projects cut $55.0MM which translated into functional cuts of $40.3MM.  $55.0MM - $40.3MM = $14.7MM of unabsorption
     in addition to the unabsorption, relief was given by Commercial for Gablitril/Corp. Alloc for $1.6MM, the
     Cyclospo/ine deal with SPD was terminated for an $0.4MM, FTI #2 switch to KCO for ($0.4MM),
     a change in the CMIS IDV for ($0.4MM), elimination of Ketolide task 7.0MM, elimination of
     International Clarit. charges for $3.9MM, absorption changes of ($13.1MM) and a change in affordability of ($8.5MM).

D    Of the $40.3MM in functional cuts, we took $20.1MM to the bottom line, therefore $17.9MM went to reduce
     affordability



$52.6MM

$20.1MM Bottom Line     $15.3MM Affordability     $17.2MM Other / Absorption

HIGHLY

CONFIDENTIAL
ABBT 0037576

# Task Backup/ Rollforwards

HIGHLY

CONFIDENTIAL
ABBT 0037577

## 2001 Iran Task Exercise
## Pharmaceutical Products Division
## Research and Development
## ($MM)

| Project Name | Project $MM | | | Functional $MM | | |
|---|---|---|---|---|---|---|
| | Grants | Other | Total | Grants | Other | Total |
| - ABS/NPS | - | 7.0 | 7.0 | - | 3.5 | 3.5 |
| - Kaletide | - | 5.0 | 5.0 | - | 2.5 | 2.5 |
| - BPH | 6.4 | 19.0 | 25.4 | 6.4 | 9.5 | 16.9 |
| - Kaletra | (7.8) | (1.6) | (9.4) | (7.8) | (0.8) | (8.6) |
| - Endothelin | (10.6) | (5.6) | (16.2) | (10.6) | (2.8) | (13.4) |
| - KCO | 0.5 | 5.5 | 6.0 | 0.5 | 2.8 | 3.3 |
| - Depakote New Formulations | - | 1.9 | 1.9 | - | 1.0 | 1.0 |
| - K6 | - | 8.8 | 8.8 | - | 4.4 | 4.4 |
| - Cox II | - | 3.0 | 3.0 | - | 1.5 | 1.5 |
| - Clarithomycin: | | | | | | |
| Cystic Fibrosis | 0.7 | - | 0.7 | 0.7 | - | 0.7 |
| Asthma | 2.4 | - | 2.4 | 2.4 | - | 2.4 |
| International | 2.0 | - | 2.0 | 2.0 | - | 2.0 |
| - Tricor - Diabetics | - | 4.0 | 4.0 | - | 2.0 | 2.0 |
| - ChCM | 1.6 | 5.4 | 7.0 | 1.6 | 2.7 | 4.3 |
| - Discovery | - | 5.0 | 5.0 | - | 5.0 | 5.0 |
| - IM&T | - | - | - | - | 1.0 | 1.0 |
| - Project Expense | - | - | - | - | 1.0 | 1.0 |
| Total Task | (4.8) | 57.4 | 52.6 | (4.8) | 33.2 | 28.4 |

LGXDCPHM CONFIDENT TABLA.WK3.HM1

HIGHLY
CONFIDENTIAL
ABBT 0037578

# Headcount

HIGHLY
CONFIDENTIAL
ABBT 0037579



R&D Regular Headcount 1996-2001

| Year | Headcount |
|------|-----------|
| 1996 | 1,824 |
| 1997 | 1,943 |
| 1998 | 1,887 |
| 1999 | 1,824 |
| 2000 | 1,968 |
| 2001 PLAN | 2,124 |

63

HIGHLY

CONFIDENTIAL
ABBT 0037580

2001 PLAN
Final PLAN vs AGU
YEAR END HEADCOUNT ANALYSIS

*2001 PLAN FINAL HEADCOUNT* (handwritten)

| | Book II AGU | Final (Oracle) AGU | Book I PLAN | Book II PLAN | Final (ORACLE) PLAN | Incr / (Decr) Final PLAN vs. Final AGU | Commentary |
|---|---|---|---|---|---|---|---|
| **BULT** | | | | | | | |
| Net | 298 | 292 | 264 | 254 | 257 | (35) | +36 Regular, -1 Temp, -70 SciPro |
| Gross | 298 | 298 | 264 | 264 | 257 | (41) | |
| **VENTURES** | | | | | | | |
| Cardiovascular & Diabetes | | | | | | | |
| Net | 0 | 0 | 0 | 0 | 0 | 0 | |
| Gross | 0 | 0 | 0 | 0 | 0 | 0 | |
| Macrolide | | | | | | | |
| Net | 41 | 41 | 46 | 46 | 42 | 1 | +1 SciPro |
| Gross | 41 | 41 | 46 | 46 | 42 | 1 | |
| Anti-Viral | | | | | | | |
| Net | 61 | 48 | 51 | 51 | 55 | 7 | +7 Regular |
| Gross | 55 | 55 | 55 | 55 | 57 | 2 | |
| Analgesia | | | | | | | |
| Net | 18 | 34 | 35 | 35 | 11 | (3) | -2 Regular, -1 SciPro |
| Gross | 18 | 16 | 35 | 35 | 11 | (5) | |
| Urology | | | | | | | |
| Net | 18 | 17 | 23 | 23 | 14 | (3) | -1 Regular, -4 Contract, -1 SciPro |
| Gross | 21 | 21 | 24 | 24 | 14 | (7) | |
| Oncology / Transplant | | | | | | | |
| Net | 35 | 36 | 38 | 38 | 47 | 11 | +6 Regular, +1 Temp, -1 Contract, +3 SciPro |
| Gross | 42 | 42 | 43 | 43 | 47 | 5 | |
| **Total Ventures** | | | | | | | |
| Net | 184 | 158 | 193 | 193 | 189 | 13 | |
| Gross | 177 | 175 | 203 | 203 | 171 | (4) | |
| **DISCOVERY** | | | | | | | |
| Net | 776 | 776 | 778 | 778 | 770 | (6) | -4 Regular, -4 Temp, +3 Contract, +1 SciPro |
| Gross | 802 | 802 | 803 | 803 | 803 | 1 | |
| **DRUG SAFETY** | | | | | | | |
| Net | 200 | 195 | 208 | 208 | 189 | (6) | -3 Regular, -3 Contractor |
| Gross | 205 | 205 | 208 | 208 | 205 | 0 | |
| **PARD** | | | | | | | |
| Net | 344 | 330 | 344 | 344 | 337 | 7 | +9 Regular, -2 Contractors |
| Gross | 359 | 358 | 360 | 360 | 359 | 3 | |
| **PHASE I** | | | | | | | |
| Net | 57 | 56 | 78 | 78 | 62 | 6 | +3 Regular, +3 Contractor |
| Gross | 57 | 57 | 78 | 78 | 62 | 5 | |
| **DEV OPS** | | | | | | | |
| Net | 213 | 197 | 216 | 216 | 181 | (16) | +2 Regular, -2 Temp, +6 Contract, -21 SciPro |
| Gross | 213 | 213 | 220 | 220 | 186 | (27) | |
| **RA** | | | | | | | |
| Net | 67 | 64 | 69 | 69 | 68 | 4 | +4 Regular |
| Gross | 69 | 69 | 69 | 69 | 68 | (1) | |
| **INA** | | | | | | | |
| Net | 143 | 138 | 146 | 146 | 137 | 1 | +4 Regular, -3 Contractor, |
| Gross | 145 | 145 | 146 | 146 | 146 | 1 | |
| **ADMIN** | | | | | | | |
| Net | 85 | 82 | 85 | 85 | 113 | 31 | +14 Regular, -1 Temp, +18 SciPro |
| Gross | 86 | 82 | 85 | 85 | 113 | 31 | |
| **JUDGMENT** | | | | | | | |
| Net | 23 | 87 | 35 | (4) | 80 | 3 | -26 Regular, +4 Temp, -1 Contract, +16 SciPro |
| Gross | 35 | 41 | 51 | 7 | 73 | 32 | |
| **TOTAL** | | | | | | | |
| Net | 2,373 | 2,373 | 2,412 | 2,373 | 2,373 | 0 | |
| Gross | 2,443 | 2,443 | 2,487 | 2,443 | 2,443 | 0 | |

HIGHLY
CONFIDENTIAL
ABBT 0037581

64



R&D
PERSONNEL - 2001 PLAN

| | DEC Actual | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | 12-Mo Avg | 13-Mo Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **L REGULAR** | | | | | | | | | | | | | | | |
| GROSS | 1,988 | 2,180 | 2,170 | 2,175 | 2,157 | 2,162 | 2,146 | 2,145 | 2,153 | 2,181 | 2,178 | 2,174 | 2,194 | | |
| UNFILL | -- | (193) | (168) | (143) | (118) | (68) | (40) | (35) | (50) | (63) | (53) | (43) | (70) | | |
| NET | 2,069 | 1,987 | 2,002 | 2,032 | 2,049 | 2,094 | 2,106 | 2,110 | 2,103 | 2,118 | 2,125 | 2,131 | 2,124 | | |
| **TEMPORARY** | | | | | | | | | | | | | | | |
| GROSS | 13 | 21 | 21 | 21 | 21 | 34 | 56 | 56 | 50 | 22 | 22 | 22 | 22 | | |
| UNFILL | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | |
| NET | 13 | 21 | 21 | 21 | 21 | 34 | 56 | 56 | 50 | 22 | 22 | 22 | 22 | | |
| **CONTRACT** | | | | | | | | | | | | | | | |
| GROSS | 67 | 80 | 78 | 79 | 76 | 78 | 76 | 77 | 73 | 74 | 73 | 75 | 75 | | |
| UNFILL | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | |
| NET | 67 | 80 | 78 | 79 | 76 | 78 | 76 | 77 | 73 | 74 | 73 | 75 | 75 | | |
| **SCIENTIFIC** | | | | | | | | | | | | | | | |
| GROSS | 296 | 162 | 174 | 168 | 179 | 169 | 165 | 165 | 167 | 166 | 170 | 172 | 152 | | |
| UNFILL | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | |
| NET | 296 | 162 | 174 | 168 | 179 | 169 | 165 | 165 | 167 | 166 | 170 | 172 | 152 | | |
| **TOTAL EQUIV** | | | | | | | | | | | | | | | |
| GROSS | 396 | 263 | 273 | 268 | 276 | 281 | 297 | 298 | 290 | 262 | 265 | 269 | 249 | | |
| UNFILL | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | |
| NET | 396 | 263 | 273 | 268 | 276 | 281 | 297 | 298 | 290 | 262 | 265 | 269 | 249 | | |
| **GRAND TOTAL** | | | | | | | | | | | | | | | |
| GROSS | 2,364 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | | |
| UNFILL | -- | (193) | (168) | (143) | (118) | (68) | (40) | (35) | (50) | (63) | (53) | (43) | (70) | | |
| NET | 2,364 | 2,250 | 2,275 | 2,300 | 2,325 | 2,375 | 2,403 | 2,408 | 2,393 | 2,380 | 2,390 | 2,400 | 2,373 | | |
| Div Contract | 363 | 242 | 252 | 247 | 255 | 247 | 241 | 242 | 240 | 240 | 243 | 247 | 227 | | |

| Monthly Changes | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | F | M | A | M | J | J | A | S | O | N | D |

| Quarterly Changes | | | | | | |
|---|---|---|---|---|---|---|
| | Beg | I | II | III | IV | End |
| 2001 PLAN | 2,364 | (64) | 103 | (23) | (7) | 2,373 |
| 2000 ACTUALS | 2,308 | (78) | 17 | (15) | 132 | 2,364 |
| 1999 ACTUALS | 2,457 | (311) | 31 | 44 | 67 | 2,308 |
| 1998 ACTUALS | 2,535 | (90) | 13 | (71) | 70 | 2,457 |
| 1997 ACTUALS | 2,532 | (239) | 44 | 88 | 110 | 2,535 |

| Total Adds | |
|---|---|
| Regular | |
| | |
| Equivalent | |
| Unfills | (70) |

01/31/2001 16:03
L:\GROUP\PLANNING\2001 PLAN\Headcount\[Funans_pb.xls]Heads

HIGHLY
CONFIDENTIAL
ABBT 0037582

65

Pharmaceutical Products Research & Development
2001 Plan Headcount (Manmonth) Summary

L:\GROUP\PLANNING\2001 PLAN\headcount\Person_dk.xls\Manmonths
01/31/2001 15:17

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total Man Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Information Management & Technology** | | | | | | | | | | | | | |
| Regular | 177 | 179 | 180 | 180 | 181 | 183 | 186 | 186 | 189 | 189 | 189 | 191 | 2,210 |
| Temp/Summer | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Contractors | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Sci/Pro | 78 | 79 | 74 | 72 | 72 | 72 | 71 | 71 | 70 | 69 | 67 | 66 | 861 |
| Net Total | 255 | 258 | 254 | 252 | 253 | 255 | 257 | 257 | 259 | 258 | 256 | 257 | 3,071 |
| Unfills | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Gross Total | 255 | 258 | 254 | 252 | 253 | 255 | 257 | 257 | 259 | 258 | 256 | 257 | 3,071 |
| **Ventures** | | | | | | | | | | | | | |
| Regular | 138 | 140 | 140 | 143 | 146 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 1,736 |
| Temp/Summer | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 36 |
| Contractors | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 5 | 5 | 5 | 5 | 67 |
| Sci/Pro | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 14 | 14 | 14 | 14 | 14 | 182 |
| Net Total | 163 | 165 | 165 | 168 | 171 | 172 | 172 | 169 | 169 | 169 | 169 | 169 | 2,021 |
| Unfills | 11 | 11 | 11 | 9 | 6 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 68 |
| Gross Total | 174 | 176 | 176 | 177 | 177 | 177 | 177 | 171 | 171 | 171 | 171 | 171 | 2,089 |
| **Discovery** | | | | | | | | | | | | | |
| Regular | 747 | 745 | 746 | 746 | 747 | 748 | 748 | 748 | 748 | 748 | 748 | 749 | 8,968 |
| Temp/Summer | 2 | 4 | 4 | 4 | 16 | 23 | 23 | 17 | 4 | 3 | 3 | 3 | 106 |
| Contractors | 20 | 20 | 20 | 19 | 19 | 19 | 18 | 17 | 17 | 17 | 17 | 17 | 220 |
| Sci/Pro | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| Net Total | 770 | 770 | 771 | 770 | 783 | 791 | 790 | 783 | 770 | 769 | 769 | 770 | 9,306 |
| Unfills | 33 | 33 | 32 | 33 | 32 | 31 | 31 | 33 | 33 | 34 | 34 | 33 | 392 |
| Gross Total | 803 | 803 | 803 | 803 | 815 | 822 | 821 | 816 | 803 | 803 | 803 | 803 | 9,698 |
| **Drug Safety** | | | | | | | | | | | | | |
| Regular | 179 | 180 | 184 | 184 | 184 | 184 | 184 | 184 | 184 | 184 | 184 | 184 | 2,195 |
| Temp/Summer | ... | ... | ... | ... | ... | 13 | 13 | 13 | ... | ... | ... | ... | 39 |
| Contractors | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 60 |
| Sci/Pro | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Net Total | 184 | 185 | 189 | 189 | 189 | 202 | 202 | 202 | 189 | 189 | 189 | 189 | 2,298 |
| Unfills | 21 | 20 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 201 |
| Gross Total | 205 | 205 | 205 | 205 | 205 | 218 | 218 | 218 | 205 | 205 | 205 | 205 | 2,499 |
| **Pharm Analytical R&D** | | | | | | | | | | | | | |
| Regular | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 318 | 3,816 |
| Temp/Summer | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 24 |
| Contractors | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 204 |
| Sci/Pro | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Net Total | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 337 | 4,044 |
| Unfills | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 264 |
| Gross Total | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 359 | 4,308 |
| **Phase-I Center** | | | | | | | | | | | | | |
| Regular | 48 | 49 | 50 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 624 |
| Temp/Summer | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | 4 | 2 | 2 | 2 | 32 |
| Contractors | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 86 |
| Sci/Pro | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Net Total | 58 | 59 | 59 | 62 | 62 | 64 | 64 | 64 | 64 | 62 | 62 | 62 | 742 |
| Unfills | 1 | 3 | 3 | ... | ... | ... | ... | ... | ... | ... | ... | ... | 7 |
| Gross Total | 59 | 62 | 62 | 62 | 62 | 64 | 64 | 64 | 64 | 62 | 62 | 62 | 749 |

HIGHLY
CONFIDENTIAL
ABBT 0037583

66

Pharmaceutical Products Research & Development
2001 Plan Headcount (Manmonth) Summary

