UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY, | CIVIL ACTION NO. 05-11150-DPW |
| Plaintiffs, | |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

## ABBOTT'S CORRECTED DEPOSITION DESIGNATIONS AND COUNTER  DESIGNATIONS FOR BRUCE MCCARTHY, M.D,

Defendant Abbott Laboratories ("Abbott") respectfully submits the attached deposition

designations and counter-designations for the September 29, 2006 and March 16, 2007

depositions of Bruce McCarthy, M.D., former Medical Director and Head of the

Analgesia Venture (ABT-594).

1

Dated:  February 22, 2008                     Respectfully submitted,


ABBOTT LABORATORIES

By:  __/s/ Eric J. Lorenzini_____
      Eric J. Lorenzini

Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
Eric J. Lorenzini *(pro hac vice)*
Ozge Guzelsu *(pro hac vice)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth
Floor
Los Angeles, CA  90071-1560
Tele:  (213) 683-9100

and

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY &
GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com


*Counsel for Abbott Laboratories*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2008.

Date: February 22, 2008.

<div align="right">

_____/s/ Ozge Guzelsu_____

</div>

# Bruce McCarthy Deposition Designations

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 09/29/06 | McCarthy, Bruce | 6:5-11:18 | | | | | |
| 09/29/06 | McCarthy, Bruce | 13:1-14:12 | | | | | |
| 09/29/06 | McCarthy, Bruce | | | 14:13-14:17 | | | |
| 09/29/06 | McCarthy, Bruce | | | 14:21-15:2 | | | |
| 09/29/06 | McCarthy, Bruce | 15:3-16:16 | | | | | |
| 09/29/06 | McCarthy, Bruce | | | 16:17-16:21 | | | |
| 09/29/06 | McCarthy, Bruce | | | 16:25-17:6 | | | |
| 09/29/06 | McCarthy, Bruce | 17:7-18:8 | | | | | |
| 09/29/06 | McCarthy, Bruce | | | 18:13-18:24 | | | |
| 09/29/06 | McCarthy, Bruce | 18:25-19:7 | 19:9-19:11 | | | | |
| 09/29/06 | McCarthy, Bruce | 19:12-20:15 | | | | | |
| 09/29/06 | McCarthy, Bruce | 21:17-24:2 | | | | | |
| 09/29/06 | McCarthy, Bruce | 24:22-25:22 | | | | | |
| 09/29/06 | McCarthy, Bruce | | | 26:12-26:13 | | | |
| 09/29/06 | McCarthy, Bruce | 29:25-32:14 | | | | | |
| 09/29/06 | McCarthy, Bruce | 33:8-35:5 | | | | | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 09/29/06 | McCarthy, Bruce | | | 35:14-35:21 | | | |
| 09/29/06 | McCarthy, Bruce | | | 39:5-39:7 | | | |
| 09/29/06 | McCarthy, Bruce | 40:20-41:7 | | | | | |
| 09/29/06 | McCarthy, Bruce | 42:2-45:6 | 45:7-45:10 | | 3 | BT | |
| 09/29/06 | McCarthy, Bruce | 42:2-45:6 | 45:15-45:17 | | | | |
| 09/29/06 | McCarthy, Bruce | 45:18-45:25 | | | | | |
| 09/29/06 | McCarthy, Bruce | 46:16-47:2 | | | | | |
| 09/29/06 | McCarthy, Bruce | 49:25-51:2 | 51:12-52:1 | | | | |
| 09/29/06 | McCarthy, Bruce | 52:10-52:14 | | | | | |
| 09/29/06 | McCarthy, Bruce | 53:21-54:1 | | | 6 | BV | |
| 09/29/06 | McCarthy, Bruce | 54:17-55:19 | 55:20-56:18 | | 6 | BV | |
| 09/29/06 | McCarthy, Bruce | 58:3-58:12 | | | 6 | BV | |
| 09/29/06 | McCarthy, Bruce | | | 60:2-60:10 | | | |
| 09/29/06 | McCarthy, Bruce | 65:16-66:13 | | | 10 | CB | |
| 09/29/06 | McCarthy, Bruce | | | 70:15-70:21 | | | |
| 09/29/06 | McCarthy, Bruce | | | 71:7-71:15 | | | |
| 09/29/06 | McCarthy, Bruce | | | 71:23-73:12 | | | |
| 09/29/06 | McCarthy, Bruce | 74:24-75:21 | | | | | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 09/29/06 | McCarthy, Bruce | | | 77:17-79:2 | | | |
| 09/29/06 | McCarthy, Bruce | 79:7-81:21 | | | 12 | HN | |
| 09/29/06 | McCarthy, Bruce | 85:25-88:5 | 88:6-88:17 | | 14 | CE | |
| 09/29/06 | McCarthy, Bruce | 89:8-90:8 | | | 14 | CE | |
| 09/29/06 | McCarthy, Bruce | | | 90:9-90:23 | | | |
| 09/29/06 | McCarthy, Bruce | | | 97:9-97:21 | | | |
| 09/29/06 | McCarthy, Bruce | | | 97:22-99:13 | | | |
| 09/29/06 | McCarthy, Bruce | 100:21-104:18 | 104:20-104:24 | | 18 | CR | |
| 09/29/06 | McCarthy, Bruce | 105:1-107:25 | | | 19 | CV | |
| 09/29/06 | McCarthy, Bruce | | | 109:16-110:17 | | | |
| 09/29/06 | McCarthy, Bruce | 113:3-113:11 | | | | | |
| 09/29/06 | McCarthy, Bruce | 117:7-119:6 | 119:22-119:25 | | 21 | DH | |
| 09/29/06 | McCarthy, Bruce | 120:17-124:23 | | | 22 | DL | |
| 09/29/06 | McCarthy, Bruce | 128:23-131:3 | | | 25 | DP | |
| 09/29/06 | McCarthy, Bruce | 131:23-134:1 | | | 25 | DP | |
| 09/29/06 | McCarthy, Bruce | 135:5-137:4 | 137:6-137:11 | | | | |
| 09/29/06 | McCarthy, Bruce | 139:21-139:25 | | | | | |
| 09/29/06 | McCarthy, Bruce | 142:10-142:22 | | | 27 | DU | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 09/29/06 | McCarthy, Bruce | 144:1-144:6 | | | 27 | DU | |
| 09/29/06 | McCarthy, Bruce | 145:18-147:18 | 147:19-148:6 | | | | |
| 09/29/06 | McCarthy, Bruce | | | 150:20-152:2 | | | |
| 09/29/06 | McCarthy, Bruce | | | 152:18-153:4 | | | |
| 09/29/06 | McCarthy, Bruce | | | 153:15-154:18 | | | |
| 09/29/06 | McCarthy, Bruce | 155:1-155:18 | 154:19-154:25 | | | | |
| 09/29/06 | McCarthy, Bruce | 155:1-155:18 | 155:25-158:2 | | | | |
| 09/29/06 | McCarthy, Bruce | | | 158:3-159:17 | 29 | | 584 |
| 09/29/06 | McCarthy, Bruce | 160:2-160:22 | | | 30 | ED | |
| 09/29/06 | McCarthy, Bruce | | | 161:13-162:19 | | | |
| 09/29/06 | McCarthy, Bruce | | | 164:1-165:5 | | | |
| 09/29/06 | McCarthy, Bruce | | | 170:1-170:6 | | | |
| 09/29/06 | McCarthy, Bruce | | | 171:2-171:7 | | | |
| 09/29/06 | McCarthy, Bruce | | | 173:21-173:24 | | | |
| 09/29/06 | McCarthy, Bruce | 181:11-183:23 | 183:24-185:7 | | 37 | EL | |
| 09/29/06 | McCarthy, Bruce | 185:9-188:8 | 188:9-189:4 | | 37 | EL | |
| 09/29/06 | McCarthy, Bruce | | | 189:23-190:10 | | | |
| 09/29/06 | McCarthy, Bruce | | | 190:17-191:1 | | | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|-----------|---------|---------------------|----------------------------|--------------------|--------------------|-------------------|-------------------|
| 09/29/06 | McCarthy, Bruce | | | 191:8-191:22 | 38 | | 1112 |
| 09/29/06 | McCarthy, Bruce | | | 192:19-195:19 | | | |
| 09/29/06 | McCarthy, Bruce | | | 199:22-203:9 | | | |
| 09/29/06 | McCarthy, Bruce | 203:10-204:8 | 208:16-208:25 | | 41 | EW | |
| 09/29/06 | McCarthy, Bruce | 211:18-217:25 | 218:1-218:1 | | 42 | EY | |
| 09/29/06 | McCarthy, Bruce | 218:13-221:3 | 221:4-221:14 | | 43 | FF | |
| 09/29/06 | McCarthy, Bruce | 218:13-221:3 | 222:14-224:14 | | 43 | FF | |
| 09/29/06 | McCarthy, Bruce | 218:13-221:3 | 225:23-226:7 | | | | |
| 09/29/06 | McCarthy, Bruce | | | 229:24-230:19 | | | |
| 09/29/06 | McCarthy, Bruce | | | 231:24-232:24 | | | |
| 09/29/06 | McCarthy, Bruce | 232:25-233:17 | | | 46 | FK | |
| 09/29/06 | McCarthy, Bruce | 234:3-234:15 | | | 46 | FK | |
| 09/29/06 | McCarthy, Bruce | | | 236:20-236:24 | | | |
| 09/29/06 | McCarthy, Bruce | 237:9-237:24 | 237:25-239:11 | | 47 | FN | |
| 09/29/06 | McCarthy, Bruce | 241:23-243:21 | 243:22-244:2 | | 47 | FN | |
| 09/29/06 | McCarthy, Bruce | 244:3-244:13 | | | 48 | FZ | |
| 09/29/06 | McCarthy, Bruce | 245:8-245:24 | | | 48 | FZ | |
| 09/29/06 | McCarthy, Bruce | 246:9-247:12 | 247:15-247:25 | | 48 | FZ | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 09/29/06 | McCarthy, Bruce | 248:20-248:22 | | | | | |
| 09/29/06 | McCarthy, Bruce | 248:20-248:22 | 249:6-249:9 | | | | |
| 09/29/06 | McCarthy, Bruce | 248:20-248:22 | 249:22-250:12 | | | | |
| 09/29/06 | McCarthy, Bruce | | | 256:5-256:17 | | | |
| 09/29/06 | McCarthy, Bruce | | | 257:8-257:16 | | | |
| 09/29/06 | McCarthy, Bruce | | | 258:9-258:17 | | | |
| 09/29/06 | McCarthy, Bruce | 259:2-260:4 | | | 52 | FX | |
| 09/29/06 | McCarthy, Bruce | | | 263:13-265:18 | 54 | | 661 |
| 09/29/06 | McCarthy, Bruce | | | 266:2-266:16 | | | |
| 09/29/06 | McCarthy, Bruce | | | 270:2-271:21 | | | |
| 09/29/06 | McCarthy, Bruce | | | 272:5-272:18 | | | |
| 09/29/06 | McCarthy, Bruce | 274:6-277:13 | 277:15-278:9 | | 59 | HO | |
| 09/29/06 | McCarthy, Bruce | 274:6-277:13 | 278:22-279:5 | | | | |
| 09/29/06 | McCarthy, Bruce | 279:6-280:17 | | | 60 | HM | |
| 09/29/06 | McCarthy, Bruce | 279:6-280:17 | | 280:18-281:12 | 61 | | 1113 |
| 09/29/06 | McCarthy, Bruce | 283:9-284:12 | 284:13-284:24 | | 63 | HP | |
| 09/29/06 | McCarthy, Bruce | 284:25-285:18 | | | 63 | HP | |
| 03/16/07 | McCarthy, Bruce | 4:1-4:10 | | | | | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 03/16/07 | McCarthy, Bruce | 14:25-15:14 | | | 66 | BW | |
| 03/16/07 | McCarthy, Bruce | 16:25-19:1 | 19:2-19:23 | | 66 | BW | |
| 03/16/07 | McCarthy, Bruce | 22:10-22:24 | 23:3-23:6 | | 66 | BW | |
| 03/16/07 | McCarthy, Bruce | 24:22-25:11 | 26:10-26:23 | | 67 | BZ | |
| 03/16/07 | McCarthy, Bruce | 27:21-29:12 | | | 67 | BZ | |
| 03/16/07 | McCarthy, Bruce | | | 29:18-30:13 | | | |
| 03/16/07 | McCarthy, Bruce | | | 32:16-33:22 | | | |
| 03/16/07 | McCarthy, Bruce | 35:13-35:23 | | | 71 | CH | |
| 03/16/07 | McCarthy, Bruce | 37:6-42:13 | 42:14-43:10 | | 71, 72 | CH, CJ | |
| 03/16/07 | McCarthy, Bruce | 43:11-43:17 | | | 72 | CJ | |
| 03/16/07 | McCarthy, Bruce | 52:4-54:10 | | | 75 | DC | |
| 03/16/07 | McCarthy, Bruce | 57:16-63:18 | | | 77 | CN | |
| 03/16/07 | McCarthy, Bruce | | | 67:2-67:25 | | | |
| 03/16/07 | McCarthy, Bruce | 72:23-74:4 | 74:15-75:19 | | 82 | DE | |
| 03/16/07 | McCarthy, Bruce | 78:8-79:1 | | | 84 | DM | |
| 03/16/07 | McCarthy, Bruce | 79:21-82:15 | 79:18-79:20 | | 84 | DM | |
| 03/16/07 | McCarthy, Bruce | | | 97:8-99:6 | | | |
| 03/16/07 | McCarthy, Bruce | 99:8-100:9 | 102:8-103:3 | | 91 | DZ | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 03/16/07 | McCarthy, Bruce | 103:5-103:23 | 103:24-107:7 | | 92 | EA | |
| 03/16/07 | McCarthy, Bruce | 103:5-103:23 | 107:24-108:5 | | | | |
| 03/16/07 | McCarthy, Bruce | 103:5-103:23 | 108:17-108:24 | | | | |
| 03/16/07 | McCarthy, Bruce | 103:5-103:23 | 109:22-110:3 | | | | |
| 03/16/07 | McCarthy, Bruce | 110:7-111:20 | 111:21-112:7 | | 93 | EC | |
| 03/16/07 | McCarthy, Bruce | | | 124:20-125:4 | | | |
| 03/16/07 | McCarthy, Bruce | | | 126:3-126:5 | | | |
| 03/16/07 | McCarthy, Bruce | | | 141:13-141:23 | | | |
| 03/16/07 | McCarthy, Bruce | 141:25-144:6 | 145:6-145:13 | | 103 | EP | |
| 03/16/07 | McCarthy, Bruce | 150:22-152:13 | | | 107 | 21 | |
| 03/16/07 | McCarthy, Bruce | | | 156:3-156:10 | | | |
| 03/16/07 | McCarthy, Bruce | | | 158:3-158:13 | | | |
| 03/16/07 | McCarthy, Bruce | 160:19-163:13 | | | 113 | FT | |
| 03/16/07 | McCarthy, Bruce | | | 166:15-169:9 | | | |
| 03/16/07 | McCarthy, Bruce | 171:10-172:12 | | | 118 | GO | |
| 03/16/07 | McCarthy, Bruce | | | 172:13-172:19 | | | |
| 03/16/07 | McCarthy, Bruce | 174:7-175:20 | 175:21-175:24 | | 119 | GR | |

# Color Key to Deposition Designations

**Designation by Plaintiffs**

**Counter Designation by Defendants**

**Designation by Defendants**

1         UNITED STATES DISTRICT COURT

2            FOR THE

3           DISTRICT OF MASSACHUSETTS

4

5       JOHN HANCOCK LIFE INSURANCE

6       COMPANY, JOHN HANCOCK VARIABLE

7       LIFE INSURANCE COMPANY, and

8       MANULIFE INSURANCE COMPANY

9       (f/k/a INVESTORS PARTNER

10      INSURANCE COMPANY),

11          Plaintiffs,

12      vs       Civil Action No. 05-11150-DPW

13      ABBOTT LABORATORIES,

14          Defendant.

15      _____/

16

17

18      DEPONENT:    BRUCE GERALD MCCARTHY, M.D.

19      DATE:       Friday, September 29, 2006

20      TIME:       9:00 a.m.

21      LOCATION:    350 South Main Street, Suite 400

22           Ann Arbor, Michigan

23      REPORTER:    Angela E. Broccardo, CSR 4679

24

25

1     APPEARANCES:

2

3          BRIAN A. DAVIS

4          Choate, Hall & Steward, LLP

5          Two International Place

6          Boston, Massachusetts 02110

7          (617) 248-5056

8              Appearing on behalf of the Plaintiffs.

9

10         GREGORY D. PHILLIPS

11         Munger, Tolles & Olson, LLP

12         355 South Grand Avenue

13         35th Floor

14         Los Angeles, California 90071-1560

15         (213) 683-9276

16             Appearing on behalf of the Defendant.

17

18

19

20

21

22

23

24

25

1      Ann Arbor, Michigan

2      Friday, September 29, 2006

3      9:00 a.m.

4      * * *

5      BRUCE GERALD MCCARTHY, M.D.,

6      having first been duly sworn, was examined and

7      testified as follows:

8      EXAMINATION

9      BY MR. DAVIS:

10      Q.  Good morning.

11      A.  Good morning.

12      Q.  Dr. McCarthy, my name is Brian Davis.  I'm an

13      attorney representing John Hancock in litigation

14      with Abbott Labs involving the research funding

15      agreement that the parties entered into back in

16      March of 2001.

17      I'm going to ask you a series of

18      questions here today.  If at any point in time

19      you don't understand any of my questions, please

20      just say so, and I'll try to rephrase them and

21      make them clear.  Do you understand that?

22      A.  Yes.

23      Q.  And if you respond to my questions, I'm going to

24      assume that you understood them.  Is that fair?

25      A.  Yes.

1    Q.   And if at any point in time you need to take a

2         break, please let us know, we'll try to

3         accommodate you as quickly as possible.  Do you

4         understand that?

5    A.   Yes.

6    Q.   The only other ground rules I'll lay is -- you

7         are doing fine so far.  You have to verbalize

8         your responses, and please let me finish my

9         question before you begin to respond.  It makes

10        for a much cleaner transcript.

11             Would you state your name, please, for

12        the record?

13   A.   Bruce Gerald McCarthy.

14   Q.   Where do you live?

15   A.   Ann Arbor.

16   Q.   Street address, please?

17   A.   1355 Burgundy Road.

18   Q.   How long have you lived there?

19   A.   Two years.

20   Q.   Where are you employed?

21   A.   Pfizer.

22   Q.   The pharmaceutical company?

23   A.   Yes.

24   Q.   What do you do for Pfizer?

25   A.   Neuroscience clinical development.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1   Q.  How long have you worked for Pfizer?

2   A.  Two years.

3   Q.  Before you worked for Pfizer, where did you

4       work?

5   A.  Abbott Labs.

6   Q.  What is your business address currently?  Where

7       is your office?

8   A.  Can I look at my card?

9   Q.  Sure.  Go right ahead.

10  A.  Eastern Point Road is the only street address,

11      Mail Stop 8260-2319, Groton, Connecticut, 06340.

12  Q.  Briefly, I just want to discuss your educational

13      background.

14  A.  Uh-huh.

15  Q.  Where did you go to high school?

16  A.  West Linn, Oregon.

17  Q.  West Linn, Massachusetts?

18  A.  Oregon.

19  Q.  Oh, West Linn, Oregon.  Where did you go to

20      college?

21  A.  Stanford University.

22  Q.  When did you graduate?

23  A.  1988.

24  Q.  With what degree?

25  A.  Bachelor's of science.

1   Q.  Did you go on to school from there?

2   A.  Yes.

3   Q.  To where?

4   A.  Johns Hopkins School of Medicine.

5   Q.  Did you graduate?

6   A.  Yes.

7   Q.  What year?

8   A.  1993.  Wait.  Yes, that's right.

9   Q.  With what degree?

10  A.  Medical degree.

11  Q.  Are you licensed to practice medicine?

12  A.  Yes.

13  Q.  In what states?

14  A.  Illinois, with a license in California that's

15      on -- I don't know what you call it.  I'm trying

16      to think of the terminology.  It's on -- I'm

17      trying to think of the word -- inactive status.

18  Q.  Do you have an area of specialty?

19  A.  Neurology.

20  Q.  When were you first licensed to practice

21      medicine?

22  A.  1993.

23  Q.  Same year you graduated from Johns Hopkins?

24  A.  Yes.

25  Q.  Dr. McCarthy, would you give me a brief

1    description of your educational background since

2    you graduated from Johns Hopkins, please?

3    A.  I did my --

4    Q.  I'm sorry, I meant your employment background

5    since you graduated from Johns Hopkins?

6    A.  I was employed by the University of California

7    San Francisco in a medical internship from 1993

8    to 1994, and by the University of California San

9    Francisco in a neurology residency from 1994 to

10    1997, and then hired by Abbott Labs.

11    Q.  In 1997?

12    A.  Uh-huh.

13    Q.  Did you work for Abbott from 1997 to 2004?

14    A.  That's correct, yes.

15    Q.  What positions did you hold in Abbott, beginning

16    in 1997?

17    A.  Associate medical director, medical director,

18    venture head.

19    Q.  Any other positions?

20    A.  The name for venture head changed to global

21    project head, but it was the same position.

22    Q.  Were you a global project head when you left

23    Abbott in 2004?

24    A.  Yes.

25    Q.  Why did you leave Abbott?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    A.   For better opportunities to work on early stage

2         compounds.  The early stage compounds in the

3         neuroscience portfolio had all been discontinued

4         for toxicology reasons at that time.

5    Q.   You are saying in Abbott's portfolio?

6    A.   Uh-huh.

7    Q.   You have to say yes or no.

8    A.   Yes.

9    Q.   Thank you.  You can also say maybe sometimes.

10            MR. PHILLIPS:  You can answer whatever

11        way you wish or need to, but you have to answer

12        verbally.

13   BY MR. DAVIS:

14   Q.   When you worked at Abbott, where physically did

15        you work?

16   A.   Abbott Park, Illinois.

17   Q.   For all of your positions that was true?

18   A.   Yes.

19   Q.   Did you prepare for your deposition here today?

20   A.   Yes.

21   Q.   How did you prepare?

22   A.   With Greg Phillips yesterday.

23   Q.   How long did you meet with Mr. Phillips for?

24   A.   Approximately six hours.

25   Q.   Did you speak with anyone at Abbott about your

1    Q.   I think we've got that in one of the boxes.

2         We'll get to that one.

3              Going back to positions at Abbott, what

4         were the duties and responsibilities that you

5         had when you were a medical director?

6    A.   The design of clinical trials, the oversight of

7         clinical trials, and the report of results of

8         clinical trials, and the communication of those

9         clinical trials.

10   Q.   Pretty much start to finish with respect to

11        overseeing -- helping to create and oversee and

12        implement clinical trials; is that fair?

13   A.   Yes.

14             MR. PHILLIPS:  May I ask a question of

15        clarification?  You asked him about his duties

16        and responsibilities as a medical director.

17        Were you distinguishing between medical director

18        and associate medical director?

19             MR. DAVIS:  Yes, I was.

20             MR. PHILLIPS:  Did you understand that?

21             THE WITNESS:  Yes.

22             MR. PHILLIPS:  Fine.

23   BY MR. DAVIS:

24   Q.   I'll go back and hit associate in a moment.  Who

25        was your immediate superior while you were a

McCarthy, M.D., Bruce Gerald (Linked)   09/29/2006  9:00:00 AM

1       medical director at Abbott?

2     A.   Chris Silber.

3     Q.   Anyone else?

4     A.   I don't remember.

5     Q.   When you were medical director, were you working

6       in the analgesia venture?

7     A.   I was working in the analgesia venture, yes.

8     Q.   Was Mr. -- is it Dr. Silber?

9     A.   Yes.

10    Q.   Was Dr. Silber the head of the analgesia

11      venture?

12    A.   Yes.

13    Q.   Did you work in any other ventures as a medical

14      director?

15    A.   Yes.

16    Q.   What other ventures?

17    A.   Psychopharmacology venture.

18    Q.   Any others?

19    A.   No.

20    Q.   You had experience -- strike that.

21          While you were at Abbott, you had --

22      one of the compounds that you worked with was

23      ABT-594; is that correct?

24    A.   Yes.

25    Q.   Was that while you were a medical director in

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      the analgesia venture?

2    A.  Yes.

3    Q.  Going back for a moment to when you were an

4      associate medical director, how did your duties

5      vary from when you were a medical director?

6    A.  They were the same.

7    Q.  Same job, lower pay?

8    A.  Yes.

9    Q.  When you became a venture head, how did your

10     duties change?

11   A.  I became responsible for the drug development

12     program in its entirety.

13   Q.  When did you first become a medical director at

14     Abbott?

15   A.  I don't remember.

16   Q.  When did you first become a venture head?

17   A.  I don't remember.

18   Q.  Going back to 594 -- did you have any

19     responsibilities for ABT-594 while you were a

20     venture head?

21   A.  Yes.

22   Q.  Does that help you place in time when it was you

23     became a venture head?

24   A.  No.

25   Q.  What responsibilities did you have concerning --

1      when I refer to 594, you understand I'm

2      referring to ABT-594?

3    A.  Yes.

4    Q.  What responsibilities did you have for 594 while

5      you were a medical director?

6    A.  The design of clinical trials, the oversight of

7      clinical trials, and the reporting of results

8      from the clinical trials.

9    Q.  And while you were a venture head?

10   A.  Same, and in addition oversight of the

11     nonclinical elements of the drug development

12     program.

13   Q.  What are the nonclinical elements?

14   A.  They include but aren't limited to formulation

15     and manufacturing, toxicology, regulatory and --

16     sorry, and regulatory elements.

17   Q.  Did you have any responsibility for

18     out-licensing?

19   A.  No.

20   Q.  Did you have any involvement in out-licensing?

21   A.  Yes.

22   Q.  What involvement did you have in out-licensing

23     of 594, if any?

24   A.  I don't remember.

25   Q.  Did you have any involvement or responsibility

1    for 594 while you were an associate medical

2    director?

3    A.  Yes.

4    Q.  Who was your immediate superior when you were an

5    associate medical director?

6    A.  Chris Silber.

7    Q.  When is the first time that you can recall that

8    you had any responsibility for 594?

9    A.  Within the first months of employment.

10   Q.  Was that one of your first assignments at

11   Abbott?

12   A.  Yes.

13   Q.  What were you assigned to do at that time

14   concerning 594?

15   A.  To support the design of future clinical trials

16   and to support the safety review of ongoing

17   clinical trials.

18   Q.  594 was a compound under development at that

19   point in time?

20   A.  Yes.

21   Q.  Had any clinical trials of 594 taken place

22   before you first became involved with that

23   compound?

24   A.  I don't think so.

25   Q.  Did you participate in phase I studies with

1    respect to 594?

2    A.   Yes.

3    Q.   Did you participate in any preclinical studies

4    regarding 594?

5    A.   No.

6    Q.   You also participated in some phase II studies

7    regarding 594?

8    A.   Yes.

9    Q.   In the phase I studies of 594, what role did you

10    play?

11    A.   I remember safety oversight, but other than

12    that, I don't remember.

13    Q.   Do you remember how many phase I trials and

14    studies of 594 you were involved with?

15    A.   I can recall at least three.

16    Q.   Can you identify them?  Would you identify them,

17    please?

18    A.   The first-in-man single-rising-dose study, the

19    multiple-rising-dose study, and a study to

20    evaluate tolerability with dose escalation with

21    either a soft elastic capsule or a hard gelatin

22    capsule.

23    Q.   Those were all phase I studies; correct?

24    A.   Yes.

25    Q.   What is the difference between a phase I study

1    and a phase II study?

2        MR. PHILLIPS:  Generally speaking?

3        MR. DAVIS:  Generally speaking.

4        THE WITNESS:  Generally speaking, phase

5    I studies are performed using healthy

6    volunteers, and phase II studies are performed

7    using patients with the disorder under study.

8    BY MR. DAVIS:

9    Q.  And then you are familiar with phase III

10    studies?

11    A.  Yes.

12    Q.  What is your understanding of generally the

13    difference between phase II studies and phase

14    III studies?

15    A.  Phase II studies are exploratory, and phase III

16    studies are confirmatory for safety and

17    efficacy.

18    Q.  Have you received training in running clinical

19    trials?

20    A.  Yes.

21    Q.  Where did you receive your training?

22    A.  At Abbott and at Pfizer.

23    Q.  What training did you receive at Abbott?  Let me

24    revise that.  Did you receive any formal

25    training at Abbott?  And by formal, I mean

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    classroom instruction, lectures, instruction --

2    receiving actual written instructional

3    materials, things of that nature.

4    A.  I don't believe so.

5    Q.  Is it fair to say you received on-the-job

6    training in running clinical trials at Abbott?

7    A.  Yes.

8    Q.  From who?

9    A.  Chris Silber, David Morris, Marleen Verlinden,

10    John Leonard.

11    Q.  Anyone else?

12    A.  I don't remember.

13    Q.  Who is John Leonard?

14    A.  He was the vice president of development in the

15    pharmaceutical division of Abbott.

16    Q.  Do you know Perry Nisen?

17    A.  Yes.

18    Q.  Who is Mr. Nisen?

19    A.  When I knew him, he was the -- in the oncology

20    development group at Abbott.

21    Q.  Was he a technical person?  Was he an executive?

22        MR. PHILLIPS:  Objection.

23        THE WITNESS:  Yes.

24    BY MR. DAVIS:

25    Q.  I'm sorry, I confused you.  Do you know what

1     position he held?

2     A.   I believe he was either venture head or -- I

3       can't remember the title.

4     Q.   Was he a doctor?

5     A.   I believe so.

6     Q.   When is the last time you had any communication

7       with Perry Nisen?

8     A.   Sometime before 19 -- sorry, sometime before

9       2004.

10    Q.   Did he leave Abbott while you were still

11      employed at Abbott?

12    A.   I don't remember.

13    Q.   Do you know where he works today?

14    A.   I believe he works for GlaxoSmithKline.

15    Q.   Do you know where?

16    A.   I believe in the Philadelphia area.

17    Q.   Getting back to your involvement in 594, you

18      know that Abbott ran a phase IIb clinical study

19      for 594 targeted at neuropathic pain?

20    A.   Yes.

21    Q.   Diabetic neuropathic pain?

22    A.   Yes.

23    Q.   And did you play a role in that study?

24    A.   Yes.

25    Q.   What responsibilities did you have with respect

1        to that study?

2     A.   Oversight of the design, the conduct and

3        interpretation and reporting of results.

4     Q.   Now, that study was given a number by Abbott of

5        M99-114.  Is that consistent with your

6        recollection?

7     A.   Yes.

8     Q.   If I refer to it as the 114 study, you know

9        which study I'm referring to?

10    A.   Yes.

11    Q.   After the 114 study was complete, Abbott decided

12       to cease the development of 594; is that right?

13          MR. PHILLIPS:  Objection.

14          THE WITNESS:  Yes.

15    BY MR. DAVIS:

16    Q.   You recall that there was a time when you were

17       notified that Abbott would not be further

18       developing 594?  Is that consistent with your

19       recollection?

20    A.   Yes.

21    Q.   Approximately when was that?

22    A.   Fourth quarter of 2001.

23    Q.   Were you told at that point in time why it was

24       that Abbott had decided not to continue

25       developing 594?

McCarthy, M.D., Bruce Gerald (Linked)   09/29/2006  9:00:00 AM

1    A.   Yes.

2    Q.   First, who told you?

3    A.   I don't remember.

4    Q.   What were you told?

5    A.   I don't remember specifics, but in general

6        terms, that the risk/benefit was not adequate to

7        further pursue development of the drug.

8    Q.   To your knowledge, did the tolerability of 594

9        as demonstrated in clinical trials play any role

10       in Abbott's decision to terminate the

11       development of 594?

12   A.   Yes.

13   Q.   How so?

14   A.   The benefit of the drug at doses -- the benefit

15       of the drug at doses did not outweigh the

16       liabilities from tolerability issues.

17   Q.   And what did you understand to be the

18       liabilities with respect to tolerability?

19   A.   Rates of -- or nausea and vomiting and

20       dizziness.

21   Q.   Is another word for vomiting emesis?

22   A.   Yes.

23   Q.   In the course of developing or working on 594,

24       did you occasionally hear or make reference to

25       the emesis liability associated with that

1      compound?

2    A.   Yes.

3          (Marked for identification

4          Deposition Exhibit No. 1.)

5    BY MR. DAVIS:

6    Q.   Dr. McCarthy, I'm going to show you what has

7          been marked as Exhibit 1 at your deposition and

8          ask you to look at it for a moment and tell me

9          first, sir, if you think you've ever seen this

10         document before.

11         MR. PHILLIPS:  You are not asking

12         him -- or are you asking him if he's seen the

13         particular copy with the handwriting on it?

14         MR. DAVIS:  Any version of this

15         document, as best you recall.

16         THE WITNESS:  Yes.

17   BY MR. DAVIS:

18   Q.   What is this Exhibit 1?

19   A.   It appears to be a framework for a decision

20         analysis for ABT-594 and backups and another

21         pharmacology, adenosine kinase inhibitor.

22   Q.   First we'll do some terms here, if we may.  594,

23         what kind of compound was it?

24   A.   ABT-594 was thought to act through neuronal

25         nicotinic receptors.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.   NNRs, have you heard reference to that

2         terminology?

3    A.   Yes.

4    Q.   Am I correct that 594 was thought to be a member

5         of a -- perhaps a new class of analgesics?

6    A.   Yes.

7    Q.   And analgesics are pain relievers; is that

8         right?

9    A.   Yes.

10   Q.   So what Abbott was doing was looking at what

11        they thought might be a compound that would

12        introduce a new class of pain relievers to the

13        market; is that fair to say?

14   A.   Yes.

15   Q.   Were there other NNR products that Abbott was

16        investigating at the same time it was looking at

17        594?

18             MR. PHILLIPS:  Objection.

19             THE WITNESS:  Yes.

20   BY MR. DAVIS:

21   Q.   Do you know how many?

22   A.   I don't know.

23   Q.   Did any of them ever have ABT prefixed numbers

24        within the Abbott system, to your knowledge?

25   A.   I don't know.

1    Q.  Have you ever heard of a compound named ABT-894?

2    A.  I don't remember that compound.

3    Q.  And you made reference earlier on to

4        pharmakinetics.  What are those?  What is

5        pharmakinetics?

6    A.  Pharmacokinetics is the analysis of drug levels

7        in tissues or fluids.

8    Q.  What does that tell you?  Why is it important?

9            MR. PHILLIPS:  Objection to the extent

10       you are seeking expert testimony.

11   BY MR. DAVIS:

12   Q.  You are a neurologist?

13   A.  Yes.

14           MR. PHILLIPS:  But Dr. McCarthy is not

15       here as an expert witness.  He's here as a

16       percipient witness.

17           MR. DAVIS:  He's here to answer

18       whatever questions I wish to put to him, and the

19       court will determine whether he's competent to

20       offer various testimony within neurology.

21           MR. PHILLIPS:  That's actually not

22       correct, Mr. Davis.  That is not correct that

23       he's here to answer any questions you put to

24       him, as you well know.

25           MR. DAVIS:  I'm certainly going to

1      area of research.

2    Q.  Is he a doctor?

3    A.  Ph.D.

4    Q.  Does he still work at Abbott, to your knowledge?

5    A.  I don't know.

6    Q.  When is the last time you had any communication

7      with Mike Meyer?

8    A.  I don't remember.

9    Q.  If you'd take a look, please, at -- you'll see

10     that all of these documents are what we call

11     Bates stamped, meaning that there is a unique

12     identification number stamped on them.

13        If you take a look at the page of this

14     document -- actually, page 14, but it's Bates

15     stamped with a number that ends 5354.  Do you

16     have that page in front of you?

17   A.  Yes.

18   Q.  It says here that:

19          The team believes ADT-594's

20          probability of registration is less

21          than average - it is first of a

22          class, and has emesis problems.

23          Do you see that?

24   A.  Yes.

25   Q.  Were you a member of some sort of team with

1    respect to the development of 594?

2    A.   Yes.

3    Q.   What was the team?

4    A.   I believe it was called the ABT-594 development

5    team.

6    Q.   What were the responsibilities of the team?  I

7    apologize, some of these are basic, but somebody

8    has to tell us at some point in time.

9    A.   To develop plans and operationalize those plans

10    in such a way that information is obtained about

11    the drug over time enabling decisions to move

12    forward with the drug development program until

13    either development stops or the drug is filed

14    for approval.

15    Q.   You mentioned earlier that you worked in two

16    ventures when you were at Abbott, the analgesia

17    venture and also a psychopharmacology venture;

18    is that correct?

19    A.   Yes.

20    Q.   Did you work in those simultaneously or were

21    those in succession?

22    A.   In succession.

23    Q.   When you first went to work for Abbott, you were

24    working in the analgesia venture; is that right?

25    A.   I think I was in the psychopharmacology venture

1      to start.

2   Q.   And then you moved to the analgesia venture?

3   A.   I think so.

4   Q.   Were you in the analgesia venture when you left

5      Abbott?

6   A.   No.

7   Q.   What were you doing?  What venture were you in

8      when you left Abbott?

9   A.   The terminology had changed.  The terminology

10     had changed.  It was called something like

11     neuroscience development or --

12  Q.   Can you take a moment and explain to me, how was

13     Abbott -- the portion of Abbott that you worked

14     in, the portion that helped sort of investigate

15     and develop compounds, how was it organized when

16     you first started working there?

17  A.   There were venture teams that effectively

18     represented matrix teams of different functional

19     lines that came together to form a team and

20     develop the drug.

21  Q.   Were the teams organized around particular

22     compounds?

23  A.   Yes.

24  Q.   So you were on the 594 team; is that right?

25  A.   Yes.

1    Q.   Were there teams for other compounds within

2        Abbott at the same time?

3    A.   Yes.

4    Q.   Were you on more than one team at any point in

5        time?

6    A.   Yes.

7    Q.   How many teams were you on at any point in time?

8    A.   I don't remember.

9    Q.   Were you the head of the 594 team?

10   A.   No.

11   Q.   Who was the head of the 594 team?

12   A.   Chris Silber.

13   Q.   He was also venture head?

14   A.   Yes.

15   Q.   Was he the head of each and every team within

16       the analgesia venture?

17          MR. PHILLIPS:  Objection.

18          THE WITNESS:  I don't know.

19   BY MR. DAVIS:

20   Q.   Was he the head of other teams within that

21       venture?

22   A.   Yes.

23   Q.   Do you know how many other teams were in the

24       analgesia venture?

25   A.   I don't remember.

1    Q.  Going back to Exhibit 1, the page that we were

2       referring to, does this accurately reflect sort

3       of the team's thinking as of July 1998, as best

4       you recall?

5           MR. PHILLIPS:  Objection.

6           THE WITNESS:  I don't remember.

7    BY MR. DAVIS:

8    Q.  Do you recall discussions within Abbott about

9       the probability of registration for 594?

10          MR. PHILLIPS:  Objection.

11          THE WITNESS:  I remember -- yes.

12   BY MR. DAVIS:

13   Q.  And by registration, you mean registration with

14      the FDA?

15   A.  Yes.

16   Q.  Does that mean getting the FDA to approve the

17      compound for distribution commercially?

18   A.  Yes.

19   Q.  What do you recall about the discussions within

20      Abbott about the probability of registration of

21      594?

22   A.  I don't remember.

23   Q.  Do you recall discussions about 594's emesis

24      problems?

25   A.  Yes.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1          MR. PHILLIPS:  Objection.

2    BY MR. DAVIS:

3    Q.   What did you understand to be 594's emesis

4         problems?

5    A.   By the end of 2001, that the emesis problems

6         outweighed the benefit of the drug.

7    Q.   This document is dated from 1998.  Is it fair to

8         say that you and others within Abbott were aware

9         of emesis problems associated with 594 at least

10        as of 1998?

11         MR. PHILLIPS:  Objection.

12         THE WITNESS:  Yes.

13         MR. PHILLIPS:  I'm sorry, Dr. McCarthy,

14        if you could pause very briefly so that if I

15        need to object, I can get my objection in.

16         THE WITNESS:  Okay.

17         MR. PHILLIPS:  Thank you.

18    BY MR. DAVIS:

19    Q.   And I'm not trying to mislead you.  No decision

20        had been made at that point as to whether or not

21        the usefulness of the drug outweighed the emesis

22        problems; is that right?

23    A.   Yes.

24    Q.   That was something that you were looking into;

25        correct?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    A.   Yes.

2    Q.   But you knew, at least as of 1998, that there

3        were emesis/vomiting issues associated with this

4        particular compound?

5    A.   Yes.

6    Q.   If you could turn to the page that's Bates

7        number ends 5366.  It's page 26 of the

8        presentation.  The page is titled:

9             We considered three options

10            for A-173259; two backup strategies

11            and a parallel development strategy.

12            Do you see that?

13   A.   Yes.

14   Q.   While you were investigating 594, was your

15       group, the analgesia venture, also looking at

16       other potential backups for 594?

17   A.   Yes.

18   Q.   By backups, what does that mean?

19   A.   Other drugs that could be put into development

20       at a future time or concurrently with a lead

21       candidate drug.

22   Q.   Is it fair to say the backups are there so that

23       they can be development, further developed in

24       the event that the lead drug fails?

25            MR. PHILLIPS:  Objection.

1   A.  I believe so.

2   Q.  Who is Grace Dunn?

3   A.  Grace Dunn was at some point John Leonard's

4       administrative assistant.

5   Q.  To your knowledge, did Chris Silber report to

6       John Leonard at this point in time?

7   A.  I believe so.

8   Q.  If you take a look at the third page of this

9       document, the one that's Bates number ends 5029,

10      do you see a reference to you?

11  A.  Yes.

12  Q.  The second paragraph says:

13          Bruce continued with a

14      discussion of the ABT-259 development

15      strategy.

16          Let's stop there.  Is that the same

17      compound referenced in Exhibit 1?

18  A.  Yes.

19  Q.  And it says:

20          The criteria for switching

21      from ABT-594 to ABT-259 reside in a

22      clinically meaningful improvement in

23      GI side effects coupled with

24      comparable or superior efficacy to

25      that of ABT-594.

1          Is that consistent with your

2      understanding at that point in time?

3  A.  Yes.

4  Q.  And did you understand at that point in time

5      that 594 had something less than desirable GI

6      side effects?

7          MR. PHILLIPS:  Objection.

8          THE WITNESS:  No.

9  BY MR. DAVIS:

10  Q.  You didn't?  When you make reference to

11      ABT-59 -- I'm sorry, ABT-259 having a meaningful

12      improvement -- strike that.  Let me go back.

13          Did you understand as of this point in

14      time, early 1999, that ABT-594 had GI side

15      effects?

16          MR. PHILLIPS:  Objection.

17          THE WITNESS:  Can you repeat the

18      question?

19  BY MR. DAVIS:

20  Q.  Certainly.  Did you understand in early 1999

21      that ABT-594 had GI side effects?

22  A.  Yes.

23  Q.  And by GI side effects, we mean

24      gastrointestinal; correct?

25  A.  Yes.

1    Q.   What GI side effects did you understand at that

2        point in time 594 had?

3    A.   Nausea and vomiting.

4    Q.   Did you regard that as desirable in a compound

5        like 594?

6            MR. PHILLIPS:  Objection.

7            THE WITNESS:  No.

8    BY MR. DAVIS:

9    Q.   And is it fair to say that what you were doing,

10       at least talking about in the course of this

11       meeting, was trying -- comparing 594 to another

12       compound, and that compound being 259, and you

13       were trying to determine whether 259 might be as

14       efficacious but not have the same side effects?

15           MR. PHILLIPS:  Objection.

16           THE WITNESS:  I don't remember the

17       specific meeting.

18   BY MR. DAVIS:

19   Q.   Do you recall generally that one of the reasons

20       why you were investigating 259 was because you

21       believed that it might have a better GI side

22       effect profile than 594?

23   A.   Yes.

24   Q.   Again, that is something you regarded as

25       desirable; correct?

1    A.   Yes.

2             (Marked for identification

3             Deposition Exhibit No. 3.)

4    BY MR. DAVIS:

5    Q.   Dr. McCarthy, you have what has been marked as

6        Exhibit 3.  Is this a letter that you wrote to

7        Michael McCarthy in or about March of '99?

8             MR. PHILLIPS:  I believe you misspoke.

9        Michael Meyer.

10            MR. DAVIS:  I'm sorry.  I apologize.

11   BY MR. DAVIS:

12   Q.   Is this a letter that you wrote to Michael Meyer

13       on or about March of 1999?

14   A.   I don't remember the letter.

15   Q.   Is that your signature on the first page?

16   A.   Yes.

17   Q.   In the middle of the letter, let me just direct

18       your attention to the paragraph that begins:

19            Please note that we will not

20            be discussing the specific results of

21            the molar extraction trial.

22            Do you see that?

23   A.   Yes.

24   Q.   And is this reference to a trial of 594 that was

25       conducted involving trying to address pain in

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1        the aftermath of having teeth removed?

2    A.   Yes.

3    Q.   Did Abbott actually conduct such a trial?

4    A.   Yes.

5    Q.   And it was a phase I trial; correct?

6    A.   Phase II.  Oh, phase I, I apologize.

7    Q.   And did you participate in that trial in any

8        way?

9    A.   In any way, yes.

10   Q.   How so?

11   A.   I was involved in interpretation of results

12       after study completion.

13   Q.   Did that trial tell you anything about the

14       tolerability of 594?

15   A.   Yes.

16   Q.   What did you learn about the tolerability of 594

17       from that trial?

18   A.   I don't remember specifics.

19   Q.   Do you recall generally?

20   A.   Again, observation of, at higher doses, nausea

21       and vomiting.

22   Q.   And in the middle paragraph of this letter you

23       say:

24              I believe the advisors may

25       focus unnecessarily on ABT-594's

1          performance in the molar extraction

2          trial.

3              Do you recall what you mean by that?

4      A.   No.

5      Q.   And then if you look at the next page of this

6          document, it says:

7              Status and future of

8          ABT-594.

9              Do you see that?

10     A.   Yes.

11     Q.   And under phase I, the last sentence makes

12         reference to the maximally tolerated dose.  What

13         is that?

14             MR. PHILLIPS:  Sorry, Counsel.  I think

15         it's the second to the last sentence.

16     BY MR. DAVIS:

17     Q.   Do you see the sentence that states the

18         maximally tolerated dose?

19     A.   Yes.

20     Q.   What is the maximally tolerated dose?

21             MR. PHILLIPS:  Objection.

22             THE WITNESS:  The maximally tolerated

23         dose here is reported as somewhere slightly

24         above 100 micrograms for fasted patients and 150

25         micrograms for fed patients.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    BY MR. DAVIS:

2    Q.   What does it mean when you reference a maximally

3        tolerated dose?

4    A.   Maximally tolerated dose generally means the

5        dose at which -- above which most patients will

6        no longer tolerate the medication.

7    Q.   Meaning that -- meaning what?

8    A.   That the maximally tolerated dose suggests in

9        the experimental paradigm that doses above that

10       point are too poorly tolerated.

11   Q.   When you say too poorly tolerated, specifically

12       what happens?

13           MR. PHILLIPS:  Objection.

14   BY MR. DAVIS:

15   Q.   What happened in 594?

16   A.   I don't remember the specific reaction rates at

17       these doses or this maximally tolerated dose.

18   Q.   Is it fair to say that above the maximally

19       tolerated dose, you get adverse events?

20   A.   Yes.

21   Q.   And that the adverse events are such that you

22       don't think the patients will or should take the

23       drug any further?

24           MR. PHILLIPS:  Objection.

25           THE WITNESS:  Yes.

1        (Marked for identification

2        Deposition Exhibit No. 4.)

3    BY MR. DAVIS:

4    Q.  Dr. McCarthy, you have what has been marked as

5        Exhibit 4.  I'll just ask you to look at this

6        document for a moment and tell me if you can

7        identify it for me.

8    A.  The first page appears to be an e-mail sent by

9        Ritu A Lal, and the next page appears to be a

10       comparison of the probability of vomiting

11       against dose and AUC for two drugs, ABT-594 and

12       ABT-259, followed by a series of e-mails.

13   Q.  Just focusing on the first two pages for a

14       moment, who is Ritu A Lal?

15   A.  I don't remember.

16   Q.  You recall, however, that one of the things that

17       you were looking at carefully with respect to

18       594 and its development was the propensity of

19       that compound perhaps to cause vomiting among

20       patients?

21   A.  Yes.

22   Q.  Is that because you believed that if the product

23       did cause undue amount of vomiting, that it

24       would affect the commercial viability of the

25       product, among other things?

1          MR. PHILLIPS:  Objection.

2          THE WITNESS:  Yes.

3          (Marked for identification

4          Deposition Exhibit No. 5.)

5    BY MR. DAVIS:

6    Q.  Dr. McCarthy, I'd ask you to look briefly at

7        Exhibit 5, and tell me if you recognize this

8        presentation.

9    A.  In general I do, yes.

10   Q.  Earlier in your deposition today in Exhibit 2 we

11       made reference to an executive summary of an

12       analgesia venture portfolio review in January of

13       '99.  Are these the slides from that review?

14   A.  I don't know.

15   Q.  Did you participate in the creation of these

16       slides?

17   A.  I don't know if I participated in the creation

18       of these particular slides.

19   Q.  On occasion did you help assemble slide

20       presentations concerning 594?

21   A.  Yes.

22   Q.  Were you required, on occasion, within Abbott to

23       make presentations about the status of 594 to

24       superiors within Abbott?

25   A.  Yes.

1    A.  Yes.

2    Q.  If you turn to the page of this document that's

3        Bates numbered ended in 4978, there is a slide

4        there entitled:

5            Molar Extraction Study,

6         Preliminary Findings.

7            Would you just take a quick look at

8        that and tell me if you believe that this

9        accurately summarizes preliminary findings from

10       that molar extraction study?

11           MR. PHILLIPS:  Objection.

12           THE WITNESS:  Yes.

13   BY MR. DAVIS:

14   Q.  Would you turn to the page that's Bates number

15       ends in 5012.  It's very near the end of the

16       presentation, about ten pages or so right from

17       the end.

18           MR. PHILLIPS:  12?

19           MR. DAVIS:  12, correct.

20   BY MR. DAVIS:

21   Q.  Do you have that page in front of you?

22   A.  Yes.

23   Q.  This slide is titled:

24           ABT-594 Follow-on Strategy.

25           What is a follow-on strategy?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    A.   A follow-on strategy, follow-on refers to

2         compounds at earlier stages of development or

3         research that could continue in development, and

4         if the lead compound is discontinued, could

5         replace the lead compound.

6              So the strategy would define in what

7         ways decisions would be made to develop the

8         follow-ons.

9    Q.   Is follow-on similar to or the same as backup?

10   A.   Yes.

11   Q.   Is it fair to say that in developing ABT-594 at

12        Abbott, one of the things that Abbott was

13        looking at was whether there were other similar

14        compounds that might have the same efficacy or

15        similar efficacy, but not necessarily the same

16        liabilities or side effects?

17             MR. PHILLIPS:  Objection.

18             THE WITNESS:  Yes.

19   BY MR. DAVIS:

20   Q.   There is more than one NNR; correct?

21   A.   Can you repeat that?

22   Q.   To your knowledge, there was more than one NNR

23        compound; correct?

24   A.   Yes.

25   Q.   You could have different variations of the same

1    molecules; is that right?

2    A.  Yes.

3    Q.  And one of the things you were looking at was

4        whether different molecules within the NNR

5        family that might be -- one might be better than

6        another for purposes of commercializing a

7        compound?

8            MR. PHILLIPS:  Objection.

9            THE WITNESS:  Can you say that again?

10   BY MR. DAVIS:

11   Q.  Certainly.  That was a bad question.

12           Is it fair to say that when you were

13       working on 594, one of the things you were

14       looking at was comparing various compounds

15       within the NNR family to determine whether some

16       might be more attractive or have a higher

17       probability of success commercially than others?

18           MR. PHILLIPS:  Objection.

19           THE WITNESS:  No.

20   BY MR. DAVIS:

21   Q.  How was I incorrect?

22   A.  Employees at Abbott were investigating whether

23       they could discover follow-ons that had the same

24       or better efficacy profile in preclinical models

25       with improved emetic profiles in preclinical

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      profiles.

2   Q.   So it didn't extend necessarily all the way to

3        commercial viability, you were just looking to

4        determine whether they were similarly

5        efficacious compounds that didn't cause the same

6        degree of nausea or vomiting?

7            MR. PHILLIPS:  Objection.

8            THE WITNESS:  No.

9   BY MR. DAVIS:

10  Q.   You were looking at other compounds to determine

11       whether you could find similarly or more

12       efficacious compounds that didn't cause the same

13       degree of vomiting?

14  A.   Yes.

15  Q.   I hit it.

16           Actually, Dr. McCarthy, that question

17       brings me to one of the questions that we

18       non-technical types always have to ask, which is

19       the difference between nausea and vomiting; for

20       purposes of developing a compound like this,

21       what is it?

22  A.   In humans nausea is a reported symptom, an

23       internal feeling reported by a patient or

24       subject; whereas vomiting is reported by the

25       subject as a physical manifestation of a defined

1       reflex in which the gastric contents are

2       expunged.

3    Q.   Okay.  Is it fair to say that vomiting -- I

4       think we know what vomiting is.  We've probably

5       all had that pleasure.  Is it fair to say that

6       nausea is not ill, but going to be, or perhaps

7       going to be?

8    A.   No.

9    Q.   Nausea is the feeling that you may vomit; is

10      that fair to say?

11   A.   I think that's incomplete.

12   Q.   How is it incomplete?

13   A.   Nausea is not necessarily associated with

14      vomiting.

15   Q.   How is it described for clinical purposes, as

16      best you know, nausea?

17   A.   A queasy feeling, often associated with a sense

18      of upset senses referenced to the abdominal

19      area.

20   Q.   Thank you.

21           (Marked for identification

22           Deposition Exhibit No. 6.)

23   BY MR. DAVIS:

24   Q.   Would you look, please, at Exhibit 6 for a

25      moment, and tell me if you've seen this document

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      before.

2          MR. DAVIS:  And actually, I'll just

3      note for the record, this came to us in this

4      form.  This may be more than one document,

5      because there seems to be a title page at the

6      page Bates number ended in 8986 and then another

7      title page at Bates number ended in 9000.

8          MR. PHILLIPS:  Mr. Davis, when you say

9      came to you in this form, you mean it was

10     clipped?

11         MR. DAVIS:  I believe it all came as a

12     single document.

13         MR. PHILLIPS:  In clipped form or --

14         MR. DAVIS:  I don't know if it was

15     clipped or stapled or the like.

16         MR. PHILLIPS:  Okay.  Thank you.

17         THE WITNESS:  I generally recognize

18     this type of document.  I don't remember this

19     one in particular.

20     BY MR. DAVIS:

21     Q.   When you were at Abbott, did you participate in

22     the creation of development plans for 594?

23     A.   Yes.

24     Q.   As you sit here today, do you believe that you

25     played any role in the creation of this

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      development plan for 594?

2      A.   I may have.

3      Q.   What portion would you have played a role in

4           developing or creating?

5      A.   I may have played a portion in section A.

6      Q.   What page are you looking at?

7      A.   The table of contents.

8      Q.   And the Bates number in the lower right-hand

9           corner?

10     A.   Bates number 19001.

11     Q.   Thank you.  I'm sorry, what sections do you

12          think you may have contributed to?

13     A.   Section A.

14     Q.   Background and rationale.  Anything else?

15     A.   I may have participated also on the preparation

16          of section D.

17     Q.   Clinical trial program?

18     A.   Yes.  And may have aided or assisted in the

19          review of other sections.

20     Q.   Who was responsible within Abbott for putting

21          together the development plans like this for

22          594?

23     A.   In general, it was a team effort with an

24          operations manager taking on responsibility for

25          compiling the different contributions.

1    Q.  Is it fair to say that there was someone

2         responsible for organizing the effort?  That

3         would be the operations manager; right?

4    A.  Yes.

5    Q.  But the actual substance of the development plan

6         would come from various members of the team?

7    A.  That's correct.

8    Q.  Including you?

9    A.  Yes.

10   Q.  Would you review the entire report before it was

11        submitted?

12   A.  It depended on when.

13   Q.  For what purpose were the development plans

14        created?

15   A.  For the team itself to have a central source for

16        its plans and for communicating the plans of the

17        team to other parts of -- other employees and

18        teams in the organization.

19   Q.  You anticipated my next question, which is to

20        whom were they submitted.

21   A.  I don't know.

22   Q.  Were they submitted to higher-ups in the Abbott

23        hierarchy?

24        MR. PHILLIPS:  Objection.

25        THE WITNESS:  I believe they were

1          THE WITNESS:  Not that I'm aware of.

2    BY MR. DAVIS:

3    Q.  Was the information contained in the development

4        plans, to the best of your knowledge, reasonably

5        accurate at the time the plan was created?

6              MR. PHILLIPS:  Objection.

7              THE WITNESS:  I don't know.

8    BY MR. DAVIS:

9    Q.  Was that your goal to try to include what you

10       understood to be accurate information?

11   A.  It would have been my goal to include accurate

12       information, yes.

13   Q.  Is it your belief that that was the goal of

14       others who participated in the development plan

15       creation process as well?

16   A.  I would be speculating.

17             (Marked for identification

18             Deposition Exhibit No. 7.)

19   BY MR. DAVIS:

20   Q.  Dr. McCarthy, would you look at this document

21       for a moment and tell me, if you can, what is

22       the pharmaceutical discovery internal review?

23   A.  I don't remember specifically.

24   Q.  Would you turn, please, to the third page of

25       this document, the Bates number ends in 4178,

1        reviewing in an oversight or editorial mode, no.

2     Q.   Was Dr. Meyer a member of the 594 project team?

3     A.   Yes.

4     Q.   What was his responsibility?

5     A.   His responsibility was in -- as a team leader in

6          discovery or research to support ongoing

7          preclinical studies with 594, and I believe as

8          well to identify or discover new compounds, as

9          well as on the 594 team to provide a link to the

10         research organization.

11    Q.   Was there a project underway at Abbott in 1999

12         to identify a follow-on to ABT-594?

13    A.   I don't remember.

14    Q.   Did you play any role in the project to identify

15         follow-ons or backups for 594?

16         MR. PHILLIPS:  Objection.

17         THE WITNESS:  I did not play a role in

18         the effort to identify follow-ons, which is a

19         preclinical research discovery effort.

20    BY MR. DAVIS:

21    Q.   There is a reference here to DDC.  Do you know

22         what that is?

23    A.   I can't remember what it stands for.

24    Q.   On project leader in the upper left-hand corner,

25         it says Michael Meyer.  Under biology it says

1    A.  I don't think so.

2    Q.  As you sit here today, do you have any further

3         recollection of what team neuro was?

4    A.  The only recollection I have of team neuro was

5         early on in my time at Abbott, I and other

6         employees working in the neuroscience area at

7         Abbott, including discovery and development and

8         commercial, attempted to essentially brand

9         within Abbott the partnership between research,

10        clinical and commercial as a team neuro, as a

11        description for the entire group to pull people

12        together.

13   Q.  Did that catch on?

14   A.  No.

15   Q.  Good try.

16             (Marked for identification

17              Deposition Exhibit No. 10.)

18   BY MR. DAVIS:

19   Q.  Dr. McCarthy, you have in front of you what's

20        been marked as Exhibit 10.  Let me ask you to

21        look at the document for a moment and tell me

22        first whether you recall seeing documents in

23        this format at Abbott.

24   A.  I believe so, yes.

25   Q.  What is this?

1    A.   Well, it says it's a project status report.

2    Q.   Did you participate in the creation of project

3        status reports for ABT-594 while you were

4        working on that particular compound?

5    A.   I don't remember.

6    Q.   Do you know who within the company was

7        responsible for coming up with monthly status

8        reports, project status reports, for ABT-594?

9    A.   I believe the operations manager would have

10       created these.

11   Q.   Who was the operations manager on 594?

12   A.   I believe at successive times there were Olga

13       Jasinsky and Mike Biarnesen.

14       (Discussion held off the record.)

15   BY MR. DAVIS:

16   Q.   Did Ms. Jasinsky precede Mr. Biarnesen as

17       operations manager?

18   A.   Yes.

19   Q.   Is Mr. Biarnesen still employed at Abbott, to

20       your knowledge?

21   A.   I don't know.

22   Q.   Why was it that Mr. Biarnesen succeeded Ms.

23       Jasinsky?

24   A.   Olga Jasinsky took another position in the

25       development organization.

1      before the clinical studies begin?

2          MR. PHILLIPS:  Objection.

3          THE WITNESS:  Clinical -- in order to

4      start clinical trials in general, protocols are

5      sent.  If done in the United States, a sponsor

6      does submit clinical trial protocols.

7      BY MR. DAVIS:

8      Q.  To the FDA?

9      A.  In advance of starting a study, yes.

10     Q.  On the 114 trial, where was that trial

11        conducted?

12     A.  In the United States.

13     Q.  Only at various sites exclusively in the U.S.?

14     A.  I believe so, yes.

15     Q.  Did you participate in the creation of the

16        protocol for 114?

17     A.  Yes.

18     Q.  What role did you play?

19     A.  The oversight of the design of the study.

20     Q.  Had you previously designed clinical trials?

21     A.  Yes.

22     Q.  Where did you get your education in designing

23        clinical trials?

24     A.  At Abbott, on-the-job training.

25     Q.  How many prior clinical trials had you created?

1    A.  I don't remember.  I don't remember.

2    Q.  Do you recall that the 114 clinical trial called

3       for 320 subjects?

4          MR. PHILLIPS:  Objection.

5          THE WITNESS:  I don't remember.

6    BY MR. DAVIS:

7    Q.  How do you go about determining how many

8       subjects you need for a particular clinical

9       trial?

10   A.  Predominantly in discussions with statisticians

11      an estimate is made on how large a treatment

12      effect is anticipated, and the statisticians

13      help the team determine how many patients would

14      be needed in a study to discern that treatment

15      difference from the comparator.

16   Q.  What is your understanding of the effect on a

17      clinical trial if the target number of subjects

18      is not reached?

19         MR. PHILLIPS:  Objection.

20         THE WITNESS:  Can you restate the

21      question?

22   BY MR. DAVIS:

23   Q.  Yes.  What is your understanding of the effect

24      on a clinical trial if, in the course of the

25      trial, the predetermined number of target

1      subjects is not in fact reached?

2          MR. PHILLIPS:  Objection.

3          THE WITNESS:  Well, the study would end

4      with fewer patients.  It would likely end

5      earlier than it would have otherwise if it went

6      to the end.

7   BY MR. DAVIS:

8   Q.  Does not reaching the targeted number of

9      subjects in a trial affect the statistical

10     validity of the trial in any way?

11         MR. PHILLIPS:  Objection.

12         THE WITNESS:  I think I would be

13     speculating.

14  BY MR. DAVIS:

15  Q.  You don't know one way or the other?

16  A.  Yeah, I don't know.

17  Q.  Does it affect the usefulness of the trial for

18     purposes of determining whether to move on to

19     the next phase of the study?

20         MR. PHILLIPS:  Objection.

21         THE WITNESS:  I don't think so.

22  BY MR. DAVIS:

23  Q.  Have you heard the term premature terminations

24     or premature -- let's start with premature

25     terminations.

1   A.   Yes.

2   Q.   What is a premature termination?

3   A.   A patient who exits the study before the final

4        study -- the planned final study point.

5   Q.   Do premature terminations in the course of a

6        clinical trial affect the enrollment of the

7        clinical trial?

8             MR. PHILLIPS:  Objection.

9             THE WITNESS:  Only if an individual

10       investigator is making a decision to not enroll

11       the next patient based on experiences they have

12       had with prior patients enrolled in the study.

13  BY MR. DAVIS:

14  Q.   Further down on the same page of Exhibit 10,

15       there is a reference to a 114 neuropathic pain

16       investigator meeting.  Do you see that?  It's

17       still under progress gauges.

18  A.   Yes, I do.

19  Q.   Did you participate in that meeting?

20  A.   I believe I did.

21  Q.   What is the purpose of the investigator meeting?

22  A.   The investigator meeting is held to train all of

23       the investigators who will be performing the

24       study.

25  Q.   Are there materials given to the investigators

1       in the course of a meeting?

2    A.   Yes.

3    Q.   What materials?

4    A.   They include -- generally include the protocol

5       and other instructions on how to work

6       effectively with the sponsor during the course

7       of the study.

8    Q.   Were copies of those materials retained by

9       Abbott, to your knowledge?

10    A.   I don't know.

11          (Marked for identification

12          Deposition Exhibit No. 11.)

13    BY MR. DAVIS:

14    Q.   Dr. McCarthy, I'll show you what appears to be

15       another project status report for 594 from

16       April 2000.  Do you recall seeing this document?

17    A.   I don't.

18    Q.   If you would look at the bottom, near the bottom

19       of the first page, it says under current month:

20          First patient enrolled phase

21       IIb 425.

22          Do you see that?

23    A.   Uh-huh.

24    Q.   Now, phase IIb, that was the -- the 114 trial

25       was a phase IIb study; correct?

1    A.   Yes.

2    Q.   What is the difference between a phase IIa study

3         and a phase IIb study?

4    A.   In a phase IIb study, its objective generally

5         includes dose ranging.

6    Q.   And that's not generally an objective of a phase

7         IIa study?

8    A.   Yes.

9    Q.   Was one of the objectives of the 114 study to

10        determine appropriate dosing for 594 in human

11        patients?

12   A.   Yes.

13   Q.   Was that achieved?

14   A.   Yes.

15   Q.   Did you determine what the appropriate dose

16        would be?

17   A.   No.

18   Q.   Why not?

19   A.   Because ultimately there was no dose for which

20        the tolerability profile outweighed the benefits

21        of the efficacy.

22   Q.   Is this -- you see the date of April 25th.  Is

23        that consistent with your general recollection

24        of when patients were first enrolled in the 114

25        study?

1       May 2000.  Of these three to five

2       compounds, one will be chosen in July

3       slash August for fourth quarter 2000

4       DDC.

5            Do you see that?

6    A.  Yes.

7    Q.  You don't have any recollection of what DDC is?

8    A.  I don't remember what the acronym stands for.

9    Q.  Do you know what the DDC was, even if you don't

10      recall the acronym?

11   A.  The DDC was a meeting in which the research or

12      discovery organization presented to its

13      management the culmination of their work on

14      identifying a new compound.  After that meeting,

15      if the management approved the compound moving

16      forward, it would move into development.

17   Q.  Did you think that it was a smart strategy for

18      Abbott to be identifying follow-on compounds for

19      594 as of, you know, mid 2000?

20           MR. PHILLIPS:  Objection.

21           THE WITNESS:  I can't be specific about

22      mid 2000, but in general, I think I thought it

23      was a smart strategy to be identifying

24      follow-ons.

25   BY MR. DAVIS:

1    Q.  Is that because you believed that tolerability

2        problems that had been observed with 594

3        ultimately might not be resolved?

4    A.  No.

5    Q.  Why?

6    A.  I thought it was useful because, once we knew

7        that the drug had efficacy in pain, because it

8        was a first-in-class or we had demonstrated that

9        a new class of drugs could be analgesic, drugs

10       at that early stage fail for a variety of

11       reasons and fail very often, so it is the most

12       sensible development strategy for a company to

13       have multiple follow-ons for their lead

14       compound.

15   Q.  Did Abbott conduct any clinical trials for 594,

16       in whole or in part, to gain information about

17       NNRs generally, as opposed to 594 specifically?

18   A.  Yes.

19   Q.  That was one of Abbott's purposes in running 594

20       trials?

21   A.  Yes.

22   Q.  Was that one of the purposes for running the 114

23       trial?

24   A.  No.

25   Q.  Abbott was not running the 114 trial to try and

1   get more information about NNRs generally?

2   A.  No.

3        MR. PHILLIPS:  Counsel, at a convenient

4   point, I'd like to take a short break.

5        MR. DAVIS:  We can do it now.

6        (A brief recess was taken.)

7             (Marked for identification

8             Deposition Exhibit No. 12.)

9   BY MR. DAVIS:

10  Q.  Dr. McCarthy, you have Exhibit Number 12 in

11  front of you.  I want to ask you to look at that

12  document for a moment and tell me whether you

13  recognize it.

14  A.  I don't recognize the document in total.  I do

15  recognize some slides, in particular the

16  clinical results slides, as appearing like the

17  slides we often used in describing the results

18  of the clinical trials.

19  Q.  Do you recall participating in a presentation in

20  May of 2000 addressing 594, in part?

21  A.  No.

22  Q.  Would you look, please, at page 12 of the

23  slides.  It's the one that Bates' number ends in

24  1828.  Do you have that page?

25  A.  Yes.

2              Phase IIb Trial in Diabetic

3         Neuropathy.

4              Do you see that?

5    A.   Yes.

6    Q.   This is the 114 trial?

7    A.   Yes.

8    Q.   Does this accurately reflect the study design,

9         for example, of that trial?

10   A.   I believe so.

11   Q.   It mentions four groups with different dosing

12        levels; correct?

13   A.   Yes.

14   Q.   One of the groups receiving a placebo; correct?

15   A.   Yes.

16   Q.   So is it fair to say that the 114 trial was

17        testing patients on placebo, plus three

18        different dosing levels?

19   A.   I would phrase it that there were three

20        different dose levels and placebo tested.

21   Q.   Were the patients to be distributed roughly

22        equally among the three different dosing levels?

23   A.   Yes.

24   Q.   And among placebo?

25   A.   Sorry.  Equally distributed amongst all four

1    groups.

2    Q.   So at the end of the day, at the end of the

3    trial, you would expect that patients who had

4    enrolled in the trial would be distributed

5    roughly 25 percent in each of those categories;

6    is that right?

7    A.   Yes.

8    Q.   And it says in the bottom:

9         Results expected by

10        January 2001.

11        What results were expected by

12        January 2001?

13   A.   I don't know.

14   Q.   Did you understand as of roughly May 2000 that

15        the results of the 114 study would be unblinded

16        and available for examination by January of

17        2001?

18   A.   I don't remember.

19   Q.   Do you recall that the study length was changed

20        at some point in time?

21   A.   I believe it was.

22   Q.   Now, would you look at the next page of this

23        document, please, and there is a reference there

24        to discovery program update.  Do you see that?

25   A.   Yes.

1    generally made funding decisions of that type

2    within your group?

3        MR. PHILLIPS:  Objection.

4        THE WITNESS:  Yes.

5    BY MR. DAVIS:

6    Q.  Dr. McCarthy, just briefly, how frequently did

7        you interact with John Leonard when you worked

8        at Abbott?

9    A.  I would say, on average, maybe once a month.

10   Q.  Did you meet with him once a month to update him

11       on the status of the projects you were working

12       on?

13   A.  No.

14   Q.  In what context would you interact with him on a

15       once-a-month basis?

16   A.  Group -- various group meetings.

17   Q.  Did you ever inform John Leonard of the status

18       of the 114 study?

19   A.  It's possible, yes.

20   Q.  Do you have specific recollection of doing so at

21       any point in time?

22   A.  Not specific, no.

23   Q.  Do you believe that you did so?

24   A.  It's likely.

25              (Marked for identification

1         Deposition Exhibit No. 14.)

2    BY MR. DAVIS:

3    Q.   Looking at Exhibit 14, this appears to be a 594

4       project status report for June of 2000.  Under

5       the second bullet point from the top it says:

6             Enrollment in the 114 study

7          is slower than planned and is under

8          scrutiny by team personnel.

9          Do you see that?

10   A.   Yes.

11   Q.   Do you recall that there was, as of June or so

12      2000, a recognition within Abbott that the

13      enrollment in the 114 study was going slower

14      than planned?

15   A.   Yes.

16   Q.   Was that a cause of concern?

17   A.   Yes.

18   Q.   Why?

19   A.   There's always concern in the organization when

20      enrollment targets are not being met because

21      that will translate into a delayed time to

22      information.

23   Q.   Would it translate -- could it have any other

24      adverse impact on a clinical trial, to your

25      knowledge?

1          MR. PHILLIPS:  Objection.

2          THE WITNESS:  No.

3    BY MR. DAVIS:

4    Q.   Was there a preset amount of time within which

5         the enrollment was going to take place for the

6         114 study?

7    A.   I believe there was.

8    Q.   So if the enrollment was slow and you hadn't

9         enrolled enough patients or subjects in the

10        study by the time the study ended, could that

11        impact the results of the study?

12         MR. PHILLIPS:  Objection.

13         THE WITNESS:  Can you restate?  Can you

14        say that again?

15   BY MR. DAVIS:

16   Q.   If the enrollment in the 114 study was going

17        slower than planned such that you didn't enroll

18        the targeted number of subjects before the study

19        ended, could that impact the results of the

20        study?

21         MR. PHILLIPS:  Objection.

22         THE WITNESS:  I'm getting confused with

23        the question.

24   BY MR. DAVIS:

25   Q.   Can you identify for me what you find confusing?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    A.   The end of the study is -- the use of the term

2        end of the study, so if fewer patients are

3        enrolled -- whatever the last patient enrolled

4        is, whatever that amount is, is the end of the

5        study.

6    Q.   Let's go back for a moment.  In the initial

7        design of the 114 study, was there a specified

8        date on which enrollment would end?

9    A.   No.

10   Q.   So enrollment was expected to continue until the

11       subject -- number of subjects had been achieved?

12   A.   Yes.

13   Q.   Did you have an expectation as to when that

14       would occur?

15   A.   Yes.

16   Q.   Do you know what that date was?

17   A.   I don't remember.

18   Q.   Further down on Exhibit 14, under July

19       projections, it says:

20               Contact all 114

21           investigators to determine enrollment

22           obstacles.

23               Do you see that?

24   A.   Yes.

25   Q.   Did you play any role in that, performing that

1      task?

2      A.  I don't remember specifically, but generally,

3         yes.

4      Q.  Did you ever learn what enrollment obstacles the

5         investigators were facing?

6      A.  I don't recollect the specific obstacles that we

7         concluded.

8      Q.  The next bullet point says:

9              Review early terminations

10            and adverse event profile to

11            determine strategic options to

12            address slow enrollment.

13            Did I read that correctly?

14     A.  Yes.

15     Q.  How were the early terminations related to slow

16            enrollment?

17     A.  We had the hypothesis that individual

18            investigators were less likely to enroll a new

19            patient into the trial based on their

20            experiences with patients who had left the trial

21            early due to adverse events.

22     Q.  Also, there is a reference there to the adverse

23            event profile.  Did you actually review the

24            adverse event profile for this trial 114 at or

25            around this time?

1    A.   In a general way.

2    Q.   What did you learn?

3    A.   I don't recall what we specifically learned.

4    Q.   Do you recall generally what you learned?

5    A.   We learned that we continued to -- we learned

6         that we saw -- or we thought we were hearing of

7         nausea and vomiting again in this trial as we

8         had with previous trials.

9    Q.   Did the amount of nausea and vomiting or the

10        rate of adverse events linked to nausea and

11        vomiting concern you in any way?

12   A.   Concern me in any way?  Yes.

13   Q.   How so?

14   A.   Concern for the interest of the investigator to

15        enroll a new patient into the study.

16   Q.   Any other way?

17   A.   No.

18   Q.   Was the rate -- were the rate of adverse events

19        associated with nausea and vomiting greater

20        than, equal to or less than what you had

21        anticipated going into the trial?

22   A.   I can't answer that because one can't calculate

23        the rate until the study finishes.

24   Q.   Do you know what the rate of adverse events was

25        as of June 2000?

1    clinical issues, I believe so.

2    Q.   And one of the weaknesses of 594 identified in

3    this plan is:

4           Adverse events (especially

5        nausea, vomiting and dizziness) may

6        limit realization of full efficacy.

7           Do you see that?

8    A.   Yes.

9    Q.   Let's go back for a moment.  As the 114 trial

10    was progressing, you were getting reports of the

11    adverse events taking place in the trial;

12    correct?

13    A.   Yes.

14    Q.   And you didn't know precisely what compound had

15    been administered to the people who were

16    suffering the adverse events, but you knew the

17    nature of the adverse events; is that right?

18        MR. PHILLIPS:  Objection.

19        THE WITNESS:  I knew the compound that

20    was being administered.

21    BY MR. DAVIS:

22    Q.   Let me take a step back for a moment.  When you

23    received information about an adverse event,

24    what information did you receive?

25        MR. PHILLIPS:  Objection.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1              THE WITNESS:  Ultimately, we would

2         receive a case report form that describes the

3         adverse event, including date and time of onset,

4         duration, description of the event, and an

5         assessment of causality, meaning whether it was

6         related or not related to the study medication.

7    BY MR. DAVIS:

8    Q.   So did you know, for example, in the 2000 that

9         patients were experiencing adverse events on

10        account of their ingestion of 594 in the study?

11   A.   No.

12   Q.   You knew that patients in the study were

13        receiving -- were suffering adverse events,

14        including nausea and vomiting; correct?

15   A.   Yes.

16   Q.   But you didn't know whether the particular

17        patients who were experiencing nausea and

18        vomiting had actually been administered 594; is

19        that right?

20   A.   Yes.

21   Q.   You also knew the rate of the adverse events;

22        correct?

23   A.   No.

24   Q.   So you didn't know how many of the people who

25        had enrolled in the study to that point in time

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      had suffered adverse events?

2   A.  I don't remember that we calculated that rate

3      value.

4   Q.  You could easily have done that, though, by

5      simply looking at the total number of people

6      enrolled and the total number of adverse events;

7      right?

8   A.  No, it could not have been done easily.

9   Q.  And you are not aware of anyone within Abbott

10      calculating adverse event rates while the study

11      was still underway?

12         MR. PHILLIPS:  Objection.

13         THE WITNESS:  No, I'm not aware.

14   BY MR. DAVIS:

15   Q.  Dr. McCarthy, were you aware in or prior to

16      March of 2001 that Abbott had signed a research

17      funding agreement with John Hancock?

18         THE WITNESS:  Can you repeat?

19   BY MR. DAVIS:

20   Q.  Certainly.  Were you aware in or before March of

21      2001 that Abbott and John Hancock had entered

22      into or were negotiating a research funding

23      agreement?

24   A.  I can't remember when I was aware.

25   Q.  Were you aware before you were asked to be

1    deposed in this case that Hancock and Abbott had

2    entered into a research funding agreement?

3    A.  Yes.

4    Q.  What is the earliest date that you can recall

5    being aware of the existence of that agreement?

6    A.  I don't remember.

7    Q.  Were you aware at any point in time during the

8    114 trial that Hancock and Abbott were

9    negotiating a research funding agreement?

10    A.  I don't remember.

11    Q.  Were you aware at any point in time while you

12    were working on the 114 trial that Abbott was

13    talking to Hancock about funding some or all of

14    the development of 594?

15    A.  I don't remember.

16    Q.  Are you able to recall any discussions within

17    Abbott whether funding for 594 or the

18    development of 594 would be affected in any way

19    by any deal with John Hancock?

20    A.  No, I don't remember that.

21        (Marked for identification

22        Deposition Exhibit No. 18.)

23    BY MR. DAVIS:

24    Q.  You have in front of you Exhibit 18, which is an

25    e-mail from Ms. Collicott to Dr. Silber with a

1    cc to you.  Do you recall receiving this e-mail?

2    A.  No.

3    Q.  Do you recall that in August of 2000 a decision

4    was made to extend the enrollment deadline for

5    the 114 trial?

6    A.  No, I don't remember at that time.  I remember

7    generally that there were changes in the target

8    end date.

9    Q.  If you take a look, please, at the -- if you

10    look at the letter that is attached to Ms.

11    Collicott's e-mail, the very first paragraph

12    says:

13         I am pleased to inform you

14         that the enrollment period for study

15         M99-114 has been extended.

16         What was the original enrollment period

17    for that study?

18    A.  I don't remember.

19    Q.  Do you recall that at some point in time the

20    enrollment period was extended?

21    A.  Yes.

22    Q.  Who made the decision to extend the enrollment

23    period?

24    A.  I don't remember.

25    Q.  Did you participate in that decision?

1    A.  I think I did.

2    Q.  What role did you play?

3    A.  I would have had a role in describing where we

4        thought the trial -- how long it would take,

5        what things we could do to speed enrollment or

6        get it back on track.

7    Q.  Did you think that as of August 2000 enrollment

8        was, in fact, off track?

9        MR. PHILLIPS:  Objection.

10       THE WITNESS:  I believe so.

11   BY MR. DAVIS:

12   Q.  Who else participated in the decision to extend

13       the enrollment period for the 114 trial?

14   A.  I don't remember.

15   Q.  Did Dr. Silber participate?

16   A.  I can't remember.

17   Q.  Did you have the authority at that point in time

18       to -- yourself to order that the enrollment

19       period be extended?

20   A.  No, I don't think so.

21   Q.  So you needed somebody above you to okay it?

22   A.  Yes.

23   Q.  It says:

24       The last day for

25       randomization will be March 2, 2001.

1        What is randomization?

2     A.   Randomization is the point at which a patient

3        who has been screened for entry into the study

4        is assigned a randomized number, a treatment

5        assignment, and is the formal point of entry

6        into the study period for -- into the study for

7        a patient.

8     Q.   Why was it that the decision was made to extend

9        the enrollment for this particular trial?

10    A.   I believe it was because enrollment was going

11       slow, and in order to achieve the target number

12       of patients in the study, the enrollment period

13       was extended.

14    Q.   What did you understand could or would happen if

15       you didn't reach the targeted number of subjects

16       or patients for the study?

17    A.   There would be fewer patients in the study.

18    Q.   Did you think that that would affect the study

19       in any way?

20    A.   If there were fewer patients in the study than

21       planned, the outcome of the study would, no

22       matter what the number of patients, depend on

23       the treatment effect observed.  And if the

24       treatment effect is smaller than what the sample

25       size of the study supports, you -- but it does

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    have a true effect, you may not be able to

2    demonstrate statistical significance versus

3    placebo.

4    Q.   So it's fair to say that you understood, at

5    least as of August 2000, that if you didn't

6    reach 320 subjects, the target number of

7    subjects for the 114 study, that it could

8    affect -- could affect the statistical

9    significance of the trial?

10         MR. PHILLIPS:  Objection.

11         THE WITNESS:  No, I think the answer is

12    no to that.

13   BY MR. DAVIS:

14   Q.  You understood that it could impact the

15    information that could be drawn from the trial;

16    is that right?

17         MR. PHILLIPS:  Objection.

18         THE WITNESS:  Yes.

19   BY MR. DAVIS:

20   Q.   Did you regard it as undesirable to complete the

21    trial without having the appropriate number or

22    the target number of subjects?

23         MR. PHILLIPS:  Objection.

24         THE WITNESS:  No.

25   BY MR. DAVIS:

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.   So you were extending enrollment so that you

2         could reach 320 subjects, but it really didn't

3         matter?

4             MR. PHILLIPS:  Objection.

5         Argumentative.

6    BY MR. DAVIS:

7    Q.   Is that what you are saying?

8    A.   No.

9    Q.   Then why did you take the step to extend the

10        enrollment period so that you could reach 320

11        subjects?

12   A.   I don't think it was undesirable, but it was

13        less desirable.

14   Q.   It would be less desirable not to reach the

15        target number of subjects; is that fair?

16   A.   Yes.

17   Q.   Less desirable why?

18   A.   If the treatment effect is of a certain size,

19        the probability that the difference between drug

20        treatment and placebo was statistically

21        significantly different would be smaller.

22   Q.   If you didn't reach the target number of

23        subjects, 320, did that create at least the risk

24        that you might have to redo that trial at some

25        later point in time?

1           MR. PHILLIPS:  Objection.

2           THE WITNESS:  It would depend.

3    BY MR. DAVIS:

4    Q.   I understand it would depend, but my question

5        is, did you understand that if you didn't reach

6        the 320 target subjects, that at least created

7        the risk that you might have to redo that trial?

8    A.   Yes.

9           (Marked for identification

10          Deposition Exhibit No. 19.)

11   BY MR. DAVIS:

12   Q.   Dr. McCarthy, I'll show you what has been marked

13       as Exhibit 19 and ask to you look at the

14       document for a moment and tell me if you believe

15       you've seen it before.

16   A.   I don't recollect this specific document.

17   Q.   You recall -- I think we saw in other documents

18       a few minutes ago that one of the things that

19       you and others on the 594 team did in response

20       to the slow enrollment in 114 was to consider

21       retaining some patient recruitment firms?

22   A.   Yes.

23   Q.   Was Phone Screen and GCI Healthcare Clinical

24       Trial Recruitment one of the firms that you

25       considered?

1    A.   I don't remember.

2    Q.   Who within your organization was given

3        responsibility for soliciting proposals from

4        clinical patient recruitment firms?

5    A.   I believe in part Marilyn Collicott would have

6        been involved.

7    Q.   Did you play any role in that process, other

8        than tasking Ms. Collicott to obtain proposals?

9    A.   I would have discussed with Marilyn her

10        findings.

11   Q.   Did you meet with any of the proposed patient

12        recruitment firms or representatives of those

13        firms?

14   A.   I don't remember.

15   Q.   Now, if you take a look at the second page of

16        this document -- just going back to the first

17        page, it says it was developed for Abbott

18        Laboratory, September 28, 2000.  Do you see

19        that?

20   A.   Yes.

21   Q.   Is that consistent with your recollection of the

22        approximate time frame within which you were

23        looking at patient recruitment firms for the 114

24        trial?

25   A.   I think so.

1  Q.  Did you understand in September of 2000 that the

2      114 trial had approximately a 34 percent dropout

3      rate?

4  A.  I can't remember.

5  Q.  34 percent, that would be a higher percentage

6      than the number of patients in the trial you

7      would understand would receive placebo; correct?

8  A.  Say that again.

9          MR. PHILLIPS:  Objection.

10  BY MR. DAVIS:

11  Q.  34 percent was higher than the number of

12      subjects in the trial or the percentage of

13      subjects in the trial who you understood would

14      receive placebo; correct?

15  A.  I'm sorry, I'm not understanding the question.

16  Q.  I think we established earlier that the trial

17      was designed such that there would be four

18      possible doses or products delivered to

19      patients:  Either placebo, or 594 in a 150

20      microgram dose or a 225 microgram dose or a 300

21      microgram dose; correct?

22  A.  Yes.

23  Q.  And you expected that the percentage of patients

24      receiving each one of those four possibilities

25      would be approximately 25 percent; correct?

1    A.  Yes.

2    Q.  So if you had a 34 percent dropout rate as of

3        September of 2000, you could at least determine

4        that some percentage of the patients who were

5        dropping out were receiving 594; correct?

6    A.  I wouldn't know -- I would not know at that

7        point what the percentage of patients who

8        received 594 were.  On average it would be 25

9        percent, but I wouldn't know what fraction of

10       patients had been randomized to each group.

11   Q.  But you could -- just looking at the data at

12       that point in time, it would give you reason to

13       believe that patients who were receiving 594, in

14       addition to placebo, were dropping out of the

15       study; is that right?

16           MR. PHILLIPS:  Objection.

17           THE WITNESS:  I wouldn't know.

18   BY MR. DAVIS:

19   Q.  The next section titled Key Enrollment

20       Challenges says:

21              While painful diabetic

22          neuropathy is a debilitating

23          condition that has a significant

24          impact on quality of life, study

25          sites are confronted with a number of

1          THE WITNESS:  I don't remember.

2    BY MR. DAVIS:

3    Q.  Did you believe that the tolerability problems

4        that you previously had observed with respect to

5        594 were playing any role in the adverse events

6        that you were observing in that trial?

7             MR. PHILLIPS:  Objection.

8             THE WITNESS:  Yes.

9    BY MR. DAVIS:

10   Q.  What role?

11   A.  That they may be related.

12            (Discussion held off the record.)

13            (Lunch recess.)

14   BY MR. DAVIS:

15   Q.  Before we get back into the documents, Dr.

16       McCarthy, when you left Abbott, did you sign any

17       severance agreements or consulting agreements

18       with them?

19   A.  I believe I did, yes.

20   Q.  And did that call for you to cooperate with

21       respect to testimony or the like in any matters?

22   A.  I don't remember.

23   Q.  Did you retain a copy of that agreement?

24   A.  Yes.

25   Q.  And who did you negotiate that agreement with at

1    A.  I don't remember.

2    Q.  Do you recall working with BBK?

3    A.  No.

4    Q.  Did BBK come up with an action plan for patient

5        recruitment for 114?

6    A.  I don't remember.

7            (Marked for identification

8            Deposition Exhibit No. 21.)

9    BY MR. DAVIS:

10   Q.  Dr. McCarthy, I show you what's been marked as

11       Exhibit 21, and ask if you've seen this document

12       before.

13   A.  No, I don't think so.

14   Q.  On its face, it appears to be another project

15       status report for the month of November 2000 for

16       ABT-594.  The second bullet point down says:

17            Proposals and timelines from

18            three patient recruitment firms were

19            reviewed with a conclusion reached

20            that hiring a recruitment firm to

21            increase enrollment for study M99-114

22            was not a viable option at this time.

23            Is it consistent with your recollection

24       that Abbott decided in or around this time not

25       to retain a patient recruitment firm for the 114

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      study?

2      A.  Yes, it is consistent.

3      Q.  Who made the decision not to retain the patient

4      recruitment firm?

5      A.  I don't remember.

6      Q.  Did you participate in that decision?

7      A.  I don't remember.

8      Q.  Was the decision explained to you at the time?

9      A.  I don't remember.

10     Q.  Do you have any recollection as to why it was

11     that in or around November 2000 Abbott decided

12     not to hire a recruiting firm to increase

13     enrollment for the 114 study?

14     A.  No.

15     Q.  Did it disappoint you at the time that that

16     decision was made?

17     A.  I don't remember.

18     Q.  Do you know why it was considered not to be a

19     viable option at that time?

20     A.  No.

21     Q.  Do you have any further knowledge on that

22     decision?

23     A.  No.

24     Q.  Do you recall receiving word of the decision?

25     A.  No, I don't remember.

1    Q.   Do you recall being generally aware that that

2        decision had been made in that time frame?

3    A.   Yes, I guess.

4            MR. PHILLIPS:  Well, don't guess, Dr.

5        McCarthy.

6            THE WITNESS:  Yes.

7    BY MR. DAVIS:

8    Q.   Did you generally appreciate back in that time

9        frame that not retaining a patient recruitment

10       firm for the 114 study meant that it was more

11       likely than not that you would not reach your

12       enrollment target?

13           MR. PHILLIPS:  Objection.

14           THE WITNESS:  No.

15   BY MR. DAVIS:

16   Q.   So even without the patient recruitment firm,

17       you believed that the 114 study would still

18       reach its enrollment target of 320 subjects?

19           MR. PHILLIPS:  Objection.

20           THE WITNESS:  I don't remember.

21   BY MR. DAVIS:

22   Q.   Did you think that not hiring a patient

23       recruitment firm would negatively impact the

24       study's ability to reach its target enrollment?

25   A.   No.

1   Q.  So you didn't think it would matter one way or

2       the other?

3   A.  I don't remember.

4   Q.  Can you identify anyone else within Abbott who

5       participated in the decision to not retain the

6       patient recruitment firm?

7   A.  Well, at least Marilyn Collicott, but beyond

8       that, I don't remember.

9   Q.  What about Dr. Silber, did he participate in

10      that decision?

11  A.  I don't remember.

12  Q.  Is there anyone within Abbott other than Ms.

13      Collicott that you think may have played a role

14      in that decision?

15          MR. PHILLIPS:  Objection.

16          THE WITNESS:  No, I don't.

17          (Marked for identification

18          Deposition Exhibit No. 22.)

19  BY MR. DAVIS:

20  Q.  Dr. McCarthy, you have what has been marked as

21      Exhibit 22 of your deposition.  I'd ask you to

22      look at this document and tell me if you've ever

23      seen it before.

24  A.  Yes.

25  Q.  When did you first see this document?

1    A.  I believe yesterday.

2    Q.  Do you recall ever receiving a copy of this

3      document or any version of this document, a

4      descriptive memo, for ABT-594 while you worked

5      at Abbott?

6    A.  I don't remember.

7    Q.  Do you recall ever being asked by anyone at

8      Abbott to provide any information concerning

9      ABT-594 to be provided to John Hancock?

10   A.  No.

11   Q.  Do you recall ever receiving any requests from

12     anyone at Abbott to provide information

13     concerning 594 to be provided to any potential

14     investors in the development of 594?

15   A.  No.

16   Q.  Did you get a chance to read this document when

17     you looked at it yesterday?

18   A.  No, not read the document.

19   Q.  If you take a look at -- I think we went through

20     this yesterday -- it's page 8, like all pages of

21     this descriptive memorandum, but it's the page

22     that has the Bates number that ends in 4606.UR.

23     Do you have that page?

24   A.  Yes.

25   Q.  There is a section titled Product slash

1      Development Background with a subsection titled

2      Clinical Studies.  Do you see that?

3    A.   Yes.

4    Q.   To your knowledge, did you provide any of the

5      information that's contained here?

6    A.   Not to my knowledge.

7    Q.   It says:

8           Human clinical trials began

9        in 1997.

10         Is that true, to the best of your

11       knowledge?

12    A.   Yes.

13    Q.   It says:

14           Phase I trials with an oral

15       solution formulation indicated that

16       150 micrograms per day would be the

17       maximum tolerated dose.  Results from

18       subsequent phase I and phase II

19       trials with soft elastic capsule and

20       hard gelatin capsule suggest that

21       higher doses would be tolerated.

22       Phase IIa studies with ABT-594 SEC

23       formulation suggested a trend towards

24       analgesic effect at 75 micrograms

25       BID.

1      What does BID stand for?

2    A.  Twice a day.

3    Q.  It says:

4         ABT-594 was generally well

5      tolerated in these studies.

6         Was ABT-594 generally well tolerated in

7      the prior phase I and phase II studies?

8         MR. PHILLIPS:  Objection.

9         THE WITNESS:  I'm not sure how to

10     answer that.  I think -- can you ask the

11     question again?  Sorry.

12   BY MR. DAVIS:

13   Q.  Sure.  Was ABT-594 generally well tolerated in

14     the prior phase I and phase II studies of

15     ABT-594?

16   A.  I would say yes.  Yes.

17   Q.  Did you believe that the emesis problems that

18     had been encountered in some of those trials

19     were a sign of the compound being well

20     tolerated?

21        MR. PHILLIPS:  Objection.

22        THE WITNESS:  No.

23   BY MR. DAVIS:

24   Q.  Do you see any reference in this paragraph to

25     the emesis problems that you and others in

1    Abbott had identified as far back as 1998?

2    A.   The last sentence of the first paragraph

3    describes most common adverse events for

4    subjects receiving ABT-594 75 micrograms twice a

5    day includes vomiting, five percent.

6    Q.   Did you understand that only five percent of the

7    people -- did you understand the results of the

8    clinical trials that were run on ABT-594 prior

9    to the 114 trial indicated that only five

10   percent of the people experienced vomiting?

11        MR. PHILLIPS:  Objection.

12        THE WITNESS:  No.

13   BY MR. DAVIS:

14   Q.   What was your understanding of approximately the

15   number of people who participated in those

16   trials who experienced vomiting?

17        MR. PHILLIPS:  Objection.

18        THE WITNESS:  I don't know.

19   BY MR. DAVIS:

20   Q.   Was it greater than five percent?

21   A.   I don't know.

22   Q.   It wasn't less than five percent?

23   A.   No, it was not less than five percent.

24   Q.   And then says:

25        A phase IIb study for

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.  Do you have any recollection of reviewing

2         timelines for proposed patient recruitment

3         projects involving 594?

4    A.  No.

5    Q.  Who is Melissa Brotz, B-r-o-t-z?

6    A.  Melissa Brotz?  She was, I believe, in the

7         department of public affairs.

8    Q.  What responsibilities did she have concerning

9         594?

10   A.  I believe she was helping with -- helping

11        Marilyn develop patient recruitment strategies,

12        leveraging public affairs, advertising know-how.

13   Q.  Was she involved in some way in the patient

14        recruitment project that was being considered

15        for 594?

16   A.  Yes.

17   Q.  What were her responsibilities in that respect?

18   A.  By providing advertising and public affairs

19        know-how.

20   Q.  Who was Jennifer Smoter?

21   A.  I believe Jennifer worked for Melissa Brotz and

22        had the same functional role on the team.

23             (Marked for identification

24             Deposition Exhibit No. 25.)

25   BY MR. DAVIS:

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.  Dr. McCarthy, I would ask you to look at this

2       document and tell me whether you participated in

3       the creation of this document.

4    A.  I would have participated in the creation of

5       certain slides for this document.

6    Q.  This is a project review for ABT-594; correct?

7    A.  It appears to be.

8    Q.  And the date of the presentation is

9       November 17th, 2000.  Does that mean that's the

10      date on which the presentation was made?

11         MR. PHILLIPS:  Objection.

12         THE WITNESS:  I don't know.

13   BY MR. DAVIS:

14   Q.  Is that typically the case?

15         MR. PHILLIPS:  Objection.

16         THE WITNESS:  I don't -- I would be

17      speculating.

18   BY MR. DAVIS:

19   Q.  Do you recall making a project -- or undertaking

20      a project review of 594 in November 2000?

21   A.  No.

22   Q.  Do you recall undertaking any sort of project

23      reviews with respect to 594?

24   A.  Yes.

25   Q.  Who would participate in the project reviews?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1     A.   Well, members of the team, including myself, the

2        operations manager, oftentimes the commercial

3        representative, regulatory representative,

4        toxicology representative, and the other

5        attendees would vary with the context of what

6        type of review it was.

7     Q.   Do any members of Abbott's more senior

8        management attend the project reviews?

9     A.   At times.

10    Q.   So would there have been someone at this

11       particular project review, do you believe, above

12       Dr. Silber?

13           MR. PHILLIPS:  Objection.

14           THE WITNESS:  I don't remember.

15    BY MR. DAVIS:

16    Q.   Did someone from Abbott's more senior

17       management, someone above Dr. Silber, typically

18       attend the project reviews?

19           MR. PHILLIPS:  Objection.

20           THE WITNESS:  Yes.

21    BY MR. DAVIS:

22    Q.   If you see in the very first page in Exhibit 25

23       there is an agenda with various topics and looks

24       like presenters.  Do you see that?

25    A.   Yes.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.  You are one of the presenters for clinical

2       results; correct?

3    A.  Yes.

4    Q.  Were these people presenting to someone other

5       than themselves or just within the group?

6          MR. PHILLIPS:  Objection.

7          THE WITNESS:  I don't know.

8    BY MR. DAVIS:

9    Q.  Typically the project reviews, were they

10      presenting to someone other than the group as a

11      whole or just to the group?

12   A.  Typically, yes.

13   Q.  Typically to someone other than the group as a

14      whole?

15   A.  Yes.

16   Q.  You just right now can't recall who?

17   A.  Yes.

18   Q.  What were the purposes of the project reviews?

19   A.  There were different purposes.

20   Q.  Do you recall the purpose of this project

21      review?

22   A.  No.

23   Q.  If you'd look at the page, please, that's Bates

24      numbered 9108, there is a slide in the lower

25      right-hand corner titled ABT-594 Overview.  Do

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1        you see that?

2    A.   Yes.

3    Q.   And it refers at the bottom to:

4            Phase IIb in painful

5        diabetic neuropathy, using titrated

6        doses up to 300 micrograms BID is

7        ongoing.

8            Do you see that?

9    A.   Yes.

10   Q.   That's a reference to the 114 study?

11   A.   Yes.

12   Q.   If you turn to the very next page, the next

13       slide says:

14           ABT-594 issues.  Dropout

15       rate in current phase IIb study is

16       about 30 percent.

17           Do you see that?

18   A.   Yes.

19   Q.   Did you create these two slides?

20   A.   I don't know.

21   Q.   Why was it an issue as of October -- I'm sorry,

22       as of November 2000 that the dropout rate in the

23       phase IIb study was about 30 percent?

24   A.   I don't know.

25   Q.   You have no recollection of that?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    A.   No.

2    Q.   Was that a cause for concern at that point in

3        time within Abbott?

4            MR. PHILLIPS:  Objection.

5            THE WITNESS:  I don't remember.

6    BY MR. DAVIS:

7    Q.   If you'd look, please, in the pages that -- the

8        page that ends 9124.  Do you see that there are

9        slides there that begin Milestone Criteria?

10   A.   Yes.

11   Q.   You were one of the presenters for this section

12       of the review?

13   A.   I don't remember.

14           MR. PHILLIPS:  Objection.

15   BY MR. DAVIS:

16   Q.   It lists your name there.  Does that lead you to

17       believe that you are one of the presenters?

18           MR. PHILLIPS:  Objection.

19           THE WITNESS:  I don't remember.

20   BY MR. DAVIS:

21   Q.   Just to the right of that slide there is a slide

22       that says:

23               M99-114 sample size

24           rationale.

25           Do you see that?

1    A.   Yes.

2    Q.   And there is a reference there to N equals 320.

3         Is that the number of anticipated or target

4         subjects in the trial?

5              MR. PHILLIPS:  Objection.

6              THE WITNESS:  I don't know.

7    BY MR. DAVIS:

8    Q.   There is a reference to type 1 error 0.05.  What

9         does that refer to?

10             MR. PHILLIPS:  Objection.

11             THE WITNESS:  Type 1 error would have

12        been a variable that the statisticians use to

13        characterize the study.

14   BY MR. DAVIS:

15   Q.   What does it mean?

16             MR. PHILLIPS:  Objection.

17             THE WITNESS:  I would not be able to

18        give a good description of type 1 error.

19   BY MR. DAVIS:

20   Q.   Just below the reference to type 1 error, there

21        is reference to power 80 percent.  Do you see

22        that?

23   A.   Yes.

24   Q.   What does that mean?

25             MR. PHILLIPS:  Objection.

1          THE WITNESS:  Similarly, a descriptive

2     term for the study, that the statisticians use

3      to describe the study.

4     BY MR. DAVIS:

5     Q.  What is your understanding as to the

6      significance or meaning of power in the context

7      of one of these clinical trials?

8     A.   An estimate that the study would be able to

9      detect a certain magnitude treatment effect.

10    Q.   And what does the 80 percent represent?  Is that

11     a confidence level?

12          MR. PHILLIPS:  Objection.

13          THE WITNESS:  Yes.

14    BY MR. DAVIS:

15    Q.   So is it fair to say that this 114 study was

16     designed such that they would have an 80 percent

17     confidence level based upon the data that the

18     effect of the compound, if any, observed in the

19     trial was the result of the compound and not

20     some other factor?

21          MR. PHILLIPS:  Objection.

22          THE WITNESS:  No.

23    BY MR. DAVIS:

24    Q.   What would the 80 percent confidence level be

25     in?

1          MR. PHILLIPS:  Same objection.

2          THE WITNESS:  In a prespecified

3      magnitude of a treatment effect, not the

4      observed treatment effect.

5   BY MR. DAVIS:

6   Q.   There is a reference there to effect size as

7      well.  Do you see that?

8   A.   Yes.

9   Q.   What does that mean?

10          MR. PHILLIPS:  Objection.

11          THE WITNESS:  I don't know in this

12      context.  In general it would be assumed to be

13      the prespecified effect size.

14   BY MR. DAVIS:

15   Q.   Would having a -- to your knowledge, would

16      having less than 320 subjects in the study

17      affect the power of the study?

18          MR. PHILLIPS:  Objection.

19          THE WITNESS:  Yes.

20   BY MR. DAVIS:

21   Q.   Would it affect it adversely?

22          MR. PHILLIPS:  Objection.

23          THE WITNESS:  I would be speculating as

24      to whether it's adverse.

25   BY MR. DAVIS:

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.   Would you expect that having less than 320

2         subjects would enhance the power of the study?

3              MR. PHILLIPS:  Objection.

4              THE WITNESS:  No.

5    BY MR. DAVIS:

6    Q.   So if it affected it, more likely than not, it

7         would be an adverse affect; is that right?

8              MR. PHILLIPS:  Objection.

9              THE WITNESS:  I would still be

10        speculating.  It would be a pure judgment in

11        what ways it was adverse.

12   BY MR. DAVIS:

13   Q.   Who is David Morris?

14   A.   He was the statistician.

15   Q.   Did you know Jim Thomas as well?

16   A.   Yes.

17   Q.   Was he also a statistician?

18   A.   Yes.

19   Q.   Does Mr. Morris still work for Abbott?

20   A.   I don't know.

21   Q.   Have you kept in touch with anyone at Abbott who

22        worked on the 594 project with you?

23   A.   No.

24   Q.   When was the last time you had any

25        communications with anyone at Abbott regarding

1      yesterday?

2      A.  The top page, I remember the writing, but other

3          than that, it doesn't look familiar.

4      Q.  Did you have periodic project team meetings when

5          you were working on the 594 project?

6      A.  Yes.

7      Q.  Did all the members of the team -- were all the

8          members of the team typically invited to these

9          project team meetings?

10     A.  Yes.

11     Q.  Where were they held?

12     A.  At Abbott Park.

13     Q.  Just in a conference room?

14     A.  Yes.

15     Q.  Approximately how many members on that project

16         team?

17     A.  I don't remember.

18     Q.  Again, you were not the head of the project

19         team, it was Dr. Silber; is that right?

20     A.  It depends on when.

21     Q.  At some point in time did you become head of the

22         594 project team?

23     A.  Yes.

24     Q.  When was that?

25     A.  I don't remember.

1   Q.   If you turn to the third page of this document,

2        Exhibit 26, under Key Activities, next three

3        months, then very near the bottom it says:

4              M99-114 enrollment cutoff.

5              What is an enrollment cut off?

6   A.   I don't know.

7   Q.   Was there an enrollment cutoff for the 114

8        trial?

9   A.   I don't remember.

10             (Marked for identification

11             Deposition Exhibit No. 27.)

12  BY MR. DAVIS:

13  Q.   Dr. McCarthy, you have Exhibit 27 in front of

14       you.  Have you seen this document before?

15  A.   I don't remember.  I may have seen it yesterday,

16       but I'm not sure.

17  Q.   On its face it appears to be another project

18       status report for ABT-594, this one dating from

19       December 2000.  And under the various areas

20       here -- let me just ask you, the venture area,

21       that was your area; correct?

22  A.   Yes.

23  Q.   But there is also a PARD.  What is that?

24  A.   I don't remember what the acronym stands for,

25       but it was the formulation and manufacturing

1    Q.  Certainly.  Do you recall a decision being made

2       within Abbott sometime in late 2000 to end the

3       enrollment in the 114 trial at a date that had

4       been planned -- a date earlier than had been

5       planned to that point?

6    A.  No, I don't remember.

7    Q.  I'll represent to you that there are documents

8       in this case and testimony from Ms. Collicott

9       yesterday that a decision was made in late 2000,

10      at least conveyed to her, to move the end of

11      enrollment up from sometime in March or April of

12      2001 to January 5 of 2001.  You have no

13      recollection of that?

14   A.  I don't remember.

15   Q.  Then I take it you don't recall who made that

16      decision?

17   A.  No.

18   Q.  You don't recall why the decision was made?

19   A.  No.

20          (Marked for identification

21          Deposition Exhibit No. 28.)

22   BY MR. DAVIS:

23   Q.  Dr. McCarthy, would you look at this document

24      for a moment, Exhibit 28, particularly the

25      section having to do with ABT-594, and tell me

1 when you are done reading that section, please.

2 A. I'm sorry, which section?

3 Q. A section about a third of the way down this

4 page that references ABT-594.  Would you read

5 all the entries concerning ABT-594, and tell me,

6 please, when you are done.

7 A. I've done it.

8 Q. Does that refresh your recollection in any way

9 about a decision to close enrollment in the 114

10 trial approximately two months ahead of the

11 trial's most recent closing -- estimated closing

12 date of March 5?

13 A. No, not in this time frame.

14 Q. Do you have a recollection of some other

15 decision being made to speed up the enrollment

16 close date?

17 A. Other decision --

18 Q. Well, what do you recall having to do with the

19 enrollment dates of 114?

20 A. I remember that at some point late in the

21 conduct of the trial, we had discussions about

22 when to conclude the trial, and a decision was

23 made to stop the study with fewer patients than

24 originally planned.  But I don't remember when

25 exactly those decisions were made or discussed.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.   When you say we, do you recall having

2         discussions on that topic?

3    A.   Yes.

4    Q.   Who did you have discussions with?

5    A.   At the very least, with -- within the team,

6         Marilyn and I, and I don't recall who we had

7         discussions with, whether it was Chris Silber or

8         Marleen Verlinden.

9    Q.   Who made the decision to end the study early?

10   A.   I don't remember.

11   Q.   Was it explained to you at the time why the

12        decision was made to end the study early?

13   A.   I have the sense that it was, but I don't

14        remember the context.

15   Q.   Do you have any recollection of the reasoning

16        that was conveyed to you behind the decision to

17        end the study early?

18   A.   Yes, I think I do.

19   Q.   What do you recall?

20   A.   That, on balance, the benefits of getting to the

21        conclusion of the study sooner outweighed any

22        increased costs of continuing the study; that

23        because of the delays in enrollment, to complete

24        the study would have taken longer amounts of

25        time and greater amounts of investment with, you

1    know, marginal improvements in understanding --

2    understanding the performance of the drug.

3    Q.   Did the decision to end enrollment early have

4    anything to do with the adverse events that were

5    being suffered in the course of the trial?

6    A.   No.

7    Q.   Did it have anything to do with the premature

8    termination rate that was being experienced?

9    A.   Not directly.

10   Q.   Did it have any relationship to that at all,

11   either directly or indirectly?

12   A.   Indirectly.

13   Q.   How so?

14   A.   As I mentioned before, investigators may have

15   been less likely to enroll the next patient

16   based on the experiences they encountered with

17   prior patients, and so that might have

18   contributed to slowing enrollment.

19   Q.   Now, was the decision to end the study early

20   made by Dr. Silber or someone above Dr. Silber?

21        MR. PHILLIPS:  Objection.

22        THE WITNESS:  I don't remember.

23   BY MR. DAVIS:

24   Q.   You didn't make the decision?

25   A.   No, I wouldn't have made the decision.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.  Did you have the authority to make that

2        decision?

3    A.  No.

4    Q.  So it would have had to have been somebody above

5        you?

6    A.  Yes.

7    Q.  Was Dr. Silber aware of the decision to end the

8        study early?

9    A.  I don't remember.

10   Q.  Do you expect that that's something that was

11       important enough that you would have conveyed it

12       to Dr. Silber, if he wasn't already aware of it?

13            MR. PHILLIPS:  Objection.

14            THE WITNESS:  No.  The only way I can

15       describe it is what I don't remember is actually

16       who I was reporting to at that time.  There was

17       a change, and I worked variously for Chris

18       Silber and for a period of time reported to John

19       Leonard and then to Marleen Verlinden, and I

20       honestly don't remember who were the people that

21       I had an obligation to, you know, advise,

22       recommend, and then have them make a decision

23       and respond to.

24   BY MR. DAVIS:

25   Q.  Let me go back and broaden the questions a

1   A.  Yes.

2   Q.  So it was a decision made somewhere above you;

3       correct?

4   A.  At the time that it was made.

5   Q.  Did you at some point in time convey to your

6       superiors that the study had, in fact, been

7       terminated early?

8           MR. PHILLIPS:  Objection.

9           THE WITNESS:  Say that one again.

10  BY MR. DAVIS:

11  Q.  Did you at some point in time convey to your

12      superiors that the study had, in fact, been

13      terminated early?

14  A.  I don't know.

15  Q.  It says here also that:

16          This is two months ahead of

17          our most recent estimate of March 5

18          and will include less than our

19          original target of 320 patients.

20          Were you aware at the time that the

21      decision was made to end enrollment in the 114

22      study early, that it would result in less than

23      320 patients being enrolled?

24  A.  Yes.

25  Q.  Did you understand that that could affect the

1    statistical validity of the trial in some way?

2        MR. PHILLIPS:  Objection.

3        THE WITNESS:  No.

4    BY MR. DAVIS:

5    Q.  You didn't think that it could affect the

6        statistical validity of the trial?

7    A.  Correct.

8    Q.  You didn't think it would have any impact at

9        all?

10    A.  Yes.

11    Q.  Even having less than 320 patients in the study

12        you thought would not impact the statistical

13        validity?

14    A.  Yes.

15    Q.  Why is that the case?

16    A.  For the purposes of the study, the validity of

17        the study would be intact.  The chances of

18        observing a prespecified treatment effect would

19        diminish, but -- right.

20    Q.  Is it fair to say that you understood that

21        terminating the study early didn't mean that you

22        would not be able to get any useful information

23        from the study?

24    A.  Correct.

25    Q.  You were still expecting to get some useful

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      information from the study?

2   A.   Yes.

3   Q.   Yet you understood that statistically, the proof

4        of some of the information that you might obtain

5        from the study might be affected; is that

6        correct?

7        MR. PHILLIPS:  Objection.

8        THE WITNESS:  I don't think I can

9        answer that.

10  BY MR. DAVIS:

11  Q.   Just because you don't know?

12  A.   Yeah.

13  Q.   Do you recall any discussions while the 114

14       study was underway, discussions or

15       communications within Abbott to the effect that

16       the study was not going well?

17  A.   Sorry, ask that again.

18  Q.   Sure.  Do you recall any discussions or

19       communications within Abbott while the 114 study

20       was underway to the effect that the study was

21       not going well or did not appear to be going

22       well?

23       MR. PHILLIPS:  Objection.

24       THE WITNESS:  Yes.

25  BY MR. DAVIS:

1    Q.  What do you recall in that regard?

2    A.  The discussions about slow enrollment.

3    Q.  Anything else?

4    A.  No.

5    Q.   Do you recall any discussions with anyone or

6        communications with anyone within Abbott while

7        the 114 study was underway concerning the

8        possibility that the results of the study would

9        indicate that 594 was not being well tolerated

10       by the subjects of the study?

11           MR. PHILLIPS:  Objection.

12           THE WITNESS:  Can you ask that again?

13       Sorry.

14   BY MR. DAVIS:

15   Q.  Let me rephrase it.  As the 114 study

16       progressed, you were aware that there were a

17       significant number of adverse events involving

18       nausea and vomiting in the course of the study;

19       correct?

20           MR. PHILLIPS:  Objection.

21           THE WITNESS:  I don't know that there

22       was a significant number.

23   BY MR. DAVIS:

24   Q.  Do you know what the final termination rate,

25       premature termination rate was in the study?

1    A.  No.

2    Q.  Do you recall it was close to 50 percent?

3    A.  I don't remember.

4    Q.  If it was close to that, would you regard that

5         as a significant premature termination rate?

6              MR. PHILLIPS:  Objection.

7              THE WITNESS:  I wouldn't -- no.

8    BY MR. DAVIS:

9    Q.  How many -- is a 50 percent or, say, 47 to 50

10        percent premature termination rate among

11        clinical trials that you've been involved in

12        normal?

13             MR. PHILLIPS:  Objection.

14             THE WITNESS:  There is a distribution

15        of discontinuation rate, so it's hard for me to

16        answer what a normal -- there is a distribution.

17        So I don't think that's the average.

18   BY MR. DAVIS:

19   Q.  Did the discontinuation rate in the 114 study

20        concern you?

21             MR. PHILLIPS:  Objection.

22             THE WITNESS:  No.

23   BY MR. DAVIS:

24   Q.  Not at all?

25   A.  No.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.   Did you ever hear anyone within Abbott express

2      any concern about the discontinuation rate, the

3      premature discontinuation rate on the study?

4    A.   Yes.

5    Q.   What do you recall in that regard?

6    A.   I think, in particular, I remember commercial

7      colleagues being concerned about that rate and

8      attempting to draw inferences of what it would

9      mean for the compound.

10   Q.   Particularly who do you recall making comments

11     in that regard?

12   A.   I don't remember particular people.

13   Q.   When you say it was commercial colleagues, you

14     mean people working the commercial side of the

15     business?

16   A.   Yes.

17   Q.   Were they team members?

18   A.   Yes.

19   Q.   I'm going to, if we can, just go back and find

20     that list of team members.

21       MR. DAVIS:  Go off the record for a

22   minute.

23       (Discussion held off the record.)

24   BY MR. DAVIS:

25   Q.   Dr. McCarthy, would you look at Exhibit 26 for a

1    moment, please, second page of Exhibit 26.

2    A.   Yes.

3    Q.   There is a list of agenda area updates for a 594

4    project team meeting.  Do you see that?

5    A.   Yes.

6    Q.   There are a couple of people listed here for

7    commercial?

8    A.   Yes.

9    Q.   Landsberg, Robinson.  Who was Mr. or Ms.

10    Landsberg?

11    A.   Andrea Landsberg and Laura Robinson.

12    Q.   Are either Ms. Landsberg or Ms. Robinson the

13    commercial people that you referred to a few

14    moments ago expressing concerns about the

15    implications of the adverse events that were

16    being experienced or the premature terminations

17    that were being experienced in the 114 study?

18    A.   I can't remember if it was particularly Andrea

19    or Laura.  We had at least a few different

20    commercial people come through the team.  So I

21    have, more than anything, a general sense of

22    whichever commercial person it happened to be at

23    the time.

24    Q.   What else do you recall about those discussions,

25    the discussions within Abbott about the

1     potential implications of the premature

2     terminations or the adverse events that were

3     being experienced in the 114 trial?

4     A.   I think it was -- those conversations were

5     fairly -- were consistent and limited.  The

6     commercial folks who generally -- well, had no

7     experience in clinical trials would try to infer

8     something about the future potential of the

9     drug, the product profile, so that they could

10    update their views on emerging information;

11    whereas on the R&D side of the equation, of

12    people who were very familiar with trials, we

13    were -- you know, had the experience to know

14    that it was not informative to try and draw

15    conclusions from that, that across different

16    clinical trials dropout rates can vary

17    dramatically, and that the only informative time

18    to understand the implications of the results

19    were at the conclusion of the study.

20    Q.   So you didn't draw any preliminary or tentative

21    conclusions from any of the adverse event data

22    or the premature termination data before the

23    study was unblinded?

24    A.   I did not.

25    Q.   You didn't have a sense one way or the other how

McCarthy, M.D., Bruce Gerald (Linked) 09/29/2006 9:00:00 AM

1      it was going?

2    A.   No.

3         (Marked for identification

4         Deposition Exhibit No. 29.)

5    BY MR. DAVIS:

6    Q.   Dr. McCarthy, please look at this document.

7      It's Exhibit 29.  Tell me if you've seen it

8      before.

9    A.   I believe I saw it yesterday.

10   Q.   When did you see it last before yesterday?

11   A.   I don't recall seeing it before yesterday.

12   Q.   Do you recall that a letter went out in around

13     December of 2000 notifying the site

14     investigators that -- or the investigation

15     sites, I'm sorry, that the study was being

16     terminated early?

17   A.   I don't remember that letters were sent in

18     December of 2000.

19   Q.   The cover e-mail says it's from Marilyn

20     Collicott.  She was in charge of administering

21     the trial; is that right?

22   A.   Yes.

23   Q.   It's an e-mail to John Schanzenbach.  Do you

24     know who John Schanzenbach was?

25   A.   I don't know.  The name is familiar, but I don't

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    know.

2    Q.  The e-mail references:

3        The attached letter which

4        explains our reasoning.

5        Do you see that?

6    A.  Yes, I see that.

7    Q.  And if you take a look at the letter, the second

8        paragraph of the letter begins:

9        As specified in the

10       protocol.

11       Would you just read that paragraph to

12       yourself and tell me when you are done, please.

13   A.  I finished reading the paragraph.

14   Q.  Does that paragraph accurately describe the

15       reasoning behind the decision to terminate the

16       114 study early?

17   A.  Yes.

18   Q.  And did you appreciate at the time the decision

19       was made to terminate the study early, that you

20       would not reach the preplanned 80 percent

21       statistical power as a result?

22   A.  I don't remember.

23   Q.  Do you recall anything else other than what

24       you've testified to concerning the decision to

25       end the 114 study early?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1   A.   No.

2          (Marked for identification

3          Deposition Exhibit No. 30.)

4   BY MR. DAVIS:

5   Q.   Dr. McCarthy, I'll show you what's been marked

6       as Exhibit 30 at your deposition and ask you if

7       you've seen this document before.

8   A.   I may have seen it yesterday.

9   Q.   When is the last time you saw it before that?

10  A.   I don't recall seeing it.

11  Q.   This on its face appears to be another project

12      status report for ABT-594, this one dated from

13      January of 2001.

14          The first bullet point under monthly

15      highlights states:

16          Enrollment closed for our

17      phase IIb painful diabetic

18      polyneuropathy trial, M99-114, with

19      total enrollment reaching 269.

20          Is that consistent with your

21      recollection?

22  A.   Yes.

23  Q.   It says:

24          The last patient will

25      complete the study at the end of

1        February and results will be

2            available at the end of May.

3            What results were expected to be

4        available at the end of May?

5    A.   I don't recall.

6    Q.   Under progress gauges it indicates:

7            Prepare study closeout

8        timelines.

9            Is that something that you worked on?

10   A.   No, Marilyn Collicott would have defined --

11       would have put together the study closeout

12       timelines.

13   Q.   Did you have any responsibility with respect to

14       helping to collect data, review data, clean up

15       data with respect to this trial?

16   A.   Yes.

17   Q.   What responsibilities did you have?

18   A.   I would have reviewed -- I would have reviewed

19       inquiries generated by data management on the

20       data that was brought in-house, and in

21       particular, reviewed safety data to ensure its

22       completeness and accuracy.

23   Q.   The data that is collected from the trial is

24       reviewed and cleaned up, so to speak, in order

25       to ensure that it's reasonably complete; is that

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    right?

2        MR. PHILLIPS:  Objection.

3        THE WITNESS:  It's reviewed and cleaned

4    up to ensure that it's, you know, as accurate as

5    it possibly could be, yes.

6    BY MR. DAVIS:

7    Q.  Once that process is done, is the data then

8    locked?

9    A.  Yes.

10   Q.  You've heard that term?

11   A.  Yes.

12   Q.  What does that mean?

13   A.  From -- it's effectively a version control

14   mechanism.  So when all of the inquiries that

15   have been generated through the cleanup process

16   have all been resolved and all the data have

17   been adjusted, then the database is locked, it's

18   defined as a fixed data set, and then and only

19   then can the database be unblinded.

20   Q.  When was the data for this study locked?

21   A.  I don't remember.

22   Q.  Who was responsible for locking it?

23   A.  I believe Abbott SOP's had the statistician

24   responsible for designating the database lock.

25   Q.  Who was that on this project, the 594 project?

1    Q.   On the paragraph for 594, the first paragraph

2         under progress, the last line of that paragraph

3         states:

4              This acceleration of the

5         study close date was driven by our

6         desire to evaluate the outcome of the

7         study, and an assessment of the

8         statistical power of the study.

9              What do you recall -- what discussions

10        or communications do you recall within Abbott on

11        that topic?

12   A.   Well, I don't know what this is referencing, but

13        as I mentioned before, we were interested in

14        understanding the outcome of the study, and as I

15        described before, we worked with the

16        statisticians to come to the conclusion that

17        continuing to try and enroll patients was not

18        going to meaningfully change our ability to make

19        decisions from the trial.

20   Q.   Did you have any understanding at that point in

21        time as to what likely decisions would be made

22        as a result of the outcome of the trial?

23   A.   Yes.

24   Q.   What?

25   A.   The decision to continue or discontinue

1  development.

2  Q.  And did you have any understanding or belief as

3     to which of those decisions was more likely than

4     the other?

5  A.  No, I didn't.

6  Q.  Looking back again at Exhibit 30, under February

7     projections, there is a reference to a project

8     review with Jeff Leiden and senior management.

9     Did you participate in that review?

10  A.  I don't know.

11  Q.  Do you recall participating in a review of the

12     594 project shortly after the study ended?

13        MR. PHILLIPS:  Objection.

14        THE WITNESS:  I don't recall a project

15     review shortly after the study ended.

16  BY MR. DAVIS:

17  Q.  Do you recall a project review shortly after the

18     enrollment was terminated?

19  A.  No.

20  Q.  Do you have any recollection of any project

21     reviews with Dr. Leiden?

22  A.  Yes.

23        (Marked for identification

24        Deposition Exhibit No. 31.)

25  BY MR. DAVIS:

1  Q.  Do you recall giving any information to Mr.

2     Biarnesen or anyone else at Abbott in the late

3     2000 time frame in which you were trying to come

4     up with probabilities for ABT-594, based in part

5     on preliminary data from the 114 trial?

6  A.  No.

7  Q.  Do you recall being asked in that time frame to

8     come up with probabilities or projections

9     regarding the likely success of the compound

10    over time?

11  A.  Not in that specific time frame, but there was a

12    continuing conversation on every project about

13    probabilities of technical success.

14  Q.  Is this part of that continuing conversation?

15       MR. PHILLIPS:  Objection.

16       THE WITNESS:  I don't know if this was

17    or not.

18  BY MR. DAVIS:

19  Q.  Well, there are references here to Chris and

20    Bruce and Mike on this page.  Are you aware of

21    any other Bruces working on the neuropathic pain

22    ABT-594 trial?

23  A.  No.

24  Q.  Is it your testimony that you didn't participate

25    in any probability exercises in that time?

1    A.  No.

2    Q.  If you had participated in any probability

3        exercises at that point in time, would you have

4        taken into account the preliminary information

5        that you had from the 114 trial?

6            MR. PHILLIPS:  Objection.

7            THE WITNESS:  No.

8            (Marked for identification

9            Deposition Exhibit No. 32.)

10   BY MR. DAVIS:

11   Q.  Dr. McCarthy, would you read this document to

12       yourself, and then tell me when you are done.

13   A.  I'm done.

14   Q.  Have you seen this document before?

15   A.  Yes.

16   Q.  Did you see it yesterday?

17   A.  Yes.

18   Q.  Now, who's Elizabeth Kowaluk?

19   A.  She was also in that decision analysis group and

20       I believe worked for Steve Kuemmerle.

21   Q.  Did you work with Elizabeth Kowaluk with respect

22       to ABT-594?

23   A.  Yes.

24   Q.  And what did Ms. Kowaluk do?

25   A.  She was the decision analysis -- I guess point

1    cast.  At SAC today, Jeff Leiden put

2    up a slide today listing ABT-822 as

3    commercial viability questionable.

4        Of course, ABT-594 was painted with

5    the same brush.  Bryan.

6        Did I read that correctly?

7  A.  Yes.

8  Q.  Now, what is SAC?

9  A.  I don't remember.

10  Q.  Were you aware in the November or late 2000 time

11    frame that Jeff Leiden had identified ABT-594 as

12    having questionable commercial viability?

13        MR. PHILLIPS:  Objection.

14        THE WITNESS:  No.

15  BY MR. DAVIS:

16  Q.  Is that something that Ms. Kowaluk shared with

17    you?

18        MR. PHILLIPS:  Objection.

19        THE WITNESS:  No.

20  BY MR. DAVIS:

21  Q.  Were you present at any meetings at which Dr.

22    Leiden identified ABT-594 as having questionable

23    commercial viability?

24  A.  Not that I remember.

25  Q.  Had you provided any information to Dr. Leiden

1      probability of success of 32 percent at that

2      point in time?

3   A.  Okay, I see that.

4   Q.  Did you contribute -- to your knowledge, did you

5      contribute in any way to the calculation of that

6      number?

7   A.  I don't know.

8   Q.  Do you know whether -- do you know who prepared

9      this document?

10  A.  No.

11         (Marked for identification

12            Deposition Exhibit No. 37.)

13  BY MR. DAVIS:

14  Q.  Dr. McCarthy, you have Exhibit 37 in front of

15      you.  I'll ask you if you have seen that

16      document before.

17  A.  No.

18  Q.  Did you -- have you seen versions of this

19      document before?

20  A.  Multiple slides in this document are familiar.

21  Q.  If you'd take a look at the page that Bates

22      number ends in 2359 for a moment.  It appears to

23      be a title page for a slide presentation on

24      ABT-594; is that right?

25  A.  It appears to be.

1   Q.  Do you believe that you were at this

2       presentation?

3   A.  I don't remember.

4   Q.  I'll represent to you that we have lots of

5       documents that point to a presentation to Dr.

6       Leiden on February 2nd, 2001, and again, we just

7       saw a document in which I think Ms. Kowaluk was

8       asking you whether you needed anything further

9       for that presentation.

10          Did that refresh your recollection on

11      whether you were a participant in a presentation

12      to Dr. Leiden in or around February 2nd of 2001?

13  A.  It's the date part that I just don't remember.

14  Q.  Do you have any reason to believe that the

15      presentation to Dr. Leiden that you do recall

16      did not occur on February 2nd, 2001?

17  A.  Yeah, I don't remember when it occurred.

18  Q.  What do you recall from that presentation?

19  A.  Actually, I don't remember much about -- well, I

20      just don't remember a presentation at that time,

21      to be honest.

22  Q.  Did Dr. Silber participate in the presentation

23      with you?

24  A.  I don't remember.

25  Q.  Take a look at the next page.  It shows an

1    agenda for presentation, and it lists you as

2    addressing clinical overview and go/no go

3    process.  Are those topics that you recall

4    addressing in a presentation to Dr. Leiden?

5    A.  Yes, actually.

6    Q.  Now, if you turn, please, to the page Bates

7    numbered 2389, the last four digits of the Bates

8    number.  Are these -- beginning here, are these

9    slides that you prepared or participated in

10    preparing?

11        MR. PHILLIPS:  Beginning here, but

12    ending where?

13   BY MR. DAVIS:

14   Q.  Well, actually, why don't you take a look,

15    please, and first tell me whether you prepared

16    any of these slides or participated in the

17    preparation of any of these slides?

18   A.  I participated in the preparation starting on

19    slide 2390 and --

20   Q.  Going to where?

21   A.  I believe all of the slides from 2390 to 2434

22    were slides that I participated in the creation

23    of.

24   Q.  2434 you said?

25   A.  2434.  Slide ABT-594 take home messages is the

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      last one for that block.

2    Q.   Would you look at the page that's Bates numbered

3      2391.  Do you have that page in front of you?

4    A.   Yes.

5    Q.   It says here:

6                ABT-594 definitely not a

7        take home message for today.

8            Now, what was definitely not the take

9      home message that you were identifying here?

10   A.   The message that was to be conveyed by the slide

11       was that we were not at this point -- and again,

12       I don't remember when -- I don't actually

13       remember when this presentation was, but that

14       the message was not that we knew what 594 would

15       definitively do, whether it would or would not

16       satisfy -- or will or will not satisfy the unmet

17       need because, if I remember correctly the

18       context of this presentation, we did not have

19       the results from the study that would help us to

20       conclude that.

21            So it was at the very beginning of my

22       presentation effort to clearly articulate or set

23       expectations what management should not try and

24       do at that setting.

25   Q.   Is it fair to say that you wanted to emphasize

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    the point that management should not come to the

2    conclusion that 594 would necessarily be a

3    commercially viable drug at that point in time?

4        MR. PHILLIPS:  Objection.

5        THE WITNESS:  That they should not

6    conclude that we had the information yet to make

7    the decision.

8    BY MR. DAVIS:

9    Q.   If you would look, please, at page Bates

10    numbered 2430.

11    A.   2430, yes.

12    Q.   That's reference to the -- it says phase IIb,

13    and one of the phase IIb trials mentioned there

14    was the 114 trial; correct?

15    A.   Yes.

16    Q.   And if you look to the next page, there is a

17    slide that's specific to the 114 trial; correct?

18    A.   Yes.

19    Q.   Did you, in the course of your presentation,

20    explain to Dr. Leiden and others the design of

21    the 114 trial?

22        MR. PHILLIPS:  Objection.

23        THE WITNESS:  I don't remember who --

24    whether Jeff was there or others were there, but

25    I do, you know, remember a presentation that,

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      you know, we had updated people, management --

2      again, I can't remember who was there -- on our

3      information to date.

4    BY MR. DAVIS:

5    Q.   And if you would turn two more pages into this

6      document to the page that's Bates numbered 2433,

7      there is a slide there having to do with M99-114

8      status.  Do you see that?

9    A.   Yes.

10   Q.   One of the things you noted was that the

11     enrollment has ended on 1-5-01 at 269 subjects;

12     is that correct?

13   A.   Yes.

14   Q.   Did you think it was important at the time that

15     you let Abbott's management know that that trial

16     had ended on 1-5-01 at less than the target

17     number of subjects?

18          MR. PHILLIPS:  Objection.

19          THE WITNESS:  No.

20   BY MR. DAVIS:

21   Q.   So you put this in here just because you thought

22     it might be interesting?

23          MR. PHILLIPS:  Objection.

24          THE WITNESS:  I put it in there to

25     identify that the study had ended.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1   BY MR. DAVIS:

2   Q.  Were you trying to convey information that you

3       thought was important to Abbott's management?

4           MR. PHILLIPS:  Objection.  You are

5       arguing with the witness, Counsel.

6           MR. DAVIS:  No, I think that's a

7       legitimate question.

8           THE WITNESS:  I think I would say that

9       informing Abbott's management of the conclusion

10      of an enrollment is inherently important.

11  BY MR. DAVIS:

12  Q.  It is or is not?

13  A.  Is.

14  Q.  Then you also noted that the prespecified power

15      was not reached?

16  A.  Yes.

17  Q.  Did you regard that as important to let them

18      know?

19  A.  Yes.

20  Q.  Why did you think it was important to let them

21      know that?

22  A.  Because it's two parts of the -- two parts of

23      the rationale for -- it's one of two parts for

24      the rationale of stopping the study early, going

25      back to the idea that the benefits -- there were

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    marginal benefits to continuing the study; so

2    that despite not reaching the prespecified

3    power, the statistical components of the study

4    weren't going to be affected because our

5    discussions with statistics strongly suggested

6    that we would be able to make informed decisions

7    about how to proceed with the information that

8    we would have with fewer subjects enrolled.

9    Q.  And when you showed this slide in the course of

10   your presentation, did you discuss the premature

11   terminations that had been experienced in the

12   trial?

13   A.  Not that I recall.

14   Q.  Did you discuss with Abbott's management the

15   adverse events that had been experienced?

16        MR. PHILLIPS:  Objection.

17        THE WITNESS:  Well, no.  No.

18   BY MR. DAVIS:

19   Q.  Did you explain why it was that you ended

20   enrollment early?

21   A.  Yes.

22   Q.  What did you tell them?

23   A.  That enrollment had been slow, that the benefits

24   of continuing to try and enroll the remaining

25   patients were marginal given the information

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      that we believed we could continue to get out of

2      the study to make informed decisions, as opposed

3      to the time and cost to get to some

4      non-meaningful additional number of patients.

5    Q.  Further down the same slide, there is reference

6      to database release 5-01.  Is that a reference

7      to May of '01?

8    A.  That's what I would infer from the slide.

9    Q.  And what is database release?

10   A.  In Abbott terminology, that would have been the

11      coincidental or just before database lock or

12      synonymous with database lock.

13   Q.  And then you would expect unblinding would occur

14      after that; is that right?

15   A.  Yes.

16   Q.  Have you ever participated in any trial, either

17      at Abbott or any other location, where the trial

18      results were unblinded before the database was

19      locked?

20   A.  No.  I'm sorry, yes.

21   Q.  When?

22   A.  In unblinded studies.

23   Q.  Have you ever participated in any double-blinded

24      studies in which the results of the trial were

25      unblinded before the database was locked?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    A.  I've participated in double-blind trials in

2        which individual patient results were unblinded

3        for safety reasons.

4    Q.  Have you ever participated in any clinical

5        trials in which all of the -- strike that.

6            Have you ever participated in any

7        double-blinded clinical trials in which all of

8        the data was unblinded before it had been

9        locked?

10   A.  No.

11   Q.  Do you recall anything else other than what

12       you've testified to already concerning the

13       review, project review, that you made a

14       presentation at to Dr. Leiden and others at

15       Abbott?

16   A.  No.

17   Q.  Do you recall any discussion about the long-term

18       prospects for 594?

19   A.  No.

20   Q.  Was there any discussion about prospects for 594

21       generally?

22   A.  No.

23   Q.  Any discussion about any -- did you get any

24       feedback from any of the audience participants

25       regarding 594?

1    A.  That I don't remember.

2    Q.  Did you get any indication from them at all as

3        to what they were thinking in response to your

4        presentation?

5    A.  Not that I remember.

6    Q.  Either then or thereafter?

7    A.  No, again, not that I remember.

8    Q.  They were pretty much silent during the

9        presentation?

10   A.  You know, I can't remember if people spoke or

11       asked questions or not, but I have the -- my

12       recollection of the discussion in which the

13       particular slides we went over and I described

14       were those that I made, my recollection was the

15       sense of leaving that meeting having, in a

16       sense, successfully updated folks on the status

17       of the project and kept people focused on

18       waiting for the results of the study in order to

19       be able to make a decision about the future of

20       the compound.

21           (Marked for identification

22           Deposition Exhibit No. 38.)

23   BY MR. DAVIS:

24   Q.  Dr. McCarthy, I show you what has been marked as

25       Exhibit 38 at your deposition and ask you if

1        you've seen this document before.

2    A.   No.

3    Q.   Did you see this document yesterday?

4        MR. PHILLIPS:  Objection.  It's

5    attorney work product.  Instruct the witness not

6    to answer.

7        MR. DAVIS:  I think I can fairly ask

8    him whether he saw this document yesterday.

9        MR. PHILLIPS:  I don't think you can.

10    I think you can ask him if he's seen the

11    document before, but I don't think you can ask

12    him if he's seen the document yesterday.

13        MR. DAVIS:  You're instructing him not

14    to answer that question?

15        MR. PHILLIPS:  I am.

16   BY MR. DAVIS:

17   Q.   You don't recall seeing this document before?

18   A.   I don't.

19   Q.   It appears to be e-mail between you and Ms.

20        Kowaluk.  If you'd look at the bottom of the

21        first page, it appears to be an e-mail from you

22        to Ms. Kowaluk dated February 2nd, 2001.  Do you

23        see that?

24   A.   Yes.

25   Q.   The subject is DSG.  Do you see that?

1    A.   Yes.

2    Q.   And the next page is a continuation of the same

3         e-mail.  It states:

4              When we discuss scope and

5         frame during our first meeting, we

6         will want to discuss several issues

7         that came up at today's Leiden

8         meeting, though I think these are not

9         necessarily new.

10             Do you see that?

11   A.   Yes.

12   Q.   This is you writing to Ms. Kowaluk; correct?

13   A.   It would appear to be, and I do, I think,

14        remember writing this sort of e-mail.

15   Q.   Now, the very first item under that is:

16             Given the results of phase

17        IIb, what is the value of the

18        currently identified backups; i.e.

19        go to backup, proceed with 594 and

20        start back upset, et cetera.  Can we

21        steal these analyses from the SDG

22        project two years ago, question mark.

23             Do you see that?

24   A.   Yes.

25   Q.   What results of the phase IIb study were you

1    referring to here?

2    A.  I believe in this context I'm referring to --

3    and this is the scope and frame discussion for

4    planning.  I believe this was referencing the

5    future state of the results.

6        So if I remember the situation

7    correctly, we left the discussion with

8    management with a focus on getting through the

9    analysis of the 114 results, and we were

10    preparing for the decision analysis while those

11    data were being cleaned up and getting ready for

12    database release and those sorts of things, and

13    actually patients would still probably be dosing

14    at that point, and finish and then clean up the

15    data.

16        So rather than doing all the legwork of

17    creating models after we actually had the data,

18    Liz and I were setting up the decision analysis

19    framework that could ultimately then just accept

20    the results of the study and then allow a more

21    efficient process to analyze the results and the

22    decisions.

23    Q.  It appears from this e-mail that you were

24    discussing the results that you then knew from

25    the phase IIb study.

1          MR. PHILLIPS:  Objection.

2    BY MR. DAVIS:

3    Q.  And it says:

4            Given the results of phase

5        IIb.

6            My question is, what results from the

7      phase IIb study for 594 were you aware of as of

8      February 2nd, 2001?

9    A.  No results.

10    Q.  So is it your belief that what you are really

11      saying here is given the future results?

12    A.  Yes.

13    Q.  Wasn't there any discussion with Dr. Leiden

14      about the high premature termination rate?

15    A.  I don't recall.

16    Q.  Any discussion with him about the significant

17      number of adverse events in that trial?

18          MR. PHILLIPS:  Objection.

19          THE WITNESS:  Not that I remember.

20    BY MR. DAVIS:

21    Q.  Do you recall getting any negative feedback

22      regarding 594 in the course of that February

23      presentation or the presentation to Dr. Leiden?

24          MR. PHILLIPS:  Objection.

25          THE WITNESS:  Not that I remember.

1    particular e-mail is ABT-594 pain DSG kick-off

2    meeting 2-22-01.  Do you see that?

3  A.  Yes.

4  Q.   Does that lead you to believe that this was the

5    first meeting of this group?

6        MR. PHILLIPS:  Objection.

7        THE WITNESS:  The first meeting of

8    the -- of the group defined with that particular

9    title, though decision analysis at Abbott had

10    gone through multiple iterations with multiple

11    different named groups as they started from an

12    out-sourcing in the very first to creating an

13    internal group, and its name changed several

14    times.

15        (Marked for identification

16        Deposition Exhibit No. 40.)

17  BY MR. DAVIS:

18  Q.  Dr. McCarthy, you have Exhibit 40.  Would you

19    look at the document for a moment and tell me if

20    you've seen it before?

21  A.  I don't think so.  Not that I recall.

22  Q.  This, again, appears to be a memo prepared by

23    Michael Meyer or others working with Michael

24    Meyer.  This one is dated March of 2001.

25        Do you recall receiving documents like

1       this from Michael Meyer pertaining to 594 while

2       you were working on that project?

3   A.  I don't -- not that I recall.

4   Q.  If you take a look at the second page of this

5       exhibit under project status summary?

6   A.  Yes.

7   Q.  It says:

8              During the past year, the

9           project has continued to focus on a

10          mechanism-based approach to the

11          identification of compounds

12          exhibiting retention of

13          broad-spectrum analgesic activity

14          associated with ABT-594, but with an

15          improved therapeutic index relative

16          to the key adverse events, emesis,

17          nausea and dizziness, that have

18          consistently been observed during the

19          clinical evaluation of ABT-594.

20             Do you believe that that statement was

21      true as of March 2001?

22          MR. PHILLIPS:  Objection.

23          THE WITNESS:  I don't know about the

24      date, and consistently, I think, is an incorrect

25      statement.

1    BY MR. DAVIS:

2    Q.  It goes on to say:

3            ABT-594 is currently

4        completing a phase IIb trial in

5        diabetic neuropathy at doses up to

6        four fold above the doses studied in

7        the previous neuropathic pain trial,

8        with the results from that trial

9        expected by May 2001.

10           Is that approximately the time frame

11       within which you expected the results of that

12       trial?

13   A.  May 2001 seems approximately when we did get the

14       results of the study.

15   Q.  It says:

16           It will be critical to the

17       continuation of the program to

18       demonstrate enhanced clinical

19       efficacy at these higher doses.

20           Do you agree with that?

21           MR. PHILLIPS:  Objection.

22           THE WITNESS:  No.

23   BY MR. DAVIS:

24   Q.  Why not?

25   A.  I don't know that the enhanced clinical

1    efficacy -- I don't know what the higher doses

2    are. I don't know why enhanced clinical

3    efficacy is linked to higher doses.

4    Q. Would you look at the page that's Bates number

5    ends in 4137. I believe it is the fifth page of

6    this memo by Dr. Meyer. Under scientific logic

7    for drug discovery background, do you see that

8    in that paragraph -- please read that whole

9    paragraph under background to yourself and tell

10    me, please, when you are done.

11    A. Yes.

12    Q. Do you agree with Dr. Meyer that the

13    dose-limiting side effects of emesis, nausea and

14    dizziness had made it difficult, at least up

15    until that point in time, to reach what Abbott

16    believed should be therapeutically relative

17    plasma concentrations of ABT-594 received to

18    achieve maximal efficacy?

19    A. No.

20    Q. Did you ever have any discussions with Dr. Meyer

21    on that point?

22    A. I would have had many discussions with Dr.

23    Meyer, but I don't recall us sharing a

24    discussion about that particular point.

25    Q. Did you believe Dr. Meyer to be reasonably

1    competent in what he did at Abbott?

2        MR. PHILLIPS:  Objection.

3        THE WITNESS:  It would certainly be

4    speculation for me to evaluate Mike Meyer in his

5    ability to do neuroscience drug discovery, but

6    Mike Meyer has no qualifications to interpret

7    clinical trial data or to provide expert opinion

8    on the development of -- the clinical

9    development of drugs.

10         (Marked for identification

11         Deposition Exhibit No. 41.)

12  BY MR. DAVIS:

13  Q.   Dr. McCarthy, you have in front of you

14    Exhibit 41.  Would you look at the document for

15    a moment and tell me if you've seen it before,

16    please.

17  A.   I think I saw this yesterday.

18  Q.   This is a core team meeting minutes.  What core

19    team does this pertain to?

20  A.   I don't know.

21  Q.   You appear to be one of the attendees at a

22    meeting on March 5th, 2001.  If you look at the

23    list of attendees, does that refresh your

24    recollection as to what core team is meeting?

25  A.   I don't know which core team, no.

McCarthy, M.D., Bruce Gerald (Linked) 09/29/2006 9:00:00 AM

1  Q.  Is this the -- are these minutes of a decision

2     analysis group meeting that -- of the decision

3     analysis team that was referenced in Exhibit 39?

4  A.  It could very well be.

5  Q.  Do you recognize the attendees at the meeting as

6     people who were members of that decision

7     analysis team?

8  A.  In part, yes.

9  Q.  Just going through the attendees very quickly,

10     Nigel -- and I apologize up front, I'll butcher

11     the names, but --

12  A.  Nigel Livesey.

13  Q.  Livesey.  Who is Nigel Livesey?

14  A.  He was from regulatory affairs, and his function

15     was to represent the Abbott international

16     regulatory perspective.

17  Q.  And then who is Laura Robinson?

18  A.  She was a representative from the new product

19     development group in marketing.

20  Q.  How about Sandeep Dutta?

21  A.  He was a pharmacokineticist.

22  Q.  Steve Townsend?

23  A.  He was the regulatory affairs representative

24     representing the U.S. pharmaceutical

25     perspective.

1    A.  No.

2    Q.  So just so the record is clear, you have no

3        reason to believe that that date is inaccurate?

4    A.  Yes.  Wait.  Sorry.

5    Q.  What I said was correct, you have no reason to

6        believe that that date is inaccurate?

7            MR. PHILLIPS:  Objection.

8            THE WITNESS:  I'm sorry, I do have

9        reason to believe it's inaccurate, because I

10       don't remember the meeting.

11   BY MR. DAVIS:

12   Q.  Aside from the fact that you don't remember it,

13       do you have any reason to believe that the date

14       listed on this document is inaccurate?

15   A.  No reason other than I don't remember.

16   Q.  Going back to the first bullet point there, did

17       you believe or understand that the tolerability

18       of ABT-594 needed to be improved as of early

19       March 2001?

20   A.  To the best of my knowledge, the -- from the

21       information we reviewed, the unblinded

22       information from the study wasn't available

23       until May, so I would have had -- before that

24       time, I would have had no basis for knowing that

25       the tolerability should be improved.

1      problems or issues with 594 that needed to be

2      addressed in order to make it a commercially

3      viable product?

4    A.  I didn't know.

5    Q.  Is that something that you were investigating at

6      that point in time?

7          MR. PHILLIPS:  Objection.

8          THE WITNESS:  Well, other than through

9      the already initiated 114 trial.

10   BY MR. DAVIS:

11   Q.  I guess my question is other than the 114 trial,

12     were you doing anything to investigate a link

13     between 594 and emesis or trying to determine

14     whether there was something that could be done

15     to eliminate any emesis liability associated

16     with 594?

17   A.  I was not.

18          (Marked for identification

19          Deposition Exhibit No. 42.)

20   BY MR. DAVIS:

21   Q.  I show you what's been marked as Exhibit 42.

22     Dr. McCarthy, I ask you to look at this document

23     and tell me if you've seen it before.

24   A.  I believe I saw it yesterday, or at least parts

25     of the document look familiar.

1   Q.   Did you participate in the creation of this

2        document?

3   A.   I participated in the creation of -- certainly

4        certain slides look familiar to the extent that

5        I know that I participated in their creation,

6        yes, but not all.

7   Q.   Do you recall participating in an Abbott

8        portfolio review in or about March 7 to 9, 2001?

9   A.   I do not.

10  Q.   Do you recall that in the late 2000, early 2001

11       time frame, Abbott was engaged in a transaction

12       whereby it acquired Knoll Pharmaceuticals?

13  A.   Oh, I don't remember the dates of the Knoll

14       acquisition.

15  Q.   Do you recall that at some point in time Abbott

16       acquired Knoll Pharmaceuticals?

17  A.   Yes.

18  Q.   Do you recall that Abbott conducted a review of

19       its portfolio and the Knoll portfolio in the

20       aftermath of that transaction?

21  A.   Yes.

22  Q.   Did you participate in any way in that review?

23  A.   I believe I did.

24  Q.   Did you participate by making any presentations?

25  A.   I believe I did.

1    Q.   Did you make any presentations concerning 594?

2    A.   I don't remember.

3    Q.   The presentations that you recall making in the

4         course of that review, to whom were the

5         presentations made?

6    A.   It was a broad group of management at Abbott.

7         That's all I remember.

8    Q.   Do you recall specifically any of the attendees?

9    A.   Oh, not specifically, no.

10   Q.   Was Dr. Leiden an attendee?

11   A.   I can't remember if he was or not.

12   Q.   Dr. Silber?

13   A.   I don't think so.

14   Q.   Perry Nisen?

15   A.   I don't remember.

16   Q.   Were other compounds reviewed at the same time?

17   A.   I believe so, yes.

18   Q.   Did you sit in while other compound --

19        presentations were made with respect to other

20        compounds?

21   A.   Not to my recollection.

22   Q.   And as you sit here today, do you believe that

23        the presentation materials we see that have been

24        marked as Exhibit 42 are your presentations

25        materials from that portfolio review?

1    A.   They could have been the -- I remember these --

2         the two little lines being something borrowed

3         from the Knoll style, and during that time

4         everyone seemed to be trying to use these.  It's

5         a blue and a light blue.  So these could have

6         well been from that overview, but it also

7         happened that that slide format started getting

8         used quite a bit for a long time after that.  So

9         I can't -- it doesn't help me to place when it

10        actually happened.

11   Q.   If you look at the lower left-hand corner --

12        it's sometimes difficult to read these -- do you

13        see a reference to Knoll presentation?

14   A.   Yes.

15   Q.   So again, does that refresh your recollection as

16        to whether this was a presentation you made in

17        that context?

18   A.   That would seem consistent with that.

19   Q.   Now, if you look at the page that's Bates number

20        ends in 7535, there is an ABT-594 targeted

21        product profile.  Do you see that?

22   A.   Yes.

23   Q.   What is a targeted product profile?

24   A.   A target product profile is an ideal set of

25        attributes for a compound against which the

1    emerging actual characteristics of the drug are

2    compared to.

3    Q.  If you look at this particular targeted profile,

4    it says -- do I read it correctly that one of

5    the targeted characteristics was less than 20

6    percent nausea, vomiting, dizziness?

7    A.  I think that's a correct interpretation.

8    Q.  Up to this point in time, had that target been

9    met with respect to 594?

10   A.  I don't know.

11   Q.  Would you look, please, at the page that's Bates

12   number ends in 7550.  There is a reference there

13   to:

14         ABT-594 summary of phase IIb

15       plans.

16       One of them is the neuropathic pain

17   study.  That is the 114 study; correct?

18   A.  Yes.

19   Q.  And again, it says data available 5-2001.  What

20   data was that?

21   A.  I don't know what this specifically meant.  I

22   can only infer that that is the unblinded

23   results of the study would be available in

24   May 2001.

25   Q.  Further down it says tolerability evaluation.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    What is that a reference to?

2    A.  I'm not sure.

3    Q.  Was part of the phase IIb objective to do a

4    tolerability evaluation of 594?

5    A.  It might have been.  I don't remember at this

6    point.

7    Q.  If you look a few more pages into this document,

8    the page that Bates number ends in 7553, when

9    did you last see this page?

10   A.  I'm sorry, say again.

11   Q.  When did you last see this page?

12   A.  Oh, I do not know.

13   Q.  The very first bullet point has potential issues

14   slash threats slash negatives.  Do you see that?

15   A.  Yes.

16   Q.  And the first item is:

17   Tolerability issues.

18   Nausea, vomiting, dizziness.

19   As of the date of this presentation,

20   did you regard those as issues, threats or

21   negatives associated with 594?

22   MR. PHILLIPS:  Objection.

23   THE WITNESS:  I don't know.

24   BY MR. DAVIS:

25   Q.  Would you have listed them under potential

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    issues, threats or negatives if you didn't

2    regard them as applying to one of those

3    categories?

4        MR. PHILLIPS:  Objection.

5        THE WITNESS:  No.

6    BY MR. DAVIS:

7    Q.   Do you recall any discussion around the

8    tolerability issues during the course of this

9    presentation?

10   A.   No.

11   Q.   The tolerability issues that you reference here,

12   were those tolerability issues that were

13   encountered in any way in the course of 114

14   trial?

15       MR. PHILLIPS:  Objection.

16       THE WITNESS:  Well, in the sense that

17   in -- as to this point we know what the issues

18   were from the outcome of the trial.  I'm not

19   sure -- I don't think I'm answering your

20   question.

21   BY MR. DAVIS:

22   Q.   Well, I guess were you -- did you have in mind

23   at the time that you were making this

24   presentation any tolerability issues that had

25   been encountered in the 114 trial?

1    A.  Not that we knew were related to 594.

2    Q.  You knew there had been tolerability issues

3       during the course of that trial?

4          MR. PHILLIPS:  Objection.

5          THE WITNESS:  Yes.

6    BY MR. DAVIS:

7    Q.  And adverse events associated with nausea,

8       vomiting and dizziness?

9    A.  Yes.

10   Q.  At that point in time you just didn't have the

11      unblinded data; correct?

12   A.  Correct.

13          (Marked for identification

14          Deposition Exhibit No. 43.)

15   BY MR. DAVIS:

16   Q.  Dr. McCarthy, when did you last see this

17      document?

18   A.  Oh, I don't recall.

19   Q.  If you take a look, there seems to be a

20      calendar, maybe an electronic calendar entry and

21      then an agenda for a meeting scheduled for

22      Monday the 12th of March 2001.  Do you see that?

23   A.  Yes.

24   Q.  Did you see -- have you seen this document?

25   A.  I think I might have seen it yesterday.

1    Q.   Who was Paul Andrews, Ph.D.?

2    A.   If I remember, he is a researcher who is an

3         expert on gastrointestinal disease, in

4         particular with respect to animal models of

5         emesis.

6    Q.   Now, is this a meeting that you scheduled?

7    A.   I can't remember.  I can't remember if I did or

8         the discovery folks did.

9    Q.   It says on the first page that:

10              Paul Andrews, Ph.D. will be

11         joining us for a discussion of

12         ABT-594's tolerability issues,

13         especially the emetic liability.

14         Do you recall this discussion?

15   A.   I do recall the discussion, that it occurred,

16         yes.

17   Q.   Did Abbott invite Dr. Andrews to come to talk

18         about 594?

19   A.   No.

20   Q.   How did it come about that a meeting was

21         scheduled in which Dr. Andrews would speak on

22         ABT-594's tolerability issues?

23   A.   We invited Dr. Andrews to talk about animal

24         models of emesis, and I don't recall if we sent

25         him any information on 594 or what we asked him

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1        to do to comment on 594 at this point.

2    Q.   Would you look at the agenda on the next page.

3        It's titled -- underneath the date it says

4        ABT-594 discussion, and it lists you among the

5        attendees.  Do you see that?

6    A.   Yes.

7    Q.   And the first area, subject area is ABT-594

8        review, preclinical data and clinical data.  Do

9        you see that?

10   A.   Yes.

11   Q.   And from 10:00 to 11:00 a.m. was scheduled a

12       presentation from Dr. Andrews regarding the

13       mechanisms of ABT-594 induced emesis?

14   A.   Yes.

15   Q.   Does this refresh your recollection on whether

16       Dr. Andrews was asked to come and comment on

17       mechanisms of ABT-594 induced emesis?

18   A.    It doesn't, because my recollection is that Dr.

19       Andrews talked about mechanisms of emesis in

20       general, and I don't remember -- certainly I

21       remember the meeting.  I remember, as this

22       agenda suggests, that there was a preface

23       component where 594 was discussed, and given Dr.

24       Andrew's focus on preclinical models, it was

25       predominantly Mike Meyer, but I remember just

1    dimly that Dr. Andrews predominantly talked

2    about pathways of emesis in preclinical models

3    more than anything.

4    Q.  Would it be fair to say that your interest and

5        Abbott's interest in speaking to Dr. Andrews at

6        that point in time was focused on 594?

7            MR. PHILLIPS:  Objection.

8            THE WITNESS:  No.

9    BY MR. DAVIS:

10   Q.  So all the references here to ABT-594 discussion

11       and ABT-594 review and mechanisms of ABT-594

12       induced emesis, that doesn't mean that the

13       interest in this meeting was focused on 594?

14   A.  That's correct.

15           MR. PHILLIPS:  Objection.  The

16       skepticism in your voice and your expression,

17       Counsel, is not particularly appreciated and I

18       think is inappropriate.

19           MR. DAVIS:  Do not at any point in time

20       correct me with respect to the tone of my voice

21       or skepticism expressed in my questions.  That

22       is not your place, Counselor.  That is not an

23       appropriate objection.  Don't make them.

24           MR. PHILLIPS:  Don't lecture me, Mr.

25       Davis.  I told you that yesterday, and I'll tell

1    you that again today.

2          MR. DAVIS:  Mr. Phillips, that was

3    called for, you got exactly what you deserve;

4    please do not instruct me on how to run my

5    deposition.

6          MR. PHILLIPS:  Okay.  Don't instruct me

7    as to what objections to make or what comments

8    to make, Mr. Davis.  My comment stands on the

9    record.

10          MR. DAVIS:  You know that that

11    objection is inappropriate.  Don't make them.

12          MR. PHILLIPS:  I do not know that.

13    BY MR. DAVIS:

14    Q.  Did this particular meeting have anything to do

15          with 594?

16    A.  I'm sure 594 was discussed.

17    Q.  Was it focused in any way on 594?

18    A.  My recollection is that it was less focused on

19          594 and more focused on preclinical models that

20          could be used to further understand emetic

21          liability with NNRs.

22    Q.  Did you -- at the point in time that this

23          meeting was scheduled, did you have a belief

24          that there was a need to investigate further

25          tolerability issues, particularly emesis issues,

1       pertaining to 594?

2    A.   Yes.

3    Q.   Why?

4    A.   Because since 1997 we knew that 594 was

5       associated with nausea, vomiting and dizziness.

6    Q.   Had you seen anything in the preliminary results

7       of the 114 study as of early March 2001 that led

8       you to believe that 594 did not have continued

9       tolerability issues?

10   A.   To my knowledge, there were no preliminary

11      results from 114.  There was only the results --

12      the final results.

13   Q.   Had you seen anything in the adverse event data

14      or the premature termination data from the 114

15      study prior to this meeting that led you to

16      believe that 594 did not continue to suffer from

17      tolerability issues?

18          MR. PHILLIPS:  Objection.

19          THE WITNESS:  No.

20   BY MR. DAVIS:

21   Q.   Did you see anything in that data that you

22      thought tended to confirm or tended to

23      demonstrate more likely than not that 594

24      continued to have tolerability issues?

25          MR. PHILLIPS:  Objection.

1              THE WITNESS:  No.

2      BY MR. DAVIS:

3      Q.  You didn't draw any conclusions one way or the

4          other from the number of adverse events

5          involving nausea and vomiting in that trial

6          before the data was unblinded?

7      A.  I did not.

8      Q.  And did the data that you had received regarding

9          adverse events and premature terminations from

10         the 114 trial prior to March 12, 2001 play any

11         role in Abbott's decision to speak to Dr.

12         Andrews about emetic liability associated with

13         594 or NNRs?

14     A.  Not that I was aware of.

15     Q.  Who specifically made the arrangements for the

16         meeting with Dr. Andrews?

17     A.  I don't know.  I believe Marleen Verlinden knew

18         Paul Andrews, because Marleen's drug development

19         experience had been predominantly in disorders

20         of reflux from her time at Janssen, so she had

21         an extensive network of relationships, and so it

22         was likely -- I believe she knew Dr. Andrews

23         personally and was likely the one who set it up.

24         I don't have a specific recollection that I did.

25     Q.  Did Dr. Andrews actually make a presentation

1    during the course of this meeting?

2    A.  Yes.

3    Q.  Did he use slides?

4    A.  I believe so.

5    Q.  Did he give copies of those slides to anyone at

6        Abbott?

7    A.  I don't remember.

8    Q.  Where did this meeting take place?

9    A.  I have the distinct recollection that it

10       happened in AP34 in a room facing south on maybe

11       the third or fourth floor in a conference room.

12       Oddly, I can almost remember it.

13   Q.  And was the presentation made by Dr. Andrews --

14       was it a PowerPoint presentation?

15   A.  I don't remember.

16   Q.  Were there handouts?

17   A.  I don't remember.

18   Q.  Was the presentation recorded in any way?

19   A.  No.

20   Q.  Did anybody participate in the presentation via

21       telephone or via some other electronic link?

22   A.  Not that I remember.

23   Q.  What do you recall Dr. Andrews had to say in the

24       course of the presentation about mechanisms of

25       ABT-594 induced emesis?

1          MR. PHILLIPS:  Objection.

2          THE WITNESS:  I don't remember.  I

3     remember -- the part that I remember is being

4     moderately lost in his description, which seemed

5     relatively generic, to pathways of emesis

6     preclinically, and not particularly helpful or

7     specific to NNRs.

8          (Marked for identification

9          Deposition Exhibit No. 44.)

10   BY MR. DAVIS:

11   Q.   Dr. McCarthy, you have what's been marked as

12        Exhibit 44.  I'd ask you to look at the document

13        and tell me if you've seen it before.

14   A.   Not this one, to my recollection.

15   Q.   It appears to be an e-mail from Ms. Kowaluk to

16        you, among others, dated March 27th, 2001

17        concerning the ABT-594 pain DSG core team.  The

18        fourth paragraph down of the e-mail says:

19             We will be taking a brief

20        hiatus from the DSG analysis for

21        about a month while some members of

22        the team participate in pulling

23        together a review for the R&D

24        strategy off-site called by Jeff

25        Leiden for the first week of May.

1    A.  No.

2    Q.  If you take a look at the page titled -- page

3        number 8:

4                Table of contents of issues

5            to consider and/or present at the

6            retreat.

7                Does that look familiar to you?

8    A.  No.

9    Q.  So none of this is causing you to have a

10       refreshed recollection regarding participation

11       in either preparation or presentations at this

12       retreat?

13   A.  No.  I can remember generically review sessions

14       of various sorts with Jeff, but I can't remember

15       this one in particular.  They all blur together.

16   Q.  Did any of those review sessions have to do with

17       594?

18   A.  Off site, I don't remember that they did.

19   Q.  Do you remember review sessions on site

20       regarding 594?

21   A.  Yes.

22   Q.  With Leiden?

23   A.  Yes.

24   Q.  Do you recall any feedback ever received from

25       Jeff Leiden concerning 594?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    A.  Yes, two instances, one when we had the results

2        of the 114 study, and it was -- I remember Jeff

3        was there.  I remember John was there.  I don't

4        remember who else was there, John Leiden, and --

5    Q.  You said John Leiden.  Did you mean John

6        Leonard?

7    A.  Sorry, John Leonard and Jeff Leiden, and I think

8        there were just a few other people there, and we

9        were talking about the results of the study, and

10       he had asked that we consider how -- if we could

11       still make the trade off between efficacy and

12       side effects work at intermediate doses.  And

13       that led to another intensive effort of thinking

14       to make those intermediate doses work, which

15       resulted in a kind of final recommendation or

16       discussion with -- I believe with Jeff, and the

17       decision to stop development.  But those are

18       really the only things I remember about

19       interaction with Jeff on 594.

20   Q.  The unblinded results for the 114 study, were

21       they adverse in any way?

22           MR. PHILLIPS:  Objection.

23           THE WITNESS:  I don't know the

24       definition -- what do you mean by adverse?

25   BY MR. DAVIS:

1    Q.  What did you perceive to be the results of the

2        study after they were unblinded?  Good,

3        positive, negative, somewhere in between?

4    A.  Somewhere in between.

5    Q.  More positive than negative?  Vice versa?

6    A.  I would say as much of one as the other.

7    Q.  What were the aspects of the unblinded results

8        that you thought were negative?

9    A.  I'm sorry, I was answering the question before

10       about the -- I'm sorry, the unblinded.  The

11       portions of the unblinded results that were

12       negative were that there was not -- it did not

13       appear to be that there was a dose at which

14       there was an appealing balance between the

15       benefit of the drug and the nausea, vomiting and

16       dizziness.

17   Q.  Did you regard that as a significant negative?

18            MR. PHILLIPS:  Objection.

19            THE WITNESS:  I saw that as certainly a

20       very unlikely -- sorry.  I interpreted that to

21       mean that the utility of further developing the

22       drug was pretty low.

23   BY MR. DAVIS:

24   Q.  Is it fair to say that after the results of the

25       114 study were unblinded and you looked at those

1    results, you believed that it was less -- it was

2    more likely than not that 594 would not be

3    further developed?

4    A.   Yes.

5    Q.   Was it the nausea, vomiting and dizziness that

6    caused to you think that?

7    A.   It was the interrelationship of the efficacy and

8    the nausea, vomiting and dizziness.

9    Q.   When you say the interrelationship, meaning that

10    you didn't think that the efficacy was so great

11    as to offset the nausea, vomiting and dizziness

12    that was observed in the trial?

13    A.   That's correct.

14    Q.   Going into the 114 trial, did you understand 594

15    to be efficacious?

16    A.   I believed it was.

17    Q.   Did you have data to that effect?

18    A.   I believed that -- I interpreted the data that

19    we had available at the time to feel confident

20    enough to recommend that we should invest in a

21    study like 114 to further evaluate the efficacy.

22    Q.   Do you still believe that 594 is efficacious?

23    A.   With the 114 data, I do believe that the drug is

24    efficacious.

25                (Marked for identification

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1              Deposition Exhibit No. 46.)

2    BY MR. DAVIS:

3    Q.   Dr. McCarthy, I'll show you what's been marked

4      as Exhibit 46 and ask you if you've seen this

5      document or a document in this format before.

6    A.   I've seen documents in this format.

7    Q.   Have you seen this one in particular before?

8    A.   I don't recall.

9    Q.   The documents that you saw in this format, how

10     did it come about that you received them?

11   A.   The first part I would receive at various times.

12     I believe they had something more to do with

13     budget cycle planning, and summarized from a

14     portfolio level, they were intended to be

15     one-page summaries of the portfolio analysis.

16     The other pages look like the typical monthly

17     status update pages.

18   Q.   Did you contribute to the creation of these

19     documents, to your knowledge?

20   A.   My contribution to the first page was small and

21     indirect in that, you know, about at annual

22     intervals we would develop budgets which

23     contributed to, for example, development costs.

24     And on the other pages, the monthly update,

25     there were components that I would contribute

1      updates as appropriate to, you know, my area of

2      clinical --

3    Q.   If you would look at the second page of

4        Exhibit 46, please, under monthly highlights,

5        the one and only bullet point states:

6            Blind broken on April 20 for

7        M99-114 painful diabetic neuropathy

8        Phase IIb study.

9            Do you see that?

10   A.   Yes.

11   Q.   What do you understand that to mean?

12   A.   That would mean that the database had been

13       locked and the blind had been broken and that

14       sometime after April 20th the data would become

15       available for review.

16   Q.   Did you receive notification when the database

17       was locked?

18   A.   Yes, I believe I would have, yes.

19   Q.   How long before the study results were unblinded

20       was the database locked?

21   A.   I don't remember.

22   Q.   Did you receive the data as soon as it was

23       unblinded?

24   A.   No.  The statisticians will often print out for

25       their purposes to make sure that the unblinding

1   A.  I can't remember a specific instance, but I can

2       imagine -- I can remember that from time to time

3       the statisticians would send pieces of data in

4       text format in an e-mail, but not data in the

5       sense of a database.

6   Q.  Did you, for example, ever take any data and

7       manipulate it in the form of a spreadsheet or

8       the like?

9   A.  Not that I recall.  I mean I guess to be

10      literally true, the PowerPoint graph generator

11      does use Excel spreadsheet function.  So you are

12      effectively entering that data into a

13      spreadsheet to display a graphic, but not to

14      develop -- to analyze the data.

15           Any data analysis is done through the

16      statisticians using their SAS database, because

17      that would be -- that's a validated database.

18      Excel isn't valid for the purposes of analyzing

19      data.

20   Q.  The April 20th date listed on Exhibit 46 for the

21      unblinding of the data for the 114 study, is

22      that consistent with your recollection of the

23      approximate date in which it was unblinded?

24   A.  Generally, yes.

25   Q.  Do you recall the data being unblinded earlier

1      than anticipated?

2    A.   No.

3    Q.   Some of the documents that we've seen indicate

4      that the data was expected in May of 2001.

5    A.   I think you used the word unexpected.  There is

6      usually poor -- we're usually generally pretty

7      poor at estimating when it's actually going to

8      get done.  Plus or minus a month is not unusual.

9          (Marked for identification

10          Deposition Exhibit No. 47.)

11   BY MR. DAVIS:

12   Q.   Dr. McCarthy, I have Exhibit 47.  Would you look

13      at the document for a moment and tell me if you

14      have seen it before?

15   A.   Not this document.

16   Q.   Did you participate in the preparation of this

17      document, to your knowledge?

18   A.   The slides here all look familiar to me as

19      slides I created.

20   Q.   You think you did create the --

21   A.   Yes, each -- let me just verify that each and

22      every one of these looks like slides that I

23      created or my assistant created with my

24      oversight.  Yes.

25   Q.   So these were created -- the date is 4-23-01

1    which is, according to the date on Exhibit 46,

2    about three days after the data was unblinded.

3        For what purpose did you actually

4    create these slides?

5    A.  In the period immediately after the blind was

6    broken and initial results are seen, as we

7    talked about before, for any clinical trial

8    there is great interest in knowing what the data

9    is.

10       So, you know, at every level of the

11   company -- well, that is going too far.

12   Certainly at my manager's level and their

13   manager's level there is great interest, keen

14   interest to know what the results of the study

15   are.

16       So a kind of very quick, you know,

17   short, pithy presentation or other communication

18   document is usually presented to communicate

19   those results.

20   Q.  The slides, beginning in the second slide, in

21   the lower left-hand corner, referenced the

22   4-23-01 preliminary data.  You had the final

23   study data at that point in time; correct?

24   A.  Yes.  In this context preliminary data usually

25   referenced anything up to the time as those data

1    used to populate the clinical study report

2    that's signed off.

3  Q.  I'm sorry, would you repeat that?

4  A.  So because the final clinical study report, the

5    data in that document will form the basis of

6    regulatory submissions, that -- those data for

7    submissions represent in -- from the perspective

8    of companies as final data.  Anything, even

9    after the database is locked, and that point of

10   those final effectively sealed data points are

11   considered, you know, preliminary.

12  Q.  So by preliminary data, you don't mean that you

13   have something less than the final locked data?

14      MR. PHILLIPS:  Objection.

15      THE WITNESS:  This would be something

16   less than the -- not less.  This could

17   potentially be -- the reason that that caveat is

18   put there is that this may not match to the last

19   digit the data in the clinical study, the

20   ultimate clinical study report.

21  BY MR. DAVIS:

22  Q.  At the time you prepared this, the data had been

23   locked; correct?

24  A.  Yes.

25  Q.  So at the time the data is locked, is it final?

1    case, that there were multiple locked databases?

2    A.  I don't recall, but I wouldn't generally be

3        informed of that or I wouldn't necessarily pay

4        attention to it.  It's the statisticians and

5        data management that keep track of those.

6    Q.  Would you look at the last page, please, of this

7        presentation.  I'm sorry, you may have answered

8        this.  Do you recall to whom you made this

9        presentation?

10   A.  I remember that one of the first people I

11       presented it to was Marleen Verlinden and John

12       Leonard.

13   Q.  Anybody else?

14   A.  Not that I remember.

15   Q.  Did you understand them to be one of -- some of

16       the people who were eager to get the

17       information?

18   A.  Yes.

19   Q.  The very last page here is a slide that

20       addresses adverse events among the different

21       dosing levels; correct?

22   A.  Yes.

23   Q.  Just so I understand the data here correctly, do

24       I interpret this correctly if I read it that,

25       for example, under nausea, that 46 percent of

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1       the participants in the study reported nausea

2       with a 300 microgram dose of ABT-594?

3    A.   That's correct.

4    Q.   And then vomiting was experienced by 21 percent

5       of the patients who received that dosing?

6    A.   That's correct.

7    Q.   And 25 percent of the patients who received the

8       225 microgram dose of 594 experienced vomiting;

9       is that right?

10    A.   Yes.

11    Q.   Is it true that from this data you concluded

12       that these dosing levels were associated with a

13       dose-dependent increase in nausea, vomiting and

14       dizziness?

15    A.   Generally.

16    Q.   Had you suspected that earlier?

17    A.   Well, in all previous trials there was a

18       dose-dependent increase in nausea, vomiting and

19       dizziness.

20    Q.   And did you suspect that that was going to be

21       the outcome here when you saw the adverse events

22       and the premature terminations?

23    A.   I don't think that information modulated the

24       expectation that in all future trials nausea,

25       vomiting and dizziness would continue to be

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1        dose-dependent.

2    Q.   Maybe you answered my question, I'm not sure.

3        My question is, did you suspect that that would

4        be the case after you saw the adverse event

5        information and preliminary termination

6        information for the 114 trial?

7            MR. PHILLIPS:  Objection.

8            THE WITNESS:  Yes.  It was also true

9        that I suspected that before I saw that.

10   BY MR. DAVIS:

11   Q.   The unblinded data?

12   A.   Before I saw the blinded dropout information.

13   Q.   I want to make it clear.  The data we were just

14       looking at and the dose-dependent relationship

15       between nausea, vomiting and dizziness between

16       594 and those adverse events, is this something

17       that you suspected before the unblinding of the

18       data from 114?

19           MR. PHILLIPS:  Objection.

20           THE WITNESS:  Yes, I suspected the dose

21       response nature of the adverse events.

22   BY MR. DAVIS:

23   Q.   Did any of the information that you received

24       before -- about the 114 trial before the

25       unblinding of that trial further your suspicions

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      in that regard?

2    A.  I don't think so.

3          (Marked for identification

4          Deposition Exhibit No. 48.)

5    BY MR. DAVIS:

6    Q.  Dr. McCarthy, I show you what's been marked as

7      Exhibit 48 at your deposition and ask you to

8      take a look at it for a moment and tell me if

9      you can identify it for me, please.

10   A.  It looks to be the clinical study report for

11     study M99-144.

12   Q.  Can you tell whether this is the final report?

13   A.  I cannot.

14   Q.  If it was a draft report would it be stamped

15     draft somewhere?

16   A.  I don't remember what the Abbott system was, to

17     be honest.

18   Q.  I can represent to you that we've checked, and

19     this is the last version of this report that we

20     have.

21   A.  Okay.

22   Q.  If there were further versions of it, would you

23     expect that they would be in Abbott's file

24     somewhere?  If there was a final version and

25     this was a draft, would you expect that the

1      final version would be in Abbott's files?

2    A.   Yes.

3    Q.   This one is dated the 6th of July 2001.  Is that

4      consistent with your recollection of the time

5      frame in which a final clinical study report was

6      prepared for the 114 trial?

7    A.   It seems a reasonable assumption.

8    Q.   Did you actually review this report before it

9      was finalized?

10    A.   I don't know if I -- since I don't know which

11      version this is, I can't say if I reviewed this

12      particular one, but I would have been

13      responsible for reviewing the drafts and the

14      final report.

15    Q.   Did you review the entire report?

16    A.   Yes, I would have had accountability for the

17      entire report.

18    Q.   Would you have identified and sought to correct

19      any errors that you found in the report?

20    A.   Yes.  And to some extent, that's a shared

21      effort.  The statistician has the accountability

22      of QC'ing all of the data points, so I would not

23      have checked every data point.  My colleagues in

24      statistics would have done that.

25    Q.   Do you recall at some point in time finalizing

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1       this report?

2    A.   I don't remember.

3    Q.   Do you recall signing a copy of the report?

4    A.   I don't remember.

5    Q.   To whom was the report sent or issued?

6    A.   When a report is final, it's warehoused for

7         future use in submissions, if there is a

8         submission.

9    Q.   In reviewing the information in the report, did

10        you attempt to confirm or assure that it was as

11        accurate as possible?

12   A.   Yes.

13   Q.   Would you turn, please, to the page that's Bates

14        numbered 8639, last four digits.

15   A.   8639?

16   Q.   Correct.

17   A.   Yep.

18   Q.   There is a section there titled 9.8:

19                  Changes in the conduct of

20             the study or planned analyses.

21             Do you see that?

22   A.   Yes.

23   Q.   By the way, when is the last time you saw this

24        report?

25   A.   I do not remember.

1   Q.   If you take a look at this particular page under

2        9.8.1, it says protocol changes, and it says:

3              Significant changes in the

4        developmental strategy of ABT-594

5        resulted in the study being

6        prematurely discontinued by the

7        sponsor.

8              Did I read that correctly?

9   A.   Yes.

10  Q.   What were the significant changes in the

11       developmental strategy of ABT-594?

12  A.   I don't know.  I don't know.

13  Q.   Who would know?

14  A.   I don't know that either.

15  Q.   Well, do you recall that the decision to

16       prematurely end the enrollment for -- or to

17       prematurely discontinue the 114 study was

18       attributable to a significant change in the

19       development strategy?

20              MR. PHILLIPS:  Objection.

21              THE WITNESS:  I don't know what the

22       reference development strategy is.

23  BY MR. DAVIS:

24  Q.   Who wrote this section?

25  A.   I don't know.  I can't recall.

1  Q.  Who else participated -- did you actually author

2      portions of this report?

3  A.  I would have, yes.

4  Q.  Did you author this portion?

5  A.  I don't know.  It would surprise me if I did.

6      This section tends to be a summary of the, as it

7      says, protocol changes, which are often tracked

8      by the project manager.  The contributions of

9      the clinician tend to be in the safety sections,

10     the efficacy section and the overall

11     conclusions.  This portion tends to be written

12     by the project manager.

13 Q.  Who was the project manager here?

14 A.  Marilyn Collicott.

15 Q.  I can tell you I met her two days ago, and she

16     disclaims any authorship of this section.

17         Do you have any other understanding as

18     to who would have written this section?

19 A.  No.

20 Q.  Do you agree that the 114 study was prematurely

21     discontinued by Abbott?

22 A.  Yes.

23 Q.  You recall reviewing this section in going over

24     this final report?

25 A.  No.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.   If you believed that this statement was

2         inaccurate at the time that the report was

3         finalized, I assume you would have corrected it;

4         is that right?

5    A.   Yes.

6    Q.   Do you believe that it's inaccurate, as you sit

7         here today?

8    A.   Well, I don't know what the reference

9         development strategy is meant to refer to.

10   Q.   If you were trying to determine what it referred

11        to, where would you go for that information

12        within Abbott?

13   A.   I do not know.

14   Q.   Did you share copies of this final report with

15        any senior management at Abbott?

16   A.   No.  Reports generally don't go to anyone

17        senior, even when they are finalized.  They are

18        intended to be documentation of a study

19        ultimately going to regulatory agencies and not

20        as an in-house reporting mechanism, internal

21        reporting mechanism.

22   Q.   Prior to the premature discontinuation of the

23        114 study, did you have any discussions or

24        communications with anyone at Abbott which led

25        you to believe that Abbott was losing enthusiasm

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1     for further funding or development of 594?

2   A.  No.

3   Q.  Are you aware of any changes in the development

4     strategy of ABT-594 that resulted in the

5     study -- the 114 study being prematurely

6     discontinued by Abbott?

7         MR. PHILLIPS:  Objection.

8         THE WITNESS:  No, I don't think I am.

9   BY MR. DAVIS:

10  Q.  So whatever this statement is referring to, it's

11    not anything you are aware of?

12  A.  It is completely unclear to me.

13        (Marked for identification

14        Deposition Exhibit No. 49.)

15  BY MR. DAVIS:

16  Q.  Would you look at Exhibit 49 for a moment, Dr.

17    McCarthy, and tell me if you've seen it before.

18  A.  It seems generally familiar, but I can't -- no,

19    I don't know that I've seen it before.  I can't

20    recall.

21  Q.  There is a reference -- there is an e-mail at

22    the bottom here from you to Liz and Rose.  Liz

23    is Liz Kowaluk; right?

24  A.  Yes.

25  Q.  And Rose is Rosemarie Waleska?

1   A.  No.  I saw the earlier attempts to understand

2       why enrollment was slow and the early estimate

3       of discontinuations, but after that I don't know

4       that we continued to track the information.

5   Q.  Did you think the dropout rate in the 114 study

6       was high before the data was unblinded?

7           MR. PHILLIPS:  Objection.

8           THE WITNESS:  I don't think I had a

9       strong opinion about it.

10  BY MR. DAVIS:

11  Q.  Did you have any opinion?

12  A.  No.

13  Q.  Did you think that the adverse events were high

14      before the study was unblinded?

15          MR. PHILLIPS:  Objection.

16          THE WITNESS:  I had no insight into the

17      adverse events.

18  BY MR. DAVIS:

19  Q.  It says:

20              PK data are not yet

21          available to allow full

22          interpretation.

23              What are PK data?

24  A.  Effectively blood levels of the drug in the

25      study.

1    Q.  Why was that data not yet available?

2    A.  It usually takes longer than the safety and

3       efficacy data to analyze and interpret.

4    Q.  It says:

5              There seems to be a

6          consensus in the team that the

7          compound cannot go forward as is.

8          Do you agree that there was a consensus

9       in the DSG team at that point in time that 594

10      could not go forward as is?

11   A.  Yes.

12   Q.  Did some members of the team ever express that

13      view before the data was unblinded?

14   A.  I don't think so.

15   Q.  You never heard any discussion to that effect?

16   A.  No, not that I remember.

17          (Marked for identification

18          Deposition Exhibit No. 51.)

19   BY MR. DAVIS:

20   Q.  Dr. McCarthy, would you look at Exhibit 51,

21      please, and tell me if you've seen it before.

22   A.  I think so.

23   Q.  When did you last see it?

24   A.  I'm not sure.

25   Q.  Do you recall discussions about possible

1    out-licensing of ABT-259 and/or 594 in May of

2    2001?

3    A.  Can you ask that question again?

4    Q.  Sure.  Do you recall any discussions about

5    potentially out-licensing either ABT-259 or 594

6    in May of 2001?

7    A.  Not specifically.  I don't recollect specific to

8    May or when it was.

9    Q.  Do you recall generally discussions in the first

10    half of 2001 about potentially out-licensing

11    594?

12    A.  Not that I remember in the first half.

13    Q.  In the second half you do?

14    A.  I have a stronger sense that once we had decided

15    not to take the drug forward, there were

16    discussions about the drug and backups in a

17    variety of ways.

18    Q.  Who is Kevin Constable?

19    A.  He is a member of the licensing group -- was a

20    member of the licensing group at Abbott, had

21    kind a of technical review function.

22    Q.  Had you dealt with him before?

23    A.  Yes.

24    Q.  Had you ever dealt with him before with respect

25    to 594?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    A.  I don't think so.

2         (Marked for identification

3         Deposition Exhibit No. 52.)

4    BY MR. DAVIS:

5    Q.  Dr. McCarthy, you have Exhibit 52.  Would you

6       look at this document and tell me if you've seen

7       it before.

8    A.  Not that I remember.

9    Q.  It appears to be another monthly report

10      pertaining to 594, this one dated from July of

11      2001.  If you would look at the second page of

12      the document under monthly highlights, do you

13      see a reference to:

14           Maintenance activities only.

15       Program is on hold pending global

16       pharmaceutical executive committee

17       meeting in August.

18        Do you see that?

19   A.  Yes.

20   Q.  When was the ABT-594 program put on hold?

21   A.  I don't remember.

22   Q.  Do you recall it being put on hold at some point

23      in time?

24   A.  No, actually, I don't.

25   Q.  Do you know what it means to put a program on

1       hold?

2    A.  I don't know what the person who wrote this -- I

3       would imagine holding off starting new

4       activities.

5            (Marked for identification

6            Deposition Exhibit No. 53.)

7    BY MR. DAVIS:

8    Q.  Dr. McCarthy, if you would look at Exhibit 53

9       for a moment and tell me if you've seen it

10      before.

11   A.  I'm not sure that I've seen this document

12      before.  I don't think so.

13   Q.  It appears to be an e-mail from Ms. Kowaluk to

14      you and others dated August 16th, 2001 and

15      references:

16            ABT-594 DSG slides for PEMC

17       review.

18            You really need to know your acronyms

19      there, don't you?

20   A.  Yes.

21   Q.  What is PEMC?

22   A.  I don't remember.

23   Q.  Do you recall participating in a PEMC review of

24      ABT-594?

25   A.  I don't remember PEMC.  I think it is the same

1          a nausea/vomiting profile consistent

2          with first choice.

3              Is that consistent with your

4          understanding at the time?

5      A.  Yes.

6      Q.  And by first choice, we mean this is something

7          that a physician would respond in the first --

8          would prescribe in the first instance in the

9          event that someone presented with neuropathic

10         pain; is that right?

11     A.  I believe that was the usage of the term in the

12         context here.

13              (Marked for identification

14              Deposition Exhibit No. 54.)

15     BY MR. DAVIS:

16     Q.  Dr. McCarthy, you have what is marked as

17         Exhibit 54.  Look at this document for a moment,

18         please, and identify it for me, if you can.

19     A.  This looks like a set of slides that was either

20         used in preparation for or at a meeting to

21         summarize the senior pharmaceutical management

22         there about the results and next steps for 594.

23     Q.  Did you participate in the creation of this

24         document?

25     A.  Yes.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.  Did you actually participate in the presentation

2       of this document?

3    A.  There was a presentation.  I don't know if this

4       is the -- was actually the version used in the

5       presentation.

6    Q.  If you would turn to the third page of the

7       document, its Bates number ends in 1521, it

8       says:

9              ABT-594 August 2001 GPEC

10       review topics.

11            Do you see that?

12   A.  Yes.

13   Q.  And it says on the first bullet point:

14            ABT-594 efficacy in

15       neuropathic pain is significant.

16            And then a sub-bullet:

17            ABT-594 has a narrow

18       therapeutic window and efficacious

19       doses are poorly tolerated as dosed

20       currently.

21            Do you agree with that statement?

22   A.  Yes.

23   Q.  What is a narrow therapeutic window?

24   A.  The separation of efficacy from tolerability

25       and/or safety.

1    Q.  Is it fair to say that the therapeutic window is

2         the amount of dose between, at the lower end,

3         the minimum efficacious dose, and at the upper

4         end, the maximum tolerated dose?

5    A.  No.  The therapeutic window could refer to even

6         the effects at a specific dose, the separation

7         of safety and tolerability even within a dose.

8    Q.  Can you elaborate on that?  I don't understand

9         your answer.

10   A.  If you had mild efficacy and moderate adverse

11        events at the same dose, you'd still infer that

12        that's a narrow therapeutic index.

13   Q.  So it's more of a comparison of safety and

14        efficacy versus tolerability -- or strike that.

15        I apologize.

16             It's a comparison of safety and

17        efficacy?

18   A.  Yes.

19   Q.  Is there a specific formula for determining the

20        therapeutic window?

21   A.  No, not that I'm aware of.

22   Q.  It goes on to state in the next bullet point:

23             Decision analysis suggests

24        that the expected value --

25             Strike that.  I'll go back to the prior

1      sub-point.  It says:

2              Modifications to drug

3          administration have the potential to

4          improve tolerability.

5              What are you referring to?

6      A.  This was the hypothesis that we had noticed

7          improved tolerability when we went from ABT-594

8          in solution to ABT-594 as a solid dosage form,

9          and there was the hypothesis that by further

10         slowing down the rate of absorption or other

11         changes to the pharmacokinetic profile with --

12         in the context of multiple dosing, that there

13         might be the possibility to further improve

14         tolerability, and I think finally I would

15         include in that bucket further experiments --

16         further adjustments to titration.

17     Q.  It goes on to state:

18              Decision analysis suggests

19          that the expected value for these

20          modifications to improve tolerability

21          is small, although positive.

22              What do you mean by the expected value?

23     A.  I can only infer at this point that that was

24          referencing a decision analysis that was a

25          specific expected value, expected at present

1        put together her analyses.

2    Q.   Did anyone ever talk to you in the fall of 2001

3         about what they regarded as the probability of

4         success of ABT-594?

5    A.   Yes, I think we continued to have discussions at

6         that point, because I think that, at least in my

7         recollection, matches the period in which we

8         were doing the -- what I called the thread the

9         needle effort to see if there was some

10        intermediate dose that could just have that --

11        just enough efficacy with adequate tolerability

12        to go forward.

13             (Marked for identification

14             Deposition Exhibit No. 56.)

15   BY MR. DAVIS:

16   Q.   Dr. McCarthy, you have Exhibit 56 in front of

17        you.  Would you look at this document and tell

18        me if you've seen it before.

19   A.   Not that I know of.

20   Q.   It appears to be a monthly status report

21        regarding ABT-594.  This one is dated from

22        October of 2001.  If you would look at the

23        second page of the document, please.  Under

24        monthly highlights, there is only one bullet

25        point that says:

1            Program is not funded for

2            2002.  Out-licensing activities

3            initiated.

4            Is that consistent with your

5     recollection of the time frame within which

6     Abbott decided not to fund further development

7     of ABT-594?

8     A.   Yes.

9     Q.   How did you first learn of that decision?

10    A.   I think we made that decision at the -- I

11          believe -- I'm quite sure it was with Jeff

12          Leiden at one of his review style meetings in

13          which Liz Kowaluk and I presented that, what I'm

14          calling the thread the needle strategy, to see

15          if we could get that just enough efficacy with

16          just the right side effects.  And there was the

17          collective decision, I think, right there and

18          then, at least that's how I remember the

19          situation, that we had done everything we could

20          to figure out how to make 594 work, and we

21          decided then not to go forward.

22          (Marked for identification

23          Deposition Exhibit No. 57.)

24    BY MR. DAVIS:

25    Q.   Dr. McCarthy, you have what has been marked as

1      Exhibit 57.  If you could look at the document

2      for a moment and tell me if you've seen it

3      before.

4    A.  No, I don't think so.

5    Q.  You made reference a few moments ago to a

6        meeting with Dr. Leiden and others where you

7        thought that the decision was made not to go

8        forward with funding for ABT-594.  This memo

9        references an October 8th PEC meeting.  Is that

10       the meeting at which that decision was made, as

11       best you recall?

12   A.  I believe it was sometime in the fall, and

13       October could have been the time frame.

14   Q.  Do you recall making a presentation to the PEC

15       on or about October 8th, 2001?

16   A.  That seems reasonable.  Again, I don't know if

17       that was the exact date, but I remember that Liz

18       and I made that final presentation in the fall.

19       (Marked for identification

20       Deposition Exhibit No. 58.)

21   BY MR. DAVIS:

22   Q.  Dr. McCarthy, you have Exhibit 58 in front of

23       you.  Would you look at that document for a

24       moment and tell me if you've seen it before.

25   A.  I don't remember.

1    meant by that.  In general I think in the

2    industry it means that you put it, you know,

3    aside and effectively no one is working on it,

4    but you know there is always the chance that you

5    could come back to it some day.

6        (Marked for identification

7        Deposition Exhibit No. 59.)

8    BY MR. DAVIS:

9    Q.  Dr. McCarthy, you have Exhibit 59.  Would you

10    look at this document for a moment and tell me

11    if you've seen it before.

12    A.  I think I have.

13    Q.  When did you last see it?

14    A.  I don't -- I'm losing track of all the

15    documents.  I don't know.

16    Q.  At the top of the first page of this document

17    there appears to be an e-mail from you to Mr.

18    Biarnesen concerning ABT-594 update.  Do you see

19    that?

20    A.  Yes.

21    Q.  Now, if you would look near the bottom of the

22    first page and onto the top of the second page,

23    there is an e-mail from Mr. Biarnesen to a

24    variety of people with a cc to you.  Do you see

25    that?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    A.   Yes.

2    Q.   Were you responding -- in your e-mail of

3         October 10th to Mr. Biarnesen, were you

4         responding to his e-mail of October 10th earlier

5         in the day?

6    A.   I think I am.

7    Q.   And in Mr. Biarnesen's e-mail he states:

8              Can you let me know if there

9         is any potential of out-licensing

10        this product.

11             By which he was referring to ABT-594;

12        is that right?

13   A.   Yes.

14   Q.   That's what you understood?

15   A.   Yes.

16   Q.   It says:

17             If there is, then our

18        wrap-up activities need to be

19        different than if we are strictly

20        shelving the program for good.

21             Do you see that?

22   A.   Yes.

23   Q.   And then you responded later the same day:

24             Mike, we will need to have a

25        discussion off-line from the main

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1       project meeting, paren, doesn't need

2       to be before, close parent, at which

3       we can begin discussions of how we

4       handle ABT-594 as an asset.

5       Out-licensing 594 may have negative

6       impact upon the value of the

7       follow-ons, independent of the

8       likelihood of success of

9       out-licensing.  The meeting should

10      include you, me, Danhui, Phil and

11      Jim.

12      -- did I read that correctly.

13  A.  Yes.

14  Q.  Who is Danhui?

15  A.  I believe she was the person for new product

16      development, the marketing, commercial team.

17  Q.  Phil is Phil Deemer?

18  A.  Yes.

19  Q.  And Jim is Jim Sullivan?

20  A.  Yes.

21  Q.  Who is Jim Sullivan?

22  A.  He, I can't remember if it was at this time or

23      later, was the vice president of neuroscience

24      discovery.

25  Q.  When you mentioned in your e-mail that

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1      out-licensing 594 may have a negative impact on

2      the value of the follow-ons independent of the

3      likelihood of success of out-licensing, what did

4      you mean?

5   A.   We -- I and many others felt very strongly that

6      we had a very strong proprietary position from

7      the knowledge that 594 had demonstrated

8      efficacy, something that although other

9      companies were working in the same pharmacology

10      did not yet have proof of concept.  And so we

11      were worried that if others knew about the

12      efficacy that other companies would be able to

13      out-compete us in investing in the area.

14   Q.   So it was a matter of -- strike that.

15          Your concern was that if you

16      out-license 594, you might be giving a

17      competitor a product that would compete with any

18      NNR product that Abbott might bring to market?

19   A.   No.  The licensing process itself was

20      potentially to me -- and I wasn't a

21      decision-maker about licensing -- but was

22      potentially -- might -- because it would -- even

23      under confidentiality, it would allow other

24      companies to know the state of the proof of

25      concept.  So independent of whether any company

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1        actually took the drug, it could diminish the

2        value.

3            Now, that wasn't my decision to make,

4        and I do remember this, that my objective here

5        was to get the people who had something to say

6        about this, and in particular Jim Sullivan, to

7        get together and talk about what were the

8        benefits and downsides of even going through the

9        licensing process.

10   Q.   Did Abbott make efforts to out-license 594?

11   A.   I don't know.

12   Q.   Who would know that?

13   A.   The folks in the licensing and development group

14        at that time, and to be honest, I can't remember

15        who was there then.

16   Q.   Phil Deemer?

17   A.   Well, Phil was, but he was, you know, at the

18        ground level in that group.  So I don't know who

19        his management was.  It's not that I don't know

20        the people, it's just that they have changed so

21        much over the years.

22   Q.   Did you have that discussion with others at

23        Abbott concerning how you thought the company

24        ought to handle out-licensing of ABT-594, if at

25        all?

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    A.   You know, although I remember even writing this

2        and reacting to Mike's proposal and wanting to

3        kind of get people together, I don't remember

4        the conversations that followed, and that might

5        be that maybe we never ended up having them.

6            (Marked for identification

7            Deposition Exhibit No. 60.)

8    BY MR. DAVIS:

9    Q.   Dr. McCarthy, you have Exhibit 60 in front of

10       you.  It appears to be an e-mail from you to Mr.

11       Deemer and a response by Mr. Deemer back to you

12       in the -- on or about October 19th, 2001.  Did I

13       read that correctly?

14   A.   Yes.

15   Q.   You were relating to Mr. Deemer that you had

16       received a call or voice mail from a Tom Lenz at

17       Bayer inquiring about out-licensing of 594?

18   A.   Yes.

19   Q.   What was your understanding as to how Bayer

20       became aware of the potential for out-licensing

21       594 in that time frame?

22   A.   I have no idea, which would have been the reason

23       why I promptly handed it over to licensing.  I

24       think, if I remember this, I had become probably

25       associated with the clinical pain program, and

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1  there was probably a general inquiry.

2  I think also around this time I was

3  posted on the Abbott People Behind the Science

4  page and identified as the analgesia person.  So

5  people that might be searching the web for a

6  contact, I would start from that point on to get

7  various inquiries that were relatively germane

8  to my area, but normally would go -- you know, a

9  real licensing person at another company would

10  generally call licensing at our company.

11  Q.  Do you know whether Mr. Deemer or anybody else

12  at Abbott followed up with Bayer?

13  A.  I do not know.

14  Q.  Did you ever receive any report back from anyone

15  at Abbott on whether someone followed up with

16  Bayer?

17  A.  Not that I remember.

18  (Marked for identification

19  Deposition Exhibit No. 61.)

20  BY MR. DAVIS:

21  Q.  Dr. McCarthy, I'll show you what has been marked

22  as Exhibit 61 at your deposition and ask you if

23  this is an exchange of e-mails that you had with

24  Mr. Deemer on or about October 23rd, 2001.

25  A.  It looks like it, yes.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.  If I've got this correctly, you were identifying

2        for Mr. Deemer companies that you thought might

3        be -- that Abbott might be interested in

4        soliciting to find out whether they had any

5        interest in out-licensing 594; is that right?

6    A.  Let me just read this.

7            If I remember correctly, yes, there was

8        a discussion about what is the list of all

9        companies that do work in pain, and I think the

10       licensing people had started a list, and I then

11       proceeded to expand to all companies with an

12       interest in neuroscience and pain.

13   Q.  Do you know whether Abbott followed up with any

14       of these companies to determine their interest

15       or potential interest in out-licensing 594?

16   A.  I have the recollection that there may have been

17       contact with J&J.

18   Q.  Where do you -- what do you recall in that

19       regard?

20   A.  I'm not sure whether it was kind of something I

21       heard.  I know at some point that there was a

22       discussion with J&J about partnership, but I

23       don't remember if that included 594.  So I don't

24       know that my historical association between J&J

25       and 594 is -- you know, there is a basis for it,

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1       and emesis.

2           Do you agree with that statement?

3           MR. PHILLIPS:  Objection.

4           THE WITNESS:  Yes, I would say most

5       significant dose-limiting side effect was nausea

6       and emesis.  I can't speak to the parenthetical

7       comment of plasma levels greater than one ng per

8       ml.

9           (Marked for identification

10          Deposition Exhibit No. 63.)

11      BY MR. DAVIS:

12      Q.  I'll show you, Dr. McCarthy, what's been marked

13      as Exhibit 63, and ask you to look at this

14      document and tell me, first, if you've seen it

15      before.

16      A.  I don't remember this.  This -- I don't remember

17      this, but this is consistent with work that I

18      was doing at -- in what I called before the

19      thread the needle effort and certainly looks

20      like slides that I have created in the past.

21      Q.  If you would take a look, please, on the page --

22      it's page 14 of the slides.  It's the one that

23      ends in 3298.UR.  There is a reference there

24      again to the 114 study.  Do you see that?

25      A.  Yes.

McCarthy, M.D., Bruce Gerald (Linked)  09/29/2006  9:00:00 AM

1    Q.  And under a section titled Tolerability &

2        Safety, the second sub-point says:

3              Significant discontinuation

4        rate of 66 percent due to AE at 300

5        micrograms BID.

6    A.  Yes.

7    Q.  Do you agree that the 114 study had a

8        significant discontinuation rate?

9    A.  At the 300 microgram BID level.

10   Q.  How about at any lower levels?

11   A.  I don't know.  I would have to revisit what

12       those were.

13   Q.  What do you regard as a significant

14       discontinuation rate?

15   A.  It depends on the context.  It depends on the

16       disease.  So in studies, long-term studies of

17       acute schizophrenia, there can be very commonly

18       rates of discontinuation greater than 50

19       percent, so --

20   Q.  Was there an expected discontinuation rate for

21       the 114 study?

22   A.  I don't think so.

23   Q.  Was there a target discontinuation rate?

24   A.  Not that I remember.

25   Q.  If you'd take a look at the page 19 of the

1      slides, and the page that ends 3303.UR.  Do you

2      see that?

3    A.   3303?

4    Q.   Yes.  It has to do with the design of the 114

5      study?

6    A.   Yes.

7    Q.   And under Power it says:

8              Planned:  80 percent for ES

9         0.46 with 80 slash group.

10          What does that mean?

11    A.   80 percent power for affect size .46 with 80 per

12      group.

13    Q.   And then it says study.  What does that mean?

14    A.   I don't know.

15    Q.   Is it the actual power of the study?

16    A.   Yes, I think you are right.

17    Q.   And it was less than what was planned; correct?

18    A.   Yes.

19          MR. DAVIS:  Why don't we take a break

20      for a couple of minutes.

21          (A brief recess was taken.)

22    BY MR. DAVIS:

23    Q.   Dr. McCarthy, did you ever have any

24      responsibility with respect to ABT-518?

25    A.   I can't remember.

1                    ERRATA SHEET

2

3      CASE:  JOHN HANCOCK vs. ABBOTT LABORATORIES

4      WITNESS:  BRUCE GERALD MCCARTHY, M.D.

5

6      PAGE   LINE   CORRECTION

7       9  :  22  :  ~~1993~~ 1995

8       9  :  24  :  ~~Yes~~ No

9       13 :   9  :  clinical trial results.

10      43 :   6  :  ~~Oh, there I, I apologize~~

11      103 :   4  :  ~~a randomized number~~ randomly to

12      103 :   5  :  ~~assignment~~ arm

13      284 :  17  :  ~~acute~~

14      285 :  11  :  affect

15      ___  :  ___  : _____

16      ___  :  ___  : _____

17      ___  :  ___  : _____

18      ___  :  ___  : _____

19      ___  :  ___  : _____

20      ___  :  ___  : _____

21      ___  :  ___  : _____

22      ___  :  ___  : _____

23      ___  :  ___  : _____

24      ___  :  ___  : _____

25      ___  :  ___  : _____

1

SIGNATURE PAGE

2

3

4

5

6

7

8

*[signature]*

9

BRUCE GERALD MCCARTHY, M.D.

10

11

*10-NOV-2006*

12

DATE

13

14

15

Subscribed and sworn to before me

16

this _____ day of _____, 2006.

17

18

19

20

_____

21

Notary Public

22

County of _____ State of _____

23

My commission Expires: _____

24

25

McCarthy, Bruce Gerald (Linked)  3/16/2007  9:14:00 AM

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF MASSACHUSETTS

3

4

5      ----------------------------x

6      JOHN HANCOCK LIFE INSURANCE COMPANY

7      JOHN HANCOCK VARIABLE LIFE

8      INSURANCE COMPANY and MANULIFE

9      INSURANCE COMPANY (f/k/a INVESTORS

10     PARTNER INSURANCE COMPANY ,

11          Plaintiff,

12                    Civil Action No.

13     V.              05-11150-DPW

14

15     ABBOTT LABORATORIES,

16          Defendant.

17     ----------------------------x

18

19

20

21     VIDEO DEPOSITION OF BRUCE GERALD MCCARTHY,

       M.D., a witness called by counsel for the

22     Plaintiff, taken pursuant to the Federal Rules

       of Civil Procedure, before Robert M. Miller,

23     Shorthand Reporter License No. 0010 and Notary

       Public in and for the State of Connecticut, at

24     the Mystic Marriott, 625 North Road, Rte. 117,

       Groton, CT  on March 16, 2007, commencing at

25     9:14 a.m.

1      APPEARANCES:

2

3      For the Plaintiff:

4          CHOATE, HALL, & STEWART LLP

5          2 INTERNATIONAL PLACE

6          BOSTON, MASSACHUSETTS 02110

7          (617) 248-5000

8

9      By:  Brian Davis, Esq.

10

11     For the Defendant:

12         MUNGER, TOLLES & OLSON

13         355 SOUTH GRAND AVENUE

14         LOS ANGELES, CALIFORNIA 90272

15         (213) 683-9276

16

17     By:  Gregory D. Phillips, Esq.

18

19

20

21     VIDEOTAPED BY:

22     SEAN BUDD, ESQUIRE DEPOSITION SERVICES

23

24

25

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1    DIRECT EXAMINATION BY MR. DAVIS:

2    Q.   Good morning Dr. McCarthy.  You understand that

3         we're continuing your deposition today?

4    A.   Yes.

5    Q.   And you need to respond verbally to the

6         questions?

7    A.   Yes.

8    Q.   And you need to answer truthfully, do you

9         understand that?

10   A.   Yes.

11   Q.   Did you prepare for your deposition today?

12   A.   With Greg Phillips.

13   Q.   Did you meet with Mr. Phillips in advance?

14   A.   Yes.

15   Q.   For how long?

16   A.   Two hours.

17   Q.   Did you review documents in the course of that

18        meeting?

19   A.   Yes.

20   Q.   Did you do anything else to prepare for your

21        deposition?

22   A.   No.

23   Q.   Have you reviewed the transcript from the

24        previous deposition?

25   A.   At the time it was issued, I reviewed it and

1    Q.  Would Abbott conduct a clinical trial of a

2         compound such as ABT-594 without having a

3         written protocol written beforehand?

4    A.  No.

5    Q.   When you worked at Abbott and you participated

6         in the development of ABT-594, were you aware

7         of all the clinical trials that were ongoing or

8         undertaken regarding that particular compound?

9    A.  Yes.

10   Q.   So was the 836 study something that would have

11        been under your supervision at some level?

12   A.   I believe the 836 was under my supervision,

13        yes.

14   Q.   There's a few other studies listed here.

15        There's a 984 study.  What was that study?

16   A.   I don't remember.

17   Q.   There is an 833 study.  What was that?

18   A.   I believe 833 was the first neuropathic pain

19        study, but I'm not sure.

20   Q.   Was the 836 study a phase one, phase two, or

21        phase three trial?

22   A.   The 836 trial, I believe would have been a

23        phase two trial.

24

25              (At which time, Plaintiff's Exhibit

1          66 was marked for identification by the

2          Court Reporter.)

3

4    Q.   Dr. McCarthy you have what's been marked as

5          Exhibit 66.  Would you take a couple minutes to

6          look at this document and identify it for me,

7          if you can?

8    A.   I've finished.

9    Q.   Can you identify this for me?

10   A.   It appears to an e-mail from myself.

11   Q.   Do you recall sending this e-mail?

12   A.   It seems generally familiar.

13   Q.   The e-mail is dated October 29, 1999, correct?

14   A.   Yes.

15   Q.   Who were the people -- you don't have to

16         identify them by name, but the group of people

17         you sent the e-mail to, what does that

18         represent?

19   A.   The group of Abbott employees.

20   Q.   Were these people working on the ABT-594 team

21         in some way?

22   A.   At this point I couldn't be sure of that or

23         not.

24   Q.   The e-mail says, the first line:  This e-mail

25         is being sent to introduce several changes in

1      the way the meetings for the ABT-594 project

2      are organized and introduces the ABT-594

3      Clinical Trials Team Meetings.

4          Do you see that?

5    A.  Yes.

6    Q.  Did you in fact have ABT-594 Clinical Trial

7      Team Meetings?

8    A.  I don't remember.

9    Q.  You don't recall attending a ABT-594 Clinical

10     Trial Team Meeting?

11   A.  Not specifically.

12   Q.  Do you recall setting up a variety of teams to

13     address the development of ABT-594?

14   A.  Yes.

15   Q.  It says further down on the first page under

16     ABT-594 Clinical Trials Team Meetings, it says:

17     The goal of the new monthly Clinical Trials

18     Team (CTT) Meetings.

19         Do you recall there were such meetings on

20     a monthly basis?

21   A.  I don't remember.

22   Q.  Do you recall seeing minutes of Clinical Trials

23     Team Meetings pertaining to 594?

24   A.  I don't remember.

25   Q.  The second page of this document, near the top

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1       says:  The status of clinical trials will be

2       communicated monthly by electronic distribution

3       of minutes to everyone involved with the

4       conduct and support of ABT-594 clinical trials.

5          Was that done?

6    A.  I don't know.

7    Q.  Do you have any reason to doubt that it wasn't

8       done?

9    A.  Other than I don't remember, no.

10   Q.  Do you recall rescinding the information or

11      instructions contained in this e-mail?

12   A.  No.

13   Q.  It says:  In addition Gantts will be updated.

14         What are Gantts?

15   A.  Charts that track the progress of a project.

16   Q.  Were Gantts charts prepared for ABT-594?

17   A.  Yes.

18   Q.  Were they prepared for the phase two trial or

19      the 114 trial?

20   A.  Yes.

21   Q.  How frequently were they updated?

22   A.  I don't know.

23   Q.  Who was responsible for maintaining the Gantt

24      charts for the 114 trial?

25   A.  I don't remember.

1    Q.   Where were those charts kept?

2    A.   I don't know.

3    Q.   When you had your offices at Abbott back in the

4         2000-2001 timeframe, physically what building

5         were they located in?

6    A.   I don't remember.  I remember the visual

7         appearance of the building, but I don't

8         remember -- we were in two different bidding

9         and I don't remember their numbers at this

10        point.

11   Q.   Was your office near Dr. Silber's office?

12   A.   At one time it was.  I don't remember during

13        that period whether it was or not.

14   Q.   Was your office located near Mr. Biarnesen's

15        office?

16   A.   Yes.

17   Q.   Do you recall having Gantt charts pertaining to

18        the 114 trial located near your offices at

19        Abbott?

20   A.   I don't remember.

21   Q.   Do you recall having any charts pertaining to

22        the 114 trial located or outside near your

23        offices at Abbott?

24   A.   Yes.

25   Q.   You do?  So you do have a recollection of that?

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1    A.   Yes.

2    Q.   Who maintained those charts?

3    A.   I don't know.

4    Q.   What information was kept on the charts?

5    A.   Information about the progress of the trial.

6    Q.   What information, specifically?

7    A.   Generally, start of study end of study,

8         database lock or projected database lock,

9         projected results.  That would be general, I

10        don't remember specifically for these Gantt

11        charts.

12   Q.   Was patient enrollment information tracked on

13        the Gantt charts?

14   A.   I don't think so.

15   Q.   How about adverse events?

16   A.   No.

17   Q.   What about premature terminations?

18   A.   No.

19   Q.   You said projected results.  What projected

20        results were contained on the charts?

21   A.   Projected date of results available.

22   Q.   Any other projected information?

23   A.   Not that I remember.

24   Q.   Why did you keep the charts of that nature?

25   A.   In order to forecast and track the progress of

1    A.  I don't think so.

2    Q.  Do you recall her keeping minutes in any way of

3        meetings pertaining to ABT-594?

4    A.  No.

5    Q.  Who was responsible for keeping minutes of 594

6        meetings?

7            MR. PHILLIPS:  Objection to the

8        form.

9    A.  It would depend on which meetings.

10   Q.  Just above the ABT-594 Phase II-B Meetings is a

11       reference above to the ABT-594 Product

12       Development Team Meetings.  Do you see that?

13   A.  Yes.

14   Q.  One of the outputs for that meeting listed on

15       page three are minutes.  Do you see that?

16   A.  Yes.

17   Q.  It says minutes will be distributed to entire

18       ABT-594 Project Team.  Do you see that?

19   A.  Yes.

20   Q.  Who was responsible for preparing the minutes

21       for those meetings?

22   A.  I don't know who was responsible for the

23       minutes.  It was different people at different

24       times.

25   Q.  Did you receive copies of those minutes?

1    A.  I don't remember that I did, but you know, I

2        have no reason to doubt it.

3    Q.  Was there someone at Abbott who was responsible

4        for maintaining a file of the minutes of the

5        meetings?

6    A.  Not that I remember.

7    Q.  When was the last time you had any

8        communications with Ms. Kacos?

9    A.  Probably in November or December of last year.

10   Q.  And what was the -- why did you have a

11       discussion with her at that point?

12   A.  I believe she sent me an e-mail asking if it

13       was okay if Marlene Verlinden contacted me or

14       Kathy was looking to see if my e-mail at Pfizer

15       was still active or something along those

16       lines.  She was in charge of facilitating a

17       contact between me and Marlene Verlinden.

18   Q.  Ms. Kacos was still employed at Abbott at that

19       time?

20   A.  Yes.

21   Q.  This was 2006?

22   A.  Yes.  More specifically, the e-mail came from

23       the Abbott system so I infer that she was

24       employed, but I don't know.

25   Q.  Did you speak with her at that time?

1    A.  No.

2    Q.  Ms. Kacos was still employed at Abbott when you

3        left Abbott, is that right?

4    A.  Yes.

5    Q.  Was she your administrative assistant up until

6        the time that you left Abbott?

7    A.  No.

8    Q.  She stopped being your administrative assistant

9        sometime prior to that?

10   A.  Yes.

11   Q.  Approximately when?

12   A.  I don't remember when.  Maybe in the last one

13       or two years before I left.

14   Q.  Did you find Ms Kacos to be reasonably

15       competent?

16   A.  Yes.

17   Q.  Was she generally proficient?

18   A.  Yes.

19   Q.  Was she generally accurate in her work?

20   A.  Generally accurate, yes.

21

22           (At which time, Plaintiff's Exhibit

23       67 was marked for identification by the Court

24       Reporter.)

25

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1    Q.  Dr. McCarthy you have what's been marked as

2        Exhibit 67 in front of you.  Would you read

3        this document to yourself and tell me please

4        when you're done?

5    A.  I'm finished.

6    Q.  Do you recall receiving this e-mail in or about

7        January 2000?

8    A.  I don't remember.

9    Q.  Do you recall any of the discussions that are

10       referenced in the e-mail?

11   A.  Only in general.

12   Q.  The second paragraph, the first full paragraph

13       of this e-mail says -- it references a go/no-go

14       milestone for ABT-594.  Is that right?

15   A.  It does reference it, yes.

16   Q.  It says there was a presentation on October 6,

17       1999.  Do you see that?

18   A.  Yes.

19   Q.  Did you participate in that presentation?

20   A.  I don't remember.

21   Q.  Do you remember either of these studies, the

22       833 Neuropathic Pain or the 826 Osteoarthritis

23       Pain?

24   A.  Yes.

25   Q.  Do you recall presenting information or data

1    regarding those studies?

2    A.   Yes.

3    Q.   It says:  Also presented were tolerability and

4        pharmacokinetic data from study M99-076 14 day

5        BID ascending fixed dose study.

6            Do you see that?

7    A.   Yes.

8    Q.   That was an ABT-594 study, correct?

9    A.   Yes.

10   Q.   It goes on to say:  Based on the data it was

11       decided that ABT-594 will not proceed to Phase

12       3, but the program will continue with the

13       identification of maximum tolerated doses.

14           What was it about the data that was being

15       considered at that time that caused Abbott not

16       to proceed to Phase 3 with ABT-594?

17   A.   I believe at the time we didn't have adequate

18       data to proceed to large pivotal studies that

19       would confirm the efficacy and safety of

20       ABT-594, that instead additional studies were

21       needed to understand the benefits and risks of

22       ABT-594 before proceeding to large pivotal

23       trials.

24   Q.   Can you be more specific as to the data you

25       thought Abbott didn't have at that point in

1        time that would be necessary to move to Phase

2        3?

3    A.   Only that this document refreshes my memory and

4        at least the items mentioned here about to what

5        extent titration could further help

6        tolerability, to what extent a different

7        formulation, the hard gelatin capsule could

8        help, and higher doses than were studied in 833

9        and 826.

10   Q.   Did the tolerability results observed in these

11       studies play a role in the decision not the

12       proceed to Phase 3?

13   A.   I don't remember.

14   Q.   By tolerability -- the reference to

15       tolerability is a reference, among other

16       things, to nausea and vomiting, correct?

17           MR. PHILLIPS:  Object to the form.

18   A.   I don't know.

19   Q.   You don't recall?

20   A.   No.

21   Q.   The second paragraph of this documents says,

22       among other things:  Dosing has been completed

23       in study M99-120, which is an assessment of

24       whether titration improves the tolerability of

25       ABT-594 and/or allows higher doses to be

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1        tolerated.

2            Do you see that?

3     A.  Yes.

4     Q.  Do you remember that study?

5     A.  Only generally.

6     Q.  It goes on to say:  Although the data remain

7        blinded at this time, titration appears to

8        improve the tolerability of ABT-594.

9            Do you see that?

10    A.  Yes.

11    Q.  How was it that Abbott was determining that

12        titration appeared to improve the tolerability

13        of ABT-594 if the study was still blinded?

14            MR. PHILLIPS:  Object to the form.

15    A.  I think in this study, which was a small study

16        in which very high levels of the drug were

17        being used, it wasn't, functionally, not a

18        blinded study because the doses were so high

19        that all subjects that were receiving 594 had

20        adverse events.  So one could infer how those

21        adverse events -- one could already know which

22        patients were receiving drug and which were

23        receiving placebo.

24    Q.  It says here the data remained blinded.  Are

25        you saying the data was not blinded?

1    A.   The data, in a formal way, were blinded.  But

2        in a operationally the data was unblinded

3        because the casual observer could tell all the

4        patients were at a single site, all data were

5        available by patient, even though it was

6        blinded, and one knew immediately which

7        patients were receiving drug and which were not

8        at these high doses.

9    Q.   So it was possible to divine some information

10       about the trial even though the data was

11       blinded?

12   A.   That's correct.

13

14            (At which time, Plaintiff's Exhibit

15        68 was marked for identification by the

16        Court Reporter.)

17

18   Q.   Dr. McCarthy, you have what's been marked as

19       Exhibit 68.  Would you look at the document and

20       tell me if you've ever seen it before?

21   A.   It looks generally familiar as the protocol

22       M99-114.

23   Q.   Is that your signature in the first page of

24       this document?

25   A.   Yes, it is.

1    Q.  If you turn please to the page of this document

2        that the bates number ends in 5838?

3    A.  Okay.

4    Q.  You see there is a reference to session 8.20

5        study objectives?

6    A.  Yes.

7    Q.  Would you read that section and tell me when

8        you're done?

9    A.  Just the paragraph or the section?

10   Q.  Just the paragraph.

11   A.  I'm finished.

12   Q.  Did the 114 study meet these objectives?

13   A.  I believe it did, yes.

14   Q.  Did it meet them to the statistical power that

15       Abbott originally anticipated or designed?

16   A.  I don't know.

17   Q.  Who would know that?

18   A.  I don't know who in particular -- a

19       statistician would be able to answer that.

20   Q.  Mr. Thomas for example?

21          MR. PHILLIPS:  Object to the form.

22   A.  I don't remember.  I've forgotten whether he

23       was the statistician but he would have the

24       capabilities to do so.

25   Q.  You don't recall Mr. Thomas working on the 114

1    criteria relating to that laboratory test, and

2    excluding additional medications.

3    Q.  Would you look at the page bates number ending

4    5903?

5    A.  Yes.

6    Q.  Is that your signature on this page?

7    A.  Yes, it is.

8    Q.  And by putting your signature on this page were

9    you approving this protocol as amended?

10   A.  Yes.

11   Q.  Who drafted this protocol?

12   A.  I don't remember.  Based on the signatures here

13   it would have been Fred Siebert, but I don't

14   have a personal memory that he was or was not

15   the person.

16   Q.  Did you play a role in the creation of this

17   protocol?

18   A.  Of the protocol?

19   Q.  Yes?

20   A.  Of the protocol, yes.

21   Q.  What role did you have?

22   A.  As I guess the person who primarily designed

23   the protocol.

24   Q.  What does it mean to design the protocol?

25   A.  To put together the general elements of the end

1     points that would be used, inclusion and

2     exclusion criteria, medications to be allowed

3     or disallowed, safety assessments.

4   Q.   Who determined the -- how Abbott would go

5     about -- strike that.

6        Did you play any role in determining what

7     the statistical power or anticipated

8     statistical power of the study would be?

9   A.   Not specifically.

10   Q.   Generally?

11   A.   In a general way I would participate in

12     conversations but the statisticians would be

13     the primary determiners of the statistical

14     power.

15   Q.   So the person or people at Abbott who would be

16     responsible for determining the appropriate

17     statistic power for the study would be

18     Mr. Morris or Mr. Thomas?

19   A.   Yes.

20   Q.   You would adopt their recommendations in that

21     respect?

22   A.   Yes.

23

24        (At which time, Plaintiff's Exhibit

25        70 was marked for identification by the

1    Q.  To you recall at any point in time funding for

2        ABT-594 in 2001 being reduced?

3    A.  I'm forgetting my years, so I don't remember.

4    Q.  Do you know who Howard is, as referenced here?

5    A.  No, I don't.

6    Q.  Who within Abbott made decisions on whether to

7        fund particular clinical studies?

8            MR. PHILLIPS:  Objection to form.

9    A.  It would have been head of development at the

10       time.  I assume that was John Leonard.  I can't

11       remember though.

12

13           (At which time, Plaintiff's Exhibit

14            71 was marked for identification by the

15            Court Reporter.)

16

17   Q.  Dr. McCarthy, would you look at what's been

18       marked as Exhibit 71 at your deposition?  Read

19       this document to yourself and tell me please

20       when you're done.

21   A.  I'm done.

22   Q.  Have you seen this document before?

23   A.  I don't remember it.

24   Q.  Do you know the author of this e-mail?

25   A.  The name seems familiar, but I don't remember.

1       the 114 was underway about the possibility of

2       removing the high dose group?

3    A.  I don't remember.

4    Q.  You have no recollection of that?

5    A.  No.

6    Q.  Do you recall discussions within Abbott about

7        making any changes to the 114 study while that

8        study was underway?

9    A.  Yes.

10   Q.  What do you recall?

11   A.  At various times we talked about changing the

12       study inclusion/exclusion criteria to help with

13       enrollment or to modify based on safety issues

14       to ensure that the patients coming into the

15       study were the right people, to discuss whether

16       or not fewer or more patients should be

17       enrolled in the study.  Those are the specific

18       items that come to mind.

19   Q.  Do you recall ever proposing to make any

20       changes in the protocol based on what you

21       perceived to be tolerability issues that were

22       cropping up in the course of the trial?

23   A.  Generally, yes.

24   Q.  What do you recall?

25   A.  I don't, just that there were discussions about

1     in what ways we could improve recruitment for

2     the study by changing the types of patients who

3     come in.

4     Q.   Anything more?

5     A.   No

6

7              (At which time, Plaintiff's Exhibit

8              72 was marked for identification by the

9              Court Reporter.)

10

11    Q.   Dr. McCarthy would you take a moment please to

12    read Exhibit 72 to yourself and tell me when

13    you're done?

14    A.   I'm done.

15    Q.   Do you recall sending this e-mail?

16    A.   Not specifically.

17    Q.   Generally?

18    A.   Yes.

19    Q.   This is an e-mail to Mr. Morris and to Jim

20    Thomas.  They both did statistical work at

21    Abbott?

22    A.   That's correct.

23    Q.   And Ms. Landsberg, she was on the commercial

24    side?

25    A.   Yes.

1    Q.   And Mr. Biarnesen, he was the operations

2         manager for the 594, correct?

3    A.   Yes.

4    Q.   Ms. Collicott was in charge of operations for

5         the 114 study, correct?

6    A.   That's correct.

7    Q.   Why did you choose these particular people to

8         send this e-mail to?

9    A.   I don't know.

10   Q.   The subject of e-mail is protocol change

11        discussion.  Do you see that?

12   A.   Yes.

13   Q.   Do you recall that discussion?

14   A.   No.

15   Q.   The first line says:  I've scheduled a meeting

16        next week to discuss options to modify the 114

17        protocol.  Enrollment has not met initial

18        expectations.

19            Do you see that?

20   A.   Yes.

21   Q.   Now this is back in July of 2000?

22   A.   Correct.

23   Q.   And at that point you were concerned about

24        enrollment for the 114 trial, correct?

25            MR. PHILLIPS:  Objection to the

1      form.

2    A.   I don't remember particularly, but this

3      certainly seems to suggest it.

4    Q.   Now the second paragraph says:  Of the 78

5      subjects enrolled to date, at least 31 have

6      pretermed.

7         Meaning they had prematurely terminated,

8      correct?

9    A.   I assume that's what it means.

10   Q.   It says:  Of those, at least 20 appear to have

11      pretermed for AE's typical of our drug (nausea,

12      vomiting, and/or dizziness).

13         AE is a reference to adverse events,

14      correct?

15   A.   Correct.

16   Q.   Although three of these subjects dropped on day

17      one (when they would have, at most, been

18      exposed to 75 micrograms) many of these

19      subjects dropped in the 3-11 day time frame

20      (the period of dose escalation resulting in 150

21      micrograms BID at day 4, 225 micrograms BID at

22      day 6, and 300 micrograms BID at day 8.

23         Do you see that?

24   A.   Yes.

25   Q.   And it's fair to say, Dr. McCarthy, at this

1    point in time what you were trying to do was

2    make some preliminary or some educated guesses

3    about what it was that was causing participants

4    in the trial to preterm, correct?

5         MR. PHILLIPS:  Object to the form.

6    A.   I don't remember what I was thinking at the

7    time.

8    Q.   Looking at the e-mail, does it cause you to

9    conclude that what you were doing at that point

10    in time was trying to make a best estimate as

11    to what it was that was causing patients to

12    drop out of the trial prematurely?

13         MR. PHILLIPS:  Object to the form.

14    A.   Yes.

15    Q.   Pardon me?

16    A.   Yes.

17    Q.   And you were doing that based on the blinded

18    data, correct?

19    A.   Yes.

20    Q.   So just looking at the blinded data you had

21    some indication that patients were dropping out

22    in part because they were receiving escalating

23    doses of ABT-594.  Is that fair to say?

24         MR. PHILLIPS:  Object to the form.

25    A.   I would say I didn't know.

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1    Q.  Not saying you didn't know, but you had some

2        inkling that was probably the case, is that

3        right?

4               MR. PHILLIPS:  Object to the form.

5    A.  I would say no.  I had a hypothesis.

6    Q.  And educated hypothesis?

7               MR. PHILLIPS:  Object to the form.

8    A.  I would say a hypothesis.

9    Q.  But enough of a hypothesis that you were

10       proposing perhaps making some changes to the

11       protocol on the basis of that hypothesis,

12       correct?

13   A.  Yes.

14   Q.  Is it fair to say at this point in time you had

15       a belief that more likely than not the

16       premature terminations that were being observed

17       in the study were due to escalated doses of

18       ABT-594?

19   A.  I don't know, I don't think so.

20   Q.  What was it about the 300 microgram dose that

21       caused you to believe that it might be in

22       Abbott's best interests to drop that dose from

23       the study?

24               MR. PHILLIPS:  Object to the form.

25   A.  I don't really remember.

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1    Q.  Did you think that more likely than not that

2        the 300 microgram dose was causing patients to

3        experience nausea and vomiting?

4              MR. PHILLIPS:  Same objection.

5    A.  More likely than not.

6    Q.  Again, that's all information you garnered, at

7        least preliminarily, from the blinded data, is

8        it not?

9              MR. PHILLIPS:  Object to the form.

10   A.  I don't remember.

11   Q.  Did you have any unblinded data at this point

12       in time in July of 2000?

13   A.  No.

14   Q.  So the hypothesis that you were forming at that

15       point in time could only have been based on

16       blinded data, is that correct?

17   A.  That's correct.

18   Q.  Do you recall any discussions within Abbott

19       around this proposed protocol change?

20   A.  No.

21   Q.  Nothing?

22   A.  No.

23   Q.  Do you recall anything that Dr. Silber had to

24       say at that point?

25   A.  No.

1     today?

2     A.   No.

3

4          (At which time, Plaintiff's Exhibit

5          75 was marked for identification by the Court

6          Reporter.

7

8     Q.   Dr. McCarthy, you have Exhibit 75 in front of

9          you.  Would you take a moment and read this

10         document and tell me when you're done reading

11         it?

12    A.   I'm done.

13    Q.   This appears to be an email from Ms. Landsberg

14         to you, among others at Abbott dated October 3,

15         2000.  Do you see that?

16    A.   Yes.

17    Q.   Do you have any reason to believe you did not

18         receive this email?

19    A.   No, other than I don't remember it.

20    Q.   The email references ABT 594/963 Purdue

21         meeting.  Do you see that?

22    A.   Yes.

23    Q.   What was 963?

24    A.   ABT-963 was a COX-2 inhibitor.

25    Q.   And what was the Purdue meeting?

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1    A.  I don't remember.

2    Q.  The email itself says:  Bob, as you, Rose and I

3        had discussed, if we move forward to set up a

4        presentation of information to Purdue, the

5        following people could probably do the

6        presenting on key topics.

7           Do you see that?

8    A.  Yes.

9    Q.  And your name is listed next to Clinical ABT

10       594?

11   A.  Yes.

12   Q.  Do you recall making any presentations at any

13       point in time to any representatives of Purdue

14       Pharma concerning ABT-594?

15   A.  No.

16   Q.  Do you recall ever having any discussions with

17       anyone at Abbott concerning a potential

18       partnering or co-development relationship with

19       anyone at Purdue concerning ABT-594?

20   A.  No.

21   Q.  You have no recollection of that whatsoever?

22   A.  No.

23   Q.  Do you have any recollection of ever having any

24       discussions with anyone at Abbott about

25       partnering or entering a co-development

1   relationship with any other company concerning

2   ABT-594?

3   A.  Not about any other companies.

4   Q.  What do you recall?

5   A.  That at some point, I don't remember when,

6   others introduced the idea of partnering with

7   other companies.

8   Q.  When you say partnering with other companies,

9   is this with respect to ABT-594?

10   A.  Yes.

11   Q.  Who do you recall raising that issue?

12   A.  I don't remember.

13   Q.  You have no recollection of who it was within

14   the Abbott organization that raised that issue?

15   A.  No.

16   Q.  What do you recall about that?

17   A.  Only that -- only a general sense that

18   discussions -- that I was involved in

19   discussions that people raised the possibility

20   of partnering and we talked about the risks of

21   disclosing where we were on this drug and the N

22   & R franchise.

23   Q.  Do you recall the names of any entities with

24   whom partnering was considered?

25   A.  No.

1    Q.   About halfway through the e-mail in the

2         paragraph that states:  The study currently has

3         79 subjects randomized to the original four arm

4         protocol.  There is some concern with what may

5         be AE's due to the higher 300 microgram dose

6         and also other study design elements.

7              Do you recall discussions within Abbott

8         about concern associated with any concerns

9         about adverse events potentially associated

10        with the 300 microgram dose?

11   A.   No.

12   Q.   This doesn't refresh your recollection in any

13        way on that topic?

14   A.   No.

15

16              (At which time, Plaintiff's Exhibit

17              77 was marked for identification by the

18              Court Reporter.)

19

20   Q.   Dr. McCarthy, you have what's been marked as

21        Exhibit 77.  Would you look at the -- look at

22        the document and identify it if you can?

23   A.   It states that it's the minutes in the ABT-594

24        product development meeting.

25   Q.   Do you recall seeing minutes like this when you

1     were working on the ABT-594 team?

2     A.   No.

3     Q.   Do you recall receiving minutes?

4     A.   Yes.

5     Q.   But they didn't take this form?

6     A.   I don't remember.

7     Q.   Do you have any reason to doubt these are not

8       minutes of that ABT-594 Product Development

9       Team Meeting?

10          MR. PHILLIPS:  Object to the form.

11     A.   Other than I don't remember, no.

12     Q.   It lists attendees at this meeting to include

13       you and Dr. Silber, do you see that?

14     A.   Yes.

15     Q.   Do you have any recollection of this particular

16       meeting?

17     A.   No.

18     Q.   One of the last people listed is Kathy Kacos,

19       do you see that?

20     A.   Yes.

21     Q.   If you look in the lower left hand corner, do

22       you see the reference to 8/21/00?

23     A.   Yes.

24     Q.   And it says CKK and it looks like an M, and

25       then it says product development team/minutes

1      080100.  Do you see that?

2    A.   Yes.

3    Q.   Are those Ms. Kacos' initials as best as you

4      can tell?

5          MR. PHILLIPS:  Object to the form.

6    A.   They may be.

7    Q.   Does this refresh your recollection as to

8      whether Ms. Kacos prepared minutes of product

9      development team meetings?

10   A.   No.

11   Q.   But she did attend them?

12   A.   I don't remember.

13   Q.   These minutes indicate that the Product

14     Development Team met on Tuesday, August 1,

15     2005 in AP30-3E-Cafeteria.  Do you see that?

16   A.   Yes.

17   Q.   There's got to be an easier nomenclature

18     system.  Do you recall meeting in that

19     location?

20          MR. PHILLIPS:  Object to form.

21   Q.   Do you recall having Product Development Team

22     Meetings in that location?

23   A.   No.

24   Q.   Would you turn please to the last page of

25     Exhibit 77.  Have you seen this document

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1        before?

2    A.   Not that I remember, no.

3    Q.   If you look at the last page of -- would you

4        read the first paragraph and tell me when

5        you're done?

6    A.   I'm done.

7    Q.   It says that, among other things:  Currently we

8        have 99 subjects randomized -- let me go back.

9            Marilyn Collicott provided an update on

10        the M99-194 neuropathic pain study.  Do you see

11        that?

12    A.   Yes.

13    Q.   Do you recall Ms. Collicott providing updates

14        on that study during the course of the study?

15    A.   Yes.

16    Q.   It goes on to say:  Currently we have 99

17        subjects randomized with an approximate 50%

18        screen failure rate.  Our goal of enrollment is

19        320 subjects.  There has been much concern with

20        the dropout rate.

21            Why was there much concern with the

22        dropout rate at that point in time?

23            MR. PHILLIPS:  Objection to the

24        form.

25    A.   I don't remember why at the time.

1    Q.  It goes on to say:  Therefore, we have sent out

2        surveys to each site to determine who and why

3        subjects are dropping out.

4            Do you see that?

5    A.  Yes.

6    Q.  What surveys are being referred to there?

7    A.  I don't know.

8    Q.  Who authorized the survey of investigator sites

9        for the 114 trial?

10           MR. PHILLIPS:  Objection to the

11       form.

12   A.  I don't remember.

13   Q.  Do you recall such a survey being done?

14   A.  Yes.

15   Q.  Who took the survey?

16   A.  I don't remember.

17   Q.  What form did the survey take?

18   A.  I don't know.

19   Q.  Was it a written survey?

20   A.  I don't know.

21   Q.  Did it involve talking to investigators?

22   A.  Probably.

23   Q.  Did you participate in the survey in any way?

24   A.  I don't know.  I don't remember.

25   Q.  Did you ever see any results from the survey?

1   A.  I don't remember.

2   Q.  Specifically what did the survey ask?

3   A.  I don't remember.

4   Q.  You have no recollection of what the survey

5      asked?

6   A.  No.

7   Q.  Do you have any recollection of who at Abbott

8      participated in actually undertaking the

9      survey?

10   A.  Possibly Marilyn Collicott.

11   Q.  Anyone else?

12   A.  No.

13   Q.  What was the purpose of the survey?

14         MR. PHILLIPS:  Object to the form.

15   A.  The survey that is mentioned here in terms of

16      determining who and why subjects are dropping

17      out -- the survey that I remember was to find

18      out what factors investigators could identify

19      that was limiting finding patients and

20      recruiting patients, and also as to why

21      patients may or may not be staying in the

22      study.

23   Q.  Was one of the purposes of the study to find

24      out whether patients were dropping out due to

25      nausea and vomiting?

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1    A.  I don't know.

2    Q.  Was the survey completed?

3    A.  I don't know.

4    Q.  Do you know whether anyone at Abbott ever

5        reviewed any results of that survey?

6    A.  I don't remember.

7    Q.  Did you ever receive any report regarding the

8        survey?

9    A.  I don't think so.

10   Q.  Do you recall following up with anyone at

11       Abbott to find out what the results of the

12       survey were?

13   A.  I don't remember.

14   Q.  Do you recall having any discussions with

15       Ms. Collicott regarding the survey?

16   A.  No.

17   Q.  How about Dr. Silber?

18   A.  No.

19

20            (At which time, Plaintiff's Exhibit

21        78 was marked for identification by the

22        Court Reporter.)

23

24   Q.  Dr. McCarthy, you have what's been marked as

25       Exhibit 78 that is another set of product 594

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1   A.  I don't remember.

2   Q.  Do you recall Mr. Thomas sending you

3       information concerning adverse event rates for

4       different arms of the 114 study at any point in

5       time?

6   A.  Yes.

7   Q.  Why were you interested in that information?

8   A.  The information I remember him sending at any

9       time included the results of the study.

10  Q.  Do you recall, before the data being unblinded,

11      Mr. Thomas sending any of that information?

12  A.  I don't remember.

13  Q.  Do you recall why it was that Mr. Thomas was

14      sending you this information back in August of

15      2000?

16  A.  No.

17  Q.  Do you recall being interested in the drop out

18      rates pertaining to nausea, vomiting, and

19      dizziness back in August of 2000?

20  A.  No.

21  Q.  Do you recall any discussions with Mr. Thomas

22      on that topic before the data was unblinded?

23  A.  No.

24  Q.  How about Mr. Morris?

25  A.  No.

1          Do you see that?

2     A.   Yes.

3     Q.   What recent study are you referring to there?

4     A.   I don't remember.

5     Q.   At this point in time you had some survey, is

6          that right?

7     A.   I believe that's true.

8     Q.   As you sit here today you have no recollection

9          of the survey you're referring to?

10    A.   I don't.

11    Q.   Do you recall whether that's a reference to a

12         recent survey in Exhibit 81 or is a reference

13         to the survey that we saw referenced in the --

14         mentioned in the development team meeting

15         minutes marked Exhibits 77 and 78?

16    A.   I don't know if it's the same survey.

17    Q.   When you made your investigative site visits,

18         did you learn any more about when patients were

19         experiencing adverse events of nausea vomiting

20         and dizziness in the course of the trial?

21    A.   I don't remember

22

23             (At which time, Plaintiff's Exhibit

24         82 was marked for identification by the

25         Court Reporter.)

1

2    Q.   Dr. McCarthy you have Exhibit 82 in front of

3         you.  Would you read this document to yourself

4         and tell me when you're done?

5    A.   I'm done.

6    Q.   Who is Mike Williams?

7    A.   Mike Williams was Head of Neuroscience

8         Discovery at Abbott.

9    Q.   Was he above you in the hierarchy?

10   A.   He was in a different hierarchy, but he was

11        Vice President, so in general, yes.

12   Q.   Did you work with Mr. Williams in any way with

13        respect to the development of ABT-594?

14   A.   Yes.

15   Q.   What was Mr. Williams' role in this regard?

16   A.   He led the discovery organization team that

17        included the teams that discovered ABT-594 and

18        the NNR's.

19   Q.   Did Mr. Mike Myer work for Mr. Williams?

20   A.   He worked in his organization.

21   Q.   This e-mail is directed to the Jennifer Smoter

22        with a CC to Dr. Silber, do you see that?

23   A.   Yes.

24   Q.   Who was Jennifer Smoter?

25   A.   I believe she was in public affairs.

1    Q.   There's also reference to Mike Decker.  Who was

2         Mike Decker?

3    A.   Mike was another basic scientist in Mike

4         Williams' organization.

5    Q.   The e-mail says:  Jennifer, I think Mike Decker

6         has addressed some of document issues.  Another

7         real issue we must address given some of

8         internal discussions around the clinical trials

9         on ABT-594 is whether we want to make any

10        statements in the next few weeks until a

11        decision is made by Jeff Leiden as to whether

12        we continue the trials.

13             Do you see that?

14   A.   Yes.

15   Q.   Do you recall internal discussions around the

16        clinical trials of ABT-594 in the October 2000

17        time frame?

18   A.   No.

19   Q.   Do you recall whether Abbott was considering

20        making any statements regarding ABT-594 in and

21        around the October 2000 time frame?

22   A.   No.

23   Q.   Do you recall at any point in time whether

24        there was a question whether Mr. Leiden was

25        going to stop clinical trials of ABT-594?

1    A.  No.

2    Q.  You never heard that at that point?

3    A.  No.

4    Q.  Do you recall whether there was a decision that

5        was being teed up for Mr. Leiden in the fall or

6        early winter of 2000 regarding whether clinical

7        trials for ABT-594 would continue?

8             MR. PHILLIPS:  Object to the form.

9    A.  I don't remember.

10   Q.  Do you recall any discussions at all with Dr.

11       Leiden in the fall or winter of 2000 concerning

12       whether clinical trials of ABT-594 would

13       continue?

14   A.  No.

15   Q.  Do you recall having discussions with anyone at

16       Abbott in the fall of 2000 or the winter of

17       2000-2001 concerning whether Abbott would

18       continue clinical trials of ABT-594?

19   A.  No.

20

21             (At which time, Plaintiff's Exhibit

22             83 was marked for identification by the

23             Court Reporter.)

24

25   Q.  Dr. McCarthy you have in front of you Exhibit

1    Q.   Who is Larry Lin, L-I-N?

2    A.   I don't remember.

3    Q.   Do you recall interacting with Mr. Lin in any

4         way concerning a potential partnering or

5         co-development relationship involving ABT-594?

6    A.   No.

7

8              (At which time, Plaintiff's Exhibit

9              84 was marked for identification by the

10             Court Reporter.)

11

12   Q.   Dr. McCarthy you have in front of you what's

13        been marked as Exhibit 84.  Would you read this

14        document to yourself and tell me when you are

15        done?

16   A.   I'm done.

17   Q.   This appears to be a couple of e-mails, one

18        from Mr. Weiland and one from Mr. Sullivan and

19        they were sent to you at Abbott.  Do you see

20        that?

21   A.   Yes.

22   Q.   Do you recall receiving these e-mails?

23   A.   No.

24   Q.   Do you have any reason to doubt that you

25        received them?

1   A.  Other than I don't remember, no.

2   Q.  I think the first email in time is the one at

3      the bottom of page one of Exhibit 84 and

4      continues on page two, do you see that?

5   A.  Yes.

6   Q.  That one is dated November 1, 200 and addressed

7      directly to you from Mr. Weiland, do you see

8      that?

9   A.  Yes.

10   Q.  It says:  Bruce thank you for your message.

11      Unfortunately with everyone's travel calendar,

12      a pre-planning meeting has not been very

13      feasible.

14        Do you see that?

15   A.  Yes.

16   Q.  And the subject is re: Pharmacia meeting?

17   A.  Yes.

18   Q.  Do you recall trying to set up a pre-planning

19      meeting concerning a meeting with Pharmacia?

20   A.  I don't remember.

21   Q.  Mr. Weiland's email to you goes on to state:

22      The primary purpose for this meeting is to

23      share data with Pharmacia that might encourage

24      them to partner with us on this project.

25        Do you see that?

1    A.   Yes.

2    Q.   Do you understand this project to be ABT-594?

3    A.   I don't remember.

4    Q.   The e-mail goes onto state:  At the end of the

5        day there is no other way I am aware of to

6        broach a partnership without disclosure of the

7        technical and scientific information.  Hence,

8        unless there is something particular that we

9        should hold back in this first round, we need

10       to provide the info.  One area where I have a

11       concern is the nausea and vomiting issue.  If

12       anyone has a suggestion on how we can handle

13       that without frightening our partner it would

14       be very well received.

15          Do you see that?

16   A.   Yes.

17   Q.   What do you recall about discussions within

18       Abbott about the potential for nausea and

19       vomiting issue to potentially frighten a

20       partner on co-development of ABT-594?

21   A.   I don't recall.

22   Q.   You don't recall why it was that Mr. Weiland

23       thought the information about nausea and

24       vomiting might frighten away a potential

25       partner on ABT-594?

1          MR. PHILLIPS:  Objection to the

2      form.

3  A.  I don't know.

4  Q.  The top e-mail is an e-mail from James Sullivan

5      back to Mr. Weiland and also to you.  Do you

6      see that?

7  A.  Yes.

8  Q.  He mentions the possibility -- he says:  I

9      would suggest the agenda etc. should be limited

10      to including a preclinical profile of ABT-594

11      and a bulk of time.

12          Do you see that?

13  A.  Yes.

14  Q.  Did you participate in assembling any

15      information concerning clinical data involving

16      ABT-594 for presentation to any other

17      companies?

18  A.  I don't remember.

19  Q.  As you sit here today you have no recollection

20      of participating in such presentations, is that

21      right?

22  A.  That's correct.

23  Q.  Back in the November 2000 time frame did you

24      think that the nausea and vomiting that had

25      been observed in clinical trials of ABT-594 was

1      enough to perhaps cause a potential

2      co-development partner to shy away or refuse to

3      engage in a co-development relationship?

4   A.   No.

5   Q.   So you thought Mr. Weiland's comments about the

6      possibility of that information frightening a

7      partner was unjustified?

8   A.   Yes.

9   Q.   What do you recall from discussions on that

10      topic at that time?

11   A.   I don't recall any discussions.

12   Q.   This doesn't refresh your recollection in any

13      way about discussions with potential

14      co-development partners?

15   A.   No.

16

17            (At which time, Plaintiff's Exhibit

18            85 was marked for identification by the

19            Court Reporter.)

20

21   Q.   Dr. McCarthy would you look at Exhibit 85.

22      Please read it to yourself and tell me when

23      you're done?

24   A.   I'm done.

25   Q.   It appears to be an e-mail from you Dr.

1    A.   Yes.

2    Q.   And it's in green.  Do you see that?

3    A.   Yes.

4    Q.   And if you look at the key in the right hand

5         corner it's listed and it says green means

6         questionable viability.  Do you see that?

7    A.   Yes.

8    Q.   Do you recall learning about December of 2000

9         that Dr. Leiden was making presentations that

10        identified ABT-594 as having questionable

11        viability?

12   A.   No.

13   Q.   You don't deny you got a copy of this

14        presentation back in December of 2000?

15   A.   Other than I don't remember receiving it.

16   Q.   Would it have been significant to you in that

17        time frame to learn that Dr. Leiden -- who I

18        think was the head of pharmaceutical business

19        at Abbott, correct?

20   A.   I don't remember if that was his role at the

21        time, but it could have been.

22   Q.   I'm sorry.  He was the Chief Scientific

23        Officer, correct?

24   A.   That may have been.

25   Q.   Would it have been significant to you to learn

1      that the Chief Scientific Officer for Abbott

2      back in December 2000 was identifying ABT-594

3      as having questionable viability?

4   A.   No.

5   Q.   That wouldn't have meant anything to you?

6   A.   No.

7   Q.   We see other compounds here listed as uncertain

8      viability?

9   A.   Yes.

10  Q.   And you understand questionable viability to be

11     worse than uncertain viability?

12        MR. PHILLIPS:  Objection.  Assumes

13     facts not in the record -- object to the form.

14  A.   I don't know what these terms mean.

15  Q.   Do you recall any discussion in and around

16     December 2000 concerning Dr. Leiden's

17     presentation?

18  A.   .

19  Q.   Nothing?

20  A.   No.

21  Q.   No water cooler discussion, nothing along those

22     lines when he listed ABT-594, one of the

23     compounds you were working on, as having

24     questionable viability?

25        MR. PHILLIPS:  Object to the form.

1    A.  No.

2    Q.  Do you have any idea as why it was that Dr.

3        Leiden regarding ABT-594 said it had

4        questionable viability back in late 2000?

5            MR. PHILLIPS:  Object to the form.

6    A.  No

7

8            (At which time, Plaintiff's Exhibit

9        91 was marked for identification by the

10       Court Reporter.)

11

12   Q.  Dr. McCarthy would you look at Exhibit 92 for a

13       moment and read it to yourself and tell me

14       please when you are done?

15   A.  I'm done.

16   Q.  Have you seen this document before?

17   A.  In preparation with Mr. Phillips.

18   Q.  The very last page of Exhibit 91 is an email

19       from you to Mr. Thomas dated December 20, 2000.

20       Do you see that?

21   A.  Yes.

22   Q.  It is references n/v rate and that is a

23       reference nausea and vomiting rate?

24   A.  I believe that's correct.

25   Q.  And that's a nausea and vomiting rate for the

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1        114 study, correct?

2     A.   I assume.

3     Q.   What was it that you were looking for from

4        Mr. Thomas at that point in time?

5     A.   I don't know.

6     Q.   Why were you asking Mr. Thomas for information

7        about the nausea and vomiting rate in the 114

8        study at that point in time?

9     A.   I don't remember.

10    Q.   The first page of Exhibit 91 is an e-mail from

11       you to Mr. Thomas that says:  Thanks, I assume

12       to get the AE rates for the entire blinded

13       population I add up the N's in the columns.

14       Thus, the total N in the database below is 129

15       and there are a total of 25 nausea's (19%) and

16       10 vomitings (7.8%), and 9 ladies dancing.

17    A.   It does say that, yes.

18    Q.   What is the reference to N?

19    A.   Capital N generally refers to a sample number

20       so that's what I would infer.

21    Q.   Why was it you were interested in calculating

22       the N's for this particular study at this point

23       in time?

24    A.   I don't remember.

25    Q.   Who is Rich Manski?

1      you asked him about accessing that database?

2      A.  I don't remember.  I think at one point I asked

3          him about it and the system wasn't set up yet.

4          I can't remember.  Only vague memories of this.

5      Q.   Do you know, if anything, what you did with the

6          data you obtained from Mr. Thomas?

7      A.  No.

8      Q.  As you sit here today you don't have any

9          recollection as to why you were interested in

10         nausea and vomiting rates in the study of 114

11         in December of 2000?

12     A.  No.

13     Q.  Was that a particular area of concern for you

14         at that time?

15     A.  I don't remember if it was at that time.

16     Q.  Was it a particular area of concern for you at

17         any point in time before the data was

18         unblinded?

19     A.  Yes.

20     Q.  When did it first become a concern for you?

21     A.  I think within days of joining Abbott in the

22         first study in which nausea and vomiting was

23         first observed in the first trial of ABT-594.

24     Q.  Is there anything about the preliminary

25         results, the blinded data of the 114 trial that

1    caused you to have concern about nausea and

2    vomiting?

3    A.  Not incrementally, no.

4

5         (At which time, Plaintiff's Exhibit

6         92 was marked for identification by the

7         Court Reporter.)

8

9    Q.  Dr McCarthy would you read this document to

10    yourself please and tell me when you're done?

11    A.  I'm done.

12    Q.  Have you seen this document before?

13    A.  Yes in preparation with Mr. Phillips.

14    Q.  It appears to be two e-mails, one from you to

15    Ms. Andrea Landsberg on December 21, 2000 and

16    another one forwarding a copy of your e-mail to

17    Dr. Silber.  Do you see that?

18    A.  Yes.

19    Q.  Did you actually send these e-mails?

20    A.  I only vaguely remember.

21    Q.  Do you have any reason to doubt you sent these

22    e-mails?

23    A.  Other than I only vaguely remember.

24    Q.  The first one in time from you to

25    Ms. Landsberg -- actually let me start at the

1    top, your e-mail to Dr. Silber says:  Andrea as

2    part of the portfolio process from the other

3    day, asked that I give her an update on the

4    nausea and vomiting story.

5       What is the portfolio process that you

6    refer to?

7    A.  I don't know.

8    Q.  Then it references she asked for an update on

9    the nausea and vomiting story?

10    A.  I can only assume the question of nausea and

11    vomiting.

12    Q.  When you say the question of nausea and

13    vomiting you mean the incidence of nausea and

14    vomiting in clinical trials of ABT-594?

15    A.  Yes.

16    Q.  Including the 114 trial?

17    A.  Yes.

18    Q.  It says you told Dr. Silber:  Yesterday I sent

19    her the 833/826 rates.  Here's what I sent her

20    on 114.

21       And that's a reference to information on

22    the 114 trial?

23    A.  I assume, yes.

24    Q.  And as of December 2000 all the data on the 114

25    trial was still blinded, correct?

1    A.   Correct.

2    Q.   So what you were sending Ms. Landsberg was

3         information based on your review of the blinded

4         data, correct?

5    A.   Yes.

6    Q.   And the information you sent to her said:

7         Remember this is blinded, that means the rates

8         include data for all groups combined (so,

9         probably very low nausea and vomiting in

10        placebo and higher rates in the 300 mcg BID

11        group).

12            Did I read that correctly?

13   A.   Yes.

14   Q.   If I understand what you're saying there

15        correctly, you're saying the data was blinded

16        but based on what you could tell at that point

17        in time the data was probably such that there

18        were very low nausea and vomiting among

19        subjects who took placebo, but the rates of

20        nausea and vomiting increased and you had

21        higher rates of nausea and vomiting among

22        people who were taking 300 micrograms.  Is that

23        right?

24            MR. PHILLIPS:  Object to the form.

25   A.   That would be the hypothesis, yes.

1  Q.  That's the information you provided to Ms.

2     Landsberg at that point in time, correct?

3  A.  It appears so, yes.

4  Q.  And it says probably, so that would be what you

5     believe more likely than not in December 2000.

6     Is that correct?

7  A.  Yes.

8  Q.  At this point in time you sent this e-mail to

9     Ms. Landsberg did you think the nausea and

10    vomiting story -- strike that.

11       As of December 21 when you sent this

12    e-mail to Ms. Landsberg, is it fair to say you

13    thought the nausea and vomiting story wasn't a

14    particularly good story?  Is that fair to say?

15       MR. PHILLIPS:  Object to the form.

16  A.  No.

17  Q.  Did you think it was a good story?

18       MR. PHILLIPS:  Object to the form.

19  A.  No.

20  Q.  You thought that what you were seeing in the

21    nausea and vomiting in the 114 trial was a

22    cause of concern, correct?

23       MR. PHILLIPS:  Object to the form.

24  A.  I don't think so.

25  Q.  So when we read your e-mail to Ms. Landsberg

1    here you're not expressing any -- is it fair to

2    say you're not expressing any concern, not

3    reflecting any concern about the nausea and

4    vomiting that was being experienced in the 114

5    trial?

6         MR. PHILLIPS:  Object to the form.

7    A.  Correct.

8    Q.  Well the e-mail to Ms. Landsberg says:  This is

9    blinded.

10       By saying this is blinded, did you mean

11   that the information, when it was finally

12   unblinded, could cause you to have a different

13   conclusion than the one that you listed here?

14   A.  I don't know that I could infer that.

15   Q.  When you wrote that the database is not clean,

16   did you mean that when the database was finally

17   cleaned up after the trial had been ended that

18   you might get different data?

19   A.  Yes.

20   Q.  Did you think you might get better data, more

21   positive data?

22        MR. PHILLIPS:  Object to the form.

23   A.  No.

24   Q.  When you said:  This is the one and only

25   titration scheme we tested.  There will be

1      commercially very viable titration schemes

2      other than this one that will result in lower

3      AE rates.

4          What did you mean by that?

5   A.  I don't know.

6   Q.  Did you mean that the adverse event rates that

7      were being observed in the 114 trial probably

8      were not commercially viable, but that you

9      thought there might be other titration schemes

10     that Abbott could try that could result in more

11     commercially viable product?

12         MR. PHILLIPS:  Object to the form.

13  A.  I don't know.

14  Q.  Is that a fair inference from what is written

15     here?

16  A.  I don't think so.

17  Q.  What do you believe you meant when you wrote

18     this in December 2000, as you sit here today?

19         MR. PHILLIPS:  Object to the form.

20  A.  That if the risk/benefit, given all the data,

21     didn't suggest that better tolerability for a

22     given efficacy was desirable that we would try

23     to improve that relationship by trying other

24     titration schemes.

25  Q.  Did you believe as of December 2000 that in

1       order to come up with a commercial viable

2       product you were going to have to try a

3       different titration scheme that resulted in a

4       lower adverse event rate?

5   A.  I don't know what I thought at that time.

6   Q.  You go onto say:  This is not the rate of

7       nausea and vomiting for ABT-594 at launch.

8           Do you see that?

9   A.  Yes.

10  Q.  When you wrote this, was it your intention to

11      reassure Ms. Landsberg that you thought you

12      would likely get a lower rate of nausea and

13      vomiting from ABT-594 at the launch?

14  A.  I don't know.

15  Q.  Do you recall any discussions with

16      Ms. Landsberg about the subject matter of this

17      e-mail?

18  A.  No.

19  Q.  Do you recall any discussions with Dr. Silber

20      about the subject matter of this e-mail?

21  A.  No.

22  Q.  Do you recall Ms. Landsberg expressing concern

23      at any point in time that the nausea and

24      vomiting rates that were being observed in the

25      114 trial before that data was unblinded was

1    going to adversely impact the commercial

2    viability of ABT-594?

3    A.  No.

4    Q.  Never heard her say that?

5    A.  I don't know.

6

7         (At which time, Plaintiff's Exhibit

8         93 was marked for identification by the

9         Court Reporter.)

10

11   Q.  Dr. McCarthy would you look at Exhibit 93 and

12       tell me if you've seen this document before?

13   A.  Yes, in preparation with Mr. Phillips.

14   Q.  Did you see it before that?

15   A.  No, not that I remember.

16   Q.  This appears to be an email from you to Dr.

17       Silber attaching a Purdue presentation.  Do you

18       see that?

19   A.  Yes.

20   Q.  Where did you get the Purdue presentation back

21       in December 2000?

22   A.  I don't know.  These, generally what look like

23       power point slides, were slides used over the

24       course of years in internal Abbott discussions.

25   Q.  This one is titled Purdue presentation,

1      correct?

2    A.   Yes.

3    Q.   And if you look at the slide file name is

4      ABT-594 Purdue 12/10?

5    A.   The file name says that.  I don't know what the

6      presentation name is titled.

7    Q.   Do these slides look familiar to you?

8    A.   Yes.

9    Q.   If you take a look at the third slide under

10     ABT-594 overview?

11   A.   Yes.

12   Q.   The last line says:  Phase II-B status.  Do you

13     see that?

14   A.   Yes.

15   Q.   What information was supplied in conjunction

16     with this slide concerning Phase II-B status

17     and ABT-594?

18         MR. PHILLIPS:  Objection to the

19     form.

20   A.   I don't know.

21   Q.   Did you ever participate in any presentation

22     using these slides?

23   A.   Yes.

24   Q.   And the occasions that you participated in

25     presentations using these slides, what

1    information did you provide about the Phase

2    II-B status of ABT-594?

3    A.  I don't remember.  I guess I should clarify, I

4    mean slides as in these individual slides.  I

5    don't remember if I ever gave this particular

6    collection of slides as a presentation, yet

7    they are all familiar slides.

8    Q.  Are you familiar with an entity named Purdue

9    Pharma?

10   A.  Yes.

11   Q.  In fact they have an office here in

12   Connecticut?

13   A.  I don't know where they are located.

14   Q.  Did you meet anyone from Purdue Pharma?

15   A.  I think I have.  I don't know why I have that

16   recollection, but I think I have.

17   Q.  Have you ever had any business meetings with

18   anyone from Purdue Pharma?

19   A.  That I don't remember.

20   Q.  Do you know Mr. James Dolan from Purdue Pharma?

21   A.  No.

22   Q.  That name is not familiar to you?

23   A.  No.

24   Q.  Have you ever had any business meetings with

25   anyone at Pharmacia?

1    Q.   Do you recall when that occurred?

2    A.   No.

3    Q.   Do you recall at some point in time that Abbott

4         had cut back funding for ABT-594 to only six

5         months of activity?

6    A.   No.

7    Q.   Can you take a look at the e-mail that begins

8         at the bottom of page two in Exhibit 98 and

9         goes onto page 3.  There is another e-mail from

10        Mr. Biarnesen to Ms. Hightower dated January

11        12.

12            Do you see that?

13   A.   Yes.

14   Q.   And it says:  As per the assumption memo, we

15        are only funded for the completion of M99-114

16        and up to a go/no go decision at the end of

17        June.

18            Do you see this?

19   A.   Yes.

20   Q.   Did you learn at some point in time that Abbott

21        cut back funding for ABT-594 so it was funded

22        only for the completion of the 114 study and a

23        go/ no go decision?

24   A.   I don't remember.

25   Q.   Do you have any reason to doubt as you sit here

1    today that this information is correct?

2    A.  No, other than not remembering it, but

3    generally typical of Abbott and any company to

4    fund things to a milestone.

5

6         (At which time, Plaintiff's Exhibit

7         99 was marked for identification by the

8         Court Reporter.)

9

10   Q.  Dr. McCarthy you have what's been marked as

11   Exhibit 99.  Would you look at the document for

12   a moment and tell me if you have seen it

13   before?

14   A.  Not that I remember.

15   Q.  It's entitled Analgesia Venture 2001 plan,

16   revised 1/26/01 and addressed to you, Dr.

17   Silber, Dr. Leonard and others at Abbott.  Do

18   you see that?

19   A.  Yes.

20   Q.  Do you recall receiving financial plans for

21   ABT-594 and other compounds in the Analgesia

22   Venture?

23   A.  Yes.

24   Q.  The second page of the document makes reference

25   to the 2001 PLAN Review (Pass II).  What does

1      that mean?

2    A.  I don't know.

3    Q.  Do you recall that Abbott periodically updated

4        it's plans for spending for compounds?

5    A.  Yes.

6    Q.  Does this document reflect one of those revised

7        plans?

8          MR. PHILLIPS:  Object to the form.

9    A.  I don't know.

10   Q.  If you look at the top of the page of

11       exhibit -- I think it's the fourth page of

12       Exhibit 99, the one with the bates number that

13       ends in 3359.  It says:  ABT-594 2001 PLAN KEY

14       STATISTICS PASS II?

15   A.  Yes.

16   Q.  Does this represent the key statistics of

17       ABT-594 as of January 2001?

18          MR. PHILLIPS:  Objection, lack of

19       foundation.  Object to form.

20   A.  I don't know.

21   Q.  Under key milestones and assumptions there are

22       a number of items there and dates.  Do you see

23       that?

24   A.  Yes.

25   Q.  One of them is, for example, go, no go,

1   Q.   Why was it you held this discussion?

2   A.   I don't remember.

3   Q.   Were you instructed to hold this discussion?

4   A.   I don't remember.

5   Q.   Why was it you were focusing on titration at

6        that particular point this time?

7   A.   I don't remember at that particular point in

8        time.

9   Q.   Why were you doing it before the results of the

10       114 study had been unblinded?

11  A.   We had been talking about titration schemes

12       since the beginning of the project.

13  Q.   Was there anything about the 114 study that

14       caused you to pay more attention to titration

15       schemes?

16  A.   Not incrementally until the results were

17       available.

18  Q.   Abbott never increased it's attention to coming

19       up with a titration scheme for ABT-594 before

20       the results of the 114 study were unblinded?

21  A.   I would say in retrospect it was nearly a

22       constant level of attention throughout all of

23       the years from the very first study.

24

25                  (At which time, Plaintiff's Exhibit

1        103 was marked for identification by the

2        Court Reporter.)

3

4    Q.   Dr. McCarthy you have what's been marked as

5        Exhibit 103.  Have you seen this before?

6    A.   I don't remember if I have -- yes I have in

7        preparation with Mr. Phillips.

8    Q.   It appears to been an e-mail from you to a

9        variety of people at Abbott including Dr.

10        Silber and Ms. Verlinden and others concerning

11        a strategy for ABT-594 NNR tolerability.  Do

12        you see that?

13    A.   Yes.

14    Q.   You would agree with me that as of February of

15        2001 Abbott was increasing in it's trying to

16        address tolerability issues associated with NNR

17        and ABT-594?

18    A.   Again I don't know if I would say increase.

19    Q.   Well the first paragraph of this email says:

20        Please note the scientific strategy for ABT-594

21        NNR tolerability meeting to take place

22        tomorrow.  This meeting is a follow on to the

23        Leiden review in which a recommendation was

24        heard for a comprehensive strategy to address

25        tolerability issues related to NNR's for pain,

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1        including ABT-594's and follow-ons.

2            Do you see that?

3    A.   Yes.

4    Q.   Prior to the time you sent this e-mail out did

5        Abbott have a comprehensive strategy to address

6        tolerability with issues associated with NNR's

7        and ABT-594?

8            MR. PHILLIPS:  Objection to the

9        form.

10   A.   I don't know how to define comprehensive

11       strategy in this case.

12   Q.   Your e-mail seems to indicate that you're going

13       to be trying to come up with a comprehensive

14       strategy to address tolerability issues

15       associated with ABT-594 and NNR's.

16           Do you see that?

17   A.   Yes.

18   Q.   Would you be trying to put together such a

19       comprehensive strategy in February of 2001 if

20       you already had one?

21           MR. PHILLIPS:  Objection to the

22       form.

23   A.   No.

24   Q.   Is that something Dr. Leiden asked you to do?

25           MR. PHILLIPS:  Object to the form.

1    A.  I don't know.

2    Q.  That would appear to be what's indicated in the

3        email, you would agree with me on that point?

4            MR. PHILLIPS:  Objection to the

5        form.

6    A.  Yes.

7    Q.  Do you know why it was that Dr. Leiden thought

8        it necessary in February of 2001 for Abbott to

9        put together a comprehensive strategy to

10       address tolerability issues associated with

11       ABT-594 and other NNR's?

12           MR. PHILLIPS:  Object to the form,

13       assumes facts not in the record.

14   A.  I don't know.

15   Q.  Dr. McCarthy, is it fair to say when you wrote

16       emails to your compatriots back in the February

17       2001 time frame, you tried to include what you

18       understood to be accurate information?

19   A.  I would assume.

20   Q.  So you wouldn't say in this e-mail that in a

21       follow on review with Dr. Leiden there was a

22       recommendation made for Abbott to come up with

23       a comprehensive strategy to address

24       tolerability issues related to NNR's for pain

25       including ABT-594 unless that was true, right?

1        MR. PHILLIPS:  Object to the form.

2    A.   Yes.

3    Q.   Had you ever had ABT-594 NNR tolerability

4        meetings prior to February 2001?

5    A.   I don't know about meetings.  Discussions, yes.

6    Q.   Had you ever had meetings specific to

7        tolerability issues involving ABT-594 and NNR's

8        specifically?

9    A.   I believe so.

10   Q.   So the ABT-594 NNR tolerability meeting that's

11       referenced in this email was not the first such

12       meeting?

13   A.   On that topic, no.

14   Q.   How frequently had Abbott had meetings focused

15       on tolerability of ABT-594 prior to February

16       2001?

17        MR. PHILLIPS:  Object to the form.

18   A.   I don't know.

19   Q.   Do you recall any such meetings?

20   A.   Not particularly.

21   Q.   What occurred at this meeting?

22   A.   I don't remember.

23   Q.   Who is Howard Cheskin?

24   A.   He was an employee with an expertise in

25       formulations.

1    brochure gives little technical detail.

2        Do you see that?

3    A.  Yes.

4    Q.  What investigator brochure is Dr. Andrews

5        referring to there?

6            MR. PHILLIPS:  Objection to the

7        form.

8    A.  I don't know.  I can only infer it's ABT-594

9        investigators brochure.

10   Q.  What is an investigator brochure?

11   A.  It's a document that summarizes in particular

12       the safety and pre-existing clinical data on a

13       compound for use for investigators and IRD's in

14       investigating the appropriateness of a clinical

15       trial and authorizing a study to take place at

16       a given site.

17   Q.  Was there anyone at the meeting with Dr.

18       Andrews who was there to provide information

19       about the ongoing 114 study?

20   A.  I don't remember.

21

22            (At which time, Plaintiff's Exhibit

23        107 was marked for identification by the

24        Court Reporter.)

25

1   Q.   Dr. McCarthy, you have Exhibit 107.  Have you

2        seen this document before?

3   A.   I don't recall it.

4   Q.   It appears to be a string of e-mails, one from

5        a Mr. James Dolan@Pharma.com but appears to be

6        from Purdue Pharma to Mr. Weiland and then Mr.

7        Weiland back to Mr. Dolan and Dr. Silber

8        forwarding the string of emails on to you among

9        others at Abbott.

10           Do you see that?

11  A.   Yes.

12  Q.   Do you have a recollection of receiving the

13       e-mails in early March 2001?

14  A.   No.

15  Q.   On the bottom of page 1 and to the top of page

16       2 page, Mr. Dolan's email of March 6, 2001,

17       this states among other things:  Purdue would

18       not be able to commit to any commercial terms

19       now before the M99-114 data were available.

20           Do you see that?

21  A.   Yes.

22  Q.   Was any data regarding the 114 study shared

23       with representatives of Purdue before that data

24       was unblinded?

25           MR. PHILLIPS:  Object to the form.

1    A.   I don't know.

2    Q.   Do you know after the data was unblinded

3        whether any of it was shared with

4        representatives of Purdue Pharma?

5    A.   Not to my knowledge.

6    Q.   Do you recall learning in 2001 Purdue Pharma

7        would not move forward with any discussions to

8        co-develop or partner on ABT-594 before the 114

9        data was unblinded?

10   A.   I don't remember.

11   Q.   Do you recall any discussions with anyone at

12       Abbott on this topic?

13   A.   No.

14           MR. DAVIS:  While don't we go off

15       the record for a moment.

16

17           (At which time, there was a short

18       recess taken by the parties.)

19

20           (At which time, Plaintiff's Exhibit

21       108 was marked for identification by the Court

22       Reporter.)

23

24   BY MR. DAVIS:

25   Q.   Dr. McCarthy you have what's been marked

1    terminate.  Do you see that?

2    A.  Yes.

3    Q.  Were you aware that in early March 2001 Abbott

4        management regarded ABT-594 as a probable

5        terminate?

6            MR. PHILLIPS:  Object to the form.

7    A.  No.

8    Q.  You didn't hear that at all in March 2001 time

9        frame?

10    A.  No.

11

12            (At which time, a discussion was

13        held off the record.)

14

15

16            (At which time, Plaintiff's Exhibit

17        111 was marked for identification by the

18        Court Reporter.)

19

20    BY MR. DAVIS:

21    Q.  Dr. McCarthy you have Exhibit 111 in front of

22        you.  Have you seen this document before?

23    A.  Yes -- well at least something that looks

24        familiar to this or similar to this in

25        preparation with Mr. Phillips.

1       112 was marked for identification by the

2          Court Reporter.)

3    Q.  Dr. McCarthy, as you sit here today do you have

4        a greater recollection of the presentation that

5        was made by Dr. Andrews or the discussion at

6        that presentation than you had when we last

7        met?

8    A.  No, other than a vivid recollection of the room

9        we were actually in, which remains intact and

10       that the presentation lodged in my memory is a

11       highly generic one in that it was somewhat

12       disappointing in that it was not very helpful

13       for us.

14   Q.  You have in front of you Exhibit 112.  Have you

15       seen this document before?

16   A.  Not that I remember -- I don't remember seeing

17       it before.

18   Q.  Would you take a moment and read it and tell me

19       when you're done?

20   A.  I'm done.

21   Q.  Do you recall -- let me go back for a moment.

22       Who is Judith Brownell, if you know?

23   A.  I don't know her.

24   Q.  Do you know Susan Nunn?

25   A.  Yes, I think she was part of the data

1       Do you know of anyone who was pushing to

2       break the blind on the 114 study back in March

3       of 2001?

4    A.   Generally everyone is looking for the blind to

5       be broken as soon as possible, so probably

6       myself and everyone on the team was trying to

7       do it as quickly as possible.

8    Q.   Why was there -- the blind was going to be

9       broke at sometime in May or April, is that

10      right?

11   A.   I don't remember the timing.

12   Q.   Why were people trying to push up the blind?

13      What was the hurry?

14   A.   Nothing specific to this project, across the

15      entire industry the sooner you know your

16      information, the sooner you can take action on

17      it

18

19          (At which time, Plaintiff's Exhibit

20          113 was marked for identification by the

21          Court Reporter.)

22

23   Q.   Dr McCarthy you have Exhibit 113 which appears

24      to be some e-mails including one from doctor

25      Leonard to Ms. Verlinden and from Ms. Verlinden

1       to you.  Is she a physician?

2       A.   No she's a Ph.D and a PharmD, I think.

3       Q.   The e-mail she wrote to you on May 8, 2001, do

4       you recall seeing this e-mail?

5       A.  I don't.

6       Q.   It's references 594 and she says:  Dear all,

7       John has asked me to take on a role that is a

8       little more active and involved than I had

9       intended with regard to the design plan for

10      ABT-594.

11          Do you see that?

12            MR. PHILLIPS:  I believe you said

13      the design plan, but it is to designing the

14      plan.

15            MR. DAVIS:  I'm sorry.

16      Q.   Let me reread it.  It says:  John has asked me

17      to take on a role that is a little more active

18      and involved than I had intended with regard to

19      designing the plans for ABT-594.

20          Did I read that correctly this time?

21      A.   Yes.

22      Q.   Do you recall Ms. Verlinden taking on that role

23      at that time?

24      A.   No.

25      Q.   Later on in the same paragraph she says:  As

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1      you can see the compound has not been given up

2      on, but on the other hand it does not seem like

3      there is money available for it at this time.

4          Do you see that?

5    A.   Yes.

6    Q.   Did you understand that there was no funding

7      available for ABT-594 in May 2001?

8    A.   I don't remember.

9    Q.   And then in the next paragraph the next to last

10     line says:  The issue we need to get to is we

11     want to obtain efficacy of three hundred

12     micrograms BID or better, but need to get

13     around the nausea and vomiting and hence the

14     horrendous dropout rates.

15         Did you agree with Ms. Verlinden's at that

16     time that the dropout rates experienced in the

17     114 study were horrific?

18   A.   I don't know what I thought at that time.

19   Q.   But you don't doubt that's what she's referring

20     to as horrendous dropout rates in the 114

21     study?

22         MR. PHILLIPS:  Objection to the

23     form.

24   A.   I'm not sure what she's referring to.

25   Q.   At this point in time in early May 2001 results

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1        of the 114 had been unblinded, correct?

2    A.  I had forgotten the precise timing.

3    Q.  We see that the e-mail from Dr. Leonard to

4        Ms. Verlinden dated 5/5/01.  It says:  I

5        briefly mentioned to the Ex Comm and showed to

6        Jeff the results from the Phase II study.

7            Do you see that?

8    A.  Yes.

9    Q.  Was there any other Phase II studies that had

10       results released in or around May 2001?

11   A.  No.

12   Q.  So that was the 114 study?

13   A.  Yes.

14

15           (At which time, Plaintiff's Exhibit

16           114 was marked for identification by the

17           Court Reporter.)

18

19   Q.  Dr. McCarthy you have Exhibit 114 in front of

20       you?

21   A.  Yes.

22   Q.  It appears to be an e-mail from you to

23       Ms. Verlinden dated May 21, 2001.  Do you see

24       that?

25   A.  Yes.

1    and kept them in my office and almost certainly

2    they would have been -- I don't know what

3    happened to them after I left.

4    Q.  Did you ever discuss with any of these advisors

5    the 114 trial before the data from the trial

6    was unblinded?

7    A.  Probably.  Almost certainly several of them

8    helped in designing the trial and writing the

9    protocol.

10   Q.  Did you ever discuss with them the results of

11   the trial before the data was unblinded?

12   A.  I don't know.

13   Q.  These advisors were paid for their time?

14   A.  Yes.

15

16          (At which time, Plaintiff's Exhibit

17          115 was marked for identification by the

18          Court Reporter.)

19

20   Q.  Dr. McCarthy you have what's been marked as

21   Exhibit 115.  Can you identify this document

22   for me?

23   A.  It looks again like many of the slides that

24   were frequently used to describe 594 but it

25   looks like -- at one point I generally

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1       remembered a proposal to try and further

2       explore 594's potential after we had the 114

3       results.  This may have been some presentation

4       or some background material related to that.

5   Q.  Why did you think it -- strike that -- did you

6       participate in the preparation of these slide

7       materials?

8   A.  Almost certainly.  I probably created these.

9   Q.  And these are in September 2001?

10  A.  Yes.

11  Q.  Why at that time did you think Abbott should

12      consider conducting another Phase II-B study of

13      ABT-594?

14  A.  I don't remember what the rationale at that

15      time was.

16  Q.  Had the Phase II-B study, the 114 study

17      determined the maximum tolerated dose for

18      ABT-594?

19  A.  I think the collection of studies over the

20      years determined what the maximum tolerated

21      dose was.

22  Q.  What was the maximum tolerated dose for

23      ABT-594?

24  A.  I don't know to be honest.  I've forgotten what

25      that would probably best be described as for

1    594.

2  Q.  That was the purpose of the study to determine

3    the maximum dose?

4  A.  No, not per se.

5  Q.  Is that not the reason why they did the dose

6    ranging study?

7  A.  Maximum tolerated dose is generally -- really

8    is often something that's determined from the

9    earliest studies and has kind of a very very

10    narrow meaning of a dose at which a small

11    number of people just can't take a drug.  At

12    later points like in the 114 study it's really

13    more about risk/benefit than maximum tolerated

14    dose.

15

16         (At which time, Plaintiff's Exhibit

17         116 was marked for identification by the

18         Court Reporter.)

19

20  Q.  Dr. McCarthy you've been handed what's been

21    marked Exhibit 116.  The top e-mail is from, I

22    believe Mr. Biarnesen to you among others at

23    Abbott dated October 24, 2001.

24      Do you see that?

25  A.  Yes.

1    Q.   And then the top e-mail says:  In a meeting

2         with Discovery, Commercial, Business

3         development, and the Venture, it was concluded

4         that ABT-594 will be a candidate for

5         out-licensing.

6             Do you see that?

7    A.   Yes.

8    Q.   Did you participate in that discussion?

9    A.   I don't remember

10

11            (At which time, Plaintiff's Exhibit

12            117 was marked for identification by the

13            Court Reporter.)

14

15   Q.   Looking again at Exhibit 116 do you have any

16        reason to doubt you received this e-mail in

17        October 2001?

18   A.   No.

19   Q.   In looking at Exhibit 117 would you read that

20        to yourself for a moment and tell me when

21        you're done?

22   A.   I'm done.

23   Q.   Who is Rene Allard?

24   A.   I don't know.

25   Q.   It appears to an inquiry you received -- or

1    Q.  So it wasn't quite accurate to say it was in

2        phase II at that time.  Development had been

3        stopped, right?

4            MR. PHILLIPS:  Object to the form.

5    A.  I don't know what I was trying to convey about

6        phase II.  It might have been that in an

7        overall scheme that was it's point of

8        development

9

10           (At which time, Plaintiff's Exhibit

11           118 was marked for identification by the

12           Court Reporter.)

13

14   Q.  Dr. McCarthy you have Exhibit 118.  Would you

15       read the first e-mail from you to Ms. Verlinden

16       dated June 27, 2002 to yourself and tell me

17       when you're done?

18   A.  I'm done.

19   Q.  The e-mail from you to Ms. Verlinden had to do

20       with your goals for the upcoming year, correct?

21   A.  It appears to be.

22   Q.  And under the section New Goals there's a

23       reference to 594.  Do you see that?

24   A.  Yes.

25   Q.  And you were telling Ms. Verlinden that one of

McCarthy, Bruce Gerald (Linked)   03/16/2007  9:14:00 AM

1      the upcoming goals was no longer applicable and

2      that was outlicensing of ABT-594.  Do you see

3      that?

4   A.   Yes.

5   Q.   And you state:  I'm in the process of verifying

6      that Dan Norbeck blocked the outlicense of 594.

7         What did you mean?

8   A.   I don't know.

9   Q.   At some point in time did you learn that

10      Mr. Norbeck had somehow blocked outlicensing of

11      ABT-594?

12   A.   I may have, I don't remember.

13   Q.   You have no recollection of that as you sit

14      here today?

15   A.   No.

16   Q.   Do you have a recollection of learning someone

17      within Abbott had blocked the outlicensing of

18      ABT-594?

19   A.   No.

20   Q.   Do you know why anyone would block the

21      outlicensing of ABT-594?

22         MR. PHILLIPS:  Object to the form.

23   A.   No.

24   Q.   Did you in fact verify that Mr. Norbeck had

25      blocked the outlicensing of ABT-594?

1   A.  No.

2   Q.  Recall discussions with anyone at Abbott about

3       someone, Mr. Norbeck included, blocking the

4       outlicensing of ABT-594?

5   A.  No

6

7            (At which time, Plaintiff's Exhibit

8        119 was marked for identification by the

9        Court Reporter.)

10

11  Q.  Dr. McCarthy you have in front of you Exhibit

12      119.  Can you identify this document for me?

13  A.  No.

14  Q.  Have you ever -- or did you ever see documents

15      like this when you worked at Abbott?

16  A.  Not that I remember.

17  Q.  Did you participate in a probability assessment

18      pertaining to ABT-594?

19  A.  Yes.

20  Q.  Do you recall when you did that?

21  A.  No.

22  Q.  Did you do it before ABT-594 development was

23      discontinued?

24  A.  Yes.

25  Q.  Did you do it back in the 2000 time frame?

McCarthy, Bruce Gerald (Linked)  03/16/2007  9:14:00 AM

1    A.   I don't remember in 2000, per se.

2    Q.   Do you recall providing your own assessment of

3         the probability of success of ABT-594?

4    A.   I don't recall.

5    Q.   When you participated in the process to come up

6         with a probability assessment for ABT-594 who

7         else assisted in that process?

8    A.   At times the DSG group.  That's the only

9         specific team I can think of.

10   Q.   There are references to Chris and Bruce in this

11        document?

12   A.   Yes.

13   Q.   Is that a reference to Dr. Silber and you?

14   A.   I believe so.

15   Q.   Do you recall, while the 114 trial was still

16        underway, noting that SE's while apparent still

17        wouldn't stop the trial, however there was

18        significant drop outs still occurring.

19        Do you remember this?

20   A.   I don't remember this.

21   Q.   Do you recall discussing preliminary results of

22        the 114 trial in the course of a probability

23        assessment for ABT-594?

24   A.   No.

25   Q.   Was the probability assessment that you

# McCarthy Deposition Exhibit 3

# P's Exhibit BT

**ABBOTT**

**Pharmaceutical Products Division**

| | | | |
|---|---|---|---|
| Bruce McCarthy, M.D. | D-48Q, AP34 | Tel: | (847) 935-6244 |
| Associate Medical Director | 200 Abbott Park Road | Fax: | (847) 938-5258 |
| Analgesia Venture | Abbott Park, Illinois 60064-3537 | | |

March 12, 1999

Michael Meyer, Ph.D.
Cholinergic Modulation
Department: 47W
Building: AP10

Dear Michael,

Enclosed is a copy of the packet sent to the advisors, who are attending the ABT-594 European Advisory Meeting. It includes an ABT-594 Overview, Meeting Goals, Issues to Prepare, an agenda, the ABT-594 Investigator Brochure (not included for Abbott attendees) and abstracts of two clinical trial protocols.

Please note that we will not be discussing the specific results of the molar extraction trial with the advisors. Instead, the advisors have several drug profiles to consider as the basis for discussions. While ABT-594 has attributes that must be considered in the design of a coherent development program, I believe the advisors may focus unnecessarily on ABT-594's performance in the molar extraction trial. As a result, we may lose some valuable understanding of analgesic drug development in Europe that may be applicable for follow-on compounds (such as ABT-259) or other classes of drugs (adenosine kinase inhibitors).

I will offer that a molar extraction trial has recently been completed, but the data is not yet available. Profile B in the enclosure, however, includes the major results of the molar extraction study.

Please come to the meeting armed with all your questions. I want everyone to leave the meeting satisfied!

Sincerely,

Bruce G. McCarthy, M.D.
Associate Medical Director

BGM/ckk

encl

EXHIBIT
McCarthy
3
9-29-06 ab

HIGHLY
CONFIDENTIAL        ABBT 0024357

March 12, 1999

# ABT-594 Overview

## Status and future of ABT-594

### Phase I

Phase I studies started in July, 1997. Several Phase I trials have been conducted to assess pharmacokinetics, bioavailability and tolerability. The major finding of these studies is that nausea, vomiting and dizziness are the primary dose-limiting adverse events. They become most apparent at doses of 100 µg or higher. Patients who have eaten a meal prior to dosing have improved GI tolerability; this effect is not related to altered pharmacokinetics (PK is similar in fed and fasted states). The maximally tolerated dose is somewhere slightly above 100 µg for fasted patients and 150 µg for fed patients. Phase I trials have been conducted using two different formulations: a solution and a soft elastic capsule.

### Phase II

Pre-clinical experiments suggested ABT-594 is efficacious in a variety of pain states (including acute and chronic nociceptive, and neuropathic pain). In order to bridge pre-clinical and clinical experiments, three key clinical states have been targeted: pain after molar extraction, pain associated with osteoarthritis of the knee, and pain associated with peripheral neuropathy. The trial in molar extraction was recently completed and the trials in osteoarthritis of the knee and in neuropathic pain are ongoing. The molar extraction study was of standard design and used a single dose of a solution (either 25, 50, 75 or 100 µg) after moderate or severe pain developed. The osteoarthritis and neuropathic pain trials are of short duration (3 weeks) and use twice-daily dosing regimens of a soft elastic capsule (25, 50, 75 µg BID). Portions of these protocols are in this enclosure.

### Phase III

Phase III will be initiated depending upon the results of the Phase II program. Specifically, Phase III will include osteoarthritis and/or neuropathic pain if ABT-594 is efficacious in Phase II. Trial designs (used in Phase II) will need to be modified for Phase III (e.g. duration of osteoarthritis studies will be longer). In the United States, the target indications would be for the treatment of pain associated with osteoarthritis and for the treatment of neuropathic pain.

## Product Profiles

The profile of ABT-594 will be better defined by data from the molar extraction, osteoarthritis and neuropathic pain trials. Until those data are available, please consider the following possible profiles of ABT-594 as the basis of discussion:

### Profile A

In molar extraction, ABT-594 has onset (significant difference from placebo) by 15-30 minutes and is comparable to ibuprofen 400 mg (ibuprofen 400 mg is the gold standard in this model). The osteoarthritis Phase II study suggests that ABT-594 will have equal or better efficacy than the

HIGHLY
CONFIDENTIAL                ABBT 0024363

gold standard treatment for pain associated with osteoarthritis. In the neuropathic pain Phase II study, ABT-594 is not different than placebo.

**Profile B**

In molar extraction, ABT-594 has onset (significant difference from placebo) at two hours and is effective (different than placebo). In osteoarthritis, the phase II study suggests that ABT-594 will have equal or better efficacy than the gold standard treatment for osteoarthritis pain. In the neuropathic pain Phase II study, ABT-594 is significantly better than placebo.

In addition, please consider an additional drug profile. Abbott is developing other novel classes of analgesic drugs. This profile includes the added property of anti-inflammation. The drug (drug X), exerts its analgesic and anti-inflammatory activities through adenosine kinase inhibition.

**Profile C**

In molar extraction, the drug X has onset (significant difference from placebo) by 15-30 minutes and is comparable to ibuprofen 400 mg (ibuprofen 400 mg is the gold standard in this model). In osteoarthritis, drug X has equal or better efficacy than the gold standard treatment for osteoarthritis pain. It is ineffective for neuropathic pain. In addition, drug X provides anti-inflammatory activity similar to high dose naproxen.

HIGHLY
CONFIDENTIAL     ABBT 0024364



Abbott Laboratories European Development Advisory Board Meeting
Sheraton Hotel
Amsterdam, Netherlands
March 22 and 23, 1999

## Agenda

*Most sessions begin with a brief advisor presentation followed by a discussion. The basis for the advisor presentation can be found in the Issues To Prepare document.*

### Monday, March 22, 1999

| | |
|---|---|
| 11.00 - 12.00 | Lunch - Voyager Restaurant |
| 12.00 - 12.15 | Introduction |
| 12.15 - 15.00 | Current Treatment Practices in Europe |
| |     Neuropathic Pain - |
| |         Dr. Martin Koltzenburg |
| |     Osteoarthritis Pain - |
| |         Prof. Dr. Leo Van de Putte |
| |     Other Pain Types - |
| |         Advisor Presentations |
| 15.00 - 15.15 | Break |
| 15.15 - 16.15 | Experimental Medicine |
| |     Implications of ABT-594's Pharmacology in the Selection of Pain Types to Study in Clinical Trials |
| |         Prof. Dr. Walter Zieglgänsberger |
| |     Implications of ABT-594's Pharmacology for Other Non-pain Disorders |
| 16.15 - 17.00 | Adenosine Kinase Inhibition |
| |         Elizabeth Kowaluk, Ph.D., Abbott Discovery |
| ~~18.30~~ 7:00 PM. | Reconvene in hotel lobby for shuttle pick-up |
| |     Dinner at the Excelsior Restaurant in Hotel De L'Europe |

### Tuesday, March 23, 1999

| | |
|---|---|
| 7.00 - 8.00 | Breakfast - Voyager Restaurant |
| 8.00 - 8.15 | Introduction |
| 8.15 - 9.15 | ABT-594 Overview |
| |     Michael Meyer, Ph.D. |
| |     Bruce McCarthy, M.D. |
| |     Laura Robinson, M.B.A. |
| 9.15 - 10.30 | Osteoarthritis Pain Trial Design |
| |     Prof. Dr. Leo Van de Putte |
| |     Prof. George Nuki |
| 10.30 - 10.45 | Break |
| 10.45 - 12.00 | Neuropathic Pain Trial Design |
| |     Dr. Martin Koltzenburg |
| 12.00 - 13.00 | Lunch - Voyager Restaurant |
| 13.00 - 15.00 | European Development Strategy: Coordinating Clinical Development, Regulatory and Commercial Issues |
| |     Advisor Presentations of Issues #5 and #6 |
| 15.00 - 15.15 | Break |
| 15.15 - 17.00 | European Development Strategy, Continued |

HIGHLY
CONFIDENTIAL

ABBT 0024365

Abbott Laboratories European Development Advisory Board
Sheraton Hotel & Convention Center
Amsterdam, Netherlands
March 22 and 23, 1999

Abbott Invitees:

Vicky Blakesley, M.D.
Abbott International

Gordon Boyd, M.D.
Abbott International
Berkshire, UK

James Doran, M.B.A.
New Product Development

Rita Driscoll, M.D.
Analgesia Venture

Ruza Filipovic-Miler, M.D.
Abbott GmbH
Wiesbaden, Germany

James Gorman, M.D.
Abbott International

Olga Jasinksky, M.B.A.
Analgesia Venture

Elizabeth Kowaluk, Ph.D.
Neurological and Urological Diseases
Research (NUDR)

Nigel Livesey, M.D.
Abbott International

Bruce McCarthy, M.D.
Analgesia Venture

Michael Meyer, Ph.D.
Cholinergic Modulation

Laura Robinson, M.B.A.
Abbott International

David Ross, PharmD., M.B.A.
Regulatory Affairs

Christopher Silber, M.D.
Analgesia Venture

Sunil Soni, M.D.
Abbott International
Berkshire, UK

James Sullivan, Ph.D.
Neurological and Urological
Diseases Research (NUDR)

Michael Williams, Ph.D., D.Sc.
Neurological and Urological
Diseases Research (NUDR)

HIGHLY
CONFIDENTIAL          ABBT 0024366

March 12, 1999

## Meeting Goals

Our primary goals for the Advisory Meeting are as follows:

Understand the current practice of the treatment of pain in its various presentations (especially in osteoarthritis and neuropathic pain).
> Understand how practice varies by country, region, and setting (hospital, office, specialist, generalist).
> Understand how current drugs are used and problems associated with them.
> Understand how currently available drugs are priced and how price and reimbursement affects treatment decisions.

Understand the unmet needs in the treatment of pain.

Understand the study design for Phase III analgesic trials (especially in osteoarthritis and neuropathic pain).

Understand the regulatory issues associated with analgesic drug approval.
> Understand the types of indications possible (for the treatment of pain, for the treatment of osteoarthritis pain/neuropathic pain, etc.).
> Understand the best choice of target indications such that the drug is available to the most people for whom it may provide benefit as soon as possible (development strategy).
> Understand specific regulatory requirements to achieve a specific claim (especially osteoarthritis and neuropathic pain).
> Understand pharmacoeconomic studies required for approval and pricing.

Understand implications of ABT-594's pharmacology on rational clinical development.

Understand implications of adenosine kinase inhibition as a mechanism of analgesia.

HIGHLY
CONFIDENTIAL        ABBT 0024367

March 12, 1999

## Issues to Prepare

Please come to the meeting prepared to give a 3-5 minute presentation on the following topics. Most sessions (see Agenda) will begin with an advisor presentation as a starting point for discussion.

1.  If you regularly treat neuropathic pain, discuss your approach to and treatment of neuropathic pain. What are the types of neuropathic pain? What prescription and non-prescription treatments are available? Who treats these patients (specialists, generalists)? What is the gold standard therapy for various types of neuropathic pain? What represents a significant improvement in safety and efficacy vs. gold standard therapy to change from the gold standard therapy?

2   If you regularly treat osteoarthritis pain, discuss your approach to and the treatment of osteoarthritis pain (knee, hip). What prescription and non-prescription treatments are available? Who treats these patients (specialists, generalists)? What is the gold standard therapy for osteoarthritis pain? What represents a significant improvement in safety and efficacy vs. gold standard therapy to change from the gold standard therapy?

3.  Choose an additional pain state that you treat regularly (e.g. post-operative pain, dysmenorrhea, lower back pain) and discuss your approach and treatment of it (as in questions 1 and 2).

4.  Discuss future drugs (currently not available, but will be available within five years) that could change your answers for 1, 2, and 3.

5.  If you were developing ABT-594, which pain states would you study in clinical trials? Why? Will the pain states you choose result in the approval of ABT-594 such that it will be available to the most people for whom the drug may benefit as soon as possible?

6.  Review the pain states you chose in question five. Choose one and describe the key elements of a study of that pain state: study design, population to study, instruments/scales, endpoints, duration, comparators.

## The following question was addressed to Prof. Nuki and Prof. Van de Putte only
7.  Describe the key elements of a study of pain associated with knee OA (and hip OA): study design, population to study, instruments/scales, endpoints, duration, comparators.

## The following questions were addressed to Dr. Koltzenburg only
7.  Describe the key elements of a study of pain associated with distal symmetric polyneuropathies: study design, population to study, instruments/scales, endpoints, duration, comparators.

8.  What other neuropathic pain states would you study? Why? Describe study designs to evaluate ABT-594 in these other neuropathic pain types.

## The following question was addressed to Prof. Zieglgänsberger
7.  Based on pre-clinical data, in which clinical pain states is ABT-594 likely to be effective? Why?

HIGHLY
CONFIDENTIAL                ABBT 0024368

Abbott Laboratories European Development Advisory Board
Sheraton Hotel & Convention Center
Amsterdam, Netherlands
March 22 and 23, 1999

Invitations Sent To:

Professor François Boureau
Hospital Saint-Antoine
Paris, France

✓ Professor Marcel Chauvin
Hospital Ambroise Parè
Boulogne, France

Professor Paul Dieppe
University of Bristol
Bristol, UK

Professor Maximie Dougados
Hospital Cochin
Paris, France

✓ Professor Maria Adele Giamberardino
University of Chieti
Chieti, Italy

Professor Magdi Hanna
King's Healthcare
London, UK

Professor Troels S. Jensen
Aarhus University Hospital
Aarhus C, Denmark

✓ Professor Eija Kalso
Helsinki University Central Hospital
Helsinki, Finland

✓ Professor Martin Koltzenburg
University of Würzburg
Würzburg, Germany

Professor Klaus A. Lehmann
University of Cologne
Cologne, Germany

Professor Henry McQuay
Churchill Hospital
Oxford, UK

Professor Luis Miguel Torres Morera
Anestesia Reanimación y
Tratamiento del Dolor
Jefe de Servicio
Cádiz, Spain

✓ Professor Leo Van de Putte
University Hospital Nijmegen
Nijmegen, Netherlands

Professor Leonardo Vecchiet
Semeiotica Medica
Chiet Scalo (CH), Italy

✓ Professor Walter Zieglgänsberger
Max Planck Institute of Psychiatry
München, Germany

HIGHLY
CONFIDENTIAL

ABBT 0024369

# McCarthy Deposition Exhibit 6

# P's Exhibit BV

# Part 1

# ABT-594 DEVELOPMENT PLAN



June, 1999





CONFIDENTIAL     ABBT 0018986



CONFIDENTIAL    ABBT 0018987



CONFIDENTIAL

ABBT 0018988



# ABT-594

# EXECUTIVE SUMMARY

**June, 1999**

CONFIDENTIAL        ABBT 0018989

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          i

# Table of Contents

|  |  |  | | Page |
|---|---|---|---|---|
| A. | Executive Summary | | | 1 |
|  | A.1 | Introduction | | 1 |
|  |  | A.1.1 | The Disease Class | 1 |
|  |  | A.1.2 | Drug Class and Pharmacological Characteristics | 1 |
|  | A.2 | Commercial | | 3 |
|  |  | A.2.1 | ABT-594 Target Profile – Indication | 3 |
|  |  | A.2.2 | Forecast | 4 |
|  | A.3 | Clinical Development | | 6 |
|  |  | A.3.1 | Ongoing and Proposed Phase II, III and IIIb Clinical Studies | 6 |
|  |  | A.3.2 | Cost Through NDA | 7 |
|  |  | A.3.3 | Development Milestones | 8 |

CONFIDENTIAL          ABBT 0018990

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                              1

## A.  EXECUTIVE SUMMARY

### A.1    Introduction

### A.1.1  The Disease Class

Pain is the most common symptom of disease and the most frequent complaint with
which patients present to physicians.  The economic burden of pain in the United States
is estimated at $100 billion a year in direct and indirect costs.  Approximately 95 MM
Americans per year receive drug therapy for pain, which represents about 50% of those
who suffer from pain.  Despite its prevalence, pain is often inadequately managed.  There
have been few major advances in pain therapy over the last several decades, and pain
management continues to rely on nonsteroidal anti-inflammatory drugs (NSAIDs),
acetaminophen, opioids and certain adjuvant analgesics.

In the last five to ten years, advances in neurobiology and the development of more
sophisticated animal models of clinical pain have led to a paradigm shift in the
understanding of pain mechanisms.  Not all pain states are the same, and different
mechanisms may contribute to pain caused by non-injurious stimuli (acute nociceptive
pain), by tissue injury (inflammatory pain) and by nerve injury (neuropathic pain).
Tissue and nerve injury induce changes in pain pathways in the nervous system, resulting
in altered processing of noxious and non-noxious sensory information, and reveal
molecular targets which may not be involved in the processing of sensory information
from healthy tissue.

### A.1.2   Drug Class and Pharmacological Characteristics

ABT-594 is a non-opioid, non-NSAID analgesic that is 30- to 100-fold more potent
and equally efficacious to morphine in treating moderate to severe pain in several
well-characterized animal models of nociception.  ABT-594 is anticipated to be effective
for the treatment of both acute and neuropathic pain. The preclinical side-effect and
dependence liability profile of ABT-594 is superior to that of morphine.
Mechanistically, ABT-594 is a potent and selective cholinergic channel modulator
(ChCM) with high oral bioavailability in rat, dog, and monkey.

CONFIDENTIAL INFORMATION          **CONFIDENTIAL**       ABBT 0018991
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                2

ABT-594 rapidly distributes to the brain following systemic administration and, like
morphine, can work at multiple levels in the central and peripheral nervous systems to
modulate pain perception. *In vitro* and *in vivo* studies show that the antinociceptive
actions of ABT-594 are blocked by nicotinic acetylcholine receptor (nAChR)
antagonists, but not by opioid receptor antagonists supporting a mechanism of action that
involves nAChR modulation.

ABT-594 produces antinociceptive effects by interacting at both central and peripheral
nAChRs. Injections of ABT-594 into brain at doses 1000-fold lower than given
peripherally produce marked antinociceptive activity, indicating that ABT-594 can also
activate descending pathways from the CNS to modulate pain processing. It also inhibits
the release of the primary nociceptive transmitters, substance P and calcitonin gene
related peptide (CGRP) *in vitro*, at the level of the dorsal horn of the spinal cord
suggesting that ABT-594 can attenuate mechanisms leading to neurogenic inflammation,
central sensitization and consolidation of pain-mediated neuronal changes. ABT-594
also selectively prevents the activation of dorsal horn neuron responses to noxious
mechanical and thermal stimuli, without having effects on non-noxious mechanical and
thermal stimuli that could impair sensory perception.

CONFIDENTIAL                ABBT 0018992

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                      3

## A.2    Commercial

### A.2.1   ABT-594 Target Profile

| PPCC/DDC Profile (12/10/97) | Current Profile (6/23) | Rationale for Profile Change | Probability | Status | Share Impact |
|---|---|---|---|---|---|
| Indicated for the treatment of pain (general pain claim) | Indicated for the treatment of osteoarthritis pain | "General pain" claim not achievable due to slow onset of action; proof of principle established in molar extraction study | Medium | 9/99, 1Q01 | High |
| Effective in neuropathic pain | Indicated for the treatment of neuropathic pain | Indication specific claims now favored since general pain claim not achievable | Low | 9/99, 2Q01 | Medium |
| Effective for moderate to moderately–severe pain | N/A | No longer applicable without general pain claim | N/A | N/A | N/A |
| Not scheduled | No change | N/A | High | 4Q02 | High |
| Improved safety profile compared to opioids including:<br><br>- less GI motility impairment<br><br>- less respiratory depression<br><br>- low tolerance potential<br><br>- no dependence/ withdrawal | No clinically significant tolerance, dependence or withdrawal | Simplify profile to focus on the most commercially important AEs | Medium | 2Q01 | High |
|  | Very few abnormal LFTs | Abnormal LFTs in a few Phase I subjects | High | 9/99 | High |
|  | Very low nausea/vomiting at effective dose | Relatively high incidence of nausea/vomiting in single dose Phase I & II subjects (food and dose dependent) | Medium | 9/99 | High |
|  | Other safety OK | Simplify profile | Medium | 9/99, 2Q01 | High |
|  | No significant or sustained differential efficacy in nicotine users vs. non–nicotine users | Lower incidence of AEs in nicotine users in Phase II trial | Low | 9/99, 2Q01 | High |
|  | No significant or sustained differential side effect profile in nicotine users vs. non–nicotine users | Lower incidence of AEs in nicotine users in Phase II trial | High | 9/99, 2Q01 | Medium |
|  | No re-initiation of cravings in ex-nicotine users | Possible due to nicotinic mechanism | Medium | 2Q01 | High |

CONFIDENTIAL                    ABBT 0018993

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    4

## A.2.1  ABT-594 Target Profile  (Continued)

| PPCC/DDC Profile (12/10/97) | Current Profile (6/99) | Rationale for Profile Change | Probability | Status | Share Impact |
|---|---|---|---|---|---|
| Onset of action in less than 30 minutes | Onset of action comparable to other therapies used to treat OA | Onset of action estimated at 90 minutes in Phase II trial | Low | 9/99 | Medium |
|  | Onset of action comparable to other therapies used to treat neuropathic pain | Onset of action estimated at 90 minutes in Phase II trial | High | 9/99 | Medium |
| BID/TID dosing | BID dosing | Competitive dynamics highlight importance of dosing convenience | High | 9/99 | Medium |
| No major drug interactions, especially with drugs used for common chronic conditions | No change | N/A | High | 4Q00 | Medium |

## A.2.2  Forecast

### U.S. Forecast  (Date of Forecast: 6/98)

|  | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Market Rxs (MM) – % chg | 280 2% | 285 2% | 291 2% | 297 2% | 303 2% |
| Abbott Share (%) | 1% | 2.5% | 3.8% | 4.5% | 5.0% |
| Abbott Rxs (MM) | 2.8 | 7.1 | 11.1 | 13.3 | 15.1 |
| Price/Rx ($) | 34.97 | 35.67 | 36.39 | 37.12 | 37.86 |
| Abbott Sales ($MM) | 125 | 254 | 402 | 495 | 573 |
| R&D ($MM) | 5 | 5 | 4 | 4 | 3 |
| SG&A ($MM) | 66 | 98 | 90 | 85 | 84 |
| SMM (%) | 97.2 | 97.3 | 97.3 | 97.4 | 97.4 |
| Div. Margin ($MM) | 59 | 162 | 324 | 427 | 509 |

10 year pre-tax NPV @ 12.5% = $1.016 B        10 year pre-tax ENVY @ 12.5% = TBD

10 year post-tax NPV @ 12.5% = $587 MM      10 year post-tax ENVY @ 12.5% = TBD

**CONFIDENTIAL**        ABBT 0018994

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                              5

## Key assumptions:

- Assumes 12/97 PPCC profile
- NDA Filed 12/01, Launch 6/03
- First in class ChCM
- Usage = 70% chronic and 30% acute
- Weighted average days per Rx = 15.6
- Stocking at 12% of first year's sales
- Detailing includes 30% of IMs, 25% of FPs and GPs, 25% of Rheumatologists, and 10% of Neurologists
- Sampling at 80% of details at launch, 8 units per detail, 5 days of therapy per unit
- Patent expires 12/2016

## Forecast Update Plan:

Forecast will be updated in late June/early July 1999 to account for revised indications of OA and/or neuropathic pain and the associated spillover use in other pain states.
Forecast will be available well in advance of ABT-594 Go/No Go decision in 9/99.

### Ex-U.S. Forecast (Date of Forecast: 6/98)

|  | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Market Rxs (MM) - % chg | - | - | - | - | - |
| Abbott Share (%) | 1% | 2.5% | 3.8% | 4.5% | 5.0% |
| Abbott Rxs (MM) | - | - | - | - | - |
| Price/Rx ($) | - | - | - | - | - |
| Abbott Sales ($MM) | 60 | 150 | 250 | 300 | 320 |
| R&D ($MM) | 3.4 | 3.2 | 2.8 | 2.4 | 2.0 |
| SG&A ($MM) | 27 | 53 | 50 | 48 | 45 |
| SMM (%) | 95% | 95% | 95% | 95% | 95% |
| Div. Margin ($MM) | 26 | 85 | 182 | 235 | 251 |

10 year pre-tax NPV @ 12.5% = $428        10 year pre-tax ENVY @ 12.5% = TBD
10 year post-tax NPV @ 12.5% = $253       10 year post-tax ENVY @ 12.5% = TBD

CONFIDENTIAL        ABBT 0018995

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                6

**Key assumptions:**

- First in class ChCM
- Indicated for treatment of moderate to moderately-severe pain
- Effective in neuropathic pain
- Good tolerability and safety profile
- No nicotinic effects
- Launched in all AI regions, including Japan, simultaneously (2003)

**Forecast Update Plan:**

- Forecast will be updated 9/99 (in time for the Go/No Go decision) to reflect results of marketing research to be conducted 3Q 1999 regarding expected uptake of 594 in OA and neuropathic pain markets, as well as potential spill-over prescribing for other pain states.

### Global Forecast

|                               | 2003 | 2004 | 2005 | 2006 | 2007 |
|-------------------------------|------|------|------|------|------|
| U.S. Sales ($MM))             | 125  | 254  | 402  | 495  | 573  |
| Ex-U.S. Sales ($MM)           | 60   | 150  | 250  | 300  | 320  |
| Total Sales ($MM)             | 185  | 404  | 652  | 795  | 893  |
| Total Division Margin ($MM)   | 85   | 247  | 506  | 662  | 760  |

10 year pre-tax NPV @ 12.5% = $1.44 B        10 year pre-tax ENVY @ 12.5% = TBD
10 year post-tax NPV @ 12.5% = $840 MM       10 year post-tax ENVY @ 12.5% = TBD

**A.3    Clinical Development**

**A.3.1   Ongoing and Proposed Phase II, III and IIIb Clinical Studies**

Given the spectrum of analgesic activity of ABT-594 in preclinical animal models of pain, the clinical development program for ABT-594 will evaluate the safety and efficacy of ABT-594 for the treatment of neuropathic pain and pain associated with osteoarthritis. In addition, pilot studies are planned to assess the safety and efficacy of ABT-594 for the treatment of pain associated with cancer.

CONFIDENTIAL            ABBT 0018996

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    7

### Ongoing and Proposed Phase II, III and IIIb Clinical Studies

| Indication | Phase II | | Phase III | | Phase IIIb | |
|---|---|---|---|---|---|---|
| (Study Type) | # Studies | # Patients | # Studies | # Patients | # Studies | # Patients |
| **Osteoarthritis** | | | | | | |
| U.S. | 1[c] | 250 | 3[a] | 1800 | – | – |
| Europe | – | – | 1[a] | 600 | – | – |
| Japan | – | – | 1[b] | 300 | | |
| **Neuropathic Pain** | | | | | | |
| U.S.[a] | 1[c] | 150 | 3[a] | 1800 | – | – |
| Europe | – | – | 1[a] | 600 | | |
| Japan | – | – | 1[b] | 300 | | |
| **Cancer Pain** | | | | | | |
| U.S. | 2 | 500 | – | – | – | – |
| **Long–Term Safety** | | | | | | |
| U.S. | – | – | 1[a] | 600[d] | – | – |
| Europe | – | – | 1[a] | 300[d] | | – |
| **Pricing Studies** | | | | | | |
| U.S. | – | – | – | – | 1 | 500 |
| Europe | – | – | – | – | 1 | 500 |
| Canada | – | – | – | – | 1 | 500 |
| Australia | – | – | – | – | 1 | 500 |
| **TOTAL** | 4 | 900 | 12 | 5400 | 4 | 2000 |

a. Registration Trial
b. Bridging Study
c. Ongoing
d. Patients already counted in Phase III osteoarthritis and neuropathic pain studies.

### A.3.2   Cost Through NDA

| Year | Cost |
|---|---|
| 1999 | 29.9 |
| 2000 | 93.2 |
| 2001 | 50.5 |
| **Total Cost** | **173.6** |

CONFIDENTIAL        ABBT 0018997

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.        6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594

8

## A.3.3  Development Milestones

The project milestones for ABT-594 are as follows:

| Milestones | Date |
|---|---|
| PPCC Approval | 12/96 |
| Start Funding | 1/97 |
| Go/No Go Preclinical Safety | 6/97 |
| Start Phase I Europe | 7/97 |
| File IND (Liquid) | 2/98 |
| Start Phase II U.S. | 7/98 |
| Go/No Go Clinical Efficacy | 9/99 |
| File CTX/CTN | 10/99 |
| End of Phase II Mtg. w/FDA | 11/99 |
| Start Phase III U.S./Europe | 12/99 |
| Start Phase I Japan | 2/00 |
| Start Phase III Bridging Japan | 1/01 |
| File Europe – EMEA | 12/01 |
| File U.S. NDA – FDA | 12/01 |
| File Japan – Koseisho | 6/02 |
| Regulatory Approval U.S. | 6/03 |

ABBT 0018998

**CONFIDENTIAL**

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.      6668-R2



CONFIDENTIAL

ABBT 0018999



# ABT–594

# DEVELOPMENT PLAN

**June, 1999**

CONFIDENTIAL    ABBT 0019000

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          i

# Table of Contents

|  |  |  | Page |
|---|---|---|---|
| **A.** | **Background and Rationale** | | **1** |
| | A.1 | Drug Class and Pharmacological Characteristics | 1 |
| | A.2 | The Disease Class | 1 |
| | A.3 | Pathophysiology and Treatment Options | 2 |
| **B.** | **Commercial** | | **8** |
| | B.1 | Market Overview | 8 |
| | B.2 | Pipeline | 12 |
| | B.3 | Unmet Needs | 14 |
| | B.4 | ABT-594 Target Product Profile | 15 |
| | B.5 | Forecast | 16 |
| **C.** | **Major Challenges and Strategies** | | **19** |
| | C.1 | Project History | 19 |
| | C.2 | Registration | 20 |
| | | C.2.1 Indication | 20 |
| | | C.2.2 Clinical/NPD | 22 |
| | | C.2.3 CMC | 22 |
| | | C.2.4 Toxicology | 22 |
| | | C.2.5 Discovery | 22 |
| | C.3 | Price Setting and Reimbursement | 22 |
| | C.4 | Commercial Issues and Opportunities | 23 |
| | C.5 | Patent Issues | 24 |
| **D.** | **Clinical Trial Program** | | **26** |
| | D.1 | Ongoing and Proposed Phase II, III and IIIb Clinical Studies | 26 |
| | D.2 | Registration Trials | 27 |

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019001

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          ii

# Table of Contents
## (Continued)

| | | | Page |
|---|---|---|---|
| | D.3 | Trials Aimed at Enhancing Pricing and Reimbursement . . . . . . . | 32 |
| | D.4 | Trials Aimed at Facilitating Launch and Market Penetration . . . | 32 |
| E. | **Chemistry, Formulations, Manufacturing** . . . . . . . . . . . . . . . . . . . . . . . . . | **34** |
| | E.1 | CAPD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 |
| | E.2 | PARD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 |
| | E.3 | Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 |
| F. | **Non-Clinical** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** |
| | F.1 | Toxicology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 |
| | F.2 | Metabolism . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 |
| | F.3 | Animal Pharmacology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 |
| G. | **Development Cost and Sensitivity Analysis** . . . . . . . . . . . . . . . . . . . . . | **41** |
| | G.1 | Base Case Scenario . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 |
| | G.2 | Downside Scenario (Funding Decrease) . . . . . . . . . . . . . . . . . . | 43 |
| | G.3 | Upside Scenario (Funding Increase) . . . . . . . . . . . . . . . . . . . . . | 44 |

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019002

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                           iii

# Table of Contents

## (Continued)

Page

## List of Tables

Table 1.    Prevalence of Pain by Diagnosis1 . . . . . . . . . . . . . . . . . . . . . . . . .    4

Table 2.    1998 Prescription Pain Market, Rx by Analgesic Class . . . . . . .    9

Table 3.    1998 Prescription Pain Market, Sales by Analgesic Class . . . . .    9

Table 4.    Analgesia Pipeline – Key Novel Agents . . . . . . . . . . . . . . . . . . .    12

Table 5.    Development Pipeline – Nicotinic Mechanisms . . . . . . . . . . . . .    12

Table 6.    ABT-594 Target Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . .    15

Table 7.    U.S. Forecast  (Date of Forecast: 6/98) . . . . . . . . . . . . . . . . . . .    16

Table 8.    Ex-U.S. Forecast (Date of Forecast: 6/98) . . . . . . . . . . . . . . . . .    17

Table 9.    Global Forecast . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    18

Table 10.   Ongoing and Proposed Phase II, III and IIIb Clinical
Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    26

Table 11.   Summary of Planned Phase I Clinical Studies . . . . . . . . . . . . . .    28

Table 12.   Summary of Ongoing and Completed Phase II Studies . . . . . . .    30

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.          6668-R2

CONFIDENTIAL        ABBT 0019003

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    1

## A.  BACKGROUND AND RATIONALE

### A.1    Drug Class and Pharmacological Characteristics

ABT-594 is a non–opioid, non–NSAID analgesic that is 30– to 100–fold more potent
and equally efficacious to morphine in treating moderate to severe pain in several
well–characterized animal models of nociception.  ABT-594 is anticipated to be effective
for the treatment of both acute and neuropathic pain.  The preclinical side–effect and
dependence liability profile of ABT-594 is superior to that of morphine.
Mechanistically, ABT-594 is a potent and selective cholinergic channel modulator
(ChCM) with high oral bioavailability in rat, dog, and monkey.

ABT-594 rapidly distributes to the brain following systemic administration and, like
morphine, can work at multiple levels in the central and peripheral nervous systems to
modulate pain perception.  *In vitro* and *in vivo* studies show that the antinociceptive
actions of ABT-594 are blocked by nicotinic acetylcholine receptor (nAChR)
antagonists, but not by opioid receptor antagonists supporting a mechanism of action that
involves nAChR modulation.

ABT-594 produces antinociceptive effects by interacting at both central and peripheral
nAChRs.  Injections of ABT-594 into brain at doses 1000–fold lower than given
peripherally produce marked antinociceptive activity, indicating that ABT-594 can also
activate descending pathways from the CNS to modulate pain processing.  It also inhibits
the release of the primary nociceptive transmitters, substance P and calcitonin gene
related peptide (CGRP) *in vitro*, at the level of the dorsal horn of the spinal cord
suggesting that ABT-594 can attenuate mechanisms leading to neurogenic inflammation,
central sensitization and consolidation of pain–mediated neuronal changes.  ABT-594
also selectively prevents the activation of dorsal horn neuron responses to noxious
mechanical and thermal stimuli, without having effects on non–noxious mechanical and
thermal stimuli that could impair sensory perception.

### A.2    The Disease Class

Pain is the most common symptom of disease and the most frequent complaint with
which patients present to physicians.  The economic burden of pain in the United States
is estimated at $100 billion a year in direct and indirect costs.  Approximately

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

CONFIDENTIAL                    ABBT 0019004

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    2

95 MM Americans per year receive drug therapy for pain, which represents about 50% of
those who suffer from pain. Despite its prevalence, pain is often inadequately managed.
There have been few major advances in pain therapy over the last several decades, and
pain management continues to rely on nonsteroidal anti-inflammatory drugs (NSAIDs),
acetaminophen, opioids and certain adjuvant analgesics.

In the last five to ten years, advances in neurobiology and the development of more
sophisticated animal models of clinical pain have led to a paradigm shift in the
understanding of pain mechanisms. Not all pain states are the same, and different
mechanisms may contribute to pain caused by non-injurious stimuli (acute nociceptive
pain), by tissue injury (inflammatory pain) and by nerve injury (neuropathic pain).
Tissue and nerve injury induce changes in pain pathways in the nervous system, resulting
in altered processing of noxious and non-noxious sensory information, and reveal
molecular targets which may not be involved in the processing of sensory information
from healthy tissue.

A.3     Pathophysiology and Treatment Options

The normal response to a brief noxious stimulus, producing negligible tissue injury,
serves to warn and protect the individual from potential injury. This is the "ouch" type of
pain evoked by briefly touching a hot surface, or by a pin prick. Pain is perceived when
the high-intensity noxious simulus (e.g., heat or a pin prick) activates C and Aδ primary
afferent nociceptive nerve fibers. The resulting impulse from the periphery reaches the
dorsal horn of the spinal cord, where it is processed and transmitted to the brain.
Efferent, descending pathways can also modulate the afferent impulse at the dorsal horn,
probably via monoamine dependent mechanisms. Low intensity stimuli, like touch,
which are transduced along Aβ fibers, are not perceived as painful in the absence of
tissue injury.

In the setting of trauma, infection, surgery, burns or inflammatory diseases, a diverse
range of inflammatory mediators (e.g., cytokines, kinins, prostaglandins) are synthesized
and released at the site of tissue injury and inflammation, and they activate and sensitize
local nociceptors (nociceptive pain). The sensitized nociceptors become spontaneously

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL          ABBT 0019005

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    3

active, they respond in an exaggerated fashion to normally mildly painful stimuli (hyperalgesia), and they can then be activated by normally non-noxious stimuli such as light touch (allodynia). This phenomenon, known as peripheral sensitization, is thought to account for primary hyperalgesia, e.g., increased pain and tenderness at the site of injury.

The ongoing barrage of C-fiber impulses arriving from the sensitized periphery also triggers hyperexcitability of neurons in the spinal cord (central sensitization) and contributes further to allodynia and hyperalgesia.

*Osteoarthritis pain* results from activation of pain fibers in the periosteum, at the insertion point of tendons and synovia, from pressure within the joint and, to a minor extent, inflammatory pain in and around the joint. Although not well recognized, osteoarthritis pain (like any chronic painful condition) is probably associated with peripheral and central sensitization.

Neuropathic pain results from injury to the central or peripheral nervous system due to a variety of causes including trauma, surgery, disease, and certain drugs. Following nerve injury, a number of changes occur in the periphery which contribute to abnormal painful sensations. The damaged nerve may begin to discharge spontaneously at atypical (ectopic) locations, including the neuroma and demyelinated zones at the site of nerve injury, and the associated dorsal root ganglion (DRG). These ectopic discharges produce spontaneous burning pain. In addition, the increased barrage of impulses from the periphery leads to hyperexcitability of spinal cord dorsal horn neurons (central sensitization), resulting in hyperalgesia and allodynia.

Inflammatory and neuropathic pain can co-exist. For example, a cancer patient may experience inflammatory pain following surgery or due to inflammation and tissue damage at the site of the tumor, and neuropathic pain due to radiation or chemotherapy induced neuropathies, or due to tumor encroachment on the peripheral nervous system.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL          ABBT 0019006

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    4

**Table 1.**    **Prevalence of Pain by Diagnosis[1]**

| Diagnosis | Prevalence (MM) | |
|---|---|---|
| | U.S. | Worldwide [2] |
| Musculoskeletal Pain | 56 | 160 |
| Post-Operative Pain | 30 | 83 |
| Neuropathy (Diabetic, PHN, etc.) Pain | 28 | 75 |
| Osteo/Rheumatoid Arthritis Pain | 17 | 46 |
| Cancer Pain | 2 | 5 |
| Total Pain Diagnoses | 133 | 359 |

[1]. Decision Resources, 1996. Data reflect number of pain diagnoses such that a patient
     might be diagnosed with two pain diagnoses of different pain types at separate visits.

[2]. Germany, France, Italy, Spain and Japan.

Prescription analgesics for pain other than headache can be broken down into
three major categories: **opioids, non-opioids, and adjuvant analgesics.**

**Opioids analgesics** such as morphine and codeine, are generally used for the treatment of
moderate to severe pain and are often added when pain is inadequately controlled by
acetaminophen and/or NSAIDS. Opioid analgesics are used primarily for the pain
associated with surgery, injuries, musculoskeletal disorders, and cancer pain. Opioids are
considered the drug-of-choice for severe acute pain and cancer pain. Although highly
efficacious, opioids are associated with a significant number of side effect liabilities.
Constipation is the most common adverse event associated with opioid therapy, and
prophylactic laxatives are widely prescribed with opioids. Nausea and vomiting,
sedation and cognitive impairment are also often encountered. Respiratory depression,
while less frequent, is the most dangerous side effect of opioid therapy. In addition to the
fear of respiratory depression, concerns about addiction, tolerance, use diversion and the
fear of regulatory action ("opiophobia") have all proven to be significant impediments to
the use of opioids. Opioids are generally not prescribed for chronic non-malignant pain
conditions due to patient tolerance and the potential for addiction. Opioids are scheduled
compounds that are subject to Drug Enforcement Agency (DEA) regulations, impacting

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL    ABBT 0019007

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                                     5

prescribing and product distribution. The extent of the regulations are based on the abuse potential of each product; the higher the abuse potential, the more restrictive the control over distribution.

Opioid analgesics can be divided into opioid and opioid-combination agents. Opioids are either derivatives of opium or synthetic agents with opium-like properties. Opioids produce analgesia by binding to various opioid receptors, which in turn decrease pain perception within the central nervous system but do not affect the source of pain or reduce inflammation. Opioid-combination agents combine an opioid agent with another analgesic such as aspirin or acetaminophen. The advantage of this type of combination agent lies in its broad pain coverage. The aspirin or acetaminophen acts on the peripheral nervous system while the opioid decreases the degree of pain experienced by the central nervous system.

**Non-opioid analgesics** are used for the management of mild to moderate pain and as an adjunct to the opioids in the management of moderate to severe pain. They are generally used in chronic pain syndromes and when pain severity is mild to moderate. Non-opioid agents can be divided into non-steroidal anti-inflammatory drugs (NSAIDs) and other non-opioids. Prescription NSAIDs are used to treat osteoarthritis, rheumatoid arthritis, lower back pain, and other chronic pain conditions in addition to some mild to moderate acute pain conditions. NSAIDs inhibit the synthesis of prostaglandins, substances released by the body after trauma and which are responsible for inflammation, increased body temperature and the sensitization of pain receptors. NSAIDs generally have fewer CNS side effects than do opioid agents. However, NSAIDs may cause potentially serious GI side effects including gastric ulceration and bleeding. COX-2 agents may causer fewer GI side effects, but do not improve upon the analgesic efficacy of NSAIDs.

Currently, NSAIDs are the primary treatment for pain associated with osteoarthritis. Recently approved COX-2 inhibitor agents are likely to make significant incursions into the NSAID market especially in the elderly patient population on chronic therapy at risk for GI bleed. The NSAIDs and acetaminophen are associated with a "ceiling effect" for their analgesia, i.e. complete pain relief cannot be achieved, even after dose escalation, which significantly limits their utility to treat severe pain. Acetaminophen has analgesic

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019008

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                      6

and antipyretic activity, but lacks anti–inflammatory activity. The mechanism of action
of acetaminophen is poorly defined, but appears to involve effects in the CNS.
Acetaminophen has no effects on platelet function and no gastrointestinal toxicity, but
may be hepatotoxic particularly in heavy drinkers and patients with chronic liver disease.


Other non–opioid analgesics include Ultram (tramadol HCl), which was approved in the
U.S. in 1995 after more than 15 years of use in Europe. Tramadol is an analgesic that has
an indication for the treatment of moderate to moderately–severe pain. The product has a
unique dual mechanism of action via opioid and non–opioid mechanisms, and is not
currently scheduled. Tramadol may, however, reinitiate physical dependence in
previously opioid–dependent patients. It is recommended that tramadol not be used in
opioid–dependent patients, in patients with a tendency to abuse drugs, or in patients
chronically using other opioids. In addition, tramadol is under postmarketing
surveillance for abuse potential, and may eventually receive scheduling status.


**Adjuvant analgesics** are drugs that are used for pain relief, but also have other
significant indications (antiepileptic, antidepressant). The analgesic adjuvants include a
number of compounds which have primary indications other than pain control, but have
been found by clinical experimentation to have analgesic activity in certain types of pain.
The onset of pain relief with adjuvant agents is frequently delayed due to the need for
dose titration to minimize toxicities and for adaptive mechanisms to be induced. In
addition, adjuvant agents are associated with significant toxicities. These drugs are most
commonly used to treat the many types of neuropathic pain but have modest efficacy.
A significant number of neuropathic pain patients, however, are treated with NSAIDs,
muscle relaxants and non–opioid analgesics, despite their ineffectiveness. Opioids may
be effective in neuropathic pain but are generally avoided because of abuse liability.
The most common drug classes used as adjuvants are tricyclic antidepressants and
antiepileptic drugs, which tend to have fairly significant side effect profiles. The only
drug with a specific indication for any type of neuropathic disorder is Tegretol
(carbamazepine) for trigeminal neuralgia. Generally, the use of adjuvant analgesics to
treat neuropathic pain is based on trial and error using sequential drug trials.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.      6668-R2

CONFIDENTIAL      ABBT 0019009

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    7

Gabapentin has a significant portion of its sales as off–label use in the treatment of
neuropathic pain. Gabapentin, an anti–epileptic agent, has been used in neuropathic pain
largely based upon trial and error. More recently, two placebo–controlled, double blind
randomized trials demonstrated gabapentin's efficacy in pain associated with diabetic
peripheral neuropathy (a type of distal symmetric neuropathy) and in post–herpetic
neuralgia. While gabapentin's effect is modest, it's success is largely attributable to the
large unmet need in neuropathic pain and to the paucity of adverse events associated with
gabapentin.

Recent findings in the understanding of pain mechanisms have led to a new conceptual
approaches to clinical pain and a new understanding of potential novel molecular targets
for analgesic drug development. Molecular targets have included modulators of
glutamate neurotransmission (NMDA antagonists), ion channel modulators (neuron
specific calcium channels, TTX–resistant sodium channels), neurokinin antagonists
(NK–1), and novel anti–epileptics targeting the $\alpha 2\delta$ calcium receptor. None of these
approaches has yet produced compounds exhibiting broad-spectrum analgesic efficacy
with decreased side effect liability. A significant unmet need exists in the pain
management market for products that are safer, non–abusable, non–addicting,
non–scheduled, non–tolerance producing, and efficacious in oral and parenteral forms for
the treatment of moderate to severe pain, especially for chronic nociceptive and
neuropathic pain.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019010

Analgesia Venture (6/23/99)
Development Plan
ABT-594

8

## B.  COMMERCIAL

### B.1     Market Overview

Pain is the most common symptom for which individuals seek medical assistance. Pain
is the primary complaint of 50% of all patients who visit a physician. In 1996, the
worldwide diagnosed pain population was 427 million, of whom 37% were from the U.S.
and 63% from outside the U.S. Physician or patient concern about drug safety and side
effect profiles, fear of addiction, the use of OTC therapies, or non-pharmacological
treatments account for the 30-50% of patients who seek treatment for pain but are not
prescribed an analgesic. Chronic pain sufferers may account for as much as 10-20% of
the adult population, one-fourth to one-half of which obtains inadequate pain relief.

Pain is categorized by duration (acute or chronic) and by severity into one of three
segments: mild, moderate, and severe. The mild and, to a lesser extent, moderate
segments have multiple product entries and are generally well satisfied by OTC products
such as aspirin, acetaminophen, ibuprofen and other NSAIDs. The moderate and severe
segments of the market have many opioid product offerings that are mostly generic,
undifferentiated and inexpensive. Many patients, however, develop tolerance to these
drugs, and opioids are scheduled products that create administrative burdens and barriers
to prescribing. These barriers are particularly high in European markets. As a result,
opioid use is restricted almost entirely to cancer pain, and there exists a large unmet need
for effective treatment of severe pain. Prescription NSAIDs are generally written for
chronic pain of moderate severity, though potentially serious GI or renal side effects may
complicate treatment.

Total U.S. sales of prescription pain medications reached over $5.1 billion in 1998.
While opioids and combination opioids accounted for the majority of analgesic
prescriptions at 55%, NSAIDs had the highest share of total prescription analgesic sales
at 37%.

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL          ABBT 0019011

Analgesia Venture (6/23/99)
Development Plan
ABT-594

9

The prescription pain market is made up of three classes of analgesics; opioids (and combination products), NSAIDs and other non-opioids (including aspirin and acetaminophen). Anesthetics, anti-migraine and adjuvant analgesics are not included in this market definition. The following tables show U.S. and ex-U.S. prescription and sales volume by class for 1998.

**Table 2.    1998 Prescription Pain Market, Rx by Analgesic Class**

| Class | 1998 U.S. TRx (M) | U.S. TRx CAGR '95-'98 | 1998 ex-U.S. TRx (M) | ex-U.S. TRx CAGR '95-'98 |
|---|---|---|---|---|
| Opioids | 143,843 | 6.2% | N/A | N/A |
| NSAIDs | 79,928 | (2.5%) | N/A | N/A |
| Other Non-Opioids | 37,463 | 7.5% | N/A | N/A |
| TOTAL | 261,234 | 3.5% | N/A | N/A |

Source: IMS

**Table 3.    1998 Prescription Pain Market, Sales by Analgesic Class**

| Class | 1998 U.S. Sales ($MM) | U.S. Sales CAGR '95-'98 | 1998 ex-U.S. Sales ($MM) | ex-U.S. Sales CAGR '95-'98 |
|---|---|---|---|---|
| Opioids | $1,905 | 16.3% | $682 | 14.8% |
| NSAIDs | $1,926 | (1.1%) | $3,978 | (2.5%) |
| Other Non-Opioids | $1,328 | (5.4%) | $1,391 | 1.7% |
| TOTAL | $5,159 | 3.0% | $6,050 | (0.1%) |

Source: IMS; Ex-U.S. data includes retail pharmacy data from all audited markets and hospital data from major European markets and Canada only.

In the U.S., opioid analgesics are considered the drugs-of-choice for acute pain, especially of moderately-severe to severe intensity. Opioids are generally not prescribed for chronic pain conditions due to patient tolerance and the potential for addiction,

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL                    ABBT 0019012

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                          10

although opioids are the most commonly prescribed medication for moderate to severe cancer pain. Ex-U.S. opioid use varies considerably from one country to another. The UK, France and Japan are more advanced than other ex-U.S. countries regarding their perspective on safe opioid use, and prescriptions have increased considerably over the past 5 years. In Italy, Spain and Germany, opioid use is extremely restricted, requiring patient identity cards and special prescription forms that must be obtained, in person, by the physician. Strong opioids such as morphine are often considered last resort. In both the U.S. and ex-U.S., opioids are government-scheduled products with restricted prescribing and product distribution.

Non-steroidal anti-inflammatory drugs (NSAIDs) are generally used in chronic pain syndromes and when pain severity is of mild to moderate intensity. NSAIDs exhibit analgesic and mild anti-inflammatory properties, and thus are drugs-of-choice in such pain conditions as osteoarthritis, rheumatoid arthritis and lower back pain. NSAIDs have fewer side effects than do opioid agents, especially CNS effects. However, the products can cause potentially serious renal and gastrointestinal side effects including gastric ulceration and bleeding.

"Other non-opioids" are defined as (1) non-opioid/non-NSAID agents like aspirin, acetaminophen or tramadol, or (2) NSAIDs that are positioned and marketed as analgesics, such as ketorolac or bromfenac sodium. Other non-opioids are generally used in place of opioids to treat moderate pain, or in some cases, moderately-severe pain.

Osteoarthritis (OA) is one of the largest segments of the analgesia market, and one of the most common conditions treated by primary care physicians. Over 35 million people worldwide suffer from OA, and three-fourths of OA sufferers surveyed indicate that the disease interferes with daily activities. Estimates of worldwide sales of prescription analgesics to treat OA range from $2.25-3 billion. According to a recent study, as many as 47% of Americans diagnosed with OA take a prescription analgesic at least occasionally for the condition. NSAIDs and acetaminophen are the standard treatments for OA. However, the new COX-2 inhibitors are expected to grow the OA market due to their expected higher levels of GI safety. This added safety would attract patients who were administered prescription or OTC NSAIDs only occasionally to avoid potentially

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL        ABBT 0019013

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                11

severe gastric ulcerations and bleeding. The COX-2 inhibitors will also take share from branded and multisource prescription NSAIDs. As a result, the COX-2 inhibitors are expected to grow the OA market in prescriptions and sales, maybe by a significant amount.

Neuropathic pain is a very large, yet largely untapped market. Estimates vary widely for the number of worldwide sufferers, from as low as 20 million to as high as 50 million or more. The number of actual cases is difficult to estimate since neuropathic pain is difficult to diagnose, and is often misdiagnosed. Neuropathic pain is often treated with adjuvant analgesics such as tricyclic antidepressants, anticonvulsants and alpha adrenergic agonists. Prescription drug sales for the treatment of neuropathic pain exceed $1 billion worldwide. In the U.S. alone, approximately $250 million of the sales of the anticonvulsant Neurontin (gabapentin) are off label uses attributed to the treatment of neuropathic pain. However, a significant unmet need exists in the treatment of neuropathic pain since few medications provide complete pain relief and most adjuvant medications have significant side effects that preclude their long-term use. As more effective and tolerable medications become available, the neuropathic pain market is expected to experience significant growth.

Most analgesics are indicated for the treatment of one or more specific pain states. However, depending on its characteristics, a significant amount of a product's prescriptions may come from non-indicated pain states (i.e., spillover prescriptions). Therefore, a product indicated for OA is likely to be prescribed for chronic lower back pain, rheumatoid arthritis, and other pain states with similar clinical characteristics or etiologies.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL        ABBT 0019014

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                                        12

## B.2   Pipeline

**Table 4.     Analgesia Pipeline – Key Novel Agents**

| Product | Company | Mechanism | Phase | Comment |
|---------|---------|-----------|-------|---------|
| pregabalin | Parke–Davis | Ca channel blocker | III | Neuropathic pain, chronic pain Follow-up to Neurontin |
| JTE 522 | Japan Tobacco/J&J | COX–2 inhibitor | II | J&J has rights outside Japan |
| 4030W92 | Glaxo | Na channel blocker | II | Acute and chronic pain |
| vedaclidine | Lilly | muscarinic agonist | II | General pain MOA losing favor; active program? |
| saredutant | Sanofi | NK–2 receptor antagonist | II | General pain MOA losing favor; active program? |
| GP13269 | Metabasis (Gensia) | adenosine kinase inhibitor | II | General pain, epilepsy |
| ZD4952 | Zeneca | prostaglandin receptor antagonist | II | Moderate to severe pain |
| GV196771 | Glaxo | glycine antagonist | II | Chronic pain |

Sources: ADIS, IMS, company reports

**Table 5.     Development Pipeline – Nicotinic Mechanisms**

| Product | Company | Phase | Comment |
|---------|---------|-------|---------|
| GTS–21 | Taiho | II | Target is Alzheimer's Disease May have preclinical pain program |
| SIB–1508Y | Sibia | II | Target is Parkinson's Disease Preclinical for dementia |
| SIB–1553A | Sibia | II | Target is Alzheimer's Disease |
| CMI 980 | Cytomed | Preclinical | Target is pain Epibatidine analog |
| SIB–T1887 | Sibia | Preclinical | Target is pain |
| FID 072021 | Fidia | Preclinical | Target is pain |
| RJR 2557 | Targacept (RJR) | Preclinical | Target is pain. Also for cognitive defects |
| Nicotinic agonists | Neurosearch | Preclinical | Target is pain |

Sources: ADIS, IMS, company reports

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

CONFIDENTIAL          ABBT 0019015

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    13

Almost 100 compounds are currently in development for prescription pain management, though some of these compounds are also being developed for other non-analgesic indications. The majority of the analgesic compounds in the pipeline represent incremental improvements to the opioids or NSAIDs, or consist of new formulations or delivery mechanisms for the standard analgesics. Fewer than 30% of the compounds in development are novel mechanisms with unique mechanisms of action. These novel mechanisms are expected to provide the bulk of the competition for ABT-594.

Among the novel agents in development, the greatest threat to ABT-594 is likely to be posed by other nicotinic compounds in development for pain. ABT-594, now in late Phase II trials, is likely probably the most advanced nicotinic compound in the analgesia pipeline. ABT-259, on the other hand, has a less substantial lead on other nicotinic compounds in development for pain. The first nicotinic compounds to be launched in the class may be for Alzheimer's Disease or Parkinson's Disease. These compounds do not represent a threat to ABT-594, unless significant safety concerns or evidence of tolerance, dependence or abuse are an issue and become associated with the class as a whole.

For the treatment of osteoarthritis (OA), the COX-2 inhibitors represent the most significant competition. The launch of Searle's Celebrex (celecoxib) in January 1999 is one of the most successful product launches in industry history. After ten weeks on the market, prescriptions for Celebrex represented 24% of new NSAID prescriptions. Merck's Vioxx (rofecoxib), approved in May 1999 is also expected to be a very successful product in the treatment of OA as well as other pain states.

The pipeline for the treatment of neuropathic pain does not have a blockbuster compound on the order of the COX-2 inhibitors. However, the follow-up to Parke-Davis' Neurontin (gabapentin) is expected to perform well. This compound, pregabalin, is significantly more potent than gabapentin which is expected to increase its efficacy while maintaining a relatively benign side effect profile.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6658-R2

CONFIDENTIAL        •    ABBT 0019016

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                      14

**B.3     Unmet Needs**

| Unmet Need | Pipeline Impact |
|---|---|
| • Efficacy in moderate to severe pain without tolerance, dependence or abuse | • Novel nicotinic agents like ABT-594 may provide efficacy in more severe pain states without opioid-like liabilities |
| • Reduction in the GI adverse events profile of NSAIDs | • COX-2 inhibitors appear to reduce the incidence and severity of GI adverse events, but Celebrex retains labeled warnings regarding ulceration comparable to traditional NSAIDs<br>• COX-2s still demonstrate AEs at high dosage levels (small therapeutic window) |
| • Overcome ceiling effect of NSAIDs | • More selective COX-2s (~1000 times more selective for COX-2 vs. COX-1) may allow higher dosing without incurring GI adverse events, thus overcoming current therapeutic ceiling<br>• Preclinical studies did not indicate a ceiling effect for novel nicotinic agents like ABT-594 |
| • Efficacy in neuropathic pain | • Pregabalin is expected to provide more significant relief of some types of neuropathic pain with fewer side effects than other adjuvant analgesics<br>• Novel nicotinic agents like ABT-594 appear to have efficacy in neuropathic pain, based on animal models |
| • Few long-acting agents available for the treatment of acute pain | • Novel analgesics may have a longer duration of action than opioids |

In general, a significant unmet need exists for safer, non–abusable, non–addicting, non–tolerance producing, non–scheduled efficacious oral and parenteral analgesic products for the treatment of moderate to severe pain.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          5668–R2

CONFIDENTIAL          ABBT 0019017

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    15

## B.4     ABT-594 Target Product Profile

### Table 6.     ABT-594 Target Profile

| PPCC/DDC Profile (12/10/97) | Current Profile (6/99) | Rationale for Profile Change | Probability | Status | Share Impact |
|---|---|---|---|---|---|
| Indicated for the treatment of pain (general pain claim) | Indicated for the treatment of osteoarthritis pain | "General pain" claim not achievable due to slow onset of action; proof of principle established in molar extraction study | Medium | 9/99, 1Q01 | High |
| Effective in neuropathic pain | Indicated for the treatment of neuropathic pain | Indication specific claims now favored since general pain claim not achievable | Low | 9/99, 2Q01 | Medium |
| Effective for moderate to moderately–severe pain | N/A | No longer applicable without general pain claim | N/A | N/A | N/A |
| Not scheduled | No change | N/A | High | 4Q02 | High |
| Improved safety profile compared to opioids including:<br><br>- less GI motility impairment<br><br>- less respiratory depression<br><br>- low tolerance potential<br><br>- no dependence/ withdrawal | No clinically significant tolerance, dependence or withdrawal | Simplify profile to focus on the most commercially important AEs | Medium | 2Q01 | High |
|  | Very few abnormal LFTs | Abnormal LFTs in a few Phase I subjects | High | 9/99 | High |
|  | Very low nausea/vomiting at effective dose | Relatively high incidence of nausea/vomiting in single dose Phase I & II subjects (food and dose dependent) | Medium | 9/99 | High |
|  | Other safety OK | Simplify profile | Medium | 9/99, 2Q01 | High |
|  | No significant or sustained differential efficacy in nicotine users vs. non–nicotine users | Lower incidence of AEs in nicotine users in Phase II trial | Low | 9/99, 2Q01 | High |
|  | No significant or sustained differential side effect profile in nicotine users vs. non–nicotine users | Lower incidence of AEs in nicotine users in Phase II trial | High | 9/99, 2Q01 | Medium |
|  | No re-initiation of cravings in ex-nicotine users | Possible due to nicotinic mechanism | Medium | 2Q01 | High |

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019018

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                         16

### Table 6.     ABT-594 Target Profile (Continued)

| PPCC/DDC Profile (12/10/97) | Current Profile (6/99) | Rationale for Profile Change | Probability | Status | Share Impact |
|---|---|---|---|---|---|
| Onset of action in less than 30 minutes | Onset of action comparable to other therapies used to treat OA | Onset of action estimated at 90 minutes in Phase II trial | Low | 9/99 | Medium |
| | Onset of action comparable to other therapies used to treat neuropathic pain | Onset of action estimated at 90 minutes in Phase II trial | High | 9/99 | Medium |
| BID/TID dosing | BID dosing | Competitive dynamics highlight importance of dosing convenience | High | 9/99 | Medium |
| No major drug interactions, especially with drugs used for common chronic conditions | No change | N/A | High | 4Q00 | Medium |

### B.5     Forecast

### Table 7.     U.S. Forecast  (Date of Forecast: 6/98)

| | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Market Rxs (MM) - % chg | 280 2% | 285 2% | 291 2% | 297 2% | 303 2% |
| Abbott Share (%) | 1% | 2.5% | 3.8% | 4.5% | 5.0% |
| Abbott Rxs (MM) | 2.8 | 7.1 | 11.1 | 13.3 | 15.1 |
| Price/Rx ($) | 34.97 | 35.67 | 36.39 | 37.12 | 37.86 |
| Abbott Sales ($MM) | 125 | 254 | 402 | 495 | 573 |
| R&D ($MM) | 5 | 5 | 4 | 4 | 3 |
| SG&A ($MM) | 66 | 98 | 90 | 85 | 84 |
| SMM (%) | 97.2 | 97.3 | 97.3 | 97.4 | 97.4 |
| Div. Margin ($MM) | 59 | 162 | 324 | 427 | 509 |

10 year pre-tax NPV @ 12.5% = $1.016 B          10 year pre-tax ENVY @ 12.5% = TBD

10 year post-tax NPV @ 12.5% = $587 MM          10 year post-tax ENVY @ 12.5% = TBD

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019019

Analgesia Venture (6/23/99)
Development Plan
ABT-594　　　　　　　　　　　　　　　　　　　　　　　17

**Key assumptions:**

- Assumes 12/97 PPCC profile
- NDA Filed 12/01, Launch 6/03
- First in class ChCM
- Usage = 70% chronic and 30% acute
- Weighted average days per Rx = 15.6
- Stocking at 12% of first year's sales
- Detailing includes 30% of IMs, 25% of FPs and GPs, 25% of Rheumatologists, and 10% of Neurologists
- Sampling at 80% of details at launch, 8 units per detail, 5 days of therapy per unit
- Patent expires 12/2016

**Forecast Update Plan:**

Forecast will be updated in late June/early July 1999 to account for revised indications of OA and/or neuropathic pain and the associated spillover use in other pain states.
Forecast will be available well in advance of ABT-594 Go/No Go decision in 9/99.

**Table 8.　　Ex–U.S. Forecast (Date of Forecast: 6/98)**

|  | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Market Rxs (MM) – % chg | – | – | – | – | – |
| Abbott Share (%) | 1% | 2.5% | 3.8% | 4.5% | 5.0% |
| Abbott Rxs (MM) | – | – | – | – | – |
| Price/Rx ($) | – | – | – | – | – |
| Abbott Sales ($MM) | 60 | 150 | 250 | 300 | 320 |
| R&D ($MM) | 3.4 | 3.2 | 2.8 | 2.4 | 2.0 |
| SG&A ($MM) | 27 | 53 | 50 | 48 | 45 |
| SMM (%) | 95% | 95% | 95% | 95% | 95% |
| Div. Margin ($MM) | 26 | 85 | 182 | 235 | 251 |

10 year pre-tax NPV @ 12.5% = $428　　　　10 year pre-tax ENVY @ 12.5% = TBD

10 year post-tax NPV @ 12.5% = $253　　　　10 year post-tax ENVY @ 12.5% = TBD

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.　　6668-R2

CONFIDENTIAL　　　ABBT 0019020

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                        18

## Key assumptions:

- First in class ChCM
- Indicated for treatment of moderate to moderately-severe pain
- Effective in neuropathic pain
- Good tolerability and safety profile
- No nicotinic effects
- Launched in all AI regions, including Japan, simultaneously (2003)

## Forecast Update Plan:

- Forecast will be updated 9/99 (in time for the Go/No Go decision) to reflect results of marketing research to be conducted 3Q 1999 regarding expected uptake of 594 in OA and neuropathic pain markets, as well as potential spill-over prescribing for other pain states.

Table 9.     Global Forecast

|  | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| U.S. Sales ($MM) | 125 | 254 | 402 | 495 | 573 |
| Ex-U.S. Sales ($MM) | 60 | 150 | 250 | 300 | 320 |
| Total Sales ($MM) | 185 | 404 | 652 | 795 | 893 |
| Total Division Margin ($MM) | 85 | 247 | 506 | 662 | 760 |

10 year pre-tax NPV @ 12.5% ≈ $1.44 B      10 year pre-tax ENVY @ 12.5% = TBD

10 year post-tax NPV @ 12.5% ≈ $840 MM      10 year post-tax ENVY @ 12.5% = TBD

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.      6668-R2

CONFIDENTIAL        ABBT 0019021

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                    19

## C.  MAJOR CHALLENGES AND STRATEGIES

### C.1    Project History

| Key Milestones | |
|---|---|
| **Milestone** | **Date** |
| PPCC Approval | 12/96 |
| Start Phase I | 7/97 |
| Start Phase II | 7/98 |
| First Phase II Result | 12/98 |
| GO/NO GO Efficacy* | 9/99 |
| Start Phase III | 1/00 |
| Regulatory Filings (US/EU) | 12/01 |
| Regulatory Approval | 6/03 |

\*   Based on Phase II studies in molar extraction, osteoarthritis,
    and neuropathic pain.

- At PPCC, indications considered for ABT-594 were acute vs. chronic pain, with an
  acute pain claim being considered to have a shorter development course, as long term
  toxicology studies could theoretically be avoided with this approach.
- Input from FDA (3/98) indicated that if an oral dosage form was being pursued,
  i.e., the drug *could* be used long term (independent of indication being sought), then
  long term toxicology studies would be required.
- Decision analysis review of the program (3/98 – 7/98) arrived at several conclusions:
  - A general pain indication was preferred over filing for an acute indication earlier.
  - Carcinogenicity studies should be initiated prior to first Phase II results.
  - Development of follow-on compounds (in the same cholinergic channel
    modulator class and in different pharmacologic classes).

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL              ABBT 0019022

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                               20

- Data from the first Phase II study (single dose molar extraction) indicated that
  ABT-594's onset of action is 1.5 – 2 hours post dose. Because a general pain
  indication requires efficacy in acute pain states (with more rapid onset of action),
  ABT-594 was considered to be unlikely to achieve a general indication. The current
  clinical plan targets disease-specific indications.

**The global target indications for ABT-594 are for the treatment of pain associated
with osteoarthritis and for the treatment of neuropathic pain.**

## C.2     Registration

## C.2.1   Indication

A major challenge to the development of ABT-594 is the identification of an optimal
indication for this novel pharmacology. An understanding of the issues regarding
indications for pain management requires a definition of terms.

| | |
|---|---|
| Disease-specific Indication: | The product would be indicated for pain management associated with specific disease or condition(s) such as osteoarthritis, diabetic neuropathy or dysmenorrhea. |
| General Indication: | The product would be indicated for use in unspecified pain states (for the management of pain) without a limit on treatment duration. |
| Acute Indication: | The product would be indicated for use in unspecified pain states, with duration of use of at most 5 days (typically, post-operative pain). |

Historically at FDA, a typical submission has included approximately six efficacy studies
(several single-dose dental pain studies, and several multiple dose orthopedic or
post-operative pain studies) and safety studies. This package has resulted in a general
pain indication.

While the FDA has regarded this approach as satisfactory given the broad analgesic
efficacy of older compounds (NSAID's and opioids), newer pharmacologic approaches
have created concerns at FDA that a drug studied for short periods may not be effective

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019023

**McCarthy Deposition Exhibit 6**

**P's Exhibit BV**

**Part 2**

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                     21

in chronic pain states (e.g., low back pain, neuropathic pain). An FDA Advisory
Committee meeting (March, 1998) recommended that acute studies should support *only*
an acute indication, and chronic studies (in addition to acute studies) are required to
support a general indication. The FDA indicated that it may use labels that distinguish
compounds with efficacy in neuropathic pain from those without efficacy in this
mechanistically distinct pain type. Currently no regulatory guidelines exist (FDA or
EMEA) as to the requirements for a neuropathic pain indication. Carbamazepine
(Tegretol, Novartis) is indicated for the management of trigeminal neuralgia, and topical
lidocaine (Lidoderm, Endo) is indicated for the management of post-herpetic neuralgia.

Recent FDA/CPMP guidelines exist regarding disease-specific indications for
osteoarthritis and rheumatoid arthritis and two COX-2 inhibitors have recently been
approved by the FDA. Celebrex (celecoxib, Searle) is approved for the relief of signs
and symptoms of osteoarthritis and rheumatoid arthritis. Vioxx (rofecoxib, Merck) is
approved for the relief of signs and symptoms of osteoarthritis, dysmenorrhea (painful
menstruation) and acute pain. A CPMP guideline recommends 6 month studies
(vs. 3 months studies required by FDA) to support arthritis indications. For the EU there
exists no precedent for a compound approved through the EMEA central filing procedure
for a pain claim. Meetings to review our clinical trial strategy with worldwide
regulatory authorities are planned to be scheduled after the GO/NO GO decision
(9/1999).

Marketing research is ongoing to assess the commercial viability of the target indications:
the treatment of pain associated with osteoarthritis and the treatment of neuropathic pain.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL        ABBT 0019024

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                     22

### C.2.2  Clinical/NPD

**Issue:**      If ABT-594 is scheduled, the NPV is significantly reduced.

**Strategy:**   An expert advisory meeting took place 11/98. The advisors felt it was
unlikely that ABT-594 would be scheduled and recommended that we
conduct several preclinical/clinical studies on the compound identified for
Phase III development after the GO/NO GO (9/1999).

### C.2.3  CMC

**Issue:**      We are at risk for possible increases in the cost of drug substance because
we are dependent on other vendors to manufacture ABT-594 drug
substance.

**Strategy:**   Abbott cannot manufacture highly potent compounds. CAPD has selected
Chemsyn as the manufacturer of the bulk drug substance.

### C.2.4  Toxicology

**Issue:**      Six month rat study finding may suggest future possible occurrence of
hepatocellular neoplasms in long term toxicology studies.

**Strategy:**   No adenomas have been found in the study. Early deaths in the 2 year
carcinogenicity study will be closely monitored. No further studies are
recommended at this time.

### C.2.5  Discovery

**Issue:**      Given our leadership position in cholinergic channel modulator
pharmacology, a critical program challenge is the establishment of
milestones that optimize timing and decision-making for clinical
development of follow-on compounds.

**Strategy:**   ABT-259 was approved for Transition Team evaluation at DDC 9/98.
An additional cholinergic channel modulator compound and an adenosine
kinase inhibitor are currently targeted for DDC by 4Q 1999.

### C.3     Price Setting and Reimbursement

Pricing trends in the U.S. market will remain relatively stable in the short term due to
two factors. First, the effect of higher-priced branded products entering the market in
each analgesic class is tempered by the loss of patent protection of other branded

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL          ABBT 0019025

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                    23

products, and the resulting price erosion due to generic competition. Secondly, the large size of the prescription pain market tends to absorb the impact of individual products' prices in each analgesic class. In the long term, however, the entry of several higher-priced novel analgesics may create an upward trend in prescription analgesic prices.

Due to the competitiveness of the pain management market, ABT-594 must favorably complete outcomes and pharmacoeconomic studies in order to gain significant formulary acceptance and use in managed care organizations (MCOs) and institutional settings. Marketing research and consultation with the PPD managed care department will help determine the appropriate number of studies, comparators and desired endpoints.

**C.4    Commercial Issues and Opportunities**

**Issues**

- ABT-594 must demonstrate an excellent safety profile for broad usage by general practitioners
    - Potential for AEs (nausea) still exists
    - Potential for addiction due to nicotinic mechanism still exists
- No DEA scheduling will be key to market success
- Implications, if any, of the differential side effects in smokers vs. non-smokers must be determined
- ABT-594 must demonstrate an advantage over COX-2s for the treatment of OA/RA pain in order to compete in this market
- Other novel analgesics (e.g., pregabalin, 2nd generation COX-2s) may beat ABT-594 to the market
- ABT-594 may face significant pricing pressures ex-US, given the large number of existing pain drugs, many of which are generic

**Opportunities**

- ABT-594 expected product profile would satisfy several significant unmet needs in the analgesia market
    - Avoids scheduling, addiction and tolerance issues of opioids while providing relief of moderate to severe pain

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL        ABBT 0019026

Analgesia Venture (6/23/99)
Development Plan
ABT–594                                                                                    24

- – Overcomes ceiling effect of NSAIDs while offering equal or better safety profile
- – Efficacious in neuropathic pain
- PPD primary market research and input from the European Pain Advisory indicate that physicians would embrace a drug with these attributes
- Although molar extraction studies indicate that ABT–594 is not appropriate for treatment of acute nociceptive pain, the total available market for ABT–594 is large
  - – The osteoarthritis market is among the largest segments of the analgesia market
  - – The neuropathic pain market is large and significantly underserved
  - – A significant amount of "spillover prescribing" for other chronic pain states is likely
- ABT–594 is likely to be the first nicotinic acetylcholine receptor modulator, indicated for treatment of pain, to reach the market (other compounds with a nicotinic mechanism may launch before ABT–594, labeled for other indications such as Alzheimer's Disease or Parkinson's Disease)
- US market would likely support premium pricing for a novel analgesic offering advantages over currently available agents
- Potency of ABT–594 ensures low cost of goods

## C.5    Patent Issues

A notice of allowance has been obtained from the United States Patent and Trademark Office on an application providing generic coverage for ABT–594 and ABT–259 and a large class of structurally related analogs. The original filing date for this application dates back to October 9, 1992, and since this predates a 1996 change in patent law, we are afforded a choice of 20 years from date of filing or 17 years from date of issue, of which 17 years from issue provides the longer patent life. The anticipated expiration of patent coverage for composition of matter for ABT–594 and ABT–259 will be June, 2016. An additional application (6013.US.01), which includes species claims to ABT–594 and ABT–259 as well as use claims for the treatment of pain, was filed in December, 1996 and is pending. If this patent is allowed, it will provide 20 years from date of filing, which will extend the patent life of ABT–594 and ABT–259 to December, 2016.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL       ABBT 0019027

Analgesia Venture (6/23/99)
Development Plan
ABT–594                                                                                    25

The original application providing generic composition of matter coverage was filed broadly *ex. U.S. (WO94/08992) and this application published on April 28, 1994.* A second foreign filing (WO96/40682) published on December 19, 1996. These cases are all still pending.

**Issue:**     We may have to pay for use of proprietary technology in preclinical development.

**Strategy:**  A meeting was held at Abbott on 2/99 with representatives from SIBIA Neuroscience. SIBIA presented both on their technology platform and two compounds that are in early Phase II (SIB 1508Y) and Phase I (SIB 1553) development. An exclusive license for SIBIA's technology platform has been granted to Lilly, 5/99.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL          ABBT 0019028

Analgesia Venture (6/23/99)
Development Plan
ABT–594                                                                                      26

## D.  CLINICAL TRIAL PROGRAM

### D.1    Ongoing and Proposed Phase II, III and IIIb Clinical Studies

Given the spectrum of analgesic activity of ABT–594 in preclinical animal models of
pain, the clinical development program for ABT–594 will evaluate the safety and
efficacy of ABT–594 for the treatment of neuropathic pain and pain associated with
osteoarthritis.  In addition, pilot studies are planned to assess the safety and efficacy of
ABT–594 for the treatment of pain associated with cancer.

Table 10.    Ongoing and Proposed Phase II, III and IIIb Clinical Studies

| Indication | Phase II | | Phase III | | Phase IIIb | |
|---|---|---|---|---|---|---|
| (Study Type) | # Studies | # Patients | # Studies | # Patients | # Studies | # Patients |
| **Osteoarthritis** | | | | | | |
| U.S. | 1[c] | 250 | 3[a] | 1800 | – | – |
| Europe | – | – | 1[a] | 600 | – | – |
| Japan | – | – | 1[b] | 300 | – | – |
| **Neuropathic Pain** | | | | | | |
| U.S.[a] | 1[c] | 150 | 3[a] | 1800 | – | – |
| Europe | – | – | 1[a] | 600 | – | – |
| Japan | – | – | 1[b] | 300 | – | – |
| **Cancer Pain** | | | | | | |
| U.S. | 2 | 500 | – | – | – | – |
| **Long–Term Safety** | | | | | | |
| U.S. | – | – | 1[a] | 600[d] | – | – |
| Europe | – | – | 1[a] | 300[d] | – | – |
| **Pricing Studies** | | | | | | |
| U.S. | – | – | – | – | 1 | 500 |
| Europe | – | – | – | – | 1 | 500 |
| Canada | – | – | – | – | 1 | 500 |
| Australia | – | – | – | – | 1 | 500 |
| **TOTAL** | 4 | 900 | 12 | 5400 | 4 | 2000 |

a.  Registration Trial
b.  Bridging Study
c.  Ongoing
d.  Patients already counted in Phase III osteoarthritis and neuropathic pain studies.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.      6668-R2

CONFIDENTIAL        ABBT 0019029

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    27

**D.2    Registration Trials**

**Phase I**

Seven Phase I studies have been completed with ABT-594. These initial Phase I studies
have provided a preliminary determination of the pharmacokinetic, safety and tolerability
profile of single and multiple dose administration of an oral liquid formulation of
ABT-594 and the comparative bioavailability and effect of food on oral liquid and solid
oral soft elastic capsule (SEC) and hard gelatin capsule (HGC) formulations.

Approximately 171 subjects have received at least one dose of ABT-594 (25 µg to
200 µg) as an oral solution under fasted (i.e., after a 10-hour fast) or fed conditions
(i.e., approximately 30 minutes after a meal was served).

For the ABT-594 oral solution, dosing under fasted conditions was limited by vomiting
after single dose administration at doses of 100 µg or higher; however, improved
gastrointestinal (GI) tolerability was generally noted with continued dosing under fasted
conditions and when ABT-594 was administered under fed conditions. The most
frequently observed adverse events were dizziness, nausea, and vomiting. Most adverse
events were mild in severity and occurred at doses of 100 µg or higher.

The pharmacokinetics of ABT-594 were linear at doses from 25 µg to 150 µg after
single and multiple dose administration. No unexpected accumulation was observed after
multiple dosing. Approximately 50% of an ABT-594 dose was recovered in urine.
There was no effect of food on the $C_{max}$ and AUC of ABT-594. The occurrence of
adverse events of dizziness, nausea, and vomiting was significantly correlated with $C_{max}$,
AUC, and dose.

Two Phase I studies (Study M97-706, Study M98-984) have assessed the bioavailability
of ABT-594 oral solution, SEC, and HGC formulations. In Study M97-706 (n=22), the
bioavailability of a single 100 µg dose of ABT-594 25 µg and 50 µg SEC formulations
was shown to be equivalent to that of an ABT-594 oral solution formulation with regard
to $C_{max}$ and AUC. In Study M98-984 (n=23), based on preliminary analysis, the
bioavailability of a single 100 µg dose of a 25 µg HGC formulation was similar to that of

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

CONFIDENTIAL      ABBT 0019030

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          28

a 25 µg SEC formulation. In the same study, preliminary analysis also showed the
pharmacokinetics of a single 150 µg ABT-594 dose to be similar for both the SEC and
HGC formulations. In these studies, a single 100 µg dose of the SEC and HGC was
well-tolerated with excellent GI tolerability (i.e., nausea, vomiting) under fasted
conditions. For a single 150 µg dose, less vomiting was observed with the HGC and less
nausea with the SEC under fasted conditions as compared to the oral solution in previous
studies.

Eighteen additional Phase I studies are planned to be included in the registration package.
These Phase I studies will be conducted to so that data on specific drug interactions and
pharmacokinetics and safety of ABT-594 in special populations can be included in the
labeling and package insert once the product is approved. A table summarizing these
studies is presented below:

Table 11.    Summary of Planned Phase I Clinical Studies

| Study | Number of Studies | Planned Number of Subjects | Anticipated Start Date |
|---|---|---|---|
| Bioavailability | 3 | 72 | 4 Q '99 |
| Human Metabolism | 1 | 6 | 3 Q '99 |
| Drug Interaction | 6 | 192 | 1 Q '00 |
| Special Populations: | | | |
|     Renal Impairment | 1 | 32 | 1 Q '00 |
|     Hepatic Impairment | 1 | 32 | |
|     Smokers | 1 | 48 | |
|     Geriatric | 1 | 48 | |
| Cardiovascular Safety | 1 | 32 | 1 Q '00 |
| Japanese Population: | 3 | | |
|     Single Rising Dose | 1 | 60 | 1 Q '00 |
|     Food Effect | 1 | 12 | 1 Q '00 |
|     Multiple Rising Dose | 1 | 60 | 2 Q '00 |
| **Total Planned Phase I Studies:** | **18** | **594** | |

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL          ABBT 0019031

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    29

## Phase II

Five Phase II dose-ranging studies have been initiated.  Two Phase II studies in dental
pain following third molar extraction surgery (M97-772 and M97-897) used an
ABT-594 oral liquid formulation have been completed.  Two Phase II studies, one in
neuropathic pain (n=150) and one in osteoarthritis (n=250) are currently ongoing.
One study in post surgical pain was initiated but prematurely terminated due to the onset
of active ABT-594.

The single dose molar extraction (M97-772) demonstrated that ABT-594 has analgesic
effects with no differential effectiveness based on prior nicotine use, gender or baseline
pain severity.  However, these analgesic effects were associated with adverse events of
nausea, vomiting and dizziness and a slow onset of action (1.5-2.0 hours).  As a general
pain claim is supported by evidence of acute efficacy, these results suggested that a
general pain indication is unlikely to be achieved for ABT-594.  The molar extraction
model assessed the single dose safety and efficacy, dose response and onset of effect of
ABT-594, but did *not* assess the multiple dose safety, efficacy, and durability of effect of
ABT-594.  These parameters are being assessed in the ongoing 3 week Phase II
neuropathic pain (M98-833) and osteoarthritis (M98-826) studies.

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
*No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.*    6668-R2

CONFIDENTIAL      ABBT 0019032

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                30

The five initiated Phase II dose-ranging trials are summarized in the following table:

**Table 12.    Summary of Ongoing and Completed Phase II Studies**

| Protocol No. | Study Description | ABT-594 Doses | Treatment Duration Regimen | Target Enrollment | Patients Enrolled | Status Conclusion |
|---|---|---|---|---|---|---|
| M97-772 | Molar Extraction | 25, 50, 75, or 100 µg | 1 Day; QD | 288 | 290 | Completed; Efficacy seen at 100 µg dose; Onset at approximately 2 hours. |
| M97-897 | Molar Extraction | 100 µg | 1 Day; QD | 45 | 45 | Completed; Efficacy not demonstrated; 90% of ABT-594 subjects received rescue medication prior to 2 hour analgesic onset. |
| M98-836 | Post General Surgery | 25, 50, or 75 µg | 1 Day; QD | 250 | 2 | Study prematurely terminated due to slow onset of action of ABT-594 in M97-772 |
| M98-833 | Neuropathic Pain | 25 or 75 µg | 3 Weeks; BID | 150 | 136 | Study is ongoing |
| M98-826 | Osteoarthritis | 25, 50, 75 µg | 3 Weeks; BID | 250 | 256 | Study is ongoing |

Two Phase II pilot studies in patients with moderate to severe cancer pain are planned for the registration package. These studies are not aimed at an indication, but will be supportive studies to help establish favorable competitive position and regulatory approval. Each study will be a randomized, double-blind, placebo-controlled, morphine-sparing study of approximately 2 doses of ABT-594 in approximately 250 cancer patients.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

CONFIDENTIAL        ABBT 0019033

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                      31

**Go/No Go Decision:**

A Go/No Go decision is planned for 9/99 based on the results of ongoing Phase II studies in neuropathic pain and osteoarthritis, and market research on disease specific claims (i.e., relief of signs with symptoms of neuropathic pain, or relief of signs and symptoms of osteoarthritis).

To support a Go decision for any indication, osteoarthritis (OA) and/or neuropathic pain (NP) Phase II studies should:

1.   show trends such that Phase III studies will have 80% power to detect significant improvement associated with ABT-594 vs. placebo;

2.   show acceptable safety;

3.   show no clinical evidence for abuse liability.

For osteoarthritis, Phase II studies should also provide evidence that adequately powered Phase III studies would not show superiority of active control (e.g. ibuprofen) compared with ABT-594.

**Phase III**

The Phase III program is aimed at obtaining indications for the treatment of pain associated with osteoarthritis and neuropathic pain. The Phase III program in osteoarthritis and neuropathic pain will each consist of four 600 patient Phase III studies that will be conducted in the United States and Europe, and one 300 patient bridging study that will be conducted in Japanese subjects. Although a minimum of two pivotal studies are required for registration, this plan provides some back up should a study fail to meet its primary efficacy measure to statistical significance.

Each Phase III study will be a randomized, double-blind, placebo-controlled comparative study and will evaluate two doses of ABT-594. The duration of treatment for the Phase III osteoarthritis trials will range from 3 months to 6 months. The duration of treatment for the Phase III neuropathic pain studies will be approximately 3 months. Each Phase III program will enroll approximately 2400 patients and is designed to stand alone should one indication not show sufficient efficacy.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019034

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    32

In addition to these studies, two long-term, open-label safety studies are also planned for
the registration package. One study will be conducted in the United States and the other
will be conducted in Europe. The purpose of these trials will be to obtain the required
long-term safety data on ABT-594. These studies will allow patients who have
participated in any Phase III study conducted in the United States or Europe the option of
receiving ABT-594 on a long-term basis. In addition, patients who never received
ABT-594 who meet the inclusion criteria will be allowed to receive ABT-594 on a long
term basis.

### D.3     Trials Aimed at Enhancing Pricing and Reimbursement

### Phase IIIb

Late Phase IIIb studies will be devoted to comparative studies using key analgesic
competitors. Phase IIIb will examine issues of pricing, market penetration and
pharmacoeconomics. Four Phase IIIb pricing studies are planned to be completed prior
to market launch. These studies will not be completed at the time of NDA/EMEA
submission. Each study will enroll approximately 500 patients. The location (country)
in which these studies will be conducted will be selected to help obtain market
penetration and obtain optimum pricing on a world-wide basis. At this time, it is
anticipated that one study will be conducted in each of the following four countries:
Australia, Canada, United States and Europe.

### Phase IV

Phase IV studies will be planned once the results of Phase III studies are obtained and
will be based upon the important analgesic competitors at the time of Phase IV trials.

### D.4     Trials Aimed at Facilitating Launch and Market Penetration

Price determination, reimbursement status, product positioning, and product promotion
will be critical for the commercial success of ABT-594. Given the recent market entry
of COX-2 inhibitors, they will likely form much of the competition at the time ABT-594
is expected to launch. Phase IIIB outcomes and reimbursement studies in the U.S. and
Europe are currently planned to start in 1Q01 and 2Q01, respectively. The specific tasks
listed below are proposed to establish the market value of ABT-594:

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

CONFIDENTIAL        ABBT 0019035

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                33

Quantification of the Health and Economic Burden of Chronic Pain (3Q'99)

1.  Description of Practice Pattern Variation in Major Markets (4Q'99)

2.  Development of a Decision–Analytic Model (4Q'99)

3.  Preparation and Execution of a Phase III Piggyback Protocol (1Q'00)
    - Health–Related Quality of Life
    - Economics

4.  Development and Execution of a Naturalistic Outcomes/Cost–Effectiveness Phase
    IIIB Trial (1Q'01)

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL     ABBT 0019036

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          34

## E.  CHEMISTRY, FORMULATIONS, MANUFACTURING

### E.1    CAPD

Process development remains on schedule to meet the commercial cost objective.  Cost
of goods was originally targeted to be $0.125/day.  This was based upon a 50 mg/day
dosage.  It now appears a dosage projection of less than 0.1 mg/day is more likely.  Based
upon this dosage scenario, it is expected a bulk drug substance cost of $0.02/day can be
achieved at launch.  The target cost of drug substance at launch is $2,500/kg.

ABT-594 bulk drug substance will be manufactured only at ChemSyn Laboratories in
Harrisonville, Missouri.  ChemSyn has been audited by CAPD supplier quality assurance
group and approved as a supplier of bulk drugs.  ChemSyn has recently completed
construction of a new facility for the manufacture of highly potent drugs.  This new
facility is where they will manufacture registration batches for ABT-594 in August of
1999.  The intermediate for ABT-594, BOC azetidine alcohol (BAA), will be
manufactured only at Regis Technologies in Morton Grove, IL.  Regis will be
manufacturing their registration batches in May and June of 1999.  As time allows, the
process development team will optimize the process to manufacture the bulk drug
substance in 1999.  The development team will also work with the analytical support
groups to set specifications on materials and intermediates used in the process and define
the in-process testing required for control of the manufacturing process.  All pertinent
impurities will be identified and standards prepared to support analytical method
development for CCM.

### Bulk Drug Substance Cost Status

Bulk drug substance cost is expected to be $20,000/Kg at the time of launch.
Approximately 40% of the cost reflects manual charges.  The balance of the costs
includes labor and equipment, process support charges and supplier profit margin.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.    6668-R2

CONFIDENTIAL    ABBT 0019037

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                             35

| Event | Year/Source | Cost/KG | Actual/Projected |
|---|---|---|---|
| DDCC | 1996 / D-45L | $200,000 | Actual |
| | 1997– CAPD | $175,000 | Actual |
| | 1998– SICOR | $40,000 | Actual |
| NDA Lots | 1999– CHEMSYN | $29,000 | Projected |
| NDA Filing | 2001 | $29,000 | Projected |
| Validation Lots | 2002 | $20,000 | Projected |
| Launch | 2003 | $20,000 | Projected |

The projected cost of ABT-594 bulk drug substance at launch (6/03) that was established
during PPCC (12/96) was $2,500.00/kg. The current projected cost of bulk drug
substance at the time of launch is projected to be $20,000.00/kg

The projected average daily dose is expected to be approximately 200 µg/day. Based
upon a dosage projection of 0.2 mg, it is expected that the cost of drug substance at
launch will be approximately $0.004 per day.

### ABT-594 Bulk Drug Substance Requirements

Project:          G02Q143-010

|  | | | | | | Inventory Balance |
|---|---|---|---|---|---|---|
| End Q4 1999 | | | | | | 15 kg |

| | Bulk Deliveries | | Usage (Quantity) | | | |
|---|---|---|---|---|---|---|
| | Description | Quantity | Clinical | Formulation | Scale-Up | Inventory |
| Q1 2000 | | | 0.5 kg | 0.5 kg | | 14.0 kg |
| Q2 2000 | | | | 0.5 kg | 9.0 kg | 4.5 kg |
| Q3 2000 | | | | | 3.0 kg | 1.5 kg |
| Q4 2000 | | | | | | |
| Q1 2001 | | | | | | |
| Q2 2001 | | | | | | |
| Q3 2001 | | | | | | |
| Q4 2001 | Validation Lots (n-3) | 15 kg | | | 3.0 kg | 13.5 kg |

Lead Time (request to delivery; weeks) 8

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL          ABBT 0019038

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                        36

E.2    PARD

**Clinical Formulations:**  Rising dose safety and molar extraction studies were performed
using a solution formulation.  Phase II studies in osteoarthritis and neuropathic pain are
underway using a softgel capsule formulation (SEC).  The softgel formulation was shown
to delay $T_{max}$, therefore, a rapidly dissolving hard gelatin capsule (HGC) formulation has
been developed as the target Phase III formulation.  A 25 mcg HGC is currently in a
biostudy vs. SEC.  A 75 mcg HGC will be tested for bioavailability 6/99.

**Commercial Formulation:**  Primary candidate for commercial formulation is HGC at
dosage strength(s) to be determined by results of Phase II studies.

**Formulation-Dependent Absorption Rate:**  If therapeutic onset is too slow with oral
solution and capsule formulations, sublingual dosing may provide more rapid absorption.
To this end, clinical supplies of "Zydis" instantly disintegrating tablets have been
manufactured.  Rapidly disintegrating conventional tablets are also possible, avoiding
royalty and manufacturing payments to Schere DDS.  Biostudy with sublingual dosing is
on hold.

**Key Issues:**  Formulation and processing alternatives are limited by three factors:
(1) content uniformity challenges due to low dose, (2) incompatibility with many
commonly used excipients, and (3) low allowable employee exposure limits.  The HGC
formulas under development address factors (1) and (2).  Factor (3) will require capital
investment at PPD's Abbott Park or Puerto Rico manufacturing facilities, or manufacture
by a third party (TPM).  Preliminary evaluation of facilities modifications has been done;
preliminary evaluation of TPMs has occurred as a result of other projects.

**Critical Path Activities:**  Formulation scale-up is expected to occur 2Q00; NDA
stability lots are expected to be manufactured 3Q00.  1 year stability results are expected
to be available 9/01 in support of the 12/1/01 FDA/EMEA submissions.

**IV Formulation:**  Parenteral formulation is on hold.  It is expected that a lyophilized
formulation will be required.  Clinical supplies may be available 6 months post-funding.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL              ABBT 0019039

## E.3    Manufacturing

The primary manufacturing sites in consideration are API, AP16 and RP Scherer. API
Potent Drug Module would produce hard gelatin powder filled capsules. This process
utilizes the 600L TK Fielder granulator, vacuum V–Blender, a potential milling step and
encapsulation. AP16 Microwave Gral process would also produce hard gelatin powder
filled capsules. This process involves the 300L microwave granulator, Bin blending and
encapsulation. RP Scherer would produce softgel capsules. This process includes a
Hicks Reactor, a vessel to reduce particle size and softgel capsulation. The granulation
process demonstrated excellent stability and dissolution properties. However, both the
API and AP16 options require significant capital. The RP Scherer formulation is doable
but is sending the business outside. We are gathering detailed information on cost
estimates for each manufacturing option. Manufacturing options are constrained by
extremely low employee exposure limit (EEL) of 1 ug/m$^3$.

Timeline for manufacturing include the following: 1) Phase III supplies starting 9/1999,
2) Identification of manufacturing site 9/1999, 3) Upgrade of Abbott site if necessary
starting 9/1999, 4) Go/No–Go decision 9/1999, 5) Prescale up runs 2nd Qtr/2000 and
6) Regulatory scaleup runs starting 2nd Qtr/2000.

Manufacturing cost for bulk drug is $2,500/kg. Finished product will be determined by
the site selection. The dosage strength is still to be determined but is estimated to be
100 ug or less. Cost estimates for ABT-594 have not been completed.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL        ABBT 0019040

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          38

## F.  NON-CLINICAL

### F.1    Toxicology

Relative to therapeutically efficacious doses in rats, ABT-594 has proven to be a
relatively non-toxic product, aside from its emetic liability in monkeys. One-month
toxicity studies in rat and monkey, three-month studies in rat, mouse and monkey, and
six-month study in rat have been completed. A 12-month monkey study, and rat and
mouse carcinogenicity studies are ongoing.

In rats, reduced body weights and food intake were observed at all dosages tested; these
changes were judged likely to be due to a pharmacologic effect of the compound.
Treatment-related findings in rat studies included increased bile acids, hematologic
alterations, increased ALT and liver weights changes. In the six-month study, basophilic
foci of cellular alteration were noted in livers of 1/20, 3/20 and 5/20 female animals from
the 0.2, 0.5 and 2.0 mg base/kg/day dosage groups, respectively. The presence of foci of
cellular alteration in rat livers is frequently related to the administration of carcinogenic
compounds, but foci are by definition not neoplastic, and some types (e.g., the tigroid
type seen in this study) are disputed as not truly representing preneoplastic lesions. They
are regarded as proliferative, however, and a relationship to drug treatment suggests some
sort of stimulus to cell replication. Any further works to investigate the mechanism of
this liver finding will wait until the go/no go decision is made.

In monkeys, emesis and abnormal stool were seen; these were regarded as pharmacologic
effects of this class of compound. Other drug-related effects included clinical signs and
changes in hematology, serum chemistry, organ weights and histopathology. These
findings were consistent with dehydration and exacerbation of a non-specific
stress-related response.

A fertility and general reproduction study in rat, and teratogenicity studies in rat and
rabbit have also been completed. There were no adverse effects on reproduction or
embryo/fetal development. A peri- and postnatal study of ABT-594 in rat is currently
ongoing. A juvenile rat study is schedule to start during the first quarter of 2001.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL          ABBT 0019041

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                    39

Genetic toxicology studies conducted with ABT-594 included Ames assay, mouse
lymphoma assay, *in vitro* cytogenetics assay and *in vivo* mouse micronucleus assay.
ABT-594 was not found to be genotoxic in any of these assays. However, a mesylate
impurity in the finished product was found to be weakly mutagenic in a single strain of
bacteria (TA1535) in the Ames test. There are ongoing efforts in determining and setting
safe limits of this impurity in future bulk drug lots.


All toxicology studies needed for the go/no go decision have been completed.
As mentioned earlier, the only toxicology issue with ABT-594 at this time is the finding
of basophilic foci in the rat liver. This finding should have no impact on labeling or
milestone dates. The carcinogenicity studies are scheduled to be completed during the
fourth quarter of 2001. If the findings in these studies are negative, no further toxicology
work will be necessary and the milestone date of 12/01 for NDA filing should be met.


## F.2    Metabolism


Animal ADME studies (mouse, rat and monkey) have shown that oral doses of tritiated
ABT-594 drug are well absorbed, not extensively metabolized and excreted into the
urine primarily as unchanged parent drug. The major biotransformation products have
been identified and include oxidative and conjugated metabolites. *In vitro* studies with
cDNA-expressed human cytochrome P450 (CYP) isoforms suggested that CYP2D6
could slowly catalyze the oxidative metabolism of ABT-594. However, the contribution
of CYP2D6 to the total elimination of the drug is likely to be very small, suggesting that
coadministered drugs which induce or inhibit CYP-dependent metabolism are not likely
to alter the clearance of ABT-594 in humans. Other *in vitro* experiments showed that
ABT-594 did not adversely inhibit the metabolism of a number of CYP selective
substrates by human liver microsomes, suggesting little potential for clinically relevant
drug/drug interactions. Studies in one or more species have shown that ABT-594 is not
highly bound to plasma proteins and is uniformly distributed in human whole blood.
Total radioactivity is widely distributed throughout rat tissues and demonstrated an
affinity to bind to melanin containing tissues in pigmented rats.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL        ABBT 0019042

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                          40

Placental and lacteal transfer studies of the radiolabeled drug in rats are scheduled to
begin in the fourth quarter of 1999 or early in 2000. A limited tissue distribution study in
pigmented rats is also planned to determine the half-life of total radioactivity in
melanin-containing tissues. A radiolabeled study in normal human subjects is scheduled
for 2000.

## F.3    Animal Pharmacology

The only animal pharmacology study ongoing that may be required later in the
development of ABT-594 is a migraine study in Professor Peter Goadsby's Laboratory,
Institute of Neurology, London. A report is anticipated in the 3rd quarter of 1999 on the
effects of ABT-594 in a cat model of migraine.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019043

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                41

## G. DEVELOPMENT COST AND SENSITIVITY ANALYSIS

The development milestones for ABT-594 are as follows:

| Milestones | Date |
|---|---|
| PPCC Approval | 12/96 |
| Start Funding | 1/97 |
| Go/No-Go Preclinical Safety | 6/97 |
| Start Phase I Europe | 7/97 |
| File IND (Liquid) | 2/98 |
| Start Phase II U.S. | 7/98 |
| Go/No Go Clinical Efficacy | 9/99 |
| File CTX/CTN | 10/99 |
| End of Phase II Mtg. w/FDA | 11/99 |
| Start Phase III U.S./Europe | 12/99 |
| Start Phase I Japan ~ | 2/00 |
| Start Phase III Bridging Japan | 1/01 |
| File Europe – EMEA | 12/01 |
| File U.S. NDA – FDA | 12/01 |
| File Japan – Koseisho | 6/02 |
| Regulatory Approval U.S. | 6/03 |

### G.1   Base Case Scenario

The base case scenario consists of pursuing both the neuropathic pain and osteoarthritis
indications. The Phase III program is aimed at obtaining indications for the treatment of
pain associated with osteoarthritis and neuropathic pain. The Phase III program for
osteoarthritis and neuropathic pain will each consist of three 600 patient Phase III pivotal
studies to be conducted in the United States and one 600 Phase III study to be conducted
in Europe to help facilitate regulatory approval and pricing in Europe. One 300 patient
bridging study for each indication is also planned to be conducted in Japanese subjects.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL        ABBT 0019044

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                      42

## Planned Phase II and III Studies:

| INDICATION | PHASE II | PHASE II | PHASE III | PHASE III |
|---|---|---|---|---|
| | # Studies | # Patients | # Studies | # Patients |
| Osteoarthritis | 1 | 250 | 5 | 2700 |
| Neuropathic Pain | 1 | 150 | 5 | 2700 |
| Cancer Pain | 2 | 500 | N/A | N/A |
| TOTAL | 4 | 900 | 10 | 5400 |

\*   Does not include 2 long-term safety studies but does include Japan bridging studies.

## Cost Through the NDA:

| YEAR | COST |
|---|---|
| 1999 | 29.9 |
| 2000 | 93.2 |
| 2001 | 50.5 |
| TOTAL COST TO NDA | 173.6 |

## Breakdown by Year and Department:

| | 9/99 (to Go/NoGo) | 1999 | 2000 | 2001 (to NDA) |
|---|---|---|---|---|
| PARD & CAPD | 5.2 | 6.5 | 8.0 | 8.0 |
| Drug Safety | 3.8 | 4.7 | 5.0 | 2.5 |
| Stats & DM | 1.3 | 1.8 | 9.0 | 10.0 |
| Venture Mgt | 5.9 | 8.4 | 12.0 | 11.0 |
| Grants | 3.6 | 6.5 | 55.7 | 16.0 |
| Other | 1.8 | 2.0 | 3.5 | 3.0 |
| TOTAL | 21.6 | 29.9 | 93.2 | 50.5 |

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.      6668-R2

CONFIDENTIAL      ABBT 0019045

Analgesia Venture (6/23/99)
Development Plan
ABT–594                                                                                          43

**Breakdown by Indication:**

| YEAR | BASE PROGRAM | NEUROPATHIC PAIN | OSTEOARTHRITIS | TOTAL |
|------|--------------|------------------|----------------|-------|
| 1999 | 20.9 | 0 | 9.0 | 29.9 |
| 2000 | 36.9 | 29.2 | 27.1 | 93.2 |
| 2001 | 43.3 | 6.0 | 1.2 | 50.5 |
| TOTAL | 101.1 | 35.2 | 37.3 | 173.6 |

**G.2    Downside Scenario (Funding Decrease)**

Should funding need to be decreased, the strategy would be to eliminate one Phase III
pivotal study from each indication.  The negative aspect of this strategy adds more risk
to the program, should one of the remaining two studies not statistically meet its efficacy
outcome goal.  The downside scenario is summarized in the following tables:

**Downside Scenario Of Planned Phase II and III Studies**

| INDICATION | PHASE II | PHASE II | PHASE III | PHASE III |
|------------|----------|----------|-----------|-----------|
| | # Studies | # Patients | # Studies | # Patients |
| Osteoarthritis | 1 | 250 | 4 | 2100 |
| Neuropathic Pain | 1 | 150 | 4 | 2100 |
| Cancer Pain | 2 | 500 | n/a | n/a |
| TOTAL | 4 | 900 | 8 | 4200 |

**Cost of Downside Scenario Through the NDA:**

| YEAR | COST |
|------|------|
| 1999 | 27.7 |
| 2000 | 78.6 |
| 2001 | 54.4 |
| TOTAL COST TO NDA | 160.7 |

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL          ABBT 0019046

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                44

**Breakdown of Downside Scenario by Key Milestones and Department:**

|  | 9/99 (to Go/No Go) | 1999 | 2000 | 2001 (to NDA) |
|---|---|---|---|---|
| PARD & CAPD | 5.2 | 6.3 | 7.8 | 7.8 |
| Drug Safety | 3.8 | 4.7 | 5.0 | 2.5 |
| Stats & DM | 1.3 | 1.6 | 8.0 | 9.5 |
| Venture Mgt | 5.9 | 8.0 | 11.0 | 10.5 |
| Grants | 3.6 | 7.5 | 49.0 | 15.2 |
| Other | 1.8 | 1.8 | 3.5 | 3.0 |
| **TOTAL** | 21.6 | 27.9 | 84.3 | 48.5 |

**Breakdown of Downside Scenario by Indication:**

| YEAR | BASE PROGRAM | NEUROPATHIC PAIN | OSTEOARTHRITIS | TOTAL |
|---|---|---|---|---|
| 1999 | 20.9 | 0 | 7.0 | 27.9 |
| 2000 | 36.9 | 25.2 | 22.2 | 84.3 |
| 2001 | 43.3 | 4.0 | 1.2 | 48.5 |
| TOTAL | 101.1 | 29.2 | 30.4 | 160.7 |

## G.3     Upside Scenario (Funding Increase)

The development strategy should additional funding become available would be to pursue an indication for the treatment of cancer pain.   Three 600 patient Phase III pivotal studies would be planned for the U.S. and one would be planned for Europe.

A summary of the upside scenario is presented in the following tables:

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL                    ABBT 0019047

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                45

## Upside Scenario of Planned Phase II and III Studies:

| INDICATION | PHASE II | PHASE II | PHASE III | PHASE III |
|---|---|---|---|---|
| | # Studies | # Patients | # Studies | # Patients |
| Osteoarthritis | 1 | 250 | 5 | 2700 |
| Neuropathic Pain | 1 | 150 | 5 | 2700 |
| Cancer Pain | 2 | 500 | 5 | 2700 |

## Cost of Upside Scenario Through the NDA:

| YEAR | COST |
|---|---|
| 1999 | 29.9 |
| 2000 | 93.2 |
| 2001 | 69.0 |
| 2002 | 16.8 |
| TOTAL COST TO NDA | 208.9 |

## Breakdown of Upside Scenario by Key Milestones and Department:

| | 9/99 (to Go/NoGo) | 1999 | 2000 | 2001 (to NDA) | 2002 (to SNDA) |
|---|---|---|---|---|---|
| PARD & CAPD | 5.2 | 6.5 | 8.0 | 8.0 | 0.5 |
| Drug Safety | 3.8 | 4.7 | 5.0 | 2.5 | 0 |
| Stats & DM | 1.3 | 1.8 | 9.0 | 10.0 | 2.0 |
| Venture Mgt | 5.9 | 8.4 | 12.0 | 11.0 | 2.0 |
| Grants | 3.6 | 6.5 | 55.7 | 34.5 | 11.3 |
| Other | 1.8 | 2.0 | 3.5 | 3.0 | 1.0 |
| TOTAL | 21.6 | 29.9 | 93.2 | 69.0 | 16.8 |

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019048

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                    46

**Breakdown of Upside Scenario by Indication:**

| YEAR | BASE PROGRAM | NEUROPATHIC PAIN | OSTEO-ARTHRITIS | CANCER PAIN | TOTAL |
|------|------|------|------|------|------|
| 1999 | 20.9 | 0 | 9.0 | 0 | 29.9 |
| 2000 | 36.9 | 29.2 | 27.1 | 0 | 93.2 |
| 2001 | 43.0 | 6.0 | 1.2 | 18.5 | 69.0 |
| 2002 | 0 | 0 | 0 | 16.8 | 16.8 |
| TOTAL | 101.1 | 35.2 | 37.3 | 35.3 | 208.9 |

IN/R-S/1/ABT594/DEVPLANS/699/DEVPLAN

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019049



CONFIDENTIAL        ABBT 0019050

# Project Summary by Dept.

06/17/99

### Analgesia

*Project* ABT-594

*Version* Plan

*Sponsor* All

*Indicatio* Pain (General)

*Formulation* Oral Solid

*Dept.* **Advanced Technology**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ 10,657 | $ 42,912 | $ 53,569 |
| 1997 | $ 235,263 | $ 250,205 | $ 491,455 | $ 598,745 | $ 1,575,670 |
| 1998 | $ 168,935 | $ 167,725 | $ 175,046 | $ 165,493 | $ 677,200 |
| 1999 | $ 166,156 | $ 162,461 | $ 161,738 | $ 159,917 | $ 650,273 |
| 2000 | $ 146,079 | $ 146,079 | $ 111,761 | $ 99,792 | $ 503,714 |
| 2001 | $ 493,585 | $ 223,384 | $ 43,140 | $ 15,976 | $ 776,087 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Analytical Departments**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 483,095 | $ 232,800 | $ 273,694 | $ 870,408 | $ 1,859,998 |
| 1998 | $ 439,774 | $ 1,052,472 | $ 609,632 | $ 341,846 | $ 2,443,725 |
| 1999 | $ 378,395 | $ 171,735 | $ 561,971 | $ 238,276 | $ 1,350,379 |
| 2000 | $ 304,339 | $ 159,215 | $ 73,450 | $ 65,257 | $ 602,262 |
| 2001 | $ 718,730 | $ 354,731 | $ 176,462 | $ 63,471 | $ 1,313,395 |
| 2002 | $ 120,694 | $ 122,035 | $ 123,376 | $ 123,376 | $ 489,484 |
| 2003 | $ 120,694 | $ 116,588 | $ 23,152 | $ 23,152 | $ 283,588 |
| 2004 | $ 22,900 | $ 21,294 | $ 10,215 | $ | $ 54,410 |

*Dept.* **Analytical Development**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 407,076 | $ 80,086 | $ 169,094 | $ 544,254 | $ 1,200,512 |
| 1998 | $ 323,136 | $ 526,208 | $ 269,145 | $ 282,787 | $ 1,401,279 |
| 1999 | $ 501,870 | $ 513,551 | $ 609,296 | $ 125,345 | $ 1,750,064 |
| 2000 | $ | $ | $ | $ | $ |
| 2001 | $ | $ | $ | $ 1,048,834 | $ 1,048,834 |
| 2002 | $ 95,403 | $ | $ | $ | $ 95,403 |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

CONFIDENTIAL

ABBT 0019051

*Project summary continues ...*

*Dept.* **Animal Services**                          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ 4,750 | $ 8,727 | $ 13,477 |
| 1997 | $ 22,815 | $ 97,671 | $ 164,209 | $ 106,901 | $ 391,599 |
| 1998 | $ 34,635 | $ 160,359 | $ 217,042 | $ 251,239 | $ 663,275 |
| 1999 | $ 130,181 | $ 121,848 | $ 98,343 | $ 89,769 | $ 440,143 |
| 2000 | $ 88,793 | $ 88,793 | $ 82,362 | $ 29,879 | $ 289,828 |
| 2001 | $ | $ | $ | $ | $ |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **CAPD**                          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 752,697 | $ 94,691 | $ 270,305 | $ 1,154,305 | $ 2,272,000 |
| 1998 | $ 1,024,705 | $ 1,189,996 | $ 582,495 | $ 582,495 | $ 3,379,692 |
| 1999 | $ 1,751,028 | $ 627,279 | $ 714,672 | $ 221,327 | $ 3,314,307 |
| 2000 | $ | $ | $ | $ | $ |
| 2001 | $ | $ | $ | $ 6,520,989 | $ 6,520,989 |
| 2002 | $ 593,010 | $ | $ | $ | $ 593,010 |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **CCM - Pain Management**                          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ - | $ 22,874 | $ 1,428,470 | $ 1,011,771 | $ 2,463,116 |
| 1998 | $ 134,510 | $ 671,568 | $ 2,437,072 | $ 1,811,126 | $ 5,054,278 |
| 1999 | $ 1,930,518 | $ 2,079,560 | $ 1,955,284 | $ 9,995,221 | $ 15,960,585 |
| 2000 | $ 14,055,072 | $ 20,758,630 | $ 20,770,536 | $ 20,181,969 | $ 75,766,207 |
| 2001 | $ 11,133,093 | $ 6,873,167 | $ 7,064,646 | $ 3,255,536 | $ 28,326,443 |
| 2002 | $ 559,905 | $ 402,769 | $ 382,479 | $ 382,479 | $ 1,727,633 |
| 2003 | $ 374,164 | $ 378,321 | $ 18,687 | $ 41,284 | $ 812,458 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Clinical Packaging**                          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ | $ 42,205 | $ 51,786 | $ 7,984 | $ 101,976 |
| 1998 | $ 1,041 | $ 148,437 | $ 213,028 | $ 76,259 | $ 438,766 |
| 1999 | $ 59,747 | $ 96,049 | $ 25,686 | $ 570,825 | $ 752,309 |
| 2000 | $ 702,160 | $ 436,549 | $ 381,020 | $ 269,264 | $ 1,788,994 |
| 2001 | $ 238,371 | $ 90,440 | $ 88,339 | $ 49,013 | $ 466,165 |
| 2002 | $ 6,254 | $ 6,324 | $ 6,393 | $ 6,393 | $ 25,366 |
| 2003 | $ 6,254 | $ 6,324 | $ 69 | $ | $ 12,648 |
| 2004 | $ | $ | $ | $ | $ |

Page : 2

**CONFIDENTIAL**                          ABBT 0019052

*Project summary continues ...*

*Dept.* **Data Mgmt**                                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ | $ 10,482 | $ 10,482 |
| 1997 | $ 11,122 | $ 49,418 | $ 118,915 | $ 118,489 | $ 297,946 |
| 1998 | $ 92,007 | $ 129,467 | $ 490,658 | $ 431,918 | $ 1,144,052 |
| 1999 | $ 154,737 | $ 179,015 | $ 387,325 | $ 512,108 | $ 1,233,185 |
| 2000 | $ 1,393,065 | $ 1,949,078 | $ 1,820,484 | $ 2,246,111 | $ 7,408,740 |
| 2001 | $ 2,877,738 | $ 1,303,668 | $ 945,111 | $ 1,568,880 | $ 6,695,399 |
| 2002 | $ 323,891 | $ 63,448 | $ 56,784 | $ 56,784 | $ 500,910 |
| 2003 | $ 55,550 | $ 56,167 | $ 491,653 | $ 12,295 | $ 615,667 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Drug Analysis**                                *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|------------|-------------|-------------|-------------|--------|
| 1997 | $ 96,583 | $ 58,121 | $ 102,414 | $ 176,405 | $ 433,525 |
| 1998 | $ 115,928 | $ 110,053 | $ 182,340 | $ 133,862 | $ 542,185 |
| 1999 | $ 93,699 | $ 126,122 | $ 138,102 | $ 100,533 | $ 458,457 |
| 2000 | $ 130,094 | $ 547,815 | $ 577,273 | $ 370,042 | $ 1,625,226 |
| 2001 | $ 205,567 | $ 75,677 | $ 10,085 | $ 4,805 | $ 296,136 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Formulation Departments**                      *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|------------|-------------|-------------|-------------|--------|
| 1997 | $ 117,100 | $ 149,552 | $ 78,811 | $ 218,372 | $ 563,836 |
| 1998 | $ 161,127 | $ 280,924 | $ 269,205 | $ 167,706 | $ 878,963 |
| 1999 | $ 158,945 | $ 160,711 | $ 131,809 | $ 238,162 | $ 689,628 |
| 2000 | $ 408,672 | $ 157,660 | $ 33,808 | $ 33,808 | $ 633,949 |
| 2001 | $ 28,288 | $ 90,896 | $ 103,518 | $ 71,467 | $ 294,171 |
| 2002 | $ 26,962 | $ 27,262 | $ 27,561 | $ 27,561 | $ 109,347 |
| 2003 | $ 26,962 | $ 25,764 | $ | $ | $ 52,726 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Formulation Development**                      *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|------------|-------------|-------------|-------------|--------|
| 1997 | $ 117,100 | $ 149,552 | $ 78,811 | $ 218,372 | $ 563,836 |
| 1998 | $ 161,127 | $ 280,924 | $ 269,205 | $ 167,706 | $ 878,963 |
| 1999 | $ 158,945 | $ 160,711 | $ 131,809 | $ 238,162 | $ 689,628 |
| 2000 | $ 408,672 | $ 605,963 | $ 289,626 | $ 44,067 | $ 1,348,330 |
| 2001 | $ 38,324 | $ 90,034 | $ 89,016 | $ 71,467 | $ 288,842 |
| 2002 | $ 420,572 | $ 577,286 | $ 37,463 | $ 37,463 | $ 1,072,786 |
| 2003 | $ 36,648 | $ 35,558 | $ | $ | $ 72,207 |
| 2004 | $ | $ | $ | $ | $ |

CONFIDENTIAL                    ABBT 0019053

*Project summary continues ...*

*Dept.* **Integrative Pharmacology**          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 96,288 | $ 95,954 | $ 95,604 | $ 56,721 | $ 344,569 |
| 1998 | $ 11,369 | $ 11,495 | $ 11,622 | $ 11,116 | $ 45,604 |
| 1999 | $ 11,369 | $ 11,495 | $ 11,622 | $ 11,116 | $ 45,604 |
| 2000 | $ 11,338 | $ 11,338 | $ 11,463 | $ 11,463 | $ 45,604 |
| 2001 | $ | $ | $ | $ | $ |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Metabolism**          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ | $ 59,225 | $ 59,225 |
| 1997 | $ 201,936 | $ 152,297 | $ 100,463 | $ 178,873 | $ 633,571 |
| 1998 | $ 234,032 | $ 152,999 | $ 139,676 | $ 80,553 | $ 607,262 |
| 1999 | $ 59,016 | $ 36,075 | $ 133,191 | $ 90,445 | $ 318,729 |
| 2000 | $ 87,821 | $ 72,865 | $ 39,932 | $ 13,147 | $ 213,767 |
| 2001 | $ 48,662 | $ 21,340 | $ 3,361 | $ 1,601 | $ 74,966 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **PARD Management**          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|

**• • • • No Data for This Combination • • • •**

*Dept.* **Pathology**          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ 9,228 | $ 75,235 | $ 84,463 |
| 1997 | $ 135,807 | $ 182,025 | $ 166,772 | $ 94,872 | $ 579,478 |
| 1998 | $ 129,052 | $ 77,012 | $ 64,790 | $ 68,506 | $ 339,361 |
| 1999 | $ 120,131 | $ 52,991 | $ 70,993 | $ 74,932 | $ 319,048 |
| 2000 | $ 22,538 | $ 21,648 | $ 20,080 | $ 104,938 | $ 169,205 |
| 2001 | $ 226,892 | $ 290,092 | $ 264,241 | $ | $ 781,226 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

**CONFIDENTIAL**          **ABBT 0019054**

*Project summary continues ...*

**Dept. Pharm Analysis & Stability**          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 67,284 | $ 111,476 | $ 65,784 | $ 113,926 | $ 358,472 |
| 1998 | $ 73,488 | $ 506,763 | $ 352,189 | $ 95,480 | $ 1,027,922 |
| 1999 | $ 91,079 | $ 92,091 | $ 98,748 | $ 162,134 | $ 444,054 |
| 2000 | $ 260,237 | $ 375,294 | $ 181,892 | $ 57,453 | $ 874,878 |
| 2001 | $ 602,346 | $ 262,531 | $ 63,422 | $ 44,310 | $ 972,611 |
| 2002 | $ 334,426 | $ 274,134 | $ 125,434 | $ 125,434 | $ 859,429 |
| 2003 | $ 122,707 | $ 118,623 | $ 3,991 | $ 3,991 | $ 249,314 |
| 2004 | $ 3,948 | $ 3,145 | $ 768 | $ | $ 7,862 |

**Dept. PK/Biopharmaceutics**          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1998 | $ 3,502 | $ 6,128 | $ 12,947 | $ 37,924 | $ 60,503 |
| 1999 | $ 49,153 | $ 49,487 | $ 44,945 | $ 37,292 | $ 180,879 |
| 2000 | $ 15,091 | $ 110,013 | $ 204,028 | $ 148,536 | $ 477,669 |
| 2001 | $ 31,910 | $ 7,771 | $ | $ | $ 39,682 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

**Dept. Process Development**          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|

• • • • **No Data for This Combination** • • • •

**Dept. R&D Records Center**          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ | $ 370 | $ 370 |
| 1997 | $ 7,090 | $ 7,618 | $ 9,609 | $ 9,541 | $ 33,860 |
| 1998 | $ 9,473 | $ 22,765 | $ 54,322 | $ 51,595 | $ 138,156 |
| 1999 | $ 50,081 | $ 51,206 | $ 52,949 | $ 39,970 | $ 194,207 |
| 2000 | $ 46,494 | $ 49,209 | $ 49,231 | $ 44,177 | $ 189,112 |
| 2001 | $ 35,891 | $ 38,918 | $ 17,601 | $ 4,696 | $ 97,108 |
| 2002 | $ 17,325 | $ 15,951 | $ 15,646 | $ 15,646 | $ 64,569 |
| 2003 | $ 15,306 | $ 15,476 | $ 283 | $ 801 | $ 31,868 |
| 2004 | $ | $ | $ | $ | $ |

Page : 5

CONFIDENTIAL          ABBT 0019055

*Project summary continues …*

*Dept.* **Regulatory Affairs**                                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 8,539 | $ 8,634 | $ 603 | $ 508 | $ 18,285 |
| 1998 | $ 497 | $ 5,821 | $ 16,819 | $ 16,819 | $ 39,958 |
| 1999 | $ 16,454 | $ 16,636 | $ 16,819 | $ 24,010 | $ 73,921 |
| 2000 | $ 23,749 | $ 23,749 | $ 24,010 | $ 23,844 | $ 95,353 |
| 2001 | $ 22,991 | $ 28,877 | $ 352,029 | $ 352,883 | $ 756,782 |
| 2002 | $ 20,704 | $ 366,310 | $ 21,164 | $ 21,164 | $ 429,342 |
| 2003 | $ 20,704 | $ 20,934 | $ | $ | $ 41,638 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Res Services/Planning**                               *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 34,031 | $ 34,410 | $ 1,958 | $ 1,580 | $ 71,980 |
| 1998 | $ 1,545 | $ 3,187 | $ 6,561 | $ 6,561 | $ 17,857 |
| 1999 | $ 6,419 | $ 6,490 | $ 6,561 | $ 5,169 | $ 24,640 |
| 2000 | $ 5,112 | $ 5,112 | $ 5,169 | $ 4,653 | $ 20,048 |
| 2001 | $ 3,510 | $ 3,549 | $ 1,443 | $ 796 | $ 9,300 |
| 2002 | $ 4,215 | $ 4,262 | $ 4,309 | $ 4,309 | $ 17,096 |
| 2003 | $ 4,215 | $ 4,262 | $ | $ | $ 8,478 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Research QA**                                         *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ | $ 4,135 | $ 4,135 |
| 1997 | $ 12,927 | $ 32,632 | $ 21,416 | $ 20,834 | $ 87,811 |
| 1998 | $ 33,356 | $ 26,304 | $ 14,844 | $ 32,379 | $ 106,885 |
| 1999 | $ 59,688 | $ 38,634 | $ 39,224 | $ 58,548 | $ 196,096 |
| 2000 | $ 81,622 | $ 144,534 | $ 170,128 | $ 176,115 | $ 572,399 |
| 2001 | $ 117,854 | $ 119,325 | $ 117,045 | $ 361,617 | $ 715,842 |
| 2002 | $ 27,202 | $ 178,063 | $ 846 | $ 846 | $ 206,959 |
| 2003 | $ 828 | $ 837 | $ | $ | $ 1,665 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Statistics**                                          *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ | $ 2,084 | $ 5,272 | $ 6,647 | $ 14,004 |
| 1998 | $ 7,491 | $ 19,765 | $ 51,998 | $ 71,949 | $ 151,204 |
| 1999 | $ 60,239 | $ 72,090 | $ 89,504 | $ 137,008 | $ 358,843 |
| 2000 | $ 151,519 | $ 252,420 | $ 315,189 | $ 206,279 | $ 925,408 |
| 2001 | $ 227,941 | $ 330,952 | $ 43,362 | $ 187,602 | $ 789,859 |
| 2002 | $ 228,378 | $ 42,221 | $ 4,792 | $ 4,792 | $ 280,185 |
| 2003 | $ 4,688 | $ 4,740 | $ 29,062 | $ 41,966 | $ 80,458 |
| 2004 | $ | $ | $ | $ | $ |

CONFIDENTIAL ·          ABBT 0019056

*Project summary continues ...*

*Dept.* **Statistics – Pre-Clinical**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|---|---|---|---|---|---|
| 1996 | $ | $ | $ 5,297 | $ 23,624 | $ 28,921 |
| 1997 | $ 71,773 | $ 17,663 | $ 9,517 | $ 35,345 | $ 134,300 |
| 1998 | $ 64,175 | $ 36,290 | $ 14,459 | $ 13,835 | $ 128,762 |
| 1999 | $ 16,651 | $ 8,757 | $ 10,622 | $ 10,311 | $ 46,342 |
| 2000 | $ | $ | $ | $ 6,592 | $ 6,592 |
| 2001 | $ 15,316 | $ 19,583 | $ 17,838 | $ | $ 52,738 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Toxicology**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|---|---|---|---|---|---|
| 1996 | $ | $ | $ 30,760 | $ 64,068 | $ 94,828 |
| 1997 | $ 235,198 | $ 190,468 | $ 327,670 | $ 309,600 | $ 1,062,937 |
| 1998 | $ 194,431 | $ 230,326 | $ 414,177 | $ 379,115 | $ 1,218,050 |
| 1999 | $ 329,377 | $ 214,823 | $ 183,067 | $ 173,756 | $ 901,024 |
| 2000 | $ 137,780 | $ 134,218 | $ 124,496 | $ 64,696 | $ 461,192 |
| 2001 | $ 45,378 | $ 58,018 | $ 52,848 | $ | $ 156,245 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

## by Department Project Totals

*View* **Total Cost**                    *Sponsor* **All**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Grand Totals |
|---|---|---|---|---|---|
| 1996 | $ | $ | $ 60,694 | $ 288,781 | $ 349,475 |
| 1997 | $ 3,113,735 | $ 2,062,447 | $ 4,032,642 | $ 5,854,464 | $ 15,063,290 |
| 1998 | $ 3,419,347 | $ 5,817,001 | $ 6,869,283 | $ 5,278,281 | $ 21,383,914 |
| 1999 | $ 6,353,889 | $ 5,049,829 | $ 5,674,293 | $ 13,314,345 | $ 30,392,357 |
| 2000 | $ 18,480,257 | $ 26,050,190 | $ 25,285,946 | $ 24,202,091 | $ 94,018,486 |
| 2001 | $ 17,112,397 | $ 10,282,961 | $ 9,453,516 | $ 13,623,953 | $ 50,472,828 |
| 2002 | $ 2,778,949 | $ 2,080,071 | $ 806,253 | $ 806,253 | $ 6,471,526 |
| 2003 | $ 788,725 | $ 783,599 | $ 566,901 | $ 123,492 | $ 2,262,719 |
| 2004 | $ 26,849 | $ 24,439 | $ 10,984 | $ | $ 62,272 |

*00:04:12*

Page : 7

**CONFIDENTIAL**                    ABBT 0019057

# Project Assumption Report

| Project Name | Project Number |
| --- | --- |
| ABT-594 | G0 143010 |

Report As Of : Jun 17, 199

## Active

### Phase : 0

| Activity | Protocol | Activity Start | Activity End | No. Patients | No. Sites | Manpower PMP | TMP | Direct Dollars | Grant Dollars | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Prepare ISS/ISE | | Apr 1, 2001 | Sep 15, 2001 | 0 | 0 | | | | | |
| NDA Preparation | | Jul 1, 2001 | Nov 29, 2001 | 0 | 0 | | | | | |
| NDA Filing | | Dec 1, 2001 | Dec 1, 2001 | 0 | 0 | | | | | |

## Active

### Phase : 1

| Activity | Protocol | Activity Start | Activity End | No. Patients | No. Sites | Manpower PMP | TMP | Direct Dollars | Grant Dollars | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ph I Single Dose (M97-676) | M97676 | Jul 1, 1997 | Sep 15, 1997 | 80 | 1 England | | | | | |
| Ph I Multiple Dose (M97-743) | M97743 | Sep 29, 1997 | Jan 12, 1998 | 92 | 1 Netherla | | | | | |
| Ph I Effect of Food (M97-787) | M97787 | Jun 22, 1998 | Jul 23, 1998 | 12 | 1 U.S. | | | | | |
| Ph I Bio (PIB vs. SBC) (M97-706) | | Jun 22, 1998 | Aug 22, 1998 | 24 | 1 Scotland | | | | | |
| Ph I 14 Day 75mcg BID (M98-907) | M98907 | Aug 25, 1998 | Sep 24, 1998 | 12 | 1 | | | | | |
| Ph I Pain Model (0698-899) | M98899 | Sep 22, 1998 | Nov 21, 1998 | 12 | 1 Scotland | | | | | |
| Ph I Bio M98-984 (HGC vs SBC) | | Mar 22, 1999 | May 21, 1999 | 24 | 1 U.S. | | | | | |
| Ph I Bio M99-043 (75ug HGC) | M99043 | Jun 30, 1999 | Aug 31, 1999 | 24 | 1 | | | | | |
| Ph I Rising Multi HCG BID Doses | | Jul 12, 1999 | Sep 10, 1999 | 50 | 1 USA | | | | | |
| Human Metabolism (M98-986) | M98971 | Jan 1, 2000 | Apr 30, 2000 | 6 | 1 U.S. | | | | | |
| Ph I Pilot Bio Study (Ph III vs Comm | | Jan 10, 2000 | Mar 10, 2000 | 24 | 0 U.S. | | | | | |
| Ph I Interaction # 1 | | Jan 10, 2000 | Mar 10, 2000 | 32 | 1 U.S. | | | | | |
| Ph I Cardiovascular Safety | | Feb 1, 2000 | May 1, 2000 | 32 | 1 | | | | | |
| Ph I Single Dose PK in Japanese | | Feb 1, 2000 | Apr 1, 2000 | 60 | 3 Japan | | | | | |
| Ph I PK in Elderly Subjects | M98986 | Feb 15, 2000 | Apr 29, 2000 | 48 | 1 U.S. | | | | | |
| Ph I PK Renal Impaired | | Feb 15, 2000 | May 15, 2000 | 32 | 1 U.S. | | | | | |
| Ph I PK in Smokers | | Apr 1, 2000 | Jun 30, 2000 | 48 | 1 U.S. | | | | | |
| Ph I PK Hepatic Impaired | | Apr 1, 2000 | Jun 30, 2000 | 32 | 1 U.S. | | | | | |
| Ph I Interaction # 2 | | Apr 1, 2000 | May 31, 2000 | 32 | 1 U.S. | | | | | |

Page : 1

CONFIDENTIAL    ABBT 0019058

# Project Assumption Report

Report As Of : Jun 17, 199

| Project Name | | Project Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ABT-594 | | G0 143010 | | | | | | | | |

| Activity | Protocol | Activity Start | Activity End | No. Patients | No. Sites | Manpower PMP | TMP | Direct Dollars | Grant Dollars | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Ph I Interaction # 3 | | May 1, 2000 | Jun 30, 2000 | 32 | 1 U.S. | | | | | |
| Ph I Multi Dose PK in Japanese | | Jun 1, 2000 | Aug 30, 2000 | 60 | 2 | | | | | |
| Ph I Interaction # 4 | | Jun 1, 2000 | Jul 31, 2000 | 32 | 1 U.S. | | | | | |
| Ph I Interaction # 5 | | Jul 1, 2000 | Aug 30, 2000 | 32 | 1 | | | | | |
| Ph I Effect of Food in Japanese | | Aug 1, 2000 | Sep 15, 2000 | 24 | 1 U.S. | | | | | |
| Ph I Interaction # 6 | | Aug 1, 2000 | Sep 30, 2000 | 32 | 1 | | | | | |
| Ph I Bio (Ph III Form vs Commercial) | | Oct 1, 2000 | Nov 29, 2000 | 32 | 1 U.S. | | | | | |

## Active

### Phase : 2

| Activity | Protocol | Activity Start | Activity End | No. Patients | No. Sites | Manpower PMP | TMP | Direct Dollars | Grant Dollars | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Ph II Molar Extraction (M97-772) | M97772 | Jun 25, 1998 | Oct 23, 1998 | 290 | 1 U.S | | | | | |
| Ph II Molar Extraction (M98-897) | M98897 | Aug 10, 1998 | Sep 24, 1998 | 45 | 1 | | | | | |
| Ph II Osteoarthritis (M98-826) | M98826 | Oct 26, 1998 | Aug 22, 1999 | 250 | 20 U.S. | | | | | |
| Ph II Neuropathic Pain (M98-833) | M98833 | Oct 28, 1998 | Aug 24, 1999 | 150 | 10 U.S. | | | | | |
| Ph II Cancer Pain | | May 1, 2000 | Feb 1, 2001 | 250 | 20 U.S. | | | | | |
| Ph II Cancer Pain | | May 7, 2000 | Feb 7, 2001 | 250 | 20 U.S. | | | | | |

## Active

### Phase : 3

| Activity | Protocol | Activity Start | Activity End | No. Patients | No. Sites | Manpower PMP | TMP | Direct Dollars | Grant Dollars | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Ph III Osteoarthritis (Pivotal I) | | Dec 1, 1999 | Nov 30, 2000 | 600 | 30 U.S. | | | | | |
| Ph III Osteoarthritis (Pivotal II) | | Dec 2, 1999 | Dec 1, 2000 | 600 | 30 U.S. | | | | | |
| Ph III Osteoarthritis (Pivotal III) | | Dec 3, 1999 | Nov 27, 2000 | 600 | 30 U.S. | | | | | |
| Ph III Osteoarthritis Europe | | Dec 5, 1999 | Jan 8, 2001 | 600 | 40 Europe | | | | | |
| Ph III Long Term Safety Europe | | Dec 15, 1999 | Jul 1, 2003 | 300 | 60 Europe | | | | | |
| Ph III Long Term Safety | | Dec 15, 1999 | Jul 1, 2003 | 600 | 150 U.S. | | | | | |
| Ph III Neuropathic Pain (Pivotal 1) | | Mar 1, 2000 | Mar 29, 2001 | 600 | 30 U.S. | | | | | |
| Ph III Neuropathic Pain (Pivotal II) | | Mar 8, 2000 | Feb 9, 2001 | 600 | 30 U.S. | | | | | |
| Ph III Neuropathic Pain (Pivotal III) | | Mar 15, 2000 | Feb 15, 2001 | 600 | 30 U.S. | | | | | |

CONFIDENTIAL    ABBT 0019059

## Project Assumption Report

Report As Of : Jun 17, 199

| Project Name | Project Number | | | |
|---|---|---|---|---|
| ABT-594 | G0 143010 | | | |
| Ph III Neuropathic Pain Europe | Mar 21, 2000 | Jan 26, 2001 | 600 | 40 Europe |
| Ph III Osteoarthritis (Bridging) Japan | Oct 1, 2000 | Sep 6, 2001 | 300 | 15 Japan |
| Ph III Neuropathic (Bridging) Japan | Nov 1, 2000 | Sep 27, 2001 | 300 | 15 Japan |
| Ph IIIB Pricing Study U.S. | Feb 1, 2001 | Oct 29, 2001 | 500 | 25 U.S. |
| Ph IIIB Pricing Study Australia | Mar 1, 2001 | Nov 26, 2001 | 500 | 25 Australi |
| Ph IIIB Pricing Study Canada | Mar 1, 2001 | Nov 26, 2001 | 500 | 25 Canada |
| Ph IIIB Pricing Study Europe | Apr 1, 2001 | Dec 27, 2001 | 500 | 25 Europe |

Page : 3

CONFIDENTIAL    ABBT 0019060



CONFIDENTIAL       ABBT 0019061



ABT-594 - Milestone Activities

06/04/1999

CONFIDENTIAL        ABBT 0019062

# Activity Listing

06/17/99

*Sponsor* Milestone          *Project* ABT-594          *Indicatio* Pain (General)

*Versio* Plan          *Project N* G0 143010          *Formulation* Oral Solid

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| PPCC Approval | NKMSA101 | 12/10/1996 | 12/10/1996 | 12/10/1996 | 12/10/1996 | C |
| Start Funding | NKMSB102 | 01/01/1997 | 01/01/1997 | 01/01/1997 | 01/01/1997 | C |
| Go/No Go Preclin Safety | NKMSC103 | 06/01/1997 | 06/01/1997 | 06/01/1997 | 06/01/1997 | C |
| Start Phase I. Europe | NKMSP301 | 07/01/1997 | 07/01/1997 | 07/01/1997 | 07/01/1997 | C |
| File IND(Liquid) | NKMSD104 | 02/19/1998 | 02/19/1998 | 02/19/1998 | 02/19/1998 | C |
| Start Phase II  U.S. | NKMSD001 | 07/01/1998 | 07/01/1998 | 07/01/1998 | 07/01/1998 | C |
| Go/No Go  Clinical Efficacy | NKMSD002 | 09/30/1999 | 09/30/1999 | 09/30/1999 | 09/30/1999 | A |
| File CTX/CTN | NKMSD021 | 10/31/1999 | 10/31/1999 | 10/31/1999 | 10/31/1999 | A |
| End of Phase II Mtg w/FDA | NKMSD020 | 11/30/1999 | 11/30/1999 | 11/30/1999 | 11/30/1999 | A |
| Start Phase III  U.S./Europe | NKMSD004 | 12/01/1999 | 02/28/2000 | 02/28/2000 | 02/28/2000 | A |
| Start Phase I  Japan | NKMSD016 | 02/01/2000 | 02/01/2000 | 02/01/2000 | 02/01/2000 | A |
| Start Phase III Bridging  Japan | NKMSD017 | 01/01/2001 | 01/01/2001 | 01/01/2001 | 01/01/2001 | A |
| File  Europe - EMEA | NKMSD006 | 12/01/2001 | 12/01/2001 | 12/01/2001 | 12/01/2001 | A |
| File U.S. NDA - FDA | NKMSL112 | 12/01/2001 | 12/01/2001 | 12/01/2001 | 12/01/2001 | A |
| File Japan - Koseisho | NKMSD019 | 06/01/2002 | 06/01/2002 | 06/01/2002 | 06/01/2002 | A |
| Regulatory Approval  U.S. | NKMSD007 | 06/01/2003 | 06/01/2003 | 06/01/2003 | 06/01/2003 | A |

Page : 1

CONFIDENTIAL          ABBT 0019063

# McCarthy Deposition Exhibit 6

# P's Exhibit BV

# Part 3

CONFIDENTIAL    ABBT 0019064



ABT-594 - Pharmacology Activities

CONFIDENTIAL

ABBT 0019065

# Activity Listing

06/17/99

| *Sponsor* | Pharmacology | *Project* | ABT-594 | *Indicatio* | Pain (General) |
| --- | --- | --- | --- | --- | --- |
| *Versio* | Plan | *Project N* | G0 143010 | *Formulation* | Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
| --- | --- | --- | --- | --- | --- | --- |
| Respiration - Pilot | NKALD001 | 01/01/1997 | 04/01/1997 | 05/01/1997 | 07/01/1997 | C |
| Drug Discrimination | NKALLB01 | 01/01/1997 | 05/21/1997 | 06/21/1997 | 07/21/1997 | C |
| Abuse Potential - Self Administration | NKALLB02 | 01/01/1997 | 08/01/1997 | 09/01/1997 | 10/01/1997 | C |
| Special Pharmacology Studies 1997 | NKALLB03 | 01/01/1997 | 12/27/1997 | 12/27/1997 | 12/27/1997 | C |
| Advanced Renal Profile (GFR) | NKALD004 | 05/01/1997 | 07/01/1997 | 08/01/1997 | 10/01/1997 | C |
| Respiration - Dose Response | NKALD005 | 06/23/1997 | 08/23/1997 | 08/23/1997 | 09/22/1997 | C |
| Bronchoconstriction | NKALD006 | 06/23/1997 | 08/23/1997 | 09/01/1997 | 10/01/1997 | C |
| Cardiovascular/Renal Profile | NKALD002 | 10/01/1997 | 10/01/1997 | 10/01/1997 | 10/01/1997 | C |
| Special Pharmacology Studies 1998 | NKALD008 | 01/01/1998 | 12/27/1998 | 12/27/1998 | 12/27/1998 | C |
| Special Pharmacology Studies 1999 | NKALD007 | 01/01/1999 | 12/27/1999 | 12/27/1999 | 12/27/1999 | A |
| Special Pharmacology Studies 2000 | NKALD010 | 01/01/2000 | 12/31/2000 | 12/31/2000 | 12/31/2000 | A |

Page : 1

CONFIDENTIAL

ABBT 0019066



CONFIDENTIAL          ABBT 0019067



ABT-594 - Clinical Activities

06/17/1999

Page 1 of 3

CONFIDENTIAL

ABBT 0019068



ABT-594 - Clinical Activities

06/17/1999

Page 2 of 3

CONFIDENTIAL

ABBT 0019069

Clinical



ABT-594 – Clinical Activities

Ph IIIB Pricing Study U.S. (500 pts.)
Ph IIIB Pricing Study Canada (500 pts.)
Ph IIIB Pricing Study Australia (500 pts.)
Prepare ISS/ISE
Ph IIIB Pricing Study Europe (500 pts.)
NDA / EMEA Preparation
NDA / EMEA Filing
File Koseisho – Japan

1997  1998  1999  2000  2001  2002  2003

06/18/1999

Page 3 of 3.

Clinical

CONFIDENTIAL        ABBT 0019070

# Activity Listing

06/17/99

| | | |
|---|---|---|
| *Sponsor* Clinical | *Project* ABT-594 | *Indicatio* Pain (General) |
| *Versio* Plan | *Project N* G0 143010 | *Formulation* Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Ph I Single Dose (M97-676) | NKACP103 | 07/01/1997 | 09/15/1997 | 02/08/1998 | 05/29/1999 | A |
| Ph I Multiple Dose (M97-743) | NKACP129 | 09/29/1997 | 01/12/1998 | 08/07/1998 | 07/03/1999 | A |
| IND Filing (Liquid) | NKACPY09 | 02/09/1998 | 02/09/1998 | 02/09/1998 | 02/09/1998 | C |
| Ph I Effect of Food (M97-787) | NKACP104 | 06/22/1998 | 07/23/1998 | 08/22/1998 | 07/23/1999 | A |
| Ph I Bio (PIB vs. SEC) (M97-706) | NKACP105 | 06/22/1998 | 08/22/1998 | 09/21/1998 | 08/12/1999 | A |
| Ph II Molar Extraction (M97-772) | NKACP216 | 06/25/1998 | 10/23/1998 | 11/22/1998 | 09/01/1999 | A |
| Ph II Molar Extraction (M98-897) | NKACD076 | 08/10/1998 | 09/24/1998 | 10/24/1998 | 10/01/1999 | A |
| Ph I 14 Day 75mcg BID (M98-907) | NKACD077 | 08/25/1998 | 09/24/1998 | 10/24/1998 | 11/01/1999 | A |
| IND Filing (Solid) | NKACD068 | 09/10/1998 | 09/10/1998 | 09/10/1998 | 09/10/1998 | C |
| Ph I Pain Model (M98-899) | NKACD074 | 09/22/1998 | 11/21/1998 | 12/21/1998 | 12/01/1999 | A |
| Ph II Osteoarthritis (M98-826) | NKACP202 | 10/26/1998 | 08/22/1999 | 09/21/1999 | 02/18/2000 | A |
| Ph II Neuropathic Pain (M98-833) | NKACP204 | 10/28/1998 | 08/24/1999 | 09/23/1999 | 03/22/2000 | A |
| Ph I Bio M98-984 (HGC vs SEC) | NKACD062 | 03/22/1999 | 05/21/1999 | 06/20/1999 | 10/18/1999 | A |
| Ph I Bio M99-043 (75ug HGC) | NKACD082 | 06/30/1999 | 08/31/1999 | 09/30/1999 | 01/28/2000 | A |
| Ph I Rising Multi HCG BID Doses | NKACP128 | 07/12/1999 | 09/10/1999 | 10/10/1999 | 03/25/2000 | A |
| Ph III Osteoarthritis (Pivotal I) | NKACP302 | 12/01/1999 | 11/30/2000 | 01/14/2001 | 05/24/2001 | A |
| Ph III Osteoarthritis (Pivotal II) | NKACD053 | 12/02/1999 | 12/01/2000 | 01/30/2001 | 05/30/2001 | A |
| Ph III Osteoarthritis (Pivotal III) | NKACD070 | 12/03/1999 | 11/27/2000 | 12/27/2000 | 04/26/2001 | A |
| Ph III Osteoarthritis Europe | NKACP323 | 12/05/1999 | 01/08/2001 | 02/07/2001 | 06/07/2001 | A |
| Ph III Long Term Safety Europe | NKACD055 | 12/15/1999 | 07/01/2003 | 08/30/2003 | 12/28/2003 | A |
| Ph III Long Term Safety | NKACP322 | 12/15/1999 | 07/01/2003 | 08/31/2003 | 12/29/2003 | A |
| Human Metabolism (M98-986) | NKACP126 | 01/01/2000 | 04/30/2000 | 05/30/2000 | 08/28/2000 | A |
| Ph I Pilot Bio Study (Ph III vs Comm Form | NKACD089 | 01/10/2000 | 03/10/2000 | 04/09/2000 | 06/08/2000 | A |
| Ph I Interaction # 1 | NKACD021 | 01/10/2000 | 03/10/2000 | 04/09/2000 | 08/07/2000 | A |
| Ph I Single Dose PK in Japanese | NKACD065 | 02/01/2000 | 04/01/2000 | 05/01/2000 | 09/28/2000 | A |
| Ph I Cardiovascular Safety | NKACD078 | 02/01/2000 | 05/01/2000 | 05/31/2000 | 09/28/2000 | A |
| Ph I PK in Elderly Subjects | NKACD064 | 02/15/2000 | 04/29/2000 | 05/29/2000 | 09/26/2000 | A |
| Ph I PK Renal Impaired | NKACP109 | 02/15/2000 | 05/15/2000 | 06/14/2000 | 10/12/2000 | A |
| Ph III Neuropathic Pain (Pivotal 1) | NKACD052 | 03/01/2000 | 03/29/2001 | 04/28/2001 | 08/24/2001 | A |
| Ph III Neuropathic Pain (Pivotal II) | NKACD018 | 03/08/2000 | 02/09/2001 | 03/11/2001 | 06/09/2001 | A |
| Ph III Neuropathic Pain (Pivotal III) | NKACP301 | 03/15/2000 | 02/15/2001 | 04/16/2001 | 07/15/2001 | A |
| Ph III Neuropathic Pain Europe | NKACD019 | 03/21/2000 | 01/26/2001 | 03/27/2001 | 06/25/2001 | A |
| Ph I Interaction # 2 | NKACD022 | 04/01/2000 | 05/31/2000 | 06/30/2000 | 09/28/2000 | A |
| Ph I PK in Smokers | NKACD063 | 04/01/2000 | 06/30/2000 | 07/30/2000 | 11/27/2000 | A |

Page : 1

CONFIDENTIAL

ABBT 0019071

# Activity Listing

06/17/99

| Sponsor | Clinical | Project | ABT-594 | Indicatio | Pain (General) |
| Versio | Plan | Project N | G0 143010 | Formulation | Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Ph I PK Hepatic Impaired | NKACP110 | 04/01/2000 | 06/30/2000 | 07/31/2000 | 10/29/2000 | A |
| Ph I Interaction # 3 | NKACP112 | 05/01/2000 | 06/30/2000 | 07/30/2000 | 10/28/2000 | A |
| Ph II Cancer Pain | NKACD083 | 05/01/2000 | 02/01/2001 | 04/01/2001 | 07/01/2001 | A |
| Ph II Cancer Pain | NKACD084 | 05/07/2000 | 02/07/2001 | 03/15/2001 | 06/15/2001 | A |
| Ph I Interaction # 4 | NKACP113 | 06/01/2000 | 07/31/2000 | 08/30/2000 | 11/28/2000 | A |
| Ph I Multi Dose PK in Japanese | NKACD080 | 06/01/2000 | 08/30/2000 | 09/29/2000 | 01/27/2001 | A |
| Ph I Interaction # 5 | NKACD025 | 07/01/2000 | 08/30/2000 | 09/29/2000 | 12/28/2000 | A |
| Ph I Effect of Food in Japanese | NKACD066 | 08/01/2000 | 09/15/2000 | 10/15/2000 | 01/13/2001 | A |
| Ph I Interaction # 6 | NKACD026 | 08/01/2000 | 09/30/2000 | 10/30/2000 | 01/28/2001 | A |
| Ph I Bio (Ph III Form vs Commercial Form) | NKACP130 | 10/01/2000 | 11/29/2000 | 12/30/2000 | 12/30/2000 | A |
| Ph III Osteoarthritis (Bridging) Japan | NKACD010 | 10/01/2000 | 09/06/2001 | 11/05/2001 | 03/05/2002 | A |
| Ph III Neuropathic (Bridging) Japan | NKACD081 | 11/01/2000 | 09/27/2001 | 10/27/2001 | 02/24/2002 | A |
| Ph IIIB Pricing Study U.S. | NKACD058 | 02/01/2001 | 10/29/2001 | 11/28/2001 | 03/28/2002 | A |
| Ph IIIB Pricing Study Australia | NKACD061 | 03/01/2001 | 11/26/2001 | 12/26/2001 | 04/25/2002 | A |
| Ph IIIB Pricing Study Canada | NKACD060 | 03/01/2001 | 11/26/2001 | 12/26/2001 | 04/25/2002 | A |
| Prepare ISS/ISE | NKACPY03 | 04/01/2001 | 09/15/2001 | 09/15/2001 | 09/15/2001 | A |
| Ph IIIB Pricing Study Europe | NKACD059 | 04/01/2001 | 12/27/2001 | 01/26/2002 | 05/26/2002 | A |
| NDA / EMEA Preparation | NKACPY01 | 07/01/2001 | 11/29/2001 | 11/29/2001 | 11/29/2001 | A |
| NDA / EMEA Filing | NKACPY08 | 12/01/2001 | 12/01/2001 | 12/01/2001 | 12/01/2001 | A |
| File Koseisho - Japan | NKACD090 | 06/01/2002 | 06/01/2002 | 06/01/2002 | 06/01/2002 | A |

CONFIDENTIAL    ABBT 0019072



CONFIDENTIAL          ABBT 0019073



ABT-594 - Toxicology Activities

CONFIDENTIAL

ABBT 0019074



ABT-594 - Toxicology Activities

06/04/1999

Page 2 of 2

CONFIDENTIAL     ABBT 0019075

# Activity Listing

06/17/99

| | | | |
|---|---|---|---|
| *Sponsor* Toxicology | *Project* ABT-594 | *Indicatio* Pain (General) | |
| *Versio* Plan | *Project N* G0 143010 | *Formulation* Oral Solid | |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| 2 Week RF Rat (TA96-297) | NKATD013 | 09/26/1996 | 10/15/1996 | 10/15/1996 | 02/05/1997 | C |
| Escalating Dose Range Monkey (TC97-015) | NKATD014 | 01/23/1997 | 02/22/1997 | 02/22/1997 | 06/12/1997 | C |
| 1 Month Oral w/Recovery Rat (TA96-429) | NKATST01 | 02/11/1997 | 03/25/1997 | 04/25/1997 | 11/05/1997 | C |
| 1 Month Oral w/Recovery Monkey (TC96-403) | NKATST04 | 02/18/1997 | 03/21/1997 | 03/21/1997 | 08/29/1997 | C |
| Ames (TX97-037) | NKATTM06 | 03/10/1997 | 03/14/1997 | 05/01/1997 | 06/26/1997 | C |
| Mouse Lymphoma (TX97-040) | NKATMU01 | 03/15/1997 | 04/12/1997 | 04/12/1997 | 08/11/1997 | C |
| In Vitro Cytogenetics (TX97-038) | NKATTB02 | 03/17/1997 | 03/21/1997 | 06/01/1997 | 06/01/1997 | C |
| Mouse Micronucleus (TD97-039) | NKATTM07 | 03/24/1997 | 03/28/1997 | 06/05/1997 | 07/23/1997 | C |
| Acute Oral Rat (TA97-060) | NKATST02 | 04/01/1997 | 04/15/1997 | 04/15/1997 | 07/17/1997 | C |
| Acute Oral Mouse (TD97-062) | NKATST03 | 04/01/1997 | 04/15/1997 | 04/15/1997 | 08/21/1997 | C |
| Acute Monkey (TC97-107) | NKATTA01 | 04/15/1997 | 04/29/1997 | 04/29/1997 | 08/21/1997 | C |
| Acute 3 Day Rat (TA97-146) | NKATD001 | 06/02/1997 | 06/19/1997 | 06/19/1997 | 12/08/1997 | C |
| 3 Month Rat (TA97-166) | NKATTB08 | 06/24/1997 | 09/23/1997 | 12/01/1997 | 08/03/1998 | C |
| 3 Month Monkey (TC97-163) | NKATTB09 | 07/09/1997 | 11/06/1997 | 12/16/1997 | 02/28/1998 | C |
| 2 Week RF Mouse (TD97-196) | NKATTS16 | 07/15/1997 | 07/30/1997 | 07/30/1997 | 11/30/1997 | C |
| Preg Rat RF (TA97-206) | NKATTT10 | 07/24/1997 | 08/07/1997 | 08/07/1997 | 10/24/1997 | C |
| Preg Rabbit RF (TE97-190) | NKATTT11 | 07/28/1997 | 08/20/1997 | 08/20/1997 | 11/05/1997 | C |
| Seg II Rat (TA97-221) | NKATTT12 | 09/24/1997 | 10/14/1997 | 10/14/1997 | 05/01/1998 | C |
| Seg II Rabbit (TE97-191) | NKATTT13 | 10/22/1997 | 11/21/1997 | 11/21/1997 | 07/07/1998 | C |
| Seg I Rat (TA97-192) | NKATTT14 | 10/22/1997 | 12/22/1997 | 12/22/1997 | 06/10/1998 | C |
| 3 Month Mouse MTD (TD97-171) | NKATTC19 | 10/30/1997 | 01/30/1998 | 01/30/1998 | 10/23/1998 | C |
| Seg III Rat (TA98-161) | NKATTT15 | 01/10/1998 | 08/04/1999 | 09/01/1999 | 01/31/2000 | A |
| Ileum In-Vitro (TF98-041) | NKATXX34 | 03/24/1998 | 03/27/1998 | 03/27/1998 | 06/29/1998 | C |
| 6 Month Chronic Rat (TA98-036) | NKATCR33 | 03/31/1998 | 10/07/1998 | 11/06/1998 | 04/30/1999 | C |
| 1 Year Monkey (TC98-082) | NKATCR39 | 06/15/1998 | 07/22/1999 | 08/06/1999 | 11/30/1999 | A |
| Carcinogenicity Rat (2 yr) (TA98-132) | NKATD010 | 09/17/1998 | 09/15/2000 | 10/15/2000 | 09/30/2001 | A |
| Carcinogenicity Mouse (2 yr) (TD98-131) | NKATD011 | 11/15/1998 | 12/01/2000 | 02/01/2001 | 09/15/2001 | A |
| Acute Oral Rat OSHA (TX98-230) | NKATT004 | 01/06/1999 | 01/20/1999 | 01/20/1999 | 04/20/1999 | C |
| Acute Oral Rat OSHA (TX98-224) | NKATT007 | 01/07/1999 | 01/21/1999 | 01/21/1999 | 04/21/1999 | C |
| Ocular Irrit. Rabbit OSHA (TX98-225) | NKATT008 | 01/11/1999 | 01/18/1999 | 01/18/1999 | 04/18/1999 | C |
| Ocular Irrit. Rabbit OSHA (TE98-231) | NKATT005 | 01/11/1999 | 01/18/1999 | 01/18/1999 | 04/18/1999 | C |
| Dermal Irrit. Rabbit OSHA (TX98-229) | NKATT003 | 01/11/1999 | 01/18/1999 | 01/18/1999 | 04/22/1999 | C |
| Ocular Irrit. Rabbit OSHA (TX98-228) | NKATT002 | 01/11/1999 | 01/18/1999 | 01/18/1999 | 04/18/1999 | C |
| Dermal Irrit. Rabbit OSHA (TX98-226) | NKATT009 | 01/18/1999 | 02/01/1999 | 02/01/1999 | 05/02/1999 | A |

Page : 1

CONFIDENTIAL

ABBT 0019076

# Activity Listing

06/17/99

*Sponsor* Toxicology                    *Project* ABT-594                    *Indicatio* Pain (General)

*Versio* Plan                           *Project N* G0 143010                *Formulation* Oral Solid

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Dermal Irrit. Rabbit OSHA (TX98-232) | NKATT006 | 01/18/1999 | 02/01/1999 | 02/01/1999 | 02/01/1999 | C |
| Acute Oral Tox Rats OSHA (TX98-227) | NKATT010 | 01/25/1999 | 02/08/1999 | 02/08/1999 | 05/09/1999 | A |
| NDA Preparation | NKATD012 | 04/01/2001 | 10/01/2001 | 10/01/2001 | 10/01/2001 | A |

Page : 2

CONFIDENTIAL

ABBT 0019077



CONFIDENTIAL          ABBT 0019078



ABT-594 - Metabolism Activities

CONFIDENTIAL     • ABBT 0019079



ABT-594 - Metabolism Activities

CONFIDENTIAL    ABBT 0019080

# Activity Listing

06/17/99

| *Sponsor* | Metabolism | *Project* | ABT-594 | *Indicatio* | Pain (General) |
|---|---|---|---|---|---|
| *Versio* | Plan | *Project N* | G0 143010 | *Formulation* | Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Metabolic Fate - Rat | NKAMMB03 | 10/01/1996 | 03/15/1997 | 03/15/1997 | 03/15/1997 | C |
| Assay Development - Parent | NKAMMA02 | 01/01/1997 | 05/02/1997 | 07/01/1997 | 07/01/1997 | C |
| Toxicology Support | NKAMMD005 | 01/01/1997 | 05/20/2001 | 05/20/2001 | 05/20/2001 | A |
| Planning/Overview | NKAMMS01 | 01/01/1997 | 07/09/2001 | 07/09/2001 | 07/09/2001 | A |
| In Vitro Metabolism | NKAMMB14 | 02/01/1997 | 09/24/1998 | 09/24/1998 | 09/24/1998 | C |
| Protein Binding Site | NKAMML01 | 03/01/1997 | 06/01/1997 | 06/01/1997 | 06/01/1997 | C |
| Protein Binding | NKAMMB08 | 03/01/1997 | 06/01/1997 | 08/01/1997 | 08/01/1997 | C |
| Metabolite Identification | NKAMMB06 | 04/01/1997 | 04/01/1999 | 04/01/1999 | 05/31/1999 | A |
| Formulation Support | NKAMMS02 | 04/01/1997 | 07/14/2000 | 07/14/2000 | 07/14/2000 | A |
| Red Blood Cell | NKAMMB01 | 06/01/1997 | 12/08/1997 | 12/08/1997 | 01/07/1998 | C |
| Clinical Support | NKAMD006 | 07/01/1997 | 11/17/2001 | 11/17/2001 | 11/17/2001 | A |
| IND Support | NKAMD002 | 08/19/1997 | 12/17/1997 | 12/17/1997 | 12/17/1997 | C |
| Tissue Distribution - Rat | NKAMMB13 | 09/01/1997 | 07/18/1998 | 07/18/1998 | 10/16/1998 | C |
| Metabolic Fate - Monkey | NKAMMB04 | 10/01/1997 | 05/01/1998 | 05/01/1998 | 07/30/1998 | C |
| Metabolic Fate - Mouse | NKAMMB11 | 12/01/1997 | 04/01/1998 | 04/01/1998 | 06/30/1998 | C |
| Assay Dvlpmnt - Metabolites | NKAMMA03 | 01/01/1998 | 09/18/1998 | 11/19/1998 | 11/19/1998 | C |
| P450 Characterization | NKAMMB05 | 01/01/1998 | 02/05/1999 | 02/05/1999 | 08/14/1999 | A |
| P450 Inhibition | NKAMMA01 | 02/01/1998 | 11/08/1998 | 11/08/1998 | 01/07/1999 | C |
| Binding Interactions | NKAMMB09 | 08/01/1998 | 11/29/1998 | 12/29/1998 | 04/28/1999 | C |
| Distribution Pigmented Eye | NKAMMB02 | 01/01/1999 | 06/10/1999 | 06/10/1999 | 08/09/1999 | A |
| Rat Tissue (Long Evans) | NKAMD008 | 07/01/1999 | 09/29/1999 | 10/29/1999 | 01/27/2000 | A |
| 14C Synthesis | NKAMMS07 | 07/01/1999 | 01/07/2000 | 01/07/2000 | 01/07/2000 | C |
| Placental/Lacteal Transfer | NKAMD007 | 09/01/1999 | 12/30/1999 | 12/30/1999 | 03/29/2000 | A |
| Metabolic Fate - Man | NKAMMB07 | 01/02/2000 | 05/21/2000 | 08/21/2000 | 11/19/2000 | A |
| NDA Support | NKAMD003 | 01/01/2001 | 05/01/2001 | 05/01/2001 | 05/01/2001 | A |

CONFIDENTIAL

ABBT 0019081



CONFIDENTIAL          ABBT 0019082



ABT-594 – Formulation Activities

CONFIDENTIAL

ABBT 0019083

# Activity Listing

06/17/99

| Sponsor | Formulation | Project | ABT-594 | Indicatio | Pain (General) |
| Versio | Plan | Project N | G0 143010 | Formulation | Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Preformulation | NKAWWD01 | 01/01/1997 | 08/19/1997 | 08/19/1997 | 08/19/1997 | C |
| Liquid Formulation Development - IDC | NKAWD004 | 02/01/1997 | 07/01/1997 | 07/01/1997 | 07/01/1997 | C |
| Solid Formulation Development I | NKAWWF02 | 08/22/1997 | 07/18/1998 | 07/18/1998 | 07/18/1998 | C |
| INDSupport (Liquid) | NKAWD005 | 10/01/1997 | 01/29/1998 | 01/29/1998 | 01/29/1998 | C |
| Ph I Clinical Supplies (PIB) | NKAWWG03 | 03/01/1998 | 10/07/1998 | 10/07/1998 | 10/07/1998 | C |
| IND Support (Solid) | NKAWD009 | 04/01/1998 | 08/19/1998 | 08/19/1998 | 08/19/1998 | C |
| Formulation Stability | NKAWD008 | 05/01/1998 | 01/01/2001 | 01/01/2001 | 01/01/2001 | A |
| Ph II Clinical Supplies | NKAWWG05 | 07/01/1998 | 08/25/1999 | 08/25/1999 | 08/25/1999 | A |
| Solid Formulation Development II | NKAWWF07 | 08/01/1998 | 07/07/1999 | 07/07/1999 | 07/07/1999 | A |
| Solid Formulation Development III | NKAWWF04 | 08/01/1999 | 06/06/2000 | 06/06/2000 | 06/06/2000 | A |
| Ph III Clinical Supplies | NKAWWG11 | 08/01/1999 | 12/08/2001 | 12/08/2001 | 12/08/2001 | A |
| Formulation Scale Up - 1 Site | NKAWD010 | 12/01/1999 | 04/14/2000 | 04/14/2000 | 04/14/2000 | A |
| Stability NDA Lots | NKAWD014 | 05/30/2000 | 09/12/2001 | 09/12/2001 | 09/12/2001 | A |
| NDA Lot # 1 | NKAWD011 | 06/01/2000 | 06/22/2000 | 06/22/2000 | 06/22/2000 | A |
| NDA Lot # 2 | NKAWD012 | 06/23/2000 | 07/14/2000 | 07/14/2000 | 07/14/2000 | A |
| NDA Lot # 3 | NKAWD013 | 07/15/2000 | 08/05/2000 | 08/05/2000 | 08/05/2000 | A |
| NDA Support | NKAWD006 | 04/01/2001 | 12/22/2001 | 12/22/2001 | 12/22/2001 | A |
| Post NDA Support | NKAWWS09 | 12/22/2001 | 06/25/2003 | 06/25/2003 | 06/25/2003 | A |
| Stability Valitation Lots | NKAWD018 | 02/28/2002 | 06/30/2003 | 06/30/2003 | 06/30/2003 | A |
| Validation Lot # 1 | NKAWD015 | 03/01/2002 | 03/22/2002 | 03/22/2002 | 03/22/2002 | A |
| Validation Lot # 2 | NKAWD016 | 04/01/2002 | 04/22/2002 | 04/22/2002 | 04/22/2002 | A |
| Validation Lot # 3 | NKAWD017 | 05/01/2002 | 05/22/2002 | 05/22/2002 | 05/22/2002 | A |

Page : 1

CONFIDENTIAL     ABBT 0019084



CONFIDENTIAL       ABBT 0019085



ABT-594 - Analytical Activities

CONFIDENTIAL     ABBT 0019086

# Activity Listing

06/17/99

| | | |
|---|---|---|
| *Sponsor* Analytical | *Project* ABT-594 | *Indicatio* Pain (General) |
| *Versio* Plan | *Project N* G0 143010 | *Formulation* Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Identify Impurities & Deg Prod | NKAVWC03 | 01/01/1997 | 09/27/2001 | 09/27/2001 | 09/27/2001 | A |
| CAPD Process Support | NKAVD005 | 01/01/1997 | 09/27/2001 | 09/27/2001 | 09/27/2001 | A |
| Outside Vendor Support | NKAVD006 | 01/01/1997 | 06/01/2004 | 06/01/2004 | 06/01/2004 | A |
| Physical/Chem Characterization | NKAVWC07 | 04/01/1997 | 12/01/1997 | 12/01/1997 | 12/01/1997 | C |
| Stability-Bulk Drug | NKAVD002 | 04/01/1997 | 08/30/2004 | 08/30/2004 | 08/30/2004 | A |
| Positive Control Support | NKAVD010 | 07/15/1997 | 11/16/2000 | 11/16/2000 | 11/16/2000 | A |
| Develop/Validate Analytical Methods | NKAVWC01 | 11/01/1997 | 06/28/2000 | 06/28/2000 | 06/28/2000 | A |
| PARD Process Support | NKAVD009 | 01/01/1998 | 07/04/2001 | 07/04/2001 | 07/04/2001 | A |
| Reference Stds | NKAVWC04 | 01/01/1998 | 09/27/2001 | 09/27/2001 | 09/27/2001 | A |
| Stability - Oral Formulation | NKAVWC02 | 02/01/1998 | 08/18/2004 | 08/18/2004 | 08/18/2004 | A |
| Analytical  IND Report & Specs (Solid) | NKAVWS02 | 04/01/1998 | 09/01/1998 | 09/01/1998 | 09/01/1998 | A |
| Analytical  NDA Report & Specs | NKAVWS05 | 01/01/2001 | 05/01/2001 | 05/01/2001 | 05/01/2001 | A |

Page : 1

CONFIDENTIAL         ABBT 0019087



CONFIDENTIAL          ABBT 0019088



ABT-594 - Bulk Drug Activities

Page 1 of 2

06/04/1999

CONFIDENTIAL

ABBT 0019089



ABT-594 - Bulk Drug Activities

CONFIDENTIAL

ABBT 0019090

# Activity Listing

06/17/99

| Sponsor | Bulk Drug | Project | ABT-594 | Indicatio | Pain (General) |
| Versio | Plan | Project N | G0 143010 | Formulation | Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
| --- | --- | --- | --- | --- | --- | --- |
| Initial Process | NKAUD030 | 01/01/1997 | 04/01/1997 | 04/01/1997 | 04/01/1997 | C |
| Bulk Drug 4 kg GMP (27-355-YS) | NKAUWG02 | 02/01/1997 | 04/01/1997 | 04/01/1997 | 04/01/1997 | C |
| Bulk Drug 1.6 kg Non GMP Tox | NKAUWG05 | 02/01/1997 | 04/01/1997 | 04/01/1997 | 04/01/1997 | C |
| Intermediate Process | NKAUD031 | 04/01/1997 | 12/31/1997 | 12/31/1997 | 12/31/1997 | C |
| Bulk Drug 1 kg Non GMP Tox (32-538-AL) | NKAUD012 | 07/01/1997 | 08/31/1997 | 08/31/1997 | 08/31/1997 | C |
| Bulk Drug 3.2 kg GMP Sicor (38-022-AS) | NKAUWG08 | 12/01/1997 | 12/07/1997 | 12/07/1997 | 12/07/1997 | C |
| Bulk Drug 5.7 kg GMP Sicor (38-020-AS) | NKAUWG09 | 12/08/1997 | 12/15/1997 | 12/15/1997 | 12/15/1997 | C |
| Bulk Drug 5.8 kg GMP Sicor (38-019-AS) | NKAUD002 | 12/15/1997 | 12/22/1997 | 12/22/1997 | 12/22/1997 | C |
| Bulk Drug 5.8 kg GMP Sicor (38-021-AS) | NKAUD003 | 12/17/1997 | 12/24/1997 | 12/24/1997 | 12/24/1997 | C |
| Bulk Drug 7.6 kg Non GMP Sicor | NKAUD014 | 12/28/1997 | 01/02/1998 | 01/02/1998 | 01/02/1998 | C |
| Bulk Drug 7.9 kg Non GMP Sicor | NKAUD015 | 12/31/1997 | 01/05/1998 | 01/05/1998 | 01/05/1998 | C |
| Bulk Drug 1.3 kg Non GMP Sicor (2nd Crop | NKAUD013 | 12/31/1997 | 01/05/1998 | 01/05/1998 | 01/05/1998 | C |
| Final Process | NKAUD032 | 01/01/1998 | 12/31/1998 | 12/31/1998 | 12/31/1998 | C |
| Identify/Mfg Impurities for CA Studies | NKAUD021 | 03/02/1998 | 05/29/1998 | 05/29/1998 | 05/29/1998 | C |
| Process Justification | NKAUD023 | 03/02/1998 | 12/31/1998 | 12/31/1998 | 12/31/1998 | C |
| Vendor Development | NKAUD020 | 03/02/1998 | 03/02/1999 | 03/02/1999 | 03/02/1999 | C |
| Prepare Impurity Standards | NKAUD022 | 04/01/1998 | 06/03/1998 | 06/03/1998 | 06/03/1998 | C |
| Process Specifications | NKAUD024 | 06/01/1998 | 05/27/1999 | 05/27/1999 | 05/27/1999 | C |
| Trial Registration Run- Chemsyn | NKAUD025 | 01/01/1999 | 03/31/1999 | 03/31/1999 | 03/31/1999 | C |
| Testing onTrial Registration Run | NKAUD026 | 02/01/1999 | 04/30/1999 | 04/30/1999 | 04/30/1999 | C |
| Drug Substance Validation | NKAUD029 | 03/01/1999 | 05/30/1999 | 05/30/1999 | 05/30/1999 | C |
| BOC Alcohol Run Using New Process | NKAUD034 | 03/02/1999 | 04/01/1999 | 04/01/1999 | 04/01/1999 | C |
| Engineering Run- Chemsyn New Facility | NKAUD033 | 04/02/1999 | 05/02/1999 | 05/02/1999 | 05/02/1999 | A |
| Bulk Drug GMP (MFG LOT) | NKAUD016 | 04/02/1999 | 05/02/1999 | 05/02/1999 | 05/02/1999 | C |
| Registration Runs for Bulk @ Chemsyn | NKAUD027 | 07/01/1999 | 10/15/1999 | 10/15/1999 | 10/15/1999 | A |
| Registration Run for BOC Alcohol @ Regis | NKAUD035 | 07/01/1999 | 09/29/1999 | 09/29/1999 | 09/29/1999 | A |
| Testing on Registration Runs | NKAUD028 | 07/01/1999 | 11/30/1999 | 11/30/1999 | 11/30/1999 | A |
| Bulk Drug 5 Kg GMP (NDA Lot #1) | NKAUD017 | 08/01/1999 | 08/22/1999 | 08/22/1999 | 08/22/1999 | A |
| Bulk Drug 5 Kg GMP (NDA Lot #2) | NKAUD019 | 09/01/1999 | 09/22/1999 | 09/22/1999 | 09/22/1999 | A |
| Bulk Drug 5 Kg GMP (NDA Lot #3) | NKAUD018 | 10/01/1999 | 10/22/1999 | 10/22/1999 | 10/22/1999 | A |
| Bulk Drug 5 Kg GMP (Validation #1) | NKAUD036 | 10/01/2001 | 10/22/2001 | 10/22/2001 | 10/22/2001 | A |
| Validation Runs | NKAUD040 | 10/01/2001 | 01/01/2002 | 01/01/2002 | 01/01/2002 | A |
| Bulk Drug 5 Kg GMP (Validation #2) | NKAUD037 | 11/01/2001 | 11/22/2001 | 11/22/2001 | 11/22/2001 | A |
| Bulk Drug 5 Kg GMP (Validation #3) | NKAUD038 | 12/01/2001 | 12/22/2001 | 12/22/2001 | 12/22/2001 | A |

Page : 1

CONFIDENTIAL    ABBT 0019091

# Activity Listing

06/17/99

| | | |
|---|---|---|
| *Sponsor* Bulk Drug | *Project* ABT-594 | *Indicatio* Pain (General) |
| *Versio* Plan | *Project N* G0 143010 | *Formulation* Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Bulk Drug 5 Kg GMP (Validation #4) | NKAUD039 | 01/01/2002 | 01/22/2002 | 01/22/2002 | 01/22/2002 | A |

Page : 2

CONFIDENTIAL     ABBT 0019092



CONFIDENTIAL

ABBT 0019093



ABT-594 - Admin & Regulatory Activities

CONFIDENTIAL          ABBT 0019094

# Activity Listing

06/17/99

| | | |
|---|---|---|
| *Sponsor* Admin & Regulatory | *Project* ABT-594 | *Indicatio* Pain (General) |
| *Versio* Plan | *Project N* G0 143010 | *Formulation* Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Support - PreClinical | NKAZPS06 | 01/01/1997 | 07/01/1997 | 07/01/1997 | 07/01/1997 | C |
| Support - Phase I | NKAZPS07 | 07/01/1997 | 12/01/2000 | 12/01/2000 | 12/01/2000 | A |
| Support - Phase II | NKAZPS08 | 06/01/1998 | 09/30/1999 | 09/30/1999 | 09/30/1999 | A |
| Support - Phase III | NKAZPS09 | 10/01/1999 | 08/06/2001 | 08/06/2001 | 08/06/2001 | A |
| Peer Review - CMC | NKAZPS01 | 06/01/2001 | 08/31/2001 | 08/31/2001 | 08/31/2001 | A |
| Peer Review - Safety | NKAZPS02 | 07/01/2001 | 10/01/2001 | 10/01/2001 | 10/01/2001 | A |
| Peer Review - Clinical | NKAZPS03 | 07/01/2001 | 10/01/2001 | 10/01/2001 | 10/01/2001 | A |
| NDA Assembly for FDA and EMEA | NKAZD003 | 10/01/2001 | 12/15/2001 | 12/15/2001 | 12/15/2001 | A |
| NDA /EMEA Submission | NKAZD005 | 12/15/2001 | 12/15/2001 | 12/15/2001 | 12/15/2001 | A |
| Support - Post NDA | NKAZPS10 | 12/15/2001 | 06/30/2003 | 06/30/2003 | 06/30/2003 | A |
| Kosiesho Submission | NKAZD006 | 06/01/2002 | 06/01/2002 | 06/01/2002 | 06/01/2002 | A |

Page : 1

CONFIDENTIAL     ABBT 0019095

# McCarthy Deposition Exhibit 10

# P's Exhibit CB

EXHIBIT
McCarthy
10
9-29-06

# March 2000
# ABT-594 Project Status Report

## Business Rationale

Date: March, 2000
Franchise: Neuroscience
Venture: Analgesia

ABT #:
Trade & Generic Name: ABT-594 TBD, TBD
Mechanism of Action: Cholinergic Channel Modulator (ChCM)

Indications: Neuropathic Pain
Chronic Pain (publication only)

### Development Cost

| | PPCC/DDC 12/1995 ($MM) | Plan as of 11/1998* ($MM) | Plan as of 11/1998*** ($MM) |
|---|---|---|---|
| Cost to NDA | 63? | 116 | 215 |
| First to Next Go/No Go (Phase II clinical efficacy) | -- | 45 | 16 |
| Cum. Cost through 1999 | -- | -- | 51 |
| 2000 Funding Request | -- | 21 | 21 |
| 2000 Plan (Funded) | -- | 15 | 15 |
| - Current Projection | -- | 15 | 15 |
| - YTD/AM | -- | -- | 1 |

*"Based on JD Model
**"Assume Phase II GO/NO GO 9/99; NDA filing 12/01
***"Assume Phase IIb GO/NO GO 2/00; NDA filing 5/03

### Market Forecast

| | PPCC/DDC 12/1995 | Plan as of 6/1998* | Current Revised 10/1999* |
|---|---|---|---|
| Patent Status: | 10/2010 (est.) | 10/2010 (est.) | 10/2016 (est.) |
| NDA Filing: | 12/1999 (acute) 6/2001 (chronic) | 12/2001 | 5/2003 |
| ex-U.S. Filings: | Same as above – Eur N/A – Jpn | 12/2001 - Eur 12/2003 - Jpn | Update Pending |
| Projected U.S. Launch: | 12/2001 (acute) 12/2002 (chronic) | 6/2003 | 5/2004 |
| Projected ex-U.S. Launches: | Same as above – Eur N/A – Jpn | 12/2003 - Eur 9/20/2004 - Jpn | Update Pending |
| Peak TRx Share, ex-U.S.: | 6.5% (patients) | 5% (Rx) | 20% (Neuropathic pain) 10% (Persistent Chronic Pain) |
| Peak TRx Share, ex-U.S.: | 5.4% (patients) | 5% (patients) | 5% patients |
| Peak Sales, U.S. ($MM) | $285 | $515 | $357 |
| Peak Sales, ex-U.S. ($MM) | $308 | $310 | Update Pending |
| After-Tax NPV @ 12.5%, U.S. ($MM) | $412 | $313 | $296 |
| Pre-Tax NPV @ 15%, ex-U.S. ($MM) | $338 | $305 | Update Pending |
| Avg daily dose | 50 mg | 200 mcg | 150 ug |
| Target Drug | $2,500 | $2,500 | $2,500 |
| Cost/day at Launch | | | |
| %MM at Launch | 94.8% | 97.2% | 98.6% |

*Forecast based on general pain target indication
**Forecast based on neuropathic pain indication and published study in chronic pain

### Product Profile

| Attribute | Date Defined | Probability | Confirm Status | Share Impact |
|---|---|---|---|---|
| Not scheduled | 12/1998 | High | 1Q04 | High |
| Chronic most captive pain efficacy | 12/1999 | Medium | 2Q01 | High |
| Neuropathic pain claim | 6/1999 | Medium | 2Q01 | High |
| Covers all pain claim | 12/1996 | -- | N/A | High |
| Moderate to moderately severe pain | -- | -- | N/A | High |
| No tolerance/dependence or withdrawal | 9/1998 | Medium | 1Q03 | High |
| Very low abnormal LFTs | 9/1998 | High | 2Q01 | High |
| Low nausea/vomiting at effective dose | 9/1999 | Medium | 2Q01 | High |
| Other safety OK | 9/1998 | Medium | 2Q04/1Q03 | High |
| No differential efficacy | 9/1998 | High | 2Q04/1Q03 | High |
| No sedation efficacy (Nicotine users vs non-users) | 9/1998 | Medium | 2Q01/1Q03 | Medium |
| No difference in side profile (Nicotine users vs non-users) | 8/1998 | Medium | 2Q01/1Q03 | Medium |
| No constipation or cramps vs on-going users | 8/1994 | N/A | N/A | Medium |
| Onset of action comparable to other therapies for chronic nociceptive pain | 6/1999 | Low | 4Q01 | Medium |
| Onset of action comparable to other therapies for neuropathic pain | 6/1999 | N/A | N/A | Medium |
| BID dosing | 9/1999 | High | 2Q01 | High |
| No major drug interactions | 12/1996 | High | 1Q03 | Medium |
| Titration of 1-3 days duration required to minimize nausea and vomiting at effective dose | 9/1999 | -- | -- | High |

*Probability Key:
High = 70-100%
Medium = 30-69%
Low = 0-29%

ABBT 0004401
HIGHLY CONFIDENTIAL

## March 2000
## ABT-594 Project Status Report

### Project Overview

**Milestones**

| Description | PPCC/ODC 12/1996 | Plan 6/1998 | Plan 6/1999 | Actual Date |
|---|---|---|---|---|
| PPCC Approval | 12/1996 | 12/1996 | 12/1996 | 12/1996 |
| Start Phase I | 6/1997 | 7/1997 | 7/1997 | 3/1997 |
| GoNo Go Clinical Safety | 1/1998 | 4/1998 | 4/1998 | 12/1997 |
| Start Phase II | 12/1997 | 7/1998 | 7/1998 | 12/1997 |
| GoNo Go Clinical Efficacy | 12/1998 | 6/1999 | 9/1999 | TBD |
| Start Phase III | 3/1999 | 8/1999 | 1/2000 | TBD |
| File NDA/EMEA | 12/1999 (acute) 6/2001 (chronic) | 1/2001 (acute) 5/2003(chronic) | 1/2000 | TBD |
| Regulatory approval | 8/2001 (acute) 12/2002 chronic) | 12/2001 (acute) 6/2003 (chronic) | 6/2003 | TBD |

**PARD**

| Activity | Plan 6/1998 | Plan 6/1999 | Actual |
|---|---|---|---|
| Phase I Formulation (PIb)* | 7/1997 | 7/1997 | 7/1997 |
| Clinical Supplies (PIb) for Molar Extraction | 7/1996 | 7/1998 | 7/1998 |
| Phase I Formulation (SEC) for IND | 7/1998 | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 | 10/1998 |
| Phase III Formulation (Tablet/HGC) for Big Study | 3/1999 | 3/1999 | 3/1999 |
| Phase III Clinical Supplies Manufactured | 9/1999 | 9/1999 | TBD |
| NDA Lots (3) Completed | 6/2000 | 6/2000 | TBD |
| Completion of 1 Year Stability for NDA | 7/2001 | 7/2001 | TBD |
| Formulation Peer Review | 10/2001 | 10/2001 | TBD |

* Performed by IUC

**Toxicology**

| Toxicology Activity | Plan 1998 Start | Plan 1999 Start | Actual Start Date | Report Completed |
|---|---|---|---|---|
| Gene Toxicology | 2/1997 | 2/1997 | 1/1996 | 8/1997 |
| Acute Studies | 3/1997 | 4/1997 | 4/1997 | 6/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 7/1997 | 6/1997 | 6/1998 |
| 3 Month Mouse MTD | 10/1997 | 8/1997 | 8/1997 | 10/1998 |
| SEG I and SEG II | 7/1997 | 7/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post-natal development) | — | 1/1999 | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 6/1998 | Ongoing |
| Carcinogenicity (2 yr) Rat | 12/1998 | 9/1998 | 9/1998 | Ongoing |
| Carcinogenicity (2 yr) Mouse | 12/1998 | 11/1998 | 11/1998 | Ongoing |

**CAPD**

| Drug Substance Source/Lot # | KG Orig/Revised | Plan 6/1999 | Actual Date | Actual/Projected Cost/Kg* |
|---|---|---|---|---|
| D-4SL | 0.5 KG | 12/1996 | 12/1996 | $ 200,000 |
| CAPD | 6.7 KG | 3/1997 | 3/1997 | $ 175,000 |
| SICOR | 20.4 KG | 12/1997 | 12/1997 | $ 40,000 |
| SICOR/CAPD | 2.5 KG | 7/1998 | 7/1998 | $ 40,000 |
| CHEMSYN PILOT LOT | 2.00 KG | 5/1999 | TBD | $ 29,700 |
| CHEMSYN MFG LOT | 10.0 KG | 10/1999 | TBD | $ 29,700 |
| CHEMSYN NDA LOT #1 | 10.0 KG | 10/1999 | TBD | $ 29,700 |
| CHEMSYN NDA LOT #2 | 10.0 KG | 10/1999 | TBD | $ 29,700 |
| CHEMSYN NDA LOT #3 | 10.0 KG | 10/1999 | TBD | $ 29,700 |

*Target cost of drug substance at launch is $2,500/kg [Finished Product]

ABBT 0004402
HIGHLY CONFIDENTIAL

March 2000
ABT-594 Project Status Report
11/99 LRP

Development Program Costs ($MM)

| | Cumulative Thru 1998 | 1999 AGU | Cumulative Thru 1999 | Plan 2000 | Cumulative Thru 2000 | Plan 2001 | Cumulative to NDA Filing |
|---|---|---|---|---|---|---|---|
| Clinical Program | 13.8 | 9.1 | 22.9 | 8.4 | 31.3 | 82.8 | 157.1 |
| CMC (PARD & CAPD) | 8.1 | 4.9 | 13.0 | 2.8 | 15.8 | 4.4 | 27.6 |
| Drug Safety | 5.4 | 3.3 | 8.7 | 3.1 | 11.8 | 4.3 | 18.3 |
| Other Support Costs | 3.3 | 2.6 | 5.9 | 0.7 | 6.6 | 2.9 | 12.2 |
| Total | 30.6 | 19.9 | 50.5 | 15.0 | 65.5 | 94.4 | 215.2 |

File NDA = 5/2003

Clinical Program = Grants, Data Mgt/Stats, Venture Management, Drug Safety

ABBT 0004403
HIGHLY CONFIDENTIAL

March 2000
ABT-594 Project Status Report

## Progress Gauges
### Previous Month (February)

| | Target Date | Status |
|---|---|---|
| Sign-off protocols M99-114 and M99-115 | 2/4/00 | Completed |
| Complete Investigator Brochure Update | 2/4/00 | Completed |
| Send Regulatory Packet to potential investigators for M99-114/M99-115 | 2/15/00 | Completed |
| Approve 75 µg HGC and Placebo Phase 2 clinical supplies | 2/15/00 | Completed |
| Resolve specifications on mesylate | 2/15/00 | Completed |
| M99-114 (Neuropathic Pain)investigator meeting | 2/25/00 | Completed |
| Complete all pre-study visits M99-114/M99-115 | 2/25/00 | Completed |

### Current Month (March)

| | Target Date | Status |
|---|---|---|
| M99-115 Investigator Meeting | 3/4/00 | |
| Begin initiation visits M99-114 / M99-115 | 3/15/00 | |
| Complete 80% M99-114 Investigator Grants | 3/24/00 | |
| Complete 50% M99-115 Investigator Grants | 3/24/00 | |
| Complete 70% IRB Approvals for M99-114 Study Sites | 3/24/00 | |
| Complete 90% IRB Approvals for M99-115 Study Sites | 3/24/00 | |
| Ship study drug M99-114 / M99-115 | 3/29/00 | |

| | PPCC 12/1996 | Plan as of 6/1997 | Plan as of 6/1998 | Plan as of 10/1999 |
|---|---|---|---|---|
| NDA Filing | 12/1999 (acute)<br>07/2001 (chronic) | 06/2000 (acute)<br>12/2001 (chronic) | 12/2001 (combined) | 5/2003<br>Neuropathic Pain, Chronic Pain (Publication only) |
| NDA Approval | 06/2001 (acute)<br>12/2002 (chronic) | 12/2001 (acute)<br>06/2003 (chronic) | 06/2003 (combined) | 5/2004<br>Neuropathic Pain, Chronic Pain (Publication only) |

ABBT 0004404
HIGHLY CONFIDENTIAL

Marc 2000

# ABT-594 Project Status Report

## Key Issues/Decisions/Events

| Area | Issue/Decision/Event | Progress |
|---|---|---|
| VenTure | Project Milestone (GO/NO GO) was achieved on target. | Data from Phase II studies were presented at Portfolio Review (October 6, 1999). The project team recommendations were supported:<br>• Establish a maximum tolerated dose of the hard gelatin capsule (HGC) dosage form.<br>• Continue with Phase IIB at higher doses. |
| NPD | If ABT-594 is scheduled, the NPV is significantly reduced. | An expert advisory meeting took place 11/98. The advisors felt it was unlikely that ABT-594 would be scheduled and recommended that we conduct several preclinical/clinical studies when a GO decision is made for Phase III development. |
| PARD | 75 µg HGC will be made for Phase IIB. Higher capsule strengths may be required. | Hard gelatin capsule (HGC) has been chosen as the Phase IIB/III formulation. In order to start Phase III in 3Q/2001, Phase III formulation process optimization needs to start 4Q 2000. Some bias noted in assay method. Detailed investigation ongoing to determine cause.<br><br>Puerto Rico facility being made ready for production. |
| CAPD | We are at risk for possible increases in the cost of drug substance because we are dependent on other vendors to manufacture ABT-594 drug substance.<br><br>Toxicology has recommended an impurity limit for mesylate needs to be set below the level of detection (LOD 0.002 & LOQ 0.005) A recrystallization procedure will be needed. Additional process work may be needed depending upon the outcome of the recrystallization process. | Abbott cannot manufacture highly potent compounds. CAPD has identified several potential vendors for the drug substance: Sicor, Chemsyn and Catalytica. Chemsyn has been selected as the manufacturer of the bulk drug substance.<br><br>Three registration lots totaling 16 Kg have been completed at Chemsyn.<br><br>A meeting to discuss setting the mesylate impurity limit was held on September 30, 1999. A specification set below the current limit of detection was advised by toxicology.<br><br>CMC technical committee meeting held 1/6/00 to discuss mesylate specifications. Recommendations made. Mesylate specification at target: not more than 0.005%. Incorporated into Standard Control Procedure.<br><br>Development of a recrystallization process of the current method has started. This is planned to be incorporated into the process for the registration lots.<br><br>All 3 registration lots recrystallized. All below 0.005% mesylate.<br><br>Alternate chemical synthesis to eliminate mesylate going well in lab. Determination to proceed with alternate synthesis to be added to CMC Technical Committee docket for end of April. |
| Toxicology | 6 month rat study finding may suggest future possible occurrence of hepatocellular neoplasms in long term toxicology studies.<br><br>If higher doses (>75 µg BID) are used in future clinical studies and registration purposes, another rat CA study using higher doses will need to be initiated. | No adenomas have been found in the study. Early deaths in the 2 year carcinogenicity study will be closely monitored. No further studies are recommended at this time.<br><br>Following dose selection, additional rat CA studies will be initiated in 2000. Justification for dose selection in rat CA studies submitted to FDA 1/25/00. No response as yet from FDA regarding dose selection. |

ABBT 0004405
HIGHLY CONFIDENTIAL

Februa  2000

## ABT-594 Project Status Report  (Continued)

| Area | Issue/Decision/Event | Progress |
|---|---|---|
| Patent | Follow-on compounds discovered using human recombinant nAChR proprietary technology present increased risk. | Efforts initiated in March, 1999 to negotiate with SIBIA for the rights to use the human recombinant neuronal nicotinic receptor constructs as a screening tool have been terminated due to subsequent exclusive licensing for a period of three years of this technology by SIBIA to Eli Lilly. Merck has subsequently assumed control of SIBIA. To minimize risk associated with the use of the human clonal cell lines, Abbott has initiated a strategy of using only human subtype combinations not currently covered by existing issued US patents, and to concurrently pursue the cloning and expression of non-human nAChRs that fall outside the scope of SIBIA's patent estate. |
| | | Cloning of the ferret α4, α3, β2, and β4 subunits is proceeding. Current results suggest that the homology between ferret and human is higher than between rat and human, and is >90% in the highly conserved membrane spanning and ligand binding domains, but that overall homology will likely be less than 90%. It is anticipated that the first of the ferret nAChR subtypes (α4β2) will be completed by 1Q/00. |
| | | To expand compound libraries and identify novel structural classes, Abbott has partnered with Neurosearch. |
| | | First joint research council meeting with Neurosearch held 1/31-2/1/00. One compound identified that appears to be 4-fold better based on Chung model vs emesis model. |
| | | Evaluating potential anti-depressant compound from this class. |
| | | Three to five compounds to be chosen as follow-on to ABT-594 by May 2000. Of these 3-5 compounds, one will be chosen in July/Aug for Q4 2000 DDC. |

ABBT 0004406
HIGHLY CONFIDENTIAL

## Marc 2000
## ABT-594 Project Status Report

**Indications:** Neuropathic Pain, Chronic Pain (publication only)

### Business Rationale

Date: March, 2000
Franchise: Neuroscience
Venture: Analgesia

ABT #:
Trade & Generic Name: ABT-594, TBD, TBD
Mechanism of Action: Cholinergic Channel Modulator (ChCM)

### Development Cost

| | PPCC/DDC 12/1996 ($MM) | Plan as of 11/1998* ($MM) | Plan as of 11/1999*** ($MM) |
|---|---|---|---|
| Cost to FHA | 167 | 168 | 115 |
| Cost to Hard Cash to Go (Phase II choice efficacy) | -- | 140 | 16 |
| Cum Cost through 1999 | -- | -- | 51 |
| 2001 Funding Request | -- | 11 | 21 |
| 2002 Plan (Funded) | -- | -- | 15 |
| - Current Projection | -- | -- | 15 |
| - YTD Mai | -- | -- | 1 |

* Base on 4D Model
** Assume Phase II GO/NO GO 999: NDA filing 1201
*** Assume Phase IIb GO/NO GO 201: NDA Filing 503

### Product Profile

| Attribute | Date Defined | Probability* | Confirm Status | Share Impact |
|---|---|---|---|---|
| Not scheduled | 12/1994 | | 1Q04 | High |
| Chronic nociceptive pain efficacy | 10/1998 | Medium | 2Q01 | High |
| Neuropathic pain claim | 6/1999 | Medium | 2Q01 | High |
| General non claim | 12/1996 | N/A | N/A | High |
| Moderate to moderately severe pain | 9/1996 | Medium | 1Q03 | High |
| No hypochondroxic/dependence or withdrawal | 9/1998 | High | 2Q01 | High |
| Very low abuse potential Tia | 6/1999 | Medium | 2Q01 | High |
| Low nonce given if effective dose | 9/1998 | Medium | 2Q01/1Q03 | High |
| Other safety OK | 6/1998 | High | 2Q01/1Q03 | High |
| No influence of other ... (involve risks vs non users) | 9/1994 | High | 2Q01/1Q03 | Medium |
| No mechanism or coverage in the impose users | 9/1993 | N/A | N/A | Medium |
| Onset of action comparable to other therapies for chronic nociceptive pain | 6/1999 | Low | 4Q01 | Medium |
| Onset of action comparable to other therapies for neuropathic pain | 6/1993 | N/A | N/A | Medium |
| BID dosing | 6/1993 | High | 2Q01 | High |
| No major drug interactions | 12/1996 | High | 1Q01 | Medium |
| Titration of 7-5 days duration required to minimize nausea and vomiting at effective dose | 9/1993 | Medium | 1Q00 | High |

* Probability Key:
High = 70-100%
Medium = 30-69%
Low = 0-29%

### Market Forecast

| | PPCC/DDC 12/1996 | Plan as of 6/1999* | Current Revised 10/1999** |
|---|---|---|---|
| Patent Status | 10/2010 (est.) | 10/2010 (est.) | 10/2016 (est.) |
| NDA Filing | 12/1999 (acute), 6/2001 (chronic) | 12/2001 | 5/2003 |
| ex-U.S. Filings | Same as above – Eur, N/A – Jpn | 12/2001 – Eur, 12/2003 – Jpn | Update Pending |
| Projected U.S. Launch | 12/2001 (acute), 12/2002 (chronic) | 6/2003 | 5/2004 |
| Projected ex-U.S. Launches | Same as above – Eur, N/A – Jpn | 12/2003 – Eur, 9/2/2004 – Jpn | Update Pending |
| Peak Tltr Share, U.S. | 6.6% (patients) | 5% (Rx) | 20% (Neuropathic pain); 10% (Persistent Chronic Pain) |
| Peak Tltr Share, ex-U.S. | 5.4% (patients) | 5% (patients) | 5% patients |
| Peak Sales, U.S. ($MM) | $285 | $518 | $367 |
| Peak Sales, ex-U.S. ($MM) | $308 | $310 | Update Pending |
| After-Tax NPV @ 12.5%, U.S. ($MM) | $412 | $813 | $296 |
| Pre-Tax NPV @ 15%, ex-U.S. ($MM) | $338 | $305 | Update Pending |
| Avg daily dose | 50 mg | 200 mcg | 150 μg |
| Target Drug Cost/kg at Launch | $2,500 | $2,500 | $2,500 |
| SNM at Launch | 94.8% | 97.2% | 98.6% |

*Forecast based on general pain target indication
**Forecast based on neuropathic pain indication and published study in chronic pain

ABT 0004407
HIGHLY CONFIDENTIAL

# March 2000
# ABT-594 Project Status Report

## Project Overview

### Milestones

| Description | PPCC/DDC 12/1996 | Plan 6/1998 | Plan 6/1999 |
|---|---|---|---|
| PPCC Approval | 12/1996 | 12/1996 | 12/1996 |
| Start Phase I | 6/1997 | 7/1997 | 7/1997 |
| Go/No Go Clinical Safety | 1/1998 | 4/1998 | 4/1998 |
| Start Phase II | 12/1997 | 7/1998 | 7/1998 |
| Go/No Go Clinical Efficacy | 12/1998 | 6/1999 | 9/1999 |
| Start Phase III | 3/1999 | 8/1999 | 1/2000 |
| File NDA/EMEA | 12/1999 (acute) 6/2001 (chronic) | 12/2001 (acute) 6/2003 (chronic) | 12/2001 |
| Regulatory approval | 8/2001 (acute) 12/2002 (chronic) | 6/2001 (acute) 6/2002 (chronic) | 6/2003 |

### PARD

| Activity | Plan 6/1998 | Plan 6/1999 | Actual |
|---|---|---|---|
| Phase I Formulation (PIB)* | 7/1997 | 7/1997 | 7/1997 |
| Clinical Supplies (PIB) for Molar Extraction | 7/1998 | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 | 10/1998 |
| Phase III Formulation (Tablet/HGC) for Bio Study | 3/1999 | 3/1999 | 3/1999 |
| Phase III Clinical Supplies Manufactured | 9/1999 | 9/1999 | TBD |
| NDA Lot (3) Completed | 6/2000 | 6/2000 | TBD |
| Completion of 1 Year Stability for NDA | 7/2001 | 7/2001 | TBD |
| Formulation Peer Review | 10/2001 | 10/2001 | TBD |

\* Performed by IDC

### Toxicology

| Toxicology Activity | Plan 1998 Start | Plan 1999 Start | Actual Start Date | Report Completed |
|---|---|---|---|---|
| Gene Toxicology | 2/1997 | 2/1997 | 9/1996 | 8/1997 |
| Acute Studies | 3/1997 | 3/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 7/1997 | 6/1997 | 8/1998 |
| 3 Month Mouse MTD | 10/1997 | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG II | 7/1997 | 7/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post natal development) | — | 1/1999 | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 6/1998 | Ongoing |
| Carcinogenicity (2 yr) Rat | 12/1998 | 9/1998 | 9/1998 | Ongoing |
| Carcinogenicity (2 yr) Mouse | 12/1998 | 11/1998 | 11/1998 | Ongoing |

### CAPD

| Drug Substance Source/Lot # | KG Orig/Revised | PPCC/DDC 12/1996 | Plan 6/1998 | Plan 6/1999 | Actual Date | Actual Projected Cost/kg* |
|---|---|---|---|---|---|---|
| D-4/5L | 0.5 KG | 12/1995 | 12/1995 | 12/1995 | 12/1995 | $ 200,000 |
| CAPD | 6.7 KG | 6/1997 | 3/1997 | 3/1997 | 3/1997 | $ 175,000 |
| SICOR | 20.4 KG | 1/1998 | 12/1997 | 4/1998 | 12/1997 | $ 40,000 |
| SICOR/CAPD | 2.5 KG | 12/1997 | 7/1998 | 7/1998 | 7/1998 | $ 40,000 |
| CHEMSYN PILOT LOT | 2.00 KG | 12/1998 | 5/1999 | 9/1999 | TBD | $ 29,700 |
| CHEMSYN MFG LOT | 10.0 KG | 3/1999 | 10/1999 | 12/1999 | TBD | $ 29,700 |
| CHEMSYN NDA LOT #1 | 10.0 KG | | 3/1999 | 1/2000 | TBD | $ 29,700 |
| CHEMSYN NDA LOT #2 | 10.0 KG | | 10/1999 | 10/1999 | TBD | $ 29,700 |
| CHEMSYN NDA LOT #3 | 10.0 KG | | 10/1999 | 10/1999 | TBD | $ 29,700 |

*Target cost of drug substance at launch is $2,500/kg [Finished Product]

ABBT 0004408
HIGHLY CONFIDENTIAL

March 2000
ABT-594 Project Status Report
11/99 LRP

Development Program Costs ($MM)

| | Cumulative Thru 1998 | 1999 AGU | Cumulative Thru 1999 | Plan 2000 | Cumulative Thru 2000 | Plan 2001 | Cumulative to NDA Filing |
|---|---|---|---|---|---|---|---|
| Clinical Program | 13.8 | 9.1 | 22.9 | 8.4 | 31.3 | 82.8 | 157.1 |
| CMC (PARD & CAPD) | 8.1 | 4.9 | 13.0 | 2.8 | 15.8 | 4.4 | 27.6 |
| Drug Safety | 5.4 | 3.3 | 8.7 | 3.1 | 11.8 | 4.3 | 18.3 |
| Other Support Costs | 3.3 | 2.6 | 5.9 | 0.7 | 6.6 | 2.9 | 12.2 |
| Total | 30.6 | 19.9 | 50.5 | 15.0 | 65.5 | 94.4 | 215.2 |

FILE NDA = 5/2003

CLINICAL PROGRAM = GRANTS, DATA MGT/STATS, VENTURE MANAGEMENT, DRUG SAFETY

ABBT 0004409
HIGHLY CONFIDENTIAL

# McCarthy Deposition Exhibit 12


# P's Exhibit HN

Cholinergic Channel Modulation                                          May, 2000

# Program Advancements

- ABT-594 Clinical progress:
  - Proof of principle in neuropathic pain and pain associated with osteoarthritis
  - Re-evaluation of maximum tolerated dose
- Established research collaboration with NeuroSearch
  - Access to human recombinant nAChRs
  - New proprietary chemical series
- Identification of backup series to ABT-594
- New therapeutic indications
  - Leads for novel antidepressant
  - Leads for novel antipsychotic

HIGHLY
CONFIDENTIAL

ABBT 0021817

EXHIBIT
McCarthy
12
9-29-06

Cholinergic Channel Modulation

May, 2000

# ABT-594:  Clinical Advancements

- Phase II proof-of-principle for cholinergic channel modulation in acute analgesia (Molar extraction)

- Indications of efficacy in pain associated with osteoarthritis and neuropathic pain

- Statistically significant effects in diabetic neuropathy subset

- Tolerability much better than anticipated

2

HIGHLY
CONFIDENTIAL

ABBT 0021818

Cholinergic Channel Modulation

May, 2000

# Pain Associated with Osteoarthritis



### Change in WOMAC Pain Scale

- Placebo
- Ibuprofen 400 mg TID
- ABT-594 25 µg BID
- ABT-594 50 µg BID
- ABT-594 75 µg BID

* $p < 0.05$ vs. Placebo

Maximum possible decrease for 75 µg BID = 305

HIGHLY
CONFIDENTIAL

ABBT 0021819

Cholinergic Channel Modulation

May, 2000

# Efficacy of ABT-594 vs. Celebrex (Historical): WOMAC Pain Decrease from Baseline

- ABT-594 and Celebrex exhibit comparable efficacy in pain associated with osteoarthritis



HIGHLY CONFIDENTIAL

ABBT 0021820

Cholinergic Channel Modulation

May, 2000

# Diabetic Neuropathy



Diabetic Neuropathy Subset: ABT-594 75 μg
Significantly Decreases NPS vs. Placebo

* p < 0.05 vs. placebo

HIGHLY
CONFIDENTIAL

ABBT 0021821

5

Cholinergic Channel Modulation

May, 2000

# Efficacy of ABT-594 vs. Gabapentin (Historical) in Diabetic Neuropathy



- Gabapentin:
  - 8 week ascending dose trial to maximum tolerated dose of gabapentin
  - 11-Point Likert scale week 8 vs. baseline

- ABT-594:
  - 3 week fixed dose trial
  - 4-Point categorical scale final vs. baseline

**HIGHLY CONFIDENTIAL**

ABBT 0021822

6

Cholinergic Channel Modulation

May, 2000

# Soft Elastic Capsule is Tolerated Better Than Solution Formulation

## Adverse Events



### Molar Extraction

| | 100 µg solution | Placebo |
|---|---|---|
| Nausea | 32% | (12%) |
| Vomiting | 20% | (2%) |
| Dizziness | 24% | (4%) |

### OA and Neuropathic

| | 75 µg BID SEC | Placebo |
|---|---|---|
| Nausea | 15% | (3%) |
| Vomiting | 5% | (0%) |
| Dizziness | 7% | (5%) |

HIGHLY CONFIDENTIAL

ABBT 0021823

7

Cholinergic Channel Modulation                                                    May, 2000

## Side Effect Profile:
## ABT-594 vs. Competitor Compounds

| Event | Gabapentin to 3600 mg | Ultram[1] 50-100 mg q4-6 hr | OxyContin[2] | ABT-594 75 mcg BID |
|---|---|---|---|---|
| Confusion | 8 % | | | 0 % |
| Somnolence | 23 % | | 23 % | 0 % |
| Dizziness | 24 % | 31 % | 13 % | 7 % |
| Nausea | 8 % | 34 % | 23 % | 15 % |
| Vomiting | | 13 % | 12 % | 5 % |
| Constipation | | 38 % | 23 % | 1 % |

1 Chronic non-malignant pain, up to 30 days
2 "Clinical trials"

8

HIGHLY CONFIDENTIAL    ABBT 0021824

Cholinergic Channel Modulation

May, 2000

# Phase I Tolerability Trials: Hard Gelatin Capsule

- Dose titration study from 75 µg to 450 µg BID

  – Subjects ascended through 75, 150, 225, 300, 375, and 450 µg BID over 12 days, and remained at highest tolerated dose until day 18

  – 7 of 15 subjects reached 450 µg BID for duration of study

  – 13 of 15 subjects achieved 300 µg BID for duration of study

- Conclusions:

  – 300 µg BID considered maximum tolerated dose

  – Titration offered enhanced tolerability vs. 300 µg BID fixed dose study

  – Dose titration scheme would be used in Phase IIb diabetic neuropathy trial

9

HIGHLY
CONFIDENTIAL

ABBT 0021825

Cholinergic Channel Modulation

May, 2000

# ABT-594: Titration Reduces Nausea and Emesis, but not Dizziness

| | M99-076 (no titration) n (%) | | M99-120 (titration) n (%) | |
| | 300 µg BID n=9 | Placebo n=27 | up to 300 µg BID[a] n=15 | Placebo n=5 |
|---|---|---|---|---|
| Nausea | 5 (56%) | 2 (7%) | 5 (33%) | 1 (20%) |
| Vomiting | 4 (44%) | 0 (0%) | 2 (13%) | 0 (0%) |
| Dizziness | 6 (67%) | 3 (11%) | 10 (67%) | 2 (40%) |

[a] For M99-120, Day 1-2: 75 µg BID; Day 3-4: 150 µg BID; Day 5-6: 225 µg BID; Day 7-8: 300 µg BID.

10

HIGHLY CONFIDENTIAL

ABBT 0021826

Cholinergic Channel Modulation

May, 2000

# ABT-594:  Re-evaluation of MTD



- Effective clinical dose of ABT-594 (75 µg BID): $C_{max}$ = 0.65 ng/ml

- Phase IIb max. dose (300 µg BID): $C_{max}$ = 2.84 ng/ml

- Preclinical efficacy: $C_{max}$ = 1 to 5 ng/ml

HIGHLY CONFIDENTIAL

ABBT 0021827

Cholinergic Channel Modulation

May, 2000

# Phase IIb Trial in Diabetic Neuropathy

- Initiated April, 2000
- Study design:
  - Seven weeks duration - (1 week titration, 6 week maintenance)
  - Four groups: 150 µg BID, 225 µg, BID, 300 µg BID, placebo
  - Titration scheme will be used

    75 µg BID x 2 days, 150 µg BID x 2 days, 225 µg x 2 days, 300 µg

- Outcome measures:
  - Primary outcome: Change from baseline of the average Daily Pain Intensity Categorical Scale
- Results expected by January, 2001

12

HIGHLY
CONFIDENTIAL

ABBT 0021828

Cholinergic Channel Modulation

May, 2000

# Discovery Program Update

*Goal: Identify a backup to ABT-594 exhibiting a 30-fold improvement in therapeutic index*

- Impact of collaboration with NeuroSearch
  - Availability of recombinant human nAChRs
  - Availability of new proprietary structural classes
  - Opportunity for new molecular profiles and new therapeutic targets
- Progress toward identification of ABT-594 backup
  - A-312046
  - Additional leads
- New insights into the molecular target
- Program directions--beyond the ABT-594 backup
  - Analgesia
  - New indications (depression, psychosis, anxiety)

13

HIGHLY
CONFIDENTIAL

ABBT 0021829

May, 2000

Cholinergic Channel Modulation

# ABT-594 Backup: Impact of NeuroSearch Collaboration

- Re-initiation of screening against human recombinant nAChR subtypes

- Access to new proprietary structural class (homopiperazines)
  - Current lead compound: A-312046:
    - Active in models of acute, persistent and neuropathic pain
    - Retains full efficacy on repeated dosing
    - 10-fold improvement in therapeutic index vs. ABT-594

- New leads for additional neuropsychiatric indications
  - α-7 selective lead (NS-3806) active in models of depression and psychosis



NS-3806

A-312046

14

HIGHLY
CONFIDENTIAL

ABBT 0021830

Cholinergic Channel Modulation

May, 2000

# Properties of Most Promising Compounds: A-312046



- In Vitro Profile (RLB): Comparable to ABT-594

| Binding Site | Ki (nM) (N) ABT-594 | Ki (nM) (N) A-312046 |
|---|---|---|
| Cytisine Binding Site ($\alpha4\beta2$) | 0.048 (6) | 0.051 (3) |
| BTX Binding Site (Central $\alpha7$) | 1220 (7) | 504 (3) |
| BTX Binding Site (Peripheral $\alpha1$) | >10,000 (3) | 7100 (3) |

- In Vitro Profile (Functional): More $\alpha4$-selective than ABT-594

HIGHLY CONFIDENTIAL

ABBT 0021831

15

Cholinergic Channel Modulation

May, 2000



## A-312046 In Vivo Profile: Efficacy Models

- Active in models of acute thermal pain
  - Mouse Hot Plate Assay:    MED* = 6.2 μmol/kg, i.p.
  - Rat Hot Box Model:        MED* = 1.9 μmol/kg, i.p.
- Active in models of persistent pain
  - Mouse ACA:               MED* = 1.9 μmol/kg, i.p.
  - Rat Formalin Model:      MED* = 1.9 μmol/kg, i.p.
- Active in model of neuropathic pain
  - Rat Chung Model:         MED* = 0.62 μmol/kg, i.p.

*Differs from most compounds, exhibiting comparable or greater potency in neuropathic pain model vs. all other pain models*

\*In general, to achieve a statistically significant response, at least 50% of maximal effect is required

16

HIGHLY CONFIDENTIAL

ABBT 0021832

May, 2000

Cholinergic Channel Modulation

# A-312046 vs. ABT-594: Neuropathic Pain Model





- A-312046 is 3 to 10-fold less potent than ABT-594

- Qualitative assessment: Significantly fewer side effects are observed at effective doses (i.e., dypsnea, prostration)

17

HIGHLY CONFIDENTIAL

ABBT 0021833

Cholinergic Channel Modulation

May, 2000

# A-312046:  Repeated Dosing Studies

- Active upon repeated administration in rat hot box model of acute thermal pain and the Chung model of neuropathic pain



**Effect of 5-Day BID Treatment with A-312046 In the Chung Model of Neuropathic Pain**



**Effect of 5-Day BID Treatment with A-312046 In Hot Box Model of Acute Thermal Pain**

18

HIGHLY
CONFIDENTIAL

ABBT 0021834

May, 2000

Cholinergic Channel Modulation

# A-312046:  Pharmacokinetics





- Exhibits moderate oral bioavailability (49%) in rat (ABT-594: 61%)

- Readily distributes to CNS (ABT-594:  2:1 Brain:Plasma)

- Studies ongoing to evaluate in additional species, and to repeat rat PK studies

19

HIGHLY CONFIDENTIAL

ABBT 0021835

May, 2000

Cholinergic Channel Modulation

# ABT-594 vs. A-312046: Emetic Liability



- In ferret model: $ED_{50}$ for emesis shifted 24-fold (0.24 μmol/kg vs. 5.2 μmol/kg)

- In preliminary dog study, no emesis observed at 1 μmol/kg (ABT-594 exhibited 100% at 0.2 μmol/kg)



Therapeutic Index
(Efficacy in Chung Model of Neuropathic Pain vs. Emesis $ED_{50}$ in Ferret)

20

HIGHLY
CONFIDENTIAL

ABBT 0021836

Cholinergic Channel Modulation

May, 2000

# ABT-594 in the Ferret Emesis Model



The Ferret Model Predicts Clinical Outcome

* Day 1, untitrated (M99-076)

21

HIGHLY
CONFIDENTIAL

ABBT 0021837

Cholinergic Channel Modulation

May, 2000

# Therapeutic Index Comparison: ABT-594 vs. A-312046

- Therapeutic index based on ratio of dose for adverse event and MED (~50% Max. resp.) in Chung neuropathic pain model

| | Adverse Event | Therapeutic Index | | Relative Improvement |
| | | ABT-594 | A-312046 | |
| --- | --- | --- | --- | --- |
| Ferret | Emesis | 1.2 | 8 | 7x |
| Mouse | Seizure Threshold | 10 | 500 | 50x |
| | ALD | 100 | 480 | 5x |
| | Rotarod Performance | 10 | 100 | 10x |
| Rat | Balance (Edge Test) | 0.5 | 30 | 60x |

HIGHLY CONFIDENTIAL

ABBT 0021838

22

Cholinergic Channel Modulation

May, 2000

# A-312046 in Rat Edge Test of Coordination and Muscle Strength



- Model developed within project as an alternative to literature muscle strength assays (screen test)

- Has not been validated with compounds known to clinically affect coordination, muscle strength, dizziness, etc.

37

HIGHLY
CONFIDENTIAL

ABBT 0021839

Cholinergic Channel Modulation

May, 2000

## Homopiperazine Series SAR

- Evaluated ~75 analogs
- SAR trends similar to ABT-594 series
- Compounds generally highly selective for nAChRs, but 5-HT$_3$ antagonist activity can be introduced



Halogen, lower alkyl, lower alkoxy well tolerated, enhance 5-HT$_3$ activity

H, Cl, Br tolerated

Replacement with CH poorly tolerated, replacement with olefin better tolerated

Ring expansion well tolerated

Substitution Prohibited

23

HIGHLY CONFIDENTIAL

ABBT 0021840

Cholinergic Channel Modulation

May, 2000

# Homopiperazine Series:  Additional Leads



A-333094

- A-333094:

  - Better efficacy and potency in inflammatory vs. neuropathic pain models

  - Comparable potency to A-312046 in Formalin model

  - Improved emetic profile vs. A-312046 ($ED_{50}$ = 30 µmol/kg vs. 5.2 µmol/kg for A-312046)

  - Moderate 5-$HT_3$ antagonism activity

  - ALD, seizure threshold ~450 µmol/kg



Formalin Model of Persistent Inflammatory Pain

* $p < 0.05$ vs. Saline

24

HIGHLY CONFIDENTIAL

ABBT 0021841

Cholinergic Channel Modulation

May, 2000

# Homopiperazine Series:  Additional Leads



A-347066



A-343011

- A-347066:
  - Potent ancillary activity as 5-HT$_3$ antagonist (may contribute to decreased emetic liability)
  - Preliminary data show activity across pain models

- A-343011:
  - Similar to A-312046 but with decreased efficacy at α3β4 nAChR subtype

25

HIGHLY
CONFIDENTIAL

ABBT 0021842

Cholinergic Channel Modulation

May, 2000

# Does 5-HT$_3$ Antagonism Block nAChR-mediated Emesis?

- A-179833:
  - Selective, highly emetic nAChR agonist
  - Emesis fully blocked by nAChR antagonists

- Potent and selective 5-HT$_3$ antagonist ondansetron partially blocks A-179833 induced emesis



26

HIGHLY
CONFIDENTIAL

ABBT 0021843

Cholinergic Channel Modulation

May, 2000

# ABT-594 Backup:  Additional SAR Development



A-344653

A-336659

A-349056

- 3.3.0-Diazabicyclooctane Series:
  - Evaluated 15 analogs - A-344653 best to date
  - Structurally distinct
  - Active in persistent and neuropathic pain models

- 4.2.0-Diazabicyclooctane Lead:
  - High affinity and potency
  - In vivo efficacy in pain models
  - Low incidence of behavioral side effects

- 3.2.0-Diazabicyclooctane Lead:
  - Excellent potency and efficacy in pain models

27

HIGHLY
CONFIDENTIAL

ABBT 0021844

Cholinergic Channel Modulation

May, 2000

# Molecular Target:  New Insights

- The $\alpha4\beta2$ subtype is clearly implicated in acute antinociception

- In models of persistent pain (Formalin model) and neuropathic pain (Chung model), other subtypes and/or sites of action may also be implicated

- Chlorisondamine antagonism studies:





HIGHLY
CONFIDENTIAL

ABBT 0021845

Cholinergic Channel Modulation

May, 2000

# Subtype Selective nAChR Modulators: New Indications

- nAChRs are modulators of neurotransmitter release
  - DA, NE, 5-HT, ACh, GABA, Glutamate, SP, CGRP...
- Different nAChR subtypes differentially regulate NT release
- Epidemiological evidence for increased nicotine use in:
  - Schizophrenia
  - Depression
  - Anxiety
- Efficacy of nicotine patch in adult ADHD
- Nicotine withdrawal precipitates depressive episodes
- Evidence for mutations of $\alpha7$ gene in subset of schizophrenics

29

HIGHLY CONFIDENTIAL

ABBT 0021846

Cholinergic Channel Modulation

May, 2000

# A-154022: ChCM Library Screening Lead



- Initially identified as α4-selective ligand
- Weak, but selective 5-HT uptake inhibitory activity
- Highly selective for nicotinic vs. panel of GPCR, ion channel sites
- Exhibited efficacy in pain models, but only at relatively high dose



**HIGHLY CONFIDENTIAL**

**ABBT 0021847**



A-154022-induced NE, DA and 5-HT Release in vivo

Cholinergic Channel Modulation

May, 2000

HIGHLY
CONFIDENTIAL          ABBT 0021848

Cholinergic Channel Modulation                                          May, 2000

# Program Summary

- Clinical efficacy achieved with 75 µg BID dose of ABT-594 in diabetic neuropathy

  – Additional Phase I trials indicate up to 300 µg BID well tolerated

  – Phase IIb trial in diabetic neuropathy ongoing

- Progress toward ABT-594 backup:

  – Collaboration with NeuroSearch established providing access to human recombinant nAChRs, new proprietary structural classes

  – A-312046 identified, characterization continuing

  – Additional series optimization ongoing, other structural classes

  – DDC by 4Q/00 anticipated

- New therapeutic indications

  – Depression, schizophrenia, anxiety targeted

  – Leads identified, validation ongoing

34

HIGHLY
CONFIDENTIAL

ABBT 0021849

Cholinergic Channel Modulation

May, 2000

# Does addition of 5-HT$_3$ antagonist activity affect emetic liability?



- Activity at the α3β4 subtype positively correlates to emetic liability

- Antagonist activity at 5-HT$_3$ negatively correlates to emetic liability

- Factoring in both activities improves the correlation

36

HIGHLY
CONFIDENTIAL

ABBT 0021850

Cholinergic Channel Modulation

May, 2000

# A-312046:  Safety Profile in Mice



|  | ABT-594 (μmol/kg, i.p.) | A-312046 (μmol/kg, i.p.) | Relative Potency |
|---|---|---|---|
| Seizure Threshold | 1.9 | 320 | 170 |
| ALD | 19 | 300 | 16 |
| Rotarod Performance | 1.9 | 62 | 33 |
| Edge Test (Rat) | 0.10 | 19 | 100 |

38

HIGHLY CONFIDENTIAL

ABBT 0021851

Cholinergic Channel Modulation

May, 2000

# C-Fiber spinal flexor reflex model





- Epibatidine produces suppression of C-fiber EMG response



- Effect is fully blocked by central nAChR blockade

HIGHLY CONFIDENTIAL

ABBT 0021852

39



HIGHLY
CONFIDENTIAL

ABBT 0021853



Cholinergic Channel Modulation

May, 2000

## Time to Discontinuation:
## M99-076 vs. M99-120, 300 µg

STUDY

M99-076
M99-120

DAYS

41

HIGHLY
CONFIDENTIAL

ABBT 0021854

Cholinergic Channel Modulation

May, 2000

# Study Design

- **M99-076 (fixed dose)**
  - n=12/group: 9 ABT-594 (titrated dose), 3 Placebo
  - 9 Groups (mcg BID): 75, 100, 125, 150, 175, 200, 250, 300, 375*



\* Stopped after 5 doses

- **M99-120**
  - n=20: 15 ABT-594 (mcg BID), 5 Placebo



HIGHLY
CONFIDENTIAL

ABBT 0021855

Cholinergic Channel Modulation

May, 2000

# Demographics

| | M99-076 Fixed Dose | | M99-120 Titrated Dose | |
| | ABT-594 n=81 | Placebo n=27 | ABT-594 n=15 | Placebo n=5 |
|---|---|---|---|---|
| Gender | | | | |
| Male | 63 (77%) | 22 (81%) | 13 (87%) | 5 (100%) |
| Female | 18 (22%) | 5 (18%) | 2 (13%) | 0 (0%) |
| Age (mean, years) | 34 | 35 | 36 | 31 |
| Weight (mean, kg.) | 79 | 77 | 76 | 84 |

HIGHLY CONFIDENTIAL     ABBT 0021856



Cholinergic Channel Modulation

May, 2000

# M99-120

## *Average Daily Dose*

HIGHLY CONFIDENTIAL

ABBT 0021857

Cholinergic Channel Modulation                                                                 May, 2000

# ABT-594 Titration Effect

## *150 mcg BID AE Prevalence, Day 1-4*

| | M99-076 (no titration) n (%) | | M99-120 (titration) n (%) | |
| | 150 mcg BID | Placebo | up to 150 mcg BID[a] | |
| Placebo | n=9 | n=27 | n=15 | n=5 |
|---|---|---|---|---|
| Nausea | 2 (22) | 2 (7) | 2 (13) | 0 (0) |
| Vomiting | 1 (11) | 0 (0) | 1 (7) | 0 (0) |
| Dizziness | 3 (33) | 1 (4) | 3 (20) | 1 (20) |

[a] For M99-120, Day 1-2: 75 mcg BID; Day 3-4: 150 mcg BID

HIGHLY CONFIDENTIAL        ABBT 0021858

Cholinergic Channel Modulation

May, 2000

# ABT-594 Plasma Concentrations

## *Study M99-076, Day 14*

| Dose | $C_{max}$ (ng/mL) |
|------|------|
| 75 mcg BID | 0.7 |
| 150 mcg BID | 1.54 |
| 300 mcg BID | 2.84 |

HIGHLY
CONFIDENTIAL

ABBT 0021859

Cholinergic Channel Modulation

May, 2000

# ABT-594 Plasma Concentrations



Study M99-076, Day 14

75 µg ABT-594 BID
150 µg ABT-594 BID
300 µg ABT-594 BID

ABT-594 Concentration (ng/mL)

Time (hours)

HIGHLY
CONFIDENTIAL

ABBT 0021860

**McCarthy Deposition Exhibit 14**


**P's Exhibit CE**

June 2000
ABT-594 Project Status Report

Monthly Highlights

- Experimental placebo manufacturing run prepared at PPD's Puerto Rico Manufacturing Plant (AHPI) in the Potent Drug Module.  Special thanks to Seralin Torres and the API plant personnel, and PARD team members Rhonda Peck, Erskine Hilyer and JI Zhou for their commitment and long hours!
- Enrollment in M99-114 is slower than planned and is under scrutiny by team personnel. (See July Progress Gauges below).

| Key Progress Gauges – June Accomplishments | Target Date | Status |
|---|---|---|
| Begin testing for release and stability initiation of the 3 NDA lots of drug substance | 6/5 | Incomplete – Delay due to specification system issues (see below) Revised Target: 7/21 |
| Issue new drug substance test document | 6/5 | Incomplete – Delay due to issues surrounding new specification documentation system.  Revised Target: 7/21 |
| Complete Development Plan preparation meetings | 6/16 | Complete |
| 90 patients enrolled M99-114 | 6/25 | Incomplete – 73 enrolled as of 6/30 |
| 2/3 of sites actively enrolling patients M99-114 | 6/25 | Incomplete – 18 / 29 sites actively enrolling, 24 / 29 sites actively screening |
| Obtain validated results for ICH Category 1 solvent DCE in 594 clinical drug substance lots and starting material | 6/25 | In Process |
| Discovery Project Team to identify 3 potential follow-on compounds for advanced preclinical characterization | 6/30 | Complete |
| *Develop cholinergic channel modulator scientific franchise strategy* | *6/30* | *Complete* |
| *Complete preparation for experimental capsule manufacturing run at AHPI (8/00) to assess environmental/employee exposure* | *6/30* | *Complete* |

| July Projections | Target Date | Status |
|---|---|---|
| Contact all M99-114 investigators to determine enrollment obstacles | 7/5 | |
| *Review early terminations and Adverse Event profile to determine strategic options to address slow enrollment* | *7/12* | |
| Finalize recommendations and initiate recommended strategies | 7/21 | |
| Issue new drug substance test document | 7/21 | |
| *Begin testing for release and stability initiation of the 3 NDA lots of drug substance* | *7/21* | |
| 90 patients enrolled M99-114 | 7/31 | |
| Schedule active capsule experimental manufacturing run at AHPI for 8/00 | 7/31 | |

1 of 7

ABBT 0004422
HIGHLY CONFIDENTIAL

EXHIBIT
McCarthy
4
9-29-06 ab

**McCarthy Deposition Exhibit 18**


**P's Exhibit CR**

 Marilyn J
Collicott /LAKE/PPRD/ABBO
TT

08/31/2000 12:03 PM

To   Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT
cc   Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT
bcc
Subject   M99-114 Extension letter

Chris -

Here's a copy of the extension letter for your review. Bruce has seen it and his comments have been incorporated............mc


extension letter.doc

Highly Confidential

ABBT241301



EXHIBIT
McCarthy
18
9-29-06

August 31, 2000

<Investigator Name>
<Address>

RE: Protocol M99-114: A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Neuropathy

Dear Dr.:

I am pleased to inform you that the enrollment period for study M99-114 has been extended. The last day for randomization will be March 2, 2001. If we reach our target enrollment before that date the study will be ended at the time when 320 subjects are randomized.

While it may now seem that we have a bit of breathing room, in actuality we don't. The holidays are fast approaching - a time when recruitment and enrollment slows down considerably. We will, in effect, be losing approximately 2 months of our enrollment extension to the holiday season. That will leave us with just 3 ½ months of remaining optimal recruitment time. To put this in perspective, in the last 3 ½ months of this study approximately 110 subjects were randomized. If we enroll the same number during the optimal recruitment period of the enrollment extension, we will have a total enrollment of 240 - 80 subjects short of our goal. These numbers indicate a need to remain focused on recruitment efforts before and after the holiday season.

We expect the holiday season to be challenging in terms of recruitment and enrollment, however, there may be an advantage for many subjects to enroll during this time. If a subject receives pain relief from the study medication, their holidays would be more enjoyable. In addition, subjects should be able to determine whether or not they will tolerate the drug within the first week of therapy. With careful planning of randomization dates, the issue of tolerability is unlikely to interfere with the subjects' holidays.

Please continue to use the upcoming weeks to concentrate your efforts on maximum recruitment and enrollment. Please continue to call us with your enrollment questions. The Analgesia Venture at Abbott Laboratories thanks you for your continuing efforts to make study M99-114 a success.

Sincerely,


Marilyn Collicott
Clinical Project Manager
Analgesia Venture

ABBT241302

**McCarthy Deposition Exhibit 19**


**P's Exhibit CV**

**Clinical Trial Recruitment
and Centralized Screening Program
For Painful Diabetic Neuropathy**

**Developed for Abbott Laboratories
September 28, 2000**

Confidential

ABBT233741



## Executive Summary

Abbott Laboratories is conducting a multi-center, randomized, double blind, placebo-controlled study investigating the efficacy and safety of ABT-594/M99-114 in subjects with painful diabetic neuropathy (PDN). To date, 29 U.S.-based clinical research sites have accrued approximately 151 of the needed 320 patients. The deadline for enrolling the balance of 169 subjects has been extended until March 2, 2000. Study centers will continue to use site-directed methods for recruitment, so it is anticipated that additional patients will be accrued by sites over the next five months.

In an effort to complete enrollment by the March deadline, Abbott Laboratories has asked Phone Screen (a medical call center specializing in clinical trial recruitment) and its partner GCI Healthcare Clinical Trial Recruitment (a subsidiary of Grey Worldwide which implements marketing-oriented recruitment acceleration initiatives) to develop recommendations to maximize timely delivery of the needed study subjects. As Abbott anticipates that the sites will deliver about 69 patients on their own, the recommendations are designed with a recruitment goal of approximately 100 additional subjects. Abbott has stated that the current 34% dropout rate is considered in this goal number.

## *Key Enrollment Challenges*

While painful diabetic neuropathy is a debilitating condition that has a significant impact on quality of life, study sites are confronted with a number of issues that have affected subject accrual. These issues include:

- High study dropout rate of 34% primarily due to side effects of the investigational drug
- High level of screen failures (50%)
- An older population cohort (as defined by the incidence of PDN) resulting in medical exclusion due to co-morbidities
- Other restrictive inclusion/exclusion criteria
- A general unwillingness by otherwise qualified candidates to washout of pain medication the week prior to start-up
- Patients are hesitant to participate in a placebo-controlled study
- Ongoing competitive studies at the study site or within the study market, all vying for the same patient pool
- Diabetic neuropathy is often undiagnosed by PCPs who are the primary manager of people with diabetes

Confidential

ABBT233742

## Key Learnings from Study Sites

During preparation of this proposal, GCI Healthcare contacted three study centers (Dr. Backonja's site, Dr. Gibson's site and Dr. McGill's site) to benefit from their insights on recruitment for this study. The following represent key learnings from these conversations:

- Study sites feel that radio ads will be successful in reaching potential study subjects
- The typical study subject is a retiree
- Primary motivators for entering the study are:
  - o Desire for pain relief
  - o Free study medication
  - o Compensation for study visits
- Patients often express satisfaction with their current pain medication without realizing that they are most likely not getting much pain relief, and the Abbott study may provide the opportunity for improvement.

These insights will help drive the creative direction for development of the radio ad.

## Program Strategy

- To use proven communications vehicles to generate a high volume of pre-qualified referrals in the shortest time possible
- To minimize time spent by site personnel in early screening phases of recruitment, allowing them to focus their efforts on only the most qualified candidates
- To establish excellent relationships with the study sites in order to foster an atmosphere of commitment and responsibility to the study
- To develop and implement a referral management and tracking system to ensure that all leads are processed in a timely manner

## Summary of Tactical Execution

Phone Screen and GCI Healthcare have developed an accelerated recruitment program, which relies on the following Core Program components:

- Radio advertising
- Centralized call center that will manage and track all referrals from the radio ads
- Targeted direct mail component
- Study site and IRB relations
- We have also recommended a Direct Mail Campaign and "pilot" Physician Referral Expansion Program as a supplementary effort for consideration by Abbott.
- Market Mapping

These recommendations are designed to provide aggressive recruitment support to 29 of the 30 study sites, as requested by the Abbott Team. However, based on the available budget, Abbott may wish to support a select subgroup of these 29 sites. In an effort to assist with the selection process, GCI Healthcare has tentatively ranked the sites (Tier 1, Tier 2 or Tier 3) based on:

- Readily available data relative to diabetes prevalence
- The number of study sites in each market – giving higher priority to metro areas with multiple sites
- Areas with higher number of retirees

Refinements to this ranking may be necessary, as Abbott may have insights about specific study sites. GCI has built additional market mapping research into the budget.

© Phone Screen and GCI Healthcare Clinical Trial Recruitment
Page 3 of 9

ABBT233743

## Budget

The attached spreadsheet, which itemizes the budget, assumes that advertising support will be provided to all 29 sites. Once Abbott is able to determine how many sites to support, a final budget will be submitted.

## Conclusion

Phone Screen and GCI Healthcare are poised to move forward upon approval of these recommendations and look forward to working with the Abbott Team as the study moves forward.

## Recruitment Estimate Funnel

GCI Healthcare estimates that the recruitment program will need to generate 2,500 calls to the 800 number in order to meet the enrollment goal of 107 patients. The estimation of call response is determined using a funnel with dropout rates anticipated at several junctures along the way. The following are our assumptions and rationale for our call response estimates:

- **Adults age 50+ in study markets with diabetes: (1,867,865):** This is the total number of adults age 50+ with diabetes who reside in markets in which the study is being conducted.

- **Adults age 50+ in study markets with diabetic neuropathy 45%: (840,539):** Of the total number of adults age 50+ with diabetes who reside in the study markets, we estimate that 45% have diabetic neuropathy.

- **Adults age 50+ in study markets with painful diabetic neuropathy 10%: (84,053):** Of the total number of adults age 50+ with diabetes/diabetic neuropathy who reside in the study markets, Abbott has estimated that 10% have *painful* diabetic neuropathy.

- **Advertising will reach 50% at least three times: (42,026):** This is the proportion of patients 50+ with painful diabetic neuropathy residing in the study markets who will be exposed to the radio ad 3 or more times. Three exposures are considered a minimum level for generating a response. The calculation excludes those who are exposed only once or twice. The rationale is that the first or second exposure to the ad raises awareness of and interest in the message in preparation for taking action -- in this case, calling the toll-free study number.

- **Estimated call response rate 6%: (2,552):** A number of motivational and situational, as well as health, factors influence an individual's response to a clinical trial recruitment advertisement.

- **Estimated # of qualified responders/referrals from phone pre-screening 10%: (252):** This factor is based on expectations that 1 out of every 10 callers will be a potential patient presenting with symptoms and medical history that meet pre-screening criteria.

- **Estimated # attending site screening 85%: (214):** Of the patients who pass the telephone screening an estimated 85% will attend the screening appointment at the clinical research site.

- **Estimated # of screen failures 50%: (107):** Abbott has estimated that half of the patients who are screened by study sites will not qualify based on exclusion/inclusion criteria.

- **Number of randomized subjects: (107):** According to the screen failure rate provided by Abbott, we anticipate that half of the patients who are referred to a site will pass the screening visit and ultimately enroll in the trial.

© Phone Screen and GCI Healthcare Clinical Trial Recruitment
Page 4 of 9

ABBT233744

## Core Program Elements

### Radio Advertising Campaign

The advertising period would be January through March 2000 with creative development, IRB approval process, media planning and study site relations beginning immediately upon Abbott's approval to move forward.

The media strategy is to utilize radio to effectively reach the defined target audience (see below) using specific programming. Radio has been selected because of its sense of urgency, high frequency message exposure, affordable, efficient geographic coverage of the current study site list, and ability to target the audience through station format selection.

Strategic format selection is a key component in the success of a patient recruitment campaign. News and talk formats will be utilized for several reasons:

- Services well the target demographic
- Possesses active listenership – foreground, not background
- Typically yields an excellent patient response
- Feature health reports as part of their shows
- Well-known show hosts offer credibility to their sponsors

In addition, stations that play music, which appeals to the appropriate demographic audience, will be chosen to ensure effective targeting.

The media target audience for this recruitment program has been defined as:

- Adults age 50+ (with equal media weight given to men and women)
- Broad income category, but with a primary focus on those with fixed incomes or limited financial resources
- Some media weight will be applied to stations reaching English-speaking Hispanic and African American populations in relevant study markets, given diabetes prevalence

The media planning strategy includes the purchase of 15 spots per week on 2 stations for each study market for each broadcast week. However, please note that we are not recommending radio advertising for the Syosset, New York study site for the following reason: The target study population in and around Syosset will be listening to stations that cover the entire New York metro area. As New York is the one of the most expensive radio markets in the U.S., purchasing air time would not be expected to provide a meaningful return on investment unless there were multiple sites throughout the metro area – and only a very small portion of those reached by the ad will be willing to travel to Syosset.

Commercials will air Monday through Thursday only, when patient response is typically strongest. Spots will run primarily between the hours of 10 AM – 3 PM. Purchasing spots aired during specific programs during the morning and afternoon drive times may also be appropriate for some sites. It is recommended that the schedule run simultaneously for 4 weeks in each market separated by a 2-week hiatus. This hiatus allows study sites to follow-up on referrals and provides a more controlled referral volume so they will not feel so overwhelmed. However, depending on initial communications with the sites, this can be adjusted to fit their ability to process leads. During the hiatus weeks, Abbott/ Phone Screen/ GCI Team will evaluate the productivity of the first ad weeks.

Confidential

ABBT233745

## Core Program Elements – continued

The radio ad script will be written to help potential study candidates, their spouses or significant others, self identify. It will utilize a strong call-to-action, and all ads will carry a single toll-free number. We expect that even with targeted messages and media planning that there will be a significant number of disqualified callers, due to the rigors of the protocol. Sites will be advised that referrals generated through advertising are potential "leads" and that that the purpose of the centralized telephone screening is to weed out those who are obviously inappropriate (e.g. inappropriate symptoms or medical history) for the study.

### Implementation Logistics:

- Develop a 60 second radio script for approval by Abbott and the central and local IRBs
- Oversee production and distribution of the radio spot
- Direct media planning
- Collaborate with Phone Screen on Call Center Activities and Reporting
- Communicate with sites to announce media plans in their local markets

**Tentative Tier One** (highest priority) markets for radio advertising include:

- Fort Lauderdale, Pembroke Pines, and Miami/ Boca Raton
- Atlanta
- Clearwater
- Fort Myers
- Houston

- Minneapolis
- Phoenix, Peoria
- San Francisco, Walnut Creek
- St. Louis

**Tentative Tier Two** markets include:

- Albany
- Albuquerque
- Buffalo

- Hershey
- Norfolk

**Tentative Tier Three** markets include:

- Altoona, Duncansville
- Dinuba
- Greenville
- Little Rock

- Madison
- Providence
- Springfield

Confidential                                                                 ABBT233746

## Centralized Call Center

The centralized call center is the locus of all patient response activity. It removes the burden of pre-screening potential volunteers from the study site personnel and provides referral services to the study sites. The call center accepts and screens all calls made to the study specific toll-free number in response to recruitment advertising. The call center will track specific recruitment matrix and provide referrals directly to the study sites.

- **Call Center Set-up**: Phone Screen project team will design and establish customized systems for call processing. These systems include call guide development and programming, toll free number(s) acquisition and set up, and programming of clinical research site contact and location information.
- **Live Operator Service**: Phone Screen's patient recruitment specialists will be available to speak with patients "live" from 7am – 10pm central standard time. Aided by a computerized call guide, Recruitment Specialists screen callers according to the protocol inclusion-exclusion criteria. Calls received after hours (10:01pm- 6: 59am) will be captured by a study-specific voice mail and followed up on the next business day.
- **Project Management**: Phone Screen provides project coordination and staffing services, manages data management systems, data storage, back up, and document management. A project team will be formed to ensure timely and thorough responses to the needs of the project partners. Key staff involved in Project Management includes:
  - o **Project Manager**: Day-to-day management of the project and project team.
  - o **Project Assistant**: Administrative support including data entry and report processing.
  - o **Shift Supervisors**: 24-hour supervision of Recruitment Specialists.
- **Training**: Phone Screen and GCI will schedule a specialized training program for all recruitment specialists who will service the PDN study. The training program will include a review of: diabetes and PDN, study protocol, inclusion/exclusion criteria, screening questionnaire, likely callers, handling difficult callers, frequently asked questions, and referral procedures. The Abbott Team will be invited to participate in the training.

### Reports

Reports provided by Phone Screen will be used to provide sites with detailed patient information, track patients through the enrollment process and summarize critical study data. Several report options are listed below. Customized reports are also available. SAMPLE REPORTS ARE ATTACHED.

- **Patient Screen**: Daily report detailing patient responses to screening questions and appointment times. A patient screen report for each pre-qualified caller will be faxed or e-mailed to the appropriate research site (depending on site preference).
- **Referral Tracking Worksheet**: Weekly worksheet sent to research sites to obtain status of referred patients. Information is summarized to provide "lag time to 1st appointment" management reports.
- **Management Reports**: Periodic and cumulative summaries of key recruitment statistics that are provided at regular intervals or on an as needed basis. These reports help to inform recruitment and retention management decisions. Samples reports are provided in the Appendix section.

Confidential

ABBT233747

## Optional Supplementary Programs

**Direct Mail Campaign**
Well-designed, strategically targeted direct mail campaigns are a proven means of encouraging consumer response. A direct mail campaign targeting individuals 50 and older already diagnosed with diabetes will reach approximately 123,000 people in and around the counties in which there are clinical trial sites. By targeting this selected demographic, we can more efficiently and cost effectively reach potential trial participants.

A compelling direct mail piece can anticipate and address the most commonly asked questions about the research being conducted and emphasizes the benefits of participating in the trial, as well as providing customized information on individual sites. In addition, the piece can provide the option of calling the study 800 number or responding directly to the study site via a reply card. If the latter option is chosen, the study coordinator will contact the patient directly for follow-up and further screening.

*Benefits*
- A targeted approach will save time and money in reaching the most promising candidates for the study
- Written materials provide an opportunity to reinforce key messages about the study
- Response to the mailing is measurable
- Immediate response facilitates accelerated screening and enrollment

*Implementation Logistics*
- Rent/buy appropriate lists of self-reported diabetics over 50-years-old
- Design and write a generic piece which will be customized to each market
- Provide a perforated reply card
- Facilitate central and local IRB review and approval
- Manage printing and mailing of the piece
- Evaluate success via ongoing communications with study sites and tracking calls to the 800-number generated by the direct mail piece

**Physician Referral Expansion Pilot Program**
GCI will provide and manage the services of a partner organization with expertise in generating physician referrals. We will identify five sites to participate in a pilot program and systematically review processes for encouraging referrals. Through interviews with investigators and coordinators and reviews of patient, medical center, clinic and hospital databases, we will identify physicians relevant to the study and determine areas for improvement in dealing with them. Based on the findings, we will develop and implement an action plan for accelerating and enhancing the enrollment process. Based on the level of success and timing, we may wish to expand this program to additional markets.

*Benefits*
- Physician referrals offer a targeted, efficient approach to identifying patients who meet very specific inclusion/exclusion criteria for study

**Implementation Logistics**
- Identify pilot sites, which would benefit most from a referral network

® Phone Screen and GCI Healthcare Clinical Trial Recruitment
Page 8 of 9

Confidential

ABBT233748

- Conduct and analyze site-by-site review of current "referral generating" practices and impact of "medical political" climate and dynamics.
- •Mine site's internal and external medical community for physicians relevant to the study referral (via databases for medical centers, hospitals and larger clinics)
- Collaborate with local investigator and study coordinator to identify viable referral sources.
- Implement market-specific physician referral generation program including
- face-to-face meetings with potential referring physicians, written materials and ongoing contact to keep study "top of mind."

**Study Site and IRB Relations**

GCI recommends an overall strategy of responsive partnership with the study sites. GCI will implement this strategy through direct interaction with site personnel on a regular basis, once the centralized program is launched. A site database will be created and maintained by Phone Screen and GCI.

*Benefits*
- Enhanced relationships with site coordinators and investigators may increase their interest/commitment to Abbott trials over those of competitors
- Additional support for site coordinators and investigators may serve as an incentive to take on more patients

*Implementation Logistics*
- Contact all study site investigators (in writing only) and coordinators (by telephone and in writing) to introduce the GCI Healthcare Site Relations Manager, the recruitment support program being planned by Abbott and GCI, and review program procedures and responsibilities for the site
- Assess site's experience with and receptivity to centralized recruitment programs, referral call back capabilities and obtain local recruitment suggestions from coordinator/investigator
- Maintain ongoing contact with site coordinator during program implementation to inform of advertising plans, assess progress, referral tracking, etc. Document important conversations on Site Relations Tracking Worksheet
- Submit radio script, call guide and FAQ documents to central IRBs and sites with local IRBs for review and approval
- Track receipt of IRB approvals; notify call center of approval and activate advertising in specific market
- Conduct periodic teleconference calls with sites to assess recruitment program progress, enrollment status, etc.
- Inform Abbott of "critical" site issues relevant to recruitment program that emerge
- Provide Abbott with copies of site correspondence for investigator files

###

© Phone Screen and GCI Healthcare Clinical Trial Recruitment
Page 9 of 9

Confidential

ABBT233749

# McCarthy Deposition Exhibit 21

# P's Exhibit DH

November 2000
ABT-594 Project Status Report

## Monthly Highlights

- In-life phase of 2-year mouse carcinogenicity studies completed mid-November.
- Proposals and timelines from 3 patient recruitment firms were reviewed, with a conclusion reached that hiring a recruitment firm to increase enrollment for study M99-114 was not a viable option at this time.
- USAN approval for the generic / chemical name for ABT-594 was received. The United States Adopted Name for ABT-594 (A-166594.47) is ebanicline tosylate (é-ba-ni-klén to-se-lát.)
- Preliminary commercial capsule design selected by AI and PPD Marketing, with input from across the project team. The primary parameters are: Size 3 hard gelatin capsules, 2 strengths / colors : 75 mcg - 1/2 light yellow, 1/2 white, 150 mcg - both halves light yellow, printed with strength and trade name (TBD.)

### Key Progress Gauges · November Accomplishments

| | Target Date | Status |
|---|---|---|
| Final decision on commercial capsule parameters to be provided by NPD to PARD | 11/10 | Complete – All information provided by 11/13. |
| Achieve enrollment of at least 220 patients in M99-114 by 11/30 | 11/30 | Complete – 246 patients enrolled as of 11/30 |
| Complete 7 "good will" site visits for M99-114 | 11/30 | Complete |

### December Projections

| | Target Date | Status |
|---|---|---|
| Portfolio analysis team review of forecast and expense projections | 12/19 | |
| Achieve enrollment of at least 260 patients in M99-114 by 12/31 | 12/31 | |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004455
HIGHLY CONFIDENTIAL

EXHIBIT
McGrathy
21
4-24-06

# November 2000
# ABT-594 Project Status Report

File NDA = 9/2003

## Project Cost Summary – November

| $000's Activity | Cumulative through 1999 | YTD Actual | Projected Year-end | Current Funded Year-end | Variance | Cumulative to NDA |
|---|---|---|---|---|---|---|
| Clinical Program | 22.9 | 7.0 | 7.6 | 7.9 | .3 | 157.1 |
| CMC (PARD & SPD) | 13.0 | 3.0 | 3.2 | 2.6 | -.6 | 27.6 |
| Drug Safety | 8.7 | 2.8 | 3.0 | 2.4 | -.6 | 18.3 |
| Other Support Costs | 0.7 | .5 | .6 | 1.5 | .9 | 12.2 |
| Total | 50.5 | 13.3 | 14.4 | 14.4 | 0.0 | 215.2 |

## Clinical Study Progress

| Protocol # - Study Name | Start (1st Patient Dosed) | End (Last CRF in House) | Total R/OSS $000 | Total Target Patients | Current Enrollment |
|---|---|---|---|---|---|
| M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy | 04/00 | 04/01 | 3,000 | 320 | 246 (as of 11/30) |

3 of 6

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

ABBT 0004456
HIGHLY CONFIDENTIAL

# November 2000
# ABT-594 Project Status Report

## Business Rationale

Date: November 2000
Franchise: Neuroscience
Venture: Analgesia

ABT #:
Trade & Generic Name: TBD, ebanicline tosylate
Mechanism of Action: Neuronal Nicotinic Receptor (NNR) Agonist

ABT-594

Indications:
Neuropathic Pain
Chronic Pain (publication only)

### Product Profile

| Attribute | Date Defined | Probability* | Confirm Status | Share Impact |
|---|---|---|---|---|
| Not scheduled | 12/1996 | High | 1Q04 | High |
| Chronic nociceptive pain efficacy | 10/1999 | Medium | 2Q01 | High |
| Neuropathic pain claim | 6/1999 | Medium | 2Q01 | High |
| General pain claim | 12/1996 | N/A | N/A | High |
| Moderate to moderately severe pain | 9/1998 | Medium | 1Q03 | High |
| No tolerance/dependence or withdrawal | 9/1998 | High | 2001 | High |
| Very low abnormal LFTs | 6/1999 | High | 2001 | High |
| Low nausea/vomiting at effective dose | 6/1999 | Medium | 2001 | High |
| Other safety OK | 9/1998 | Medium | 2Q01/1Q03 | High |
| No differential efficacy (nicotine users vs. non users) | 9/1998 | High | 2Q01/1Q03 | High |
| No differential side effect profile (nicotine users vs. non users) | 9/1998 | Medium | 2Q01/1Q03 | High |
| No reduction of cravings in ex-nicotine users | 9/1998 | Medium | N/A | Medium |
| Onset of action comparable to other therapies for chronic nociceptive pain | 6/1999 | Low | 4Q01 | Medium |
| Onset of action comparable to other therapies for neuropathic pain | 6/1999 | N/A | N/A | Medium |
| BID dosing | 6/1999 | High | 2Q01 | High |
| No major drug interactions | 12/1996 | High | 1Q03 | Medium |
| Titration at 2.5 days duration is required to minimize nausea and vomiting at effective dose | 9/1999 | Medium | 1Q00 | Medium |

### Market Forecast

| | PRCC/DDC 12/1995* | Plan as of 6/1998* | Current Revised 10/2000** |
|---|---|---|---|
| Patent Status: | 1Q2016 (est.) | 1Q2016 (est.) | 1Q2016 (est.) |
| NDA Filing: | 12/1999 (acute); 5/2001 (chronic) | 12/2001 | 9/2003 |
| E.-U.S. Filings: | Same as above – Eur; N/A – Jpn | 12/2001 – Eur; 12/2003 – Jpn | 9/2003 |
| Preferred U.S. Launch: | 1Q2001 (acute); 1Q2002 (chronic) | 6/2003 | 9/2003 |
| Projected ex-U.S. Launches: | Same as above – Eur; N/A - Jpn | 12/2003 - Eur; 9/2004/2004 - Jpn (Canada) | Q2 2005 ("average" launch for Japan, PAA); Q4 2005 (average launch for EU, LA, Canada) |
| Peak TRx Share, ex-U.S.: | 6.6% (patients) | 5% (Rx) | 20% (Neuropathic pain); 10% (Persistent Chronic Pain) |
| Peak TRx Share, ex-U.S.: | 5.4% (patients) | 5% (patients) | 5% same as US assumptions |
| Peak Sales, U.S.: | $285 | $618 | $367 |
| Peak Sales, ex-U.S.: | $308 | $310 | $466 |
| Pre-Tax NPV @ 15%, ex-U.S.: ($MM) | $338 | $305 | $355 |
| After-Tax NPV @ 12.5%, U.S.: ($MM) | $412 | $813 | $236 |
| Avg daily dose | 50 mg | 200 mg | 150 mg |
| Target Drug Cost/Day at Launch | $2,500 | $2,500 | $40,000 (base est.) |
| S/MV at Launch | 94.8% | 97.2% | 96.6% |
| S/MV at Year 5 | | | |

Probability Key:
High    = 70-100%
Medium = 30-69%
Low    = 0-29%

*   Forecast based on general pain target indication
**  Forecast based on neuropathic pain indication and published study in chronic pain

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004457
HIGHLY CONFIDENTIAL

# November 2000
## ABT-594 Project Status Report

## Project Overview

### Metrics Dates

| Description | Date |
| --- | --- |
| DDC Meeting | 12/1996 (IPPCC) |
| Start of first GLP animal tox study | 2/1997 |
| First dose in human (beg. Phase I) | 7/1997 |
| First dose in patient (beg. Phase II) | 7/1998 |
| First dose in Phase III | 2/2002 (est) |
| Last Patient/Last Visit | 4/2003 (est) |
| NDA Filing | 9/2003 (est) |
| NDA Approval | 9/2004 (est) |
| Europe (EMEA) Filing | 9/2003 (est) |
| Europe (EMEA) Approval | TBD |
| Japan Filing | 4/2004 (est) |
| Japan Approval | TBD |

## SPD

### Drug Substance

| Source/Lot # | KG | Plan 6/1999 | Actual Date | Plan 6/1999 Projected Cost(s) |
| --- | --- | --- | --- | --- |
| D-ASL | 0.3 KG | 3/1997 | 3/1997 | $ 200,000 |
| CAPD | 5.6 KG | 3/1997 | 3/1997 | $ 175,000 |
| SPCOR | 14.9 KG | 2/1998 | 2/1998 | $ 40,000 |
| S/COR/CAPD | 2.5 KG | 8/1998 | 8/1998 | $ 40,000 |
| Chemsyn Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $ 29,700 |
| Chemsyn Mfg. Lot | 10.0 KG | 5/1999 | Not manufactured | $ 29,700 |
| Chemsyn NDA Lot # 1 | 4.85 KG | 10/1999 | On Test | $ 29,700 |
| Chemsyn NDA Lot # 2 | 4.80 KG | 10/1999 | On Test | $ 29,700 |
| Chemsyn NDA Lot # 3 | 5.45 KG | 10/1999 | On Test | $ 29,700 |

* Target cost of drug substance at launch is $20,000 /kg (Tosylate Salt)

## PARD

| Activity | Plan 6/1999 | Current Revised 10/00 | Actual |
| --- | --- | --- | --- |
| Phase I Formulation (PISb) | 2/1997 | 7/1997 | 7/1997 |
| Clinical Supplies (PISb) for Molar Extraction | 7/1997 | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Corpsation/, Surgery, Neuropathy) | 10/1998 | 10/1998 | 10/1998 |
| Phase IIb Formulation (HGC) for Bio Study | 3/1999 | 2/1999 | 3/1999 |
| Phase IIb / Formulation (HGC) for Bio Study | 9/1999 | 9/2001 | TBD |
| NDA Lots (3) Completed | 6/2000 | 5/2002 | TBD |
| Completion of 1 Year Stability for NDA | 7/2001 | 7/2003 | TBD |
| Formulation Peer Review | 10/2001 | TBD | TBD |

* Performed by IEC

## Toxicology

| Toxicology Activity | Plan Start 1998 | Actual Start Date | Report Completed |
| --- | --- | --- | --- |
| Gene Toxicology | 2/1997 | 9/1996 | 8/1997 |
| Acute Studies | 2/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 1/1997 |
| 3 Month Rat/Monkey | 7/1997 | 6/1997 | 8/1998 |
| 3 Month Mouse MTD | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG III | 10/1997 | 7/1997 | 7/1998 |
| SEG II (Rat) (post natal development) | 1/1998 | 1/1999 | Ongoing |
| 6 Month Rat | 11/1998 | 11/1999 | 7/1999 |
| 1 Year Monkey | 6/1998 | 8/1998 | 3/2000 |
| Carcinogenicity (2-yr) Rat | 12/1998 | 9/1998 | Ongoing |
| Carcinogenicity (2-yr) Mouse | 12/1998 | 11/1998 | Ongoing |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004458
HIGHLY CONFIDENTIAL

November 2000
ABT-594 Project Status Report

## Clinical Study Progress

| | |
|---|---|
| Protocol: | M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy |
| Objective: | The objective of this study is to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy. |
| ABT-594 Doses: | 150 µg, 225 µg, and 300 µg twice daily (BID) |
| Comparator Doses: | Placebo |
| Target Enrollment: | 320 |
| Target Cost: | $3 MM |
| Actual Cost: | TBD |
| Status: | Ongoing – 246 patients randomized as of 11/30 |
| Major Findings: | TBD |

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

D477\L\MPSR\Nov 2000\ABT-594 November 2000 MPSR.doc

6 of 6

ABBT 0004459
HIGHLY CONFIDENTIAL

# McCarthy Deposition Exhibit 22

# P's Exhibit DL

*CONFIDENTIAL*

# ABT-594

## Descriptive Memorandum

*November 2000*

## Abbott Laboratories

*Highly Confidential*



ABBT144600.UR

### ABT-594 Opportunity Overview

ABT-594 is a non-opioid, non-NSAID analgesic that is a potent and selective neuronal nicotinic receptor (NNR) agonist being studied for the treatment of pain.  ABT-594 is 30 to 100-fold more potent and equally efficacious to morphine in several well-characterized animal models of pain. The preclinical side effect and dependency liability profile of ABT-594 is superior to that of morphine.

ABT-594 is orally administered, and BID dosing is expected.  Its initial targeted indication is symptomatic treatment of diabetic neuropathic pain. It is covered by a composition of matter patent through June of 2016, and also has a use patent pending in analgesia that would provide protection through September of 2017.

The IND filing of ABT-594 was in December 1998.  A Phase IIb (dose ranging) trial began April 2000 in diabetic neuropathic pain.  A Go/No Go decision for clinical efficacy is expected June 2001.  The NDA filing is expected in 3Q2003.  Development of additional formulations is under consideration (parenteral, transdermal, extended-release).  Peak sales of ABT-594 are projected to reach over $420MM in the US and $362MM ex-US by 2008.

U.S. sales in 1999 for the key neuropathic pain treatments, Neurontin, carbamazepine, and tricyclic antidepressants (TCAs), are estimated to be $350 million.  Neurontin sales account for the bulk of this, with an estimated 40% of this antiepileptic drug's sales being for neuropathic pain.  Neurontin's 2000 sales are expected to reach $1 billion with perhaps 50% of its use in neuropathic pain.  This dollar market value likely underestimates this market's potential due to a number of factors.  Only the anticonvulsant, Tegretol (carbamazepine), currently off patent, and Lidoderm, a lidocaine patch, have specific indications for a type of neuropathic pain (trigeminal neuralgia and post-herpetic neuralgia, respectively) in the U.S.  Outside the U.S., Neurontin recently received an indication in the U.K. for the treatment of neuropathic pain. Despite these opportunities, there has been little to no funding from the pharmaceutical industry to improve diagnosis and treatment of neuropathic pain and drive market growth.  Of even greater impact on total market sales, most of the agents used to treat this population, with this exception of Neurontin, are low-cost, generic products.

Ex-U.S. sales of carbamazepine and Neurontin for treatment of neuropathic pain are estimated to be approximately $140MM in 1999. Carbamazepine is still the treatment of choice ex-U.S., with estimated sales of approximately $90MM in neuropathic pain.  Neurontin has achieved only $53MM in sales for this pain segment, with a price approximately 3-4 times that of carbamazepine, suggesting a patient share of only 10-20%.

Nociceptive pain is categorized by duration (acute or chronic) and by severity (mild, moderate, and severe).  The mild and, to a lesser extent, moderate segments have multiple product entries and are generally well satisfied by OTC products such as aspirin, acetaminophen and ibuprofen. The prescription market for nociceptive pain is made up of four key classes of analgesics: NSAIDs, COX-2s, Opioids (and combination products), and Other Non-Opioids.  In 1999, sales for these four classes of analgesics exceeded $12BB ($6.7BB U.S., $5.6BB Ex-U.S.)

Highly Confidential

ABBT144601.UR

*Market Size / Prevalence*

Pain is the most common symptom of disease and the most frequent complaint with which patients present to physicians. Chronic pain, including both neuropathic and nociceptive pain, is considered to be the single most common cause of suffering and disability in the industrialized world with an estimated 25-30% of the population experiencing some form of chronic pain.

Neuropathic pain is a frequent sequela of diabetes, cancer, AIDS and other viral infections, as well as entrapment neuropathies such as carpal tunnel syndrome. Diabetes and its associated complications are increasing at an alarming rate in the United States. Despite advances in treatment, the development of diabetic complications such as neuropathy remains significant. The diagnosed prevalence of diabetic neuropathy is estimated to be about 2 to 3 million patients, with at least 10 to 20% of those patients experiencing painful symptoms (~200,000 to 600,000.) AIDS-related neuropathic pain is estimated to affect approximately 40% of HIV-infected individuals (~14 million.) Post-herpetic neuralgia (PHN) is another virally induced neuropathic pain syndrome. Annually, acute herpes zoster infection (shingles) occurs in almost a quarter of a million people over the age of 60 in the U.S. alone. Pain lasting more than one year has been reported in 22% of patients over the age of 55 and in 48% of those over 70 years of age. In cancer, nerves can be damaged by mechanical distortion from a tumor mass, infiltration by tumor, chemotherapy, or radiation therapy and, therefore, neuropathic pain is common. An estimate of the prevalence rate for cancer-related neuropathic pain in the U.S. is 200,000 people.

Chronic nociceptive pain categories include osteoarthritis (OA), chronic back and neck pain, rheumatoid arthritis (RA), and cancer pain. These diagnoses are expected to become more prevalent as the population ages. Current overall prevalence for these disorders is staggering (over 200 million worldwide) and, although the diagnosed and treated populations are lower, improved treatment options and awareness have the potential to drive significant growth. OA is one of the most common nociceptive pain conditions treated by primary care physicians and three-fourths of OA sufferers surveyed indicate that the disease interferes with their daily activities. Chronic back and neck pain are also highly prevalent and represent an estimated 40% of a primary care physician's (PCP's) chronic pain patient population.

Highly Confidential

ABBT144602.UR

**Competition, Current Marketed Products:**

The following tables show the factored U.S. and ex-U.S. prescription and sales volume for key neuropathic pain therapies in 1999.

| 1999 Key Neuropathic Pain Products, Estimated TRxs | | | | |
|---|---|---|---|---|
| **Product/Class** | **1999 U.S. TRx (MM)** | **U.S. TRx CAGR '97-'99** | **1999 ex-U.S. TRx (MM)** | **ex-U.S. TRx CAGR '97-'99** |
| Neurontin | 3.3 | 26.3% | N/A | N/A |
| carbamazepine | 1.0 | 12.6% | N/A | N/A |
| TCAs | 8.2 | 1.1% | N/A | N/A |
| TOTAL | 12.5 | 5.6% | N/A | N/A |

Source: IMS, factored for neuropathic uses.

N/A = not available

| 1999 Key Neuropathic Pain Products, Estimated $ Sales | | | | |
|---|---|---|---|---|
| **Product/Class** | **1999 U.S. Sales ($MM)** | **U.S. Sales CAGR '97-'99** | **1999 ex-U.S. Sales ($MM)** | **ex-U.S. Sales CAGR '97-'99** |
| Neurontin | $308 | 28.7% | $53 | 57.6% |
| carbamazepine | $17 | 13.1% | $87 | 2.5% |
| TCAs | $26 | -3.3% | N/A | N/A |
| TOTAL | $351 | 21.7% | $140 | 10.1% |

Source: IMS, factored for neuropathic uses; Ex-U.S. data includes retail pharmacy data from all audited markets

N/A = not available

**Competition, Products in Development**

Almost 100 compounds are currently in development for prescription pain management, though some of these compounds are also being developed for non-analgesic indications. Most of the analgesic compounds in the pipeline represent incremental improvements over the opioids or NSAIDs, or consist of new formulations or delivery mechanisms for the standard analgesics. Fewer than 30% of the compounds in development have novel mechanisms of action. Drugs with novel mechanisms are expected to provide the bulk of promoted competition for ABT-594.

In addition to the novel analgesics in the table below, a number of new formulation and combination products, most often containing an opioid, are in development. Second generation COX-2s are also in development but are not likely to represent major breakthroughs on the scale of the first generation products.

Highly Confidential

ABBT144603.UR

| Analgesia Development Pipeline – Key Novel Agents | | | | |
|---|---|---|---|---|
| Product | Company | Mechanism | Phase | Comments |
| pregabalin | Pfizer | Unknown; possibly through □2 subunit binding | III | Neuropathic pain; chronic pain, follow-up to Neurontin |
| saredutant | Sanofi | NK-2 receptor antagonist | II | General pain; MOA losing favor; active program |
| ZD4952, ZD 6416 | Zeneca | Prostaglandin receptor antagonist | II | Moderate to severe pain, neurogenic pain |
| GV196771 | Glaxo | Glycine antagonist | II | Chronic pain; showing promise |
| Tepoxalin | Johnson & Johnson | COX/5-LO inhibitor | II | OA, described as 'steroid replacing anti-inflammatory drug' |
| darbufelone | Parke-Davis | COX/5-LO inhibitor | II | General pain |
| 117mSn DTPA | Brookhaven National Lab/Diatide | Unknown | II | Cancer pain  Bone cancer (preclinical) |
| cizolirtine | Esteve | Substance P agonist | II | Analgesia, antipyretic |
| ADD 234037/ harkoseride | Houston University | Glycine NMDA associated antagonist | II | Neurogenic pain |
| LY303870/ lanepitant | Eli Lilly | Neurokinin 1 antagonist | II | Pain (migraine – discontinued) |
| colykade devacade | Merck | Cholecystokinin B antagonists | II | Pain (UK) |
| RPR 100893 dapitant | Aventis | Neurokinin 1 antagonist | II | Pain (France) |
| prosaptide TX14A | Myelos Neurosciences | Unknown | I/II | Diabetic neuropathies, Pain |
| CNS 5161 | Cambridge NeuroScience | Glutamate antagonist, NMDA receptor antagonist | I | Neurogenic pain |
| HCT-3012 | NicOx | Nitric oxide NSAID | I | Pain and inflammation |
| Sources: ADIS, IMS, Decision Resources, company reports | | | | |

Highly Confidential

ABBT144604.UR

| Analgesia Development Pipeline – Nicotinic Mechanisms | | | |
|---|---|---|---|
| **Product** | **Company** | **Phase** | **Comments** |
| GTS-21 | Taisho | II | Target is Alzheimer's disease; may have preclinical pain program; looking for partner |
| CMI 980 | Cytomed | Preclinical | Target is pain; epibatidine analog |
| SIB-T1887 | Sibia | Preclinical | Target is pain |
| FID 072021 | Fidia | Preclinical | Target is pain; not actively funding |
| Sources: ADIS, IMS, company reports | | | |

***Unmet Needs***

In general, a significant unmet need exists for safer, non-abusable, non-addicting, non-tolerance-producing, and non-scheduled efficacious oral and parenteral analgesic products for the treatment of moderate to severe neuropathic and chronic nociceptive pain.

| Unmet Market Needs and the Impact of the Pipeline | |
|---|---|
| **Unmet Need** | **Pipeline Impact** |
| Efficacy in moderate to severe pain without tolerance, dependence or abuse potential | Novel nicotinic agents like ABT-594 may provide efficacy in more severe pain states without opioid-like liabilities. |
| Efficacy in neuropathic pain | Pregabalin may provide incremental improvement in neuropathic pain efficacy over gabapentin, but may also have increased frequency of adverse events. Novel nicotinic agents like ABT-594 appear to have efficacy in neuropathic pain, based on animal models. |
| Reduction in the GI bleeding risk of NSAIDs | COX-2 inhibitors appear to reduce the incidence and severity of GI ulcers and bleeding; second generation COX-2s may increase therapeutic window further; ABT-594 may need to demonstrate low G.I. complication rate. |
| Overcome ceiling effect of NSAIDs | Preclinical studies did not indicate a ceiling effect for novel nicotinic agents like ABT-594. |
| Extended dosage intervals or novel delivery mechanisms for improved compliance and convenience | Once weekly dosing formulations being explored for COX-2s, etc. Transdermal patch technology improvements likely; may need to provide line-extension / alternate formulations for ABT-594. |
| Therapies aimed at disease modification, prevention | Agents that decrease rate of diabetic complications (e.g., aldose reductase inhibitors) or directly treat neuropathy (bimoclomol) may decrease incidence of neuropathic pain; thereby decreasing available market for ABT-594. |

Highly Confidential

*Product / Development Background*

*Scientific Rationale for ABT-594*

Recent findings in the understanding of pain mechanisms have led to new conceptual approaches to clinical pain and a new understanding of potential novel molecular targets for analgesic drug development. Molecular targets have included modulators of glutamate neurotransmission (NMDA antagonists), ion channel modulators (neuron specific calcium channels, TTX-resistant sodium channels), neurokinin antagonists (NK-1), and novel anti-epileptics targeting the calcium receptor. None of these approaches has yet produced compounds exhibiting broad-spectrum analgesic efficacy with decreased side effect liability.

ABT-594 is a non-opioid, non-NSAID analgesic that is 30- to 100-fold more potent and equally efficacious to morphine in treating moderate to severe pain in several well-characterized animal models of pain. The preclinical side effect and dependence liability profile of ABT-594 is superior to that of morphine. Mechanistically, ABT-594 is a potent and selective neuronal nicotinic receptor (NNR) agonist with high oral bioavailability in rat, dog, and monkey.

In pre-clinical studies, ABT-594 rapidly distributes to the brain following systemic administration and, like morphine, can work at multiple levels in the central and peripheral nervous system to modulate pain perception. ABT-594 produces antinociceptive effects by interacting at both central and peripheral nAChRs. Injections of ABT-594 into brain at doses 1000-fold lower than given peripherally produce marked antinociceptive activity, indicating that ABT-594 can also activate descending pathways from the CNS to modulate pain processing. It also inhibits the release of the primary nociceptive transmitters, substance P and calcitonin gene related peptide (CGRP) *in vitro*, at the level of the dorsal horn of the spinal cord suggesting that ABT-594 can attenuate mechanisms leading to neurogenic inflammation, central sensitization and consolidation of pain-mediated neuronal changes.

ABT-594 is expected to be a highly differentiated product. It is expected to be the first neuronal nicotinic receptor agonist to receive an indication for pain. It has a novel mechanism of action and a potentially broad coverage of chronic pain conditions. In addition, it has an opioid-like efficacy without tolerance, dependence or abuse potential, while having equivalent/superior efficacy to other drugs used to treat neuropathic pain.

*Clinical Studies*

Human clinical trials began in 1997. Phase I trials with an oral solution formulation indicated that 150ug/day would be the maximum tolerated dose. Results from subsequent phase I and phase II trials with soft elastic capsule (SEC) and hard gelatin capsule (HGC) suggest that higher doses would be tolerated. Phase IIa studies with ABT-594 SEC formulation suggest a trend towards analgesic effect at 75ug BID. ABT-594 was generally well tolerated in these studies. The most common adverse events for subjects receiving ABT-594 75ug BID were nausea (15%), headache (13%), dizziness (7%), insomnia (6%), and vomiting (5%).

A phase IIb study for neuropathic pain at higher, titrated doses of ABT-594 began in April 2000 and ends in June 2001. A total of 320 patients are anticipated to be included in the study.

Highly Confidential                                                    ABBT144606.UR

*Patent Status*

A notice of allowance has been obtained from the United States Patent and Trademark Office on an application providing composition of matter coverage for a large class of structurally related neuronal nicotinic receptor analogs, which encompasses ABT-594 (5246.U.S.) The original filing date for this application dates back to October 9, 1992. The expiration of patent coverage for composition of matter for ABT-594 under this patent is June 2016.

An additional application (6013.US.01) which includes a use claim for ABT-594 species in analgesia was filed in September 1997, with subsequent divisional filing of ABT-594 species composition of matter. Despite this later composition of matter filing for the species claim, it is likely that a "terminal disclaimer" will be necessary that dates the composition of matter claim back to the original genus patent (5246.U.S.) We have paid the issue fee for this patent on July 19, 2000, and are anticipating the patent to issue 90 - 120 days from that date. If this patent is allowed, it will provide 20 years from date of filing for the use of ABT-594 in analgesia, which will extend the patent life of ABT-594 to September 2017.

The original application providing generic composition of matter coverage was filed broadly ex-U.S. (WO94/08992) and this application published on April 28, 1994. A second foreign filing (WO96/40682) published on December 19, 1996. These cases are all still pending.

As additional information regarding potential uses for ABT 594 is gathered, applications to expand the scope of ABT 594's patent will be submitted. A task force consisting of members of NUDR, the Analgesia Venture, New Product Development, the Neuroscience Franchise, and the Abbott Patent Department will conduct periodic review of the patent.

## Considerations

Target Profile:

The current status of ABT-594's profile vs. target profile is summarized in the table below:

| Target Profile Attribute | Probability |
|---|---|
| Not scheduled (DEA) | High |
| Very few abnormal Liver Function Tests | High |
| Few Drug interactions | High |
| BID / TID dosing | High |
| No reduced efficacy or increased AEs in nicotine users | High |
| Onset of action 1.5 – 2.0 hours | High |
| Neuropathic efficacy | Medium |
| No tolerance, dependence or withdrawal | Medium |
| Other safety OK | Medium |
| No cravings in ex-nicotine users | Medium |
| Low nausea / vomiting | Low |

Highly Confidential

*Label Strategy:*

BASE:  Indicated for the treatment of diabetic neuropathic pain.

UPSIDE:       1) Treatment of pain associated with OA

2) Treatment of post-herpetic neuralgia

3) Treatment of neuropathic pain

4) Treatment of chronic pain

5) Treatment of cancer pain

*Cost of Goods Sold:*

The projected average daily dose is expected to be a maximum of approximately 600 mcg base equivalent / day.  Based upon this dosage projection and the estimated cost of bulk drug substance of $40M per Kg base equivalent, the estimated cost for drug substance at launch will be approximately $0.024 per day.

*Pricing:*

US: Pricing new, and particularly novel, products at a reasonable premium will likely continue to be the norm in the years leading up to the launch of ABT-594.  Current forecast assumptions put the price of ABT-594 at a level comparable to Celebrex and Neurontin, grown at a modest 2% per year to launch year AWP of approximately $95 for a 30 day prescription.

Ex-US: New pain medications must demonstrate a true advantage in efficacy and/or side effects to receive regulatory approval, especially by the European Medicines Evaluation Agency (EMEA); assuming the target efficacy and tolerability profile of ABT-594 is achieved, ABT-594 would meet this requirement.  Because ABT-594 may have application in both neuropathic and chronic nociceptive pain, the ex-U.S. pricing assumption for ABT-594 is comparable to COX-2 pricing. The current average price for COX-2's is approximately $1.10 per day; however, this reflects a large percentage of sales in "free-pricing" countries, where COX-2s launched first, which tend to have higher than average prices.  Therefore, the average ex-U.S. price for ABT-594 is assumed to be $0.90/day.

Highly Confidential

ABBT144608.UR

*Financial Projections*



Key US forecast assumptions:

- First neuronal nicotinic receptor compound for pain to market
- Indicated for treatment of neuropathic pain; significant publication, or indication, from large scale trial on use in some form of chronic persistent nociceptive pain (e.g., OA) in 2006
- Efficacy greater than gabapentin in neuropathic pain and COX-2s in chronic nociceptive pain
- Good safety profile (no significant warnings or contraindications)
- Tolerability profile in line with other chronic pain products (CNS side effects improved over Neurontin and GI side effects improved over tramadol)
- No addictive potential
- Titration of 3-5 days
- Peak share 20% in neuropathic pain, 10% in chronic, persistent nociceptive pain (including off-label, 'spillover' prescriptions)
- Significant promotional and PR spend in early years
- Physician targets: D6-10 Neurologists, D3-10 Rheumatologists/Endocrinologists, D9-10 PCPs
- Sampling at 80% of details at launch, 5 units per detail, 7 days of therapy per unit
- Cost comparable to Neurontin and Celebrex
- Significant payor discounting
- Stocking at 8% of first year's sales
- Patent expires 12/2016

Additional Ex-US forecast assumptions:

- Same profile and peak share assumptions as U.S. forecast
- Price (ASP) = $0.90 per day, or $27 per 30 day Rx (comparable to COX-2 pricing)
- Average AI launch assumption is Q1 2005 to allow for additional regulatory filings (COFS and national filings in PAA and LA) and/or pricing negotiations (most markets in Europe) required in AI markets

Highly Confidential

ABBT144609.UR

**McCarthy Deposition Exhibit 25**


**P's Exhibit DP**

ABT-594 Project Review

November 17, 2000

---

ABT-594 Project Review

*Agenda*

- Introduction — Chris Silber
- Pharmacological Profile — Jim Sullivan
- Clinical Strategy — Chris Silber
- Clinical Results — Bruce McCarthy
- Commercial Assessment — Andrea Landsberg

---

ABT-594 Project Review

*Agenda (cont.)*

**ABT-594 Issues**
- Milestone Criteria — Bruce McCarthy / David Morris
- Toxicology — Reid Patterson
- Synthetic Route — Kaday McFarland
- Failure-On Strategy — Mike Meyer
- Intellectual Property — Steve Weinstock

**NPS-1776/ABS-183/A-352086**
- Commercial Considerations — Rock Morrison
- Discovery/Pharmacology — Mike Williams

---

ABT-594 Project Review
November 17, 2000

**Introduction**

Chris Silber

---

Neuronal Nicotine Receptor (NNR) Project

- Scientific leadership position for Abbott
- An emerging diversity of receptors
- Potential therapeutic targets
  - Pain
  - ADHD
  - Schizophrenia
  - Depression

---

ABT-594

*Overview*
- First-in-class NNR
- Analgesic potential demonstrated at 75 mcg BID
- Full efficacy not determined based on preclinical data
- MTD is 300 mcg BID
- Not pharmacologically silent
- Titration improves tolerability
- Phase IIb in painful diabetic neuropathy, using titrated doses up to 300 mcg BID is ongoing

---

HIGHLY
CONFIDENTIAL

ABBT 0019102

1

EXHIBIT
McCarthy
25
9-29-06 ab

---

### Pain Prevalence

- 22% primary care patients worldwide have persistent pain [1]
- Neuropathic Pain
  - 20% of diabetics [2]
  - 40% of HIV infected
  - 36% of cancer patients

[1] most of the time, ≥ 6 mo/past yr, WHO, 1998, JAMA
[2] at 10 years, Partanen, et al, 1995 NEJM

---

### Pain Therapeutics Market

- $12 billion in 1999 prescription sales of key classes (NSAID's, COX-2's, opioids, non-opioids)
- $500 million in 1999 prescription sales of key neuropathic pain compounds (gabapentin, carbamazepine, TCA's)
  - use largely off-label
  - low cost generics

---

### Neuronal Nicotinic Receptors

#### *Analgesia Overview*

- Nicotine produces analgesia in animal models of pain
- Discovery of epibatidine
  - South American tree frog
  - 200X more potent than morphine
  - Non-opioid
  - Epibatidine is a potent nAChR agonist (1994)
- Epibatidine is non-selective and highly toxic
  - *Motor impairment*
  - *Seizures*
  - *Hypertension*

---

HIGHLY
CONFIDENTIAL        ABBT 0019103

1

ABT-594 Project Review
November 17, 2000

Pharmacological Profile

Jim Sullivan

---

ABT-594: Preclinical Pharmacology

- Overview of neuronal nicotinic
  acetylcholine receptors (NNRs)
- Rationale for NNRs and pain
  - Knockout, antisense and pharmacological
    validation
- In vitro and in vivo profile of ABT-594
  - Efficacy
  - Side Effects

---

Molecular Diversity of Neuronal Nicotinic
Acetylcholine Receptors (NNRs)

- Molecular diversity (9 α subunits, 3 β subunits)

---

Subtype-Selective NNR Modulators Have
Potential in a Variety of Disease States



---

NNRs and Pain:
NNRs are Expressed in Pain Pathways



- CNS
  - α4 NNRs are localized on 5-
    HT neurons in NRM and
    dorsal raphe (Key CNS pain
    center)
- Spinal Cord
  - NNRs are expressed in dorsal
    horn neurons (Key spinal cord
    pain processing center)
- Sensory Neurons
  - α3β2, α3β4 NNRs localized to
    sensory neurons in DRG and
    in central and peripheral C-
    fiber nociceptors

---

Target Validation:
NNR Agonists Are Analgesic



- NNR agonists are -
  - Antinociceptive (capable of raising
    nociceptive threshold in naive animals)
  - Antihyperalgesic (capable of reversing the
    reduction in nociceptive threshold following
    injury)
- Nicotine analgesic in animal models of pain
- Epibatidine (Key discovery)
  - 200x more potent than morphine
  - Non-opioid
  - Potent NNR agonist
  - BUT highly toxic

HIGHLY
CONFIDENTIAL          ABBT 0019104

1













HIGHLY
CONFIDENTIAL          ABBT 0019105

2

### ABT-594: In Vivo Efficacy in Models of Persistent Chemical Pain

- ABT-594 exhibits comparable efficacy and 30-fold greater potency than morphine in phase II of the formalin model of persistent chemical pain

- ABT-594 is active upon both i.p. and oral administration



### ABT-594: In Vivo Efficacy in Models of Neuropathic Pain

- ABT-594 exhibits comparable efficacy and enhanced potency vs. known efficacious agents in models of neuropathic pain

- Efficacy observed at ~1 ng/ml

- ABT-594 retains efficacy following repeated administration

- Efficacy observed in rodent model of diabetic polyneuropathy



### ABT-594: Efficacy vs. Other Analgesics

| | Inflammatory Pain | Neuropathic Pain | Acute Nociceptive Pain | Anti-Inflammatory Activity |
|---|---|---|---|---|
| ABT-594 | +++ | +++ | ++ | 0 |
| Morphine | +++ | +++ | ++ | 0 |
| Tramadol | +++ | +++ | ++ | 0 |
| Ibuprofen | ++ | 0 | 0 | ++ |
| COX-2 Inhibitor | ++ | 0 | 0 | ++ |
| Gabapentin | 0 | ++ | 0/+ | 0 |

+++ 50-75% efficacy; ++ is 20-50% efficacy; + is <20% efficacy; 0 is no activity

### ABT-594: Preclinical Assessment of Side Effect Liabilities

- Assessment of "Morphine-like" side effects
  - Preclinical studies suggest that ABT-594 will not exhibit morphine-like side effects at:
    - Constipation
    - Respiratory Depression
    - Sedation

- Assessment of "nicotine-like" side-effects
  - No effects on hemodynamics at plasma levels 10x higher than those required for efficacy
  - Emetic variable across species (dog vs. monkey)
    - Emesis model exhibited in response to early chronic tests
  - Effects on spontaneous activity observed at analgesic doses following acute administration
    - Effects absent following repeated administration
  - Effects on balance, coordination and muscle strength (Rotga Test) observed following acute but not repeated dosing

### ABT-594: Summary of Preclinical Findings

- ABT-594 is effective across a broad range of preclinical models of acute, persistent and neuropathic pain
- ABT-594 retains efficacy upon repeated dosing
- The antinociceptive properties of ABT-594 are modulated via activation of NNRs and not via opioid receptors
- Preclinical studies suggest that ABT-594 will not exhibit morphine-like side effects of:
  - Constipation
  - Respiratory Depression
  - Sedation
- Preclinical studies suggest that ABT-594 will have an improved side-effect profile relative to nicotine

HIGHLY CONFIDENTIAL          ABBT 0019106

3

Slide 1:

ABT-594 Project Review
November 17, 2000

## Clinical Strategy

Chris Silber

Slide 2:

Broad-Spectrum, Non-Opioid Analgesic Activity
by Selective Modulation of Neuronal Nicotinic
Acetylcholine Receptors

A.W. Bannon, M. W. Decker, M. W. Holladay, P. Curzon,
G. Donnelly-Roberts, P. S. Puttfarcken, R. S. Bitner, A. Diaz,
A. H. Dickenson, R. D. Pyzett, M. Williams, S. P. Arneric

Slide 3:

## ABT-594

### Preclinical Pain Models

| | Inflammatory Pain | Neuropathic Pain | Acute Nociceptive Pain | Anti-Inflammatory Activity |
|---|---|---|---|---|
| ABT-594 | +++ | +++ | +++ | 0 |
| Morphine | +++ | +++ | +++ | 0 |
| Tramadol | +++ | +++ | +++ | 0 |
| Ibuprofen | ++ | 0 | 0 | ++ |
| COX-2 Inhib. | ++ | 0 | 0 | +++ |
| Amitriptyline | 0 | | ++ | 0 |

Slide 4:

## ABT 594

### Current vs DDC Profile

| DDC Profile (TPP) | Current Profile (PPO) |
|---|---|
| • Indicated for the treatment of pain (general pain claim) | • Indicated for the treatment of neuropathic pain, efficacy in OA demonstrated in non-indication trial |
| • Improved safety profile compared to opioid technology | • In contrast to opioids, no constipation or respiratory depression (liability) |
| • less GI motility impairment | |
| • less respiratory depression | • In DPN, potentially high (>30%) |
| • low tolerance potential | discontinuation rates due to vomiting |
| • no dependence/withdrawal | |
| • No titration | • Titration to optimize BID |
| • Onset of action no less than 30 minutes | • Onset of action in 1.5 to 3 hours |

Slide 5:

## ABT-594

### Current Profile Status

| Attribute | Probability | Share Impact |
|---|---|---|
| Not scheduled | High | High |
| Very low abnormal LFTs | High | High |
| Few drug interactions | High | Medium |
| BID/TID Dosing | High | Medium |
| No reduced efficacy in increased | | |
| AEs in titration mass. | High | Medium |
| Onset of action 1.5-3.0 hours | High | Medium |
| No tolerance, dependence, withdrawal | Medium | High |
| Other safety GK | Medium | High |
| No cravings in ex-smokers users | Medium | High |
| Neuropathic efficacy | Medium | Medium |
| Less nausea/vomiting | Low | High |

Slide 6:

## Spectrum of Activity: Where to Start?

| Acute | Neuropathic | Chronic Nociceptive |
|---|---|---|
| Post-dental surgery | Diabetic polyneuropathy | Osteoarthritis |
| Sprains and strains | Idiopathic polyneuropathy | Chronic back pain |
| Acute back pain | Alcoholic polyneuropathy | Rheumatoid arthritis |
| Trauma | Drug-induced polyneuropathy | Cancer pain |
| Post-general surgery | HIV (antiretroviral) sensory neuropathy | Central pain |
| Dysmenorrhea | Back pain | Fibromyalgia |
| Renal colic | Cancer pain | TMJ disorder |
| Biliary colic | Trigeminal neuralgia | Bursitis |
| Pancreatitis | Post-herpetic neuralgia | Tendinitis |
| Infections | Thalamic pain syndrome | Chronic visceral pain |
| | Spinal cord injury | |
| | Multiple sclerosis | |
| | Complex regional pain syndrome (I, II) | |
| | Atypical facial pain | |
| | Phantom limb pain | |

HIGHLY
CONFIDENTIAL     ABBT 0019197

1

---

**Choose Portals of Entry**

| Molar Extraction | → | Acute Pain |
| Peripheral Neuropathy | → | Neuropathic Pain |
| Osteoarthritis | → | Chronic Nociceptive Pain |

---

**ABT-594**

*Efficacy Conclusions*

- Molar Extraction
  - ~ Significance vs. placebo starting at 2 hours
- Neuropathic Pain
  - 75 mcg BID may be lowest effective dose for patients with painful diabetic polyneuropathy
- Osteoarthritis Pain
  - 75 mcg BID may be lowest effective dose as judged by WOMAC scores

---

**ABT-594**

*Correlation of human efficacy to animal model data* Chung Model

- Effective clinical dose of ABT-594 (75 mcg BID) produces a Cmax of 0.65 ng/ml

- Preclinical efficacy is achieved at plasma Cmax concentrations of 1 to 5 ng/ml



---

**ABT-594**

*Correlation of human efficacy to animal model data*

- Effective clinical dose of ABT-594 (75 mcg BID) produces a Cmax of 0.65 ng/ml

- Preclinical efficacy is achieved at plasma Cmax concentrations of 1 to 5 ng/ml



---

**ABT-594**

*Current Label Target*

ABT-594 is indicated for the treatment of diabetic neuropathic pain.

| Upside Claim | General Pain Claim |
| • OA Pain | • Not Viable due to 1.5 hour onset |
| • Post herpetic neuralgia | |
| • Neuropathic Pain | |
| • Chronic Pain | |
| • Cancer Pain | |

---

**ABT-594**

*Overview*

- First-in-class NNR
- Analgesic potential demonstrated at 75 mcg BID
- Full efficacy not determined based on preclinical data
- MTD is 300 mcg BID
- Not pharmacologically silent
- Titration improves tolerability
- Phase IIb in painful diabetic neuropathy, using titrated doses up to 300 mcg BID is ongoing



2

HIGHLY
CONFIDENTIAL          ABBT 0019108



ABT-594

*Issues*

- Dropout rate in current Phase 2B study is about 30%
- Toxicology
  - Pre-neoplastic lesions in rat 6 month tox study
  - Merylate impurity has mutagenic potential
- Synthetic route modifications to be implemented
- Follow ons associated with limited IP risk





Backup

Clinical Strategy

Chris Silber





3

HIGHLY CONFIDENTIAL     ABBT 0019109











HIGHLY
CONFIDENTIAL          ABBT 0019110

4

ABT-594 Project Review
November 17, 2000

**Clinical Results**

Bruce McCarthy

---

Lead slide strike home message about ABT-594

ABT-594's analgesic potential demonstrated in:

Molar Extraction

Neuropathic Pain

Osteoarthritis

---

**ABT-594 Development Timeline**



---

**Phase II Overview**

* Strategy
* Phase IIa Results
  - Dental, osteoarthritis, and neuropathic pain
  - Context: Currently Available Analgesics
* Phase IIb Status
* Go/No Go for ABT-594
  - NNR for pain implications

---

**Strategy**

What characterizes an innovative analgesic?

Spectrum of activity

Time of onset/duration

Level of efficacy

Safety/efficacy ratio

---

**Spectrum of Activity: Where to Start?**

| Acute | Neuropathic | Chronic Nociceptive |
|---|---|---|

HIGHLY CONFIDENTIAL        ABBT 0019111











2

HIGHLY
CONFIDENTIAL

ABBT 0019112













3

HIGHLY
CONFIDENTIAL    ABBT 0019113













4

HIGHLY CONFIDENTIAL    ABBT 0019114

## Osteoarthritis
## WOMAC Benchmarks

*Percent Decrease from Baseline*

| | Ibuprofen[1] 400 mg TID | APF-DNP 25 mg BID | Diclofenac[2] 50 mg TID | Ibuprofen[3] 800 mg TID | Vioxx[4] 25 mg QD | Celebrex[5] 200 mg BID |
|---|---|---|---|---|---|---|
| Treatment | 38 % | 38 % | 37 % | 41 % | 45 % | 38 % |
| Placebo | 38 % | 18 % | — | 28 % | 24 % | 24 % |

[1] weeks, BTLMCY, WOMAC pain-sub-score total
[2] weeks, WOMAC pain-sub-score total
[3] weeks, WOMAC pain-sub-score total
[4] weeks, WOMAC pain-sub-score total

---

## ABT-594

*Phase IIa Efficacy Conclusions*

- Analgesic Potential Demonstrated
  - Molar Extraction
    - Significance vs. placebo starting at 2 hours
  - Neuropathic Pain
    - 75 mcg BID may be lowest effective dose for patients with painful diabetic polyneuropathy
  - Osteoarthritis Pain
    - 75 mcg BID may be lowest effective dose as judged by WOMAC scores

---

## Tolerability Varies with Formulation

*Adverse Events*

| Event | Molar Extraction 100 mcg × 1 solution N=30 | Placebo | OA and Neuropathic 75 mcg BID SEC N=36 | Placebo |
|---|---|---|---|---|
| Nausea | 32 % | (10 %) | 13 % | (0 %) |
| Vomiting | 20 % | (7 %) | (3 %) | (0 %) |
| Dizziness | 24 % | (11 %) | 7 % | (0 %) |

---

## Adverse Event Rates for Select Analgesics

| Event | Codeine 2000 mg/d | Ultram[1] 50-300 mg q4-6 hr | OxyContin[2] 75 mcg BID | APF-594 |
|---|---|---|---|---|
| Confusion | 8 % | NS | NS | 0 % |
| Somnolence | 23 % | NS | 23 % | 0 % |
| Headache | 34 % | 33 % | 13 % | 7 % |
| Nausea | 8 % | 34 % | 23 % | 13 % |
| Vomiting | NS | 13 % | 12 % | 3 % |
| Constipation | NS | 38 % | 23 % | 1 % |

---

## ABT-594

*Phase IIa Conclusions*

- Analgesic potential demonstrated
- Phase IIa studies included inadequate dose ranging
  - SEC tolerated better than predicted by solution
  - HGC tolerated in limited Phase I population to 300 mcg BID fed
- Full analgesic potential will be defined with adequate dose ranging studies in Phase IIb

---

## Phase IIb

- Trials
  - Neuropathic Pain (M99-114)
    - Ongoing
  - Osteoarthritis Pain (M99-115)
    - Unfunded
- Doses
  - 150, 225, 300 mcg BID

HIGHLY
CONFIDENTIAL

ABBT 0019115

5











HIGHLY
CONFIDENTIAL          ABBT 0019116

### Go/No-Go Criteria

*Implications for NMR Pharmacology*

- Efficacy Criteria Met; Safety Unmet
  - Back-up compounds with improved therapeutic index in animal models
    - Nausea and vomiting more reliably separated than poorly treatable outcomes like dizziness

---

### Backup

#### Clinical Results

#### Bruce McCarthy

---

### Neuropathic Pain Etiologies



*Current study fields. Circles proportion in general population.*

---

### M99-114: Entry Criteria

- Greater than 18 years
- Painful distal symmetric diabetic polyneuropathy, stable for 3 months
- Average pain > 4 during the baseline week by Pain Rating Scale (11-point Likert scale)
- Pain > 4 at Baseline Visit by Pain Rating Scale
- No concomitant analgesics, except limited acetaminophen

---

### M99-114: PK

- All subjects at Day 14 and Day 49
- Select subjects with complete profile at Day 14 and Day 49

---

### Gabapentin Studies

*Design*

---

7

HIGHLY
CONFIDENTIAL        ABBT 0019117

**Gabapentin Studies**

*Outcome Measures*
- Primary
- Secondary

**Gabapentin Studies**

*Results*
- Primary
- Secondary

**Pregabalin Studies**

*Design*

**Pregabalin Studies**

*Outcome Measures*
- Primary
- Secondary

**Pregabalin Studies**

*Results*
- Primary
- Secondary

**Gabapentin & Pregabalin**

*Regulatory and Commercial Status*
- Gabapentin Approved for Neuropathic Pain in UK
  -- Probable Mutual Recognition
  -- Patent Life 73 more years
- Pregabalin Submission 4Q00
  -- Neuropathic pain, epilepsy?, other pain?, psych?

8

HIGHLY
CONFIDENTIAL          ABBT 0019118

### FDA & Pain Drug Development

* Who?
  – McCormick
  – Hyde
  – Divisions
* Public Information
  – Is transition
    * "General", "Acute", "Chronic", Disease-specific
* Discussions with Abbott

### Anti-Epileptic Drugs for Neuropathic Pain

*Status of Trials*

### Higher Doses of ABT-594 Continue to Yield Linearly Increasing Plasma Levels

*M99-076, Preliminary Day 14 Data BID Dosing of ABT-594*



### Although NSAIDs and COX-2 Drugs Have Much Better Short Term Tolerability Profiles Than ABT-594, GI Risks Associated With NSAIDs and COX-2 Drive Patients To Use Other Classes of Drugs



### ABT-594

*Cost Through Go/No Go*

| | |
|---|---|
| Neuropathic MM | $ 15 |
| OA and Neuropathic MM | $ 20 |



### Determining Sample Size and Power

| | Well Powered Study | Under-Powered Study |
|---|---|---|
| Example | Pivotal Phase III Trials | Phase II, proof-of-principle |
| Driver | 80% power to detect acceptable difference with α = 0.05 | Efficiency in answering fundamental efficacy and safety questions; threshold effect |
| Output drug | Definitive study Submit to FDA for approval | Demonstrate potential of |
| Prerequisites | Proof-of-principle studies Dose-ranging Knowledge of pharmacology | Preclinical data |

HIGHLY CONFIDENTIAL

ABBT 0019119

9





HIGHLY
CONFIDENTIAL        ABBT 0019120

ABT-594 Project Review
November 17, 2000

**Commercial Assessment**

Andrea Landsberg
Laura Robinson

---

U.S. 1999 Pain Market Sales (sales)



Total US Market $7.8 Billion
ROW Market $XXX

- Pain market is growing due mainly to Cox-2s but also increased awareness of need to aggressively to pain and increasing comfort with opioid use
- Cox-2 sales will likely top $4 billion in 2000
- PCPs to group are key pain prescribers
- Neuropathic pain prescribers also include neurologists, orthopedic surgeons, podiatrists, pain specialists, oncologists

---

*Pain Markets Considered for ABT 594*

- Acute and chronic pain
- Chronic pain
  - nociceptive and neuropathic
- OA/RA
- Neuropathic pain
  - diabetic polyneuropathy pain

- Moderate to moderately severe pain

---

ABT 594: Current vs DDC Profile

---

Indication and Spillover Potential

- Market research conducted x/99?
- Make table with share% in various markets depending upon indication

- clarify product profile in study vs current knowledge

---

Neuropathic Pain Market

- Projected growth rates over next 14 years vary from XXX to YYY
- 1 volume impacted by high use of generics. Pregabalin may significantly grow market sales
- NSAIDs, though not very effective, are also used as first line treatment for neuropathic pain (particularly by PCPs) and are not reflected in above market totals

---

1

HIGHLY         ABBT 0019121
CONFIDENTIAL

**Neuropathic Pain Competition**

**Unmet Needs in Neuropathic Pain**

- More complete efficacy than that provided by Neurontin
  - including increase in responder rate
- Efficacy matching Neurontin, with reduced side effects
- Treatments with reduced or no titration
- Improved dosing schedules, ideally QD
- Formulation options for single compound
  - patch, parenteral, solution, sprinkle, melt

**Neuropathic Pain Market Drivers**

- Growth in underlying conditions such as diabetes, cancer, herpes
- Improved treatment/prevention of underlying conditions
- Awareness of effective and well-tolerated treatment leading to improved screening and diagnosis
- FDA approval for neuropathic pain to allow for professional and DTC promotional efforts

(Long term)

**Potential Positioning of ABT 594 in Neuropathic Pain**

- First line therapy:
  - Improved efficacy over AEDs and TCAs with 'comparable' SEs
  - Novel therapy approved for neuropathic pain

- Second line therapy
  - Comparable efficacy and AEs as current therapies for non or partial responders

**ABT 594 Forecast**

**ABT 594 Forecast Assumptions**



HIGHLY
CONFIDENTIAL    ABBT 0019122

---

### Key Product Challenges

- Tolerability
  - Competition has clear advantage on tolerability
  - Potentially low therapeutic index
  - PCP market will be particularly impacted

- Nicotinic mechanism
  - Will require pre-launch market education and priming to both diffuse negative associations and generate excitement (surrounding novel MOA)

---

**backups**

Commercial Assessment

Andrea Landsberg
Laura Robinson

---

### Complexity of Segmenting the Pain Market

- Pain Market can be segmented in a variety of ways
  - Duration
    - Persistent, Acute, Chronic
  - Severity
    - Mild, Moderate, Severe
  - Pathophysiology
    - Neuropathic, Nociceptive, Mixed
  - Etiology
    - Cancer, Injury, Infection, Metabolic (DPN), Immunologic (OA/RA), etc.
- Each classification is relevant for almost every pain patient

---

### U.S. Pain Market Growth 1997 to 1999

| | TRx CAGR 97-99 | Sales CAGR 97-99 |
|---|---|---|

---

### Complexity of Segmenting the Pain Market

- Pain Market can be segmented in a variety of ways
  - Duration
    - Persistent, Acute, Chronic
  - Severity
    - Mild, Moderate, Severe
  - Pathophysiology
    - Neuropathic, Nociceptive, Mixed
  - Etiology
    - Cancer, Injury, Infection, Metabolic (DPN), Immunologic (OA/RA), etc.
- Each classification is relevant for almost every pain patient

---

### U.S. Pain Market TRx (MM)



---

HIGHLY
CONFIDENTIAL          ABBT 0019123

3

ABT-594 Project Review
November 17, 2000


Milestone Criteria


Bruce McCarthy
David Morris

---

M99-114

*Sample Size Rationale*

N = 320 (80/group)
Type I error: 0.05
Power: 80%
Effect size: 0.46

*Active Treatment*

ABT-594 75mcg: 38% for NPS Total
Gabapentin: 39% diary

Placebo

ABT-594 75mcg: 10%
Gabapentin: 23%

---

M99-114

*Sample Size Rationale*

ABT-594   mean change from placebo = 11.4
  standard error = 7.3
  ABT-594   n = 18
  Placebo   n = 24

Gabapentin N = 165   Completed = 82% (n = 135)
  Gabapentin   n = 82   mean change = 3.9
  Placebo   n = 80   mean change = 5.1

---

M99-114

'Power Curves'



---

M99-114

*Assumptions for Calculating Power of Three Comparisons*

* Probability of single success is power of single comparison
* All doses are in efficacious range
* Comparisons are independent

Increase Type I error rate

---

M99-114

Sample Size Confidence Intervals

HIGHLY
CONFIDENTIAL        ABBT 0019124

1



**ABT-594 Project Review**
November 17, 2006

## Toxicology

### Reid Patterson

---

### Oral Toxicology of ABT-594

Genotoxicity:
Ames assay
Mouse Lymphoma
In vitro Cytogenetics
Mouse Micronucleus

Acute:
Single dose in rat, dog, mouse

Multidose:
rat: 2 wk, 1 mo, 6 mo, 2 yr
monkey: ESR, 1 mo, 5 mo, 12 mo.
mouse: 2 wk, 3 mo, 2 yr.

D.A.R.T.:
Dose range (x2)
Segment I
Segment II (x2)
Segment III

---

### Metabolism Studies with ABT-594

- Metabolic fate in rat, monkey, mouse, humans
- In vitro metabolism in liver microsomes
- Metabolite identification
- Protein binding and site of binding
- Red cell binding
- Tissue distribution (pigmented and nonpigmented rat)
- p450 characterization and inhibition
- Melanin binding
- Placental/fetal transfer

---

### Pharmacology Studies with ABT-594

- Effects on respiration
- Bronchoconstriction
- Cardiovascular/renal profile
- Drug discrimination
- Abuse potential - self administration

---

### Azetidine Mesylate Residues in ABT-954

- All mutagenicity tests negative with ABT-594
- Back-up NCE ABT-259 was marginally positive in Ames Assay
  - Confined to TA-1535 strain & confirmed on replication
  - Highly purified lots were consistently negative
  - Impurity isolated and identified as BOC azetidine mesylate
  - 3.5 μg/plate threshold for positive Ames
  - 2.5 μg/plate (0.02% as % ABT-259) was negative

---

### Azetidine Mesylate Residues in ABT-954

- Similarity in synthesis led to measurement in ABT-594
  - Lot Ames negative had 0.02% azetidine mesylate
  - Lot with 0.03% used in Phase I -
    - 600 μg/day x 14 days or 900 μg/day x 30 days
  - Lot with 0.02% used in Phase II - 300 μg/day x 6 wks
    - (36 μg/ml blood; 3 ng/kg, 0.18 μg/day)

HIGHLY
CONFIDENTIAL          ABBT 0019125

1

## Azetidine Mesylate Residues in ABT-954

- Despite negative Ames, sought to reduce LOQ
  - Achieved pQL of 0.005% or 50 ppm
  - Achieved pQL of 0.002% or 20 ppm
- Proved recrystallization was <pQL at lab and full scale
  - Phase III clinical lots demonstrate no residue
- Identified Mitsunobu method to replace AZ alkylation step
  - Transient alkylating agent, leaving no impurity
  - First lot 4/01 for clinical use

## Carcinogenicity Assessments of ABT-594

| | |
|---|---|
| 07/01/91 | Dose selection proposal prepared |
| 08/21/91 | Teleconference on proposal |
| 09/27/91 | FDA letter accepting rat dose at 25X AUC rejecting mouse dose, wanted more on cause of deaths in satellite and main study groups |
| 10/02/91 | Recommended higher top dosage (2 mg/kg) |
| 11/29/91 | Recommendation submitted to FDA |
| 12/22/96 | FDA accepted original dosages owing to deaths |
| 04/30/99 | Identified few rat hepatic basophilic foci (6 mo) |
| 02/25/00 | FDA accepted strategy for early termination of low-dose male group owing to low survival |

## Metabolic Data from ABT-594

- F(po)= 80% (cyno), 78% (mouse), 61% (rat), 35% (dog)
- Emesis above 25 nmol/kg in dog precluding use as model
- Feeding reduces emesis but has no affect on PK
- Widely distributed; brain 2X plasma
- Predominantly parent (47-79%) in circulation
- T½ast rapid (<90 min) in all but monkeys (2.2 hr)

## Metabolic Data from ABT-594

- Protein binding: 70% (human), 62% (rat), 45% (dog), 36% (mouse), 26% (cyno)
- Renal excretion of parent major route of clearance (70-092%)
- CL rate: mouse (<1L/kg/hr)>rat>monkey>dog (0.4L/kg/hr)
- CYP2D6 plays minor role in metabolism
- Thirteen metabolites present in all species and humans
- N-glucuronide (M8) and ring-opened COOH (M1) major

## Safety Margins in Animal Toxicity with ABT-594

| Lowest Toxic Dosage (mg/kg) & AUC (ng·h/mL): | | |
|---|---|---|
| Mouse: | 3 mo. | 3.0 | 413-735 |
| Rat: | 3 mo. | 2.0 | 1181-1784 |
| | 6 mo. | 0.2 | 221-229 |
| Monkey: | 3 mo. | 0.2 | 288-321 |

| Highest Non-Toxic Dosage (mg/kg) & AUC (ng·h/mL): | | |
|---|---|---|
| Mouse: | 3 mo. | 1.0 | 142-226 |
| Rat: | 3 mo. | 0.5 | 519-433 |
| | 6 mo. | <0.2 | <221-229 |
| Monkey: | 3 mo. | 0.1 | 75 |

## Toxicity Observed with CCM ABT-594

Signs: pallor, prostration, hypothermia, convulsion, decreased activity, tremors, salivation, rapid breathing, lethargy, emaciation, partial alopecia, diarrhea, emesis, death

General Observations:
- Subclinical leucopenia (mice)
- Reduced growth (body weight, food consumption; rats)
- Elevated bile acids (rats)
- Hepatotoxicity: ↑ ALP, ALT & weight up, CHOL down, basophilic foci (rats)

DART Observations: postimplantation loss and abortions up, litter size and uterine weights down in maternally toxic rabbits

HIGHLY CONFIDENTIAL

ABBT 0019126

2

ABT-594 Project Review
November 17, 2000

Synthetic Route

Kathy McFarland



Drug Substance Process

ABT-594
Sourcing Network



Regis Technologies

Chemsyn Laboratories

ABT-594
Azetidine Mesylate Impurity

- Impurity derived from Step 4 intermediate
- Potential mutagenicity discovered with lot from ABT-259
- Recrystallization reduces mesylate to <0.005%
- Alternate Step 4 process eliminated mesylate (Mitsunobu)

ABT-594
Alternate Process



Mesylate    Mitsunobu

ABT-594 Drug Substance Key Cost Contributors
Current Cost - $29,600/Kg



1

HIGHLY
CONFIDENTIAL     ABBT 0019127

---

### New Potent Drug Facility

- PPD / SPD / HPD/AI

---

### Design Scope - included

- Chemical manufacturing
  - 3 individual manufacturing cells
  - Reactors from 150ltrs to 300ltrs
  - Fiber dryers / Multi-processing pots
  - Direct transition to Pharmaceutical manufacturing

- Pharmaceutical manufacturing
  - Soft elastic capsule suite
  - Solid dosage suite

---

### Justification

- 80% DCF ROI based on four compounds
  - Rubitecan
  - ABT-627
  - ABT-594
  - Cis-Atracurium

- 14 additional potent drugs in the pipeline

---

### Capital

- Bulk chemical manufacture:
  $40MM
- Pharmaceutical manufacture:    $20MM
- Total:
  $60MM

- $1MM in 2001 Plan for engineering design
  and planning approval

---

HIGHLY
CONFIDENTIAL        ABBT 0019128

2

ABT-594 Project Review
November 17, 2000

**Follow-On Strategy**

Mike Meyer

---

### Identification of ABT-594 Backup

*Clinical results outline specific improvements required for backup*

- Emesis
  - Modeled preclinically in ferret and dog
- Nausea
  - Ferret model can address nausea index
- Dizziness
  - Mouse rotarod
  - Rat Edge test

---

### Discovery Program Basis

*NNR Subtypes differentially mediate efficacy and side effects*

- Different NNR subtypes mediate analgesic effects of nicotinic agonists and adverse events
- Program committed to the identification of NNR subtype selective compounds
- Project initiated a 6-year collaboration with NeuroSearch
  - Access to human recombinant NNRs
  - Access to new structural classes of NNR modulators

---

### Nociception Mediated by α4 Subtypes

- Mouse Knockouts support role of α4 and β2
  - Key differences between pain type
- Role for α4 subtype in acute thermal pain (activation of descending inhibitory pathways)
  - Antidose studies
  - Site injection studies
  - Antagonist studies
- Descending inhibition less important in persistent pain models, and even less so in neuropathic pain models

---

### Emesis Mediated by α3β4 Subtype

- In preclinical models, emesis is correlated to potency and efficacy at ganglionic (α3β4) NNR subtypes
- Antagonist and route of administration studies suggest both local and systemic contribution



---

### Is an Improved T.I. Feasible?

*Highly selective α4β2 NNR agonists can be effective in acute pain models with a decreased side effect liability, but these compounds may not exhibit an ABT-594 like broad spectrum analgesic profile*

---

HIGHLY
CONFIDENTIAL          ABBT 0019129

1

---

### A-312046:  Broad Spectrum Analgesic

- Comparable efficacy to ABT-594 in models of acute, persistent and neuropathic pain
- Ten-fold lower potency vs. ABT-594
- Like ABT-594, retains efficacy upon repeated dosing in models of persistent and neuropathic pain



---

### A-312046:  Moving Toward Selectivity

- A-312046 exhibits an improved NNR subtype selectivity profile relative to ABT-594
- A-312046 is highly selective for NNRs vs. other ion channel or GPCR targets



---

### A-312046:  Decreased Emetic Liability

- I.P. Administration:
  - Full efficacy in Chung model, 8-fold less potent than ABT-594
  - 70-Fold lower emetic liability



---

### A-312046:  Oral Administration Studies

- Oral Administration:
  - Improvement in therapeutic index relative to emesis no longer evident
  - May be direct activation of afferent signaling from gut?



---

### A-312046:  Mouse Models of TI

- A-312046 exhibits significant improvements in several mouse models of toxicity

---

### A-312046:  Rat Model of Balance

- In Rat Edge Test model of balance, coordination, and muscle strength, A-312046 exhibits 200-fold improvement vs. ABT-594

---

HIGHLY
CONFIDENTIAL     ABBT 0019130

2

### Therapeutic Index Comparison: ABT-594 vs. A-312046

Therapeutic index based on ratio of dose (i.p. administration) for adverse event and approx. ED$_{50}$ in Chung neuropathic pain model



### A-312046: Pharmacokinetics and Metabolism

- Rat:
  - 50% Oral bioavailability, t$_{1/2}$ = 3 hr
  - 2:1 Partitioning into CNS
- Dog:
  - 13% Oral bioavailability, t$_{1/2}$ = 2 hr
  - Radiolabeled studies demonstrate >90% absorption
- Monkey:
  - 3% Oral bioavailability, t$_{1/2}$ = 1.5 hr

*Apparent rapid first pass metabolism in dog and monkey*

### A-312046: Candidate for Transdermal Delivery?

- Potential to avoid direct emetic effects on the gut
- Avoid first pass metabolism
- Allow for better control of Cmax (correlated to nausea and emesis for ABT-594)
- Commercially acceptable formulation for neuropathic pain
- Ongoing studies:
  - Transdermal delivery in monkey
  - Permeability in human cadaver skin

### Subtype Selective NNR Agonists for Non-Neuropathic Pain

- A-333094:
  - Efficacy in acute and persistent pain models
  - Poor efficacy in neuropathic pain model
  - Enhanced α4β2 subtype selectivity
  - Decreased emetic liability



3

HIGHLY CONFIDENTIAL    ABBT 0019131

---

**ABT-594 Project Review**
**November 17, 2000**

**Intellectual Property**

**Steve Weinstock**

---

**Patent Coverage**

*Duration of Patent Coverage*

- Compound
  - U.S. until    9 Sept. 2016
  - Foreign until 8 Oct. 2013

- Analgesic Indication
  - U.S. until    9 Dec. 2017
  - Foreign until 10 Dec. 2017

---

**Patent Coverage**

*Extent of Foreign Patent Coverage*

Compound

| | |
|---|---|
| • Australia | • Japan |
| • Brazil | • Korea |
| • Canada | • Mexico |
| • Europe (Western) | • Philippines |
| • Israel | |

---

**Patent Coverage**

*Extent of Foreign Patent Coverage*

Analgesic Indication

| | |
|---|---|
| • Argentina | • Korea |
| • Australia | • Mexico |
| • Brazil | • Norway |
| • China | • New Zeland |
| • Canada | • Philippines |
| • Czech Rep. | • Poland |
| • Europe (Western) | • Slovak Rep. |
| • Hungary | • South Africa |
| • Israel | • Taiwan |
| • Japan | • Turkey |

---

**Patent Issues**

- No third-party patent domination of:
  - compound
  - use for analgesia of compounds identified by chemical structure
- Not aware of third-party patent domination of use for analgesia of compounds identified by properties

---

**Patent Issues (cont'd)**

- Third-party patents on some combinations
  - U.S. patent 6,054,451 to Algos on combination with NMDA antagonists
- Some possibility of interference on broad generic claim with SIBIA Neuroscience U.S. application
  - Abbott in strong position – filed 2.5 years earlier – 7 Oct. '92 vs. 7 Apr. '95

---

HIGHLY
CONFIDENTIAL          ABBT 0019132

1

**Potential Interference**

- SIBIA PCT Publication WO 96/31475
  - Based on U.S. application filed 7 April 1995
  - Abbott application filed 4 October 1993
  - Has broad formula encompassing ABT 594 (Pyridinyl Etheryl)
  - No disclosure of specific Pyridinyl Ethers
  - 4 U.S. patents to other aspects of broad formula issued
  - U.S. application still pending

HIGHLY CONFIDENTIAL

ABBT 0019133

2

**Depakote Follow-On Project**

Strategic need is defend Depakote Franchise (patent expiration U08)

Goal:

To identify a patent-protected compound that has similar or better efficacy to VPA in rodent models of epilepsy that may have the broad spectrum efficacy of VPA in epilepsy, bipolar disorder and migraine prophylaxis as a follow-on to Depakote.

NB: Mechanism of action of VPA in epilepsy, bipolar and migraine is unknown.

Tactics: In-license VPA analogs with demonstrated AE activity

---

**Depakote Follow-On Project**

VPA, TV-1901 and VPA Follow-On Compounds



---

**Depakote Follow-On Project**

DDC Strategy

Evaluate anticonvulsant pharmacology profile of R- and S/R-ABS-103/NPS-1776 and A-352085.0 direct comparison with VPA in mouse and rat (Potrelli)

- rota-rod
- Maximal Electroshock (MES)
- subcutaneous bicuculline threshold
- subcutaneous pentylenetetrazol (PTZ) test
- Amino-Oxyacetic Acid (kainate/Purkinescine)
- kindling (Lamotrigine)

Evaluate CV safety of R-ABS-103, NPS-1776 and A-352085.0 (Potrelli)

Evaluate the PK, metabolism, teratology and tumor-induction feasibility of R-ABS-103 and A-352085.0 (Osheroff)

Provide comparative data on VPA follow-ons and recommend clinical strategy at DDC

---

**Depakote Follow-On Project**

Activity Profile in Epilepsy Models

R-ABS-103, NPS-1776 and A-352085.0 have an efficacy profile similar to VPA in electroshock (MES) and pentylenetetrazol (PTZ) seizure models.

NPS-1776 and A-352085.0 have improved therapeutic indices relative to VPA.

| Therapeutic Index (ratio of TD to ED) | MES Tox ED₅₀, Amount Depakote not checked for pharmacokinetics | PTZ Tox ED₅₀, Critical Hexyl Depot checked for Tox, Activity Pharmacokinetics |
|---|---|---|
| A-ABS-103 | 4.3 | 9 |
| NPS-1776 | 6.1 | 5.8 |
| VPA-074 | 1.2 | 3.2 |
| subblallone | 6.0 | no Tox |
| Loreclezole | 6.5 | no Tox |

---

**Depakote Follow-On Project**

Behavioral Impairment in Mouse



---

**Depakote Follow-On Project**

VPA Follow-ons

| | Pharmacology MOA/P32 | Therapeutic Index | Formulation | PK |
|---|---|---|---|---|
| VPA | | 1.2 | Capsules Coated particles | t½ ≈ 4-9 hr Cₚ ≈ 8h |
| NPS-1776 | Equivalent to VPA | 6.4 | CR release capsules – PPZ site crystal – large tablets | t½ ≈ 41 hr Cₚ ≈ 2h |
| R-ABS-103 | Equivalent to VPA | 1.8 | Oil – different in making solid dosage form | t½ ≈ 1 hr Cₚ ≈ 1-4 h |
| A-352085 | Equivalent to VPA | 5.3 | Solid – as form drive cork | Not tested |

HIGHLY CONFIDENTIAL

ABBT 0019134

1

**Depakote Follow-On Project**

VPA Follow-ons

| | User Toxicology | Genetic toxicology | Carcinomatosis | Teratogenicity |
|---|---|---|---|---|
| VPA | Black box | Tox | No identified issues | Black box |
| NPS 1776 | As inhibition of preclinical studies | Neg | Teratogenic |
| R-ABS-103 | As inhibition of preclinical studies | SIP | SIP | No teratogenicity |
| A-352086 | As inhibition of preclinical studies | SIP | SIP | Awaiting additional compound |

All four compounds negative on genotoxicity

**Depakote Follow-On Project**

Formulation

VPA –

NPS-1776: blend controlled release formulation for clinical studies. Various formulations are under consideration that will provide 600 mg of compound in a controlled release preparation. Dosage two large tablets (750 mM each) twice a day, doses somewhat unchanged since 1 kPG.

R-ABS-103: Proving difficult to make a solid dosage form of the oil. May need to market a oil filled capsule

A-352086: A solid aerosol. No work on specific formulations. Initiative to synthesize compound internally was based on consumer with physical nature of R-ABS-103 and NPS-1776.

**Depakote Follow-On Project**

Compound Supply

NPS-1776: 400g on A-shelf for preclinical studies. NPS has 4Kg available.

R-ABS-103: 200g supplied by ABS. 200g due by 1 UC3. (Delivery dates delayed due to delay in signing contracts)

A-352086.0: 25g synthesized. Additional compound available 11/17.

**Depakote Follow-On Project**

Teratogenicity

VPA: Teratogenic – black box warning

NPS-1776: Teratogenic in rats.

R-ABS-102: Dose not cause exencephaly in mice at non-maternally toxic doses (ABS data). GLP teratogenicity study planned for December start.

A-352086.0: Additional supply of compound required for study. Synthesis complete 11/17.

**Depakote Follow-On Project**



**Depakote Follow-On Project**

Genotoxicity

VPA

R-ABS-103, NPS-1776 and A-352086.0 are negative in mutagenicity and clastogenicity assays.

HIGHLY CONFIDENTIAL    ABBT 0019135

2





## Depakote Follow-On Project

### Liver Toxicology

R-ABS-103, NPS-1776 and A-352086.0 do not inhibit palmitate β-oxidation in isolated rat hepatocytes = potentially better safety profile with respect to mitochondrial dysfunction (eg. hepatotoxicity) than VPA.

Planned: in vivo liver toxicology assessment in rabbits.

## Depakote Follow-On Project

### Cardiovascular Safety

VPA

NPS-1776: No issues seen by NPS. Hemodynamic study and in vitro CT studies in progress at Pamell - 11/16 completion.

R-ABS-103: Hemodynamic study and in vitro CT studies at Pamell - 11/24 completion.

A-352086.0: Additional compound supply required. Synthesis complete 11/17.

## Depakote Follow-On Project

### Potency

| | | | | | |
|---|---|---|---|---|---|

## Depakote Follow-On Project

### Gastric Irritation

VPA is a gastric irritant

NPS-1776: No gastric irritation reported by NPS.

R-ABS-103: Rat toxicology study, 11/3 completion

A-352086.0: Awaiting additional compound supply.

Planned: Side by side comparison of R-ABS-103, NPS-1776, A-352086.0 and VPA after chronic dosing in rats.

HIGHLY CONFIDENTIAL     ABBT 0019136     3

Depakote Follow-On Project

DDC Testing Issues

- Pharmacology package complete (two models of hair loss, weight gain, bipolar and migraine efficacy)
- ABS-103 active not supported by Parexil data
- CV, PK, stability studies should be compiled by 12/1/00
- Teratogenicity/histology studies incomplete - not going as plans
- A-363286 - testing other compounds due to compound supply
- XPS 1776 - 22 bbl fee due 4/02
- DDC decision based on physicochemical/neuropathgic/bioav safety data
- Letter review – 1 YOAB



Depakote Follow-On Project

Issues in evaluating VPA Follow-on Compounds

- Compound Supply
- Activity profile versus VPA in epilepsy models
- Liver Toxicology
- Gastric Irritation
- Teratation
- Genotoxicology
- Cardiovascular Safety
- Teratogenicity



Depakote Follow-On Project

Pharmacokinetics

VPA

XPS-1776: Rapidly absorbed and eliminated after oral dosing in humans - Cmax = < 1hr, $T_{1/2}$ < 3 hrs. (XPS data)

R-ABS-103: PO in dog - Cmax = 1 hr, $T_{1/2}$ < 1 hr

A-363286.0: PO in progress, 1 V10, < 5% R-ABS-103 in plasma after PO dosing in cats.

4

HIGHLY CONFIDENTIAL    ABBT 0019137

# McCarthy Deposition Exhibit 27

# P's Exhibit DU

December 2000
ABT-594 Project Status Report

## Key Issues/Decisions/Events

| Area | Issue/Decision/Event | Progress |
|---|---|---|
| Venture | Closing of enrollment on M99-114 as of January 5, 2001 | • Enrollment will be closed on this revised date.<br>• Timeline impact will be reviewed in January |
| PARD | During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity (designated as F') was detected in the lot of bulk drug used in M99-114 clinical capsules. Given the low exposure of M99-114 patients to F' and a lack of change in acute toxicity when this impurity was present in the drug substance, Toxicology does not view the presence of this impurity as a significant risk to these patients. However, further toxicology and pk testing of this impurity is necessary. Planned studies include Ames assay, in vitro micronucleus assay and bioavailability study | • This issue has been reviewed with PARD, SPD, Toxicology, Regulatory and Venture Management. To date, the F' impurity has been detected at a level of 0.2% in the drug substance. Tentative identification including molecular structure has been made.<br>• Due to significant chemistry challenges, the delivery of impurity F' to PARD from SPD is delayed. New target date to be determined pending favorable results from current synthesis efforts.<br>• PARD Analytical will be testing the F' material to confirm identity and match to impurity found in drug substance lot: planned January 2001<br>• When testing is successfully completed, F' material will be tested for genotoxicity by Toxicology and for bioavailability by Exploratory Kinetics |
| SPD | Team has recommended implementation of the Mitsunobu chemistry change in step 4 of the synthetic process to eliminate the risk of mesylate impurity, which is potentially mutagenic | • PARD Analytical is completing analysis of lab-scale batch and intermediates to assure there are no new impurities to be found.<br>• Plans are to manufacture a single production-scale lot in early-2001 with available raw materials, and to wait on the second and third NDA lots until after the Go / No Go decision |
| NPD | Portfolio analysis process is underway for ABT 594 and will impact budget allocation for 2001. A new forecast using updated NPD forecast model with clearly defined product profile and high and low case estimates is being developed and will be reviewed by core team prior to final conduct of portfolio prioritization. | • ABT 594 portfolio team reviewed the forecasts and profile on 12/19/00. Final adjustments are in process, and will be compiled no later than 1/15/01 (just prior to prioritization meeting). |
| Toxicology | 6-month rat study finding may suggest future possible occurrence of hepatocellular neoplasms in long-term toxicology studies | • No adenomas have been found in the study. The in-life phase of the 2-year carcinogenicity study is complete and preliminary data on tumor findings should be available 1Q2001. |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004460
HIGHLY CONFIDENTIAL

EXHIBIT
mcq-44y
27
9/25/01.05

December 2000
ABT-594 Project Status Report

### Project Cost Summary – November

| Activity | Cumulative through 1999 | YTD Actual | Projected Year-end | Current Funded Year-end | Variance | Cumulative to NDA |
|---|---|---|---|---|---|---|
| Clinical Program | 22.9 | 7.5 | 7.5 | 7.9 | .4 | 157.1 |
| CMC (PARD & SPD) | 13.0 | 2.9 | 2.9 | 2.6 | -.3 | 27.6 |
| Drug Safety | 8.7 | 3.4 | 3.4 | 2.4 | -1.0 | 18.3 |
| Other Support Costs | 0.7 | .5 | .5 | 1.5 | 1.0 | 12.2 |
| Total | 50.5 | 14.3 | 14.3 | 14.4 | .1 | 215.2 |

File NDA = 9/2003

### Clinical Study Progress

| Protocol # - Study Name | Start (1st Patient Dosed) | End (Last CRF in House) | Total R/OSS $000 | Total Target Patients | Current Enrollment |
|---|---|---|---|---|---|
| M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy | 04/00 | 04/01 | 3,000 | 320 | 267 (As of 12/31) |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

3 of 5

ABBT 0004461
HIGHLY CONFIDENTIAL

# December 2000
## ABT-594 Project Status Report

*Business Rationale*

Date: November 2000
Franchise: Neuroscience
Venture: Analgesia

ABT #: ABT-594
Trade & Generic Name: TBD, ebanicline tosylate
Mechanism of Action: Neuronal Nicotinic Receptor (NNR) Agonist

Indications: Neuropathic Pain
Chronic Pain (publication only)

### Product Profile

| Attribute | Date Defined | Probability* | Confirm Status | Share Impact |
|---|---|---|---|---|
| Not scheduled | 12/1995 | High | 1Q04 | High |
| Chronic nociceptive pain efficacy | 10/1999 | Medium | 2Q01 | High |
| Neuropathic pain claim | 6/1999 | Medium | 2Q01 | High |
| General pain claim | 12/1996 | N/A | N/A | High |
| Moderate to moderately severe pain | | | | High |
| No tolerance/dependence or withdrawal | 9/1998 | Medium | 1Q03 | High |
| Very few abnormal LFTs | 9/1998 | High | 2Q01 | High |
| Low nausea/vomiting at effective dose | 6/1999 | Medium | 2Q01 | High |
| Other safety OK | 9/1998 | Medium | 2Q01/1Q03 | High |
| No differential efficacy (nicotine users vs. non users) | 9/1998 | High | 2Q01/1Q03 | High |
| No differential side effect profile (nicotine users vs. non users) | 9/1998 | Medium | 2Q01/1Q03 | Medium |
| No minimization of cravings in ex-nicotine users | 9/1998 | N/A | N/A | Medium |
| Onset of action comparable to other therapies for chronic nociceptive pain | 6/1999 | Low | 4Q01 | Medium |
| Onset of action comparable to other therapies for neuropathic pain | 6/1999 | N/A | N/A | Medium |
| BID dosing | 6/1999 | High | 2Q01 | High |
| No major drug interactions | 12/1996 | High | 1Q03 | Medium |
| Titration of 2-5 days duration is required to minimize nausea and vomiting at effective dose | 9/1999 | Medium | 1Q20 | High |

* Probability Key:
High = 70-100%
Medium = 30-69%
Low = 0-29%

### Market Forecast

| | PPCCDDC 12/1998* | Plan as of 6/1998* | Current Revised 1/2001** |
|---|---|---|---|
| Patent Status: | | | |
| NDA Filing: | 10/2010 (est.) | 10/2016 (est.) | 10/2016 (est.) |
| | 12/1998 (acute) 6/2001 (chronic) | 12/2001 | 9/2003 |
| Ex-U.S. Filings: | Same as above – Eur N/A - Jpn | 12/2001 - Eur 12/2003 - Jpn | 9/2004 |
| Projected U.S. Launch | 12/2001 (acute) 12/2002 (chronic) | 6/2003 | 9/2004 |
| Projected ex-U.S. Launches: | Same as above – Eur N/A - Jpn | 12/2003 – Eur 9/20/2004 - Jpn | Q2 2005 ("average" launch for EU, LA, Canda) |
| | | | Q4 2005 (average launch for Japan, PAA) |
| Peak Trx Share, U.S.: | 6.6% (patients) | 5% (Rx) | 20% (Neuropathic pain) |
| | | | 5% (Persistent Chronic Pain) same as US assumptions |
| Peak Trx Share, ex-U.S.: | 5.4% (patients) | 5% (patients) | $329 |
| Peak Sales, U.S.: ($MM) | $285 | $618 | $466 |
| Peak Sales, ex-U.S.: ($MM) | $308 | $310 | $535 |
| Pre-Tax NPV @ 12.5%, ex-U.S.: ($MM) | $338 | $305 | $316 |
| After-Tax NPV @ 12.5%, U.S.: ($MM) | $412 | $613 | |
| Avg. daily dose | 50 mg | 200 mcg | 150 mcg |
| Target Drug Cost/g at Launch | $2,500 | $2,500 | $40,000 (base est.) |
| SI/MM at Launch (US) | 94.8% | 97.2% | 91.6% |
| SI/MM at Year 5 (US) | | | 92.2% |

* Forecast based on general pain target indication
** Forecast based on neuropathic pain indication and published study in chronic pain

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

4 of 6

ABBT 0004462
HIGHLY CONFIDENTIAL

December 2000
ABT-594 Project Status Report

## Project Overview

### Metrics Dates

| Description | Date |
|---|---|
| DDC Meeting | 12/1995 (DDCC) |
| Start of first GLP animal tox study | 2/1997 |
| First dose in human (beg. Phase I) | 7/1997 |
| First dose in patient (beg. Phase II) | 7/1998 |
| First dose in Phase III | 2/2002 (est.) |
| Last Patient/Last Visit | 4/2003 (est.) |
| NDA Filing | 9/2003 (est.) |
| NDA Approval | 9/2004 (est.) |
| Europe (EMEA) Filing | 9/2003 (est.) |
| Europe (EMEA) Approval | TBD |
| Japan Filing | 4/2004 (est.) |
| Japan Approval | TBD |

### PARD

| Activity | Plan 6/1999 | Current Revised 1000 | Actual |
|---|---|---|---|
| Phase I Formulation (PBI)* | 7/1997 | 7/1997 | 7/1997 |
| Clinical Supplies (PBI) for Molar Extraction | 7/1998 | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 | 10/1998 |
| Phase IIB Formulation (HSC) for Bio Study | 3/1999 | 3/1999 | 3/1999 |
| Phase III Clinical Supplies Manufactured | 9/1999 | 9/2001 | TBD |
| NDA Lots (3) Completed | 6/2000 | 5/2002 | TBD |
| Completion of 1 Year Stability for NDA | 7/2001 | 7/2003 | TBD |
| Formulation Peer Review | 10/2001 | TBD | TBD |

*Performed by IDC

### SPD

| Drug Substance Source/Lot # | KG | Plan 6/1999 | Actual Date | Plan 6/1999 Projected Cost/kg* |
|---|---|---|---|---|
| D-45L | 0.3 KG | 3/1997 | 3/1997 | $ 220,000 |
| CAPD | 5.6 KG | 3/1997 | 3/1997 | $ 175,000 |
| StCOR | 14.5 KG | 2/1996 | 2/1998 | $ 40,000 |
| StCOR/CAPD | 2.5 KG | 8/1998 | 8/1998 | $ 40,000 |
| Chemjen Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $ 29,700 |
| Chemjen Mfg. Lot | 10.0 KG | 10/1999 | Not manufactured | $ 29,700 |
| Chemjen NDA Lot #1 | 4.85 KG | 10/1999 | On Test | $ 29,700 |
| Chemjen NDA Lot #2 | 4.80 KG | 10/1999 | On Test | $ 29,700 |
| Chemjen NDA Lot #3 | 5.45 KG | 10/1999 | On Test | $ 29,700 |

*Target cost of drug substance at launch is $20,000/kg (Tosylate Salt)

### Toxicology

| Toxicology Activity | Plan Start 1999 | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 2/1997 | 9/1996 | 6/1997 |
| Acute Studies | 3/1997 | 4/1997 | 6/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 6/1997 | 8/1998 |
| 3 Month Mouse MTD | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG II | 10/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post natal development) | - | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 3/2000 |
| Carcinogenicity (2 yr.) Rat | 12/1998 | 9/1998 | Ongoing |
| Carcinogenicity (2 yr.) Mouse | 12/1998 | 11/1998 | Ongoing |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004463
HIGHLY CONFIDENTIAL

December 2000
ABT-594 Project Status Report

## Clinical Study Progress

**Protocol:** M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy

**Objective:** The objective of this study is to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy.

**ABT-594 Doses:** 150 µg, 225 µg, and 300 µg twice daily (BID)

**Comparator Doses:** Placebo

**Target Enrollment:** 320

**Target Cost:** $3 MM

**Actual Cost:** TBD

**Status:** Ongoing – 267 patients randomized as of 12/31

**Major Findings:** TBD

D477IL MPSRNov 2000ABT-594 November 2000 MPSR.doc

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0064464
HIGHLY CONFIDENTIAL

# McCarthy Deposition Exhibit 29

# D's Exhibit 584



|  | | |
|---|---|---|
| **Marilyn J Collicott /LAKE/PPRD/ABBO TT** | To | JSCHANZENBACH@rsi-nc.com@internet |
| | cc | |
| 12/14/2000 12:20 PM | bcc | |
| | Subject | Study Termination |

Hi John

We've decided to end enrollment as of 1/5/01. The attached letter (which explains our reasoning) will be fedexed out to all investigators today. You may get some phone calls tomorrow. Let me know if you have any questions. Thanks............mc


stopenroll

Confidential

ABBT233539



December 14, 2000

<name>
<address>

RE: Protocol M99-114: A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Neuropathy

Dear Dr. <name>,

We have decided to end enrollment in the above referenced study on January 5, 2001.

As specified in the protocol, 80% power would have been achieved with the randomization of 320 subjects, assuming there were no premature terminations. Our current premature termination rate, however, will result in less than 80% power even if we were to reach our enrollment goal. After reviewing possible outcomes with our statisticians, we concluded that ending enrollment prior to reaching our goal of 320 subjects will not meaningfully change our ability to interpret the results of this study. In addition, the sooner we review the data from M99-114, the sooner we may be able to move forward into Phase III.

In order to allow you to enroll any subjects that may have already been scheduled, the last date for randomization into study M99-114 will be 1/5/01. We sincerely apologize if this causes you or your staff any inconvenience.

*The Analgesia Venture thanks you for your hard work and dedication to ABT-594 and study M99-114. Your efforts have allowed us to move forward more quickly than anticipated.* If you have any questions or concerns please don't hesitate to contact me.

Sincerely,


Marilyn Collicott
Clinical Project Manager
Analgesia Venture

Confidential

ABBT233540

# McCarthy Deposition Exhibit 30

# P's Exhibit ED

January 2001
ABT-594 Project Status Report

## Monthly Highlights

- Enrollment closed for our Phase IIb Painful Diabetic Polyneuropathy trial (M99-114), with total enrollment reaching 269. The Last patient will complete the study at the end of February, and results will be available at the end of May.

| Key Progress Gauges - January Accomplishments | Target Date | Status |
|---|---|---|
| Close enrollment into M99-114 | 01/05 | Complete |
| Portfolio analysis team analyses submitted to Chris Turner | 01/15 | Complete |
| Prepare study close-out timelines | 01/22 | Complete |
| Complete preparations for February 2 Project Review with Jeff Leiden and Senior Management | 01/31 | Complete |

| February Projections | Target Date | Status |
|---|---|---|
| Project Review with Jeff Leiden and Senior Management | 02/02 | |
| 250 completed Case Books in-house for M99-114 | 02/28 | |



EXHIBIT
McCarthy /
30
9-29-06 ab

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT.

HIGHLY CONFIDENTIAL
ABBT 0000322

January 2001
ABT-594 Project Status Report

## Key Issues/Decisions/Events

| Area | Issue/Decision/Event | Progress |
|------|---------------------|----------|
| Venture | Closed enrollment on M99-114 on January 5, 2001 | • Complete |
| PARD | During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity (designated as F') was detected in the lot of bulk drug used in M99-114 clinical capsules. Given the low exposure of M99-114 patients to F' and a lack of change in acute toxicity when this impurity was present in the drug substance, Toxicology does not view the presence of this impurity as a significant risk to these patients. However, further toxicology and p/k testing of this impurity is necessary. Planned studies include Ames assay, in vitro micronucleus assay and bioavailability study | This issue has been reviewed with PARD, SPD, Toxicology, Regulatory and Venture Management. To date, the F' impurity has been detected at a level of 0.2% in the drug substance. Tentative identification including molecular structure has been made. <br><br> • Due to significant chemistry challenges, the delivery of impurity F' to PARD from SPD is delayed. New target date to be determined pending favorable results from current synthesis efforts. <br><br> • PARD Analytical will be testing the F' material to confirm identity and match to impurity found in drug substance lot. <br><br> • When testing is successfully completed, F' material will be tested for genotoxicity by Toxicology and for bioavailability by Exploratory Kinetics |
| SPD | Team has recommended implementation of the Mitsunobu chemistry change in step 4 of the synthetic process to eliminate the risk of mesylate impurity, which is potentially mutagenic. | PARD Analytical is completing analysis of lab-scale batch and intermediates to assure there are no new impurities to be found. <br><br> Plans are to manufacture a single production-scale lot in early-2001 with available raw materials, and to wait on the second and third NDA lots until after the Go / No Go decision. |
| NPD | Portfolio analysis is to be reviewed by Senior Management on January 29. <br><br> Project review presentation to Jeff Leiden scheduled for February 2. | Portfolio analysis process is complete and forecasts have been updated. **Base case forecast now reflects value of neuropathic pain indication only (publication in chronic nociceptive pain is considered upside, and a separate funding issue). Commercial presentation to Jeff Leiden complete.** |
| Toxicology | 6-month rat study finding may suggest future possible occurrence of hepatocellular neoplasms in long-term toxicology studies. | No adenomas have been found in the study. The in-life phase of the 2-year carcinogenicity study is complete and preliminary data on tumor findings should be available 1Q2001. |

HIGHLY CONFIDENTIAL
ABBT 0000323

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

**January 2001**
**ABT-594 Project Status Report**

Project Cost Summary – November

| $000's Activity | Cumulative through 2000 | YTD Actual | Projected Year-end | Current Funded Year-end | Variance | Cumulative to NDA |
|---|---|---|---|---|---|---|
| Clinical Program | 34.8 | 0.8 | 6.2 | 6.2 | .... | 150.9 |
| CMC (PARD & SPD) | 16.3 | 0.2 | 1.0 | 1.0 | .... | 26.6 |
| Drug Safety | 11.6 | 0.1 | 1.4 | 1.4 | .... | 16.9 |
| Other Support Costs | 2.1 | .... | 0.7 | 0.7 | .... | 11.5 |
| Total | 64.8 | 1.1 | 9.3 | 9.3 | .... | 205.9 |

File NDA = 9/2003

Clinical Study Progress

| Protocol # - Study Name | Start (1st Patient Dosed) | End (Last CRF In House) | Total R/OSS $000 | Total Target Patients | Current Enrollment |
|---|---|---|---|---|---|
| M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy | 04/00 | 04/01 | 3,100 | 320 | 269 (Final) |

3 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000324

# January 2001
# ABT-594 Project Status Report

## Business Rationale

Date: January 2001
Franchise: Neuroscience
Venture: Analgesia

ABT #:
Trade & Generic Name: TBD, ebanicline tosylate
Mechanism of Action: Neuronal Nicotinic Receptor (NNR) Agonist

Indications: Neuropathic Pain

### Product Profile

| Attribute | Date Defined | Probability* | Confirm Status | Share Impact |
|---|---|---|---|---|
| Not scheduled | 12/1996 | High | I004 | High |
| Chronic nociceptive pain efficacy | 10/1999 | N/A | N/A | High |
| Neuropathic pain claim | 6/1999 | Medium | 2001 | High |
| General pain claim | 12/1996 | N/A | N/A | High |
| Moderate to moderately severe pain | 9/1998 | Medium | I003 | High |
| No tolerance/dependence or withdrawal | 9/1998 | High | 2001 | High |
| Very low abnormal LFTs | 6/1999 | Medium | 2001 | High |
| Low nausea/vomiting at effective dose | 9/1998 | Medium | 2001/I003 | High |
| Other safety OK | 9/1998 | Medium | 2001/I003 | High |
| No differential efficacy (nicotine users vs. non users) | 9/1998 | High | 2001/I003 | High |
| No differential side effect profile (nicotine users vs. non users) | 9/1998 | Medium | 2001/I003 | Medium |
| No revisitation of cravings in ex-nicotine users | 9/1998 | N/A | N/A | Medium |
| Onset of action comparable to other therapies for chronic nociceptive pain | 6/1999 | N/A | N/A | Medium |
| Onset of action comparable to other therapies for neuropathic pain | 6/1999 | N/A | N/A | Medium |
| BID dosing | 6/1999 | High | 2001 | High |
| No major drug interactions | 12/1996 | High | I003 | Medium |
| Titration of 2-5 days duration is required to minimize nausea and vomiting at effective dose | 9/1999 | Medium | I000 | High |

### Market Forecast

| | PPCODOC 12/1996* | Plan as of 6/1998* | Current Revised 1/2001** |
|---|---|---|---|
| Patent Status: | 10/2010 (est.) | 10/2016 (est.) | 10/2016 (est.) |
| NDA Filing: | 12/1998 (acute) 9/2001 (chronic) | 1/2001 | 9/2003 |
| Ex-U.S. Filings: | Same as above - Eur N/A - Jpn | 12/2001 - Eur 12/2003 - Jpn | 9/2003 |
| Projected U.S. Launch: | 12/2001 (acute) 12/2002 (chronic) | 6/2003 | 9/2004 |
| Projected ex-U.S. Launches: | Same as above - Eur N/A - Jpn | 1/2002 - Eur 9/2002/2004 - Jpn | Q2 2005 ("average" launch for EU, LA, Canada) Q4 2005 (average launch for Japan, PAA) |
| Peak Tfx Share, U.S.: | 6.6% (patients) | 5% (Rx) | 20% (Neuropathic pain) 5% (Persistent Chronic Pain) |
| Peak Tfx Share, ex-U.S.: | 5.4% (patients) | 5% (patients) | same as US assumptions |
| Peak Sales, U.S.: ($MM) | $265 | $618 | $339 |
| Peak Sales, ex-U.S.: ($MM) | $308 | $310 | $363 |
| Pre-Tax NPV @ 12.5%, ex-U.S.: ($MM) | $338 | $385 | $356 |
| After-Tax NPV @ 12.5%, U.S.: ($MM) | $412 | $813 | $313 |
| Avg. daily dose | 50 mg | 200 mcg | 150 mcg |
| Target Drug Cost/kg at Launch | $2,500 | $2,500 | $40,000 (base eq.) |
| SMM at Launch (US) | 94.9% | 97.2% | 91.6% |
| SMM at Year 5 (US) | | | 92.2% |

* Probability Key:
High = 70-100%
Medium = 30-69%
Low = 0-29%

\* Forecast based on general pain target indication
\*\* Forecast based on neuropathic pain indication (diabetic polyneuropathy)

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT.

HIGHLY CONFIDENTIAL
ABBT 0000325

# January 2001
# ABT-594 Project Status Report

## Project Overview

### Metrics Dates

| Description | Date |
|---|---|
| DDC Meeting | 12/1996 (PPCC) |
| Start of first GLP animal tox study | 2/1997 |
| First dose in human (beg. Phase I) | 7/1997 |
| First dose in patient (beg Phase III) | 7/1998 |
| First dose in Phase III | 2/2002 (est.) |
| Last Patient/Last Visit | 4/2003 (est) |
| NDA Filing | 9/2003 (est) |
| NDA Approval | 9/2004 (est.) |
| Europe (EMEA) Filing | TBD |
| Europe (EMEA) Approval | TBD |
| Japan Filing | |
| Japan Approval | TBD |

### PARD

| Activity | Plan 6/1999 | Current Revised 10/00 | Actual |
|---|---|---|---|
| Phase I Formulation (PIB)* | 7/1997 | 7/1997 | 7/1997 |
| Clinical Supplies (PIB) for Molar Extraction | 7/1998 | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 | 10/1996 |
| Phase IIb / Formulation (HGC) for Bio Study | 3/1999 | 3/1999 | 3/1999 |
| Phase III Clinical Supplies Manufactured | 9/1999 | 9/2001 | TBD |
| NDA Lots (3) Completed | 6/2000 | 5/2002 | TBD |
| Completion of 1 Year Stability for NDA | 7/2001 | 7/2003 | TBD |
| Formulation Peer Review | 10/2001 | TBD | TBD |

* Performed by IDC

### Toxicology

| Toxicology Activity | Plan Start 1999 | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 2/1997 | 9/1996 | 8/1997 |
| Acute Studies | 3/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 6/1997 | 8/1998 |
| 3 Month Mouse MTD | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG II | 10/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post natal development) | - | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 3/2000 |
| Carcinogenicity (2 yr.) Rat | 12/1998 | 9/1998 | Ongoing |
| Carcinogenicity (2 yr.) Mouse | 12/1998 | 11/1998 | Ongoing |

### SPD

| Drug Substance Source/Lot # | KG | Plan 5/1999 | Actual Date Received | Plan 5/1999 Projected Cost/kg* |
|---|---|---|---|---|
| D-45L | 0.3 KG | 3/1997 | 3/1997 | $200,000 |
| CAPD | 5.6 KG | 7/1997 | 7/1997 | $175,000 |
| SICOR | 14.9 KG | 2/1998 | 2/1998 | $40,000 |
| SICOR/CAPD | 2.5 KG | 8/1998 | 8/1998 | $40,000 |
| Chemsyn Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $29,700 |
| Chemsyn Mfg. Lot | 10.0 KG | 10/1999 | Not manufactured | $29,700 |
| Chemsyn NDA Lot #1 | 4.95 KG | 10/1999 | 2/2001** | $29,700 |
| Chemsyn NDA Lot #2 | 4.80 KG | 10/1999 | 2/2001** | $29,700 |
| Chemsyn NDA Lot #3 | 5.45 KG | 10/1999 | 2/2001** | $29,700 |

* Target cost of drug substance at launch is $20,000/kg (Toylate Salt)
** Bulk manufactured 1/2000, but delivery delayed due to Mesylate testing & QA release

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000328

**January 2001**
**ABT-594 Project Status Report**

## Clinical Study Progress

**Protocol:** M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy

**Objective:** The objective of this study is to compare the safety and analgesic efficacy of 150 μg, 225 μg, and 300 μg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy.

**ABT-594 Doses:** 150 μg, 225 μg, and 300 μg twice daily (BID)

**Comparator Doses:** Placebo

**Target Enrollment:** 320

**Target Cost:** $3 MM

**Actual Cost:** TBD

**Status:** Enrollment Complete – 269 patients randomized

**Major Findings:** TBD

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000327

**McCarthy Deposition Exhibit 37**

**P's Exhibit EL**

**Part 1**



HIGHLY
CONFIDENTIAL



HIGHLY
CONFIDENTIAL

ABBT 0002315

Neuronal Nicotinic Receptor (NNR) Program

- Scientific leadership position for Abbott
- An emerging diversity of receptors
- Multiple potential therapeutic targets

HIGHLY CONFIDENTIAL

ABBT 0002316

REDACTED

ABT-089

HIGHLY
CONFIDENTIAL

ABBT 0002317



REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002318

# ABT-594

## *Overview*

o  First-in-class

o  Analgesic potential demonstrated at 75 mcg BID

o  Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID

o  Full efficacy not determined

o  MTD is 300 mcg BID

o  Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing

o  Global sales: $700 MM

HIGHLY
CONFIDENTIAL

ABBT 0002319



HIGHLY
CONFIDENTIAL

ABBT 0002320

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002321

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002322

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002323

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 000:324

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002325

REDACTED

HIGHLY
CONFIDENTIAL          ABB'T 0002326

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002327

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002328

REDACTED

HIGHLY
CONFIDENTIAL        ABBT 0002329

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002330

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002331

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002332

REDACTED

HIGHLY
CONFIDENTIAL      ABBT 0002333

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002334

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002335

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002336

REDACTED

HIGHLY
CONFIDENTIAL        ABBT 0002337

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002338

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002339

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002340

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002341

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002342

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002343

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002344

REDACTED

HIGHLY
CONFIDENTIAL      ABBT 0002345

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002346

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002347

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002348

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002349

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002350

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002351

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002352

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002353

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002354

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002355

REDACTED

HIGHLY
CONFIDENTIAL      ABBT 0002356

REDACTED

HIGHLY.
CONFIDENTIAL     ABBT 0002357

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002358



# ABT-594 Project Review
## February 2, 2001

## Introduction

## Chris Silber

HIGHLY
CONFIDENTIAL          ABBT 0002359

# ABT-594 Project Review

### Agenda

○ Introduction — Chris Silber

○ Pharmacological Profile — Jim Sullivan

○ Clinical Overview — Bruce McCarthy

○ Commercial Assessment — Andrea Landsberg

○ Go/No Go Process — Bruce McCarthy

○ Follow-On Strategy — Mike Meyer

HIGHLY CONFIDENTIAL    ABBT 0002360



## ABT-594

### Overview

- First-in-class
- Analgesic potential demonstrated at 75 mcg BID
- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID
- Full efficacy not determined
- MTD is 300 mcg BID
- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing
- Global sales: $700 MM

HIGHLY CONFIDENTIAL

ABBT 0002361

**McCarthy Deposition Exhibit 37**

**P's Exhibit EL**

**Part 2**



## Pain Prevalence

- 22% primary care patients worldwide have persistent pain

- Neuropathic pain
  - 20% of diabetics
  - 40% of HIV infected
  - 36% of cancer patients

HIGHLY CONFIDENTIAL     ABBT 0002362

## Pain Therapeutics Market

- $12 billion in sales of key classes (NSAIDs, COX-2s, opioids, non-opioids)

- $700 million in sales of key neuropathic pain compounds
  - use largely off-label
  - low cost generics

HIGHLY CONFIDENTIAL

ABBT 0002363



# Neuropathic Pain

## *Treatment*

### Some efficacy
### (at best 40% vs. 20% placebo)

- Tricyclic antidepressants
  - Amitriptyline, desipramine, etc.
- Anti-epileptic drugs
  - Carbamazepine
  - Gabapentin (Pregabalin)
  - Topiramate, others
- Sodium channel blockers
  - Lidocaine
- Opioids
  - Tramadol

### No efficacy

- SSRIs
- NSAIDs/COX-2

HIGHLY
CONFIDENTIAL          ABBT 0002364

Broad-Spectrum, Non-Opioid Analgesic Activity
by Selective Modulation of Neuronal Nicotinic
Acetylcholine Receptors

A.W. Bannon, M. W. Decker, M. W. Holladay, P. Curzon,
D. Donnelly-Roberts, P. S. Puttfarcken, R. S. Bitner, A. Diaz,
A. H. Dickenson, R. D. Porsolt, M. Williams, S. P. Arneric

SCIENCE • VOL. 279 • 2 JANUARY 1998

HIGHLY
CONFIDENTIAL        ABBT 0002365

# Development Strategy

## Acute

Post-dental surgery
Sprains and strains
Acute back pain
Trauma
Post-general surgery
Post-orthopedic
surgery
Dysmenorrhea
Renal colic
Biliary colic
Pancreatitis
Infections

## Neuropathic

Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug-induced polyneuropathy
HIV predominantly sensory
neuropathy
Back pain
Cancer pain
Trigeminal neuralgia
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
Complex regional pain
syndromes (I, II)
Atypical facial pain
Phantom limb pain

## Chronic Nociceptive

Osteoarthritis
Chronic back pain
Rheumatoid arthritis
Cancer pain
Fibromyalgia
Sickle cell disease
TMJ disorder
Bursitis
Tendinitis
Chronic visceral pain

HIGHLY
CONFIDENTIAL        ABBT 0002386

HIGHLY
CONFIDENTIAL    ABBT 0002367

# ABT-594

## Current Label Target

ABT-594 is indicated for the treatment of diabetic neuropathic pain.

### Upside Claim

- Neuropathic Pain
- Post herpetic neuralgia
- OA Pain
- Chronic Pain
- Cancer Pain

### General Pain Claim

- Not viable due to 1.5 hour onset

HIGHLY CONFIDENTIAL

ABBT 0002368



HIGHLY
CONFIDENTIAL

ABBT 0002369

# ABT-594
## Phase III Clinical Plan

| | U.S. | Europe | Japan |
|---|---|---|---|
| Diabetic neuropathy | 2 (n=1200) | 2 (n=1200) | 1 (n=300) |
| Long-term safety | 1 (n=500) | 1 (n=500) | |
| Gabapentin comparator | | 1 (n=320) | |
| Other neuropathic pain (Phase 3B) post herpetic neuralgia, sciatica | 2 (n=600) | | |

| | Q1 | Q2 | Q3 | Total |
|---|---|---|---|---|
| Cost ($ million) | 6.1 | 59.6 | 55.7 | 121.4 |

HIGHLY
CONFIDENTIAL     ABBT 0002370



## ABT-594

*Phase 2 to 3 Transition*

| | |
|---|---|
| Milestone review | 6/01 |
| End of Phase 2 package/request | 9/01 |
| Start manufacture Phase 3 supplies | 9/01 |
| Ship first Phase 3 supplies | 2/02 |
| Initiate Phase 3 | 3/02 |
| Regulatory filings | 9/03 |

HIGHLY
CONFIDENTIAL    ABBT 0002371



## ABT-594

### Overview

- First-in-class

- Analgesic potential demonstrated at 75 mcg BID

- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID

- Full efficacy not determined

- MTD is 300 mcg BID

- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing

- Global sales: $700 MM

HIGHLY
CONFIDENTIAL          ABBT 0002372



ABT-594 Project Review
February 2, 2001

Pharmacological Profile

Jim Sullivan

HIGHLY
CONFIDENTIAL          ABBT 0002373



HIGHLY
CONFIDENTIAL     ABBT 0002374



## NNRs and Pain:
## NNRs are Expressed in Pain Pathways

- CNS
  - α4 NNRs are localized in NRM and dorsal raphe (Key CNS pain center)

- Spinal Cord
  - NNRs are expressed in dorsal horn neurons (key spinal cord pain processing center)

- Sensory Neurons
  - α4β2, α3β4, α7 NNRs are expressed in DRG and on central and peripheral C-fiber nociceptors

HIGHLY
CONFIDENTIAL        ABBT 0002375



NNRs for Pain: Role of α4 and β2 NNRs Established Using Knockout Mice

• In either α4-/- or β2-/- mice, neither nicotine nor epibatidine was active in the hot plate assay (supraspinal mechanism)

Marubio, et al. Nature 1999 398, 805-810.



# NNRs for Pain:
## Target Validation Using α4 Antisense

*α4 Antisense Treatment Attenuates Antinociception in the Hot Box Model of Acute Thermal Pain*

Bitner, et. al, *Brain Res.* 871: 66, 2000

- Rats received either a saline, missense, or antisense continuous i.c.v. infusion (0.75 nmol/hr) for 7 days

- Rats were evaluated in a crossover design in the hot box model of acute thermal pain

HIGHLY
CONFIDENTIAL

ABBT 0002377

# Target Validation:
# NNR Agonists Are Analgesic

- NNR agonists are –
  - Antinociceptive (capable of raising nociceptive thresholds in naïve animals)
  - Antihyperalgesic (capable of reversing the reduction in nociceptive thresholds following injury)

- Epibatidine (key discovery)
  - 200x more potent than morphine
  - Non-opioid
  - Potent NNR agonist
  - BUT highly toxic

Badio and Daly, *Mol. Pharmacol.* 45: 563, 1994.

HIGHLY CONFIDENTIAL

ABBT 0002378

NNRs and Pain: ABT-594

*Goal*

ABT-594

- Maintain broad spectrum analgesic efficacy of epibatidine
  - Maintain potency at $\alpha 4$ containing NNRs
- Decrease side-effect liabilities by decreasing activity at
  - Neuromuscular junction nicotinic receptors ($\alpha 1 \beta \delta \gamma$)
  - Ganglionic NNR subtypes ($\alpha 3 \beta 4$, $\alpha 3 \alpha 5 \beta 2 \beta 4$)

HIGHLY CONFIDENTIAL    ABBT 0002379

# ABT-594 is a More Selective NNR than Epibatidine in Radioligand Binding Studies

| Binding Site (Ki; nM) | Epibatidine | ABT-594 |
|---|---|---|
| Cytisine Binding Site (α4β2) | 0.042 | 0.037 |
| BTX Binding Site (Peripheral) (α1) | 2.4 | 16,600 |

ABT-594

- ABT-594 retains potency of epibatidine at the α4β2 binding site

- ABT-594 is > 5000-fold less potent than epibatidine at the peripheral neuromuscular junction nicotinic receptor

HIGHLY CONFIDENTIAL    ABBT 0002380



# In Vitro Functional Profiles of ABT-594 and Epibatidine

## Functional Activity

∘ Rank order of potency

– ABT-594: α4β4 ~ α4β2 > α3β4

– Epibatidine: α4β4 ~ α3β4 ~ α4β2

∘ ABT-594 displays modest α4 vs α3β4 selectivity

– Compounds with greatly improved selectivity have been identified

HIGHLY CONFIDENTIAL

ABBT 0002381



# ABT-594: In Vivo Efficacy in Models of Acute Thermal Pain

- ABT-594 is potent and efficacious in the Hargreaves Hot Box model of thermal nociception

- Onset of Efficacy = < 30 min

- Duration of efficacy ~ 2 hrs

- The effects of ABT-594 are blocked by the nicotinic antagonist mecamylamine, but not by the opioid antagonist naloxone

Rat Hot Box Model of Acute Thermal Pain

* p < 0.05 vs. Saline Control

ABT-594
Morphine (Opioid)
Nimesulide (NSAID)

Latency Change from Saline Control (Seconds)

Dose (µmol/kg)

HIGHLY CONFIDENTIAL        ABBT 0002382



# ABT-594: In Vivo Efficacy in Models of Persistent Pain

- ABT-594 exhibits comparable efficacy and 50-fold greater potency than morphine in Phase II of the formalin model of persistent chemical pain

- ABT-594 is active upon both i.p. and oral administration

**Rat Formalin Model of Persistent Pain**

Saline Responding

Flinches

60 50 40 30 20 10 0

Dose (mmol/kg i.P.)

0.01  0.1  1  10  100

- ABT-594
- Morphine
- Nimesulide

HIGHLY CONFIDENTIAL

ABBT 0002383



HIGHLY
CONFIDENTIAL

ABBT 0002384

# ABT-594: Efficacy vs. Other Analgesics

| | Inflammatory Pain (Formalin Model) | Neuropathic Pain (Chung Model) | Acute Nociceptive Pain (Hot Box) |
|---|---|---|---|
| ABT-594 | +++ (0.08 umol/kg) | +++ (0.1 umol/kg) | +++ (0.03 umol/kg) |
| Celecoxib | ++ (30 umol/kg) | + (30 umol/kg) | 0 |
| Morphine | +++ (3 umol/kg) | +++ (10 umol/kg) | ++ (3 umol/kg) |

+++ is >75% efficacy; ++ is 40-75% efficacy; + is <40% efficacy; 0 is no activity.

HIGHLY CONFIDENTIAL     ABBT 0002385

# How do NNR Agonists Produce Analgesia?

○ Mouse knockouts support role of $\alpha4$ and $\beta2$
  – Key differences between pain type

○ Role for $\alpha4$ subtype in acute thermal pain (activation of descending inhibitory pathways)
  – Antisense studies
  – Site injection studies
  – Antagonist studies

○ In more physiological relevant models of persistent and neuropathic pain, both central and peripheral sites of action are implicated

HIGHLY
CONFIDENTIAL          ABBT 0002386

# ABT-594: Preclinical Assessment of Side Effect Liabilities

- Emesis
  - Emesis observed in monkey at 9x efficacious plasma levels
  - Emesis observed in dogs at efficacious plasma levels
  - Ferret model developed in response to early clinical data
    - Correlation established between activity at α3β4 NNRs and emesis

- CV
  - No effects on hemodynamics at 30X efficacious plasma levels

- Dizziness: no validated preclinical models exist
  - Effects on balance, coordination and muscle strength (Edge Test) observed following acute but not repeated dosing

- ABT-594 displays a reduced propensity for morphine-like side effects of:
  - Constipation
  - Respiratory Depression
  - Sedation

HIGHLY CONFIDENTIAL     ABBT 0002387

# ABT-594: Summary of Preclinical Findings

o ABT-594 is effective across a broad range of preclinical models of acute, persistent and neuropathic pain

o ABT-594 retains efficacy upon repeated dosing

o The antinociceptive properties of ABT-594 are modulated via activation of NNRs and not via opioid receptors

o Preclinical studies suggest that ABT-594 will not exhibit morphine-like side effects of:
  − Constipation
  − Respiratory depression
  − Sedation

o Preclinical studies suggest that ABT-594 will have an improved side-effect profile relative to nicotine

HIGHLY CONFIDENTIAL    ABBT 0002388



HIGHLY
CONFIDENTIAL        ABBT 0002389

# ABT-594

## *Take Home Messages*

1. Significant unmet needs in pain management

2. Prior studies: *potential* of ABT-594 to address these unmet needs

3. Ongoing study: test the *hypothesis* that ABT-594 addresses unmet need in neuropathic pain

   - A proposed study would do the same for chronic nociceptive pain

4. There is a process by which we will determine if ABT-594 can satisfy the unmet need

HIGHLY CONFIDENTIAL

ABBT 0002390



HIGHLY
CONFIDENTIAL

ABBT 0002391



HIGHLY
CONFIDENTIAL

ABBT 0002392



# Classification of Pain

## Pain Categories

### Nociceptive

**Acute**
Post-dental & post-surgical Pain
Trauma
Pancreatitis
Infections

**Chronic**
Osteoarthritis
Rheumatoid arthritis
Fibromyalgia
Chronic visceral pain

Dysmenorrhea
Renal/biliary colic
Infections
Tendonitis
Bursitis
TMJ disorder
Sickle cell disease
Cancer pain
Rheumatoid arthritis
Back pain

### Neuropathic

**Acute**
Compression neuropathy

**Chronic**
Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug induced polyneuropathy
HIV predominantly sensory
   neuropathy
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
CRPS type I and II
Atypical facial pain
Phantom limb pain

Cancer pain
Back pain

HIGHLY
CONFIDENTIAL          ABBT 0002393



HIGHLY
CONFIDENTIAL          ABBT 0002384



HIGHLY
CONFIDENTIAL    ABBT 0002395

# Nociceptive Pain

## Treatment Adverse Events

| Event | Ultram[1] 50-100 mg | OxyContin[2] | OxyContin Osteoarthritis 20 mg q12 |
|---|---|---|---|
| Somnolence | N/A | 23 % | 27% |
| | 31% | 13 % | 20% |
| Dizziness | 34% | 23 % | 41% |
| Nausea | 13% | 12 % | 23 % |
| Vomiting | 23% | 23 % | 22% |
| Constipation | N/A | N/A | 18% |
| Pruritis | | | |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] "Clinical trials" (label)
N/A - Not Available

HIGHLY CONFIDENTIAL

ABBT 0002396

# Neuropathic Pain

## *Overview*

- Characteristic symptoms
  - Spontaneous: dysesthesia, shooting pains
  - Evoked: allodynia, hyperpathia
- Pathophysiology
  - Associated with peripheral nerve injury
  - Abnormalities develop over time in the PNS and CNS
- Treatment
  - Tricyclic and other "antidepressants"
  - Antiepileptic drugs
  - Sodium channel blockers (lidocaine)
  - Opioids
  - All minimally effective

HIGHLY CONFIDENTIAL

ABBT 0002397



HIGHLY
CONFIDENTIAL

ABBT 0002398



HIGHLY
CONFIDENTIAL    ABBT 0002399



HIGHLY
CONFIDENTIAL    ABBT 0002400



HIGHLY
CONFIDENTIAL    ABBT 0002401

# ABT-594

## Spectrum of Activity: Where to Start?

### Acute

Post-dental surgery
Sprains and strains
Acute back pain
Trauma
Post-general surgery
Post-orthopedic surgery
Dysmenorrhea
Renal colic
Bilary colic
Pancreatitis
Infections

### Neuropathic

Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug-induced polyneuropathy
HIV predominantly sensory
    neuropathy
Back pain
Cancer pain
Trigeminal neuralgia
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
Complex regional pain syndromes
    (I, II)
Atypical facial pain
Phantom limb pain

### Chronic Nociceptive

Osteoarthritis
Chronic back pain
Rheumatoid arthritis
Cancer pain
Fibromyalgia
Sickle cell disease
TMJ disorder
Bursitis
Tennitis
Chronic visceral pain

HIGHLY
CONFIDENTIAL

ABBT 0002402



HIGHLY
CONFIDENTIAL     ABT 0002403

# ABT-594

*Initial Profile*

- ○ **Preclinical promise**
  - Efficacy for all types of pain
  - Challenges
- ○ **Current characteristics**
  - Analgesic potential demonstrated in molar extraction, neuropathic pain and osteoarthritis
  - Onset ($T_{max}$; tolerability) appears to exclude rapid relief of pain ("acute pain")

HIGHLY
CONFIDENTIAL          ABBT 0002404



HIGHLY
CONFIDENTIAL

ABBT 0002405

# ABT-594

## Clinical development

- Current pain management
- Development strategy: bench to bedside
- Clinical trial results

HIGHLY CONFIDENTIAL    ABBT 0002406

## ABT-594

*Pharmacokinetics and Metabolism*

- Half-life ($t_{1/2}$): about 8–12 hours
- Dose proportional kinetics
- AUC, $C_{max}$ similar across formulations (solution, SEC, HGC)
- AUC, $C_{max}$ similar with/without food
- $T_{max}$ varies somewhat with formulation, food
- No clinically significant effects on cytochrome P450 isoforms
- Elimination primarily through renal excretion, about 50% unchanged drug recovered in urine

HIGHLY CONFIDENTIAL

ABBT 0002407

# ABT-594

## ABT-594's analgesic potential demonstrated in:

### Molar Extraction

### Neuropathic Pain

### Osteoarthritis

HIGHLY
CONFIDENTIAL        ABBT 0002408



# Molar Extraction Study

## *Design*

- 290 patients, randomized, double-blind, placebo-controlled, single dose

  Screen  Surgery
  |————//————↓——xx——  n=290
  Day –14

  | n=50 | ABT-594 100 mcg |
  | n=46 | ABT-594 75 mcg |
  | n=50 | ABT-594 50 mcg |
  | n=46 | ABT-594 25 mcg |
  | n=48 | Ibuprofen 400 mg |
  | n=50 | Placebo |

  Single dose

- Third molar extraction
- Outcome measures:
  Pain relief (PR)
  Categorical scale:   0      1        2        3         4
                      none  a little  some   a lot  complete

- Power: 70% to detect an effect similar to acetaminophen plus codeine
- Solution

HIGHLY
CONFIDENTIAL                ABBT 0002409



# Molar Extraction Study

## Outcomes Measures

**Pain Relief (PR)**
- Categorical scale:

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| none | a little | some | a lot | complete |

**Total Pain Associated Relief (TOTPAR)**
- Area under the curve for PR (0-6 hours)

**Pain Intensity (PI)**
- Categorical scale:

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| none | mild | moderate | severe |

- Visual Analog Scale

no pain ————————————————— worst pain

**Stop Watch Model**
- Time to "perceptible" and "meaningful" relief

**Time To Rescue Medication**

**Patient Global**
- Rate medication:

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| poor | fair | good | excellent |

HIGHLY
CONFIDENTIAL      ABBT 0002410



## ABT-594 100 mcg is Significantly Better Than Placebo Starting 1.5 Hours After Dosing

Mean Pain Relief Score

Time (Hours)

**Treatment**
Placebo
ABT-594 100 mcg x 1
Ibuprofen 400 mg x 1
Oxicontin 20 mg x 1 [Adjusted]

Cn-Ipex-025 Trial
Adjusted for the placebo

*p < 0.05 for treatment vs. placebo
Maximum possible pain relief score is 4

HIGHLY
CONFIDENTIAL        ABBT 0002411

**McCarthy Deposition Exhibit 37**

**P's Exhibit EL**

**Part 3**



HIGHLY
CONFIDENTIAL

ABBT 0002412



# Neuropathic Pain Pilot

## Outcome Measures

○ **Pain Intensity (PI)**

– Categorical Scale:

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| none | mild | moderate | severe |

no pain ———————————— worst possible

– Visual Analog Scale:
(0-100 mm)

○ **Neuropathic Pain Scale (NPS)**

– 10 items (e.g., sharp, hot, intense), for total 0-100 points

Please use the scale below to tell us how sharp your pain feels. Words used to describe "sharp" feelings include "like a knife," "like a spike," "jabbing" or "like jolts"

| not sharp | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most sharp sensation imaginable ("like a knife") |

○ **Patient Global (PG)**

– Rate Medication:

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| poor | fair | good | excellent |

HIGHLY CONFIDENTIAL          ABBT 0002413



ABT-594 75 mcg BID Does Not Reduce Daily Pain Score Compared to Placebo In Neuropathic Pain

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 25% |
| ABT-594 25 mcg BID | ↓ 14% |
| ABT-594 75 mcg BID | ↓ 28% |

Change from Baseline (Categorical)

Week

Maximum possible decrease for 75 mcg BID was 2.5

HIGHLY CONFIDENTIAL

ABBT 0002414



ABT-594 75 mcg BID Reduces the NPS More Than Placebo

NPS Score Change from Baseline

Week

Treatment

- Placebo — ↓ 21%
- ABT-594 25 mcg BID — ↓ 19%
- ABT-594 75 mcg BID — ↓ 36%

Change: Baseline to Final

Maximum possible decrease for 75 mcg BID was 59

HIGHLY CONFIDENTIAL    ABBT 0002415



ABT-594 75 mcg BID Reduces Daily Pain Score More Than Placebo in Diabetic Polyneuropathy

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo (n=24) | ↓ 25% |
| ABT-594 25 mcg BID (n=18) | ↓ 22% |
| ABT-594 75 mcg BID (n=17) | ↓ 38% |

Maximum possible decrease for 75 mcg BID was 2.6

Rate-based, ITT
LOCF
033

HIGHLY CONFIDENTIAL          ABBT 0002416



ABT-594 75 mcg BID Significantly Reduces NPS Compared to Placebo in Diabetic Polyneuropathy

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo (n=24) | ↓ 15% |
| ABT-594 25 mcg BID (n=18) | ↓ 19% |
| ABT-594 75 mcg BID (n=17) | ↓ 42% |

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 52

HIGHLY CONFIDENTIAL

ABBT 0002417



HIGHLY
CONFIDENTIAL          ABBT 0002418



HIGHLY
CONFIDENTIAL

ABBT 0002419



# Osteoarthritis Pain Pilot Study

## Outcome Measures

° **Pain Intensity (PI)**
  – Categorical Scale:

  | 0 | 1 | 2 | 3 |
  |---|---|---|---|
  | none | mild | moderate | severe |

  – Visual Analog Scale (VAS):

  no pain |————————| worst possible

° **WOMAC**
  – Pain (0-500)
  – Stiffness (0-200)  } Total (0-2400)
  – Function (0-1700)

° **Patient Global**
  – Rate Medication:

  | 1 | 2 | 3 | 4 |
  |---|---|---|---|
  | poor | fair | good | excellent |

HIGHLY
CONFIDENTIAL

ABBT 0002420

# Osteoarthritis Pain Pilot Study

## WOMAC

### Pain

How much pain do you have...
 – Walking on a flat surface?
 – Going up or down stairs

|no pain —————————— extreme pain|

### Stiffness

How severe is your stiffness...
 – After sitting, lying, or resting later in the day?

|no stiffness —————————— extreme stiffness|

### Function

What degree of difficulty do you have...
 – Descending stairs?
 – Rising from bed?

|no difficulty —————————— extreme difficulty|

HIGHLY
CONFIDENTIAL          ABBT 0002421



ABT-594 75 mcg BID Does Not Reduce Daily Pain Score Compared To Placebo in Osteoarthritis

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 21% |
| Ibuprofen 400 mg TID | ↓ 26% |
| ABT-594 25 mcg BID | ↓ 17% |
| ABT-594 50 mcg BID | ↓ 26% |
| ABT-594 75 mcg BID | ↓ 23% |

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 2.2

HIGHLY CONFIDENTIAL        ABBT 0002422



ABT-594 75 mcg BID Reduces the WOMAC Pain Subscale More Than Placebo in Osteoarthritis

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 19% |
| Ibuprofen 400 mg TID | ↓ 33% |
| ABT-594 25 mcg BID | ↓ 24% |
| ABT-594 50 mcg BID | ↓ 34% |
| ABT-594 75 mcg BID | ↓ 30% |

Based on 5-item (0-500 points)

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 305

HIGHLY
CONFIDENTIAL

ABBT 0002423



HIGHLY
CONFIDENTIAL

ABBT 0002424

# ABT-594

## *Phase II a Efficacy Conclusions*

- Analgesic Potential Demonstrated
  - Molar Extraction
    - Significance vs. placebo starting at 1.5 hours
  - Neuropathic Pain
    - 75 mcg BID may be lowest effective dose for patients with painful diabetic polyneuropathy
  - Osteoarthritis Pain
    - 75 mcg BID may be lowest effective dose as judged by the WOMAC pain sub-score

HIGHLY
CONFIDENTIAL          ABBT 0002426



HIGHLY
CONFIDENTIAL          ABBT 0002426

# Adverse Event Rates for Select Analgesics

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594[2] 75 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% | 0% |
| Somnolence | 66% | 52% | 23% | 24% | 6% |
| Dizziness | 20% | 20% | 20% | 22% | 7% |
| Nausea | N/A | 7% | 8% | N/A | 15% |
| Vomiting | N/A | N/A | N/A | N/A | 3% |
| Peripheral edema | N/A | N/A | N/A | 7% | 1% |
| Constipation | 14% | N/A | N/A | N/A | N/A |
| Dry mouth | 89% | N/A | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A | N/A |

[1] Max, 1987 (n=29)
[2] M98-826 and M98-833 combined
N/A - Not Available

HIGHLY CONFIDENTIAL

ABBT 0002427

# Adverse Event Rates for Select Analgesics

| Event | Ultram[1] 50-100 mg q4-6h | OxyContin[2] | OxyContin Osteoarthritis 20 mg q12h | ABT-594[3] 75 mcg BID |
|---|---|---|---|---|
| Somnolence | N/A | 23 % | 27% | 0% |
| Dizziness | 31% | 18 % | 20% | 7% |
| Nausea | 34% | 23 % | 44% | 15% |
| Vomiting | 15% | 12 % | 23% | 5% |
| Constipation | 36% | 22 % | 32% | 1% |
| Dry mouth | N/A | N/A | N/A | 4% |
| Pruritis | N/A | N/A | 16% | N/A |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] "Clinical trials" (label)
[3] M98-826 and M98-833 combined
N/A - Not Available

HIGHLY CONFIDENTIAL

ABBT 0002428



# ABT-594

## Phase IIa Conclusions

- Analgesic potential demonstrated

- Phase IIa studies included inadequate dose ranging
  - SEC tolerated better than predicted by solution
  - 75 mcg BID (HGC) very well tolerated vs. other analgesics
  - Two Phase I studies (M99-076 and M99-120) showed:
    - 300 mcg BID HGC tolerated
    - Titration may improve tolerability

- Full analgesic potential should be defined with adequate dose ranging studies in Phase IIb

HIGHLY CONFIDENTIAL

ABBT 0002429



HIGHLY
CONFIDENTIAL

ABBT 0002430



# M99-114: Neuropathic Pain

## Design

- 320 patients, randomized, double-blind, placebo-controlled, multiple dose

| | | | |
|---|---|---|---|
| n = 80 | ABT-594 | 300 mcg BID |
| n = 80 | ABT-594 | 225 mcg BID |
| n = 80 | ABT-594 | 150 mcg BID |
| n = 80 | Placebo | |

Screen   Washout   Baseline

Day –22      –7      –7

7 weeks

- Diabetic polyneuropathy
- 7-Day primer phase; treatment visits at 2, 3, 5 and 7 weeks
- Power: 80% with 0.05 Type I to detect 39% ABT-594 improvement, 25% placebo (ES 0.46)
- Hard Gelatin Capsule

HIGHLY CONFIDENTIAL        ABBT 0002431



# M99-114: Neuropathic Pain

## *Outcome Measures*

- Primary
  - Weekly average of daily pain (11-point Likert in a diary)

- Secondary
  - Site-based pain scale (11-point Likert)
  - Neuropathic Pain Scale
  - Patient Global Impression of Change
  - Physician Global Impression of Change
  - SF-36

HIGHLY
CONFIDENTIAL     ABBT 0002432



# M99-114 Status

- Enrollment
  - Ended 1/5/01 at 269 subjects
  - Pre-specified power not reached
  - Width of confidence intervals not meaningfully different between 269 and 320 enrolled
- Database release – 5/01
- Go/No Go – 6/01

HIGHLY
CONFIDENTIAL

ABBT 0002433



# ABT-594

## Take Home Messages

1. Significant unmet needs in pain management

2. Prior studies: *potential* of ABT-594 to address these unmet needs

3. Ongoing study: *test the hypothesis* that ABT-594 addresses unmet need in neuropathic pain
   - A proposed study would do the same for chronic nociceptive pain

4. There is a process by which we will determine if ABT-594 can satisfy the unmet need

HIGHLY CONFIDENTIAL          ABBT 0002434



HIGHLY
CONFIDENTIAL

ABBT 0002435

# ABT-594 Commercial Assessment: Key Take Aways

- Neuropathic pain market is the primary target
  - Underserved market with significant unmet need
  - ABT-594 has potential to be first novel drug in decades indicated for neuropathic pain

- Additional opportunity in "chronic persistent pain" market

- Key challenge is achieving optimal balance of tolerability and efficacy to satisfy both US and ex-US markets

HIGHLY
CONFIDENTIAL

ABBT 0002436



## Neuropathic Pain Market Sales

| | 2000 US Sales ($MM) | 2000 ex-US Sales |
|---|---|---|
| AEDs | $299 | $190 |
| TCAs | $3 | $45 |
| OPIOIDS | $37 | NA |
| OTHERS | $85 | $45 |
| TOTAL | $424 | $280 |

US Sales factored for neuropathic pain and annualized
Vs Prior Year:  US Growth est 20%, ex-US growth est 10%

HIGHLY CONFIDENTIAL        ABBT 0002437



Drug Classes Used to Treat Neuropathic Pain

Dispersed market due to limited promotion and lack of dominant effective product

SEIZURE DISORDERS
ANTIARTHRTCS SYS PLN
COX-2 INHIBITORS
CODEINE & COMB NON-INJ
CORTICOIDS PLAIN INJ
ANTIDEP TRI/TETRA
PTY ANALGESICS
PYRIDOXINE (VIT B6)
SYN NON-NARC NON-INJ
MUSC RLX W/O ANALG
CORTICOIDS PLAIN ORAL
PROPOXYPHENES
ANESTH INJECT LOCAL
ASPIRIN,APC,ETC
SSRIS/SNRI'S
ACETAMINOPHEN
BENZODIAZEPINES

Drug Uses Data (not Rx or $'s)

HIGHLY
CONFIDENTIAL

ABBT 0002438

## Use in Neuropathic Pain

○ Even if target only focused' indication in 'painful, diabetic neuropathy' expect trial and usage in all types of neuropathic pain

— Neurontin use all off-label

— Carbamazepine is indicated for trigeminal neuralgia but used in all neuropathic pain

— Generally held premise that NP likely has some similar mechanisms across etiologies (reinforced by current drug usage)

**HIGHLY CONFIDENTIAL**

ABBT 0002439

**McCarthy Deposition Exhibit 37**

**P's Exhibit EL**

**Part 4**

# Market Opportunities in Neuropathic Pain

- Improved efficacy
  - Partial pain relief is the norm
  - Polypharmacy often required to manage pain
- Improved responder rates
  - Typically only 40% to 60% of patients respond to any given treatment
- Improved tolerability over time
  - TCAs, AEDs, opioids have troublesome SEs that do not diminish over time
- Dose reduction
  - Most TCAs and AEDs (including Neurontin) typically dosed TID
- Titration reduction
  - TCAs and AEDs require >2 weeks titration period to minimize SEs or reach effective dose

HIGHLY
CONFIDENTIAL

ABBT 0002440

# Chronic Persistent Pain (CPP)
## "Spillover"

○ Onset of action and need for titration limits ABT-594 to a small segment of the nociceptive pain market

○ CPP = Chronic persistent pain conditions for which patients are on daily medications, over extended periods of time (vs. PRN, or 'as needed' consumption)

HIGHLY CONFIDENTIAL

ABBT 0002441



HIGHLY
CONFIDENTIAL

ABBT 0002442

# Chronic Persistent Pain Market

| | 1999 Sales ($MM) | CAGR (97-99) | Rxs (MM) | CAGR (97-99) |
|---|---|---|---|---|
| US | $700 | 5% | 35 | 1% |
| Ex-US | $680 | 3% | 58 | 3% |

CPP Market Size Assumptions:
Assume 40% of opioid, non-opioid, COX-2 market is for chronic pain and 30% of that is "persistent", i.e. medication taken every day

HIGHLY CONFIDENTIAL          ABBT 0002443



# Qualitative Market Research Results

| Profile | | Share of Patients | | |
|---|---|---|---|---|
| Efficacy | AEs vs. current agents | OA | RA | Low-back |
| | | | | |

*Assumes ABT-594 is indicated for NP, with additional clinical data (Ph II) showing efficacy in nociceptive pain*

HIGHLY CONFIDENTIAL      ABBT 0002444

# Qualitative Market Research Results

| Profile | | Share of Patients | | |
|---|---|---|---|---|
| | | OA | RA | Low-back |
| Efficacy | AEs vs. current agents | | | |
| Better | Equivalent | | | |
| Same | Equivalent | | | |
| Better | Poor | | | |

*TCAs used as "benchmark" efficacy in NP*

*Tolerability vs. current agents: equivalent = 5% nausea; 5% vomiting; 10% dizziness; poor = 20% nausea; 10% vomiting; 30% dizziness*

**HIGHLY CONFIDENTIAL**        ABBT 0002445

# Qualitative Market Research Results

| Profile | | Share of Patients | | |
|---|---|---|---|---|
| Efficacy | AEs vs. current agents | OA | RA | Low-back |
| Better | Equivalent | 19% | 12% | 16% |
| Same | Equivalent | 15% | 8% | 10% |
| Better | Poor | 12% | 6% | 11% |

Spillover market share in chronic persistent pain markets (in forecast, assuming only 5% share)

MR did not test impact of titration on market share

HIGHLY CONFIDENTIAL.

ABBT 0002446

# Qualitative Market Research Results

| Profile | | | Share of Patients |
|---|---|---|---|
| | Efficacy | AEs vs. current agents | Neuropathic Pain |
| Better | Equivalent | | 31% |
| Better | Poor | | 24% |
| Same | Equivalent | | 27% |

Assumes ABT-594 is indicated for NP, with additional clinical data (Ph II) showing efficacy in nociceptive pain

In forecast assuming 20% share of NP

**HIGHLY CONFIDENTIAL**

ABBT 0002447



## Neuropathic Pain Pipeline

- Pregabalin is in Phase II, but questions remain regarding Pfizer's Neurontin/Pregabalin strategy

- 4 NME preclinical programs appear to be targeting pain indications; ABT-594 is much further along

- Other new AEDs may have potential for treatment of neuropathic pain and are conducting Phase IV trials; unclear whether these agents will pursue an NP indication

- Several novel pain mechanisms being explored
  - Calcium channel blockers
  - Sodium channel blockers
  - NMDA antagonists

HIGHLY
CONFIDENTIAL     ABBT 0002448



## Positioning of ABT-594 in Neuropathic Pain

- Greater efficacy than AEDs and TCAs in NP
- Better long term tolerability (than TCAs and opioids)
- Safe in all patient populations
- Convenient BID dosing with simple, short titration period
- No tolerance over time and non-scheduled
- Limited drug interactions
- Novel mechanism of action

HIGHLY CONFIDENTIAL          ABBT 0002449

## Positioning of ABT-594 in CPP

- Effective alternative to opioids with:
  - No tolerance, respiratory depression, constipation, etc.
  - Non-scheduled

- For patients receiving insufficient relief with current therapies or NSAID/opioid intolerant patients

- Better efficacy than COX-2s with novel mechanism of action and no major safety issues

HIGHLY CONFIDENTIAL    ABBT 0002460



## ABT-594 Global Forecast Ranges

($MM)

| | Peak Sales | | |
| --- | --- | --- | --- |
| | Low | Base | High |
| US | $92 | $339 | $509 |
| Ex-US | $130 | $363 | $712 |

- NP shares: 5%, 20% or 30%
  - CPP shares: 3%, 5%, 7%

HIGHLY
CONFIDENTIAL

ABBT 0002451

# Key Product Challenges

○ Key challenge is achieving optimal balance of tolerability and efficacy to satisfy both US and ex-US markets

– Neurontin/Pregabalin may have advantage
  ○ Will need to minimize early DCs as much as possible

– Potentially low therapeutic index

○ Titration

– Schedule must be as short and simple as possible

○ Nicotinic mechanism

– Will require pre-launch market education and priming to diffuse negative associations and generate interest surrounding novel MOA

HIGHLY CONFIDENTIAL

ABBT 0002452



Go/No Go Process

Bruce McCarthy

HIGHLY
CONFIDENTIAL

ABBT 0002453

## ABT-594

*Go/No Go Process*

### The Challenge

Integration of many interrelated data

Efficacy
Safety
Dose Response
Pharmacodynamics
Dose Selection
Phase III Trial Design
Titration Effects
Indications

Market Research
Segmentation
Targeting
Positioning

### The Plan

Leverage decision analysis (DSG) as a process to determine Go/No Go criteria

HIGHLY
CONFIDENTIAL

ABBT 0002454



**ABT-594**

*Go/No Go Process*

**Process to include:**

1. Scope and frame issues and process
2. Analysis of M99-114 and other clinical data
3. Dose identification
4. Draft Phase III trial design
5. Market research
6. Valuation
7. Presentation and asset strategy: 6/01

← Decision Analysis →

HIGHLY
CONFIDENTIAL        ABBT 0002465



HIGHLY
CONFIDENTIAL    ABBT 0002456



HIGHLY
CONFIDENTIAL        ABBT 0002457



HIGHLY
CONFIDENTIAL          ABBT 0002468

# Discovery Program Basis

*NNR Subtypes Differentially Mediate Efficacy and Side Effects*

- Different NNR subtypes mediate analgesic effects of nicotinic agonists and adverse events
- Program committed to the identification of NNR subtype selective compounds
- Project initiated research collaboration with NeuroSearch (Denmark)
  - Access to human recombinant NNRs
  - Access to new structural classes of NNR modulators

HIGHLY CONFIDENTIAL        ABBT 0002459

# Nociception Mediated by α4 Subtypes

○ Mouse knockouts support role of α4 and β2
- Key differences between pain type

○ Role for α4 subtype in acute thermal pain (activation of descending inhibitory pathways)
- Antisense studies
- Site injection studies
- Antagonist studies

○ In more physiological relevant models of persistent and neuropathic pain, both central and peripheral sites of action are implicated

HIGHLY CONFIDENTIAL    ABBT 0002460



# Emesis Mediated by α3β4 Subtype

- In preclinical models, emesis is correlated to potency and efficacy at ganglionic (α3β4) NNR subtypes

- Antagonist and route of administration studies suggest both local and systemic contribution

HIGHLY CONFIDENTIAL

ABBT 0002461



HIGHLY
CONFIDENTIAL

ABBT 0002462

# Analgesic Efficacy vs. ABT-594
## (Rat Models)



| | Persistent Nociceptive Pain (Formalin Model) | Neuropathic Pain (Chung Model) | Acute Nociceptive Pain (Hot Box) |
|---|---|---|---|
| **ABT-594** | +++ (0.08 µmol/kg) | +++ (0.1 µmol/kg) | +++ (0.03 µmol/kg) |
| **A-312046** | +++ (1.8 µmol/kg) | +++ (0.7 µmol/kg) | +++ (1.9 µmol/kg) |
| **A-366833** | +++ (3 µmol/kg) | +++ (5 µmol/kg) | ++ (6 µmol/kg) |
| **Celecoxib** | ++ (30 µmol/kg) | + (30 µmol/kg) | 0 |
| **Morphine** | +++ (3 µmol/kg) | +++ (10 µmol/kg) | ++ (3 µmol/kg) |
| **Gabapentin** | + (200 µmol/kg) | ++ (100 µmol/kg) | 0 |

+++ is >75% efficacy; ++ is 40-75% efficacy; + is <40% efficacy; 0 is no activity.

HIGHLY
CONFIDENTIAL

ABBT 0002463



HIGHLY
CONFIDENTIAL          ABBT 0002464



HIGHLY
CONFIDENTIAL

ABBT 0002465

# Therapeutic Index Comparison

- Therapeutic index based on ratio of highest no effect dose for adverse event and $ED_{50}$ in pain models

| Adverse Event | Therapeutic Index Improvement vs. ABT-594 | |
| --- | --- | --- |
| | A-312049 | A-366833 |
| Emesis (Ferret) | 5 – 14x | 20 – 26x |
| Seizure Threshold (Mouse) | 4 – 11x | >11x |
| Edge Test (Rat) | 7 – 24x | >12x |

HIGHLY
CONFIDENTIAL

ABBT 0002466



## Pharmacokinetics

|  |  | $t_{1/2}$ | CL_p | %F |
|---|---|---|---|---|
| ABT-594 | Rat | 1.5 h | 1.7 | 51% |
|  | Dog | 4.7 h | 0.4 | 38% |
|  | Monkey | 1.4 h | 1.7 | 80% |
| A-312046 | Rat | 3.0 h | 1.95 | 80% |
|  | Dog | 1.4 h | 2.89 | 13% |
|  | Monkey | 1.5 h | 2.36 | 3% |
| A-306588 | Rat | 1.5 h | 3.02 | 78% |
|  | Dog | 2.5 h | 0.36 | 100% |
|  | Monkey | 2.3 h | 0.63 | 73% |

HIGHLY
CONFIDENTIAL

ABBT 0002467

# Additional Characterization and Ongoing Studies

○ A-312046:
  – Evaluation of viability of transdermal formulation
  – Identification of prodrug analogs

○ A-366833:
  – Ames and chromosomal breakage neg.
  – CEREP binding studies – no significant findings
  – Ongoing studies:
    ○ Evaluation in additional pain models
    ○ PK/PD studies – plasma levels at efficacious and emetic doses
    ○ Dog, monkey, human hepatocyte metabolism
    ○ Cardiovascular evaluation
    ○ Two-week toxicology in rats

HIGHLY CONFIDENTIAL

ABBT 0002468

## Backup Status

- A-366833:
  - Broad spectrum activity, but particularly effective in persistent nociceptive pain model
  - Significantly decreased side effect liability across three species
  - Excellent oral bioavailability
  - May extend into general pain indication

- A-312046:
  - Excellent activity in neuropathic pain model
  - Pharmacokinetics may preclude development as oral drug
  - Alternative formulations may be useful as backup for ABT-594 in neuropathic pain market

HIGHLY CONFIDENTIAL

ABBT 0002469

# McCarthy Deposition Exhibit 38

# D's Exhibit 1112



Elizabeth
Kowaluk/LAKE/PPRD/ABBO
TT

02/05/2001 10:48 AM

To   Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT

     Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT,
     Michael K Biemesen/LAKE/PPRD/ABBOTT@ABBOTT,
     Marleen H Verlinden/LAKE/PPRD/ABBOTT@ABBOTT,
cc   James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Steve C
     Kuemmerle/LAKE/PPRD/ABBOTT@ABBOTT, Keith F
     Hendricks/LAKE/AI/ABBOTT@ABBOTT, Rosemarie K
     Waleska/LAKE/PPD/ABBOTT@ABBOTT, John M
     Leonard/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject  Re: DSG

Bruce,

Thanks for forwarding the proposed list of members for the ABT-594 Go/No Go decision analysis core team. The proposed team seems very appropriate, both in the number of members and the breadth of participation. As you note, we can involve additional members should we require input on specific issues as the analysis proceeds.

Our assistant Roz will work on scheduling a kick-off meeting for this week or early next week as individual calendars permit. Like you, I am anxious to begin work on this project ASAP.

Thanks also for summarizing the issues that arose at Friday's Leiden meeting. This will be helpful as we begin our scope and frame discussion.

Could you please send me copies of the most recent ABT-594 Development Plan, the ABT-594 Investigator's Brochure, some description of the Ph. IIb trial and any other documents you think might help me with background knowledge? I have found that reviewing such documents in advance helps me get up to speed and avoids wasting the team's meeting time to educate me

I look forward to working with you and the rest of the team on this project

Liz


Bruce McCarthy 02/02/2001 02:33 PM


Bruce McCarthy    02/02/2001 02:33 PM


To:   Elizabeth Kowaluk/LAKE/PPRD/ABBOTT@ABBOTT
cc:   Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Michael K
      Biemesen/LAKE/PPRD/ABBOTT@ABBOTT, Marleen H Verlinden/LAKE/PPRD/ABBOTT@ABBOTT,
      James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Steve C Kuemmerle/LAKE/PPRD/ABBOTT@ABBOTT,
      Keith F Hendricks/LAKE/AI/ABBOTT@ABBOTT, Rosemarie K Waleska/LAKE/PPD/ABBOTT@ABBOTT,
      John M Leonard/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  DSG

Liz-

Per our preliminary discussions regarding the DSG process for ABT-594 Go/No Go, here is a preliminary list of core team members (see below). Please comment on the number of core team members, as you have a better perspective on how many is too many (understanding that additional project team members will be involved whenever necessary). In addition, please comment on whether the list is sufficiently comprehensive.

Confidential

ABBT328810



EXHIBIT
McCarthy
38
9-29-06

# McCarthy Deposition Exhibit 41


# P's Exhibit EW

**ABT-594 / Pain Strategy  Decision Analysis**

**Core Team Meeting – Minutes**

**Meeting Date:** 3/5/01

**Attendees:**

| | | |
|---|---|---|
| Nigel Livesey | Mike Biernesen | Liz Kowaiuk |
| Laura Robinson | Rose Waleska | |
| Sandeep Dutta | Connie Faltynek | |
| Steve Townsend | Marleen Verlinden | |
| Bruce McCarthy | Mike Meyer | |
| Jim Sullivan | John Simons | |

As a first step to establishing the frame for the analysis and structuring the decision problem, this core team meeting focused on identifying key issues specifically related to ABT-594.

The issues raised are summarized below under three broad subject headings:
- Can the tolerability of ABT-594 be improved, and a therapeutic index be achieved that is consistent with regulatory and commercial viability, and how?
- What indications do we pursue for ABT-594, and how?
- What is the abuse liability and potential for scheduling of ABT-594?

In addition, several points were raised that are also of more general relevance to the broader subject of pain therapeutic area strategy. These are summarized at the end of this document.

<u>Can the tolerability of ABT-594 be improved, and a therapeutic index be achieved that is consistent with regulatory and commercial viability, and how?</u>

<u>What is the therapeutic index that is consistent with regulatory and commercial viability? Does it differ for different pain states?</u>
- AEs observed include nausea, emesis, dizziness and vivid dreams (at high doses)

<u>Understanding the biological basis for the PK/PD issues and the prolonged $T_{max}$ is important for optimization of ABT-594 itself, and for backups.</u>

<u>The following issues are relevant to understanding whether, how and to what extent the tolerability and therapeutic index can be improved:</u>
- Dose-response relationships for efficacy and AEs
  - may differ for different pain states, amongst AEs, and for efficacy vs. AEs

- Pharmacokinetic/pharmacodynamic relationships for efficacy and AEs
  - may differ for different pain states, amongst AEs, and for efficacy vs. AEs

- Biological basis for efficacy and AEs
  - $C_{max}$? Rate of rise of plasma levels? Receptor occupancy? Other?

Confidential

ABBT298380



- Rate of tolerance over time for efficacy and AEs:
  - may differ for different pain states, amongst AEs and for efficacy vs. AEs.
  - must confirm that efficacy does not wane over time (weeks-months) – tolerance.
  - using titration to improve tolerability is feasible if AEs, but not efficacy tolerate.
- Mechanism of action of ABT-594:
  - preclinical pharmacology is consistent with characterization of ABT-594 as nicotinic agonist.
  - analgesia mediated by NNRs – specific site of action is uncertain
  - nausea/vomiting mediated by NNRs, mechanism of action for dizziness uncertain.
  - smokers vs. non-smokers – no effect on efficacy, but differential tolerability – has implications for dosing and labeling; potential downside for marketing – must promote understanding of receptor diversity, broad family of receptors (ABT-594 vs. nicotine).
  - gender and strain differences seen in preclinical models – implications for humans, if any, are unknown.

Titration is under investigation as an approach to improve tolerability and therapeutic index
- Feasible if AEs, but not efficacy tolerate
- Effect of first dose – rate of rise
- Titrate over days to weeks – how can titration schedule be tailored to minimize AEs?
- Patient acceptance?
- May be commercially more acceptable in neuropathic pain – efficacy/tolerability trade-off differs
- Length of titration will be important.
- Is the decline in AEs sufficient to offset the impact of titration?
- ABT-594 would be vulnerable if a new competitor has no titration

Can alternative dosage forms and routes of administration provide a means of improving tolerability and therapeutic index.?
- Enteric-coated PO formulation
  - raised as possibility but not discussed in detail

- Patch
  - may be advantageous if GI AEs are a result of direct, local action of ABT-594 on GIT.
  - decreases difference between peak/trough plasma level – may have implications for efficacy and AEs.
  - permeation data suggest feasibility
  - no formulation developed as yet (would be third party – implications for royalties/COGS)
  - ABT-594 is potent analgesic – lends itself to administration by patch.
  - longer formulation development than PO – PARD.
  - trend in pain treatment is to treat pain around the clock, rather than on a PRN basis – consistent with patch formulation (e.g. Knoll – hydromorphone OROS and others).
  - would restrict ABT-594 for use in chronic conditions.
  - have limited qualitative market research, more market research needed.
  - probably commercially acceptable, although PO dosage form preferred.
  - more suited to a "niche" market.
  - pricing and COGS may be an issue.
  - has potential impact on compliance for chronic conditions
  - concern that patch formulation may lead to perception that ABT-594 is a "strong" drug that should be reserved for severe, difficult-to-manage pain.

- Depot dosage form
  - injection/implantable (weeks to months duration of action) – cf. Lupron
  - chronic pain only

Confidential

- o   most useful for pain that is not variable
- o   formulation must be stable at 37°C
- o   never looked at – not currently under consideration.

- **Sublingual/buccal:**
  - o   more suitable for acute pain
  - o   impact on AEs uncertain - faster rate of rise of plasma levels may precipitate AEs if this is the underlying issue, or could potentially avoid GI AEs, if they are locally mediated.

- **Parenteral:**
  - o   potentially useful to address issues surrounding PK/PD relationship
  - o   potentially "completes" product line – start on i.v. in hospital, then convert to PO.
  - o   separation of efficacy and AEs may be a particular problem with rapid rate of rise of plasma levels.
  - o   AEs an issue in post-op setting, where patients experience nausea/emesis – is combination with anti-emetic feasible?

- **Intrathecal:**
  - o   may be useful in anesthesiology – would be HPD

- **Intranasal:**
  - o   not discussed.

### GI absorption and $T_{max}$ issue

- Delayed onset of action precludes acute and general pain claims for ABT-594
- What is biological basis for the unexpectedly long $T_{max}$ (4-5 hours after PO solid dosage form)?
- Liquid dosage forms have somewhat shorter $T_{max}$ than solid dosage forms, but still longer than expected (and large variance).
- "White paper", summarizing current knowledge, is in preparation.
- Potential trade-offs associated with faster absorption and shorter $T_{max}$:
  - o   increased probability of abuse liability
  - o   faster onset of action,
  - o   increased AEs, if AEs are related to rate of rise of plasma levels.

### What indications do we pursue for ABT-594, and how?

#### Should our first entry be into neuropathic pain, as currently planned?

- There is no regulatory precedent for neuropathic pain – no drug has been approved for this indication, with the exception of Gabapentin in UK (but not an NCE). The most advanced compound, pregabalin, was recently withdrawn from clinical trials (carcinogenicity issues?).
- Relative unmet need in neuropathic pain, therefore regulatory agencies likely to be more open on the risk-benefit ratio issue. For this reason, entry to the market via a neuropathic pain indication is likely to be the preferred approach for ABT-594.
- In EU – role of the comparator is unclear (gabapentin ?, Tegretol in Germany?) – placebo preferred by Abbott.
- In neuropathic pain, tolerability versus efficacy trade-off may play out differently in US versus EU. The majority of US patients are on gabapentin. In EU, patients are not switching as readily to gabapentin (may be pricing issue), majority are on TCA and carbamazepine. This may translate to a lower efficacy vs. tolerability hurdle in EU.
- What is the positioning statement for ABT-594 in neuropathic pain?

Confidential

- o  best neuropathic pain drug because...
- o  better than gabapentin (easier to use)
- o  novel mechanism of action (non-opioid, non-NSAID).

How can we broaden the use of ABT-594 beyond neuropathic pain?
- Nociceptive pain?
- General pain claim?

How do we access the nociceptive pain market with ABT-594?
- Can we study OA patients who are not responding to NSAIDs/COX-2 and progressing to opioids (i.e. second-line treatment)? Many OA patients switch between medications.
- The above is analogous to the second step of the WHO analgesia ladder – cancer patients move relatively quickly to the second step.
- For cancer pain, ABT-594 could potentially be a molecule that has opioid-like efficacy, but is not scheduled.
- Low back pain would require long, large trials because it would be perceived that this is an entry to "general pain".
- In OA and low back pain, the comparison is likely to be to e.g. Vioxx – an outcome showing similar efficacy but higher AEs would not be advantageous.
- Current approach to nociceptive pain (OA) is a publication strategy - prefer indications to publication from commercial perspective.
- Barriers to entry are high (e.g. COX-2 inhibitors: 1.2 million details per year and 6000 reps.)

General pain claim not feasible for ABT-594, due to prolonged onset of action.
- Not a clear regulatory and clinical path – FDA is not necessarily accepting historical approach, wherein trials in OA/RA lead to a general pain claim. The general pain claim requires multiple models – not currently defined, but likely to include difficult to treat conditions like chronic low back pain and fibromyalgia.
- Both FDA and EU regulatory agencies leaning towards disease-specific claims – "you get what you study".
- First market entry with a general pain claim could force the compound to a lower price point, versus first entry into the neuropathic market – also more likely to get reimbursement entering into the latter market.

Is a "niche" product commercially attractive? What are the trade-offs for a "niche" compound vs. a "blockbuster" compound that is effective across a broad spectrum of pain states?

Chronic length of treatment is an issue from regulatory perspective:
- EU requires 6 months efficacy data and 1 year of safety data
- US requires 3 months of efficacy data for OA, information to be supplied for neuropathic pain – Jim Steck/David Ross.

Pricing strategy:
- Gabapentin priced at 4 times the price of COX-2 inhibitors – have they priced themselves out of the market?
- Should we price like COX-2 in EU?
- Price is considered less of an issue in US (premium pricing possible in neuropathic pain due to significant unmet need).

Combination products:
- Combinations of ABT-594 with COX-2/NSAID or opioid have been suggested in the past
- EU is moving away from approval of combination products.
- Not attractive as entry – co-prescribing is preferred approach.
- Would be most appropriately considered for compounds which act synergistically with ABT-594 (not additive – co-prescribe).

Confidential

ABBT298383

<u>What is the abuse liability and potential for scheduling?</u>
The regulatory and clinical path is known.
Scheduling is commercially detrimental.
"Nicotinic PR" is a potential issue - Abbott must be proactive to counteract.


<u>Issues of Relevance to Pain Therapeutic Area Strategy</u>

Many of the issues listed here also appear above, but are restated here for convenience in anticipation of later discussions.

- Pain states can be categorized as nociceptive (visceral or somatic) and neuropathic, acute vs. chronic, by severity, by disease state.

- Compare different strategies for playing in entire pain market - multiple entries ("niche" products) versus a single "universally effective" compound.

- For any given compound/mechanism of action, what pain states should be pursued and in what order?
  o Both FDA and EU regulatory agencies leaning towards disease-specific claims – "you get what you study".

- Neuropathic pain
  o Efficacy/tolerability trade-off differs in neuropathic pain compared to nociceptive pain; also differs in US vs. EU for neuropathic pain – has potential ramifications for regulatory approval and commercial viability.
  o No regulatory precedent for neuropathic pain – no drug has been approved for this indication.
  o Relative unmet need in neuropathic pain, therefore regulatory agencies likely to be more open on issues of risk-benefit ratio.
  o In EU, the role of the comparator is unclear for neuropathic pain (gabapentin, Tegretol?)

- How do we access nociceptive pain – OA (first or second line), cancer pain, low back pain, other ?
  o Low back pain would require long, large trials because it would be perceived that this is an entry to "general pain".
  o In OA and low back pain, the comparison is likely to be to e.g. Vioxx – an outcome showing similar efficacy but higher AEs would not be advantageous.

- Should we pursue general pain ?
  o Not a clear regulatory and clinical path – FDA is not necessarily accepting historical approach, wherein trials in OA/RA lead to a general pain claim. The general pain claim requires multiple models – not currently defined, but likely to include difficult to treat conditions like chronic low back pain and fibromyalgia.
  o First market entry with a general pain claim could force the compound to a lower price point, versus first entry into the neuropathic market – also more likely to get reimbursement entering into the latter market.

- Publications vs. indications?
  o Indications preferred from commercial perspective.

- Pricing strategy
  - Gabapentin priced at 4 times the price of COX-2 inhibitors – have they priced themselves out of the market?
  - Should we price like COX-2 in EU?
  - Price is considered less of an issue in US (premium pricing possible in neuropathic pain due to significant unmet need).

- Chronic length of treatment is an issue from regulatory perspective:
  - EU requires 6 months efficacy data and 1 year of safety data
  - US requires 3 months of efficacy data for OA, information to be supplied for neuropathic pain – Jim Steck/David Ross.

- Pricing strategy
  - Gabapentin priced at 4 times the price of COX-2 inhibitors – have they priced themselves out of the market?
  - Should we price like COX-2 in EU?
  - Price is considered less of an issue in US (premium pricing possible in neuropathic pain due to significant unmet need).

- Combination products:
  - Combinations of ABT-594 with COX-2/NSAID or opioid have been suggested in the past
  - EU is moving away from approval of combination products.
  - Not attractive as entry – co-prescribing is preferred approach.
  - Would be most appropriately considered for compounds which act synergistically with ABT-594 (not additive – co-prescribe).

Confidential

ABBT298385

# McCarthy Deposition Exhibit 42


# P's Exhibit EY

# Abbott Portfolio Review

## March 7-9, 2001

- Project: NNR

- Compound: ABT-594

- Presenter: Bruce McCarthy, MD

Confidential

ABBT297530

EXHIBIT
McCarthy
42
9-29-06 ab

## ABT-594 Project Team Members

| | |
|---|---|
| ◆ Venture | Bruce McCarthy, Michael Blarnesen, Marilyn Collicott, Aldona Matalonis, Alyssa O'Neill |
| ◆ Statistics | David Morris, James Thomas, Yiming Zhang |
| ◆ Commercial | Laura Robinson, Lisa Lux |
| ◆ Pharmacokinetics | Walid Awni, Sandeep Dutta |
| ◆ Discovery | Mike Meyer, Jim Sullivan |
| ◆ PARD | Howard Cheskin, Lloyd Dias, David Stroz |
| ◆ SPD | Jim Ciullo |
| ◆ Metabolism | Joe Machinist, Stan Roberts |
| ◆ Toxicology | Bill Bracken, Julia Hui |
| ◆ Regulatory | Jim Steck, David Ross, Nigel Livesey |

Confidential

ABBT297531

# ABT-594 Target Indication

ABT-594 is indicated for the treatment
of diabetic neuropathic pain.

**Upside Claims**

- Neuropathic Pain
- Post-herpetic neuralgia
- Osteoarthritis Pain
- Chronic Pain
- Cancer Pain

**General Pain Claim**

- Not viable due to 1.5 hour onset

Confidential

ABBT297532



Confidential

ABBT297533



Confidential

ABBT297534



**ABT-594**
**Targeted Product Profile**

Confidential

ABBT297535

## ABT-594

◆ **Key pre-clinical findings:**

- **Pharmacology**
  - Effective across preclinical models of acute, persistent and neuropathic pain
  - Retains efficacy upon repeated dosing
  - Analgesia via activation of neuronal nicotinic receptors (NNRs) and not via opioid receptors
  - Morphine-like side effects unexpected
    - Constipation
    - Respiratory depression
    - Sedation

- **PK/metabolism in animals**
  - No CYP interaction
  - No significant metabolism

- **Toxicology**
  - No issues identified

Confidential

ABBT297536

## ABT-594

♦ **Chemistry and Manufacturing: Drug Substance (Ebanicline Tosylate)**

Regis Technologies

ChemSyn Laboratories

D-Aspartic Acid → 3 Steps → Boc-Azetidine Alcohol → Step 4 → Step 5 → ABT-594

Commercial Cost Estimate: $20,000 / Kg Tosylate Salt

($40,000 / Kg Base Equivalent, approx. 3MM 300 mcg doses/kg)

Confidential

ABBT297537

# ABT-594

## ◆ Chemistry and Manufacturing: Drug Product

- Hard Gelatin Capsules

- Dosage strengths: 25, 75, 150 μg Base eq.

- Site: Abbott Puerto Rico

- Manufacturing process:
  - Drug is dissolved in hydro-alcoholic solution
  - Solution sprayed onto micro-porous excipient in a high-shear mixer
  - Granulation is dried, blended with excipients and encapsulated into hard gelatin capsules

Confidential

ABBT297538



**ABT-594 Global Clinical Development Plan**
**Completed / In-Process Studies**

Confidential

ABBT297539



Confidential

ABBT297540



Confidential

ABBT297541

## ABT-594 Development Budget

| ($MM) | 2001 Plan | 2001 After Go/No Go | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| **Base Program** | | | | | | |
| CMC | | | | | | |
| PARD | 1.1 | 2.8 | 6.2 | 5.2 | 3.2 | 1.0 |
| SPD | 0.1 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Drug Safety | 1.4 | 0.9 | 2.3 | 1.7 | 0.9 | 0.5 |
| Other | 1.2 | 0.5 | 1.2 | | | |
| Base Program Total | 3.8 | 5.2 | 10.7 | 7.9 | 5.1 | 2.5 |
| | | | | | | |
| **Clinical Program** | | | | | | |
| Venture Management | 4.0 | 0.2 | 6.6 | 6.6 | 6.0 | 5.0 |
| Data Mgmt / Stats | 0.5 | 0.2 | 5.5 | 7.5 | 4.7 | 2.0 |
| Clinical Grants | 1.1 | 0 | 36.8 | 33.7 | 6.0 | 2.0 |
| Clinical Program Total | 5.6 | 0.4 | 48.9 | 47.8 | 16.7 | 9.0 |
| Annual Total Costs | 9.4 | 5.6 | 59.6 | 55.7 | 21.8 | 11.5 |

Confidential

ABBT297542

# ABT-594

◆ **Summary of Phase I findings**

- Half-life ($t_{1/2}$): 8-12 hours

- Dose proportional kinetics

- AUC, $C_{max}$ similar across formulations (solution, SEC, HGC)

- AUC, $C_{max}$ similar with/without food

- $T_{max}$ may vary somewhat with formulation, food

- Elimination primarily through renal excretion, about 50% unchanged drug recovered in urine

Confidential

ABBT297543

## ABT-594

◆ **Summary of Phase IIa findings**

-- ABT-594's analgesic potential demonstrated in:

- Molar Extraction
- Neuropathic Pain
- Osteoarthritis

-- Well tolerated in chronic Phase IIa studies

- 75 mcg BID maximum dose

-- Limited additional Phase I data suggested re-evaluation of efficacy at higher doses

Confidential

ABBT297544



Confidential

ABBT297545



Confidential

ABBT297546



Confidential

## Adverse Event Rates for ABT-594 and Select Analgesics

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594[2] 75 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% | 0% |
| Somnolence | 66% | 53% | 23% | 24% | 0% |
| Dizziness | 28% | 40% | 24% | 27% | 7% |
| Nausea | N/A | 7% | 8% | N/A | 15% |
| Vomiting | N/A | N/A | N/A | N/A | 5% |
| Peripheral edema | N/A | N/A | N/A | 7% | 1% |
| Constipation | 14% | N/A | N/A | N/A | N/A |
| Dry mouth | 90% | N/A | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A | |

[1] Max, 1987 (n=29)
[2] M98-825 and M98-833 combined
N/A : Not Available

Confidential

ABBT297548

## Adverse Event Rates for ABT-594 and Select Analgesics

| Event | Ultram[1] 50-100 mg q4-6h | OxyContin[2] | OxyContin Osteoarthritis 20 mg q12h | ABT-594[3] 75 mcg BID |
|---|---|---|---|---|
| Somnolence | N/A | 23 % | 27% | 0% |
| Dizziness | 31% | 13 % | 20% | 7% |
| Nausea | 34% | 23 % | 41% | 15% |
| Vomiting | 13% | 12 % | 23% | 5% |
| Constipation | 38% | 23 % | 32% | 1% |
| Dry mouth | N/A | N/A | N/A | 4% |
| Pruritis | N/A | N/A | 16% | N/A |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] "Clinical trials" (label)
[3] M98-826 and M98-833 combined.
N/A - Not Available

Confidential

ABBT297549

## ABT-594

◆ **Summary of Phase IIb Plans**

- Neuropathic Pain
  - Improved study design
  - 150, 225, 300 mcg BID
  - Data available 5/2001
- Osteoarthritis
  - Blue plan
- Tolerability evaluation
  - Rate of rise impact
  - Titration

Confidential

ABBT297550

# ABT-594

♦ **Regulatory status:**

## USA, Canada
- IND 56,980, solid oral dosage form - Division of Anesthetic, Critical Care, and Addiction Drug Products (1998)
- IND 55,293, oral solution - Division of Anti-inflammatory, Analgesic, and Ophthalmic Drug Products (1998)
- Informal Teleconference with FDA, August 26, 1998 (incl. John Hyde, MD)
- End of Phase II meeting planned, October 2000

## Europe
- Phase I studies conducted, no regulatory interactions
- End of Phase II meeting planned, October 2001

## Japan
- No activity

Confidential

ABBT297551

| | Strategic Summary |
| --- | --- |

## ABT-594

◆ **Key Project Strengths / Positives**

### Product attributes

- Orally available
- May be effective for neuropathic and nociceptive pain
- Preclinical promise: morphine-like efficacy
  - Not associated with opioid liabilities, including sedation, respiratory depression, constipation, abuse
- No currently approved drugs for diabetic neuropathic pain

### Technology/innovation

- Novel mechanism: NNR

### Time to market

- Launch 4Q/2004

### Business franchise strength

- Strength in hospital channel (HPD)
- Strength in neurology (neuropathic pain)
- Leverage community strength
- Leverage Knoll pain expertise

Confidential

ABBT297552

Strategic Summary

# ABT-594

- ◆ **Potential Issues / Threats / Negatives**
  - **Tolerability issues**
    - Nausea, vomiting, dizziness
  - **Manufacturing/cost of goods**
    - Potent Drug
  - **Efficacy**
    - Therapeutic index
  - **Clinical recruitment**
    - Neuropathic pain: evolving clinical research environment
    - Nociceptive pain: mature clinical research environment
  - **Regulatory risk**
    - Neuropathic pain
      - Lack of precedent is threat (more difficult) and opportunity (first mover)
      - Large unmet need may facilitate

ABBT297553

ABT-594

Strategic Summary

◆ **Key Decisions**

**ANNUAL TOTAL COSTS ($MM)**

| 2001 Plan | 2001 After Go/No Go | 2002 | 2003 | 2004 | 2005 |
|-----------|---------------------|------|------|------|------|
| 9.4 | 5.6 | 59.6 | 55.7 | 21.8 | 11.5 |

Go/No Go
6/2001

US/EMEA Filing
9/2003
(130.3 MM)

Japan Filing
9/2004

US/EMEA Launch
9/2004
(152.1 MM)

Confidential

ABBT297554



Confidential

ABBT297555

McCarthy Deposition Exhibit 43

P's Exhibit FF

## Calendar Entry

○ Appointment  ● Invitation  ○ Event  ○ Reminder  ○ Anniversary

Brief description:
Paul Andrews, PhD:  ABT-594 Guest Speaker and Discussion
Location:  Urology Work Room, AP30-3 SW Corner

Date: 03/12/2001    Time: 08:30 AM - 01:00 PM    ☐ Pencil in    ☐ Not for public viewing

Detailed description:
Paul Andrews, PhD
Department of Physiology
St. George's Hospital Medical School
London, UK

Paul Andrews, PhD, will be joining us for a discussion of ABT-594's tolerability issues, especially the emetic liability.

Please attend the discussion from 8:30 a.m. - 11:30 a.m. and join us for lunch from 11:30 a.m. - 12:30 p.m.


Bruce McCarthy
Marleen Verlinden

Invitations have been sent to:    Marleen H Verlinden/LAKE/PPRD/ABBOTT@ABBOTT, James
Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Michael D
Meyer/LAKE/PPRD/ABBOTT@ABBOTT, Kennan C
Marsh/LAKE/PPRD/ABBOTT@ABBOTT, Walid Awni/LAKE/PPRD/ABBOTT@ABBOTT,
Mark A Osinski/LAKE/PPRD/ABBOTT@ABBOTT, Bryan F
Cox/LAKE/PPRD/ABBOTT@ABBOTT, Richard G
Granneman/LAKE/PPRD/ABBOTT@ABBOTT, Sandeep
Dutta/LAKE/PPRD/ABBOTT@ABBOTT, David D
Morris/LAKE/PPRD/ABBOTT@ABBOTT, James W
Thomas/LAKE/PPRD/ABBOTT@ABBOTT, Michael K
Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT, Bruce
McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Aldona T
Matalonis/LAKE/PPRD/ABBOTT@ABBOTT

Optional invitees:    Amy M Wood/LAKE/PPRD/ABBOTT@ABBOTT, Amanda J
Meier/LAKE/PPRD/ABBOTT@ABBOTT, Hope R
Ceaser/LAKE/PPRD/ABBOTT@ABBOTT, Mary A
Metz/LAKE/PPRD/ABBOTT@ABBOTT, Nancy M
Palbicke/LAKE/PPRD/ABBOTT@ABBOTT, Ericka B
Moore/LAKE/PPRD/ABBOTT@ABBOTT

Chairperson:    Catherine K Kacos/LAKE/PPRD/ABBOTT


CONFIDENTIAL

ABBT 0022006



EXHIBIT
McCarthy
43
9-29-06

**Paul Andrews, PhD**
**St. George's Hospital Medical School**
**London, UK**

**Meeting Agenda**
**Monday, 12 March 2001**

ABT-594 Discussion

Attendees:  Marleen Verlinden, James Sullivan, Michael Meyer, Kennan Marsh, Walid Awni, Mark Osinski, Bryan Cox, Rick Granneman, Sandeep Dutta, David Morris, James Thomas, Michael Biarnesen, Aldona Matalonis, Bruce McCarthy

| | | |
|---|---|---|
| 8:30 am – 9:45 am | ABT-594 Review: | |
| | Preclinical Data | Mike Meyer |
| | Clinical Data | Bruce McCarthy |
| 9:45 am – 10:00 am | Break | |
| 10:00 am – 11:00 am | Paul Andrews' Presentation | |
| | Mechanisms of ABT-594 Induced Emesis | Paul Andrews |
| 11:00 am – 12:00 pm | Discussion: | |
| | Mechanism | |
| | Hypothesis Generation | |
| | Experiments Proposed | |
| | Next Steps | |
| 12:00 pm – 1:00 pm | Lunch | |

Dexmedetomidine Discussion

Attendees:  Marleen Verlinden, James Sullivan, Kennan Marsh, Bryan Cox, Mila Etropolski, Charles McLeskey, Michael Karol, Steven Buckner, Steve Collins, Victor Jorden, Bruce McCarthy

| | | |
|---|---|---|
| 1:00 pm – 2:00 pm | Dexmedetomidine Review: | |
| | Preclinical Data | Jim Sullivan |
| | Clinical Data | Mila Etropolski |
| 2:00 pm – 2:15 pm | Break | |
| 2:15 pm – 4:00 pm | Discussion: | |
| | Separation of Analgesics and CNS Effects | |

CONFIDENTIAL

ABBT 0022007

| | Dose (nmol/kg) | Retches & Vomits (avg # episodes) | Latency, min (vomiters only) | Vomiting incidence | % |
|---|---|---|---|---|---|
| ABT-594 | 30 | – | – | 0/3 | 0 |
| (assayed | 100 | 1 | 9.2 | 2/9 | 22 |
| Jul-Sep '98) | 300 | $2.7 \pm 0.7$ | $9.0 \pm 2.2$ | 5/9 | 56 |
| | 1000 | $5.7 \pm 0.9$ | $2.7 \pm 0.4$ | 3/3 | 100 |
| ABT-594 | 10 | 1 | 12.5 | 1/6 | 17 |
| (assayed Jul '00) | 30 | 8 | 7 | 2/6 | 33 |
| | 100 | $10.7 \pm 2.3$ | $4.1 \pm 0.4$ | 6/6 | 100 |

Osinski/Seifert D46R
09-Mar-01

CONFIDENTIAL

ABBT 0022008

# McCarthy Deposition Exhibit 46

# P's Exhibit FK

| Apr-01 | | | | ABT-594    Neuronal Nicotinic Receptor Agent | |
|---|---|---|---|---|---|
| **Franchise** | **Value** | **Dev. Status** | **Brand Name** | **Generic Name** | **Patent Expiry** | **Indication(s)** |
| Neuroscience | | Phase II | in progress | ebanicline bistate | 2016 | Treatment of pain associated with diabetic polyneuropathy |

**Description**

ABT-594 is a neuronal nicotinic receptor agonist with potential efficacy in nociceptive and neuropathic pain

**U.S. Market**

| Unit | Value | CAGR |
|---|---|---|
| TRX | 105MM | 6% |
| Sales | 350MM | 22% |

**Ex-U.S. Market**

| TRX | 22MM | 3% |
| Sales | 140MM | 8% |

**Unmet Need/Key Market Drivers**

US: Significant unmet need in NP as many patients do not respond to currently available agents, many of which have unacceptable SEs. No branded marketed products currently indicated for NP (although Neurontin and/or pregabalin are likely to come at launch). Chronic persistent pain population is growing with aging population and there is a high unmet need for non-opioid options with high efficacy.

Large unmet need. Agents with greater efficacy than currently available agents with adequate tolerability for chronic usage needed. Only one agent currently indicated for neuropathic pain (trigeminal neuralgia – Tegretol).

**Key Competitional Position to Market**

Neuropathic pain. Neurontin is taking strong hold in this market as increased MD awareness of efficacy coupled with ease of use becomes widespread, although it lacks an indication. Positive data and experience have made it a de facto standard for NP, although launch data are sparse. If regulators in development for NP also and may launch with indication before 594. Chronic pain likely some spillover prescribing in this market for 594. COX2s and opioids dominate this market, but additional opioids (new) IxOAxq with better efficacy than NSAIDs, without the AEs and addiction potential of opiates are needed for chronic pain.

Neuropathic pain. Gabapentin (Neurontin) is market with limited commercial success in US (first 1999 sales 150 MM for usage in all indications). Carbamazepine is gold standard treatment, but is not indicated for neuropathic pain and has undesirable side effects. Pregabalin currently in Phase III ABT-594 expected to be first to market NNR for neuropathic pain. Chronic pain likely some spillover prescribing in this market for 594. Opiates reserved for only the most severe pain (e.g., cancer, post-op), thus large unmet need exists for non-scheduled, non-addictive agents for treatment of chronic pain.

**Development**

| | DDC Est. | DDC Thru 2000 | 2001 YTD | 2001 Proj. | 2002 | 2003 | 2004 | 2005 | Post-LRP | DDC | LBE | Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Classes | $0.0 | $6.5 | $1.6 | $6.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | | 1Q 1997 |
| Drug Safety | $0.0 | $5.0 | $0.7 | $1.1 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | Start of Tox | | 3Q 1997 |
| Other | $0.0 | $7.0 | $0.7 | $1.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | Phase I | | 3Q 1998 |
| | $0.0 | $0.5 | $0.3 | $0.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | Phase II | | |
| TOTAL | $0.0 | $14.0 | $3.3 | $9.3 | $0.0 | $0.0 | $11.5 | $0.0 | Phase III | Q1 2022 | | |
| | | | | | | | | | US, EU, Japan Approval | 9/03 9/03 9/04 9/04 9/04 9/05 | |

**Base Case Forecast ($MM)**

| | U.S. ($MM) | INT'l ($MM) |
|---|---|---|
| | 2009: $339 | 2009: $360 |
| | 2010: $313 | 2010: $316 |
| | 92.3% | 83.7% |

**Financial Summary**

| Peak Sales ($MM) | |
| Peak Standard Margin ($MM) | |
| Peak Standard Margin (%) | |
| Pre-Tax NPV @ 12.5% (global) | $1,191 |
| Post-Tax NPV @ 12.5% (global) | $710 |

**Prob / Share Impact**

| | Prob | Share Impact |
|---|---|---|
| | Medium | High |

**Product Profile (Efficacy, Safety, Convenience)**

| Safety/AE | Sig. NEV or dizziness in 20% or lower pts during titration; tolerable ongoing side-effect at effective dose | | Medium | Medium |
| Conven. | BID (titration to) 5-7 days | | | |
| Efficacy | Greater than Neurontin | | Medium | High |

**Commercial Profile**

| Commercial | | | | |
|---|---|---|---|---|
| Launch Date | | | | |
| Price per Day at Launch (AWP) | | | | |
| Sales force @ peak sales ($MM) | | | | |
| Promo @ peak sales ($MM) | | | | |
| COGS @ launch @ peak) | | | | |
| Market/External/Other | | | | |

**Base Case Assumptions**

U.S.
- Sept 04
- $1.37  Comparable to premium pain meds (COX2)
- $26
- $26
- $40,000s (Base/Equivalent)
- Pregabalin (or other drugs) launches with indication in NP, – better efficacy than gabapentin, fewer side effects

Ex-U.S.
- Jun-05
- $0.90  Comparable to premium pain meds (COX2)
- $23
- $11
- Same as US  Same as US

**Prob / Share Impact**

| | Prob | Share Impact |
|---|---|---|
| | Medium | Medium |

| Prob | LBE |
|---|---|
| | Q1 2022 |
| | 9/03, 9/03 9/04 |
| | 9/04, 9/04 9/05 |

**Next Go/No Go**

End of Phase II (June 01)

**Business Rationale**

ABT-594 could help to establish a strong position in retail sector pain franchise for Abbott. Leadership position in the pain market with first drug to market Neuropathic pain market a niche pain market with limited commercialization, unmet need, and untapped by generics, potential over past decade; high use of generics understates unmet potential.

EXHIBIT
McCarthy
4b
9-29-06 ab

HIGHLY CONFIDENTIAL
ABBT 0000491

| April 2001 | ABT-594 |
|---|---|

## Monthly Highlights – Key Project Progress

- Blind Broken on April 20 for M99-114 Painful Diabetic Neuropathy Phase II b study

## Next Quarter's Key Progress Markers

| Key Progress Marker | | | | Target Date |
|---|---|---|---|---|
| • Go / No Go target for program | | | | 06/30 |
| • | | | | |
| • | | | | |
| • | | | | |

## Key Project Issues and Risks

| Risk or Issue | Potential or Known Impact<br>Check all that apply and Describe Impact<br>__ Cost __ Time __ Profile __X__ Regulatory | Strategy / Progress | Area /<br>Responsibility | Resolution<br>Date<br>Planned / Actual |
|---|---|---|---|---|
| Team has recommended implementation of the Mitsunobu chemistry change in step 4 of the synthetic process to eliminate the risk of mesylate impurity, which is potentially mutagenic. | | PARD Analytical has completed their analysis of the lab-scale batch made with the Mitsunobu chemistry change in step 4. No issues have been identified. Additional evaluation continues, looking at samples from the in-process chemistry stages to see if there are any additional targets to look for. Some degradation studies have been started, with final characterization and or isolation to be completed. | PARD Analytical | In-Process |
| | | The first production-scale lot of drug substance manufactured using the Mitsunobu chemistry change in step 4 has been completed. The specifications were issued 4/24 (document DTP-RD0838.) Release testing will be initiated in May, and should be completed within the month. The lot will also be put on stability in May. | SPD /<br>PARD Analytical | Release testing complete: May<br><br>QA release:<br>TBD |

HIGHLY CONFIDENTIAL
ABBT 0000492

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT.

| April 2001 | ABT-594 |
|---|---|

## Key Project Issues and Risks

| Risk or Issue | Potential or Known Impact<br>Check all that apply and Describe Impact | Strategy / Progress | Area /<br>Responsibility | Resolution<br>Date<br>Planned / Actual |
|---|---|---|---|---|
| During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity (designated as F') was detected in the lot of bulk drug used in M99-114 clinical capsules. Given the low exposure of M99-114 patients to F' and a lack of change in acute toxicity when this impurity was present in the drug substance, Toxicology does not view the presence of this impurity as a significant risk to these patients. However, further toxicology and pk testing of this impurity is necessary. Planned studies include Ames assay, in vitro micronucleus assay and bioavailability study | __ Cost   __ Time   __ Profile   _X_ Regulatory | This issue has been reviewed with PARD, SPD, Toxicology, Regulatory and Venture Management. To date, the F' impurity has been detected at a level of 0.2% in the drug substance. Tentative identification including molecular structure has been made.<br>• Progress continues on SPD's effort to synthesize 2 grams of purified F' material for further testing.<br>• PARD Analytical will be testing the F' material to confirm identity and match to impurity found in drug substance lot.<br>• When testing is successfully completed, F' material will be tested for genotoxicity by Toxicology and for bioavailability by Exploratory Kinetics. | SPD<br><br>PARD Analytical<br><br>Toxicology / Exploratory Kinetics | June-01<br><br>TBD<br><br>TBD |
| | __ Cost   __ Time   __ Profile   __ Regulatory | | | |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY<br>DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL<br>ABBT 0000493

# April 2001                ABT-594

## Key Activities

### Commercial

| Activity | L&E | Actual |
|---|---|---|
| Quantitative compound analysis regarding commercial viability of various efficacy/AE profiles and associated market share tradeoffs | 6/01 | |
| Qualitative market research regarding attractiveness of transdermal patch for severe pain or neuropathic pain patients | 6/01 | |
| NNR communication strategy | 12/01 | |
| ABT-594 publication plan | 12/01 | |
| Brand name registration submission (generic name approved 11/00 - ebanicline tosylate) | 12/01 | |

### Drug Substance — Plan Date: 6/1999

| Activity | KG | Plan | Actual | Actual / Projected Cost/kg * |
|---|---|---|---|---|
| D-4SL | 0.3 KG | 3/1997 | 3/1997 | $ 200,000 |
| CAPD | 5.6 KG | 3/1997 | 3/1997 | $ 175,000 |
| SICOR | 14.9 KG | 2/1998 | 2/1998 | $ 40,000 |
| SICOR/CAPD | 2.5 KG | 8/1998 | 8/1998 | $ 40,000 |
| Chemsyn Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $ 29,700 |
| Chemsyn Mfg Lot | 10.0 KG | 10/1999 | Not manufactured | $ 29,700 |
| Chemsyn NDA Lot #1 (Mesylate) | 4.85 KG | 10/1999 | 2/2001 ** | $ 29,700 |
| Chemsyn NDA Lot #2 (Mesylate) | 4.80 KG | 10/1999 | 2/2001 ** | $ 29,700 |
| Chemsyn NDA Lot #3 (Mesylate) | 5.45 KG | 10/1999 | 2/2001 ** | $ 29,700 |
| Chemsyn Mitsunobu Lot #1 | 5.0 KG | 04/2001 | | |
| Chemsyn Mitsunobu Lot #2 | 5.0 KG | | | |
| Chemsyn Mitsunobu Lot #3 | 5.0 KG | | | |

* Target cost of drug substance at launch is $20,000/kg (Tosylate Salt)
** Bulk manufactured 1/2000, but delivery delayed due to Mesylate testing & QA release

### Formulation — Plan Date: 10/2000

| Activity | Plan | Actual |
|---|---|---|
| Phase I Formulation (PIB) | 7/1997 | 7/1997 |
| Clinical Supplies (PIB) for Molar Extraction | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 |
| Phase IIb / Formulation (HGC) for Bio Study | 3/1999 | 3/1999 |
| Phase III Clinical Supplies Manufactured | 9/2001 | TBD |
| NDA Lots (3) Completed | 5/2002 | TBD |
| Completion of 1 Year Stability for NDA | 7/2003 | TBD |
| Formulation Peer Review * | TBD | TBD |

* Performed by IDC

### Toxicology — Plan Date: 1999

| Toxicology Activity | Planned Start | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 2/1997 | 9/1996 | 8/1997 |
| Acute Studies | 3/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 6/1997 | 8/1998 |
| 3 Month Mouse MTD | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG II | 10/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post natal development) | -- | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 3/2000 |
| Carcinogenicity (2 yr.) Rat | 12/1998 | 9/1998 | Ongoing * |
| Carcinogenicity (2 yr.) Mouse | 12/1998 | 11/1998 | Ongoing * |

* In-life phase complete, and analysis / assessment in process

HIGHLY CONFIDENTIAL
ABBT 0000494

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

# April 2001 | ABT-594

## All Clinical Studies:

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Current |
|---|---|---|---|---|---|---|
| M99-114 | II | Safety & Efficacy vs Placebo in Painful Diabetic Neuropathy | 04/00 | 04/01 | 320 | 269 Final |

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Current |
|---|---|---|---|---|---|---|
| | | | | | | |

HIGHLY CONFIDENTIAL
ABBT 000486

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT.

| April 2001 | ABT-594 |
| --- | --- |

## Ongoing Clinical Studies (List first time in man, Phase II Dose-Ranging and Pivotal Trials)

**Protocol:** M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy

**Objective:** The objective of this study is to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy.

**ABT-594 Doses:** 150 µg, 225 µg, and 300 µg twice daily (BID)

**Comparator Doses:** Placebo

**Target Enrollment:** 320

**Status:** Enrollment Complete – 269 patients randomized

**Major Findings:** TBD

D47\7Z:\MPSRs\ABT 594 Apr01.doc

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABT 0000498

# McCarthy Deposition Exhibit 47

# P's Exhibit FN



**M99-114 Study Review**

**4/23/01**

EXHIBIT
McCarthy
47
9-29-06 qb

HIGHLY
CONFIDENTIAL

ABBT 0001749



HIGHLY
CONFIDENTIAL

ABBT 0001760



## M99-114 Neuropathic Pain

*Summary*

- Efficacy
  - 150, 225 and 300 mcg BID are significantly better than placebo
  - All three doses may have similar efficacy

- Safety
  - 150 mcg BID
    - Nausea: 34%
    - Vomiting: 15%
    - Dizziness: 17%
    - Abnormal Dreams: 22%
  - Dose dependent increase in adverse events

- Conclusion
  - ABT-594 significantly reduces diabetic neuropathic pain

4/23/01 PRELIMINARY DATA

HIGHLY
CONFIDENTIAL

ABBT 0001751



HIGHLY
CONFIDENTIAL

ABBT 0001752



HIGHLY
CONFIDENTIAL

ABBT 0001753



# M99-114: Neuropathic Pain

## Outcome Measures

- **Pain Rating Scale**

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| no pain | | | | | | | | | | worst pain possible |

- **Neuropathic Pain Scale (NPS)**
  – 10 items (e.g., sharp, hot, intense), for total 0-100 points

  Please use the scale below to tell us how sharp your pain feels. Words used to describe "sharp" feelings include "like a knife," "like a spike," "jabbing" or "like jolts"

| not sharp | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most sharp sensation imaginable ("like a knife") |
|---|---|---|---|---|---|---|---|---|---|----|---|

- **Subject, Clinician Impression of Change**

  1  Much Improved
  2  Moderately Improved
  3  Minimally Improved
  4  No Change
  5  Minimally Worse
  6  Moderately Worse
  7  Much Worse

4/23/01 PRELIMINARY DATA

HIGHLY
CONFIDENTIAL

ABBT 0001754



ABT-594 150, 225, & 300 mcg BID Reduced Pain Significantly vs. Placebo as Measured by Primary Efficacy Variable in the Intent to Treat Population

Pain Rating Scale-Diary (Between Visit Average) Change: Baseline to Final

Placebo                        ↓ 17% *
ABT-594 150 mcg BID   ↓ 29% *
ABT-594 225 mcg BID   ↓ 28% *
ABT-594 300 mcg BID   ↓ 30% *

Percent of subjects at visit 4
Placebo                  87%
ABT-594 150 mcg BID  74%
ABT-594 225 mcg BID  56%
ABT-594 300 mcg BID  43%

*p<0.05
Maximum possilbe decrease for 150 mcg BID group was 6.6
4/23/01 PRELIMINARY DATA

HIGHLY
CONFIDENTIAL

ABBT 0001755



## ABT-594 150, 225, & 300 mcg BID Reduced Pain Significantly vs. Placebo as Measured by Site-Based Pain Rating Scale in the Intent to Treat Population

### Pain Rating Scale (Site Based)

| | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 17% |
| ABT-594 150 mcg BID | ↓ 40%  * |
| ABT-594 225 mcg BID | ↓ 33%  * |
| ABT-594 300 mcg BID | ↓ 42%  * |

Percent of subjects at visit 4
| | |
|---|---|
| Placebo | 87% |
| ABT-594 150 mcg BID | 74% |
| ABT-594 225 mcg BID | 58% |
| ABT-594 300 mcg BID | 43% |

Change from baseline

Visit

*$p < 0.05$
Maximum possilbe decrease for 150 mcg BID group was 6.7
4/23/01 PRELIMINARY DATA

HIGHLY
CONFIDENTIAL

ABBT 0001756



ABT-594 150, 225, 300 mcg BID May Reduce Diabetic
Neuropathic Pain as Greatly as Gabapentin or
Pregabalin (ITT)

ABT-594 vs. Gabapentin and Pregabalin

Percent Decrease from Baseline

Placebo
ABT-594 150 mcg BID
ABT-594 225 mcg BID
ABT-594 300 mcg BID
Gabapentin
Pregabalin

ABT-594
150 mcg BID

ABT-594
225 mcg BID

ABT-594
300 mcg BID

Highest
Effective
Dose
Gabapentin[2]

Expected
Clinical
Dose
Pregabalin[3]

1 11-point Likert scale week 7 vs. baseline
2 11-point Likert scale week 8 vs. baseline
3 11-point Likert scale week 5 vs. baseline

4/23/01 PRELIMINARY DATA

HIGHLY
CONFIDENTIAL

ABBT 0001757

# ABT-594 150, 225 and 300 mcg BID Were Associated with a Dose Dependent Increase in Adverse Events, Especially Nausea, Vomiting and Dizziness

## Adverse Events*

| Event | Placebo N = 65 | ABT-594 150 mcg BID N = 65 | ABT-594 225 mcg BID N = 69 | ABT-594 300 mcg BID N = 67 |
|---|---|---|---|---|
| Nausea | 11 % | 34 % | 43 % | 46 % |
| Abnormal Dreams | 0 % | 22 % | 22 % | 18 % |
| Headache | 12 % | 20 % | 14 % | 19 % |
| Dizziness | 5 % | 17 % | 35 % | 28 % |
| Vomiting | 3 % | 15 % | 25 % | 21 % |
| Diarrhea | 3 % | 11 % | 12 % | 6 % |
| Dyspepsia | 3 % | 8 % | 12 % | 7 % |
| Asthenia | 2 % | 6 % | 16 % | 19 % |

*Occurring in ≥5% 150 mcg BID ABT-594 treated patients and ABT-594 incidence > placebo.

4/23/01 PRELIMINARY DATA

**HIGHLY CONFIDENTIAL**

ABBT 0001758

# McCarthy Deposition Exhibit 48

# P's Exhibit FZ

# Part 1



Marilyn J
Collicott /LAKE/PPRD/ABBO
TT

07/19/2001 01:59 PM

To   James W Thomas/LAKE/PPRD/ABBOTT@ABBOTT

cc

bcc

Subject   114 final report

Here ya go!



114-Final ReportMC.do

Highly Confidential



EXHIBIT
McCarthy
48
9-29-06 ab

ABBT238577

# ABBOTT LABORATORIES

## Clinical Study Report No. R&D/01/171

### A Randomized, Double-Blind, Placebo-Controlled, Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects With Painful Diabetic Polyneuropathy

#### ABT-594/Protocol M99-114

#### 06 July 2001

*I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study.*

| | |
|---|---|
| Marilyn J. Collicott | Date |
| Clinical Project Manager, Analgesia Venture | |

| | |
|---|---|
| David D. Morris, Ph.D. | Date |
| Assistant Director, Statistics | |

| | |
|---|---|
| Bruce G. McCarthy, M.D. | Date |
| Medical Director, Analgesia Venture | |

| | |
|---|---|
| Marleen H. Verlinden, Pharm.D., Ph.D. | Date |
| Vice President, Global Pharmaceutical Research and | |
| Development Neurology/Urology | |

**Abbott Laboratories**

Highly Confidential

ABBT238578

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

i

## 1.0   Title Page

**ABBOTT LABORATORIES**
Clinical Study Report R&D/01/171

**A Randomized, Double-Blind, Placebo-Controlled, Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects With Painful Diabetic Polyneuropathy**

*ABT-594/Protocol M99-114*

| | |
|---|---|
| Development Phase: | II |
| Investigators: | Multicenter |
| Date First Subject Dosed: | 24 April 2000 |
| Date Last Subject Completed Dosing: | 24 February 2001 |
| Sponsor/Signatory: | Marleen H. Verlinden, Pharm. D., Ph.D. |
| | Vice President, Global Pharmaceutical |
| | Research and Development |
| | Neurology/Urology |
| | D42U, AP30 |
| | 200 Abbott Park Road |
| | Abbott Park, Illinois 60064-6145 |
| | Phone: (847) 935-4096 |
| | Fax: (847) 938-1629 |
| Report Date: | 06 July 2001 |

This study was conducted in compliance with Good Clinical Practice, including the
archiving of essential documents.

Highly Confidential

ABBT238579

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

ii

## 2.0   Synopsis

| Name of Company:<br>Abbott Laboratories | Individual Study Table Referring<br>to Item of the | (For National Authority<br>Use Only):   N/A |
|---|---|---|
| Name of Finished Product:<br>ABT-594 Hard Gelatin Capsule (HGC) | Submission:  not applicable (N/A)<br>Volume:  N/A | |
| Name of the Active Ingredient:<br>Abbott-165594 | Page:  N/A | |

**Title of Study:** A Randomized, Double-Blind, Placebo-Controlled, Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects With Painful Diabetic Polyneuropathy

| Investigator(s): Multicenter | Study Center: Multicenter |
|---|---|

**Publication (reference):** not applicable

| Study Period (years):<br>Date First Subject Dosed: 24 April 2000<br>Date Last Subject Completed Dosing: 24 February 2001 | Phase of Development:   II |
|---|---|

**Objective:**
The objective of this study was to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who had painful distal symmetric diabetic polyneuropathy, an average of ≥4 points on the diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days), and ≥4 points on the site-based Pain Rating Scale (11-Point Likert Scale) at the Baseline Visit.

**Methodology:**
This was a Phase II, randomized, double-blind, placebo-controlled, multicenter study to examine the safety and analgesic efficacy of ABT-594 in subjects who had painful diabetic polyneuropathy. Approximately 320 subjects were assigned randomly in an equal ratio to receive 1 of 4 treatments:  ABT-594 150 µg, 225 µg, 300 µg BID, or placebo for 49 days on an outpatient basis. Thirty-four sites were recruited in order to enroll approximately 320 subjects who met entry criteria for this study.

Prior to any study-specific procedures at the Screening Visit, an informed consent was signed by the subject and study eligibility determined.

Prior to study drug administration, subjects discontinued all analgesic medications (at least 7 days prior to the Baseline Pain Assessment Phase) and completed the 7-day Baseline Pain Assessment Phase. Following the Baseline Pain Assessment Phase, subjects who met entry criteria were randomized to a dose of study medication for 49 days (Primer and Treatment Phases). During the Primer Phase, subjects took BID doses of ABT-594 or placebo. Study drug was initiated at 75 µg BID. The dose was increased every 2 days in 75-µg BID increments until subjects were taking their assigned treatment dose (150 µg, 225 µg, or 300 µg BID). Following the Primer Phase, subjects entered the Treatment Phase (Day 8) and continued their treatment for a total of 49 days. During the Treatment Phase, subjects returned to the site for Treatment Visits I, II, III and IV (Days 14, 21, 35 and 49, respectively). Subjects were to complete diary-based assessments of their diabetic polyneuropathy pain each day from the 7 days prior to study drug administration (Baseline Pain Assessment Phase) through Day 49 of study drug administration.
In addition, subjects underwent site-based assessments of their neuropathic pain at the Baseline Visit and at Treatment Visits I, II, III and IV. Subjects discontinued study drug administration after Treatment Visit IV and returned to the site for the Follow-Up Visit 7-10 days later.

ABBT238580

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

iii

**Methodology (continued):**
During the Primer and Treatment Phases, subjects were allowed to take up to 3 grams of acetaminophen per day or up to 6 grams of acetaminophen per week (but were not allowed to take acetaminophen within 24 hours prior to a Treatment Visit).

Efficacy assessments included the Pain Rating Scale (11-Point Likert Scale), the Neuropathic Pain Scale, SF-36™ Health Status Survey (Acute), and Subject and Clinician Global Impression of Change.  Safety assessment included physical examination, vital signs, electrocardiogram (ECG), clinical laboratory testing, and adverse event monitoring.

| No. of Subjects Planned and Enrolled: | Treatment Group | Planned | Completed/Enrolled |
|---|---|---|---|
| Planned: 320 | Placebo | 80 | 51/65 |
| Enrolled: 266 | ABT-594 150 µg BID | 80 | 40/65 |
| Completed: 138 | ABT-594 225 µg BID | 80 | 30/69 |
| Premature Discontinuations: 128 | ABT-594 300 µg BID | 80 | 17/67 |
| | TOTAL: | 320 | 138/266 |

**Diagnosis and Main Criteria for Inclusion:**
Adult males and females at least 18 years of age, who weighed ≤265 pounds and who were judged to be in good health based on medical history, physical examination with vital signs, laboratory profile, and 12-lead ECG, who had a diagnosis of diabetes mellitus (Type I or Type II), a diagnosis of distal symmetric diabetic polyneuropathy, good control (in the opinion of the investigator) of the their serum glucose for at least the last 3 months prior to the Screening Visit, and an average of ≥4 points on the diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days) and ≥4 points on the site-based Pain Rating Scale (11-point Likert Scale) at the Baseline Visit, and who met all other selection criteria were eligible for study participation.

**Test Product, Dose and Mode of Administration, Batch Number:**

| Test Product | Dose (µg) | Mode of Administration | Drug Product Lot Numbers |
|---|---|---|---|
| ABT-594 75 µg HGC, Formulation A-2 | 150, 225, and 300 BID | Oral | 58-293-AR 61-312-AR |

**Duration of Treatment:** 49 days

**Reference Therapy, Dose and Mode of Administration, Batch Number:**

| Test Product | Dose (µg) | Mode of Administration | Drug Product Lot Number |
|---|---|---|---|
| Placebo for ABT-594 HGC | 0 | Oral | 55-243-AR-01 |

**Criteria for Evaluations:**
**Efficacy:**
The primary efficacy measurement was the change from baseline of the average diary-based Pain Rating Scale (11-Point Likert Scale) score from each subject's diary to the corresponding average of the last 7 days on study drug.  Additionally, change from baseline to each scheduled evaluation was analyzed in a similar manner.  The baseline pain score for the diary data was defined as the average of the last 7 pain scores prior to Day 1 of the study.

ABBT238581

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                      iv
R&D/01/171 - Clinical/Statistical

**Criteria for Evaluations (continued):**
**Efficacy:**
Change from baseline to final and each evaluation was calculated for each of the following secondary efficacy variables:

- Site-Based Pain Rating Scale (11-Point Likert Scale)
- Neuropathic Pain Scale
- Subject Global Impression of Change
- Clinician Global Impression of Change
- SF-36™ Health Status Survey (Acute), including sub-domains [(i) Physical Functioning, (ii) Role Physical, (iii) Bodily Pain, (iv) General Health, (v) Vitality, (vi) Social Functioning, (vii) Role Emotional, (viii) Mental Health] physical component summary (PCS), and mental component summary (MCS).

The efficacy evaluations recorded at the Baseline Visit were used as the baseline score for efficacy evaluations assessed at the investigative site.

**Pharmacokinetics:**
Blood samples for ABT-594 plasma assay were to be taken from all subjects at Treatment Visits I and IV. For the subset of subjects who underwent additional pharmacokinetic sampling at Treatment Visits I and IV, values of AUC, $C_{max}$, and $C_{trough}$ were determined.

**Safety:**
Safety was assessed by medical history, physical exam, vital signs, ECG, clinical laboratory testing, and adverse event monitoring.

**Statistical Methods:**
For all safety and efficacy analyses, the primary comparisons were between each ABT-594 dose and placebo.

Demographic and other baseline characteristic variables were analyzed to assess the comparability of the treatment groups.

The primary and secondary efficacy variables, including change from baseline diary- and site-based pain ratings were analyzed by using appropriate parametric and nonparametric methods. The final global evaluation scores, (Subject and Clinician) were compared using Cochran-Mantel-Haenszel methodology.

Dose response for ABT-594 was explored, with and without placebo included. Other efficacy analyses were performed as appropriate.

Treatment-emergent adverse events were summarized by body system and COSTART term and compared using Fisher's exact test.

Mean change from baseline to minimum, maximum and final values were summarized for clinical laboratory, vital sign and ECG data. Additionally, clinical laboratory data identified as below or above limits were flagged in the data listings. Furthermore, laboratory results which satisfied the criteria for limits for statistical analysis were identified.

Highly Confidential                                                                      ABBT238582

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                    v
R&D/01/171 – Clinical/Statistical

**Summary/Conclusions:**
**Efficacy Results:**
ABT-594 at 150, 225, and 300 μg BID was statistically significantly superior to placebo for the primary efficacy variable, the mean change from baseline to final for the average diary-based Pain Rating Scale. Furthermore, the mean improvement from baseline to final for the average site-based Pain Rating Scale score was statistically significantly superior in each of the ABT-594 treatment groups compared to placebo. Statistically significant linear dose responses were observed in the model that included the placebo treatment group for mean change from baseline to final for the average diary- and site-based Pain Rating Scale scores,

A statistically significantly greater proportion of subjects in all of the ABT-594 treatment groups had at least a 50% improvement in either their average diary- or site-based Pain Rating Scale scores at the final evaluation compared to the subjects in the placebo treatment group.

There were no statistically significant differences between the placebo treatment group and any of the ABT-594 treatment groups for the mean change from baseline to final in the Neuropathic Pain Scale Total score. In the analysis of the mean change from baseline to final in SF-36™ Health Status Survey, a statistically significant improvement was observed for the ABT-594 225 μg BID treatment group in the physical component summary compared to the placebo treatment group. However, statistically significant worsening was observed for the ABT-594 300 μg BID treatment group in the mental component summary compared to the placebo treatment group.

**Pharmacokinetic Results:**
At the time of this report, the pharmacokinetic analyses were incomplete. Results from the pharmacokinetic analyses will be presented in a separate report.

**Safety Results:**
Among all treated subjects, 66% of subjects receiving placebo and 83%, 90%, and 91% of subjects receiving ABT-594 150 μg, 225 μg, and 300 μg BID, respectively, reported treatment-emergent adverse events. The overall incidence of adverse events was statistically significantly higher for each of the ABT-594 treatment groups than for the placebo treatment group. The most frequently reported ($\geq$10% of subjects in any ABT-594 treatment group) treatment-emergent adverse events were nausea, dizziness, vomiting, abnormal dreams, headache, asthenia, diarrhea, dyspepsia, and insomnia.

ABBT238583

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

vi

**Safety Results (continued):**

Subjects in the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups had statistically significantly higher incidences of treatment-emergent nausea (34%, 43%, and 46%, respectively), vomiting (15%, 25%, and 21%, respectively), abnormal dreams (22%, 22%, and 18%, respectively), and dizziness (17%, 35%, and 30%, respectively) compared to subjects in the placebo treatment group (11%, 3%, 0%, and 5%, respectively). A statistically significantly greater proportion of subjects in the ABT-594 225 µg and 300 µg BID treatment groups reported treatment-emergent asthenia (16% and 21%, respectively) compared to subjects in the placebo treatment group (2%). Subjects in the placebo treatment group had a statistically significantly greater incidence of treatment-emergent infection (15%) compared to subjects in the ABT-594 300 µg BID treatment group (3%). Most adverse events were mild or moderate in severity.

No subject died during the course of the study. However, 1 subject (ABT-594 150 µg BID) died 58 days after completion of the Treatment Phase. The subject died due to suicide, which the investigator considered to be unrelated to study drug. In addition to the subject who died, 13 subjects (3 placebo, 4 ABT-594 150 µg, 2 ABT-594 225 µg, and 4 ABT-594 300 µg BID) experienced other serious adverse events. Eight of these subjects (2 placebo, 3 ABT-594 150 µg, 1 ABT-594 225 µg, and 2 ABT-594 300 µg BID) reported serious adverse events associated with the cardiovascular system during the study. Each subject had multiple risk factors for cardiovascular disease. One hundred subjects (6 placebo, 18 ABT-594 150 µg, 32 ABT-594 225 µg, and 44 ABT-594 300 µg BID) prematurely discontinued study drug due to 1 or more adverse events. The most frequently reported ($\geq$10% of subjects in any ABT-594 treatment group) adverse events leading to discontinuation among ABT-594 subjects were nausea, dizziness, vomiting, abnormal dreams, and headache.

Results of other safety analyses, including individual subject changes, changes over time and individual clinically significant for laboratory evaluations, vital signs, ECGs, and physical examinations, were unremarkable for all treatment groups.

**Conclusions:**

ABT-594 at 150 µg, 225 µg, and 300 µg BID was statistically significantly superior to placebo for the primary efficacy variable, the mean change from baseline to final for the average diary-based Pain Rating Scale. Furthermore, the mean improvement from baseline to final for the average site-based Pain Rating Scale score was statistically significantly superior in each of the ABT-594 treatment groups compared to placebo. A statistically significantly greater proportion of subjects in all of the ABT-594 treatment groups had at least a 50% improvement in either their average diary- or site-based Pain Rating Scale scores at the final evaluation compared to subjects in the placebo treatment group.

**Date of Report:** 06 July 2001

Highly Confidential

ABBT238584

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

vii

## 3.0    Table of Contents for the Individual Clinical Study Report

|  |  | Page |
|---|---|---|
| 1.0 | Title Page | i |
| 2.0 | Synopsis | ii |
| 3.0 | Table of Contents for the Individual Clinical Study Report | vii |
| 4.0 | List of Abbreviations and Definitions of Terms | xv |
| 5.0 | Ethics | 1 |
| 5.1 | Independent Ethics Committee (IEC) or Institutional Review Board (IRB) | 1 |
| 5.2 | Ethical Conduct of the Study | 1 |
| 5.3 | Subject Information and Consent | 2 |
| 5.4 | Subject Confidentiality | 2 |
| 6.0 | Investigators and Study Administrative Structure | 3 |
| 6.1 | Investigative Sites | 3 |
| 6.2 | Sponsor Information | 5 |
| 6.3 | Contract Research Organization | 5 |
| 6.4 | Clinical Supply Management | 5 |
| 6.5 | Central Laboratory | 6 |
| 6.6 | Administrative Structure | 6 |
| 7.0 | Introduction | 8 |
| 7.1 | Analgesia Today | 8 |
| 7.2 | ABT-594 | 8 |
| 8.0 | Study Objective | 11 |
| 9.0 | Investigational Plan | 11 |
| 9.1 | Overall Study Design and Plan:  Description | 11 |
| 9.2 | Discussion of Study Design, Including the Choice of Control Groups | 15 |
| 9.3 | Selection of Study Population | 15 |
| 9.3.1 | Inclusion Criteria | 15 |

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

viii

|  |  | 9.3.2 | Exclusion Criteria ................................................. 16 |
|  |  | 9.3.3 | Removal of Subjects from Therapy or Assessment ............. 18 |
|  | 9.4 | Treatments .................................................................. 18 |
|  |  | 9.4.1 | Treatments Administered ........................................ 18 |
|  |  | 9.4.2 | Identity of Investigational Product(s) ....................... 19 |
|  |  |  | 9.4.2.1 Packaging and Labeling ................................. 20 |
|  |  |  | 9.4.2.2 Storage and Disposition of Supplies ................. 20 |
|  |  |  | 9.4.2.3 Drug Accountability ................................... 21 |
|  |  | 9.4.3 | Method of Assigning Subjects to Treatment Groups ......... 21 |
|  |  | 9.4.4 | Selection of Doses in the Study .............................. 22 |
|  |  | 9.4.5 | Selection and Timing of Dose for Each Subject ............. 22 |
|  |  | 9.4.6 | Blinding ...................................................... 22 |
|  |  | 9.4.7 | Prior and Concomitant Therapy ............................... 23 |
|  |  | 9.4.8 | Treatment Compliance ......................................... 23 |
|  | 9.5 | Efficacy, Pharmacokinetic and Safety Variables .................. 24 |
|  |  | 9.5.1 | Efficacy, Pharmacokinetic and Safety Measurements Assessed and Flow Chart .................................... 24 |
|  |  |  | 9.5.1.1 Efficacy Measurements ................................. 26 |
|  |  |  | 9.5.1.2 Safety Measurements and Procedures ................... 27 |
|  |  | 9.5.2 | Appropriateness of Measurements .............................. 35 |
|  |  | 9.5.3 | Efficacy Variables ........................................... 35 |
|  |  |  | 9.5.3.1 Primary Variable ..................................... 35 |
|  |  |  | 9.5.3.2 Secondary Variables .................................. 35 |
|  |  | 9.5.4 | Drug Concentration Measurements .............................. 36 |
|  |  | 9.5.5 | Pharmacokinetic Variables .................................... 37 |
|  |  | 9.5.6 | Blood Samples for Genetic Polymorphism Analysis ............ 37 |
|  | 9.6 | Data Quality Assurance ....................................... 38 |
|  | 9.7 | Statistical Methods Planned in the Protocol and Determination of Sample Size ........................................... 39 |
|  |  | 9.7.1 | Statistical and Analytical Plans ............................. 39 |

Highly Confidential

ABBT238586

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                          ix
R&D/01/171 - Clinical/Statistical

|  |  | 9.7.1.1 | Data Sets Analyzed | 39 |
|  |  | 9.7.1.2 | Demographic and Other Baseline Characteristics | 40 |
|  |  | 9.7.1.3 | Efficacy Analyses | 40 |
|  |  | 9.7.1.4 | Pharmacokinetic Analyses | 43 |
|  |  | 9.7.1.5 | Safety Analyses | 44 |
|  | 9.7.2 | Determination of Sample Size | | 45 |
| 9.8 | Changes in the Conduct of the Study or Planned Analyses | | | 46 |
|  | 9.8.1 | Protocol Changes | | 46 |
|  | 9.8.2 | Statistical Changes | | 46 |
| 10.0 | Study Subjects | | | 47 |
| 10.1 | Disposition of Subjects | | | 47 |
| 10.2 | Protocol Deviations | | | 51 |
| 11.0 | Efficacy and Pharmacokinetic Evaluation | | | 52 |
| 11.1 | Data Sets Analyzed | | | 52 |
| 11.2 | Demographic and Other Baseline Characteristics | | | 54 |
|  | 11.2.1 | Demographics | | 55 |
|  | 11.2.2 | Other Baseline Characteristics | | 56 |
|  | 11.2.3 | Concurrent Medication Use | | 57 |
| 11.3 | Measurements of Treatment Compliance | | | 57 |
|  | 11.4 | Efficacy Evaluations and Tabulations of Individual Subject Data | | 57 |
|  | 11.4.1 | Efficacy Analyses | | 58 |
|  |  | 11.4.1.1 | Primary Efficacy Variable | 59 |
|  |  | 11.4.1.2 | Secondary Efficacy Variables | 60 |
|  |  | 11.4.1.3 | Other Efficacy Variables | 67 |
|  | 11.4.2 | Statistical and Analytical Issues | | 68 |
|  |  | 11.4.2.1 | Adjustments for Covariates | 68 |
|  |  | 11.4.2.2 | Handling of Dropouts or Missing Data | 68 |
|  |  | 11.4.2.3 | Interim Analyses and Data Monitoring | 68 |

                                                          ABBT238587

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                          x
R&D/01/171 - Clinical/Statistical

|  | 11.4.2.4 | Multicenter Studies | 69 |
|  | 11.4.2.5 | Multiple Comparisons/Multiplicity | 69 |
|  | 11.4.2.6 | Use of an "Efficacy Subset" of Subjects | 69 |
|  | 11.4.2.7 | Active-Control Studies Intended to Show Equivalence | 69 |
|  | 11.4.2.8 | Examination of Subgroups | 69 |
| 11.4.3 | Tabulation of Individual Response Data | | 70 |
| 11.4.4 | Drug Dose, Drug Concentration, and Relationship to Response | | 70 |
| 11.4.5 | Drug-Drug and Drug-Disease Interactions | | 70 |
| 11.4.6 | By-Subject Displays | | 70 |
| 11.4.7 | Efficacy Conclusions | | 71 |
| 11.5 | Pharmacokinetic Variables | | 71 |
| 12.0 | Safety Evaluation | | 72 |
| 12.1 | Extent of Exposure | | 72 |
| 12.2 | Adverse Events | | 73 |
| 12.2.1 | Brief Summary of Adverse Events | | 73 |
| 12.2.2 | Display of Adverse Events | | 74 |
| 12.2.3 | Analysis of Adverse Events | | 76 |
| 12.2.4 | Listing of Adverse Events by Subject | | 77 |
| 12.3 | Deaths, Other Serious Adverse Events, and Other Significant Adverse Events | | 77 |
| 12.3.1 | Listing of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events | | 78 |
|  | 12.3.1.1 | Deaths | 78 |
|  | 12.3.1.2 | Other Serious Adverse Events | 78 |
|  | 12.3.1.3 | Other Significant Adverse Events | 80 |
| 12.3.2 | Narratives of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events | | 83 |
| 12.3.3 | Analysis and Discussion of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events | | 83 |

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                            xi
R&D/01/171 - Clinical/Statistical

12.4   Clinical Laboratory Evaluation...................................................................84

    12.4.1   Listing of Individual Laboratory Measurements by
    Subject and Each Abnormal Laboratory Value..........................84

    12.4.2   Evaluation of Each Laboratory Parameter................................85

        12.4.2.1   Laboratory Values Over Time..............................85

        12.4.2.2   Individual Subject Changes ...................................91

        12.4.2.3   Individual Clinically Significant Abnormalities.........91

12.5   Vital Signs, Physical Findings, and Other Observations Related
to Safety...............................................................................................95

    12.5.1   Listing of Individual Measurements by Subject and Each
    Abnormal Value....................................................................95

    12.5.2   Findings on Physical Examination .............................................95

    12.5.3   Vital Signs Evaluation.............................................................95

        12.5.3.1   Vital Signs Values Over Time ................................95

        12.5.3.2   Individual Subject Changes ...................................96

    12.5.4   Electrocardiogram Evaluation...................................................97

        12.5.4.1   ECG Values Over Time .........................................97

        12.5.4.2   Individual Clinically Significant Abnormalities.........97

        12.5.4.3   Individual Clinically Significant Abnormalities.........97

12.6   Safety Conclusions ..............................................................................98

13.0   Discussion and Overall Conclusions......................................................100

14.0   Tables, Figures, and Graphs Referred to but not Included in the Text ..............102

15.0   Reference List

16.0   Appendices

    16.1   Study Information

    16.2   Subject Data Listings

    16.3   Case Report Forms

    16.4   Individual Subject Data Listings

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

xii

## 3.0 Table of Contents for the Individual Clinical Study Report
### (continued)

**Page**

### List of In-Text Tables

Table 6.1a    Distribution of Subjects by Investigator and Treatment Group ...... ..........4

Table 9.4a    ABT-594 Dose Escalation ................................................................ 19

Table 9.4b    Number and Type of Capsules by Treatment Group ......................... ........ 19

Table 9.4c    Identity of Investigational Products................................................ ........20

Table 9.5a    Study Procedures Flow Chart ............................................. ........25

Table 9.5b    Clinical Laboratory Tests................................................................30

Table 10.1a    Disposition of Subjects ........................................................49

Table 11.1a    Disposition of Subjects by Dataset ........................................ 53

Table 11.2a    Demographic Characteristics (All Treated Subjects)......................... 55

Table 11.2b    Other Baseline Characteristics (Intent-to-Treat Dataset) ........ ........56

Table 11.4a    Summary of the Analysis of Mean Change From Baseline[a] to
Final[b] for the Average Diary-Based Pain Rating Scale[c] Scores
Using LOCF Method  (Intent-to-Treat Dataset).....................................60

Table 11.4b    Change from Baseline to Final for Secondary  Efficacy
Variables[a] Using LOCF Method  (Intent-to-Treat Dataset)....................62

Table 11.4c    Change from Baseline to Final for Subject and Clinician Global
Impression of Change[a] Using LOCF Method  (Intent-to-Treat
Dataset)..........................................................................................63

Highly Confidential

ABBT238590

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

xiii

Table 11.4d    Summary of the Analysis of Mean Change From Baseline[a] to
               Each Week for the Average Diary-Based Pain Rating Scale[b]
               Scores Using LOCF and OC Methods (Intent-to-Treat Dataset) ............. 65

Table 11.4e    Proportion of Subjects Responding[a] to Treatment as Measured
               by Diary- and Site-Based Pain Rating Scale Scores[b] Using
               LOCF Method (Intent-to-Treat Dataset) ................................................. 67

Table 12.1a    Extent of Exposure .......................................................................... 72

Table 12.2a    Summary of Most Frequently Reported[a] Treatment-Emergent
               Adverse Events By Relationship to Study Drug ..................................... 75

Table 12.3a    Subjects Reporting Serious Adverse Events During the Study ............... 79

Table 12.3b    Treatment-Emergent Adverse Events Leading to Premature
               Discontinuation of Study Drug (All Treated Subjects) ........................... 81

Table 12.3b    Treatment-Emergent Adverse Events Leading to Premature
               Discontinuation of Study Drug (All Treated Subjects;
               continued) .................................................................................... 82

Table 12.4a    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Hematology Parameters ....................................................... 86

Table 12.4a    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Hematology Parameters (continued) ...................................... 87

Table 12.4b    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Blood Chemistry Parameters ................................................ 89

Highly Confidential

ABBT238591

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                          xiv
R&D/01/171 - Clinical/Statistical

Table 12.4b    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Blood Chemistry Parameters (continued) .................................... 90

Table 12.4c    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Urinalysis Parameters ........................................................ 91

Table 12.4d    Number and Percentage of Subjects with Hematology Values
               Meeting Potentially Clinically Significant Criteria (All Treated
               Subjects) ................................................................................. 92

Table 12.4e    Number and Percentage of Subjects with Blood Chemistry
               Values Meeting Potentially Clinically Significant Criteria (All
               Treated Subjects) ...................................................................... 93

Table 12.4f    Number and Percentage of Subjects with Urinalysis Values
               Meeting Potentially Clinically Significant Criteria (All Treated
               Subjects) ................................................................................. 94

Table 12.5a    Statistically Significant Treatment Group Differences in Mean
               Change From Baseline to Minimum, Maximum, and/or Final
               Value - Vital Sign Parameters ...................................................... 96

Table 12.5b    Number and Percentage of Subjects with ECG Values Meeting
               Potentially Clinically Significant Criteria (All Treated Subjects) .............. 98

## List of In-Text Figures

Figure 6.6a    Administrative Structure ............................................................... 7

Figure 9.1a    Study Schematic ....................................................................... 12

Figure 10.1a   Disposition of Subjects ............................................................... 50

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

xv

## 4.0     List of Abbreviations and Definitions of Terms

List of Abbreviations

| | |
|---|---|
| ABT-594 | [(R)-5-(2-azetidinylmethoxy)-2-chloropyridine] or Abbott-165594 |
| ANCOVA | Analysis of covariance |
| ANOVA | Analysis of variance |
| CMH | Cochran-Mantel-Haenszel |
| DNA | Deoxyribonucleic acid |
| EDTA | Edetic acid |
| HGC | Hard gelatin capsule |
| HIV | Human immunodeficiency virus |
| ICH | International Conference on Harmonization |
| ITT | Intent-to-Treat |
| IVRS | Interactive Voice Response System |
| LOCF | Last observation carried forward |
| MCS | Mental component summary |
| nAChR | Nicotinic acetylcholine receptor |
| NCR | No carbon required |
| NPRO | New Product Research Order |
| OC | Observed cases |
| PCS | Physical component summary |
| SEC | Soft elastic capsule |
| SF-36™ | Short Form-36 Health Status Survey |
| SSRIs | Serotonin-specific reuptake inhibitors |
| TENS | Trancutaneous electrical nerve stimulation |

Terms

| | |
|---|---|
| Hemoglobin $A_{1c}$ | Glycosolated hemoglobin |
| NOMAD® | A data management system |

ABBT238593

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

1

## 5.0    Ethics

### 5.1    Independent Ethics Committee (IEC) or Institutional Review Board (IRB)

Good Clinical Practice (GCP) requires that approval be obtained from a research committee (e.g., Institutional Review Board [IRB], Independent Ethics Committee [IEC]), prior to participation of human subjects in research. The investigator obtained a duly constituted IRB/IEC review and approval of the protocol, informed consent form and all other forms of subject information related to the study (e.g., advertisements used to recruit subjects). Abbott Laboratories received documentation of the study approval, the signed signature page from the study protocol, a signed Abbott Financial Disclosure form, subject informed consent document, a current investigator curriculum vitae, a signed Food and Drug Administration (FDA) Form 1572 or equivalent document, a list of members of the IRB committee and their qualifications and affiliations prior to authorizing the shipment of study drug supplies to the site. Any amendments to the protocol required IRB approval prior to implementation of any changes made to the study design. No annual IRB re-approvals were required since the study was completed within 1 year. A complete list of documents required prior to initiation of the study is located in the study protocol (Appendix 16.1.1). Information regarding the IRB is presented in Appendix 16.1.3.

### 5.2    Ethical Conduct of the Study

The study was conducted in accordance with the protocol, GCP, FDA regulations governing clinical study conduct, ethical principles that have their origin in the Declaration of Helsinki (1996 Version) and all applicable local regulations. The investigator ensured that the study was conducted in accordance with prevailing local laws and customs or complied with the provisions as stated in the FDA guidelines. Responsibilities of the Investigator are specified in the study protocol (Appendix 16.1.1).

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                     2
R&D/01/171 - Clinical/Statistical

## 5.3    Subject Information and Consent

The investigator or his/her representative explained the nature of the study to the subject, and answered all questions regarding this study. Prior to any screening procedures being performed on the subject, the informed consent statement was reviewed, signed, and dated by the subject and the person who administered the informed consent. A copy of the informed consent form was given to the subject and the original was placed in the subject's medical record. An entry was also made in the subject's dated source documents to confirm that informed consent was obtained prior to any study-related procedures and that the subject received a signed copy. Elements of the Informed Consent are specified in the study protocol (Appendix 16.1.1). A sample copy of the informed consent is presented in Appendix 16.1.3.

## 5.4    Subject Confidentiality

All reports and communications relating to subjects in the study identified each subject only by the subject's initials (first, middle, last) and by the subject's randomization number. Case report forms (CRF) were used to transmit the information collected in the performance of this study to Abbott Laboratories and to governmental agencies. Portions of the subject's medical records pertinent to the study were reviewed by Abbott Laboratories personnel or their designee and possibly by government personnel to ensure adequate source documentation, accuracy, and completeness of the CRFs.

The site collected information on the subject per International Conference on Harmonization (ICH) requirements, including subject name, home address, phone number, and birthdate. In addition, the name, address, and phone number of another person who could be contacted in an emergency was also recorded. This information was treated with strict adherence to professional standards of confidentiality and was filed at the site.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                    3
R&D/01/171 - Clinical/Statistical

Neither the subject, the subject's physician, nor the investigator were informed of the
subject's pharmacogenetic results, if obtained.  If performed, the pharmacogenetic results
from individual subjects were kept confidential and were not given to anyone not directly
involved with this research study.  The deoxyribonucleic acid (DNA) samples are being
stored by Abbott Laboratories in a secure storage space with adequate measures to
protect confidentiality.  The DNA samples are being kept by Abbott Laboratories until
destroyed by Abbott when this research is completed or the required sample retention time
has been satisfied.

## 6.0     Investigators and Study Administrative Structure

## 6.1     Investigative Sites

Thirty-four investigators in the United States were recruited to perform the study and
received study drug supplies.  Twenty-nine of these investigators randomized at least 1
subject.  The study was conducted from 24 April 2000 to 24 February 2001.  Complete
names, addresses, and affiliations of the principal investigators are included in
Appendix 16.1.4.  The distribution of all enrolled subjects for each investigator is
presented by randomized treatment group in Table 6.1a.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                                    4
R&D/01/171 - Clinical/Statistical

**Table 6.1a     Distribution of Subjects by Investigator and Treatment Group**

| Investigator | Total Subjects Enrolled | Treatment Group | | | |
|---|---|---|---|---|---|
| | | | ABT-594 | | |
| | | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| Backonja | 3 | 1 | 1 | 0 | 1 |
| Baumel | 15 | 4 | 4 | 4 | 3 |
| Biton | 7 | 1 | 2 | 2 | 2 |
| Bromberg | 13 | 3 | 3 | 4 | 3 |
| DeBold | 12 | 3 | 3 | 3 | 3 |
| Drucker | 6 | 1 | 1 | 2 | 2 |
| Eisner | 6 | 1 | 1 | 2 | 2 |
| Forde | 2 | 0 | 0 | 1 | 1 |
| Fried | 9 | 2 | 2 | 3 | 2 |
| Gibson | 18 | 5 | 5 | 4 | 4 |
| Gleeson | 7 | 2 | 2 | 2 | 1 |
| Haag | 6 | 1 | 1 | 2 | 2 |
| Hewitt | 8 | 2 | 2 | 1 | 3 |
| Holmlund | 5 | 1 | 1 | 1 | 2 |
| Kafka | 7 | 2 | 1 | 2 | 2 |
| Kipnes | 15 | 4 | 3 | 4 | 4 |
| Kirby | 10 | 3 | 2 | 3 | 2 |
| Kluge | 9 | 2 | 2 | 2 | 3 |
| McGill | 8 | 2 | 2 | 2 | 2 |
| Rowbotham | 4 | 1 | 1 | 1 | 1 |
| Shaibani | 17 | 4 | 5 | 4 | 4 |
| Simmons | 6 | 1 | 2 | 2 | 1 |
| Singer | 15 | 4 | 4 | 4 | 3 |
| Sivakumar | 9 | 2 | 3 | 2 | 2 |
| Steel | 8 | 2 | 2 | 2 | 2 |
| Storey | 13 | 3 | 4 | 3 | 3 |
| Suri | 3 | 1 | 1 | 0 | 1 |
| Vinik | 6 | 2 | 1 | 2 | 1 |
| Weinstein | 19 | 5 | 4 | 5 | 5 |
| Total | 266 | 65 | 65 | 69 | 67 |

Cross Reference: Table 14.1__1.1

Highly Confidential                                                                        ABBT238597

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

5

## 6.2    Sponsor Information

The sponsor coordinated the activities for initiating this clinical study. The protocol, CRFs and sample informed consent form were generated by Abbott Laboratories. The database for this study was created using NOMAD®, a data management system. Designated statisticians at Abbott Laboratories were responsible for the statistical analysis of the data. A copy of the signature page for the study summary with the signature of the Abbott Laboratories' responsible Medical Officer is included in Appendix 16.1.5.

## 6.3    Contract Research Organization

Abbott Laboratories delegated prestudy (if necessary) and initiation visits, site monitoring, and post-study site visits to the following Contract Research Organization (CRO) for the conduct of this clinical study:

> Research Solutions Inc.
> 3200 Chapel Hill Nelson-Highway, Suite 100
> P.O. Box 14561
> Research Triangle Park, NC 27709
> 1-800-807-7462

The sponsor and CRO maintained contact in order to manage adequately the progress of the study. The CRO coordinated and performed all site visits and prepared trip reports, using the Abbott Laboratories format, for each visit performed. These reports detailed the activities conducted at all investigative sites and included all relevant observations. All trip reports were forwarded to Abbott Laboratories in a timely manner to ensure appropriate site management, adhering to Abbott Laboratories Standard Operating Procedures.

## 6.4    Clinical Supply Management

Clinical supplies were prepared by Abbott Laboratories (Investigational Drug Services, D-492) for the study and sent to all investigational sites. Abbott Laboratories authorized the release of clinical supplies once the appropriate essential documents were received from the respective site and upon approval by Abbott Laboratories Regulatory Affairs.

Highly Confidential

ABBT238598

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

6

All subjects were centrally randomized by site and assigned to a treatment group (using the randomization supplied by Abbott Laboratories) using an Interactive Voice Response System (IVRS). The IVRS was contracted from:

> ClinPhone Inc.
> 29 Emmons Drive, C40
> Princeton, NJ 08540

Blinded study medication for each randomized subject (using the randomization supplied by Abbott Laboratories) was also assigned using the IVRS. Each site kept an accurate inventory of the clinical supplies, including drug shipping and receiving documents, dispensing/accountability records, and records for return of clinical supplies to Abbott Laboratories. Clinical Research Associates (CRAs) from the CRO checked drug accountability records regularly.

## 6.5    Central Laboratory

This study utilized 1 central laboratory. All protocol-specified clinical laboratory tests were performed by the following central laboratory:

> Covance Central Laboratory Services
> 8211 SciCor Drive
> Indianapolis, IN 46214
> (800) 462-8887

The ABT-594 plasma assays were performed under the supervision of Raymond Wieboldt, Ph.D. of the Drug Analysis Department of Abbott Laboratories, Abbott Park, IL.

## 6.6    Administrative Structure

The administrative structure for this study is depicted in Figure 6.6a.

ABBT238599

ABT-594 (ABBOTT-165594)
*Study No. M99-114*
R&D/01/171 - Clinical/Statistical                                          7



**Figure 6.6a     Administrative Structure**

ABBT238600

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

8

## 7.0    Introduction

### 7.1    Analgesia Today

Pain is one of the most common reasons people consult a physician, representing an extraordinary societal burden. The cost of chronic pain has been estimated to range in the tens of billions of dollars annually.[1]

Currently there are 4 major groups of therapeutics for pain relief: 1) nonsteroidal anti-inflammatory drugs (NSAIDs/COX-2 inhibitors), 2) opioids, 3) adjuvant analgesics (e.g., tricyclic antidepressants), and 4) centrally acting non-narcotic analgesics (e.g., acetaminophen, tramadol). NSAIDs are most often used to treat mild to moderate pain associated with inflammation, but are ineffective in treating some types of nociceptive and neuropathic pain. Risks associated with NSAIDs include gastrointestinal bleeding and hepatic toxicity. COX-2 inhibitors may improve on this gastrointestinal profile, but other adverse events may become evident. Opioids are used for moderate to severe pain. Clinically significant physical dependence and tolerance to analgesia may occur in subjects receiving opioids regularly. In addition, constipation is a significant side effect. Adjuvant analgesics are commonly used for neuropathic pain. Unlike the other groups, the majority of adjuvant analgesics have a delayed onset of an analgesia because of their mechanism of action and the requirement for dose titration. Therefore, a class of compounds with a broad spectrum clinical activity, efficacy in moderate and severe pain, and without the liabilities of opioids, NSAIDs and other currently available analgesics would represent an important advance in pain relief.

### 7.2    ABT-594

Interest in the potential analgesic activity of compounds acting at neuronal nicotinic acetylcholine receptors (nAChRs) has been enhanced recently by the discovery that (±)-epibatidine, a potent nAChR agonist, is greater than 100-fold more potent than morphine in rodent models of antinociception.[2] The antinociceptive effects of (±)-epibatidine are blocked by the nAChR antagonist mecamylamine, but not by opioid receptor blockade. Thus, (±)-epibatidine appears to be a potent antinociceptive agent that acts via activation of neuronal nAChRs and not through opioid receptors. Unfortunately, (±)-epibatidine is

ABBT238601

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

9

quite potent at all subtypes of the nAChR (neuronal, ganglionic, and neuromuscular junction) and is quite toxic at antinociceptive doses.[3] Because of nAChR diversity, however, it is possible that nAChR ligands with greater receptor subtype selectivity might have therapeutic utility at doses below those associated with side effects.

ABT-594 [(R)-5-(2-azetidinylmethoxy)-2-chloropyridine], is a non-opioid, non-NSAID analgesic. It is a novel neuronal nAChR ligand that is 30- to 100-fold more potent and equally efficacious to morphine in treating moderate to severe pain in several well-characterized animal models of nociception. ABT-594 modulates pain transmission by interacting with nAChRs, and not opioid receptors, at key regulatory sites along the pain pathway. It has both peripheral and central antinociceptive effects in preclinical models of acute thermal, persistent chemical, and neuropathic pain states.

To date, only systemic treatment with opioids like morphine has been reported to have this broad spectrum of analgesic activity. Like the opioids, ABT-594 can selectively modulate pain transmission by inhibiting substance P release from C-fibers at the level of the dorsal horn, and by activating the brainstem centers that provide descending inhibitory pathways known to gate painful stimuli. In contrast to morphine, repeated treatment with ABT-594 in pre-clinical studies did not produce withdrawal effects at termination of treatment, suggesting an absence of physical dependence liabilities.

In pre-clinical studies, ABT-594 distributes rapidly to the brain following systemic administration and, like morphine, may work at multiple levels in the central and peripheral nervous systems to modulate pain perception. Compounds like ABT-594 that can selectively modulate neuronal nAChR function and possess broad-based antinociceptive activity may provide a novel therapeutic approach to pain management that avoids the liabilities typically associated with opioid analgesics.

Initial clinical trials in humans were conducted using oral solution formulations. Subsequently, a soft elastic capsule (SEC) formulation and, later, a hard gelatin capsule (HGC) formulation were developed and used in clinical trials.

Phase I clinical trials of the oral solution formulations suggested that 150 µg/day would be the maximally tolerated dose. Subsequent experience in Phase I and II trials with the solid

ABBT238602

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

10

formulations (SEC and HGC), however, has suggested that higher doses would be tolerated. Preliminary data from Study M99-076 demonstrated that the ABT-594 HGC formulation was generally well tolerated at fixed (untitrated) doses up through 300 µg BID for 14 days. Study M99-120[4] included titrated doses up through 450 µg BID for 5 days. Results from Study M99-120 suggested that a short period of dose escalation at the initiation of therapy improved tolerability. Throughout the Phase I studies of ABT-594, subjects generally tolerated ABT-594 better when dosing followed a meal and after 3-4 days of repeated dosing (the period in which most adverse events occur).

To date, Phase II trials have included efficacy and safety studies of ABT-594 in molar extraction, osteoarthritis and neuropathic pain. Based upon preliminary data from Study M97-772, a study of molar extraction pain, 100 µg ABT-594 (single-dose oral solution) appeared to be a minimally efficacious dose in acute pain.

A study of ABT-594 in osteoarthritis (M98-826)[5] evaluated the ABT-594 SEC formulation at doses of 25, 50 and 75 µg BID for 3 weeks, and a study of ABT-594 in neuropathic pain (M98-833),[6] evaluated the same formulation at doses of 25 and 75 µg BID for 3 weeks. Both studies suggested a trend towards analgesic effect at 75 µg BID. In addition, 75 µg BID was generally well tolerated. The most common adverse events (≥5%) for subjects receiving 75 µg BID ABT-594 in the osteoarthritis and neuropathic pain studies (combined) were nausea (15%), headache (13%), dizziness (7%), insomnia (6%) and vomiting (5%). ABT-594 appeared to be tolerated better after the first week of therapy (an effect not related to premature discontinuations).

Data from the Phase I and II studies completed to date suggest that ABT-594 should be generally well tolerated at doses higher than previously studied in Phase II trials (higher than 75 µg BID). In addition, data from the Phase II trials suggest that, because a trend toward analgesic efficacy was seen at 75 µg BID, a study of higher doses may demonstrate greater analgesic efficacy. The current study, therefore, was performed to test this hypothesis.

ABBT238603

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

11

## 8.0    Study Objective

The objective of this study was to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who had painful distal symmetric diabetic polyneuropathy, had an average of ≥4 points on the diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days), and had ≥4 points on the site-based Pain Rating Scale (11-Point Likert Scale) at the Baseline Visit.

## 9.0    Investigational Plan

### 9.1    Overall Study Design and Plan: Description

This was a Phase II, randomized, double-blind, placebo-controlled, multicenter study to examine the safety and analgesic efficacy of ABT-594 in subjects who had painful diabetic polyneuropathy. Approximately 320 subjects were to be assigned randomly in an equal ratio to receive 1 of 4 treatments: ABT-594 150 µg, 225 µg, 300 µg BID or placebo for 49 days on an outpatient basis. Approximately 30 sites were to be recruited in order to enroll approximately 320 subjects who met entry criteria.

The study was divided into 5 phases: Screening Phase (Day -22 to Day -8), Baseline Pain Assessment Phase (Day -7 to Day -1), Primer Phase (Day 1 to Day 7), Treatment Phase (Day 8 to Day 49) and Post-Treatment Phase (Day 50 to Day 59). Day 1 was the first day of study drug administration. Subjects were allowed a window of ± 3 days for each study visit. A schematic of the study design is presented in Figure 9.1a.

Highly Confidential

ABBT238604

ABBT238605

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

12



Figure 9.1a     Study Schematic

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                              13
R&D/01/171 - Clinical/Statistical

Subjects reviewed and signed the informed consent prior to the conduct of any study
specific procedures. Subjects were screened for eligibility by medical history, physical
examination, vital sign measurements, and clinical laboratory tests. Those subjects taking
tricyclic antidepressants, serotonin-specific reuptake inhibitors (SSRIs), antiepileptic
drugs, or other analgesics for the treatment of their pain were to have discontinued these
drugs at least 7 days prior to the Baseline Pain Assessment Phase. During the Baseline
Pain Assessment Phase, at approximately 11 AM each morning, subjects were to complete
the diary-based Pain Rating Scale (11-Point Likert Scale) of their diabetic polyneuropathy
pain intensity.

On the day after the Baseline Pain Assessment Phase, subjects returned to the site for their
Baseline Visit (Day 1). At this visit, diaries were collected and reviewed. In addition,
subjects were to complete the site-based Pain Rating Scale (11-Point Likert Scale).
Subjects who met all entry criteria, including an average of ≥4 points on the diary-based
Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase
(completed on at least 6 of the 7 days) and ≥4 points on the site-based Pain Rating Scale
(11-Point Likert Scale) during the Baseline Visit, completed the Neuropathic Pain Scale
and SF-36™ Health Status Survey (Acute). Subjects underwent an interim medical
history, physical examination, vital sign measurements, electrocardiogram (ECG), and
clinical laboratory tests.

Subjects who met all entry criteria at the Baseline Visit were randomly assigned in an
equal ratio into 1 of 4 treatment groups: ABT-594 150 µg, 225 µg, 300 µg BID, or
placebo. Subjects started study drug at the evening dose on Day 1. During the Primer
Phase, subjects received a fixed dose escalation of ABT-594 or placebo (Section 9.4.1).
The dose was increased every 2 days in 75-µg BID increments until subjects were taking
their assigned treatment dose (150 µg, 225 µg, or 300 µg BID). Following the Primer
Phase, subjects entered the Treatment Phase (Day 8) and continued their treatment for a
total of 49 days.

Throughout the course of the study, subjects were not permitted to take concomitant
analgesics, except for limited doses of acetaminophen (3 grams daily maximum or 6 grams
maximum during the Baseline Pain Assessment Phase, and 6 grams maximum per week for

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical
14

each of the 7 weeks of the Primer and Treatment Phases; Section 9.4.7). Aspirin, 325 mg
daily maximum, was permitted if taken for primary prevention of thromboembolic events
and the dose had been stable for ≥ 1 month prior to the Baseline Visit. Subjects were not
allowed to take analgesic medication (including acetaminophen) within 24 hours of
Treatment Visits I, II, III and IV.

Subjects were to complete the diary-based Pain Rating Scale each morning, 3 hours after
taking their morning dose of study drug (approximately 11 AM). They returned to the site
for study procedures on Day 14 (Treatment Visit I), Day 21 (Treatment Visit II) and Day
35 (Treatment Visit III) and Day 49 (Treatment Visit IV). Procedures during Treatment
Visits I, II, III, and IV included collection of diaries (and issuance of the next set of diaries
at Treatment Visits I, II and III), and the following efficacy and safety assessments: the
site-based Pain Rating Scale, the Neuropathic Pain Scale, the Subject and Clinician Global
Impression of Change (Treatment Visit IV only), the SF-36™ Health Status Survey
(Acute; Treatment Visit IV only), physical examination (Treatment Visit IV only), vital
sign measurements, clinical laboratory tests (Treatment Visits I, III and IV), ECG
(Treatment Visit IV only), and ABT-594 plasma assay collection (Treatment Visits I and
IV only). A subset of subjects at selected sites underwent additional pharmacokinetic
sampling at Treatment Visits I and IV.

On the day after Treatment Visit IV, subjects entered the Post-Treatment Phase. Subjects
no longer took study drug or completed pain scales. Subjects could have restarted all
discontinued medications under the guidance of their physician. Subjects returned for
study procedures at the Follow-Up Visit (7 to 10 days after their final study drug dose).
Procedures at the Follow-Up Visit included physical examination, vital sign measurements,
recording of any adverse events since Treatment Visit IV, and re-examination of any
abnormal ECG or clinical laboratory findings present at the previous evaluation.

For those subjects who participated in clinical studies of ABT-594 and who consented, a
blood sample was collected in order to obtain a sample of genetic material
(deoxyribonucleic acid [DNA]). The DNA sample may be used at a later date to
investigate associations between genetic differences (polymorphisms) and differences in
the way subjects respond to treatment, in terms of efficacy or side-effects or both. If a
genetic factor in response is identified, it may allow the development of a diagnostic test

Highly Confidential

ABBT238607

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

15

to identify those most likely to benefit before actually taking the drug. The sample may also be used to identify genes involved in painful diabetic polyneuropathy.

Copies of the protocol and amendment, and the CRF are included in Appendices 16.1.1 and 16.1.2, respectively.

## 9.2   Discussion of Study Design, Including the Choice of Control Groups

The design of this study provided a placebo-control group to assess the analgesic efficacy of ABT-594. Double-blind, parallel-group designs are generally acknowledged as standard for unbiased estimates of treatment group differences. Validated pain scales were employed.

## 9.3   Selection of Study Population

Approximately 320 subjects were to be randomized and receive study medication in this study. A subject was randomized in this study provided that he/she met all of the inclusion criteria outlined in Section 9.3.1 and did not meet any of the exclusion criteria in Section 9.3.2.

### 9.3.1   Inclusion Criteria

A subject was to meet all of the following criteria within 22 days before the initial dose of study drug:

1. Prior to any study specific procedure, voluntary written informed consent was obtained from the subject after the purpose and nature of the study were explained.

2. The subject was age 18 or older and in relatively good health with a recent stable medical history.

3. The subject's weight was ≤ 265 pounds.

Highly Confidential

ABBT238608

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                    16
R&D/01/171 - Clinical/Statistical

4. A female subject was to be non-lactating and:

- of non-childbearing potential (either postmenopausal for at least 1 year or surgically sterile, including tubal ligation), or

- of childbearing potential using oral or barrier contraceptive methods for at least 2 months preceding randomization (and continued the contraceptive method through the course of the study).

All female subjects had a negative β subunit human chorionic gonadotropin (β-hCG) at the Baseline Visit. Female subjects of childbearing potential had a negative β-hCG at all Treatment Visits.

5. The subject had a diagnosis of diabetes mellitus (Type I or Type II), a diagnosis of distal symmetric diabetic polyneuropathy, and good control (in the opinion of the investigator) of the subject's serum glucose for at least the last 3 months prior to the Screening Visit.

6. The subject had distally and symmetrically decreased or lost vibratory, pin and/or light touch sensation on neurological exam and either decreased (or absent) deep tendon reflexes or documented abnormal nerve conduction study consistent with a distal symmetrical neuropathy.

7. The location and quality of the pain under study were consistent with distal symmetric diabetic polyneuropathy in the opinion of the investigator.

8. The subject had distal symmetric diabetic polyneuropathy symptoms (including pain) which were stable for at least the last 3 months prior to the Screening Visit (defined by the opinion of the investigator).

9. The subject had an average of ≥4 points on the diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days) and ≥4 points on the site-based Pain Rating Scale (11-Point Likert Scale) at the Baseline Visit.

### 9.3.2 Exclusion Criteria

A subject was to be excluded from participation in the study for any of the following reasons:

1. The subject had a positive test result for drugs of abuse or viral hepatitis at the Screening Visit, or had a known history of a positive test result for HIV.

2. The subject had recent (<5 years) history of drug or alcohol abuse or dependence.

3. The subject had an acute or chronic renal or hepatic disorder, psychiatric disease or disorder or any uncontrolled medical illness.

Highly Confidential

ABBT238609

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical                                                                17

4.  The subject had an active malignancy of any type or a history of malignancy
    (excluding basal cell carcinoma that had been treated or other malignancies that had
    been surgically removed and had no evidence of recurrence for a minimum of
    5 years prior to study start).

5.  The subject had taken an investigational drug within 1 month prior to administration
    of study treatment or was scheduled to receive an investigational drug other than
    ABT-594 during the course of this study.

6.  The subject had a diastolic blood pressure greater than 95 mm Hg and/or a systolic
    blood pressure greater than 170 mm Hg (sitting) at the Screening Visit.

7.  The subject had orthostatic hypotension (defined as a decrease in systolic blood
    pressure of at least 20 mm Hg or 10 mm Hg in diastolic blood pressure from supine
    to standing sustained after 1 minute of standing) at the Screening Visit, or a history
    of syncope or pre-syncopal symptoms.

8.  The subject had previously participated in a study involving ABT-594, including the
    present study.

9.  The subject had clinically significant abnormalities in clinical chemistry, hematology,
    or urinalysis, including aspartate aminotransferase (AST) or alanine
    aminotransferase (ALT) $\geq$ 1.5 times the upper limit of the reference range, a serum
    creatinine >1.5 mg/dL or a hemoglobin $A_{1c}$ >11% (subjects may have had elevated
    serum and urine glucose).

10. The subject had clinically significant electrocardiographic abnormalities.

11. The subject had ongoing treatment with or expected treatment with any medication
    not allowed as described in Section 9.4.7, including at least 7 days prior to the
    Baseline Pain Assessment Phase.

12. The subject had a diagnosis of fibromyalgia, arthritis, bursitis, tendinitis, vascular
    disease or other painful disorders affecting the extremities (other than the
    neuropathy under study) that the subject could not differentiate from the neuropathy
    pain.

13. The subject had sympathetically maintained pain (e.g., Reflex Sympathetic
    Dystrophy, Causalgia), defined by the opinion of the investigator.

14. The subject was unlikely to comply with the study protocol or was unsuitable for
    any other reason, in the opinion of the investigator.

Highly Confidential

ABBT238610

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

18

### 9.3.3     Removal of Subjects from Therapy or Assessment

A subject could have voluntarily discontinued participation in the study at any time. The investigator may also have decided, for medical reasons or protocol noncompliance, to discontinue prematurely a subject's participation. The investigator was to notify the CRA within 24 hours and document the reason for premature discontinuation on the appropriate CRF.

Subjects whose participation was discontinued prematurely after signing study consent but before study drug administration did not require follow-up observations. Subjects whose participation was discontinued prematurely after study drug administration were to undergo the procedures normally performed at Treatment Visit IV within 7 to 10 days following discontinuation from the study.

If, in the judgment of Abbott Laboratories and possibly in consultation with the investigators, continued exposure to a study drug represented a significant risk to subjects, the study was to be terminated.

## 9.4     Treatments

### 9.4.1     Treatments Administered

Subjects were randomly assigned in an equal ratio to 1 of the following 4 treatment groups:

> ABT-594 150 µg BID
> ABT-594 225 µg BID
> ABT-594 300 µg BID
> Placebo for ABT-594 BID

ABT-594 and matching placebo were supplied as Light Gray Opaque No. 1 HGCs.

During the Primer Phase, subjects received a fixed dose escalation of study drug. Study drug was initiated at 75 µg BID. The dose was increased every 2 days in 75-µg BID increments until subjects were taking their assigned treatment dose (150 µg, 225 µg, or 300 µg BID). The ABT-594 dose escalation scheme is presented in Table 9.4a.

                                                          ABBT238611

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

19

**Table 9.4a     ABT-594 Dose Escalation**

| Treatment Group | Suggested Dosing Time | Days 1-7 | | | | | | | Day 8 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| 150 µg | 8 AM | | 75 µg | 75 µg | 150 µg | 150 µg | 150 µg | 150 µg | 150 µg |
| ABT-594 BID | 8 PM | 75 µg | 75 µg | 75 µg | 150 µg | 150 µg | 150 µg | 150 µg | 150 µg |
| 225 µg | 8 AM | | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 225 µg |
| ABT-594 BID | 8 PM | 75 µg | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 225 µg |
| 300 µg | 8 AM | | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 300 µg |
| ABT-594 BID | 8 PM | 75 µg | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 300 µg |

During the Primer Phase, subjects randomized to placebo received a fixed dose escalation of placebo BID, in a double-blind fashion.

Subjects started study drug at the PM dose on Day 1 (Section 9.4.5). The number and type of HGCs per dose for the Treatment Phase is presented in Table 9.4b.

**Table 9.4b     Number and Type of Capsules by Treatment Group**

| Treatment Group | Number of Capsules Per Dose (Days 8-49) | |
| | Daily Blister Card (BID doses) | |
| | 75 µg ABT-594 HGC | Placebo ABT-594 HGC |
|---|---|---|
| ABT-594 150 µg BID | 2 | 2 |
| ABT-594 225 µg BID | 3 | 1 |
| ABT-594 300 µg BID | 4 | 0 |
| Placebo BID | 0 | 4 |

**9.4.2     Identity of Investigational Product(s)**

Information regarding the formulations used in this study is presented in Table 9.4c.

### Table 9.4c     Identity of Investigational Products

| Test Preparation | Drug Product Lot # | Drug Substance Lot # | Source |
|---|---|---|---|
| ABT-594 75 µg HGC Formulation A-2 | 58-293-AR 61-312-AR | 52-015-KD-00 | Abbott[a] |
| Placebo HGC No. 1, Light Gray Opaque (Starch) | 55-243-AR-01 | not applicable | Abbott[a] |

[a]  PARD Solids Pilot Plant, North Chicago, Illinois.

The ABT-594 75 µg HGC and placebo HGC were identical in appearance.

A listing of subjects receiving test preparations/investigational products from specific batches is presented in Appendix 16.1.6.

#### 9.4.2.1     Packaging and Labeling

Study drug supplies were blinded and packaged in blister cards in accordance with a randomization schedule supplied by Abbott Laboratories (Department of Clinical Statistics). Daily study medication cards were provided to each subject.

Daily study medication cards were labeled with the Module Number (assigned by Abbott, via IVRS), New Product Research Order (NPRO) number, Abbott address, study number, contents, storage conditions and directions for use.

Space was provided on the label of each carton containing the daily study medication cards to record the subject initials and subject randomization number.

#### 9.4.2.2     Storage and Disposition of Supplies

All clinical supplies were stored in a secure location until dispensed to a subject or until returned to Abbott Laboratories. All blinded study drug supplies were stored at controlled room temperature (68-77° F, see USP).

Highly Confidential

ABBT238613

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

21

### 9.4.2.3    Drug Accountability

The investigator or designee verified that study drug supplies were received intact and in the correct amounts. This was documented by signing and dating the Clinical Supplies Invoice or similar document. Study drug was dispensed after randomization and assignment of study medication by IVRS (Section 9.4.3) for each subject who met the enrollment criteria. The investigator or designee recorded the subject number, subject initials, and date the study drug was dispensed to the subject on the Abbott Laboratories Drug Accountability Form. The amount of study drug remaining was recorded at Treatment Visits I, II, III and IV for each subject on the M99-114 Final Drug Supply Reconciliation Summary by Investigator Form. An accurate running inventory of study drug was kept and included the NPRO number, Clinical Supplies Invoice number(s), the number of modules dispensed, and the date study drug was dispensed for each subject. An overall accountability of the study drug was performed and verified by the CRA throughout the study and at the site close-out visit. All supplies (unused and empty blister cards) were inventoried, accounted for, and returned to Abbott Laboratories. A copy of the Return of Investigational Drug Supplies for Disposal Form, in accordance with the instructions of the CRA, was also included in the shipment. The investigator agreed not to supply study medication to any persons not enrolled in the study or not named as a subinvestigator on FDA Form 1572.

### 9.4.3    Method of Assigning Subjects to Treatment Groups

The randomization schedule was computer-generated before the start of the study by Abbott Laboratories Department of Clinical Statistics. All subjects were centrally randomized by investigative site using an IVRS. Before the study was initiated, the telephone number and call-in directions for the IVRS were provided to each site.

Approximately 320 subjects were to be randomized in an equal ratio to receive either ABT-594 150 µg, 225 µg, 300 µg BID or placebo. Subjects were assigned randomization numbers in ascending numerical sequence per investigative site at the Baseline Visit.

The randomization schedule is presented in Appendix 16.1.7.

Highly Confidential

ABBT238614

McCarthy Deposition Exhibit 48

P's Exhibit FZ

Part 2

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                          22
R&D/01/171 - Clinical/Statistical

### 9.4.4    Selection of Doses in the Study

ABT-594 doses (150 µg, 225 µg, and 300 µg BID) were selected on the basis of Phase I
and Phase II studies, and represent doses below the maximally tolerated dose. Phase II
data suggested that ABT-594 doses greater than 75 µg BID may be efficacious in the
relief of osteoarthritis and distal symmetrical neuropathy pain.

The selection of BID dosing for ABT-594 was based upon Phase I pharmacokinetic
results. ABT-594 doses for the Primer Phase (75 µg, 150 µg, and 225 µg BID) were
selected based on Phase I safety and pharmacokinetic data.

### 9.4.5    Selection and Timing of Dose for Each Subject

During the Primer Phase, subjects started study drug at the evening dose on Day 1 within
1 hour following a meal (e.g., 8 PM). Subjects then took BID doses of ABT-594 (75 µg,
150 µg, 225 µg or placebo during the Primer Phase and ABT-594 150 µg, 225 µg, 300 µg
or placebo during the Treatment Phase) within 1 hour following a meal (e.g., at 8 AM and
8 PM).

Study drugs were to be taken with at least 1 cup (8 ounces) of water.

### 9.4.6    Blinding

Both the investigator and the subject remained blinded to the subject's treatment
throughout the course of the study. The study blind may have been broken if, in the
opinion of the investigator, it was in the subject's best interest to know the study drug
assignment. The sponsor was to be notified before breaking the blind, unless identification
of the study drug was required for emergency therapeutic measures. Blind breaking
information was to be provided using IVRS. Before the study was initiated, the telephone
number and call-in directions for the IVRS were provided to each site. The sponsor was
to be notified within 48 hours of the blind being broken. The date and reason for blind
breakage were to be recorded on the appropriate CRF.

Highly Confidential                                                          ABBT238615

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

23

### 9.4.7    Prior and Concomitant Therapy

At the Screening Visit, a history of medications used over the prior 2 weeks was taken.

Concomitant analgesics (prescription or over-the-counter [OTC], except aspirin and acetaminophen as described below), including (but not limited to) serotonin-specific reuptake inhibitors, mixed serotonin and norepinephrine reuptake inhibitors, tricyclic antidepressants, antiepileptic medications, sodium channel blockers (e.g., mexilitine), opioids, capsaicin, NSAIDs, COX-2 inhibitors, muscle relaxants, transcutaneous electrical nerve stimulation (TENS) and topical analgesics were not allowed. In addition, St. John's Wort was not allowed.

Aspirin, 325 mg daily maximum, was permitted if taken for primary prevention of thromboembolic events and the dose had been stable for ≥1 month prior to the Baseline Visit. Acetaminophen, 3 grams daily maximum, or 6 grams maximum during the Baseline Pain Assessment Phase and per week, for each of the 7 weeks of the Primer and Treatment Phases, was permitted. Subjects were not allowed to take analgesic medication (including acetaminophen) within 24 hours of the Baseline and Treatment Visits I, II, III and IV.

If the administration of any concomitant medication was necessary during the course of this study, the medication name, dosage information, frequency and dates of administration was reported on the CRF. Concomitant analgesic medication use (frequency only) was recorded separately on the Concomitant Analgesic Medication Use CRF at the Baseline Visit and at Treatment Visits I, II, III and IV. The concomitant medication use record included the number of separate occasions each subject had used protocol-allowed (limited amounts) acetaminophen and any other analgesic (taken as a protocol violation) since the subject's previous visit.

### 9.4.8    Treatment Compliance

In order to document compliance with the treatment regimen, subjects were instructed to return all medication cards and cartons (even if empty) to the study coordinator at Treatment Visits I, II, III and IV. Treatment compliance was documented by the investigator or designee on the M99-114 Final Drug Supply Reconciliation Summary by

Highly Confidential

ABBT238616

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                                    24
R&D/01/171 - Clinical/Statistical

Investigator Form and on the appropriate CRF.  Overdose information was collected on
the appropriate CRF.

## 9.5     Efficacy, Pharmacokinetic and Safety Variables

### 9.5.1     Efficacy, Pharmacokinetic and Safety Measurements Assessed and Flow Chart

Study procedures were performed as summarized in Table 9.5a, Study Procedures Flow
Chart.

ABBT238617

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical                                           25

## Table 9.5a     Study Procedures Flow Chart

| Study Activity | Screening Phase (D-32 and D-8) Screening Visit | Baseline Pain Assessment Phase D-7 to D-1 | Primary Phase D1-D7 Baseline Visit D1 | D2-D7 | D3-D49 | Treatment Phase D8-D49 D14 I | D21 II | D28 III | D35 III | D49 IV | Post-Treatment Phase D50-D59 Follow-Up Visit D56 to D59 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Informed Consent | X | | | | | | | | | | |
| Medical History | X | | $X^b$ | | | | | | | | |
| Physical Exam | $X^c$ | | $X^c$ | | | | | | | | X |
| Vital Signs | $X^d$ | | X | | | X | | X | | X | $X^f$ |
| ECG | | | X | | | | | | | | $X^f$ |
| Clinical Laboratory Tests$^g$ | X | | X | | | $X^b$ | $X^b$ | $X^b$ | $X^b$ | $X^b$ | X |
| Viral Hepatitis Screen | X | | | | | | | | | | |
| Urine Drug and Alcohol Screen | X | | | | | | | | | | |
| Pregnancy Test | | | X | | | $X^h$ | $X^h$ | $X^h$ | $X^h$ | $X^h$ | |
| Genetic Polymorphism Sample (if Applicable) | X | | X | | | | | | | | |
| ABT-594 Plasma Assay | | | | | | X | X | X | X | X | |
| ABT-594 Pharmacokinetic Profile | | | | X | | X | X | X | X | X | |
| Diary Issued | | X | X | | | X | X | X | X | | |
| Diary Collected | | | X | | X | X | X | X | X | X | |
| Diary-Based Pain Rating Scale | | | X | | | X | X | X | X | X | |
| Site-Based Pain Rating Scale | | | X | | | X | X | X | X | X | |
| Neuropathic Pain Scale | | | X | | | X | X | X | X | X | |
| Subject/Clinician Global Impression of Change | | | | | | X | X | X | X | X | |
| SF-36™ | | | X | | | | | | | X | |
| Randomize Subject | | | X | | | | | | | | |
| Dispense Study Drug | | | X | | | $X^k$ | X | X | X | | |
| Analgesic Use Monitoring | | | X | | | X | X | X | X | X | X |
| Adverse Event Monitoring | | | X | | | X | X | X | X | X | X |
| Concomitant Medication Monitoring | | | X | | | X | X | X | X | X | X |
| Study Drug Accountability | | | X | | | X | X | X | X | X | X |

a   Or upon premature discontinuation.
b   Interim history.
c   Included height.
d   Included orthostatic measurements at Screening Visit only.
e   Included oral temperature at Baseline Visit only.
f   Performed only if there were clinically significant abnormalities at the previous evaluation.
g   Chemistry, hematology and urinalysis.
h   Required of all females of child-bearing potential.
i   Study drug was to be taken in front of study staff. Blood samples from selected subjects were taken just prior to dosing (0 hour), and at 1.5, 3, 5, and 8 hours after dosing at selected sites only.
j   To be completed at approximately 11 AM each morning during the Baseline Pain Assessment Phase and approximately 3 hours after the morning dose during the Primary and Treatment Phases.
k   Redispensed study medication for days 15-20 after checking drug accountability.

ABBT238618

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

26

#### 9.5.1.1    Efficacy Measurements

Prior to any efficacy measurements, a trained site observer instructed the subject on how to perform and record all pain assessments.

The baseline for all efficacy measurements (except for the diary-based Pain Rating Scale) was the last evaluation performed prior to receiving the first dose of blinded study drug on Day 1. Baseline measurement for the diary-based Pain Rating Scale was the average of the last 7 pain scores prior to Day 1 of the study.

Efficacy assessments included the diary- and site-based Pain Rating Scale (11-Point Likert Scale), the Neuropathic Pain Scale, the Subject Global Impression of Change, Clinician Global Impression of Change, and SF-36™ Health Status Survey (Acute).

Efficacy measurements were to be performed 3 to 4 hours post dose, when possible.

#### Pain Rating Scale (11-Point Likert Scale)

Subjects were to assess pain intensity daily by completing the Pain Rating Scale in their diaries. These assessments were to be completed daily at approximately the same time each morning (approximately 11 AM) during the Baseline Pain Assessment Phase and daily at the same time each morning (approximately 3 hours after the morning dose of study medication) during the Primer and Treatment phases. Subjects were to record the time they completed the assessments in their diaries.

Subjects also were to assess pain intensity by completing the Pain Rating Scale at the Investigative Site. These assessments were to be completed at the Baseline Visit and at Treatment Visits I, II, III, and IV (or upon premature discontinuation). The time of assessment was recorded on the appropriate CRF.

ABBT238619

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

27

### Neuropathic Pain Scale

The Neuropathic Pain Scale was completed by subjects at the Baseline Visit and at Treatment Visits I, II, III, and IV (or upon premature discontinuation).

### Subject Global Impression of Change

The Subject Global Impression of Change of analgesic relief due to study drug was performed at Treatment Visit IV (or upon premature discontinuation).

### Clinician Global Impression of Change

The Clinician Global Impression of Change of a subject's analgesic relief due to study drug was performed at Treatment Visit IV (or upon premature discontinuation).

### SF-36™ Health Status Survey (Acute)

The SF-36™ Health Status Survey (Acute) was completed by each subject at the Baseline Visit and at Treatment Visit IV (or upon premature discontinuation).

### 9.5.1.2    Safety Measurements and Procedures

### Informed Consent

The investigator or designated representative explained the nature of the study to the subject and answered all questions regarding this study. Prior to any screening procedures being performed on the subject, the informed consent statement was reviewed, signed, and dated by the subject and by the person who administered the informed consent. A copy of the informed consent form was given to the subject and the original was placed in the subject's medical record. An entry was also made in the subject's dated source documents to confirm that informed consent was obtained prior to any study related procedures and that the subject received a signed copy.

Highly Confidential

ABBT238620

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

28

### Medical History

A complete medical history was obtained from each subject during the Screening Visit. In addition, history of tobacco and alcohol use, and medication (prescription or OTC) use over the 2 weeks prior to screening was recorded. The medical history was updated at the Baseline Visit.

### Physical Examination

*A physical examination, including weight, was performed at the Screening Visit, Baseline Visit, Treatment Visit IV, and Follow-Up Visit. Height was measured at the Baseline Visit only. The physical examination performed at the Baseline Visit served as the baseline physical examination.*

### Vital Signs

Blood pressure, pulse rate and respiration rate were measured at the Screening Visit, Baseline Visit, Treatment Visits I, III, and IV, and Follow-Up Visit. Orthostatic blood pressure and pulse rate were measured at the Screening Visit only. Oral temperature was taken at the Baseline Visit only. Vital sign measurements at the Baseline Visit served as the baseline vital sign measurements.

Protocol-specified blood pressure and heart rate measurements (except orthostatic) were obtained after the subject had been sitting for at least 3 minutes. Orthostatic measurements were obtained after 3 minutes in the supine position and then after 1 minute in the standing position. Ideally, the subject's blood pressure was to be measured in the same arm by the same study personnel using the same instrument.

Blood pressure and heart rate measurements were to precede, not follow, scheduled blood draws. Subjects were kept as calm and undisturbed as possible during blood pressure and heart rate measurements.

Highly Confidential

ABBT238621

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

29

### Electrocardiogram (ECG)

A resting 12-lead ECG was obtained at the Baseline Visit and at Treatment Visit IV. An ECG was performed at the Follow-Up Visit only if clinically significant abnormalities were present on the previous evaluation. The ECG performed at the Baseline Visit served as the baseline ECG.

A qualified physician interpreted the ECG. One copy of each 12-lead ECG and physician's report was retrieved by the CRA with the CRF.

### Clinical Laboratory Testing

Samples were obtained for the clinical laboratory tests presented in Table 9.5b at the Screening Visit, Baseline Visit, and Treatment Visits I, III, and IV. Laboratory tests were obtained at the Follow-Up Visit only if clinically significant abnormalities were present on the previous evaluation. The laboratory test results obtained at the Baseline Visit served as the baseline results (except for hemoglobin $A_{1c}$, for which the result obtained at the Screening Visit was used as the baseline result). Blood draws were to be performed after pain assessments or vital sign determinations during a visit.

Highly Confidential

ABBT238622

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical                                                    30

## Table 9.5b    Clinical Laboratory Tests

| Hematology | Blood Chemistry | Urinalysis |
|---|---|---|
| Hematocrit | Blood Urea Nitrogen (BUN) | Specific gravity |
| Hemoglobin | Creatinine | Ketones |
| Red Blood Cell (RBC) count | Total Bilirubin | pH |
| White Blood Cell (WBC) count | Aspartate Aminotransferase/ | Bilirubin |
| Neutrophils | Serum Glutamic-Oxaloacetic | Protein |
| Monocytes | Transaminase | Blood |
| Bands | (AST/SGOT) | Glucose |
| Basophils | Alanine Aminotransferase/ | Microscopic |
| Eosinophils | Serum Glutamic-Pyruvic Transaminase | evaluation |
| Lymphocytes | (ALT/SGPT) | |
| Hemoglobin A$_{1c}$ (Screening Visit | Lactate Dehydrogenase (LDH) | |
| and Treatment Visit IV only) | Alkaline Phosphatase | |
| Mean Corpuscular Hemoglobin | Sodium | |
| (MCH) | Potassium | |
| Mean Corpuscular Hemoglobin | Chloride | |
| Concentration (MCHC) | Calcium | |
| Mean Corpuscular Volume (MCV) | Inorganic Phosphorus | |
| Platelet count (estimate was not | Uric Acid | |
| acceptable) | Bicarbonate | |
| Prothrombin Time (PT) | Cholesterol | |
| Partial Thromboplastin Time (PTT) | Total Protein | |
| | Glucose | |
| | Triglycerides | |
| | Albumin | |

A central laboratory was utilized to process and provide results for the clinical
laboratory tests.

The investigator reviewed all laboratory test results and assessed the clinical
significance for each abnormal result. All laboratory test results that were considered
clinically significant by the investigator were followed to satisfactory resolution. A
copy of each laboratory report was included with the CRF.

Highly Confidential                                                                              ABBT238623

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

31

### Viral Hepatitis Screen

At the Screening Visit, subjects underwent serological evaluation for viral hepatitis (hepatitis A virus IgM antibody, hepatitis B virus surface antigen, and hepatitis C virus antibody). The hepatitis test panel was performed by the central laboratory.

### Urine Drug Screen and Alcohol Screen

Urine specimens, collected at the Screening Visit, were tested for drugs of abuse and alcohol by the central laboratory.

### Pregnancy Test

A urine pregnancy test was performed by designated study personnel at the Baseline Visit for all female subjects and at Treatment Visits I, II, III, and IV for female subjects of childbearing potential. A lactating or pregnant female was not eligible for participation in this study.

### Adverse Events

An adverse event is defined as any unexpected event(s) such as a disease, syndrome, sign, symptom, and/or laboratory finding associated temporally with the use of drug in humans, whether or not thought to be drug-related and whether observed by the investigator or reported by the subject. Subjects were instructed to contact the investigator if an adverse event occurred so that appropriate action could be taken.

All adverse events, whether in response to a query, observed by site personnel, or spontaneously reported by the subject were reported on the appropriate CRF. All adverse events and post-treatment laboratory abnormalities considered clinically significant by the investigator were followed to a satisfactory resolution.

The investigator assessed and recorded any adverse event in detail on the adverse event CRF including the date of onset, description, final diagnosis (if known), severity,

ABBT238624

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                    32
R&D/01/171 - Clinical/Statistical

time course, duration and outcome, relationship of the adverse event to study drug, an alternate etiology for the event, and action taken. For adverse events to be considered as sporadic, the events must have been of a similar nature and severity.

The investigator used the following definitions to rate the severity of each adverse event:

| Mild | The adverse event is transient and easily tolerated by the subject. |
|------|--------------------------------------------------------------------|
| Moderate | The adverse event causes the subject discomfort and interrupts the subject's usual activities. |
| Severe | The adverse event causes considerable interference with the subject's usual activities and may be incapacitating or life-threatening. |

The investigator used the following definitions to assess the relationship of the adverse event to the use of study drug:

| Probably Related | An adverse event has a strong temporal relationship to study drug or recurs on rechallenge and another etiology is unlikely or significantly less likely. |
|------------------|----------------------------------------------------------------------|
| Possibly Related | An adverse event has a strong temporal relationship to study drug and an alternative etiology is equally or less likely compared to the potential relationship to study drug. |
| Probably Not Related | An adverse event has little or no temporal relationship to the study drug and/or a more likely alternative etiology exists. |
| Not Related | An adverse event is due to an underlying or concurrent illness or effect of another drug and is not related to the study drug (e.g., has no temporal relationship to study drug or has a much more likely alternative etiology). |

If an investigator opinion of possibly related, probably not related, or not related to study drug was given, an alternate etiology was provided for the adverse event.

Adverse events (including those that met regulatory criteria for a serious adverse event) were monitored continuously from the time of study drug administration to the

Highly Confidential                                                                    ABBT238625

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

33

Follow-Up Visit. In addition, adverse events spontaneously reported to the investigator after completion of the Treatment Phase (or after premature discontinuation) were collected up to 30 days after drug discontinuation and reported to Abbott Laboratories. Subjects were instructed to report to the investigator any other adverse events that occurred after the Follow-Up Visit.

Serious adverse events, as well as adverse events that the investigator considered to be related to study design and/or procedures, that occurred after signing the informed consent and prior to the first dose of study drug were also collected.

Any abnormal laboratory value or change in vital signs was not documented as an adverse event unless it was a reason for premature discontinuation from the study, required treatment, or met regulatory criteria for a serious adverse event.

Ongoing medical conditions were considered adverse events if there was an increase in severity or frequency of occurrence. Since measurements of pain intensity were efficacy measurements in this study, an increase in severity or frequency of occurrence of the pain under study was not considered an adverse event for the purposes of this study.

**Serious Adverse Events**

If an adverse event met any of the following criteria, whether related to study drug or not, the investigator and other professional personnel in attendance was to be notified as soon as possible for the appropriate action. The investigators were to notify Abbott Laboratories by telephone within 24 hours of being made aware of any serious adverse event. In addition, a written confirmation of the occurrence, including any supplementary data, was to be sent within 3 days of the telephone report.

Highly Confidential

ABBT238626

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

34

| Death of Subject: | An event which results in the death of a subject. |
|---|---|
| Life-Threatening: | An event that, in the opinion of the investigator, would have resulted in fatality if immediate medical intervention had not been taken. This does not include an event that would have been fatal if it had occurred in a more severe form. |
| Hospitalization: | An event that results in an admission to the hospital for any length of time. This does not include an admission to the emergency room or outpatient facility. |
| Prolongation of Hospitalization: | An event which occurs while the study subject is hospitalized and that prolongs the subject's hospital stay. |
| Persistent or Significant Disability/Incapacity: | An event which results in a condition that interferes with the activities of daily living of a study subject (e.g., permanent loss of vision). |
| Congenital Anomaly: | An anomaly detected at or after birth, or any anomaly that results in fetal loss. |
| Important Medical Event Requiring Medical or Surgical Intervention to Prevent Serious Outcome: | An important medical event that, based on medical judgement, may not be immediately life-threatening or result in death or hospitalization, but may jeopardize the subject or require medical or surgical intervention to prevent one of the other outcomes listed in the "serious" definition (e.g., allergic bronchospasm requiring intensive treatment in the home or emergency room, blood dyscrasias, convulsions that do not result in inpatient hospitalization, or the development of drug dependency or drug abuse). |

In addition, miscarriage/spontaneous and elective abortions were to be reported to Abbott Laboratories as serious adverse events.

Highly Confidential

ABBT238627

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                              35
R&D/01/171 - Clinical/Statistical

### 9.5.2    Appropriateness of Measurements

All efficacy measurements in this study were validated and considered standard for this
population.  All clinical and laboratory procedures in this study were standard and
generally accepted.

### 9.5.3    Efficacy Variables

#### 9.5.3.1    Primary Variable

The primary efficacy measurement was the change from baseline of the average diary-
based Pain Rating Scale (11-Point Likert Scale) score from each subject's diary to the
corresponding average of the last 7 days on study drug.  The baseline pain score for
the diary data was defined as the average of the last 7 pain scores prior to receiving the
first dose of blinded study drug on Day 1 of the study.

#### 9.5.3.2    Secondary Variables

Change from baseline to final and each scheduled evaluation was calculated for each of
the following secondary efficacy variables:

- Diary-based Pain Rating Scale (11-Point Likert Scale), change from baseline to
  each evaluation only
- Site-based Pain Rating Scale (11-Point Likert Scale)
- Neuropathic Pain Scale
- Subject Global Impression of Change
- Clinician Global Impression of Change
- SF-36™ Health Status Survey (Acute), including sub-domains [(i) Physical
  Functioning, (ii) Role Physical, (iii) Bodily Pain, (iv) General Health, (v) Vitality,
  (vi) Social Functioning, (vii) Role Emotional, (viii) Mental Health][7] physical
  component summary (PCS), and mental component summary (MCS).[8]

The pain evaluations recorded at the Baseline Visit were used as the baseline score for
pain evaluations assessed at the investigative site.

Highly Confidential                                                                              ABBT238628

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                    36
R&D/01/171 - Clinical/Statistical

### 9.5.4    Drug Concentration Measurements

Blood samples for ABT-594 plasma assay were to be collected from all subjects at
Treatment Visits I and IV. One blood sample (approximately 7 mL) was to be collected
into a sodium heparin evacuated collection tube at each visit. Blood draws were to be
performed after any pain assessments or vital sign determinations during a visit. For
subjects who prematurely discontinued, a blood sample was to be taken for ABT-594
assay at the premature discontinuation visit, and the exact time at which the prior dose
was taken was to be recorded.

For those subjects participating in the additional pharmacokinetic sampling for
pharmacokinetic profile (approximately 30 subjects), blood samples were collected at
Treatment Visits I and IV.

After establishing the time of the Treatment Visit, the subject was instructed to take the
preceding day's study drug as close as possible to 8 PM. At the office visit, the study
medication was taken in the presence of the office staff in order to allow proper and
accurate recording of blood collection times relative to dosing. The time of the visit
accommodated a target time for the morning dose of 12 hours after the preceding
evening's dose. Blood samples were collected as follows: just prior to dosing (0 hour)
and at 1.5, 3, 5, and 8 hours after the morning dosing. Subjects received their 8 PM dose
as scheduled. Subjects were confined at the site until the 8-hour blood sample was
collected.

All blood samples were immediately stored at 4°C or below. The samples were to be
separated by centrifugation within 1 hour after collection. The supernatant was to be
transferred by polypropylene pipettes into plastic vials clearly marked as "Assay Plasma"
and labeled with the study drug number, protocol number, subject number, initials, and
date and time of sample collection. This information was also recorded on the appropriate
CRF. All labeled plastic vials were placed in a rack to prevent breakage. Plasma samples
for determination of ABT-594 were frozen at -5°C or colder within 1 hour from

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                                  37
R&D/01/171 - Clinical/Statistical

centrifugation.  All specimens were kept frozen at -5°C or colder until packed in solid carbon dioxide (dry ice) for shipment to Abbott Laboratories.

The time and date of each subject's morning dose on the days of plasma assay blood draws, the time and date of the meal eaten prior to the morning dose, and the time and date of the evening dose on the day prior to the plasma assay blood draws were recorded on the CRF.

Details of the ABT-594 assay methodology will be presented in the Clinical Pharmacokinetic Report.

9.5.5    Pharmacokinetic Variables

For the subset of subjects who underwent additional pharmacokinetic sampling at Treatment Visits I and IV, values of AUC, $C_{max}$, and $C_{trough}$ were to be calculated using noncompartmental methods.

9.5.6    Blood Samples for Genetic Polymorphism Analysis

Two 10 mL whole blood samples were collected in purple top (EDTA) tubes at the Baseline Visit and shipped immediately at ambient or refrigerated temperature to Covance Central Laboratory Services.

If clear differences in response are noted during the clinical development of ABT-594 and believed to be genetically related, these samples may be analyzed as part of a multicenter, multistudy project to identify genetic factors involved in the response to ABT-594 or drugs of this class.  The specific response may be related to efficacy or safety, or both. The results of this potential analysis are not reported with this study summary.  The samples may also be used for development of a diagnostic test for drug response.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                    38
R&D/01/171 - Clinical/Statistical

## 9.6    Data Quality Assurance

Prior to the initiation of this protocol, an investigator's meeting was held with Abbott
personnel, the investigators and their study coordinators, the CRO's project manager and
CRAs. This meeting entailed a detailed discussion of the protocol, CRF completion, and
specimen collection methods. In addition to the investigator's meeting, the study
personnel at each site were trained on the study procedures by a CRA at a study initiation
visit and given a CRF completion workbook for reference. The CRAs monitored each site
approximately every 4 weeks. At each visit, 100% source-document review was made
against the entries on the CRFs and a quality-assurance check was performed to ensure
that the investigator was complying with the protocol and regulations. The investigator
agreed to provide Abbott Laboratories (or designee) access to all source documents in
order to verify CRF entries. In addition, after CRFs were retrieved by the CRA, a review
of the data was conducted by a physician and a clinical review team at Abbott
Laboratories.

The SF-36™ Health Status Survey (Acute) was recorded directly on the CRF and was
considered source data.

All CRFs were to be legible and completed in black ball point ink. All corrections were
initialed and dated by the investigator or designated assistant. The investigator reviewed
the CRFs for completeness and accuracy and signed and dated the set of CRFs where
indicated.

Each CRF was printed on 3-part no carbon required (NCR) paper. The forms consisted
of a white, yellow and pink copy. The white and yellow copies of the completed, verified
CRF were collected by the CRA and the pink copy was retained at the investigative site.

Data captured on the CRF were entered into the database by a double-key entry procedure
at Abbott Laboratories. Discrepancies against the hard-copy CRF were reviewed and
corrected on-line. After completion of the entry process, computer logic checks were run
to check for such items as inconsistent study dates and outlying laboratory values, and any

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

39

necessary corrections were made to the database and documented via addenda or audit trail.

The laboratory results were electronically transferred from the central laboratory to the study database. A final review of all laboratory results was conducted by a physician and clinical review team at Abbott Laboratories.

## 9.7 Statistical Methods Planned in the Protocol and Determination of Sample Size

### 9.7.1 Statistical and Analytical Plans

All statistical tests were 2-tailed and considered statistically significant if the P-value (Type 1 error rate) was less than or equal to 0.05 (when rounded to 3 decimal places).

For all efficacy and safety endpoints, comparisons of primary interest were between each ABT-594 treatment group and the placebo group, along with an assessment of ABT-594 linear dose response. Appropriate secondary comparisons were to be made as considered necessary. No statistical adjustments were made for multiple comparisons.

The baseline for all variables (except for the diary-based Pain Rating Scale) was the last measurement obtained prior to the subject receiving the first dose of blinded study drug on Day 1. Baseline measurement for the diary-based Pain Rating Scale was the average of the last 7 pain scores prior to the subject receiving the first dose of blinded study drug on Day 1.

#### 9.7.1.1 Data Sets Analyzed

Efficacy analyses were to be performed for 2 sets of data: intent-to-treat (ITT) subjects and evaluable subjects. Subjects who received at least 1 dose of study drug with at least 1 diary-based baseline and at least 1 post-dose pain assessment for the diary-based Pain Rating Scale (11-Point Likert Scale) were included in the ITT analyses. The evaluable dataset included subjects who received at least 7 days of

Highly Confidential

ABBT238632

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

40

study drug with at least 1 baseline and at least 1 post Day 7 pain assessment for the diary-based Pain Rating Scale. Safety analyses were performed with all randomized subjects who received at least 1 dose of study drug.

### 9.7.1.2    Demographic and Other Baseline Characteristics

Baseline comparability among treatment groups for the reasons for premature discontinuation, demographic and baseline pain assessment measurements was assessed. The analyses were performed using 1 or more of the following methods: a 1-way analysis of variance (ANOVA) with treatment group as the main effect for quantitative variables, the Cochran-Mantel-Haenszel (CMH) test for equal row means for ordered categorical variables, and the Fisher's exact test (or its generalization to $r \times c$ tables) for qualitative variables.

### 9.7.1.3    Efficacy Analyses

For all efficacy variables (except the diary-based Pain Rating Scale), the baseline measurement was the last measurement obtained prior to the subject receiving the first dose of blinded study drug on Day 1. Baseline for the diary-based Pain Rating Scale was the average of the last 7 pain scores prior to Day 1 of the study. Change from baseline to each scheduled evaluation was calculated for all efficacy variables (except both Global Impression of Change scores).

**Primary Efficacy Analysis**

The primary efficacy measurement was the change from baseline of the average diary-based Pain Rating Scale (11-Point Likert Scale) score from each subject's diary to the corresponding average of the last 7 days on study drug.

Treatment groups differences for the primary efficacy variable were evaluated using a 2-way ANOVA with factors for treatment group, study center, and the treatment group by study center interaction. If the interaction term was not statistically

Highly Confidential

ABBT238633

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

41

significant at the 0.10 level, the primary efficacy analysis for the treatment group
differences was to be the 2-way ANOVA with factors for treatment group and study
center, but without the interaction term. If some study centers had fewer than
1 subject per treatment group in the ITT dataset, data from such centers were to be
combined for analysis.

**Secondary Efficacy Analysis**

Treatment group differences in the mean change from baseline to the final evaluation
for the Neuropathic Pain Scale, SF-36™ Health Status Survey (Acute), including
8 sub-domains and PCS and MCS, and the site-based Pain Rating Scale (11-Point
Likert Scale) score were assessed using a 2-way ANOVA as described in the above
Primary Efficacy Analysis subsection. The actual scores of each of the Subject and
Clinician Global Impression of Change were analyzed using the CMH test for equal
row means with study centers as strata. SF-36™ PCS and MCS could have also been
analyzed using appropriate regression analysis (with possible factors for demographic
variables, treatment and time).

Additionally, treatment group differences in the change from baseline to each
scheduled evaluation were assessed, as described for the change from baseline to the
final evaluation for the Neuropathic Pain Scale and the site-based Pain Rating Scale
(11-Point Likert Scale). For the diary-based Pain Rating Scale (11-Point Likert
Scale), change from baseline to each scheduled evaluation was analyzed using the last
7 days prior to each scheduled visit. Subject and Clinician Global Impression of
Change was evaluated using CMH methodology on actual scores.

If indicated, exploratory analyses were to be performed on change from baseline pain
scores, such as analysis of covariance (ANCOVA), with baseline pain scores as the
covariate.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

42

Dose response for ABT-594 was explored using both a parametric regression model and nonparametric tests, with and without placebo included. If the effect of investigator sites was not significant, then the nonparametric Jonckheere-Terpstra test was to be used instead of Page's test to assess dose response of ABT-594.

Other analyses were to be performed as appropriate.

**Missing Data**

Two sets of analyses, corresponding to the handling of missing observations, were performed on the efficacy variables. The "last observation carried forward" (LOCF) analyses used the completed pain evaluation from the previous visit for site-based pain scores and the pain evaluation from the previous days for diary data as an estimate of the missing data. Thus, in the LOCF analysis, every subject in the analysis had data for each specified evaluation. This technique reduces the bias caused by subjects who prematurely discontinue for lack of efficacy. The "observed cases" (OC) analysis did not estimate the missing evaluation, and a subject who did not have pain evaluation on a scheduled visit was excluded from the OC analysis for that visit.

In the event of data missing from the individual items in the Neuropathic Pain Scale and SF-36™ Health Status Survey (Acute), the estimated score of the missing item was calculated, when less than ½ (within the scale of interest) of items are non-missing, as follows:

1. Calculate the ratio of the total score of the scale (the non-missing items) divided by the maximum possible total score for the non-missing items,

2. Multiply the maximum possible scores for the missing item by the ratio obtained in Step 1 above.

Highly Confidential

ABBT238635

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

43

#### 9.7.1.4    Pharmacokinetic Analyses

The maximum observed plasma concentration ($C_{max}$), the time to $C_{max}$ ($T_{max}$), and the trough plasma concentration ($C_{trough}$) were to be obtained directly from the plasma concentration-time data. The area under the plasma concentration-time curve during a dosing interval (AUC) were to be obtained by the trapezoidal rule, using the Hour 0 concentration value for the Hour 12 value, or by some other appropriate methodology.

To assess dose proportionality and time invariance, $T_{max}$, dose-normalized $C_{trough}$ and log-transformed dose-normalized AUC and $C_{max}$ from the subset of subjects participating in the additional pharmacokinetic sampling were to be subjected to a mixed effects model analysis. The model was to include dose, visit (Treatment Visit I and Treatment Visit IV), and dose by visit interaction as fixed effects. Age, body weight, nicotine-use status, and other variables that may have accounted for variability in pharmacokinetics were to be included as covariates. The study center factor was to be included in the initial model, including a center main effect and, interaction of center with other factors. The center factor, or at least the interaction terms involving center, were to be dropped from the model if they explained little of the variability in the data. If the number of subjects who had only Treatment Visit I data and not Treatment Visit IV data exceeded 20% of the subjects with additional pharmacokinetic sampling, then the analyses were also to be performed for each visit separately. The hypothesis of invariance with dose was to be tested by comparing the 300 µg BID dose versus the 150 µg BID dose. If the hypothesis of dose proportionality was rejected in a comparison, then the 225 µg BID dose was to be compared to each of the 150 and 300 µg BID doses. If the visit by dose interaction was statistically significant, then a comparison was to be made for each visit.

An exploratory analysis was also to be performed on the data set obtained from all subjects (including those who did not participate in the additional pharmacokinetic sampling). This analysis was to take into account the appropriate time of sampling

ABBT238636

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                              44
R&D/01/171 - Clinical/Statistical

relative to dosing. The questions of dose proportionality and change from Treatment
Visit I to Treatment Visit IV were to be considered in this analysis.

If there was some evidence from the data of this study that ABT-594 was efficacious,
then the relationship between ABT-594 plasma concentration and the primary efficacy
variable was to be explored, using data from ABT-594 and placebo treatment groups
or from ABT-594 treatment groups alone. One exploration was to utilize the data of
all subjects. An analysis using only the data of subjects undergoing additional
pharmacokinetic sampling was also to be performed. The model was to include effects
for efficacy variable baseline value and for visit. The center factor was to be
incorporated appropriately. The dependency of the measurements from the same
subject was to be accounted for. Other analyses were to be performed as necessary.

### 9.7.1.5    Safety Analyses

All subjects who received at least 1 dose of study drug were evaluated for safety.

Adverse events were coded using the COSTART $V^9$ dictionary. Treatment-emergent
adverse events (i.e., those which began or worsened in severity after randomized study
drug was taken) were tabulated by body system and COSTART term for each
treatment group. Treatment group differences were evaluated using Fisher's exact test
for the proportion of subjects reporting a particular adverse event. A summary of the
severity, relationship to study drug, incidence and prevalence across time of all
treatment-emergent adverse events, tabulated by COSTART term and body system,
was presented for each treatment group. Analyses by subgroup were performed as
appropriate.

Laboratory data were analyzed using a 1-way ANOVA with treatment as the main
effect. The primary analyses were the change from baseline to the minimum,
maximum, and final values during the study for each laboratory variable.

ABBT238637

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

45

Additionally, the number and percentage of subjects with shifts from baseline to the final values using criteria for limits for statistical analysis and normal ranges to define categories (low, normal, high and missing) was summarized.

Laboratory data values were categorized as low, normal, or high based on normal ranges of the central laboratory used in this study. Low or high laboratory values were flagged in the data listings. In addition, laboratory results which satisfied the criteria for limits for statistical analysis were identified.

Mean changes from baseline to the minimum, maximum and final values for viral signs and ECG were analyzed in a similar manner as described for laboratory data above. Vital sign and ECG results which satisfied the criteria for below and above limits were identified.

Concurrent medication use was summarized by treatment group.

Additional safety analyses were to be performed as indicated.

## 9.7.2    Determination of Sample Size

The study was designed to enroll approximately 320 subjects (approximately 80 subjects in each treatment group). This sample size should have allowed for the detection of a 0.46 effect size in the average diary-based Pain Rating Scale score for change from baseline to the final evaluation between any ABT-594 treatment group and placebo at 0.05 (two-tailed Type I error) level with at least 80% power. This calculation was based on results obtained from Study M98-833[6] of ABT-594 and published data using Gabapentin for subjects with painful diabetic polyneuropathy[10] and assuming a 39% and 25% improvement from baseline for ABT-594 and placebo, respectively.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

46

## 9.8    Changes in the Conduct of the Study or Planned Analyses

### 9.8.1    Protocol Changes

Significant changes in the developmental strategy of ABT-594 resulted in the study being prematurely discontinued by the sponsor. Therefore, although the protocol specified that approximately 320 subjects (80 per treatment group) were to be enrolled, enrollment was stopped at 266 subjects.

The final clinical protocol incorporated Amendment Number 1. All subjects were enrolled under the final protocol (Table 14.1__2). Full details of the clinical protocol and its amendment are presented in Appendix 16.1.1. Important changes included in the amendment are summarized below:

Amendment 1 (29 February 2000)

- Modified the inclusion criteria such that subjects were required to have good control (in the opinion of the investigator) of their serum glucose for at least the last 3 months prior to the Screening Visit.
- Added that subjects with a hemoglobin $A_{1c}$ >11% were to be excluded.
- Added hemoglobin $A_{1c}$ at the Screening Visit and Treatment Visit IV and deleted the hemoglobin $A_{1c}$ at the Baseline Visit.
- Added mixed serotonin and norepinephrine reuptake inhibitors and St. John's Wort to the list of excluded medications.
- Added that the Screening hemoglobin $A_{1c}$ result served as the baseline result.

### 9.8.2    Statistical Changes

Although not specified in the protocol, efficacy analyses were also performed on a dataset that included subjects who did not prematurely discontinue from the study (study completers).

ABBT238639

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

47

The change from baseline of the average diary-based Pain Rating score from each subject's diary to the corresponding average of each of the consecutive 7-day intervals after the first dose of study drug was summarized using both LOCF and OC techniques.

The percentage of subjects having a positive response to study drug, defined as a 50% or greater improvement from baseline to final, was analyzed for the following variables: diary- and site-based average Pain Rating Scale scores and Neuropathic Pain Scale Total Scores. Comparisons between treatment groups were performed using the CMH test, with investigator as the stratification variable.

## 10.0   Study Subjects

### 10.1   Disposition of Subjects

The location of premature discontinuation data is presented below.

| Assessment | Statistical Analyses Table | Individual Subject Listing Appendix |
|---|---|---|
| Number and Percentage of Subjects Prematurely Discontinued | 14.1__3.1 | 16.2__1.1 |
| Listing of Subject Numbers by Reason for Premature Discontinuation | 14.1__3.2 | 16.2__1.1 |
| Subjects Who Prematurely Discontinued and Any Adverse Events for Which Study Drug was Prematurely Discontinued | 14.1__3.3 | 16.2__1.1 16.2__7.1.1 |
| Number of Subjects Who Prematurely Discontinued by Days of Exposure to Study Drug | 14.1__3.4 | 16.2__1.1 16.2__5.1.1 16.2__5.1.2 |
| Number and Percentage of Subjects that Prematurely Discontinued for Each Investigator | 14.1__3.5 | 16.2__1.1 |
| Previous and Concurrent Medications (Subjects Who Prematurely Discontinued) | none | 16.2__1.1 16.2__1.2 |

ABBT238640

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                          48
R&D/01/171 - Clinical/Statistical

Two hundred sixty-six (266) subjects were enrolled by 29 investigators. Of the 266
subjects, 65 were randomized to receive placebo, 65 were randomized to receive
ABT-594 150 μg BID, 69 were randomized to receive ABT-594 225 μg BID, and 67
were randomized to receive ABT-594 300 μg BID. All 266 subjects who received study
drug are included in the analyses of all treated subjects. Additionally, 3 subjects were
randomized although they failed to meet admission criteria. These subjects did not receive
study drug and are not included in the database.

The proportion of subjects prematurely discontinuing from the study was statistically
significantly different among the treatment groups, with 14 (22%) subjects in the placebo
treatment group, 25 (38%) subjects in the ABT-594 150 μg BID treatment group, 39
(57%) subjects in the ABT-594 225 μg BID treatment group, and 50 (75%) subjects in
the ABT-594 300 μg BID treatment group. A statistically significant difference was also
observed among the treatment groups for the proportion of subjects prematurely
discontinuing from the study due to 1 or more adverse event, which was the most
frequently reported reason for premature discontinuation (9% placebo, 28% ABT-594 150
μg BID, 46% ABT-594 225 μg BID, and 66% ABT-594 300 μg BID). Subject
disposition is presented in Table 10.1a.

Highly Confidential

ABBT238641

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                          49
R&D/01/171 - Clinical/Statistical

## Table 10.1a    Disposition of Subjects

| | Treatment Group n (%) | | | |
|---|---|---|---|---|
| | | ABT-594 | | |
| | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| Number of Subjects Planned | 80 | 80 | 80 | 80 |
| All Treated Subjects | 65 | 65 | 69 | 67 |
| Completed Study | 51 (78%) | 40 (62%) | 30 (43%) | 17 (25%) |
| Prematurely Discontinued[a] | 14 (22%) | 25 (38%) | 39 (57%) | 50 (75%) |
|    Adverse Event | 6 ( 9%) | 18 (28%) | 32 (46%) | 44 (66%) |
|    Lack of Efficacy | 6 ( 9%) | 6 ( 9%) | 2 ( 3%) | 5 ( 7%) |
|    Withdrew Consent | 2 ( 3%) | 3 ( 5%) | 6 ( 9%) | 5 ( 7%) |
|    Subject Noncompliant | 1 ( 2%) | 3 ( 5%) | 4 ( 6%) | 2 ( 3%) |
|    Lost to Follow-up | 0 | 0 | 1 ( 1%) | 2 ( 3%) |
|    Other[b] | 1 ( 2%) | 1 ( 2%) | 3 ( 4%) | 2 ( 3%) |

[a]  Subjects may have reported more than 1 reason for premature discontinuation, but were counted only once in the total.

[b]  Description of reason designated as "other": subject stopped taking study drug (2 subjects), initiation of exclusionary medication, medical records noting subject is an alcoholic, refusal to return for follow-up, out of town for 6 weeks, and randomization error (1 subject each).

Cross Reference:  Tables 14.1__3.1 and 14.1__3.3 and Appendix 16.2__1.1

A graphic disposition of all subjects is presented in Figure 10.1a.

Highly Confidential                                                              ABBT238642

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

50



**Figure 10.1a    Disposition of Subjects**

Note: Subjects may have reported more than 1 reason for premature discontinuation, but were counted
only once in the total.

Highly Confidential

ABBT238643

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                          51
R&D/01/171 - Clinical/Statistical

## 10.2   Protocol Deviations

The location of protocol deviation data is presented below.

| Assessment | Statistical Analyses Tables | Individual Subject Listing Appendix |
|---|---|---|
| Admission Criteria | none | 16.2__2.1 |
| Blind Broken | none | 16.2__1.3 |
| Urine Drug Screen | none | 16.2__2.2 |
| Hepatitis Screen | none | 16.2__2.3 |
| Pregnancy Test Results | none | 16.2__2.4 |
| Other Medications and Supplements | none | 16.2__7.3 |

In reviewing the data for all subjects, deviations from the protocol were identified. Clinically significant inclusion/exclusion criteria deviations included the following: failure to perform a pregnancy test at the Baseline Visit (19 subjects), current or expected use of an exclusionary medication (10 subjects), failure to have an average of $\geq 4$ points on the diary-based Pain Rating Scale during the Baseline Pain Assessment Phase and $\geq 4$ points on the site-based Pain Rating Scale at the Baseline Visit (6 subjects), acute or chronic renal or hepatic disorder, psychiatric disease or disorder or any uncontrolled medical illness (2 subjects), and failure to have distally and symmetrically decreased or lost vibratory, pin and/or light touch sensation on neurological exam and either decreased (or absent) deep tendon reflexes or documented abnormal nerve conduction study consistent with a distal symmetrical neuropathy (2 subjects). These and other minor deviations were not considered important enough to affect the outcome of the study.

One hundred twenty (15 placebo, 30 ABT-594 150 µg, 34 ABT-594 225 µg, and 41 ABT-594 300 µg BID) of the 266 subjects (45%) did not have at least 1 blood sample collected for pharmacokinetic analysis. The remaining 146 subjects (55%) had at least 1 blood sample collected. At the time of this report, the pharmacokinetic analyses were incomplete. Results from the pharmacokinetic analyses will be presented in a separate report.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

52

Study drug dosing errors were noted for 3 subjects. At the Baseline Visit, Primer Phase modules 17011 and 17001 were incorrectly dispensed to Subjects 4136 (placebo) and 4134 (ABT-594 150 µg BID), respectively. These subjects took incorrect study drug on Study Days 1 through 7. The subjects were also dispensed Treatment Phase modules at the same visit and these modules were dispensed correctly. Therefore, subjects 4136 and 4134 were each taking their correct randomized dose beginning on Study Day 8. One subject (4099) randomized to ABT-594 225 µg BID actually received ABT-594 300 µg BID (module 30157) on Study Days 21 through 37 (Appendix 16.2__5.1.1). In all efficacy and safety analyses, data for Subject 4099 were included in the ABT-594 225 µg BID treatment group.

## 11.0   Efficacy and Pharmacokinetic Evaluation

### 11.1   Data Sets Analyzed

The 266 randomized subjects who received at least 1 dose of study drug comprise the "all treated subjects" dataset and are included in the safety analyses. The primary efficacy dataset was the ITT dataset, which included all randomized subjects who took at least 1 dose of study drug and had at least 1 post-dose pain assessment for the diary-based Pain Rating Scale (11-Point Likert Scale). Of the 266 all treated subjects, 251 were included in the ITT dataset (Tables 14.2__1.1 and 14.2__1.2).

In addition, efficacy analyses based on "evaluable" and "completers" data were performed. The 217 subjects who received at least 7 days of study drug and who had at least 1 pre-dose pain assessment and at least 1 post-Day 7 pain assessment for the diary-based Pain Rating Scale comprised the "evaluable" efficacy dataset (Tables 14.2__8.1 and 14.2__8.2). The 138 subjects who did not prematurely discontinue from the study for any reason were included in the completers data set. Efficacy ITT, evaluable, and completer exclusions are identified in the data listings.

Highly Confidential

ABBT238645

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

53

The treatment groups were similar with respect to the number and percentage of subjects contributed by each investigator in the ITT and evaluable datasets (Table 14.1__1.2).

A summary of subject accountability is presented in Table 11.1a.

### Table 11.1a    Disposition of Subjects by Dataset

| | Treatment Group | | | |
| | | ABT-594 | | |
| | Placebo | 150 μg BID | 225 μg BID | 300 μg BID |
|---|---|---|---|---|
| Number of Subjects Planned | 80 | 80 | 80 | 80 |
| Number of Subjects Randomized | 65 | 65 | 69 | 67 |
| Subjects Included in the All Treated Subjects Dataset | 65 | 65 | 69 | 67 |
| Subjects Included in the Intent-to-Treat Dataset | 62 | 61 | 66 | 62 |
| Subjects Included in the Efficacy Evaluable Dataset | 61 | 53 | 54 | 49 |
| Subjects Included in the Completers Dataset | 51 | 40 | 30 | 17 |

Cross Reference:  Table 14.1__1.2 and Appendices 16.2__3.1, 16.2__3.2, and 16.2__3.3

Highly Confidential

ABBT238646

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

54

## 11.2   Demographic and Other Baseline Characteristics

All demographic and other baseline characteristic results are for all treated subjects, unless otherwise specified.  The location of demographic and other baseline characteristic data is presented below.

| Assessment | Statistical Analyses Tables | Individual Subject Listing Appendix |
|---|---|---|
| Demographics | 14.1__4.1 | 16.2__4.1 |
| Medical History | 14.1__5.1<br>14.1__5.2 | 16.2__4.2 |
| Nicotine Consumption | 14.1__4.1 | 16.2__4.3 |
| Baseline Pain Assessments | 14.1__6 | 16.2__6.2.1<br>16.2__6.2.2<br>16.2__6.3.1<br>16.2__6.3.2<br>16.2__6.4.1<br>16.2__6.4.2<br>16.2__6.4.3 |

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                55
R&D/01/171 - Clinical/Statistical

### 11.2.1   Demographics

No statistically significant differences were observed among treatment groups for sex, race, age, height, or weight. The average age was 61.9 years (range = 20 - 86 years). Eighty-nine percent of the subjects were white. Subject demographic characteristics are presented in Table 11.2a.

### Table 11.2a     Demographic Characteristics (All Treated Subjects)

| Demographic Characteristic | Treatment Group n (%) | | | | p-value[a] |
| | Placebo (N=65) | ABT-594 | | | |
| | | 150 µg BID (N=65) | 225 µg BID (N=69) | 300 µg BID (N=67) | |
| Sex | | | | | 0.870 |
| Female | 27 (42%) | 31 (48%) | 33 (48%) | 30 (45%) | |
| Male | 38 (58%) | 34 (52%) | 36 (52%) | 37 (55%) | |
| Race[b] | | | | | 0.751 |
| White | 57 (88%) | 58 (89%) | 64 (93%) | 59 (88%) | |
| Black | 7 (11%) | 6 ( 9%) | 3 ( 4%) | 8 (12%) | |
| Asian | 0 | 1 ( 2%) | 1 ( 1%) | 0 | |
| Native American | 0 | 0 | 1 ( 1%) | 0 | |
| Other | 1 ( 2%) | 0 | 0 | 0 | |
| Age (years) | | | | | 0.110 |
| Mean (SD) | 60.2 (11.43) | 60.8 (10.78) | 61.8 (11.80) | 64.7 (11.10) | |
| Min-Max | 20 - 80 | 36 - 85 | 24 - 84 | 31 - 86 | |
| Height (inches)[c] | (N=65) | (N=65) | (N=69) | (N=66) | 0.300 |
| Mean (SD) | 68.4 (4.47) | 67.5 (3.93) | 67.1 (4.27) | 67.3 (3.73) | |
| Min-Max | 60 - 77 | 59 - 75 | 59 - 79 | 60 - 75 | |
| Weight (pounds)[c] | | | | | 0.758 |
| Mean (SD) | 205.3 (36.44) | 200.0 (40.03) | 199.2 (34.57) | 203.1 (34.94) | |
| Min-Max | 127.9 - 275.0 | 113.0 - 276.0 | 112.0 - 258.0 | 134.5 - 277.8 | |

[a] p-values are from extension of Fisher's exact test comparing treatment groups (sex, race), or a 1-way ANOVA model comparing treatment groups (age, height, and weight).
[b] Non-white races were combined for calculation of p-value. American Indian/Alaska Native was represented as Native American.
[c] At baseline.

Cross Reference: Table 14.1 __4.1 and Appendix 16.2 __4.1

Highly Confidential                                                ABBT238648

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 – Clinical/Statistical

56

### 11.2.2   Other Baseline Characteristics

There were no statistically significant differences among treatment groups in the ITT
analysis with respect to all pain assessment variables (including diary- and site-based Pain
Rating Scale scores and Neuropathic Pain Scale Total Score) and other baseline
characteristics including nicotine use.  The baseline characteristics for the ITT dataset are
presented in Table 11.2b.

Pain assessment scales are presented in Appendix 16.1.13.

### Table 11.2b   Other Baseline Characteristics (Intent-to-Treat Dataset)

| Baseline Characteristic | Treatment Group | | | | p-value[a] |
|---|---|---|---|---|---|
| | Placebo | ABT-594 | | | |
| | | 150 µg BID | 225 µg BID | 300 µg BID | |
| Diary-Based Pain Scale[b] | (N=62) | (N=64) | (N=67) | (N=66) | 0.847 |
| Baseline Mean (SD) | 6.5 (1.43) | 6.6 (1.69) | 6.7 (1.51) | 6.7 (1.74) | |
| Site-Based Pain Scale[b] | (N=64) | (N=64) | (N=69) | (N=66) | 0.608 |
| Baseline Mean (SD) | 6.5 (1.67) | 6.7 (1.98) | 6.7 (1.57) | 6.9 (1.91) | |
| Neuropathic Pain Scale Total Score[c] | (N=64) | (N=65) | (N=69) | (N=64) | 0.910 |
| Baseline Mean (SD) | 56.5 (17.47) | 55.1 (17.47) | 56.3 (15.18) | 57.3 (19.81) | |
| Nicotine Used[d] | (N=65) | (N=65) | (N=69) | (N=67) | 0.098 |
| Former User | 29 (45%) | 24 (37%) | 18 (26%) | 25 (37%) | |
| Non-User | 32 (49%) | 31 (48%) | 40 (58%) | 38 (57%) | |
| Current User | 4 ( 6%) | 10 (15%) | 11 (16%) | 4 ( 6%) | |

[a]  p-values are from extension of Fisher's exact test comparing treatment groups (nicotine use) or 1-way
ANOVA model comparing treatment groups (pain scores).
[b]  Pain intensity scale: 11-Point Likert Scale (0-10),  0 = no pain, 10 = worst pain possible.
[c]  Neuropathic pain scale (sum of 10 items): 11-Point Likert Scale (0-10),  0 = none, 10 = most.
[d]  Former users and non-users were combined for calculation of p-value.

Cross Reference:  Tables 14.1 _4.1, 14.1 _6 and Appendices 16.2 _4.3, 16.2 _6.2.1, 16.2 _6.2.2,
16.2 _6.3.1, 16.2 _6.4.1, 16.2 _6.4.2, and 16.2 _6.4.3

A medical history was obtained for each subject who entered the study.  Among currently
symptomatic subjects, sporadic statistically significant differences were observed between
each of the ABT-594 150 µg BID and 300 µg BID treatment groups and the placebo

ABBT238649

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

57

treatment group for the proportions of subjects who had a specific condition/diagnosis (Table 14.1__5.1). Among currently asymptomatic subjects, no apparent differences were observed between treatment groups for the proportion of subjects with a specific condition/diagnosis (Table 14.1__5.2).

### 11.2.3    Concurrent Medication Use

The proportion of subjects using a concomitant medication during the study was similar among treatment groups. The number and proportion of subjects who took concomitant medications during the study and listing of subject numbers by therapeutic classifications are presented in Tables 14.1__7.1 and 14.1__7.2, respectively. Individual subject data listings for subjects who took previous and concomitant medications are presented in Appendix 16.2__7.3.

During the Baseline Pain Assessment Phase, no statistically significant difference was observed among treatment groups for the proportion of subjects who used protocol-allowed concomitant analgesic medication (Table 14.2__7.1).

### 11.3    Measurements of Treatment Compliance

The location of compliance and drug concentration data is presented below.

| Assessment | Statistical Analyses Tables | Individual Subject Listing Appendix |
|---|---|---|
| Study Drug Administration | 14.1__8 | 16.2__5.1.1 |
|  |  | 16.2__5.1.2 |
| Plasma Assay | none | 16.2__5.3.1 |
|  |  | 16.2__5.3.2 |

### 11.4    Efficacy Evaluations and Tabulations of Individual Subject Data

Each efficacy analysis compared the placebo treatment group versus each of the other ABT-594 treatment groups. Efficacy scale ranges are presented in Appendix 16.1.13.

ABBT238650

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                        58
R&D/01/171 - Clinical/Statistical

### 11.4.1   Efficacy Analyses

The location of efficacy data is presented below.

| Assessment | Statistical Analyses Tables[a] | Individual Subject Listing Appendix |
|---|---|---|
| Diary-Based Pain Rating Scale | 14.2__2.1.1.1<br>14.2__2.1.1.2<br>14.2__2.1.2<br>14.2__2.1.3<br>14.2__2.1.4<br>14.2__2.2<br>14.2__2.3<br>14.2__2.4.1.1<br>14.2__2.4.1.2<br>14.2__2.4.2<br>14.2__2.4.3<br>14.2__2.4.4 | 16.2__6.2.1 |
| Site-Based Pain Rating Scale | 14.2__3.1.1<br>14.2__3.1.2<br>14.2__3.1.3<br>14.2__3.2<br>14.2__3.3<br>14.2__3.4 | 16.2__6.2.2 |
| Neuropathic Pain Scale | 14.2__4.1.1<br>14.2__4.1.2<br>14.2__4.1.3<br>14.2__4.1.4<br>14.2__4.2<br>14.2__4.3<br>14.2__4.4 | 16.2__6.3.1<br>16.2__6.3.2 |
| Global Impression of Change | 14.2__5.1<br>14.2__5.2<br>14.2__5.3<br>14.2__5.4 | 16.2__6.5 |
| SF-36™ Health Status Survey | 14.2__6 | 16.2__6.4.1<br>16.2__6.4.2<br>16.2__6.4.3 |
| Concomitant Analgesic Medication Use | 14.2__7.1<br>14.2__7.2<br>14.2__7.3 | 16.2__7.4 |

a   Statistical analyses tables for the ITT dataset.

Highly Confidential                                                                    ABBT238651

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                59
R&D/01/171 - Clinical/Statistical

Analyses were performed on the ITT, evaluable, and study completers datasets using both the LOCF and OC methods; the ITT dataset was the protocol-defined primary dataset. Efficacy results are presented only for the ITT dataset. Efficacy results for the evaluable and study completers dataset were generally similar to those for the ITT dataset (Tables 14.2__8.1 through 14.2__13 and 14.2__14.1.1.1 through 14.2__18, respectively). Furthermore, results from analyses that used the OC method were generally similar to those that used the LOCF method, and differences are noted between the 2 methods.

### 11.4.1.1    Primary Efficacy Variable

**Diary-Based Pain Rating Scale Scores at Final Evaluation**

The mean improvement from baseline to final for the average diary-based Pain Rating Scale scores was statistically significantly greater for each of the ABT-594 treatment groups compared to placebo. A summary of the mean change from baseline to final for the average diary-based Pain Rating Scale scores is presented in Table 11.4a.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

60

**Table 11.4a     Summary of the Analysis of Mean Change From Baseline[a] to Final[b] for the Average Diary-Based Pain Rating Scale[c] Scores Using LOCF Method (Intent-to-Treat Dataset)**

| | Treatment Group | | | |
| | | ABT-594 | | |
| | Placebo (N=58) | 150 µg BID (N=56) | 225 µg BID (N=58) | 300 µg BID (N=53) |
|---|---|---|---|---|
| Baseline Visit | | | | |
| Model-Based Mean (SE)[d] | 6.5 (0.21) | 6.6 (0.22) | 6.7 (0.21) | 6.7 (0.22) |
| Change to Final | | | | |
| Model-Based Mean (SE)[d] | -1.1 (0.29) | -1.9 (0.30)* | -1.9 (0.29)* | -2.0 (0.30)* |

SE = standard error.
a   Average of the last 7 pain scores prior to Day 1 of the study.
b   Average of the values from the last 7 days on study drug.
c   Pain intensity scale: 11-Point Likert Scale (0-10); 0 = no pain, 10 = worst pain possible.
d   Least square means from 2-way ANOVA without interaction.
*   Statistically significant difference versus placebo treatment group (p≤0.05).

Cross Reference: Tables 14.2__2.1.1.1 and 14.2__2.1.1.2 and Appendix 16.2__6.2.1

A statistically significant linear dose response was observed for mean change from baseline to final for the average diary-based Pain Rating Scale scores, in the model that included the placebo treatment group (Table 14.2__2.3).

### 11.4.1.2     Secondary Efficacy Variables

**Change From Baseline to Final**

The mean improvement from baseline to final for the average site-based Pain Rating Scale scores was statistically significantly greater in each of the ABT-594 treatment groups compared to placebo.

Highly Confidential

ABBT238653

There were no statistically significant differences between the placebo treatment group and any of the ABT-594 treatment groups for the mean change from baseline to final in the Neuropathic Pain Scale Total score. However, sporadic statistically significant differences were observed between placebo and 1 of the ABT-594 treatment groups for the mean change from baseline to final in the following items from the Neuropathic Pain Scale: intense, dull, and deep pain (Table 14.2__4.1.2).

In the analysis of the mean change from baseline to final in the SF-36™ Health Status Survey, a statistically significant difference was observed between the ABT-594 225 μg BID and placebo treatment groups in the physical component summary. Subjects in the ABT-594 225 μg BID treatment group showed a greater improvement from baseline compared to subjects in the placebo treatment group. Additionally, a statistically significant difference was observed between the ABT-594 300 μg BID and placebo treatment groups in the mental component summary. Subjects in the placebo treatment group showed an improvement from baseline, while subjects in the ABT-594 300 μg BID treatment group showed a deterioration from baseline. There were no other statistically significant differences between the placebo treatment group and any of the ABT-594 treatment groups for the mean change from baseline to final in the SF-36™ Health Status Survey subscales.

A summary of the mean change from baseline to final for secondary efficacy variables is presented in Table 11.4b.

Highly Confidential

ABBT238654

**McCarthy Deposition Exhibit 48**

**P's Exhibit FZ**

**Part 3**

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

62

### Table 11.4b    Change from Baseline to Final for Secondary Efficacy Variablesa Using LOCF Method (Intent-to-Treat Dataset)

| Variable | Placebo | Treatment Group | | |
|---|---|---|---|---|
| | | ABT-594 | | |
| | | 150 µg BID | 225 µg BID | 300 µg BID |
| Average Site-Based Pain Rating Scaleb Scores | (N=57) | (N=47) | (N=40) | (N=29) |
| Baseline Visit | | | | |
| Model-Based Mean (SE)c | 6.4 (0.25) | 6.7 (0.27) | 6.4 (0.30) | 6.7 (0.34) |
| Change to Final | | | | |
| Model-Based Mean (SE)c | -1.1 (0.36) | -2.7 (0.39)* | -2.1 (0.43)* | -2.8 (0.49)* |
| Neuropathic Pain Scaled Total Score | (N=57) | (N=48) | (N=40) | (N=29) |
| Baseline Visit | | | | |
| Model-Based Mean (SE)c | 54.3 (2.32) | 54.6 (2.55) | 53.5 (2.82) | 56.3 (3.16) |
| Change to Final | | | | |
| Model-Based Mean (SE)c | -11.4 (3.04) | -16.1 (3.34) | -15.8 (3.69) | -19.7 (4.14) |
| SF-36™ Health Status Survey Physical Componente | (N=58) | (N=54) | (N=59) | (N=54) |
| Baseline Visit | | | | |
| Model-Based Mean (SE)c | 35.0 (1.29) | 32.7 (1.36) | 32.7 (1.28) | 34.3 (1.31) |
| Change to Final | | | | |
| Model-Based Mean (SE)c | 0.6 (0.97) | 3.2 (1.02) | 3.3 (0.96)* | 0.7 (0.98) |
| SF-36™ Health Status Survey Mental Componente | (N=58) | (N=54) | (N=59) | (N=54) |
| Baseline Visit | | | | |
| Model-Based Mean (SE)c | 47.9 (1.50) | 50.5 (1.59) | 50.6 (1.49) | 49.6 (1.52) |
| Change to Final | | | | |
| Model-Based Mean (SE)c | 1.7 (1.29) | -0.9 (1.35) | -1.3 (1.27) | -1.9 (1.30)* |

NOTE:  Due to the number of subjects who dropped out or failed to complete certain efficacy assessments, the number of subjects included in each of the secondary efficacy analyses was smaller than that of the primary analyses.

a    Pain assessment scales are presented in Appendix 16.1.13.
b    Pain intensity scale:  11-Point Likert Scale (0-10),  0 = no pain, 10 = worst pain possible.
c    Values represent model-based means (SE) which are least square means from 2-way ANOVA without interaction.
d    Neuropathic pain scale (sum of 10 items): 11-Point Likert Scale (0-10),  0 = none, 10 = most for each of the 10 items.
e    Results based on transformed scores as calculated using SF-36™ health survey manual and interpretation guide.
*    Statistically significant difference versus placebo treatment group (p≤0.05).

Highly Confidential

ABBT238655

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                    63
R&D/01/171 - Clinical/Statistical

Cross Reference:  Tables 14.2__3.1.1, 14.2__4.1.1, and 14.2__6 and Appendices 16.2__6.2.2,
        16.2__6.3.1, 16.2__6.4.1, and 16.2__6.4.2

### Global Impression of Change

No statistically significant differences were observed between the placebo and each of
the ABT-594 treatment groups in the mean overall change from baseline in the subject
and clinician global impression of change.  However, each of the ABT-594 treatment
groups was numerically better than placebo.  A summary of the mean change from
baseline to final for subject and clinician global impression of change is presented in
Table 11.4c.

**Table 11.4c     Change from Baseline to Final for Subject and Clinician
             Global Impression of Change[a] Using LOCF Method
             (Intent-to-Treat Dataset)**

| | Treatment Group | | | |
| | | ABT-594 | | |
| Variable | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
|---|---|---|---|---|
| Subject Global Impression of Change[b] | (N=61) | (N=59) | (N=61) | (N=59) |
| Univariate Mean Change (SE)[c] | 0.8 (0.18) | 0.8 (0.21) | 1.3 (0.21) | 1.1 (0.19) |
| Clinician Global Impression of Change[b] | (N=61) | (N=59) | (N=60) | (N=59) |
| Univariate Mean Change (SE)[c] | 0.7 (0.17) | 0.8 (0.21) | 1.2 (0.18) | 1.1 (0.18) |

[a]  Pain assessment scales are presented in Appendix 16.1.13.
[b]  Overall change defined as follows:  3 = much improved, 2 = moderately improved, 1 = minimally
     improved, 0 = no change, -1 = minimally worse, -2 = moderately worse, -3 = much worse.
[c]  Values represent univariate means (SE) for the Cochran-Mantel-Haenszel test.

Cross Reference:  Table 14.2__5.3 and Appendix 16.2__6.5

In the distribution analyses of subject and clinician global impression of change (much,
moderately, or minimally improved, no change, or much, moderately, or minimally
worse) statistically significant differences from placebo were observed for the
ABT-594 225 µg BID treatment group (Table 14.2__5.1).  When responses were

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

64

further categorized as improved (including much, moderate, or minimal), no change, or worsened (including much, moderate, or minimal), there was a statistically significant difference between the ABT-594 225 μg BID and placebo treatment groups for clinician global impression of change. Based on the clinician's assessment, a greater proportion of subjects in the ABT-594 225 μg BID treatment group were improved (63%) compared to subjects in the placebo treatment group (42%; Table 14.2__5.2).

### Dose Response

A statistically significant linear dose response was observed for mean change from baseline to final for the average site-based Pain Rating Scale scores, in the model that included the placebo treatment group (Table 14.2__3.3). No statistically significant linear dose response was observed for mean change from baseline to final for the Neuropathic Pain Scale Total Score, regardless of whether the model included or excluded the placebo treatment group (Table 14.2__4.3).

### Change From Baseline to Each Week - Diary-Based Pain Rating Scale

Improvements from baseline were seen in diary-based Pain Rating Scale scores at each week for all treatment groups. In the LOCF analyses, the ABT-594 150 μg BID treatment group had statistically significantly greater mean improvements from baseline to Weeks 5, 6, and 7 for the average diary-based Pain Rating Scale scores when compared to placebo. No statistically significant differences were observed between the ABT-594 225 μg BID and placebo treatment groups at any time point. The mean improvements from baseline to Weeks 3, 4, 5, and 7 for the average diary-based Pain Rating Scale scores were statistically significantly greater in the ABT-594 300 μg BID treatment group compared to placebo. Results of OC analyses were generally similar to those of LOCF analyses, with a more consistent treatment effect observed in the OC analyses. A summary of the mean change from baseline to each week for the average diary-based Pain Rating Scale scores is presented in Table 11.4d.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                        65
R&D/01/171 - Clinical/Statistical

**Table 11.4d     Summary of the Analysis of Mean Change From Baseline[a] to Each Week for the Average Diary-Based Pain Rating Scale[b] Scores Using LOCF and OC Methods (Intent-to-Treat Dataset)**

| | Treatment Group | | | | | | | |
| | Placebo | | ABT-594 | | | | | |
| | | | 150 µg BID | | 225 µg BID | | 300 µg BID | |
| | LOCF | OC | LOCF | OC | LOCF | OC | LOCF | OC |
| Visit | (N=58) | (N=c) | (N=56) | (N=c) | (N=58) | (N=c) | (N=53) | (N=c) |
| Baseline Mean[d] | 6.5 | 6.5[e] | 6.6 | 6.6 | 6.7 | 6.7 | 6.7 | 6.7 |
| Week 1[d] | -0.6[f] | -0.6 | -0.8 | -0.8 | -0.8 | -0.8 | -0.7 | -0.7 |
| Week 2[d] | -1.0[f] | -1.0 | -1.1 | -1.1 | -1.2 | -1.3 | -1.4 | -1.8* |
| Week 3[d] | -1.0 | -0.9 | -1.2 | -1.4 | -1.5 | -2.0* | -1.7* | -2.4* |
| Week 4[d] | -1.1 | -1.1 | -1.6 | -1.9* | -1.5 | -2.3* | -1.9* | -2.4* |
| Week 5[d] | -1.0 | -1.0 | -1.8* | -2.3* | -1.7 | -2.5* | -1.9* | -2.9* |
| Week 6[d] | -1.1 | -1.1 | -1.9* | -2.4* | -1.7 | -2.6* | -1.8 | -2.8* |
| Week 7[d] | -1.1 | -1.0 | -1.9* | -2.4* | -1.8 | -2.6* | -1.9* | -3.1* |

LOCF = last observation carried forward; OC = observed cases.
Note:  All values represent model-based means.
a    Average of the last 7 pain scores prior to Day 1 of the study.
b    Pain intensity scale:  11-Point Likert Scale (0-10),  0 = no pain, 10 = worst pain possible.
c    No's for observed cases analyses:

| | | ABT-594 | | |
| | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| Week 1 | 57 | 56 | 58 | 53 |
| Week 2 | 56 | 49 | 44 | 38 |
| Week 3 | 56 | 47 | 37 | 27 |
| Week 4 | 52 | 44 | 34 | 23 |
| Week 5 | 50 | 39 | 33 | 20 |
| Week 6 | 50 | 39 | 30 | 17 |
| Week 7 | 49 | 38 | 29 | 17 |

d    Least square means from 2-way ANOVA without interaction.
e    N = 58 at baseline.
f    N = 57 at Weeks 1 and 2.
*    Statistically significant difference versus placebo treatment group (p≤0.05).
Cross Reference:  Tables 14.2__2.1.3 and 14.2__2.4.3 and Appendix 16.2__6.2.1

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

66

### Change From Baseline to Each Visit - Diary-Based Pain Rating Scale

Each treatment group showed improvement from baseline to the 7-day average prior
to each visit in diary-based Pain Rating Scale scores. The mean changes from baseline
to Treatment Visits III and IV for the average diary-based Pain Rating Scale scores
were statistically significantly greater in the ABT-594 150 μg BID and 225 μg BID
treatment groups compared to placebo. Furthermore, the mean changes from baseline
to Treatment Visits II, III, and IV for the average diary-based Pain Rating Scale scores
were statistically significantly greater in the ABT-594 300 μg BID treatment group
compared to placebo (Table 14.2__2.1.2). Results of OC analyses were generally
similar to those of LOCF analyses (Table 14.2__2.4.2).

### *Change From Baseline to Each Visit - Site-Based Pain Rating Scale*

Each treatment group showed improvement from baseline to each visit in site-based
Pain Rating Scale scores. The mean changes from baseline to Treatment Visits II, III,
and IV for the average site-based Pain Rating Scale scores were statistically
significantly greater in the ABT-594 150 μg BID treatment group compared to
placebo. The mean change from baseline to Treatment Visit IV for the average site-
based Pain Rating Scale score was statistically significantly greater in the ABT-594
225 μg BID treatment group compared to placebo. The mean changes from baseline
to each Treatment Visit for the average site-based Pain Rating Scale scores were
statistically significantly greater in the ABT-594 300 μg BID treatment group
compared to placebo (Table 14.2__3.1.2). Results of OC analyses were generally
similar to those of LOCF analyses (Table 14.2__3.4).

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                    67
R&D/01/171 - Clinical/Statistical

### 11.4.1.3   Other Efficacy Variables

**Proportion of Responders**

*The percentage of subjects having a positive response to study drug, defined as a 50%
or greater improvement from baseline to the final evaluation, was analyzed for the
following efficacy variables: average diary- and site-based Pain Rating Scale scores
and Neuropathic Pain Scale Total Score. Comparisons between treatment groups
were performed using the CMH test, with investigator as the stratification variable.*

*A statistically significantly greater proportion of subjects in all of the ABT-594
treatment groups had at least a 50% improvement in either the diary- or site-based
average Pain Rating Scale scores at the final evaluation compared to subjects in the
placebo treatment group. A summary of the proportion of subjects with a positive
response to study drug as measured by average diary- and site-based Pain Rating Scale
scores is presented in Table 11.4e.*

**Table 11.4e    Proportion of Subjects Responding[a] to Treatment as
Measured by Diary- and Site-Based Pain Rating Scale
Scores[b] Using LOCF Method (Intent-to-Treat Dataset)**

| | Treatment Group | | | |
| | | ABT-594 | | |
| Variable | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
|---|---|---|---|---|
| Average Diary-Based Pain Rating Scale[c] Scores | (N=58) 12% | (N=56) 27%* | (N=58) 26% | (N=53) 26%* |
| Average Site-Based Pain Rating Scale[c] Scores | (N=57) 14% | (N=47) 40%* | (N=40) 35%* | (N=29) 48%* |

[a]  Defined as a 50% or greater improvement from baseline to the final evaluation.
[b]  Pain assessment scales are presented in Appendix 16.1.13.
[c]  Pain intensity scale: 11-Point Likert Scale (0-10), 0 = no pain, 10 = worst pain possible.
*    Statistically significant difference versus placebo treatment group (p≤0.05).
Cross Reference: Tables 14.2__2.1.4 and 14.2__3.1.3 and Appendices 16.2__6.2.1 and 16.2__6.2.2

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

68

**Concomitant Analgesic Medication Use**

No statistically significant differences were observed among the treatment groups for the proportion of subjects using any analgesic medication or within 24 hours of analgesic medication at each visit during the Treatment Phase and over the entire Treatment Phase (Tables 14.2__7.1 and 14.2__7.2). There were no statistically significant differences between the placebo treatment group and any of the ABT-594 treatment groups for the number of times analgesic medication was used (Table 14.2__7.3).

### 11.4.2    Statistical and Analytical Issues

#### 11.4.2.1    Adjustments for Covariates

Adjustments for covariates, including sex, race, age, and weight, were not performed in the efficacy analyses.

#### 11.4.2.2    Handling of Dropouts or Missing Data

Two sets of efficacy analyses, corresponding to the handling of missing data, were performed. The LOCF analyses used the completed pain evaluation from the previous visit for site-based pain scores and the pain evaluation from the previous days for diary data as an estimate of the missing data. Thus, in the LOCF analysis, every subject in the analysis had a value for each specified evaluation. This technique was intended to reduce bias caused by subjects who prematurely discontinued due to lack of efficacy. The OC method did not estimate missing evaluations and a subject who did not have a pain evaluation on a scheduled visit was excluded from the OC analysis for that visit. Results obtained with the OC method were generally consistent with those obtained with the LOCF method.

#### 11.4.2.3    Interim Analyses and Data Monitoring

No interim analyses were performed.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                              69
R&D/01/171 - Clinical/Statistical

### 11.4.2.4     Multicenter Studies

This was a multicenter study.  The treatment-by-center interaction was not statistically
significant at an $\alpha=0.10$ in the analysis of change from baseline to the final evaluation
for the diary-based Pain Rating Scale scores (Table 14.2__2.2), indicating
homogeneity of treatment effects across centers for the primary endpoint.  Therefore,
the treatment-by-center interaction term was not used in the primary or secondary
analyses.  Additionally, since the treatment-by-center interaction term was not used in
the primary analysis, data from study centers with less than 1 subject per treatment
group in the ITT dataset, were not combined for the analyses.

### 11.4.2.5     Multiple Comparisons/Multiplicity

No statistical adjustments were made for multiple comparisons.

### 11.4.2.6     Use of an "Efficacy Subset" of Subjects

Subjects who received less than 7 days of study drug or who had no baseline or post
Day 7 pain assessment for the diary-based Pain Rating Scale were identified prior to
breaking the blind and were excluded from the evaluable dataset.  Results for ITT and
evaluable datasets were similar.

### 11.4.2.7     Active-Control Studies Intended to Show Equivalence

The study was not designed to assess equivalence to an active control.

### 11.4.2.8     Examination of Subgroups

Subgroup analyses for potentially influential factors were not performed.

Highly Confidential                                                   ABBT238662

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

70

### 11.4.3  Tabulation of Individual Response Data

There were no tabulations of individual response to study drug except as provided in the data listings (Appendix 16.2).

### 11.4.4  Drug Dose, Drug Concentration, and Relationship to Response

Blood samples for ABT-594 plasma assay were to be collected for all subjects at Treatment Visits I and IV.  For those subjects participating in the pharmacokinetic sampling for pharmacokinetic profile (approximately 30 subjects), additional blood samples were collected at Treatment Visits I and IV.  Plasma concentrations of ABT-594 are listed for each subject in Appendix 16.2__5.3.1.

A complete discussion of the pharmacokinetic variables analyzed will be presented in a separate Clinical Pharmacokinetic Report.

### 11.4.5  Drug-Drug and Drug-Disease Interactions

Analyses which examined drug-drug and drug-disease interactions were not performed.

### 11.4.6  By-Subject Displays

There were no by-subject displays of individual response to study drug except as provided in the data listings (Appendix 16.2).

ABBT238663

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

71

### 11.4.7  Efficacy Conclusions

ABT-594 at 150 μg, 225 μg, and 300 μg BID was statistically significantly superior to placebo for the primary efficacy variable, the mean change from baseline to final for the average diary-based Pain Rating Scale.  Furthermore, the mean improvement from baseline to final for the average site-based Pain Rating Scale score was statistically significantly superior in each of the ABT-594 treatment groups compared to placebo. Statistically significant linear dose responses were observed in the model that included the placebo treatment group for mean change from baseline to final for the average diary- and site-based Pain Rating Scale scores.

A statistically significantly greater proportion of subjects in all of the ABT-594 treatment groups had at least a 50% improvement in either their average diary- or site-based Pain Rating Scale scores at the final evaluation compared to the subjects in the placebo treatment group.

There were no statistically significant differences between the placebo treatment group and any of the ABT-594 treatment groups for the mean change from baseline to final in the Neuropathic Pain Scale Total score.  In the analysis of the mean change from baseline to final in SF-36™ Health Status Survey, a statistically significant improvement was observed for the ABT-594 225 μg BID treatment group in the physical component summary compared to the placebo treatment group.  However, statistically significant worsening was observed for the ABT-594 300 μg BID treatment group in the mental component summary compared to the placebo treatment group.

## 11.5  Pharmacokinetic Variables

Complete pharmacokinetic results will be presented in a separate Clinical Pharmacokinetic Report.

ABBT238664

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

72

## 12.0   Safety Evaluation

All 266 randomized subjects who were treated with study drug (65 placebo, 65 ABT-594 150 µg, 69 ABT-594 225 µg, and 67 ABT-594 300 µg BID) were evaluated for safety. Adverse events, clinical laboratory data, vital signs (including weight), and 12-lead ECG data were used to evaluate safety.

## 12.1   Extent of Exposure

The mean duration of treatment was statistically significantly different among treatment groups.  The placebo treatment group received study drug for a mean 44.3 days, as compared to 35.9, 28.6, and 22.7 days for the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups, respectively.  A summary of the extent of exposure to study drug is presented in Table 12.1a.

### Table 12.1a      Extent of Exposure

| Duration of Treatment (Days) | Treatment Group n (%) | | | |
|---|---|---|---|---|
| | | ABT-594 | | |
| | Placebo (N=65) | 150 µg BID (N=65) | 225 µg BID (N=69) | 300 µg BID (N=67) |
| <7 | 1   ( 2%) | 8   (12%) | 14   (20%) | 12   (18%) |
| 7 - 13 | 2   ( 3%) | 5   ( 8%) | 14   (20%) | 19   (28%) |
| 14 - 20 | 4   ( 6%) | 4   ( 6%) | 4   ( 6%) | 6   ( 9%) |
| 21 - 27 | 5   ( 8%) | 6   ( 9%) | 3   ( 4%) | 8   (12%) |
| 28 - 34 | 0 | 2   ( 3%) | 0 | 3   ( 4%) |
| 35 - 41 | 1   ( 2%) | 0 | 4   ( 6%) | 2   ( 3%) |
| 42 - 48 | 3   ( 5%) | 5   ( 8%) | 3   ( 4%) | 1   ( 1%) |
| ≥49 | 49   (75%) | 35   (54%) | 27   (39%) | 16   (24%) |
| Mean (SD)* | 44.3 (13.5) | 35.9 (19.1) | 28.6 (20.5) | 22.7 (18.0) |

Note:  Percentages may not sum to 100 due to rounding.
SD = standard deviation.
*   Statistically significant difference among treatment groups (p≤0.05).
Cross Reference:  Table 14.1__8 and Appendix 16.2__5.1.1

Highly Confidential

ABBT238665

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

73

## 12.2   Adverse Events

The location of adverse event data is presented below.

| Assessment | Statistical Analyses Tables | Individual Subject Listing Appendix |
|---|---|---|
| Adverse Events | | 16.2__7.1.1 |
| All Treatment-Emergent | 14.3.1__1.1 | |
| by Severity | 14.3.1__1.2.1 | |
| | 14.3.1__1.2.2 | |
| by Relationship to Study Drug | 14.3.1__1.3.1 | |
| | 14.3.1__1.3.2 | |
| Incidence Across Time | 14.3.1__2.1 | |
| Prevalence Across Time | 14.3.1__2.2 | |
| Identification of Subjects | 14.3.1__3.1 | |
| Medical Terms and Descriptions Associated with Each COSTART Term | 14.3.1__3.2 | |

### 12.2.1   Brief Summary of Adverse Events

Among all treated subjects, 66% of subjects who received placebo and 83%, 90%. and 91% of subjects who received ABT-594 150 µg, 225 µg, and 300 µg BID, respectively, reported treatment-emergent adverse events.  The overall incidence of adverse events was statistically significantly higher for each of the ABT-594 treatment groups than for the placebo treatment group. The most frequently reported (≥10% of subjects in any ABT-594 treatment group) treatment-emergent adverse events were nausea, dizziness, vomiting, abnormal dreams, headache, asthenia, diarrhea, dyspepsia, and insomnia.

Subjects in the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups had statistically significantly higher incidences of treatment-emergent nausea (34%, 43%, and 46%, respectively), vomiting (15%, 25%, and 21%, respectively), abnormal dreams (22%, 22%, and 18%, respectively), and dizziness (17%, 35%, and 30%, respectively) compared to subjects in the placebo treatment group (11%, 3%, 0%, and 5%, respectively).  A statistically significantly greater proportion of subjects in the ABT-594 225 µg BID and 300 µg BID treatment groups reported treatment-emergent asthenia (16% and 21%,

ABBT238666

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                           74
R&D/01/171 - Clinical/Statistical

respectively) compared to subjects in the placebo treatment group (2%). Subjects in the
placebo treatment group had a statistically significantly greater incidence of treatment-
emergent infection (15%) compared to subjects in the ABT-594 300 µg BID treatment
group (3%). Most adverse events were mild or moderate in severity.

No subject died during the course of the study. However, 1 subject (ABT-594 150 µg
BID) died 58 days after completion of the Treatment Phase. The subject died due to
suicide, which the investigator considered to be unrelated to study drug. In addition to the
subject who died, 13 subjects (3 placebo, 4 ABT-594 150 µg, 2 ABT-594 225 µg, and 4
ABT-594 300 µg BID) experienced other serious adverse events. Eight of these subjects
(2 placebo, 3 ABT-594 150 µg, 1 ABT-594 225 µg, and 2 ABT-594 300 µg BID)
reported serious adverse events associated with the cardiovascular system during the
study. Each subject had multiple risk factors for cardiovascular disease. One hundred
subjects (6 placebo, 18 ABT-594 150 µg, 32 ABT-594 225 µg, and 44 ABT-594 300 µg
BID) prematurely discontinued study drug due to 1 or more adverse events. The most
frequently reported (≥10% of subjects in any ABT-594 treatment group) adverse events
leading to discontinuation among ABT-594 subjects were nausea, vomiting, dizziness,
abnormal dreams, and headache.

### 12.2.2    Display of Adverse Events

A summary of the treatment-emergent adverse events occurring in ≥10% of subjects in
any ABT-594 treatment group is presented by the investigator's assessment of relationship
to study drug in Table 12.2a.

Highly Confidential                                                                    ABBT238667

ABBT238668

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

74

**Table 12.2a    Summary of Most Frequently Reported[a] Treatment-Emergent Adverse Events By Relationship to Study Drug**

| COSTART Term | Placebo (N=65) | | | | | | 150 µg BID (N=65) | | | | | | 225 µg BID (N=69) | | | | | | 300 µg BID (N=67) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Relationship[b] | | | | Total | | Relationship[b] | | | | Total | | Relationship[b] | | | | Total | | Relationship[b] | | | | Total | |
| | NR | PN | PO | PR | n | % | NR | PN | PO | PR | n | % | NR | PN | PO | PR | n | % | NR | PN | PO | PR | n | % |
| Any Event | | | | | 43 | 66% | | | | | 54 | 83%* | | | | | 62 | 90%* | | | | | 61 | 91%* |
| Nausea | 0 | 1 | 1 | 5 | 7 | 11% | 0 | 1 | 5 | 16 | 22 | 34%* | 0 | 1 | 5 | 24 | 30 | 43%* | 1 | 0 | 3 | 27 | 31 | 46%* |
| Dizziness | 1 | 0 | 0 | 2 | 3 | 5% | 0 | 1 | 2 | 8 | 11 | 17%* | 0 | 3 | 3 | 18 | 24 | 35%* | 0 | 1 | 2 | 17 | 20 | 30%* |
| Vomiting | 0 | 0 | 1 | 1 | 2 | 3% | 0 | 0 | 1 | 9 | 10 | 15%* | 0 | 0 | 0 | 13 | 13 | 19% | 0 | 2 | 1 | 11 | 14 | 21%* |
| Abnormal Dreams | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 3 | 12 | 15 | 23%* | 0 | 0 | 1 | 14 | 15 | 22%* | 0 | 0 | 2 | 10 | 12 | 18%* |
| Headache | 2 | 2 | 3 | 1 | 8 | 12% | 2 | 3 | 3 | 5 | 13 | 20% | 2 | 2 | 0 | 6 | 10 | 14% | 1 | 0 | 1 | 11 | 13 | 19% |
| Asthenia | 0 | 0 | 0 | 1 | 1 | 2% | 0 | 0 | 1 | 3 | 4 | 6% | 0 | 0 | 3 | 8 | 11 | 16%* | 1 | 0 | 2 | 11 | 14 | 21%* |
| Diarrhea | 0 | 0 | 2 | 0 | 2 | 3% | 1 | 2 | 2 | 2 | 7 | 11% | 0 | 0 | 0 | 8 | 8 | 12% | 1 | 0 | 1 | 2 | 4 | 6% |
| Dyspepsia | 0 | 0 | 2 | 0 | 2 | 3% | 0 | 0 | 2 | 3 | 5 | 8% | 0 | 0 | 0 | 8 | 8 | 12% | 0 | 0 | 1 | 4 | 5 | 7% |
| Insomnia | 0 | 1 | 2 | 0 | 3 | 5% | 0 | 0 | 1 | 0 | 1 | 2% | 1 | 1 | 2 | 5 | 9 | 13% | 0 | 2 | 0 | 5 | 7 | 10% |

NR = not related; PN = probably not related; PO = possibly related; PR = probably related.
a  Adverse events occurring in ≥10% of subjects in any ABT-594 treatment group.
b  As assessed by the investigator.
*  Statistically significant difference versus the placebo treatment group (p≤0.05).
Cross Reference: Tables 14.3.1.3.1 and 14.3.1.3.2 and Appendix 16.2.7.1.1

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

76

Most adverse events in all treatment groups were mild or moderate in severity and were considered by the investigator to be possibly or probably related to study drug (Tables 14.3.1__1.2.1, 14.3.1__1.2.2, 14.3.1__1.3.1, and 14.3.1__1.3.2).

### 12.2.3    Analysis of Adverse Events

The overall incidence of treatment-emergent adverse events was statistically significantly higher for subjects in the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups (83%, 90%, and 91%, respectively) than for subjects in the placebo treatment group (66%). Subjects in the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups had statistically significantly higher incidences of treatment-emergent nausea (34%, 43%, and 46%, respectively), vomiting (15%, 25%, and 21%, respectively), abnormal dreams (22%, 22%, and 18%, respectively), and dizziness (17%, 35%, and 30%, respectively) compared to subjects in the placebo treatment group (11%, 3%, 0%, and 5%, respectively). A statistically significantly greater proportion of subjects in the ABT-594 225 µg BID and 300 µg BID treatment groups reported treatment-emergent asthenia (16% and 21%, respectively) compared to subjects in the placebo treatment group (2%). Subjects in the placebo treatment group had a statistically significantly greater incidence of treatment-emergent infection (15%) compared to subjects in the ABT-594 300 µg BID treatment group (3%). No other statistically significant treatment differences were observed for any specific treatment-emergent adverse event (Table 14.3.1__1.1).

Five percent (3/65) of placebo-treated subjects, 11% (7/65) of ABT-594 150 µg-treated subjects, 12% (8/69) of ABT-594 225 µg-treated subjects, and 12% (8/67) of ABT-594 300 µg BID-treated subjects experienced at least 1 severe adverse event, most of which were considered probably related to study drug by the investigator. The remaining adverse events were mild or moderate in severity. A summary of the severity of treatment-emergent adverse events grouped by body system and COSTART term is presented in Tables 14.3.1__1.2.1 and 14.3.1__1.2.2.

Highly Confidential

ABBT238669

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

77

### 12.2.4    Listing of Adverse Events by Subject

The location of adverse event data is presented below.

| Assessment | Statistical Analyses Tables | Individual Subject Listing Appendix |
|---|---|---|
| Treatment-Emergent Adverse Events Grouped by Body System, COSTART Term, Medical Term, and Description With Subject Number Identification (All Treated Subjects) | 14.3.1__3.1 | 16.2__7.1.1 |
| Adverse Event Medical Terms and Descriptions | 14.3.1__3.2 | |

## 12.3    Deaths, Other Serious Adverse Events, and Other Significant Adverse Events

The location of deaths, other serious adverse events, and other significant adverse event data is presented below.

| Assessment | Statistical Analyses Tables | Narrative Section | Individual Subject Listing Appendix |
|---|---|---|---|
| Deaths | 14.3.2__1.1 | 14.3.3 | 16.2__7.2 |
| Serious Adverse Events | 14.3.2__1.2 | 14.3.3 | 16.2__7.1.2 |
| Treatment-Emergent Adverse Events for Which Study Drug was Prematurely Discontinued | 14.3.2__2 | 14.3.3 | 16.2__7.1.1 |
| Number and Percentage of Subjects With Treatment-Emergent Adverse Events for Which Study Drug was Prematurely Discontinued Grouped by Body System and COSTART Term | 14.3.2__3 | | 16.2__7.1.1 |

ABBT238670

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                      78
R&D/01/171 - Clinical/Statistical

## 12.3.1  Listing of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events

### 12.3.1.1    Deaths

No subject died during the course of the study.  However, 1 subject (ABT-594 150 μg BID) died 58 days after completion of the Treatment Phase.  The subject died due to suicide, which the investigator considered to be unrelated to study drug.

A listing of subjects who died during the course of the study is presented in Appendix 16.2__7.2.

### 12.3.1.2    Other Serious Adverse Events

In addition to the subject who died, 13 subjects (3 placebo, 4 ABT-594 150 μg, 2 ABT-594 225 μg, and 4 ABT-594 300 μg BID) reported a serious adverse event during the study (Table 14.3.2__1.2).  One of these subjects reported an event (palpitation reported in an ABT-594 300 μg BID-treated subject) considered probably related to study drug.  The event was a single occurrence and resolved within 90 minutes.  Another 1 of the 13 subjects (ABT-594 300 μg BID) reported a serious adverse event (COSTART term:  accidental injury [described as "status post fall down stairs"]) with onset >30 days after the last dose of study drug.

Eight subjects (2 placebo, 3 ABT-594 150 μg, 1 ABT-594 225 μg, and 2 ABT-594 300 μg BID) reported serious adverse events associated with the cardiovascular system during the study.  Each of these subjects had multiple risk factors for cardiovascular disease.  Subjects reporting serious adverse events (including death) during the study are presented in Table 12.3a.

Highly Confidential                                                                                      ABBT238671

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

79

## Table 12.3a    Subjects Reporting Serious Adverse Events During the Study

| Treatment Group | Investigator/ Subject | Age (yrs)/ Sex | Day of Onset[a] | Day of Resolution[a] | COSTART Term - Reason Serious[b] | Relationship to Study Drug |
|---|---|---|---|---|---|---|
| Placebo | DeBold/4053 | 52/F | 52 (2) | 53 (3) | Gastroenteritis - HO | Not related |
| | | | 52 (2) | 53 (3) | Dehydration - HO | Not related |
| | | | 52 (2) | 53 (3) | Ketosis - HO | Not related |
| | Singer/4401 | 53/M | 34 | 42 (1) | Angina Pectoris[c] - HO | Not related |
| | | | 49 (9) | unknown | Atrial Fibrillation - HO | Not related |
| | Weinstein/4027 | 65/F | 9 (1) | 12 (4) | Cerebrovascular Accident[c] - HO | Probably not |
| ABT-594 150 μg BID | Baumel/4149 | 71/M | 65 (15) | 66 (16) | Angina Pectoris - HO | Not related |
| | | | 65 (15) | 66 (16) | Myocardial Infarct - HO | Not related |
| | Fried/4083 | 66/F | 15 (1) | 17 (3)[d] | Syncope[c] - HO | Not related |
| | | | 15 (1) | 22 (3)[d] | Atrial Fibrillation[c] - HO | Not related |
| | Kipnes/4070 | 48/F | 10 | 12 | Pain[c] - HO | Not related |
| | Singer/4412 | 57/M | 36 | 50 | Peripheral Vascular Disorder - HO | Not related |
| | Storey/4100[e] | 56/F | 79 (58)[f] | 79 (58) | Suicide Attempt - DEA | Not related |
| ABT-594 225 μg BID | Kluge/4133 | 66/M | 6 | 9 | Gastrointestinal Disorder[c] - HO | Not related |
| | Shaibani/4451 | 60/F | 18 | 18 | Dyspnea[c] - HO | Probably not |
| | | | 18 | 20 (2) | Angina Pectoris[c] - HO | Probably not |
| ABT-594 300 μg BID | Drucker/4002 | 70/M | 4 | 4 | Palpitation[c] - HO | Probably |
| | Holmlund/4193[e] | 55/M | 40 (32)[f] | 64 (56) | Accidental Injury[g] - HO | Not related |
| | Holmlund/4197 | 62/F | 5 | 6 (1) | Angina Pectoris[c] - HO | Not related |
| | Weinstein/4031 | 80/M | 43 (7) | 80 (44)[d] | Cellulitis[c] - HO | Not related |

M = male, F = female.
[a] Number in parentheses represents the number of days after the last dose of study drug.
[b] HO=hospitalization; DEA=death.
[c] Adverse event leading to premature discontinuation.
[d] Adverse event was ongoing as of this day.
[e] Subject prematurely discontinued due to another adverse event.
[f] Adverse event onset >30 days after the last dose of study drug.
[g] Described as status post fall down stairs.

Cross Reference:  Table 14.3.2__1.2 and Appendices 16.2.__7.1.1 and 16.2__7.1.2

A listing of all subjects who experienced serious adverse events during the study is presented by treatment group and subject number in Table 14.3.2__1.2.

Highly Confidential

ABBT238672

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

80

### 12.3.1.3   Other Significant Adverse Events

One hundred subjects (6 placebo, 18 ABT-594 150 µg, 32 ABT-594 225 µg, and 44 ABT-594 300 µg BID) prematurely discontinued study drug due to 1 or more adverse events.  The most frequently reported (≥10% of subjects in any ABT-594 treatment group) adverse events leading to discontinuation among ABT-594 subjects were nausea, dizziness, vomiting, abnormal dreams, and headache.

A summary of adverse events leading to premature discontinuation of study drug is presented by treatment group in Table 12.3b.

Highly Confidential

ABBT238673

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

81

### Table 12.3b Treatment-Emergent Adverse Events Leading to Premature Discontinuation of Study Drug (All Treated Subjects)

| COSTART Term | Placebo (N=65) | 150 μg BID (N=65) | 225 μg BID (N=69) | 300 μg BID (N=67) |
|---|---|---|---|---|
| | | ABT-594 | | |
| Any Event[a] | 6 (9%) | 18 (28%)* | 32 (46%)* | 44 (66%)* |
| Nausea | 1 (2%) | 8 (12%)* | 15 (22%)* | 20 (30%)* |
| Dizziness | 0 | 4 ( 6%) | 11 (16%)* | 13 (19%)* |
| Vomiting | 0 | 4 ( 6%) | 10 (14%)* | 12 (18%)* |
| Abnormal Dreams | 0 | 3 ( 5%) | 6 ( 9%)* | 7 (10%)* |
| Headache | 0 | 1 ( 2%) | 3 ( 4%) | 8 (12%)* |
| Insomnia | 0 | 1 ( 2%) | 5 ( 7%) | 4 ( 6%) |
| Asthenia | 0 | 0 | 3 ( 4%) | 6 ( 9%)* |
| Dyspepsia | 0 | 2 ( 3%) | 4 ( 6%) | 3 ( 4%) |
| Diarrhea | 0 | 0 | 4 ( 6%) | 2 ( 3%) |
| Pain | 0 | 1 ( 2%) | 1 ( 1%) | 4 ( 6%) |
| Sweating | 0 | 1 ( 2%) | 2 ( 3%) | 2 ( 3%) |
| Chills | 0 | 0 | 2 ( 3%) | 2 ( 3%) |
| Flatulence | 1 (2%) | 0 | 1 ( 1%) | 2 ( 3%) |
| Hypertension | 0 | 0 | 2 ( 3%) | 2 ( 3%) |
| Nervousness | 0 | 0 | 3 ( 4%) | 1 ( 1%) |
| Abdominal Pain | 0 | 0 | 1 ( 1%) | 2 ( 3%) |
| Angina Pectoris | 1 (2%) | 0 | 1 ( 1%) | 1 ( 1%) |
| Chest Pain | 0 | 0 | 1 ( 1%) | 2 ( 3%) |
| Dyspnea | 0 | 0 | 1 ( 1%) | 2 ( 3%) |
| Palpitation | 0 | 0 | 1 ( 1%) | 2 ( 3%) |
| Taste Perversion | 0 | 2 ( 3%) | 0 | 1 ( 1%) |
| Abnormal Gait | 0 | 0 | 2 ( 3%) | 0 |
| Accidental Injury | 1 (2%) | 0 | 0 | 1 ( 1%) |
| Amblyopia | 0 | 1 ( 2%) | 1 ( 1%) | 0 |
| Anorexia | 0 | 0 | 1 ( 1%) | 1 ( 1%) |
| Confusion | 0 | 0 | 1 ( 1%) | 1 ( 1%) |
| Hallucinations | 0 | 0 | 2 ( 3%) | 0 |
| Malaise | 0 | 0 | 1 ( 1%) | 1 ( 1%) |
| Paresthesia | 0 | 0 | 1 (1%) | 1 (1%) |
| Tachycardia | 0 | 0 | 1 ( 1%) | 1 ( 1%) |
| Thinking Abnormal | 0 | 0 | 0 | 2 ( 3%) |
| Abdomen Enlarged | 0 | 0 | 0 | 1 ( 1%) |
| Abnormal Vision | 0 | 0 | 0 | 1 ( 1%) |
| Alopecia | 0 | 0 | 1 ( 1%) | 0 |
| Anxiety | 0 | 0 | 1 ( 1%) | 0 |
| Arthralgia | 0 | 0 | 1 ( 1%) | 0 |
| Ataxia | 0 | 0 | 1 ( 1%) | 0 |
| Atrial Fibrillation | 0 | 1 ( 2%) | 0 | 0 |
| Back Pain | 0 | 0 | 0 | 1 ( 1%) |

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

82

| a Subjects may have reported more than 1 adverse event leading to premature discontinuation, but were counted only once in the total. |
| * Statistically significant difference versus the placebo treatment group (p≤0.05). |

### Table 12.3b    Treatment-Emergent Adverse Events Leading to Premature Discontinuation of Study Drug (All Treated Subjects; continued)

| | Treatment Group n (%) | | | |
| | | ABT-594 | | |
| COSTART Term | Placebo (N=65) | 150 µg BID (N=65) | 225 µg BID (N=69) | 300 µg BID (N=67) |
|---|---|---|---|---|
| Cellulitis | 0 | 0 | 0 | 1 (1%) |
| Cerebrovascular Accident | 1 (2%) | 0 | 0 | 0 |
| Depersonalization | 1 (2%) | 0 | 0 | 0 |
| Depression | 0 | 0 | 0 | 1 (1%) |
| Dry Mouth | 0 | 0 | 0 | 1 (1%) |
| Emotional Lability | 0 | 0 | 1 (1%) | 0 |
| Eructation | 0 | 0 | 0 | 1 (1%) |
| Eye Disorder | 0 | 0 | 1 (1%) | 0 |
| Flu Syndrome | 0 | 0 | 0 | 1 (1%) |
| Gastroenteritis | 1 (2%) | 0 | 0 | 0 |
| Gastrointestinal Disorder | 0 | 0 | 1 (1%) | 0 |
| Glossitis | 0 | 1 (2%) | 0 | 0 |
| Hyperglycemia | 0 | 0 | 0 | 1 (1%) |
| Infection | 1 (2%) | 0 | 0 | 0 |
| Leg Cramps | 0 | 0 | 0 | 1 (1%) |
| Rash | 0 | 0 | 0 | 1 (1%) |
| Rectal Hemorrhage | 0 | 0 | 0 | 1 (1%) |
| Somnolence | 0 | 1 (2%) | 0 | 0 |
| Stupor | 0 | 0 | 0 | 1 (1%) |
| Syncope | 0 | 1 (2%) | 0 | 0 |
| Tremor | 0 | 0 | 1 (1%) | 0 |
| Vasodilatation | 0 | 0 | 0 | 1 (1%) |

a Subjects may have reported more than 1 adverse event leading to premature discontinuation, but were counted only once in the total.
* Statistically significant difference versus the placebo treatment group (p≤0.05).

Cross Reference: Table 14.3.2__3 and Appendix 16.2__7.1.1

Highly Confidential

ABBT238675

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

83

## 12.3.2   Narratives of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events

Narratives for subjects who died, reported a serious adverse event, or prematurely discontinued from the study at least in part to an adverse event are presented in Section 14.3.3.

## 12.3.3   Analysis and Discussion of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events

No subject died during the course of the study. However, 1 subject (ABT-594 150 µg BID) died 58 days after completion of the Treatment Phase (Table 14.3.2__1.1). Subject 4100 died on Day 79 due to a suicide attempt (COSTART term: suicide attempt) that the investigator considered to be unrelated to study drug.

Thirteen subjects (3 placebo, 4 ABT-594 150 µg, 2 ABT-594 225 µg, and 4 ABT-594 300 µg BID) reported 1 or more serious adverse events other than death. However, only 1 of these subjects (ABT-594 300 µg BID) reported an event considered to be probably related to study drug. This subject had a single episode of palpitation (COSTART term: palpitation) on Day 4 that resolved without further incident within 90 minutes. The remaining events were all considered to be not related or probably not related to study drug. Another 1 of the 13 subjects (ABT-594 300 µg BID) reported a serious adverse event (COSTART term: accidental injury [described as "status post fall down stairs"]) with onset >30 days after the last dose of study drug.

One hundred subjects (6 placebo, 18 ABT-594 150 µg, 32 ABT-594 225 µg, and 44 ABT-594 300 µg BID) prematurely discontinued study drug due to 1 or more adverse events. The overall incidence of subjects prematurely discontinuing due to adverse events was statistically significantly higher for the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups (28%, 46%, and 66%, respectively) than for the placebo treatment group (9%). Statistically significantly higher proportions of subjects in the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups prematurely discontinued study drug due to nausea (12%, 22%, and 30%, respectively) compared to subjects in the placebo treatment group (2%). Statistically significantly higher proportions of subjects in the ABT-594 225 µg and 300 µg BID treatment groups prematurely discontinued study drug

ABBT238676

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                84
R&D/01/171 - Clinical/Statistical

due to dizziness (16% and 19%, respectively), vomiting (14% and 19%, respectively), and
abnormal dreams (9% and 10%, respectively) compared to subjects in the placebo
treatment group (0% each). A statistically significantly higher proportion of subjects in
the ABT-594 300 µg BID treatment group prematurely discontinued study drug due to
headache (12%) compared to subjects in the placebo treatment group (0%).

## 12.4   Clinical Laboratory Evaluation

### 12.4.1   Listing of Individual Laboratory Measurements by Subject and Each Abnormal Laboratory Value

The location of clinical laboratory data is presented below.

| Laboratory Assessment | Statistical Analyses Tables | Values of Potential Clinical Significance | Individual Subject Listing[a] Appendix |
|---|---|---|---|
| Hematology | 14.3.4__1.1 | 14.3.4__3.1 | 16.2__8.2.1 |
|  | 14.3.4__2.1 | 14.3.4__4.1 | 16.2__8.2.2 |
|  |  |  | 16.2__8.2.3 |
|  |  |  | 16.2__8.2.4 |
|  |  |  | 16.2__8.2.5 |
| Blood Chemistry | 14.3.4__1.2 | 14.3.4__3.2 | 16.2__8.3.1 |
|  | 14.3.4__2.2 | 14.3.4__4.2 | 16.2__8.3.2 |
|  |  |  | 16.2__8.3.3 |
|  |  |  | 16.2__8.3.4 |
|  |  |  | 16.2__8.3.5 |
|  |  |  | 16.2__8.3.6 |
| Urinalysis | 14.3.4__1.3 | 14.3.4__3.3 | 16.2__8.4.1 |
|  | 14.3.4__2.3 | 14.3.4__4.3 | 16.2__8.4.2 |
|  |  |  | 16.2__8.4.3 |
|  |  |  | 16.2__8.4.4 |
|  |  |  | 16.2__8.4.5 |

[a]   Baseline determinations are also presented in Appendix 16.2__4.

Laboratory normal reference ranges are presented in Appendix 16.2__8.1. Criteria for
potentially clinically significant laboratory values (i.e., very high or very low values) are
presented in Table 14.3.4__1.0.

Highly Confidential                                                    ABBT238677

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                          85
R&D/01/171 - Clinical/Statistical

### 12.4.2    Evaluation of Each Laboratory Parameter

#### 12.4.2.1    Laboratory Values Over Time

#### Hematology

Sporadic statistically significant differences were observed between placebo and each
of the other treatment groups for mean change from baseline to minimum, maximum,
and/or final value; however, none of the mean differences was considered clinically
meaningful. A summary of statistically significant treatment group differences in mean
change from baseline to minimum, maximum, and/or final value for hematology
parameters is presented in Table 12.4a.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

86

## Table 12.4a    Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value - Hematology Parameters

| Hematology Parameter (units) | Placebo (N=62) | ABT-594 150 µg BID (N=61) | ABT-594 225 µg BID (N=66) | ABT-594 300 µg BID (N=62) |
|---|---|---|---|---|
| **Hemoglobin (g/dL)** | | | | |
| Baseline Mean | 14.10 | 13.80 | 13.81 | 14.02 |
| Mean Change to Minimum | -0.46 | -0.30 | -0.21* | -0.09* |
| **Hematocrit (%)** | | | | |
| Baseline Mean | 40.95 | 40.39 | 40.11 | 40.82 |
| Mean Change to Minimum | -1.06 | -1.16 | -0.79 | -0.26* |
| Mean Change to Maximum | 1.60 | 0.87 | 0.73* | 0.90 |
| **RBC Count (x $10^{12}$/L)** | | | | |
| Baseline Mean | 4.66 | 4.61 | 4.58 | 4.70 |
| Mean Change to Minimum | -0.13 | -0.11 | -0.05* | -0.05* |
| **MCV (fL)** | | | | |
| Baseline Mean | 88.24 | 87.79 | 87.65 | 87.26 |
| Mean Change to Maximum | 2.00 | 1.26 | 0.68* | 1.24 |
| **MCH (pg)** | | | | |
| Baseline Mean | 30.52 | 30.07 | 30.21 | 30.00 |
| Mean Change to Minimum | -0.73 | -0.30 | -0.33* | -0.27* |
| Mean Change to Final | -0.29 | 0.16* | -0.08 | 0.00 |
| **MCHC (g/dL)** | | | | |
| Baseline Mean | 34.50 | 34.30 | 34.45 | 34.47 |
| Mean Change to Minimum | -1.08 | -0.46* | -0.47* | -0.52* |
| **Platelet Count (x $10^9$/L)** | | | | |
| Baseline Mean | 246.70 | 250.27 | 253.70 | 241.32 |
| Mean Change to Minimum | -10.98 | -13.27 | -7.82 | 4.05* |
| Mean Change to Maximum | 29.33 | 14.15* | 10.89* | 26.84 |
| **WBC Count (x $10^9$/L)** | | | | |
| Baseline Mean | 8.01 | 7.60 | 7.36 | 6.95 |
| Mean Change to Minimum | -0.51 | -0.50 | -0.03* | 0.02* |

Highly Confidential

ABBT238679

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

87

| | | | | |
|---|---|---|---|---|
| **Neutrophils (%)** | | | | |
| Baseline Mean | 61.01 | 62.82 | 61.86 | 50.62 |
| Mean Change to Minimum | -2.25 | -2.39 | -0.60 | 0.09* |
| **Lymphocytes (%)** | | | | |
| Baseline Mean | 30.04 | 28.78 | 29.70 | 30.53 |
| Mean Change to Maximum | 2.08 | 2.17 | 0.63 | 0.02* |
| **Eosinophils (%)** | | | | |
| Baseline Mean | 2.90 | 2.32 | 2.38 | 2.53 |
| Mean Change to Minimum | -0.82 | -0.50 | -0.34* | -0.60 |
| Mean Change to Maximum | 0.41 | 0.32 | 0.29 | -0.05* |
| * Statistically significant difference versus the placebo treatment group (p≤0.05). | | | | |

**Table 12.4a     Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value - Hematology Parameters (continued)**

| Hematology Parameter (units) | Treatment Group | | | |
|---|---|---|---|---|
| | Placebo (N=60) | ABT-594 | | |
| | | 150 µg BID (N=59) | 225 µg BID (N=65) | 300 µg BID (N=61) |
| **Prothrombin Time (sec)** | | | | |
| Baseline Mean | 12.30 | 12.33 | 12.20 | 12.79 |
| Mean Change to Maximum | 0.39 | 0.15 | 0.08* | 0.25 |
| **Activated Partial Thromboplastin Time (sec)** | | | | |
| Baseline Mean | 24.32 | 24.69 | 25.11 | 25.53 |
| Mean Change to Maximum | 1.60 | 0.72 | 0.57* | 0.27* |
| Mean Change to Final | 0.56 | -0.13 | -0.24 | -0.53* |
| * Statistically significant difference versus the placebo treatment group (p≤0.05). | | | | |

Cross Reference:  Table 14.3.4__1.1 and Appendices 16.2__8.2.1 through 16.2__8.2.5

**Blood Chemistry**

Sporadic statistically significant differences were observed between placebo and each of the other treatment groups for mean change from baseline to minimum, maximum, and/or final value; however, none of the mean differences was considered clinically meaningful.  A summary of statistically significant treatment group differences in mean

ABBT238680

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

88

change from baseline to minimum, maximum, and/or final value for blood chemistry
parameters is presented in Table 12.4b.

Highly Confidential

ABBT238681

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

89

### Table 12.4b    Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value - Blood Chemistry Parameters

| Blood Chemistry Parameter (units) | Placebo (N=62) | ABT-594 150 µg BID (N=61) | ABT-594 225 µg BID (N=66) | ABT-594 300 µg BID (N=62) |
|---|---|---|---|---|
| **Glucose (mg/dL)** | | | | |
| Baseline Mean | 175.68 | 192.13 | 169.09 | 183.90 |
| Mean Change to Maximum | 57.79 | 44.36 | 39.39 | 7.94* |
| **Total Protein (g/dL)** | | | | |
| Baseline Mean | 7.25 | 7.24 | 7.31 | 7.26 |
| Mean Change to Maximum | 0.19 | 0.14 | 0.03* | 0.13 |
| Mean Change to Final | 0.03 | -0.06 | -0.13* | 0.00 |
| **Total Bilirubin (mg/dL)** | | | | |
| Baseline Mean | 0.40 | 0.43 | 0.38 | 0.36 |
| Mean Change to Minimum | -0.05 | -0.07 | -0.04 | -0.00* |
| **Alkaline Phosphatase (IU/L)** | | | | |
| Baseline Mean | 75.94 | 78.74 | 81.88 | 74.35 |
| Mean Change to Maximum | 4.27 | 1.43 | -0.14* | 1.95 |
| **SGOT/AST (IU/L)** | | | | |
| Baseline Mean | 22.35 | 21.87 | 23.70 | 22.81 |
| Mean Change to Maximum | 2.76 | 1.56 | -1.32* | 0.84 |
| **SGPT/ALT (IU/L)** | | | | |
| Baseline Mean | 23.08 | 24.11 | 24.65 | 26.42 |
| Mean Change to Maximum | 3.69 | 0.79 | -1.44* | 0.08 |
| **Sodium (mEq/L)** | | | | |
| Baseline Mean | 141.18 | 139.82 | 140.85 | 140.16 |
| Mean Change to Minimum | -2.77 | -1.59 | -1.92 | -0.87* |
| **Potassium (mEq/L)** | | | | |
| Baseline Mean | 4.55 | 4.41 | 4.53 | 4.38 |
| Mean Change to Minimum | -0.32 | -0.15* | -0.19 | -0.15* |
| **Chloride (mEq/L)** | | | | |
| Baseline Mean | 104.37 | 102.56 | 103.32 | 102.23 |
| Mean Change to Minimum | -3.00 | -1.15* | -1.95 | -1.34* |
| Mean Change to Final | -0.71 | 0.80* | -1.00 | 0.29 |
| **Bicarbonate (mEq/L)** | | | | |
| Baseline Mean | 26.42 | 26.72 | 27.10 | 27.57 |
| Mean Change to Maximum | 1.26 | 0.33* | 0.71 | 0.61 |
| **Calcium (mg/dL)** | | | | |
| Baseline Mean | 9.51 | 9.46 | 9.57 | 9.51 |
| Mean Change to Minimum | -0.33 | -0.17* | -0.21 | -0.07* |
| **Inorganic Phosphorus (mg/dL)** | | | | |
| Baseline Mean | 3.64 | 3.71 | 3.72 | 3.56 |
| Mean Change to Minimum | -0.42 | -0.27 | -0.11* | -0.11* |

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

90

| * Statistically significant difference versus the placebo treatment group (p≤0.05). |

**Table 12.4b    Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value - Blood Chemistry Parameters (continued)**

| Blood Chemistry Parameter (units) | Treatment Group | | | |
|---|---|---|---|---|
| | | ABT-594 | | |
| | Placebo (N=62) | 150 µg BID (N=61) | 225 µg BID (N=66) | 300 µg BID (N=62) |
| Cholesterol (mg/dL) | | | | |
| Baseline Mean | 190.44 | 199.54 | 204.95 | 203.79 |
| Mean Change to | 12.71 | 4.44* | -1.05* | 0.21* |
| Maximum | 1.27 | -3.66 | -8.55* | -5.53 |
| Mean Change to Final | | | | |
| Triglycerides (mg/dL) | | | | |
| Baseline Mean | 239.31 | 274.03 | 277.55 | 300.03 |
| Mean Change to | 80.69 | 42.26 | 28.77* | -7.34* |
| Maximum | 39.32 | -9.11* | -3.59 | -36.23* |
| Mean Change to Final | | | | |
| * Statistically significant difference versus the placebo treatment group (p≤0.05). | | | | |

Cross Reference:  Table 14.3.4__1.2 and Appendices 16.2__8.3.1 through 16.2__8.3.5

## Urinalysis

Sporadic statistically significant differences were observed between placebo and each of the other treatment groups for mean change from baseline to minimum, maximum, and/or final value; however, none of the mean differences was considered clinically meaningful.  A summary of statistically significant treatment group differences in mean change from baseline to minimum, maximum, and/or final value for urinalysis is presented in Table 12.4c.

Highly Confidential

ABBT238683

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

91

**Table 12.4c    Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value - Urinalysis Parameters**

| | Treatment Group | | | |
| | Placebo (N=61) | ABT-594 | | |
| Urinalysis Parameter (units) | | 150 µg BID (N=58) | 225 µg BID (N=65) | 300 µg BID (N=62) |
|---|---|---|---|---|
| Urine pH | | | | |
|   Baseline Mean | 5.75 | 5.59 | 5.51 | 5.68 |
|   Mean Change to Minimum | -0.67 | -0.36* | -0.26* | -0.19* |
|   Mean Change to Final | -0.34 | -0.12 | -0.09 | 0.00* |
| Specific Gravity | | | | |
|   Baseline Mean | 1.02 | 1.02 | 1.02 | 1.02 |
|   Mean Change to Minimum | -0.004 | -0.003 | -0.002 | -0.001* |

\* Statistically significant difference versus the placebo treatment group ($p \le 0.05$).

Cross Reference:  Table 14.3.4__1.3 and Appendices 16.2__8.4.1 through 16.2__8.4.4

### 12.4.2.2    Individual Subject Changes

The percentage of subjects with shifts in laboratory parameters from baseline to the final value using potentially clinically significant criteria to define categories are presented in Table 14.3.4__2.1 for hematology variables, Table 14.3.4__2.2 for blood chemistry variables, and Table 14.3.4__2.3 for urinalysis variables.  The majority of subjects had clinical laboratory values within normal range at the Baseline and Final Visits.

### 12.4.2.3    Individual Clinically Significant Abnormalities

**Hematology Values Meeting Criteria for Potentially Clinically Significant Values**

Criteria for potentially clinically significant hematology values are presented in Table 14.3.4__1.0, and a summary of the percentages of subjects with values meeting these criteria is presented in Table 14.3.4__4.1.  The percentages of subjects who had hematology values that met the potentially clinically significant criteria were generally similar among the treatment groups.  None of these values were associated with premature discontinuations.  The percentages of subjects who developed hematology

Highly Confidential

ABBT238684

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

92

values that met the potentially clinically significant criteria are presented in
Table 12.4d; only those parameters that had at least 1 subject who met the potentially
clinically significant criteria are presented.

**Table 12.4d     Number and Percentage of Subjects with Hematology
Values Meeting Potentially Clinically Significant
Criteria (All Treated Subjects)**

| Variable | Criteria | Treatment Group n (%) | | | |
| | | Placebo | ABT-594 | | |
| | | | 150 µg BID | 225 µg BID | 300 µg BID |
| Hemoglobin | High: ≥18.5 g/dL (males) ≥16.5 g/dL (females) | (N=54) 1 (2%) | (N=50) 0 | (N=45) 0 | (N=34) 0 |
| Hematocrit | Low: ≤37% (males) ≤32% (females) | (N=49) 4 (8%) | (N=47) 3 (6%) | (N=42) 4 (10%) | (N=32) 0 |
| RBC | Low: ≤3.8 x $10^{12}$/L (males) ≤3.5 x $10^{12}$/L (females) | (N=53) 0 | (N=50) 0 | (N=45) 1 (2%) | (N=34) 0 |
| WBC | High: ≥16.0 x $10^9$/L | (N=56) 0 | (N=51) 0 | (N=45) 0 | (N=34) 1 (3%) |

Cross Reference: Table 14.3.4__4.1 and Appendices 16.2__8.2.1 through 16.2__8.2.5

Individual subjects with hematology values that met the potentially clinically significant
criteria are presented in Table 14.3.4__3.1.

**Blood Chemistry Values Meeting Criteria for Potentially Clinically Significant
Values**

Criteria for potentially clinically significant blood chemistry values are presented in
Table 14.3.4__1.0, and a summary of the percentages of subjects with values meeting
these criteria is presented in Table 14.3.4__4.2. The percentages of subjects who had
blood chemistry values that met the potentially clinically significant criteria were
generally similar among the treatment groups. One subject (4246) in the ABT-594
300 µg BID treatment group had a very high glucose on Day 14 (334 mg/dL) and was
prematurely discontinued from study drug due to hyperglycemia. However, the

Highly Confidential

ABBT238685

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

93

subject's glucose was high (229 mg/dL) at baseline, indicating poor control of her
diabetes. The percentages of subjects who developed blood chemistry values that met
the potentially clinically significant criteria are presented in Table 12.4e; only those
parameters that had at least 1 subject who met the potentially clinically significant
criteria are presented.

Table 12.4e      Number and Percentage of Subjects with Blood
                 Chemistry Values Meeting Potentially Clinically
                 Significant Criteria (All Treated Subjects)

| Variable | Criteria | Treatment Group n (%) | | | |
|---|---|---|---|---|---|
| | | Placebo | ABT-594 | | |
| | | | 150 µg BID | 225 µg BID | 300 µg BID |
| Glucose | | (N=33) | (N=23) | (N=28) | (N=20) |
| | High: ≥175 mg/dL | 19 (58%) | 16 (70%) | 16 (57%) | 7 (35%) |
| | Low: ≤45 mg/dL | 0 | 1 (4%) | 0 | 0 |
| Uric Acid | | (N=56) | (N=51) | (N=42) | (N=34) |
| | High: ≥10.5 mg/dL (males) ≥8.5 mg/dL (females) | 0 | 0 | 0 | 1 (3%) |
| BUN | | (N=56) | (N=51) | (N=43) | (N=34) |
| | High: ≥30 mg/dL | 2 (4%) | 1 (2%) | 0 | 1 (3%) |
| Creatinine | | (N=57) | (N=51) | (N=45) | (N=35) |
| | High: ≥2.0 mg/dL | 0 | 1 (2%) | 0 | 0 |
| Chloride | | (N=57) | (N=51) | (N=45) | (N=35) |
| | Low: ≤90 mEq/L | 1 (2%) | 0 | 0 | 0 |
| Calcium | | (N=57) | (N=51) | (N=45) | (N=35) |
| | Low: ≤8.2 mg/dL | 1 (2%) | 0 | 0 | 0 |
| Triglycerides | | (N=54) | (N=43) | (N=40) | (N=34) |
| | High: ≥600 mg/dL | 2 (4%) | 0 | 2 (5%) | 1 (3%) |

Cross Reference: Table 14.3.4__4.2 and Appendices 16.2__8.3.1 through 16.2__8.3.5

Individual subjects with blood chemistry values that met the potentially clinically
significant criteria are presented in Table 14.3.4__3.2.

Highly Confidential                                                    ABBT238686

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

94

### Urinalysis Values Meeting Criteria for Potentially Clinically Significant Values

Criteria for potentially clinically significant urinalysis values are presented in
Table 14.3.4__1.0, and a summary of the percentages of subjects with values meeting
these criteria is presented in Table 14.3.4__4.3. The percentages of subjects who had
urinalysis values that met the potentially clinically significant criteria were generally
similar among the treatment groups. None of these values were associated with
premature discontinuations. The percentages of subjects who developed urinalysis
values that met the potentially clinically significant criteria are presented in
Table 12.4f; only those parameters that had at least 1 subject who met the potentially
clinically significant criteria are presented.

**Table 12.4f      Number and Percentage of Subjects with Urinalysis
Values Meeting Potentially Clinically Significant
Criteria (All Treated Subjects)**

| Variable | Criteria | Placebo | 150 μg BID | 225 μg BID | 300 μg BID |
|---|---|---|---|---|---|
| | | | ABT-594 | | |
| Urine Glucose | High: ≥3+ a | (N=50) 12 (24%) | (N=44) 12 (27%) | (N=41) 10 (24%) | (N=27) 5 (19%) |
| Urine Protein | High: ≥3+ a / ≥10 | (N=56) 0 | (N=50) 0 | (N=45) 0 | (N=32) 1 (3%) |
| Urine Ketones | High: ≥3+ a | (N=57) 1 (2%) | (N=50) 0 | (N=45) 0 | (N=32) 0 |
| Urine RBCs | High: ≥8/hpf (male) ≥10/hpf (female) | (N=57) 2 (4%) | (N=50) 3 (6%) | (N=44) 0 | (N=31) 2 (6%) |
| Urine WBCs | High: ≥10/hpf/≥ 2+ | (N=55) 4 (7%) | (N=50) 2 (4%) | (N=45) 3 (7%) | (N=32) 4 (13%) |

hpf = high power field.

a ≥3+ on a scale with 4+ being the maximum value.

Cross Reference: Table 14.3.4__4.3 and Appendices 16.2__8.4.1 through 16.2__8.4.4

Individual subjects with urinalysis values that met the potentially clinically significant
criteria are presented in Table 14.3.4__3.3.

Highly Confidential

ABBT238687

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

95

## 12.5  Vital Signs, Physical Findings, and Other Observations Related to Safety

### 12.5.1  Listing of Individual Measurements by Subject and Each Abnormal Value

The location of vital sign, physical findings, and safety data is presented below.

| Assessment | Statistical Analyses Tables | Values of Potential Clinical Significance | Individual Subject Listing Appendix |
|---|---|---|---|
| Physical Examination | None | None | 16.2__4.4 |
| Vital Signs | 14.3.5__1 | 14.3.5__2 | 16.2__9.1 |
|  |  | 14.3.5__3 |  |
| ECGs | 14.3.6__1 | 14.3.6__3 | 16.2__9.2 |
|  | 14.3.6__2 | 14.3.6__4 |  |

No normal reference range was used for evaluating vital sign or ECG variables. Criteria for potentially clinically significant values (i.e., Very High or Very Low values) for vital signs and ECG are presented in Table 14.3.4__1.0.

### 12.5.2  Findings on Physical Examination

Clinically significant deteriorations from baseline physical examination were captured as adverse events (Appendices 16.2__4.4 and 16.2__7.1.1).

### 12.5.3  Vital Signs Evaluation

#### 12.5.3.1  Vital Signs Values Over Time

Statistically significant differences were observed between treatment groups for mean change from baseline to minimum and/or maximum; however, none of the mean differences was considered clinically meaningful. A summary of statistically significant treatment group differences in mean change from baseline to minimum, maximum, and/or final value for vital sign parameters is presented in Table 12.5a.

Highly Confidential

ABBT238688

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

96

### Table 12.5a   Statistically Significant Treatment Group Differences in Mean Change From Baseline to Minimum, Maximum, and/or Final Value - Vital Sign Parameters

| | Treatment Group | | | |
| | | ABT-594 | | |
| Vital Sign Parameter (units) | Placebo (N=62) | 150 μg BID (N=62) | 225 μg BID (N=66) | 300 μg BID (N=64) |
|---|---|---|---|---|
| **Systolic Blood Pressure (mm Hg)** | | | | |
| Baseline Mean | 130.8 | 134.3 | 136.8 | 133.9 |
| Mean Change to Maximum | 11.8 | 8.6 | 3.9* | 7.6 |
| **Diastolic Blood Pressure (mm Hg)** | 76.3 | 78.7 | 77.6 | 76.5 |
| Baseline Mean | 6.4 | 4.5 | 2.7* | 4.6 |
| Mean Change to Maximum | 1.4 | -3.2* | -1.5 | 0.8 |
| Mean Change to Final | | | | |
| **Heart Rate (bpm)** | (N=62) | (N=61) | (N=66) | (N=63) |
| Baseline Mean | 76.1 | 75.4 | 75.2 | 76.1 |
| Mean Change to Final | 2.5 | -1.8* | 2.0 | 0.6 |
| **Weight (pounds)** | (N=61) | (N=60) | (N=62) | (N=60) |
| Baseline Mean | 204.0 | 199.8 | 199.1 | 204.1 |
| Mean Change to Minimum | -0.1 | -2.1* | -1.9* | -2.8* |
| Mean Change to Maximum | 1.8 | 0.0* | -0.1* | -1.4* |
| Mean Change to Final | 1.1 | -0.8* | -1.0* | -2.0* |

\* Statistically significant difference versus the placebo treatment group (p≤0.05).

Cross Reference:  Table 14.3.5__1 and Appendix 16.2__9.1

#### 12.5.3.2   Individual Subject Changes

Criteria for potentially clinically significant vital signs and weight values are presented in Table 14.3.4__1.0, and a summary of the percentages of subjects with values meeting these criteria is presented in Table 14.3.5__3.  The percentages of subjects who had vital signs values that met the potentially clinically significant criteria were generally similar among the treatment groups.  A very high sitting systolic blood pressure value was reported by 0 placebo-treated subjects, 6% (3/50) of ABT-594 150 μg-treated subjects, 0 ABT-594 225 μg-treated subjects, and 3% (1/36) of ABT-594 300 μg BID-treated subjects (Table 14.3.5__3).

Highly Confidential

ABBT238689

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

97

## 12.5.4    Electrocardiogram Evaluation

### 12.5.4.1    ECG Values Over Time

No statistically significant differences were observed between placebo and any of the other treatment groups for mean change from baseline to minimum, maximum, and/or final value for ECG variables (Table 14.3.6__1).

### 12.5.4.2    Individual Clinically Significant Abnormalities

The percentage of subjects with shifts in ECG parameters from baseline to the final value using potentially clinically significant criteria to define categories are presented in Table 14.3.6__2. The majority of subjects had ECG values within normal range at the Baseline and Final Visits.

### 12.5.4.3    Individual Clinically Significant Abnormalities

Criteria for potentially clinically significant ECG values are presented in Table 14.3.4__1.0, and a summary of the percentages of subjects with values meeting these criteria is presented in Table 14.3.6__4. The percentages of subjects who had ECG values that met the potentially clinically significant criteria were generally similar among the treatment groups. Of note, the high $QT_C$ interval in an ABT-594 225 µg BID-treated subject (4081) was an isolated occurrence that was not associated with an adverse event. The percentages of subjects who developed ECG values that met the potentially clinically significant criteria are presented in Table 12.5b; only those parameters that had at least 1 subject who met the potentially clinically significant criteria are presented.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

98

**Table 12.5b     Number and Percentage of Subjects with ECG Values Meeting Potentially Clinically Significant Criteria (All Treated Subjects)**

| Variable | Criteria | Treatment Group n (%) | | | |
|---|---|---|---|---|---|
| | | | ABT-594 | | |
| | | Placebo | 150 µg BID | 225 µg BID | 300 µg BID |
| QT$_C$ Interval[a] | | (N=49) | (N=41) | (N=30) | (N=21) |
| | High: ≥500 msec | 0 | 0 | 1 (3%) | 0 |
| PR Interval | | (N=44) | (N=41) | (N=30) | (N=20) |
| | High: ≥210 msec | 1 (2%) | 0 | 1 (3%) | 0 |
| Heart Rate | | (N=50) | (N=41) | (N=31) | (N=21) |
| | High: ≥120 bpm and increased ≥30 bpm from baseline | 0 | 0 | 2 (6%) | 0 |

[a]  QT$_C$ calculated as QT divided by the square root of RR interval.

Cross Reference:  Table 14.3.6__4 and Appendix 16.2__9.2

Individual subjects with ECG values that met the potentially clinically significant criteria are summarized in Table 14.3.6__3.

## 12.6   Safety Conclusions

Among all treated subjects, 66% of subjects receiving placebo and 83%, 90%, and 91% of subjects receiving ABT-594 150 µg, 225 µg, and 300 µg BID, respectively, reported treatment-emergent adverse events.  The overall incidence of adverse events was statistically significantly higher for each of the ABT-594 treatment groups than for the placebo treatment group.  The most frequently reported (≥10% of subjects in any ABT-594 treatment group) treatment-emergent adverse events were nausea, dizziness, vomiting, abnormal dreams, headache, asthenia, diarrhea, dyspepsia, and insomnia.

Subjects in the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups had statistically significantly higher incidences of treatment-emergent nausea (34%, 43%, and 46%, respectively), vomiting (15%, 25%, and 21%, respectively), abnormal dreams (22%, 22%, and 18%, respectively), and dizziness (17%, 35%, and 30%, respectively) compared to subjects in the placebo treatment group (11%, 3%, 0%, and 5%, respectively).  A statistically significantly greater proportion of subjects in the ABT-594 225 µg and 300 µg

Highly Confidential

ABBT238691

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

99

BID treatment groups reported treatment-emergent asthenia (16% and 21%, respectively) compared to subjects in the placebo treatment group (2%). Subjects in the placebo treatment group had a statistically significantly greater incidence of treatment-emergent infection (15%) compared to subjects in the ABT-594 300 µg BID treatment group (3%). Most adverse events were mild or moderate in severity.

No subject died during the course of the study. However, 1 subject (ABT-594 150 µg BID) died 58 days after completion of the Treatment Phase. The subject died due to suicide, which the investigator considered to be unrelated to study drug. In addition to the subject who died, 13 subjects (3 placebo, 4 ABT-594 150 µg, 2 ABT-594 225 µg, and 4 ABT-594 300 µg BID) experienced other serious adverse events. Eight of these subjects (2 placebo, 3 ABT-594 150 µg, 1 ABT-594 225 µg, and 2 ABT-594 300 µg BID) reported serious adverse events associated with the cardiovascular system during the study. Each subject had multiple risk factors for cardiovascular disease. One hundred subjects (6 placebo, 18 ABT-594 150 µg, 32 ABT-594 225 µg, and 44 ABT-594 300 µg BID) prematurely discontinued study drug due to 1 or more adverse events. The most frequently reported (≥10% of subjects in any ABT-594 treatment group) adverse events leading to discontinuation among ABT-594 subjects were nausea, dizziness, vomiting, abnormal dreams, and headache.

Results of other safety analyses, including individual subject changes, changes over time and individual clinically significant for laboratory evaluations, vital signs, ECGs, and physical examinations, were unremarkable for all treatment groups.

Highly Confidential

ABBT238692

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                    100
R&D/01/171 - Clinical/Statistical

## 13.0    Discussion and Overall Conclusions

ABT-594 at 150 µg, 225 µg, and 300 µg BID was statistically significantly superior to placebo for the primary efficacy variable, the mean change from baseline to final for the average diary-based Pain Rating Scale. Furthermore, the mean improvement from baseline to final for the average site-based Pain Rating Scale score was statistically significantly superior in each of the ABT-594 treatment groups compared to placebo. Statistically significant linear dose responses were observed in the model that included the placebo treatment group for mean change from baseline to final for the average diary- and site-based Pain Rating Scale scores.

A statistically significantly greater proportion of subjects in all of the ABT-594 treatment groups had at least a 50% improvement in either their average diary- or site-based Pain Rating Scale scores at the final evaluation compared to subjects in the placebo treatment group.

There were no statistically significant differences between the placebo treatment group and any of the ABT-594 treatment groups for the mean change from baseline to final in the Neuropathic Pain Scale Total score.  In the analysis of the mean change from baseline to final in SF-36™ Health Status Survey, a statistically significant improvement was observed for the ABT-594 225 µg BID treatment group in the physical component summary compared to the placebo treatment group.  However, statistically significant worsening was observed for the ABT-594 300 µg BID treatment group in the mental component summary compared to the placebo treatment group.

Among all treated subjects, 66% of subjects receiving placebo and 83%, 90%, and 91% of subjects receiving ABT-594 150 µg, 225 µg, and 300 µg BID, respectively, reported treatment-emergent adverse events.  The overall incidence of adverse events was statistically significantly higher for each of the ABT-594 treatment groups than for the placebo treatment group.  The most frequently reported (≥10% of subjects in any ABT-594 treatment group) treatment-emergent adverse events were nausea, dizziness, vomiting, abnormal dreams, headache, asthenia, diarrhea, dyspepsia, and insomnia.

Highly Confidential

ABBT238693

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                                                            101
R&D/01/171 - Clinical/Statistical

Subjects in the ABT-594 150 µg, 225 µg, and 300 µg BID treatment groups had
statistically significantly higher incidences of treatment-emergent nausea (34%, 43%, and
46%, respectively), vomiting (15%, 25%, and 21%, respectively), abnormal dreams (22%,
22%, and 18%, respectively), and dizziness (17%, 35%, and 30%, respectively) compared
to subjects in the placebo treatment group (11%, 3%, 0%, and 5%, respectively). A
statistically significantly greater proportion of subjects in the ABT-594 225 µg and 300 µg
BID treatment groups reported treatment-emergent asthenia (16% and 21%, respectively)
compared to subjects in the placebo treatment group (2%). Subjects in the placebo
treatment group had a statistically significantly greater incidence of treatment-emergent
infection (15%) compared to subjects in the ABT-594 300 µg BID treatment group (3%).
Most adverse events were mild or moderate in severity.

No subject died during the course of the study. However, 1 subject (ABT-594 150 µg
BID) died 58 days after completion of the Treatment Phase. The subject died due to
suicide, which the investigator considered to be unrelated to study drug. In addition to the
subject who died, 13 subjects (3 placebo, 4 ABT-594 150 µg, 2 ABT-594 225 µg, and 4
ABT-594 300 µg BID) experienced other serious adverse events. Eight of these subjects
(2 placebo, 3 ABT-594 150 µg, 1 ABT-594 225 µg, and 2 ABT-594 300 µg BID)
reported serious adverse events associated with the cardiovascular system during the
study. Each subject had multiple risk factors for cardiovascular disease. One hundred
subjects (6 placebo, 18 ABT-594 150 µg, 32 ABT-594 225 µg, and 44 ABT-594 300 µg
BID) prematurely discontinued study drug due to 1 or more adverse events. The most
frequently reported (≥10% of subjects in any ABT-594 treatment group) adverse events
leading to discontinuation among ABT-594 subjects were nausea, dizziness, vomiting,
abnormal dreams, and headache.

Results of other safety analyses, including individual subject changes, changes over time
and individual clinically significant for laboratory evaluations, vital signs, ECGs, and
physical examinations, were unremarkable for all treatment groups.

Highly Confidential

**McCarthy Deposition Exhibit 48**

**P's Exhibit FZ**

**Part 4**

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## 14.0  Tables, Figures, and Graphs Referred to but not Included in the Text

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.0__1 | Cross-Reference Listing of Summary Tables with Corresponding Source Listings | 1 |
| 14.1 | Demographic Data Summary Tables | |
| 14.1__0 | Abbreviations and Conventions | 1 |
| 14.1__1.1 | Number and Percentage of Subjects Contributed by Each Investigator (All Treated Subjects) | 2 |
| 14.1__1.2 | Number of Subjects Contributed by Each Investigator to All Treated Subjects, Intent-to-Treat Dataset, and Evaluable Dataset (All Treated Subjects) | 2 |
| 14.1__2 | Number and Percentage of Subjects Contributed by Each Protocol Version (All Treated Subjects) | 1 |
| 14.1__3.1 | Number and Percentage of Subjects Prematurely Discontinued  (All Treated Subjects) | 1 |
| 14.1__3.2 | Listing of Subject Numbers by Reason for Premature Discontinuation From the Study (All Treated Subjects) | 1 |
| 14.1__3.3 | Subjects Who Prematurely Discontinued and Any Adverse Events for Which Study Drug was Prematurely Discontinued (All Treated Subjects) | 41 |
| 14.1__3.4 | Number of Subjects Prematurely Discontinued by days of Exposure to Study Drug (All Treated Subjects) | 1 |
| 14.1__3.5 | Number and Percentage of Subjects that Prematurely Terminated for Each Investigator (All Treated Subjects) | 2 |
| 14.1__4.1 | Summary of Demographic Characteristics (All Treated Subjects) | 1 |
| 14.1__4.2 | Summary of Demographic Characteristics (Evaluable Dataset) | 1 |
| 14.1__4.3 | Summary of Demographic Characteristics (Study Completers Dataset) | 1 |
| 14.1__5.1 | Summary of Medical History - Currently Symptomatic (All Treated Subjects) | 4 |

Highly Confidential

ABBT238695

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.1__5.2 | Summary of Medical History - Not Currently Symptomatic (All Treated Subjects) | 5 |
| 14.1__6 | Summary of the Baseline Pain Assessments (All Treated Subjects) | 1 |
| 14.1__7.1 | Concurrent Medications Taken by Subjects During the Study (All Treated Subjects) | 39 |
| 14.1__7.2 | Listing of Subject Numbers by Therapeutic Clarifications Subjects Receiving Concurrent Medications During Study (All Treated Subjects) | for the 62 |
| 14.1__7.3 | Ingredients and Therapeutic Classification of Concurrent Medications Received by Subjects During the Study (All Treated Subjects) | 54 |
| 14.1__8 | Summary of Treatment Exposure (All Treated Subjects) | 1 |
| **14.2** | **Efficacy Data Summary Tables** | |
| 14.2__1.1 | Summary of Reasons Subjects Excluded From the Intent-to-Treat Dataset (All Treated Subjects) | 1 |
| 14.2__1.2 | List of Subjects Excluded From the Intent-to-Treat Dataset (All Treated Subjects) | 1 |
| 14.2__2.1.1.1 | Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Intent-to-Treat Dataset) | 1 |
| 14.2__2.1.1.2 | Results of Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Intent-to-Treat Dataset) | 1 |
| 14.2__2.1.2 | Analysis of Mean Change From Baseline to Each Visit From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Intent-to-Treat Dataset) | 4 |
| 14.2__2.1.3 | Analysis of Mean Change From Baseline to Each Week From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Intent-to-Treat Dataset) | 7 |

ABBT238696

ABT-594 (ABBOTT-165594)
*Study No. M99-114*
R&D/01/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.2__2.1.4 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Subject Daily Diary (11-Point Likert Scale) Pain Assessment With Last Observation Carried Forward (Intent-to-Treat Dataset) | 1 |
| 14.2__2.2 | Homogeneity of Treatment Comparisons in the ANOVA for Subject Daily Diary (11-Point Likert Scale) for Baseline and Change From Baseline to Last Observation (Intent-to-Treat Dataset) | 2 |
| 14.2__2.3 | Dose-Response Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) (Intent-to-Treat Dataset) | 1 |
| 14.2__2.4.1.1 | Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Intent-to-Treat Dataset) | 1 |
| 14.2__2.4.1.2 | Results of Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Intent-to-Treat Dataset) | 1 |
| 14.2__2.4.2 | Analysis of Mean Change From Baseline to Each Visit From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Intent-to-Treat Dataset) | 4 |
| 14.2__2.4.3 | Analysis of Mean Change From Baseline to Each Week From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Intent-to-Treat Dataset) | 7 |
| 14.2__2.4.4 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Subject Daily Diary (11-Point Likert Scale) Pain Assessment for Observed Cases (Intent-to-Treat Dataset) | 1 |
| 14.2__3.1.1 | Analysis of Mean Change From Baseline to Final Visit for Site-Based 11-Point Likert Pain Assessment With Last Observation Carried Forward (Intent-to-Treat Dataset) | 1 |
| 14.2__3.1.2 | Analysis of Mean Change From Baseline to Each Visit for Site-Based 11-Point Likert Pain Assessment With Last Observation Carried Forward (Intent-to-Treat Dataset) | 4 |

Highly Confidential

ABBT238697

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.2__3.1.3 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Site-Based 11-Point Likert Pain Assessment With Last Observation Carried Forward (Intent-to-Treat Dataset) | 1 |
| 14.2__3.2 | Homogeneity of Treatment Comparisons in the ANOVA for Site-Based 11-Point Likert Scale Pain Assessment for Baseline and Change From Baseline to Last Observation (Intent-to-Treat Dataset) | 2 |
| 14.2__3.3 | Dose-Response Analysis of Mean Change From Baseline to Final Visit for Site-Based 11-Point Likert Pain Assessment (Intent-to-Treat Dataset) | 1 |
| 14.2__3.4 | Analysis of Mean Change From Baseline to Each Visit for Site-Based 11-Point Likert Pain Assessment for Observed Cases (Intent-to-Treat Dataset) | 4 |
| 14.2__4.1.1 | Analysis of Mean Change From Baseline to Final Visit for the Neuropathic Pain Scale With Last Observation Carried Forward (Intent-to-Treat Dataset) | 1 |
| 14.2__4.1.2 | Analysis of Mean Change From Baseline to Final Visit for Each Item From the Neuropathic Pain Scale With Last Observation Carried Forward (Intent-to-Treat Dataset) | 10 |
| 14.2__4.1.3 | Analysis of Mean Change From Baseline to Each Visit for the Neuropathic Pain Scale - Total Score With Last Observation Carried Forward (Intent-to-Treat Dataset) | 4 |
| 14.2__4.1.4 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Neuropathic Pain Scale Total Score With Last Observation Carried Forward (Intent-to-Treat Dataset) | 1 |
| 14.2__4.2 | Homogeneity of Treatment Comparisons in the ANOVA for the Neuropathic Pain Scale for Baseline and Change From Baseline to Last Observation (Intent-to-Treat Dataset) | 2 |
| 14.2__4.3 | Dose-Response Analysis of Mean Change From Baseline to Final Visit for the Neuropathic Pain Scale - "Total Score" (Intent-to-Treat Dataset) | 1 |

Highly Confidential

ABBT238698

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/03/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.2__4.4 | Analysis of Mean Change From Baseline to Each Visit for the Neuropathic Pain Scale - Total Score for Observed Cases (Intent-to-Treat Dataset) | 4 |
| 14.2__5.1 | Analysis of Global Impression of Change (Intent-to-Treat Dataset) | 1 |
| 14.2__5.2 | Analysis of Global Impression of Change -- Improved/Worsened (Intent-to-Treat Dataset) | 1 |
| 14.2__5.3 | Summary of Global Impression of Change Score (Intent-to-Treat Dataset) | 1 |
| 14.2__5.4 | Homogeneity of Treatment Comparisons in the ANOVA for Global Impression of Change (Intent-to-Treat Dataset) | 2 |
| 14.2__6 | Analysis of Mean Change From Baseline to Final Visit for SF-36 Health Status Survey (Acute) (Intent-to-Treat Dataset) | 10 |
| 14.2__7.1 | Analysis of Number of Subjects With Concomitant Analgesic Medication Use (Intent-to-Treat Dataset) | 1 |
| 14.2__7.2 | Analysis of Number of Subjects With Concomitant Analgesic Medication Use Within 24 Hours (Intent-to-Treat Dataset) | 1 |
| 14.2__7.3 | Analysis of Incidence of Concomitant Analgesic Medication Use Only for Subjects Using Concomitant Analgesic Medication (Intent-to-Treat Dataset) | 2 |
| 14.2__8.1 | Summary of Reasons Subjects Excluded From the Evaluable Dataset (All Treated Subjects) | 1 |
| 14.2__8.2 | List of Subjects Excluded From the Evaluable Dataset (All Treated Subjects) | 4 |
| 14.2__9.1.1.1 | Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Evaluable Dataset) | 1 |
| 14.2__9.1.1.2 | Results of Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Evaluable Dataset) | 1 |

ABBT238699

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.2__9.1.2 | Analysis of Mean Change From Baseline to Each Visit From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Evaluable Dataset) | 4 |
| 14.2__9.1.3 | Analysis of Mean Change From Baseline to Each Week From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Evaluable Dataset) | 7 |
| 14.2__9.1.4 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Subject Daily Diary (11-Point Likert Scale) Pain Assessment With Last Observation Carried Forward (Evaluable Dataset) | 1 |
| 14.2__9.2 | Homogeneity of Treatment Comparisons in the ANOVA for Subject Daily Diary (11-Point Likert Scale) for Baseline and Change From Baseline to Last Observation (Evaluable Dataset) | 2 |
| 14.2__9.3 | Dose-Response Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) (Evaluable Dataset) | 1 |
| 14.2__9.4.1.1 | Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Evaluable Dataset) | 1 |
| 14.2__9.4.1.2 | Results of Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Evaluable Dataset) | 1 |
| 14.2__9.4.2 | Analysis of Mean Change From Baseline to Each Visit From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Evaluable Dataset) | 4 |
| 14.2__9.4.3 | Analysis of Mean Change From Baseline to Each Week From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Evaluable Dataset) | 7 |
| 14.2__9.4.4 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Subject Daily Diary (11-Point Likert Scale) Pain Assessment for Observed Cases (Evaluable Dataset) | 1 |
| 14.2__10.1.1 | Analysis of Mean Change From Baseline to Final Visit for Site-Based 11-Point Likert Pain Assessment With Last Observation Carried Forward (Evaluable Dataset) | 1 |

ABBT238700

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.2__10.1.2 | Analysis of Mean Change From Baseline to Each Visit for Site-Based 11-Point Likert Pain Assessment With Last Observation Carried Forward (Evaluable Dataset) | 4 |
| 14.2__10.1.3 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Site-Based 11-Point Likert Pain Assessment With Last Observation Carried Forward (Evaluable Dataset) | 1 |
| 14.2__10.2 | Homogeneity of Treatment Comparisons in the ANOVA for Site-Based 11-Point Likert Scale Pain Assessment for Baseline and Change From Baseline to Last Observation (Evaluable Dataset) | 2 |
| 14.2__10.3 | Dose-Response Analysis of Mean Change From Baseline to Final Visit for Site-Based 11-Point Likert Pain Assessment (Evaluable Dataset) | 1 |
| 14.2__10.4 | Analysis of Mean Change From Baseline to Each Visit for Site-Based 11-Point Likert Pain Assessment for Observed Cases (Evaluable Dataset) | 4 |
| 14.2__11.1.1 | Analysis of Mean Change From Baseline to Final Visit for the Neuropathic Pain Scale With Last Observation Carried Forward (Evaluable Dataset) | 1 |
| 14.2__11.1.2 | Analysis of Mean Change From Baseline to Final Visit for Each Item From the Neuropathic Pain Scale With Last Observation Carried Forward (Evaluable Dataset) | 10 |
| 14.2__11.1.3 | Analysis of Mean Change From Baseline to Each Visit for the Neuropathic Pain Scale - Total Score With Last Observation Carried Forward (Evaluable Dataset) | 4 |
| 14.2__11.1.4 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Neuropathic Pain Scale Total Score With Last Observation Carried Forward (Evaluable Dataset) | 1 |
| 14.2__11.2 | Homogeneity of Treatment Comparisons in the ANOVA for the Neuropathic Pain Scale for Baseline and Change From Baseline to Last Observation (Evaluable Dataset) | 2 |

Highly Confidential

ABBT238701

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.2__11.3 | Dose-Response Analysis of Mean Change From Baseline to Final Visit for the Neuropathic Pain Scale - "Total Score" (Evaluable Dataset) | 1 |
| 14.2__11.4 | Analysis of Mean Change From Baseline to Each Visit for the Neuropathic Pain Scale - Total Score for Observed Cases (Evaluable Dataset) | 4 |
| 14.2__12.1 | Analysis of Global Impression of Change (Evaluable Dataset) | 1 |
| 14.2__12.2 | Analysis of Global Impression of Change -- Better/Worse Only (Evaluable Dataset) | 1 |
| 14.2__12.3 | Summary of Global Impression of Change Score (Evaluable Dataset) | 1 |
| 14.2__12.4 | Homogeneity of Treatment Comparisons in the ANOVA for Global Impression of Change (Evaluable Dataset) | 2 |
| 14.2__13 | Analysis of Mean Change From Baseline to Final Visit for SF-36 Health Status Survey (Acute) (Evaluable Dataset) | 10 |
| 14.2__14.1.1.1 | Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Study Completers Dataset) | 1 |
| 14.2__14.1.1.2 | Results of Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Study Completers Dataset) | 1 |
| 14.2__14.1.2 | Analysis of Mean Change From Baseline to Each Visit From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Study Completers Dataset) | 4 |
| 14.2__14.1.3 | Analysis of Mean Change From Baseline to Each Week From Subject Daily Diary (11-Point Likert Scale) With Last Observation Carried Forward (Study Completers Dataset) | 7 |

ABBT238702

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.2__14.1.4 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Subject Daily Diary (11-Point Likert Scale) Pain Assessment With Last Observation Carried Forward (Study Completers Dataset) | 1 |
| 14.2__14.2 | Homogeneity of Treatment Comparisons in the ANOVA for Subject Daily Diary (11-Point Likert Scale) for Baseline and Change From Baseline to Last Observation (Study Completers Dataset) | 2 |
| 14.2__14.3 | Dose-Response Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) (Study Completers Dataset) | 1 |
| 14.2__14.4.1.1 | Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Study Completers Dataset) | 1 |
| 14.2__14.4.1.2 | Results of Analysis of Mean Change From Baseline to Final Visit From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Study Completers Dataset) | 1 |
| 14.2__14.4.2 | Analysis of Mean Change From Baseline to Each Visit From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Study Completers Dataset) | 4 |
| 14.2__14.4.3 | Analysis of Mean Change From Baseline to Each Week From Subject Daily Diary (11-Point Likert Scale) for Observed Cases (Study Completers Dataset) | 7 |
| 14.2__14.4.4 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Subject Daily Diary (11-Point Likert Scale) Pain Assessment for Observed Cases (Study Completers Dataset) | 1 |
| 14.2__15.1.1 | Analysis of Mean Change From Baseline to Final Visit for Site-Based 11-Point Likert Pain Assessment With Last Observation Carried Forward (Study Completers Dataset) | 1 |
| 14.2__15.1.2 | Analysis of Mean Change From Baseline to Each Visit for Site-Based 11-Point Likert Pain Assessment With Last Observation Carried Forward (Study Completers Dataset) | 4 |

ABBT238703

ABT-594 (ABBOTT-165594)
Study No. M99-114
*R&D/01/171 - Clinical/Statistical*

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.2__15.1.3 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Site-Based 11-Point Likert Pain Assessment With Last Observation Carried Forward (Study Completers Dataset) | 1 |
| 14.2__15.2 | Homogeneity of Treatment Comparisons in the ANOVA for Site-Based 11-Point Likert Scale Pain Assessment for Baseline and Change From Baseline to Last Observation (Study Completers Dataset) | 2 |
| 14.2__15.3 | Dose-Response Analysis of Mean Change From Baseline to Final Visit for Site-Based 11-Point Likert Pain Assessment (Study Completers Dataset) | 1 |
| 14.2__15.4 | Analysis of Mean Change From Baseline to Each Visit for Site-Based 11-Point Likert Pain Assessment for Observed Cases (Study Completers Dataset) | 4 |
| 14.2__16.1.1 | Analysis of Mean Change From Baseline to Final Visit for the Neuropathic Pain Scale With Last Observation Carried Forward (Study Completers Dataset) | 1 |
| 14.2__16.1.2 | Analysis of Mean Change From Baseline to Final Visit for Each Item From the Neuropathic Pain Scale With Last Observation Carried Forward (Study Completers Dataset) | 10 |
| 14.2__16.1.3 | Analysis of Mean Change From Baseline to Each Visit for the Neuropathic Pain Scale - Total Score With Last Observation Carried Forward (Study Completers Dataset) | 4 |
| 14.2__16.1.4 | Analysis of Percentage of Subjects Responding to Treatment as Measured by the Neuropathic Pain Scale Total Score With Last Observation Carried Forward (Study Completers Dataset) | 1 |
| 14.2__16.2 | Homogeneity of Treatment Comparisons in the ANOVA for the Neuropathic Pain Scale for Baseline and Change From Baseline to Last Observation (Study Completers Dataset) | 2 |
| 14.2__16.3 | Dose-Response Analysis of Mean Change From Baseline to Final Visit for the Neuropathic Pain Scale - "Total Score" (Study Completers Dataset) | 1 |

ABBT238704

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.2__16.4 | Analysis of Mean Change From Baseline to Each Visit for the Neuropathic Pain Scale - Total Score for Observed Cases (Study Completers Dataset) | 4 |
| 14.2__17.1 | Analysis of Global Impression of Change (Study Completers Dataset) | 1 |
| 14.2__17.2 | Analysis of Global Impression of Change -- Improved/Worsened (Study Completers Dataset) | 1 |
| 14.2__17.3 | Summary of Global Impression of Change Score (Study Completers Dataset) | 1 |
| 14.2__17.4 | Homogeneity of Treatment Comparisons in the ANOVA for Global Impression of Change (Study Completers Dataset) | 2 |
| 14.2__18 | Analysis of Mean Change From Baseline to Final Visit for SF-36 Health Status Survey (Acute) (Study Completers Dataset) | 10 |
| 14.3 | **Safety Data Summary Tables** | |
| 14.3.1 | **Displays of Adverse Events** | |
| 14.3.1__1.1 | All Treatment-Emergent Adverse Events Grouped by Body System and COSTART Term (All Treated Subjects) | 8 |
| 14.3.1__1.2.1 | Severity of Treatment-Emergent Adverse Events Grouped by Body System and COSTART Term - Part 1 (All Treated Subjects) | 8 |
| 14.3.1__1.2.2 | Severity of Treatment-Emergent Adverse Events Grouped by Body System and COSTART Term - Part 2 (All Treated Subjects) | 8 |
| 14.3.1__1.3.1 | Relationship of Study Drug of Treatment-Emergent Adverse Events Grouped by Body System and COSTART Term - Part 1 (All Treated Subjects) | 8 |
| 14.3.1__1.3.2 | Relationship of Study Drug of Treatment-Emergent Adverse Events Grouped by Body System and COSTART Term - Part 2 (All Treated Subjects) | 8 |
| 14.3.1__2.1 | Incidence Across Time of Treatment-Emergent Adverse Events (All Treated Subjects) | 17 |

Highly Confidential

ABBT238705

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.3.1__2.2 | Prevalence Across Time of Treatment-Emergent Adverse Events (All Treated Subjects) | 3 |
| 14.3.1__3.1 | Subject Numbers Associated With Treatment-Emergent Adverse Events Grouped by Body System, COSTART Term, Medical Term, and Description (All Treated Subjects) | 23 |
| 14.3.1__3.2 | Adverse Event Medical Terms and Descriptions Associated With Each COSTART Term (All Treated Subjects) | 26 |
| 14.3.2 | **Listings of Deaths, Other Serious, and Significant Adverse Events** | |
| 14.3.2__1.1 | Summary of Deaths (All Treated Subjects) | 1 |
| 14.3.2__1.2 | Summary of Serious Adverse Events (All Treated Subjects) | 3 |
| 14.3.2__2 | Treatment-Emergent Adverse Events for Which Study Drug was Prematurely Terminated (All Treated Subjects) | 18 |
| 14.3.2__3 | Number and Percentage of Subjects With Treatment-Emergent Adverse Events for Which Study Drug was Prematurely Terminated Grouped by Body System and COSTART Term (All Treated Subjects) | 3 |
| 14.3.3 | **Narratives of Deaths, Other Serious Adverse Events, and Other Significant Adverse Events** | |
| 14.3.4 | **Laboratory Data** | |
| 14.3.4__1.0 | Criteria for Potentially Clinically Significant Values for Laboratory, Vital Signs, and Electrocardiogram Variables | 3 |
| 14.3.4__1.1 | Mean Changes in Hematology Variables From Baseline to Minimum, Maximum, and Final Values (All Treated Subjects) | 16 |
| 14.3.4__1.2 | Mean Changes in Chemistry Variables From Baseline to Minimum, Maximum, and Final Values (All Treated Subjects) | 20 |

ABBT238706

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.3.4__1.3 | Mean Changes in Urinalysis Variables From Baseline to Minimum, Maximum, and Final Values (All Treated Subjects) | 2 |
| 14.3.4__2.1 | Number and Percentage of Subjects With Shifts From Baseline to Final Value for Hematology Variables With Potentially Clinically Significant Criteria Used to Define Categories (All Treated Subjects) | 15 |
| 14.3.4__2.2 | Number and Percentage of Subjects With Shifts From Baseline to Final Value for Blood Chemistry Variables With Potentially Clinically Significant Criteria Used to Define Categories (All Treated Subjects) | 19 |
| 14.3.4__2.3 | Number and Percentage of Subjects With Shifts From Baseline to Final Value for Urinalysis Variables With Potentially Clinically Significant Criteria Used to Define Categories (All Treated Subjects) | 7 |
| 14.3.4__3.1 | Laboratory Determinations Meeting Criteria for Potentially Clinically Significant Values for Hematology Variables (All Treated Subjects) | 7 |
| 14.3.4__3.2 | Laboratory Determinations Meeting Criteria for Potentially Clinically Significant Values for Blood Chemistry Variables (All Treated Subjects) | 31 |
| 14.3.4__3.3 | Laboratory Determinations Meeting Criteria for Potentially Clinically Significant Values for Urinalysis Variables (All Treated Subjects) | 17 |
| 14.3.4__4.1 | Number and Percentage of Subjects With Potentially Clinically Significant Values for Hematology Variables (All Treated Subjects) | 2 |
| 14.3.4__4.2 | Number and Percentage of Subjects With Potentially Clinically Significant Values for Blood Chemistry Variables (All Treated Subjects) | 2 |
| 14.3.4__4.3 | Number and Percentage of Subjects With Potentially Clinically Significant Values for Urinalysis Variables (All Treated Subjects) | 1 |

Highly Confidential

ABBT238707

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Table Number | Title | Number of Pages |
|---|---|---|
| 14.3.5 | Displays of Vital Signs | |
| 14.3.5__1 | Mean Changes in Vital Signs and Weight From Baseline to Minimum, Maximum, and Final Values (All Treated     Subjects) | 5 |
| 14.3.5__2 | Vital Signs and Weight Variables Meeting Criteria for Potentially Clinically Significant Values (All Treated     Subjects) | 1 |
| 14.3.5__3 | Number and Percentage of Subjects With Potentially Clinically Significant Values for Vital Signs and Weight (All Treated Subjects) | 1 |
| 14.3.6 | Displays of Electrocardiograms | |
| 14.3.6__1 | Mean Changes in Electrocardiogram Variables From Baseline to Minimum, Maximum, and Final Values (All Treated Subjects) | 5 |
| 14.3.6__2 | Number and Percentage of Subjects With Shifts From Baseline to Final Value for Electrocardiogram Variables     With Potentially Clinically Significant Criteria Used to     Define Categories (All Treated Subjects) | 4 |
| 14.3.6__3 | Electrocardiogram Variables Meeting Criteria for Potentially Clinically Significant Values (All Treated Subjects) | 4 |
| 14.3.6__4 | Number and Percentage of Subjects With Potentially Clinically Significant Values for Electrocardiogram Variables (All Treated Subjects) | 1 |

Highly Confidential

ABBT238708

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Table 14.0__1**
**Cross-Reference Listing of Summary Tables with Corresponding Source Listings**

| Summary Table Number | Source Listing Number |
|---|---|
| 14.1__1.1 | 16.2__4.1 |
| 14.1__1.2 | 16.2__3.1, 16.2__4.1 |
| 14.1__2 | 16.2__3.1, 16.2__3.3, 16.2__4.1 |
| 14.1__3.1, 14.1__3.2 | 16.2__1.1 |
| 14.1__3.3 | 16.2__1.1, 16.2__7.1.1 |
| 14.1__3.4, 14.1__3.5 | 16.2__1.1 |
| 14.1__4.1 | 16.2__4.1, 16.2__4.3 |
| 14.1__4.2, 14.1__4.3 | 16.2__3.1, 16.2__4.1, 16.2__4.3 |
| 14.1__5.1, 14.1__5.2 | 16.2__4.2 |
| 14.1__6 | 16.2__6.2.1, 16.2__6.2.2, 16.2__6.3.1 |
| 14.1__7.1, 14.1__7.2, 14.1__7.3 | 16.2__7.3 |
| 14.1__8 | 16.2__5.1.1, 16.2__5.1.2 |
| 14.2__1.1, 14.2__1.2 | 16.2__4.1, 16.2__6.2.1 |
| 14.2__2.1.1.1, 14.2__2.1.1.2 | 16.2__6.1, 16.2__6.2.1 |
| 14.2__2.1.2, 14.2__2.1.3, 14.2__2.1.4, 14.2__2.2, 14.2__2.3, 14.2__2.4.1.1, 14.2__2.4.1.2, 14.2__2.4.2, 14.2__2.4.3, 14.2__2.4.4 | 16.2__6.2.1 |
| 14.2__3.1.1, 14.2__3.1.2, 14.2__3.1.3, 14.2__3.2, 14.2__3.3, 14.2__3.4 | 16.2__6.2.2 |
| 14.2__4.1.1, 14.2__4.1.2, 14.2__4.1.3, 14.2__4.1.4, 14.2__4.2, 14.2__4.3, 14.2__4.4 | 16.2__6.3.1 |
| 14.2__5.1, 14.2__5.2, 14.2__5.3, 14.2__5.4 | 16.2__6.5 |
| 14.2__6 | 16.2__6.4.1, 16.2__6.4.2, 16.2__6.4.3 |
| 14.2__7.1, 14.2__7.2, 14.2__7.3 | 16.2__7.4 |
| 14.2__8.1, 14.2__8.2 | 16.2__3.1 |
| 14.2__9.1.1.1, 14.2__9.1.1.2, 14.2__9.1.2, 14.2__9.1.3, 14.2__9.1.4, 14.2__9.2, 14.2__9.3, 14.2__9.4.1.1, 14.2__9.4.1.2, 14.2__9.4.2, 14.2__9.4.3, 14.2__9.4.4 | 16.2__6.2.1 |
| 14.2__10.1.1, 14.2__10.1.2, 14.2__10.1.3, 14.2__10.2, 14.2__10.3, 14.2__10.4 | 16.2__6.2.2 |
| 14.2__11.1.1, 14.2__11.1.2, 14.2__11.1.3, 14.2__11.1.4, 14.2__11.2, 14.2__11.3, 14.2__11.4 | 16.2__6.3.1, 16.2__6.3.2 |
| 14.2__12.1, 14.2__12.2, 14.2__12.3, | 16.2__6.5 |

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| 14.2   12.4 | |
|---|---|

Highly Confidential

ABBT238710

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Table 14.0__1**

**Cross-Reference Listing of Summary Tables with Corresponding Source Listings (continued)**

| Summary Table Number | Source Listing Number |
|---|---|
| 14.2__13 | 16.2__6.4.1, 16.2__6.4.2, 16.2__6.4.3 |
| 14.2__14.1.1.1, 14.2__14.1.1.2, 14.2__14.1.2, 14.2__14.1.3, 14.2__14.1.4, 14.2__14.2, 14.2__14.3, 14.2__14.4.1.1, 14.2__14.4.1.2, 14.2__14.4.2, 14.2__14.4.3, 14.2__14.4.4 | 16.2__6.2.1 |
| 14.2__15.1.1, 14.2__15.1.2, 14.2__15.1.3, 14.2__15.2, 14.2__15.3, 14.2__15.4 | 16.2__6.2.2 |
| 14.2__16.1.1, 14.2__16.1.2, 14.2__16.1.3, 14.2__16.1.4, 14.2__16.2, 14.2__16.3, 14.2__16.4 | 16.2__6.3.1, 16.2__6.3.2 |
| 14.2__17.1, 14.2__17.2, 14.2__17.3, 14.2__17.4 | 16.2__6.5 |
| 14.2__18 | 16.2__6.4.1, 16.2__6.4.2, 16.2__6.4.3 |
| 14.3.1__1.1, 14.3.1__1.2.1, 14.3.1__1.2.2, 14.3.1__1.3.1, 14.3.1__1.3.2, 14.3.1__2.1, 14.3.1__2.2, 14.3.1__3.1, 14.3.1__3.2 | 16.2__7.1.1 |
| 14.3.2__1.1, 14.3.2__1.2 | 16.2__7.1.1, 16.2__7.1.2 |
| 14.3.2__2, 14.3.2__3 | 16.2__7.1.1 |
| 14.3.4__1.1, 14.3.4__2.1, 14.3.4__3.1, 14.3.4__4.1 | 16.2__4.5.1, 16.2__4.5.2, 16.2__4.5.3, 16.2__4.5.4, 16.2__4.5.5, 16.2__8.2.1, 16.2__8.2.2, 16.2__8.2.3, 16.2__8.2.4, 16.2__8.2.5 |
| 14.3.4__1.2, 14.3.4__2.2, 14.3.4__3.2, 14.3.4__4.2 | 16.2__4.6.1, 16.2__4.6.2, 16.2__4.6.3, 16.2__4.6.4, 16.2__4.6.5, 16.2__4.6.6, 16.2__8.3.1, 16.2__8.3.2, 16.2__8.3.3, 16.2__8.3.4, 16.2__8.3.5, 16.2__8.3.6 |
| 14.3.4__1.3, 14.3.4__2.3, 14.3.4__3.3, 14.3.4__4.3 | 16.2__4.7.1, 16.2__4.7.2, 16.2__4.7.3, 16.2__4.7.4, 16.2__4.7.5, 16.2__8.4.1, 16.2__8.4.2, 16.2__8.4.3, 16.2__8.4.4, 16.2__8.4.5 |
| 14.3.5__1, 14.3.5__2, 14.3.5__3 | 16.2__9.1 |
| 14.3.6__1, 14.3.6__2, 14.3.6__3, 14.3.6__4 | 16.2__9.2 |

Highly Confidential

ABBT238711

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Table 14.1__0

## Abbreviations and Conventions

Explanation of entries labeled as TRT, RX DAY, SEGMENT NAME, SEGMENT INTERVAL, and SEGMENT DAY are described below.

The TRT entry refers to the treatment the subject received.

The RX DAY column shows the number of days since the start of drug dosing. If it is positive (negative), it indicates the number of days since (prior to) the start of the treatment period at the time of the observation. The first day of the treatment period is defined as RX DAY 1, while the last day prior to the start of the treatment period is defined as RX DAY -1.

The SEGMENT NAME column indicates whether an observation is from the prestudy or screening (PRE), double-blind (DB), or poststudy (POST) period. The SEGMENT INTERVAL shows the RX days in that segment. The SEGMENT DAY refers to the number of days from the start of that segment.

Highly Confidential

ABBT238712

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### 14.3.3    Narratives of Deaths, Other Serious and Certain Other Significant Adverse Events

**Deaths Among Placebo Subjects**

No deaths were reported for placebo subjects during the study.

**Deaths Among ABT-594 150 µg BID Subjects**

INVESTIGATOR: Storey

SUBJECT NUMBER: 4100

A 56-year-old white female receiving ABT-594 150 µg BID died on Study Day 79 (76 days post-treatment) due to suicide (COSTART Term: suicide attempt). The subject was pronounced dead on arrival on the emergency room on Study Day 79 (76 days post-treatment) and autopsy confirmed death by hanging (suicidal). The subject had a medical history of diabetes mellitus, painful distal symmetric diabetic polyneuropathy, depression and suicidal ideation over the past several years. The subject had discontinued study drug on Study Day 3 due to nightmares. The investigator considered the death by suicide to be not related to study drug and noted depression and history of suicidal ideation as the alternative etiologies.

**Deaths Among ABT-594 225 µg BID Subjects**

No deaths were reported for ABT-594 225 µg BID subjects during the study.

**Deaths Among ABT-594 300 µg BID Subjects**

No deaths were reported for ABT-594 300 µg BID subjects during the study.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Serious Adverse Events Among Placebo Subjects**

INVESTIGATOR: DeBold

SUBJECT NUMBER: 4053

A 52-year-old white female receiving placebo was hospitalized on Study Day 52 (2 days post-treatment) due to ketoacidosis (COSTART Term: ketosis) and dehydration (COSTART Term: dehydration). The subject developed a headache, body aches, low-grade fever, nausea and vomiting and was diagnosed with ketoacidosis upon hospitalization. The subject had a medical history of diabetes mellitus, painful distal symmetric diabetic polyneuropathy, pernicious anemia, Graves disease that resolved with I-131 treatment, gastroenteritis, and intermittent morning nausea with vomiting of bile (2-3 times per week on a regular basis). The subject reported having had 2 prior episodes (prior to study medication administration) of severe headache, body aches, low-grade fever, nausea and vomiting (described at the time as "flu") for which the subject went to the emergency room for re-hydration and insulin therapy. Admission blood glucose test indicated levels greater than 400 mg/dL. A computed tomography (CT) of the head, ECG and lumbar puncture were normal. Treatment medications included Toradol®, morphine sulfate, Benadryl®, Tylenol® and regular insulin. After symptoms improved, the subject was discharged on Study Day 53 (3 days post-treatment) within 24 hours of admission. The investigator considered the ketoacidosis as not related to study drug and noted viral gastroenteritis as an alternative etiology. The investigator considered the dehydration as not related to study drug and noted viral gastroenteritis as an alternative etiology.

INVESTIGATOR: Singer

SUBJECT NUMBER: 4401

A 53-year-old white male receiving placebo was hospitalized on Study Day 42 (3 days post-treatment) for angina (COSTART Term: angina pectoris) and had prolongation of hospitalization due to atrial fibrillation (COSTART Term: fibrillation atrial) on Study Day 48 (9 days post-treatment). The subject reported chest tightness after walking on

ABBT238714

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Study Day 34. Unspecified abnormalities on the ECG, stress test and echocardiogram indicated coronary artery disease and the subject was hospitalized on Study Day 42 (3 days post-treatment) for angioplasty. The subject's hospitalization was prolonged by the onset of atrial fibrillation on Study Day 48 (9 days post-treatment) and he was cardioverted that same day. The subject had a medical history of diabetes mellitus, diabetic retinopathy, obesity, mild hypertension and painful distal symmetric diabetic polyneuropathy. The subject also had a history of substernal chest pressure with an onset date of Study Day 11, which had not been reported prior to hospitalization. Treatment medications included Versed®, Diprivan®, Lasix®, heparin, protamine, sotalol hydrochloride, losartan, Plavix®, Cardizem CD® and Darvocet N-100®. The subject achieved successful cardioversion on Study Day 48 (9 days post-treatment). The subject received packed cells due to anemia secondary to blood loss during surgery. The subject was discharged on Study Day 49 (10 days post-treatment). The investigator considered the angina not related to study drug and noted coronary artery blockage as an alternative etiology.


INVESTIGATOR: Weinstein

SUBJECT NUMBER: 4027

A 65-year-old white female receiving placebo was hospitalized on Study Day 9 (1 day post-treatment) due to stroke (COSTART Term: cerebrovascular accident). The subject had a medical history of diabetes mellitus, painful distal symmetric diabetic polyneuropathy, prior stroke, hypertension, hyperlipidemia, hypothyroidism, clotting/bleeding problems, and menopause. A CT scan upon admission revealed "no acute changes". Two ECG's revealed "normal sinus rhythm, possible left atrial enlargement, anteriolateral T-wave abnormalities and possible ischemia." Laboratory tests were essentially normal except triglycerides were elevated and the HDL cholesterol was below normal. The subject's antiplatelet medication Plavix® was changed to Aggrenox®. The subject was discharged on Study Day 12 (4 days post-treatment). The investigator considered the stroke probably not related to study drug and noted high blood pressure and hypercholesterolemia as alternative etiologies.

Highly Confidential

ABBT238715

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Serious Adverse Events Among ABT-594 150 μg BID Subjects**

INVESTIGATOR: Baumel

SUBJECT NUMBER: 4149

A 71-year-old white male receiving ABT-594 150 μg BID was hospitalized on Study Day 65 (15 days post-treatment) due to angina (COSTART Term: angina pectoris) and myocardial infarction (COSTART Term: infarct myocardial). The subject was referred to his primary care physician after 2 ECG's showed clinically significant changes (subject was asymptomatic). Upon presentation to the emergency room, the subject complained of chest pain from climbing the stairs and was admitted to the hospital. He was diagnosed as having a "silent" myocardial infarction sometime during the week prior to admittance to the hospital. The subject had a medical history of diabetes mellitus, painful distal symmetric diabetic polyneuropathy, past alcoholism, hypertension, angina, coronary artery disease, myocardial infarction in 1994 with angioplasty, hypercholesterolemia, peripheral vascular disease and thrombocytopenia. Treatment included cardiac monitoring, intravenous nitroglycerin, oxygen and continuation of current medications. Cardiac enzymes were negative. The discharge ECG revealed "sinus bradycardia with occasional premature ventricular complexes; ST and marked T-wave abnormality (consider anterolateral ischemia); prolonged QT of 482 msec." The subject was discharged from the hospital on Study Day 66 (16 days post-treatment) with the angina and myocardial infarction resolved. The investigator considered the angina and myocardial infarction not related to study drug and noted arteriosclerosis caused by diabetes mellitus as an alternative etiology.

INVESTIGATOR: Fried

SUBJECT NUMBER: 4083

A 66-year-old white female receiving ABT-594 150 μg BID was hospitalized on Study Day 15 (1 day post-treatment) due to a syncopal episode (COSTART Term: syncope) and worsening of atrial fibrillation (COSTART Term: fibrillation atrial). The subject had a

Highly Confidential

ABBT238716

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

medical history of diabetes mellitus, painful distal symmetric diabetic polyneuropathy, hypertension, and a risk factor of a history of atrial fibrillation. No additional information is available about the event as the subject refused to release medical records. The investigator considered the syncopal episode as not related to study drug and noted rapid atrial fibrillation as an alternative etiology. The sponsor considered the syncopal episode possibly related to study drug. The investigator considered the worsening of atrial fibrillation as not related to study drug and noted a history of atrial fibrillation as an alternative etiology. The sponsor considered the worsening of atrial fibrillation as probably not related to study drug and noted history of atrial fibrillation as an alternative etiology.

INVESTIGATOR: Kipnes

SUBJECT NUMBER: 4070

A 48-year-old Hispanic female receiving ABT-594 150 µg BID was hospitalized on Study Day 10 due to pain in left arm, neck, shoulder and chest (COSTART Term: pain). The subject had a medical history of diabetes mellitus, hyperlipidemia, and painful distal symmetric diabetic polyneuropathy. The subject was placed in the cardiac telemetry unit with monitoring. The subject's arm, neck and chest pain was relieved after the administration of nitroglycerin. An ECG, stress test, chest x-ray, and laboratory studies were normal. The subject was discharged from the hospital on Study Day 14 (4 days post-treatment). Follow-up conducted on Study Day 15 (5 days post-treatment) revealed that the subject had no further chest or left arm pain. The investigator considered the pain not related to study drug and noted anxiety and/or stress as an alternative etiology.

INVESTIGATOR: Singer

SUBJECT NUMBER: 4412

A 57-year-old white male receiving ABT-594 150 µg BID was hospitalized on Study Day 50 (1 day post-treatment) due to bilateral lower extremity ischemia (COSTART

ABBT238717

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Term: peripheral vascular disorder). The subject complained of an increase in lower
extremity pain starting approximately Study Day 36. On Study Day 50 (1 day post-
treatment) the subject underwent a bilateral angioplasty to lower extremities. The subject
had a medical history of diabetes mellitus, painful distal symmetric diabetic
polyneuropathy, past cigarette smoking, hypercholesterolemia, quadruple bypass and
angioplasty to lower extremities in 1999. The subject was discharged from the hospital on
Study Day 51 (2 days post-treatment) with improving symptoms. The investigator
considered the bilateral lower extremity ischemia not related to study drug and noted
atherosclerosis as an alternative etiology.

.

INVESTIGATOR: Storey

SUBJECT NUMBER: 4100 (see death narrative for this subject)


**Serious Adverse Events Among ABT-594 225 µg BID Subjects**

INVESTIGATOR: Kluge

SUBJECT NUMBER: 4133

A 66-year-old white male receiving ABT-594 225 µg BID was hospitalized on Study
Day 6 due to chest pain with a final diagnosis of esophageal reflux disease (COSTART
Term: esophageal reflux). The subject had a medical history of diabetes mellitus, dilated
non-ischemic cardiomyopathy and congestive heart failure, hypertension, obesity, and
painful distal symmetric diabetic polyneuropathy. Admission vital signs included a blood
pressure of 189/86. Cardiac catheterization and coronary angiogram performed 7 months
prior to study revealed "no evidence of coronary artery obstructive disease". A chest x-
ray was normal, and an ECG revealed "normal sinus rhythm, bifascicular block, right
bundle branch block (unchanged from previous ECGs)." A nitroglycerin drip was started
which relieved the pain "somewhat". Laboratory results revealed no elevation of cardiac
enzymes or troponin I level. Two days after Prevacid® was started, the chest pain had
completely resolved, and the subject was discharged from the hospital on Study Day 9

Highly Confidential

ABBT238718

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

(3 days post-treatment). The investigator considered the chest pain due to esophageal reflux not related to study drug and noted increased production of hydrochloric acid as an alternative etiology.

INVESTIGATOR: Shaibani

SUBJECT NUMBER: 4451

A 60-year-old white female receiving ABT-594 225 µg BID was hospitalized on Study Day 18 due to shortness of breath (COSTART Term: shortness of breath) and angina (COSTART Term: angina pectoris). The subject had a medical history of diabetes mellitus, painful distal symmetric diabetic polyneuropathy, myocardial infarction, coronary artery by-pass graft surgery, stroke, hypertension, hyperlipidemia, carotid endarterectomy, and a 40-pack per year history of smoking. Initial blood pressure was 200/90. After 2 nitroglycerin tablets and 15 minutes, blood pressure decreased to 170/85. An ECG performed on Study Day 18 revealed "normal sinus rhythm on a monitor rate of 70 with a normal axis, normal intervals, with ST depression in lateral leads and nonspecific ST and T wave changes consistent with her old ECG." A chest x-ray revealed no acute cardiopulmonary disease. Troponin and creatine phosphokinase (CPK) labs were normal. Treatment included nitroglycerin intravenously, aspirin, Lovenox®, potassium and normal saline. A second ECG was performed on Study Day 19 and revealed "sinus bradycardia (54 bpm), left ventricular hypertrophy with QRS widening, ST and T wave abnormality, consider lateral ischemia". The subject was discharged from the hospital on Study Day 20 (2 days post-treatment) with no shortness of breath or anginal pain. The investigator considered the shortness of breath and anginal pain probably not related to study drug and noted anxiety and arthritis in the shoulder as an alternative etiology. The sponsor considered shortness of breath and anginal pain probably not related to study drug and noted history of significant cardiovascular disease as an alternative etiology.

Highly Confidential

ABBT238719

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Serious Adverse Events Among ABT-594 300 μg BID Subjects**

INVESTIGATOR: Drucker

SUBJECT NUMBER: 4002

A 70-year-old white male receiving ABT-594 150 μg BID (escalating to a final
randomized dose of 300 μg BID) was hospitalized on Study Day 4 due to palpitations
(COSTART Term: palpitation). The subject had a medical history of coronary artery
bypass graft surgery, coronary angioplasty with stent placement, myocardial infarction,
coronary artery disease, hyperlipidemia, diabetes mellitus, and painful distal symmetric
diabetic polyneuropathy. An admission ECG showed "normal sinus rhythm, right bundle
branch block, inferior infarct (age undetermined), and no acute ST changes." Admission
labs revealed an elevated creatine kinase total value, but the creatine kinase MB and
troponin values were normal. Subject continued his ongoing medical therapy consisting of
insulin, aspirin (81mg), and Lipitor® and was observed for further symptoms. Creatine
kinase MB and troponin values remained normal the following day. Repeat ECG on the
day following admission showed "normal sinus rhythm, right bundle branch block, cannot
rule out anterior infarct (age undetermined), inferior infarct (cited approximately
20 months prior to study drug), abnormal ECG, when compared with ECG of previous
day the axis shifted left, and minimal criteria for anterior infarct were present" (discharge
diagnosis did not include infarct, however). The subject was discharged from the hospital
on Study Day 5 (1 day post-treatment). The investigator considered the palpitations
probably related to study drug.

INVESTIGATOR: Holmlund

SUBJECT NUMBER: 4193

A 55-year-old white male receiving ABT-594 300 μg BID was hospitalized on Study
Day 40 (32 days post-treatment) due to a hip fracture (COSTART Term: injury
accidental). The subject suffered a fall while walking stairs. Evaluation revealed a hip
fracture and the subject was hospitalized. The subject had a medical history of diabetes

ABBT238720

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

mellitus, painful distal symmetric diabetic polyneuropathy, osteoarthritis, unsteadiness, and a risk factor of being unsteady secondary to his peripheral polyneuropathy. During hospitalization, the subject received "conservative treatment" of medication and bucs traction. Treatment medications included heparin sodium, Dilaudid®, Percocet®, Lortab®, insulin NPH, metformin, aspirin and hydromorphone. He was discharged 6 days later on Study Day 46 (38 days post-treatment). The investigator considered the fracture not related to study drug and noted accidental fall as an alternative etiology.


INVESTIGATOR: Holmlund

SUBJECT NUMBER: 4197

A 62-year-old white female receiving ABT-594 150 µg BID was hospitalized on Study Day 5 (1 day post-treatment) due to angina (COSTART Term: angina pectoris). The subject presented to the emergency room on Study Day 4 after experiencing near syncope and dizziness with chest and left arm pain. The subject had a medical history of diabetes mellitus, painful distal symmetric diabetic polyneuropathy, hypertension, phlebitis, hypothyroidism, chronic diarrhea, and a risk factor of chest pain for the past week prior to hospitalization (not reported previously to the investigative site). Admission cardiac enzymes and a chest x-ray were normal, and an ECG showed "poor R-wave progression but no significant ECG abnormalities." An echocardiogram on Study Day 5 (1 day post-treatment) showed hypokinesis of the septum. A coronary angiogram with coronary stenting to the left anterior descending artery was performed on Study Day 8 (4 days post-treatment). Treatment medications included Lovenox®, nitroglycerin, Lipitor®, Plavix®, atenolol, Ecotrin®, ReoPro® and beta-blockers. The subject was discharged on Study Day 9 (5 days post-treatment). The investigator considered the angina to be probably not related to study drug and noted coronary artery disease as an alternative etiology.

ABBT238721

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Weinstein

SUBJECT NUMBER: 4031

An 81-year-old white male receiving ABT-594 300 µg BID was hospitalized on Study Day 43 (7 days post-treatment) due to cellulitis of the right foot (COSTART Term: cellulitis). The subject had a medical history of diabetes mellitus, painful distal symmetric diabetic polyneuropathy, hyperlipidemia, coronary artery disease, coronary artery bypass graft, peripheral edema, bruising, and obesity. Admission laboratory studies showed an elevated WBC count, and subsequently, a blood culture showed β hemolytic strep. The subject was treated with Augmentin®, Unasyn®, and Ancef®. The subject was discharged from the hospital on Study Day 46 (10 days post-treatment) with the cellulitis improving. The investigator considered the cellulitis not related to study drug and noted secondary to possible strep infection as the alternative etiology.

**Other Significant Adverse Events (Premature Discontinuations Due to Adverse Events)**

**Premature Discontinuations Due to Adverse Events Among Placebo Subjects**

INVESTIGATOR: Gleeson

SUBJECT NUMBER: 4165

A 51-year-old Hispanic female randomized to placebo reported nausea, vomiting and diarrhea (COSTART Term: gastroenteritis) on Study Day 26 (1 day post-treatment). Study drug was discontinued on Study Day 25 and the event resolved on Study Day 35 (10 days post-treatment). The investigator considered the event of gastroenteritis probably not related to study drug and noted an alternative etiology of virus and taking study drug 25 days prior to onset.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Kafka

SUBJECT NUMBER: 4419

A 61-year-old white female randomized to placebo reported worsening of nausea
(COSTART Term: nausea) on Study Day 41 and bloating of abdomen (COSTART Term:
flatulence) on Study 46. Study drug was discontinued on Study Day 46. The event of
nausea resolved on Study Day 48 (2 days post-treatment); the event of bloating continued
as of Study Day 65 (19 days post-treatment). The investigator considered the event of
nausea as probably related to study drug. The investigator considered the event of
bloating as probably not related to study drug and noted change in diet as an alternative
etiology.

INVESTIGATOR: Kluge

SUBJECT NUMBER: 4136

A 71-year-old white male randomized to placebo reported a disconnected feeling and fell
twice (COSTART Terms: depersonalization, accidental injury) on Study Day 25. Subject
was incorrectly given the wrong module number on Study Day 1 and received 150 µg BID
from Study Day 1 through Study Day 7. The correct module number was dispensed on
Study Day 8 and the subject received placebo for the remainder of the study. Study drug
was discontinued on Study Day 26. The event of falling lasted 3 minutes, and the event of
feeling disconnected continued as of Study Day 30 (4 days post-treatment). The
investigator considered the events of falling and feeling disconnected probably related to
study drug.

INVESTIGATOR: Singer

SUBJECT NUMBER: 4401 (see serious adverse event narrative for this subject)

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Weinstein

SUBJECT NUMBER: 4021

A 65-year-old white male randomized to placebo reported an upper respiratory infection
(COSTART Term: infection) on Study Day 8. Study drug was discontinued on Study
Day 14, and the event resolved on Study Day 29 (15 days post-treatment). Treatment
included Allegra-D®. The investigator considered the event of upper respiratory infection
probably not related to study drug and noted infection and history of hayfever as
alternative etiologies.

Highly Confidential

ABBT238724

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR:  Weinstein

SUBJECT NUMBER:  4027 (see serious adverse event narrative for this subject)

**Premature Discontinuations Due to Adverse Events Among ABT-594 150 μg BID Subjects**

INVESTIGATOR:  DeBold

SUBJECT NUMBER:  4060

A 57-year-old white male randomized to ABT-594 150 μg BID and receiving 75 μg BID on Study Day 1 (Titration Phase) reported lethargy, intermittent dizziness and worsened insomnia (COSTART Terms: somnolence, dizziness, and insomnia) on Study Day 1. Study drug was discontinued on Study Day 3 and the events resolved on the same day. The investigator considered the events of lethargy and dizziness probably related to study drug and the event of somnolence possible related to study drug noting an alternative etiology of increased pain and a history of insomnia.

INVESTIGATOR:  Drucker

SUBJECT NUMBER:  4003

A 78-year-old white female randomized to ABT-594 150 μg BID and receiving 75 μg BID on Study Day 1 (Titration Phase) reported blurred vision (COSTART Term: amblyopia) on Study Day 1. Study drug was discontinued on Study Day 2 and the event resolved on the same day. The subject had a history of macular degeneration. The investigator considered the event of amblyopia possibly related to study drug and noted an alternative etiology of macular degeneration.

ABBT238725

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Eisner

SUBJECT NUMBER: 4241

An 80-year-old white male randomized to ABT-594 150 µg BID and receiving 75 µg BID on Study Day 1 (Titration Phase) reported nausea, vomiting, dizziness and intense sweating (COSTART Terms: nausea, vomiting, dizziness, sweating) on Study Day 1. Study drug was discontinued on the same day and the events of nausea, vomiting and sweating resolved on Study Day 2 (1 day post-treatment). The event of dizziness was treated with meclizine 12.5 mg QD and resolved on Study Day 4 (3 days post-treatment). The investigator considered the events of nausea, vomiting, dizziness, and sweating probably related to study drug.

INVESTIGATOR: Fried

SUBJECT NUMBER: 4083 (see serious adverse event narrative for this subject)

INVESTIGATOR: Haag

SUBJECT NUMBER: 4337

A 43-year-old white female randomized to ABT-594 150 µg BID and receiving 75 µg BID on Study Day 1 of the Titration Phase, reported dizziness (COSTART Term: dizziness) on Study Day 1. Study drug was discontinued on Study Day 6 and the event resolved the same day. The investigator considered the event of dizziness probably related to study drug.

ABBT238726

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Kipnes

SUBJECT NUMBER: 4066

A 54-year-old white female randomized to ABT-594 150 μg BID and receiving 75 μg
BID on Study Day 2 (Titration Phase), reported nausea (COSTART Term: nausea) on
Study Day 2. Study drug was discontinued on Study Day 25, and the event resolved on
Study Day 30 (5 days post-treatment). The investigator considered the event of nausea
probably related to study drug.

INVESTIGATOR: Kipnes

SUBJECT NUMBER: 4070 (see serious adverse event narrative for this subject)

INVESTIGATOR: Kirby

SUBJECT NUMBER: 4182

A 56-year-old white female randomized to ABT-594 150 μg BID reported nausea
(COSTART Term: nausea) on Study Day 7. Study drug was discontinued on Study
Day 9 and the event resolved the same day. The investigator considered the event of
nausea probably related to study drug.

INVESTIGATOR: Shaibani

SUBJECT NUMBER: 4463

A 68-year-old white female randomized to ABT-594 150 μg BID and receiving 75 μg
BID on Study Day 2 (Titration Phase) reported depressing dreams (COSTART Term:
abnormal dreams) on Study Day 2. Study drug was discontinued on Study Day 6 and the

ABBT238727

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

event was reported as ongoing on Study Day 33 (27 days post-treatment). The investigator considered the event of abnormal dreams probably related to study drug.


INVESTIGATOR: Shaibani

SUBJECT NUMBER: 4493

A 61-year-old white female randomized to ABT-594 150 μg BID reported stomach sickness/nausea (COSTART Term: dyspepsia) on Study Day 3 and headache (COSTART Term: headache) on Study Day 5. The subject was receiving 75 μg BID on Study Day 3 (Titration Phase) and had reached her randomization dose of 150 μg BID by Study Day 5. Study drug was discontinued on Study Day 14 and the events resolved on Study Day 15 (1 day post-treatment). The investigator considered the events of dyspepsia and headache probably related to study drug.


INVESTIGATOR: Simmons

SUBJECT NUMBER: 4276

A 56-year-old white female randomized to ABT-594 150 μg BID and receiving 75 μg BID on Study Day 3 (Titration Phase), reported nausea (COSTART Term: nausea) on Study Day 3. Study drug was discontinued on Study Day 19, and the event resolved on Study Day 31 (12 days post-treatment). The investigator considered the event probably related to study drug.


INVESTIGATOR: Singer

SUBJECT NUMBER: 4402

A 67-year-old white female randomized to ABT-594 150 μg BID reported vomiting (COSTART Term: vomiting) on Study Day 11. Study drug was discontinued on Study

Highly Confidential

ABBT238728

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Day 12 and the event resolved on Study Day 15 (3 days post-treatment). The investigator
considered the event of vomiting probably related to study drug.


INVESTIGATOR: Sivakumar

SUBJECT NUMBER: 4041

A 51-year-old white female randomized to ABT-594 150 µg BID and receiving 75 µg
BID on Study Day 1 (Titration Phase), reported nausea and vomiting (COSTART Terms:
nausea, vomiting) on Study Day 1. Study drug was discontinued on Study Day 1, and the
vomiting, lasting 5 minutes, resolved the same day. The event of nausea resolved on
Study Day 4 (3 days post-treatment). The investigator considered the events of nausea
and vomiting probably related to study drug.


INVESTIGATOR: Steel

SUBJECT NUMBER: 4209

A 68-year-old white male randomized to ABT-594 150 µg BID reported being
lightheaded and dizzy (COSTART Term: dizziness) on Study Day 4. Study drug was
discontinued on Study Day 23 and the event resolved on Study Day 42 (19 days post-
treatment). The subject had a history of hypertension since 1996 and had a myocardial
infarction and angioplasty in 1998. The investigator considered the event of dizziness
possibly related to study drug and noted "cardiovascular" as an alternative etiology.


INVESTIGATOR: Steel

SUBJECT NUMBER: 4216

A 52-year-old black female randomized to ABT-594 150 µg BID reported nausea, bitter
taste and vivid dreams (COSTART Terms: nausea, taste perversion, abnormal dreams) on
Study Day 4 (Titration Phase). Study drug was discontinued on Study Day 5 and the

ABBT238729

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

events resolved on Study Day 6 (1 day post-treatment). The investigator considered the events of nausea, taste perversion and abnormal dreams probably related to study drug.

INVESTIGATOR: Storey

SUBJECT NUMBER: 4100 (see death narrative for this subject)

INVESTIGATOR: Storey

SUBJECT NUMBER: 4109

A 46-year-old white female randomized to ABT-594 150 µg BID reported upset stomach and vomiting (COSTART Terms: dyspepsia, vomiting) on Study Day 29. Study drug was discontinued on Study Day 30, and the events resolved the same day. The investigator considered the events of upset stomach and vomiting probably related to study drug.

INVESTIGATOR: Weinstein

SUBJECT NUMBER: 4020

A 73-year-old white female randomized to ABT-594 150 µg BID reported metallic taste, nausea and sore tongue (COSTART Terms: taste perversion, nausea, glossitis) on Study Day 21. Study drug was discontinued on Study Day 27, and the events resolved on Study Day 31 (4 days post-treatment). The investigator considered the events of metallic taste, nausea and sore tongue probably related to study drug.

**Premature Discontinuations Due to Adverse Events Among ABT-594 225 µg BID Subjects**

INVESTIGATOR: Baumel

Highly Confidential

ABBT238730

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

SUBJECT NUMBER: 4147

An 85-year-old white male randomized to ABT-594 225 μg BID reported dizziness, decreased appetite, sweating and heartburn (COSTART Terms: dizziness, anorexia, sweating, dyspepsia) on Study Day 8. Study drug was discontinued on Study Day 11 and the events resolved the same day. The investigator considered the events of dizziness, decreased appetite, sweating and heartburn probably related to study drug.

INVESTIGATOR: Baumel

SUBJECT NUMBER: 4231

A 73-year-old white female randomized to ABT-594 225 μg BID reported visual hallucinations (COSTART Term: hallucinations) on Study Day 21. Study drug was discontinued on Study Day 21 and the event resolved the same day. The investigator considered the event of hallucination probably related to study drug.

INVESTIGATOR: Biton

SUBJECT NUMBER: 4257

A 60-year-old white female randomized to ABT-594 225 μg BID reported difficulty falling asleep and weakness (COSTART Terms: insomnia, asthenia) on Study Day 16. Study drug was discontinued on Study Day 37 and the events resolved on Study Day 40 (3 days post-treatment). The investigator considered the events of insomnia and asthenia probably related to study drug.

INVESTIGATOR: Bromberg

SUBJECT NUMBER: 4115

A 45-year-old white female randomized to ABT-594 225 μg BID and receiving 75 μg BID on Study Day 2 (Titration Phase), reported nausea and vomiting (COSTART Terms: nausea and vomiting) on Study Day 2. Study drug was discontinued on Study Day 6 (receiving randomized dose of 225 μg BID) and the events resolved on Study Day 7

ABBT238731

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

(1 day post-treatment). The investigator considered the events of nausea and vomiting probably related to study drug.


INVESTIGATOR: Bromberg

SUBJECT NUMBER: 4118

A 48-year-old white male randomized to ABT-594 225 μg BID reported lightheadedness, headache and stomach pain (COSTART Terms: dizziness, headache, and abdominal pain) on Study Days 7, 8, and 11, respectively. Study drug was discontinued on Study Day 12 and the events resolved on Study Day 13 (1 day post-treatment). The investigator considered the events of dizziness, headache, and abdominal pain probably related to study drug.


INVESTIGATOR: Bromberg

SUBJECT NUMBER: 4125

A 65-year-old white male randomized to ABT-594 225 μg BID and receiving 75 μg BID on Study Day 1 (Titration Phase) reported nausea, vomiting, dry heaves and dizziness (COSTART Terms: nausea, vomiting, dizziness) on Study Day 1. Study drug was discontinued on Study Day 2 and the events resolved on Study Day 3 (1 day post-treatment). The investigator considered the events of nausea, vomiting, and dizziness probably related to study drug.


INVESTIGATOR: Drucker

SUBJECT NUMBER: 4001

A 72-year-old white male randomized to ABT-594 225 μg BID and receiving 75 μg BID on Study Days 1 and 2 (Titration Phase), reported insomnia (COSTART Term: insomnia) on Study Day 1 and reported dizziness and joint pain lower extremities (COSTART

Highly Confidential

ABBT238732

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Terms: dizziness, arthralgia) on Study Day 2. Study drug was discontinued on Study Day 4, and all events resolved on Study Day 5 (1 day post-treatment). The investigator considered the events of insomnia, dizziness and joint pain probably related to study drug.

INVESTIGATOR: Drucker

SUBJECT NUMBER: 4005

A 46-year-old white female randomized to ABT-594 225 μg BID reported nausea and vomiting (COSTART Terms: nausea and vomiting) on Study Day 7 (Titration Phase). Study drug was discontinued on Study Day 8 and the events resolved on the same day. The subject was treated with Tigan® 100 mg as occasion requires (PRN). The investigator considered the events of nausea and vomiting probably related to study drug.

INVESTIGATOR: Forde

SUBJECT NUMBER: 4321

A 67-year-old white female randomized to ABT-594 225 μg BID and receiving 75 μg BID on Study Day 2 (Titration Phase) reported feeling anxious and having disturbing dreams (COSTART Terms: anxiety and abnormal dreams) on Study Day 2. Study drug was discontinued on Study Day 5 and the events resolved on the same day. The investigator considered the events of anxiety and abnormal dreams probably related to study drug.

INVESTIGATOR: Fried

SUBJECT NUMBER: 4089

An 80-year-old white male randomized to ABT-594 225 μg BID and receiving 75 μg BID on Study Day 2 (Titration Phase), reported dizziness (COSTART Term: dizziness) on Study Day 2. Study drug was discontinued on Study Day 6, and the event resolved on

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Study Day 7 (1 day post-treatment).  The investigator considered the event of dizziness
probably related to study drug.

**McCarthy Deposition Exhibit 48**

**P's Exhibit FZ**

**Part 5**

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Gleeson

SUBJECT NUMBER: 4167

A 70-year-old white male randomized to ABT-594 225 μg BID and receiving 75 μg BID
on Study Day 2 (Titration Phase) reported heartburn (COSTART Term: dyspepsia) on
Study Day 2. Study drug was discontinued on Study Day 6 and the event resolved on
Study Day 9 (3 days post-treatment). The investigator considered the event of dyspepsia
probably related to study drug.

INVESTIGATOR: Haag

SUBJECT NUMBER: 4342

A 75-year-old white female randomized to ABT-594 225 μg BID and receiving 75 μg
BID on Study Day 1 (Titration Phase) reported nausea, vomiting and dizziness
(COSTART Terms: nausea, vomiting, and dizziness) on Study Day 1. Study drug was
discontinued on Study Day 1 and the event resolved on Study Day 2 (1 day post-
treatment). The investigator considered the events of nausea, vomiting, and dizziness
probably related to study drug.

INVESTIGATOR: Hewitt

SUBJECT NUMBER: 4311

A 52-year-old white male randomized to ABT-594 225 μg BID reported nausea and
vomiting (COSTART Terms: nausea, vomiting) on Study Day 8. Study drug was
discontinued on Study Day 8, and the events resolved on Study Day 9 (1 day post-
treatment). The investigator considered the events of nausea and vomiting probably
related to study drug.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Kafka

SUBJECT NUMBER: 4417

A 74-year-old white male randomized to ABT-594 225 µg BID and receiving 75 µg BID on Study Days 1 and 2 (Titration Phase), reported worsening of hypertension (COSTART Term: hypertension) on Study Day 1 and reported nausea (COSTART Term: nausea) on Study Day 2. Study drug was discontinued on Study Day 6 and the nausea resolved the same day. The event of hypertension resolved on Study Day 8 (2 days post-treatment). Treatment included Zestril® (started on Study Day 2). The investigator considered the events of hypertension and nausea possibly related to study drug and noted inadequate control of hypertension with current medication and new hypertension medication, respectively, as alternative etiologies.

INVESTIGATOR: Kipnes

SUBJECT NUMBER: 4075

A 74-year-old American Indian/Alaska native female randomized to ABT-594 225 µg BID and receiving 75 µg BID on Study Days 1 and 3 (Titration Phase), reported mild nausea (COSTART Term: nausea) on Study Day 1 and severe nausea, shakiness, and funny feeling in legs making it difficult to walk, muscle aches (COSTART Terms: nausea, nervousness, gait abnormal, myalgia) on Study Day 3. Study drug was discontinued on Study Day 3, and the events of severe nausea, shakiness, gait abnormal and myalgia resolved after 2 hours on the same day. The event of mild nausea resolved on Study Day 18 (15 days post-treatment). Treatment included an emergency room evaluation and Phenergan®. The investigator considered the events of nausea, shakiness, gait abnormal and myalgia probably related to study drug.

Highly Confidential

ABBT238736

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR:  Kirby

SUBJECT NUMBER:  4501

A 55-year-old white female randomized to ABT-594 225 μg BID reported unsteady gait
(COSTART Term: abnormal gait) on Study Day 13.  Study drug was discontinued on the
same day and the event resolved on Study Day 14 (1 day post-treatment).  The
investigator considered the event of abnormal gait probably related to study drug.


INVESTIGATOR:  Kluge

SUBJECT NUMBER:  4131

A 70-year-old white female randomized to ABT-594 225 μg BID reported blurred vision,
dizziness, flatus and nausea (COSTART Terms: amblyopia, dizziness, flatulence, nausea)
on Study Day 6 (Titration Phase) and reported aching, tired feeling and vomiting
(COSTART Terms: pain, asthenia, vomiting) on Study Day 9.  Study drug was
discontinued on Study Day 9, and the events of dizziness, flatus, nausea and vomiting
resolved the same day.  The events of aching and tired feeling resolved on Study Day 32
(23 days post-treatment), and the event of blurred vision resolved on Study Day 41
(32 days post-treatment).  The investigator considered the event of blurred vision possibly
related to study drug and noted "diabetic" as an alternative etiology.  The investigator
considered the events of dizziness, nausea, tired feeling and vomiting possibly related to
study drug and noted viral gastroenteritis as an alternative etiology.  The investigator
considered the events of aching and flatus probably not related to study drug and noted
viral gastroenteritis as an alternative etiology.


INVESTIGATOR:  Kluge

SUBJECT NUMBER:  4133 (see serious adverse event narrative for this subject)

Highly Confidential

ABBT238737

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: McGill

SUBJECT NUMBER: 4387

A 66-year-old white female randomized to ABT-594 225 µg BID and receiving 75 µg
BID on Study Day 3 (Titration Phase) reported dizziness, fatigue and malaise, nausea,
nightmares, and sleeplessness (COSTART Terms: dizziness, asthenia, malaise, nausea,
abnormal dreams, insomnia) on Study Day 3. Study drug was discontinued on Study
Day 9, and all events resolved on Study Day 10 (1 day post-treatment). The investigator
considered the events of dizziness, fatigue, malaise, nausea, nightmares, and sleeplessness
probably related to study drug.

INVESTIGATOR: McGill

SUBJECT NUMBER: 4390

A 59-year-old white female randomized to ABT-594 225 µg BID reported palpitations
(COSTART Term: palpitation) on Study Day 18. Study drug was discontinued on Study
Day 17. The event resolved on Study Day 20 (3 days post-treatment). The investigator
considered the event of palpitations possibly related to study drug and noted anxiety as an
alternative etiology.

INVESTIGATOR: Shaibani

SUBJECT NUMBER: 4451 (see serious adverse event narrative for this subject)

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Shaibani

SUBJECT NUMBER: 4455

A 66-year-old white male randomized to ABT-594 225 μg BID and receiving 75 μg BID on Study Day 1, reported vomiting and stomach sickness (COSTART Terms: vomiting, dyspepsia) on Study Day 1 (Titration Phase). Study drug was discontinued on Study Day 1 and the events resolved on the same day. The investigator considered the events of vomiting and dyspepsia probably related to study drug.

INVESTIGATOR: Shaibani

SUBJECT NUMBER: 4462

A 55-year-old white female randomized to ABT-594 225 μg BID reported stomach upset and nausea (COSTART Terms: dyspepsia, nausea) on Study Day 5, "fluttering" (COSTART Term: emotional lability) on Study Day 9, and diarrhea, confusion, moaning, crying, and shaking (COSTART Terms: diarrhea, confusion, emotional lability) on Study Day 10. Subject was receiving 150 μg BID on Study Day 5 (Titration Phase) and had reached her randomization dose of 225 μg BID by Study Day 9. Study drug was discontinued on Study Day 10 and the events resolved on the same day. The investigator considered the events of dyspepsia, emotional lability, diarrhea, and confusion probably related to study drug.

INVESTIGATOR: Simmons

SUBJECT NUMBER: 4275

A 69-year-old white female randomized to ABT-594 225 μg BID and receiving 150 μg BID on Study Day 5 and 225 μg BID from Study Day 6 (Titration Phase) on, reported nausea and vivid dreams (COSTART Terms: nausea, abnormal dreams) on Study Day 5, chills, headache and vomiting (COSTART Terms: chills, headache, vomiting) on Study

ABBT238739

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Day 7, and diarrhea (COSTART Term: diarrhea) on Study Day 10. Study drug was discontinued on Study Day 10, and the event of vomiting resolved the same day. The events of chills, diarrhea, nausea, and vivid dreams resolved on Study Day 11 (1 day post-treatment). The event of headache resolved on Study Day 15 (5 days post-treatment). The investigator considered the events of chills, diarrhea, headache, nausea, vivid dreams, and vomiting probably related to study drug.

INVESTIGATOR: Simmons

SUBJECT NUMBER: 4277

A 56-year-old white female randomized to ABT-594 225 µg BID and receiving 225 µg BID from Study Day 6 (Titration Phase) on, reported nausea (COSTART Term: nausea) on Study Day 6 and vivid dreams (COSTART Term: abnormal dreams) on Study Day 9. Study drug was discontinued on Study Day 9, and the events resolved on Study Day 10 (1 day post-treatment). The investigator considered the events of nausea and vivid dreams probably related to study drug.

INVESTIGATOR: Singer

SUBJECT NUMBER: 4404

A 60-year-old white female randomized to ABT-594 225 µg BID and receiving 75 µg BID on Study Day 3 (Titration Phase) reported insomnia (COSTART Term: insomnia) on Study Day 3. Study drug was discontinued on Study Day 17 and the event was reported as ongoing on Study Day 18 (1 day post-treatment). The investigator considered the event of insomnia probably related to study drug.

Highly Confidential

ABBT238740

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Singer

SUBJECT NUMBER: 4408

A 70-year-old white female randomized to ABT-594 225 µg BID and receiving 150 µg BID on Study Day 5 (Titration Phase) reported vomiting (COSTART Term: vomiting) on Study Day 5. Study drug was discontinued on Study Day 10 and the event resolved on Study Day 11 (1 day post-treatment). The investigator considered the event of vomiting probably related to study drug.

INVESTIGATOR: Sivakumar

SUBJECT NUMBER: 4036

A 59-year-old white female randomized to ABT-594 225 µg BID and receiving 75 µg BID on Study Day 2 (Titration Phase) reported severe nausea (COSTART Term: nausea) on Study Day 2. Study drug was discontinued on Study Day 4. The event of severe nausea transitioned to mild nausea on Study Day 6 (2 days post-treatment), and the event of mild nausea resolved on Study Day 9 (5 days post-treatment). The investigator considered the event of severe nausea possibly related to study drug and noted possible flu, although afebrile, as an alternative etiology.

INVESTIGATOR: Sivakumar

SUBJECT NUMBER: 4040

A 57-year-old white male randomized to ABT-594 225 µg BID and receiving 75 µg BID on Study Days 1 and 3 and 150 µg BID on Study Day 5 (Titration Phase) reported irritability (COSTART Term: nervousness) on Study Day 1, diarrhea (COSTART Term: diarrhea) on Study Day 3, and burning eyes and vivid dreams (COSTART Terms: eye disorder, abnormal dreams) on Study Day 5. Study drug was discontinued on Study Day 7, and the events of diarrhea and vivid dreams resolved the same day. The event of

ABBT238741

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

irritability resolved on Study Day 8 (1 day post-treatment), and the event of burning eyes
resolved on Study Day 10 (3 days post-treatment). The investigator considered the events
of diarrhea and vivid dreams possibly related to study drug and noted flu and "took
antihistamine, rebound REM sleep", respectively, as alternative etiologies. The
investigator considered the events of burning eyes and irritability probably not related to
study drug and noted eye strain and not feeling well, respectively, as alternative etiologies.


INVESTIGATOR: Steel

SUBJECT NUMBER: 4212

A 56-year-old black female randomized to ABT-594 225 µg BID and receiving 75 µg on
Study Day 1 reported tremors, increased blood pressure (160/100 mmHg), nausea, chills,
increased pulse rate (108 bpm), chest discomfort, dizziness, visual hallucinations,
nightmare, nervousness, loss of balance and headache (COSTART Terms: tremor,
hypertension, nausea, chills, tachycardia, chest pain, dizziness, hallucinations, abnormal
dreams, nervousness, ataxia, and headache) on Study Day 1. Study drug was discontinued
on the same day and the events resolved on Study Day 2 (1 day post-treatment). The
investigator considered the events of tremor, hypertension, nausea, chills, tachycardia,
chest pain, dizziness, hallucinations, abnormal dreams, nervousness, ataxia, and headache
probably related to study drug.


INVESTIGATOR: Weinstein

SUBJECT NUMBER: 4022

A 60-year-old white male randomized to ABT-594 225 µg BID reported hair loss
(COSTART Term: alopecia) on Study Day 9, nausea (COSTART Term: nausea) on
Study Day 31, and vomiting (COSTART Term: vomiting) on Study Day 35. Study drug
was discontinued on Study Day 36. The event of nausea resolved on Study Day 31 in
24 hours or less. The event of vomiting resolved on Study Day 37 (1 day post-treatment).
The event of hair loss resolved on Study Day 138 (102 days post-treatment). The

ABBT238742

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

investigator considered the events of nausea and vomiting probably related to study drug.
The investigator considered the event of hair loss probably not related to study drug and
noted extension of male pattern baldness as an alternative etiology.


INVESTIGATOR: Weinstein

SUBJECT NUMBER: 4489

A 79-year-old white male randomized to ABT-594 225 μg BID and receiving 75 μg BID
on Study Day 2 and 150 μg BID on Study Day 5 (Titration Phase) reported diarrhea and
dizziness (COSTART Terms: diarrhea, dizziness) on Study Day 2 and reported feeling
cold, hands numb (COSTART Term: chills, paresthesia) on Study Day 5. Study drug
was discontinued on Study Day 6 after receiving 225 μg BID, and the event of feeling
cold, hands numb resolved the same day. The events of diarrhea and dizziness resolved on
Study Day 11 (5 days post-treatment). The investigator considered the events of diarrhea
and dizziness probably related to study drug. The investigator considered the event of
feeling cold, hands numb probably not related to study drug and noted secondary to
diarrhea as an alternative etiology.


**Premature Discontinuations Due to Adverse Events Among ABT-594 300 μg BID
Subjects**

INVESTIGATOR: Baumel

SUBJECT NUMBER: 4146

A 76-year-old white female randomized to ABT-594 300 μg BID and receiving 150 μg
BID on Study Day 5 (Titration Phase) reported dizziness and headaches (COSTART
Terms: dizziness, headache) on Study Day 5. Study drug was discontinued on Study
Day 11. The event of headaches resolved on Study Day 16 (5 days post-treatment). The
event of dizziness continued as of Study Day 21 (10 days post-treatment). The

ABBT238743

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

investigator considered the events of dizziness and headaches probably related to study drug.


INVESTIGATOR: Baumel

SUBJECT NUMBER: 4232

A 71-year-old white male randomized to ABT-594 300 µg BID and receiving 75 µg BID on Study Day 3 (Titration Phase) reported nightmares and abdominal discomfort (COSTART Terms: abnormal dreams, abdominal pain) on Study Day 3. Study drug was discontinued on Study Day 4 and the events resolved on Study Day 5 (1 day post-treatment). The investigator considered the events of abnormal dreams and abdominal pain probably related to study drug.


INVESTIGATOR: Biton

SUBJECT NUMBER: 4260

A 61-year-old white male randomized to ABT-594 300 µg BID and receiving 150 µg BID on Study Day 4 (Titration Phase) reported feeling weak, dizzy, cold, clammy and "drunk" (COSTART Terms: asthenia, dizziness, chills, sweating, stupor) on Study Day 4. Study drug was discontinued on the same day and the subject was taken to the emergency room, where an ECG, MRI and laboratory tests were performed. The results of these tests were within normal limits and no other treatment was given. The events resolved on Study Day 5 (1 day post-treatment). The investigator considered the events of asthenia, dizziness, chills, sweating, and stupor probably related to study drug.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Bromberg

SUBJECT NUMBER: 4113

A 69-year-old white female randomized to ABT-594 300 µg BID reported nausea
(COSTART Term: nausea) on Study Day 5 and bizarre, unusual dreams (COSTART
Term: abnormal dreams) on Study Day 11. Subject was receiving 150 µg BID on Study
Day 5 (Titration Phase) and had reached the full randomization dose of 300 µg BID by
Study Day 11. Study drug was discontinued on Study Day 18. The events resolved on
Study Day 17. The investigator considered the events of nausea and abnormal dreams
probably related to study drug.


INVESTIGATOR: Bromberg

SUBJECT NUMBER: 4117

A 50-year-old white female randomized to ABT-594 300 µg BID and receiving 75 µg
BID on Study Day 1 (Titration Phase) reported nausea and dizziness (COSTART Terms:
nausea and dizziness) on Study Day 1. Study drug was discontinued on Study Day 8 and
the events resolved on Study Day 9 (1 day post-treatment). The investigator considered
the events of nausea and dizziness probably related to study drug.


INVESTIGATOR: DeBold

SUBJECT NUMBER: 4051

A 71-year-old white male randomized to ABT-594 300 µg BID and receiving 150 µg BID
on Study Day 5 (Titration Phase) reported exacerbations of intermittent nausea, vomiting,
lightheadedness and white halo visual disturbances (COSTART Terms: nausea, vomiting,
dizziness, and abnormal vision) on Study Day 5. Study drug was discontinued on Study
Day 11 and the events resolved on Study Day 12 (1 day post-treatment). The subject had
a history of intermittent nausea, vomiting, lightheadedness and white halo visual

Highly Confidential

ABBT238745

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

disturbances since 1997 and was symptomatic at the time of Screening. The subject was treated with Alka-Seltzer® and referred to his primary care physician. The investigator considered the events of nausea, vomiting, and dizziness probably related to study drug and the event of abnormal vision possibly related to study drug and noted an alternative etiology of history of intermittent white halo visual disturbances.

INVESTIGATOR: DeBold

SUBJECT NUMBER: 4055

A 75-year-old white male randomized to ABT-594 300 µg BID reported intermittent dull headaches and abdominal bloating (COSTART Terms: headache and abdomen enlarged) on Study Day 2 and intermittent nausea and vomiting (COSTART Terms: nausea and vomiting) on Study Day 9. Subject was receiving 75 µg BID on Study Day 2 (Titration Phase) and had reached his randomization dose of 300 µg BID by Study Day 9. Study drug was discontinued on Study Day 15. The events of headache, nausea and vomiting resolved on Study Day 16 (1 day post-treatment) and the event of abdominal bloating resolved on Study Day 18 (3 days post-treatment). The investigator considered the events of headache, abdomen enlarged, nausea and vomiting probably related to study drug.

INVESTIGATOR: DeBold

SUBJECT NUMBER: 4057

A 72-year-old white male randomized to ABT-594 300 µg BID reported intermittent nausea and vomiting (COSTART Terms: nausea and vomiting) on Study Day 12. Study drug was discontinued on Study Day 17 and the events resolved on the same day. The investigator considered the events of nausea and vomiting probably related to study drug.

INVESTIGATOR: Drucker

SUBJECT NUMBER: 4002 (see serious adverse event narrative for this subject)

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Drucker

SUBJECT NUMBER: 4006

A 72-year-old white female randomized to ABT-594 300 µg BID and receiving 75 µg
BID on Study Day 2 (Titration Phase) reported generalized weakness, intense numbness
throughout entire body and nightmare (COSTART Terms: asthenia, paresthesia, and
abnormal dreams) on Study Day 2. Study drug was discontinued on Study Day 2 and the
events resolved on the same day. The investigator considered the events of asthenia,
paresthesia, and abnormal dreams probably related to study drug.

INVESTIGATOR: Eisner

SUBJECT NUMBER: 4243

A 68-year-old white male randomized to ABT-594 300 µg BID reported nausea and
vomiting (COSTART Terms: nausea, vomiting) on Study Days 7 and 9, respectively.
Subject was receiving 225 µg BID on Study Day 7 (Titration Phase) and had reached his
randomized dose of 300 µg BID by Study Day 9. Study drug was discontinued on Study
Day 11 and the events of nausea and vomiting resolved on Study Day 13 (2 days post-
treatment). The investigator considered the events of nausea and vomiting probably
related to study drug.

INVESTIGATOR: Eisner

SUBJECT NUMBER: 4246

A 77-year-old black female randomized to ABT-594 300 µg BID reported hyperglycemia
(COSTART Term: hyperglycemia) on Study Day 14. Study drug was discontinued on
Study Day 24. Subject was treated with Glucophage® 500 mg BID and Glucotrol XL®
10 mg BID and the event resolved on Study Day 35 (11 days post-treatment). The
subject had a history of diabetes mellitus since 1983. The investigator considered the
event of hyperglycemia probably related to study drug.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Fried

SUBJECT NUMBER: 4087

A 74-year-old white female randomized to ABT-594 300 µg BID and receiving 75 µg
BID on Study Days 1 and 2 (Titration Phase), reported diarrhea (COSTART Term:
diarrhea) on Study Day 1 and reported fatigue, gastrointestinal upset and lightheadedness
(COSTART Terms: asthenia, dyspepsia, dizziness) on Study Day 2. Study drug was
discontinued on Study Day 4, and all events resolved on Study Day 6 (2 days post-
treatment). The investigator considered the events of diarrhea, fatigue, GI upset and
lightheadedness probably related to study drug.

INVESTIGATOR: Gibson

SUBJECT NUMBER: 4354

A 72-year-old white female randomized to ABT-594 300 µg BID and receiving 75 µg
BID on Study Day 2 (Titration Phase) reported high blood pressure (180/115 mmHg),
feeling flushed and energetic, warmth in legs, nausea, and nightmares (COSTART Terms:
hypertension, vasodilation, nervousness, nausea, and abnormal dreams) on Study Day 2.
Study drug was discontinued on Study Day 2 and the events resolved on the same day.
The investigator considered the events of high blood pressure, feeling flushed and
energetic, and warmth in legs as not related to study drug and noted underlying
hypertension as an alternative etiology. The subject had a history of hypertension and has
been treated with Avapro® 150 mg QD since 1985. The investigator considered the
events of nausea and nightmares probably related to study drug.

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Gibson

SUBJECT NUMBER: 4359

A 31-year-old white male randomized to ABT-594 300 µg BID and receiving 75 µg BID
on Study Day 3 (Titration Phase) reported nausea and vomiting (COSTART Terms:
nausea and vomiting) on Study Day 3. Study drug was discontinued on Study Day 27 and
the events resolved on Study Day 28 (1 day post-treatment). Subject was treated with
Phenergan®. The investigator considered the events of nausea and vomiting probably
related to study drug.

INVESTIGATOR: Gibson

SUBJECT NUMBER: 4363

A 55-year-old white male randomized to ABT-594 300 µg BID and receiving 150 µg BID
on Study Day 5 (Titration Phase) reported "chills - felt cold and clammy - then hot"
(COSTART Term: chills) on Study Day 5. Study drug was discontinued on Study Day 14
and the event resolved on Study Day 15 (1 day post-treatment). The investigator
considered the event of chills possibly related to study drug and noted an alternative
etiology of infection.

INVESTIGATOR: Gibson

SUBJECT NUMBER: 4367

A 32-year-old white male randomized to ABT-594 300 µg BID and receiving 150 µg BID
on Study Day 4 (Titration Phase) reported nausea and vomiting (COSTART Terms:
nausea and vomiting) on Study Day 4. Study drug was discontinued on Study Day 12 and
the event resolved on Study Day 13 (1 day post-treatment). The investigator considered
the events of nausea and vomiting probably related to study drug.

ABBT238749

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Gleeson

SUBJECT NUMBER: 4164

A 51-year-old white female randomized to ABT-594 300 µg BID and receiving 75 µg
BID on Study Day 2 (Titration Phase) reported dizziness/light-headedness and
disorientation (COSTART Terms: dizziness and confusion) on Study Day 2. Study drug
was discontinued on Study Day 2 and the event resolved on the same day. The
investigator considered the events of dizziness and confusion probably related to study
drug.

INVESTIGATOR: Haag

SUBJECT NUMBER: 4340

A 72-year-old white male randomized to ABT-594 300 µg BID and receiving 75 µg BID
on Study Day 1 (Titration Phase) reported sleep disturbances (COSTART Term:
insomnia) on Study Day 1. Study drug was discontinued on Study Day 5 and the event
resolved the same day. The investigator considered the event of insomnia probably related
to study drug.

INVESTIGATOR: Haag

SUBJECT NUMBER: 4341

An 85-year-old white male randomized to ABT-594 300 µg BID reported mental status
changes (COSTART Term: thinking abnormal) on Study Day 29. Study drug was
discontinued on Study Day 36 and the event resolved on Study Day 40 (4 days post-
treatment). The investigator considered the event of thinking abnormal probably related
to study drug.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Hewitt

SUBJECT NUMBER: 4309

A 76-year-old white male randomized to ABT-594 300 μg BID reported vomiting
(COSTART Term: vomiting) on Study Day 24.  Study drug was discontinued on Study
Day 24 and the event resolved the same day.  The investigator considered the event of
vomiting probably related to study drug.

INVESTIGATOR: Hewitt

SUBJECT NUMBER: 4313

A 68-year-old black male randomized to ABT-594 300 μg BID reported flu symptoms
(COSTART Term: flu syndrome) on Study Day 8.  Study drug was discontinued on
Study Day 8, and the event resolved on Study Day 15 (10 days post-treatment).  The
investigator considered the event of flu not related to study drug.

INVESTIGATOR: Holmlund

SUBJECT NUMBER: 4193 (see serious adverse event narrative for this subject)

INVESTIGATOR: Holmlund

SUBJECT NUMBER: 4197 (see serious adverse event narrative for this subject)

Highly Confidential

ABBT238751

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Kafka

SUBJECT NUMBER: 4420

A 76-year-old white female randomized to ABT-594 300 μg BID and receiving 75 μg
BID on Study Day 3 and 300 μg BID on Study Day 8, reported insomnia (COSTART
Term: insomnia) on Study Day 3 and reported aching jaw, heart palpitations and elevated
blood pressure (COSTART Terms: pain, palpitation, hypertension) on Study Day 8.
Study drug was discontinued on Study Day 8 and the jaw pain resolved the same day.
The event of heart palpitations resolved on Study Day 9 (1 day post-treatment). The
event of insomnia resolved on Study Day 11 (3 days post-treatment), and the event of
elevated blood pressure resolved on Study Day 13 (5 days post-treatment). The
investigator considered the event of jaw pain probably not related to study drug and noted
heart palpitations as an alternative etiology. The investigator considered the events of
heart palpitations, insomnia and elevated blood pressure possibly related to study drug and
noted valve prosthesis, diabetic neuropathy and exacerbation of hypertension, respectively,
as alternative etiologies.


INVESTIGATOR: Kafka

SUBJECT NUMBER: 4423

A 70-year-old white male randomized to ABT-594 300 μg BID and receiving 225 μg BID
on Study Day 6 (Titration Phase) reported nausea (COSTART Term: nausea) on Study
Day 6. Study drug was discontinued on Study Day 25 and the event resolved on Study
Day 26 (1 day post-treatment). The investigator considered the event of nausea probably
related to study drug.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Kipnes

SUBJECT NUMBER: 4065

A 64-year-old white female randomized to ABT-594 300 µg BID and receiving 75 µg
BID on Study Day 1 (Titration Phase) reported nausea, headache, lightheadedness, chest
tightness with no radiation, and redness around eye folds (COSTART Terms: nausea,
headache, dizziness, chest pain, rash) on Study Day 1. Study drug was discontinued on
Study Day 4, and all events except the rash resolved the same day. The event of rash
resolved on Study Day 7 (3 days post-treatment). The investigator considered the events
of nausea, headache, lightheadedness, chest tightness, and rash probably related to study
drug.

INVESTIGATOR: Kipnes

SUBJECT NUMBER: 4072

A 69-year-old white female randomized to ABT-594 300 µg BID and receiving 75 µg
BID on Study Day 1 (Titration Phase) reported nausea, belching, and abdominal
discomfort (COSTART Terms: nausea, eructation, abdominal pain) on Study Day 1.
Study drug was discontinued on Study Day 7, and the events resolved on Study Day 9
(2 days post-treatment). The investigator considered the events of nausea, belching, and
abdominal discomfort possibly related to study drug and noted viral gastrointestinal
syndrome as an alternative etiology.

INVESTIGATOR: Kirby

SUBJECT NUMBER: 4178

A 62-year-old white male randomized to ABT-594 300 µg BID reported a backache
(COSTART Term: back pain) on Study Day 9. Study drug was discontinued on Study

ABBT238753

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Day 10 and the event resolved on Study Day 12 (2 days post-treatment).  The investigator considered the event of back pain probably related to study drug.

INVESTIGATOR:  Kirby

SUBJECT NUMBER:  4184

A 57-year-old white female randomized to ABT-594 300 μg BID and receiving 75 μg BID on Study Day 3 and 150 μg BID on Study Day 4 reported dizziness and nausea (COSTART Terms: dizziness, nausea) on Study Days 3 and 4, respectively.  Study drug was discontinued on Study Day 10 and the event resolved on Study Day 12 (2 days post-treatment).  The investigator considered the events of dizziness and nausea probably related to study drug.

INVESTIGATOR:  Kluge

SUBJECT NUMBER:  4135

A 60-year-old white female randomized to ABT-594 300 μg BID and receiving 150 μg BID on Study Day 4 (Titration Phase) reported aches in body, loose bowels, malaise, nausea, racing heart, vomiting and weird dreams (COSTART Terms:  pain, diarrhea, malaise, nausea, tachycardia, vomiting, abnormal dreams) on Study Day 4.  Study drug was discontinued on Study Day 4, and all events resolved on Study Day 6 (2 days post-treatment).  The investigator considered the events of body aches, loose bowels, malaise, nausea, racing heart and vomiting not related to study drug and noted gastroenteritis as an alternative etiology.  The investigator considered the event of weird dreams probably related to study drug.

INVESTIGATOR:  Rowbotham

SUBJECT NUMBER:  4291

Highly Confidential

ABBT238754

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

A 67-year-old white male randomized to ABT-594 300 µg BID and receiving 75 µg BID
on Study Day 2 (Titration Phase) reported trouble breathing (COSTART Term: dyspnea)
on Study Day 2. Study drug was discontinued on Study Day 19, and the event resolved
on Study Day 23 (4 days post-treatment). The investigator considered the event of
trouble breathing possibly related to study drug and noted intermittent sinusitis as an
alternative etiology.


INVESTIGATOR: Shaibani

SUBJECT NUMBER: 4450

A 58-year-old white female randomized to ABT-594 300 µg BID reported "nausea and
epigastric pain" with a final diagnosis of GI upset (COSTART Term: dyspepsia) on Study
Day 14. Study drug was discontinued on Study Day 30 and the event resolved on Study
Day 33 (3 day post-treatment). The subject was treated with Phenergan® 25 mg PRN.
The investigator considered the event of dyspepsia probably related to study drug.


INVESTIGATOR: Shaibani

SUBJECT NUMBER: 4456

A 57-year-old white male randomized to ABT-594 300 µg BID and receiving 75 µg BID
on Study Days 1 and 3 and 225 µg BID on Study Day 7 reported headaches and
lightheadedness (COSTART Terms: headache, dizziness) on Study Day 1, sleeplessness
caused by stomach acids and depression (COSTART Terms: insomnia, depression) on
Study Day 3, and rectal bleeding (COSTART Term: rectal hemorrhage) on Study Day 7.
Study drug was discontinued on Study Day 7 and the events resolved on Study Day 8 (1
day post-treatment). The investigator considered the events of headache, dizziness and
insomnia probably related to study drug and the events of rectal hemorrhage and
depression possibly related to study drug noting alternative etiologies of hemorrhoids and
pain, respectively.

Highly Confidential

ABBT238755

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Highly Confidential

ABBT238756

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

INVESTIGATOR: Simmons

SUBJECT NUMBER: 4273

A 58-year-old white male randomized to ABT-594 300 µg BID and receiving 150 µg BID
on Study Day 5, 225 µg BID on Study Day 6, and 300 µg BID on Study Day 8 reported
constriction-like feeling in chest, headache, stomach upset, and unusual dreams
(COSTART Terms: chest pain, headache, dyspepsia, abnormal dreams) on Study Day 5,
bad taste in mouth, body ache, cognitive dysfunction, and dry mouth (COSTART Terms:
taste perversion, pain, thinking abnormal, dry mouth) on Study Day 6, nausea (COSTART
Term: nausea) on Study Day 9, and bloating and decreased appetite (COSTART Terms:
flatulence, anorexia) on Study Day 10. Study drug was discontinued on Study Day 11,
and all events resolved on the same day. The investigator considered the events of chest
pain, headache, stomach upset, unusual dreams, bad taste in mouth, body ache, cognitive
dysfunction, dry mouth, nausea, bloating, and decreased appetite probably related to study
drug.

INVESTIGATOR: Singer

SUBJECT NUMBER: 4403

A 57-year-old black female randomized to ABT-594 300 µg BID and receiving 225 µg
BID on Study Day 6 (Titration Phase) reported insomnia (COSTART Term: insomnia) on
Study Day 6. Study drug was discontinued on Study Day 33 and the event resolved on
Study Day 35 (2 days post-treatment). The investigator considered the event of insomnia
probably related to study drug.

INVESTIGATOR: Steel

SUBJECT NUMBER: 4210

Highly Confidential

ABBT238757

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

A 73-year-old white male randomized to ABT-594 300 µg BID reported vomiting twice (COSTART Term: vomiting) on Study Day 9. Study drug was discontinued on Study Day 9, and the event resolved on Study Day 10 (1 day post-treatment). The investigator considered the event of vomiting probably related to study drug.

INVESTIGATOR: Steel

SUBJECT NUMBER: 4215

A 60-year-old white female randomized to ABT-594 300 µg BID reported nausea (COSTART Term: nausea) on Study Day 9. Study drug was discontinued on Study Day 9 and the event resolved on the same day. The investigator considered the event of nausea probably related to study drug.

INVESTIGATOR: Storey

SUBJECT NUMBER: 4098

A 70-year-old white female randomized to ABT-594 300 µg BID and receiving 150 µg on Study Day 4 (Titration Phase) reported nausea and weakness (COSTART Terms: nausea, asthenia) on Study Day 4. Study drug was discontinued on Study Day 8 and the events resolved the same day. The investigator considered the events of nausea and weakness probably related to study drug.

INVESTIGATOR: Storey

SUBJECT NUMBER: 4102

A 69-year-old white female randomized to ABT-594 300 µg BID and receiving 75 µg BID on Study Day 1 (Titration Phase) reported dizziness, nausea, pain and throbbing in head, unpleasant dream, vomiting, and weakness (COSTART Terms: nausea, headache, abnormal dreams, vomiting, asthenia) on Study Day 1. Study drug was discontinued on

ABBT238758

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Study Day 2. The events of unpleasant dream and vomiting resolved on Study Day 1.
The events of nausea and weakness resolved on Study Day 2. The events of dizziness and
headache resolved on Study Day 3 (1 day post-treatment). The investigator considered
the events of dizziness, headache, and weakness possibly related to study drug and noted
diabetes as an alternative etiology. The investigator considered the events of nausea and
vomiting possibly related to study drug and noted upset stomach as an alternative
etiology. The investigator considered unpleasant dream possibly related to study drug and
noted fatigue as an alternative etiology.


INVESTIGATOR: Storey

SUBJECT NUMBER: 4106

A 61-year-old white male randomized to ABT-594 300 µg BID and receiving 225 µg BID
on Study Day 7 (Titration Phase) reported throbbing and pain in head, and unstable and
lightheadedness (COSTART Terms: headache, dizziness) on Study Day 7. Study drug
was discontinued on Study Day 11. The event of headache resolved on Study Day 10,
and the event of dizziness resolved on Study Day 12 (1 day post-treatment). The
investigator considered the events of headache and dizziness probably related to study
drug.


INVESTIGATOR: Weinstein

SUBJECT NUMBER: 4024

A 63-year-old white female randomized to ABT-594 300 µg BID and receiving 75 µg
BID on Study Days 2 and 3 (Titration Phase) reported dizziness and nausea (COSTART
Terms: dizziness, nausea) on Study Day 2, and reported gas, bilateral leg and foot cramps
and sweating (COSTART Terms: flatulence, leg cramps, sweating) on Study Day 3.
Study drug was discontinued on Study Day 7 and all events resolved on Study Day 10
(3 days post-treatment). The investigator considered the events of dizziness, nausea and
gas probably related to study drug. The investigator considered the event of bilateral

Highly Confidential

ABBT238759

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

leg/foot cramps possibly related to study drug and noted idiopathic muscle spasm as an alternative etiology. The investigator considered the event of sweating probably not related to study drug and noted GI upset as an alternative etiology.


INVESTIGATOR: Weinstein

SUBJECT NUMBER: 4031 (see serious adverse event narrative for this subject)


INVESTIGATOR: Weinstein

SUBJECT NUMBER: 4492

A 62-year-old white male randomized to ABT-594 300 μg BID reported a dislocated left shoulder (COSTART Term: accidental injury) on Study Day 20. Study drug was discontinued on Study Day 25. Treatment included Demerol® and Vicodin®. The event continued as of Study Day 73 (48 days post-treatment). The investigator considered the event of dislocated left shoulder not related to study drug and noted motor vehicle accident as the alternative etiology.

Highly Confidential

ABBT238760

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### Table 14.3.4__1.0
### Criteria for Potentially Clinically Significant Values for Laboratory,
### Vital Signs, and Electrocardiogram Variables

| Hematology | Very Low (VL) | Very High (VH) |
|---|---|---|
| Hemoglobin (g/dL) | | |
|     Female | ≤9.5 | ≥16.5 |
|     Male | ≤11.5 | ≥18.5 |
| Hematocrit (%) | | |
|     Female | ≤32 | ≥50 |
|     Male | ≤37 | ≥55 |
| Red Blood Cells (RBCs) (X $10^{12}$/L) | | |
|     Female | ≤3.5 | ≥6.0 |
|     Male | ≤3.8 | ≥7.0 |
| White Blood Cells (WBCs) (X $10^9$/L) | ≤2.8 | ≥16.0 |
| Platelet Count (X $10^9$/L) | ≤75 | ≥700 |
| Eosinophils (%) | | ≥10 |
| Basophils (%) | | ≥10 |
| Lymphocytes (%) | | ≥75 |
| Monocytes (%) | | ≥15 |
| Neutrophils (%) | ≤15 | |
| Bands (%) | | ≥10 |
| Mean Corpuscular Volume (MCV) (fL) | ≤0.8 X LLN | ≥1.2 X ULN |
| Mean Corpuscular Hemoglobin Concentration (MCHC) (g/dL) | ≤0.8 X LLN | ≥1.2 X ULN |
| Atypical Lymphocytes (%) | | ≥5 |
| Prothrombin Time (PT) (sec) | | ≥2 X ULN |
| Partial Thromboplastin Time (PTT) (sec) | | ≥2 X ULN |
| LLN = Lower limit normal    ULN = Upper limit normal | | |

Highly Confidential

ABBT238761

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Table 14.3.4__1.0**
**Criteria for Potentially Clinically Significant Values for Laboratory,**
**Vital Signs, and Electrocardiogram Variables (Continued)**

| Chemistry | Very Low (VL) | Very High (VH) |
|---|---|---|
| Albumin (g/dL) | ≤2.5 | |
| Alkaline Phosphatase (IU/L) | | ≥3 X ULN |
| Bicarbonate (mEq/L) | ≤12 | ≥38 |
| BUN (mg/dL) | | ≥30 |
| Calcium (mg/dL) | ≤8.2 | ≥12 |
| Chloride (mEq/L) | ≤90 | ≥118 |
| Cholesterol (mg/dL) | | ≥600 |
| Creatinine (mg/dL) | | ≥2.0 |
| Direct Bilirubin (mg/dL) | | ≥2.0 |
| Glucose (mg/dL) | ≤45 | ≥175 |
| LDH (IU/L) | | ≥3 X ULN |
| Inorganic Phosphorus (mg/dL) | ≤1.7 | ≥5.5 |
| Potassium (mEq/L) | ≤3.0 | ≥6.0 |
| SGOT/AST (IU/L) | | ≥3 X ULN |
| SGPT/ALT (IU/L) | | ≥3 X ULN |
| Sodium (mEq/L) | ≤126 | ≥156 |
| Total Bilirubin (mg/dL) | | ≥2.0 |
| Total Protein (g/dL) | ≤4.5 | ≥10 |
| Triglycerides (mg/dL) | | ≥600 |
| Uric Acid (mg/dL) | | |
|     Female | | ≥8.5 |
|     Male | | ≥10.5 |
| ULN = Upper limit of normal | | |

Highly Confidential

ABBT238762

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Table 14.3.4__1.0
### Criteria for Potentially Clinically Significant Values for Laboratory, Vital Signs, and Electrocardiogram Variables (Continued)

| Urinalysis | Very Low (VL) | Very High (VH) |
|---|---|---|
| Specific Gravity | ≤1.001 | ≥1.030 |
| pH | ≤ 4 | ≥9 |
| Protein | | ≥3+ (≥10)[a] |
| Ketones | | ≥3+ [a] |
| RBC | | |
| Female | | ≥10/hpf |
| Male | | ≥8/hpf |
| WBC | | ≥10/hpf (≥2+) |
| Casts | | ≥9 |
| Glucose | | ≥3+ [a] |
| **Oral Body Temperature** | | |
| Temperature | Low: decreased ≥2°F from baseline | |
| | High: ≥101 °F | |
| Supine or Sitting Vital Signs | | |
| Systolic Blood Pressure | Low: ≤90 mm Hg and decreased ≥30 from baseline | |
| | High: ≥180 mm Hg and increased ≥40 from baseline | |
| Diastolic Blood Pressure | Low: ≤50 mm Hg and decreased ≥20 from baseline | |
| | High: ≥105 mm Hg and increased ≥30 from baseline | |
| Heart Rate | Low: ≤50 bpm and decreased ≥30 bpm from baseline | |
| | High: ≥120 bpm and increased ≥30 bpm from baseline | |
| **Electrocardiogram** | | |
| PR Interval | High: ≥210 msec | |
| QRS Duration | Low: ≤50 msec | |
| | High: ≥150 msec | |
| QT Interval | Low: ≤200 msec | |
| | High: ≥500 msec | |
| QT$_C$ Interval[b] | Low: ≤200 msec | |
| | High: ≥500 msec | |
| Heart Rate | Low: ≤50 bpm and decreased ≥30 bpm from baseline | |
| | High: ≥120 bpm and increased ≥30 bpm from baseline | |

hpf = high power field
[a]  ≥3+ on a scale with 4+ being the maximum value.
[b]  QT$_C$ calculated as QT divided by the square root of RR interval.

Highly Confidential

ABBT238763

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## 15.0   Reference List

1.   American Academy of Pain Medicine (1997).  The Use of Opioids for the Treatment of Chronic Pain.  pp. 1-4.

2.   Sullivan JP, Bannon AW.  Epibatidine:  pharmacologic properties of a novel nicotinic acetylcholine agonist and analgesic agent.  CNS Drug Rev 1996;2(1):21-39.

3.   Sullivan JP, Briggs CA, Donnelly-Roberts D, et al.  (±)-Epibatidine can differentially evoke responses mediated by putative subtypes of nicotinic acetylcholine receptors (nAChRs).  Med Chem Res 1994;4:502-16.

4.   Dutta S, Zhang Y, Schweitzer SM, Chira T.  A double-blind, placebo-controlled study of the safety, tolerability and pharmacokinetics of escalating doses of twice daily dosing of a hard gelatin capsule formulation of ABT-594 in adult subjects in general good health:  Abbott Laboratories; Integrated Clinical/Statistical Summary, Study M99-120; Document No. R&D/00/114, 2001.

5.   Collicott M, Morris D, McCarthy B, Silber C.  A randomized, double-blind, placebo-controlled, comparison of the safety and efficacy of ABT-594 and ibuprofen to placebo in patients with pain associated with osteoarthritis of the knee:  Abbott Laboratories; Integrated Clinical/Statistical Summary, Study M98-826; Document No. R&D/99/121, 2000.

6.   Morris D, McCarthy B, Silber C. A randomized, double blind, placebo-controlled, comparison of the safety and efficacy of ABT-594 to placebo in patients with painful polyneuropathies:  Abbott Laboratories; Integrated Clinical/Statistical Summary, Study M98-833; Document No. R&D/99/280, 2000.

7.   Ware JE.  SF-36™ Health Survey Manual and Interpretation Guide.  The Health Institute, New England Medical Center, 1997.

8.   Ware JE.  SF-36™ Physical & Mental Health Summary Scales:  A User's Manual.  Health Assessment Lab, New England Medical Center, 1994.

9.   Coding Symbols for Thesaurus of Adverse Reaction Terms, 5th Edition, Department of Health and Human Services, Food and Drug Administration, Rockville, MD, 1995.

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

10.   Backonja M, Beydoun A, Edwards KR, et al.  Gabapentin for the symptomatic
      treatment of painful neuropathy in patients with diabetes mellitus.  JAMA
      1998;208(21):1831-6.

Highly Confidential

ABBT238765

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

# 16.0 Appendices

## List of Appendices

| Number | Title | Number of Pages |
|--------|-------|-----------------|

### 16.1 Study Information

| Number | Title | Number of Pages |
|--------|-------|-----------------|
| 16.1.1 | Protocol and Protocol Amendments | |
| 16.1.2 | Sample Case Report Form (CRF) | |
| 16.1.3 | List of IEC/IRBS, Written Information for Subjects, and Representative Informed Consent | |
| 16.1.4 | List and Description of Investigators and Other Important Participants in the Study, Including Curricula Vitae | |
| 16.1.5 | Signature of Principal or Coordinating Investigator or Abbott Laboratories Responsible Medical Officer | |
| 16.1.6 | Listing of Subjects Receiving Test Drug(s)/ Investigational Product(s) from Specific Batches | 5 |
| 16.1.7 | Randomization Scheme and Codes | |
| 16.1.8 | Audit Certificates | |
| 16.1.9 | Documentation of Statistical Methods | 12 |
| 16.1.10 | Documentation of Inter-Laboratory Standardization Methods and Quality Assurance Procedures | |
| 16.1.11 | Publications Based on the Study | |
| 16.1.12 | Important Publications Referenced in the Report | |
| 16.1.13 | Efficacy Scales | |

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## List of Appendices

| Number | Title | Number of Pages |
|--------|-------|-----------------|
| **16.2 Subject Data Listings** | | |
| 16.2__0 | Abbreviations and Conventions | 1 |
| 16.2__1.1 | Subjects Who Prematurely Discontinued Study Drug Treatment | 28 |
| 16.2__1.2 | Other Medications and Supplements - Subjects Who Prematurely Discontinued | 65 |
| 16.2__1.3 | Subjects For Whom Blind Was Broken | 1 |
| 16.2__2.1 | Inclusion/Exclusion Criteria | 47 |
| 16.2__2.2 | Urine Drug Screen Results | 44 |
| 16.2__2.3 | Hepatitis Test Results | 47 |
| 16.2__2.4 | Pregnancy Test Results | 20 |
| 16.2__3.1 | Subjects Excluded From All Efficacy Evaluable Analyses | 11 |
| 16.2__3.2 | Data Excluded From Primary Efficacy Analyses | 246 |
| 16.2__4.1 | Subject Demographics | 23 |
| 16.2__4.2 | Subject Medical History | 173 |
| 16.2__4.3 | Tobacco and Alcohol Use | 47 |
| 16.2__4.4 | Physical Examination | 108 |
| 16.2__4.5.1 | Baseline Hematology Determinations - Part 1 | 62 |
| 16.2__4.5.2 | Baseline Hematology Determinations- Part 2 | 62 |
| 16.2__4.5.3 | Baseline Hematology Determinations - Part 3 | 62 |
| 16.2__4.5.4 | Baseline Hematology Determinations - Part 4 | 63 |
| 16.2__4.5.5 | Baseline Hematology Determinations - Comments and Values Outside the Reference Range | 54 |
| 16.2__4.6.1 | Baseline Chemistry Determinations - Part 1 | 62 |

Highly Confidential

ABBT238767

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### List of Appendices (continued)

| Number | Title | Number of Pages |
|--------|-------|-----------------|
| 16.2__4.6.2 | Baseline Chemistry Determinations - Part 2 | 62 |
| 16.2__4.6.3 | Baseline Chemistry Determinations - Part 3 | 62 |
| 16.2__4.6.4 | Baseline Chemistry Determinations - Part 4 | 62 |
| 16.2__4.6.5 | Baseline Chemistry Determinations - Part 5 | 62 |
| 16.2__4.6.6 | Baseline Chemistry Determinations - Comments and Values Outside the Reference Range | 83 |
| 16.2__4.7.1 | Baseline Urinalysis Determinations - Part 1 | 62 |
| 16.2__4.7.2 | Baseline Urinalysis Determinations - Part 2 | 62 |
| 16.2__4.7.3 | Baseline Urinalysis Determinations - Part 3 | 62 |
| 16.2__4.7.4 | Baseline Urinalysis Determinations - Part 4 | 63 |
| 16.2__4.7.5 | Baseline Urinalysis Determinations - Comments and Values Outside the Reference Range | 10 |
| 16.2__5.1.1 | Study Drug Administration - Part 1 | 72 |
| 16.2__5.1.2 | Study Drug Administration - Part 2 | 38 |
| 16.2__5.2 | Excess Study Drug Administration | 47 |
| 16.2__5.3.1 | Plasma Assay Results - Part 1 | 53 |
| 16.2__5.3.2 | Plasma Assay Results - Comments | 4 |
| 16.2__6.1 | Data Included In Primary Efficacy Analyses | 113 |
| 16.2__6.2.1 | Pain Assessment - Diary Based | 347 |
| 16.2__6.2.2 | Pain Assessment - Site Based | 51 |
| 16.2__6.3.1 | Neuropathic Pain Scale - Part 1 | 51 |
| 16.2__6.3.2 | Neuropathic Pain Scale - Comments | 1 |
| 16.2__6.4.1 | Quality of Life - Part 1 | 43 |

Highly Confidential

ABBT238768

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**List of Appendices (continued)**

| Number | Title | Number of Pages |
|---|---|---|
| 16.2__6.4.2 | Quality of Life - Part 2 | 45 |
| 16.2__6.4.3 | Quality of Life - Comments | 4 |
| 16.2__6.5 | Global Impression of Change | 37 |
| 16.2__7.1.1 | Adverse Events | 249 |
| 16.2__7.1.2 | Serious Adverse Events | 4 |
| 16.2__7.2 | Subject Death | 1 |
| 16.2__7.3 | Other Medications and Supplements | 142 |
| 16.2__7.4 | Protocol Allowed Medications | 64 |
| 16.2__8.1 | Laboratory Reference Ranges | 6 |
| 16.2__8.2.1 | Hematology Determinations - Part 1 | 78 |
| 16.2__8.2.2 | Hematology Determinations - Part 2 | 78 |
| 16.2__8.2.3 | Hematology Determinations - Part 3 | 78 |
| 16.2__8.2.4 | Hematology Determinations - Part 4 | 83 |
| 16.2__8.2.5 | Hematology Determinations - Comments and Values Outside the Reference Range | 99 |
| 16.2__8.3.1 | Chemistry Determinations - Part 1 | 79 |
| 16.2__8.3.2 | Chemistry Determinations - Part 2 | 78 |
| 16.2__8.3.3 | Chemistry Determinations - Part 3 | 78 |
| 16.2__8.3.4 | Chemistry Determinations - Part 4 | 78 |
| 16.2__8.3.5 | Chemistry Determinations - Part 5 | 78 |
| 16.2__8.3.6 | Chemistry Determinations - Comments and Values Outside the Reference Range | 150 |
| 16.2__8.4.1 | Urinalysis Determinations - Part 1 | 78 |

Highly Confidential

ABBT238769

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

16.2__8.4.2    Urinalysis Determinations - Part 2                    78

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

### List of Appendices (continued)

| Number | Title | Number of Pages |
|---|---|---|
| 16.2__8.4.3 | Urinalysis Determinations - Part 3 | 78 |
| 16.2__8.4.4 | Urinalysis Determinations - Part 4 | 82 |
| 16.2__8.4.5 | Urinalysis Determinations - Comments and Values Outside the Reference Range | 18 |
| 16.2__9.1 | Vital Signs | 89 |
| 16.2__9.2 | 12-Lead Electrocardiogram Results | 46 |

## 16.3 Case Report Forms (CRFs)

| 16.3.1 | CRFs for Deaths, Other Serious Adverse Events, and Withdrawals for Adverse Events | |
| 16.3.2 | Other CRFs Submitted | n/a |

## 16.4 Individual Subject Data Listings

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Appendix 16.1.1

### Protocol and Protocol Amendments

XXX Pages

Highly Confidential

ABBT238772

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Appendix 16.1.2**

**Sample Case Report Form (CRF)**

XXX Pages

Highly Confidential

ABBT238773

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Appendix 16.1.3

List of IEC/IRBs, Written Information for Subjects, and Representative
Informed Consent

XXX Pages

Highly Confidential

ABBT238774

**McCarthy Deposition Exhibit 48**

**P's Exhibit FZ**

**Part 6**

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Appendix 16.1.4**

**List and Description of Investigators and Other Important Participants
in the Study, Including Curricula Vitae**

XXX Pages

Highly Confidential

ABBT238775

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Appendix 16.1.5

## Signatures of Principal or Coordinating Investigator(s) or Abbott Laboratories Responsible Medical Officer

XXX Pages

Highly Confidential

ABBT238776

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

# Appendix 16.1.6

## Listing of Subjects Receiving Test Drug(s)/ Investigational Product(s) from Specific Batches

6 Pages

Highly Confidential

ABBT238777

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                    Appendix Page 1
R&D/01/171 - Clinical/Statistical

**Appendix 16.1.6**
**Listing of Subjects Receiving Test Drug(s)/Investigational Product(s)**
**from Specific Batches**

| Investigator | Subject Number | Treatment Group | ABT-594 75 μg HGC Lot 58-293-AR | ABT-594 75 μg HGC Lot 61-312-AR | Placebo for ABT-594 Lot 55-243-AR-01 |
|---|---|---|---|---|---|
| Backonja | 4467 | Placebo | No | No | Yes |
| | 4466 | ABT-594 150 μg BID | Yes | No | Yes |
| | 4465 | ABT-594 300 μg BID | Yes | No | Yes |
| Baumel | 4148 | Placebo | No | No | Yes |
| | 4151 | Placebo | No | No | Yes |
| | 4227 | Placebo | No | No | Yes |
| | 4229 | Placebo | No | No | Yes |
| | 4145 | ABT-594 150 μg BID | Yes | No | Yes |
| | 4149 | ABT-594 150 μg BID | Yes | Yes | Yes |
| | 4226 | ABT-594 150 μg BID | Yes | No | Yes |
| | 4230 | ABT-594 150 μg BID | Yes | Yes | Yes |
| | 4147 | ABT-594 225 μg BID | Yes | No | Yes |
| | 4150 | ABT-594 225 μg BID | Yes | No | Yes |
| | 4228 | ABT-594 225 μg BID | Yes | No | Yes |
| | 4231 | ABT-594 225 μg BID | Yes | Yes | Yes |
| | 4146 | ABT-594 300 μg BID | Yes | No | Yes |
| | 4225 | ABT-594 300 μg BID | Yes | No | Yes |
| | 4232 | ABT-594 300 μg BID | Yes | No | Yes |
| Biton | 4258 | Placebo | No | No | Yes |
| | 4259 | ABT-594 150 μg BID | Yes | Yes | Yes |
| | 4261 | ABT-594 150 μg BID | Yes | Yes | Yes |
| | 4257 | ABT-594 225 μg BID | Yes | No | Yes |
| | 4262 | ABT-594 225 μg BID | Yes | Yes | Yes |
| | 4260 | ABT-594 300 μg BID | Yes | No | Yes |
| | 4263 | ABT-594 300 μg BID | Yes | Yes | Yes |
| Bromberg | 4116 | Placebo | No | No | Yes |
| | 4120 | Placebo | No | No | Yes |
| | 4122 | Placebo | No | No | Yes |
| | 4114 | ABT-594 150 μg BID | Yes | No | Yes |
| | 4119 | ABT-594 150 μg BID | Yes | No | Yes |
| | 4123 | ABT-594 150 μg BID | Yes | No | Yes |
| | 4115 | ABT-594 225 μg BID | Yes | No | Yes |
| | 4118 | ABT-594 225 μg BID | Yes | No | Yes |
| | 4124 | ABT-594 225 μg BID | Yes | No | Yes |
| | 4125 | ABT-594 225 μg BID | Yes | No | Yes |
| | 4113 | ABT-594 300 μg BID | Yes | No | Yes |
| | 4117 | ABT-594 300 μg BID | Yes | No | Yes |
| | 4121 | ABT-594 300 μg BID | Yes | No | Yes |
| DeBold | 4050 | Placebo | No | No | Yes |
| | 4053 | Placebo | No | No | Yes |
| | 4058 | Placebo | No | No | Yes |
| | 4052 | ABT-594 150 μg BID | Yes | No | Yes |

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Appendix Page 2

| Investigator | Subject Number | Treatment Group | ABT-594 75 µg HGC Lot 58-293-AR | ABT-594 75 µg HGC Lot 61-312-AR | Placebo for ABT-594 Lot 55-243-AR-01 |
|---|---|---|---|---|---|
| | 4056 | ABT-594 150 µg BID | Yes | Yes | Yes |
| DeBold | 4060 | ABT-594 150 µg BID | Yes | Yes | Yes |
| (continued) | 4049 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4054 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4059 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4051 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4055 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4057 | ABT-594 300 µg BID | Yes | No | Yes |
| Drucker | 4004 | Placebo | No | No | Yes |
| | 4003 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4001 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4005 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4002 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4006 | ABT-594 300 µg BID | Yes | Yes | Yes |
| Eisner | 4244 | Placebo | No | No | Yes |
| | 4241 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4242 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4245 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4243 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4246 | ABT-594 300 µg BID | Yes | Yes | Yes |
| Forde | 4321 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4322 | ABT-594 300 µg BID | Yes | No | Yes |
| Fried | 4084 | Placebo | No | No | Yes |
| | 4085 | Placebo | No | No | Yes |
| | 4083 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4086 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4081 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4088 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4089 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4082 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4087 | ABT-594 300 µg BID | Yes | No | Yes |
| Gibson | 4356 | Placebo | No | No | Yes |
| | 4360 | Placebo | No | No | Yes |
| | 4364 | Placebo | No | No | Yes |
| | 4366 | Placebo | No | No | Yes |
| | 4487 | Placebo | No | No | Yes |
| | 4353 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4357 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4361 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4368 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4486 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4355 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4358 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4362 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4365 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4354 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4359 | ABT-594 300 µg BID | Yes | Yes | Yes |

Highly Confidential

ABBT238779

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Appendix Page 3

| Investigator | Subject Number | Treatment Group | ABT-594 75 µg HGC Lot 58-293-AR | ABT-594 75 µg HGC Lot 61-312-AR | Placebo for ABT-594 Lot 55-243-AR-01 |
|---|---|---|---|---|---|
| Gibson | 4363 | ABT-594 300 µg BID | Yes | No | Yes |
| (continued) | 4367 | ABT-594 300 µg BID | Yes | No | Yes |
| Gleeson | 4162 | Placebo | No | No | Yes |
| | 4165 | Placebo | No | No | Yes |
| | 4161 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4166 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4163 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4167 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4164 | ABT-594 300 µg BID | Yes | No | Yes |
| Haag | 4338 | Placebo | No | No | Yes |
| | 4337 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4339 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4342 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4340 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4341 | ABT-594 300 µg BID | Yes | No | Yes |
| Hewitt | 4308 | Placebo | No | No | Yes |
| | 4310 | Placebo | No | No | Yes |
| | 4306 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4312 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4311 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4307 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4309 | ABT-594 300 µg BID | Yes | Yes | Yes |
| | 4313 | ABT-594 300 µg BID | Yes | No | Yes |
| Holmlund | 4196 | Placebo | No | No | Yes |
| | 4195 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4194 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4193 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4197 | ABT-594 300 µg BID | Yes | No | Yes |
| Kafka | 4419 | Placebo | No | No | Yes |
| | 4421 | Placebo | No | No | Yes |
| | 4418 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4417 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4422 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4420 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4423 | ABT-594 300 µg BID | Yes | Yes | Yes |
| Kipnes | 4067 | Placebo | No | No | Yes |
| | 4069 | Placebo | No | No | Yes |
| | 4076 | Placebo | No | No | Yes |
| | 4078 | Placebo | No | No | Yes |
| | 4066 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4070 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4073 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4068 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4071 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4075 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4077 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4065 | ABT-594 300 µg BID | Yes | No | Yes |

Highly Confidential

ABBT238780

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Investigator | Subject Number | Treatment Group | ABT-594 75 µg HGC Lot 58-293-AR | ABT-594 75 µg HGC Lot 61-312-AR | Placebo for ABT-594 Lot 55-243-AR-01 |
|---|---|---|---|---|---|
| Kipnes | 4072 | ABT-594 300 µg BID | Yes | No | Yes |
| (continued) | 4074 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4079 | ABT-594 300 µg BID | Yes | Yes | Yes |
| Kirby | 4177 | Placebo | No | No | Yes |
| | 4181 | Placebo | No | No | Yes |
| | 4502 | Placebo | No | No | Yes |
| | 4179 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4182 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4180 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4183 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4501 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4178 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4184 | ABT-594 300 µg BID | Yes | No | Yes |
| Kluge | 4132 | Placebo | No | No | Yes |
| | 4130 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4134 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4136 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4131 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4133 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4129 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4135 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4137 | ABT-594 300 µg BID | Yes | No | Yes |
| McGill | 4386 | Placebo | No | No | Yes |
| | 4389 | Placebo | No | No | Yes |
| | 4388 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4391 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4387 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4390 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4385 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4392 | ABT-594 300 µg BID | Yes | Yes | Yes |
| Rowbotham | 4292 | Placebo | No | No | Yes |
| | 4290 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4289 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4291 | ABT-594 300 µg BID | Yes | No | Yes |
| Shaibani | 4449 | Placebo | No | No | Yes |
| | 4454 | Placebo | No | No | Yes |
| | 4458 | Placebo | No | No | Yes |

Highly Confidential

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

| Investigator | Subject Number | Treatment Group | ABT-594 75 µg HGC Lot 58-293-AR | ABT-594 75 µg HGC Lot 61-312-AR | Placebo for ABT-594 Lot 55-243-AR-01 |
|---|---|---|---|---|---|
| Shaibani | 4461 | Placebo | No | No | Yes |
| (continued) | 4452 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4453 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4457 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4463 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4493 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4451 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4455 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4460 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4462 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4450 | ABT-594 300 µg BID | Yes | Yes | Yes |
| | 4456 | ABT-594 300 µg BID | Yes | Yes | Yes |
| | 4464 | ABT-594 300 µg BID | Yes | Yes | Yes |
| | 4494 | ABT-594 300 µg BID | Yes | Yes | Yes |
| Simmons | 4274 | Placebo | No | No | Yes |
| | 4276 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4278 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4275 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4277 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4273 | ABT-594 300 µg BID | Yes | No | Yes |
| Singer | 4401 | Placebo | No | No | Yes |
| | 4405 | Placebo | No | No | Yes |
| | 4409 | Placebo | No | No | Yes |
| | 4413 | Placebo | No | No | Yes |
| | 4402 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4406 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4412 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4415 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4404 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4408 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4410 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4414 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4403 | ABT-594 300 µg BID | Yes | Yes | Yes |
| | 4407 | ABT-594 300 µg BID | Yes | Yes | Yes |
| | 4411 | ABT-594 300 µg BID | Yes | Yes | Yes |
| Sivakumar | 4034 | Placebo | No | No | Yes |
| | 4039 | Placebo | No | No | Yes |
| | 4033 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4038 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4041 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4036 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4040 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4035 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4037 | ABT-594 300 µg BID | Yes | No | Yes |
| Steel | 4211 | Placebo | No | No | Yes |
| | 4214 | Placebo | No | No | Yes |

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Appendix Page 6

| Investigator | Subject Number | Treatment Group | ABT-594 75 µg HGC Lot 58-293-AR | ABT-594 75 µg HGC Lot 61-312-AR | Placebo for ABT-594 Lot 55-243-AR-01 |
|---|---|---|---|---|---|
| Steel | 4209 | ABT-594 150 µg BID | Yes | No | Yes |
| (continued) | 4216 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4212 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4213 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4210 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4215 | ABT-594 300 µg BID | Yes | No | Yes |
| Storey | 4097 | Placebo | No | No | Yes |
| | 4101 | Placebo | No | No | Yes |
| | 4107 | Placebo | No | No | Yes |
| | 4100 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4104 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4105 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4109 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4099 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4103 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4108 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4098 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4102 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4106 | ABT-594 300 µg BID | Yes | Yes | Yes |
| Suri | 4435 | Placebo | No | No | Yes |
| | 4433 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4434 | ABT-594 300 µg BID | Yes | No | Yes |
| Vinik | 4372 | Placebo | No | No | Yes |
| | 4374 | Placebo | No | No | Yes |
| | 4369 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4370 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4373 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4371 | ABT-594 300 µg BID | Yes | Yes | Yes |
| Weinstein | 4017 | Placebo | No | No | Yes |
| | 4021 | Placebo | No | No | Yes |
| | 4027 | Placebo | No | No | Yes |
| | 4030 | Placebo | No | No | Yes |
| | 4491 | Placebo | No | No | Yes |
| | 4020 | ABT-594 150 µg BID | Yes | No | Yes |
| | 4023 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4028 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4029 | ABT-594 150 µg BID | Yes | Yes | Yes |
| | 4019 | ABT-594 225 µg BID | Yes | No | Yes |
| | 4022 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4025 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4032 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4489 | ABT-594 225 µg BID | Yes | Yes | Yes |
| | 4018 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4024 | ABT-594 300 µg BID | Yes | Yes | Yes |
| | 4026 | ABT-594 300 µg BID | Yes | No | Yes |
| | 4031 | ABT-594 300 µg BID | Yes | Yes | Yes |
| | 4492 | ABT-594 300 µg BID | Yes | Yes | Yes |

Highly Confidential

ABBT238783

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 – Clinical/Statistical

## Appendix 16.1.7

## Randomization Scheme and Codes

XXX Pages

Highly Confidential

ABBT238784

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Appendix 16.1.8

Audit Certificates

XXX Pages

Highly Confidential

ABBT238785

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Appendix 16.1.9**

**Documentation of Statistical Methods**

12 Pages

Highly Confidential

ABBT238786

ABT-594 (ABBOTT-165594)
Study No. M99-114                                           Appendix Page 1
R&D/01/171 - Clinical/Statistical

## Appendix 16.1.9
## Documentation of Statistical Methods

All analyses were performed using SAS® version 6.12 (SAS Institute, Inc., SAS Campus Drive, Cary, NC 27513) on a Hewlett Packard workstation using the Unix operating system. All statistical tests were 2-tailed tests with a Type I error rate (alpha level) of 0.050. All p-values were rounded to 3 decimal places.

Analyses of variance (ANOVA) were performed with the SAS procedure GLM using Type III sums of squares for all tests of hypothesis. Model-based means were obtained from the LSMEANS statement for 2-way ANOVAs. Cochran-Mantel-Haenszel (CMH) and Fisher's exact tests were obtained from the FREQUENCY procedure. Univariate summary statistics (mean, standard deviation, median, minimum, maximum, first quartile and third quartile) were obtained from the UNIVARIATE procedure.

All subjects who received at least 1 dose of blinded study drug were included in the safety analyses. Three datasets, intent-to-treat (ITT), evaluable, and study completers, were defined for efficacy analyses. The ITT dataset included all subjects who received at least 1 dose of study drug and had at least 1 diary-based baseline and at least 1 post-dose pain assessment for the diary-based Pain Rating Scale (11-Point Likert Scale). The evaluable dataset included all subjects who received at least 7 days of study drug and had at least 1 baseline and at least 1 post Day 7 pain assessment for the diary-based Pain Rating Scale. The study completers dataset included those subjects who did not prematurely discontinue from the study for any reason.

### 16.1.9.1    Baseline Characteristics

Baseline comparability among the treatment groups for the reasons for premature discontinuation, demographic, medical history, and pain assessment variables (diary, site-based, and Neuropathic Pain Scale total score) was assessed by a 1-way ANOVA or CMH test, with treatment group as the main effect for the quantitative and ordered categorical variables, and by Fisher's Exact text extended for r × c tables for qualitative variables. Non-white races were combined for analysis of race. Additionally, users and ex-users were combined for analysis of nicotine use.

Highly Confidential                                          ABBT238787

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Appendix Page 2

### 16.1.9.2    Exposure

Duration of study drug exposure was summarized by treatment group. The difference among treatment groups was assessed using a 1-way ANOVA with treatment group as the main effect.

### 16.1.9.3    Efficacy Variables

Efficacy analyses were performed on the ITT and evaluable datasets.

The primary efficacy variable was the diary-based Pain Rating Scale (11-Point Likert Scale).

Secondary efficacy variables were the following:

1.  Site-based Pain Rating Scale (11-Point Likert Scale),
2.  Neuropathic Pain Scale,
3.  Subject Global Impression of Change,
4.  Clinician Global Impression of Change, and
5.  SF-36 ™ Health Status Survey (Acute), including sub-domains [(I) Physical Functioning, (ii) Role Physical, (iii) Bodily Pain, (iv) General Health, (v) Vitality, (vi) Social Functioning, (vii) Role Emotional, (viii) Mental Health] PCS, and MCS.

### 16.1.9.4    Efficacy Analyses

For all efficacy variables (except the diary-based Pain Rating Scale), the baseline measurement was the last measurement obtained prior to receiving the first dose of blinded study drug on Day 1. Baseline for the diary-based Pain Rating Scale was the last 7 days of pain scores prior to Day 1 of the study. Change from baseline to each scheduled evaluation was calculated for all efficacy variables (except both Global Impression of Change scores).

Highly Confidential

ABBT238788

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Appendix Page 3

## Diary-Based Pain Rating Scale (11-Point Likert Scale)

The baseline pain score for diary data was defined as the average of the last 7 days of pain scores prior to Study Day 1 (with at least 4 non missing values). The subject diary was to be completed every day (at approximately 11 AM) during the Baseline Pain Assessment Phase (Study Days −7 to −1) and the Primer and Treatment Phases (Study Days 1 to 49). The Pain Rating Scale was an 11-Point Likert score, where 0=no pain and 10=worst pain possible. Diary data obtained on Day 1 (day of first dose was to be the PM dose only) and after each subject's last day of study drug dosing were excluded from all analyses. Additionally, subjects were required to have at least 4 non-missing post dose pain scores to be included in the analyses.

### Primary Analyses

The primary analyses were the change from baseline of the average diary-based Pain Rating score from each subject's diary to the corresponding average of the diary scores during the last 7 days on study drug using last observation carried forward (LOCF). Dose-responses, with and without placebo, for the change to the last 7 days were also analyzed. For subjects who completed the study, the last 7 days on study drug were Study Days 43 to 49. For subjects who prematurely discontinued, the last 7 days on study drug were the last 7 days the subject was in the study. The LOCF analysis estimates missing data with the most recent non-missing data point. Use of the LOCF technique and the change from baseline to the average of the final 7 days on drug as the primary efficacy measure should have reduced bias caused by subjects who dropped out early due to lack of efficacy.

Treatment comparisons were made between placebo and each of the other treatment groups (i.e., ABT-594 150 μg, 225 μg, and 300 μg BID) using a 2-way ANOVA. The protocol-specified analysis for the 2-way ANOVA was a model with factors for treatment, study site, and the interaction between treatment and study site, if the interaction term was statistically significant. The interaction for the primary efficacy variable was not significant ($p>0.100$); therefore, the interaction term was not included in the model. Since the interaction was not significant for the primary efficacy variable, all efficacy analyses were done without the factor for interaction.

Highly Confidential

ABBT238789

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Appendix Page 4

**Secondary Analyses**

For all secondary analyses, except dose-response and homogeneity analyses, the change
from baseline to the last 7 days on study drug for the diary-based Pain Rating Scale were
also done using observed cases (OC). In these "observed cases" analyses missing data
were not estimated as in the LOCF analyses.

Analyses were performed for the change from baseline to the last 7 days before each
scheduled treatment visit and for the change from baseline to each of the consecutive 7-
day intervals after the first dose of study drug. Treatment Visits I, II, III, and IV were to
have been performed on Study Days 14, 21, 35, and 49, respectively. For the diary-based
Pain Rating Scale, data recorded on the scheduled days were assigned to a visit the
following way:

| Actual Day of Visit | Assigned Visit |
|---|---|
| 2 – 14 | I |
| 15 – 21 | II |
| 22 - 35 | III |
| 36 - 60 | IV |

Subjects who had at least 4 non-missing pain scores recorded in each interval were in the
analysis for that interval. For subjects who did not have at least 4 non-missing scores for a
specific interval, the average from the prior non-missing interval was used for that interval.

The proportion of subjects with specified percent changes from baseline to final was
analyzed using a CMH test with study site as the stratification factor. For each of the
baseline and final visits, homogeneity of treatment comparisons in the ANOVA model was
analyzed using a 2-way ANOVA with factors for treatment, study site, and the interaction
between treatment and study site.

Except where noted these analyses were performed using LOCF and OC techniques and
used the same treatment comparisons as described for the primary diary analyses above.

Highly Confidential

ABBT238790

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Site-Based Pain Rating Scale (11-Point Likert Scale)

Subjects were to assess pain intensity by completing the site-based Pain Rating Scale at the investigative site. These assessments were to be completed at the Baseline Visit and at Treatment Visits I, II, III, and IV (or upon premature discontinuation). The site-based Pain Rating Scale was an 11-Point Likert score, where 0=no pain and 10=worst pain possible. Data obtained after each subject's last day of study drug dosing were excluded from all analyses.

### Primary Analyses

The primary analyses for the site-based Pain Rating Scale was the change from baseline to final visit using LOCF. Dose-responses, with and without placebo, for the change to final visit were also analyzed. For subjects who completed the study, the last site-based pain assessment was on Study Day 49. For subjects who prematurely discontinued, the last site-based pain assessment was the last day the subject was in the study. Using the change from baseline to the final visit as the primary efficacy measure should have reduced bias caused by subjects who dropped out early due to lack of efficacy.

Treatment comparisons were made between placebo and each of the other treatment groups (i.e., ABT-594 150 µg, 225 µg, and 300 µg BID) using a 2-way ANOVA, with factors for treatment and study site.

### Secondary Analyses

Analyses of the site-based Pain Rating Scale were also performed for the change from baseline to each treatment visit (Treatment Visit I, II, III, and IV) using LOCF and OC techniques.

Treatment Visits I, II, III, and IV were to have been performed on days 14, 21, 35, and 49, respectively. Visits that were not performed on the scheduled day were assigned to a visit in the following way:

Highly Confidential

ABBT238791

ABT-594 (ABBOTT-165594)
Study No. M99-114                                    Appendix Page 6
R&D/01/171 - Clinical/Statistical

| Actual Day of Visit | Assigned Visit |
|---|---|
| 2 – 18 | I |
| 19 – 29 | II |
| 30 - 43 | III |
| 44 - 60 | IV |

If a visit was not completed, then the LOCF analysis used data from the previous completed visit as an estimate of the missing visit. Thus, in the LOCF analysis, every subject in the analysis had a value for each visit. This technique should have reduced bias caused by subjects who prematurely discontinued due to lack of efficacy. The "observed cases" analysis did not estimate any missing visits, so that a subject who did not have a certain visit was excluded from the "observed cases" analysis for that visit.

Additionally, the proportion of subjects with specified percent changes from baseline to final was analyzed using a CMH test with study site as the stratification factor. For each of the baseline and final visits, homogeneity of treatment comparisons in the ANOVA model was analyzed using a 2-way ANOVA with factors for treatment, study site, and the interaction between treatment and study site. These analyses were performed using only LOCF techniques.

## Neuropathic Pain Scale

The baseline Neuropathic Pain score was defined as the last score on or before Day 1 of the study. The Neuropathic Pain Scale was to be completed during every site visit. The Neuropathic Pain Scale consists of 10 questions, with each question scored on a 0-10 scale with 0=none and 10=most. The Neuropathic Pain Scale total score consists of the sum of all 10 questions. Neuropathic Pain Scale data obtained after the last day of study drug dosing were excluded from all analyses.

Highly Confidential                                    ABBT238792

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Primary Analyses**

The primary analysis for the Neuropathic Pain Scale was the change from baseline to final visit using LOCF for the Neuropathic Pain Scale total score. For subjects who completed the study, the last Neuropathic Pain Scale was Day 49. For subjects who prematurely discontinued, the last Neuropathic Pain Scale was the last day the subject was in the study. Using the change from baseline to the final visit as the primary efficacy measure should have reduced bias caused by subjects who dropped out early due to lack of efficacy.

Treatment comparisons were made between placebo and each of the other treatment groups (i.e., ABT-594 150 µg, 225 µg, and 300 µg BID) using a 2-way ANOVA, with factors for treatment and study site.

**Secondary Analyses**

Analyses for the Neuropathic Pain Scale total score were also performed for the change to each treatment visit (Treatment Visit I, II, III, and IV) using LOCF. The change to each visit analyses were also performed using observed cases. Additionally, change from baseline to final visit for the individual item scores for each of the 10 Neuropathic Pain Scale questions was analyzed using LOCF.

Treatment Visits I, II, III, and IV were to have been performed on days 14, 21, 35, and 49, respectively. Visits that were not performed on the scheduled day were assigned to a visit in the following way:

| Actual Day of Visit | Assigned Visit |
|---|---|
| 2 – 18 | I |
| 19 – 29 | II |
| 30 - 43 | III |
| 44 - 60 | IV |

If a visit was not completed, the LOCF analysis used data from the previous completed visit as an estimate of the missing visit. Thus, in the LOCF analysis, every subject in the analysis had a value for each visit. This technique should have reduced bias caused by subjects who prematurely discontinued due to lack of efficacy. The "observed cases" analysis did not estimate any missing visits, so that a subject who did not have a certain visit was excluded from the "observed cases" analysis for that visit.

ABT-594 (ABBOTT-165594)
Study No. M99-114                                              Appendix Page 8
R&D/01/171 - Clinical/Statistical

Additionally, the proportion of subjects with specified percent changes from baseline to
final was analyzed using a CMH test with study site as the stratification factor. For each
of the baseline and final visits, homogeneity of treatment comparisons in the ANOVA
model was analyzed using a 2-way ANOVA with factors for treatment, study site, and the
interaction between treatment and study site. These analyses were performed using only
LOCF techniques.

**Missing Data Within a Visit**

Since the Neuropathic Pain Scale total score consists of 10 questions at each visit, a
method was used to estimate missing data when less than ½ (5) of the questions were non-
missing. This method is summarized below:

1. Calculate the ratio of the total score for the scale (non-missing questions) divided by
   the maximum possible total score of non-missing questions,
2. Multiply the maximum possible score of the missing question by the ratio obtained in
   step 1.

**SF-36™ Health Status Survey (Acute)**

Subjects were to complete the SF-36™ Health Status Survey at the Baseline Visit and at
Treatment Visit IV (or upon premature discontinuation). Treatment group comparisons
were made between placebo and each of the other treatment groups (i.e., ABT-594
150 µg, 225 µg, and 300 µg BID) for the 8 sub-domains, PCS, and MCS. The analyses
were performed for the change from baseline to the final evaluation using a 2-way
ANOVA with factors for treatment and study site. Data obtained after each subject's last
day of study drug dosing were excluded from all analyses.

Highly Confidential

ABBT238794

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                    Appendix Page 9
R&D/01/171 – Clinical/Statistical

## Subject/Clinician Global Impression of Change

Both the Subject Global Impression of Change and the Clinician Global Impression of
Change were to be performed when each subject either completed the study or
prematurely discontinued. Impression of Change evaluation responses were based on a
categorical scale, where 1= much improved, 2= moderately improved, 3= minimally
improved, 4=no change, 5=minimally worse, 6=moderately worse, and 7=much worse.
Impression of Change data obtained after the last day of study drug dosing were excluded
from all analyses.

**Primary Analysis**

Treatment comparisons using univariate means were made between placebo and each of
the other treatment groups (i.e., ABT-594 150 µg, 225 µg, and 300 µg BID) using a
CMH test for equal row means with study site as the stratification factor.

Prior to analysis of the mean Impression of Change, scores were scaled to aid
interpretation of results in the following way:

| Response Choices | Precoded Item Value | Final Item Value |
|---|---|---|
| Much improved | 1 | 3 |
| Moderately improved | 2 | 2 |
| Minimally improved | 3 | 1 |
| No change | 4 | 0 |
| Minimally worse | 5 | -1 |
| Moderately worse | 6 | -2 |
| Much worse | 7 | -3 |

Highly Confidential                                                    ABBT238795

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Secondary Analyses**

The distributions for the Subject Global Impression of Change and the Clinician Global Impression of Change Impression of Change scores were analyzed using a CMH test for equal row means with study site as the stratification factor

Additionally, for each of the baseline and final visits, homogeneity of treatment comparisons in the ANOVA model was analyzed using a 2-way ANOVA with factors for treatment, study site, and the interaction between treatment and study site.

**16.1.9.4     Concurrent Medications**

Concurrent medication use was summarized by treatment group and by therapeutic classification and ingredient.

**16.1.9.5     Safety Analyses**

**Adverse Events**

A treatment-emergent adverse event was defined as any adverse event that began or worsened after the first dose of study drug. All treatment-emergent adverse events were mapped to the COSTART V dictionary. Subjects reporting more than 1 adverse event for a particular COSTART term were counted only once for that term using the most severe incident. Subjects reporting more than 1 type of event within a body system were counted only once for that body system.

Treatment-emergent adverse events were tabulated by COSTART term and body system for each treatment group and compared versus placebo using Fisher' exact test. A summary of the severity, relationship to study drug, incidence across time, and prevalence across time of all treatment-emergent adverse events, tabulated by COSTART term and body system, was presented for each treatment group.

Highly Confidential

ABBT238796

ABT-594 (ABBOTT-165594)
Study No. M99-114                                                    Appendix Page 11
R&D/01/171 - Clinical/Statistical

## Laboratory Data

Baseline was defined as the last value on or before Study Day 1 for all laboratory analyses. Laboratory data obtained more than 2 days after the last dose of study drug were excluded from all analyses except for the listing of potentially clinically significant values.

Mean changes from baseline to minimum, maximum, and final values for each laboratory variable were analyzed using a 1-way ANOVA comparing placebo to each of the other treatments with treatment as the main effect. Additionally, the number and percentage of subjects with shifts from baseline to the final values using potentially clinically significant criteria and normal ranges to define categories (low, normal, high, and missing) were summarized.

Laboratory values outside the laboratory normal range were identified in the data listings. In addition, laboratory values which satisfied Abbott-specified criteria for potentially clinically significant values (Appendix 14.3.4__1.0) were summarized by treatment group and identified in the data listings. The proportion of subjects meeting potentially clinically significant criteria in each treatment group was also summarized. For a given laboratory variable, subjects in the denominator had to have a non-potentially clinically significant baseline and at least 1 post-baseline value, while subjects in the numerator had to have a non-potentially clinically significant baseline and at least 1 post-baseline value that met the potentially clinically significant criteria.

## Vital Sign and Weight Data

Baseline was defined as the last value on or before Study Day 1 for all vital sign and weight analyses. Vital sign and weight data obtained more than 1 day after the last dose of study drug were excluded from all analyses except for the listing of potentially clinically significant values.

Mean changes from baseline to minimum, maximum, and final values for each vital sign and weight variable were analyzed using a 1-way ANOVA comparing placebo to each of the other treatments with treatment as the main effect.

Highly Confidential

ABBT238797

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

Vital signs and weight values which satisfied Abbott-specified criteria for potentially clinically significant values (Appendix 14.3.4__1.0) were summarized by treatment group and identified in the data listings. The proportion of subjects meeting potentially clinically significant criteria in each treatment group was also summarized. For a given variable, subjects in the denominator had to have a baseline and at least 1 post-baseline value while subjects in the numerator had to have at least 1 value that met the potentially clinically significant criteria.

## Electrocardiogram Data

Baseline was defined as the last value on or before Study Day 1 for all electrocardiogram (ECG) analyses. Electrocardiogram data performed more than 1 day after the last dose of study drug were excluded from all analyses except for the listing of potentially clinically significant values.

Mean changes from baseline to minimum, maximum, and final values for each ECG variable were analyzed using a 1-way ANOVA comparing placebo to each of the other treatments with treatment as the main effect. Additionally, the number and percentage of subjects with shifts from baseline to the final values using potentially clinically significant criteria to define categories (low, normal, high, and missing) were summarized.

Electrocardiogram values which satisfied Abbott-specified criteria for potentially clinically significant values (Appendix 14.3.4__1.0) were summarized by treatment group and identified in the data listings. The proportion of subjects meeting potentially clinically significant criteria in each treatment group was also summarized. For a given ECG variable, subjects in the denominator had to have a non-potentially clinically significant baseline and at least 1 post-baseline value while subjects in the numerator had to have a non-potentially clinically significant baseline and at least 1 post-baseline value that met the potentially clinically significant criteria.

Highly Confidential

ABBT238798

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Appendix 16.1.10

### Documentation of Inter-Laboratory Standardization Methods and Quality Assurance Procedures

XXX Pages

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Appendix 16.1.11

## Publications Based on the Study

xx Pages

Highly Confidential

ABBT238800

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Appendix 16.1.12**

**Important Publications Referenced in the Report**

XXX Pages

Highly Confidential

ABBT238801

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Appendix 16.1.13**

**Efficacy Scales**

XXX Pages

Highly Confidential

ABBT238802

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Appendix 16.2**

**Subject Data Listings**

XXX Pages

Highly Confidential

ABBT238803

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Appendix 16.3**

**Case Report Forms (CRFs)**

XXX Pages

Highly Confidential

ABBT238804

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

## Appendix 16.3.1

### CRFs for Deaths, Other Serious Adverse Events and Withdrawals for Adverse Events

XXX Pages

Highly Confidential

ABBT238805

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Appendix 16.3.2**

**Other CRFs Submitted**

XXX Pages

Highly Confidential

ABBT238806

ABT-594 (ABBOTT-165594)
Study No. M99-114
R&D/01/171 - Clinical/Statistical

**Appendix 16.4**

**Individual Subject Data Listings**

Highly Confidential

ABBT238807

# McCarthy Deposition Exhibit 52

# P's Exhibit FX

**Jul-01**

| Franchise | Dev. Status | Brand Name | Generic Name | ABT-594 | Neuronal Nicotinic Receptor Agent |
|---|---|---|---|---|---|
| Neuroscience | Phase II | In progress | ebanicline isylate | Patent Exp. | Treatment of pain associated with diabetic polyneuropathy |
| | | | | 2016 | |

**Description:** ABT-594 is a neuronal nicotinic receptor agonist with potential efficacy in nociceptive and neuropathic pain

### Unmet Need/Key Market Drivers

US: Significant unmet medical need as many patients do not respond to currently available agents, many of which have undesirable SE's. The unmet medical need is likely to grow (if unclearly indicated for NP) although Neurontin prefers pregabalin will launch by time of [launch]. Chronic persistent pain population is growing with aging population and also has high unmet need for non-opioid options with high efficacy.

Large unmet need. Agents with greater efficacy than currently available agents with adequate tolerability for chronic usage needed. Only one agent currently indicated for neuropathic pain (trigeminal neuralgia – Tegretol)

### Key Competitors/Position to Market

Neuropathic pain. Neurontin is taking strong lead in this market as increased MD awareness of efficacy coupled with ease of use becomes widespread, although studies in indication. Dosage data and experience have made a fast line in NP, although treatment patterns are diverse. Pregabalin is in development for NP also and may launch with indication before 594. Chronic pain (likely some spillover prescribing in this market for 594). COX 2s and opioids dominate this market, but additional options (novel MOAs) with better efficacy than NSAIDs, without the AEs and addiction potential of opioids are needed.

Neuropathic pain, Gabapentin (Neurontin) on market with broadest commercial success ex-US (total 1999 sales 500 MM for usage in all indications). Gabapentin in gold standard treatment, but not indicated for neuropathic pain, and has undesirable side effects. Pregabalin currently in Phase II. ABT-594 expected to be first to market NNR for neuropathic pain. Chronic pain (likely some spillover prescribing in this market to 594). Opiates reserved for only the most severe pain (e.g., cancer, post-op), thus large unmet need exists for non-addictive, non-addictive agents for treatment of chronic pain.

### U.S. Market

| Unit | Value | CAGR |
|---|---|---|
| TRX | 10.5MM | 6% |
| Sales | 350MM | 22% |

### Ex-U.S. Market

| Unit | Value | CAGR |
|---|---|---|
| TRX | 23MM | 3% |
| Sales | 140MM | 8% |

### Development — Cost to NDA

| Cost to NDA | DDC Thru 2000 | DDC Est. | 2001 YTD | Proj. | Budget | Var | 2002 | 2003 | 2004 | 2005 | Post LRP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clinical | 16.5 | 16.5 | 3.0 | 16.5 | 16.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| CMC | 15.0 | 15.0 | 11.5 | 12.0 | 14 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Drug Safety | 10.0 | 12.0 | 10.6 | 9.1 | 9.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other | 10.0 | 10.5 | 9.1 | 9.6 | 9.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| TOTAL | 51.0 | 54.0 | 35.4 | 52.7 | 52.7 | $0.0 | $0.0 | $860.5 | $156.4 | $121.8 | $0.0 | $0.0 |

### Development/Timeline

| | DDC | LBE | Actual |
|---|---|---|---|
| Start of tox | | | 1Q 1997 |
| Phase I | | | 3Q 1997 |
| Phase II | | | 3Q 1998 |
| Phase III | | Q1 2002 | |
| US, EU, Japan Approve | | 901, 903 sNDA | |
| | | 904, 905 sNDA | |

### Commercial

**Base Case Forecast ($MM)** — US / Ex-US



**Financial Summary**

| | U.S. ($MM) | Int'l ($MM) |
|---|---|---|
| Peak Sales ($MM) | $61 | $58 |
| Peak Standard Margin ($MM) | $49 | $50 |
| Peak Standard Margin (%) | 95.7% | 87.3% |
| Pre-Tax NPV @ 12.5% (base) | $12 | |
| (Pre-Tax NPV @ 12.5% upside) | $7 | |

### Commercial Profile

| | U.S. |
|---|---|
| Launch Date | 01/05 |
| Price per Day at Launch (AWP) | $1.51 |
| Sales % peak sales ($MM) | $9 |
| Pricing @ peak sales ($MM) | $1.7 |
| COGS @ launch (@ peak) | $1.0 |
| Manuf/External/Other | Same as US |

### Product Profile (Efficacy, Safety, Convenience)

| | |
|---|---|
| Safety/AE | Sig. NBV of dizziness in 30% or fewer at dosing titration; tolerable ongoing side-effects at effective dose |
| Conven | BID titration up to 7 days |
| Efficacy | Greater than Neurontin |

### Base Case Assumptions/Risks

| | Prob | Share Impact |
|---|---|---|
| Compared to Neurontin/COX2 | Low | High |
| | Medium | Medium |
| | Medium | High |

Ex-U.S.
Compared to premium cancer meds (COX2s)
Pregabalin (or other drugs) launches with indication in NP —
some efficacy than pregabalin, but works as well in

**Next GoNoGo:** End of Phase II (prove UI)

---

EXHIBIT
McCarthy
58
9-29-06

HIGHLY CONFIDENTIAL
ABBT 0000612

| July 2001 | ABT-594 |
| --- | --- |

## Monthly Highlights – Key Project Progress

- Maintenance activities only - Program is on hold pending Global Pharmaceutical Executive Committee meeting in August

## Next Quarter's Key Progress Markers

| Key Progress Marker | Target Date |
| --- | --- |
| Executive Committee review / Go – No Go target for program | 08/21 |

## Key Project Issues and Risks.

| Risk or Issue | Potential or Known Impact<br>Check all that apply and Describe Impact | Strategy / Progress. | Area /<br>Responsibility | Resolution<br>Date<br>Planned / Actual |
| --- | --- | --- | --- | --- |
| Team has recommended implementation of the Mitsunobu chemistry change in step 4 of the synthetic process to eliminate the risk of mesylate impurity, which is potentially mutagenic. | __ Cost  __ Time  __ Profile  _X_ Regulatory | PARD Analytical has completed their analysis of the lab-scale batch made with the Mitsunobu chemistry change in step 4. No issues have been identified. Additional evaluation continues, looking at samples from the in process chemistry stages to see if there are any additional targets to look for. Some degradation studies have been started, with final characterization and / or isolation to be completed. | PARD Analytical | In-Process |
| | | The first production-scale lot of drug substance manufactured using the Mitsunobu chemistry change in step 4 has been completed. The specifications were issued 4/24 (document DTP-RD0838.) Release testing was completed in May, and the Certificate of Analysis will be released in June. Genotox testing has been proposed for this lot, but is currently pending feedback from PPD Toxicology. The lot was placed on stability in May, and the first pull is due in August. | SPD /<br>PARD Analytical /<br>Toxicology | Release testing complete: May<br><br>QA release:<br>TBD |

2 of 7

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT.

HIGHLY CONFIDENTIAL
ABBT 0000813

# July 2001 — ABT-594

## Key Project Issues and Risks

| Risk or Issue | Potential or Known Impact (Check all that apply and Describe Impact) | Strategy / Progress | Area / Responsibility | Resolution Date Planned / Actual |
|---|---|---|---|---|
| During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity (designated as F') was detected in the lot of bulk drug used in M99-114 clinical capsules. Given the low exposure of M99-114 patients to F' and a lack of change in acute toxicity when this impurity was present in the drug substance, Toxicology does not view the presence of this impurity as a significant risk to these patients. However, further toxicology and pk testing of this impurity is necessary. Planned studies include Ames assay, in vitro micronucleus assay and bioavailability study | __ Cost  __ Time  __ Profile  X Regulatory | This issue has been reviewed with PARD, SPD, Toxicology, Regulatory and Venture Management. To date, the F' impurity has been detected at a level of 0.2% in the drug substance. Tentative identification including molecular structure has been made.<br><br>• SPD has prepared the penultimate intermediate (1) to impurity F':<br><br><br><br>The first two attempts to reduce this compound to convert it to F' did not work. SPD is working with 30mg. We have gone back a couple steps and are preparing about 0.5g of intermediate 1, and will try some more reduction conditions. Plans are to have produced F' by mid-June.<br><br>• PARD Analytical will be testing the F' material to confirm identity and match to impurity found in drug substance lot.<br><br>• When testing is successfully completed, F' material will be tested for genotoxicity by Toxicology and for bioavailability by Exploratory Kinetics | SPD<br><br><br><br>PARD Analytical<br><br><br>Toxicology / Exploratory Kinetics | TBD<br><br><br><br>TBD<br><br><br>TBD |
| | __ Cost  __ Time  __ Profile  __ Regulatory | | | |

3 of 7

- - - HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY - - -
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000614

# July 2001 | ABT-594

## Key Activities

### Commercial

| Activity | LBE | Actual |
|---|---|---|
| Quantitative conjoint analysis regarding commercial velocity of various efficacy/AE profiles and associated market share tradeoffs | 6/01 | Completed in July01 |
| Qualitative market research regarding attractiveness of transdermal patch for severe pain or neuropathic pain patients | 4/01 | Suspended due to Pending/Terminated status |
| NNR communication strategy | 12/01 | Suspended due to Pending/Terminated status |
| ABT-594 publication plan | 12/01 | Suspended due to Pending/Terminated status |
| Brand name registration submission (generic name approved 11/00 – ebanicrine tosylate) | 12/01 | Suspended due to Pending/Terminated status |

### Formulation

Plan Date: 10/2000

| Activity | Plan | Actual |
|---|---|---|
| Phase I Formulation (PIB)* | 7/1997 | 7/1997 |
| Clinical Supplies (PIB) for Molar Extraction | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 |
| Phase IIb / Formulation (HGC) for Bio Study | 3/1999 | 3/1999 |
| Phase III Clinical Supplies Manufactured | 9/2001 | TBD |
| NDA Lots (B) Completed | 5/2002 | TBD |
| Completion of 1 Year Stability for NDA | 7/2003 | TBD |
| Formulation Peer Review | TBD | TBD |

* Performed by UIC

HIGHLY CONFIDENTIAL
ABBT 0000816

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

# July 2001 | ABT-594

## Drug Substance — Plan Date: 6/1999

| Activity | KG | Plan | Actual | Actual / Projected Cost/Kg |
|---|---|---|---|---|
| D-4SL | 0.3 KG | 3/1997 | 3/1997 | $ 200,000 |
| CAPD | 5.6 KG | 3/1997 | 3/1997 | $ 175,000 |
| SECOR | 14.9 KG | 2/1998 | 2/1998 | $ 40,000 |
| SECOR/CAPD | 2.5 KG | 8/1998 | 8/1998 | $ 40,000 |
| Chemsyn Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $ 29,700 |
| Chemsyn Mfg. Lot | 10.0 KG | 10/1999 | Not manufactured | $ 29,700 |
| Chemsyn NDA Lot #1 (Mesylate) | 4.85 KG | 10/1999 | 2/2001 ** | $ 29,700 |
| Chemsyn NDA Lot #2 (Mesylate) | 4.80 KG | 10/1999 | 2/2001 ** | $ 29,700 |
| Chemsyn NDA Lot #3 (Mesylate) | 5.45 KG | 10/1999 | 2/2001 ** | $ 29,700 |
| Chemsyn Mitsunobu Lot #1 | 5.0 KG | 04/2001 | On-Test 04/2001 | |
| Chemsyn Mitsunobu Lot #2 | 5.0 KG | | | |
| Chemsyn Mitsunobu Lot #3 | 5.0 KG | | | |

* Target cost of drug substance at launch is $20,000/kg (Tosylate Salt)
** Bulk manufactured 1/2000, but delivery delayed due to Mesylate testing & QA release

## Toxicology — Plan Date: 1999

| Toxicology Activity | Planned Start | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 2/1997 | 9/1996 | 8/1997 |
| Acute Studies | 2/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 6/1997 | 8/1998 |
| 3 Month Mouse MTD | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG II | 10/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post natal development) | -- | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 3/2000 |
| Carcinogenicity (2 yr.) Rat | 12/1998 | 9/1998 | Ongoing * |
| Carcinogenicity (2 yr.) Mouse | 12/1998 | 11/1998 | Ongoing * |

* In-life phase complete, and analysis / assessment in process

HIGHLY CONFIDENTIAL
ABBT 0000818

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

## July 2001

# ABT-594

## All Clinical Studies:

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Patients Current |
|---|---|---|---|---|---|---|
| M99-114 | II | Safety & Efficacy vs placebo in Painful Diabetic Neuropathy | 04/00 | 04/01 | 320 | 269 Final |

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Patients Current |
|---|---|---|---|---|---|---|

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000617

| July 2001 | ABT-594 |
|---|---|

## Ongoing Clinical Studies  (List first time in man, Phase II Dose-Ranging and Pivotal Trials)

**Protocol:** M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy

**Objective:** The objective of this study is to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy.

**ABT-594 Doses:** 150 µg, 225 µg, and 300 µg twice daily (BID)

**Comparator Doses:** Placebo

**Target Enrollment:** 320

**Status:** Enrollment Complete – 269 patients randomized

**Major Findings:** TBD

1047/Z\MPS\Rs\ABT-594-July01.doc

7 of 7

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000618

# McCarthy Deposition Exhibit 54

# D's Exhibit 661

# Part 1

ABBT311519





Confidential

## ABT-594 August 2001 GPEC Review

- Development Update        Bruce McCarthy

- DSG Analysis             Steve Kuemmerle
                           Liz Kowaluk

- NNR Follow-ons           Michael Meyer

August 15, 2001

2

ABBT311520

Confidential

ABBT311521

# ABT-594 August 2001 GPEC Review Topics

- ABT-594 efficacy in neuropathic pain is significant

  — ABT-594 has a narrow therapeutic window and efficacious doses are poorly tolerated as dosed currently

  — Modifications to drug administration have the potential to improve tolerability

- Decision analysis suggests that the expected value for these modifications (to improve tolerability) is small, although positive

- Future subtype selective NNRs for pain may provide meaningful pain relief across all pain types with an acceptable therapeutic window

August 15, 2001

3

Confidential

ABBT311522

# ABT-594's Potential for Pain Relief

- Efficacy across preclinical models of pain
  - Efficacy of morphine without morphine-like adverse events
  - Efficacy in neuropathic pain
- Commercial and clinical development plan targeted acute and chronic nociceptive pain and neuropathic pain, based upon preclinical promise
- Tolerability/onset of action issues made neuropathic pain relatively more attractive
  - Dosages that provide meaningful acute relief of pain are not well tolerated
  - Titration not well suited to intermittent use, as seen with most chronic nociceptive pain
  - Titration is used with all currently available drugs for neuropathic pain

August 15, 2001

4

Confidential



ABBT311523

Confidential

ABBT311524



## M99-114 Neuropathic Pain

### Summary

- EFFICACY
  - **150, 225 and 300 mcg BID are significantly better than placebo** as measured by the primary efficacy variable (reduction in daily pain)

    - ITT Analysis:        29-30%        vs. 17% placebo
      - Gabapentin:      39%            vs. 22% placebo
    - Completer Analysis:  38-48%        vs. 18% placebo
    - Responder rates:     26% (ITT), 47% (Completer)

  - Greater mean pain reduction and responder rates in site-based pain measurements

- TOLERABILITY & SAFETY
  - Dose dependent increase in nausea, vomiting, dizziness
    - Nausea:    34-46%    •Dizziness:        17-28%
    - Vomiting:  15-21%    •Abnormal Dreams:  18-22%
  - Significant Discontinuation Rate: 66% due to AE at 300 mcg BID

August 15, 2001

7

ABBT311525

Confidential

ABBT311526



Confidential

ABBT311527

# Neuropathic Pain Market

|  |  | 2000 Rx (MM) | 2000 sales ($MM) | Rx CAGR (96-2000) | Sales CAGR (96-2000) |
|---|---|---|---|---|---|
| Total: | US | 10.6 | $470 | 6% | 45% |
|  | Ex-US | 18.1 | $235 | 11% | 24% |
| Gabapentin | US | 3.9 | $352 | 80% | 94% |
|  | Ex-US | 1 | $42 | 125% | 191% |

Source: Decision Resources; IMS factored analysis.

- Growth of sales for neuropathic pain agents exceeds Rx growth:
  - Driven by continued growth of the branded and premium priced gabapentin (Neurontin), at the expense of other anti-epileptics and generic tricyclic antidepressants.

August 15, 2001

Confidential

9



Phase IIa:  ABT-594 75 mcg BID Had a Similar Effect To Gabapentin

*ABT-594 vs. Gabapentin and Pregabalin*

■ Placebo
▨ ABT-594 75 mcg BID (untitrated)
▨ Gabapentin (titrated)
▨ Pregabalin 100 mg TID (untitrated)

25%  38%
Lowest Effective Dose ABT-594[1]
Diabetes

22%  39%
Highest Effective Dose Gabapentin[2] (Diabetes)

21%  11%
Expected Clinical Dose Pregabalin[3]
Diabetes

100
50
0

Percent Decrease from Baseline

[1] 4-point categorical scale final vs. baseline
[2] 11-point Scale week 8 vs. baseline
[3] 11-point Likert scale week 5 vs. baseline

August 15, 2001

10

ABBT311528

Confidential

ABBT311529

# Phase IIa: ABT-594 75 mcg BID Untitrated Was Relatively Well Tolerated

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594[2] 75 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% | 0% |
| Somnolence | 66% | 53% | 23% | 24% | 0% |
| Dizziness | 28% | 40% | 24% | 27% | 7% |
| Nausea | N/A | 7% | 8% | N/A | 15% |
| Vomiting | N/A | N/A | N/A | N/A | 5% |
| Peripheral edema | N/A | N/A | N/A | 7% | 1% |
| Constipation | 14% | N/A | N/A | N/A | N/A |
| Dry mouth | 90% | N/A | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A | N/A |

[1] Max, 1987 (n=29)
[2] M98-826 and M98-833 combined
N/A - Not Available

August 15, 2001

11




# Phase IIb Neuropathic Pain (M99-114)

## Design

- 266 patients (320 planned), randomized, double-blind, placebo-controlled, multiple dose

| | | | | | |
|---|---|---|---|---|---|
| | | | n = 65 | ABT-594 | 300 mcg BID |
| | | | n = 65 | ABT-594 | 225 mcg BID |
| | | | n = 69 | ABT-594 | 150 mcg BID |
| | | | n = 67 | Placebo | |

Screen   Washout   Baseline

Day –22      –7        –7

1 week titration   6 week full dose

- Diabetic polyneuropathy
- 7-day titration phase; treatment visits at 2, 3, 5 and 7 weeks
- Power
  - Planned: 80% for ES 0.46 with 80/group
  - Study: 80% for ES 0.40 with 56/group (ES 0.55 for site-based pain rating scale)
- Concomitant analgesics disallowed

August 15, 2001

12

ABBT311530

Confidential



ABBT311531

ABBT311532

# Premature Terminations Increased with Increasing doses of ABT-594

## Subject Disposition

| Reason for Discontinuation | Placebo | % of Subjects Discontinuing ABT-594 | | |
| --- | --- | --- | --- | --- |
| | | 150 mcg BID | 225 mcg BID | 300 mcg BID |
| Adverse Event | 9 | 28 | 46 | 66 |
| Lack of Efficacy | 9 | 9 | 3 | 7 |
| Lost to Follow-up | 0 | 0 | 1 | 3 |
| Withdrew Consent | 3 | 5 | 9 | 7 |
| Other | 2 | 2 | 4 | 3 |
| Total Discontinuation | 22 | 38 | 57 | 75 |

Percents may not sum correctly due to rounding

August 15, 2001

14

Confidential



ABT-594 150, 225, & 300 mcg BID Reduced Pain Significantly vs. Placebo as Measured by the Primary Efficacy Variable: *Intent to Treat Population*

*Pain Rating Scale-Diary (Weekly Average)*

Change: Baseline to Final

| | |
|---|---|
| Placebo | ↓ 17% |
| ABT-594 150 mcg BID | ↓ 29% * |
| ABT-594 225 mcg BID | ↓ 28% * |
| ABT-594 300 mcg BID | ↓ 30% * |

N% at week 7
| | |
|---|---|
| Placebo | 89% |
| ABT-594 150 mcg BID | 86% |
| ABT-594 225 mcg BID | 84% |
| ABT-594 300 mcg BID | 79% |

*p<0.05

Maximum possible decrease for 150 mcg BID group was 6.5

August 15, 2001

Confidential

ABBT311533

15

ABBT311534



Confidential



ABT-594 150, 225, & 300 mcg BID Reduced Pain Significantly vs. Placebo as Measured by the Primary Efficacy Variable: *subjects who completed study*

*Pain Rating Scale-Diary (Weekly Average)*

Change: Baseline to Final

| Placebo | ↓ 18% |
| ABT-594 150 mcg BID | ↓ 38%* |
| ABT-594 225 mcg BID | ↓ 38%* |
| ABT-594 300 mcg BID | ↓ 48%* |

Completer subjects at 225 mcg BID had significantly higher pain at baseline

N% at week 7
| Placebo | 74% |
| ABT-594 150 mcg BID | 60% |
| ABT-594 225 mcg BID | 42% |
| ABT-594 300 mcg BID | 25% |

*p<0.05, **p<0.01
Maximum possilbe decrease for 300 mcg BID group was 6.4 (7.3 for 225)
August 15, 2001

17

Confidential

ABBT311535



ABBT311536

Confidential



ABT-594 150, 225, 300 mcg BID May Reduce Diabetic Neuropathic Pain More than Gabapentin or Pregabalin

*ABT-594 ITT vs. Gabapentin and Pregabalin*

ABBT311537

Confidential



ABT-594 150, 225, 300 mcg BID May Reduce Diabetic Neuropathic Pain More than Gabapentin or Pregabalin

*ABT-594 Completers vs. Gabapentin and Pregabalin*

Confidential

ABBT311538

ABBT311539

# Adverse Event Rates for Select Analgesics

| Event | Amitriptyline 150 mg/d[1] | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594 150 mcg BID | ABT-594 300 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | 8% | 5% | 0% | 1% |
| Somnolence | 66% | 23% | 24% | 2% | 0% |
| Dizziness | 28% | 24% | 27% | 17% | 28% |
| Nausea | N/A | 8% | N/A | 34% | 46% |
| Vomiting | N/A | N/A | N/A | 15% | 21% |
| Peripheral edema | N/A | N/A | 7% | 0% | 0% |
| Constipation | 14% | N/A | N/A | 3% | 7% |
| Dry mouth | 90% | N/A | N/A | 3% | 1% |

[1] Max. 1987 (n=29)
N/A - Not Available

August 15, 2001

21

Confidential

ABBT311540

# Efficacy and safety did not vary meaningfully by subject characteristics

- Smoker/Non-smoker
- Male/Female
- Weight
- Age
- Renal Function

August 15, 2001

22

Confidential

ABBT311541



ABT-594 150, 225 and 300 mcg BID Were Not Associated with Clinically Meaningful Changes in Vital Signs, ECGs or Laboratory Data

- Vital signs

- ECG

- Laboratory data

August 15, 2001

23

Confidential

# McCarthy Deposition Exhibit 54

# D's Exhibit 661

# Part 2

ABBT311542

ABBT311543

## ABT-594 Options

— A: Attempt tolerability improvement with ABT-594

* Explore more prolonged titration
* Co-administer anti-emetic
* Protocol Ready
  – 7, 11, 21 day titrations
  – Co-administered anti-emetic
  – Detailed assessments of adverse events
  – $2.8 MM Fully burdened VERIFY

— B: No additional experiments with ABT-594
— Subtype selective NNR for pain back-up

August 15, 2001

25

Confidential

ABBT31 1544

# Rationale for Titration and/or co-administration of an anti-emetic to improve tolerability of ABT-594

- Titration
  - General hypotheses
    - Adverse event tolerance
    - Homeostasis
  - Evidence
    - Attenuation of AEs over time in earlier studies, especially doses < 75 mcg BID
    - Preclinical evidence of attenuation over time
    - Titration is used to improve the tolerability of most analgesic, neurological and psychiatric Drugs

- Anti-emetic
  - Suppression of priming effect during tolerance/homeostasis
  - Preclinical studies
    - Dopamine antagonists
    - 5-HT3 antagonists

August 15, 2001

26

Confidential

ABBT311545



Confidential

ABBT311546

# M99-114: Neuropathic Pain

## *Outcome Measures*

- **Primary**
  - Weekly average of daily Pain Rating Scale (11-point Likert in a diary)
    - Change from baseline to last 7 days on drug
- **Secondary**
  - Site-based Pain Rating Scale (11-point Likert)
  - Neuropathic Pain Scale
  - Patient Global Impression of Change
  - Clinician Global Impression of Change
  - SF-36

August 15, 2001

28

Confidential



ABBT311547

Confidential



ABBT311548

ABBT311549

# ABT-594 Tolerability Improvement Study

- Controlled, randomized, double-blind, placebo-controlled Phase I

- Adequately powered

- Five Groups:
  - Placebo
  - 7 Day titration ± anti-emetic up through steady state
  - 11 Day titration
  - 24 Day titration

August 15, 2001

31

Confidential



ABT-594 Tolerability Improvement Study

August 15, 2001

Confidential

ABBT311550

ABBT311551

# Titration Is Used to Improve the Tolerability of Most Analgesic, Neurological and Psychiatric Drugs

## Tramadol in naïve patients: Ruoff Study

| | 1 Day to 200 mg/day n=130 | 4 Days to 200 mg/day n=129 | 10 Days to 200 mg/day n=132 |
|---|---|---|---|
| Nausea | 29% | 31% | 21% |
| Vomiting | 10% | 12% | 8% |
| Dizziness | 24% | 19% | 8% |
| Discontinuation Due to AEs | 31% | 24% | 15% |

- Patients with chronic joint pain treated with daily NSAIDs and requiring additional pain relief.

August 15, 2001

33

Confidential

# Titration Is Used to Improve the Tolerability of Most Analgesic, Neurological, and Psychiatric Drugs

*Tramadol in intolerant patients: Petrone Study*

|  | 10 Days to 200 mg/day n=54 | 16 Days to 200 mg/day n=59 | 13 Days to 150 mg/day n=54 |
|---|---|---|---|
| Nausea | 54% | 42% | 33% |
| Vomiting | 19% | 12% | 7% |
| Dizziness | 7% | 7% | 7% |
| Discontinuation Due to AEs | 54% | 34% | 30% |

- Patients who had discontinued due to nausea or vomiting during a rapid escalation of tramadol dose (4 days to 200 mg/day) were enrolled in the titration evaluation.

- Patients with chronic pain treated with daily NSAIDs.

August 15, 2001

Confidential

ABBT311552

34

ABBT311553

# Hypotheses for ABT-594-induced Emesis

- Parenteral administration also elicits emesis in preclinical studies

- No models exist to determine the relative contribution of central and peripheral actions of ABT-594 in emesis

August 15, 2001

35

Confidential

ABBT311554

## ABT-594 Parenteral

- An option to evaluate different rates-of-rise under single dose administration

- Additional preclinical experiments required
  - More fully explore safety of different rates-of-rise
  - Parenteral drug safety studies

- Formulation development

- Time & Cost
  - EST 6 months
  - EST $ 0.5 MM

August 15, 2001

36

Confidential



ABT-594 150, 225, & 300 mcg BID Reduced Pain Significantly vs. Placebo as Measured by Site-Based Pain Rating Scale: _Intent to Treat Population_

*Pain Rating Scale-Site Based*

Change: Baseline to Final

—— Placebo                    ↓ 17%  *
--*-- ABT-594 150 mcg BID      ↓ 40%  *
--▲-- ABT-594 225 mcg BID      ↓ 33%  *
--×-- ABT-594 300 mcg BID      ↓ 42%  *

N% at Visit 4
Placebo                 87%
ABT-594 150 mcg BID     74%
ABT-594 225 mcg BID     58%
ABT-594 300 mcg BID     43%

*p<0.05

Maximum possible decrease for 150 mcg BID group was 6.7

August 15, 2001

37

ABBT311555

Confidential



ABT-594 150, 225, & 300 mcg BID Reduced Pain Significantly vs. Placebo as Measured by Site-Based Pain Rating Scale: _subjects who completed study_

*Pain Rating Scale-Site Based*

Change: Baseline to Final

— Placebo                    ↓ 19%   *
—*— ABT-594 150 mcg BID      ↓ 42%   *
—•— ABT-594 225 mcg BID      ↓ 37%   *
—x— ABT-594 300 mcg BID      ↓ 46%   *

N% at Visit 4
Placebo              78%
ABT-594 150 mcg BID  60%
ABT-594 225 mcg BID  43%
ABT-594 300 mcg BID  25%

*p<0.05, **p<0.01, ***p<0.001
Maximum possible decrease for 300 mcg BID group was 6.5

August 15, 2001

Confidential

ABBT311556

38



ABBT311557

# M99-114 Neuropathic Pain

## *Summary*

- **Initial Questions**
  - Where do doses evaluated to date fit on the dose-response curve?
    - PK/PD effect?
  - Can tolerability be improved?
    - Differentiation of patient populations
    - Dosage administration
  - If tolerability is improved, will there be even more efficacy?
  - How much will patients benefit from ABT-594?
    - If administered as in M99-114
    - Given hypothetical improvements in tolerability & efficacy

- **Conclusions**
  - ABT-594 significantly reduces diabetic neuropathic pain
  - ABT-594, as administered without any optimization, has a narrow therapeutic window
  - ABT-594 has the potential to be an important treatment for neuropathic pain; additional analyses will evaluate the probability that differentiation of patient populations or changes in dosage administration can improve therapeutic index

August 15, 2001

40

ABBT311558

ABBT311559

# ABT-594 IS A MAJOR SCIENTIFIC ACHIEVEMENT

- *Independent of future business decisions regarding ABT-594...*

  - ABT-594 is the first drug _ever_ to be successfully discovered and developed with the intent purpose to treat neuropathic pain (and other pain disorders).

  - NNRs are now fully validated as a viable mechanism to treat neuropathic pain

  - For the first time in decades there is now an additional class of analgesic agents:

    - NNRs
    - OPIOIDS
    - NSAIDs/COX-2s
    - ACETAMINOPHEN
    - TCAs/AEDs

August 15, 2001

Confidential

41

ABBT311560

Treatment Groups Were Similar in Terms of Demographics at Baseline

## M99-114 Baseline Characteristics

| | | All Patients (N=266) |
|---|---|---|
| Gender | Female | 45% |
| | Male | 55% |
| Race | White | 89% |
| | Black | 9% |
| Age | Mean | 62 |
| | Range | 20-86 |
| Weight | Mean | 202 |
| | Range | 112-278 |
| Nicotine Use | Former | 36% |
| | Never | 53% |
| | Current | 11% |

August 15, 2001

42

Confidential

ABBT311561

Treatment Groups Were Similar In Terms Pain at Baseline

*M99-114 Baseline Characteristics*

|  | Placebo | ABT-594 150 mcg BID | ABT-594 225 mcg BID | ABT-594 300 mcg BID |
|---|---|---|---|---|
| Pain Rating Scale Diary (10) | 6.5 | 6.6 | 6.7 | 6.7 |
| Pain Rating Scale Site (10) | 6.5 | 6.7 | 6.7 | 6.9 |
| Neuropathic Pain Scale (100) | 56.5 | 55.1 | 56.3 | 57.3 |

August 15, 2001

43

Confidential



Premature Termination Increased with Increasing Doses of ABT-594

M99-114 DAYS TO PREMATURE DISCONTINUATION

August 15, 2001

ABBT311562

Confidential

ABBT311563

ABT-594 150, 225, & 300 mcg BID Reduced Pain Significantly vs. Placebo as Measured by the Primary Efficacy Variable: *subjects who complete at least 21 days*



*Pain Rating Scale-Diary (Weekly Average)*

Change: Baseline to Final
Placebo          ↓ 17%
ABT-594 150 mcg BID   ↓ 34%*
ABT-594 225 mcg BID   ↓ 37%*
ABT-594 300 mcg BID   ↓ 41%*

N% at week 7
Placebo            83%
ABT-594 150 mcg BID    71%
ABT-594 225 mcg BID    52%
ABT-594 300 mcg BID    39%

*p<0.05, **p<0.01, ***p<0.001
Maximum possilbe decrease for 300 mcg BID group was 6.6
August 15, 2001

45

Confidential



ABBT311564

Confidential

ABBT311565



PERCENT IMPROVEMENT FROM BASELINE TO FINAL FOR SUBJECT DIARY
FOR LOCF — COMPLETERS — (4 DAY AVERAGE)

August 15, 2001

47

Confidential



ABT-594 150, 225, & 300 mcg BID Reduced Pain Significantly vs. Placebo as Measured by Site-Based Pain Rating Scale: *subjects who complete at least 21 days*

*Pain Rating Scale (Site Based)*

|  | Change: Baseline to Final |  |
|---|---|---|
| — Placebo | ↓ 17% |  |
| —■— ABT-594 150 mcg BID | ↓ 40% | * |
| —▲— ABT-594 225 mcg BID | ↓ 32% | * |
| —✕— ABT-594 300 mcg BID | ↓ 42% | * |

| N% at Visit 4 |  |
|---|---|
| Placebo | ??% |
| ABT-594 150 mcg BID | ??% |
| ABT-594 225 mcg BID | ??% |
| ABT-594 300 mcg BID | ??% |

*p<0.05
Maximum possible decrease for 300 mcg BID group was 6.9

August 15, 2001

48

ABBT311566

Confidential

**McCarthy Deposition Exhibit 54**

**D's Exhibit 661**

**Part 3**

ABBT311567



Confidential



PERCENT IMPROVEMENT FROM BASELINE TO FINAL FOR SITE BASED PAIN ASSESSMENT
FOR LOCF – COMPLETERS

August 15, 2001

ABBT311568

Confidential



ABT-594 150, 225 and 300 mcg BID Were Associated with Overall Improvement as Judged by the SUBJECT Global Impression of Change: *Subjects Who Completed Study*

SGIC

■ Much/Moderately/Min Improved
■ No Change
■ Worse

*p < 0.05 vs. placebo

August 15, 2001

ABBT311569

Confidential

51



ABT-594 150, 225 and 300 mcg BID Were Associated with Overall Improvement as Judged by the CLINICIAN Global Impression of Change: _Subjects Who Completed Study_

CGIC

Legend:
- Much/Moderately/Min Improved
- No Change
- Worse

*p < 0.01 vs. placebo

August 15, 2001

Confidential

ABBT311570

52



ABT-594 150, 225 and 300 mcg BID Were Associated with Overall Improvement as Judged by the SUBJECT Global Impression of Change: *Subjects Who Completed Study*

SGIC

■ Much or Moderately Improved
▨ Minimally Improved, No Change or Worsened

Percent of subjects

Placebo    ABT-594 150 mcg BID    ABT-594 225 mcg BID    ABT-594 300 mcg BID

*p < 0.05 vs. placebo

August 15, 2001

53

ABBT311571

Confidential



ABT-594 150, 225 and 300 mcg BID Were Associated with Overall Improvement as Judged by the CLINICIAN Global Impression of Change:  *Subjects Who Completed Study*

CGIC

■ Much or Moderately Improved
▨ Minimally Improved, No Change or Worsened

Percent of subjects

Placebo    ABT-594 150 mcg BID  ABT-594 225 mcg BID  ABT-594 300 mcg BID

* p < 0.05, ** p < 0.01 vs. placebo

August 15, 2001

Confidential

ABBT311572



ABT-594 150, 225 and 300 mcg BID Were Associated with Overall Improvement as Judged by the SUBJECT Global Impression of Change: *Intent to treat population*

SGIC

- ☰ Much/Moderately/Min Improved
- ☷ No Change
- ░ Worse

Percent of subjects

Placebo    ABT-594 150 mcg BID  ABT-594 225 mcg BID  ABT-594 300 mcg BID

August 15, 2001

Confidential

ABBT311573



ABBT311574



M99—114 PREVALENCE ACROSS TIME OF TREATMENT—EMERGENT VOMITING
ALL TREATED SUBJECTS

ABBT311575

August 15, 2001

Confidential



ABBT311576

Confidential



M99–114 PREVALENCE ACROSS TIME OF TREATMENT—EMERGENT DIZZINESS
ALL TREATED SUBJECTS

ABBT311577

Confidential

August 15, 2001

M99-114 PREVALENCE ACROSS TIME OF TREATMENT—EMERGENT ABNORMAL DREAMS
ALL TREATED SUBJECTS

ABBT311578

Confidential

August 15, 2001

ABBT311579

# Completers vs. Preterms: initial analysis

- **Significant Differences**
  - **Gender**
    - Males were more likely to complete at 150 mcg (80% vs. 20% for males, 42% vs. 58% for females)
    - More females than males pretermed due to adverse events (55% vs. 39%) when all ABT-594 groups were combined
  - **Baseline Pain**
    - Preterms had lower baseline pain than completers at 225 mcg BID (6.3 vs. 7.3, PRS diary)
  - **Weight & Height**
    - Preterms had lower weight & height than completers when ABT-594 groups were combined (196 vs. 207 lbs)
  - **Nicotine Use**
    - Fewer users and ex-users prematurely terminated than never users when all ABT-594 groups were combined (39% vs. 53%)

- **No differences**
  - Gender (225, 300)
  - Race
  - Age
  - Baseline Pain (150, 300)

August 15, 2001

61

Confidential

# Completers vs. Preterms: Adverse Events

## *150 mcg BID*

|  | ABT-594 150 mcg BID | |
|---|---|---|
|  | Completer (N=40) | Preterm (N=25) |
| Diarrhea | 3 (8%) | 4 (16%) |
| Nausea | 10 (25%) | 12 (48%) |
| Vomiting* | 3 (8%) | 7 (28%) |
| Abnormal Dreams | 6 (15%) | 8 (32%) |
| Dizziness* | 3 (8%) | 8 (32%) |

Adverse events > 10%, more common in preterm
*p < 0.05

August 15, 2001

62

Confidential

ABBT311580

ABBT311581

# Completers vs. Preterms: Adverse Events

## 225 mcg BID

| | ABT-594 225 mcg BID | |
|---|---|---|
| | Completer (N=30) | Preterm (N=39) |
| Headache | 3 (10%) | 7 (18%) |
| Nausea | 9 (30%) | 21 (54%) |
| Vomiting* | 3 (10%) | 14 (36%) |
| Dizziness | 9 (30%) | 15 (38%) |
| Insomnia | 2 (7%) | 7 (18%) |
| Nervousness | 0 | 4 (10%) |

Adverse events > 10%, more common in preterm
*p < 0.05

August 15, 2001

63

Confidential

# Completers vs. Preterms: Adverse Events

*300 mcg BID*

|  | ABT-594 300 mcg BID | |
|---|---|---|
|  | Completer (N=17) | Preterm (N=50) |
| Asthenia | 2 (12%) | 11 (22%) |
| Vomiting | 1 (6%) | 13 (26%) |
| Abnormal Dreams | 1 (6%) | 11 (22%) |
| Insomnia | 1 (6%) | 6 (12%) |
| Nausea | 8 (47%) | 23 (46%) |
| Dizziness | 6 (35%) | 13 (26%) |

Adverse events > 10%, more common in preterm

August 15, 2001

64

ABBT311582

Confidential

# Completers vs. Preterms: Adverse Events

## All ABT-594 Subjects

| | ABT-594 All Subjects | |
|---|---|---|
| | Completer (N=87) | Preterm (N=114) |
| Nausea* | 27 (31%) | 56 (49%) |
| Vomiting* | 7 (8%) | 34 (30%) |
| Abnormal Dreams | 14 (16%) | 27 (24%) |
| Dizziness | 18 (21%) | 36 (32%) |
| Insomnia | 3 (3%) | 14 (12%) |

Adverse events > 10%, more common in preterm
*p < 0.05

August 15, 2001

65

ABBT311583

Confidential

ABBT311584

## Premature Termination Benchmarks

- Gabapentin in Diabetic Neuropathy
  - GBP: 17% Total, 8% AE
  - PCB: 20% Total, 6 % AE
- Pregabalin in Diabetic Neuropathy
  - PGB:
- Tramadol in Diabetic Neuropathy

August 15, 2001

66

Confidential

# Neuropathic Pain Reminder

## Treatment Adverse Events Rates

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d |
|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% |
| Somnolence | 66% | 53% | 23% | 24% |
| Dizziness | 28% | 40% | 24% | 27% |
| Nausea | N/A | 7% | 8% | N/A |
| Peripheral edema | N/A | N/A | N/A | 7% |
| Dry mouth | 90% | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A |

[1] Max. 1987 (n=29)
N/A - Not Available

August 15, 2001

67

Confidential

ABBT311585

ABT-594 150, 225 and 300 mcg BID Were Associated with a Dose Dependent Increase in Adverse Events, Especially Nausea, Vomiting and Dizziness: All Subjects

## Adverse Events

| Event | Placebo<br>N = 65 | ABT-594<br>150 mcg BID<br>N = 65 | ABT-594<br>225 mcg BID<br>N = 69 | ABT-594<br>300 mcg BID<br>N = 67 |
|---|---|---|---|---|
| Nausea | 11 % | 34 %* | 43 %* | 46 %* |
| Abnormal Dreams | 0 % | 22 %* | 22 %* | 18 %* |
| Headache | 12 % | 20 % | 14 % | 19 % |
| Dizziness | 5 % | 17 %* | 35 %* | 28 %* |
| Vomiting | 3 % | 15 %* | 25 %* | 21 %* |
| Diarrhea | 3 % | 11 % | 12 % | 6 % |
| Dyspepsia | 3 % | 8 % | 12 % | 7 % |
| Asthenia | 2 % | 6 % | 16 %* | 19 %* |

Occurring in ≥5% 150 mcg BID ABT-594 treated patients and ABT-594 incidence > placebo.
*p<0.05 vs. placebo

August 15, 2001

Confidential

ABBT311586

ABBT311587

## 95% Confidence Intervals for Nausea, Vomiting and Dizziness

### Adverse Events

|           | 150 mcg BID   | 225 mcg BID   | 300 mcg BID   |
|-----------|---------------|---------------|---------------|
| Nausea    | 34% [22, 45]  | 43% [32, 55]  | 46% [34, 58]  |
| Vomiting  | 15% [7, 24]   | 25% [14, 35]  | 21% [11, 31]  |
| Dizziness | 17% [8, 26]   | 35% [24, 46]  | 30% [19, 41]  |

August 15, 2001

69

Confidential

ABBT311588

# Increasing Levels of Pain Reduction May Trend with Increasing Incidence of Adverse Events at 300 mcg BID

### 300 mcg BID (ITT)
### Pain Reduction Quartiles

|  | Least Pain Reduction n=12 | Quartile n=10 | Quartile n=16 | Most Pain Reduction n=15 |
|---|---|---|---|---|
| Nausea | 42% | 40% | 50% | 60% |
| Vomiting | 17% | 20% | 25% | 27% |
| Dizziness | 42% | 0% | 38% | 20% |

August 15, 2001

Confidential

70

ABBT311589

## Sample Size Is Too Small to Make Conclusions About The Relationship Between Level of Pain Reduction and Treatment Emergent Adverse Events for Completers

### 300 mcg BID (Completers)
### Quartile Pain Reduction

|  | Least Pain Reduction Quartile n=2 | Quartile n=1 | Quartile n=6 | Most Pain Reduction n=8 |
|---|---|---|---|---|
| Nausea | 0% | 0% | 50% | 63% |
| Vomiting | 0% | 100% | 0% | 0% |
| Dizziness | 0% | 0% | 50% | 38% |

August 15, 2001

71

Confidential

## QT Assessment

- M99-114 not designed to assess QT
- Mean QT
- Individual QTc (Bazett) Changes (on drug)
  - #4081: From 441 ms to 520 ms
    - Abt (BGM) re-read *would* be from 521 to 439 ms
- Syncope
  - #4083: h/o afib, to ER for "syncope", refuses to release medical records

August 15, 2001

72

ABBT311590

Confidential

ABBT311591



## ABT-594

### *Questions*

— Where do doses evaluated to date fit on the dose-response curve?
  - PK/PD Effect
— Can tolerability be improved?
  - Differentiation of patient populations
  - Dosage administration
— If tolerability is improved, will there be even more efficacy?
— How much will patients benefit from ABT-594?
  - If administered as in M99-114
  - Given hypothetical improvements in tolerability & efficacy

August 15, 2001

73

Confidential

# McCarthy Deposition Exhibit 54

# D's Exhibit 661

# Part 4

ABBT311592

## ABT-594 IS A MAJOR SCIENTIFIC ACHIEVEMENT

- *Independent of future business decisions regarding ABT-594...*

  – ABT-594 is the first drug *ever* to be successfully discovered and developed with the intent purpose to treat neuropathic pain (and other pain disorders).

  – NNRs are now fully validated as a viable mechanism to treat neuropathic pain

  – For the first time in decades there is now an additional class of analgesic agents:

    ○ NNRs
    ○ OPIOIDS
    ○ NSAIDs/COX-2s
    ○ ACETAMINOPHEN
    ○ TCAs/AEDs

August 15, 2001

74

Confidential

ABBT311593

# ABT-594

## *Pharmacokinetics and Metabolism*

- Half-life ($t_{1/2}$): about 8-12 hours

- Dose proportional kinetics

- AUC, $C_{max}$ similar across formulations (solution, SEC, HGC)

- AUC, $C_{max}$ similar with/without food

- $T_{max}$ varies somewhat with formulation, food

- No clinically significant effects on cytochrome P450 isoforms

- Elimination primarily through renal excretion, about 50% unchanged drug recovered in urine

August 15, 2001

75

Confidential

ABBT311594



# Molar Extraction Study

## Design

- 290 patients, randomized, double-blind, placebo-controlled, single dose

|        |   |        |          |
|--------|---|--------|----------|
| Day −14 |  | n=290  |          |

Screen   Surgery
                xx

| | | |
|---|---|---|
| n=50 | — | ABT–594 100 mcg |
| n=46 | — | ABT–594 75 mcg |
| n=50 | — | ABT–594 50 mcg |
| n=46 | — | ABT–594 25 mcg |
| n=48 | — | Ibuprofen 400 mg |
| n=50 | — | Placebo |

Single dose

- Third molar extraction
- Outcome measures:
  - Pain relief (PR)
  - Categorical scale:

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| none | a little | some | a lot | complete |

- Power: 70% to detect an effect similar to acetaminophen plus codeine
- Solution

August 15, 2001

76

Confidential

ABBT311595



# Molar Extraction Study

## *Outcome Measures*

- **Pain Relief (PR)**
  - Categorical scale:

    | 0 | 1 | 2 | 3 | 4 |
    |---|---|---|---|---|
    | none | a little | some | a lot | complete |

- **Total Pain Associated Relief (TOTPAR)**
  - Area under the curve for PR (0-6 hours)

- **Pain Intensity (PI)**
  - Categorical scale:

    | 0 | 1 | 2 | 3 |
    |---|---|---|---|
    | none | mild | moderate | severe |

  - Visual Analog Scale

    no pain _____ worst pain

- **Stop Watch Model**
  - Time to "perceptible" and "meaningful" relief

- **Time To Rescue Medication**

- **Patient Global**
  - Rate medication:

    | 1 | 2 | 3 | 4 |
    |---|---|---|---|
    | poor | fair | good | excellent |

August 15, 2001

77

Confidential



ABT-594 100 mcg Is Significantly Better Than Placebo Starting 1.5 Hours After Dosing

ABBT311596

Confidential

ABBT311597

# Neuropathic Pain Pilot

## *Design*

- 133 patients, randomized, double-blind, placebo-controlled, multiple dose



n = 43    ABT-594    75 mcg BID

n = 47    ABT-594    25 mcg BID

n = 43    Placebo

3 weeks

Screen    Washout    Baseline

Day -22    -7    -3

- Distal symmetric polyneuropathy

  52% idiopathic    46% diabetic

- Power: 56% to detect a 20% difference (ABT-594 vs. placebo)

- Soft Elastic Capsule

August 15, 2001

79

Confidential

ABBT311598



# Neuropathic Pain Pilot

## *Outcome Measures*

- **Pain Intensity (PI)**
  - Categorical Scale:

    | 0 | 1 | 2 | 3 |
    |---|---|---|---|
    | none | mild | moderate | severe |

  - Visual Analog Scale:
    (0-100 mm)

    no pain ├─────────────┤ worst possible

- **Neuropathic Pain Scale (NPS)**
  - 10 items (e.g., sharp, hot, intense), for total 0-100 points

    Please use the scale below to tell us how **sharp** your pain feels. Words used to describe "sharp" feelings include "like a knife," "like a spike," "jabbing" or "like jolts"

    | not sharp | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most sharp sensation imaginable ("like a knife") |

- **Patient Global (PG)**
  - Rate Medication:

    | 1 | 2 | 3 | 4 |
    |---|---|---|---|
    | poor | fair | good | excellent |

August 15, 2001

80

Confidential



ABT-594 75 mcg BID Does Not Reduce Daily Pain Score Compared to Placebo in Neuropathic Pain

| Treatment | Change: Baseline to Final |
|-----------|---------------------------|
| Placebo | ↓ 25% |
| ABT-594 25 mcg BID | ↓ 14% |
| ABT-594 75 mcg BID | ↓ 28% |

Maximum possible decrease for 75 mcg BID was 2.5

August 15, 2001

Change from Baseline (Categorical)

Week

Confidential

ABBT311599



ABBT311600

Confidential



ABBT311601



ABBT311602

Confidential



ABBT311603

ABBT311604



Confidential



ABBT311605

Confidential

# Osteoarthritis Pain Pilot Study

*WOMAC*

**Pain**

How much pain do you have...
– Walking on a flat surface?
– Going up or down stairs

no pain ———————— extreme pain

**Stiffness**

How severe is your stiffness...
– After sitting, lying, or resting later in the day?

no stiffness ———————— extreme stiffness

**Function**

What degree of difficulty do you have...
– Descending stairs?
– Rising from bed?

no difficulty ———————— extreme difficulty

August 15, 2001

ABBT311606

88

Confidential



# ABT-594 75 mcg BID Does Not Reduce Daily Pain Score Compared To Placebo in Osteoarthritis

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 21% |
| Ibuprofen 400 mg TID | ↓ 26% |
| ABT-594 25 mcg BID | ↓ 17% |
| ABT-594 50 mcg BID | ↓ 26% |
| ABT-594 75 mcg BID | ↓ 23% |

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 2.2

August 15, 2001

Confidential

ABBT311607



ABT-594 75 mcg BID Reduces the WOMAC Pain Subscale More Than Placebo in Osteoarthritis

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 19% |
| Ibuprofen 400 mg TID | ↓ 33% |
| ABT-594 25 mcg BID | ↓ 24% |
| ABT-594 50 mcg BID | ↓ 34% |
| ABT-594 75 mcg BID | ↓ 30% |

Based on 5-item (0-500 points)

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 305

August 15, 2001

Confidential

ABBT311608



ABBT311609

Confidential



## Gabapentin Study

### Design

- 162 patients, randomized, double-blind, placebo-controlled, multiple dose

  Baseline
  -7
  n=82
  n=80
  4 week titration 4 week stable

  Gabapentin (titrated up to 3600 mg/d over 4 weeks; 67% of patients at 3600 mg/d)
  Placebo

- Diabetic polyneuropathy

- Power (planned): 75 patients/group; > 80% power to detect 25% difference (gabapentin vs. placebo)

- Entry: average ≥ 4 on 11-point Likert on at least 4 observations during baseline week; no concomitant analgesics

Backonja et al, 1998

August 15, 2001

ABBT311610

Confidential



# Gabapentin Study

## *Outcome Measures*

- **Primary**
  - 11-point Likert (0=no pain; 10=worst pain)

- **Secondary**
  - SFMPQ VAS    no pain ├─────────────┤ worst possible pain
  - SFMPQ PPI
    - 0  no pain
    - 1  Mild
    - 2  Discomforting
    - 3  Distressing
    - 4  Horrible
    - 5  Excruciating

  - Patient global impression of change (7 point scale)

Backonja et al. 1998

August 15, 2001

ABBT311611

Confidential



ABBT311612



ABBT311613

## Gabapentin Studies

*Adverse Events*

| | Adverse Event Rate (%) | |
|---|---|---|
| | Gabapentin | (placebo) |
| Dizziness | 20 | (4) |
| Somnolence | 19 | (5) |
| Headache | 9 | (3) |
| Diarrhea | 9 | (7) |
| Confusion | 7 | (1) |
| Nausea | 7 | (4) |

Backonja et al, 1998

August 15, 2001

ABBT311614

Confidential

ABBT311615



## Pregabalin Studies

### Design - 014

- 246 patients, randomized, double-blind, placebo-controlled

Baseline | 2 week titration | 4 week stable

Pregabalin 600 mg/day (÷TID)
Pregabalin 150 mg/day (÷TID)
Placebo

- Power not specified
- Entry
  - Average ≥ 4 on 11-point daily Likert during baseline
- Discontinuation due to adverse events:

  | | |
  |---|---|
  | 600 mg/d | 8.5% |
  | 150 mg/d | 2.5% |
  | Placebo | 4.7% |

Sharma et al. 2000

August 15, 2001

Confidential



Pregabalin Studies

*Outcome Measures – 014*

- Primary
  - Weekly mean Likert pain score (probably)
- Secondary
  - Responder rate
  - Patient global impression of change
  - Sleep interference score
  - SFMPQ

Sharma et al, 2000

August 15, 2001

Confidential

ABBT311616

McCarthy Deposition Exhibit 54

D's Exhibit 661

Part 5



ABBT311617

Confidential



ABBT311618

ABBT311619

## Pregabalin Studies

### Responder Rate - 014

## Responder Rate

| | |
|---|---|
| 600 mg/day | 39%* |
| 150 mg/day | 15% |
| Placebo | 12% |

Responder ≡ at least 50% reduction in mean baseline pain score

*p=0.0002 vs. placebo

August 15, 2001

Sharma et al. 2000

Confidential

# Pregabalin Studies

## Adverse Events – 014

| | 600 mg/d (%) | 150 mg/d (%) | Placebo (%) |
|---|---|---|---|
| Dizziness | 37.8 | 10.1 | 2.4 |
| Somnolence | 22.0 | 5.1 | 3.5 |
| Peripheral edema | 17.1 | 3.8 | 4.7 |
| Asthenia | 12.2 | 3.8 | 3.5 |
| Weight gain | 9.8 | 2.5 | 0.0 |
| Amblyopia | 8.5 | 2.5 | 5.9 |
| Dry mouth | 8.5 | 0.0 | 2.4 |

Headache and accidental injury not included

Sharma et al, 2000

August 15, 2001

Confidential

ABBT311620



ABBT311621

Confidential



ABBT311622



ABBT311623



ABBT311624

Confidential

# Pregabalin Studies

## Responder Rate - 029

| | Responder Rate |
|---|---|
| 600 mg/day | 48.1%* |
| 300 mg/day | 45.7%* |
| 75 mg/day | 22.1% |
| Placebo | 17.5% |

Responder ≡ at least 50% reduction in mean baseline pain score

•p=0.0002 vs. placebo

August 15, 2001

Sharma et al. 2000

ABBT311625

Confidential

## Pregabalin Studies

### Adverse Events - 029

| | 600 mg/d (%) | 300 mg/d (%) | 75 mg/d (%) | Placebo (%) |
|---|---|---|---|---|
| Dizziness | 39.0 | 27.2 | 7.8 | 5.2 |
| Somnolence | 26.8 | 23.5 | 3.9 | 4.1 |
| Peripheral edema | 13.4 | 7.4 | 3.9 | 2.1 |
| Amblyopia | 8.5 | 4.9 | 2.6 | 1.0 |
| Ataxia | 8.5 | 3.7 | 6.5 | 2.1 |
| Confusion | 8.5 | 4.9 | 0.0 | 2.1 |
| Constipation | 8.5 | 3.7 | 0.0 | 0.0 |

Headache not included

Sharma et al. 2001

August 15, 2001

ABBT311626

Confidential

Pregabalin Studies

*Responder Rate – 131*

Responder Rate

|  | Responder Rate |
|---|---|
| 300 mg/day | 40.0 %* |
| Placebo | 14.5 % |

Responder ≡ at least 50% reduction in mean baseline pain score

• p=0.001 vs. placebo

August 15, 2001

Sharma et al, 2000

ABBT311627

Confidential



# Tramadol Study

*Design*

- 131 patients, randomized, double-blind, placebo-controlled, multiple dose

  Baseline | n=65 | Tramadol (titrated to relief up to 400 mg/d QID; average 210 mg/d)
  n=66 | Placebo
  4 week titration  2 week stable

- Diabetic polyneuropathy

- Power: 85% to detect a difference of 0.8 (on 5-point scale, tramadol vs. placebo)

- Moderate (2) or greater; no concomitant analgesics

August 15, 2001

Marati et al. 1998

ABBT311628

Confidential

ABBT311629

# Tramadol Study

## *Outcome Measures*

- **Primary**
  - 5 point Likert pain intensity (at visits)

    0 none
    1 mild
    2 moderate
    3 severe
    4 extreme

- **Secondary**
  - Patient rated pain relief score

    Complete    4
    A lot       3
    Moderate    2
    Slight      1
    None        0
    Worse      (-1)

  - Medical Outcome Study measures of daily living activities
    and sleep

Marati et al. 1998

August 15, 2001

Confidential



ABBT311630

Confidential

## Tramadol Study

### Adverse Events

| | Adverse Event Rate (%) | |
| --- | --- | --- |
| | Tramadol | (placebo) |
| Nausea | 23 | (3) |
| Constipation | 22 | (3) |
| Somnolence | 12 | (6) |
| Dyspepsia | 9 | (3) |
| Pruritis | 6 | (0) |
| Rash | 6 | (0) |
| Vomiting | 5 | (0) |
| Fatigue | 5 | (0) |
| Dizziness | 5 | (0) |

Marati et al, 1998

August 15, 2001

113

ABBT311631

Confidential



# Topiramate Study

## *Design*

- 27 patients, randomized (2:1 topiramate to placebo), double-blind, placebo-controlled

  Topiramate (titrated to 200 mg BID or maximum tolerated dose)

  Placebo

  Baseline

  n=18

  n=9

  4 week titration 2 week stable

- Diabetic polyneuropathy

- Not powered

- Entry
  - No concomitant analgesic medications
  - ≥ 40 mm/100 mm SFMPQ-VAS at baseline visit
  - ≥ 4 on 11-point Likert pain scale at baseline visit

Edwards et al, 1999

August 15, 2001

ABBT311632

Confidential

ABBT311633



## Topiramate Study

### *Outcome Measures*

- Primary
  - SFMPQ-VAS
- Secondary
  - SFMPQ-Total
  - Patient global impression of change

Edwards et al, 1999
115

August 15, 2001

Confidential

Topiramate Study

Results: SFMPQ-VAS

■ Baseline
■ Final

↓ 41%*

↑ 9%

SFMPQ-VAS Score

100

50

0

Topiramate

Placebo

* p=0.007 vs. placebo

August 15, 2001

Edwards et al. 1999

Confidential

ABBT311634



Topiramate Study

*Results: SFMPQ-Total*

SFMPQ-Total Score

Baseline
Final

↓ 22%*

↑ 11%

25.1

11.5

Topiramate

Placebo

* p=0.039 vs. placebo

Edwards et al, 1999, 117

August 15, 2001

Confidential

ABBT311635

## Topiramate Study

### Adverse Events

| | Adverse Event Rate (%) | |
|---|---|---|
| | Topiramate | (placebo) |
| Asthenia | 56 | (0) |
| Weight loss of > 10% | 22 | (0) |
| Confusion | 22 | (0) |
| Paresthesia | 17 | (0) |
| Lightheadedness | 17 | (0) |
| Dry mouth | 17 | (0) |

Edwards et al. 1999

August 15, 2001

Confidential

ABBT311636

# Amitriptyline for Neuropathic Pain

## Max, 1987

- Largest (active) placebo-controlled, randomized, double-blind trial of a tricyclic
  - N=29 (completers); 5 discontinued due to AEs
  - 2-week drug-free baseline, 6-week crossover (no washout); 3-week titration, 3-week stable (150 mg)

- Primary endpoint – 13 word verbal description (numeric equivalents)

  | Placebo | ↓ 14% | |
  | Amitriptyline | ↓ 51% | (estimated from graph) |

- Adverse events

  | Dry mouth | 90% |
  | Sedation | 66% |
  | Dizziness | 28% |
  | Constipation | 14% |

August 15, 2001

119

ABBT311637

Confidential

# McCarthy Deposition Exhibit 59


# P's Exhibit HO



**Bruce McCarthy /LAKE/PPRD/ABBOTT**
10/10/2001 12:34 PM

To   Michael K Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT

cc   Philip M Deemer/LAKE/CORP/ABBOTT@ABBOTT, Danhui Wang/LAKE/PPD/ABBOTT@ABBOTT, James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject   Re: ABT-594 Update

Mike-

We will need to have a discussion off-line from the main project meeting (doesn't need to be before) at which we can begin discussions of how we handle ABT-594 as an asset. Out-licensing 594 may have negative impact upon the value of the follow-ons, independent of the likelihood of success of out-licensing.  The meeting should include you and me, Danhui, Phil and Jim.

Bruce.
Danhui Wang



**Danhui Wang**
10/10/2001 11:48 AM

To:  Michael K Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT, Philip M Deemer/LAKE/CORP/ABBOTT@ABBOTT

cc:  Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Catherine K Kacos/LAKE/PPRD/ABBOTT@ABBOTT, Elizabeth Kowaluk/LAKE/PPRD/ABBOTT@ABBOTT, Damien Springuel/LAKE/AI/ABBOTT@ABBOTT, Kevin P Constable/LAKE/PPRD/ABBOTT@ABBOTT, James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Chrys Kokino/LAKE/PPD/ABBOTT@ABBOTT, Paul L Berns/LAKE/PPD/ABBOTT@ABBOTT, Andras White/LAKE/AI/ABBOTT@ABBOTT

Subject:  Re: ABT-594 Update

Thank you very much, Mike.  I really appreciate the update.
I will talk to Phil concerning the potential for out-licensing ABT-594.  Meanwhile, the whole team (Discovery, Venture, GNPP, Franchise, and Business Development) needs to think through as to what options in out-licensing we have and which option we choose to pursue.

----------------------------------------------------------------
Danhui Wang
Sr. Manager, Global New Product Planning
Abbott Laboratories
Tel: (847) 935-0994
Fax: (847) 935-3128
email: danhui.wang@abbott.com
----------------------------------------------------------------

Michael K Biarnesen



**Michael K Biarnesen**
10/10/2001 09:05 AM

To:  Danhui Wang/LAKE/PPD/ABBOTT@ABBOTT, Philip M Deemer/LAKE/CORP/ABBOTT@ABBOTT, Elizabeth Kowaluk/LAKE/PPRD/ABBOTT@ABBOTT

cc:  Catherine K Kacos/LAKE/PPRD/ABBOTT@ABBOTT, Bruce

Confidential

ABBT245657



EXHIBIT
McCarthy
59
9-29-06 ab



McCarthy/LAKE/PPRD/ABBOTT@ABBOTT
Subject: ABT-594 Project Team Update

Danhui, Phil and Liz,

Can you let me know if there is any potential of outlicensing this product?  If there is, then our wrapup activities need to be different than if we are strictly shelving the program for good

Cathy - Please send Danhui, Phil and Liz an invite to the meeting.

Thanks,

Mike Blarnesen
Operations Manager, Neuroscience Venture
Abbott Laboratories Global Pharmaceutical R&D
(847)938-6514    Fax: (847)938-5258
------ Forwarded by Michael K Blarnesen/LAKE/PPRD/ABBOTT on 10/10/01 09:02 AM -----



Catherine K Kacos
10/10/01 08:26 AM

To: Laura Robinson/LAKE/HPD/ABBOTT@ABBOTT, Marilyn J Collicott/LAKE/PPRD/ABBOTT@ABBOTT, Aldona T Matafonis/LAKE/PPRD/ABBOTT@ABBOTT, Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Michael K Blarnesen/LAKE/PPRD/ABBOTT@ABBOTT, Carol J Feige/LAKE/PPRD/ABBOTT@ABBOTT, Marian L Borgstrom/LAKE/PPRD/ABBOTT@ABBOTT, Raymond A Morales/LAKE/PPRD/ABBOTT@ABBOTT, Joan M Freehol/LAKE/PPRD/ABBOTT@ABBOTT, Robert ODea/LAKE/PPRD/ABBOTT@ABBOTT, Susan E Nunn/LAKE/PPRD/ABBOTT@ABBOTT, Beth H Wilson/LAKE/PPRD/ABBOTT@ABBOTT, Judith S Brownell/LAKE/PPRD/ABBOTT@ABBOTT, Katherine M Landwer/LAKE/PPRD/ABBOTT@ABBOTT, Tawakol A El-Shourbagy/LAKE/PPRD/ABBOTT@ABBOTT, Megan R Hughes/LAKE/PPRD/ABBOTT@ABBOTT, Gary D Jones/LAKE/PPRD/ABBOTT@ABBOTT, Howard S Cheskin/LAKE/PPRD/ABBOTT@ABBOTT, Lloyd S Dias/LAKE/PPRD/ABBOTT@ABBOTT, Rhonda J Peck/LAKE/PPRD/ABBOTT@ABBOTT, Andrew C Plasz/LAKE/PPRD/ABBOTT@ABBOTT, David G Stroz/LAKE/PPRD/ABBOTT@ABBOTT, Diana L Green/LAKE/PPRD/ABBOTT@ABBOTT, Walid Awni/LAKE/PPRD/ABBOTT@ABBOTT, Sandeep Dutta/LAKE/PPRD/ABBOTT@ABBOTT, David C Ross/LAKE/PPRD/ABBOTT@ABBOTT, David D Morris/LAKE/PPRD/ABBOTT@ABBOTT, Charles Locke/LAKE/PPRD/ABBOTT@ABBOTT, James W Thomas/LAKE/PPRD/ABBOTT@ABBOTT, Yiming Zhang/LAKE/PPRD/ABBOTT@ABBOTT, Karen L Cox/LAKE/PPRD/ABBOTT@ABBOTT, Joseph M Machinist/LAKE/PPRD/ABBOTT@ABBOTT, Stanley A Roberts/LAKE/PPRD/ABBOTT@ABBOTT, Jim J Ciulto/LAKE/CAPD/ABBOTT@ABBOTT, John R Donaubauer/LAKE/CAPD/ABBOTT@ABBOTT, Michael L Branton/LAKE/PPRD/ABBOTT@ABBOTT, Michael D Meyer/LAKE/PPRD/ABBOTT@ABBOTT, James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, William M Bracken/LAKE/PPRD/ABBOTT@ABBOTT, Julia Y Hui/LAKE/PPRD/ABBOTT@ABBOTT, Teresita P Curry/LAKE/PPRD/ABBOTT@ABBOTT, Laurie B

Confidential

ABBT245658



Corsi/LAKE/PPRD/ABBOTT@ABBOTT, Kennan C
Marsh/LAKE/PPRD/ABBOTT@ABBOTT, Rosemarie K
Waleska/LAKE/PPD/ABBOTT@ABBOTT, James
Steck/LAKE/PPRD/ABBOTT@ABBOTT, Linda M
Fisher/LAKE/PPRD/ABBOTT@ABBOTT, Steve
Szostak/LAKE/PPRD/ABBOTT@ABBOTT, Julie E
Debus-Levy/LAKE/PPRD/ABBOTT@ABBOTT, Susan
Boynton/LAKE/AI/ABBOTT@ABBOTT
cc:
Subject: ABT-594 Project Team Update



**Michael K Biarnesen**
10/09/2001 05:35 PM

To: Catherine K Kacos/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject: ABT-594 Project Team Update

Dear Team,

As I communicated last month, there was a possibility that ABT-594 would be funded for a new Phase IIb study in 2002, but coming through the Budget Review meetings this week, the Global Pharmaceutical Executive Committee has decided that we will not move forward with the study. Based on this decision, we will discontinue efforts to manufacture fresh clinical supplies, and switch into a complete wrap-up mode.

Our next project team meeting is scheduled for Thursday, October 25 from 2:00 - 4::00 in AP52 Conference Room B. We will hold this meeting, and I ask that each of you review what activities you are involved in that need to wrapped-up or discussed for continuation (i.e.: stability studies.) It is not clear at this time if ABT-594 will be put on the shelf, or be a candidate for outlicensing, so please be prepared with recommendations for either scenario.

If you have any questions before the team meeting, please feel free to give me a call or email

Thanks,

Mike Biarnesen
Operations Manager, Neuroscience Venture
Abbott Laboratories Global Pharmaceutical R&D
(847)938-6514     Fax: (847)938-5258
----- Forwarded by Michael K Biarnesen/LAKE/PPRD/ABBOTT on 10/09/01 05:23 PM -----

Michael K Biarnesen

**Michael K Biarnesen**
09/14/2001 02:15 PM

To: Marilyn J Collicott/LAKE/PPRD/ABBOTT@ABBOTT, Aldona T
Mataloris/LAKE/PPRD/ABBOTT@ABBOTT, Bruce
McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Carol J
Feige/LAKE/PPRD/ABBOTT@ABBOTT, Marian L
Borgstrom/LAKE/PPRD/ABBOTT@ABBOTT, Raymond A
Morales/LAKE/PPRD/ABBOTT@ABBOTT, Joan M
Freehoff/LAKE/PPRD/ABBOTT@ABBOTT, Robert
ODea/LAKE/PPRD/ABBOTT@ABBOTT, Susan E
Nunn/LAKE/PPRD/ABBOTT@ABBOTT, Beth H
Wilson/LAKE/PPRD/ABBOTT@ABBOTT, Judith S.
Brownell/LAKE/PPRD/ABBOTT@ABBOTT, Katherine M
Landwer/LAKE/PPRD/ABBOTT@ABBOTT, Tawakol A
El-Shourbagy/LAKE/PPRD/ABBOTT@ABBOTT, Megan R

Confidential

ABBT245659



Hughes/LAKE/PPRD/ABBOTT@ABBOTT, Gary D
Jones/LAKE/PPRD/ABBOTT@ABBOTT, Howard S
Cheskin/LAKE/PPRD/ABBOTT@ABBOTT, Lloyd S
Dias/LAKE/PPRD/ABBOTT@ABBOTT, Rhonda J
Peck/LAKE/PPRD/ABBOTT@ABBOTT, Andrew C
Plasz/LAKE/PPRD/ABBOTT@ABBOTT, David G
Stroz/LAKE/PPRD/ABBOTT@ABBOTT, Diana L
Green/LAKE/PPRD/ABBOTT@ABBOTT, Ji
Zhou/LAKE/PPRD/ABBOTT@ABBOTT, Walid
Awni/LAKE/PPRD/ABBOTT@ABBOTT, Sandeep
Dutta/LAKE/PPRD/ABBOTT@ABBOTT, David C
Ross/LAKE/PPRD/ABBOTT@ABBOTT, David D
Morris/LAKE/PPRD/ABBOTT@ABBOTT, Charles
Locke/LAKE/PPRD/ABBOTT@ABBOTT, James W
Thomas/LAKE/PPRD/ABBOTT@ABBOTT, Yiming
Zhang/LAKE/PPRD/ABBOTT@ABBOTT, Joseph M
Machinist/LAKE/PPRD/ABBOTT@ABBOTT, Stanley A
Roberts/LAKE/PPRD/ABBOTT@ABBOTT, Jim J
Ciullo/LAKE/CAPD/ABBOTT@ABBOTT, John R
Donaubauer/LAKE/CAPD/ABBOTT@ABBOTT, Steve
King/LAKE/PPRD/ABBOTT@ABBOTT, Michael L
Branton/LAKE/PPD/ABBOTT@ABBOTT, Michael D
Meyer/LAKE/PPRD/ABBOTT@ABBOTT, James
Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, William M
Bracken/LAKE/PPRD/ABBOTT@ABBOTT, Julia Y
Hui/LAKE/PPRD/ABBOTT@ABBOTT, Teresita P
Curry/LAKE/PPRD/ABBOTT@ABBOTT, Laurie B
Corsi/LAKE/PPRD/ABBOTT@ABBOTT, Kennan C
Marsh/LAKE/PPRD/ABBOTT@ABBOTT, Rosemarie K
Waleska/LAKE/PPD/ABBOTT@ABBOTT, Susan
Boynton/LAKE/AI/ABBOTT@ABBOTT, Danhui
Wang/LAKE/PPD/ABBOTT@ABBOTT, Steve
Szostak/LAKE/PPRD/ABBOTT@ABBOTT

cc: Nancy M Palbicke/LAKE/PPRD/ABBOTT@ABBOTT, Sefia T
Patterson/LAKE/PPD/ABBOTT@Abbott
Subject: 09/20 ABT-594 Project Meeting

Next week's ABT-594 project meeting is cancelled.

As you may have heard, we had our executive review with Jeff Leiden, etal. on Monday, and he has asked us to evaluate the costs, time and probabilities of success of a new study. In general, this is better news than expected, since the odds-makers had us preparing our horse for the glue factory. For the 2002 planning process, we are still assumed to be unfunded, but there is a chance that we will be back in the race for funding once the preliminary cost and time for a Phase IIb, Part 2 study are reviewed with Jeff. If we get a positive read, a new team meeting will be convened to discuss the study design and critical issues. Please bear with us as we wait to see if there is a miraculous resurrection for this program!

Mike B

Confidential

# McCarthy Deposition Exhibit 60


# P's Exhibit HM

|  |  |
|---|---|
| Philip M Deemer/LAKE/CORP/ABBOTT<br><br>10/19/2001 01:31 PM | To  Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT<br>cc<br>bcc<br>Subject  Re: ABT-594 Call |

Thank you Bruce, I will handle.

Phil
Bruce McCarthy

|  |  |  |
|---|---|---|
|  | Bruce McCarthy<br><br>10/19/01 12:06 PM | To:  Philip M Deemer/LAKE/CORP/ABBOTT@ABBOTT<br>cc:<br>Subject: ABT-594 Call |

Phil-

Received a call (voice mail) from Tom Lenz, Bayer Animal Health, 913-268-2591, inquiring about outlicense of 594. Do you want to handle these? We have a meeting next week to discuss a bit more, but thought you might want to be the point of contact for these kinds of inquiries. I've not returned his call--let me know if you would like me to get more info.

Bruce.

Confidential

ABBT245857



# McCarthy Deposition Exhibit 61


# D's Exhibit 1113

Philip M
Deemer/LAKE/CORP/ABBO
TT

10/23/2001 02:58 PM

To  Ake L Johansson/LAKE/CORP/ABBOTT@ABBOTT

cc

bcc

Subject  Re: Non-confidential briefing on ABT-594

This is a list of companies we brainstormed yesterday as potential candidates for ABT594. I am
preparing a non-confidential package and we have good confidential materials already.

----- Forwarded by Philip M Deemer/LAKE/CORP/ABBOTT on 10/23/01 02:57 PM -----

Bruce McCarthy
10/23/01 09:24 AM

To: Philip M Deemer/LAKE/CORP/ABBOTT@ABBOTT
cc: James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT
Subject: Re: Non-confidential briefing on ABT-594

will send my comments by fax (had printed out your file and edited)--let me know if you're unable to read
the comments.

Your document (with the competition section) got me thinking to add a few more potential companies:

Purdue
J&J
Targacept
Icagen
Elan
Mallinkrodt
TAP
Takeda
Endo
Adolor
Pain Therapeutics
Sepracor
Pfizer
Lundbeck
Sanofi-Synthelabo
AstraZeneca
GSK
Boehringer Ingleheim
Novartis
Aventis
Esteve
Cambridge Neuroscience
Taisho


Philip M Deemer

Philip M Deemer
10/22/2001 04:30 PM

To: James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Bruce
McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Michael K
Biamesen/LAKE/PPRD/ABBOTT@ABBOTT, Danhui
Wang/LAKE/PPD/ABBOTT@ABBOTT
cc:
Subject: Non-confidential briefing on ABT-594

Confidential

ABBT246791



The attached is what we used for Hancock as the conf disclosure.  Pls. suggest revisions so that we can use this as a non-confidential disclosure.

Thank you.


ABT-594 201.doc

# McCarthy Deposition Exhibit 63


# P's Exhibit HP



# ABT-594

# PEC Review Book:
# Proposal for additional
# study and background
# (Nonstandard format)

# ABT-594 Proposal for additional Phase IIb study

- Evaluate efficacy and tolerability at "intermediate doses": 75-125 mcg BID

  — Prior studies evaluated 25-75 mcg BID and 150-300 mcg BID

    — Tolerability

      - 75 mcg BID tolerability is potentially acceptable
      - 150-300 mcg BID tolerability is unacceptable

    — Efficacy

      - Upside: dose response may be relatively flat at doses tested to date and doses between 75 and 125 mcg BID could provide clinically meaningful neuropathic pain relief
      - Downside: limited sample size in prior study at 75 mcg BID may mean that true efficacy, if toward the lower bound of confidence intervals, may not be clinically meaningful at doses between 75 and 125 mcg BID

September 27, 2001

2

Highly Confidential

ABBT113286.UR

# ABT-594 Intermediate Dose Phase IIb Study: Preliminary Design

- Placebo-controlled, double-blind, randomized, parallel design trial, 8 weeks

- Diabetic neuropathic pain

- N=160, randomized 1:1 to either placebo or ascending doses of ABT-594

    – Titrate all patients to 75 mcg BID from 25 mcg BID between Day 1 and Day 5

    – Patients who are tolerating drug (75 mcg BID) may increase another 25 mcg BID on Day 12 (to total dose 100 mcg BID)

    – Patients who are tolerating drug may increase another 25 mcg BID on Day 19 (total dose may be either 100 or 125 mcg BID, depending on whether a patient also increased dose on Day 12)

    – If a patient does not tolerate an increase in dose, their dose will be lowered back down (but not lower than 75 mcg BID)

September 27, 2001

3

Highly Confidential

ABBT113287.UR

4

# ABT-594 Intermediate Dose Phase IIb Study: Preliminary Design

- Primary endpoint
  - Diary-based 11-point Likert pain rating scale (same as prior study)
  - Secondary endpoints:
    - 11-point Likert pain rating scale at site visits
    - SF-MPQ
    - SF-36

- PK
  - Population and intensive for pharmacodynamics
  - Attempt to collect when "important" AEs occur
  - Nausea, vomiting or dizziness leading to discontinuation

- Low to medium precision ECG for QT evaluation

September 27, 2001

Highly Confidential

ABBT113288.UR

# ABT-594 Intermediate Dose Phase IIb Study: Rationale for Design

- Maximize tolerability by slowly ascending dose

- Provide alternative to discontinuation by allowing for dose reduction if dose escalation is not tolerated

- 125 mcg BID dose ceiling should prevent intolerability

- Under condition of dose ceiling, maximize efficacy by permitting patients to increase dose based upon tolerability alone

- Subjects will be exposed to a minimum dose (75 mcg BID) for almost 8 weeks

- Subjects may be exposed to 100 mcg BID for almost 7 weeks and 125 mcg BID for almost 6 weeks
  - Most patients expected to achieve 100 or 125 mcg BID

- Well-powered study

- Design similar to Gabapentin trial for neuropathic pain

September 27, 2001

5

Confidential

ABBT113289.UR

# ABT-594 Intermediate Dose Phase IIb Study:
## Timeline (assumes most of funding starting Jan 2002)

| | |
|---|---|
| Approved protocol | 1/2002 |
| CRO contract signed | 1/2002 |
| Investigator Meeting | 4/2002 |
| 1st subject dosed | 5/2002 |
| Last Subject/Last Dose | 2/2003 |
| Randomization Schedule Release | 4/2003 |

Fully burdened internal and external costs ($MM)

| 2001 | 2002 | 2003 | Total |
|------|------|------|-------|
| 0.085 | 3.760 | 0.855 | 4.700 |

September 27, 2001

ABBT113290.UR

7

# ABT-594 Intermediate Dose Phase IIb Study: Timeline (Upside for earlier release of funds)

| | |
|---|---|
| Approved protocol | 11/2001 |
| CRO contract signed | 12/2002 |
| Investigator Meeting | 3/2002 |
| 1st subject dosed* | 4/2002 |
| Last Subject/Last Dose | 1/2003 |
| Randomization Schedule Release | 3/2003 |

Fully burdened internal and external costs ($MM)

| 2001 | 2002 | 2003 | Total |
|---|---|---|---|
| 0.285 | 3.660 | 0.755 | 4.700 |

*Upside scenario is not significantly different with respect to date of study start because clinical supplies are rate limiting

September 27, 2001

Highly Confidential

ABBT113291.UR

8

# ABT-594 Intermediate Dose Phase IIb Study:
## Cost Details (assumes most of funding starting Jan 2002)

|  | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|
| • Clinical supply manufacture | 0.085 | 0.045 |  | 0.130 |
| • Clinical supply packaging |  | 0.165 |  | 0.165 |
| • Investigator meeting |  | 0.140 |  | 0.140 |
| • Clinical study |  | 2.500 | 0.460 | 2.960 |
| • IVRS & clinical shipping |  | 0.100 | 0.025 | 0.125 |
| • Drug analysis |  | 0.175 | 0.075 | 0.250 |
| • DM / Stats support |  | 0.125 | 0.125 | 0.250 |
| • PK support |  | 0.050 | 0.030 | 0.080 |
| • Venture Staff (2 FTE) |  | 0.360 | 0.090 | 0.450 |
| • Other support groups |  | 0.100 | 0.050 | 0.150 |
| **Total:** | **0.085** | **3.760** | **0.855** | **4.700** |

September 27, 2001

Highly Confidential

ABBT113292.UR

# ABT-594 Intermediate Dose Phase IIb Study:
## Cost Details (Upside for earlier release of funds)

| | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|
| Clinical supply manufacture | 0.085 | 0.045 | | 0.130 |
| Clinical supply packaging | | 0.165 | | 0.165 |
| Investigator meeting | | 0.140 | | 0.140 |
| Clinical study | 0.200 | 2.400 | 0.360 | 2.960 |
| IVRS & clinical shipping | | 0.100 | 0.025 | 0.125 |
| Drug analysis | | 0.175 | 0.075 | 0.250 |
| DM / Stats support | | 0.125 | 0.125 | 0.250 |
| PK support | | 0.050 | 0.030 | 0.080 |
| Venture Staff (2 FTE) | | 0.360 | 0.090 | 0.450 |
| Other support groups | | 0.100 | 0.050 | 0.150 |
| **Total:** | **0.285** | **3.660** | **0.755** | **4.700** |

September 27, 2001

Highly Confidential

ABBT113293.UR

9

10

# ABT-594: Development Timelines

## Data Available from new Phase IIb Trial
## Start Phase III
## NDA Submit
## Approval

2Q2003
4Q2003
3Q2005
3Q2006

| Year | Cost ($MM) |
|------|-----------|
| 2001 | 0.085 |
| 2002 | 3.760 |
| 2003 | 25.203 |
| 2004 | 40.720 |
| 2005 | 24.508 |
| 2006 | 11.639 |

September 27, 2001

Highly Confidential

ABBT113294.UR

11

# ABT-594

# Background

Highly Confidential

ABBT113295.UR

12

# ABT-594's Potential for Pain Relief

- Efficacy across preclinical models of pain

  – Efficacy of morphine without morphine-like adverse events

  – Efficacy in neuropathic pain

- Commercial and clinical development plan targeted acute and chronic nociceptive pain and neuropathic pain, based upon preclinical promise

- Tolerability/onset of action issues made neuropathic pain relatively more attractive

  – Dosages that provide meaningful acute relief of pain are not well tolerated

  – Titration not well suited to intermittent use, as seen with most chronic nociceptive pain

  – Titration is used with all currently available drugs for neuropathic pain

September 27, 2001

Highly Confidential

ABBT113296.UR

13

# Phase IIb Study in Neuropathic Pain (M99-114)

## *Study Results*

- Summary
- Neuropathic pain reminder
- Study Design
- Efficacy Results
- Adverse Events
- Conclusions and Options

September 27, 2001

Highly Confidential

ABBT113297.UR

14

# Phase IIb Study in Neuropathic Pain (M99-114)

## *Summary*

- EFFICACY
  - **150, 225 and 300 mcg BID are significantly better than placebo** as measured by the primary efficacy variable (reduction in daily pain)

  - ITT Analysis:          29-30%         vs. 17% placebo
    - Gabapentin:         39%
  - Completer Analysis:  38-48%         vs. 18% placebo
  - Responder rates:     26% (ITT), 47% (Completer)

  - Greater mean pain reduction and responder rates in site-based pain measurements

- TOLERABILITY & SAFETY
  - Dose dependent increase in nausea, vomiting, dizziness
    - Nausea:  34-46%    •Dizziness:        17-28%
    - Vomiting: 15-21%   •Abnormal Dreams: 18-22%
  - Significant Discontinuation Rate: 66% due to AE at 300 mcg BID

September 27, 2001

Highly Confidential

ABBT113298.UR



# Neuropathic Pain Reminder

Level of Efficacy

*Treatment*

Unmet Need

Gabapentin (&Pregabalin)

Tramadol

Tricyclics AEDs

Good

Tolerability

Poor

100%

50%

15

September 27, 2001

Highly Confidential

ABBT113299.UR

# Neuropathic Pain Market

| | | 2000 Rx (MM) | 2000 sales ($MM) | Rx CAGR (96-2000) | Sales CAGR (96-2000) |
|---|---|---|---|---|---|
| Total: | US | 10.6 | $470 | 6% | 45% |
| | Ex-US | 18.1 | $235 | 11% | 24% |
| Gabapentin: | US | 3.9 | $352 | 80% | 94% |
| | Ex-US | 1 | $42 | 125% | 191% |

Source: Decision Resources; IMS factored analysis

- Growth of sales for neuropathic pain agents exceeds Rx growth:

  - Driven by continued growth of the branded and premium priced gabapentin (Neurontin), at the expense of other anti-epileptics and generic tricyclic antidepressants.

September 27, 2001

16

Highly Confidential

ABBT113300.UR

# Phase IIa: ABT-594 75 mcg BID had a similar effect to gabapentin

## *ABT-594 vs. Gabapentin and Pregabalin*



- Placebo
- ABT-594 75 mcg BID (untitrated)
- Gabapentin (titrated)
- Pregabalin 100 mg TID (untitrated)

[1] 4-point categorical scale final vs. baseline
[2] 11-point Likert Scale week 8 vs. baseline
[3] 11-point Likert scale week 5 vs. baseline

September 27, 2001

17

Highly Confidential

ABBT113301.UR

# Phase IIa: ABT-594 75 mcg BID untitrated was relatively well tolerated

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594[2] 75 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% | 0% |
| Somnolence | 66% | 53% | 23% | 24% | 0% |
| Dizziness | 28% | 40% | 24% | 27% | 7% |
| Nausea | N/A | 7% | 8% | N/A | 15% |
| Vomiting | N/A | N/A | N/A | N/A | 5% |
| Peripheral edema | N/A | N/A | N/A | 7% | 1% |
| Constipation | 14% | N/A | N/A | N/A | N/A |
| Dry mouth | 90% | N/A | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A | |

[1] Max, 1987 (n=29)
[2] M98-826 and M98-833 combined
N/A - Not Available

September 27, 2001

18

Highly Confidential

ABBT113302.UR

19

# Phase IIb Study in Neuropathic Pain (M99-114)

## *Design*

- 266 patients (320 planned), randomized, double-blind, placebo-controlled, multiple dose




| | | |
|---|---|---|
| n = 65 | ABT–594 | 300 mcg BID |
| n = 65 | ABT–594 | 225 mcg BID |
| n = 69 | ABT–594 | 150 mcg BID |
| n = 67 | Placebo | |

Day –22     –7     –7

Screen   Washout   Baseline

1 week titration     6 week full dose

- Diabetic polyneuropathy
- 7-day titration phase; treatment visits at 2, 3, 5 and 7 weeks
- Power
  - Planned: 80% for ES 0.46 with 80/group
  - Study: 60% for ES 0.46 with 56/group (ES 0.65 for site-based pain rating scale)
- Concomitant analgesics disallowed

September 27, 2001



# M99-114 Dose Titration Schedule

Legend:
- ABT-594 150 mcg BID
- ABT-594 225 mcg BID
- ABT-594 300 mcg BID

Y-axis: mcg BID (0, 50, 100, 150, 200, 250, 300)

X-axis: Study Day (P=PM dose) — 1P 2P 3P 4P 5P 6P 7P 8P

20

September 27, 2001

Highly Confidential

ABBT113304.UR

# Premature Terminations increased with increasing doses of ABT-594

## *Subject Disposition*

| Reason for Discontinuation | Placebo | 150 mcg BID | 225 mcg BID | 300 mcg BID |
|---|---|---|---|---|
| | | | ABT-594 | |
| **Adverse Event** | **9** | **28** | **46** | **66** |
| Lack of Efficacy | 9 | 9 | 3 | 7 |
| Lost to Follow-up | 0 | 0 | 1 | 3 |
| Withdrew Consent | 3 | 5 | 9 | 7 |
| Other | 2 | 2 | 4 | 3 |
| Total Discontinuation | 22 | 38 | 57 | 75 |

% of Subjects Discontinuing

Percents may not sum correctly due to rounding

21

September 27, 2001

Highly Confidential

ABBT113305.UR

## ABT-594 150, 225, & 300 mcg BID reduced pain significantly vs. placebo as measured by the primary efficacy variable: _intent to treat population_



### Pain Rating Scale-Diary (Weekly Average)

| | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 17% |
| ABT-594 150 mcg BID | ↓ 29%* |
| ABT-594 225 mcg BID | ↓ 28%* |
| ABT-594 300 mcg BID | ↓ 30%* |

| N% at week 7 | |
|---|---|
| Placebo | 89% |
| ABT-594 150 mcg BID | 86% |
| ABT-594 225 mcg BID | 84% |
| ABT-594 300 mcg BID | 79% |

*p<0.05

Maximum possible decrease for 150 mcg BID group was 6.6

September 27, 2001

22

Highly Confidential

ABBT113306.UR

# Completer analysis may predict upside potential of ABT-594

23

## Completer

### Advantages

**ITT**

More rigorous evaluation of study results

**Completer**

Potential to predict upside of efficacy if all patients were able to complete study

### Disadvantages

Handicapped prediction of upside potential of efficacy given high discontinuation rate (especially early)

Patients who completed the Phase IIb study may not predict accurately efficacy if all patients could tolerate ABT-594

September 27, 2001

Highly Confidential

ABBT113307.UR

ABT-594 150, 225, & 300 mcg BID reduced pain significantly vs. placebo as measured by the primary efficacy variable: *subjects who completed study*



*Pain Rating Scale-Diary (Weekly Average)*

| | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 18% |
| ABT-594 150 mcg BID | ↓ 38%* |
| ABT-594 225 mcg BID | ↓ 38%* |
| ABT-594 300 mcg BID | ↓ 48%* |

Completer subjects at 225 mcg BID had significantly higher pain at baseline

| N% at week 7 | |
|---|---|
| Placebo | 74% |
| ABT-594 150 mcg BID | 60% |
| ABT-594 225 mcg BID | 42% |
| ABT-594 300 mcg BID | 25% |

*p<0.05, **p<0.01
Maximum possilbe decrease for 300 mcg BID group was 6.4 (7.3 for 225)
September 27, 2001

24

Highly Confidential

ABBT113308:UR



Highly Confidential

ABBT113309.UR



**ABT-594 150, 225, 300 mcg BID may reduce diabetic neuropathic pain more than gabapentin or pregabalin**

*ABT-594 ITT vs. Gabapentin and Pregabalin*

Percent Decrease from Baseline

- ■ Placebo
- ▨ ABT-594 150 mcg BID
- ▨ ABT-594 225 mcg BID
- ▨ ABT-594 300 mcg BID
- ▨ Gabapentin
- ▨ Pregabalin

1  11-point Likert scale week 7 vs. baseline
2  11-point Likert scale week 6 vs. baseline
3  11-point Likert scale week 5 vs. baseline

September 27, 2001

26

Highly Confidential

ABBT113310.UR

# ABT-594 150, 225, 300 mcg BID may reduce diabetic neuropathic pain more than gabapentin or pregabalin



## ABT-594 Completers vs. Gabapentin and Pregabalin

Legend:
- Placebo
- ABT-594 150 mcg BID
- ABT-594 225 mcg BID
- ABT-594 300 mcg BID
- Gabapentin
- Pregabalin

X-axis categories:
- ABT-594[1] 150 mcg BID
- ABT-594[1] 225 mcg BID
- ABT-594[1] 300 mcg BID
- Highest Effective Dose Gabapentin[2]
- Expected Clinical Dose Pregabalin[3]

Y-axis: Percent Decrease from Baseline (0, 50, 100)

[1] 11-point Likert scale week 7 vs. baseline
[2] 11-point Likert scale week 8 vs. baseline
[3] 11-point Likert scale week 5 vs. baseline

September 27, 2001

27

Highly Confidential

ABBT113311:UR

# Adverse Event Rates for Select Analgesics

| Event | Amitriptyline 150 mg/d[1] | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594 150 mcg BID | ABT-594 300 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | 8% | 5% | 0% | 1% |
| Somnolence | 66% | 23% | 24% | 2% | 0% |
| Dizziness | 28% | 24% | 27% | 17% | 28% |
| Nausea | N/A | 8% | N/A | 34% | 46% |
| Vomiting | N/A | N/A | N/A | 15% | 21% |
| Peripheral edema | N/A | N/A | 7% | 0% | 0% |
| Constipation | 14% | N/A | N/A | 3% | 7% |
| Dry mouth | 90% | N/A | N/A | 3% | 1% |

[1] Max, 1987 (n=29)
N/A - Not Available

September 27, 2001

28

Highly Confidential

ABBT113312.UR

29

# Efficacy and safety did not vary consistently by subject characteristics

- Smoker/Non-smoker

- Male/Female

- Weight

- Age

- Renal Function

September 27, 2001

Highly Confidential

ABBT113313.UR

30

**ABT-594 150, 225 and 300 mcg BID were not associated with clinically meaningful changes in vital signs, ECGs or laboratory data**

- Vital signs

- ECG

- Laboratory data

September 27, 2001

Highly Confidential

ABBT113314.UR

31

# Phase IIb Study in Neuropathic Pain (M99-114)

## *Conclusions*

- ABT-594 significantly reduces diabetic neuropathic pain

- ABT-594, as administered without additional improvements in tolerability, has a narrow therapeutic window

- Intermediate doses (75-125 mcg BID) may be associated with clinically meaningful efficacy and acceptable tolerability

- Future subtype selective NNRs for pain may provide meaningful pain relief across all pain types with an acceptable therapeutic window

September 27, 2001

Highly Confidential

ABBT113315.UR

# McCarthy Deposition Exhibit 66


# P's Exhibit BW



**Gary D Jones/LAKE/PPRD/ABBOTT**

10/30/1999 06:25 PM

To   Tamara L Garavakia/LAKE/PPRD/ABBOTT@ABBOTT
cc
bcc
Subject   meeting

Tamara,
you should be primary representative for the clinical trials team meeting. Please reply to Bruce and make sure both of us are on the list.

Thanks

Gary

-------------- Forwarded by Gary D Jones/LAKE/PPRD/ABBOTT on 10/30/99 06:22 PM --------------

**Bruce McCarthy**    10/29/99 06:07 PM

To:    Walid Awni/LAKE/PPRD/ABBOTT@ABBOTT, Diane M Barnes/LAKE/PPRD/ABBOTT@ABBOTT, Peter D Bryant/LAKE/PPRD/ABBOTT@ABBOTT, Howard S Cheskin/LAKE/PPRD/ABBOTT@ABBOTT, Julie E Debus-Levy/LAKE/PPRD/ABBOTT@ABBOTT, Susana K Dennis/LAKE/PPRD/ABBOTT@ABBOTT, Lloyd S Dias/LAKE/PPRD/ABBOTT@ABBOTT, Michael A Dote/LAKE/PPRD/ABBOTT@ABBOTT, James T Doran/LAKE/PPD/ABBOTT@ABBOTT, Tawakol A El-Shourbagy/LAKE/PPRD/ABBOTT@ABBOTT, Tamara L Garavalia/LAKE/PPRD/ABBOTT@ABBOTT, Julie V Jervis/LAKE/PPRD/ABBOTT@ABBOTT, Gary D Jones/LAKE/PPRD/ABBOTT@ABBOTT, Katherine M Landwer/LAKE/PPRD/ABBOTT@ABBOTT, Lillian L Lee/LAKE/PPRD/ABBOTT@ABBOTT, Rhonda J Peck/LAKE/PPRD/ABBOTT@ABBOTT, Nigel Livesey/LAKE/AI/ABBOTT@ABBOTT, Charles Locke/LAKE/PPRD/ABBOTT@ABBOTT, David D Morris/LAKE/PPRD/ABBOTT@ABBOTT, Susan E Nunn/LAKE/PPRD/ABBOTT@ABBOTT, Robert ODea/LAKE/PPRD/ABBOTT@ABBOTT, Laura Robinson/LAKE/AI/ABBOTT@ABBOTT, David C Ross/LAKE/PPRD/ABBOTT@ABBOTT, Russell T Slade/LAKE/PPRD/ABBOTT@ABBOTT, James W Thomas/LAKE/PPRD/ABBOTT@ABBOTT, Azza M Wagdy/LAKE/PPRD/ABBOTT@ABBOTT, Raymond C Wieboldt/LAKE/PPRD/ABBOTT@ABBOTT, Beth H Wilson/LAKE/PPRD/ABBOTT@ABBOTT, Yiming Zhang/LAKE/PPRD/ABBOTT@ABBOTT, Xavier Frapaise/LAKE/AI/ABBOTT@ABBOTT
cc:    Marilyn J Collicott/LAKE/PPRD/ABBOTT@ABBOTT, Rita M Driscoll/LAKE/PPRD/ABBOTT@ABBOTT, Carol J Feige/LAKE/PPRD/ABBOTT@ABBOTT, Kevin J Heuser/LAKE/PPRD/ABBOTT@ABBOTT, Aldona T Matalonis/LAKE/PPRD/ABBOTT@ABBOTT, Fred W Sieber/LAKE/PPRD/ABBOTT@ABBOTT, Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Mary E Smith/LAKE/PPRD/ABBOTT@ABBOTT, Jerri L Swordlow/LAKE/PPRD/ABBOTT@ABBOTT, Joan M Perri/LAKE/PPRD/ABBOTT@ABBOTT
Subject:

This email is being sent to introduce several changes in the way meetings for the ABT-594 project are organized and introduces the ABT-594 Clinical Trials Team Meetings. This email is being sent to people who will attend the new Clinical Trials Team Meeting and the continuing Clinical Supplies Meeting (you may not be attending both, however).

ABT-594 Clinical Trials Team Meetings

The goal of the new monthly Clinical Trials Team (CTT) Meeting will be to review the status of ongoing clinical trials and plan for future clinical trials. This meeting will be strategic and decision-making in nature in order to address the following issues:

1.     What is the status of ongoing clinical trials?

2.     Are current and planned clinical trials on-target (time and cost) and coordinated to achieve current goals (through NDA and beyond)? Are all prerequisites for the initiation and completion of each study identified and coordinated (details to be addressed in individual study meetings-see below)?

3.     Do past, present and planned clinical trials (phase I-IV) achieve registration and commercial

PLAINTIFF'S EXHIBIT
McCARTHY
66
RM   3/16/07

CONFIDENTIAL
ABBT0144769

objectives worldwide? If no, which trials should not proceed and what trials should be added to the plan?

The status of clinical trials will be communicated monthly by electronic distribution of minutes to everyone involved with the conduct and support of ABT-594 clinical trials. In addition to minutes, Gantts will be updated.

The CTT Meeting will take place approximately one week prior to the ABT-594 Product Development Team (PDT) Meeting. Some of you will have received an email about the PDT Meeting. The PDT Meeting will address *operational* issues related to the successful completion of the NDA and beyond. The CTT Meeting will focus on strategy and implementation of the clinical program. Updates and outcomes from the CTT Meeting will be brought to the PDT Meeting as a single item on the PDT Meeting agenda. More focused meetings, such as the Phase IIb Meeting described below, will address highly detailed issues such as patient enrollment, query resolution, CRF flow, drug resupply, etc, for a small group of studies.

In order to facilitate active discussion, the CTT Meeting needs to be limited to decision-making representatives from the following departments: Statistics, Data Management, PK/Drug Analysis, PPD Regulatory, PPD RQA, PPD Commercial, AI Commercial-as needed, AI Regulatory-as needed, AI Medical-as needed, Clinical Pharmacology-as needed, Venture (Silber, McCarthy, Driscoll, Collicott, Siebert, Matalonis, Swerdlow, Heuser, Smith, Kacos, Perri, Feige). Another meeting, the Clinical Supplies Meeting, will continue to serve as a forum to address all of the issues involved in supplying a clinical study with study drug. Aldona Matalonis will serve as the link between the CTT Meetings and the Clinical Supplies Meetings.

Please identify a primary representative to attend the monthly CTT Meeting and a backup representative (for when the primary is unavailable) from your area. Forward that information (along with your department name and function) to Cathy Kacos.

Once we have received the attendee list, we will notify you of the meeting time and place (the first meeting is anticipated to occur in the second week of November, 1999). Marilyn Collicott (Analgesia Venture) will be responsible for the agenda. The meeting will last between one and two hours. If additional time is required for discussion, break-out meetings will be scheduled (and decisions from these break-out meetings will be reviewed at the next CTT meeting).

Finally, please provide an updated list for anyone and everyone working on ABT-594 in your area. Cathy Kacos (Analgesia Venture) will maintain this Clinical Trial Team list (the list will be used for distribution of minutes and news). *Please provide this information whether you will be attending the CTT meeting or the Clinical Supplies Meeting.*

This new meeting represents an experiment. Please feel free to comment on any aspect of the structure and function of this meeting so that the goal of the most efficient exchange of information can be achieved.

Additional ABT-594 meetings:

**ABT-594 Product Development Team Meeting**

Once-a-month (mid-month).
Primary representative from CAPD, PARD, Regulatory (PPD and AI), Commercial (PPD and AI), AI Medical, Drug Safety, Finance, Discovery, Operations, Venture (Silber, McCarthy, Driscoll, Collicott, Matalonis, Kacos).
Goal: Each department will review activities and plans. Project goals and milestones will be assessed and updated. Critical paths and issues will be identified and addressed

CONFIDENTIAL
ABBT0144770

**Agenda Contact** Collicott.
**Outputs:** Minutes, break-out meetings, updated project Gantt. Monthly Project Status Report. Minutes will be distributed to entire ABT-594 project team.

**ABT-594 Phase IIb Meeting (M99-114, M99-115)**

Once-a-week (once-a-month this meeting is the same meeting as Clinical Trials Team Meeting).
Venture representatives (Silber, McCarthy, Collicott, Siebert, Matalonis, Swerdlow, Heuser, Smith, Kacos, Perri, Feige), statistics, data management, CRO managers.
**Goal:** Review the status of M99-114 and M99-115 in detail. Address issues to achieve goals.
**Agenda Contact** Siebert/Swerdlow
**Outputs:** Updated study Gantts.

**Clinical Supplies Meeting**

Once-a-month (to follow Clinical Trials Meeting)
Venture representatives (Matalonis, Feige, study representatives as needed), PARD (formulation, analytical, stability-as needed, positive controls as needed), IDQA, IDS, PPD Regulatory-as needed, AI Regulatory-as needed.
**Goal:** Logistics (detail) for study drug supplies.
**Agenda Contact** Matalonis.
**Output:** Minutes (distributed to Clinical Trial Team).

Bruce.

CONFIDENTIAL
ABBT0144771

# McCarthy Deposition Exhibit 67

# P's Exhibit BZ



Christopher J Silber
01/24/2000 02:54 PM

To: Grace C Dunn/LAKE/PPRD/ABBOTT@ABBOTT, Ann P
Sullivan/LAKE/PPRD/ABBOTT@ABBOTT
cc: John M Leonard/LAKE/PPRD/ABBOTT@ABBOTT, Steve
Cohen/LAKE/PPRD/ABBOTT@ABBOTT, (bcc: Bruce
McCarthy/LAKE/PPRD/ABBOTT)
Subject: Analgesia Venture Monthly Highlights

Ann/Grace:

Below are the monthly highlights for the Analgesia Venture.

"The Go/No Go milestone was achieved on schedule. ABT-594 data presented at the October 6, 1999
Portfolio Review included Phase 2 results on the M98-833 Neuropathic Pain and M98-826 Osteoarthritis
Pain studies (maximum dose 75 mcg BID). Also presented were tolerability and pharmacokinetic data
from Study M99-076 (14 day BID, ascending fixed dose study). Based on the data it was decided that
ABT-594 will not proceed to Phase 3, but the program will continue with the identification of maximum
tolerated doses (MTD), with and without titration, of the hard gelatin capsule (HGC) dosage form, and
assessment of these higher doses in Phase 2.

Study M99-076 has been completed, and the MTD of ABT-594 (without titration) is 300 mcg BID. Dosing
has been completed in Study M99-120 which is an assessment of whether *titration* improves the
tolerability of ABT-594 and/or allows higher doses to be tolerated. Although the data remain blinded at
this time, titration appears to improve the tolerability of ABT-594. Phase 2 with doses higher than 75 mcg
BID is planned to be initiated by 4/00."

Please call if you have any questions.

Chris

CONFIDENTIAL
ABBT0159624



# McCarthy Deposition Exhibit 71


# P's Exhibit CH



Tamara L Garavalia
07/06/2000 05:02 PM

To: Aldona T Matalonis/LAKE/PPRD/ABBOTT@ABBOTT, Bruce
McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Michael K
Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT, Marilyn J
Collicott/LAKE/PPRD/ABBOTT@ABBOTT
cc: Lawrence T Caswell/LAKE/PPRD/ABBOTT@ABBOTT
Subject: M99-114 300 mcg dose group

Looks like the process of removing the high dose group (300 mcg) from M99-114 may not be so painful
since we are utilizing an IVR system (Another great reason to use this system!).

The thought is (and this will be confirmed with ClinPhone hopefully tomorrow):

If ClinPhone is provided with a memo indicating what module numbers not to ship or randomize at the site
- then nothing else would need to be done with the 2 NPROs that are ready for this study and clinical
supplies will not be interrupted.  At the end - the remaining module cartons from these 2 NPROS will be
the high dose group and can be destroyed.

RQA will need to be involved with drug at the site but I think that utilizing the ClinPhone system to NOT
give the site 300 mcg module carton numbers when they call in for study drug dispensing  will work well.
This way - no one is unblinded.  The site will basically hold onto the 300 mcg module cartons and at the
end of the study - they will send to D504 for destruction.  Aldona has indicated that she will work with
RQA on this area.

Additional supplies will be needed - approximately 25-30% more.  I will review the bulk product inventory
tomorrow to see how much is left.  It will be much easier to blister and card new capsules instead of using
from the M99-115 supplies.  The M99-115 NPRO is not completed (as the study is on hold) so it is quite
messy to remove drug from it.  Aldona and I will work on this starting tomorrow.

Tamara



PLAINTIFF'S
EXHIBIT
MCCARTHY
71
RM    3/6/07

CONFIDENTIAL
ABBT0161395

# McCarthy Deposition Exhibit 72


# P's Exhibit CJ



Bruce
McCarthy /LAKE/PPRD/ABB
OTT

07/07/2000 11:13 AM

To  David D Morris/LAKE/PPRD/ABBOTT@ABBOTT, James W Thomas/LAKE/PPRD/ABBOTT@ABBOTT, Andrea Landsberg/LAKE/PPD/ABBOTT@ABBOTT, Michael K Blamesen/LAKE/PPRD/ABBOTT@ABBOTT, Marilyn J Collicott/LAKE/PPRD/ABBOTT@ABBOTT

cc  Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject  M99-114 Protocol Change Discussion

I've scheduled a meeting next week to discuss options to modify the 114 protocol. Enrollment has not met initial expectations. At the present rate of enrollment, data would not be available until June or July of 2001. We in the venture continue to work to address this situation by reasonable encouragement to sites and other modifications to the management of the study (including removal of poorly enrolling sites and replacement with back-up sites). Several protocol-related issues, however, may outweigh any encouragement or management strategies.

Of the 78 subjects enrolled to date, at least 31 have pretermed. Of those, at least 20 appear to have pretermed for AEs typical of our drug (nausea, vomiting and/or dizziness). Although three of these subjects dropped on day one (when they would have, at most, been exposed to 75 mcg), many of these subjects dropped in the 3-11 day time frame (the period of dose escalation resulting in 150 mcg BID at day 4, 225 mcg BID at day 6 and 300 mcg BID at day 8). Appropriately, the preterm rate has created investigator and coordinator reluctance to enroll (or, more particularly, individual sites' experience with preterms). One option to address this concern would be to remove the top dose (300 mcg BID). This doesn't address all of the issues, in that we continue to be blinded and don't know how many of these subjects that dropped out would have been randomized to 150 or 225 (assuming all events are drug related). We would, however, be responding appropriately to sites' concerns and may reduce their appropriate concerns about enrolling subjects because subjects would no longer risk randomization to the 300 mcg dose.

In addition, as with the prior study (833), there continues to be significant investigator and coordinator head-wind related to a study design that requires subjects to be off all analgesics. One option is to remove this requirement and allow subjects to enter the trial on some level of concomitant analgesia.

Please consider the ramifications of these and other possible protocol design changes in preparation for this meeting. Let's begin to discuss these possibilities for implementation in the next few weeks. The optimal enrollment time extends until 9/22/00 (in terms of date of randomization)-after that, subjects starting on drug would be in the study during the holiday season and enrollment is likely to decrease. Any changes should be incorporated into a protocol amendment to be signed off the week of 7/17 so that they can be distributed for IRB approval. That timeline might allow a majority (and I mean 50%) of sites to be able to implement the changes by mid August.

CONFIDENTIAL
ABBT0082516



PLAINTIFF'S
EXHIBIT
MCCARTHY
72
RM  3/16/07

# McCarthy Deposition Exhibit 75


# P's Exhibit DC



**Andrea Landsberg /LAKE/PPD/ABBOTT**
10/03/2000 07:32 AM

To  Robert J Weiland/LAKE/PPD/ABBOTT@ABBOTT,

Rosemarie K Waleskar/LAKE/PPD/ABBOTT@ABBOTT, Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, George

cc  W Carter/LAKE/PPRD/ABBOTT@ABBOTT, Mike Williams/LAKE/PPRD/ABBOTT@ABBOTT, James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Larry L Lin/LAKE/PPD/ABBOTT@ABBOTT

bcc

Subject  ABT 594/963 Purdue meeting

Bob,

As you, Rose and I had discussed, if we move forward to set up a presentation of information to Purdue, the following people could probably do the presenting on key topics

| | |
|---|---|
| Preclinical ABT 594: | Jim Sullivan |
| Clinical ABT 594: | Bruce McCarthy |
| Preclinical and Clinical Plan ABT 963: | George Carter |
| Market Opportunity/Business Rationale: | Andrea Landsberg |

If anyone has objections or would like to suggest alternate individuals, please feel free to do so.

One final comment that I neglected to bring up yesterday. George and I have had a number of conversations regarding the meaning of 'co-development' and the potential impact on development costs and timelines. I think this needs to be the topic of a separate discussion so that we can clearly define 'co-development' on our terms prior to any negotiations with a partner. Of course, Chris and the analgesia venture's input would be key in this discussion.

Andrea

HIGHLY CONFIDENTIAL
ABBT0117782



PLAINTIFF'S
EXHIBIT
McCARTHY
75
RM   3/16/07
PENGAD 800-631-6989

**McCarthy Deposition Exhibit 77**


**P's Exhibit CN**

## ABT-594 Product Development Team Meeting

Tuesday, August 1, 2000
1:00pm - 2:30pm
AP30-3E-Cafeteria

Minutes

**Attendees:**

Mike Biarnesen, Bruce McCarthy, Chris Silber, Jim Ciullo, Michael Meyer, Jim Thomas, Julia Hui, Aldona Matalonis, Barbara Massa, Stan Roberts, Andrea Landsberg, Laura Robinson, Dave Stroz, Lloyd Dias, Marilyn Collicott, Teresita Curry, Dianna Ambrose, Michael Branton, Ji Zhou, Joe Machinist, Cathy Kacos.

**Agenda:**





**2001 Plan Update:**

Currently, we have $35 MM funded for 2001, which includes the osteoarthritis study. However, we will try to have the OA study moved to this year. This also includes Phase III studies on neuropathic pain, assuming a "Go" decision.

8/21/00AldonaⅡ Product Development Team Minutes-080100            1

CONFIDENTIAL
ABBT0162183


PLAINTIFF'S
EXHIBIT
McCARTHY
22
em   3/16/07

## 2001 Studies:

Several Phase I, Phase II, Phase IIb and Phase III studies have been proposed for 2001. Among these are an fMRI study and Human Abuse Liability studies. The fMRI study will determine how the brain functions during pain and with pain relief on ABT-594. The fMRI study will be performed by a research group in England.

The Human Abuse Liability study will take 2 stages: 1. Pre-clinical, which will be an independent evaluation of the drug in animal models; and 2. Clinical, which will be performed by Donald Jasinski, MD at Johns Hopkins. There, Dr. Jasinski will enroll drug addicts to compare the addiction of ABT-594 to heroin and cocaine. All new, novel analgesics must go through this type of study.

## PARD Update (Lloyd Dias):

 

The manufacturing site in Puerto Rico is the site of choice in manufacturing ABT-594 capsules. A placebo safety run has been completed. Other than a few very minor problems, the facility appears acceptable from a safety perspective. The highest drug loading will be 1500 mcg/gm.

Capital expenditures for AHPI will be minimal, however, in the long run, the facilities will need to be upgraded. Hypothetically, if AHPI had not passed standards, we do have back-

CONFIDENTIAL
ABBT0162184

up sites that are available for manufacturing of ABT-594. However, this would cause a 6-month delay (for testing of new sites).

PARD is also working on a modified formulation to remove the microcrystalline cellulose and to lower the amount of stearic acid.

We currently have enough clinical supplies for the osteoarthritis study this year.

### SPD/Analytical Update (Jim Ciullo/Dave Struz):

DTP (test and spec document for 594 drug substance) issued 7/21/00.

In June, meetings were held to discuss the mesylate route versus Mitsunobu. Both routes include recrystallization and cannot be distinguished. Gopi Menon has indicated that we must look for "remnants" of the process changes as part of the Mitsunobu route assessment. Progress has been limited due to prioritization/resource constraints.

There are NDA lots (3 Chemsyn) under test; all tests to be completed and lots approved by the end of August.

Further chemical investigation for the presence of possible detectable manufacturing impurities of Mitsunobu reaction to be finished 10/31/00. Requires assistance from SPD to synthesize chemical intermediates/reaction mixtures. Also, Mike/Aldona to call cross-functional meeting(s) to determine what is necessary to assess need for Mitsunobu runs at this time. AI Regulatory should be involved in the decision process.

Class I solvents (4 chlorinated + benzene) for the 6 lots of 2-chloro-5-hydroxypyridine and 2 clinical lots of 594 (27-335-YS-00 and 52-015-KD-00), and results to be issued by 8/11. Preliminary readout is that no Class I solvents have been found in any of the 8 samples mentioned.

If we need to make full-scale runs, we will be behind schedule and may not have enough starting materials. However, if we only do partial-scale runs, we will be on schedule with existing starting materials. We will actually plan for 3 full-scale runs for 2001 to determine if the budget can hold that. This will cost approximately $1MM, including head count.

CONFIDENTIAL
ABBT0162185

**Development Plan (Mike Biarnesen):**

We will be sending out sections to certain individuals for their input to the Development Plan. The projected date of completion for the Development Plan is the end of August, 2000. A meeting will need to take place to determine bridging studies in Japan.

**Other Updates:**

Marilyn Collicott provided an update on the M99-114 (Neuropathic Pain) study. Currently we have 99 subjects randomized with an approximate 50% screen failure rate. Our goal of enrollment is 320 subjects. There has been much concern with the drop out rate. Therefore, we have sent out surveys to each site to determine "who" and "why" subjects are dropping out.

Julia Hui provided an update on the rat carcinogenicity study. We are close to maximum drop out (21 rats). After the study has ended, it will take the pathologist approximately 6 months for evaluations and the report will be ready after that. The FDA has accepted our proposal for managing the drop-out rate. Julia also mentioned that the antigenicity studies will be required for Japan.

Andrea Landsberg updated the name selection for ABT-594. There were several names approved by the Trademark committee. Among these are Numira, Nufora, and Amarquil [check spelling]. Our goal is to have 10 names to bring to market research.

Lloyd Dias mentioned that we will need to start thinking about capsule color. A separate meeting will be scheduled.

Mike Meyer is still looking into back-up compounds for ABT-594. Compound 312046 is similar, along with a few other compounds.

Mike Biarnesen mentioned that, in the future, we may combine the Product Development Team meetings with the Clinical Trial Team meetings to form one monthly meeting.

A separate meeting will be scheduled to discuss the registration requirements for Japan with Nigel Livesey, Laura Robinson, Carol Meyer, Bruce McCarthy, Mike Biarnesen, and Cary Buschen-Schmidt.

CONFIDENTIAL
ABBT0162186

# McCarthy Deposition Exhibit 82


# P's Exhibit DE



**Mike Williams /LAKE/PPRD/ABBO TT**

10/12/2000 03:01 PM

To  Jennifer Smoter/LAKE/PPD/ABBOTT@ABBOTT

cc  Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject  Re: NNR documents

Jennifer: I think Mike Decker has addressed some of the document issues. Another real issue we must address given some of the internal discussions around the clinical trials on ABT-594 is whether we want to make any statements in the next few weeks until a decision is made by Jeff Leiden as to whether we continue the trials.

CONFIDENTIAL
ABBT0118072

Pl. Exhibit 82   3/16/07   R.M.

# McCarthy Deposition Exhibit 84

# P's Exhibit DM



James
Sullivan/LAKE/PPRD/ABBO
TT
11/02/2000 04:04 PM

To  Robert J Weiland/LAKE/PPD/ABBOTT@ABBOTT

cc  Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT,
Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Mike
Williams/LAKE/PPRD/ABBOTT@ABBOTT, Andrea
Landsberg/LAKE/PPD/ABBOTT@ABBOTT, Larry L
Lin/LAKE/PPD/ABBOTT@ABBOTT, Rosemarie K
Waleska/LAKE/PPD/ABBOTT@ABBOTT

bcc

Subject  Re: Pharmacia meeting

Bob,

I do not want to make things confusing but I was under the strong impression after the meeting with Dan and John a couple of weeks ago that we were to limit the discussion to ABT-594 only at this time and no discussion of other compounds advanced to clinical status or the preclinical project in general was to be revealed. Dan re-iterated to this to me on his way out of the meeting. Hence, I would suggest that the agenda etc should be limited to

- Preclinical profile of ABT-594 (15-20mins)
- Clinical Profile of ABT-594 (Bulk of time)
- Brief description of the type of collaboration we have in mind.

Thanks
Jim
Robert J Weiland



Robert J Weiland
11/01/2000 16:15

To:  Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT
cc:  Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Mike Williams/LAKE/PPRD/ABBOTT@ABBOTT,
Andrea Landsberg/LAKE/PPD/ABBOTT@ABBOTT, James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT,
Larry L Lin/LAKE/PPD/ABBOTT@ABBOTT, Rosemarie K Waleska/LAKE/PPD/ABBOTT@ABBOTT
Subject:  Re: Pharmacia meeting

Bruce:

Thank you for your message. Unfortunately with everyone's travel calendar, a pre-planning meeting has not been very feasible.

The primary purpose for this meeting is to share data with Pharmacia that might encourage them to partner with us on this project. Although time has elapsed, Steve A. is aware of this from his days at Abbott, although he may not be fully facile with the most recent data.

At the end of the day, there is no other way I am aware of to broach a partnership without disclosure of the technical and scientific information. Hence, unless there is something particular that we should hold back in this first round, then we need to provide the info. One area where I have a concern is the nausea and vomiting issue. If anyone has a suggestion on how we can handle that without frightening our partner, it would be very well received.

In terms of the meeting, we should be prepared to share with them

CONFIDENTIAL
ABBT0120836

Pl. Exhibit 84   3/16/07   2.M

I - Discussion of the existing data / program
II - Plans for moving the project ahead
III - Other compounds that have been moved ahead
IV - Brief description of the type of collaboration we have in mind

The first three should be handled by the Technical Team. The latter by Larry Lin. I apologize, in advance, that I will be out of the country and unable to attend next Tuesday.

Should you have ideas for a better agenda. Please get back to me quickly as I would like to finalize with Dick Welter at Pharmacia.

Best Regards,

Bob

CONFIDENTIAL
ABBT0120837

# McCarthy Deposition Exhibit 91


## P's Exhibit DZ



James W
Thomas/LAKE/PPRD/ABBO
TT
12/21/2000 08:46 AM

To   Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT
cc
bcc
Subject   Re: n/v rate

Yes you are correct on the first case, just sum the N (or n) across
the treatments to get the overall rates.

Number 2, just between you and me (and Sue Nunn).....

you need to go in through REFLECTION X
and on the bottom there is a icon that looks like
a pair of glasses (not the drinking type), double
click on the icon and the then clinical browser comes
up with instructions to enter study number
and then the 594 password ( I think the password
is the whole A number [165594], but I've been
wrong in the past).  Now, I have never ever
used this so I could be wrong.

Jim


Bruce McCarthy 12/21/2000 08:31 AM


Bruce McCarthy   12/21/2000 08:31 AM

To:       James W Thomas/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  Re: n/v rate

Thanks!  I assume to get the AE rates for the entire blinded population, I add up the N's in the columns
Thus, the total N in the database below is 129 and there are a total of 25 Nausea's (19%) and 10
Vomiting's (7.8%) and 9 Ladies dancing.  Is this correct?

Also...please keep this next question to yourself as the last time I asked, Rich Manski apparantly nearly
had a stroke.  There's a way now for us knuckleheads in the venture to access the current database  I
don't remember how I do this (on my desktop or workstation?) or what my password was.  I think if you
know the name of the system, I can probably go a long way in reconstructing how to get onto this system
JAMES W THOMAS

**JAMES W THOMAS**
12/21/2000 06:53 AM

To:       Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  Re: n/v rate

Bruce,
If you are asking about current 114 N/V rates, I have included a current
blinded (all real data) AE table for the 114 study.  If you are talking about
something else, please feel free to expound.

CONFIDENTIAL
ABBT0080180

Pl. Exhibit 91   3/16/07   RM

21DEC2000 06:34 <! 114aes.sas thomasj >
ABT-594 (ABBOTT-165594)
STUDY M99-114
R&D/XX/XXX - CLINICAL/STATISTICAL
TABLE PAGE 1

ALL TREATMENT EMERGENT ADVERSE EVENTS DURING THE TREATMENT PERIOD
GROUPED BY BODY SYSTEM AND COSTART TERM
(ALL RANDOMIZED SUBJECTS)

| BODY SYSTEM/COSTART TERM | XXXXXXX (N=21) | | ABT-594 XXX MCG (N=42) (A) | | ABT-594 XXX MCG (N=36) (B) | | ABT-594 XXX MCG (N=30) (C) | | P-VALUE $ |
|---|---|---|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) | n | (%) | |
| TOTAL SUBJECTS | | | | | | | | | |
| WITH ANY EVENT | 18 | (86%) | 35 | (83%) | 28 | (78%) | 27 | (90%) | |
| BODY AS A WHOLE | | | | | | | | | |
| ABDOMEN ENLARGED | 0 | | 0 | | 0 | | 1 | (3%) | |
| ABDOMINAL PAIN | 1 | (5%) | 0 | | 0 | | 0 | | |
| ACCIDENTAL INJURY | 0 | | 1 | (2%) | 1 | (3%) | 1 | (3%) | |
| ASTHENIA | 1 | (5%) | 1 | (2%) | 3 | (8%) | 6 | (20%) | |
| BACK PAIN | 1 | (5%) | 0 | | 2 | (6%) | 0 | | |
| CHEST PAIN | 0 | | 2 | (5%) | 1 | (3%) | 0 | | |
| CYST | 0 | | 0 | | 0 | | 1 | (3%) | |
| HEADACHE | 3 | (14%) | 4 | (10%) | 3 | (8%) | 2 | (7%) | |
| INFECTION | 1 | (5%) | 2 | (5%) | 4 | (11%) | 1 | (3%) | |
| INFECTION FUNGAL | 0 | | 0 | | 1 | (3%) | 0 | | |
| MALAISE | 0 | | 0 | | 0 | | 1 | (3%) | |
| PAIN | 0 | | 1 | (2%) | 4 | (11%) | 2 | (7%) | |
| PELVIC PAIN | 0 | | 1 | (2%) | 0 | | 0 | | |
| SUBJECTS WITH ONE OR MORE EVENTS | 6 | (29%) | 8 | (19%) | 13 | (36%) | 9 | (30%) | |
| CARDIOVASCULAR SYSTEM | | | | | | | | | |
| ANGINA PECTORIS | 0 | | 0 | | 0 | | 1 | (3%) | |
| CARDIOVASCULAR DISORDER | 0 | | 0 | | 0 | | 1 | (3%) | |
| ELECTROCARDIOGRAM ABNORMAL | 0 | | 0 | | 0 | | 1 | (3%) | |
| HYPERTENSION | 0 | | 1 | (2%) | 2 | (6%) | 0 | | |
| HYPOTENSION | 1 | (5%) | 0 | | 0 | | 0 | | |
| PALPITATION | 0 | | 0 | | 2 | (6%) | 0 | | |
| SYNCOPE | 0 | | 0 | | 0 | | 1 | (3%) | |
| VASODILATATION | 0 | | 1 | (2%) | 2 | (6%) | 0 | | |
| SUBJECTS WITH ONE OR MORE EVENTS | 1 | (5%) | 2 | (5%) | 5 | (14%) | 4 | (13%) | |

NOTE: THE SUM OF THE TOTAL NUMBER OF SUBJECTS REPORTING EACH OF THE COSTART TERMS SHOULD BE GREATER THAN OR EQU
      SYSTEM TOTAL.   A SUBJECT WHO REPORTS TWO OR MORE DIFFERENT COSTART TERMS WHICH ARE IN THE SAME BODY SYSTE
      IS COUNTED ONLY ONCE IN THE BODY SYSTEM TOTAL .
$ P-VALUE FOR PAIRWISE COMPARISONS BETWEEN PLACEBO AND INDICATED TREATMENT GROUP USING FISHER'S EXACT TEST .

Program Source Code: /thomasj/ABT-594/M99-114/A/SAFETY/AE/114aes.sas

21DEC2000 06:34 <! 114aes.sas thomasj >
ABT-594 (ABBOTT-165594)
STUDY M99-114
R&D/XX/XXX - CLINICAL/STATISTICAL
TABLE PAGE 2

ALL TREATMENT EMERGENT ADVERSE EVENTS DURING THE TREATMENT PERIOD
GROUPED BY BODY SYSTEM AND COSTART TERM
(ALL RANDOMIZED SUBJECTS)

| | XXXXXXX (N=21) | ABT-594 XXX MCG (N=42) | ABT-594 XXX MCG (N=36) | ABT-594 XXX MCG (N=30) |
|---|---|---|---|---|

CONFIDENTIAL
ABBT0080181

| BODY SYSTEM/COSTART TERM | (A) | | (B) | | (C) | | P-VALUE $ |
|---|---|---|---|---|---|---|---|
| | n (%) | | n (%) | | n (%) | | |
| DIGESTIVE SYSTEM | | | | | | | |
| ANOREXIA | 0 | | 1 (2%) | | 0 | | 1 (3%) |
| CHOLECYSTITIS | 0 | | 1 (2%) | | 0 | | 0 |
| CONSTIPATION | 0 | | 1 (2%) | | 0 | | 1 (3%) |
| DIARRHEA | 1 (5%) | | 2 (5%) | | 1 (3%) | | 2 (7%) |
| DRY MOUTH | 0 | | 1 (2%) | | 0 | | 0 |
| DYSPEPSIA | 1 (5%) | | 2 (5%) | | 0 | | 2 (7%) |
| ERUCTATION | 1 (5%) | | 0 | | 0 | | 1 (3%) |
| FLATULENCE | 1 (5%) | | 1 (2%) | | 0 | | 1 (3%) |
| GASTRITIS | 0 | | 1 (2%) | | 0 | | 0 |
| GASTROENTERITIS | 0 | | 2 (5%) | | 0 | | 0 |
| GASTROINTESTINAL DISORDER | 0 | | 1 (2%) | | 0 | | 0 |
| GLOSSITIS | 1 (5%) | | 0 | | 0 | | 0 |
| MELENA | 0 | | 1 (2%) | | 0 | | 0 |
| NAUSEA | 5 (24%) | | 8 (19%) | | 6 (17%) | | 6 (20%) |
| STOMATITIS | 1 (5%) | | 0 | | 0 | | 0 |
| THIRST | 0 | | 0 | | 0 | | 1 (3%) |
| TOOTH DISORDER | 1 (5%) | | 0 | | 0 | | 0 |
| VOMITING | 1 (5%) | | 2 (5%) | | 2 (6%) | | 5 (17%) |
| SUBJECTS WITH ONE OR MORE EVENTS | 6 (29%) | | 14 (33%) | | 7 (19%) | | 9 (30%) |
| HEMIC AND LYMPHATIC SYSTEM | | | | | | | |
| ECCHYMOSIS | 0 | | 1 (2%) | | 0 | | 0 |
| SUBJECTS WITH ONE OR MORE EVENTS | 0 | | 1 (2%) | | 0 | | 0 |

NOTE: THE SUM OF THE TOTAL NUMBER OF SUBJECTS REPORTING EACH OF THE COSTART TERMS SHOULD BE GREATER THAN OR EQU
        SYSTEM TOTAL.  A SUBJECT WHO REPORTS TWO OR MORE DIFFERENT COSTART TERMS WHICH ARE IN THE SAME BODY SYSTE
        IS COUNTED ONLY ONCE IN THE BODY SYSTEM TOTAL.
$ P-VALUE FOR PAIRWISE COMPARISIONS BETWEEN PLACEBO AND INDICATED TREATMENT GROUP USING FISHER'S EXACT TEST.

Program Source Code: /thomasj/ABT-594/M99-114/A/SAFETY/AE/114aes.sas

21DEC2000 06:34 <! 114aes.sas thomasj >
ABT-594 (ABBOTT-165594)
STUDY M99-114
R&D/XX/XXX - CLINICAL/STATISTICAL
TABLE PAGE 3

ALL TREATMENT EMERGENT ADVERSE EVENTS DURING THE TREATMENT PERIOD
GROUPED BY BODY SYSTEM AND COSTART TERM
(ALL RANDOMISED SUBJECTS)

| BODY SYSTEM/COSTART TERM | XXXXXXX (N=21) | ABT-594 XXX MCG (N=42) (A) | ABT-594 XXX MCG (N=36) (B) | ABT-594 XXX MCG (N=30) (C) | P-VALUE $ |
|---|---|---|---|---|---|
| | n (%) | n (%) | n (%) | n (%) | |
| METABOLIC AND NUTRITIONAL DISORDERS | | | | | |
| DEHYDRATION | 0 | 1 (2%) | 0 | 0 | |
| EDEMA | 0 | 0 | 1 (3%) | 0 | |
| HYPERCALCEMIA | 0 | 1 (2%) | 0 | 0 | |
| HYPOGLYCEMIA | 0 | 0 | 1 (3%) | 0 | |
| KETOSIS | 0 | 1 (2%) | 0 | 0 | |
| PERIPHERAL EDEMA | 0 | 1 (2%) | 0 | 0 | |
| SUBJECTS WITH ONE OR MORE EVENTS | 0 | 3 (7%) | 2 (6%) | 0 | |
| MUSCULOSKELETAL SYSTEM | | | | | |
| ARTHRALGIA | 0 | 1 (2%) | 0 | 0 | |
| MYALGIA | 0 | 0 | 0 | 1 (3%) | |
| SUBJECTS WITH ONE OR MORE EVENTS | 0 | 1 (2%) | 0 | 1 (3%) | |

CONFIDENTIAL
ABBT0080182

```
NERVOUS SYSTEM
   ABNORMAL DREAMS              1    (5%)     5   (12%)     3    (8%)     3   (10%)
   ABNORMAL GAIT                1    (5%)     0              0              0
   ANXIETY                      0              2    (5%)     0              0
   CONFUSION                    1    (5%)     0              0              0
   DIZZINESS                    4   (19%)     8   (19%)     4   (11%)     5   (17%)
   INSOMNIA                     0              2    (5%)     1    (3%)     0
   NERVOUSNESS                  0              0              2    (6%)     0
   NEUROPATHY                   0              1    (2%)     0              1    (3%)
   PARESTHESIA                  1    (5%)     0              0              0
   REFLEXES DECREASED           0              0              0              1    (3%)
   THINKING ABNORMAL            1    (5%)     1    (2%)     0              0
   TREMOR                       0              0              1    (3%)     1    (3%)
─────────────────────────────────────────────────────────────────────────────────
   SUBJECTS WITH ONE OR MORE EVENTS  5  (24%)   15  (36%)    9   (25%)     8   (27%)
```

NOTE: THE SUM OF THE TOTAL NUMBER OF SUBJECTS REPORTING EACH OF THE COSTART TERMS SHOULD BE GREATER THAN OR EQU
      SYSTEM TOTAL.  A SUBJECT WHO REPORTS TWO OR MORE DIFFERENT COSTART TERMS WHICH ARE IN THE SAME BODY SYSTE
      IS COUNTED ONLY ONCE IN THE BODY SYSTEM TOTAL.
   $ P-VALUE FOR PAIRWISE COMPARISIONS BETWEEN PLACEBO AND INDICATED TREATMENT GROUP USING FISHER'S EXACT TEST.

Program Source Code: /thomasj/ABT-594/M99-114/A/SAFETY/AE/114aes.sas


21DEC2000 06:34 <! 114aes.sas thomasj >
ABT-594 (ABBOTT-165594)
STUDY M99-114
R&D/XX/XXX - CLINICAL/STATISTICAL
TABLE PAGE 4 - LAST TABLE PAGE

ALL TREATMENT EMERGENT ADVERSE EVENTS DURING THE TREATMENT PERIOD
GROUPED BY BODY SYSTEM AND COSTART TERM
(ALL RANDOMIZED SUBJECTS)

|                                  | XXXXXXX (N=211) | | ABT-594 XXX MCG (N=42) (A) | | ABT-594 XXX MCG (N=36) (B) | | ABT-594 XXX MCG (N=30) (C) | | P-VALUE $ |
|---|---|---|---|---|---|---|---|---|---|
| BODY SYSTEM/COSTART TERM | n | (%) | n | (%) | n | (%) | n | (%) | |
| **RESPIRATORY SYSTEM** | | | | | | | | | |
| DYSPNEA | 0 | | 0 | | 2 | (6%) | 0 | | |
| EPISTAXIS | 0 | | 1 | (2%) | 0 | | 0 | | |
| RHINITIS | 1 | (5%) | 0 | | 0 | | 0 | | |
| SUBJECTS WITH ONE OR MORE EVENTS | 1 | (5%) | 1 | (2%) | 2 | (6%) | 0 | | |
| **SKIN AND APPENDAGES** | | | | | | | | | |
| ECZEMA | 1 | (5%) | 0 | | 0 | | 0 | | |
| RASH | 0 | | 1 | (2%) | 0 | | 0 | | |
| SKIN DISCOLORATION | 0 | | 1 | (2%) | 0 | | 0 | | |
| SKIN DISORDER | 0 | | 1 | (2%) | 0 | | 0 | | |
| SWEATING | 0 | | 3 | (7%) | 0 | | 0 | | |
| URTICARIA | 0 | | 1 | (2%) | 0 | | 0 | | |
| SUBJECTS WITH ONE OR MORE EVENTS | 1 | (5%) | 7 | (17%) | 0 | | 0 | | |
| **SPECIAL SENSES** | | | | | | | | | |
| ABNORMAL VISION | 0 | | 0 | | 1 | (3%) | 1 | (3%) | |
| AMBLYOPIA | 0 | | 0 | | 1 | (3%) | 2 | (7%) | |
| CONJUNCTIVITIS | 0 | | 0 | | 0 | | 1 | (3%) | |
| TASTE PERVERSION | 1 | (5%) | 1 | (2%) | 0 | | 0 | | |
| SUBJECTS WITH ONE OR MORE EVENTS | 1 | (5%) | 1 | (2%) | 2 | (6%) | 4 | (13%) | |
| **UROGENITAL SYSTEM** | | | | | | | | | |
| ABNORMAL EJACULATION | 0 | | 1 | (2%) | 0 | | 0 | | |
| URINATION IMPAIRED | 0 | | 0 | | 0 | | 1 | (3%) | |
| URINE ABNORMALITY | 1 | (5%) | 1 | (2%) | 0 | | 0 | | |
| SUBJECTS WITH ONE OR MORE EVENTS | 1 | (5%) | 2 | (5%) | 0 | | 1 | (3%) | |

NOTE: THE SUM OF THE TOTAL NUMBER OF SUBJECTS REPORTING EACH OF THE COSTART TERMS SHOULD BE GREATER THAN OR EQU

CONFIDENTIAL
ABBT0080183

```
    SYSTEM TOTAL.  A SUBJECT WHO REPORTS TWO OR MORE DIFFERENT COSTART TERMS WHICH ARE IN THE SAME BODY SYSTE
    IS COUNTED ONLY ONCE IN THE BODY SYSTEM TOTAL .
$ P-VALUE FOR PAIRWISE COMPARISIONS BETWEEN PLACEBO AND INDICATED TREATMENT GROUP USING FISHER'S EXACT TEST .
```

Program Source Code: /thomasj/ABT-594/M99-114/A/SAFETY/AE/114aes.sas

Bruce McCarthy 12/20/2000 03:30 PM

Bruce McCarthy    12/20/2000 03:30 PM

To:      James W Thomas/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  n/v rate

Jim-For the IND update you had a blinded AE rate.  Do you know what the current rates are for nausea
and vomiting (what is the N and do these rates include the fake data?)?

CONFIDENTIAL
ABBT0080184

# McCarthy Deposition Exhibit 92

# P's Exhibit EA



|  | To | Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT |
| Bruce McCarthy /LAKE/PPRD/ABB OTT | cc | |
| 12/21/2000 09:29 AM | bcc | |
|  | Subject | landsberg email |

andrea, as part of the portfolio process from the other day, asked that I give her an update on the nausea and vomiting story. Yesterday I sent her the 833/826 rates. Here's what I sent her on 114.

------------------------- Forwarded by Bruce McCarthy/LAKE/PPRD/ABBOTT on 12/21/2000 09:28 AM -------------------------

Bruce McCarthy    12/21/2000 09:27 AM

To:       Andrea Landsberg/LAKE/PPD/ABBOTT@ABBOTT
cc:
Subject:  n/v

Here's the info for 114

REMEMBER...

THIS IS BLINDED
        That means the rates include data for all groups combined (so, probably very low nausea and vomiting in placebo
        and higher rates in the 300 mcg BID group)

THE DATABASE IS NOT CLEAN
        Data are first pass and have not completed the query process

THIS IS THE ONE AND ONLY TITRATION SCHEME WE'VE TESTED
        There will be commercially very viable titration schemes other than this one that will result in lower AE rates

THIS IS NOT THE RATE OF NAUSEA AND VOMITING FOR ABT-594 AT LAUNCH
        Is a tree in the forest the same as an authentic Chippendale chest of drawers? If you would spend $5 for some wood
        at home depot, why would you spend $10,000 for the chest of drawers? Because they're not the same. Similarly, why
        would you value the final product of ABT-594 while it's still in the lumber stage?

The database has 129 patients currently (261 randomized, but only 129 patients' data is in).

Nausea: 19%
Vomiting: 7.8%

CONFIDENTIAL
ABBT0106516

Pl. Exhibit 92    3/16/07    RM

# McCarthy Deposition Exhibit 93

# P's Exhibit EC



Bruce
McCarthy /LAKE/PPRD/ABB
OTT

12/21/2000 10:24 AM

To    Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT

cc

bcc

Subject    Purdue presentation

ABT594Purdue12100.pr

CONFIDENTIAL
ABBT0118174

Pl. Exhibit 93    3/16/07    RM

ABT-594's analgesic potential demonstrated in:

Molar Extraction

Neuropathic Pain

Osteoarthritis

CONFIDENTIAL
ABBT0118175



CONFIDENTIAL
ABBT0118176

### ABT-594 Overview

- Pharmacokinetics
- Development strategy
- Phase IIa results
  - Dental, osteoarthritis, and neuropathic pain
  - Context: currently available analgesics
- Phase IIb status

CONFIDENTIAL
ABBT0118177

ABT-594

*Pharmacokinetics*

- Half-life ($t_{1/2}$): about 8-12 hours

- Dose proportional

- AUC, $C_{max}$ similar across formulations (solution, SEC, HGC)

- AUC, $C_{max}$ similar with/without food

- $T_{max}$ varies with formulation, food

- No clinically significant effects on cytochrome P450 isoforms

- Elimination primarily through renal excretion, about

CONFIDENTIAL
ABBT0118178

Strategy

What characterizes an innovative
analgesic?

Spectrum of activity

Time of onset/duration

Level of efficacy

Safety/efficacy ratio

CONFIDENTIAL
ABBT0118179

## Strategy

### Spectrum of Activity: Where to Start?

| Acute | Neuropathic | Chronic Nociceptive |
|---|---|---|
| Post-dental surgery | Diabetic polyneuropathy | Osteoarthritis |
| Sprains and strains | Idiopathic polyneuropathy | Chronic back pain |
| Acute back pain | Alcoholic polyneuropathy | Rheumatoid arthritis |
| Trauma | Drug-induced polyneuropathy | Cancer pain |
| Post-general surgery | HIV predominantly sensory neuropathy | Fibromyalgia |
| Post-orthopedic surgery | Back pain | Sickle cell disease |
| Dysmenorrhea | Cancer pain | Irritable bladder |
| Renal colic | Trigeminal neuralgia | Bursitis |
| Biliary colic | Post-herpetic neuralgia | Tendonitis |
| Bone pain (infection) | Thalamic pain syndrome | Chronic regional pain |
| | Spinal cord injury | |
| | Multiple sclerosis | |
| | Complex regional pain syndromes (I, II) | |
| | Atypical facial pain | |

CONFIDENTIAL
ABBT0118180



CONFIDENTIAL
ABBT0118181

**ABT-594**
*Phase IIa Results*

- Efficacy Results
  - Molar Extraction
  - Neuropathic Pain
  - Osteoarthritis Pain

CONFIDENTIAL
ABBT0118182



CONFIDENTIAL
ABBT0118183



CONFIDENTIAL
ABBT0118184



CONFIDENTIAL
ABBT0118185



## Neuropathic Pain Pilot
### Design

- 133 patients, randomized, double-blind, placebo-controlled, multiple-dose

| | | n = 43 | ABT-594   75 mcg BID |
| | | n = 47 | ABT-594   25 mcg BID |
| | | n = 43 | Placebo |

- Distal Symmetric Polyneuropathy

  •52% Idiopathic        46% Diabetic

- Power: 56% to detect 20% difference

- Soft Elastic Capsule

CONFIDENTIAL
ABBT0118186



CONFIDENTIAL
ABBT0118187



CONFIDENTIAL
ABBT0118188



CONFIDENTIAL
ABBT0118189



CONFIDENTIAL
ABBT0118190



CONFIDENTIAL
ABBT0118191

CONFIDENTIAL
ABBT0118192



CONFIDENTIAL
ABBT0118193



CONFIDENTIAL
ABBT0118194



CONFIDENTIAL
ABBT0118195



CONFIDENTIAL
ABBT0118196

ABT-594

*Phase IIa Efficacy Conclusions*

- Analgesic Potential Demonstrated

  – Molar Extraction
    - Significance vs. placebo starting at 2 hours
  – Neuropathic Pain
    - 75 mcg BID may be lowest effective dose for patients with painful diabetic polyneuropathy
  – Osteoarthritis Pain
    - 75 mcg BID may be lowest effective dose as judged by WOMAC scores

CONFIDENTIAL
ABBT0118197

## Adverse Event Rates for Select Analgesics

| Event | Gabapentin 3600 mg/d | Ultram[1] 50-100 mg q4-6 hr | OxyContin[2] | ABT-594 mcg BID |
|---|---|---|---|---|
| Confusion | 8 % | n/a | 4 % | 0 % |
| Somnolence | 20 % | n/a | 23 % | 0 % |
| Dizziness | 24 % | 8 % | 13 % | 7 % |
| Nausea | 8 % | 30 % | 23 % | 50 % |
| Vomiting | 7 % | 10 % | 12 % | 30 % |
| Constipation | n/a | 38 % | 23 % | 1 % |

[illegible footnotes]

CONFIDENTIAL
ABBT0118198

## M99-076 & M99-120
### Titration may improve tolerability

| Day | M99-076 300 mcg BID (no titration) n (%) 1-8 n=9 | M99-120 (titration) n (%) 1-8[a] n=15 |
|-----|-----|-----|
| Nausea | 5 (56) | 5 (33) |
| Vomiting | 4 (44) | 3 (20) |
| Dizziness | 6 (67) | 10 (67) |



CONFIDENTIAL
ABBT0118200

ABT-594
*Phase IIa Conclusions*

- Analgesic potential demonstrated

- Phase IIa studies included inadequate dose ranging
  -- SLC tolerated better than predicted by solution
  -- HGC tolerated in limited Phase I population to 300 mcg BID fed

- Full analgesic potential will be defined with adequate dose ranging studies in Phase IIb

CONFIDENTIAL
ABBT0118201



CONFIDENTIAL
ABBT0118202

**M99-114: Neuropathic Pain**

*Outcome Measures*

- Primary
  - Weekly average of daily pain (11 point Likert in a diary)

- Secondary
  - Site-based pain scale (11 point Likert)
  - Neuropathic Pain Scale
  - Patients' Global Impression of Change
  - Physicians' Global Impression of Change
  - SF-36

CONFIDENTIAL
ABBT0118203

# McCarthy Deposition Exhibit 103

# P's Exhibit EP



Bruce McCarthy
02/19/2001 08:55 AM

To: Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Christopher J
Silber/LAKE/PPRD/ABBOTT@ABBOTT, Michael K
Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT, James
Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Michael D
Meyer/LAKE/PPRD/ABBOTT@ABBOTT, Walid
Awni/LAKE/PPRD/ABBOTT@ABBOTT, Richard G
Granneman/LAKE/PPRD/ABBOTT@ABBOTT, Kennan C
Marsh/LAKE/PPRD/ABBOTT@ABBOTT, Marleen H
Verlinden/LAKE/PPRD/ABBOTT@ABBOTT, David D
Morris/LAKE/PPRD/ABBOTT@ABBOTT, Howard S
Cheskin/LAKE/PPRD/ABBOTT@ABBOTT

cc:

Subject: Scientific Strategy for ABT-594/NNR Tolerability

Please note the Scientific Strategy for ABT-594/NNR Tolerability Meeting to take place tomorrow. This meeting is a follow-on to the Leiden review, in which a recommendation was heard for a comprehensive strategy to address tolerability issues related to NNRs for pain, including ABT-594 and follow-ons. The meeting is intendend to initiate a process of planning and execution to improve tolerability via all available avenues, including (but not limited to): generation of more selective follow-on compounds, follow-on compounds with different pharmacokinetics, pharmaceutic and/or dosing manipulation of ABT-594, etc. Any strategies to improve the tolerability of NNRs for pain would be directed by a scientific basis for the tolerability concerns.

This first meeting is intended to brainstorm how we might approach this issue. We should begin to define issues, scope, vision, potential plans of action, etc. In the near future, we should clarify our strategy and document it. In addition, we'll need to develop a timeline for execution.

Please come prepared with your ideas on tolerability issues. I have attached an agenda.

See you tomorrow!
Bruce.

Tolerability21901.do-
-------------------- Forwarded by Bruce McCarthy/LAKE/PPRD/ABBOTT on 02/19/2001 08.41 AM
--------------------

## Calendar Entry

○ Appointment  ● Invitation  ○ Event  ○ Reminder  ○ Anniversary

Brief description:
Scientific Strategy for ABT-594/NNR Tolerability  -  Analgesia Venture Conf Room - w/Lunch

Date:                Time:
02/20/2001           11:00 AM - 12:30 PM

Detailed description:

Invitations have been sent to:    Bruce McCarthy/LAKE/PPRD/ABBOTT, Christopher J
Silber/LAKE/PPRD/ABBOTT, Michael K Biarnesen/LAKE/PPRD/ABBOTT, James
Sullivan/LAKE/PPRD/ABBOTT, Michael D Meyer/LAKE/PPRD/ABBOTT, Walid
Awni/LAKE/PPRD/ABBOTT, Richard G Granneman/LAKE/PPRD/ABBOTT, Kennan C
Marsh/LAKE/PPRD/ABBOTT, Marleen H Verlinden/LAKE/PPRD/ABBOTT, David D
Morris/LAKE/PPRD/ABBOTT, Howard S Cheskin/LAKE/PPRD/ABBOTT

CONFIDENTIAL
ABBT0163892

Pl. Exhibit 103    3/16/07    RM

Chairperson:                    Nancy M Patterson AKE-PPR/ABBOTT
This meeting repeats   starting on    (if the date occurs on a weekend the meeting ).

CONFIDENTIAL
ABBT0163893

ABT-594 Tolerability Brainstorm Discussion
Agenda
February 19, 2001

1     Brief Review of Tolerability Issues to date

2     Individual perspectives on issues and questions related improving tolerability

      Sullivan/Meyer/Marsh

      Awni/Granneman

      Cheskin

      Morris

      McCarthy

2.    Begin to define scope and vision, prioritize issues and questions and identify
      prerequisites

3.    Define Next Steps, including potential processes (e.g. analyses, discussions,
      consultations, trials, etc) to solve/answer prioritized issues and questions

[FILENAME]                    Created on 2/19/2001 8:34:00 AM

CONFIDENTIAL
ABBT0163894

# McCarthy Deposition Exhibit 107

# P's Exhibit 21



**Christopher J**
**Silber/LAKE/PPRD/ABBOTT**
03/06/2001 03:27 PM

To  Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Michael
K Blarnesen/LAKE/PPRD/ABBOTT@ABBOTT
cc  James Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Richard J
Marasco/LAKE/PPD/ABBOTT@ABBOTT
bcc
Subject  Re: ABT-594 - Purdue Response

attached, fyi

------------------------ Forwarded by Christopher J Silber/LAKE/PPRD/ABBOTT on 03/06/2001 03:25 PM
------------------------

Robert J Weiland
03/06/2001 12:23 PM

To:     James.Dolan@pharma.com
cc:     Marleen H Verlinden/LAKE/PPRD/ABBOTT@ABBOTT, John M.
Leonard/LAKE/PPRD/ABBOTT@ABBOTT, Larry L Lin/LAKE/PPD/ABBOTT@ABBOTT, Christopher J
Silber/LAKE/PPRD/ABBOTT@ABBOTT, James L Tyree/LAKE/AI/ABBOTT
Subject:  Re: ABT-594 - Purdue Response

Jim:

Thanks for your voice message and your e-mail note back.  Your prompt response is most appreciated.

Purdue's position on the opportunity is most clear and its elucidation is both appreciated and respected.
We look forward to potentially resuming discussions with Purdue when results of the Phase II data
become available.

To let you know Abbott's immediate plans regarding ABT-594, pending any change in direction from R&D
management, Abbott will engage several other parties who, like Purdue, have expressed considerable
and repeated interest in ABT-594 over the past few years.  Their ultimate interest and the potential for
reaching an agreement prior to the release of any phase II data is, of course, unknown.

Jim, thank you again for Purdue's ongoing interest in a potential collaboration.  I look forward to
potentially interacting further with you and your scientists in the months to come.

Best,

Bob

James.Dolan@pharma.com on 03/06/2001 10:17:16 AM



James.Dolan@pharma.com on 03/06/2001 10:17:16 AM

To:     robert.weiland@abbott.com
cc:     larry.lin@abbott.com
Subject:  ABT-594 - Purdue Response

Bob

CONFIDENTIAL
ABBT0119894

Pl. Exhibit  107  3/16/07  Rm

Re our conversation last week, which was in reference to my letter of Feb 8, 2001. Responding to our preferred commercial position in our letter to develop/market exclusively, you pointed out that Abbott is not proposing to either out license or sell ABT-594. We understand this position. Moving forward, a partnership with an equitable split of costs/revenues is a model we have done successfully before. In this case, Purdue would not be able to commit to any commercial terms now, before the M99-114 data were available. Based on the estimate of a May/June readout of this study, we would be prepared to reengage with you at that point

I'll call again to follow this up.

Regards,

Jim Dolan
Purdue Pharma
203 588 7297
james.j.dolan@pharma.com

CONFIDENTIAL
ABBT0119895

# McCarthy Deposition Exhibit 113

## P's Exhibit FT



James W
Thomas /LAKE/PPRD/ABBO
TT

05/10/2001 08:44 AM

To   Yiming Zhang/LAKE/PPRD/ABBOTT@ABBOTT

cc

bcc

Subject   594

fyl.........David thinks this will be the basic design for the
phase 1 study.

------ Forwarded by Robert C Harris/LAKE/PPRD/ABBOTT on 05/08/01 08:20 AM ------

Marleen H Verlinden

05/08/01 05:30 AM

To: Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Richard G
Granneman/LAKE/PPRD/ABBOTT@ABBOTT, Walid
Awni/LAKE/PPRD/ABBOTT@ABBOTT, James P
Sullivan/BEDFORD/ADD/ABBOTT@ABBOTT, Michael K
Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT
cc: Robert C Harris/LAKE/PPRD/ABBOTT@ABBOTT, Jacqueline V
Buentello/LAKE/PPRD/ABBOTT@ABBOTT

Subject: 594

Dear all,

John has asked me to take on a role that is a little more active and involved than I had intended with
regard to designing the plans for ABT-594. I am at an off-site meeting with him in Milwaukee today.
Given the very tight time frame (literally a few days ), I am asking my assistant to set up a meeting
involving the addressees of this e-mail only. I hope you'll see a chance to make time available for it
tomorrow or Thursday, perhaps if needed, at the end of the day , from5-7 pm if calendars do not allow
otherwise. We need to be highly focused and strategic in what we try to achieve, that is why I am asking
the most experienced people to partake in this meeting. As you can see, the compound has not been
given up on, but on the other hand it does not seem like there is money available for it at this time

We need to base our plan, in my view, on strong Pharmacokinetic and statistical input. Unfortunately the
design of the Phase II proof of concept study was a bit deficient in that it did not allow for blood sampling
at the time of dose-escalation. We must make sure we do this this time around. Rick , is there any trial
simulation that can help us here? The issue we need to get to is We want to obtain efficacy of 300 mcg
bid or better, but need to get around the nausea and vomiting, and hence the horrendous dropout rates.

Here are some initial thoughts:
Study #1: study of nausea and vomiting (primary objective): 2 weeks treatment, 30 volunteers per group,
target dose in all groups is 300 mcg bid, 14 dyas treatment
- group 1: use titration scheme used in diabetic neuropathy study (escallation every other day, starting
  with 75 mcg)= anchor group for comparison with diabetes study
- group 2: use titrations scheme as in diabetic neuropathy study but let every dose be preceded within
  15-30 mins by 10 mg metoclopramide p.o.(a combined DA antagonist/acetylcholine releasing
  anti-emetic and prokinetic)
- group 3: use titration every other day, but go in 50 % steps, e.g. 50-75-100-150-200-250-300
- group 4: use titration every day, with steps of 25 mcg:
  25-50-75-100-125-150-175-200-225-250-275-300

CONFIDENTIAL
ABBT0080471

Pl. Exhibit 113  3/16/07    RM

- group 5= placebo

  <u>Record</u> : onset and disappearance of nausea and vomiting  Record daily : intensity nausea on 100 mm VAS, immediately before intake of drug, and 15,30,45,60,120,180,240 min later.  Record number of vomits and time with regard to drug intake.
  <u>Plasma sampling</u>: before and at anticipated T max after each dose escallation

Any other study?

John's question with regard to partnership: any ideas?

Mike, please already have a look at the budget and personnel requirements, based on above study assumption

----- Forwarded by Marleen H Verlinden/LAKE/PPRD/ABBOTT on 05/08/01 05:05 AM -----

**John M Leonard**            To: Marleen H Verlinden/LAKE/PPRD/ABBOTT@ABBOTT
05/05/01 05:58 PM           cc:
                             Subject: 594

Marleen: Can you describe for me what your plans are for the analysis and follow up for594?  I briefly mentioned to the Ex Comm and showed to Jeff the results from the phase II study.  Since we do not have formal budgeting for the program, we need to come forward with a plan and an analysis of the study as well.  One aspect of the work should be to consider the partnering option to see what that will do for us  As it is, the project is risky but intriguing.  Pleas give me a sense of where you want to go with this.  The difficulty will be with coming up with some budget numbers to advance the program  I would like for you to assemble some rough cut numbers to continue for the year for people, PARD, etc  You should probably also consider reserving some number of patient slots for as yet undescribed studies  I will be asked by the Ex Comm later this week what it will take to continue the program, so I would appreciate having some sense of what the range of numbers might be

Thanks,

J

CONFIDENTIAL
ABBT0080472

# McCarthy Deposition Exhibit 118

# P's Exhibit GO



**Bruce McCarthy**       To: Marleen H Verlinden/LAKE/PPRD/ABBOTT@ABBOTT
06/27/2002 02:05 PM      cc:
                         Subject: Questions re goals

Marleen-

some questions/comments regarding the update of goals...

Financial Goals

Existing goals (for remaining within budget and headcount) reflect responsibility for 963, dilaudid, 089 and the discontinued anti-psychotic program. I would propose changing to budget and headcount for 089, 239 and depakote (based upon 2002 Update final numbers), although this only represents responsibilities for the latter half of 2002 (and would result in removal of responsibilities to date). If we somehow capture management within budget and headcount for 1st half year responsibilities, I'm not entirely sure how one would calculate this (could provide an estimate of what was spent through June vs 2002 plan, but probably won't be able to get all of this information for 963, 089, and dilaudid by July 3).

New Goals

The goals you have assigned are appropriate and I agree to the timelines. Of my 8 existing goals, however, only one is 963-related and due in the latter half of the year and one goal is no longer applicable (outlicense 594...I'm in the process of verifying that Dan Norbeck blocked the outlicense of 594). I would, therefore, have only two openings for goals (out of the three below). Perhaps we could include goal #2 below into the people management goal (for the same 10% weight the people management goal already has)?

SIP

For the people new to SIP, goals will be updated (or created in the case of Tom Cummins, a new employee) and those for the latter half of the year will be applicable (first half will be CPS, so performance-independent for first half). Ken is part of APEX (have asked Silber for PE).

Bruce.
Marleen H Verlinden

        **Marleen H Verlinden**       To: Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT
        06/23/2002 10:59 PM           cc:
                                      Subject: goals and firmly committed deadlines

Bruce,

I understood form Mike Spengler that the first pass of revised goals is going to be on July3. I need your revised goals, to reflect deletion of abt-963 goals pertaining to second half of this year and the new responsibilities.

Please include as one of the goals:

- Work with Commercial Franchise to revise and revamp Depakote Phase IIIb and PHase IV strategies, by 09/2002

- Build Neurosciences development teams according to new GPRD model, by 08/2002

HIGHLY CONFIDENTIAL
ABBT0546449

Pl. Exhibit 118    3/16/07    RM

- Finalize and issue to senior management comprehensive Phase III Development Plans for ABT-089 and ABT-239, by 09/01/2002

  Remember that you are required to have 8 goals, none less than 10 % eight. Original Goals with a deadline prior to June 15,2002 should not be altered.

  You will also need to ensure taht Ken has his Jan-June performance reviewed by Chris Silber before July 3, and that you receive this evaluation in writing. Intent is to do the evaluation now, rather than to have to go back at the end of the year. It is of particular improtance to those who enter SIP program now. Please make this happen

  Marleen Verlinden, PhD
  Division Vice-President
  Global Pharmaceutical Development
  Abbott Laboratories
  200 Abbott Park Road, R42U,AP-30-3SW
  Abbott Park, IL 60064-6145
  Tel:+1-847-935-4096
  Fax:+1-847-938 1629

-
-

HIGHLY CONFIDENTIAL
ABBT0546450

# McCarthy Deposition Exhibit 119

# P's Exhibit GR

## Probability Assessment Worksheet

**Program:** *ABT-594*
**Project:** *Neuropathic Pain*

| Phase | Project Probability of Success[b] | Industry Average Probability of Success[c] | Rationale/Assumptions |
|---|---|---|---|
| Pre-Clinical[a] | 100 % | 50% | • Pre-clinical phase completed. Compound has entered human trials. |
| I | 100% | 75% | • Completed |
| II | 45% | 51% | • Chris; P = 0.4  Bruce; P = 0.5<br>• (+) Phase-2 study fully powered for P-2 @ 80%<br>• (+) Reasonable signal seen already, with positive reports continuing.<br>• (-/+) SE's, while apparent, still don't stop trial, however significant drop-out still occurring. Might still be possible to optimize drug to minimize SE's/AE's.<br>This takes Chris' Phase-2 prob. closer to 0.5. |
| III | % | 70% | • (-) Some general misgivings about unanticipated failure modes, eg. Sertindole & QTc, or carc. studies not yet complete, etc.<br>• Given success in Phase-2, reasonably optimistic; Chris; P = 0.6 – 0.7 Bruce & Mike; P = 0.7 – 0.8, Use P = 0.70 for combined Phase 3/reg. |
| Registration | % | 90% | • |
| Ph. III/Reg[a] | 70%[e] | 65% | No input needed.  Joint Pr = 0.32 |

**Footnotes**

[a]Compound is approved as clinical candidate, but has not yet entered human trials.

[b]Enter 100% if project has completed a given phase, or if phase is not applicable

[c]Source: CMR International

[e]Multiply project probability of success for Ph. III times project probability of success for Registration and enter here.

Pl. Exhibit 119   3/16/07   RM

Confidential

# Probability Assessment Worksheet

**Program:** ABT-594
**Project:** *Chronic Persistent Pain, phase-2 publication study*

| Phase | Project Probability of Success[b] | Industry Average Probability of Success[c] | Rationale/Assumptions |
|---|---|---|---|
| Pre-Clinical[a] | 100 % | 50% | • Pre-clinical phase completed. Compound has entered human trials. |
| I | % | 75% | • NA |
| II | 16% | 51% | • **P = 0.32**, joint Pr of neuropatic pain indication being approved for ABT-594 (see ABT-594: Neuropatic Pain project data)<br>• For the Phase-2 study only, Set P = 0.5 because...<br>  ○ (+) This is proof-of-concept for publication, yet powered almost the same as required for registration. Necessary to have convincing story for M.D.s<br>  ○ (-) Tolerability must be comparable to COX-2's<br>  ○ (-/+) This is a non-standard O.A. trial and there may not be any proof of efficacy at higher doses.<br>  ○ (-/+) There is no certainty that the doses needed will correspond to the marketed 594 doses (this, however, has been factored into the forecast)<br>• Overall probability of success = 0.32 x 0.5 = 0.16 |
| III | % | 70% | • NA |
| Registration | % | 90% | • NA |
| Ph. III/Reg[e] | %[e] | 65% | No input needed.  Joint Pr = 0.16 |

**Footnotes**

[a] Compound is approved as clinical candidate, but has not yet entered human trials.

[b] Enter 100% if project has completed a given phase, or if phase is not applicable

[c] Source: CMR International

[e] Multiply project probability of success for Ph. III times project probability of success for Registration and enter here.

Confidential

ABBT0047908