UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | CIVIL ACTION NO. 05-11150-DPW |

## ABBOTT'S CORRECTED DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS FOR ANDREA LANDSBERG

Defendant Abbott Laboratories ("Abbott") respectfully submits the attached corrected deposition designations and counter-designations for the February 16, 2007 deposition of Andrea Landsberg, Senior Manager, New Product Development (ABT-594).

Dated:  February 22, 2008          Respectfully submitted,


ABBOTT LABORATORIES

By:  __/s/ Eric J. Lorenzini_____
      Eric J. Lorenzini

Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
Eric J. Lorenzini *(pro hac vice)*
Ozge Guzelsu *(pro hac vice)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth
Floor
Los Angeles, CA  90071-1560
Tele:  (213) 683-9100

and

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY &
GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com


*Counsel for Abbott Laboratories*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2008.

Date: February 22, 2008

_____ /s/ Ozge Guzelsu _____

## Andrea Landsberg Deposition Designations

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 02/16/07 | Landsberg, Andrea | 4:6-4:7 | | | | | |
| 02/16/07 | Landsberg, Andrea | 5:17-6:3 | | | | | |
| 02/16/07 | Landsberg, Andrea | | | | | | |
| 02/16/07 | Landsberg, Andrea | 6:18-11:4 | | | | | |
| 02/16/07 | Landsberg, Andrea | | | 11:10-11:19 | | | |
| 02/16/07 | Landsberg, Andrea | 11:20-15:9 | | | | | |
| 02/16/07 | Landsberg, Andrea | 20:8-20:19 | | | | | |
| 02/16/07 | Landsberg, Andrea | 28:1-28:4 | | | | | |
| 02/16/07 | Landsberg, Andrea | | | 28:16-29:13 | | | |
| 02/16/07 | Landsberg, Andrea | 29:18-30:3 | | | | | |
| 02/16/07 | Landsberg, Andrea | | | 32:20-33:10 | | | |
| 02/16/07 | Landsberg, Andrea | | | 33:19-34:4 | | | |
| 02/16/07 | Landsberg, Andrea | 47:7-47:21 | 47:22-48:6 | | 4 | SL | |
| 02/16/07 | Landsberg, Andrea | | | 48:17-48:23 | | | |
| 02/16/07 | Landsberg, Andrea | | | 54:12-55:23 | | | |
| 02/16/07 | Landsberg, Andrea | 56:5-59:19 | | | 4 | SL | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 02/16/07 | Landsberg, Andrea | 70:11-71:3 | | | 6 | CO | |
| 02/16/07 | Landsberg, Andrea | 72:23-73:3 | | | 6 | CO | |
| 02/16/07 | Landsberg, Andrea | 76:11-78:24 | 79:1-79:23 | | 6 | CO | |
| 02/16/07 | Landsberg, Andrea | 80:16-82:4 | | | 6 | CO | |
| 02/16/07 | Landsberg, Andrea | 83:19-84:9 | | | 6 | CO | |
| 02/16/07 | Landsberg, Andrea | 85:14-85:23 | 85:24-86:7 | | 6 | CO | |
| 02/16/07 | Landsberg, Andrea | | | 86:8-86:19 | | | |
| 02/16/07 | Landsberg, Andrea | 87:5-89:11 | 89:12-89:16 | | 6 | CO | |
| 02/16/07 | Landsberg, Andrea | | | 99:9-100:2 | | | |
| 02/16/07 | Landsberg, Andrea | 104:13-106:12 | 106:13-106:18 | | 10 | SM | |
| 02/16/07 | Landsberg, Andrea | 110:3-111:16 | | | 11 | DG | |
| 02/16/07 | Landsberg, Andrea | 116:4-116:20 | 116:21-118:15 | | 11 | DG | |
| 02/16/07 | Landsberg, Andrea | 118:16-119:14 | | | 11 | DG | |
| 02/16/07 | Landsberg, Andrea | 142:19-142:24 | | | 18 | DS | |
| 02/16/07 | Landsberg, Andrea | 144:20-152:22 | | | 18 19 | DS EB | |
| 02/16/07 | Landsberg, Andrea | | | 154:19-155:16 | | | |
| 02/16/07 | Landsberg, Andrea | 180:11-181:21 | | | 26 | EJ | |
| 02/16/07 | Landsberg, Andrea | 183:22-184:8 | | | 26 | EJ | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 02/16/07 | Landsberg, Andrea | 189:2-190:13 | | | 28 | EL | |
| 02/16/07 | Landsberg, Andrea | | | 191:4-191:17 | | | |
| 02/16/07 | Landsberg, Andrea | 194:17-194:20 | | | 28 | EL | |
| 02/16/07 | Landsberg, Andrea | 196:4-197:17 | | | 28 | EL | |
| 02/16/07 | Landsberg, Andrea | 202:11-202:18 | 202:19-203:19 | | | | |
| 02/16/07 | Landsberg, Andrea | 203:20-206:20 | | | | | |
| 02/16/07 | Landsberg, Andrea | | | 208:7-208:16 | | | |
| 02/16/07 | Landsberg, Andrea | | | 210:4-210:11 | | | |
| 02/16/07 | Landsberg, Andrea | | | 211:3-212:13 | | | |

## Color Key to Deposition Designations

Designation by Plaintiffs

Counter Designation by Defendants

Designation by Defendants

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF MASSACHUSETTS

3     JOHN HANCOCK LIFE INSURANCE     )

4     COMPANY, JOHN HANCOCK VARIABLE  )

5     LIFE INSURANCE COMPANY, and     )

6     MANULIFE INSURANCE COMPANY     )

7     (f/k/a INVESTORS PARTNER        )

8     INSURANCE COMPANY),              )

9          Plaintiffs,      ) Civil Action No.

10        vs.              ) 05-11150-DPW

11    ABBOTT LABORATORIES,            )

12        Defendant.              )

13

14         The videotaped deposition of ANGELA

15    LANDSBERG, called for examination, taken pursuant to

16    the provisions of the Federal Rules of Civil

17    Procedure of the United States District Courts

18    pertaining to the taking of depositions for the

19    purpose of discovery, taken before Barbara J.

20    Cramer, CSR No. 84-1700, a Certified Shorthand

21    Reporter of the State of Illinois, at Suite 1300,

22    Two North LaSalle Street, Chicago, Illinois, on the

23    16th day of February, A.D. 2007, at 10:26 a.m.

24

1     MR. ELSEY:  We are on the video record, yes.

2             ANDREA LANDSBERG,

3     called as a witness herein, having been first duly

4     sworn, was examined and testified as follows:

5             EXAMINATION

6     BY MR. DAVIS:

7     Q.   Okay.  Good morning.

8     A.   Good morning.

9     Q.   My name is Brian Davis.  As you heard, I

10    represent John Hancock and the other plaintiffs in

11    this matter.

12    A.   Um-hmm.

13    Q.   First, let me apologize for the delay.

14    Unfortunately, the weather was not cooperating with

15    the shipments of the documents --

16    A.   Um-hmm.

17    Q.   -- that we needed for this deposition, so

18    I apologize for holding you up.

19            Now, what I'd like to do is ask you a

20    series of questions here today.  If at any point in

21    time, Ms. Landsberg, you don't understand my

22    questions --

23    A.   Um-hmm.

24    Q.   -- please say so --

1      A.   Um-hmm.

2      Q.   -- and I'll try to give you a clearer

3   question.  Is that acceptable?

4      A.   Yes.

5      Q.   All right.  In addition, as we go through

6   the deposition here today, you -- you do need to

7   verbalize your responses for the reporter.  She

8   can't record head shakes or nods.  So you have to

9   say yes or no or whatever is appropriate.

10        Do you understand that?

11      A.   I understand.

12      Q.   And if at any point in time you wish to

13   take a break, please let me know, and we'll try to

14   accommodate you as soon as possible thereafter.  All

15   right?

16      A.   All right.

17      Q.   Would you state your full name for the

18   record, please?

19      A.   Yes.  Andrea Landsberg.

20      Q.   Where do you live, Ms. Landsberg?

21      A.   The whole address?

22      Q.   Yes, please.

23      A.   23494 Eagles Nest Road, Antioch,

24   Illinois, 60002.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    Q.   Where do you work?

2    A.   Abbott Laboratories.  I should say

3   "Abbott" now is our correct name.

4    Q.   Okay.  We'll have to revise the

5   pleadings.

6    MR. LORENZINI:  You'll have to revise the

7   pleadings.

8   BY THE WITNESS:

9    A.   Sorry.  I -- we're supposed to stop

10   saying the "Laboratories."

11    MR. LORENZINI:  It's the -- it's the Abbott

12   Laboratories in the court documents, so --

13   BY THE WITNESS:

14    A.   Fine.  So -- that's fine.

15   BY MR. DAVIS:

16    Q.   We'll make all -- all the changes

17   necessary.

18    How long have you worked for Abbott?

19    A.   It's about ten and a half years.

20    Q.   What -- what position do you currently

21   hold at Abbott?

22    A.   General manager, primary care and

23   emerging markets for Abbott International.

24    Q.   Is that a -- do you work within a

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    particular division of Abbott?

2        A.   Yes, Abbott International Division.

3        Q.   What is the business of Abbott

4    International?

5        A.   Pharmaceuticals, marketing and sales of

6    pharmaceuticals outside of the US.

7        Q.   Is it fair to say that your job focuses

8    primarily on marketing and sales?

9        A.   Yes.

10       Q.   Has that been true all of time that

11   you've worked for Abbott in one capacity or another?

12       A.   I'm running through all of my jobs in my

13   head.  Yes.

14       Q.   Are you -- is your office at Abbott Park?

15       A.   Yes, it is.

16       Q.   Briefly, what's your educational

17   background?

18       A.   I have a B.S. in biology from Cook

19   College, Rutgers University.  I have a V.M.D. from

20   University of Pennsylvania, and I have an M.B.A.

21   from Morgan, University of Pennsylvania, in that

22   order.  I know; doctorate before the Master's.

23       Q.   I'm sorry.  What was the doctorate in?

24       A.   Veterinary medicine.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1      Q.   What year did you obtain the B.S. from

2   Rutgers?

3      A.   '84.

4      Q.   When did you obtain the doctorate?

5      A.   '88.

6      Q.   And when did you obtain the M.B.A.?

7      A.   '96.

8      Q.   Did you go to work for Abbott for the

9   first time after you obtained your M.B.A.?

10     A.   Yes.

11     Q.   Had you worked prior to that?

12     A.   Yes, as a veterinarian.

13     Q.   Briefly, what are the positions that

14   you've held at Abbott, as best you recall, since you

15   joined them about ten years ago?

16     A.   Excuse me.  Initially on the management

17   development program, a series of positions, market

18   research analyst, sales representative, and then

19   associate product manager.  I can define all the

20   products if you need that detail or -- or not.

21          Then continued as a product manager, then

22   a senior product manager, then a senior manager in

23   new product development, and then director of what

24   we called at the time professional communications.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    It is a marketing operations group.

2        Q.    What was the position again?  I'm sorry.

3        A.    Director of professional communications

4    was its formal title.  We ended up changing the

5    name, because it didn't reflect what it -- I forget

6    what we changed its name to.

7        Q.    Okay.

8        A.    But it's basically a marketing operations

9    group, supports the marketing functions.

10            And then director for cardiovascular

11    products, and then was called both senior director

12    and then we changed it to a general manager, and the

13    final title was the general manager of the

14    commercial strategic initiatives, a combined sales

15    and marketing excellence role.

16        Q.    Any others?

17        A.    And then the one that I currently have.

18        Q.    When did you take the position -- when

19    did you first assume the position that you're

20    currently in?

21        A.    In July of this past year.

22        Q.    At some time or another during the course

23    of your tenure at Abbott, you had some involvement

24    in the development of a compound named 594.  Is that

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    right?

2        A.    Yes.

3        Q.    Okay.  That's ABT-594.  Do you agree with

4    that?

5        A.    Yes.

6        Q.    And if I refer to it as 594, in the

7    course of your deposition, you'll understand that

8    I'm referring to ABT-594.  Is that fair?

9        A.    Yes.

10       Q.    All right.  In which of these positions

11    did you have any responsibility for ABT-594?

12       A.    It was the senior manager, new product

13    development.

14       Q.    And how long did you hold that position?

15       A.    Only about seven months.

16       Q.    Do you recall what seven months those

17    were?

18       A.    Yeah, I've been trying to think of that.

19    I know I moved into that next position in February

20    of '01, so I'm thinking it must have been June of

21    2000 when I began that position, roughly.

22       Q.    And the next position that you moved into

23    was the director of professional communications?

24       A.    Yes.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1      Q.    When you became director of professional

2    communications, did your responsibilities for

3    ABT-594 cease?

4      A.    Yes.

5      Q.    Who took over responsi- -- the

6    responsibilities that you had had up to that point

7    in time for ABT-594 when you took that new position

8    in February of '02 -- '01?

9      A.    I -- I don't recall.

10     Q.    When did you first have any

11   responsibility for ABT-594?

12     A.    It was probably as soon as I began in

13   that position, which I took over from Jim Doran, so

14   assumed all of his responsibilities.

15     Q.    So that was approximately June of 2000?

16     A.    Yes.

17     Q.    Had you had any responsibility for

18   ABT-594 prior to that date?

19     A.    No.

20     Q.    So it's fair to say that all of your

21   involvement with respect to ABT-594 occurred in the

22   period from June of 2000 through -- to February --

23   sometime in February of '01.

24     A.    To the best of my recollection, those

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    dates, to the best of my recollection.

2       Q.    And what responsibilities did you have

3    with respect to ABT-594?

4       A.    It was a role that was designed to

5    provide commercial forecasting and support for any

6    of our pipeline products for, you know, discovery or

7    development products.

8       Q.    Okay.

9       A.    And I had two areas of responsibility.

10      Q.    All right.  Is it correct that at the

11    time that you first had any responsibility for 594,

12    that 594 already was under development by Abbott?

13      A.    Yes.

14      Q.    Were you part of some sort of team that

15    was focused on the development of ABT-594?

16      A.    Yes.

17      Q.    What was the name of the team?

18      A.    I don't remember specifically what it was

19    called.

20      Q.    Is it fair to say that your

21    responsibility on the team was to help provide the

22    sort of commercial and marketing support for the

23    development of ABT-594?

24      A.    By support, I'm not sure.  I mean, that

1    can be very general, but ...

2         Q.   I can be more specific.  ABT-594 hadn't

3    been introduced to the market at that point in time.

4    Correct?

5         A.   Correct.

6         Q.   Part of your responsibilities were

7    helping to formulate plans, put together

8    projections, forecasts of that nature that could be

9    utilized by Abbott in deciding whether to introduce

10   ABT-594 and what steps to take in the event that it

11   was introduced.  Is that fair to say?

12        MR. LORENZINI:  Objection.

13           You can answer.

14   BY THE WITNESS:

15        A.   I would say it was to develop the

16   forecasts.  Anything that we had in development we

17   would have assumed we would continue to promote.  I

18   was developing the plan for the launch of the

19   product.

20   BY MR. DAVIS:

21        Q.   And part of developing the plan included

22   forecasting potential sales of the product.  Is that

23   right?

24        A.   Yes, it did.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    Q.   Who else do you recall working with on

2    that team that was focused on ABT-594?

3    A.   On the clinical team, Chris Silber and

4    Bruce McCarthy.  And Laura -- and her last name is

5    escaping me -- was my Abbott International

6    counterpart.

7    Q.   Laura Robinson?

8    A.   Yes.  Thank you.  Laura Robinson.

9    Q.   Who else?

10    A.   There was a project team -- I -- I don't

11    know what his name was.  He was sort of the -- we

12    call them now sort of project team leaders, so I

13    don't know what his exact title would have been back

14    then.  But Mike --

15    Q.   Biarnesen?

16    A.   -- Biarnesen, yes.

17    Q.   All right.

18    A.   There were other people, but --

19    Q.   All right.

20    A.   The only other one I -- I can name is Jim

21    Sullivan, who was in the discovery team.

22    Q.   Approximately how many people were on the

23    team all told?

24    MR. LORENZINI:  Objection; vague.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    BY THE WITNESS:

2       A.   I -- I -- it would be making a guess.  I

3    don't remember.  You know, a group of more than the

4    people I have named.

5    BY MR. DAVIS:

6       Q.   Somewhere between --

7       A.   It's safe to say there are some others.

8       Q.   Is it somewhere between 10 and 20 people?

9       A.   Yes, probably.

10      Q.   How frequently did the team meet?

11      MR. LORENZINI:  Objection; vague.

12   BY MR. DAVIS:

13      Q.   We're talking about a period -- were you

14   on that -- well, let me go back for a second and

15   we'll try to address Mr. Lorenzini's objections.

16         Were you a member of the 594 team from

17   June of 2000 through February of 2001?

18      MR. LORENZINI:  Objection.

19         You can answer.

20   BY THE WITNESS:

21      A.   I don't remember my first meeting on 594,

22   when that was, you know, whether that was the first

23   week I took the job or a month or two into the job.

24

1    I just want to make sure -- that your job was to

2    help develop sort of the -- the marketing plan for

3    the ABT-594?

4        A.   By "marketing plan" -- yes, we did have

5    marketing plan development, and that would mean you

6    would be looking at what types of sales force you

7    would need to promote the brand.

8        Q.   Let me -- let me go back for a moment.  I

9    just want to make sure I have it clear on the

10    record.  What was your role on the ABT-594 team?

11        A.   To be the individual who would develop

12    the market forecasts for the product -- or, at this

13    point, compound -- and begin to plan for what a

14    launch would look like, so a preliminary market

15    plan; not as detailed as you would certainly have on

16    an on-market product for its market plan.

17        Q.   Did you have any other responsibilities,

18    as best you recall?

19        A.   No.

20        MR. DAVIS:  Let's mark this as the first

21    exhibit, please.  This will be Landsberg 1.

22        THE WITNESS:  Is that mine?

23        MR. LORENZINI:  She's got to put a sticker on

24    it.

Landsberg, Andrea (Linked) 02/16/2007 10:26:00 AM

1      Q.    While you were working on the 594 team,

2    were you aware that there was a Phase IIb clinical

3    study for neuropathic pain under way?

4      A.    Yes.

5      Q.    If you look at the fourth page of this

6    document under "Other Updates," do you see it says,

7    "Marilyn Collicott provided an update on the

8    M99-114," paren "neuropathic pain," close paren,

9    "study."

10      Do you see that?

11    A.    Yes, I do.

12    Q.    Is that the Phase IIb study that you

13    recall being under way?

14    A.    I would not have recalled the number,

15    but, obviously, it is.

16    Q.    All right.  Did you -- while you were

17    working on the 594 team, did you receive information

18    regarding that particular study?

19    A.    I can't say that I recall that

20    specifically or generally.

21    Q.    It says here, "Currently, we have 99

22    subjects randomized with an approximate 50 percent

23    screen failure rate."

24      Do you recall any discussions or

1   communications within Abbott on that topic?

2       MR. LORENZINI:  Objection; vague.

3       You can answer.

4   BY THE WITNESS:

5       A.   Not that I recall right now, no.  But ...

6   BY MR. DAVIS:

7       Q.   But ...

8       A.   Yeah.  I don't know, I was going to say.

9       Q.   It says, "Our goal of enrollment is 320

10  subjects."

11      Do you recall that the targeted

12  enrollment for that study was 320 subjects?

13      A.   No.

14      Q.   It says, "There has been much concern

15  with the drop-out rate."

16      Do you see that?

17      A.   Yes, I do.

18      Q.   What is your recollection regarding the

19  concerns that were expressed regarding the drop-out

20  rate in that study?

21      MR. LORENZINI:  Objection; lacks foundation.

22  BY THE WITNESS:

23      A.   My recollection --

24      MR. LORENZINI:  If any.

1    BY THE WITNESS:

2        A.   That's -- I don't have a personal

3    recollection of that.

4    BY MR. DAVIS:

5        Q.   As you sit here today, you have no

6    recollection of any concerns being expressed

7    regarding the drop-out rate in that study?

8        A.   I -- I don't have any of my own

9    recollections.  I see it here.

10       Q.   If you take a look at the first page

11   again of Exhibit 1, it lists you as an attendee at

12   this meeting.

13           Do you see that?

14       A.   Yes, I see that.

15       Q.   Do you have any reason to doubt that you

16   attended this meeting back in August of -- of 2000?

17       A.   No, I do not.

18       Q.   On -- so as you sit here today, can you

19   shed any light on why it is that these meeting

20   minutes indicate that there was much concern with

21   the drop-out rate at Abbott back in that time frame?

22       MR. LORENZINI:  Objection; vague.  Are you

23   asking her to interpret reading this --

24       MR. DAVIS:  No.

1    trial causing much concern at that time?

2        MR. LORENZINI:  Objection; lacks foundation.

3    BY THE WITNESS:

4        A.    I can't say what the concern was besides

5    knowing that we -- obviously -- or speculating here

6    that we might have been off of our target on the

7    patients.

8    BY MR. DAVIS:

9        Q.    What was the drop-out rate in the 114

10   study --

11       A.    I --

12       Q.    -- of the neuropathic pain trial as of

13   August 2000?

14       A.    I don't recall.

15       Q.    Was it an unusual drop-out rate?

16       MR. LORENZINI:  Objection; vague.

17   BY THE WITNESS:

18       A.    I don't know.

19   BY MR. DAVIS:

20       Q.    Okay.  Do you recall any discussions with

21   anyone in Abbott -- within Abbott in the summer of

22   2000 regarding the drop-out rate that was being

23   observed in the 114 study?

24       A.    No.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1      Q.    And you agree that when I refer to the

2    "114 study," I'm referring to the Phase IIb

3    neuropathic pain trial.  You understand that.

4      A.    I understand.

5      Q.    Did you get any preliminary data

6    regarding that 114 study while that study was

7    under -- under way?

8      MR. LORENZINI:  Objection; vague.

9    BY THE WITNESS:

10      A.    I have no recollection of that.

11    BY MR. DAVIS:

12      Q.    Do you recall receiving any data

13    regarding adverse events that were being observed in

14    the 114 study while that study was under way?

15      MR. LORENZINI:  Objection; vague and ambiguous.

16    BY THE WITNESS:

17      A.    I need you to repeat that, just because I

18    lost that.

19      MR. DAVIS:  Sure.  Would you re-read the

20    question, please?

21        (WHEREUPON, the record was read by

22         the reporter.)

23    BY THE WITNESS:

24      A.    I have no personal recollection.

1    BY MR. DAVIS:

2        Q.    You say you have no personal

3    recollection, meaning that you have no recollection.

4        A.    I have no recollection.

5        MR. DAVIS:  Let's mark this, please, as the

6    next exhibit.

7                (WHEREUPON, a certain document was

8                marked Landsberg Deposition Exhibit

9                No. 2, for identification, as of

10               2/16/07.)

11       MR. LORENZINI:  That's fine.

12   BY MR. DAVIS:

13       Q.    Ms. Landsberg, you have in front of you

14   what's been marked as Exhibit 2, which appears to be

15   another set of minutes for a meeting on Tuesday,

16   August 1, 2000, although if you'd like to compare

17   the two, I think you'll see that there seems to be

18   different information in these minutes.  Maybe it

19   was a --

20       A.    Hmm.

21       Q.    -- two meetings held at the same time on

22   the same day involving the same people, which sounds

23   a little farfetched, or there may simply be a

24   mistake on the date.

1    teams that were responsible in any way for ABT-594?

2        MR. LORENZINI:  Objection; vague and ambiguous.

3    BY THE WITNESS:

4        A.   No.

5        MR. DAVIS:  Let's mark this as the next

6    exhibit, please.

7              (WHEREUPON, a certain document was

8                marked Landsberg Deposition Exhibit

9                No. 4, for identification, as of

10               2/16/07.)

11   BY MR. DAVIS:

12       Q.   Ms. Landsberg, you have what's been

13   marked as Exhibit 4.  Would you look at this

14   document for a moment and tell me if you've ever

15   seen it before?

16       MR. LORENZINI:  Objection; instruct the witness

17   not to answer to the extent the question in- --

18   includes seeing the document during our meeting.

19   BY THE WITNESS:

20       A.   I do not, in any way, remember seeing

21   this before.

22   BY MR. DAVIS:

23       Q.   All right.  The first page appears to be

24   an email from you to Bruce McCarthy, Chris Silber,

1    and Mike Biarnesen.

2         Do you see that?

3    A.    Yes, I do.

4    Q.    Do you have any reason to doubt that you

5    actually sent this email back in August of 2000?

6    A.    No, no reason to doubt.

7    Q.    Would you look briefly to the exit or the

8    attachment to this email?

9    A.    I'm sorry.  I'm just -- can I just finish

10   reading the note?

11   Q.    Certainly.

12   A.    Okay.  Now, I'm sorry?  Which page?

13   Q.    The first -- the email itself is titled

14   under the subject "594 Development Plan."

15        Do you see that?

16   A.    Yes, I do.

17   Q.    Did you participate in the creation of a

18   development plan for ABT-594?

19   A.    Yes.

20   Q.    And what role did you have in the

21   creation of that development plan?

22   A.    I would have provided the commercial

23   sections of the plan.

24   Q.    If you take a look at the materials that

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1   reason to believe, as of August 2000, that adverse

2   events for ABT-594 were too frequent?

3       MR. LORENZINI:  Objection; vague, ambiguous.

4   BY THE WITNESS:

5       A.   I -- I'm sorry.  I missed how you said

6   that, so I don't know which way to answer.

7   BY MR. DAVIS:

8       Q.   Let me ask you again.

9       A.   I don't know what the question is.

10      Q.   You make -- you make reference in this

11  document to "If AEs for ABT-594 too frequent."

12      My question is:  Did you have any reason

13  to believe in August of 2000 that adverse events and

14  the use of -- that resulted from the use of ABT-594

15  were too frequent?

16      MR. LORENZINI:  Objection.

17  BY THE WITNESS:

18      A.   I don't believe I would have -- I mean,

19  even looking at this, our first option is sell on

20  convenience, tolerability, and safety; so, no.

21  BY MR. DAVIS:

22      Q.   If you look at the next box over under

23  strengths --

24      A.   Um-hmm.

1      Q.    -- the second line says, "May be better

2    fit with AE profile."

3           Do you see that?

4      A.   Yes, I do.

5      Q.    What do you mean -- what was the AE

6    profile of ABT-594 as of August 2000?

7      MR. LORENZINI:  Objection; vague and ambiguous,

8    lacks foundation.

9    BY THE WITNESS:

10      A.    Anything that would have come from the

11    prior clinical research, the research that was

12    completed.

13    BY MR. DAVIS:

14      Q.    Do you recall what the AE profile was for

15    ABT-594 with respect to nausea, vomiting, and

16    dizziness, as of August of 2000?

17      A.    No.

18      Q.    Do you recall any concerns being

19    expressed within Abbott in the summer of 2000

20    regarding the AE profile for ABT-594?

21      MR. LORENZINI:  Objection; vague and ambiguous.

22    BY THE WITNESS:

23      A.    No.

24

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1     BY MR. DAVIS:

2        Q.    Would you turn, please, to the pages

3     Bates number ends in 9833?

4        A.    Um-hmm.

5        Q.    Do you see there's a table there entitled

6     "US Forecast, Date of Forecast, 7/00"?

7        A.    Yes.

8        Q.    What is -- what is that a U.S. forecast

9     of?

10       A.    I would assume it's the forecast for 594,

11    since it's in the 594 document.

12       Q.    Um-hmm.  Where did the information

13    contained in this table come from?

14       A.    Specifically the information that is here

15    right now, I couldn't tell you.

16       Q.    All right.  Where did you typically

17    obtain this kind of information?

18       A.    This would have been developed -- and

19    these specific numbers would have been developed

20    either by my predecessor or myself.  That's what I

21    don't know, who developed these numbers that are

22    sitting here on this table.

23       Q.    How would you go about developing these

24    numbers or numbers like these?

1      A.   For any forecast that was done, you would

2   do research on the disease state you were looking

3   at, by reviewing a number of sources.  We had both

4   large -- we called them syndicated studies, I think,

5   of companies that put them out, like Decision

6   Resources or Data Monitor.

7          We would purchase those and look at what

8   they said the trends of patient population for the

9   target audience that you were looking at.  And they

10  usually have projections over time.  So you would

11  start there, kind of, what is my potential patient

12  base for the indication that you're looking at for a

13  product.

14         We could also -- we had access to a

15  number of databases -- I'm not remembering their

16  names -- but -- that have pipeline -- other

17  companies, their compounds that were in discovery or

18  development phases.  We would also look at data that

19  we would pull from an IMS source.  That's a company

20  that provides data on existing marketed products.

21  So you would take a look at what the existing

22  pattern was.

23         They have information on diagnosis codes

24  for reimbursement and how -- so what a particular

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    product might be prescribe for.  I'm getting into

2    more detail than you probably want.

3        But you -- but you take a lot of

4    different sources and come up with your market

5    assessment, you know, that it starts, usually, at

6    this point, with unmarketed products or products

7    that are not on the market yet.  You almost always,

8    in my experience, do a patient based forecast.

9    That's why I'm saying you go back to the patient

10   population.

11       Then you look at potential rates of

12   diagnosis.  Then you look of everybody who's

13   diagnosed, what are treated, percent of population

14   that might be treated.  And then you get into your

15   assessment of your competitive set.  So what is out

16   there now and how are they performing, what is out

17   there -- what is potential to come out, and what do

18   analysts say, what do the opinion leaders say, and

19   we look at everything you have and make a judgment

20   based on where you think your product will fit to

21   come up with a market prescription in the end.

22   There's usually a big spreadsheet analysis that you

23   do on this to get this -- these numbers.

24       Q.   Okay.  It sounds like a fair amount of

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1   work associated with this.

2        A.   Yes.

3        Q.   Okay.  And what -- for what reason were

4   these forecasts prepared?

5        A.   The reason of knowing whether you should

6   invest in a product.  I mean, these are -- this

7   comes back to that portfolio planning process.

8   Where -- what do you think your future stream of

9   revenue will be --

10       Q.   Is it your understanding that --

11       A.   -- for a compound.

12       Q.   -- the data was -- was prepared for the

13  purpose of assisting people within Abbott making

14  intelligent decisions about particular compounds?

15       A.   Yeah, that's fair.

16       Q.   And in preparing information like this,

17  was it your intention to try to make it as

18  reasonably accurate as you could?

19       A.   Of course.

20       Q.   And to your knowledge, was information --

21  were -- excuse me.  To your knowledge, were

22  forecasts like this actually utilized by people

23  within Abbott for purposes of decision-making for

24  particular compounds, including 594?

1    MR. DAVIS:  We'll take a five-minute break, if

2    that's all right.

3    MR. ELSEY:  All right.  Going off the video

4    record at 11:37 a.m.

5    (WHEREUPON, a recess was had from

6    11:37 a.m. until 11:45 a.m.)

7    MR. ELSEY:  And we are back on the video record

8    at 11:45 a.m.  This is tape 2.

9    MR. DAVIS:  Would you mark this, please, as the

10    next exhibit?  We're up to 6.

11    (WHEREUPON, a certain document was

12    marked Landsberg Deposition Exhibit

13    No. 6, for identification, as of

14    2/16/07.)

15    BY MR. DAVIS:

16    Q.    Ms. Landsberg, would you take a moment

17    and look at the document that has been marked as

18    Exhibit 6?  In fact, what I'm going to ask you to do

19    is to take a few moments and read the emails --

20    A.    Um-hmm.

21    Q.    -- that form the first three pages of

22    Exhibit 6, and then please tell me when you're done

23    reading.

24    A.    Okay.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    Q.   Do you remember this exchange of email

2    correspondence back in August of 2000?

3    A.   I don't.

4    Q.   Do you recall that the drafts of the

5    commercial sections of the 594 development plan were

6    circulated among various people working on the 594

7    development team?

8    A.   Do I remember that?

9    Q.   Yes.

10    A.   No.

11    Q.   Does that shock you?

12    A.   No.

13    Q.   Is that consistent with the practice, as

14    best you recall at that time?

15    A.   Is what consistent exactly --

16    Q.   That you --

17    A.   -- sharing it with who?

18    Q.   That you would circulate drafts of the

19    commercial sections of the development plan for

20    ABT-594 with other people working on the development

21    team.

22    MR. LORENZINI:  Objection; vague and ambiguous

23    as to which other people.

24

1    BY MR. DAVIS:

2        Q.   Any other people.

3        A.   People who had knowledge that could help,

4    I assume.

5        Q.   For example --

6        A.   It might be possible.

7        Q.   -- Mr. Biarnesen.  Is it -- is it

8    consistent --

9        A.   No.

10       Q.   -- with your recollection that

11   Mr. Biarnesen would receive drafts of the portion --

12   commercial portions of the 594 development plan?

13       A.   I would believe he would receive portions

14   because he was probably responsible for putting it

15   together, not that he was a clinical person, per se.

16       Q.   But it's consistent with your

17   recollection that, because he was assembling the

18   document, he might receive drafts of the sections.

19   Is that right?

20       A.   I don't have recollection, so I would say

21   it would be more consistent with what would be

22   typical in this type of situation.

23       Q.   Well, do you have any reason to believe,

24   as you sit here today, that these email messages

1   were not exchanged among you and others at Abb- --

2   in Abbott in August of 2000?

3       A.   No.

4       Q.   I think the email chain actually

5   begins --

6       A.   Yeah.

7       Q.   -- on the third page with Laura

8   Robinson's email to you and to Mr. Biarnesen.

9       Do you see that?

10      A.   Yes.

11      Q.   And one of the things that Ms. Robinson

12  says in that email in the second paragraph is "The

13  only issue I have is that we still seem to be

14  overpromising on the profile for ABT-594 regarding

15  tolerability."

16      Do you see that?

17      A.   Yes.

18      Q.   The reference to tolerability there, do

19  you understand that to be a reference to the

20  susceptibility of -- of ABT-594 to adverse events,

21  such as nausea, vomiting, and dizziness?

22      A.   It would be tolerability overall.

23      Q.   Would that include adverse events, such

24  as nausea, vomiting, and dizziness?

1    same day you responded to Mr. Biarnesen's email, an

2    email that you sent on August 21, at approximately

3    10:56 a.m.

4         Do you see that?

5    A.   Yes, I do.

6    Q.   And in your email, you directed to

7    Mr. Biarnesen and Dr. McCarthy and Ms. --

8    Ms. Robinson.

9         Do you see that?

10   A.   Yes.

11   Q.   And one of the things that you state in

12   your email, if you look about two-thirds of the way

13   down your email, you see a paragraph that begins

14   "Forecast assumptions."

15   A.   Yes, I see that.

16   Q.   And in that paragraph, one of the things

17   you say is that "I'm using this here to be sure we

18   stay very aware of just how important this issue of

19   tolerability is to gain any market share."