L:\GROUP\PLAN\2001\01 PLAN\manmonth\Pestud_plads Rammonths

01/31/2001 15:17

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total Man Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Development Operations** | | | | | | | | | | | | | |
| Regular | 148 | 148 | 148 | 148 | 148 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,790 |
| Temp/Summer | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| Contractors | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 96 |
| Sci/Pro | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 264 |
| Net Total | 179 | 179 | 179 | 179 | 179 | 181 | 181 | 181 | 181 | 181 | 181 | 181 | 2,162 |
| Unfills | 7 | 7 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 70 |
| Gross Total | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 2,232 |
| **Regulatory Affairs** | | | | | | | | | | | | | |
| Regular | 57 | 58 | 60 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 733 |
| Temp/Summer | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| Contractors | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 48 |
| Sci/Pro | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| Net Total | 63 | 64 | 66 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 805 |
| Unfills | 2 | 1 | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | 3 |
| Gross Total | 65 | 65 | 66 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 808 |
| **Medical Affairs** | | | | | | | | | | | | | |
| Regular | 112 | 115 | 119 | 122 | 122 | 124 | 125 | 125 | 125 | 125 | 125 | 125 | 1,464 |
| Temp/Summer | 1 | 1 | 3 | 3 | 3 | 5 | 5 | 5 | 1 | 1 | 1 | 1 | 30 |
| Contractors | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 84 |
| Sci/Pro | 5 | 6 | 6 | 6 | 6 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 58 |
| Net Total | 125 | 129 | 135 | 138 | 138 | 141 | 141 | 141 | 137 | 137 | 137 | 137 | 1,636 |
| Unfills | 17 | 13 | 10 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 121 |
| Gross Total | 142 | 142 | 145 | 147 | 147 | 150 | 150 | 150 | 146 | 146 | 146 | 146 | 1,757 |
| **Administration** | | | | | | | | | | | | | |
| Regular | 88 | 88 | 88 | 88 | 88 | 88 | 38 | 88 | 88 | 88 | 88 | 88 | 1,056 |
| Temp/Summer | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 24 |
| Contractors | 5 | 3 | 5 | 3 | 5 | 3 | 5 | 3 | 4 | 3 | 5 | 5 | 49 |
| Sci/Pro | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 216 |
| Net Total | 113 | 111 | 113 | 111 | 113 | 111 | 113 | 111 | 112 | 111 | 113 | 113 | 1,345 |
| Unfills | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Gross Total | 113 | 111 | 113 | 111 | 113 | 111 | 113 | 111 | 112 | 111 | 113 | 113 | 1,345 |
| **Judgment** | | | | | | | | | | | | | |
| Regular | (25) | (18) | (1) | 1 | 5 | 45 | 49 | 42 | 54 | 61 | 67 | 57 | 385 |
| Temp/Summer | 7 | 5 | 3 | 3 | 4 | 2 | 2 | 2 | 4 | 7 | 7 | 7 | 53 |
| Contractors | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Sci/Pro | 21 | 31 | 30 | 43 | 33 | 30 | 32 | 36 | 36 | 41 | 45 | 26 | 404 |
| Net Total | 3 | 18 | 32 | 51 | 82 | 81 | 83 | 80 | 94 | 109 | 119 | 90 | 842 |
| Unfills | 79 | 58 | 42 | 22 | (24) | (48) | (53) | (37) | (24) | (35) | (45) | (17) | (82) |
| Gross Total | 82 | 76 | 74 | 73 | 58 | 33 | 30 | 43 | 70 | 74 | 74 | 73 | 924 |
| **Total Plan Detail** | | | | | | | | | | | | | |
| Regular | 1,987 | 2,002 | 2,032 | 2,049 | 2,094 | 2,106 | 2,110 | 2,103 | 2,118 | 2,125 | 2,131 | 2,124 | 24,981 |
| Temp/Summer | 21 | 21 | 21 | 21 | 34 | 56 | 56 | 50 | 22 | 22 | 22 | 22 | 368 |
| Contractors | 80 | 78 | 79 | 76 | 78 | 76 | 77 | 73 | 74 | 73 | 75 | 75 | 914 |
| Sci/Pro | 162 | 174 | 168 | 179 | 169 | 165 | 165 | 167 | 166 | 170 | 172 | 152 | 2,009 |
| Net Total | 2,250 | 2,275 | 2,300 | 2,325 | 2,375 | 2,403 | 2,408 | 2,393 | 2,380 | 2,390 | 2,400 | 2,373 | 28,272 |
| Unfills | 193 | 168 | 143 | 118 | 68 | 40 | 35 | 50 | 63 | 53 | 43 | 70 | 1,044 |
| Gross Total | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 29,316 |

HIGHLY

CONFIDENTIAL
ABBT 0037584

67

Pharmaceutical Products Research & Development
L:\GROUP\PLANNING\2001 PLAN\Headcount\[Funanz_plt.xls]Manmonths
2001 Plan Headcount (Manmonth) Summary                                    01/31/2001 15:17

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total Man Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **From Heads Tab** | | | | | | | | | | | | | |
| Regular | 1,987 | 2,002 | 2,032 | 2,049 | 2,094 | 2,106 | 2,110 | 2,103 | 2,118 | 2,125 | 2,131 | 2,124 | 24,981 |
| Temporary/Summ | 21 | 21 | 21 | 21 | 34 | 56 | 56 | 50 | 22 | 22 | 22 | 22 | 368 |
| Contractors | 85 | 83 | 85 | 85 | 85 | 84 | 86 | 84 | 85 | 84 | 85 | 85 | 1,016 |
| Sci/Pro | 157 | 169 | 162 | 170 | 162 | 157 | 156 | 156 | 155 | 159 | 162 | 142 | 1,907 |
| Total | 2,250 | 2,275 | 2,300 | 2,325 | 2,375 | 2,403 | 2,408 | 2,393 | 2,380 | 2,390 | 2,400 | 2,373 | 28,272 |
| Unfills | 193 | 168 | 143 | 118 | 68 | 40 | 35 | 50 | 63 | 53 | 43 | 70 | 1,044 |
| Total | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 29,316 |
| **Detail > Corp Submission** | | | | | | | | | | | | | |
| Regular | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Temporary/Summ | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Contractors/Sci Pr | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Total | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Unfills | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| Total | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| **2001 Corp Submission** | | | | | | | | | | | | | |
| Regular | 1,987 | 2,002 | 2,032 | 2,049 | 2,094 | 2,106 | 2,110 | 2,103 | 2,118 | 2,125 | 2,131 | 2,124 | 24,981 |
| Temporary/Summ | 21 | 21 | 21 | 21 | 34 | 56 | 56 | 50 | 22 | 22 | 22 | 22 | 368 |
| Contractors/Sci Pr | 242 | 252 | 247 | 255 | 247 | 241 | 242 | 240 | 240 | 243 | 247 | 227 | 2,923 |
| Total | 2,250 | 2,275 | 2,300 | 2,325 | 2,375 | 2,403 | 2,408 | 2,393 | 2,380 | 2,390 | 2,400 | 2,373 | 28,272 |
| Unfills | 193 | 168 | 143 | 118 | 68 | 40 | 35 | 50 | 63 | 53 | 43 | 70 | 1,044 |
| Total | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 2,443 | 29,316 |
| **Oracle Report 01/31/01** | | | | | | | | | | | | | |
| Regular | 2,012 | 2,020 | 2,033 | 2,051 | 2,049 | 2,057 | 2,069 | 2,061 | 2,061 | 2,064 | 2,064 | 2,067 | 24,608 |
| Temporary/Summ | 14 | 16 | 18 | 18 | 30 | 54 | 54 | 48 | 18 | 18 | 15 | 15 | 354 |
| Contractors | 80 | 78 | 79 | 76 | 78 | 76 | 77 | 77 | 73 | 74 | 75 | 75 | 918 |
| Sci/Pro | 141 | 143 | 138 | 135 | 136 | 135 | 133 | 133 | 131 | 130 | 127 | 126 | 1,608 |
| Total | 2,247 | 2,257 | 2,268 | 2,280 | 2,293 | 2,322 | 2,333 | 2,325 | 2,313 | 2,286 | 2,281 | 2,283 | 27,488 |
| Unfills | 114 | 110 | 101 | 89 | 92 | 88 | 79 | 88 | 87 | 87 | 88 | 87 | 1,110 |
| Total | 2,361 | 2,367 | 2,369 | 2,369 | 2,385 | 2,410 | 2,412 | 2,413 | 2,400 | 2,373 | 2,369 | 2,370 | 28,598 |
| **Check figure Oracle vs details before judgement** | | | | | | | | | | | | | |
| Regular | ... | ... | ... | 7 | ... | ... | 8 | ... | (3) | ... | ... | ... | 12 |
| Temporary/Summ | ... | ... | ... | ... | ... | ... | ... | 6 | 30 | 3 | ... | ... | 39 |
| Contractors | ... | ... | ... | ... | ... | ... | 4 | (1) | 1 | ... | ... | ... | 4 |
| Sci/Pro | ... | ... | ... | (1) | ... | ... | 2 | 1 | 1 | ... | ... | ... | 3 |
| Total | ... | ... | ... | 6 | ... | ... | 8 | 12 | 27 | 5 | ... | ... | 58 |
| Unfills | ... | ... | ... | (7) | ... | ... | (9) | 1 | ... | (1) | ... | ... | (16) |
| Total | ... | ... | ... | (1) | ... | ... | (1) | 13 | 27 | 4 | ... | ... | 42 |

L:\GROUP\PLANNING\2001 PLAN\Headcount\[Funanz_plt.xls]Manmonths

HIGHLY
CONFIDENTIAL
ABBT 0037585

*Capital*

HIGHLY

CONFIDENTIAL
ABBT 0037586



R&D Capital 1996-2001 ($MM's)

HIGHLY
CONFIDENTIAL
ABBT 0037587

*Final Plan*

76(

## 2001 PLAN Capital
### Pharmaceutical Products Research & Development

| | 2000 AGU | 2001 PLAN | $ Fav/(Unfav) | % Fav/(Unfav) |
|---|---|---|---|---|
| **Authorizations** | | | | |
| IM&T | 6,672 | 4,748 | 1,924 | 28.8% |
| Discovery | 11,268 | 7,626 | 3,642 | 32.3% |
| Drug Safety | 3,520 | 3,125 | 395 | 11.2% |
| PARD | 3,485 | 5,805 | (2,320) | -66.6% |
| Admin | 12,390 | 3,480 | 8,910 | 71.9% |
| Dev Ops | 100 | 100 | 0 | 0.0% |
| Medical Affairs | 50 | 50 | 0 | 0.0% |
| RA/QA | 10 | 10 | 0 | 0.0% |
| Other | 283 | 2,000 | (1,717) | -606.7% |
| Total | 37,778 | 26,944 | 10,834 | 28.7% |
| | | | | |
| **Project Expense** | | | | |
| IM&T | 8,631 | 2,090 | 6,541 | 75.8% |
| Discovery | 1,095 | 892 | 203 | 18.5% |
| Drug Safety | 272 | 17 | 255 | 93.8% |
| PARD | 425 | 828 | (403) | -94.8% |
| Admin | 1,499 | 743 | 756 | 50.4% |
| Dev Ops | 8 | 8 | 0 | 0.0% |
| Medical Affairs | 11 | 11 | 0 | 0.0% |
| RA/QA | 4 | 4 | 0 | 0.0% |
| Other | 4 | 0 | 4 | 100.0% |
| Judgment | (1,722) | 400 | (2,122) | 123.2% |
| Total | 10,226 | 4,984 | 6,234 | 61.2% |

HIGHLY
CONFIDENTIAL
ABBT 0037588



HIGHLY

CONFIDENTIAL
ABBT 0037589

**PHARMACEUTICAL PRODUCTS DIVISION**
**RESEARCH & DEVELOPMENT**
**PROPOSED CAPITAL PROJECTS <$250M**

| | 2000 AGU | 2001 Authorizations | | | 01 Funded v. '00 AGU |
| --- | --- | --- | --- | --- | --- |
| | | Requests | Funded | Unfunded | |
| IM&T | 3,196 | 3,787 | 2,538 | 1,249 | 658 |
| Development Ops | 100 | 100 | 100 | 0 | 0 |
| Discovery | 4,670 | 4,027 | 4,027 | 0 | 643 |
| Drug Safety | 2,050 | 2,809 | 2,050 | 759 | 0 |
| PARD | 2,455 | 3,092 | 2,455 | 637 | 0 |
| Medical Affairs | 50 | 45 | 50 | (5) | 0 |
| RA/QA | 10 | 20 | 10 | 10 | 0 |
| Other | 283 | 0 | 2,000 | (2,000) | (1,717) |
| Total | 12,814 | 13,880 | 13,230 | 650 | (416) |

* Includes $1,545M for PC refresh and new employees.

L:\GROUP\PLANNING\CAPITAL\2001plan\2001Capital-1stPass.xls\RD Summary

HIGHLY
CONFIDENTIAL
ABBT 0037590

**2001 Plan Task Exercise**
**Pharmaceutical Products Division**
**Research and Development**
**($MM)**

**Capital Projects**

| Project Name | Capital Auth | Project Exp | Commentary |
|---|---|---|---|
| **Admin:** | | | |
| - Delay AEGIS Wave III to 2002 | 2,000 | | |
| - Reduce lab renovations | 2,000 | 440 | -Pharmacology Labs & AP3/3010 Renovations |
| Subtotal Admin | 4,000 | 440 | |
| **IMAT:** | | | |
| - Reduce PC Refresh / Asset Mgmt | 400 | | Assume 4 year refresh vs. 3 year |
| - RT Storage Mgmt | 654 | 184 | Pending IMAT's approval. There is $877 of functional expense associated with this project. |
| - Under $250 project expense reduced | | 442 | |
| Subtotal IMAT | 1,054 | 666 | |
| **Discovery:** | | | |
| - Therapeutic Area Projects Support | 168 | 1,692 | Listed as an IMAT project in capital file. There is $544 of functional expense associated with this project. |
| - HTS Expansion | 1,030 | 300 | Pending D. Niebeck's approval |
| - Genomics Expansion | 660 | 460 | Pending D. Niebeck's approval |
| - Bring under $250 back to original request amount | 643 | | Pending D. Niebeck's approval |
| - Under $250 project expense reduced | | 200 | Pending D. Niebeck's approval |
| Subtotal Discovery | 2,401 | 2,652 | |
| **Drug Safety:** | | | |
| - LCMS | 1,910 | 120 | |
| - Lab Renovation AP13A | 411 | 1,044 | |
| - Gene Expansion | | | |
| - Under $250 project expense reduced | | | |
| Subtotal Drug Safety | 2,321 | 1,164 | |
| **PARD:** | | | |
| - Patent Drug Encapsulator | 600 | 100 | |
| - Under $250 project expense reduced | | 400 | |
| Subtotal PARD | 600 | 500 | |
| **Other:** | | | |
| - Eliminate Judgment | 283 | 478 | |
| - Unidentified Reverse Task | (2,000) | (400) | |
| **Total Impact** | 6,659 | 5,600 | |

| | Capital Authorizations | | | Proj Expense | | |
|---|---|---|---|---|---|---|
| | >2XX | 2XX | Total | >2XX | 2XX | Total |
| IMAT | 2,810 | 2,938 | 4,748 | 1,112 | 978 | 2,090 |
| Discovery | 5,998 | 4,027 | 7,035 | 837 | 355 | 692 |
| Drug Safety | 1,078 | 2,050 | 3,185 | 6 | 12 | 17 |
| PARD | 3,580 | 2,458 | 6,608 | 640 | 186 | 826 |
| Admin | 3,460 | - | 3,460 | 743 | - | 743 |
| Dev Ops | - | 100 | 100 | - | 0 | 0 |
| Med Affairs | - | 50 | 50 | - | 11 | 11 |
| FMDA | - | 10 | 10 | - | 4 | 4 |
| Other | | 2,000 | 2,000 | | 400 | 400 |
| Total | 13,714 | 13,330 | 26,844 | 3,037 | 1,957 | 4,994 |

73

HIGHLY
CONFIDENTIAL
ABBT 0037591

# *Balance Sheet*

HIGHLY

CONFIDENTIAL
ABBT 0037592

BOOK II

-74-

Balance Sheet Outing By: ___ Note this is exactly as it appears in the 2/20/re

**PHARMACEUTICAL PRODUCTS DIVISION**
**DETAIL OF ACCOUNTS PAYABLE, ACCRUED EXPENSES**

| I&A | CATEGORY | Actual 12/31/97 | Actual 12/31/98 | AGU 12/31/99 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 19 MO AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IIA | SALARIES, WAGES & COMMISSIONS | (3,866) | (2,696) | (3,831) | (3,775) | (3,834) | (744) | (1,003) | (1,396) | (1,819) | (1,782) | (3,514) | (2,346) | (2,846) | (2,770) | (3,028) | (3,440) |
|  | Mgmt Incentive plans - R&D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| IIO | OTHER ACCRUED LIABILITIES | (76,827) | (67,796) | (34,647) | (66,180) | (62,256) | (64,196) | (92,337) | (91,651) | (91,801) | (93,819) | (69,448) | (46,131) | (44,839) | (44,717) | (43,316) | (32,294) |
| IIO | Clinical grants - R&D | (691) | (860) | (672) | (844) | (856) | (668) | (860) | (866) | (860) | (859) | (846) | (845) | (858) | (848) | (861) | (691) |
| IIO | Drug Safety Grant Accrual - R&D | (8,831) | (8,811) | (8,742) | (11,192) | (10,837) | (10,890) | (9,913) | (11,637) | (11,027) | (11,532) | (12,794) | (16,163) | (13,074) | (13,341) | (7,879) | (10,251) |
| IIO | Mise R&D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | OTHER ACCRUED LIABILITIES | (35,545) | (33,448) | (45,352) | (91,335) | (72,676) | (76,104) | (72,724) | (73,264) | (72,150) | (83,711) | (82,610) | (56,976) | (87,493) | (50,824) | (33,972) | (64,129) |
|  | TOTAL A/P & ACCRUED EXP. | (91,307) | (84,441) | (87,379) | (73,110) | (72,473) | (73,858) | (73,778) | (74,525) | (73,840) | (87,493) | (84,132) | (19,140) | (50,000) | (53,834) | (34,344) | (69,829) |

**PHARMACEUTICAL PRODUCTS DIVISION**
**DETAIL OF PREPAID EXP, AND OTHER RECEIVABLES**

| I&A | CATEGORY | Actual 12/31/97 | Actual 12/31/98 | AGU 12/31/00 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 19 MO AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IIO | PREPAID EXPENSE |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| IIO | Spend/charge paid (R&D) | 464 | 414 | 438 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 |
| IIO | Liquid Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IIO | Trapeline Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IIO | Clinical R & D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | TOTAL PREPAID EXPENSE | 464 | 414 | 438 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 |
| IIO | OTHER RECEIVABLES |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| IIO | Travel advance (R&D) | 573 | 305 | 170 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 288 | 609 |
|  | TOTAL PREPAID AND OTHER RECEIVABL | 1,037 | 718 | 608 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 1,008 | 720 | 941 |