20        Do you see that?

21   A.   Yes.

22   Q.   Now, actually, I should go back.  In

23   that -- and that paragraph begins "Forecast

24   assumptions, again, not taking tolerability and

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    safety, to only be applying just to V&N."

2         Do you see that?

3    A.    Yes, I do.

4    Q.    That V&N, is that a reference to vomiting

5    and nausea?

6    A.    Yes, I believe so.

7    Q.    And then later on, you say, in the same

8    paragraph, "I'm using this here to be sure we stay

9    very aware of just how important this issue of

10   tolerability is to gain any market share.  I also

11   thought that we were assuming the current trial with

12   titration was supposed to greatly reduce the N&V

13   issue," paren, "Please let me know if this is a

14   misunderstanding on my part," close paren.

15        Let me stop there.

16   A.    Um-hmm.

17   Q.    Now, the reference to N&V there is to

18   nausea and vomiting.  Is that right?

19   A.    Yes, I believe so.

20   Q.    And what was the nausea and vomiting

21   issue associated with ABT-594 as of August 2000?

22   A.    I don't recall specifically.  I don't

23   recall in general.  I'm sorry.  I don't recall.  I

24   don't recall.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1      Q.   And when you say, "We were -- we were

2  assuming the current trial with titration was

3  supposed to greatly reduce the nausea and vomiting

4  issue," are you referring to the 114 trial?

5      A.   I would assume that being the current

6  trial under way at that time, yes.

7      Q.   You go on to state in the same email, "I

8  know we have some definite signs that that is likely

9  not the case," paren, "re early discontinuations,"

10  close parens, "but should we be adjusting

11  assumptions before we really have all the data

12  analyzed," question mark.

13      Do you see that?

14      A.   Yes, I do.

15      Q.   Now, who -- how did you become aware that

16  there were some definite signs at that point in time

17  that the 114 trial was going to -- well, strike

18  that.

19      What were the definite signs that you

20  refer to in that section?

21      MR. LORENZINI:  Objection; lacks foundation.

22  BY THE WITNESS:

23      A.   I don't recall, but I -- right here,

24  you -- it says "re early discontinuations."

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    BY MR. DAVIS:

2        Q.    Okay.  How did you first learn of the

3    early discontinuations in the 114 trial?

4        A.    I don't recall.

5        Q.    How did you become aware that the early

6    discontinue -- strike that.

7            How did you become aware that the early

8    discontinuations in that trial were a definite sign

9    that something was happening in that trial?

10        MR. LORENZINI:  Objection; mischaracterizes the

11    document.

12    BY THE WITNESS:

13        A.    Yeah, I don't -- I don't understand that

14    question.

15    BY MR. DAVIS:

16        Q.    Yeah.  What would -- the reference to

17    early discontinuations there, you say that that was

18    a definite sign of something in this email.  What

19    was it a definite sign of?

20        MR. LORENZINI:  Objection; lacks foundation.

21    BY THE WITNESS:

22        A.    I don't -- I don't know what I was

23    meaning there at that time.

24

1    BY MR. DAVIS:

2        Q.   Okay.  Was it a definite sign of

3    something having to do with nausea and vomiting?

4        A.   When I read this, it says "definite

5    sign," "early discontinuations."

6        Q.   Do you --

7        A.   And I have no recollection of this,

8    so ...

9        Q.   The whole sentence says, "I also thought

10    that we were assuming the current trial with

11    titration" --

12        A.   Um-hmm.

13        Q.   -- and we've agreed that's the 114 trial.

14    Correct?

15        A.   Yes.

16        Q.   It says, "I also thought that we were

17    assuming the current trial with titration" --

18        A.   Um-hmm.

19        Q.   -- "was supposed to greatly reduce the

20    nausea and vomiting issue," paren, "please let me

21    know if this is a misunderstanding on my part,"

22    close paren.  "I know we have --

23        A.   Um-hmm.

24        Q.   -- "some definite signs that that is

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    likely not the case," paren, "re early

2    discontinuations," close paren.

3        So the early discontinuations were a

4    definite sign that -- if I -- do I have it correct

5    that the early discontinuations were considered to

6    be a definite sign that the 114 trial was not going

7    to result in a reduction in nausea and vomiting?

8        MR. LORENZINI:  Objection; lacks foundation,

9    mischaracterizes the document.

10   BY THE WITNESS:

11       A.   I think I can sit here and interpret the

12   sentence just as you are attempting to interpret the

13   sentence.  But I can't say that I know what was

14   going through my head at this point in time, so what

15   is there is there.

16   BY MR. DAVIS:

17       Q.   Do you have any recollection, as you sit

18   here today, what it was that you were talking about

19   when you said that you had definite signs from the

20   114 trial as of August 2000 that something was

21   likely not the case?

22       MR. LORENZINI:  Objection.

23   BY THE WITNESS:

24       A.   I -- I'm -- I'm still not following that.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    Q.    I'm trying to --

2    A.    What the definite signs are?  As I said,

3    I think the definite signs I would have been

4    referring to here are the early discontinuations.

5    Q.    But the early discontinuations are a

6    definite sign of something.  Correct?

7    MR. LORENZINI:  Objection; vague and ambiguous.

8    BY THE WITNESS:

9    A.   Yeah.  I -- I don't know.

10    BY MR. DAVIS:

11    Q.   So --

12    A.   Signs --

13    Q.    -- as you sit here today, you can't shed

14    any further light on what it was that you were

15    discussing in this email back in August of 2000.

16    A.    No, I have no recollection.

17    Q.    Now, where -- where did you get the data,

18    the early discontinuation data that you refer to

19    here?

20    A.    I don't recall.  But having looked at

21    that prior document -- and I don't know the dates on

22    that prior document -- where you had shown that I

23    was in a meeting where this was discussed, so I

24    would assume that, but I don't recall.

1    Q.    Okay.  Do you recall discussions within

2    Abbott regarding any information that could be

3    obtained or gleaned from the early discontinuations

4    that were being experienced in the 114 trial as of

5    August 2000?

6        MR. LORENZINI:  Objection to the form of the

7    question.

8            Could you repeat the question?

9        MR. DAVIS:  Sure.  Could you re-read the

10    question, please?

11            (WHEREUPON, the record was read by

12            the reporter.)

13        MR. LORENZINI:  Objection to the form of the

14    question.

15    BY THE WITNESS:

16    A.    I would just answer I don't recall any

17    discussions, because I don't ...

18    BY MR. DAVIS:

19    Q.    Do you have any recollection of

20    discussions within Abbott regarding data from the

21    114 trial or the potential meaning of any data from

22    the 114 trial before that -- the final results of

23    that trial were unblinded?

24        MR. LORENZINI:  Objection; vague and ambiguous.

1    BY THE WITNESS:

2        A.    No.  My recollection of the early

3    discontinuation discussions or information would

4    have been we were tracking the progress of the

5    trial.

6    BY MR. DAVIS:

7        Q.    Um-hmm.

8        A.    I recall us tracking the progress of the

9    trial.

10        Q.    And is it fair to say that as of the time

11    that you wrote this email in August of 2000, that

12    you regarded the information regarding -- that you

13    had obtained about the progress of the trial up to

14    that point in time --

15        A.    Um-hmm.

16        Q.    -- to provide at least some preliminary

17    indication that titration of ABT-594 wasn't going to

18    greatly reduce the nausea and vomiting issue?

19        MR. LORENZINI:  Objection; mischaracterizes the

20    witness's prior testimony and vague and ambiguous

21    with respect to the meaning of tracking progress of

22    the trial.

23        THE WITNESS:  And after all of that, I -- we

24    need to hear the question again.

1      MR. DAVIS:  Would you actually read my prior

2    question and her answer and then my most recent

3    question, please?

4          (WHEREUPON, the record was read by

5          the reporter.)

6    BY THE WITNESS:

7      A.    By the end of that question, I have no

8    idea what you're asking.

9      MR. LORENZINI:  That's a pretty confusing

10   question.

11   BY THE WITNESS:

12     A.    I have no idea what the question is.

13   BY MR. DAVIS:

14     Q.    You mentioned a moment ago that you were

15   tracking the progress of the trial, meaning the 114

16   trial.  Right?

17     A.    Yes.

18     Q.    What did you mean by that?  What was

19   Abbott doing in tracking the progress of that trial?

20     A.    We do this frequently to track enrollment

21   and number of patients to know are you going to stay

22   on your time line, most -- most typically, is what

23   you're tracking for.

24     Q.    Does Abbott track the progress of the

1    trial for any other reason?

2        MR. LORENZINI:  Objection; vague, ambiguous.

3    BY THE WITNESS:

4        A.    Yeah.  I don't know what Abbott does.

5    BY MR. DAVIS:

6        Q.    Based on your observations.

7        A.    No.

8        Q.    Now, as of August 2000, you were -- you

9    and others within Abbott were tracking the progress

10    of the 114 trial.  Is that right?

11        MR. LORENZINI:  Objection; mischaracterizes the

12    testimony, vague and ambiguous.

13    BY THE WITNESS:

14        A.    Just to be clear, I wasn't doing the

15    tracking.  Usually, the clinical group does the

16    tracking.  I recall seeing, as we do with many

17    trials, the clinical team puts up a poster actually

18    and adds to it every day, you know, to track the

19    trial.

20        Q.    So it --

21        A.    I wasn't doing the tracking.  So that's

22    why I'm saying --

23        Q.    Well, a moment ago you said, "We were

24    tracking the trial."

1    A.   Yes, um-hmm.

2    Q.   We -- who was the "we"?

3    A.   I'm sorry.  "We" -- "we" would have meant

4    Abbott in that case, so the clinical team.

5    Q.   So it's okay for me to talk about Abbott

6    tracking the trials.  Is that right?  You agree that

7    Abbott tracked the progress of the 114 trial.

8    A.   If you mean the clinical team on the

9    trial -- trial, yes.

10    Q.   And the information that they obtained

11    when tracking the trial was shared with other

12    members of the 594 team, including you?

13    A.   Yes, as we've seen.

14    Q.   And one of the things that they were

15    tracking were early discontinuations.  Is that

16    right?

17    A.   Yes.

18    Q.   And is it fair to say that, as of August

19    of 2000, you took the early discontinuations to be a

20    definite sign that the 114 trial with titration was

21    not going to greatly reduce the nausea and vomiting

22    issue that was associated with the use of ABT-594?

23    A.   Some definite --

24    MR. LORENZINI:  Objection.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    BY THE WITNESS:

2         A.   "Some definite signs" to me, yeah, I was

3    probably being -- I don't know anymore what "some

4    definite signs" mean, but --

5    BY MR. DAVIS:

6         Q.   Okay.

7         A.   -- I was probably being hyperbole there.

8         Q.   Well, can you answer my question --

9         A.   I'm sorry.

10        Q.   -- which is, did you -- is it fair to say

11   that, as of August 2000, you took the early

12   discontinuations that had been observed in tracking

13   the 114 trial to be a definite sign -- not

14   necessarily the only sign, but a definite sign --

15   that the 114 trial with titration was not going to

16   greatly reduce the nausea and vomiting issue that

17   had been observed with ABT-594?

18        MR. LORENZINI:  Objection.

19   BY THE WITNESS:

20        A.   In looking at this sentence, it seems

21   that I may have.

22   BY MR. DAVIS:

23        Q.   Do you believe you did?

24        MR. LORENZINI:  Objection; lacks foundation.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    BY THE WITNESS:

2        A.   It's odd when you don't remember

3    something to be able to say -- reflect now on it.  I

4    don't remember it.  I'm interpreting the sentence.

5    BY MR. DAVIS:

6        Q.   But looking at it today, that's what you

7    think you meant.  Right?

8        MR. LORENZINI:  Objection.

9        You can answer.

10   BY THE WITNESS:

11       A.   Yeah, I guess.

12   BY MR. DAVIS:

13       Q.   Do you recall any other discussions

14   within Abbott about tracking the progress of the

15   ABT-594 trial?

16       A.   No.

17       Q.   Do you recall any -- receiving any

18   feedback from Dr. McCarthy or anyone else working on

19   the 114 clinical trial concerning the statements

20   that you made in this particular email that has been

21   marked as Exhibit 6?

22       MR. LORENZINI:  Objection; vague and ambiguous.

23   BY THE WITNESS:

24       A.   Yeah, I'm sorry.  Do I remember receiving

1          MR. LORENZINI:  I object to your

2     characterization of my asking the question to be

3     re-read.

4          MR. DAVIS:  Would you re-read the question,

5     please, so that we can get on with this?

6               (WHEREUPON, the record was read by

7               the reporter.)

8     BY MR. DAVIS:

9          Q.   What do you recall, Ms. Landsberg?

10         MR. LORENZINI:  Objection.

11            But you can answer.

12    BY THE WITNESS:

13         A.   What I was going to say was I recall,

14    even when I left this compound, that we were hopeful

15    that we would continue development.  That's what I

16    recall.  So I can't believe I had ever recalled

17    anything -- or I had ever thought anything

18    differently.

19    BY MR. DAVIS:

20         Q.   You never thought that the preliminary

21    data that had been received on the 114 trial made it

22    less likely that Abbott would continue development

23    of ABT-594?

24         MR. LORENZINI:  Objection; asked and answered.

1    BY THE WITNESS:

2        A.   Yeah, no.

3        MR. DAVIS:  Let's mark this as the next

4    exhibit, please.

5            (WHEREUPON, a certain document was

6            marked Landsberg Deposition Exhibit

7            No. 8, for identification, as of

8            2/16/07.)

9    BY MR. DAVIS:

10       Q.   Ms. Landsberg, you have what's been

11   marked as Exhibit 8.  Would you look at this

12   document for a moment and tell me if you've ever

13   seen it before?

14       A.   No, I don't recall seeing it before.

15       Q.   As you sit here today, do you have any

16   doubt that you sent this email, the top email that's

17   dated September 27th, 2000?

18       A.   No, no reason to believe that I didn't

19   send it.

20       Q.   Who is Bob Weiland?

21       A.   Bob Weiland, he was -- I don't remember

22   what his title was.  I know he was someone who had

23   been at Abbott prior to my arrival there.  He's no

24   longer there.

1    commercial business unit that marketed Depakote.

2        Q.   Is Depakote a different compound from

3    ABT-594?

4        A.   Yes.

5        Q.   What responsibilities did Mr. Marasco

6    have with respect to ABT-594?

7        A.   No direct responsibilities.

8        Q.   What was the purpose of this meeting

9    that's referenced in Exhibit 9?

10       A.   I don't recall.

11       MR. DAVIS:  Let's mark this, please, as the

12   next exhibit, Exhibit 10.

13               (WHEREUPON, a certain document was

14                marked Landsberg Deposition Exhibit

15                No. 10, for identification, as of

16                2/16/07.)

17   BY MR. DAVIS:

18       Q.   Ms. Landsberg, you have what's been

19   marked as Exhibit 10 at your deposition.

20       A.   Um-hmm.

21       Q.   Would you please take a moment, read this

22   document to yourself, and then tell me when you're

23   done, please?

24       A.   Okay.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1      Q.    This appears to be an exchange of emails

2    that you had with Dr. McCarthy, among others, at

3    Abbott in October of 2000.

4          Do you see that?

5      A.   Yes, I do.

6      Q.    Did you write the email that's at the

7    bottom of Exhibit 10?

8      A.    I have no reason to believe I didn't.

9      Q.    It's an email from you to Mr. Weiland,

10   among others.  Do you see that?

11     A.   Yes, I do.

12     Q.    And it references -- it says, "Bob, as

13   you, Rose, and I had discussed, if we move forward

14   to set up a presentation of information to Purdue,

15   the following people could probably do the

16   presenting on key topics."

17          Do you see that?

18     A.   Yes, I do.

19     Q.    And there's a reference there to

20   "Preclinical ABT-594:  Jim Sullivan."

21     A.    Um-hmm.

22     Q.    "Clinical ABT-594:  Bruce McCarthy."

23     A.    Um-hmm.

24     Q.    "Preclinical and clinical plan ABT-963:

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    George Carter."

2        A.   Um-hmm.

3        Q.   "Market opportunity/business rationale:

4    Andrea Landsberg."

5            Do you see that?

6        A.   Yes, I do.

7        Q.   Does this refresh your recollection on

8    whether there were any discussions between Abbott

9    and Purdue regarding ABT-594?

10       A.   I still don't recall the meeting,

11    although I have no reason to doubt that this is

12    true.

13       Q.   Well, do you recall that Abbott had

14    communications with Purdue in this time frame

15    regarding ABT-594?

16       MR. LORENZINI:  Objection; asked and answered.

17    BY THE WITNESS:

18       A.   No, I don't recall.

19    BY MR. DAVIS:

20       Q.   You don't recall ever making any

21    presentation to Purdue regarding market

22    opportunities or business rationale for ABT-594?

23       A.   No, I don't.

24       Q.   Do you recall sending this email to

1      MR. ELSEY:  And we are back on the video record

2    at 1:17 p.m.  This is tape 3.

3      MR. DAVIS:  Would you please mark this as the

4    next exhibit?  We're up to No. 11.

5         (WHEREUPON, a certain document was

6         marked Landsberg Deposition Exhibit

7         No. 11, for identification, as of

8         2/16/07.

9         ANDREA LANDSBERG,

10    re-called as a witness herein, having been

11    previously duly sworn, was further examined and

12    testified as follows:

13         EXAMINATION (Continued)

14    BY MR. DAVIS:

15      Q.   Welcome back, by the way.  Ms. Landsberg,

16    you have what's been marked as Exhibit No. 11.

17    Would you look at this document for a moment and

18    please tell me if you've ever seen it before?

19      A.   Not outside the context of preparing for

20    today.  I don't remember it outside of the context

21    of preparing for today.

22      Q.   All right.  The first page appears to be

23    an email from you to Chris Silber and to

24    Ms. Waleska.  Do I have that right?

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1      A.   Yes.

2      Q.   And this is for a -- some sort of

3   presentation to Dr. Jeffrey Leiden.  Is that right?

4      A.   Yes, it appears to be.

5      Q.   What presentation is that?

6      A.   I don't recall.

7      Q.   Did you -- do you recall participating at

8   any point in time in any presentation to Dr. Leiden

9   regarding 594?

10     A.   No.

11     Q.   Did you prepare the slides that are

12  attached to Exhibit 11?

13     A.   I don't recall preparing them.

14     Q.   Do you believe that you prepared them?

15     A.   I have no reason to doubt, looking at

16  this that I prepared them.

17     Q.   Would you look, please, at the page of

18  the slides with the Bates number that ends in 6823

19  in the lower right-hand corner?

20     A.   Yes.

21     Q.   The slide there says, "ABT-594:  Current

22  v DDC Profile."

23     Do you see that?

24     A.   Yes.

1    that's what you intended when you wrote this?

2        A.   It's obviously what we -- yes, it's what

3    we thought was the profile as of 9/00.

4        Q.   Would you turn, please, to the page that

5    ends in Bates number 6832?  There's a slide there

6    titled "Key Product Challenges."

7            Do you see that?

8        A.   Yes, I do.

9        Q.   And by "key product challenges," is it

10   fair to say you meant to -- you're seeking to

11   identify particular problems that ABT-594 faced in

12   order to be commercialized successfully?

13       MR. LORENZINI:  Objection; vague and ambiguous.

14   BY THE WITNESS:

15       A.   I think it says just what it says.  It's

16   key product challenges.

17   BY MR. DAVIS:

18       Q.   What does that mean?

19       A.   Challenges that we know potentially the

20   product will have and that we need to be aware of.

21       Q.   Challenges to do what?  Or challenges

22   before what can be achieved?

23       MR. LORENZINI:  Objection; assumes facts not in

24   evidence.

1    BY THE WITNESS:

2        A.   Challenges to do what?  I mean, we tend

3    to just have opportunities and challenges.  You kind

4    of show both sides of the picture in whatever we do.

5    If I would flip back, I'm almost thinking the prior

6    slide might be opportunities.  So it's -- it's very

7    common for us to show both for any product.

8    BY MR. DAVIS:

9        Q.   The key product challenges, are these

10   challenges that ABT-594 faced in -- before it could

11   be commercialized?

12       A.   Before it can be commercialized?  No,

13   because you often market products -- and, again, I'm

14   not speaking specifically here, because I'm not

15   remembering this.  But in general, your products,

16   whether they're on the market or not, have benefits

17   and challenges that you are always facing.

18       So I don't believe that that reflects to

19   commercialize.  I mean, even on-market products have

20   challenges that you're always identifying --

21       Q.   What --

22       A.   -- as a marketer.  So I don't think it

23   has anything to do with being on-market or the

24   phrase you used there.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1        Q.    My question, though, is:  How did these

2    particular items that are identified on the slide

3    present challenges to ABT-594?

4        A.    It would have been challenges that, from

5    a marketing perspective, you would have to know that

6    you might have to deal with in how you approached

7    selling the product.

8        Q.    Okay.

9        A.    I mean, that's very clearly laid out

10    under "Nicotinic mechanism, will require pre-launch

11    market education and priming to diffuse negative

12    association."  So it's talking about -- this whole

13    page is saying when we go to market, these are

14    things that a marketing person would need to know to

15    appropriately position and market the product.

16        Q.    The first bullet point is titled

17    "Tolerability," and the subpoint says, "Competition

18    has clear advantage on tolerability."

19            How was it that the competition had a

20    clear advantage on tolerability over ABT-594 at the

21    time that these slides were prepared?

22        MR. LORENZINI:  Objection.

23    BY THE WITNESS:

24        A.    Yeah.  Me not remembering why I wrote

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1      this or which -- and not looking at the prior slides

2      here to get a sense of where this falls in the

3      stack, I don't know which competition I might be

4      referring to here.

5      BY MR. DAVIS:

6           Q.    As you sit here today, do you have any

7      recollection as to why it was that, on this slide,

8      you wrote, "The competition has clear advantage on

9      tolerability"?

10          A.    I could speculate it was because of

11     Neurontin's known very clean tolerability.  It

12     was -- we called it placebo, because it basically

13     had very little efficacy and very little side

14     effects.

15          Q.    Were there any particular adverse events

16     or side effects that associated with ABT-594 that

17     you thought were -- presented a disadvantage with

18     respect to the competition?

19          MR. LORENZINI:  Objection; vague, ambiguous,

20     misleading.

21     BY THE WITNESS:

22          A.    Could you rephrase that or say it again?

23     BY MR. DAVIS:

24          Q.    Well, it says here that "Competition has

1    Here's -- here's what I can answer and what I can

2    say is that you always look at your compounds, any

3    compound that you have, and are looking at what that

4    compound has versus other compounds, working towards

5    making improvements.  You make improvements in your

6    current products.

7    BY MR. DAVIS:

8        Q.   Um-hmm.

9        A.   So improvements required for back-up, no.

10       Q.   My --

11       A.   This is -- this must reflect exactly what

12    we were seeing in 594.

13       Q.   Um-hmm.

14       A.   This is my assumption.

15       Q.   Um-hmm.  Do you recall any discussions

16    within Abbott on any of the topics identified on

17    that slide?

18       A.   I do not recall discussions on those.

19           MR. DAVIS:  Let's mark this as the next

20    exhibit, please.

21               (WHEREUPON, a certain document was

22               marked Landsberg Deposition Exhibit

23               No. 18, for identification, as of

24               2/16/07.)

1      THE WITNESS: Can I say --

2      MR. LORENZINI: -- to the question phrased that

3   way.

4      THE WITNESS: So I just say no --

5      MR. LORENZINI: No, excluding our --

6      THE WITNESS: -- excluding --

7      MR. LORENZINI: Excluding our meeting

8   yesterday.

9   BY THE WITNESS:

10      A.   No, excluding our meeting yesterday.

11   BY MR. DAVIS:

12      Q.   Okay.  That's fine.

13         Why don't we give her a moment to look at

14   this one?

15      A.   Okay.  I didn't look the attachment, if

16   you want me to do that, too.

17      Q.   Please take a moment to look at the

18   attachment.

19      A.   Okay.

20      Q.   All right.  Do you recall any of the

21   email communications that are -- have been marked as

22   Exhibit 18?

23      A.   No.

24      Q.   The first email communication, I think,

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    in time that's listed here appears to be yours,

2    dated November 29th, 2000, at 7:17 a.m., to a Larry

3    Lin, Dr. Silber, and others.

4         Do you see that?

5         A.   Yes, I do.

6         Q.   Who is Larry Lin?

7         A.   I've been seeing his name on a lot of

8    things, and I'm still trying to place him.  I'm

9    having difficulty remembering him.

10        Q.   Your email --

11        A.   So I --

12        Q.   I'm sorry.

13        A.   I don't know.  I just can't remember.

14        Q.   Your email under the subject says

15   "ABT-594 Forecast Scenarios for BD Partnering."

16        What is BD partnering?

17        A.   Business development.

18        Q.   What -- what do you recall that -- what,

19   if any, activities or communications do you recall

20   concerning business development partnering for

21   ABT-594?

22        A.   I don't recall prior to seeing this.  I

23   don't recall now.

24        Q.   Attached to your email are some slides

1    for ABT-forecast potential.  Do you see that?

2         A.    Yes, I do.

3         Q.    Where did you obtain the information

4    contained in these slides?

5         A.    I probably would have been the one to

6    develop these sales forecasts.

7         Q.    Did you think that they were reasonable

8    forecasts at the time they were developed?

9         A.    Yes.

10        Q.    And the -- your email to Mr. Lin, among

11   others, it says at the bottom, "Larry, please let me

12   know if these numbers look acceptable.  Some of them

13   may already be optimistic.  BD's call as to whether

14   you want to inflate them for best case scenario."

15        What did you mean by that?

16        A.    Business development might have wanted to

17   take a different look at it and increase the upside.

18        Q.    And it looks like Mr. Weiland responded

19   to your email later in the day on November 29th.

20        Do you see that?

21        A.    Yes, do I.

22        Q.    He says, "Andrea, this looks like a

23   decent starting point.  OxyContin will do over

24   1 billion by itself.  I'm wondering if our upsides

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    don't take us well over the $1 billion mark."

2          Do you see that?

3      A.   Yes, I do.

4      Q.   At the time that these emails were

5    prepared in late 2000, did you think that ABT-594

6    had the potential to be a $1 billion drug?

7      MR. LORENZINI:  Objection to the form of the

8    question.

9    BY THE WITNESS:

10     A.   I can only look to what are the forecasts

11    here and say that with the development plan, it

12    looks like I did.

13    BY MR. DAVIS:

14     Q.   And, again, I take it at the time that

15    you were preparing these, you were trying to be as

16    accurate as you could.  Correct?

17     A.   Absolutely.  These are fairly precise

18    numbers.

19     MR. DAVIS:  Let's mark this, please, as the

20    next exhibit.  We're up to 19.

21          (WHEREUPON, a certain document was

22          marked Landsberg Deposition Exhibit

23          No. 19, for identification, as of

24          2/16/07.)

1    BY MR. DAVIS:

2        Q.    Would you read this document to yourself,

3    Ms. Landsberg, and please tell me when you're done?

4        A.    Okay.

5        Q.    Now, this appears to be an email from a

6    Jennifer Dart to you, among others, at Abbott.

7            Do you see that?

8        A.    Yes.

9        Q.    Who is Jennifer Dart?

10        A.    I remember a Jenny Dart and can picture

11    her.  I'm not remembering which group she worked

12    with.  It looks -- yeah, I don't know.

13        Q.    As you --

14        A.    DSG maybe.

15        Q.    I'm sorry.

16        A.    DSG maybe.

17        Q.    As you sit here today, Ms. Landsberg, do

18    you have reason to believe that you did not receive

19    this email in or about December of 2000?

20        A.    No, I do not.

21        Q.    The email subject is "Analgesia Internal

22    Review Notes."  And the first line says, "Thanks to

23    everyone for your participation in the analgesia

24    internal review."

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1          What was that?

2     A.   I don't recall.

3     Q.   It goes on to state, "Andrea, Laura, or

4  Chris, will one of you please set up some time with

5  Rock to review the project assumptions and

6  forecasts?"

7          What does that refer to?

8     A.   What does which part of it refer to?

9     Q.   Well, it says -- any of it.  It says,

10  "Will you please set up some time with Rock to

11  review the project assumptions and forecasts."

12          What project assumptions and forecasts

13  are referred to there?

14     A.   I don't recall what this was, so I don't

15  know which project she's referring to.

16     Q.   Further on down in the same email, it

17  says, "Following is the list of follow-up items from

18  the meeting.  ABT-594, Andrea will reduce forecast

19  to reflect vomiting AE."

20          Do you see that?

21     A.   Yes, I do.

22     Q.   Why was it that you were reducing

23  forecasts at that point in time to reflect vomiting

24  adverse offense -- events associated with ABT-594?

1      MR. LORENZINI:  Objection to the form of the

2    question.

3    BY THE WITNESS:

4       A.   I don't recall.

5    BY MR. DAVIS:

6       Q.   Do you recall, in fact, reducing some

7    forecasts associated with ABT-594 to reflect adverse

8    events of vomiting?

9       A.   No, I don't recall that.

10      Q.   Do you have any recollection of what

11   forecasts are referred to in this email?

12      A.   The forecast is the forecast.  I don't

13   know what that would mean, what forecasts?  The 594

14   forecast, the 089 forecast, the Hydrocodone

15   forecast.

16      Q.   Well, this one is under ABT-594.  Do you

17   see that?

18      A.   Yes.

19      Q.   Okay.  So is that --

20      A.   So it looks like it would be the ABT-594

21   forecast.

22      Q.   Is that the sales forecast?

23      A.   You don't distinguish the sales or the --

24   you know, the product.  Sometimes you show your

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    forecast in sales.  Sometimes you show your forecast

2    in units --

3        Q.    Um-hmm.

4        A.    -- volume, you know.  Product -- number

5    of pills.  So forecast could mean either one of

6    those.

7        Q.    As -- as you sit here today, do you have

8    any recollection of ever adjusting your forecast for

9    ABT-594 to reflect adverse events of vomiting?

10       A.    Not -- no.

11       Q.    Do you have a --

12       A.    I recall we -- we always -- you always

13   adjusted your forecasts over time.  That was our

14   job.

15       Q.    Um-hmm.  My question is a little bit

16   different.

17       A.    I know.

18       Q.    My question is --

19       A.    That's why I'm saying I don't recall

20   that -- that -- I don't recall that.

21       Q.    Do you recall why it was necessary at any

22   point in time to adjust your forecast to reflect

23   adverse events involving vomiting?

24           MR. LORENZINI:  Objection to the form of the

1    question.

2    BY THE WITNESS:

3        A.   Why it would be necessary?

4    BY MR. DAVIS:

5        Q.   Um-hmm.

6        A.   If you had -- you know, just like

7    anything, any time you have information -- no, I

8    don't understand why necessary.

9        Q.   I'm sorry?

10       A.   I'm -- I'm not understanding the way that

11   question is phrased.

12       Q.   Well, it appears from this email that you

13   were going to reduce some forecast information

14   associated with ABT-594 --

15       A.   Yes.

16       Q.    -- to reflect vomiting adverse events.

17       A.   Um-hmm.

18       Q.   And my question is, you don't -- do you

19   have any recollection as to why that was so or why

20   you were going to do that in that time frame?

21       A.   No, I don't even remember this happening,

22   this meeting.

23       MR. DAVIS:  Let's mark this, please, as the

24   next exhibit.

1    BY MR. DAVIS:

2        Q.    Would you turn, please, to the fourth

3    page of the presentation, the one that's numbered in

4    the lower right-hand corner 2925?

5        A.    Yes.

6        Q.    Do you see Abbott's "Internal R&D

7    Challenges"?

8        A.    Yes.

9        Q.    And do you see that there's a reference

10   there to a series of compounds, one of which is

11   ABT-594?

12       A.    Yes.

13       Q.    And if you look at the -- the key in the

14   lower right-hand corner, it appears that ABT-594 is

15   in green print, which correlates to "Questionable

16   viability" under "Commercial Potential."

17           Do you see that?

18       A.    Yes, I do.

19       Q.    Were you aware in late 2000 that

20   Dr. Leiden had made a presentation that listed

21   ABT-594 as having questionable commercial potential

22   or questionable viability with respect to its

23   commercial potential?

24       A.    No, I was not.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1      Q.   Did you ever hear anything, any

2    discussion within Abbott about such a presentation

3    by Dr. Leiden?

4      A.   He was making a lot of presentations to

5    the R&D organization that I was aware of about their

6    structure and things he was going to change.  That I

7    was very aware of because we knew that.  That was a

8    big thing.  He was going to reorganize R&D.

9      Q.   Did you ever hear or learn at any point

10   in time in, say, late 2000 or early 2001 --

11     A.   Um-hmm.

12     Q.   -- that Dr. Leiden had stated or made a

13   presentation in which he indicated that ABT-594 was

14   regarded as having questionable viability or

15   questionable commercial potential?

16     A.   No.

17     MR. DAVIS:  Let's mark this as the next

18   exhibit, please.  I'm sorry.  I'm sorry.  We're up

19   to Exhibit 21.

20          (WHEREUPON, a certain document was

21          marked Landsberg Deposition Exhibit

22          No. 21, for identification, as of

23          2/16/07.)

24

1    read that to yourself and then tell me when you're

2    done, please.

3        A.   Okay.

4        Q.   Does this document refresh your

5    recollection in any way about preparing any slides

6    for a presentation for Dr. Leiden in late January or

7    so of 2001?

8        A.   No.

9        MR. DAVIS:  Let's mark this as the next

10    exhibit, please, 26.

11                (WHEREUPON, a certain document was

12            marked Landsberg Deposition Exhibit

13            No. 26, for identification, as of

14            2/16/07.)

15    BY MR. DAVIS:

16        Q.   Ms. Landsberg, you have what has been

17    marked as Exhibit 26.  Would you look at this

18    document for a moment --

19        A.   Um-hmm.

20        Q.   -- and tell me if you recognize it?

21        A.   No.

22        Q.   It appears in the first page to be an

23    email from you to Tom Woidat, with a cc to Michael

24    Biarnesen, regarding "financial slides for Leiden

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    meeting, 2/2."

2          Do you see that?

3      A.   I do.

4      Q.   Did you prepare the slides that are

5    attached?

6      A.   I have no reason to believe I did not.

7      Q.   Do you recall doing so?

8      A.   No.

9      Q.   The first slide deals with ABT-594 global

10   forecast ranges.

11         Do you see that?

12     A.   Yes.

13     Q.   Where did you get global forecast data

14   for ABT-594?

15     A.   I'm assuming the global refers to the

16   fact that there's US and Ex-US down below.

17     Q.   Um-hmm.

18     A.   So the US ones -- the US ones would have

19   been developed by me at this point in time, it

20   seems, and the Ex-US, I think it was still Laura.