L:\GROUP\PLANNING\2001 PLAN\Balance Sheet\BAL.xls.bs\prans

HIGHLY
CONFIDENTIAL
ABBT 0037593

NICAL GRA'     ALANCE SHEET GAITING
RCD 348-300
01 PLAN

| | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ginning G/L Balance | (53,000) | (56,150) | (52,256) | (54,128) | (52,637) | (51,651) | (51,501) | (53,815) | (49,468) | (46,131) | (43,826) | (44,717) | |
| yments | 8,945 | 8,867 | 11,077 | 11,788 | 11,421 | 10,547 | 12,283 | 9,231 | 9,461 | 9,393 | 8,781 | 10,754 | 122,556 |
| tled Grants (per P&L gaiting) 3rent Gaiting Adjustments | (14,095) | (12,873) | (12,948) | (10,508) | (10,235) | (10,397) | (4,597) | (4,864) | (8,124) | (7,087) | (9,673) | (9,798) | (113,317) |
| justed Grants | (14,095) | (12,873) | (12,948) | (10,500) | (10,235) | (10,397) | (4,597) | (4,864) | (8,124) | (7,087) | (9,673) | (9,798) | (113,317) |
| her | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |
| ding G/L Balance | (56,150) | (52,256) | (54,128) | (52,637) | (51,651) | (51,501) | (53,815) | (49,468) | (46,131) | (43,826) | (44,717) | (43,781) | |
| ndpostings : ebit Balances Other | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |
| ding MFRP Balance | (56,160) | (52,266) | (54,128) | (52,637) | (51,651) | (51,501) | (53,815) | (49,468) | (46,131) | (43,826) | (44,717) | (43,781) | |
| | | | | | | | | | | | | | |
| 96 Actual Pay as % of BB | 22.25% | 19.15% | 30.86% | 16.69% | 20.20% | 10.84% | 25.05% | 19.13% | 20.26% | 13.69% | 21.79% | 22.13% | |
| 97 Actual Pay as % of BB | 12.26% | 8.02% | 10.12% | 14.99% | 22.48% | 11.49% | 11.21% | 12.00% | 7.44% | 9.06% | 8.61% | 14.55% | |
| 98 Actual Pay as % of BB | 3.62% | 7.21% | 6.03% | 7.71% | 9.64% | 10.16% | 9.46% | 6.76% | 8.08% | 11.16% | 8.66% | 16.24% | |
| 99 Actual Pay as % of BB | 10.49% | 10.81% | 8.16% | 18.70% | 4.49% | 18.73% | 17.80% | 12.52% | 18.69% | 25.64% | 18.05% | 20.61% | |
| our year average | 12.16% | 10.95% | 13.76% | 14.53% | 14.20% | 13.05% | 16.91% | 12.51% | 14.07% | 14.94% | 14.33% | 18.46% | |
| | | | | | | | | | | | | | |
| 96 Actual | 18,915 | 25,781 | 25,749 | 26,740 | 25,891 | 31,230 | 29,251 | 27,202 | 25,939 | 25,579 | 24,839 | 24,998 | |
| 97 Actual | 40,699 | 48,087 | 49,433 | 46,752 | 44,188 | 47,690 | 50,516 | 55,995 | 62,761 | 64,408 | 67,078 | 75,827 | |
| 98 Actual | 78,871 | 76,495 | 79,324 | 78,977 | 75,397 | 70,608 | 69,331 | 66,581 | 65,681 | 65,716 | 62,760 | 80,600 | |
| 99 Actual | 57,702 | 57,392 | 68,501 | 51,012 | 49,767 | 47,310 | 39,852 | 33,259 | 34,682 | 36,331 | 40,172 | 43,840 | |
| our year average | 48,997 | 61,938 | 53,252 | 51,370 | 48,608 | 49,235 | 47,237 | 45,749 | 47,238 | 48,258 | 48,720 | 51,284 | |

29-Sep-00     02:07 PM
2RCUP\PLANNING\2001 PLAN\Balance Sheet\[Bal_ph].xls\gants

75

HIGHLY
CONFIDENTIAL
ABBT 0037594

# Depreciation

HIGHLY
CONFIDENTIAL
ABBT 0037595

## Pharmaceutical Products Division R&D
## 2001 Depreciation Estimate vs. 2000 Depreciation
## By Division.

| Division | 2001 Est. Base Depr* | 2001 Estimated Depr. of Projects from 5/00-12/00 | 2001 Estimated Depr. for '01 Transfer | Judgement | 2001 Est. Total Depr. | 2000 Depreciation | $ Incl(Dec) | % Incl(Dec) |
|---|---|---|---|---|---|---|---|---|
| 42-IM&T | 4,365 | 1,056 | 285 | (134) | 5,592 | 6,263 | (661) | -10.6% |
| 43-Ventures | 293 | 24 | 8 | (6) | 319 | 276 | 43 | 15.6% |
| 44-Discovery | 11,103 | 1,756 | 689 | (383) | 13,165 | 12,906 | 259 | 2.0% |
| 46-Drug Safety | 2,703 | 23 | 482 | (258) | 2,950 | 3,046 | (96) | -3.2% |
| 47-PARD | 3,721 | 235 | 270 | (206) | 4,020 | 4,428 | (408) | -9.2% |
| 49-Phase I Center | 244 | 2 | 9 | (7) | 248 | 205 | 43 | 21.0% |
| 52-Development Ops. | 1,535 | 1 | 10 | (8) | 1,538 | 1,405 | 133 | 9.5% |
| 53-RA/QA | 90 | 6 | 4 | (4) | 68 | 68 | 30 | 44.1% |
| 54-Medical Affairs | 208 | 8 | 8 | (8) | 220 | 182 | 38 | 20.9% |
| 55-Admin | 448 | 2,699 | 43 | (33) | 3,157 | 2,031 | 1,126 | 55.4% |
| | 24,730 | 5,813 | 1,806 | (1,043) | 31,307 | 30,800 | 507 | 1.7% |

* Based on the FAR 50 Report dated 5/00.

01-Mar-01

L:\GROUP\PLANNING\2001 PLAN\Fixed Expense\bim depr.123

03/01/01

bim depr.123

%

HIGHLY
CONFIDENTIAL
ABBT 0037596

# Floorspace

HIGHLY
CONFIDENTIAL
ABBT 0037597

## PPD R&D
## FLOOR SPACE SUMMARY
## 2001 PLAN

| Items | 2000 | 1st Pass 2001 | 2nd Pass 2001 | 1st Pass VARIANCE INCR/(DECR) | % | 2nd Pass VARIANCE INCR/(DECR) | % |
|---|---|---|---|---|---|---|---|
| CED | 36,807,916 | 36,691,048 | 38,777,826 [1] | 1,883,132 | 5.1% | 1,969,910 | 5.4% |
| J23/J25-Amhurst | 457,449 | 460,322 | 464,991 [2] | 22,872 | 5.0% | 7,542 | 1.6% |
| J35 -Carriage pt | 351,880 | 389,284 | 343,466 [4] | 17,584 | 5.0% | (8,214) | (2.3%) |
| J28/MIS | 406,769 | 429,207 | 406,341 [3] | 20,438 | 5.0% | (2,428) | (0.6%) |
| Unidentified Space | 40,058 | 42,061 | 41,860 | 2,003 | n/a | 1,802 | n/a |
| Plug (s/b zero) | 0 | 0 | 0 | 0 | 0.0% | 0 | 0.0% |

[1] Input per CED Report. Pass #1 dated 9/28/00 and CED Report Pass #2 dated 9/1/00 plus the adjustment for D-472. This adjustment was detailed in John Uihl's memo dated 1/29/2001. The adjustment equals $21,424 for additional space in D-472 as requested by J. Hammerlin.

[2] Per CED Report (dated 9/1/00) and Division Summary from P. Kadish (dated 9/28/00). Note: Amhurst rates for 2001 PLAN went up by 1.65% versus 2000 PLAN. (Sq. ft. are obtained from CED memo, while $$'s are obtained from Division memo.

[3] Per memo received from Sarah Schaefer on 9/21/00 per S. Schaefer 10/1/92.

[4] Carriage Point charges to be allocated, calculated as follows:
Lease charge from Legal (R. Polocek) of $478,832 for 2001
Total expenses of $716,833 allocated between Marketing and R&D based on square feet occupied.

| | | |
|---|---|---|
| Total lease charges | $478,832 | 31,400 |
| Less Standard to T. Thompson | ($138,386) | (5,976) |
| Net charge to Discovery | $343,466 | 25,425 |

HIGHLY
CONFIDENTIAL
ABBT 0037598

PPD R&D
DIVISIONAL VARIANCE SUMMARY
2001 PLAN
FLOORSPACE

| Division | Total Dollars ($000's) | | | Total Square Feet | | | Average Rate | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | % Inc/(Dec) | 2000 | 2001 | % Inc/(Dec) | 2000 | 2001 | Inc/(Dec) | % Inc/(Dec) |
| IMAT | 1,964.4 | 1,573.0 | 44.8 | 2.4% | 80,647 | 80,782 | (85) | (0.1%) | $37.06 | $37.98 | $0.92 | 2.5% |
| Ventures | 1,051.3 | 1,016.4 | (34.8) | (3.3%) | 28,928 | 28,678 | (2,350) | (7.8%) | $38.34 | $39.10 | $1.76 | 4.6% |
| Discovery | 19,920.8 | 19,920.7 | 959.8 | 4.4% | 384,902 | 385,516 | 883 | 0.3% | $50.79 | $53.41 | $2.64 | 5.2% |
| Drug Safety | 7,482.9 | 7,939.3 | 328.4 | 4.3% | 146,938 | 144,747 | (1,191) | (0.8%) | $51.96 | $54.64 | $2.68 | 5.2% |
| PARD | 6,635.2 | 6,134.6 | 298.4 | 5.1% | 144,885 | 144,606 | (279) | (0.2%) | $40.42 | $42.37 | $2.15 | 5.3% |
| Phase I Center | 300.9 | 301.2 | 1.44 | 5.0% | 4,600 | 4,600 | 0 | 0.0% | $61.17 | $64.33 | $3.06 | 5.0% |
| Development Ops | 1,441.1 | 1,557.7 | (82.6) | (5.6%) | 38,734 | 33,938 | (4,780) | (12.4%) | $37.21 | $40.00 | $2.80 | 7.5% |
| Regulatory Affairs | 434.6 | 484.4 | 20.7 | 6.6% | 12,138 | 12,378 | 240 | 2.0% | $35.92 | $37.82 | $1.71 | 4.8% |
| Medical Affairs | 659.6 | 678.8 | 110.0 | 21.3% | 17,024 | 19,086 | 1,062 | 10.8% | $32.52 | $35.81 | $3.08 | 9.5% |
| Administration | 463.1 | 702.7 | 259.6 | 56.0% | 10,194 | 18,656 | 8,462 | 84.0% | $43.36 | $44.65 | $1.29 | 3.0% |
| | | | | | | | | | | | | |
| Less Carriage Point | (391.7) | (343.8) | 8.2 | (2.3%) | : | : | : | N/A | N/A | N/A | N/A | N/A |

(a) Primarily due to Clinical Pharmacokinetic (D-HPG) receiving 1,107 sq. ft. in APS for 2001 PLAN.
(b) Primarily due to Statistics (D-409) re-allocating their space to Outcomes research (D-412: Med. Affairs) and Division Analysis (D-HP: Admin.).
(c) Primarily due to R&D Ops (C-477) receiving and additional 844 sq. ft in APMA and due to Outcomes Research (discussed in footnote (b) above).

78

HIGHLY
CONFIDENTIAL
ABBT 0037599

PRD R&D
BUILDING VARIANCE SUMMARY
2001 PLAN
FLOORSPACE

| Building | Total Dollars ($000's) 2000 | 2001 | Inc/(Dec) | % Inc/(Dec) | Total Square Feet 2000 | 2001 | Inc/(Dec) | % Inc/(Dec) | Average Rate 2000 | 2001 | Inc/(Dec) | % Inc/(Dec) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 11.9 | 12.6 | 0.7 | 6.0% | 384 | 384 | 0 | 0.0% | $31.02 | $32.88 | $1.86 | 6.0% |
| A4 | 331.1 | 342.2 | 11.1 | 3.4% | 9,399 | 9,399 | 0 | 0.0% | $35.10 | $36.34 | $1.24 | 3.5% |
| AP10 | 4,903.3 | 5,124.0 | 220.8 | 4.5% | 101,284 | 101,284 | 0 | (0.3%) | $48.41 | $50.60 | $2.18 | 4.5% |
| AP13 | 1,742.0 | 1,814.9 | 72.8 | 4.2% | 35,503 | 35,503 | (105) | (0.3%) | $49.06 | $51.08 | $2.02 | 4.1% |
| AP15 | 4,499.7 | 4,722.9 | 223.1 | 5.0% | 73,520 | 73,520 | (31) | (0.0%) | $61.17 | $64.23 | $3.00 | 5.0% |
| AP15A | 151.0 | 165.4 | 14.4 | 9.5% | 11,931 | 12,273 | 342 | 2.9% | $12.66 | $13.48 | $0.82 | 6.5% |
| AP16A | 134.0 | 131.1 | (3.0) | (2.2%) | 6,060 | 4,418 | (642) | (12.7%) | $22.71 | $29.67 | $3.16 | 12.0% |
| AP20 | 163.6 | 172.6 | 9.0 | 5.5% | 3,881 | 3,881 | 0 | 0.0% | $42.35 | $44.68 | $2.33 | 5.5% |
| AP3 | 863.2 | 926.5 | 63.3 | 6.2% | 26,885 | 26,885 | 0 | 0.0% | $34.12 | $35.61 | $1.78 | 5.2% |
| AP90 | 920.0 | 973.3 | 48.5 | 5.4% | 29,506 | 29,506 | 0 | 0.0% | $35.24 | $36.10 | $1.78 | 4.6% |
| AP31 | 891.6 | 907.0 | 49.4 | 5.6% | 14,764 | 14,764 | 0 | 0.0% | $59.85 | $61.49 | $3.14 | 5.4% |
| AP32 | 237.7 | 288.4 | 50.7 | 9.7% | 6,942 | 6,942 | 0 | 0.0% | $36.07 | $38.11 | $1.78 | 5.5% |
| AP42 | 5,095.9 | 5,375.6 | 279.7 | 5.5% | 93,763 | 92,765 | 249 | 0.3% | $52.88 | $57.28 | $2.28 | 5.6% |
| APAA | 306.0 | 328.3 | 22.3 | 4.4% | 12,925 | 13,899 | (68) | (0.4%) | $38.84 | $36.10 | $1.79 | 4.6% |
| AP8B | 932.1 | 975.4 | 43.2 | 4.6% | 22,687 | 22,687 | 0 | 0.0% | $39.67 | $41.04 | $1.79 | 4.6% |
| AP9C | 53.8 | 0.6 | (53.9) | (99.9%) | 1,478 | 0 | (1,478) | (100.0%) | $36.34 | $0.00 | ($36.34) | (100.0%) |
| AP50 | 25.3 | 33.3 | 8.0 | 27.4% | 607 | 847 | 160 | 21.5% | $39.34 | $39.10 | $0.76 | 4.9% |
| AP5 | 3,906.8 | 3,528.1 | 218.3 | 6.0% | 93,302 | 93,302 | 0 | 0.0% | $44.35 | $46.35 | $2.60 | 6.0% |
| APSA | 4,359.3 | 4,607.3 | 208.1 | 5.9% | 100,787 | 100,890 | 160 | (0.1%) | $43.35 | $45.88 | $2.61 | 6.0% |
| APSB | 406.1 | 434.1 | 28.0 | 6.6% | 10,352 | 10,352 | 0 | 0.0% | $41.55 | $42.50 | $2.50 | 6.0% |
| J2 | 40.3 | 43.7 | 2.4 | 6.0% | 2,389 | 2,389 | 0 | 0.0% | $18.52 | $18.22 | $0.87 | 4.7% |
| J23 (Amherst) | 18.1 | 19.2 | 3.1 | 1.7% | 7,323 | 7,323 | 0 | 0.0% | $26.28 | $23.70 | $0.42 | 1.7% |
| J28 (Amherst) | 272.2 | 276.6 | 4.6 | 1.8% | 12,777 | 10,777 | 0 | 0.0% | $25.87 | $25.98 | $0.42 | 1.8% |
| J28 (North Park—J45) | 408.8 | 406.3 | (2.4) | (0.8%) | 12,282 | 12,282 | 0 | 0.0% | $33.34 | $33.14 | ($0.20) | (0.5%) |
| J35 (Carriage Point) | 351.7 | 343.6 | (8.2) | (2.3%) | N/A | N/A | N/A | N/A | $24.48 | $25.14 | N/A | N/A |
| M2 | 29.6 | 30.5 | 1.9 | 6.1% | 1,188 | 1,188 | 0 | 0.0% | $24.48 | $25.15 | $1.65 | 6.7% |
| M3 | 611.3 | 637.2 | 25.9 | 4.2% | 32,142 | 31,970 | (772) | (2.4%) | $18.87 | $19.93 | $1.28 | 6.7% |
| R12 | 189.9 | 218.0 | (18.9) | (13.5%) | 8,655 | 8,671 | (364) | (7.2%) | $23.14 | $24.47 | $1.33 | 4.0% |
| R13 | 353.0 | 368.8 | 15.8 | 4.5% | 6,731 | 6,731 | 0 | 0.0% | $51.78 | $54.44 | $1.78 | 4.5% |
| R18 | 2,854.3 | 2,983.0 | 128.6 | 4.5% | 45,571 | 45,571 | 0 | 0.0% | $62.64 | $65.46 | $2.82 | 4.5% |
| R2 | 1,034.3 | 1,218.6 | 178.4 | 17.1% | 12,657 | 12,598 | (41) | (0.3%) | $80.64 | $96.47 | $9.87 | 7.5% |
| R6 | 331.4 | 357.4 | 26.1 | 7.9% | 28,680 | 28,607 | 2,147 | 8.1% | $15.47 | $12.28 | $2.36 | 6.4% |
| R6 | 323.0 | 332.5 | 25.5 | 0.3% | 9,649 | 9,949 | 299 | 3.7% | $34.70 | $34.64 | $1.74 | 8.0% |

| Less Carriage Point | (351.7) | (343.8) | 8.2 | (2.3%) | | | N/A | N/A | N/A | N/A | N/A | N/A |