21   So ...

22     Q.   By the way, in developing that forecast

23   data, did you have assistance from others in Abbott?

24     A.   If by "assistance from others" you mean

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1      A.   The numbers?

2      Q.   The forecast that we see here, lots of

3   people within Abbott would provide information that

4   would be utilized for purposes of coming up with

5   these forecasts.  Is that right?

6      A.   I -- I don't know.

7      MR. LORENZINI:  Objection.

8   BY THE WITNESS:

9      A.   I don't -- I think "lots" is the wrong

10   word.  I think there's a few groups that you might

11   have to go to for those different pieces of

12   information.

13   BY MR. DAVIS:

14      Q.   Okay.  Did you go to all of the groups

15   that you thought were necessary to come up with the

16   forecast data?

17      A.   I don't recall specifically who I went to

18   in this case.

19      Q.   Um-hmm.

20      A.   I would assume that I would, because we

21   were striving to be accurate.

22      Q.   Were these numbers, to the best of your

23   knowledge, accurate as of the time that these slides

24   were prepared?

1    A.   I would have to believe I -- I thought

2    so, yes.

3    Q.   The -- the next slide simply adds

4    additional information regarding NPV.  Is that

5    right?

6    A.   Yes.

7    Q.   "NPV" being net present value?

8    A.   Correct.

9    Q.   And how did you go about calculating that

10   at that time?

11   A.   I don't recall how we calculated it at

12   that point in time, quite honestly.

13       What I would imagine I did is what I

14   would do now.  Well, no.  What I would do now is I

15   would ask someone in finance to do it for me.

16       But you can just go into a spreadsheet,

17   and there's usually a function that you highlight

18   the -- you know, the cells, your -- your cash

19   stream, your margin stream, in this case it would

20   be, and click the button that calculates it.

21       You get your discount rate.  Usually, we

22   always have a -- whatever the current discount rate

23   is that Abbott is using to discount any of its cash

24   flows for NPVs.  That's something that you usually

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    BY MR. DAVIS:

2       Q.   Ms. Landsberg, you have what's been

3    marked as Exhibit 28 for your deposition.  Would you

4    look at this document for a moment and tell me if

5    you can identify it for me?

6       A.   If I can identify it for you?

7       Q.   Yes.

8       MR. LORENZINI:  Other than what's on the title

9    page?

10   BY MR. DAVIS:

11      Q.   Yes.  Do you -- do you recognize it?

12      A.   Not outside preparation for this meeting.

13      Q.   I'm sorry?

14      A.   And even then I'm not sure.

15      Q.   Would you look, please, at the pages

16   that -- Bates stamped in the lower right-hand corner

17   ends in 2435, please?

18      A.   2435?

19      Q.   Yes.

20      A.   Yes.

21      Q.   Okay.  Do you see that there's a titled

22   slide there that says "ABT-594 Project Review"?

23      A.   Yes.

24      Q.   "February 2, 2001, Commercial Assessment

1    Andrea Landsberg, Laura Robinson."

2         Do you see that?

3    A.   Yes, I do.

4    Q.   Do you recall making any joint

5    presentations with Ms. Robinson on ABT-594?

6    A.   No.

7    Q.   If you'd look, please, at the slides in

8    this section of the presentation, the commercial

9    assessment section, are those slides that you

10   prepared or helped to prepare?

11   A.   I don't recall preparing them.  I have no

12   reason to doubt that I might have.  It looks like my

13   name on it.

14   Q.   Would you take a look at the slide that

15   Bates number ends in 2445?

16   A.   Qualitative Market Research?

17   Q.   Yes.

18   A.   Yes.

19   Q.   What do we see in this slide?

20   A.   This appears to be showing what we tested

21   and some qualitative market research as far as a

22   product profile.  And it's --

23   Q.   What's the --

24   A.   It's in --

1    Q.   I'm sorry.

2    A.   I was just going to say perhaps about

3   594, since that's the preceding slides.

4    Q.   What was the qualitative market research

5   that Abbott performed concerning ABT-594?

6    A.   I don't recall.

7    Q.   All right.  Was it done by someone within

8   Abbott?  Or was it done by someone outside of

9   Abbott?

10    A.   I'd say it's almost 100 percent sure to

11   have been done by someone outside of Abbott, because

12   we always contract with a third party to do our

13   market research.

14    Q.   Um-hmm.

15    A.   It's -- you never do your own market

16   research.  You always work with a market research

17   firm.

18    Q.   What market research firms were you

19   working with in the 2000 --

20    A.   I --

21    Q.   -- 2001 time frame?

22    A.   I have no recollection.

23    Q.   Was their -- is the information provided

24   to you by the market research firm provided to you

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    A.    Um-hmm.

2    Q.    -- there's a reference to "Equivalent,"

3    "Equivalent," and then "Poor."

4        Do you see that?

5    A.    Um-hmm.

6    Q.    What does that mean?

7    A.    Typically, in this type of research, you

8    know, before a product -- before you know what a

9    product's going to look like, you test various

10    profiles.

11        So this is saying, you know, one profile

12    is probably efficacy better than current,

13    equivalent, AEs, efficacy same, equivalent AEs,

14    efficacy better, poorer versus -- AEs versus current

15    agents.  It looks like it's three profiles that were

16    tested in the market research.

17    Q.    Would you look, please, at the page

18    that's numbered Bates stamp ends in 2452?  It's

19    titled "Key Product Challenges."

20    A.    Um-hmm.

21    Q.    It says, "Key challenge is achieving

22    optimal balance of tolerability and efficacy to

23    satisfy both US and Ex-US markets."

24        Do you see that?

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    low side effect -- certainly compared to those

2    others that were available -- so having an

3    advantage.

4        Q.    The next sub-bullet point says, "Will

5    need to minimize early DCs as much as possible.

6        What are DCs?

7        A.    Probably standing for discontinuation.

8        Q.    What do you -- what did you mean when you

9    said "Will need to minimize early discontinuations

10    as much as possible"?

11       A.    If you're launching a product and you

12    have physicians using a product -- a new product for

13    the first time, especially one in a new class, but

14    now, in this day and age, any new product coming

15    out, their first experience with it is very

16    critical.

17        And you want to make sure you're, you

18    know, giving guidance to physicians on selecting the

19    right type of patient, using the right dosing,

20    et cetera, so that they don't experience and get a

21    negative reaction on the first patients that they

22    use it.

23       Q.    And why did that present a particular

24    challenge for ABT-594?

1      A.   I think it presents a problem for any

2    product coming on the market.

3      Q.   So these are key product challenges, not

4    for ABT-594, but for any product entering the

5    market.  Is that your testimony?

6      MR. LORENZINI:  Objection; argumentative.

7    BY THE WITNESS:

8      A.   No, I guess here they are.  You need to

9    minimize dis- -- early discontinuations in this

10   case.  That's probably what we thought.

11   BY MR. DAVIS:

12     Q.   Why did you think that that was a

13   particular challenge --

14     A.   Because we --

15     Q.   -- a key product challenge for ABT-594?

16     A.   Because we knew the product had early AEs

17   in all the other clinical trials.

18     Q.   Now, would you turn the page that's Bates

19   numbered 24 -- it looks like 56, "ABT-594 Go/No-Go

20   Process."  Do you see that?

21     A.   Yes.

22     Q.   And it says, "What will a Go decision

23   look like?  Patients and physicians will have

24   compelling reasons to choose ABT-594 versus other

1      MR. DAVIS:  Why don't we take a few minutes,

2  and I'll see if there's anything else I want to ask.

3      MR. LORENZINI:  Okay.

4      MR. ELSEY:  All right.  Going off the video

5  record at 3:15 p.m.

6          (WHEREUPON, a recess was had from

7          3:15 p.m. until 3:19 p.m.)

8      MR. ELSEY:  And we are back on the video record

9  at 3:19 p.m.

10  BY MR. DAVIS:

11      Q.  Ms. Landsberg, what information from the

12  114 study did you see while that study was still --

13  still under way?

14      A.  I'm trying to remember if I saw any

15  information.  I know we were tracking the

16  enrollment and, from what I've seen here, the

17  drop-out rates.  But that's what I recall.  I

18  wouldn't have recalled even that.

19      Q.  Do you recall seeing any information on

20  adverse events?

21      A.  Not prior to yesterday, in preparation of

22  this meeting.

23      Q.  I think you mentioned earlier today that

24  you remember the -- there was information presented

1    about the clinical trial --

2        A.    Um-hmm.

3        Q.    -- while it was under way and that there

4    would be -- at various meetings, there would be

5    information added to what previously had been

6    presented.  Do you recall that?

7        A.    No, I'm not following what you're saying.

8    On that particular trial?  Or just about the

9    product?

10       Q.    Well, do you recall at any point in

11   time --

12       A.    Um-hmm.

13       Q.    -- seeing anyone and -- make any

14   presentations or providing any information regarding

15   the 114 trial while that trial was under way?

16       A.    I don't remember much specifically at --

17   I don't remember any -- much of anything from this

18   point in time at this job at this point.  So, no, I

19   do not remember that.

20       Q.    So the only data that you recall

21   receiving in the course of the trial was information

22   about enrollment and drop-out rates.

23       A.    And if it hadn't been for what I've seen

24   here, I think I probably would have just remembered

1    that chart on the wall tracking the patients.

2        Q.    What is that chart on the wall that you

3    recall?

4        A.    It was -- it was a -- you know, a chart

5    that had the time line and patients.  And they would

6    update it kind of every day on how many patients

7    were in the trial.

8        Q.    I --

9        A.    That I can specifically remember, because

10    I -- I used to walk by it.

11        Q.    Where -- where did you walk by it?

12        A.    That was over in the -- the venture area.

13    I think it was like right outside of Chris Silber's

14    office, and there was a conference room there.

15    So -- Mike was there.  I mean, they were all there,

16    so -- "they" meaning, you know, Mike and -- and

17    Bruce and Chris, where their offices were.

18        Q.    How big was the chart?

19        A.    Oh, I don't know.  I don't think it was

20    very big.  It was like a poster size -- you know, a

21    poster board, a poster size, like that, if you can

22    estimate that, four-by-three or something

23    (indicating).

24        Q.    And you recall the chart was updated

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1    periodically?

2        A.    Yes.

3        Q.    Who was updating the chart?

4        A.    I wouldn't have been able to say.  I'm

5    wondering if it was Marilyn Collicott or -- I

6    just -- I think she -- it seems like she was the

7    CRA, and that would be who would normally be

8    updating those chart.

9        Q.    What color was the chart?

10       A.    I haven't the faintest.  That I don't

11   remember.

12       Q.    Do you recall what the chart was titled?

13       A.    No.

14       Q.    And was it the same chart that someone

15   was manually updating, or was it a new printout of a

16   chart?

17       A.    I don't remember that, either.

18       Q.    What kind of material was the chart on?

19       A.    I think it was paper or I think it was

20   like a poster board.

21       Q.    What ultimately happened to the chart?

22       A.    I haven't the faintest idea.

23       Q.    And you said it was in the venture office

24   or the venture area?

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1      A.   Venture area.

2      Q.   What was the venture area?

3      A.   As I was saying, just where Chris

4   Silber's offices were there, those people who were

5   in that venture were sitting.

6      Q.   Was that where Dr. McCarthy's office was

7   located --

8      A.   Yes.

9      Q.   -- as best recall?

10      Can you identify any other people who you

11   remember having offices in that area?

12      A.   Mike Biarnesen.  Those are the three

13   offices I remember right there in that area.

14      Q.   Approximately over what period of time do

15   you recall seeing that chart?

16      A.   I -- I don't know.

17      Q.   It was while you were working on ABT-594?

18      A.   Yes.  That's the only time I would have

19   been over in that building.  I don't even remember

20   which building it was.  I think it was AP 34.

21      Q.   Did you periodically check the chart

22   yourself?

23      A.   I didn't go over there to check it.  I

24   would look at it, obviously, when I walked by it,

1    know, other than seeing what I'm seeing here.  And,

2    no, I left this product still hoping we would launch

3    this product.

4         Q.   My question, I think, is a little bit

5    different, though.

6         A.   Um-hmm.

7         Q.   My question is:  While you were working

8    on this product, do you recall receiving any

9    information about the 114 study that caused you to

10   be concerned about the commercial viability of

11   ABT-594?

12        MR. LORENZINI:  Objection.

13   BY THE WITNESS:

14        A.   No.  No.  I'm going to say no, even based

15   on the fact of what I saw even in February, what

16   I -- I still thought it was commercially viable.

17   BY MR. DAVIS:

18        Q.   But it didn't cause you to have any

19   greater concerns at any point in time about the

20   commercial viability of ABT-594.

21        MR. LORENZINI:  Objection; vague and ambiguous.

22   BY THE WITNESS:

23        A.   Yeah.  I think you're concerned about

24   everything you're hearing about a product.

Landsberg, Andrea (Linked)  02/16/2007  10:26:00 AM

1      Q.    -- having any concerns or heightened

2    concerns about the commercial viability of ABT-594?

3      A.    No, I do not recall.

4      Q.    And I -- are you aware of any significant

5    changes in the development or the developmental

6    strategy for ABT-594 that were made in the late

7    2000/early 2001 frame?

8      MR. LORENZINI:  Objection; vague.

9    BY THE WITNESS:

10      A.    I would say no, I'm not aware of any

11    major changes.

12    BY MR. DAVIS:

13      Q.    Who decided to terminate the development

14    of ABT-594, if you know?

15      A.    I don't know.

16      Q.    Why did they decide to term- -- why did

17    they decide to terminate the development of ABT-594?

18      MR. LORENZINI:  Objection; lacks foundation.

19    BY THE WITNESS:

20      A.    I don't know.  I'm assuming the Phase IIb

21    trial did not hit; i.e., it wasn't efficacious.

22    BY MR. DAVIS:

23      Q.    Are you aware of any -- aware of any

24    efforts by Abbott to out-license ABT-594?

Landsberg, Andrea (Linked) 02/16/2007 10:26:00 AM

1       A.   No.  I've seen it in the documents you've

2   shown me, but, no, I don't recall that.

3       Q.   Are you aware of any efforts by Abbott in

4   the summer or fall of 2000 to recruit or to hire a

5   patient recruitment firm for purposes of the 114

6   trial?

7       A.   No, I'm not, although that's a common

8   practice --

9       Q.   How do you --

10      A.   -- in clinical trials.

11      Q.   I mean, how do you --

12      A.   I mean patient recruitment.

13      Q.   How do you know that it's a --

14      A.   We --

15      Q.   -- common practice for Abbott to retain

16  patient recruitment firms?

17      A.   Because in my discussions with clinical

18  people and when we had other trials going on, I've

19  been told that, yes, this is something that you can

20  do to speed up your trial.

21      Q.   How --

22      A.   You recruit more patients into your

23  trial.  And I've been involved since this in -- not

24  phase -- not earlier phase work, but Phase IV

1    trials.

2      Q.   That you've actually used a patient

3    recruitment firm?

4      A.   I know we've talked -- we talked about it

5    on one trial.  I don't know whether we ended up

6    using it.  We used advertising, I know, recruited

7    through -- we put fliers out near the sites to

8    recruit patients that way.

9      Q.   Have you ever worked on a compound at --

10   at Abbott in which a -- Abbott has actually retained

11   a patient recruitment firm to assist in clinical

12   trials?

13     A.   No, I don't remember.

14     MR. DAVIS:  I have no further questions at this

15   time.

16     MR. LORENZINI:  I have no questions.

17     MR. DAVIS:  We're done.

18     MR. ELSEY:  Okay.  Going off the video record

19   at 3:29 p.m.

20     MR. LORENZINI:  Signature reserved.

21       AND FURTHER DEPONENT SAITH NOT

22

23

24

# Landsberg Deposition Exhibit 4

# P's Exhibit SL



**Andrea Landsberg /LAKE/PPD/ABBOTT**
08/07/2000 05:54 PM

To    Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT

cc    Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Michael K Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject    594 development plan

Bruce,
I am forwarding this latest version to you as I was planning on having it all done today but got sidetracked helping Rose with a fire drill for Arthur for 4 hours this afternoon (NO LIE!!).  As you can see, however, I am nearly done with the (very) notable exception of the product labeling piece.  I also want to do a little more research into pricing and the managed care strategy to finalize those sections and I have a few more numbers to insert into the forecast chart -- but aside from that its just about there!!

I would like to set up a meeting to review this with you at the least, or you and Laura and whoever you think would be appropriate -- I think some of this content should be discussed and agreed upon rather than put forward by me unilaterally.  (Unless I really am being foolish in thinking anyone will ever read this........).  Let me know what you think.

Thanks!
Andrea

594 development plan - commercial sections

*Landsberg*  DEP. EX. NO. 4
FOR ID., AS OF 2-16-07 BC

CONFIDENTIAL
ABBT0109806

1

# B. Marketplace:  Chronic Neuropathic and Nociceptive Pain

### B.1 a  Neuropathic Pain Marketplace SWOT Analysis

Table B.1a includes a summary of the strengths, weaknesses, opportunities and threats associated with the information presented in this section with respect to the development of ABT-594.:

| Table B.1a SWOT Analysis (Strengths/Weaknesses/Opportunities/Threats) | | |
|---|---|---|
| **CATEGORY** | **ITEM (Impact)** | **STRATEGY** |
| **Strengths** | Increasing incidence of diabetes and subsequent diabetic neuropathy market (Mod) <br><br> Indication in diabetic neuropathy will likely lead to some spillover use in other neuropathic pain and chronic nociceptive pain (High) <br><br> Bulk of competition is generic (Mod) <br><br> Few products have indication for neuropathic pain limiting sales and marketing efforts (High) | Conduct or fund trials in neuropathic and chronic nociceptive pain beyond diabetic neuropathy <br><br> Obtain indication for neuropathic pain (as broadly as possible) <br><br> Capitalize on indication labeling through appropriate sales and marketing campaign |
| **Weaknesses** | Current leading treatment (gabapentin) perceived as effective, safe and well tolerated (High) <br><br> Advances in the treatment of glycemic control could decrease the rate at which diabetic neuropathy occurs (Low in near term) <br><br> Diabetic and other neuropathies are often underdiagnosed and mis/under-treated (Mod) <br><br> Painful aspect of neuropathy is not always present or persistent (Mod) <br><br> Limited regulatory history for indication (Mod) | Conduct trials to compare efficacy and tolerability to market leaders <br><br> Monitor competitive landscape and adjust clinical development and marketing strategies appropriately <br><br> Support screening and aggressive treatment of diabetic and other neuropathies <br><br> Work closely with regulatory and plan for 'End of Phase II' FDA meeting |
| **Opportunities** | Large unmet need for effective treatments (High) <br><br> Novel mechanism may generate increased excitement (Low) <br><br> Increasing focus on aggressive treatment of pain (Mod) | Demonstrate equal or better efficacy to currently available agents <br><br> Demonstrate equal or better tolerability to currently available agents |
| **Threats** | Gabapentin follow-on compound, pregabalin, may be even more effective and may pursue indication for neuropathic pain (High) <br><br> Pricing pressure from managed care, government due to shift from low cost generics (Mod) <br><br> Nicotinic association could decrease public acceptance and raise fears regarding addictive potential (Mod) <br><br> Primary treatment aimed at neuropathic process could limit market for neuropathic pain agent (Low) | Maximize efficacy, safety and convenience of compound and formulation <br><br> Conduct pharmacoeconomic studies and garner support of patient advocacy groups <br><br> Develop and execute public relations plan to allay fears regarding nicotine <br><br> Conduct studies to demonstrate non-addictive nature of compound |

CONFIDENTIAL <br> ABBT0109807

2

## B.1 b  Chronic Nociceptive Pain Marketplace SWOT Analysis

Table B.1b includes a summary of the strengths, weaknesses, opportunities and threats associated
with the information presented in this section with respect to the development of ABT- 594.:

| CATEGORY | ITEM (Impact) | STRATEGY |
|---|---|---|
| **Strengths** | Large, growing market consisting of primarily OA, RA and back pain (High)<br>Large undiagnosed OA population to provide significant market growth (Mod)<br>Increasing incidence of chronic pain conditions with aging population (Mod)<br>Over 50% of chronic pain patients take a medication every day (Low) | Conduct trials in OA or other chronic nociceptive pain area for indication or publication<br>Support screening and increased treatment of OA |
| **Weaknesses** | Competitors may not require titration to avoid AEs and therefore can be used PRN rather than limited to only those patients on persistent, daily therapy (Mod) | Work on formulation to minimize or eliminate need for titration |
| **Opportunities** | Significant unmet need for alternative to opioids that have equal efficacy with less side effects and no scheduling (High)<br>"Ceiling effect" of NSAIDs and COX 2 competitors (Mod) | Conduct opioid sparing or opioid replacement trials<br>Conduct studies to demonstrate non-addictive nature of compound<br>Position 594 as 'bridging' compound after ceiling effect reached and before use of scheduled narcotics |
| **Threats** | COX –2s may be firmly entrenched as market leaders for all chronic pain conditions (Mod)<br>Combination products combining opioids with non-opioid analgesics or potentiators may meet market demand for improved side effect profile and offer steep competition (Mod) | Demonstrate key benefits over current and potential competitors in terms of efficacy or safety<br>Carefully position along pain severity spectrum to preserve a target patient population |

Table B.1b SWOT Analysis (Strengths/Weaknesses/Opportunities/Threats)

## B.2    Epidemiology/Disease Class

Pain is the most common symptom of disease and the most frequent complaint with which
patients present to physicians. The economic burden of pain in the United States is estimated at
$100 billion a year in direct and indirect costs. Approximately 95 million Americans per year
receive drug therapy for pain, which represents about 50% of those who suffer from pain. (more

CONFIDENTIAL
ABBT0109808

3

appropriate below in market overview) Chronic pain, including both neuropathic and nociceptive pain, is considered to be the single most common cause of suffering and disability in the industrialized world with an estimated 25-30% of the population experiencing some form of chronic pain. Chronic neuropathic pain is a frequent sequelae (sp?) of diabetes, AIDS, and other viral infections, as well as 'entrapment' disorders such as carpal tunnel syndrome. Diabetes is increasing at an alarming rate in the United States, with an estimated 15 million type II diabetics in 2000, and, despite advances in treatment, the development of complications such as neuropathy remains significant. The diagnosed prevalence of diabetic neuropathy is estimated to be about 2 to 3 million patients, with at least 10 to 20% of those patients experiencing painful symptoms.

Chronic nociceptive pain categories include osteoarthritis, chronic back and neck pain, rheumatoid arthritis, and cancer pain and these diagnoses are expected to become more prevalent as the population ages. Current overall prevalence for these disorders is staggering, over 200 million worldwide, and, although the diagnosed and treated populations are lower, improved treatment options and awareness have the potential to drive significant growth. Osteoarthritis (OA) is one of the largest segments of the analgesia market, and one of the most common nociceptive pain conditions treated by primary care physicians and Over 35 million people worldwide suffer from OA, and three-fourths of OA sufferers surveyed indicate that the disease interferes with their daily activities. Estimates of worldwide sales of prescription analgesics to treat OA range from $2.25-3 billion. According to a recent study, as many as 47% of Americans diagnosed with OA take a prescription analgesic at least occasionally for the condition. NSAIDs/COX-2s and acetaminophen are the standard treatments for OA. However, the new COX-2 inhibitors are expected to grow the OA market due to their expected higher levels of GI safety. This added safety would attract patients who were administered prescription or OTC NSAIDs only occasionally to avoid potentially severe gastric ulcerations and bleeding. The COX-2 inhibitors will also take share from branded and multisource prescription NSAIDs. As a result, the COX-2 inhibitors are expected to grow the OA market in prescriptions and sales, maybe by a significant amount.

A summary of the prevalence of relevant chronic pain diagnoses is shown in Table B.2c.

CONFIDENTIAL
ABBT0109809

4

| Table B.2c  Prevalence of Key Target Pain Diagnoses | | |
|---|---|---|
| | Est. 2000 Prevalence (MM) | |
| Diagnosis | U.S. | Worldwide [3] |
| Neuropathic Pain in Diabetic Neuropathy[1] | 0.6 | 0.9 |
| Postherpetic and Trigeminal Neuralgia[1] | 0.5 | 0.7 |
| Osteoarthritis[2] | 9.4 | 24.3 |
| Chronic Low Back Pain[2] | 8.5 | 21.6 |
| Rheumatoid Arthritis[2] | 1.9 | 2.9 |
| Cancer Pain[2] | 1.0 | 1.2 |
| Total for Key Pain Diagnoses | 21.9 | 51.6 |

1. Decision Resources, 1999. ~~Data reflect number of pain diagnoses such that a patient might be diagnosed with two pain diagnoses of different pain types at separate visits.~~
2. Decision Resources, 1999 (Data presented reflects *diagnosed* prevalence)
3. Germany, France, Italy, Spain, UK, and Japan.

## B.3    Market Overview  [Andrea/Laura to review]

~~Pain is the most common symptom for which individuals seek medical assistance.  Pain is the primary complaint of 50% of all patients who visit a physician.~~

The economic burden of pain in the United States is estimated to be $100 billion a year in direct and indirect costs.  ~~In 1996, the worldwide diagnosed pain population was 427 million, of whom 37% were from the U.S. and 63% from outside the U.S.~~  Approximately 95 million Americans per year receive drug therapy for pain, which represents only about 50% of those who suffer from pain.  Physician or patient concern about drug safety and side effect profiles, fear of addiction, the use of OTC therapies, or non-pharmacological treatments account for the 30-50% of patients who seek treatment for pain but are not prescribed an analgesic.  Efforts to change this mindset, however, are likely to result in a greater percentage of sufferers receiving pharmacologic therapy.  Pain specialists, advocacy groups and patients have campaigned vociferously for the more aggressive treatment of pain over the last decade.  One trend toward acceptance of this standard is the 12% increase over prior year in 1999 sales of injectable narcotic agents.  ~~While much of the~~

CONFIDENTIAL
ABBT0109810

5

~~effort has targeted physician and patient fears of opioid use, the primary goal is to treat pain more proactively and completely.~~  (the above was the only example I could find)  The great success of the recently launched COX-2 analgesics, achieved by growing the market with minimal erosion of the NSAID class, speaks to the increasing consciousness regarding pain management and the high unmet need for drugs that are safer, yet maintain equivalent efficacy, than those currently available.  It is expected that, as improved treatments become available and awareness of the long term benefits of adequate pain management becomes widespread, the pain market will grow considerably. ~~Total U.S. sales of prescription pain medications reached over $5.1 billion in 1998.~~

Chronic pain sufferers may account for as much as 20% of the adult population implying over 130 million adults in the seven major pharmaceutical markets suffer from chronic pain.  It is estimated that only ~~one-fourth to~~ one-half of chronic pain patients obtain ~~inadequate~~ pain relief.  The chronic pain market can be segmented into two major groupings, neuropathic and nociceptive. ~~Over the near-term, the pain market is likely to grow. [Andrea to provide evidence of market growth in recent past and expectations for future].The pain market can be segmented along several lines.  A major division is between neuropathic and nociceptive pain.~~  Chronic neuropathic pain includes the pain associated with diabetic polyneuropathy, post-herpetic neuralgia, sciatica, entrapment neuropathies (such as carpal tunnel syndrome), phantom-limb syndrome, and others.  Chronic nociceptive pain includes pain associated with ~~surgery, trauma,~~ osteoarthritis, rheumatoid arthritis, lumbar spine disease, cancer, and other causes.  Neuropathic and nociceptive pain differ in symptoms, pathophysiology and treatments.

Neuropathic pain is a large, yet largely untapped market.  Estimates vary widely for the number of worldwide sufferers, from as low as 20 million to as high as 50 million or more.  Estimates of the number of cases is limited by inadequate epidemiological studies.  One report puts the total US prevalence of neuropathic pain at 4 million.  Neuropathic pain is often treated with tricyclic antidepressants (TCAs), anticonvulsants (e.g. gabapentin) and alpha adrenergic agonists; collectively, these drug classes are sometimes referred to as "adjuvant pain medications".  PCPs often still prescribe OTC analgesics or prescription NSAIDs for neuropathic pain even though there is little evidence for their usefulness in for this condition.  US sales in 1999 for the key neuropathic pain treatments, Neurontin, carbamazepine, and tricyclic antidepressants (TCAs), are estimated to be $350 million.  This dollar market value likely underestimates this market's potential due to a number of factors.  Only the anticonvulsant Tegretol (carbamazepine), which is off-patent, has a specific indication for neuropathic pain in the US (although Neurontin (gabapentin) recently received an indication in the UK for the treatment of neuropathic pain).  Therefore there has been no funding from the pharmaceutical industry to improve diagnosis and

CONFIDENTIAL
ABBT0109811

6

treatment of neuropathic pain and drive market growth. Of even greater impact on total market sales, most of the agents used to treat this population, with this exception of Neurontin, are low cost, generic products. ???~~Prescription drug sales for the treatment of neuropathic pain exceed $1 billion worldwide~~ ???(Bruce: where did this come from? I cannot find anything to justify this number from the data and reports I have but am happy to go with it if we have a recent reference). ~~In the U.S. alone, approximately $250 million of the sales of the anticonvulsant Neurontin (gabapentin) are attributed to off-label use for the treatment of neuropathic pain.~~ A

Significant unmet need remains ~~, however,~~ in the treatment of neuropathic pain since few medications provide complete pain relief and most adjuvant medications have significant side effects. As the prevalence of the underlying disorders (diabetes, herpes zoster, etc) increases with the aging population and more effective and tolerable medications become available, the neuropathic pain market ~~is expected~~ has the potential to experience significant growth. The following tables show the factored U.S. and ex-U.S. prescription and sales volume for key neuropathic pain therapies 1999.

**Table B.3a.  1999 Key Neuropathic Pain Products, Estimated TRxs**

| Class | 1999 U.S. TRx (MM) | U.S. TRx CAGR '97-'99 | 1999 ex-U.S. TRx (MM) | ex-U.S. TRx CAGR '97-'99 |
|---|---|---|---|---|
| Neurontin | 3.3 | 26.3% | N/A | N/A |
| Carbamazapine | 1.0 | 12.6% | N/A | N/A |
| TCAs | 8.2 | 1.1% | N/A | N/A |
| TOTAL | 12.5 | 5.6% | N/A | N/A |

Source: IMS, factored for neuropathic uses.
N/A = not available

**Table B.3b.  1999 Key Neuropathic Pain Products, Estimated $ Sales**

| Class | 1999 U.S. Sales ($MM) | U.S. Sales CAGR '97-'99 | 1999 ex-U.S. Sales ($MM) | ex-U.S Sales CAGR '97-'99 |
|---|---|---|---|---|
| Neurontin | $308 | 28.7% | N/A | N/A |
| Carbamazapine | $17 | 13.1% | N/A | N/A |
| TCAs | $26 | -3.3% | N/A | N/A |
| TOTAL | $351 | 21.7% | N/A | N/A |

Version 1, revised 7/31/2000ckk...nc development plan/2000-revised July

CONFIDENTIAL
ABBT0109812

7

Source: IMS, factored for neuropathic uses; Ex-U.S. data includes retail pharmacy data from all audited markets and hospital data from major European markets and Canada only.

Nociceptive pain is categorized by duration (acute or chronic) and by severity (mild, moderate, and severe).  The mild and, to a lesser extent, moderate segments have multiple product entries and are generally well satisfied by OTC products such as aspirin, acetaminophen, ibuprofen and other NSAIDs/COX-2s.  Prescription NSAIDs are generally written for chronic pain of moderate severity, though potentially serious GI or renal side effects may complicate treatment (COX-2s may be associated with fewer adverse events).  The moderate and severe segments of the market have many opioid product offerings that are mostly generic, undifferentiated and inexpensive.  Some branded opioids, however, have been very successful (OxyContin is projected to have 2000 revenues of $1 billion).  Many patients, however, develop tolerance to these drugs.  In addition, opioids are scheduled, a regulatory status that creates administrative burdens and barriers to prescribing.  These barriers are particularly high in European markets.  As a result, opioid use in Europe is restricted almost entirely to cancer pain and there exists a large unmet need for effective treatment of severe pain.  While opioids and combination opioids accounted for the majority of analgesic prescriptions at 55%, NSAIDs had the highest share of total prescription analgesic sales at 37%.

[the following section has been updated to reflect the new organization of this section into neuropathic and nociceptive pain, but the market segmentation parallels to the IMS data must be verified and updated…i.e., originally, this section was a discussion of the three classes of analgesics without reference to nociceptive per se]

The prescription market for nociceptive pain is made up of at least three four key classes of analgesics:  NSAIDs, COX-2s, Opioids (and combination products), and Other Non-Opioids (including aspirin, acetaminophen, and synthetic non-opioids).  Anestheties, anti-migraine and adjuvant medications are not included in this market definition.  The following tables show U.S. and ex-U.S. prescription and sales volume for key pain classes for 1999.

| Table B.3c. 1999 Key Prescription Nociceptive Pain Products, TRxs | | | | |
|---|---|---|---|---|
| Class | 1999 U.S. TRx (MM) | U.S. TRx CAGR '97-'99 | 1999 Ex-U.S. TRx (MM) | Ex-U.S. TRx CAGR '97-'99 |
| NSAIDs | 70.7 | -1.4% | N/A | N/A |

Version 1, revised 7/31/2000ckk…m: development plan/2000-revised July

CONFIDENTIAL
ABBT0109813

8

| | | | | |
|---|---|---|---|---|
| COX-2s[1] | 22.4 | N/A | N/A | N/A |
| Opioids[1] | 154.2 | 2.5% | | |
| Other Non-Opioids[2] | 45.5 | -0.9% | N/A | N/A |
| TOTAL | 292.8 | 0.8% | N/A | N/A |

Source: IMS
N/A = not available or not applicable
[1]Includes IMS groups: Morphine, codeine and combos, propoxyphene, synthetic narcotics (injectable and non-injectable)
[2]Includes IMS groups: Synthetic non-narcotics, aspirin, acetaminophen (injectable and non-injectable)

---

**Table B.3d.    1999 Key Prescription Nociceptive Pain Products, $ Sales**

| Class | 1999 U.S. Sales ($MM) | U.S. Sales CAGR '97-'99 | 1999 ex-U.S. Sales ($MM) | ex-U.S. Sales CAGR '97-'99 |
|---|---|---|---|---|
| NSAIDs | $1,565 | -3.2% | | |
| COX-2s | $1,558 | N/A | | |
| Opioids[1] | $1,887 | 7.7% | | |
| Other Non-Opioids[2] | $1,337 | -4.5% | | |
| TOTAL | $6,347 | 4.3% | | |

Source: IMS (excludes injectables)
[1]Includes IMS groups: Morphine, codeine and combos, propoxyphene, synthetic narcotics (injectable and non-injectable)
[2]Includes IMS groups: Synthetic non-narcotics, aspirin, acetaminophen (injectable and non-injectable)
Ex-U.S. data includes retail pharmacy data from all audited markets and hospital data from major European markets and Canada only.