# Misc. Fixed Expenses (Burden File)

HIGHLY
CONFIDENTIAL
ABBT 0037601

PPD
Overhead Costs - Absorbed
GROSS ($000)

| | 2000 AOU | 2001 Plan | 2001 APU | 2001 AOU | 01 Plan b/(O) vs. 00 AOU $ | % | Source |
|---|---|---|---|---|---|---|---|
| 1 | | 10,359.8 | 11,463.3 | 11,463.3 | 11,463.3 | 466.0 | 8.7% | Corp Admin Exp Assignment 790-850-A84 (via PPD Div FP&A) |
| 2 | | | | | | 460.4 | 9.0% | Other Cost Expense Pools 790-851-A84 (via PPD Div FP&A) |
| 3 Corp Other Costs (to Departments) | | 5,730.0 | 5,600.3 | 5,600.3 | 5,600.3 | 936.4 | 8.9% | |
| | Charges to departments | | | | | -120.7 | -2.1% | Other Cost Expense Pools (via PPD Div FP&A) |
| 4 Subtotal Corp Admin Assign-In | | n/a | n/a | n/a | n/a | -120.7 | -8,609.2 | (When transferring to OpCost, less this total less Satellite Copier charges) |
| 5 | | | | | | 0.0 | | Corp Admin Expense Assignment (via PPD Div FP&A) |
| 6 | | | | | | -1.0 | -0.9% | AHD - IDV In |
| 7 CED-Project Expense | | 1,428.0 | 1,983.0 | 1,983.0 | 1,983.0 | 667.0 | 39.8% | PPD Ops Fixed (T. Drei / J. Truax) |
| 8 FX-ABC Allocation | | 66.7 | 66.6 | 66.6 | 66.6 | -0.1 | -0.1% | PPD Ops Fixed (T. Drei / J. Truax) |
| 9 O-H/K Stability (DOF) | | 446.4 | 524.8 | 524.8 | 524.8 | 84.4 | 19.2% | PPD Ops Fixed (T. Drei / J. Truax) |
| 10 CAPD Warehouse/Wire | | 83.8 | 81.8 | 81.8 | 81.8 | -1.9 | -2.3% | PPD Ops Fixed (T. Drei / J. Truax) |
| 11 CED-Fixed Utility | | 235.0 | 188.8 | 188.8 | 188.8 | -46.2 | -19.7% | PPD Ops Fixed (T. Drei / J. Truax) |
| 12 CED-Other Eng Support | | 288.0 | 375.0 | 375.0 | 375.0 | 87.0 | 30.2% | PPD Ops Fixed (T. Drei / J. Truax) |
| 13 | | | | | | 710.3 | 26.2% | |
| 14 | | | | | | -48.0 | -5.1% | MRR Estimate (increased by 4% over 2000 AOU) |
| 15 | | | | | | 9.7 | 4.0% | |
| 16 | | | | | | 60.0 | 7.2% | Other Cost Expense Pools (reference CHMS IDV or Corp. Cost Pools from PPD Div FP&A) |
| 17 | | | | | | 14.0 | 12.1% | Other Cost Expense Pools (reference CHMS IDV or Corp. Cost Pools from PPD Div FP&A) |
| 18 CMB-Unit of Activity | | 4,760.0 | 4,767.0 | 4,767.0 | 4,767.0 | 17.0 | 0.4% | PPD Div FP&A (reference CHMS IDV Unit of Activity) |
| 19 CMB-Period (less Telecommunication to item 8) | | 324.0 | 0.0 | 0.0 | 0.0 | -324.0 | -100.0% | PPD Div FP&A (reference CHMS IDV CMB/XVLIH Fixed Charge less five 8-CHIS Telecommunicat |
| 20 | | 1,826.0 | 1,826.0 | | | -207.0 | -6.1% | Should be out to CMB-Unit of Activity free to OpCost |
| 21 | | | | | | 11.0 | 2.7% | Other Cost Expense Point (via PPD Div. FP&A) |
| 22 LC Skills Overage | | 4 | 4 | 4 | 4 | 0.0 | 0.0% | Corp Admin Expense Assignments (via PPD Div. FP&A) |
| 23 LC Emp Suite Transfers Un College Relations | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 18.1% | Corp Admin Expense Assignments (via PPD Div. FP&A) |
| 24 D863 Headcount Export | | 443.1 | 514.3 | 514.3 | 514.3 | 71.2 | 16.1% | Fixed item Mark Xia Memo |
| 25 D0551 Tuition | | 145.0 | 144.0 | 144.0 | 144.0 | -1.0 | -0.7% | Fixed item Mark Xia Memo |
| 26 Human Resources Recruiting | | 1,908.0 | 1,936.1 | 1,936.1 | 1,936.1 | 70.6 | 3.8% | MRR Estimate (increased by 4% over 2000 AOU) |
| 27 | | | | | | 144.6 | 5.9% | |
| 28 | | | | | | 3.0 | 8.2% | PPD Mailroom Alloc (Storech to Tray Cost Pools) |
| 29 | | | | | | 504.0 | 35.0% | PPD Ops Fixed (T. Drei / J. Truax) |
| 30 | | | | | | 39.0 | 100.0% | PPD Ops Fixed (T. Drei / J. Truax) |
| 31 | | | | | | 9.2 | 4.2% | MRR Estimate (increased by 4% over 2000 AOU) |
| | | | | | | | | *Non-con methods |
| 32 Project Expense | | 11,102.0 | 6,984.0 | 6,984.0 | 6,984.0 | -4,160.0 | -37.0% | MRR Estimate (Flat in AOU) |
| 33 Period Expense | | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 | 0.0% | PPD Ops Fixed (T. Drei / J. Truax) |
| 34 | | 253.0 | | | | -4,100.0 | -35.7% | |
| 35 | | | | | | -3,185.4 | -4.1% | |

(Increase)/Decrease over prior budget

HIGHLY
CONFIDENTIAL
ABBT 0037602

**PPD R&D**
**2001 Fixed Allocations/Charges**
**GROSS ($000)**

| Direct to Departments (Stock Card) | 2000 AGU | 2001 Plan | 2001 APU | 2001 AGU | 01 Plan I/(D) vs. '00 AGU $ | % | Notes |
|---|---|---|---|---|---|---|---|
| **PPNG Allocations** | | | | | | | |
| 11 Wisdom to Product Development and RAIQ | 328.7 | 322.7 | 322.7 | 322.7 | -6.0 | -1.8% | PPD Ops Fixed (T. Dee / J. Truax) |
| 12 Other to Product Development | 2,031.0 | 3,044.8 | 3,044.8 | 3,044.6 | 1,013.8 | 49.9% | PPD Ops Fixed (T. Dee / J. Truax) |
| 13 Housekeeping | 187.1 | 187.1 | 187.1 | 187.1 | 0.0 | 0.0% | Pulls from Misc. Fixed Tab |
| 14 Whse. Handling Fixed Allocation | 0.0 | 86.5 | 86.5 | 86.5 | 86.5 | #DIV/0! | Pulls from Misc. Fixed Tab |
| **Other** | | | | | | | |
| 15 Amortization Svc Loaners | 26.5 | 26.5 | 26.5 | 26.5 | 0.0 | 0.0% | Pulls from Misc. Fixed Tab |
| 16 Utilities | 99.6 | 99.5 | 99.5 | 99.5 | -0.1 | -0.1% | Pulls from Misc. Fixed Tab |
| 17 Corp Copier Fixed Costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% | Pulls from Misc. Fixed Tab |
| 18 R&D Internal Allocation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% | Pulls from Misc. Fixed Tab |
| 19 ABC Allocations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% | Pulls from Misc. Fixed Tab |
| Subtotal PPNC/Other | 2,672.9 | 3,766.9 | 3,766.9 | 3,766.9 | 1,094.0 | 40.9% | |
| | | | | | | | |
| **Corporate Reallocations** | | | | | | | |
| 3 Subtotal Other Cost Expense Pools | n/a | n/a | n/a | n/a | #VALUE! | | N/A |
| | | | | | | | |
| **R&D Allocations** | | | | | | | |
| 19u Depreciation | 32,802.6 | 31,308.5 | 31,308.5 | 31,308.5 | -1,354.1 | -4.1% | L:\GROUP\PLANNING\2001 PLAN\Floorspace\01\floor.xls |
| 19w Floor Space | 37,329.0 | 40,013.1 | 40,013.1 | 40,013.1 | 2,684.1 | 7.2% | L:\GROUP\PLANNING\2001\bxdexp\01fixed\bim depr.wk4 |
| | | | | | | | |
| Total Fixed (Group 40 for Functionals) | 72,864.5 | 75,088.5 | 75,088.5 | 75,088.5 | 2,424.0 | 3.3% | |
| | | | | | | | |
| 20 Total Cost Assignments Absorbed in Overh | 42,244.5 | 40,081.1 | 40,081.1 | 40,081.1 | -2,163.4 | -5.1% | |
| | | | | | | | |
| Total Fixed/Overhead | 114,909.0 | 115,169.6 | 115,169.6 | 115,169.6 | 280.6 | 0.2% | |

L:\GROUP\PLANNING\2001 PLAN\Fixed Expense\floor\01\Non Fixed
2/14/01 5:21 PM

HIGHLY
CONFIDENTIAL
ABBT 0037603

PPD ALLOC /     SUMMARY
FUNCTIONAL & G     ARAD EXPENSE
GROSS ($000)

Note: These charges are obtained from K. O'Rourke's group (PPD Div, FP&A) usually via Patty Kadela)

| | 1998 Total | 1999 Total | % Increase | 2000 AOU | 2001 Plan | 2001 APU | 2001 AOU | % Increase | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Other Cost Expense Pools - Kevin O'Rourke (PPD Div, FP&A)** | | | | | | | | | |
| Other taxes on purchases | 62.8 | 63.9 | 0.0% | 80.0 | 80.0 | 80.0 | 80.0 | 0.0% | |
| MFG Inventory Sales Tax | 0.0 | 0.0 | #DIV/0! | 14.0 | 17.0 | 17.0 | 17.0 | -24.3% | |
| Insurance other FP&AE | 207.9 | 207.9 | 0.0% | 162.0 | 115.0 | 115.0 | 115.0 | 0.0% | |
| Insurance AutoFlrsnk | 1.8 | 1.8 | 0.0% | 1.8 | 1.8 | 1.8 | 1.8 | 1.6% | |
| Cafeteria | 1858.3 | 1855.3 | 0.0% | 1,200.0 | 1,318.0 | 1,218.0 | 1,218.0 | -7.7% | |
| Security | 686.4 | 686.4 | 0.0% | 513.0 | 472.5 | 472.5 | 472.5 | 0.0% | |
| Other Corp Admin | 758.3 | 758.3 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Subtotal - Corp Admin** | 4,657.4 | 4,657.4 | 0.0% | 1,828.8 | 1,875.3 | 1,875.3 | 1,875.3 | -2.6% | |
| Satellite Copiers | 904.0 | 904.0 | 0.0% | 855.2 | 530.0 | 530.0 | 530.0 | -2.5% | Journal Entry: Direct from CMMS by 8A.133 CMMS^ to PPD Tra-so |
| Mailroom | 186.0 | 186.0 | 0.0% | 11.0 | 134.0 | 134.0 | 134.0 | 20.7% | |
| CMMS -OSS Fixed Admin Svcs | 828.0 | 828.0 | 0.0% | 314.0 | 297.0 | 297.0 | 297.0 | -8.4% | |
| Library Info Services | 848.0 | 848.0 | 0.0% | 410.0 | 421.0 | 421.0 | 421.0 | 2.7% | |
| Other Fixed from PPD Comm | 1161.0 | 1161.0 | 0.0% | 2,520.0 | 2,784.0 | 2,784.0 | 2,784.0 | | |
| Other Fixed from PPD Comm | 131.0 | 131.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Subtotal Fixed from PPD Comm** | 2,362.0 | 2,362.0 | 0.0% | 4,310.2 | 4,166.0 | 4,166.0 | 4,166.0 | -1.3% | |
| Purchasing Fixed(CMMS) | 1,670.0 | 1,670.0 | 0.0% | 697.0 | 747.0 | 747.0 | 747.0 | 7.2% | Journal Entry: Direct from CMMS by RP.100 CMMS^ to 430 |
| Other TeleMAIL(CMMS) - M/B Telecomm | 178.0 | 178.0 | 0.0% | 118.0 | 130.0 | 130.0 | 130.0 | 12.1% | Journal Entry: Direct from CMMS by WPMT CMMS^ to 430 |
| PPD Mailroom (OPS) | 1110.0 | 1110.0 | 0.0% | 60.0 | 63.0 | 63.0 | 63.0 | 6.0% | Journal Entry: Direct from Jim Baehz by RPPOP^ to AM |
| **Subtotal Fixed from CMMS & PPD Ops** | 2,958.0 | 2,958.0 | 0.0% | 875.0 | 940.0 | 940.0 | 940.0 | 7.7% | |
| **Subtotal Other Cost Expense Pools** | 5,107.4 | 5,107.4 | 0.0% | 7,513.9 | 6,676.3 | 6,676.3 | 6,676.3 | -6.6% | |
| **Corp Admin Expense Assignments - Kevin O'Rourke (PPD Div, FP&A)** | | | | | | | | | |
| LC Employment | 120.0 | 120.0 | 0.0% | 43.0 | 43.0 | 43.0 | 43.0 | 0.0% | |
| LC Skills Develop | 21.0 | 21.0 | 0.0% | 4.0 | 4.0 | 4.0 | 4.0 | 0.0% | |
| Corporate Training | 138.0 | 138.0 | 0.0% | 61.0 | 57.0 | 57.0 | 57.0 | -6.6% | |
| LC Emp Bales Train College Relations | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Other Unit of Activity | 221.0 | 221.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Sub-Total Unit of Activity** | 610.0 | 610.0 | 0.0% | 108.0 | 104.0 | 104.0 | 104.0 | -3.7% | |
| Outside Audit Fees | 0.0 | 0.0 | #DIV/0! | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Drug Lister Fees | 1818.0 | 1818.0 | 0.0% | 1,902.0 | 1,207.0 | 1,207.0 | 1,207.0 | -33.0% | |
| Patents & Trademark | 3918.0 | 3918.0 | 0.0% | 5,565.0 | 6,050.0 | 6,050.0 | 6,050.0 | 8.7% | Variable item Direct to PPD Comm revenue to AA4.AA7 |
| Other Fees Thru Charges | 2761.0 | 2761.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| **Subtotal Fees Thru Charge Base** | 8,936.0 | 8,936.0 | 0.0% | 7,567.0 | 7,257.0 | 7,257.0 | 7,257.0 | | |
| Corporate Licensing | 728.0 | 728.0 | 0.0% | 712.0 | 738.0 | 738.0 | 738.0 | 3.7% | |
| Account Payable | 530.0 | 530.0 | 0.0% | 350.0 | 343.0 | 343.0 | 343.0 | -2.6% | |
| Legal Staff | 2105.0 | 2105.0 | 0.0% | 1,907.9 | 2,306.0 | 2,306.0 | 2,306.0 | 20.9% | |
| Regulatory Affairs | 342.0 | 342.0 | 0.0% | 388.0 | 481.0 | 481.0 | 481.0 | 24.0% | |
| Payroll | 580.0 | 580.0 | 0.0% | 228.0 | 214.0 | 214.0 | 214.0 | -6.1% | |
| General Ledger System | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Fixed Retainer Charge | 1978.0 | 1978.0 | 0.0% | 1,303.0 | 1,263.3 | 1,263.3 | 1,263.3 | -3.0% | |
| Other Fixed Retainer | 7840.0 | 7840.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Subtotal Corp Admin Fixed** | 14,117.0 | 14,117.0 | 0.0% | 4,893.9 | 5,345.3 | 5,345.3 | 5,345.3 | 9.3% | |
| **Subtotal Corp Admin** | 23,738.0 | 23,738.0 | 0.0% | 12,348.9 | 12,706.3 | 12,706.3 | 12,706.3 | 2.9% | |
| **Key Check:** | | | | | | | | | |
| Overhead - Burden | 17,378.9 | | | 17,378.9 | 16,469.6 | 16,469.6 | 16,469.6 | | Key Check to verify Intercomed conclusions are picking up all three sources, the columns use one Plan-wide fraction (Corp plan value), component. |
| Overhead - FDA Fees | 1,802.0 | | | 1,802.0 | 1,207.0 | 1,207.0 | 1,207.0 | | |
| Liability Sub Services charged to depts | 0.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Total Cost Pools & Assignments** | 19,738.9 | | | 19,678.9 | 19,676.6 | 19,676.6 | 19,676.6 | | |

HIGHLY
CONFIDENTIAL
ABBT 0037604

83

HIGHLY
CONFIDENTIAL
ABBT 0037605

Note: These charges are obtained from various memos (mainly from PPD Ops). These memos are detailed in the Fixed Expenses binder. All PABD expenses come from Steve Saarlal directly (these should be in line with what PPD Ops has submitted (via J. Traub).

| Div. | Dept. | 780001 Utilities | 789100 Amort. Svc Leaser | 788410 PPD House Kping | 788412 Whse. Fixed Alloc | 788407 PPD Div. Alloc | 788412 Copier Fixed Cost | 788350 PABD Internal Alloc | 784300 ABC Alloc | Total | Variance $ | Variance % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | | 26.40 | | | | | | | | 26.40 | (0) | (0.00%) |
| Subtotal | | 28.40 | | | | | | | | 28.40 | (0) | (0.00%) |
| 44 | 47C | | 0.80 | | | | | | | 0.80 | (0) | (0.00%) |
| | 47T | | 0.20 | | | | | | | 0.20 | (0) | (0.00%) |
| | 44S | | | 0.00 | | | | | | 0.00 | | #DIV/0! |
| Subtotal | | | 1.00 | 4.70 | | | | | | 4.70 | (4.7) | (-100.00%) |
| 46 | 460 | | 25.50 | | | | | | | 25.50 | (0) | (0.00%) |
| Subtotal | | | 25.80 | | | | | | | 25.80 | (0) | (0.00%) |
| 47 | 47B | | | | | | | | | 0.00 | (30.1) | #DIV/0! |
| | 47F | | | | | | | | | 0.00 | (78.1) | #DIV/0! |
| | 47A | | | 180.10 | 26.43 | | | | | 100.80 | (18.3) | (18.61%) |
| | 47S | | | 78.20 | 81.67 | | | | | 289.17 | (14.12) | (4.7%) |
| | 41M | | | 0.00 | | | | | | 0.00 | (0) | #DIV/0! |
| | 461 | | | | | | | | | 0.00 | (1013.6) | (-50.51%) |
| | 492 | 0.10 | | 7.00 | | 8.19 | | | | 1,991.00 | 6.69 | (1.65%) |
| Subtotal | | 0.10 | | 187.10 | 81.77 | 187.09 | | | | 2,407.20 | (1089.3) | (-44.35%) |
| 52 | 433 | 71.10 | | | | | | | | 71.10 | (0) | (0.00%) |
| Subtotal | | 71.10 | | | | | | | | 71.10 | (0) | (0.00%) |
| 53 | 451 | | | | | | | | | 74.89 | (0.35) | (0.07%) |
| | 44F | | | | | | | | | 39.29 | (0) | (0.00%) |
| | 44J | | | | | | | | | 25.77 | (0) | (0.07%) |
| Subtotal | | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 139.75 | (0.35) | (0.54%) |
| Total | | 99.60 | 26.80 | 187.10 | 68.47 | 222.89 | 3,044.60 | 0.00 | 0.00 | 2,672.70 | (1025.5) | (-40.52%) |

## Fixed Allocations from Operations
(via J. Truax memo)

| PD RD | | 2000 | | 2001 | | PD Variances | | RD Variances | |
|---|---|---|---|---|---|---|---|---|---|
| | | Product. Develop | Research & Develop | Product. Develop | Research & Develop | $ | % | $ | % |
| 11 | 11 | WISDOM (On-Going) | 189,000 | 139,700 | 183,000 | 139,650 | -6,000 | -3.2% | -50 | 0.0% |
| | | EDMS (On Going) | 255,000 | | 255,000 | | | | | 0.0% |
| | | EDMS Project Expense | 85,000 | | 0 | | | | | |
| 12 | a) | D-44K Stability (DQF) | 75,000 | 440,400 | 75,000 | 524,800 | 0 | 0.0% | 84,400 | 19.2% |
| 13 | 24 | CHEN Utilities | 48,000 | 235,000 | 104,800 | 188,800 | 56,800 | 117.9% | -46,200 | -19.7% |
| 13 | 25 | CHEN Maintenance | 208,000 | 947,000 | 472,000 | 899,000 | 264,000 | 126.9% | -48,000 | -5.1% |
| 12 | 22 | PA ABC Allocations | 682,000 | 68,675 | 778,000 | 68,600 | 96,000 | 14.1% | -75 | -0.1% |
| 12 | 27 | QA ABC Allocations | 978,000 | 1,438,000 | 1,320,000 | 1,942,000 | 342,000 | 35.0% | 504,000 | 35.0% |
| | 23 | CAPD Warehouse/Waste | | | | 81,773 | | | -1,875 | -2.2% |
| | 23 | CAPD Project Exp. Transfer | | 105,000 | | 105,000 | | | 0 | 0.0% |
| | 26 | D-55A Engineering Support | | 268,000 | | 375,000 | | | 107,000 | 39.9% |
| | 21 | Corp. Eng. Proj. Expense | | 1,428,000 | | 1,993,000 | | | 667,000 | 39.8% |
| 12 | | D-55T Calibration Servic | 40,000 | | 40,000 | | 0 | 0.0% | 0 | |
| | | | | 0 | | 0 | 0 | | 0 | |
| | 29 | CHEN Envir Health & Sal | 0 | 556,000 | 0 | 597,000 | 0 | | 39,000 | 7.0% |
| | | **Total** | 2,660,000 | 6,709,423 | 3,227,600 | 6,914,623 | 667,600 | 26.1% | 1,205,200 | 21.1% |

a) Not included in overhead; charged directly to projects.