NSAIDs and COX-2s are generally used in chronic nociceptive pain syndromes and when pain severity is of mild to moderate intensity. NSAIDs/COX-2s exhibit analgesic and mild anti-inflammatory properties, and are drugs-of-choice in such pain conditions as osteoarthritis, rheumatoid arthritis and lower back pain. NSAIDs/COX-2s have fewer central nervous system side effects than opioids. NSAIDs, however, can cause potentially serious renal and gastrointestinal side effects, including gastric ulceration and bleeding. COX-2s ~~may~~ appear to have a lower rate of these adverse events, due to increased selectivity of action. However, current COX-2s do not eliminate the risk of GI complications completely. ~~but experience with COX-2 is limited to the past year.~~ Another drawback of NSAIDs/COX-2s is the presence of a

CONFIDENTIAL
ABBT0109814

9

'ceiling effect' in which even additional amounts of drug fail to increase analgesic activity. This factor often leads to the use of stronger analgesics such as opioids.

(reordered) In the U.S., opioid analgesics are considered the drugs-of-choice for acute nociceptive pain, especially of moderately-severe to severe intensity. Physicians often avoid prescribing opioids for chronic pain conditions due to fear of tolerance and addiction, although opioids are the most commonly prescribed medication for moderate to severe cancer pain. Ex-U.S. opioid use varies considerably by country. Physicians in Scandinavia, the UK, France and [Japan-verify] are more likely to prescribe opioids compared to other ex-U.S. countries and prescriptions have increased considerably over the past 5 years. In Italy, Spain and Germany, opioid use is extremely restricted, requiring patient identity cards and special prescription forms that must be obtained, in person, by the physician; morphine is often considered a last resort. In both the U.S. and ex-U.S., opioids are government-scheduled products with restricted prescribing and product distribution.

~~"Other non-opioids"~~ Non-narcotics include ~~are defined as~~ (1) non-opioid/non-NSAID agents like aspirin, acetaminophen or tramadol, and (2) NSAIDs that are positioned and marketed as analgesics, such as ketorolac or bromfenac sodium. These non-narcotics are generally used in place of opioids to treat moderate pain, or in some cases, moderately-severe pain.

Most analgesics are indicated for the treatment of one or more specific nociceptive pain states (e.g. osteoarthritis). Depending on its characteristics, however, a significant number of a product's prescriptions may come from non-indicated pain states (i.e., spillover prescriptions). A product indicated for osteoarthritis, for example, is likely to be prescribed for chronic lower back pain, rheumatoid arthritis, and other pain states with similar clinical characteristics or etiologies. Efficacy in osteoarthritis has become a benchmark for analgesic efficacy in most chronic nociceptive pain states of mild to moderately severe intensity.

CONFIDENTIAL
ABBT0109815

1

## B.4    Current Treatment Options

| TABLE B.4A CURRENT TREATMENT OPTIONS: NEUROPATHIC PAIN | | | | |
|---|---|---|---|---|
| Category | Drug Class | Mechanism of Action | Pain Treated | Issues |
| Antiepileptics as analgesics* | Gabapentinoids (gabapentin) | Unknown | Distal symmetric neuropathic pain (diabetes, HIV, idiopathic, etc.)<br><br>Post herpetic neuralgia (PHN) | Strength:  Effective, well tolerated, not metabolized, no drug interactions<br><br>Side effects: Dizziness at high doses<br><br>Other drawbacks: No neuropathic claim in US; cost; modest analgesic effect, titration |
| | Iminostilbenes (carbamazepine) | Slows voltage-gated Na$^+$ channel activation recovery | Trigeminal neuralgia | Strengths: Very effective, inexpensive<br><br>Side effects: Ataxia, dysmetria, unsteadiness, hepatotoxicity, aplastic anemia, hypersensitivity reactions<br><br>Other drawbacks: Drug interactions |
| Antidepressants as analgesics | Tricyclic antidepressants (amitriptyline, nortriptyline) | Probably inhibit biogenic amine reuptake | Distal symmetric neuropathic pain (diabetes, HIV, idiopathic, etc.)<br><br>Post herpetic neuralgia (PHN) | Strengths: Modest analgesic effect, inexpensive<br><br>Side effects: Anti-cholinergic (dry mouth, sedation), cardiac arrhythmia, weight gain<br><br>Other drawbacks: Cardiac effects, titration |
| | Mixed serotonin and norepinephrine reuptake inhibitors (venlafaxine) | Mixed serotonin and norepinephrine reuptake inhibitors (venlafaxine) | Distal symmetric neuropathic pain (diabetes, HIV, idiopathic, etc.)<br><br>Post herpetic neuralgia (PHN) | Strengths: Modest analgesic effect, inexpensive?<br><br>Side effects: Anti-cholinergic (dry mouth, sedation), cardiac arrhythmia<br><br>Other drawbacks: Cardiac effects, titration |
| Miscellaneous | Opioid and norepinephrine reuptake inhibitor (tramadol) | Opioid and norepinephrine reuptake inhibitor | Distal symmetric neuropathic pain (diabetes, HIV, idiopathic, etc.)<br><br>Post herpetic neuralgia (PHN) | Strengths: Moderate pain relief without the opiate stigma, non-scheduled<br><br>Side effects: Nausea, vomiting, sedation<br><br>Other drawbacks: May reinitiate physical dependence in previously opioid-depended patients. May eventually receive scheduled status |

\* Many newer antiepileptic agents (e.g., Tiagabine, lamotrigine) have recently or will soon undergo clinical trials in neuropathic pain.

Version I, revised 7/31/2000ddk...rn: development plan/2000-revised July

CONFIDENTIAL
ABBT0109816

2

| TABLE B.4B CURRENT TREATMENT OPTIONS: NOCICEPTIVE PAIN | | | | |
|---|---|---|---|---|
| **Category** | **Drug Class** | **Mechanism of Action** | **Pain Treated** | **Issues** |
| Opioid | Opioids (e.g., morphine, codeine) | Opioid receptor activation | Surgery, injuries, musculoskeletal disorders, cancer<br><br>Moderate to severe pain<br><br>Opioids are the drugs of choice for severe acute pain and cancer pain | Strength: Potent analgesic effect, inexpensive<br><br>Side effects: Constipation, Nausea and Vomiting, Sedation, Cognitive Impairment, Respiratory Depression, Pruritis<br><br>Other drawbacks: Development of tolerance, addiction potential, scheduled drugs, do not reduce inflammation |
| | Opioid Combination with another analgesic (e.g., aspirin or acetaminophen) | Opioid receptor activation<br><br>Combination preparation offsets opioid side effects by adding second analgesic with a different mechanism of action | Surgery, injuries, musculoskeletal disorders<br><br>Moderate to severe pain | Strengths: Potent analgesic effect, and depending on combination agent, may also decrease inflammation and body temperature; reduced opioid side effects<br><br>Side effects: All effects associated with each of the drugs administered, although reduced in frequency and severity<br><br>Other drawbacks: All drawbacks associated with each of the drugs administered |
| Non-Opioid | NSAIDS | Inhibit the synthesis of prostaglandins, which are responsible for inflammation, increased body temperature, and sensitization of pain receptors | Osteoarthritis, rheumatoid arthritis, lower back pain, and other chronic pain conditions in addition to some mild to moderate acute pain conditions | Strengths: Fewer CNS side effects than opioids, and no addiction potential, inexpensive<br><br>Side effects: Gastric ulceration and bleeding<br><br>Other drawbacks: Ceiling effect (complete pain relief cannot be achieved even after dose escalation) |

CONFIDENTIAL
ABBT0109817

3

| TABLE B.4B CURRENT TREATMENT OPTIONS: NOCICEPTIVE PAIN | | | | |
|---|---|---|---|---|
| Category | Drug Class | Mechanism of Action | Pain Treated | Issues |
| Non-Opioid (con't.) | COX-2 Inhibitors (celecoxib) | Inhibit the synthesis of prostaglandins, which are responsible for inflammation, increased body temperature, and sensitization of pain receptors<br><br>Preferential COX-2 vs. COX-1 inhibition may reduce risk of GI interaction | | Strengths: Claim fewer GI side effects than NSAIDS with similar analgesic effect<br><br>Side effects: Peripheral edema<br><br>Other drawbacks: cost |
| | Acetaminophen | Mechanism of action is poorly understood, but appears to involve effects in the CNS (has analgesic and antipyretic effects) | Sprains, strains, injuries, musculoskeletal pain, osteoarthritis<br><br>Management of mild to moderate pain | Strengths: Has no effects on platelet function, has no GI toxicity; has fewer CNS side effects than do opioids, inexpensive<br><br>Side effects: May be hepatotoxic in heavy drinkers and patients with liver disease<br><br>Other drawbacks: Lacks anti-inflammatory activity. Ceiling effect (complete pain relief cannot be achieved even after dose escalation) |
| Miscellaneous | Opioid and norepinephrine reuptake inhibitor (tramadol) | Dual mechanism of action via opioid and non-opioid mechanisms (norepinephrine reuptake inhibitor) | Used in the treatment of moderate to severe pain | Strengths: Moderate pain relief without the opiate stigma, non-scheduled<br><br>Side effects: Nausea, vomiting, sedation<br><br>Other drawbacks: May reinitiate physical dependence in previously opioid-depended patients. May eventually receive scheduled status |

CONFIDENTIAL
ABBT0109818

4

### B.5     Competitive Analysis – Emerging Competition  [Andrea/Laura to review]

Almost 100 compounds are currently in development for prescription pain management, though some of these compounds are also being developed for ~~other~~ non-analgesic indications.  The majority of the analgesic compounds in the pipeline represent incremental improvements to the opioids or NSAIDs, or consist of new formulations or delivery mechanisms for the standard analgesics.  Fewer than 30% of the compounds in development have novel mechanisms of action. Drugs with novel mechanisms are expected to provide the bulk of the promoted competition for ABT-594.

Among the novel agents in development, the greatest threat to ABT-594 is likely to be posed by other nicotinic compounds in development for pain.  ABT-594, now in Phase IIb trials, is suspected to be the most advanced nicotinic compound in the analgesia pipeline.  The first nicotinic compounds from competitors to be launched in the class may be for Alzheimer's Disease or Parkinson's Disease.  These compounds do not represent a threat to ABT-594, unless significant safety concerns or evidence of tolerance, dependence or abuse are an issue and become associated with the class as a whole.

The pipeline for the treatment of neuropathic pain does not have a blockbuster compound on the order of the COX-2 inhibitors.  However, pregabalin, the follow-up to Parke-Davis' Neurontin (gabapentin), is expected to perform well; analyst reports predict its sales for neuropathic pain may be almost $100 million by 2003, its second year post expected launch.  Initial data from pregabalin suggests a compound that overcomes the absorption and uptake limitations associated with gabapentin leading to a more convenient dosing schedule and resolved 'ceiling effect'. However, increased doses and corresponding increased plasma levels appear to be associated with greater efficacy and more frequent adverse events.  The marketing and sales power of Pfizer is likely to drive the product to success, despite such concerns.

For the treatment of osteoarthritis (OA), the COX-2 inhibitors represent the most significant competition, with sales of as much as a staggering $13 billion by 2004 being predicted.  Use beyond pain into colorectal cancer and neurodegenerative disorders is also being explored for COX-2s.  Searle and Merck both have follow-up compounds well along in development which purport to have greater selectivity for COX-2 vs. COX-1 and therefore offer the potential for increased potency and decreased side effects.  Other second generation COX-2s are in the pipeline, although J&J recently announced the decision to stop development of Japan Tobacco's compound JTE 522.  Unresolved side effect issues surrounding COX-2 inhibitors remain,

CONFIDENTIAL
ABBT0109819

5

however, including the risks of thrombosis, hypertension, reproductive dysfunction and teratogenicity that may show up as the exposure to these agents becomes more widespread. ~~The launch of Searle's Celebrex (celecoxib) in January 1999 is one of the most successful product launches in industry history. After ten weeks on the market, prescriptions for Celebrex represented 24% of new NSAID prescriptions. Merck's Vioxx (rofecoxib), approved in May 1999 is also expected to be a very successful product in the treatment of OA as well as other pain states.~~

**Table B.5a.    Analgesia Pipeline – Key Novel Agents**

| Product | Company | Mechanism | Phase | Comment |
|---|---|---|---|---|
| pregabalin | Parke-Davis | Ca channel blocker | III | Neuropathic pain, chronic pain<br>Follow-up to Neurontin |
| saredutant | Sanofi | NK-2 receptor antagonist | II | General pain<br>MOA losing favor; active program? |
| ZD4952 | Zeneca | prostaglandin receptor antagonist | II | Moderate to severe pain |
| GV196771 | Glaxo | glycine antagonist | II | Chronic pain, showing promise |
| tepoxalin | J&J | COX/5-LO inhibitor | II | OA, described as 'steroid replacing anti-inflammatory drug' |
| darbufelone | Parke-Davis | COX/5-LO inhibitor | II | General pain |
| HCT-3012 | NicOx | Nitric oxide NSAID | I | Pain and inflammation |
| cizolirtine | Esteva | Substance P | II | Analgesia, antipyretic |
| Others?? | | | | |
| | | | | |

Sources: ADIS, IMS, Decision Resources, company reports

**Table B.5b.    Development Pipeline – Nicotinic Mechanisms**

| Product | Company | Phase | Comment |
|---|---|---|---|
| GTS-21 | Taiho | II | Target is Alzheimer's Disease<br>May have preclinical pain program; looking for partner |
| CMI 980 | Cytomed | Preclinical | Target is pain<br>Epibatidine analog |

CONFIDENTIAL
ABBT0109820

6

| SIB-T1887 | Sibia | Preclinical | Target is pain |
|-----------|-------|-------------|----------------|
| FID 072021 | Fidia | Preclinical | Target is pain; not actively funding |
| | | | |
| | | | |
| Sources: ADIS, IMS, company reports | | | |

**B.6     Unmet Needs  [Andrea/Laura to review]**

In general, a significant unmet need exists for safer, non-abusable, non-addicting, non-tolerance producing, and non-scheduled efficacious oral and parenteral analgesic products for the treatment of moderate to severe neuropathic and chronic nociceptive pain.

CONFIDENTIAL
ABBT0109821

7

**Table B.6.      Unmet Market Needs and the Impact of the Pipeline**

| Unmet Need | Pipeline Impact |
|---|---|
| Efficacy in moderate to severe pain without tolerance, dependence or abuse | Novel nicotinic agents like ABT-594 may provide efficacy in more severe pain states without opioid-like liabilities |
| Efficacy in neuropathic pain | Pregabalin may provide incremental improvement in neuropathic pain efficacy over gabapentin, but may also have increased frequency of adverse events

Novel nicotinic agents like ABT-594 appear to have efficacy in neuropathic pain, based on animal models |
| Reduction in the GI bleeding risk of NSAIDs | COX-2 inhibitors appear to reduce the incidence and severity of GI ulcers and bleeding; second generation COX-2s may increase therapeutic window further ~~but Celebrex retains labeled warnings regarding ulceration comparable to traditional NSAIDs~~ |
| Overcome ceiling effect of NSAIDs | Preclinical studies did not indicate a ceiling effect for novel nicotinic agents like ABT-594 |
| Extended dosage intervals or novel delivery mechanisms for improved compliance and convenience | Once weekly dosing formulations being explored for COX-2s, etc.  Patch technology improvements likely |
| Therapies aimed at disease modification, prevention | Agents that decrease rate of diabetic complications (eg aldose reductase inhibitors) or directly treat neuropathy (bimoclomol) may decrease incidence of neuropathic pain |
| | |

CONFIDENTIAL
ABBT0109822

8

# C. Product Positioning

## C.1    Product Positioning Options  [Andrea/Laura to review]

Table C.1a includes a summary of the strengths, weaknesses, opportunities and threats associated with the information presented in this section with respect to the development of ABT-594.

| Positioning alternatives/options | Strategy | Strengths | Weaknesses |
|---|---|---|---|
| Equal efficacy to Neurontin and TCAs in neuropathic pain with improved dosing, AEs, and safety | Sell against top neuropathic pain products on convenience, tolerability and safety | Efficacy to date supports BID, possibly QD dosing Low level of CNS AEs No weight gain | May have too high level of nausea and vomiting to compete with Neurontin (pregabalin?) on AEs |
| Better efficacy than Neurontin and TCAs with comparable dosing, AEs and safety | If AEs for ABT-594 too frequent vs. competition, sell on 'power' | Efficacy data likely to support May be better fit with AE profile | Neurontin and TCAs *perceived* to have high efficacy; may not be able to match Neurontin's perception as extremely safe and well tolerated |
| The only oral agent indicated for the treatment of neuropathic pain | Capitalize on 'government approved' status to increase prescriber confidence | Data to date supports efficacy in neuropathic pain Current timeline gives ABT-594 neuropathic pain indication by mid 2004 | Pregabalin (or others?) may be to market first with neuropathic pain indication Neuropathic pain indication still uncertain from regulatory standpoint |
| Equal efficacy and safety to COX-2s without ceiling effect | Attempt to enter into large COX-2 market | No ceiling effect seen with ABT-594 | May limit use to *after* COX-2 failure COX-2 agents will be firmly entrenched |
| Opioid-like efficacy without addictive potential and with fewer AEs than opioids for treatment of moderate to severe chronic pain | Capitalize on market reluctance to use opioids by providing safe, efficacious alternative | Provides clear, compelling reason to use and matches product profile to date | May niche ABT-594 to more severe patients and limit market |
| | | | |
| | | | |

CONFIDENTIAL
ABBT0109823

9

| "General" pain | Requires data to support acute (molar extraction and post surgical pain) and chronic claims | Would create a drug for most kinds of pain | ABT-594's analgesic onset is too delayed for acute use |
| Chronic pain | Requires data from chronic pain states, but pain states not currently associated with indications (not osteoarthritis, not cancer; acceptable data might include low back pain, fibromyalgia); does not include neuropathic pain | Label would support use in the wide variety of chronic pain (large population) | Regulatory paradigm untested and pain states specified represent high risk trials |
| Neuropathic pain | Submit data on diabetic neuropathy pain. Phase IV to extend to other neuropathic pain disorders (e.g., PHN) | Would address significant unmet needs; add smaller neuropathic segments later | Regulatory paradigm untested |
| Disease specific claim – osteoarthritis | Submit or publish data in osteoarthritis to demonstrate ABT-594's efficacy in a chronic nociceptive pain state. Because osteoarthritis is a well recognized model of pain, market research predicts significant use in other chronic nociceptive pain states based upon osteoarthritis data alone | Label would specifically support use in osteoarthritis, a large but fairly well reviewed market. Off-label use may extend to entire chronic nociceptive market. Publication alone in osteoarthritis may provide basis for off-label use in entire nociceptive market (with subsequent publication in other chronic nociceptive pain states) | Fairly well served market |

**C.2    Target Product Profile  [Andrea/Laura to review]**

**C.2.1  ABT-594 Target Product Profile**

Table C.2.1 below, outlines the desired target product profile for ABT-594:

CONFIDENTIAL
ABBT0109824

10

| Table C.2.1.   ABT-594 Target Profile | | | | | |
|---|---|---|---|---|---|
| PPCC/DDC Profile (12/10/97) | Current Profile (8/00) | Rationale for Profile Change | Probability | Status | Share Impact |
| Indicated for the treatment of pain (general pain claim) | Indicated for the treatment of osteoarthritis pain | "General pain" claim not achievable due to slow onset of action; proof of principle established in molar extraction study<br><br>Indication specific claims now favored since general pain claim not achievable | Medium | 9/99, 1Q01 | High |
| Effective in neuropathic pain | Indicated for the treatment of neuropathic pain | Indication specific claims now favored since general pain claim not achievable | ?Low | 9/99, 2Q01 | Medium |
| Effective for moderate to moderately-severe pain | N/A | No longer applicable without general pain, acute or chronic pain (not otherwise specified) claims?? | N/A | N/A | N/A |
| Not scheduled/no abuse potential? | No change | N/A | High | 4Q02 | High |
| Improved safety profile compared to opioids including:<br><br>- less GI motility impairment<br><br>- less respiratory depression<br><br>- low tolerance potential<br><br>- no dependence/ withdrawal | No clinically significant tolerance, dependence or withdrawal<br><br>In contrast to opioids, no constipation or respiratory depression liability<br><br>Tolerability comparable to currently used neuropathic and chronic nociceptive pain products | Simplify profile to focus on the most commercially important AEs<br><br>Need to be well-tolerated to sell in crowded market with many alternatives | Medium | 2Q01 | High |
| | Very few abnormal LFTs | Abnormal LFTs in a few Phase I subjects | High | 9/99 | High |
| | Very low nausea/vomiting at effective dose | Incidence of nausea/vomiting in single dose Phase I & II subjects (food and dose dependent) similar to opioids | Medium ?low | 9/99 | High |
| | Other safety OK | Simplify profile | Medium | 9/99, | High |

CONFIDENTIAL
ABBT0109825

11

| | | | | 2Q01 | |
|---|---|---|---|---|---|
| | No significant or sustained differential efficacy in nicotine users vs. non-nicotine users | No difference seen in efficacy to date | Low?? HIGH? | 9/99, 2Q01 | High ?Med |
| | No significant or sustained differential negative side effect profile in nicotine users vs. non-nicotine users | Lower incidence of AEs in nicotine users in Phase II trial | High | 9/99, 2Q01 | Medium |
| | No re-initiation of cravings in ex-nicotine users | Possible due to nicotinic mechanism | Medium | 2Q01 | High |
| Onset of action in less than 30 minutes | Onset of action at 1.5 to 2 hours | Onset of action estimated at 90 minutes in Phase II trial | Low?? | 9/99 | Medium |
| BID/TID dosing | BID/QD dosing | Competitive dynamics highlight importance of dosing convenience | High ?med | 9/99 | Medium |
| No major drug interactions, especially with drugs used for common chronic conditions | No change | N/A | High | 4Q00 | Medium |

CONFIDENTIAL
ABBT0109826

12

### C.2.2  Target Product Label

| Label Requirement | Desired Label claim/ Minimally Acceptable Criteria for a Commercially Viable Product/Competitive Advantage | Regulatory Requirements | Studies/Activities/Other strategy to Achieve |
|---|---|---|---|
| DESCRIPTION | | | |
| Formulation | | | |
| Dose form | | | |
| Dose strength(s) | | | |
| Route of Administration | | | |
| CLINICAL PHARMACOLOGY | | | |
| Pharmacodynamics | | | |
| Pharmacokinetics | | | |
| | | | |
| Absorption/Bioavailability | | | |
| Distribution | | | |
| Protein binding | | | |
| Distribution | | | |
| Metabolism | | | |
| Elimination | | | |
| Special Populations | | | |
| Effect of age | | | |
| Effect of gender | | | |
| | | | |
| Effect of race | | | |
| Use in pregnant women | | | |
| Use in Nursing Mothers | | | |
| Effect of concomitant disease | | | |
| Plasma Levels and clinical effect | | | |
| Effect of food on absorption | | | |
| | | | |
| Clinical Trial Data (by indication) | | | |
| Phase 3 studies | | | |

CONFIDENTIAL
ABBT0109827

13

| INDICATIONS AND USAGE | | | |
|---|---|---|---|
| Clinical Trial Data (only for one indication, the rest in C.P.) | | | |
| CONTRAINDICATIONS | | | |
| CONTRAINDICATIONS | | | |
| WARNINGS | | | |
| Black box warnings | | | |
| General Warnings (e.g., thrombocytopenia) | | | |
| Usage in Pregnancy | | | |
| PRECAUTIONS | | | |
| General | | | |
| Information for Patients | | | |
| Lab Tests | | | |
| Drug Interactions | | | |
| Drug/Lab Test Interactions | | | |
| Carcinogenesis | | | |
| Mutagenesis | | | |
| Impairment of Fertility | | | |
| Pregnancy | | | |
| Nursing Mothers | | | |
| Pediatric | | | |
| Geriatric | | | |
| ADVERSE REACTIONS | | | |
| Controlled Phase III study data (by indication) | | | |
| Other patient populations | | | |
| OVERDOSAGE | | | |
| OVERDOSAGE | | | |
| DOSAGE AND ADMINISTRATION | | | |
| By indication (dose/levels/length of treatment) | | | |
| Monitoring of Patients ³ | | | |
| General dosing advice | | | |
| HOW SUPPLIED | | | |
| HOW SUPPLIED | | | |

CONFIDENTIAL
ABBT0109828

14

### C.2.3 Desired Promotional Claims

Table C.2.2 below, outlines the minimally acceptable criteria for a commercially viable product for ABT-594. Items in shaded boxes are NOT FUNDED.

C.2.2. Desired key messages should follow.

| Desired key message | Regulatory requirement | Measure | Timing | Study Number | Type of message | Probability | Share Impact | Comments/Risks |
|---|---|---|---|---|---|---|---|---|
| Significantly Reduces pain associated with diabetic neuropathy | At least 2 adequate, well controlled studies | 11 point Likert pain intensity | Launch | Phase III studies (TBD) | Efficacy | Low | High | |
| Efficacy and tolerability comparable to Neurontin and/or TCAs in neuropathic pain | At least 1 adequate well controlled comparator study | Appropriate pain scale; QoL/outcome scale (HEDIS if available) | Within 1 year of launch | Phase IV (TBD) | Efficacy, tolerability, patient satisfaction | Low | High | High risk but may be necessary to capture significant share especially if prognosis indicated. Difficult to conduct as competition not indicated |
| Significantly Reduces pain associated with osteoarthritis | At least 2 adequate, well controlled studies | WOMAC, 4-point categorical pain intensity | Launch or ASAP if launch with neuropathic pain indication | Phase III studies (TBD) | Efficacy | Medium | High | |
| Efficacy and tolerability comparable to COX-2s and/or Ibuprofen in OA | At least 1 adequate well controlled comparator study | Appropriate pain scale; QoL/outcome scale (HEDIS if available) | Within 1 year of launch | Phase IV (TBD) | Efficacy, tolerability, patient satisfaction | Low | High | High risk but may be necessary to capture any share |
| No clinically significant tolerance, dependence or withdrawal | Phase II/III trials; specialized addiction studies | AE reports, specific addiction measures | Launch | All studies | Safety | Medium | High | |
| Well tolerated in comparison to/in contrast to opioids, with no constipation or respiratory depression liability | Phase II/III trials | AE reports | Launch | All studies | Safety | Medium | High | |

CONFIDENTIAL
ABBT0109829

15

| Desired key message | Regulatory requirement | Measure | Timing | Study Number | Type of measure | Probability | Share Impact | Comments/Risks |
|---|---|---|---|---|---|---|---|---|
| **Competitive rate of nausea and vomiting given level of efficacy** Well tolerated in comparison to commonly used pain medications | Phase II/III trials | AE reports and efficacy measures | Launch | All studies | Safety | Medium | High | |
| **Easy to use with BID/QD dosing and minimal titration** | Phase II/III trials, market research | Study protocols, patient surveys, MD market research | Launch | All studies | Convenience and compliance | High | High | |
| **Cost effective** | Phase III and IV | Pharmacoeconomic data | Launch or shortly thereafter | TBD | Cost | Medium | Medium | Important for MC formulary acceptance |
| **Higher patient satisfaction than other comparable medications** | Phase III and IV | Survey, QoL measures (HEDIS if available) | Launch or shortly thereafter | TBD | Satisfaction | Medium | Medium | |
| **No clinically relevant drug interactions** | Preclinical? Phase III trials | Clinical and pre-clinical measures? | Launch | All studies | Safety and convenience | Medium | Medium | |
| **Safe for long term use** | Phase III extension | AE reports | Following launch? | TBD | Safety | Medium | Medium | |

CONFIDENTIAL
ABBT0109830

16

**C.3    Reimbursement/Pricing Strategies  [Andrea/Laura to review]**

**C.3.1   Reimbursement/Managed Care**

Pricing trends in the U.S. and European markets will remain relatively stable in the short term due to two factors.  First, the effect of higher-priced branded products entering the market in each analgesic class is tempered by the loss of patent protection of other branded products, and the resulting price erosion due to generic competition.  Secondly, the large size of the prescription pain market tends to absorb the impact of individual products' prices in each analgesic class.  The tremendous success of the COX-2 launches, with prices xxxxxxxx in comparison to their competition, demonstrate the  xxxxxx price sensitivity of this market.  do average price analysis

In the long term, however, the entry of several higher-priced novel analgesics may create an upward trend in prescription analgesic prices.  Reaction from government and managed care payors to rising costs could create pressure to hold prices down.  A large percentage of pain medications are government paid, reflecting the age and disability of pain patients;  the future political impact on this market remains uncertain.

Due to the competitiveness of the pain management market, ABT-594 must favorably complete outcomes and pharmacoeconomic studies in order to gain significant formulary acceptance and use in managed care organizations (MCOs) and institutional settings.  Positioning ABT-594 against analgesic procedures (eg: epidurals), would provide argument for MC acceptance but potentially niche the product to severe pain market.  It is likely that substantial rebating will be necessary if the chronic nociceptive pain market is targeted;  if neuropathic pain is primary focus, more price flexibility may be present due to the smaller patient population and high level of unmet need.  Marketing research and consultation with the PPD managed care department will help determine the appropriate number of studies, comparators and desired endpoints.  Inclusion of these measures into Phase III trials is key for the early acceptance and success of this product.

CONFIDENTIAL
ABBT0109831

17

| Table C.3.1. Reimbursement/Managed Care | | |
|---|---|---|
| Pricing Strategies | Requirements/Status (i.e. met or unmet) | Strategy to Achieve |
| **US**<br>• Third party/MCO reimbursement<br>• ~~Managed care~~<br>• ~~Formulary acceptance~~<br>• ~~3rd party payers~~<br>• Government reimbursement ~~Medicare/Medicaid~~ | • Unmet<br>• Unmet<br>• Unmet | • Quality of life and pharmacoeconomics end points in Phase III studies<br>• Pharmacoeconomic model<br>• First in class |
| **Europe**<br>• | • Unmet | |
| **Japan**<br>• | • Unmet | |

**C.3.2   Pricing Strategy  [Andrea/Laura to complete]**

a.  U.S.

The impact of COX 2s

b.  Rest Of World

**C.4     Sales Forecast(s) for ABT-594  [Andrea/Laura to update]**

**C.4.1   U.S. Sales Forecast**

The U.S. sales forecast for the neuropathic and chronic persistent pain market is shown in Table C.4.1, below.