L:\GROUP\PLANNING\2001 PLAN\Fixed Expenses\(Burden\C.an)\Math Fixed
2/14/01 9:21 PM

B4

HIGHLY
CONFIDENTIAL
ABBT 0037606

# Key Unfunded List

HIGHLY
CONFIDENTIAL
ABBT 0037607

PPD - Research and Development
2001 PLAN
Key Unfunded Projects
($MM's)
(As of 1/5/2001)

| Drug/Compound | Project Description | 2001 PLAN |
|---|---|---|
| **NEUROLOGY** | | |
| Depakote | New Formulations (Epilepsy & Acute Migraine) | 1.3 |
| Depakote | Bipolar in Pediatric Mania | 1.4 |
| | | |
| ABT-594 | Post Milestone Funding (3rd and 4th Quarter) | |
| ABT-594 | Phase IIB Osteoarthritis Study (assumes 1/1/01 start date) | 9.8 |
| ABT-594 | Additional Acute Pain Study (Phase IIB Molar Extraction Study) | 5.8 |
| | | 3.0 |
| COX-II | Ongoing Pre-Clinical Studies | |
| | | 3.0 |
| ABT-089 | Single/Multiple Rising Dose Phase I Study | |
| | | 7.0 |
| ABS-103 | Pre-Clinical Studies | 3.3 |
| ABS-103 | Single Rising Dose Phase I Study | 2.4 |
| | | |
| NPS-1776 | Pre-Clinical Studies | 3.7 |
| NPS-1776 | Single and Rising Multiple Phase I and Formulation Bio Studies | 2.4 |
| | **Subtotal NEUROLOGY** | **43.7** |
| **ANTI-INFECTIVE** | | |
| Clarithromycin | Antiviral/Immunomodulatory Studies | 2.4 |
| | | |
| ABT-773 | ABT-773 IV Development Cost | 8.0 |
| | | |
| Quinolone (ABT-492) | Phase II Acceleration/Expansion of Clinical Studies | 9.7 |
| Quinolone (ABT-492) | I.V. Formulation | 4.0 |
| Quinolone (ABT-492) | Japan Phase I Study | 1.0 |
| | | |
| Omnicef | Pharyngitis/Tonsillitis Study: Pediatrics, Suspension, 5D BID vs. Zithromax | 4.0 |
| Omnicef | AECB - Two Arm Study 5D QD vs. Comparator | 2.4 |
| | **Subtotal ANTI-INFECTIVE** | **31.5** |
| **UROLOGY** | | |
| Fenofibrate | Diabetics | 4.0 |
| | | |
| Sibnocimol | Phase II Studies | 10.0 |
| | | |
| KCO | Pre-Clinical/Phase I Studies | 6.0 |
| | **Subtotal UROLOGY** | **20.0** |
| **HIV/IMMUNOLOGY** | | |
| Kaletra | Phase IIB Program (exfunded portion) | 5.6 |
| Kaletra | Kaletra QD | 4.2 |
| Kaletra | Post Approval Commitments | 4.2 |
| Kaletra | Kaletra Salvage | 2.6 |
| Kaletra | Kaletra Firstline | 2.6 |
| Kaletra | Expanded Access Program | 1.5 |
| Kaletra | Phase IV RTI | 1.3 |
| Kaletra | IB/ISC Cohorts | 1.0 |
| Kaletra | Metabolics Program | 0.8 |
| Kaletra | Miscellaneous Phase IV Studies | 0.7 |
| | **Subtotal HIV/IMMUNOLOGY** | **24.6** |
| **ONCOLOGY** | | |
| ABT-627 | Early Stage Pca Cancer | 11.0 |
| | | |
| K-5 | Pre-Clinical/Phase I Studies | 8.0 |
| | **Subtotal ONCOLOGY** | **19.0** |
| **DISCOVERY** | | |
| DDC's | Development of DDC's | ?? |
| | | |
| **IN-LICENSED COMPOUNDS** | | |
| Various | Funds to Acquire New Compounds | ?? |
| | | |
| **PRODUCTIVITY** | | |
| 30% Reduction in Capital | Productivity Projects | |
| | Rosetta Gene Expression | |
| | Genomics/HTS Expansion Program | 6.0 |
| | AEGIS MedDRA | |

CONFIDENTIAL
ABBT 0037608

85

# Deposition Exhibit 30

# P's Exhibit BL



## Timeline of events occurring with Study M00-235 in the Netherlands

| | |
|---|---|
| 14 february 2001 | Site initiation Schellens, Amsterdam |
| 15 february 2001 | Site initiation Zonnenberg, Utrecht |
| 7 march 2001 | Nissen (DVP, Oncology, Abbott US) and Nabulsi (Oncology head, Abbott US) attended Abbott senior management review: "concern regarding the continuation of ABT-518 development" |
| 11 march 2001 | Nabulsi (Oncology head, Abbott US) calls Looman (ass. Med Dir Oncology, Abbott NL) to inform about immediate stop ABT-518 project (and thus study M00-235). Janus (Med. Dir Oncology, Abbott US) and D'Amico (PM, Oncology, Abbott US) |
| 12 march 2001 | Looman calls Schellens and Zonnenberg and requests to NOT enroll any patients due to decision Abbott to stop study |
| | Zonnenberg has enrolled patient 1001; Schellens did not enrol a patient awaiting BoD approval |
| | D'Amico sends Beerepoot (sub-I, Utrecht) memo to allow continuation with pat 1001 and await further news (expected on 13 Mar 01); no new patients to be enrolled. Schellens also informed by memo (D'Amico). |
| 13 march 2001 | Abbott informs Schellens and Zonnenberg that study hold has been lifted. |
| 23 march 2001 | 1001 stops study due to DP (and dies on 30 apr 01 due to cerebral mets) |
| 26 march 2001 | Schellens enrolls Pat 1002 |
| 23 april 2001 | Zonnenberg enrolls pats 1003 & 1004 |
| 25 april 2001 | Pat 1002: SAE (dyspnea/pleural effusion), probably not related |
| 12-16 may 2001 | ASCO: discussion by Abbott and sites: no safety issues: go to level 2 (50 mg) |
| 18 may 2001 | Memo Janus confirming escalation to level 2 (50 mg) per 21 May 2001 |
| 21 may 2001 | Pat 1002 withdraws consent (due to SAE) |
| | Start patient first patient on 50 mg at NKI - 1101 JOE |
| 22 may 2001 | Start AE of 1004 (day 29 of study) - Rise of Creatinin: possibly related |
| 25 may 2001 | Hospitalization pat 1004: AE → SAE |
| 25 may 2001 | Initial SAE report pat 1004 to Abbott Safety Desk: relationship: possible related due to rising creatinin: DLT |
| 25 may 2001 | Stop medication pat 1004 to allow decrease of toxicity to within one level of baseline |
| 30 may 2001 | Follow-up SAE report; relationship: possible caused by kidney failure |
| 30 may 2001 | Zonnenberg sends letter to EC regarding pat 1002 reporting SAE: relapse pleural effusion needs to be changed into dyspnea |
| 1 june 2001 | MMPI project (ABT-518) deemed a No/Go by senior management |
| 5 june 2001 | Teleconference Abbott – Zonnenberg: relationship SAE 1004 is still possibly related, but needs to be probably not related, if enrollment of new patients at level 2 (50 mg) can continue. Schellens; 2ⁿᵈ patient 1102 NKI is waiting to be included. |
| | Decision Abbott to suspend enrollment to clarify renal toxicity, based on suggestion by Zonnenberg. |
| | Patient 1004 stops study due to SAE |
| 12 june 2001 | Verbal announcement of Abbott (Nabulsi) to stop study to Schellens and Zonnenberg |
| 14 june 2001 | Teleconference with Voest to officially inform him of study termination |
| 19 june 2001 | 1003 stops study due to DP |
| 21 june 2001 | Teleconference with Schellens to officially inform him of study termination |
| | After this call, an official study termination letter was sent to Schellens and Zonnenberg |
| 22 june 2001 | Receipt of registration form of proposed 2ⁿᵈ patient at 50 mg by Schellens |
| 22 june 2001 | Memo Janus: relationship SAE 1004 will be changed to: probably not; Schellens to announce 2ⁿᵈ patient at 50 mg; official paperwork from Zonnenberg to confirm changed relationship pending |

CONFIDENTIAL
ABBT0518377

EXHIBIT 30
FOR I.D. 4-26-07

| | |
|---|---|
| 25 june 2001 | 2nd patient at 50 mg included 1102 by Schellens, however no documentation of changed relationship received from Zonnenberg. Patient should have received 25 mg due to possible DLT |
| 26 june 2001 | Visit Nabulsi to both sites to explain termination of study |
| 6 july 2001 | Conference call with Schellens asking him to not enroll new patients at 50 mg; Statement from Schellens that no more patients as of 6 Jul 01 except for pat 1101 have been enrolled at 50 mg |
| 7 july 2001 | Memo Janus to indicate that relationship has not changed, so any new patient should receive 25mg. |
| 11 July 2001 | Memo of datanurse of Zonnenberg signaling unawareness of changed relationship from probably not back to possible |
| 12 july 2001 | Renewed request to Schellens to confirm that no new patients after pat 1101 have been enrolled; Additional information received by Janus about inclusion of second patient 1102 on 25 June 01 |
| 25 july 2001 | Memo from Schellens to inform Abbott that patient 1102 will continue on 50 mg, no drug related toxicities. |
| 27 july 2001 | Memo Knight (PM, Abbott Oncology US): Nabulsi agrees with proposed strategy by Schellens. Protocol deviation noted and will be reported correctly. |
| 31 july 2001 | Zonnenberg letter to Janus: Relationship SAE pat 1004 remains possibly related; recommendation Zonnenberg to add 3 more patients @ 25 mg. |
| 10 dec 2001 | Zonnenberg sends corrective letter to EC to change description of SAE pat 1002 from "relapse pleural effusion" to "dyspnea". Content and outcome SAE have not changed. |
| 30 nov 01 | Close out visit Schellens |
| 11 dec 2001 | Close out visit Zonnenberg |

CONFIDENTIAL
ABBT0518378

# Deposition Exhibit 33

# P's Exhibit GI



Tamara L
Garavalia /LAKE/PPRD/ABB
OTT

10/09/2001 10:25 AM

To    Linda M Fisher/LAKE/PPRD/ABBOTT@ABBOTT

cc

bcc

Subject    ABT-594 Not Funded

So - now that you have a lot of free time - you can go out for lunch more often!  (Ha Ha - bet you thought I
was going to push another project your way! )

tg

----- Forwarded by Tamara L Garavalia/LAKE/PPRD/ABBOTT on 10/09/01 10:25 AM -----

Gary D Jones
10/09/01 10:04 AM

To: D492
cc: Patrick M Klemens/LAKE/PPRD/ABBOTT@ABBOTT
Subject: ABT-594 Not Funded

FYI
----- Forwarded by Gary D Jones/LAKE/PPRD/ABBOTT on 10/09/01 10:03 AM -----

Howard S Cheskin
10/09/01 09:44 AM

To: Claudia M Davila/LAKE/PPRD/ABBOTT@ABBOTT, David G
Stroz/LAKE/PPRD/ABBOTT, Diana L
Green/LAKE/PPRD/ABBOTT@ABBOTT, Erskine R
Hilyer/LAKE/PPRD/ABBOTT@ABBOTT, Eugenia
Gotsis/LAKE/PPRD/ABBOTT@ABBOTT, Jenny M
Chan/LAKE/PPRD/ABBOTT@ABBOTT, Ji
Zhou/LAKE/PPRD/ABBOTT@ABBOTT, Jim J
Ciullo/LAKE/CAPD/ABBOTT@ABBOTT, John E
Hengeveld/LAKE/CAPD/ABBOTT@ABBOTT, Linda M
Fisher/LAKE/PPRD/ABBOTT@ABBOTT, Lloyd S
Dias/LAKE/PPRD/ABBOTT@ABBOTT, Megan R
Hughes/LAKE/PPRD/ABBOTT@ABBOTT, Michael L
Branton/LAKE/PPRD/ABBOTT@ABBOTT, Rhonda J
Peck/LAKE/PPRD/ABBOTT@ABBOTT, Sanjeev
Sharma/LAKE/PPRD/ABBOTT@ABBOTT, Shyamala C
Jayaraman/LAKE/PPRD/ABBOTT@ABBOTT, Smruti S
Desai/LAKE/PPRD/ABBOTT@ABBOTT, Stephen J
Vigmond/LAKE/PPRD/ABBOTT@ABBOTT, Thomas J
Myers/LAKE/PPRD/ABBOTT@ABBOTT, Victoria H
Estrada/LAKE/PPRD/ABBOTT@ABBOTT, William T
Morta/LAKE/CAPD/ABBOTT@ABBOTT
cc: Ashok Katdare, Ekraim Shek/LAKE/PPRD/ABBOTT@ABBOTT, Dana K
Morgan/LAKE/PPRD/ABBOTT@ABBOTT, Richard A
Pytar/LAKE/PPRD/ABBOTT@ABBOTT, Liam Feely, Gary D
Jones/LAKE/PPRD/ABBOTT@ABBOTT, Steve
Szostak/LAKE/PPRD/ABBOTT@ABBOTT
Subject: ABT-594 Not Funded

An outcome of yesterday's Pharmaceutical Executive Committee meeting was to kill ABT-594.  There will
be attempts to outlicense the compound since the risk/value assessment came up with a positive net
present value, but it will not be developed by Abbott.

Please discontinue all project activities related to the clinical supply.  We will work out the close-down
activities in the next couple of weeks.

Howard

CONFIDENTIAL
ABBT0148334

*Leiden* EXHIBIT  **33**
FOR I.D.  4-20-07   I gar

# Deposition Exhibit 35

# P's Exhibit GL

# 1 ABBOTT

Daphne L. Pals
Senior Counsel

Abbott Laboratories
100 Abbott Park Road
Abbott Park, Illinois 60064-6049
Telephone: (847) 935-5747
Telecopy: (847) 938-1206

November 16, 2001

Mr. Steve Blewitt
John Hancock Life Insurance Company
200 Clarendon Street, T-57
Boston, MA 02117
Attention: Bond & Corporate Finance Group
Fax: 617-572-1628

Re:    Research Funding Agreement dated as of March 13, 2001
        Termination of ABT-594

Dear Steve,

This is to advise you that Abbott has decided to terminate further development of ABT-594 (a drug for the treatment of neuropathic pain).

Section 4.3(c) of the Agreement is not applicable as the cessation of the development of ABT-594 was not the result of Abbott's acquisition of a Replacement Compound. Abbott will attempt to maximize the commercial value, if any, of ABT-594 as required under Section 4.3(d).

I hope you are doing well.

Sincerely,

Daphne Pals
Senior Counsel

cc:    John Hancock Life Insurance Company
        200 Clarendon Street, T-50
        Boston, MA  02117
        Attention:  Investment Law Division
        Fax:  617-572-9268

CONFIDENTIAL
ABBT 0033833

EXHIBIT 35
FOR I.D. 4-26-07

**Deposition Exhibit 37**

**P's Exhibit I**

# February 2001

# ABT-518



Feldman EXHIBIT 31
FOR I.D. 4-26-07 — gxx

HIGHLY CONFIDENTIAL -- FOR INTERNAL USE ONLY

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABT 0000343

1 of 1

| February 2001 | ABT-518 |

- Study initiation visits were conducted on 2/14 and 2/15.

| | Target Date |
|---|---|
| • First patient enrolled | 3/12 |
| • Preliminary results from 6-week rat hepatotoxicity study | 3/31 |
| • Pre-IND meeting with FDA | 6/1 |
| • Preliminary results from 3-month rat chronic toxicity study | 6/20 |

| | | | | Resolution? Planned / Actual Date |
|---|---|---|---|---|
| Identification of FDA requirements for cytostatic agents in oncology drug development. | ☐ Cost ☐ Time ☑ Probe ☑ Regulatory | Phase I IND study to Transition program to solicit FDA input. | Clinical | 6/1/01 |
| Key tox finding was hepatotoxicity in one-month rat study. In-vivo and in-vivo data indicate a potential for mechanism based drug interactions. | ☐ Cost ☐ Time ☑ Probe ☑ Regulatory | The Phase I first-in-man protocol has been designed to address these issues. A 6-week tox and metabolism studies have been completed. Results are under review. A 3-month rat toxicity study is ongoing. | Toxicology/ Metabolism | 7/1/01 |

HIGHLY CONFIDENTIAL
ABT 0000344

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

February 2001                    ABT-518

| | | Competitive Environment |
|---|---|---|
| As several competitors are in Phase II/III, ABT-518 product profile will need to demonstrate advantage over the other compounds (i.e., safety/efficacy) | ☐ Cost ☐ Time ☑ Profile ☐ Regulatory | Ongoing analysis and comparison of competition throughout transition. ABT-518 has the potential to be the best in class compound. Pfizer (Agouron) announced 8/4/00 that they were stopping Phase III trials of prinomastat in advanced prostate and NSCLC because 'primary efficacy objectives were not met'. They are continuing trials in less advanced tumors, e.g., glioma and NSCLC, and will start trials in two additional tumor types. Efficacy was shown with marimastat in less advanced gastric cancer, but British Biotech announced on 9/27/00 that marimastat in combination with carboplatin was no better than carboplatin alone in advanced ovarian cancer. Marimastat development was discontinued on 2/15/01. Both the Pfizer compound and British Biotech's compound are hindered by dose-limiting joint toxicity. |
| | ☐ Cost ☐ Time ☐ Profile ☐ Regulatory | |