CONFIDENTIAL<br>ABBT0109832

18

| Table C.4.1   U.S. Forecast  (Date of Forecast: 7/00) | | | | | |
|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2008 |
| Chronic *Persistent* Nociceptive (OA) Market Rxs (MM)  - % chg | 18.4 3.5% | 19.0 3.5% | 19.7 3.5% | 20.4 3.5% | 21.1 3.5% |
| Neuropathic Market Rxs (MM)  - % chg | 10.7 5% | 11.3 5% | 11.8 5% | 12.4 5% | 13.0 5% |
| Abbott Share CPN(%) | 1% | 3% | 6% | 8% | 10% |
| Abbott Share NP(%) | 4% | 8% | 12% | 16% | 20% |
| Abbott Rxs CPN(000) | 165 | 544 | 1,183 | 1,632 | 2,111 |
| Abbott Rxs NP(000) | 427 | 903 | 1,418 | 1,986 | 2,606 |
| Price/Rx (WAC) (2%/year increase) | $73.40 | $74.90 | $76.40 | $77.90 | $81.10 |
| Abbott Sales ($MM) | $39.4 | $98.2 | $166.7 | $236.5 | $314.5 |
| R&D ($MM) | 18 | 8 | 3 | 3 | 3 |
| SG&A ($MM) | | | | | |
| SMM (%) | | | | | |
| Div. Margin ($MM) | ($39.6) | $31.2 | $106.8 | $174.7 | $252.1 |

10 year pre-tax NPV @ 12.5% = $1.016 B

10 year post-tax NPV @ 12.5% = $587 MM

**Key forecast assumptions:**

- First in-class ChCM Neuronal Nicotinic Receptor compound for pain to market
- Indicated for treatment of neuropathic pain;  publication on use, or indication, in OA in 2006
- Effective in neuropathic pain  No addictive potential
- Titration of 3-5 days
- Efficacy equal to gabapentin, ibuprofen
- Good tolerability and safety profile; comparable to gabapentin, COX-2s
- Peak share 20% in neuropathic pain, 10% in chronic, persistent nociceptive pain
- NDA Filed 5/03, Launch 5/04
- Cost comparable to Neurontin
- Usage = 70% chronic and 30% acute
- Weighted average days per Rx = 15.6
- Stocking at 8% of first year's sales
- Physician targets: D6-10 Neuros, D3-10 Rheumatologists/Endocrinologists, D9-10 PCPs
- Sampling at 80% of details at launch, 5 units per detail, 7 days of therapy per unit
- Significant promotional and PR spend in early years
- Significant payor discounting

CONFIDENTIAL
ABBT0109833

19

- Patent expires 12/2016

**Forecast Update Plan:**

Forecast will be updated pending analysis of Phase IIb clinical trial results (March or April 2001) or before if the clinical trial plan changes from current assumptions. ~~in late June/early July 1999 to account for revised indications of OA and/or neuropathic pain and the associated spillover use in other pain states. Forecast will be available well in advance of ABT-594 Go/No Go decision in 9/99.~~

## C.4.2 Ex-U.S. Sales Forecast

The Ex-U.S. sales forecast is shown in Table C.4.2, below.

| Table C.4.2     Ex-U.S. Forecast (Date of Forecast: 6/98) | | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008** |
| Market Rxs (MM) - % chg | - | - | - | - | - |
| Abbott Share (%) | 1% | 2.5% | 3.8% | 4.5% | 5.0% |
| Abbott Rxs (MM) | - | - | - | - | - |
| Price/Rx ($) | - | - | - | - | - |
| Abbott Sales ($MM) | 60 | 150 | 250 | 300 | 320 |
| R&D ($MM) | 3.4 | 3.2 | 2.8 | 2.4 | 2.0 |
| SG&A ($MM) | 27 | 53 | 50 | 48 | 45 |
| SMM (%) | 95% | 95% | 95% | 95% | 95% |
| Div. Margin ($MM) | 26 | 85 | 182 | 235 | 251 |

10 year pre-tax NPV @ 12.5% = $428
10 year post-tax NPV @ 12.5% = $253

**Key assumptions:**

- First in class ~~ChCM~~
- Indicated for treatment of moderate to moderately-severe pain
- Effective in neuropathic pain
- Good tolerability and safety profile
- ~~No nicotinic effects  (impossible as then wouldn't work!)~~  No addictive potential
- Launched in all AI regions, including Japan, simultaneously (2003)

**Forecast Update Plan:**

~~Forecast will be updated 9/99 (in time for the Go/No Go decision) to reflect results of marketing research to be conducted 3Q 1999 regarding expected uptake of 594 in OA and neuropathic pain markets, as well as potential spill-over prescribing for other pain states.~~

CONFIDENTIAL
ABBT0109834

### C.4.3   Global Sales Forecast

The global sales forecast is shown in Table C.4.3, below.

| Table C.4.3  Global Forecast | | | | | |
|---|---|---|---|---|---|
| | **2003** | **2004** | **2005** | **2006** | **2007** |
| U.S. Sales ($MM) | | | | | |
| Ex-U.S.  Sales ($MM) | | | | | |
| Total Sales ($MM) | | | | | |
| Total Division Margin ($MM) | | | | | |

10 year pre-tax NPV @ 12.5% = $B
10 year post-tax NPV @ 12.5% = $ MM

### C.5   Facilitating Launch and Market Penetration  [Andrea/Laura to review]

~~Physicians, including neurologists, pain specialists, rheumatologists, and PCPs-internists/GPs, use analgesics in various pain states based upon efficacy in representative pain states such as diabetic neuropathy pain or osteoarthritis pain.  Quantitative market research performed in 1999 demonstrated dramatic off-label use in pain states similar to diabetic neuropathy pain and osteoarthritis where physicians are presented with an indication in these states alone.~~

CONFIDENTIAL
ABBT0109835

### C.5.1  Activities to Facilitate Launch

| ACTIVITY | PURPOSE |
|---|---|
| ~~Phase III studies in diabetic neuropathy pain~~ | ~~Demonstrate efficacy in a reference pain state that creates a foundation for efficacy in all neuropathic pain states~~ |
| ~~Phase III studies in osteoarthritis~~ | ~~Demonstrate efficacy in a reference pain state that creates a foundation to efficacy in all chronic nociceptive pain~~ |
| Pain Specialist Advisory meetings | Permits up to date knowledge of market science and pain treatment trends while building base of supportive, receptive opinion leaders with in-depth knowledge of ABT-594 (and entire neuronal nicotinic receptor program) |
| Medical education | Primes market with information regarding advances in pain management and introduces neuronal nicotinic receptor class to speed market familiarity and uptake |
| Information dissemination to publishers | Allows for discussion of class to be included in texts, professional newsletters, pharmacy alerts, etc. to build awareness and understanding of technology (NNR) pre-launch |
| Managed Care Director Advisories/Roundtables | Allows Abbott to gain understanding of reimbursement environment for pain products, key data that MCOs will need for formulary decisions to potentially include in Phase III clinical trial design |
| Publication of NNR and ABT 594 specific data at key meetings and in professional journals | Prime market with information regarding advances in pain management and introduce neuronal nicotinic receptor class to speed market familiarity and uptake |
| Public Relations Activities (media releases, etc.) | Increase general public's comfort level of nicotinic nomenclature particularly regarding the safety and lack of addictive potential for these drugs; may also generate excitement and pull-through demand |
| Market Research | Determine key drivers of pain prescribing, critical data points, entry niches, and compelling key messages |
| | |

### C.5.2  Communication Strategy  [Andrea/Laura to review]

A comprehensive communication strategy for ABT-594 as a stand alone product and as the first product of the neuronal nicotinic receptor (NNR) class is in development. Due to the importance of the entire NNR program, a specialized communications strategy vendor (Ingenix) will be working with the internal ABT-594 team to craft the plan. The overall NNR program strategy will be focused on maximizing the market potential for ABT-594 and other compounds by:
- positioning these agents as novel, effective and safe

22

- generating awareness and educating prescribers and consumers about the NNR class and ABT-594 specifically
- establishing Abbott as the market leader in NNR science

Key to success of this strategy will be the cohesive, coordinated, and aligned efforts of R&D, commercial and public affairs. NUDR Discovery, the Analgesia Venture, NPD, AI NPP, and Public Affairs will work together with the vendor to lay out comprehensive Scientific, Marketing, and Public Relations plans that will outline communication timing, content, audience, and venue for all ABT-594 data. The primary goals of the communication strategy will be:

- position Abbott as the leader in NNR drug development
- augment internal development efforts
- build a base of supportive opinion leaders
- allay consumer concerns regarding the association of these compounds with nicotine
- build a framework for NNR product positioning
- generate market awareness for upcoming product launches

A complete communication strategy publication will be prepared during the third quarter of 2000.

- ~~The communications strategy for ABT-594 is under development. A vendor, specializing in the development and execution of communication strategies (e.g., Applied Clinical Communications) will be hired in 3Q, 2000 to develop the strategy, including proposed publications and venues for dissemination (e.g., journals and scientific meetings).~~

**H.5     Patent Issues [Andrea/Jim S. to review] getting copy of patent to consider if we need to explore expanding its scope.**

A notice of allowance has been obtained from the United States Patent and Trademark Office on an application providing generic coverage for ABT-594 and a large class of structurally related analogs. The original filing date for this application dates back to October 9, 1992, and since this predates a 1996 change in patent law, we are afforded a choice of 20 years from date of filing or 17 years from date of issue, of which 17 years from issue provides the longer patent life. The anticipated expiration of patent coverage for composition of matter for ABT-594 will be June, 2016. An additional application (6013.US.01), which includes species claims to ABT-594 as well as use claims for the treatment of pain, was filed in December, 1996 and is pending. If this patent is allowed, it will provide 20 years from date of filing, which will extend the patent life of ABT-594 to December, 2016.

CONFIDENTIAL
ABBT0109837

23

The original application providing generic composition of matter coverage was filed broadly ex. U.S. (WO94/08992) and this application published on April 28, 1994.  A second foreign filing (WO96/40682) published on December 19, 1996.  These cases are all still pending.

CONFIDENTIAL
ABBT0109838

24

## Addenda

1.1    **Highlights re: ABT-594**

1.2    **Historical Changes to ABT-594 Target Product Profile**

- At PPCC, indications considered for ABT-594 were acute vs. chronic pain, with an acute pain claim being considered to have a shorter development course (if long term toxicology studies were not required).
- The FDA (3/98) related their concern that an oral dosage form may be used for chronic therapy even if labeled for acute. Long term toxicology would be required, therefore, even for acute claims.
- Decision analysis review of the program (3/98 - 7/98) arrived at several conclusions:
  - A general pain indication associated with a longer development cycle had greater value than an acute indication associated with a shorter development cycle.
  - Carcinogenicity studies should be initiated prior to first Phase II results.
  - Follow-on compounds (in the same cholinergic channel modulator class and in different pharmacologic classes) should be developed.
- Data from the first Phase II study (single dose molar extraction) indicated that ABT-594's onset of action is 1.5 - 2 hours post dose. Because a general pain indication requires efficacy in acute pain states (with more rapid onset of action), ABT-594 was considered unlikely to achieve a general indication. The current clinical plan targets disease-specific chronic pain indications.

The global target indications for ABT-594 are for the treatment of pain associated with diabetic neuropathy and for the treatment of pain with osteoarthritis.

CONFIDENTIAL
ABBT0109839

# Landsberg Deposition Exhibit 6

# P's Exhibit CO



Laura Robinson
08/21/2000 12:07 PM

To: Andrea Landsberg/LAKE/PPD/ABBOTT@ABBOTT
cc: Michael K Biamesen/LAKE/PPRD/ABBOTT@ABBOTT, Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT
Subject: Re: ABT-594 Commercial Section w/ Laura Robinson Input

Thanks for the clarification Andrea...

Changing target profile for N&V to "low" probability should suffice, rather than changing the target itself.

I still think the COX-2s are too high a standard in terms of tolerability, at least based on Jim's and my original forecasting assumptions for the September 1999 Portfolio review, which set market share at 10% of PCN and 20% for NP.

I agree we cannot be too far behind current treatments in terms of tolerability, but our (J. Doran's and my) assumptions for the September 1999 forecast used tramadol as the benchmark for AEs and efficacy in persistent chronic nociceptive pain, and gabapentin as the benchmark for efficacy in neuropathic pain (tramadol has 34% nausea, 31% dizziness, 23% somnolence and 13% vomiting; neurontin has 6% nausea, 27% dizziness, 31% somnolence and <5% vomiting).

The profile presented at the September portfolio review for PCN was "better efficacy than COX-2's/NSAIDS and tramadol with comparable AE's to tramadol (or better, with titration). For neuropathic pain, target efficacy was greater than gabapentin (AE profile for neuropathic pain vs nocicpetive pain was not well defined, except to say that with titration, AE's could be somewhat worse than gabapentin, assuming greater efficacy. Appropriate trade-off between N&V, dizziness, somnolence, etc. will be difficult to judge without market research)

The market share in nociceptive pain (target market is limited to "persistent chronic", which is only 9.4% of the chronic pain population (base on J. Doran's estimates), and assumes only 10% share of this PCN market) reflects the fact that we do not expect large uptake in the patient segment that will experience adequate pain relief from COX-2s. We target efficacy greater than COX-2s and, therefore, we are not held to the same AE profile.

Please let me know if your assumptions have changed vs the J. Doran's original (September 1999) forecast - your total sales numbers do look somewhat higher ($367MM in 2008 vs current $446MM), although your share assumptions are the same. Otherwise, I think the profile assumptions outlined under the forecast section should reflect the assumptions presented in the last Portfolio Review (efficacy superior to COX-2's/NSAIDS and tramdol in chronic nociceptive and superior to gabapentin in neuropathic pain; AE profile comparable to tramadol (or better with titration)

We can continue to discuss before final draft is due

Best Regards,

Laura

Laura


Andrea Landsberg


Andrea Landsberg                           08/21/2000 10:56 AM

Landsberg   DEP. EX. NO. 6
FOR ID., AS OF 2-16-07 PC

CONFIDENTIAL
ABBT0161930

To:      Michael K Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT, Bruce
         McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Laura Robinson/LAKE/AI/ABBOTT@ABBOTT
cc:
Subject:  Re: ABT-594 Commercial Section w/ Laura Robinson Input

Review of Laura's edits:
No issues, of course, with any of the ex-us data or verbiage.

Positioning options - okay to change (Laura - I was taking comparable tolerability to not be applying just to
N&V)

Target profile -- we changed the 'probability' for low N&V to LOW;  I assumed we were trying to keep the
'history' of these changes so left as is -- if it is typical that we change these targets to reflect higher
probability outcomes, it is fine with me to change.

Target product label -- I agree we are likely not to achieve such levels, however we need to be 'targeting'
keeping these as low as possible via titration/ alternate formulations/ etc. These numbers were not meant
to be 'absolutes' from me, just starting points for us to keep in mind vis-a-vis the competition -- Aldona
and I discussed last week.

Pricing/reimbursement -- okay to change

Forecast assumptions -- again, not taking tolerability and safety to only be applying just to V&N;  was
thinking of dizziness re: gabapentin;  also, COX-2s do have a lot of nausea that may have persistent
duration, perhaps unlike 594's which may be transient (related to increasing dose) -- I do think, at least in
the US, unless we are targeting just current opioid-using, severe pain population we will have to not be
that far behind these products (gabapentin and cox2s) in tolerability to get any use (especially in 2004).  I
am using this here to be sure we stay very aware of just how important this issue of tolerability is to gain
any market share; I also thought that we were assuming the current trial with titration was supposed to
greatly reduce the N&V issue (please let me know if this is a misunderstanding on my part) -- I know we
have some definite signs that that is likely not the case (re: early discontinuations), but should we be
adjusting assumptions before we really have all the data analyzed?

Table C4.2 -- noticed that the title says US, not Ex-US forecast

That's all I had comments on -- please let me know what the consensus views are.  Mike, will we have
one final chance to review the entire document again so that Laura and I can be sure we are comfortable
with it in all its nuances?

Thanks,
Andrea


Michael K Biarnesen

       Michael K Biarnesen              08/21/2000 09:04 AM

To:      Catherine K Kacos/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Andrea Landsberg/LAKE/PPD/ABBOTT@ABBOTT, Aldona T
         Matalonis/LAKE/PPRD/ABBOTT@ABBOTT, Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Laura
         Robinson/LAKE/AI/ABBOTT@ABBOTT
Subject:  ABT-594 Commercial Section w/ Laura Robinson Input

Cathy,

CONFIDENTIAL
ABBT0161931

Attached is the commercial section with input from Laura (shown as edits in red.)  I have also included some clarifications that Andrea and I agreed to.  Please incorporate these changes into the controlled draft.  Do not pick-up any edits to the draft label section without Aldona's input (Aldona - please review.)

Andrea / Bruce,  Laura raises some questions in her input, most significantly the question in her cover note below.  Please review and comment.

Mike B



594 development plan - commercial sections, 8-21 with Laura Robinson & Mike B
---------------------- Forwarded by Michael K Biarnesen/LAKE/PPRD/ABBOTT on 08/21/2000 09:00 AM
-------------------------

  Laura Robinson
                      08/20/2000 06:27 PM

To:       Michael K Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT, Andrea
          Landsberg/LAKE/PPD/ABBOTT@ABBOTT
cc:
Subject:  Re: revised 594 development plan

I was out of the office all last week at an Abbott off-site.

Attached are my edits.  The only issue I have is that we still seem to be over-promising on the profile for ABT-594 regarding tolerability.  There are several places where "tolerability comparable to COX-2's" is mentioned.  I think this is completely out of the realm of possibility.  What about changing it to "tolerability no worse than oxycontin" or maybe our target is better than that with titration, e.g, "comparable to gabapentin after titration".  I don't believe that Jim Doran's any my original assumption for chronic nociceptive profile was "tolerability like COX-2s with high efficacy".  I remember talking about tramadol as the benchmark, which still has fairly significant nausea/vomiting relative to typical NSAIDs.

What is your view on this?

Regards,

Laura

CONFIDENTIAL
ABBT0161932

1

## B. Marketplace: Chronic Neuropathic and Nociceptive Pain

**B.1 a**  Chronic Neuropathic Pain Marketplace SWOT Analysis

Table B.1a includes a summary of the strengths, weaknesses, opportunities and threats associated with the Chronic Neuropathic Pain marketplace with respect to the development of ABT-594.

Deleted: information presented in this section

| Table B.1a SWOT Analysis (Strengths/Weaknesses/Opportunities/Threats) | | |
|---|---|---|
| **CATEGORY** | **ITEM (Impact)** | **STRATEGY** |
| **Strengths** | Indication in neuropathic pain will likely lead to spillover use in chronic nociceptive pain (High) | Obtain indication for neuropathic pain (as broadly as possible) |
| | Few products have indication for neuropathic pain, which should limit the sales and marketing efforts required to penetrate the market(High) | Conduct or fund trials in neuropathic and chronic nociceptive pain beyond diabetic neuropathy |
| | Increasing incidence of diabetes and subsequent diabetic neuropathy market (Mod) | Capitalize on indication labeling through appropriate sales and marketing campaign |
| | Bulk of competition is generic (Mod) | |
| **Weaknesses** | Current leading treatment (gabapentin) perceived as effective, safe and well tolerated (High) | Conduct trials to compare efficacy and tolerability to market leaders |
| | Diabetic and other neuropathies are often underdiagnosed and mis/under-treated (Mod) | Monitor competitive landscape and adjust clinical development and marketing strategies appropriately |
| | Painful aspect of neuropathy is not always present or persistent (Mod) | Take advantage of cross-divisional expertise and presence in markets new to PPD (e.g.: Medisense in diabetes) |
| | Limited regulatory history for indication (Mod) | |
| | Advances in the treatment of glycemic control could decrease the rate at which diabetic neuropathy occurs (Low in near term) | Support screening and aggressive treatment of diabetic and other neuropathies |
| | | Work closely with regulatory and plan for 'End of Phase II' FDA meeting |
| **Opportunities** | Large unmet need for effective treatments (High) | Demonstrate equal or better efficacy to currently available agents |
| | Increasing focus on aggressive treatment of pain (Mod) | Demonstrate equal or better tolerability to currently available agents |
| | Novel mechanism may generate increased excitement (Low) | |
| **Threats** | Gabapentin follow-on compound, pregabalin, may be even more effective than gabapentin and may pursue indication for neuropathic pain (High) | Maximize efficacy, safety and convenience of compound and formulation |
| | Pricing pressure from managed care, government due to shift from low cost generics (Mod) | Conduct pharmacoeconomic studies and garner support of patient advocacy groups |
| | Nicotinic association could decrease public acceptance and raise fears regarding addictive potential (Mod) | Develop and execute public relations plan to allay fears regarding nicotine |
| | Treatment aimed at the underlying neuropathic process (e.g. bimoclomol for diabetic neuropathy) | Conduct studies to demonstrate non-addictive nature of compound |

CONFIDENTIAL
ABBT0161933

2

| could limit market for neuropathic pain agent (Low) | |
|---|---|

### B.1 b  Chronic Nociceptive Pain Marketplace SWOT Analysis

Table B.1b includes a summary of the strengths, weaknesses, opportunities and threats associated with the Chronic Nociceptive Pain marketplace with respect to the development of ABT- 594.

<div style="border:1px dashed">Deleted: information presented in this section</div>

| Table B.1b SWOT Analysis (Strengths/Weaknesses/Opportunities/Threats) | | |
|---|---|---|
| CATEGORY | ITEM (Impact) | STRATEGY |
| Strengths | Large, growing market consisting of primarily OA, RA and back pain (High)<br><br>Increasing incidence of chronic pain conditions with aging population (Mod)<br><br>Over 50% of chronic pain patients take a medication every day (Low) | Conduct trials in OA or other chronic nociceptive pain areas for indication or publication |
| Weaknesses | Titration may limit use relative to competitors (Mod) | Optimize titration schedule for least impact on prescribing and work on formulation to minimize or eliminate need for titration<br><br>Consider addition of titration package for sales / samples |
| Opportunities | Significant unmet need for alternative to opioids that have equal efficacy with less side effects and no scheduling (High)<br><br>"Ceiling effect" of NSAIDs and COX 2 competitors (Mod)<br><br>Novel mechanism may generate significant degree of interest and trial (Mod) | Conduct opioid sparing or opioid replacement trials<br><br>Conduct studies to demonstrate non-addictive nature of compound<br><br>Position 594 as 'bridging' compound after ceiling effect reached and before use of scheduled narcotics |
| Threats | COX –2s may be firmly entrenched as market leaders for all chronic pain conditions (Mod)<br><br>Combination products combining opioids with non-opioid analgesics or potentiators may meet market demand for improved side effect profile and offer steep competition (Mod) | Demonstrate key benefits over current and potential competitors in terms of efficacy or safety<br><br>Carefully position along pain severity spectrum to preserve a target patient population |

<div style="border:1px dashed">Deleted: fo</div>

### B.2  Epidemiology/Disease Class

Pain is the most common symptom of disease and the most frequent complaint with which patients present to physicians.  Chronic pain, including both neuropathic and nociceptive pain, is considered to be the single most common cause of suffering and disability in the industrialized

Version 1, revised 7/31/2000dd...nr development plan/2000-revised July

CONFIDENTIAL
ABBT0161934

3

world with an estimated 25-30% of the population experiencing some form of chronic pain. Chronic neuropathic pain is a frequent sequela of diabetes, cancer, AIDS and other viral infections, as well as 'entrapment' disorders such as carpal tunnel syndrome.

Diabetes and its major cause, obesity, are increasing at an alarming rate in the United States; the number of type II diabetics is estimated at 15 million in 2000. Despite advances in treatment, the development of diabetic complications such as neuropathy remains significant. The diagnosed prevalence of diabetic neuropathy is estimated to be about 2 to 3 million patients, with at least 10 to 20% of those patients experiencing painful symptoms.

It is estimated that almost a million people in the U.S. and 35 million people world-wide are infected with the AIDS virus. AIDS related neuropathic pain is estimated to affect approximately 40% of HIV-infected individuals. The primary form is a distal, symmetric, predominantly sensory neuropathy. A 1996 study found that only 15% of patients with AIDS related pain receive adequate treatment for their pain, with 25% receiving no analgesics and 40% being prescribed only NSAIDs indicating a significant unmet need for analgesia in this population. Post-herpetic neuralgia is another virally induced neuropathic pain syndrome. Annually, acute Herpes zoster infection (shingles) occurs in almost a quarter of a million people over the age of 60 in the US alone. Pain lasting more than one year has been reported in 22% of patients over the age of 55 and in 48% of those over 70 years of age. The incidence of acute shingles and subsequent post-herpetic neuralgia is likely to increase with the aging population.

In cancer, nerves can be damaged by mechanical distortion from a tumor mass, chemotherapy, or radiation therapy and therefore neuropathic pain is common. A 1999 report showed that 36% of cancer patients suffer from neuropathic pain and it is estimated that in half of cancer patients whose pain is rated as moderate or greater that primarily a neuropathic, rather than nociceptive, pain process is the cause. An estimate of the prevalence rate for cancer-related neuropathic pain in the US is 200,000.

Other neuropathic pain syndromes include entrapment neuralgias such as carpal tunnel syndrome (estimated 1% of the population) and some chronic low back pain patients (up to 10% of all chronic back pain is thought to be neuropathic in origin). Additional etiologies of neuropathic pain include amputations, multiple sclerosis, reflex sympathetic dystrophy, stroke, and spinal cord injury.

CONFIDENTIAL
ABBT0161935

4

Chronic nociceptive pain categories include osteoarthritis, chronic back and neck pain, rheumatoid arthritis, and cancer pain and these diagnoses are expected to become more prevalent as the population ages.  Current overall prevalence for these disorders is staggering, over 200 million worldwide, and, although the diagnosed and treated populations are lower, improved treatment options and awareness have the potential to drive significant growth.  Osteoarthritis (OA) is one of the most common nociceptive pain conditions treated by primary care physicians and three-fourths of OA sufferers surveyed indicate that the disease interferes with their daily activities.  Chronic back and neck pain are also highly prevalent and represent an estimated 40% of a PCP's chronic pain patient population.

A summary of the prevalence of relevant chronic pain diagnoses is shown in Table B.2c.

| Table B.2c  Prevalence of Key Target Pain Diagnoses | | |
|---|---|---|
| | Est. 2000 Prevalence (MM) | |
| Diagnosis | U.S. | Ex-U.S.[3] |
| Neuropathic Pain in Diabetic Neuropathy[1] | 0.6 | 0.9 |
| Postherpetic and Trigeminal Neuralgia[1] | 0.5 | 0.7 |
| Osteoarthritis[2] | 9.4 | 24.3 |
| Chronic Low Back Pain[2] | 8.5 | 21.6 |
| Rheumatoid Arthritis[2] | 1.9 | 2.9 |
| Cancer Pain[2] | 1.0 | 1.2 |
| Total for Key Pain Diagnoses | 21.9 | 51.6 |

1.  Decision Resources, 1999.
2.  Decision Resources, 1999 (Data presented reflects *diagnosed* prevalence)
3.  Germany, France, Italy, Spain, UK, and Japan.

B.3   Market Overview

The economic burden of pain in the United States is estimated to be $100 billion a year in direct and indirect costs. Approximately 95 million Americans per year receive drug therapy for pain,

Version 1, revised 7/31/2000ckk…ax development plan/2000-revised July

CONFIDENTIAL
ABBT0161936

5

which represents only about 50% of those who suffer from pain. Physician or patient concern about drug safety and side effect profiles, fear of addiction, the use of OTC therapies, or non-pharmacological treatments account for the 30-50% of patients who seek treatment for pain but are not prescribed an analgesic. Efforts to change this mindset, however, are likely to result in a greater percentage of sufferers receiving pharmacologic therapy. Pain specialists, advocacy groups and patients have campaigned vigorously for more aggressive treatment of pain over the last decade. One trend toward acceptance of this more aggressive treatment approach is the 11% and 14% growth (1999 over 1998) for codeine/codeine combination agents and morphine prescriptions respectively. Ex-US sales of narcotic analgesics have also increased significantly with an annual growth rate of 14% from 1997 to 1999. In the US, the great success of the recently launched COX-2 analgesics, achieved by growing the market with minimal erosion of the NSAID class, speaks to the increasing consciousness regarding pain management and the high unmet need for drugs that are safer, yet maintain equivalent efficacy, than those currently available. It is expected that, as improved treatments become available and awareness of the long term benefits of adequate pain management becomes widespread, the pain market will grow considerably. Ex-US sales of the COX-2's have been much less spectacular ($135MM in 1999) likely due to the significant price premium over traditional NSAID, in an era when government health systems are experiencing downward pricing pressure. New pain treatments will need to demonstrate significant improvements over currently available agents to ensure regulatory approval (particularly in Europe) and widespread usage by physicians, who are increasingly involved in cost-containment measures.

Deleted: vociferously / Deleted: standard / Deleted: T / Deleted: large

Chronic pain sufferers may account for as much as 20% of the adult population implying over 130 million adults in the seven major pharmaceutical markets suffer from chronic pain. It is estimated that only one-half of chronic pain patients obtain adequate pain relief. The chronic pain market can be segmented into two major groupings, neuropathic and nociceptive. Chronic neuropathic pain includes the pain associated with diabetic polyneuropathy, post-herpetic neuralgia, sciatica, entrapment neuropathies (such as carpal tunnel syndrome), phantom-limb syndrome, and others. Chronic nociceptive pain includes pain associated with osteoarthritis, rheumatoid arthritis, lumbar spine disease, cancer, and other causes. Neuropathic and nociceptive pain differ in symptoms, pathophysiology and treatments.

Neuropathic pain is a significant, yet largely untapped market. Estimates vary widely for the number of worldwide sufferers, from as low as 20 million to as high as 50 million or more. Estimates of the number of cases is limited by inadequate epidemiological studies. One report puts the total US prevalence of neuropathic pain at 4 million. Neuropathic pain is often treated

Version 1, revised 7/31/2000/kk...nr development plan/2000-revised July

CONFIDENTIAL
ABBT0161937

6

with tricyclic antidepressants (TCAs), anticonvulsants (e.g. gabapentin) and alpha adrenergic agonists; collectively, these drug classes are sometimes referred to as "adjuvant pain medications". An estimated 50% of drug uses for neuropathic pain conditions are for anti-epileptic agents, with the TCAs accounting for about 25% of uses. PCPs prescribe OTC analgesics or prescription NSAIDs for neuropathic pain more than other specialties, even though there is little evidence for their usefulness in for this condition.

US sales in 1999 for the key non-analgesic neuropathic pain treatments, Neurontin, carbamazapine, and tricyclic antidepressants (TCAs), are estimated to be $350 million. Neurontin sales account for the bulk of this, with an estimated 40% of this antiepileptic drug's sales being for neuropathic pain; Neurontin's 2000 sales are expected to reach $1 billion with perhaps 50% of its uses being for neuropathic pain. This dollar market value likely underestimates this market's potential due to a number of factors. Only the anticonvulsant Tegretol (carbamazapine), which is off-patent, has a specific indication for neuropathic pain in the US (although Neurontin (gabapentin) recently received an indication in the UK for the treatment of neuropathic pain). Therefore there has been no funding from the pharmaceutical industry to improve diagnosis and treatment of neuropathic pain and drive market growth. Of even greater impact on total market sales, most of the agents used to treat this population, with this exception of Neurontin, are low cost, generic products.

Ex-US sales of carbamazapine and Neurontin for treatment of neuropathic pain are estimated to be approximately $140MM in 1999. Carbamazapine is still the treatment of choice ex-US, with sales of approximately $60MM in neuropathic pain. Neurontin has achieved only $33MM in sales for this pain segment, with a price approximately 3-4 times that of carbamazapine, suggesting a patient share of only 10-20%.

Significant unmet need remains in the treatment of neuropathic pain since few medications provide complete pain relief and most adjuvant medications have significant side effects. As the prevalence of the underlying disorders (diabetes, herpes zoster, etc) increases with the aging population and more effective and tolerable medications become available, the neuropathic pain market has the potential to experience significant growth. The following tables show the factored U.S. and ex-U.S. prescription and sales volume for key neuropathic pain therapies 1999.

**Table B.3a.  1999 Key Neuropathic Pain Products, Estimated TRxs**

| Class | 1999 U.S. TRx | U.S. TRx CAGR | 1999 ex-U.S. TRx | ex-U.S. TRx |
|-------|---------------|---------------|------------------|-------------|

CONFIDENTIAL
ABBT0161938

7

|  | (MM) | '97-'99 | (MM) | CAGR '97-'99 |
|---|---|---|---|---|
| Neurontin | 3.3 | 26.3% | N/A | N/A |
| Carbamazapine | 1.0 | 12.6% | N/A | N/A |
| TCAs | 8.2 | 1.1% | N/A | N/A |
| TOTAL | 12.5 | 5.6% | N/A | N/A |
| Source: IMS, factored for neuropathic uses. | | | | |
| N/A = not available | | | | |

Version 1, revised 7/31/2000/kk....nc development plan/2000-revised July

CONFIDENTIAL
ABBT0161939

8

**Table B.3b.  1999 Key Neuropathic Pain Products, Estimated $ Sales**

| Class | 1999 U.S. Sales ($MM) | U.S. Sales CAGR '97-'99 | 1999 ex-U.S. Sales ($MM) | ex-U.S. Sales CAGR '97-'99 |
|---|---|---|---|---|
| Neurontin | $308 | 28.7% | $53 | 57.6% |
| Carbamazapine | $17 | 13.1% | $82 | 6.5% |
| TCAs | $26 | -3.3% | NA | NA |
| TOTAL | $351 | 21.7% | 149 | 31.1% |

Source: IMS, factored for neuropathic uses
Ex-U.S. data includes retail pharmacy data from all audited markets.

Deleted: and hospital data from major European markets and Canada only.

Nociceptive pain is categorized by duration (acute or chronic) and by severity (mild, moderate, and severe).  The mild and, to a lesser extent, moderate segments have multiple product entries and are generally well satisfied by OTC products such as aspirin, acetaminophen, ibuprofen.  The prescription market for nociceptive pain is made up of four key classes of analgesics:  NSAIDs, COX-2s, Opioids (and combination products), and Other Non-Opioids (including aspirin, acetaminophen, and synthetic non-opioids).

Prescription NSAIDs are generally written for chronic pain of moderate severity.  NSAIDs/COX-2s exhibit analgesic and mild anti-inflammatory properties, and are drugs-of-choice in such pain conditions as osteoarthritis, rheumatoid arthritis and lower back pain.  NSAIDs/COX-2s have fewer central nervous system side effects than opioids.  NSAIDs, however, can cause potentially serious renal and gastrointestinal side effects, including gastric ulceration and bleeding.  COX-2s may appear to have a lower rate of these adverse events, due to increased selectivity of action.  However, current COX-2s do not eliminate the risk of GI complications completely.  Another drawback of NSAIDs/COX-2s is the presence of a 'ceiling effect' in which even additional amounts of drug fail to increase analgesic activity.  This factor often leads to the use of stronger analgesics such as opioids.

The moderate and severe segments of the market have many opioid product offerings that are mostly generic, undifferentiated and inexpensive.  While opioids and combination opioids accounted for the majority (53%) of analgesic prescriptions in 1999, they account for less than one-third of the prescription analgesic sales.  Some branded opioids, however, have recently been very successful (OxyContin is projected to have 2000 revenues of $1 billion).

Version 1, revised 7/31/2000:kk....nc development plan/2000-revised July

CONFIDENTIAL
ABBT0161940

9

Opioids are scheduled, a regulatory status that creates administrative burdens and barriers to prescribing and these barriers are particularly high in European markets. In general, opioid use ex-US is largely restricted to cancer pain and there exists a large unmet need for effective treatment of severe pain. There are significant country to country differences, however. Physicians in Scandinavia, the UK, and France are more likely to prescribe opioids compared to other ex-U.S. countries and usage has increased considerably over the past 5 years. In Italy, Spain and Germany, opioid use is extremely restricted, requiring patient identity cards and special prescription forms that must be obtained, in person, by the physician; morphine is often considered a last resort.

<div style="float:right">

**Deleted:** and [Japan-verify]

**Deleted:** prescriptions have

</div>

In the U.S., opioid analgesics are considered the drugs-of-choice for acute nociceptive pain, especially of moderately-severe to severe intensity. However, as elsewhere, US physicians often avoid prescribing opioids for chronic pain conditions due to fear of tolerance and addiction and due to the scheduled status of this analgesic class. As mentioned previously, the efforts of advocacy groups and pain specialists are being directed at encouraging appropriate use of strong pain medications and opioids are the most commonly prescribed medication for cancer pain.

"Other Non-Opioids" include (1) non-opioid/non-NSAID agents like aspirin, acetaminophen or Ultram (tramadol), and (2) NSAIDs that are positioned and marketed primarily as analgesics, such as ketorolac or bromfenac sodium. These non-opioids are generally used in place of opioids to treat moderate pain, or in some cases, moderately-severe pain.

Most analgesics are indicated for the treatment of one or more specific nociceptive pain states (e.g. osteoarthritis). Depending on its characteristics, however, a significant number of a product's prescriptions may come from non-indicated pain states (i.e., spillover prescriptions). A product indicated for osteoarthritis, for example, is likely to be prescribed for chronic lower back pain, rheumatoid arthritis, and other pain states with similar clinical characteristics or etiologies. Efficacy in osteoarthritis has become a benchmark for analgesic efficacy in most chronic nociceptive pain states of mild to moderately severe intensity.

The following tables show U.S. and ex-U.S. prescription and sales volume for key nociceptive pain classes for 1999. Please note that up to 50% of these prescriptions may be for acute uses; also, not all chronic pain patients take medication every day and therefore also fall out of the potential population for ABT-594 treatment (due to its likely titration requirements).