HIGHLY CONFIDENTIAL
ABBT 0003346

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

# February 2001 | ABT-518

## Key Activities

### Commercial

| Activity | LRE | Actual |
|---|---|---|
| Market research to assess commercial potential of cancer types, both US and Ex-US. | 4/2001 | |
| Assessment of patient compliance (for revision of forecast) | 3/2001 | |
| Assessment of off-label vs. epi/brwr use (for revision of forecast) | 3/2001 | |
| Assessment of cancer market growth (for revision of forecast) | 4/2001 | |
| Assist with advisory planning | 4/2001 | |
| Development of brand and generic names | Late 2001 | |

### Formulation

Plan Date: 3/2000

| Activity | Plan | Actual |
|---|---|---|
| Phase I Formulation | 100000 | |
| Phase II Formulation | | |
| Formulation for Bio Study | | |
| Phase III Clinical Supplies Manufactured | | |
| NDA Lot (s) Completed | | |
| Completion of 1 Year Stability for NDA | | |
| Formulation Peer Review | | |

### Drug Substance

Plan Date: 3/2000

| Activity | KG | Plan | Actual | Actual Projected Costing |
|---|---|---|---|---|
| Chem Sci#n (GLP) | 3.0/1.7 | 9/2000 | 6/19/00 | $133,300 |
| Chem Sci#n (GMP) | 2.00.8 | 9/2000 | 9/28/00 | $133,300 |
| Chem Sci#n | 15.0 | 6/2001 | | |
| SPD | | | | |
| SPD | | | | |
| SPD | | | | |
| Demo Lot | | | | |
| NDA Lot #1 | | | | |
| NDA Lot #2 | | | | |
| NDA Lot #3 | | | | |
| Validation Lot | | | | |

### Toxicology

Plan Date: 3/2000

| Toxicology Activity | Planned Start | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 5/2000 | | |
| Acute Studies | 5/2000 | | |
| 2-Week Monkey (non-GLP) | 12/21/98 | 12/14/98 | |
| 1-Month Rat (non-GLP screening) | 12/21/98 | 12/14/98 | |
| 1 Month Rat (GLP) | 6/2000 | 6/27/00 | |
| 1 Month Monkey (GLP) | 6/2000 | 6/28/00 | |
| 3 Month Rat | 1/2001 | 1/2/01 | |
| 3 Month Mouse MTD | | | |
| SEG I and SEG II | | | |
| SEG III Rat (post natal development) | | | |
| 6 Month Rat | | | |
| 1 Year Monkey | | | |
| Carcinogenicity (2 yr) Rat | | | |
| Carcinogenicity (2 yr) Mouse | | | |

4 of 4

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000348

# February 2001

## ABT-518

### All Clinical Studies:

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Patients Current |
|---|---|---|---|---|---|---|
| MXV-235 | I | NO Study In cancer patients | 2/26 | | 40 | |
| TBD | I | IND Study | | | 20 | |

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Patients Current |
|---|---|---|---|---|---|---|

HIGHLY CONFIDENTIAL -- FOR INTERNAL USE ONLY

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT.

HIGHLY CONFIDENTIAL
ABT 0000347

February 2001

ABT-518

## Ongoing Clinical Studies (List first time in man, Phase II Dose-Ranging and Pivotal Trials)

XXXX-XXX – TITLE

Protocol:                 M00-226 - Phase I MD in cancer patients
Objectives:             Determine MTD and safety profile in cancer patients
ABT-518 Doses:      25, 50, 100, 200, 400, 800, 1200, 1500, 2000 mg/day
Comparator Doses:  N/A
Target Enrollment:   40
Status:                   Study initiated, clinical supplies delivered
Major Findings:



Enrollment

(Author:
Double click on chart to
edit)

HIGHLY CONFIDENTIAL
ABBT 0000348

HIGHLY CONFIDENTIAL -- FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

# Deposition Exhibit 40

# P's Exhibit MI

**MMPI MONTHLY MEETING AGENDA**
4/12/2001, 10:30–12:00, AP6A-1A
**Objectives: To Review MMPI Project Status**

Anne
Hagey  – Rotating
MD

**NOTES**

I.   **Toxicology** – L. Loberg

- Results from 6 week rat study
- 3 month rat – (RX phase ends this week)

II.   **PK** – B. Carr/ M. Rieser

- No update

III.   **PARD** – J. Cannon/ T. Garavalia/ S. Wittenberger

- Capsules analysis, Feton run- 101% against claim
- Process research is making additional drug

IV.   **Discovery** – S. Davidson

- No Update

V.   **Metabolism** – D. Hickman

- Rat ADME study update

VI.   **Clinical**– D. D'Amico

- PK method validation update- Netherlands
  -Day 1 PK samples from 2 patients collected
- 2 patients enrolled, 1 active
- 2 patients scheduled to enroll 4/23
- IND document collection continues

**Next Team Venture Meeting**

When:    Thursday, May 10, 2001
Where:   AP6A-1A
Time:    10:30 – 12:00

Confidential

ABBT0045243

Leiden  EXHIBIT  40
FOR I.D. 4-26-07  1 JAK

sulphonic acid → see o in rat tissue extracts now - wasn't seen before

- presume it's sulfonic acid (metabolite that has long 1/2 life)
- why didn't we see sulfonic acid?
We didn't see it in monkeys, etc. → only seeing Ar in rat so far

so started w/ new HPLC system to re-analyze rat & monkey tissue & plasma samples

In Plasma: 5/8 & sulphonic acid

In feces - see others

Should I Δ the protocol to have a w/o for sintron & anti - coagulants

2nd Meeting

<u>Strategy</u> : Porgi Plan to kill if leader says ~~XXXX~~ No Go

Jeff wants to kill this ; ATCO results neutral - negative ; No ⊕

Opt 0    Kill - Hard kill
Opt 1    Stop everything - try to out-license (sell) ; keep doing stability, etc pt shortly continue
Shelf { Opt 2    Put it on pause until ???
Opt 3    Offer pre-emptive plan or development → show how it slows/doesn't slow benefit
         Move forward (porgi choice)

Put a plan in place - knowing what they are & what will do

Auguron - Add on to therapy
          Proximal disease vs advanced disease
          ? joint effects ?

① explore non-oncologic indications
② how do we study proximal vs advanced

If essential need only needs Anti-tumor needs or perhaps

SAFETY
joint? - should answer in Ph I
↳ prohibits chronic drug administration

Activity    - can answer in another Ph I study
            PD → Intratech tumor tissues in melanoma & head & neck
II study    xygomorphy · approach

Porgi wants to sign Jeff + write SPDG now

Many even work by itself ←  locally injected disease    easily measured
                            crani/CR   ATC?   (BE)   PIN, DCIS    - high levels
                            than?   early bladder cancers - etc

Page ②

Other possibilities

Non Cancer :    MS

Fibrosis —    hepatic fibrosis    IPF =
                LIF Failure    easy to
prol.F    retinopathy    measure
                                        very attractive
                                        field

                                        ↓
                                        "immunology
                                        franchise"

Present Plan to John/Jeff now (or May 4,5th)

Nobody has ever gotten approval
        for locally invasive disease.
        history weak

Marimistat works in MS models. Does ours? Not known.
        Can we do some pre-clinical work?

Steve: will give list of non-cancer to Lowrie & Perry to
        build strategies for both

        Finish Safety Study = $X    Spend
        If we move onto after   — Gain $X
        Show Benefit

"Enthusiasm is inversely proportional to knowledge" — Perry

Confidential

ABBT0045245

**Deposition Exhibit 45**

**P's Exhibit IN**

PART 1



# ABT-773 Update
## February 12, 2001

Confidential

ABBT205047

Confidential

# Agenda

- Introduction
- The molecule
- Phase III tablet program Issues
  - QT
  - Liver function
  - Posology
  - IV program
  - Re-launch program
  - Japan program

ABBT205048

Confidential



# Global Antibiotic Market Sales
## Current vs Future Projection

1999 Global Sales $20.6B

2006 Global Sales $25.3B

The antibiotic market is a large market and is expected to expand on a global sales basis

ABBT205049

Confidential

# Global Market Drivers
## Negative vs Positive Drivers

- **Antibiotic Resistance**
  - Increasing sensitivity toward "appropriate use" may have negative impact on usage ⬇
  - Requires new agents to keep ahead of resistant pathogens; substitution of older generic agents with newer branded agents ⬆

- **Patent Expirations**
  - May increase price sensitivity and bargaining power of MCOs ⬇
  - Use of generic agents tend to decrease over time; obsolescence/resistance may further that trend ⬆

- **Market expansion** ⬆

- **Unmet Need** ⬇
  - Overall unmet need relatively low
  - Cost ... on added importance
  - Incr ... metrics ... resistance surveillance, AUC/MIC, MPC, kill kinetics

- **Competitors**
  - ...quin, Factive, Spectracef, Ketek, Zyvox ... key competitors

Negative driver ⬇
Positive driver ⬆

ABBT205050



Key Success Factors
US vs ex-US

Confidential

ABBT205051

Confidential



ABBT205052

Confidential

# ABT-773 Ketolide

- Quinolylallyl propenyl moiety at the 6-0-position
- Keto group at the 3-position
- Carbamate group at the 11, 12-position

ABT-773



ABBT205053

**Deposition Exhibit 45**

**P's Exhibit IN**

PART 2

Confidential

# ABT-773 Ketolide

- **Ketolides are a Novel Class of Antimicrobial**

  - Active includes key respiratory tract infection pathogens including macrolide and penicillin resistant *S. pneumoniae* and *S. pyogenes*

  - Bactericidal activity

  - Reduced susceptibility effect

  - Reduced resistance development

ABBT205054

Confidential



# Microbiology

$MIC_{90}$ $\mu g/ml$

| Organism | ABT-773 | Ketek | Clari | Azi |
|---|---|---|---|---|
| *S. pneumoniae* ery-S | 0.008 | 0.04 | 0.03 | 0.12 |
| *S. pneumoniae* mef | 0.12 | .0 | 4.0 | 16.0 |
| *S. pneumoniae* erm | 0.01 | >32 | >32 | >32 |
| *S. pnuemoniae* erm | 0.12 | 2.0 | 1.0 | 2.0 |
| *S. pyogenes* ery-S | 0.5 | >8.0 | >32 | >32 |
| *S. pyogenes* | 2.0 | 0.25 | 0.5 | 0.25 |
| *M. cat* | 2.0 | 2.0 | 16 | 2.0 |
| *H. in* | <0.005 | <0.005 | 0.008 | 1.0 |
| *Legionella* | 2.0 | 2.0 | 0.06 | <0.005 |
| *pneumoniae* | 0.015 | 0.06 | 0.06 | 0.12 |

ABBT205055

ABBT205056

Confidential





Confidential



Ribosome Binding, Susceptible
S. pneumoniae

% of Control

Drug Concentration (M)

erythromycin (◆),
telithromycin (■),
ABT-773 (●).

IC50 of Ery is 566
nM; telithromycin is
120 nM; ABT-773 is
52.7 nM. Abbott
Internal Data.

ABBT205057

Confidential



# ABT-773 Displacement in Susceptible *S. pneumoniae* 2486

J. Capobianco et al.
ICAAC 1998

**(RL/RLo)**

min

- ABT-773
  (y = 0.9638 - 0.0016x, r = 0.99)
- Erythromycin
  (y = 1.0015 - 0.0215x, r = 0.99)

ABBT205058

Confidential



# QTc potential and liver Toxicity

## Issues

ABBT205059

Confidential

# QTc Prolongation Issues

- Potential for QTc Prolongation is a hot button worldwide
  - Antimicrobial agents including macrolides and quinolones are of concern to regulatory agencies
  - CPMP guidelines require data from animal models and 200 subjects
  - FDA is in the process of evaluating all drug class known to have a potential for prolonging QTc (erythromycin and clarithromycin)
  - FDA has question whether ketolides behave like macrolides
  - Required additional dog tox study to evaluate QTc
  - FDA suggested monitoring in pivotal Phase 3 studies
  - Refined medical Phase I study in patients with underlying cardiac disease
  - [illegible] labeling will contain warnings for QT prolongation
  - [illegible] is meeting is presently scheduled to May 2001 probably not related to QTc

ABBT205060

**Deposition Exhibit 45**

**P's Exhibit IN**

PART 3

Confidential

# QT Prolongation Issues ABT-773

- Pre-clinical data positive for QTc dose response.

- A possible dose effect in Phase I at total daily dose ≥800 mg.

- No significant QT effect observed when ABT-773 was administered with the metabolic inhibitor ketoconazole. (Increased ABT-773 Cmax 5X)

- No concomitant dose response in Phase I studies (≤300mg).

- No dose effect effect observed at clinical doses studied in Phase II studies (i.e. not up to 600 mg QD)

ABBT205061

Confidential

# QTc Prolongation Issues
# ABT-773 Plan

- Completed pre-clinical evaluation of ABT-773
- Completed ECG monitoring of >200 patients in Phase II and III programs.
- Continue to monitor QTc and electrolytes in Phase III
- Planning TQA sponsored study of QTc in patients with pre-existing cardiac disease.
- IV ABT-773 study will monitor QTc carefully
- Consult with Drs. Morganroth and Moss QTc advisors.

ABBT205062

Confidential

# Liver Toxicity Issues

- **Potential for liver toxicity is a concern for the FDA**

  – Recent liver toxicity seen with Trovofloxacin are of concern to regulatory agencies.

  – Gemifloxacin recently not approved by FDA because of liver toxicity concerns.

  – FDA held discussions with industry on how to study liver function – summarized on agenda 11-12-2001

ABBT205063

Confidential

# Liver Toxicity Issues for ABT-773

- Preclinical tox showed some effect on the liver function.
- Japanese in bridging study showed increased LFTs.
- No evidence of LFT issue in Western subjects.
- No evidence of dose response.
- Repeat of Japanese bridging study in Japan showed No evidence of LFT increases in Japanese or Caucasians.
- ABT-773 plan to address GI processing problem
  - Co-promote termination
  - Japan tox will attend next DSM meeting.
- Full Phase III programs.

ABBT205064

Confidential



Phase III Program

ABBT205065

Confidential



# Phase III Program
## Proposed Indications and Treatment Duration

| Infection | Dosage | Duration |
|---|---|---|
| Pharyngitis/Tonsillitis due to: | | |
| S. pyogenes* | 150 mg QD | 5 d |
| Acute bacterial sinusitis due to: | | |
| H. influenzae | 150 mg QD or BID | 10 d |
| M. catarrhalis | 150 mg QD or BID | 10 d |
| S. pneumoniae** | 150 mg QD or BID | 10 d |
| Acute bacterial exacerbation of chronic bronchitis due to: | | |
| H. influenzae | 150 mg | 5 d |
| M. catarrhalis | 150 mg | 5 d |
| S. pneumoniae | 150 mg | 5 d |

* ...resistant strains.
** ...resistant and macrolide-resistant strains.

ABBT205066

Confidential

## Phase III Program
### Studies Started in Year 2000

| Study | Indication | ABT-773 Regimen | Comparator | Number Subjects | Location |
|---|---|---|---|---|---|
| M00-223 | Pharyngitis | 150 mg QD 5 days | Penicillin V | 185/520 | US (IND) |
| M00-222 | Pharyngitis | 50 mg QD 5 days | Penicillin V | 0/520 | EU (Non-IND) |
| M00-216 | | | Azithromycin | 131/600 | US, Canada IND |
| M00-21? | | | ...floxacin | 0/500 | EU (Non-IND) |

ABBT205067

**Deposition Exhibit 45**

**P's Exhibit IN**

PART 4

Confidential

## Phase III Program Studies Started in Year 2000, Con't

### Dose Finding/Studies for Sinusitis/CAP:



| Study | Indication | ABT-773 Regimen | Comparator | Number Subjects | Location |
|---|---|---|---|---|---|
| M00-225 | Sinusitis | 600 mg QD vs. 150 mg BID | None | 137/500 | US, EU (IND) |
| M00-219 | | 400 mg QD vs. 600 mg QD vs. 800 mg QD | None | 76/500 | US, Canada, EU (IND) |

ABBT205068

Confidential

# Dosing Issue

## 150 mg BID vs 150 mg QD Background

- Phase II data indicated 300 mg QD was not feasible due to high levels of diarrhea (10-20%) and taste perversion (10-20%)

- Phase II ABECB and pharyngitis/tonsillitis data supported 150 mg QD; 150 mg QD currently being evaluated in ongoing phase III trials in these indications

- Dosing selection in CAP and sinusitis confounded by limited data
  - few bacterial isolates, particularly with ▮ flu in sinusitis
  - no ▮ ▮ ▮ ▮ ▮ ▮ ▮

- To increase probability of correct dose selection in CAP/sinusitis, the decision ▮ ▮ ▮ ▮ additional studies to generate more data ▮ ▮ ▮ ▮ ▮ ▮ ▮ ▮ ▮ ▮ ▮

▮ ▮ ▮ ▮ ▮ ▮ ▮ CAP & sinusitis trials ongoing

▮ ▮ ▮ ▮ ▮ Decision Support Group, with joint AI & PPD

ABBT205069

Confidential



ABT-773 IV Program

ABBT205071

Confidential

ABBT205072



Confidential

# ABT-773 IV Formulation
## Strategic, Commercial, and Technical Value

- **Strategic Value**
  - IV represents a channel not currently served by Anti-infective Franchise
  - Leverages presence of Medical Center Reps and experience with ID community

- **Commercial Value**
  - availability figures favorably into decisions regarding formulary access to molecule
    - potential advantage over telithromycin, which will not have an IV
    - required to compete effectively with Zithromax, Tequin, Avelox which have IVs
  - Positive impact on tablet formulation
    - estimated [  ]% incremental to peak tablet sales due to step-down therapy
    - Enhances overall "potency" image of brand

- **Technical**
  - Su[  ]

  - [  ] be important to establish body of evidence for this

[  ] tablet launch by 1 year; any
[  ] reduce the potential value

ABBT205073

Confidential

# ABT-773 IV Program
## Formulation Objectives

- Reconstituted solution. Once a day dosing. Low pain on injection

- Lyophilized powder, consisting of ABT-773 and a counter ion base.

- One strength in a flip-top vial and one ADD Vantage system at launch.

- Diluent from the 100ml with length of infusion (30 to 60 minutes) and dose of diluent (Dextrose 5% and/or normal saline) TBD based on titrated pain in acute, clinical and stability studies.