Version 1, revised 7/31/2000:kk....nr development plan/2000-revised July

CONFIDENTIAL
ABBT0161941

10

**Table B.3c. 1999 Key Prescription Nociceptive Pain Products, TRxs**

| Class | 1999 U.S. TRx (MM) | U.S. TRx CAGR '97-'99 | 1999 Ex-U.S. TRx (MM) | Ex-U.S. TRx CAGR '97-'99 |
|---|---|---|---|---|
| NSAIDs | 70.7 | -1.4% | N/A | N/A |
| COX-2s | 22.4 | N/A | N/A | N/A |
| Opioids[1] | 153.8 | 2.5% | N/A | N/A |
| Other Non-Opioids[2] | 45.4 | -0.9% | N/A | N/A |
| TOTAL | 292.3 | 0.8% | N/A | N/A |

Source: IMS
N/A = not available or not applicable
[1]Includes IMS groups:  Morphine, codeine and combos, propoxyphene, synthetic narcotics (non-injectables only)
[2]Includes IMS groups:  Synthetic non-narcotics, aspirin, acetaminophen (non-injectables only)

Version 1, revised 7/31/2000:kkk....mc development plan/2000-revised July

CONFIDENTIAL
ABBT0161942

11

**Table B.3d.    1999 Key Prescription Nociceptive Pain Products, $ Sales**

| Class | 1999 U.S. Sales ($MM) | U.S. Sales CAGR '97-'99 | 1999 ex-U.S. Sales ($MM) | ex-U.S. Sales CAGR '97-'99 |
|---|---|---|---|---|
| NSAIDs | $1,565 | -3.2% | $3,467 | -0.5% |
| COX-2s | $1,558 | N/A | $136 | N/A |
| Opioids[1] | $2,127 | 8.2% | $767 | 14.2% |
| Other Non-Opioids[2] | $1,431 | -4.6% | $1,437 | 0.6% |
| TOTAL | $6,681 | 4.5% | $5,467 | 1.3% |

Source: IMS
[1]Includes IMS groups:  Morphine, codeine and combos, propoxyphene, synthetic narcotics (non-injectables only)
[2]Includes IMS groups:  Synthetic non-narcotics, aspirin, acetaminophen (non-injectables only)
Ex-U.S. data includes retail pharmacy data from all audited markets. · · · · · · · · · Deleted: and hospital data from major European markets and Canada only.

Version 1, revised 7/31/2000:kk...sx development plan/2000-revised July

CONFIDENTIAL
ABBT0161943

1

## B.4   Current Treatment Options

| TABLE B.4A  CURRENT ORAL TREATMENT OPTIONS:  NEUROPATHIC PAIN | | | | |
|---|---|---|---|---|
| Category | Drug Class | Mechanism of Action | Pain Treated | Issues |
| Antiepileptics as analgesics* | Gabapentinoids (gabapentin) | Unknown | Distal symmetric neuropathic pain (diabetes, HIV, idiopathic, etc.)<br><br>Post herpetic neuralgia (PHN) | Strength:  Effective, well tolerated, not metabolized, no drug interactions<br><br>Side effects:  Dizziness at high doses<br><br>Other drawbacks:  No neuropathic claim in US; cost; modest analgesic effect, titration |
| | Iminostilbenes (carbamazepine) | Slows voltage-gated Na$^+$ channel activation recovery | Trigeminal neuralgia | Strengths:  Very effective, inexpensive<br><br>Side effects:  Ataxia, dysmetria, unsteadiness, hepatotoxicity, aplastic anemia, hypersensitivity reactions<br><br>Other drawbacks:  Drug interactions |
| Antidepressants as analgesics | Tricyclic antidepressants (amitriptyline, nortriptyline) | Probably inhibit biogenic amine reuptake | Distal symmetric neuropathic pain (diabetes, HIV, idiopathic, etc.)<br><br>Post herpetic neuralgia (PHN) | Strengths:  Modest analgesic effect, inexpensive<br><br>Side effects:  Anti-cholinergic (dry mouth, sedation), cardiac arrhythmia, weight gain<br><br>Other drawbacks:  Cardiac effects, titration |
| | Mixed serotonin and norepinephrine reuptake inhibitors (venlafaxine) | Mixed serotonin and norepinephrine reuptake inhibitors (venlafaxine) | Distal symmetric neuropathic pain (diabetes, HIV, idiopathic, etc.)<br><br>Post herpetic neuralgia (PHN) | Strengths:  Modest analgesic effect, inexpensive?<br><br>Side effects:  Anti-cholinergic (dry mouth, sedation), cardiac arrhythmia<br><br>Other drawbacks:  Cardiac effects, titration |
| Miscellaneous | Opioid and norepinephrine reuptake inhibitor (tramadol) | Opioid and norepinephrine reuptake inhibitor | Distal symmetric neuropathic pain (diabetes, HIV, idiopathic, etc.)<br><br>Post herpetic neuralgia (PHN) | Strengths:  Moderate pain relief without the opiate stigma, non-scheduled<br><br>Side effects:  Nausea, vomiting, sedation<br><br>Other drawbacks:  May reinitiate physical dependence in previously opioid-dependent patients. May eventually receive scheduled status |

* Many newer antiepileptic agents (e.g., Tiagabine, lamotrigine) have recently or will soon undergo clinical trials in neuropathic pain.

Version 1. revised 7/31/2000/dh…xz development plan/2000-revised/July

CONFIDENTIAL
ABBT0161944

1

| TABLE B.4B  CURRENT TREATMENT OPTIONS: NOCICEPTIVE PAIN | | | | |
|---|---|---|---|---|
| Category | Drug Class | Mechanism of Action | Pain Treated | Issues |
| Opioid | Opioids (e.g., morphine, codeine) | Opioid receptor activation | Surgery, injuries, musculoskeletal disorders, cancer<br><br>Moderate to severe pain<br><br>Opioids are the drugs of choice for severe acute pain and cancer pain | Strength: Potent analgesic effect, inexpensive<br><br>Side effects: Constipation, Nausea and Vomiting, Sedation, Cognitive Impairment, Respiratory Depression, Pruritis<br><br>Other drawbacks: Development of tolerance, addiction potential, scheduled drugs, do not reduce inflammation |
|  | Opioid Combination with another analgesic (e.g., aspirin or acetaminophen) | Opioid receptor activation<br><br>Combination preparation offsets opioid side effects by adding second analgesic with a different mechanism of action | Surgery, injuries, musculoskeletal disorders<br><br>Moderate to severe pain | Strengths: Potent analgesic effect, and depending on combination agent, may also decrease inflammation and body temperature; reduced opioid side effects<br><br>Side effects: All effects associated with each of the drugs administered, although reduced in frequency and severity<br><br>Other drawbacks: All drawbacks associated with each of the drugs administered |
| Non-Opioid | NSAIDS | Inhibit the synthesis of prostaglandins, which are responsible for inflammation, increased body temperature, and sensitization of pain receptors | Osteoarthritis, rheumatoid arthritis, lower back pain, and other chronic pain conditions in addition to some mild to moderate acute pain conditions | Strengths: Fewer CNS side effects than opioids, and no addiction potential, inexpensive<br><br>Side effects: Gastric ulceration and bleeding<br><br>Other drawbacks: Ceiling effect (complete pain relief cannot be achieved even after dose escalation) |

CONFIDENTIAL
ABBT0161945

2

| TABLE B.4b CURRENT TREATMENT OPTIONS: NOCICEPTIVE PAIN (CONT.) | | | | |
|---|---|---|---|---|
| Category | Drug Class | Mechanism of Action | Pain Treated | Issues |
| Non-Opioid (con't.) | COX-2 Inhibitors (e.g., celecoxib) | Inhibit the synthesis of prostaglandins, which are responsible for inflammation, increased body temperature, and sensitization of pain receptors

Preferential COX-2 vs. COX-1 inhibition may reduce risk of GI interaction | Osteoarthritis, rheumatoid arthritis, lower back pain, and other chronic pain conditions In addition to some mild to moderate acute pain conditions | Strengths: Claim fewer GI side effects than NSAIDS with similar analgesic effect

Side effects: Peripheral edema

Other drawbacks: cost |
| | Acetaminophen | Mechanism of action is poorly understood, but appears to involve effects in the CNS (has analgesic and antipyretic effects) | Sprains, strains, injuries, musculoskeletal pain, osteoarthritis

Management of mild to moderate pain | Strengths: Has no effects on platelet function, has no GI toxicity; has fewer CNS side effects than do opioids, inexpensive

Side effects: May be hepatotoxic in heavy drinkers and patients with liver disease

Other drawbacks: Lacks anti-inflammatory activity. Ceiling effect (complete pain relief cannot be achieved even after dose escalation) |
| Miscellaneous | Opioid and norepinephrine reuptake inhibitor (tramadol) | Dual mechanism of action via opioid and non-opioid mechanisms (norepinephrine reuptake inhibitor) | Used in the treatment of moderate to severe pain | Strengths: Moderate pain relief without the opiate stigma, non-scheduled

Side effects: Nausea, vomiting, sedation

Other drawbacks: May reinstate physical dependence in previously opioid-dependent patients. May eventually receive scheduled status |

2

CONFIDENTIAL
ABBT0161946

3

**B.5    Competitive Analysis – Emerging Competition  [Andrea/Laura to review]**

Almost 100 compounds are currently in development for prescription pain management, though some of these compounds are also being developed for ~~other~~ non-analgesic indications. The majority of the analgesic compounds in the pipeline represent incremental improvements to the opioids or NSAIDs, or consist of new formulations or delivery mechanisms for the standard analgesics. Fewer than 30% of the compounds in development have novel mechanisms of action. Drugs with novel mechanisms are expected to provide the bulk of the promoted competition for ABT-594.

Among the novel agents in development, the greatest threat to ABT-594 is likely to be posed by other nicotinic compounds in development for pain. ABT-594, now in Phase IIb trials, is suspected to be the most advanced nicotinic compound in the analgesia pipeline. The first nicotinic compounds from competitors to be launched in the class may be for Alzheimer's Disease or Parkinson's Disease. These compounds do not represent a threat to ABT-594, unless significant safety concerns or evidence of tolerance, dependence or abuse are an issue and become associated with the class as a whole.

The pipeline for the treatment of neuropathic pain does not have a blockbuster compound on the order of the COX-2 inhibitors. However, pregabalin, the follow-up to Parke-Davis' Neurontin (gabapentin), is expected to perform well; analyst reports predict its sales for neuropathic pain may be almost $100 million by 2003, its second year post expected launch. Initial data from pregabalin suggests a compound that overcomes the absorption and uptake limitations associated with gabapentin leading to a more convenient dosing schedule and resolved pharmacokinetic 'ceiling effect'. However, increased doses and corresponding increased plasma levels appear to be associated with greater efficacy and more frequent adverse events. The marketing and sales power of Pfizer is likely to drive the product to success, despite such concerns.

For the treatment of osteoarthritis (OA), the COX-2 inhibitors represent the most significant competition, with sales of a staggering $13 billion by 2004 being predicted. Use beyond pain into colorectal cancer and neurodegenerative disorders is also being explored for COX-2s. Searle and Merck both have follow-up compounds well along in development which purport to have greater selectivity for COX-2 vs. COX-1 and therefore offer the potential for increased potency and decreased side effects. Other second generation COX-2s are in the pipeline, although J&J recently announced the decision to stop development of Japan Tobacco's compound JTE 522. Unresolved side effect issues surrounding COX-2 inhibitors remain, however, including the risks

CONFIDENTIAL
ABBT0161947

4

of thrombosis, hypertension, reproductive dysfunction and teratogenicity that may show up as the exposure to these agents becomes more widespread.

Table B.5a.    Analgesia Pipeline – Key Novel Agents

| Product | Company | Mechanism | Phase | Comment |
|---------|---------|-----------|-------|---------|
| pregabalin | Parke-Davis | Ca channel blocker | III | Neuropathic pain, chronic pain Follow-up to Neurontin |
| saredutant | Sanofi | NK-2 receptor antagonist | II | General pain MOA losing favor; active program? |
| ZD4952 | Zeneca | prostaglandin receptor antagonist | II | Moderate to severe pain |
| GV196771 | Glaxo | glycine antagonist | II | Chronic pain, showing promise |
| tepoxalin | J&J | COX/5-LO inhibitor | II | OA, described as 'steroid replacing anti-inflammatory drug' |
| darbufelone | Parke-Davis | COX/5-LO inhibitor | II | General pain |
| HCT-3012 | NicOx | Nitric oxide NSAID | I | Pain and inflammation |
| cizolirtine | Esteva | Substance P | II | Analgesia, antipyretic |

Sources: ADIS, IMS, Decision Resources, company reports

CONFIDENTIAL
ABBT0161948

5

Table B.5b.     Development Pipeline – Nicotinic Mechanisms

| Product | Company | Phase | Comment |
|---------|---------|-------|---------|
| GTS-21 | Taiho | II | Target is Alzheimer's Disease<br>May have preclinical pain program; looking for partner |
| CMI 980 | Cytomed | Preclinical | Target is pain<br>Epibatidine analog |
| SIB-T1887 | Sibia | Preclinical | Target is pain |
| FID 072021 | Fidia | Preclinical | Target is pain;  not actively funding |

Sources: ADIS, IMS, company reports

Not reflected in the above tables are the early stage programs of Merck, Sibia, etc..(Bruce to complete)......

**B.6     Unmet Needs  [Andrea/Laura to review]**

In general, a significant unmet need exists for safer, non-abusable, non-addicting, non-tolerance producing, and non-scheduled efficacious oral and parenteral analgesic products for the treatment of moderate to severe neuropathic and chronic nociceptive pain.

CONFIDENTIAL
ABBT0161949

6

Table B.6.    Unmet Market Needs and the Impact of the Pipeline

| Unmet Need | Pipeline Impact |
|---|---|
| Efficacy in moderate to severe pain without tolerance, dependence or abuse | Novel nicotinic agents like ABT-594 may provide efficacy in more severe pain states without opioid-like liabilities |
| Efficacy in neuropathic pain | Pregabalin may provide incremental improvement in neuropathic pain efficacy over gabapentin, but may also have increased frequency of adverse events

Novel nicotinic agents like ABT-594 appear to have efficacy in neuropathic pain, based on animal models |
| Reduction in the GI bleeding risk of NSAIDs | COX-2 inhibitors appear to reduce the incidence and severity of GI ulcers and bleeding; second generation COX-2s may increase therapeutic window further |
| Overcome ceiling effect of NSAIDs | Preclinical studies did not indicate a ceiling effect for novel nicotinic agents like ABT-594 |
| Extended dosage intervals or novel delivery mechanisms for improved compliance and convenience | Once weekly dosing formulations being explored for COX-2s, etc.  Patch technology improvements likely |
| Therapies aimed at disease modification, prevention | Agents that decrease rate of diabetic complications (e.g., aldose reductase inhibitors) or directly treat neuropathy (bimoclomol) may decrease incidence of neuropathic pain |

CONFIDENTIAL
ABBT0161950

7

## C. Product Positioning

Deleted: [Andrea/Laura to review]

### C.1    Product Positioning Options

Table C.1a includes a summary of the strengths, weaknesses, opportunities and threats associated with the information presented in this section with respect to the development of ABT-594.

| Positioning alternatives/options | Strategy | Strengths | Weaknesses |
|---|---|---|---|
| Equal efficacy to Neurontin and TCAs in neuropathic pain with improved dosing, AEs, and safety | Sell against top neuropathic pain products on convenience, tolerability and safety | Efficacy to date supports BID, possibly QD dosing<br><br>Low level of CNS AEs<br><br>No weight gain | May have too high level of nausea and vomiting to compete with Neurontin (pregabalin?) on AEs |
| Better efficacy than Neurontin and TCAs with comparable dosing, AEs and safety | If AEs for ABT-594 too frequent vs. competition, sell on 'power' | Efficacy data likely to support<br><br>May be better fit with AE profile | Neurontin and TCAs *perceived* to have high efficacy; may not be able to match Neurontin's perception as extremely safe and well tolerated |
| The only oral agent indicated for the treatment of neuropathic pain | Capitalize on 'government approved' status to increase prescriber confidence | Data to date supports efficacy in neuropathic pain<br><br>Current timeline gives ABT-594 neuropathic pain indication by mid 2004 | Pregabalin (or others?) may be to market first with neuropathic pain indication<br><br>Neuropathic pain indication still uncertain from regulatory standpoint |
| Superior efficacy to COX-2s without ceiling effect (one: I don't think "comparable tolerability" to Cox-2's even remotely possible; we will be have to have comparable tolerability to Tramadol or equivalent) | (deleted text) COX-2's | No ceiling effect seen with ABT-594 | May limit use to *after* COX-2 failure<br><br>COX-2 agents will be firmly entrenched |
| Opioid-like efficacy without addictive potential and with fewer AEs than opioids for treatment of moderate to severe chronic pain | Capitalize on market reluctance to use opioids by providing safe, efficacious alternative | Provides clear, compelling reason to use and matches product profile to date | May niche ABT-594 to more severe patients and limit market |

Deleted: comparable tolerability

Deleted: Attempt to enter into large
Deleted: market

CONFIDENTIAL
ABBT0161951

8

**C.2   Target Product Profile** ...................................................................... [Deleted: [Andrea/Laura to review]]

**C.2.1   ABT-594 Target Product Profile**

Table C.2.1 below, outlines the desired target product profile for ABT-594:

CONFIDENTIAL
ABBT0161952

9

**Table C.2.1.    ABT-594 Target Profile**

| PPCC/DDC Profile (12/10/97) | Current Profile (8/00) | Rationale for Profile Change | Probability | Status | Share Impact |
|---|---|---|---|---|---|
| Indicated for the treatment of pain (general pain claim) | Indicated for the treatment of osteoarthritis pain | "General pain" claim not achievable due to slow onset of action; proof of principle established in molar extraction study<br><br>Indication specific claims now favored since general pain claim not achievable; ~~allows entry into chronic nociceptive pain market~~ | Medium | 9/99, 1Q01 | High |
| Effective in neuropathic pain | Indicated for the treatment of neuropathic pain | Indication specific claims now favored since general pain claim not achievable | Med | 9/99, 2Q01 | Medium |
| Effective for moderate to moderately-severe pain | N/A | No longer applicable without general pain, acute or chronic pain (not otherwise specified) claims?? | N/A | N/A | N/A |
| Not scheduled/no abuse potential? | No change | N/A | High | 4Q02 | High |
| Improved safety profile compared to opioids including:<br>- less GI motility impairment<br>- less respiratory depression<br>- low tolerance potential<br>- no dependence/ withdrawal | No clinically significant tolerance, dependence or withdrawal<br><br>In contrast to opioids, no constipation or respiratory depression liability<br><br>Tolerability comparable to currently used neuropathic and chronic nociceptive pain products | Simplify profile to focus on the most commercially important AEs<br><br>Need to be well-tolerated to sell in crowded market with many alternatives | Medium | 2Q01 | High |
|  | Very few abnormal LFTs | Abnormal LFTs in a few Phase I subjects | High | 9/99 | High |
|  | Very low nausea/vomiting at effective dose ~~at this medicine should we change to Tolerability is mild dose?? e.g.~~ | Incidence of nausea/vomiting in single dose Phase I & II subjects (food and dose dependent) similar to opioids | Low | 9/99 | High |

CONFIDENTIAL
ABBT0161953

10

| | pr profile __ x $1 billion <br> GPMC in brand vs. <br> usually "after level for <br> profile" | | | | Deleted: |

| Table C.2.1.   ABT-594 Target Profile (cont.) | | | | | |
|---|---|---|---|---|---|
| PPCC/DDC Profile <br> (12/10/97) | Current Profile <br> (8/00) | Rationale for <br> Profile Change | Probability | Status | Share <br> Impact |
| | Other safety OK | Simplify profile | Medium | 9/99, <br> 2Q01 | High |
| | No significant or <br> sustained differential <br> efficacy in nicotine users <br> vs. non-nicotine users | No difference seen in <br> efficacy to date | High | 9/99, <br> 2Q01 | Med |
| | No restrictions for use in <br> nicotine users | Lower incidence of AEs <br> in nicotine users in Phase <br> II trial | High | 9/99, <br> 2Q01 | Medium |
| | No re-initiation of <br> cravings in ex-nicotine <br> users | Possible due to nicotinic <br> mechanism | Medium | 2Q01 | High |
| Onset of action in less <br> than 30 minutes | Onset of action at 1.5 to <br> 2 hours | Onset of action estimated <br> at 90 minutes in Phase II <br> trial | Low | 9/99 | Medium |
| BID/TID dosing | BID/QD dosing | Competitive dynamics <br> highlight importance of <br> dosing convenience | High | 9/99 | Medium |
| No major drug <br> interactions, especially <br> with drugs used for <br> common chronic <br> conditions | No change | N/A | High | 4Q00 | Medium |

CONFIDENTIAL <br> ABBT0161954

11

C.2.2 Target Product Label  Bruce:  not sure if I was supposed to do this but thought I'd add some key points -- I'd like to review in its entirety when technical sections completed, if I may.

11

| Label Requirement | Desired Label claim/ Minimally Acceptable Criteria for a Commercially Viable Product/Competitive Advantage | Regulatory Requirements | Studies/Activities/Other strategy to Achieve |
|---|---|---|---|
| DESCRIPTION | | | |
| Formulation | odorless, tasteless, tablet or capsule -- small, easy to swallow, marketable color! | | |
| Dose form | | | |
| Dose strength(s) | | | |
| Route of Administration | oral (or patch?)  is oral suspension a possibility? -- something to consider for elderly population... | | |
| CLINICAL PHARMACOLOGY | | | |
| MECHANISM OF ACTION (MUST INCLUDE) | acts on neuronal nicotinic receptors, a subset of cholinergic receptors..... (then something pharmacologic to substantiate lack of addictive quality if possible) | | |
| Pharmacodynamics | | | |
| Pharmacokinetics | if favorable (ie: if we are similar to Celebrex) include table like table 1 in Celebrex PI) | | |
| Absorption/Bioavailability | | | |
| Distribution | | | |
| Protein binding | | | |
| Distribution | | | |
| Metabolism | | | |
| Elimination | | | |
| Special Populations | | | |
| Effect of age | ideally none, downward dose adjustment in elderly okay | | |
| Effect of gender | none | | |
| Effect of race | none | | |
| Use in pregnant women | preg category c (no worse!) | | |
| Use in Nursing Mothers | | | |
| Effect of concomitant disease | ideally none | | |

CONFIDENTIAL
ABBT0161955

12

| | | | |
|---|---|---|---|
| Plasma Levels and clinical effect | best not to elucidate unless necessary | | |
| • Effect of food on absorption | very ideally NONE. | | |
| Clinical Trial Data (by indication) | Neuropathic pain: ABT-594 has demonstrated significant reduction in neuropathic pain (+/- time to onset of relief if positive) (diabetic neuropathy ?and others??) as demonstrated by changes in Likert pain scale; list any secondary measures (other pain scales, such as subjective scores, effect on daily activity, wellbeing, and other QOL measures (SF36 or others), ?mobility measures?). Any chance of 'stiffness' or ??strength improvements? (even if not direct....) | | |
| Phase 3 studies | "Special Studies": gastrointestinal monitoring -- endoscopic tracking vs. ibuprofen | | |
| INDICATIONS AND USAGE | Indicated for the treatment/relief? of neuropathic pain (associated with diabetic neuropathy (alone or with others?)) Potentially OA? | | |
| Clinical Trial Data (only for one indication, the rest in C.P.) | | | |
| CONTRAINDICATIONS | | | |
| CONTRAINDICATIONS | | | |
| WARNINGS | | | |
| Black box warnings | NONE | | |
| General Warnings (e.g., thrombocytopenia) | None? | | |
| Usage in Pregnancy | not important | | |
| PRECAUTIONS | | | |
| General | | | |
| Information for Patients | | | |
| Lab Tests | | | |
| Drug Interactions | NO CLINICALLY SIGNIFICANT INTERACTIONS with common diabetes drugs, psychotropic drugs, antihypertensives, anticholesterol/lipid lowering agents, NSAIDs, COX-2s, aspirin | | |
| Drug/Lab Test Interactions | NONE with HbA1c. | | |
| Carcinogenesis | | | |
| Mutagenesis | | | |
| Impairment of Fertility | | | |
| Pregnancy | | | |
| Nursing Mothers | | | |
| Pediatric | | | |
| Geriatric | | | |
| ADVERSE REACTIONS | | | |

12

CONFIDENTIAL
ABBT0161956

| | | | |
|---|---|---|---|
| Controlled Phase III study data (by indication) | Nausea < 8%, dyspepsia <10%, vomiting <3%, abdominal pain <3%, diarrhea <5%, dizziness <3%, *Are the nausea/vomiting numbers realistic?* weight gain <2%, fatigue <2%, somnolence <2%, ataxia <2%, tremor <2%, other CNS <2%, anti-cholinergic effects <2% | | 13 |
| Other patient populations | | | |
| OVERDOSAGE | | | |
| OVERDOSAGE | | | |
| DOSAGE AND ADMINISTRATION | | | |
| By indication (dose/levels/length of treatment) | | | |
| Monitoring of Patients [5] | | | |
| General dosing advice | | | |
| HOW SUPPLIED | | | |
| HOW SUPPLIED | | | |

13

CONFIDENTIAL
ABBT0161957

14

### C.2.3  Desired Promotional Claims

Table C.2.2 below, outlines the minimally acceptable criteria for a commercially viable product for ABT-594. Items in shaded boxes are NOT FUNDED.

14

C.2.2. Desired key messages should follow.

| Desired key message | Regulatory requirement | Measure | Timing | Study Number | Type of message | Probability | Share Impact | Comments/Risks |
|---|---|---|---|---|---|---|---|---|
| Significantly reduces pain associated with diabetic neuropathy | At least 2 adequate, well controlled studies | 11 point Likert pain intensity | Launch | Phase III studies (TBD) | Efficacy | Medium | High | |
| Efficacy and tolerability comparable to Neurontin and/or TCAs in neuropathic pain | At least 1 adequate well controlled comparator study | Appropriate pain scale, QoL/outcome scale (HEDIS if available) | Within 1 year of launch | Phase IV (TBD) | Efficacy, tolerability, patient satisfaction | Low | High | High risk but may be necessary to capture significant share especially if drug/use indicated. Difficult to conduct as comparator not indicated |
| Significantly reduces pain associated with osteoarthritis | At least 2 adequate, well controlled studies | WOMAC, 4-point categorical pain intensity | Launch or ASAP if launch with neuropathic pain indication | Phase III studies (TBD) | Efficacy | Medium | High | |
| Efficacy and tolerability comparable to COX-2s and/or ibuprofen in OA | At least 1 adequate well controlled comparator study | Appropriate pain scale, QoL/outcome scale (HEDIS if available) | Within 1 year of launch | Phase IV (TBD) | Efficacy, tolerability, patient satisfaction | Low | High | High risk but may be necessary to capture any share. |
| No clinically significant tolerance, dependence or withdrawal | Phase II/III trials; specialized addiction studies | AE reports, specific addiction measures | Launch | All studies | Safety | Medium | High | |
| Well tolerated in comparison to-in contrast to opioids, with no constipation or respiratory depression liability | Phase II/III trials | AE reports | Launch | All studies | Safety | Medium | High | |

CONFIDENTIAL
ABBT0161958

15

| Desired key message | Regulatory requirement | Measure | Timing | Study Number | Type of message | Probability | Share Impact | Comments/Risks |
|---|---|---|---|---|---|---|---|---|
| Competitive rate of nausea and vomiting given level of efficacy Well tolerated in comparison to commonly used pain medications | Phase II/III trials | AE reports and efficacy measures | Launch | All studies | Safety | Medium | High | |
| Easy to use with BID/OD dosing and minimal titration | Phase II/III trials, market research | Study protocols, patient surveys, MD market research | Launch | All studies | Convenience and compliance | High | High | |
| Cost effective | Phase III and IV | Pharmacoeconomic data | Launch or shortly thereafter | TBD | Cost | Medium | Medium | Important for MC formulary acceptance |
| Higher patient satisfaction than other comparable medications | Phase III and IV | Survey, QoL measures (HEDIS II available) | Launch or shortly thereafter | TBD | Satisfaction | Medium | Medium | |
| No clinically relevant drug interactions | Preclinical, Phase I, II, III trials | Clinical and pre-clinical measures? | Launch | All studies | Safety and convenience | Medium | Medium | |
| Safe for long term use | Phase III extension | AE reports | Following launch? | TBD | Safety | Medium | Medium | |

[1]HEDIS:  Health Plan Employer Data and Information Set;  developed by NCQA (National Committee for Quality Assurance) for Managed Care Organization accreditation.

15

CONFIDENTIAL
ABBT0161959

16

**C.3    Pricing/Reimbursement Strategies**  ...........................................

Deleted: [Andrea/Laura to review] REORDERED

**C.3.1   Pricing Strategy  [Andrea/Laura to complete]**

a.   U.S.

The Pain Market's overall pricing in the U.S. market will remain relatively stable in the short term
due to two factors.  First, the effect of higher-priced branded products entering the market in each
analgesic class is tempered by the loss of patent protection of other branded products, and the
resulting price erosion due to generic competition.  Secondly, the large size of the prescription
pain market, and the large number of product offerings in each class, tends to absorb the impact
of individual products' prices.

Deleted: and European

Deleted: s

The tremendous success of the COX-2 launches in the US, with prices higher than their
competition, demonstrate the low price elasticity of demand of the US pain market.  Celebrex and
Vioxx sell at a 50% premium over other branded anti-arthritis drugs and offer only modest gains
in safety.  In the neuropathic pain market, Neurontin, with costs per prescription similar to the
COX-2s, is seeing continued growth despite the low cost, effective alternative offered by the
TCAs.  Here again, Neurontin is perceived as offering improvements in safety and tolerability
over its generic competition.  The unmet need for effective analgesics with improved safety
profiles, coupled with the increasing sensitivity regarding aggressive pain treatment contribute to
this market dynamic.

Pricing new, and particularly novel, products at a reasonable premium will likely continue to be
the norm in the years leading up to the launch of ABT-594.  Current forecast assumptions put the
price of ABT-594 at a level comparable to Celebrex and Neurontin, grown at a modest 2%/year
to launch year AWP of approximately $95 for a 30 day prescription.

Deleted: b.

Deleted: Rest Of World

b. Rest of World

Pricing for pain medications ex-US have traditionally been 50% of US prices.  Both the COX-2's
and gabapentin were introduced at significant price premiums relative to other pain medications.
In the countries where the COX-2s have launched, they are priced approximately 20% higher than
tramadol and approximately 100% higher than branded gold standards like naproxen and
diclofenac.  Penetration of the COX-2's has been rather limited thus far – only $136MM in ex-US

17

markets. This is partially due to delayed launch relative to the US (COX-2s have not yet launched in Japan and many markets in Europe). It may also be due to significant price premiums, which physicians may not feel is justified for the relative modest increases in safety. Neurontin is priced at almost a 20% premium vs. the COX-2's ($1.2 vs. $1.0/day), but is comparably priced to the newest anti-epileptic drugs. The relatively low penetration of Neurontin in either neuropathic pain or other uses (only $105MM in ex-US retail pharmacy sales after 5 years on the market) may also be due a low perceived improvement relative to less expensive gold-standards.

New pain medications will need to demonstrate a true advantage in efficacy and/or side-effects to receive regulatory approval, especially by the EMEA; assuming the target efficacy and tolerability profile of ABT-594 is achieved, ABT-594 would achieve such an advantage. Because ABT-594 may have application in both neuropathic and chronic nociceptive pain, the ex-US pricing assumption for ABT-594 is comparable to COX-2 pricing. The current average price for COX-2's is approximately $1.10 per day; however, this reflects a large percentage of sales in "free-pricing" countries which tend to have higher than average prices. Therefore, the average ex-US price is assumed to be approximately $0.90/day.

## C.3.2  Reimbursement/Managed Care

In 1999, 40% of anti-arthritis prescriptions were covered by managed care and 15% by Medicare/Medicaid. A significantly higher percentage, 35%, of COX-2 prescriptions were covered by the government plans, with managed care covering about 30% of the prescriptions for this class. The continued entry of higher-priced, novel analgesics may create some upward trend in prescription analgesic prices over the next 5 years; reaction from government and managed care payors to rising costs could then create pressure to contain costs. However, while managed care and the government will likely pay increasing attention to this market as costs rise, strong efforts to restrict coverage of safer, novel analgesic alternatives are difficult to imagine given the large portion of elderly and disabled in the pain population and the potential for serious backlash to such an unsympathetic stance.

As is now standard in the industry, some level of managed care organization (MCO) rebating for ABT-594 will be necessary. Rebating may be kept below 15% due ABT-594's novel mechanism of action and a potentially unique indication for neuropathic pain; significant discounting may be needed for deep penetration of the broader chronic pain market. The current forecast assumes fairly standard discounts of approximately 15% for managed care and 35% for Medicaid/Medicare.

CONFIDENTIAL
ABBT0161961

18

Due to the competitiveness of the pain management market and the standard expectations of MCOs, ABT-594 must still favorably complete outcomes and pharmacoeconomic studies in order to gain significant formulary acceptance and use in MCOs and institutional settings. Marketing research and consultation with the PPD Managed Care department will help determine the appropriate number of studies, comparators and desired endpoints. Inclusion of these measures into Phase III trials is key for the early acceptance and success of this product.

| Table C.3.1. Pricing/Reimbursement Strategies | | |
|---|---|---|
| Pricing Strategies | Strategy to Achieve | Requirements/Status (i.e. met or unmet) |
| **US**<br><br>• Price at level comparable to COX-2s/Neurontin (leading, novel branded products in OA/RA and neuropathic pain markets respectively) | • Quality of life and pharmacoeconomics end points in Phase III studies<br>• Pharmacoeconomic model<br>• Head-to-head comparator trial demonstrating improved QOL, risk any, and/or cost savings<br>• First in class | • Unmet<br><br>• Unmet<br>• Unmet<br><br><br>• Unmet |
| **Europe**<br><br>• Price at level comparable to COX-2s potential upside if can achieve pricing like Neurontin, however this could limit sales in chronic indication costs, where other, lower priced analgesics are available | • Same as for US, comparator trials will be essential for reasons explained | • Unmet |
| **Japan**<br><br>• Same as Europe | • Same as for US | • Unmet |

[Formatted: Bullets and Numbering]

[Formatted: Bullets and Numbering]

[Deleted: [Andrea/Laura to update]]

**C.4    Sales Forecast(s) for ABT-594**

**C.4.1  U.S. Sales Forecast**

The U.S. sales forecast for the neuropathic and chronic persistent pain market is shown in Table C.4.1, below.