ABBT205074

Confidential

# ABT-773 IV Formulation
## PPD/HPD Funding Status

- PPD/HPD Collaboration initiated 9/99
- PPD funded Program 01/00-08/00 ($1.4MM)
  - Formulation development (lactate salt, lyophilized powder)
  - Animal pain models
  - Two week tox study (monkey)
- HPD funded Program 08/00-12/00 ($0.8MM)
  - Two week tox study (rat)
  - Clinical supplies for Phase I
  - Stability program
- 2001 projected costs for 773 IV ($7MM)
  - Investment required to Phase I Go/No Go ($1MM)
- Total program development costs 2000 – 2003 ($22.5MM)

ABBT205075

**Deposition Exhibit 45**

**P's Exhibit IN**

PART 5

Confidential

# ABT-773 IV Formulation
## Animal Pain Study Results

- Assessed 6 prototypes (3 different counter ions at 2 pH levels) vs. clarithromycin IV and azithromycin IV

- Animal pain models showed no differentiation among all three compounds
  - Results not conclusive
  - Need to evaluate humans

- Chose ABT-773 lactate as the prototype to test in Phase I studies based on manufacturability and stability.

ABBT205076



# ABT-773 IV Planned Clinical Program

*With 2001 funding decision in Feb:*

- Single Dose-rising Phase I study
- Multiple Dose (Phase I) with selected dose
- File US IND
- Initiate Phase II
  - 2 sites (involving CAP studies (US/Europe))
  - 

Apr/01
June/01
Oct/01
Dec/01

Aug/03

Confidential

ABBT205077

Confidential

# ABT 773 IV Program Summary

- **Comments**
  - Funding for '01 not available PPD/HPD
  - Go/No go could be made after Phase I based on safety profile (pain,QT,GI)
  - Milestone funding recommended ($1MM)
  - Assumed fixed annual budget estimated $7MM
  - IV will be positioned for penicillin resistant *S. pneumo* claim
  - Total Program Cost 2000-2003 ($22.5MM)

ABBT205078

Confidential



Pediatric Program

ABBT205079

Confidential

# ABT-773 Pediatric Formulation
## Importance to the 773 program

- Increased perception of safety

- Better pricing and acceptance in European markets

- FDA requires studies in pediatrics

ABBT205080

Confidential

# ABT-773 Pediatric Program
## Formulation Objectives

- Develop coated particle formulae for global use
  - coated particles for Suspension - 150mg/5mL & 300mg/5mL
  - coated particles as a dry syrup, sprinkle or sachet.
- Desired Properties
  - Once a Day Dosing
  - Acceptable Initial Taste
  - Minimal After-taste
  - No Unpleasant Mouthfeel
  - Acceptable Color and Flavor
  - No Refrigeration Required.

ABBT205081

Confidential

# ABT-773 Pediatric Program

## Taste Assessment

### Sensory Analysis of Uncoated Drugs
### Summary of Results

The three drug substances can be ranked from most to least bitter as follows:

| | |
|---|---|
| ABT-773 | 0.79 |
| Clarithromycin | 4.2 |
| Azithromycin | 15 |

ABT-773 is approximately five times more bitter than clarithromycin

ABT205082

**Deposition Exhibit 45**

**P's Exhibit IN**

PART 6

Confidential

# ABT-773 Pediatric Program
## Taste Assessment

- The ABT-773 encapsulated prototype #2 may be at risk of dosing compliance problems due to flavor quality.

- Overall ABT-773 Prototype 2
  - Less bitter than Biaxin both initial and after taste
  - More bitter than Zithromax both initial and after taste

- For the ABT-773 Prototype 2, the flavoring aromatics and sweetness dissipate quickly exposing the bitterness which begins to introduce the aftertaste at or above the dosing level.

ABBT205083

Confidential



ABBT205084

Confidential

# Japan Program
## Taisho

- Japan development is planned in coordination with Taisho and Dainabot

- Meetings are held at least 3 times a year to review developments

- Taisho funds 100% of global development costs and 50% of local Japan costs

- Bridgline is primary plan for development in Japan

ABBT205085

Confidential



# Japan Program
## Clinical Plan

|  | Start |
|---|---|
| • Phase I in Japan | Completed |
| — Food Effect Study | Completed |
| — Single and multiple dose study | April/01 |
| — Review data (Abbott/Taisho) | |
| — PK data Japanese vs Caucasian | |
| ... development and recommend development program | 2Q/01 |

ABBT205086

Confidential

# Japan Program Clinical Plan

- PK similar in Japanese and Caucasians (06/02 filing)
  - Recommend to Kiko same dose in Japan as in ex-Japan
  - Recommend to Kiko one comparative bridging study in CAP (Phase III) and several smaller local studies in skin infections, dentistry, otolaryngology, UTI and pan-bronchiolytis
  - Taisho agreement necessary prior to Kiko meeting

- PK different in Japanese and Caucasians (12/03 filing)
  - Phase II dose-ranging study in CAP (Bridging study)
  - Pivotal Phase III comparative study will be required
  - Higher dose dependent on Japanese
  - Implications on Taisho cost-sharing

ABBT205087

**Deposition Exhibit 48**

**P's Exhibit JO**

 **ABBOTT**

From: Jeff Leiden
John Leonard

INTEROFFICE CORRESPONDENCE

TO: Miles White                                    Date: Jan. 7, 2002

CC:
Bill Dempsey
Dave Goffredo
Mary Szela
Jim Tyree
Eugene Sun
Stan Bukofzer

Confidential

RE:

On December 10th, the Pharmaceutical Executive Committee met to review the development status of ABT-773, our ketolide antibiotic in clinical development for respiratory tract infections. Based on the data reviewed at the meeting, the Committee recommends suspending further development and initiating efforts to out license the compound. Attached is a package, which addresses the key issues. Our decision for this recommendation is based on the following:

**1.  Divergence from the target product profile**
ABT-773 was approved for clinical development in a March 1997 Drug Development Committee (PPCC), at which time the key elements of the target product profile were defined as:

- ♦ Once daily dosing for short course treatment regimens (5-10 days)
- ♦ Favorable side effect profile relative to currently available therapies
- ♦ Efficacy against major respiratory pathogens, particularly against resistant organisms, a key differentiating feature of this compound

- • Once daily dosing has not been achieved in 3 of 4 respiratory indications:
    - ♦ In July 2001, twice daily dosing was chosen for the pivotal Phase III clinical trials in sinusitis and community acquired pneumonia. This decision was taken based on accumulated scientific data and to enhance regulatory approvability of the compound, but recognized a corresponding decrease in the commercial value; particularly given the global trend toward once-a-day/shorter course therapy.
    - ♦ In November, the pivotal U.S. Phase III trial in pharyngitis showed that ABT-773 dosed once daily at the chosen dose had insufficient efficacy for approval. Additionally, these results cast some doubt on the potential for QD dosing for bronchitis.

HIGHLY CONFIDENTIAL
ABBT0559668

Leiden  EXHIBIT  48
FOR I.  9-26-07  I _____

- The emerging side effect profile of ABT-773 is neither significantly better nor worse than clarithromycin in terms of taste and the potential for drug-drug interactions. There are still safety issues that remain to be better defined, i.e., the potential for QT prolongation, and the incidence and severity of liver enzyme abnormalities (see #3 below).

- A resistance claim, which is a key point of commercial differentiation, will be challenging to achieve:
  - The resistance claim is based on successful treatment of pneumonia patients who have resistant organisms. The original ABT-773 plan targeted approximately 15 such patients. In 2001, the EMEA and FDA evaluated telithromycin (Ketek), Aventis' first-in-class ketolide. Neither the EMEA nor FDA considered the Ketek data sufficient to support a resistance claim based on 17 patients with about an 85% eradication rate. It is now anticipated that a resistance claim for ABT-773 will require a larger number of resistant isolates (this requirement will significantly increase the size, complexity, and duration of clinical trials) as well as an eradication rate of at least 85%.

2. **Increasing regulatory stringency**
- Regulatory approval of new antibiotics is increasingly dependent on their benefit:risk ratio compared to currently available therapies. Given that most respiratory antibiotics have greater than 85% success rates there is increasing attention to drug safety. Although Ketek was approved by EMEA this year, significant post approval commitments were mandated, i.e., additional safety data in over 4000 patients. In the US, Aventis has been asked to obtain additional safety data prior to FDA approval. Given that some of the same safety issues may apply to ABT-773, the projected size of the required safety database for ABT-773 has increased considerably. This will increase the expense and duration of the phase III trials.

- Regulatory authorities are increasingly concerned about widespread antibiotic resistance resulting from inappropriate antibiotic usage. They are considering ways to curb indiscriminate antibiotic usage, such as limiting regulatory approval for indications that do not always warrant antibiotic therapy, e.g., acute exacerbation of chronic bronchitis. This indication represents one of the largest respiratory market segments.

3. **Unresolved potential safety issues**
- QT prolongation by ABT-773 has not been fully characterized and remains a potential liability. In recent years, broad regulatory attention to this issue has resulted in increasing requirements for *in vitro* as well as clinical data to assess this risk. To date, data indicates that QT prolongation by ABT-773 is comparable to that of clarithromycin and Ketek, but FDA has requested additional studies. Should these studies suggest clinically significant risk, regulatory actions could include non-approval, Black Box warning, or contraindication in at-risk populations.

HIGHLY CONFIDENTIAL
ABBT0559669

♦ Significant liver enzyme elevations have been observed in a few subjects in clinical trials to date, most recently in a study to evaluate QT prolongation. Clinical protocols have been modified to increase patient monitoring, leading to increased clinical costs and a delay in filing. Although the incidence and severity of these findings fall within an acceptable range for antibiotics, future findings may drive the requirement for a larger safety database.

**4. Decreased commercial valuation**

♦ The loss of the pharyngitis indication is forecasted to erode more than $117MM in NPV from ABT-773 (-$82MM AI; -$35MM PPD). Based on the above information, the global NPV of ABT-773 falls from a July 2001 $223MM to $51MM with the U.S. market NPV largely break-even at $3MM and Abbott International contributing the balance of value.

♦ In addition, if the regulatory authorities require additional patients to evaluate safety, the value of ABT-773 becomes negative.

Attached are several slides that provide additional detail to the issues discussed above. Obviously we are extremely disappointed to recommend stopping a key phase III program in development. However, at this time, the team recommends placing development on hold and redirecting R & D funds to higher return opportunities. If this decision is made shortly, the team forecasts that it would create a 2002 R&D favorability of approximately $47MM.

Next Steps
We look forward to meet with you regarding our recommendation and to secure your approval to move forward with the decision to place clinical development on hold. If approved, the next steps will include:

♦ The preparation of an internal and external communication package for all stakeholders paying particular attention to PR issues and timing of the process.

♦ Communicating with Taisho. As you are aware, the development of ABT-773 has been conducted in collaboration with Taisho under a 1997 Agreement in which Taisho contributes 50% of the Japanese development cost and 10.69% of the ex-Japan expenses. Abbott has the right to out license the compound outside Japan without Taisho's consent, but the royalty obligations remain in effect (5.5% in patented territories and 2.75% in non-patented countries). Sub-licensing of Abbott's rights in Japan is allowed only after Taisho's consent.

♦ The PEC believes that the compound may hold potential for out licensing. To capture value for ABT-773 an out licensing effort, which might include follow-on compounds already in discovery, would be aggressively initiated.

HIGHLY CONFIDENTIAL
ABBT0559670

**Deposition Exhibit 52**

**P's Exhibit JT**



|  | Stan<br>Bukofzer /LAKE/PPRD/ABBO<br>TT<br>02/09/2002 03:20 PM | To | Jeff M Leiden/LAKE/CORP/ABBOTT@ABBOTT |
|---|---|---|---|
|  |  | cc | John Leonard, William Dempsey, William Dempsey, James<br>L Tyree/LAKE/GPRD/ABBOTT@ABBOTT, Eugene Sun,<br>Bryan A Ford/LAKE/PPRD/ABBOTT@ABBOTT, Jill<br>Mueller/LAKE/PPRD/ABBOTT@ABBOTT, Michael B<br>Spengler/LAKE/PPRD/ABBOTT@ABBOTT |
|  |  | bcc |  |
|  |  | Subject | ABT 773 documents requested |

Jeff

As requested before your trip, I am attaching ABT 773 communication plan and headcount reallocation assessment document for your review

1. The communication plan has been developed with public affairs departments, investor relations and HR delivers a consistent message to all audiences involved
♦      Taisho has formally agreed with the communication
♦      Your request that we specifically emphasize no Abbott employee will be affected from a job perspective needs to be discussed further (see below).
♦      As agreed I have already let the VP level of the affected CROs know that the trials are on hold and the message was well received, but please note that charges continue to accrue until the message can be devolved into their organizations

2. The timing of the communication rollout is attached as a separate document with Day1 TBD by yourself.

3. The second document summarizes the absorption of headcount from nearly50 departments working on ABT 773. It was created working closely with GPRD operations, human resources and finance departments.
♦      It includes regulatory requirement of IND update by April, limited CMC activity, but sufficient to support whatever decision is made  in April and6 months of stability work to allow for time to potentially out-license the product. Clinical program includes full reports on all trials, but QA of only 10% of sites. QT trial to be completed, but it will not be sufficient for FDA requirements. Additional trial contingent  would cost $1-2MM, but is not budgeted. All trials have ECG reports, but with a few exceptions,  will not have analysis of digital overreads that have been performed.( data is available for later use).
♦      We identified by department the number of individuals involved, and feel confident that for almost all departments, the existing projects' workload, and the existing approved open headcount requisitions will make placement/absorption easy.
♦      The exceptions are PARD formulation and analytical chemistry  area, Discovery microbiology and process chemistry, where changes to the company structure(Chicago vs. Ludwigshaven), full capacity utilization and specific skill sets of the people might present a challenge to reassignment  A more detailed discussion with managers is needed and is reflected in the timelines  At this time the exact number of people could be assessed( probably about 20 people.)

Confidential                                                        ABBT225309

EXHIBIT 52<br>FOR I.D.  4-20-07

I am available anytime this weekend if you wish to discuss before Monday
My contact numbers are mobile 847-757-3447 and home 847-955-0627.
Stan

FINAL COMMUNICATION STRATEGY COMMUNICATIONS ROLL OUT TIMELINE Final.

773Dept HC rollout final.xl

Confidential

ABBT225310

## PHASE I COMMUNICATIONS ROLL OUT TIMELINE

| ACTIVITY BY AUDIENCE | TIMING | MODULE | RESPONSIBILITY |
|---|---|---|---|
| Meeting with E. Shek, S.Chang, (determine specific messages for key depts.) | 2/11-13/02 | N/A | Bukofzer, Spengler, Sun |
| Meeting with PARD/Discovery Managers (determine needs) | Day One – morning | Module III | Bukofzer, Shek, Chang, Spengler, Managers |
| Meeting with Core Venture | Day Two -- morning | Module III | Bukofzer, Spengler |
| Meeting with Discovery (specific areas affected) | Day Two -- morning | Module III | Chang, Spengler, (Bukofzer) |
| Meeting with PARD (specific areas affected) | Day Two -- morning | Module III | Shek, Spengler, (Bukofzer) |
| Core ABT-773 Team (all functional areas) | Day Two – afternoon | Module III | Bukofzer, Spengler |
| Meeting with Mary Szela (Sales/Marketing Directors) | 2/11/02 | N/A | Szela, PPD, PA, Bukofzer, Sun |
| Communications to Sales Force (U.S. Only) | Day Two – morning | Module V | Szela/Sales Directors/RMs |
| AI Area VPs | 2/11-2/13/02 | Module IV | AI, PA, Bukofzer, Sun |
| AI GMs | Day One – TBD | Module IV | AI VPs |
| ECO Directors; medical directors ( Greece, France, Germany, UK, Spain) | Day One– morning | Module IV | Bukofzer |
| Abbott European functional project teams, including med dir with trials | Day Two– morning | | Bukofzer, HR-TBD |
| Other AI medical directors | Day Two – TBD | Module IV | AI GMs |
| Advisors/Opinion leaders | Day Three | Module VI | Bukofzer/Venture |
| Phase III Investigators (ethics committees/IRBs via U.S. investigators) | Day Three-Five | Module VI | Bukofzer/Venture |
| CROs (Initial VP level only) | Complete – 2/5-2/8/02 | Module I | Bukofzer |
| CROs (Second Notification, letter) | Day Two | Module I | Bukofzer |
| Media/Investment Community | As necessary | Module II | PA/IR |
| Other External vendors | Day Five, sooner if possible | Module VII | Venture |
| Dianabbot/Takibo Meeting | 2/18-2/19/02 | Module I | Bukofzer, team |
| Regulatory Agencies | As necessary | Module VIII | Welch, Boynton/Venture/CRO |

Confidential

ABBT225311

CONFIDENTIAL
DRAFT -- 2/4/02

## ABT-773 Global Communications Plan
### PHASE I

**Situational Analysis**

ABT-773 belongs to the ketolide class of antibiotics, which was developed to treat macrolide resistant organisms in community respiratory tract infections. However, since development was started on ABT-773, the newer quinolone class of antibiotics has specifically targeted macrolide resistant respiratory organisms, thereby reducing the unmet medical need that existed.

The product profile envisaged at the start of the development program included once-daily dosing for short periods (5-10 days) for all the common respiratory outpatient indications. This profile was considered highly competitive with other products on the market. During development the product profile changed such that it no longer met these criteria.

Aventis' new ketolide antibiotic, Ketek, underwent significant regulatory scrutiny during 2001. In Europe, further data was required to support the efficacy claim of treating macrolide resistant respiratory organisms and in the United States additional data was requested to ensure that it had no QT or liver safety concern. ABT-773, could receive similar regulatory scrutiny. Overall, it is felt that there is no data generated to date that would exclude ABT-773 from obtaining regulatory approval, but the cost and timeline to achieve that have changed.

As a result of the above circumstances, ABT-773, while likely approvable, has reduced commercial attractiveness to Abbott, when compared to other opportunities at this time. It might however, fit another company's commercial needs.

In view of the above Abbott is considering its alternatives regarding EU and U.S. development (eg. out-license). The development of the drug for Japan (and the Japanese rim) needs specific consideration given the partnership that exists with Taisho and the fact that the current profile of the drug is highly acceptable in the Japanese market.

Communication will be in two phases. All messages, both external and internal will be consistent. The first phase of communication is described below. The second phase of communication will commence in April. All communications plans were reviewed and approved by Taisho during the week or 2/4.

1

CONFIDENTIAL
DRAFT – 2/4/02

**Objective:**
- To effectively and consistently update internal and external stakeholders regarding the delay of ABT-773 Phase III clinical trials.

**Strategies:**
- Ensure consistent communication of all key messages regarding the delay of ABT-773 Phase III clinical trials across all audiences.

**Core Key Messages: All Audiences\***
- ABT-773 Phase III clinical program has been delayed as a result of a changing regulatory environment. [If asked: could delay timeline by one year].

- The FDA continues to reassess the safety requirements of anti-infectives, specifically ketolides. Given the scrutiny, which Ketek underwent, Abbott was proactive in discussions with FDA regarding QT data needed for ABT 773 approval. We do not expect QT to be an issue with ABT-773.