CONFIDENTIAL
ABBT0161962

19

| Table C.4.1  U.S. Forecast  (Date of Forecast:  7/00) | | | | | |
|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2008 |
| Chronic *Persistent* Nociceptive (OA) Market Rxs (MM)  - % chg | 36.6 0.5% | 36.8 0.5% | 37.0 0.5% | 37.2 0.5% | 37.4 0.5% |
| Neuropathic Market Rxs (MM)  - % chg | 10.7 5% | 11.3 5% | 11.8 5% | 12.4 5% | 13.0 5% |
| Abbott Share CPN(%) | 1% | 3% | 6% | 8% | 10% |
| Abbott Share NP(%) | 4% | 8% | 12% | 16% | 20% |
| Abbott Rxs CPN(000) | 328 | 1,051 | 2,220 | 2,976 | 3,738 |
| Abbott Rxs NP(000) | 427 | 903 | 1,418 | 1,986 | 2,606 |
| Price/Rx (WAC) (2%/year increase) | $77.60 | $79.15 | $80.70 | $82.30 | $84.00 |
| Abbott Sales ($MM) | $53.1 | $140.1 | $246.4 | $342.6 | $446.9 |
| R&D ($MM) | $18 | $8 | $3 | $3 | $3 |
| SG&A ($MM) | $67.9 | $63.2 | $66.3 | $60.6 | $58.3 |
| MM (%) | $51.5 | $136.0 | $239.3 | $333.0 | $434.6 |
| Div. Margin ($MM) | ($27.7) | $66.6 | $168.7 | $267.1 | $370.0 |

Deleted: $

10 year pre-tax NPV @ 12.5% = $720 MM
10 year after-tax NPV @ 12.5% = $427 MM

**Key forecast assumptions:**

- NDA Filed 5/03, Launch 5/04
- First Neuronal Nicotinic Receptor compound for pain to market
- Indicated for treatment of neuropathic pain; significant publication, or indication, from large scale trial on use in some form of chronic persistent nociceptive pain (e.g.: OA) in 2006
- Efficacy equal to gabapentin, ibuprofen
- Good tolerability and safety profile; comparable to gabapentin, COX-2s ??? I don't think J. Leeran's model assumed tolerability equal to COX-2's. Safety was tolerability no. "Very low nausea/vomiting at effective dose" is stated in the current profile, which should probably be changed to "nausea/vomiting no worse than mild opioids, e.g., oxycontin"
- No addictive potential
- Titration of 3-5 days
- Peak share 20% in neuropathic pain, 10% in chronic, persistent nociceptive pain (including off-label, 'spillover' prescriptions)
- Significant promotional and PR spend in early years
- Physician targets:  D6-10 Neuros, D3-10 Rheumatologists/Endocrinologists, D9-10 PCPs
- Sampling at 80% of details at launch, 5 units per detail, 7 days of therapy per unit

CONFIDENTIAL
ABBT0161963

20

- Cost comparable to Neurontin and Celebrex
- Significant payor discounting
- Stocking at 8% of first year's sales
- Patent expires 12/2016

**Forecast Update Plan:**

Forecast will be updated pending analysis of Phase IIb clinical trial results (March or April 2001) or before if the clinical trial plan changes from current assumptions. ~~in late June/early July 1999 to account for revised indications of OA and/or neuropathic pain and the associated spillover use in other pain states. Forecast will be available well in advance of ABT-594 Go/No Go decision in 9/99.~~

### C.4.2   Ex-U.S. Sales Forecast

The Ex-U.S. sales forecast is shown in Table C.4.2, below.

| Table C.4.2   U.S. Forecast   (Date of Forecast: 8/98) | | | | | |
|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2008 |
| Chronic Persistent Neuropathic (CPN) Rx (MM) ... % chg | | 70.8 6.5% | 71.2 0.5% | 74.3 0.4% | 74.7 0.5% |
| Neuropathic Market Rxs (MM) ... % chg | | 38.7 5% | 43.6 5% | 45.9 5% | 50.1 5% |
| Abbott Share CPN(%) | | 2% | 4% | 6% | 8% |
| Abbott Share NU(%) | | 4% | 8% | 12% | 16% |
| Abbott Rxs CPN(000) | | 1,180 | 2,205 | 3,461 | 5,245 |
| Abbott Rxs NU(000) | | 1,398 | 2,553 | 4,027 | 6,482 |
| Price/Rx (30 day) (A$E) | | $27.0 | $27.0 | $27.0 | $27.0 |
| Abbott Sales ($MM) | | $69 | $130 | $221 | $312 |
| R&D ($MM) | $12 | $2 | $2 | $2 | $2 |
| SG&A ($MM) | | $25 | $25 | $25 | $25 |
| SMM (%) | | 97% | 97% | 97% | 97% |
| Dev. Margin ($MM) | ($12) | ($2) | $41 | $105 | $188 |

10 year pretax NEV @ 12.5% = $322.6MM
10 year aftertax NEV @ 12.5% = $187.4MM

CONFIDENTIAL
ABBT0161964

21

| | | | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*(right margin tracked-change markers):*
Deleted: Table C.4.2. Ex-U.S. Forecast (Date of Forecast: 6/98)
Deleted: 2004
Deleted: 2005
Deleted: Market Res (MM) - %chg
Deleted: -
Deleted: -
Deleted: Abbot Share (%)
Deleted: Abbot Rxs (MM)
Deleted: Price/Rx ($)
Deleted: Abbot Sales ($MM)
Deleted: R&D ($MM)
Deleted: SG&A ($MM)
Deleted: $MM (%)
Deleted: Div. Margin ($MM)
Deleted: 10 year pre-tax NPV @ 12.5% = $428
Deleted: 10 year post-tax NPV @ 12.5% = $253
Formatted: Bullets and Numbering

**Key assumptions:**

- Same profile and peak share assumptions as U.S. forecast
- Price (ASP) = $0.90 per day, or $27 per 30 day Rx (comparable to COX-2 pricing)
- Average AI launch assumption is Q1 2005 to allow for additional regulatory filings (COFS and national filings in PAA and LAI and/or pricing negotiations (most markets in Europe) required in AI markets

*(right margin):*
Deleted: First in class ClaSMj
· Indicated for treatment of moderate to moderately-severe pain¶
· Effective in neuropathic pain¶
· Good tolerability and safety profile¶
· No nicotine effect- (impossible as then wouldn't work)¶  No addictive potential¶
· Launched in all AI regions, including Japan, simultaneously (2003)

**Forecast Update Plan:**

Forecast will be updated pending analysis of Phase IIb clinical trial results (March or April 2001) or before if the clinical trial plan changes from current assumptions.

### C.4.3  Global Sales Forecast

The global sales forecast is shown in Table C.4.3, below.

| Table C.4.3  Global Forecast | | | | | |
|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2008 |
| U.S. Sales ($MM) | $53.1 | $140.1 | $246.4 | $342.6 | $446.9 |
| Ex-U.S.  Sales ($MM) | | $86 | $149 | $221 | $312 |
| Total Sales ($MM) | $53 | $226 | $396 | $563 | $758 |
| Total Company? Margin ($MM) | ($49) | $46 | $216 | $322 | $558 |

*(right margin):*
Deleted: 3
Deleted: 4
Deleted: 5
Deleted: 6
Deleted: 7

10 year pre-tax NPV @ 12.5% =$_____

10 year post-tax NPV @ 12.5% = $ ____MM

*(right margin):*
Deleted: $
Deleted: B

CONFIDENTIAL
ABBT0161965

22

## C.5   Facilitating Launch and Market Penetration

Deleted: [Andrea/Laura to review]

ABT-594 will hopefully be the first neuronal nicotinic receptor drug to market presenting both opportunity and hurdles.  Significant pre-launch activities aimed at increasing understanding of NNR drugs and countering any concerns regarding their association to nicotine will be needed.  A comprehensive communication plan will be needed and is discussed in detail below.  Research to ensure in-depth understanding of the changing analgesic market and ABT-594's optimal position within that market will need to be conducted periodically up to launch.  Opinion leaders in NNR science, general pain management, osteo and rheumatoid arthritis, and diabetic and other neuropathies will be important in the peri-launch period as spokespeople and educators and need to be kept up to date on activities throughout ABT-594's development.  These and additional activities to facilitate launch are outlined in Table C.5.1 below.

| C.5.1   Activities to Facilitate Launch and Market Penetration | |
| --- | --- |
| **ACTIVITY** | **PURPOSE** |
| Pain Specialist Advisory meetings | Permits up to date knowledge of market science and pain treatment trends while building base of supportive, receptive opinion leaders with in-depth knowledge of ABT-594 (and entire neuronal nicotinic receptor program) |
| Medical education | Primes market with information regarding advances in pain management and introduces neuronal nicotinic receptor class to speed market familiarity and uptake |
| Information dissemination to publishers | Allows for discussion of class to be included in texts, professional newsletters, pharmacy alerts, etc. to build awareness and understanding of technology (NNR) pre-launch |
| Managed Care Director Advisories/Roundtables | Allows Abbott to gain understanding of reimbursement environment for pain products, key data that MCOs will need for formulary decisions to potentially include in Phase III clinical trial design |
| Publication of NNR and ABT 594 specific data at key meetings and in professional journals | Prime market with information regarding advances in pain management and introduce neuronal nicotinic receptor class to speed market familiarity and uptake |
| Public Relations Activities (media releases, etc.) | Increase general public's comfort level of nicotinic nomenclature particularly regarding the safety and lack of addictive potential for these drugs;  may also generate excitement and pull-through demand |
| Market Research | Determine key drivers of pain prescribing, critical data points, entry niches, and compelling key messages |

23

Deleted: [Andrea/Laura to review]

### C.5.2 Communication Strategy

A comprehensive communication strategy for ABT-594 as a stand alone product and as the first product of the neuronal nicotinic receptor (NNR) class is in development. Due to the importance of the entire NNR program, a specialized communications strategy vendor (Ingenix) will be working with the internal ABT-594 team to craft the plan. The overall NNR program strategy will be focused on maximizing the market potential for ABT-594 and other compounds by:

- positioning these agents as novel, effective and safe
- generating awareness and educating prescribers and consumers about the NNR class and ABT-594 specifically
- establishing Abbott as the market leader in NNR science

Key to success of this strategy will be the cohesive, coordinated, and aligned efforts of R&D, commercial and public affairs. NUDR Discovery, the Analgesia Venture, NPD, AI NPP, and Public Affairs will work together with the vendor to lay out comprehensive Scientific, Marketing, and Public Relations plans that will outline communication timing, content, audience, and venue for all ABT-594 data. The primary goals of the communication strategy will be:

- position Abbott as the leader in NNR drug development
- augment internal development efforts
- build a base of supportive opinion leaders
- allay consumer concerns regarding the association of these compounds with nicotine
- build a framework for NNR product positioning
- generate market awareness for upcoming product launches

A complete communication strategy publication will be prepared during the third quarter of 2000.

### H.5    Patent Issues [Andrea/Jim S. to review]  getting copy of patent to consider if we need to explore expanding its scope.

A notice of allowance has been obtained from the United States Patent and Trademark Office on an application providing generic coverage for ABT-594 and a large class of structurally related analogs. The original filing date for this application dates back to October 9, 1992, and since this predates a 1996 change in patent law, we are afforded a choice of 20 years from date of filing or 17 years from date of issue, of which 17 years from issue provides the longer patent life. The anticipated expiration of patent coverage for composition of matter for ABT-594 will be June, 2016. An additional application (6013.US.01), which includes species claims to ABT-594 as well as use claims for the treatment of pain, was filed in December, 1996 and is pending. If this patent is allowed, it will provide 20 years from date of filing, which will extend the patent life of ABT-594 to December, 2016.

CONFIDENTIAL
ABBT0161967

24

The original application providing generic composition of matter coverage was filed broadly ex. U.S. (WO94/08992) and this application published on April 28, 1994. A second foreign filing (WO96/40682) published on December 19, 1996. These cases are all still pending.

CONFIDENTIAL
ABBT0161968

25

**Addenda**

**1.1   Highlights re: ABT-594**

**1.2   Historical Changes to ABT-594 Target Product Profile**

- At PPCC, indications considered for ABT-594 were acute vs. chronic pain, with an acute pain claim being considered to have a shorter development course (if long term toxicology studies were not required).
- The FDA (3/98) related their concern that an oral dosage form may be used for chronic therapy even if labeled for acute. Long term toxicology would be required, therefore, even for acute claims.
- Decision analysis review of the program (3/98 - 7/98) arrived at several conclusions:
  - A general pain indication associated with a longer development cycle had greater value than an acute indication associated with a shorter development cycle.
  - Carcinogenicity studies should be initiated prior to first Phase II results.
  - Follow-on compounds (in the same cholinergic channel modulator class and in different pharmacologic classes) should be developed.
- Data from the first Phase II study (single dose molar extraction) indicated that ABT-594's onset of action is 1.5 - 2 hours post dose. Because a general pain indication requires efficacy in acute pain states (with more rapid onset of action), ABT-594 was considered unlikely to achieve a general indication. The current clinical plan targets disease-specific chronic pain indications.

The global target indications for ABT-594 are for the treatment of pain associated with diabetic neuropathy and for the treatment of pain with osteoarthritis.

CONFIDENTIAL
ABBT0161969

# Landsberg Deposition Exhibit 10

# P's Exhibit SM



Bruce
McCarthy /LAKE/PPRD/ABB
OTT

10/03/2000 08:04 AM

To    Andrea Landsberg/LAKE/PPD/ABBOTT@ABBOTT

Robert J Weiland/LAKE/PPD/ABBOTT@ABBOTT,
Rosemarie K Waleska/LAKE/PPD/ABBOTT@ABBOTT,
Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT,
cc    George W Carter/LAKE/PPRD/ABBOTT@ABBOTT, Mike
Williams/LAKE/PPRD/ABBOTT@ABBOTT, James
Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Larry L
Lin/LAKE/PPD/ABBOTT@ABBOTT

bcc

Subject    Re: ABT 594/963 Purdue meeting

No problem from my perspective.  As far as co-development, I think there are some exciting possibilities
with Purdue (financials aside).  My expectation is that Purdue should be very sophisticated in terms of
product development (commercial and clinical) for the chronic pain market.  In addition, Lynn Kramer
(now VP of Neuroscience there, formerly of Novartis) has extensive neuroscience/pain drug development
experience and Curtis Wright (heads up neuroscience/pain development there, formerly of the FDA) has
defined the regulatory requirements for pain drugs.  Curtis may be a little bit of an unknown variable,
though.  Although he is the Paul Leber for pain, he has jumped around a bit since leaving the FDA.  There
may not be a guarantee that he'll stay at Purdue for long.  In any event, if we meet with Purdue, I think we
should very carefully test their knowledge from a commercial and development perspective.
Andrea Landsberg



Andrea Landsberg
10/03/2000 07:32 AM

To:    Robert J Weiland/LAKE/PPD/ABBOTT@ABBOTT
cc:    Rosemarie K Waleska/LAKE/PPD/ABBOTT@ABBOTT, Christopher J
Silber/LAKE/PPRD/ABBOTT@ABBOTT, Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, George W
Carter/LAKE/PPRD/ABBOTT@ABBOTT, Mike Williams/LAKE/PPRD/ABBOTT@ABBOTT, James
Sullivan/LAKE/PPRD/ABBOTT@ABBOTT, Larry L Lin/LAKE/PPD/ABBOTT@ABBOTT
Subject:    ABT 594/963 Purdue meeting

Bob,
As you, Rose and I had discussed, if we move forward to set up a presentation of information to Purdue,
the following people could probably do the presenting on key topics:

Preclinical ABT 594:    Jim Sullivan
Clinical ABT 594:    Bruce McCarthy
Preclinical and Clinical Plan ABT 963:    George Carter
Market Opportunity/Business Rationale: Andrea Landsberg

If anyone has objections or would like to suggest alternate individuals, please feel free to do so.

One final comment that I neglected to bring up yesterday.   George and I have had a number of
conversations regarding the meaning of 'co-development' and the potential impact on development costs
and timelines.  I think this needs to be the topic of a separate discussion so that we can clearly define
'co-development' on our terms prior to any negotiations with a partner.  Of course, Chris and the
analgesia venture's input would be key in this discussion.

Andrea

*Landsberg*    DEP. EX. NO. _10_
FOR ID.. AS OF _2-16-07_

CONFIDENTIAL
ABBT0107081

# Landsberg Deposition Exhibit 11

# P's Exhibit DG



**Andrea Landsberg /LAKE/PPD/ABBOTT**

10/27/2000 12:57 PM

To   Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, rosemarie waleska

cc

bcc

Subject   594 Leiden presentation

Here is a first draft of the 594 slides; you will see that there are a few pieces of information that I do not have available with me on the road but will fill in when back in the office.  Please provide any comments/suggestions that you have.
Thanks,
Andrea

I am begining work on the ABS/NPS slides now!



leiden presentation - Nov

*Landsberg* DEP. EX. NO. 11
FOR ID., AS OF 2-16-07 BC

CONFIDENTIAL
ABBT0116819



ABT 594 for Neuropathic Pain
Commercial Overview

Andrea Landsberg
Laura Robinson

1

CONFIDENTIAL
ABBT0116820

## U.S. 1999 Pain Market Sales ($MM)

Other Non-Opioids $1,234

AEDs/TCAs $351

NSAIDs $1,762

Opioids $2,127

Cox-2s $1,558

Total US Market $7.0 Billion
ROW Market $XXX

- Pain market is growing due mainly to Cox-2s but also increased awareness of need to aggressively tx pain and increasing comfort with opioid use

- Cox-2 sales will likely top $4 billion in 2000

- PCPs as group are key pain prescribers

- Neuropathic pain prescribers also include neurologists, orthopedic surgeons, podiatrists, pain specialists, oncologists

2

CONFIDENTIAL
ABBT0116821

## Pain Markets Considered for ABT 594

- Acute and chronic pain
- Chronic pain
  - nociceptive and neuropathic
- OA/RA
- Neuropathic pain
  - diabetic polyneuropathy pain

- Moderate to moderately severe pain

3

CONFIDENTIAL
ABBT0116822

## ABT 594: Current vs DDC Profile

| DDC Profile (12/97) | Current Profile (9/00) |
|---|---|
| • Indicated for the treatment of pain (general pain claim) | • Indicated for the treatment of neuropathic pain; efficacy in OA demonstrated in non-indication trial |
| • Improved safety profile compared to opioids including: less GI motility impairment less respiratory depression low tolerance potential no dependence/withdrawal | • In contrast to opioids, no constipation or respiratory depression liability • In DPN, potentially high (>30%) discontinuation rates due to vomiting |
| • No titration | • Titration to minimize SEs |
| • Onset of action in less than 30 minutes | • Onset of action at 1.5 to 2 hours |

4

CONFIDENTIAL
ABBT0116823

## Indication and Spillover Potential

- Market research conducted x/99?
- Make table with share% in various markets depending upon indication

- clarify product profile in study vs current knowledge

5

CONFIDENTIAL
ABBT0116824

# Neuropathic Pain Market

| 1999 Key Neuropathic Pain Products, Estimated $ Sales | | | | |
|---|---|---|---|---|
| Product/Class | 1999 U.S. Sales ($MM) | U.S. Sales CAGR '97-'99 | 1999 ex-U.S. Sales ($MM) | ex-U.S. Sales CAGR '97-'99 |
| Neurontin | $308 | 28.3% | $53 | 57.6% |
| carbamazepine | $17 | 13.1% | $87 | 2.5% |
| TCAs | $26 | -3.3% | N/A | N/A |
| TOTAL | $351 | 21.7% | $140 | 19.1% |

Source: IMS, factored for neuropathic uses; Ex-U.S. data includes retail pharmacy data from all audited markets
N/A = not available.

- Projected growth rates over next xx years vary from XXX to YYY
- $ volume impacted by high use of generics; Pregabalin may significantly grow market sales
- NSAIDS, though not very effective, are also used as first line treatment for neuropathic pain (particularly by PCPs) and are not reflected in above market totals

6

CONFIDENTIAL
ABBT0116825

# Neuropathic Pain Competition

| Product | Pros | Cons |
|---|---|---|
| NSAIDS/COX-2s | - Often used first line by PCPs<br>- COX-2s increasing comfort with chronic use<br>- Generally inexpensive except for COX-2s | - Generally low efficacy in neuropathic pain |
| TCAs (amitriptyline, nortriptyline, etc) | - Generally effective<br>- Inexpensive | - Off-label use<br>- Side effects limit use (weight gain, anticholinergic symptoms)<br>- Risk of overdose<br>- Titration required |
| Neurontin (gabapentin) | - Good efficacy, considered first line treatment<br>- Some well controlled positive trials | - At least 1/3 of patients may not experience pain relief<br>- Titration required, high doses required (high pill burden)<br>- TID dosing<br>- Expensive, though will be off-patent by time of ABT-594 launch<br>- Somnolence, dizziness, cognitive side effects<br>- Not indicated for pain (except in UK) |
| Pregabalin | - Initial data in neuropathic pain very promising<br>- Lower doses than with Neurontin<br>- Likely to pursue indication in pain | - TID dosing (?less titration?)<br>- AEs as for Neurontin; low D/C rates in trial<br>- Two trials in chronic low back pain failed to show significant efficacy |

7

CONFIDENTIAL
ABBT0116826

# Unmet Needs in Neuropathic Pain

- More complete efficacy than that provided by Neurontin
  - › including increase in responder rate
- Efficacy matching Neurontin, with reduced side effects
- Treatments with reduced or no titration
- Improved dosing schedules, ideally QD
- Formulation options for single compound
  - › patch, parenteral, solution, sprinkle, melt

8

CONFIDENTIAL
ABBT0116827

# Neuropathic Pain Market Drivers

- Growth in underlying conditions such as diabetes, cancer, herpes



- Improved treatment/prevention of underlying conditions

 (Long term)

- Awareness of effective and well-tolerated treatment leading to improved screening and diagnosis

- FDA approval for neuropathic pain to allow for professional and DTC promotional efforts

9

CONFIDENTIAL
ABBT0116828

## Potential Positioning of ABT 594 in Neuropathic Pain

- First line therapy:
  - Improved efficacy over AEDs and TCAs with 'comparable' SEs
  - Novel therapy approved for neuropathic pain

- Second line therary
  - Comparable efficacy and AEs as current therapies for non or partial responders

10

CONFIDENTIAL
ABBT0116829

### ABT 594 Forecast

| | U.S | ROW | Total |
|---|---|---|---|
| Peak Sales | $447 MM | $xxx MM | $xxx MM |
| Peak Share | | | |
|    Neuropathic | 20% | 20% | NA |
|    Persistent Nociceptive | 10% | 10% | |
| NPV @ 12.5% (after tax) | $422 MM | $215 MM | $637 MM |

11

CONFIDENTIAL
ABBT0116830

## ABT 594 Forecast Assumptions

| | US | ROW |
|---|---|---|
| Indication | Neuropathic pain (published study of efficacy in OA by 2006) | |
| Key dates | NDA filed 9/03 Approval 9/04 | |
| Order of entry | First nicotinic to market for pain | |
| Safety | No addiction liability No major safety concerns | |
| AWP/Day | $3.25 | |
| Dosing | 75-150mg BID; 3-5 day titration | |
| Efficacy | Greater than Neurontin in neuropathic and COX-2s in nociceptive | |
| Tolerability | CNS SEs improved over Neurontin; GI SEs improved over tramadol | |
| COGS | $216/K/kg (recall potency) | |

12

CONFIDENTIAL
ABBT0116831

# Key Product Challenges

- Tolerability
  - › Competition has clear advantage on tolerability
  - › Potentially low therapeutic index
  - › PCP market will be particularly impacted

- Nicotinic mechanism
  - › Will require pre-launch market education and priming to both diffuse negative associations and generate excitement (surrounding novel MOA)

13

CONFIDENTIAL
ABBT0116832



14

CONFIDENTIAL
ABBT0116833

## Complexity of Segmenting the Pain Market

- Pain Market can be segmented in a variety of ways
  - › Duration
    - Peracute, Acute, Chronic
  - › Severity
    - Mild, Moderate, Severe
  - › Pathophysiology
    - Neuropathic, Nociceptive, Mixed
  - › Etiology
    - Cancer, Injury, Infection, Metabolic (DPN), Immunologic (OA/RA), etc.

- Each classification is relevant for almost every pain patient

15

CONFIDENTIAL
ABBT0116834

## U.S. Pain Market Growth 1997 to 1999

| | TRx CAGR 97-99 | Sales CAGR 97-99 |
|---|---|---|
| AEDs | 26.3% | 28.7% |
| TCAs | 8.2% | -3.3% |
| NSAIDs | -1.3% | -3.9% |
| Cox-2s | NA | NA |
| Opioids | 2.5% | 8.2% |
| Other Non-Opioids | -1.0% | -3.8% |

16

CONFIDENTIAL
ABBT0116835



17

CONFIDENTIAL
ABBT0116836

**Landsberg Deposition Exhibit 18**

**P's Exhibit DS**



**Michael K**
**Biarnesen /LAKE/PPRD/ABB**
**OTT**
11/29/2000 02:11 PM

To  Andrea Landsberg/LAKE/PPD/ABBOTT@ABBOTT

cc  Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT,
Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT

bcc

Subject  Re: ABT 594 forecast scenarios for BD partnering

Andrea,

Here is what Chris and I worked up for the Label / Development Cost scenarios. We have included different scenarios, so after you have a chance to review, let's get on the phone and reconcile, OK?

Mike B



ABT-594 Partner.ppt
Andrea Landsberg

—————————————— ▲ ——————————————

| Andrea Landsberg | 11/29/2000 10:40 AM |
|---|---|

To:  Robert J Weiland/LAKE/PPD/ABBOTT@ABBOTT
cc:  Larry L Lin/LAKE/PPD/ABBOTT@ABBOTT, Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT,
Michael K Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT, Bruce
McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Rosemarie K Waleska/LAKE/PPD/ABBOTT@ABBOTT
Subject:  Re: ABT 594 forecast scenarios for BD partnering

Need to titrate this drug to (any) effective level, therefore that cuts us out of any 'acute' *or* chronic but intermittent type of use; Oxycontin may need to be titrated to max efficacy and dose may need to be increased if tolerance develops but it still can be given at a dose that is likely to provide some pain relief right off the bat. This has been the thinking since the phase IIa results were in.
Robert J Weiland



Robert J Weiland
11/29/2000 10:13 AM

To:  Andrea Landsberg/LAKE/PPD/ABBOTT@ABBOTT
cc:  Larry L Lin/LAKE/PPD/ABBOTT@ABBOTT, Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT,
Michael K Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT, Bruce
McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Rosemarie K Waleska/LAKE/PPD/ABBOTT@ABBOTT
Subject:  Re: ABT 594 forecast scenarios for BD partnering

Andrea:

This looks like a decent starting point. Oxycontin will do over $1 billion by itself. I am wondering if our upsides don't take us well over the $1 billion mark?

BW

Andrea Landsberg

—————————————— ▲ ——————————————

| Andrea Landsberg | 11/29/2000 07:17 AM |
|---|---|

*Landsberg*  DEP. EX. NO. *18*

FOR ID., AS OF *2-16-07* *BL*

CONFIDENTIAL
ABBT0119091

To:     Larry L Lin/LAKE/PPD/ABBOTT@ABBOTT, Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT,
        Michael K Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT, Bruce
        McCarthy/LAKE/PPRD/ABBOTT@ABBOTT
cc:     Rosemarie K Waleska/LAKE/PPD/ABBOTT@ABBOTT, Robert J Weiland/LAKE/PPRD/ABBOTT@ABBOTT

Subject:  ABT 594 forecast scenarios for BD partnering

I have made some initial slides and forecast estimations that take the 594 forecast up in steps based on
potential additional studies. I have done this 2 ways: one starting from the development plan forecast
(Mike: the revised one that has the updated NP market size plus the launch delay, not the one in the
'draft' development plan) and one starting one step back from there without any study in a chronic
nociceptive pain state. Please let me know ASAP if these steps will be acceptable and whether rough
costs for these hypothetical programs can be determined.

Larry, please let me know if these numbers look acceptable -- some of them may already be optimistic --
BD's call as to whether you want to inflate them for 'best case' scenario.

Andrea



BD partnering slide on upsides to ne

CONFIDENTIAL
ABBT0119092

## ABT 594 Forecast Potential

| Scenario | Peak Sales ($MM) |
| --- | --- |
| Indication in DPN w/ nociceptive publication | $507 |
| Above plus additional neuropathic pain states pub | $629 |
| Above plus opioid sparing publication | $746 |
| Above plus OA or other nociceptive indication | $1009 |

DNP = Diabetic neuropathic pain

1

CONFIDENTIAL
ABBT0119093

# ABT 594 Forecast Potential

| Scenario | Peak Sales ($MM) |
|---|---|

Development Plan<br>Base

**Indication in DPN w/ nociceptive publication**
20% share NP; 10% CPP
$507

+122

**Above plus additional neuropathic pain states pub.** = $629
additional 10% share of NP (total share of 30%)

+117

**Above plus opioid sparing publication** = $746
10% share of 75% of "strong opioid market" (generous)
(morphine, synthetic opioid, oxycontin)

+263

**Above plus OA or other nociceptive indication** = $1009
additional 10% share in CPP (total share of 20%) -- optimistic.

NP = neuropathic pain, CPP = chronic persistent (nociceptive) pain

2

CONFIDENTIAL
ABBT0119094

# ABT 594 Forecast Potential

| Scenario | Peak Sales ($MM) |
|---|---|
| Indication in DPN | $235 |
| Above plus additional neuropathic pain state pub. | $365 |
| Above plus nociceptive publication | $628 |
| Above plus opioid sparing publication | $745 |
| Above plus OA indication | $1008 |

3

CONFIDENTIAL
ABBT0119095

# ABT 594 Forecast Potential

| Scenario | Peak Sales ($MM) |
|---|---|

Indication in DPN ································································· $235
      20% share NP          +122

Above plus additional neuropathic pain state pub.  = $365
      additional 10% share of NP (total share of 30%)  +263

Above plus nociceptive publication ··················· = $628
      10% share of CPP        +117

Above plus opioid sparing publication ··················· = $745
      10% share of 75% of 'strong opioid market'  +263
      (morphine, synthetic opioid, oxycontin) (generous)

Above plus OA indication ··································· = $1008
      additional 10% share in CPP (total share of 20%) -- optimistic.

4

CONFIDENTIAL
ABBT0119096

# Landsberg Deposition Exhibit 19

# P's Exhibit EB



Jennifer
Dart/LAKE/PPRD/ABBOTT
12/21/2000 11:35 AM

To

cc

bcc

Subject

Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT,
Michael K Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT,
Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Andrea
Landsberg/LAKE/PPD/ABBOTT@ABBOTT, Laura
Robinson/LAKE/AI/ABBOTT@ABBOTT, Barbara T
Massa/LAKE/PPRD/ABBOTT@ABBOTT, Steve C
Kuemmerle/LAKE/PPRD/ABBOTT@ABBOTT, George W
Carter/LAKE/PPRD/ABBOTT@ABBOTT, Chris G
Turner/LAKE/PPRD/ABBOTT@ABBOTT

Richard J Marasco/LAKE/PPD/ABBOTT@ABBOTT

Analgesia Internal Review Notes

Thanks to everyone for your participation in the Analgesia Internal Review.

Andrea, Laura or Chris: will one of you please set up some time with Rock to review the project
assumptions and forecasts.

As a reminder, final forecasts are due to Chris Turner on Monday, January 15th, although we would
greatly appreciate receiving them before then if possible.