- At this time, since we have missed most of this respiratory season, our Phase 3 trials will be delayed. Therefore, it is prudent to have the QT study completed before we move forward with the new Phase III trials. We continue to collect data from our ongoing trials..

- In order to optimize time utilization, responsibilities of employees currently working on ABT-773 may be shifted as a result. Every employee affected will have a new role on a different project. In line with our strategy of our global R&D organization and to maximize the development of our other compounds in clinical trials, employees will be redeployed based on the experience and interest of each employee.

*\* [To discuss sentence "every employee." Tailored Messages for PARD and Discovery employees to be determined in 2/11 meeting with Bukofzer, Chang and Shek]*

2

Confidential                                                ABBT225313

CONFIDENTIAL
DRAFT – 2/4/02

## CRO COMMUNICATIONS (3 IN TOTAL) – MODULE I

*Timing:  Complete*
*Communications vehicles:  Telephone conversation between Stan and senior level (VP) contact at three CROs involved in Phase III clinical trials.*
*Rationale:  Due to contractual obligations, Abbott needs to communicate that Phase III clinical trials have been delayed. Charges continue until they are able to mention it to their employees.*
*Messages:  Core Key Messages and Talking Points*
*Talking Points:*

- I know you are interested in Abbott's plans for Phase III development of ABT-773.
- I want to reinforce that under contract, our business plans are completely confidential.  If that confidence were broken, further business with Abbott and its clinical trials would be impacted.
- ABT-773 Phase III clinical trials have been delayed as a result of a changing regulatory environment.  [If asked:  could delay timeline by one year].
- At this time, since we have missed most of this respiratory season, our trials will be delayed. We do not expect QT to be an issue with ABT-773.  However, it is prudent to have the QT study completed before we move forward with the Phase III trials.
- We will extend letter of credit for 2 more weeks, up until 2/18/02, so that we will honor costs incurred until then.  However, please minimize these costs.  We do not want you to contact your own managers/CRAs as this will preempt our communication (Stan/Ann Hubloux to implement)
  - o [PPD –will probably want S. African sites for CAP for 492,
  - o Paraxel –key for us to get study M00-219 complete by March and will need continued help. (We have already indicated that the data is really dirty and is an issue)
  - o Phoenix – we will want to use the same team for the 492 trial so no losses at all.]
- Please do not share this information with other Abbott employees working on this project, or others in your organization.  Immediately cease contact with Abbott until we are able to communicate this change internally.
- I will update you in the future once we have determined the development timeline of ABT-773.

3

                                                                 ABBT225314

CONFIDENTIAL
DRAFT – 2/4/02

**MEDIA/FINANCIAL COMMUNITY COMMUNICATIONS – MODULE II**

*Timing:*  *Immediate preparation and ongoing as appropriate*
*Communications vehicle:*  *Response document for use with investor community and media.*
*Rationale:*  *To respond to potential questions regarding delay of ABT-773 development.*
*Messages:*  *Use Core Key Messages and Response Document*
*Talking Points:*

- ABT-773 Phase III clinical trials have been delayed as a result of the changing regulatory environment.
- Based on the timing required to reflect these needs in the new trials, we recognize we have missed the peak of the 2002 respiratory season.
- We hope to provide further guidance on 773 for the coming months and will continue to update you as we can.

4

ABBT225315

CONFIDENTIAL
DRAFT – 2/4/02

## EMPLOYEE COMMUNICATIONS – MODULE III

*Timing:  Day One, Ongoing*
*Communications vehicles:*
- *Meeting with R&D Managers*
- *Separate employee meetings with Development, and specific departments in PARD and Discovery*
- *Meeting with Core team (Reps from most of 49 departments involved in ABT-773)*
  *[These meetings will take place after "ABT-773 Employee Road Map" has been approved by J.Leiden.]*

*Rationale:  To ensure consistent communication throughout entire organization, as well as quell fears of employees and job security.*
*Messages:  Use Core Key Messages and Talking Points*
*[Tailored Messages for PARD and Discovery employees to be determined in 2/11-13 meeting with Bukofzer, Chang and Shek]*
*Talking Points:*

- I'd like to bring you up to speed on the status of our Phase III development program for ABT-773 – at the present time we are planning to delay certain Phase III clinical trials.
- As you all know, the FDA continues to reassess the safety requirements of clinical trials of anti-infectives, specifically ketolides.  Abbott is taking into consideration concerns regarding QT with the ketolide class and is conducting a QT study.  Additionally, we are waiting on analysis of additional Phase III data.
- At this time, since we have missed most of this respiratory season, our trials will be delayed.  We do not expect QT to be an issue with ABT-773.  However, it is prudent to have the QT study completed before we move forward with the Phase III trials.
- And, as we've missed the respiratory season this year, our development timeline has obviously been delayed.  We should have a better idea of our plans for ABT-773 after QT data come back in the early spring.
- Therefore, to optimize use of your time, responsibilities for some of you will be shifted in order to use your skills and experiences on a number of exciting projects including [insert project examples here] in GPRD that need additional resources.
- [IF APPROPRIATE] I want to be very clear on one point – no one will be losing his or her job.  (TBD)  In fact, our new GPRD organization enables us to be more flexible, supporting the projects that are funded and moving forward quickly.  Discovery and development projects are cyclical – they slow down, ramp up, start up, are delayed, and are stopped all the time.  Flexibility to take over other responsibilities will, in fact, equal job security for all of us.
- We've reviewed the job responsibilities in detail and have a complete plan to move you onto other projects.  Your managers will explain each plan in detail with you.
- As with all our development programs here at Abbott, I want to reinforce the fact that details on the development of any of our projects must be kept confidential.
- I welcome any questions you have regarding this change.  Please feel free to call me to speak about it or talk with your manager.

5

ABBT225316

CONFIDENTIAL
DRAFT – 2/4/02

### AI AFFILIATE COMMUNICATIONS – MODULE IV

*Timing: Day One, Two*
*Communications vehicles:*
- *Inform AI Area VPs*
- *VPs Inform GMs.*
- *Teleconference with ECO, medical directors in countries where there are clinical trials (30 affiliates)*
- *Teleconference with AI Medical Directors and functional project teams*

*Rationale: To ensure consistent communication throughout entire international organization, update affiliates on the status ABT-773 development and give affiliates the appropriate messages to communicate to clinical trial investigators/sites and other external audiences.*
*Messages: Refer to Core Messages and Talking Points*
*Talking Points:*
- I'd like to bring you up to speed on the status of our Phase III development program for ABT-773 – at the present time Phase III clinical trials have been delayed.
- The FDA continues to reassess the safety requirements of clinical trials of anti-infectives, specifically ketolides. Abbott is taking into consideration concerns regarding QT with the ketolide class and is conducting a QT study.
- At this time, since we have missed most of this respiratory season, our trials will be delayed. We do not expect QT to be an issue with ABT-773. However, it is prudent to have the QT study completed before we move forward with the Phase III trials. We continue to collect data from our ongoing trials.
- Please communicate this change to the sites in your area, as appropriate; we've created some key talking points for your aid in communications.
- As always, I want to remind you that our information regarding our development programs remain confidential.

6

CONFIDENTIAL
DRAFT – 2/4/02

**U.S. AI/GI SALES FORCE COMMUNICATIONS – MODULE V**

*Timing:* Day Two

*Communications vehicles:*
- *Conference call with AI/GI Sales Directors and Regional Managers. (There are 1,500 U.S. investigators involved in Phase III clinical trials)*
- *District Conference calls with representatives.*

*Rationale: To ensure sales representatives are aware that Phase III trials have been delayed, as well as prepare representatives with a response to use with investigators if asked.*

*Messages: Refer to Core Messages and Talking Points*

*Talking Points:*
- I'd like to bring you up to speed on the status of our Phase III development program for ABT-773, our advanced-generation ketolide. At the present time, Phase III clinical trials have been delayed.
- The FDA continues to reassess the safety requirements of clinical trials of anti-infectives, specifically ketolides. Abbott is taking into consideration concerns regarding QT with the ketolide class and is conducting a QT study. [You're probably aware of the scrutiny that Aventis has been under regarding Ketek's trials].
- At this time, since we have missed most of this respiratory season, our trials will be delayed. We do not expect QT to be an issue with ABT-773. However, it is prudent to have the QT study completed before we move forward with the Phase III trials. We continue to collect and analyse data from our ongoing trials.
- We wanted you to be aware of this in case investigators ask about the status. **Please instruct representatives to only respond to the investigator's inquiry and to not proactively give out information regarding our trials.** Investigators with specific questions can be referred to Stan Bukofzer at 1-847-9550627
- As with anything regarding our development programs, I want to reinforce the fact that details of the development of any of our project need to be kept confidential.
- Though Phase III trials are currently delayed, I want to assure you that as a corporation, we are still very committed to our Anti-Infectives business and its future. I will keep you posted on additional information regarding ABT-773.

7

Confidential

ABBT225318

CONFIDENTIAL
DRAFT – 2/4/02

## PHASE III INVESTIGATORS, (IRBs, ETHICS COMMITTEES VIA INVESTIGATORS), NATIONAL ADVISORS, OPINION LEADERS COMMUNICATIONS – MODULE VI

*Timing: Day Three-Five*
*Communications vehicles:*
- *Letter from Abbott to all investigators who will not be commencing Phase III trials and who are waiting to hear from us with a follow-up phone conversation as appropriate. This letter would include information that investigators should pass on to ethics committees/IRBs. Provide template letter.*
- *Phone conversation with national advisors.*
- *Phone conversation with opinion leaders.*
- *AI Medical Directors to contact International Investigators/sites*

*Rationale: To consistently update all investigators, national advisors, opinion leaders and ethics committee members on the status of ABT-773 development.*
*Messages: Use Core Key Messages, Talking Points and mail attached letters to investigators*
*Talking Points:*
- I'm calling regarding the status of our Phase III development program for ABT-773. At the present time Phase III clinical trials have been delayed. [For investigators receiving letter: I know you are aware of this based on the letter you received].
- The FDA continues to reassess the safety requirements of clinical trials of anti-infectives, specifically ketolides. Abbott has been proactive in taking into consideration concerns regarding QT with the ketolide class and is conducting a QT study.
- At this time, since we have missed most of this respiratory season, our trials will be delayed. We do not expect QT to be an issue with ABT-773. However, it is prudent to have the QT study completed before we move forward with the Phase III trials. We continue to collect data from our ongoing trails.
- I will be sure to follow up with you via letter and/or phone once the development timeline for ABT-773 has been determined. [If asked specifically: the timeline for ABT-773 has been pushed back one year].
- Remind of Confidentiality Agreement.

8

                                                                 ABBT225319

CONFIDENTIAL
DRAFT – 2/4/02

## EXTERNAL VENDORS – MODULE VII

*Timing: Day Three-Five*
*Communications vehicles: Telephone conversation and/or letter from Venture to external vendors.*
*Rationale: Communicate to vendors that we no longer need their services at this time to assist with certain new Phase III clinical trial/ Phase I studies.*
*Messages: Core Key Messages and Talking Points*
*Talking Points:*

- At this time, Abbott has decided to delay ABT-773 Phase III clinical trials development. Abbott will complete the Phase III trials that are currently underway. However, we will not be starting any additional trials at this time.
- The FDA continues to reassess the safety requirements of clinical trials of anti-infectives, specifically ketolides. Abbott is taking into consideration concerns regarding QT with the ketolide class and is conducting a QT study. Additionally, we are waiting on analysis of additional Phase III data.
- At this time, since we have missed most of this respiratory season, our trials will be delayed. We do not expect QT to be an issue with ABT-773. However, it is prudent to have the QT study completed before we move forward with the Phase III trials.
- I want to reinforce that under contract, our business plans are completely confidential. If that confidence were broken, further business with Abbott and its clinical trials would be impacted.
- I will update you in the future once we have determined the development timeline of ABT-773.

9

ABBT225320

CONFIDENTIAL
DRAFT – 2/4/02

**REGULATORY AGENCIES COMMUNICATIONS – MODULE VIII**

*Timing: As Necessary*
*Communications vehicle: Communication via letter or telephone conversations (which ever are*
*appropriate) with external regulatory agencies and PPD/AI Regulatory Affairs. To be completed only*
*if required.*
*Rationale: To update regulatory agencies on the status of ABT-773 development.*
*Messages: Use Core Key Messages and Talking Points*
*Talking Points:*

- I'd like to update you on the status of Phase III clinical development. Phase III clinical trials will be delayed. However, we will be completing the Phase III clinical trials that are already underway.
- The FDA continues to reassess the safety requirements of clinical trials of anti-infectives, specifically ketolides. Abbott is taking into consideration concerns regarding QT with the ketolide class and is conducting a QT study. Additionally, we are waiting on analysis of additional Phase III data.
- At this time, since we have missed most of this respiratory season, our trials will be delayed. We do not expect QT to be an issue with ABT-773. However, it is prudent to have the QT study completed before we move forward with the Phase III trials.
- We will keep you apprised as to our Phase III development plans/timeline.
- You will receive a letter and/or phone call once the development timeline for ABT-773 has been determined. [If asked specifically: the timeline for ABT-773 has been pushed back one year].

10

ABBT225321

ABT-773 Headcount Rollout
[DATE]

## ABT-773 WORKLOAD DEMAND

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Clinical** | | | | | | | | | | | | | | |
| Venture | 29.5 | 38 | 33 | 31.5 | 29.5 | 25.5 | 24.5 | 23.5 | 18.5 | 15.5 | 12 | 9 | 9 | 22.0 |
| Dis/Stats | 30 | 30 | 30 | 24 | 20 | 18 | 12 | 8 | 4 | 4 | 2 | 2 | 0 | 12.6 |
| Europe | 8 | 8 | 8 | 8 | 5 | 5 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 2.5 |
| Phase I | 9 | 9 | 8 | 9 | 5 | 5 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 3.3 |
| **CMC** | | | | | | | | | | | | | | |
| PARD | 28.4 | 28.4 | 28.4 | 16 | 10 | 7 | 5 | 5 | 3 | 1 | 0.5 | 0 | 0 | 8.8 |
| **Process R&D** | | | | | | | | | | | | | | |
| R459 Chemists | 12 | 14 | 14 | 4 | 4 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 3.7 |
| R457 GPRD Analytical | 5 | 5 | 8 | 3 | 3 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 2.5 |
| SPD Tech Ops | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Drug Safety | 10 | 5 | 5 | 4 | 2 | 2 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 2.1 |
| **Other** | | | | | | | | | | | | | | |
| Discovery | 10 | 10 | 8 | 8 | 8 | 8 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 4.0 |
| Other (RQA, Reg, Med Aff) | 8 | 8 | 8 | 8 | 8 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 3.0 |
| **Total FTE on 773 by Month** | 152.9 | 157.4 | 152.4 | 111.5 | 92.5 | 79.5 | 63.5 | 44.5 | 27.5 | 20.5 | 14.5 | 11 | 9 | 65.3 |

## HEADCOUNT REALLOCATION

**Venture ( no issue)**
With 492 ramp-up, some specific transfers already requested, expiring contracts, and 22 openings currently available no issues likely. First placements in 3Q

**Dis/Stats (no issue)**
Area currently significantly over-absorbed, currently 11 openings for area and substantial contract population.

**European team (no issue)**
Transfer already in place for EVR to ECO transfer.

**Phase I (no issue)**
Currently under-absorbed With 4 openings in area. Unit bed utilization with 492 possible.

**PARD ( possible issue)**
Necessary workload demand is less than indicated (20 FTE months or 1.6 FTEs for year further savings possible). Staffing purposely been left intact to April, to be consistent with message. Although 11 HC open most positions in Ludingshaven. Needs further discussion.

**R459 chemists ( issue)**
5 open headcount for new expected DDC products in Q2. Further absorption if Knoll endothelin antagonist diet materializes Specific discussion with manager needed.

**R457 gprd analytical ( no issue)**
Immediate absorption possible on new Abbokinase needs.

**SPD tech./ no issue)**
Only reflected as upside in SPD plan.

**Drug safety (no issue)**
Heavily overabsorbed with 17 current openings

**Discovery ( possible issue)**
Specifically microbiology impact. Units in 492 can absorb, but 3-4 people with specific skill sets might be affected.

**Other ( no issue)**

Confidential

ABBT225322

ABT-773 Headcount Rollout
[DATE]

Most areas less than 1 FTE with most having current openings.

Confidential

ABBT225323

**Deposition Exhibit 53**

**P's Exhibit NE**

John M
Leonard/LAKE/PPRD/ABBO
TT

04/15/2002 06:10 PM

To  Thomas J Lyons/LAKE/PPRD/ABBOTT@ABBOTT, Stan
    Bukofzar/LAKE/PPRD/ABBOTT@ABBOTT

cc

bcc

Subject  Re:

The Hancock response that Jeff wants:

John M. Leonard, M.D.
Vice President
Global Pharmaceutical Drug Development
Global Pharmaceutical Research and Development
PH:  (847) 938-4545
FX:  (847) 937-3918
Vickie Enders, Admin. (847-935-1905)
----- Forwarded by John M Leonard/LAKE/PPRD/ABBOTT on 04/15/2002 06:10 PM -----

Jeff M Leiden

04/15/2002 04:39 PM

To: John M Leonard/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject: Re: □

I think we should tell them that we are

1. reviewing the Ketek situation re size of safety database
2. Carrying out additional ph I studies of QT and hepatoxicity at request of FDA to assess class effects of
Ketolides
3. Analyzing existing phII and phIII results for impact on label and market opportunity

That we expect this analysis to be complete by June July and at that point we will be in a position to make
a decision on if and how to proceed with additional phIII development
We will keep them in the loop as our analysis proceeds

Jeff

Jeffrey M. Leiden MD PhD
President and Chief Operating Officer, Pharmaceuticals
Chief Scientific Officer
Abbott Laboratories
Dept 0392, BLDG AP6D
100 Abbott Park Rd
Abbott Park, IL 60064-6020

Phone: 847-938-9313
Fax: 847-937-2632
email: jeff.leiden@abbott.com

John M Leonard

John M Leonard

To: Jeff M Leiden/LAKE/CORP/ABBOTT@ABBOTT
cc:

Confidential

Leiden EXHIBIT 53
FOR I.D.

ABBT225709

04/15/02 07:55 AM          Subject:

Two quickies:  In case you did not hear it, we were cleared by FDA to enter women in all the J695 studies so we are back were we wanted to be.

Second, and more important, we owe Hancock an update  How do you want to handle the 773 communication?  We can say that we are analyzing data and have slowed down (as we have been saying externally), but if the questioning goes deeper, we will need a plan as the status will evolve quickly.
J

John M. Leonard, M.D.
Vice President
Global Pharmaceutical Drug Development
Global Pharmaceutical Research and Development
PH:   (847) 938-4545
FX:   (847) 937-3918
Vickie Enders, Admin. (847-935-1905)

Confidential

ABBT225710