Following is the list of follow up items from the meeting:

ABT-594
• Andrea will reduce forecast to reflect vomiting AE
• Osteo project will change name to Chronic Persistant Pain Publication (CPPP)
• Steve Kuemmerle will research whether the CPPP probability of success should be reduced to 16%
  since this project is contingent upon Neuro Pain project success

ABT-089
• Laura & Andrea to review forecast assumptions
• Need to check COGS estimate
• Probability of success revised to 18%

Hydrocodone -
• Forecasts will be submitted prior to January 1. We can review these forecasts at the ABS/NPS
  review scheduled for January 10th.
• Rapid Dissolve probability of success reduced to 35% due to RP Scherer DEA import issues

General
• Patent expiration dates need to be confirmed for all compounds
• R&D spending ends at launch

*Lindsberg* DEP EX 19
FOR ID., AS OF 2-16-07 BC

HIGHLY CONFIDENTIAL
ABBT0108041

# Landsberg Deposition Exhibit 26

# P's Exhibit EJ



Michael K
Biarnesen /LAKE/PPRD/ABB
OTT

02/01/2001 01:11 PM

To    Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT,
      Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT

cc

bcc

Subject    Re: financial slides for Leiden meeting 2/2

FYI
------------------ Forwarded by Michael K Biarnesen/LAKE/PPRD/ABBOTT on 02/01/2001 01:11 PM
--------------------------

| Andrea Landsberg | 02/01/2001 10:34 AM |

To:      Thomas E Woidat/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Michael K Biarnesen/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  Re: financial slides for Leiden meeting 2/2

**Tom,**
As per your request to Mike -- this is not all of the slides that will be shown but just those with financial
info -- please let me know if there is anything else you require.
Andrea

ABT-089 Leiden Presentation Commercial fin ABT-594 Leiden Presentation Commercial fin

ABT-089 Port Qual final 1· ABT-594  neuropathic pain · ABT-594  publication study ·

HIGHLY CONFIDENTIAL
ABBT0122953

## ABT 594 Global Forecast Ranges

(\$MM)

|       | Peak Sales | | |
|-------|------|-------|-------|
|       | Low  | Base  | High  |
| US    | \$92 | \$339 | \$509 |
| Ex-US | \$130 | \$363 | \$712 |

- *NP shares: 5%, 20% or 30%*
- *CPP shares: 3%, 5%, 7%*

1

HIGHLY CONFIDENTIAL
ABBT0122954

## ABT 594 Global Forecast Ranges

($MM)

|  | Peak Sales | | | NPV | | |
|---|---|---|---|---|---|---|
|  | Low | Base | High | Low | Base | High |
| US | $92 | $339 | $509 | $2 | $313 | $522 |
| Ex-US | $130 | $363 | $712 | $55 | $356 | $857 |

2

HIGHLY CONFIDENTIAL
ABBT0122955

## ABT 594 Pricing

- US launch price $3.57/day (AWP)
  - Comparable to Neurontin/Cox 2 daily AWP (in 2004)
  - Should be supportable - one of few drugs indicated for NP and a novel mechanism
  - Forecasting assumes reasonable discounting to ensure MC coverage and penetration
- Ex-US launch price $0.90/day (ASP)
  - Comparable to premium priced pain drugs (COX-2)
  - Unlikely to match Neurontin price, as ABT-594 will likely be reference-priced vs. analgesics, not AEDs

Used in base case forecast, 1/01

3

HIGHLY CONFIDENTIAL
ABBT0122956

## ABT 594 Margin on Per Tab Basis

- 300mcg/tab = 0.0000003kg/tab
- COGS/kg (including finishing costs) = $250K
- COGS on per tab basis = $0.075
- Price/tab = $1.78 (US AWP); $0.45 (Ex-US ASP)
- Margin/tab = 96% (US); 83% (Ex-US)

4

HIGHLY CONFIDENTIAL
ABBT0122957

# ABT 594 Promo and Sales Force Spend

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Promo spending ($MM) | 2 | 40 | 50 | 25 | 30 | 30 | 25 | 25 | 25 | 20 | 20 | 20 | 15 | 6 |
| Direct to Customer spending ($MM) | 0 | 2 | 4 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PR spending ($MM) | 3 | 3 | 2 | 2 | 1 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0 | 0 | 0 | |
| Total Promo excluding samples | 5.1 | 38 | 56 | 38 | 32 | 30.3 | 25.8 | 25.3 | 25.3 | 20.2 | 20.2 | 20 | 15 | 6 |
| TOTAL PROMO EXPENSE | 5.9 | 37.8 | 50.4 | 41.0 | 35.0 | 33.2 | 27.7 | 27.6 | 26.7 | 21.6 | 21.2 | 22.6 | 20.2 | 15.2 |
| Sales ($MM) | #N/A | 27.4 | 96.4 | 130.5 | 231 | 296.7 | 344.6 | 386.2 | 398.8 | 297.9 | 292.1 | 265.1 | 274.8 | 260.1 |
| % of Sales | | 138% | 61% | 24% | 16% | 11% | 8% | 8% | 9% | 7% | 7% | 8% | 8% | 6% |

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales Force Expense ($MM) | | | 18.2 | 23.9 | 24.0 | 24.7 | 25.5 | 26.3 | 23.0 | 20.6 | 17.5 | 13.1 | 43.0 | 9.3 |

5

HIGHLY CONFIDENTIAL
ABBT0122958

## ABT 594 Base Case Forecast

|  | U.S. | Ex-US |
|---|---|---|
| Peak Sales | $339 MM | $363 MM |
| Salesforce/Promo | $54MM | $34 MM |
| Peak Share |  |  |
| Neuropathic | 20% | 20% |
| Chronic Persistent | 5% | 5% |
| NPV @ 12.5% (after tax) | $313 MM | $356 MM |

6

HIGHLY CONFIDENTIAL
ABBT0122959

**Landsberg Deposition Exhibit 28**

**P's Exhibit EL**
**Part I**



Project Review

ABT-089 and ABT-594

February 2, 2001

EXHIBIT
Collicott
32
9-27-06

HIGHLY
CONFIDENTIAL *Landsberg*     DEP. EX. NO.
FOR ID... AS OF 2-16-07

ABBT 0002314



HIGHLY
CONFIDENTIAL

ABBT 0002315



HIGHLY
CONFIDENTIAL

ABBT 0002316



REDACTED

ABT-089

HIGHLY
CONFIDENTIAL

ABBT 0002317



ABT 089

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002318



## ABT-594

### Overview

- First-in-class
- Analgesic potential demonstrated at 75 mcg BID
- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID
- Full efficacy not determined
- MTD is 300 mcg BID
- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing
- Global sales: $700 MM

HIGHLY
CONFIDENTIAL

ABBT 0002319



REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002321

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002322

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002323

REDACTED

HIGHLY
CONFIDENTIAL        ABBT 0002324

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002326

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002326

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002327

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002328

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002328

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002330

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002331

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002332

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002333

**Landsberg Deposition Exhibit 28**

**P's Exhibit EL**
**Part II**

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002334

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002335

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002336

REDACTED

HIGHLY
CONFIDENTIAL       ABBT 0002337

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002338

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002339

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002340

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002341

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002342

REDACTED

HIGHLY
CONFIDENTIAL      ABBT 0002343

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002344

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002345

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002346

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002347

REDACTED

HIGHLY
CONFIDENTIAL        ABBT 0002348

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002349

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002350

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002351

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002352

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002353

# Landsberg Deposition Exhibit 28


# P's Exhibit EL
# Part 3

REDACTED

HIGHLY
CONFIDENTIAL        ABBT 0002354

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002355

REDACTED

HIGHLY
CONFIDENTIAL      ABBT 0002356

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002357

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 000235B

# Landsberg Deposition Exhibit 28


# P's Exhibit EL
# Part 4



HIGHLY
CONFIDENTIAL        ABBT 0002359



HIGHLY
CONFIDENTIAL     ABBT 0002380

# Landsberg Deposition Exhibit 28

# P's Exhibit EL
# Part 5



# ABT-594

*Overview*

- First-in-class
- Analgesic potential demonstrated at 75 mcg BID
- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID
- Full efficacy not determined
- MTD is 300 mcg BID
- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing
- Global sales: $700 MM

HIGHLY CONFIDENTIAL    ABBT 0002361



## Pain Prevalence

- 22% primary care patients worldwide have persistent pain
- Neuropathic pain
  - 20% of diabetics
  - 40% of HIV infected
  - 36% of cancer patients

HIGHLY CONFIDENTIAL     ABBT 0002382

# Pain Therapeutics Market

- $12 billion in sales of key classes (NSAIDs, COX-2s, opioids, non-opioids)

- $700 million in sales of key neuropathic pain compounds
  - use largely off-label
  - low cost generics

HIGHLY CONFIDENTIAL    ABBT 0002363



HIGHLY
CONFIDENTIAL    ABBT 0002364



Broad-Spectrum, Non-Opioid Analgesic Activity by Selective Modulation of Neuronal Nicotinic Acetylcholine Receptors

A. W. Bannon, M. W. Decker, M. W. Holladay, P. Curzon, D. Donnelly-Roberts, P. S. Puttfarcken, R. S. Bitner, A. Diaz, A. H. Dickenson, R. D. Porsolt, M. Williams, S. P. Arneric

SCIENCE • VOL. 279 • 2 JANUARY 1998

HIGHLY
CONFIDENTIAL        ABBT 0002366

# Development Strategy

## Acute

Post-dental surgery
Strains and strains
Acute back pain
Trauma
Post-general surgery
Post-orthopedic
surgery
Dysmenorrhea
Renal colic
Biliary colic
Pancreatitis
Infections

## Neuropathic

Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug-induced polyneuropathy
HIV predominantly sensory
    neuropathy
Back pain
Cancer pain
Trigeminal neuralgia
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
Complex regional pain
    syndromes (I, II)
Atypical facial pain
Phantom limb pain

## Chronic Nociceptive

Osteoarthritis
Chronic back pain
Rheumatoid arthritis
Cancer pain
Fibromyalgia
Sickle cell disease
TMJ disorder
Bursitis
Tendinitis
Chronic visceral pain

HIGHLY
CONFIDENTIAL

ABBT 0002366



HIGHLY
CONFIDENTIAL    ABBT 0002367



HIGHLY
CONFIDENTIAL     ABBT 0002388

# Landsberg Deposition Exhibit 28

# P's Exhibit EL
# Part 6



ABT-594

*Go/No Go Process*

- Decision analysis (DSG) will be used as a tool to determine milestone criteria
  - Efficacy and safety
  - Titration effects
  - Dose selection
  - Indications
  - Market research

HIGHLY CONFIDENTIAL          ABBT 0002369

# ABT-594

## Phase III Clinical Plan

|  | U.S. | Europe | Japan |
|---|---|---|---|
| Diabetic neuropathy | 2 (n=1200) | 2 (n=1200) | 1 (n=300) |
| Long-term safety | 1 (n=500) | 1 (n=500) | |
| Gabapentin comparator | – | 1 (n=320) | |
| Other neuropathic pain (Phase 3B) post herpetic neuralgia, sciatica | 2 (n=600) | – | |

|  | 01 | 02 | 03 | Total |
|---|---|---|---|---|
| Cost ($ million) | 6.1 | 59.6 | 55.7 | 121.4 |

HIGHLY CONFIDENTIAL     ABBT 0002370

# ABT-594

## Phase 2 to 3 Transition

| | |
|---|---|
| Milestone review | 6/01 |
| End of Phase 2 package/request | 9/01 |
| Start manufacture Phase 3 supplies | 9/01 |
| Ship first Phase 3 supplies | 2/02 |
| Initiate Phase 3 | 3/02 |
| Regulatory filings | 9/03 |

HIGHLY
CONFIDENTIAL

ABBT 0002371



# ABT-594

## Overview

- First-in-class
- Analgesic potential demonstrated at 75 mcg BID
- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID
- Full efficacy not determined
- MTD is 300 mcg BID
- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing
- Global sales: $700 MM

HIGHLY CONFIDENTIAL

ABBT 0002372



ABT-594 Project Review
February 2, 2001

Pharmacological Profile

Jim Sullivan

HIGHLY
CONFIDENTIAL        ABBT 0002373

# Landsberg Deposition Exhibit 28

# P's Exhibit EL
# Part 7



## ABT-594: Preclinical Pharmacology

- Rationale for NNRs and pain
  - Knockout, antisense and pharmacological validation
- *in vitro* and *in vivo* profile of ABT-594
  - Efficacy
  - Safety

HIGHLY CONFIDENTIAL    ABBT 0002374



# NNRs and Pain:
## NNRs are Expressed in Pain Pathways

- **CNS**
  - α4 NNRs are localized in NRM and dorsal raphe (key CNS pain center)
- **Spinal Cord**
  - NNRs are expressed in dorsal horn neurons (key spinal cord pain processing center)
- **Sensory Neurons**
  - α4β2, α3β4, α7 NNRs are expressed in DRG and on central and peripheral C-fiber nociceptors

HIGHLY CONFIDENTIAL    ABBT 0002375



NNRs for Pain: Role of α4 and β2 NNRs Established Using Knockout Mice

Marubio, et al. Nature 1999 398, 805-810.

- In either α4-/- or β2-/- mice, neither nicotine nor epibatidine was active in the hot plate assay (supraspinal mechanism)

HIGHLY CONFIDENTIAL    ABBT 0002376



HIGHLY
CONFIDENTIAL          ABBT 0002377



# Target Validation:
## NNR Agonists Are Analgesic

- NNR agonists are -
  - Antinociceptive (capable of raising nociceptive thresholds in naïve animals)
  - Antihyperalgesic (capable of reversing the reduction in nociceptive thresholds following injury)

- Epibatidine (key discovery)
  - 200x more potent than morphine
  - Non-opioid
  - Potent NNR agonist
  - BUT highly toxic

Badio and Daly, Mol. Pharmacol.
45: 563, 1994.

HIGHLY
CONFIDENTIAL          ABBT 0002378



# NNRs and Pain: ABT-594

**Goal**

ABT-594

- Maintain broad spectrum analgesic efficacy of epibatidine
  - Maintain potency at α4 containing NNRs

- Decrease side-effect liabilities by decreasing activity at
  - Neuromuscular junction nicotinic receptors (α1βδγ)
  - Ganglionic NNR subtypes (α3β4, α3α5β2β4)

HIGHLY CONFIDENTIAL    ABBT 0002379

# ABT-594 is a More Selective NNR than Epibatidine in Radioligand Binding Studies

| Binding Site (Ki, nM) | Epibatidine | ABT-594 |
|---|---|---|
| Cytisine Binding Site ($\alpha4\beta2$) | 0.042 | 0.037 |
| BTX Binding Site (Peripheral) ($\alpha1$) | 2.4 | 16,600 |

- ABT-594 retains potency of epibatidine at the $\alpha4\beta2$ binding site

- ABT-594 is > 5000-fold less potent than epibatidine at the peripheral neuromuscular junction nicotinic receptor

HIGHLY
CONFIDENTIAL          ABBT 0002380



# In Vitro Functional Profiles of ABT-594 and Epibatidine

## Functional Activity

○ Rank order of potency
  — ABT-594: α4β4 ~ α4β2 > α3β4
  — Epibatidine: α4β4 ~ α3β4 ~ α4β2

○ ABT-594 displays modest α4 vs α3β4 selectivity
  — Compounds with greatly improved selectivity have been identified

HIGHLY
CONFIDENTIAL

ABBT 0002381



HIGHLY
CONFIDENTIAL

ABBT 0002382



HIGHLY
CONFIDENTIAL

ABBT 0002383

# Landsberg Deposition Exhibit 28

# P's Exhibit EL
# Part 8



HIGHLY
CONFIDENTIAL

ABBT 0002394



HIGHLY
CONFIDENTIAL    ABBT 0002396



# Nociceptive Pain

## Treatment Adverse Events

| Event | Ultram[1] 50-100 mg | OxyContin[2] | OxyContin Osteoarthritis 20 mg q12 |
|---|---|---|---|
| Somnolence | N/A | 23 % | 27% |
| Dizziness | 31% | 13 % | 20% |
| Nausea | 34% | 23 % | 41% |
| Vomiting | 13% | 12 % | 23% |
| Constipation | 38% | 23 % | 32% |
| Pruritus | N/A | N/A | 10% |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] Clinical trials (label)
N/A - Not Available

HIGHLY CONFIDENTIAL

ABBT 0002396



HIGHLY
CONFIDENTIAL     ABBT 0002397



HIGHLY
CONFIDENTIAL    ABBT 0002398

# Neuropathic Pain

## Treatment Adverse Events Rates

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d |
|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% |
| Somnolence | 66% | 53% | 23% | 24% |
| Dizziness | 28% | 40% | 24% | 27% |
| Nausea | N/A | 7% | 8% | N/A |
| Peripheral edema | N/A | N/A | N/A | 7% |
| Dry mouth | 90% | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A |

[1] Max, 1987 (n=29)
N/A - Not Available

HIGHLY CONFIDENTIAL

ABBT 0002399



ABT-594

Clinical development

- Current pain management
- Development strategy: bench to bedside
- Clinical trial results

HIGHLY
CONFIDENTIAL      ABBT 0002400



HIGHLY
CONFIDENTIAL    ABBT 0002401

# ABT-594

## *Spectrum of Activity: Where to Start?*

### Acute

Post-dental surgery
Sprains and strains
Acute back pain
Trauma
Post-general surgery
Post-orthopedic surgery
Dysmenorrhea
Renal colic
Bilary colic
Pancreatitis
Infections

### Neuropathic

Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug-induced polyneuropathy
HIV predominantly sensory
  neuropathy
Back pain
Cancer pain
Trigeminal neuralgia
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
Complex regional pain syndromes
  (I, II)
Atypical facial pain
Phantom limb pain

### Chronic Nociceptive

Osteoarthritis
Chronic back pain
Rheumatoid arthritis
Cancer pain
Fibromyalgia
Sickle cell disease
TMJ disorder
Bursitis
Tennitis
Chronic visceral pain

HIGHLY
CONFIDENTIAL

ABBT 0002402



HIGHLY
CONFIDENTIAL          ABBT 0002403

# Landsberg Deposition Exhibit 28

# P's Exhibit EL
# Part 9



HIGHLY
CONFIDENTIAL          ABBT 0002404



HIGHLY
CONFIDENTIAL

ABBT 0002406



HIGHLY CONFIDENTIAL     ABBT 0002406



HIGHLY
CONFIDENTIAL          ABBT 0002407



HIGHLY
CONFIDENTIAL          ABBT 0002408

# Molar Extraction Study

## Design

290 patients, randomized, double-blind, placebo-controlled, single dose

| n=50 | ABT-594 100 mcg |
| n=46 | ABT-594 75 mcg |
| n=50 | ABT-594 50 mcg |
| n=46 | ABT-594 25 mcg |
| n=48 | Ibuprofen 400 mg |
| n=50 | Placebo |

Single dose

Screen  Surgery

n=290

xx

Day –14

- Third molar extraction
- Outcome measures:
  - Pain relief (PR)
  - Categorical scale:

| 0 | 1 | 2 | 3 | 4 |
| none | a little | some | a lot | complete |

- Power: 70% to detect an effect similar to acetaminophen plus codeine
- Solution

HIGHLY
CONFIDENTIAL                ABBT 0002408

# Molar Extraction Study

## *Outcome Measures*

**Pain Relief (PR)**
- Categorical scale:

| 0    | 1        | 2    | 3     | 4        |
|------|----------|------|-------|----------|
| none | a little | some | a lot | complete |

**Total Pain Associated Relief (TOTPAR)**
- Area under the curve for PR (0-6 hours)

**Pain Intensity (PI)**
- Categorical scale:

| 0    | 1    | 2        | 3      |
|------|------|----------|--------|
| none | mild | moderate | severe |

- Visual Analog Scale

no pain |_____| worst pain

**Stop Watch Model**
- Time to "perceptible" and "meaningful" relief

**Time To Rescue Medication**

**Patient Global**
- Rate medication:

| 1    | 2    | 3    | 4         |
|------|------|------|-----------|
| poor | fair | good | excellent |

HIGHLY
CONFIDENTIAL        ABBT 0002410



HIGHLY
CONFIDENTIAL        ABBT 0002411



# Neuropathic Pain Pilot

## Design

- 133 patients, randomized, double-blind, placebo-controlled, multiple dose

| | |
|---|---|
| n = 43 | ABT-594 75 mcg BID |
| n = 47 | ABT-594 25 mcg BID |
| n = 43 | Placebo |
| 3 weeks | |

Screen — Day -22 — Day -7 — Washout — Day -3 — Baseline

- Distal symmetric polyneuropathy
  - 52% idiopathic
  - 46% diabetic
- Power 56% to detect a 20% difference (ABT-594 vs. placebo)
- Soft Elastic Capsule

HIGHLY CONFIDENTIAL

ABBT 0002412

# Neuropathic Pain Pilot

## Outcome Measures

### Pain Intensity (PI)
– Categorical Scale:

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| none | mild | moderate | severe |

– Visual Analog Scale:
(0-100 mm)

no pain |—————————————————| worst possible

### Neuropathic Pain Scale (NPS)
– 10 items (e.g., sharp, hot, intense) for total 0-100 points
– Please use the scale below to tell us how sharp your pain feels. Words used to
describe "sharp" feelings include "like a knife," "like a spike," "jabbing" or "like jolts"

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|----|

not sharp                                    The most sharp
                                             sensation
                                             imaginable ("like a
                                             knife")

### Patient Global (PG)
– Rate Medication:

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| poor | fair | good | excellent |



HIGHLY
CONFIDENTIAL     ABBT 0002413

# Landsberg Deposition Exhibit 28

# P's Exhibit EL
# Part 10



ABT-594 75 mcg BID Does Not Reduce Daily Pain Score Compared to Placebo in Neuropathic Pain

| Treatment | Change Baseline to Final |
|---|---|
| Placebo | ↓25% |
| ABT-594 25 mcg BID | ↓14% |
| ABT-594 75 mcg BID | ↓28% |

Maximum possible decrease for 75 mcg BID was 2.5

HIGHLY CONFIDENTIAL    ABBT 0002414



ABT-594 75 mcg BID Reduces the NPS More Than Placebo

HIGHLY
CONFIDENTIAL          ABBT 0002416



HIGHLY
CONFIDENTIAL        ABBT 0002416



HIGHLY
CONFIDENTIAL

ABBT 0002417



HIGHLY
CONFIDENTIAL        ABBT 000241B



HIGHLY
CONFIDENTIAL

ABBT 0002418



# Osteoarthritis Pain Pilot Study

## Outcome Measures

**Pain Intensity (PI)**
– Categorical Scale:

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| none | mild | moderate | severe |

– Visual Analog Scale (VAS):

no pain ————— worst possible

**WOMAC**
– Pain (0-500)
– Stiffness (0-200)    } Total (0-2400)
– Function (0-1700)

**Patient Global**
– Rate Medication:

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| poor | fair | good | excellent |

HIGHLY
CONFIDENTIAL

ABBT 0002420

# Osteoarthritis Pain Pilot Study

*WOMAC*

## Pain

How much pain do you have...
- Walking on a flat surface?
- Going up or down stairs

no pain ———————————— extreme pain

## Stiffness

How severe is your stiffness...
- After sitting, lying, or resting later in the day?

no stiffness ———————————— extreme stiffness

## Function

What degree of difficulty do you have...
- Descending stairs?
- Rising from bed?

no difficulty ———————————— extreme difficulty

HIGHLY CONFIDENTIAL        ABBT 0002421



ABT-594 75 mcg BID Does Not Reduce Daily Pain
Score Compared To Placebo In Osteoarthritis

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓21% |
| Ibuprofen 400 mg TID | ↓26% |
| ABT-594 25 mcg BID | ↓17% |
| ABT-594 50 mcg BID | ↓26% |
| ABT-594 75 mcg BID | ↓23% |

• p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 2.2

HIGHLY
CONFIDENTIAL          ABBT 0002422



## ABT-594 75 mcg BID Reduces the WOMAC Pain Subscale More Than Placebo in Osteoarthritis

| Treatment | Change Baseline to Final |
|---|---|
| Placebo | ↓ 19% |
| Ibuprofen 400 mg TID | ↓ 33% |
| ABT-594 25 mcg BID | ↓ 24% |
| ABT-594 50 mcg BID | ↓ 34% |
| ABT-594 75 mcg BID | ↓ 30% |

Based on 5-item (0-500 points)

p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 305

HIGHLY CONFIDENTIAL     ABBT 0002423

# Landsberg Deposition Exhibit 28


# P's Exhibit EL
# Part 11



ABT-594 75 mcg BID Has An Effect Similar to Celebrex

*WOMAC Pain Decrease from Baseline*

HIGHLY
CONFIDENTIAL

ABBT 0002424



# ABT-594

*Phase IIa Efficacy Conclusions*

## Analgesic Potential Demonstrated

- Molar Extraction
  - Significance vs. placebo starting at 1.5 hours
- Neuropathic Pain
  - 75 mcg BID may be lowest effective dose for patients with painful diabetic polyneuropathy
- Osteoarthritis Pain
  - 75 mcg BID may be lowest effective dose as judged by the WOMAC pain sub-score

HIGHLY CONFIDENTIAL

ABBT 0002428



HIGHLY
CONFIDENTIAL          ABBT 0002428

# Adverse Event Rates for Select Analgesics

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594[2] 75 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% | 0% |
| Somnolence | 66% | 53% | 23% | 24% | 0% |
| Dizziness | 28% | 40% | 24% | 27% | 7% |
| Nausea | N/A | 7% | 8% | N/A | 15% |
| Vomiting | N/A | N/A | N/A | N/A | 5% |
| Peripheral edema | N/A | N/A | N/A | 7% | 1% |
| Constipation | 14% | N/A | N/A | N/A | N/A |
| Dry mouth | 30% | N/A | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A | N/A |

[1] Max, 1987 (n=29)
[2] M98-826 and M98-833 combined
N/A - Not Available

HIGHLY CONFIDENTIAL    ABBT 0002427



# Adverse Event Rates for Select Analgesics

| Event | Ultram[1]<br>50-100 mg<br>q4-6h | OxyContin[2] | OxyContin<br>Osteoarthritis<br>20 mg q12h | ABT-594[3]<br>75 mcg BID |
|---|---|---|---|---|
| Somnolence | N/A | 23 % | 27% | 0% |
| Dizziness | 31% | 13 % | 20% | 7% |
| Nausea | 34% | 23 % | 41% | 15% |
| Vomiting | 13% | 12 % | 23% | 5% |
| Constipation | 38% | 23 % | 32% | 1% |
| Dry mouth | N/A | N/A | N/A | 4% |
| Pruritus | N/A | N/A | 16% | N/A |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] Clinical trials' (label)
[3] M98-826 and M98-853 combined
N/A - Not Available

HIGHLY
CONFIDENTIAL          ABBT C002428



HIGHLY
CONFIDENTIAL

ABBT 0002429



## Phase IIb

- Trials
  - Neuropathic Pain (M99-114)
    - Ongoing
  - Osteoarthritis Pain (M99-115)
    - Unfunded
- Doses
  - 150, 225, 300 mcg BID

HIGHLY CONFIDENTIAL

ABBT 0002430



HIGHLY
CONFIDENTIAL

ABBT 0002431



HIGHLY
CONFIDENTIAL      ABBT 0002432



## M99-114 Status

- Enrollment
  - Ended 1/5/01 at 269 subjects
  - Pre-specified power not reached
  - Width of confidence intervals not meaningfully different between 269 and 320 enrolled
- Database release – 5/01
- Go/No Go – 6/01

HIGHLY
CONFIDENTIAL

ABBT 0002433

**Landsberg Deposition Exhibit 28**


**P's Exhibit EL**
**Part 12**



HIGHLY
CONFIDENTIAL

ABBT 0002434



ABT-594 Project Review
February 2, 2001

Commercial Assessment

Andrea Landsberg

Laura Robinson

HIGHLY
CONFIDENTIAL        ABBT 0002435



HIGHLY
CONFIDENTIAL          ABBT 0002438

# Neuropathic Pain Market Sales

| | 2000 US Sales ($MM) | 2000 ex-US Sales |
|---|---|---|
| AEDs | $299 | $190 |
| TCAs | $3 | $45 |
| OPIOIDS | $37 | NA |
| OTHERS | $85 | $45 |
| TOTAL | $424 | $280 |

US Sales factored for neuropathic pain and annualized
Vs Prior Year: US Growth est 20%, ex-US growth est 10%

HIGHLY
CONFIDENTIAL

ABBT 0002437



HIGHLY
CONFIDENTIAL    ABBT 0002438

## Use in Neuropathic Pain

- Even if target only 'focused' indication in painful, diabetic neuropathy' expect trial and usage in all types of neuropathic pain
  - Neurontin use all off-label
  - Carbamazepine is indicated for trigeminal neuralgia but used in all neuropathic pain
  - Generally held premise that NP likely has some similar mechanisms across etiologies (reinforced by current drug usage)

HIGHLY CONFIDENTIAL

ABBT 0002439

# Market Opportunities in Neuropathic Pain

- Improved efficacy
  - Partial pain relief is the norm
  - Polypharmacy often required to manage pain
- Improved responder rates
  - Typically only 40% to 60% of patients respond to any given treatment
- Improved tolerability over time
  - TCAs, AEDs, opioids have troublesome SEs that do not diminish over time
- Dose reduction
  - Most TCAs and AEDs (including Neurontin) typically dosed TID
- Titration reduction
  - TCAs and AEDs require >2 weeks titration period to minimize SEs or reach effective dose

HIGHLY CONFIDENTIAL

ABBT 0002440



## Chronic Persistent Pain (CPP) "Spillover"

- Onset of action and need for titration limits ABT-594 to a small segment of the nociceptive pain market

- CPP = Chronic persistent pain conditions for which patients are on daily medications, over extended periods of time (vs. PRN, or 'as needed', consumption)

HIGHLY CONFIDENTIAL

ABBT 0002441



HIGHLY
CONFIDENTIAL

ABBT 0002442

## Chronic Persistent Pain Market

|  | 1999 Sales ($MM) | CAGR (97-99) | Rxs (MM) | CAGR (97-99) |
|---|---|---|---|---|
| US | $700 | 5% | 35 | 1% |
| Ex-US | $680 | 8% | 58 | 3% |

CPP Market Size Assumptions:
Assume 40% of opioid, non-opioid, COX-2 market is for chronic pain and 30% of that is 'persistent' i.e. medication taken every day

HIGHLY
CONFIDENTIAL

ABBT 0002443

# Landsberg Deposition Exhibit 28

# P's Exhibit EL
# Part 13



HIGHLY
CONFIDENTIAL    ABBT 0002444



# Qualitative Market Research Results

| Profile | | Share of Patients | | |
|---|---|---|---|---|
| | AEs vs. current agents | OA | RA | Low-back |
| Efficacy | | | | |
| Better | Equivalent | | | |
| Same | Equivalent | | | |
| Better | Poor | | | |

*TCAs used as "benchmark" efficacy in NP*

*Tolerability vs. current agents: equivalent = 5% nausea, 5% vomiting, 10% dizziness; poor = 20% nausea, 10% vomiting, 30% dizziness*

HIGHLY
CONFIDENTIAL

ABBT 0002445

# Qualitative Market Research Results

| Profile | | Share of Patients | | |
|---------|---------|------|-----|----------|
| Efficacy | AEs vs. current agents | OA | RA | Low-back |
| Better | Equivalent | 19% | 12% | 16% |
| Same | Equivalent | 15% | 8% | 10% |
| Better | Poor | 12% | 6% | 11% |

Spillover market share in chronic persistent pain markets (in forecast, assuming only 5% share)

MR did not test impact of titration on market share

HIGHLY CONFIDENTIAL          ABBT 0002446

# Qualitative Market Research Results

| Profile | | | Share of Patients |
|---|---|---|---|
| | Efficacy | AEs vs. current agents | Neuropathic Pain |
| | Better | Equivalent | 31% |
| | Better | Poor | 24% |
| | Same | Equivalent | 27% |

Assumes ABT-594 is indicated for NP, with additional clinical data (Ph II) showing efficacy in nociceptive pain

In forecast assuming 20% share of NP

HIGHLY CONFIDENTIAL    ABBT 0002447

# Neuropathic Pain Pipeline

- Pregabalin is in Phase III, but questions remain regarding Pfizer's Neurontin/Pregabalin strategy

- 4 NNR preclinical programs appear to be targeting pain indications; ABT-594 is much further along

- Other new AEDs may have potential for treatment of neuropathic pain and are conducting phase IV trials; unclear whether these agents will pursue an NP indication

- Several novel pain mechanisms being explored
  - Calcium channel blockers
  - Sodium channel blockers
  - NMDA antagonists

HIGHLY CONFIDENTIAL

ABBT 0002448



HIGHLY
CONFIDENTIAL

ABBT 0002449



HIGHLY
CONFIDENTIAL          ABBT 0002460



HIGHLY
CONFIDENTIAL

ABBT 0002461

# Key Product Challenges

- Key challenge is achieving optimal balance of tolerability and efficacy to satisfy both US and ex-US markets
  - Neurontin/Pregabalin may have advantage
    - Will need to minimize early DCs as much as possible
  - Potentially low therapeutic index
- Titration
  - Schedule must be as short and simple as possible
- Nicotinic mechanism
  - Will require pre-launch market education and priming to diffuse negative associations and generate interest surrounding novel MOA

HIGHLY
CONFIDENTIAL

ABBT 0002462



Go/No Go Process

Bruce McCarthy

HIGHLY
CONFIDENTIAL

ABBT 0002463

# Landsberg Deposition Exhibit 28

# P's Exhibit EL
# Part 14



HIGHLY
CONFIDENTIAL        ABBT 0002454



HIGHLY
CONFIDENTIAL

ABBT 0002455



HIGHLY
CONFIDENTIAL

ABBT 0002456



ABT-594 Project Review
February 2, 2001

Follow-On Strategy

Mike Meyer

HIGHLY
CONFIDENTIAL          ABBT 0002467



HIGHLY
CONFIDENTIAL

ABBT 0002468



## Discovery Program Basis

*NNR Subtypes Differentially Mediate Efficacy and Side Effects*

- Different NNR subtypes mediate analgesic effects of nicotinic agonists and adverse events
- Program committed to the identification of NNR subtype selective compounds
- Project initiated research collaboration with NeuroSearch (Denmark)
  - Access to human recombinant NNRs
  - Access to new structural classes of NNR modulators

HIGHLY CONFIDENTIAL    ABBT 0002469

# Nociception Mediated by α4 subtypes

- Mouse knockouts support role of α4 and β2
  - Key differences between pain type
- Role for α4 subtype in acute thermal pain (activation of descending inhibitory pathways)
  - Antisense studies
  - Site injection studies
  - Antagonist studies
- In more physiological relevant models of persistent and neuropathic pain, both central and peripheral sites of action are implicated

HIGHLY CONFIDENTIAL          ABBT 0002480



# Emesis Mediated by α3β4 Subtype

- In preclincal models, emesis is correlated to potency and efficacy at ganglionic (α3β4) NNR subtypes

- Antagonist and route of administration studies suggest both local and systemic contribution

HIGHLY CONFIDENTIAL     ABBT 0002461



HIGHLY
CONFIDENTIAL

ABBT 0002462

# Analgesic Efficacy vs. ABT-594 (Rat Models)

| | Persistent Nociceptive Pain (Formalin Model) | Neuropathic Pain (Chung Model) | Acute Nociceptive Pain (Hot Box) |
|---|---|---|---|
| ABT-594 | +++ (0.08 μmol/kg) | +++ (0.1 μmol/kg) | +++ (0.03 μmol/kg) |
| A-312046 | +++ (1.8 μmol/kg) | +++ (0.7 μmol/kg) | +++ (1.9 μmol/kg) |
| A-366833 | +++ (3 μmol/kg) | ++ (5 μmol/kg) | ++ (6 μmol/kg) |
| Celecoxib | ++ (30 μmol/kg) | + (30 μmol/kg) | 0 |
| Morphine | +++ (3 μmol/kg) | +++ (10 μmol/kg) | ++ (3 μmol/kg) |
| Gabapentin | + (200 μmol/kg) | ++ (100 μmol/kg) | 0 |

+++ is >75% efficacy; ++ is 40-75% efficacy; + is <40% efficacy; 0 is no activity.

HIGHLY CONFIDENTIAL

ABBT 0002483

# Landsberg Deposition Exhibit 28

# P's Exhibit EL
# Part 15



HIGHLY
CONFIDENTIAL

ABBT 0002464



Efficacy Indexed to Emesis Liability
(Nociceptive Pain)

HIGHLY
CONFIDENTIAL

ABBT 0002485

# Therapeutic Index Comparison

○ Therapeutic index based on ratio of highest no effect dose for adverse event and $ED_{50}$ in pain models

| Adverse Event | Therapeutic Index Improvement vs. ABT-594 | | |
|---|---|---|---|
| | A-312046 | A-366833 | |
| Emesis (Ferret) | 5 – 14x | 20 – 27x | |
| Seizure Threshold (Mouse) | 4 – 11x | >11x | |
| Edge Test (Rat) | 7 – 24x | >12x | |

HIGHLY CONFIDENTIAL

ABBT 0002466

## Pharmacokinetics

|  |  | t₁/₂ | CLp | %F |
|---|---|---|---|---|
| ABT-594 | Rat | 1.5 h | 1.7 | 61% |
|  | Dog | 4.7 h | 0.4 | 35% |
|  | Monkey | 1.4 h | 1.7 | 80% |
| A-312046 | Rat | 3.0 h | 1.95 | 80% |
|  | Dog | 1.4 h | 2.89 | 13% |
|  | Monkey | 1.5 h | 2.36 | 3% |
| A-366833 | Rat | 1.5 h | 3.02 | 73% |
|  | Dog | 2.6 h | 0.35 | 109% |
|  | Monkey | 2.5 h | 0.53 | 74% |

HIGHLY
CONFIDENTIAL

ABBT 0002467

## Additional Characterization and Ongoing Studies

- A-312046:
  - Evaluation of viability of transdermal formulation
  - Identification of prodrug analogs

- A-366833:
  - Ames and chromosomal breakage neg.
  - CEREP binding studies – no significant findings
  - Ongoing studies:
    - Evaluation in additional pain models
    - PK/PD studies –plasma levels at efficacious and emetic doses
    - Dog, monkey, human hepatocyte metabolism
    - Cardiovascular evaluation
    - Two-week toxicology in rats

HIGHLY CONFIDENTIAL    ABBT 0002468

## Backup Status

- A-366833:
  - Broad spectrum activity, but particularly effective in persistent nociceptive pain model
  - Significantly decreased side effect liability
  - Excellent oral bioavailability across three species
  - May extend into general pain indication
- A-312046:
  - Excellent activity in neuropathic pain model
  - Pharmacokinetics may preclude development as oral drug
  - Alternative formulations may be useful as backup for ABT-594 in neuropathic pain market

HIGHLY CONFIDENTIAL    ABBT 0002489