UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY, | CIVIL ACTION NO. 05-11150-DPW |
| Plaintiffs, | |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

## ABBOTT'S CORRECTED DEPOSITION COUNTER-DESIGNATIONS FOR KEITH HENDRICKS

Defendant Abbott Laboratories ("Abbott") respectfully submits the attached corrected

deposition counter designations for the April 27, 2007 deposition of Keith Hendricks,

Divisional Vice President of Portfolio Analysis and Assessment.

.

.

Dated:  February 22, 2008                    Respectfully submitted,


ABBOTT LABORATORIES

By:  __/s/ Eric J. Lorenzini_____
      Eric J. Lorenzini

Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
Eric J. Lorenzini *(pro hac vice)*
Ozge Guzelsu *(pro hac vice)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth
Floor
Los Angeles, CA  90071-1560
Tele:  (213) 683-9100

and

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY &
GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com


*Counsel for Abbott Laboratories*

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2008.

Date: February 22, 2008

                                       /s/ Ozge Guzelsu

# Keith Hendricks Deposition Designations

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 04/27/07 | Hendricks, Keith | 4:7-13:24 | | | I | QM | |
| 04/27/07 | Hendricks, Keith | 14:5-26:18 | 14:1-14:4 | | 2 | RV | |
| 04/27/07 | Hendricks, Keith | 28:10-30:6 | | | | | |
| 04/27/07 | Hendricks, Keith | 32:11-34:5 | 34:6-35:6 | | | | |
| 04/27/07 | Hendricks, Keith | 36:13-43:14 | | | 2 | RV | |
| 04/27/07 | Hendricks, Keith | 46:10-47:7 | | | | | |
| 04/27/07 | Hendricks, Keith | 48:22-51:22 | | | 2 | RV | |
| 04/27/07 | Hendricks, Keith | 52:10-52:13 | | | 2 | RV | |
| 04/27/07 | Hendricks, Keith | 58:1-66:18 | 66:19-68:9 | | 2 | RV | |
| 04/27/07 | Hendricks, Keith | 68:10-69:24 | 70:1-75:7 | | 2 | RV | |
| 04/27/07 | Hendricks, Keith | 75:8-77:2 | | | 2 | RV | |
| 04/27/07 | Hendricks, Keith | 77:12-78:19 | 78:20-80:8 | | 2 | RV | |
| 04/27/07 | Hendricks, Keith | 80:9-82:4 | | | 2 | RV | |
| 04/27/07 | Hendricks, Keith | 90:7-93:12 | | | 2 | RV | |
| 04/27/07 | Hendricks, Keith | 94:8-98:10 | 98:11-99:3 | | 3 | I | |
| 04/27/07 | Hendricks, Keith | 99:4-100:24 | 101:1-104:17 | | 3 | I | |

| 04/27/07 | Hendricks, Keith | 104:18-108:6 | 108:7-109:1 | | 4 5 | EI IL | |
| 04/27/07 | Hendricks, Keith | 109:2-114:24 | | | 6 | PG | |
| 04/27/07 | Hendricks, Keith | 115:1-117:24 | | | 7 | 32 | |
| 04/27/07 | Hendricks, Keith | 129:14-139:19 | | | 9 10 11 12 13 14 | MX 34 NN 43 OZ LT | |
| 04/27/07 | Hendricks, Keith | 178:1-181:24 | 182:1-185:17 | | 20 | MJ | |
| 04/27/07 | Hendricks, Keith | 201:22-202:17 | 194:19-197:20 | | 20 | MJ | |
| 04/27/07 | Hendricks, Keith | 210:16-212:7 | | | 1 | QM | |

# Color Key to Deposition Designations

**Designation by Plaintiffs**

**Counter Designation by Defendants**

**Designation by Defendants**

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MASSACHUSETTS

3     JOHN HANCOCK LIFE INSURANCE    )

4     COMPANY, JOHN HANCOCK          )

5     VARIABLE LIFE INSURANCE        ) Civil Action

6     COMPANY, and MANULIFE          ) No. 05-11150-DPW

7     INSURANCE COMPANY (f/k/a       )

8     INVESTORS PARTNER INSURANCE    )

9     COMPANY),                      )

10          Plaintiffs,       )

11     vs.                )

12    ABBOTT LABORATORIES,           )

13          Defendant.        )

14          The videotaped deposition of KEITH

15    HENDRICKS, called for examination, taken pursuant to

16    the Federal Rules of Civil Procedure of the United

17    States District Courts pertaining to the taking of

18    depositions, taken before JENNIFER L. BERNIER, CSR

19    No. 84-4190, a Notary Public within and for the

20    County of Cook, State of Illinois, and a Certified

21    Shorthand Reporter of said state, at Suite 1300, Two

22    North LaSalle Street, Chicago, Illinois, on the 27th

23    day of April, A.D. 2007, at 9:49 a.m.

24

1          (WHEREUPON, the witness was duly

2          sworn.)

3          KEITH HENDRICKS,

4     called as a witness herein, having been first duly

5     sworn, was examined and testified as follows:

6          EXAMINATION

7     BY MR. DAVIS:

8          Q.    Good morning.  Would you state your name

9     for the record, please.

10          A.    Keith Hendricks.

11          Q.    Mr. Hendricks, my name is Brian Davis.

12     I'm going to be asking you a series of questions

13     here today.

14          If at any point in time you don't

15     understand my questions, please let me know.  And I

16     will try to give you a clearer question.

17          Do you understand that?

18          A.    Mm-hmm.

19          Q.    Also, you'll have to verbalize your

20     responses --

21          A.    All right.  Yes, I do.

22          Q.    -- during the course of the deposition.

23          A.    Yes, I do.

24          Q.    And if at any point in time you would

1   like to take a break, please let me know that as

2   well.

3        A.   I will.

4        Q.   And we'll try to accommodate you as soon

5   as we can after that.  Where are you employed?

6        A.   Abbott Laboratories.

7        Q.   What position do you hold there?

8        A.   Vice President of Portfolio Analysis and

9   Assessment.

10       Q.   How long have you held that position?

11       A.   Four years.

12       Q.   Is that part of the DSG group?

13       A.   The DSG, the Decision Support Group,

14   reports to me.

15       Q.   What is the Decision Support Group?

16       A.   The Decision Support Group is a small

17   group that helps analyze the various R&D

18   investments -- pharmaceutical and nonpharmaceutical

19   R&D investments -- for Abbott Laboratories.

20       Q.   It's a group within Abbott?

21       A.   Yes.

22       Q.   Where is DSG based physically?

23       A.   Abbott Park.

24       Q.   Approximately, how many people are in

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1   DSG?

2       A.   Supporting the pharmaceutical side, about

3   five; and five supporting the medical products

4   group.

5       Q.   And one of the people who works in DSG is

6   Liz Kowaluk?

7       A.   That's correct.

8       Q.   She reports to you?

9       A.   Yes, she does.

10      Q.   Mr. Hendricks, how long have you worked

11  for Abbott labs?

12      A.   Since 1990.

13      Q.   What other positions have you held at

14  Abbott?

15      A.   I worked for five years in the

16  Diagnostics Division in a variety of strategic

17  planning and strategic marketing roles.

18          I worked in the International Division

19  for many years.  Two primary roles there were in

20  charge of new product planning and market research.

21  And I've worked --  I worked, in my current

22  position, for four years.

23          So those have been the basic positions

24  that I've held over the last 17 years.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      Q.    You took your current position in,

2    approximately, 2003?

3      A.    The position title was created at that

4    point in time.  My work and the Decision Support

5    Group work has been going on since 1998 -- actually,

6    even when I was in, formerly, other positions at

7    Abbott.

8      Q.    So you had some of the same duties, in

9    prior positions, under different titles?

10     A.    Yes.  I started the Decision Support

11   Group at Abbott Laboratories.

12     Q.    When was that?

13     A.    It was formerly called that group, I

14   think, around 1990 or so.

15     Q.    I'm sorry.  What was the position that

16   you held immediately prior to being Vice President

17   of Portfolio Analysis?

18     A.    What did they call me?  I'm trying to

19   think.

20     Q.    As best you recall.

21     A.    Probably, I was called a Director of the

22   Portfolio Analysis Group, something to that

23   effect -- the same basic role that I had after the

24   title changed, though.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1　　Q.　Meaning, the same basic role that you had

2　currently?

3　　A.　Yes.  The current role that I had with a

4　few additions after that time.

5　　Q.　And, approximately, what period of time

6　did you hold the position of Director of Portfolio

7　Analysis?

8　　A.　Probably, '92, '93.  So the titles

9　changed from Director of International/Global New

10　Product Planning and Market Research.  That title

11　changed in '92.

12　　　When it became Director of Decision

13　Support Group Portfolio Analysis, it became Vice

14　President of Portfolio Analysis.  My

15　responsibilities regarding Abbott International and

16　the new product planning activities stopped sometime

17　around 2001.

18　　　But if you look at the period from 1998

19　through 2001, I was actually doing AI's new product

20　planning.  I was doing AI's market research; and I

21　was starting up the effort that later became known

22　as the Decision Support Group.

23　　Q.　So you've been in the position of

24　supporting sort of decision making within Abbott

1   since the early 1990s?

2       A.   With respect to what?

3       Q.   Pharmaceuticals.

4       A.   Pharmaceuticals.  My -- when I came to

5   Abbott International in 1995, my role there -- in

6   new product planning -- was specifically to work

7   with the pharmaceutical R&D scientists and provide

8   commercial input regarding the pharmaceutical

9   investments that were being made.

10      Q.   And that's been true since that time?

11      A.   My role -- when my role stopped in around

12   2001 with AI -- in the new product planning role --

13   that was when my responsibility for providing

14   commercial input to R&D decision making stopped.

15          The role of the Decision Support Group

16   and Portfolio Analysis is actually factoring

17   commercial input from new product planning --

18   scientific input, technical input -- to help analyze

19   R&D decisions.

20          But my responsibility for providing

21   commercial input stopped around 2001 or so.

22      Q.   Now, what you're terming, "commercial

23   input," does that include sales and revenue

24   projections?

1      A.   Sales and revenue, yes.  It does include

2   that with respect to the R&D assets in development.

3      Q.   So as it currently stands, if I have it

4   correct, there is a group within Abbott that

5   generates sales of revenue projections with respect

6   to products under development.

7          And that information is fed to the

8   Decision Support Group -- of which you were in

9   charge -- to help to assist in decision making

10   within Abbott; is that correct?

11      A.   More or less.  The distinction is, there

12   is no one group in Abbott that provides commercial

13   information at this point in time.

14          There used to be a central group that was

15   disbanded around 2000 -- actually, the time when my

16   official duties stopped with respect to new product

17   planning was the time that the centralized groups

18   that provide that information was disassembled --

19   decentralized -- into various business units.

20          So the commercial information, at this

21   point in time, regarding new products in development

22   comes from a variety of groups, commercial groups,

23   throughout the company.  It comes into the Decision

24   Support Group -- along with technical information

1    and R&D information -- to help analyze R&D

2    investment decisions.

3        Q.   Where does commercial information -- as

4    you've described it -- for new pharmaceutical

5    products under development come from currently?

6        A.   It comes from -- for instance, if it's a

7    neuroscience compound, we have a neuroscience

8    commercial franchise that has responsibility for

9    sales forecasts for on-market product as well as

10   sales forecasts for products in development.

11        So it would come from that group.

12        Q.   And how many such groups are there within

13   the pharmaceutical?

14        A.   Yes.  We probably have -- we call them

15   commercial franchises.  There are, probably, 12 or

16   so commercial franchises.

17        Not all of those commercial franchises do

18   we have active R&D investments going on.  So only

19   from the franchises where we have active R&D

20   investments would information come in.  The other

21   franchises focus primarily on on-market assets.

22        Q.   Mr. Hendricks, briefly, what is your

23   educational background?

24        A.   A Bachelor of Science in Biology, a

1   Doctor of Veterinary Medicine, a Master's in

2   Business Administration.

3       Q.   When did you obtain your BS?

4       A.   The BS was obtained in 1977; veterinary

5   degree in 1981; Master's in Business Administration,

6   1987.

7       Q.   Where did you work before you were

8   employed by Abbott?

9       A.   I worked downtown, here, at a consulting

10  firm, Booz, Allen & Hamilton.  I was a strategy

11  consultant.

12      Q.   Have you worked for Abbott continuously

13  since 1990?

14      A.   Yes, I have.

15      Q.   All right.  Mr. Hendricks, is it your

16  understanding that you've been designated to speak

17  on Abbott's behalf with respect to certain

18  categories in Notices of Deposition that were sent

19  to Abbott?

20      A.   Yes.

21      MR. DAVIS:  Let me mark this.  Please would

22  you mark this as Exhibit No. 1.

23          Actually, hand it over to her; and she'll

24  mark it and give it back to you.

1              (WHEREUPON, a certain document was

2              marked Hendricks' Deposition

3              Exhibit No. 1, for identification,

4              as of 04-27-2007.)

5      BY MR. DAVIS:

6         Q.    Mr. Hendricks, you have Exhibit No. 1.

7              Have you seen this Notice of Deposition

8      before?

9         A.    Yes.

10        Q.    Now, I seek your confirmation.

11        MR. DAVIS:  And, Eric, feel free to chime in

12     here if I've got it wrong.

13        MR. LORENZINI:  Mm-hmm.

14     BY MR. DAVIS:

15        Q.    But it's my understanding that you've

16     been designated to sit and testify on Abbott's

17     behalf with respect to categories beginning at

18     page 4 of the Notice of Deposition -- Categories 7

19     through 12 of this Notice of Deposition.

20              Would you look at those categories and

21     confirm?

22        A.    Items 7 through 12?

23        Q.    Correct.

24        A.    Yes.  This is my understanding.

1      Q.   Are there any other categories of this

2    Notice of Deposition that you're being -- you are

3    here to testify about, to your knowledge?

4      A.   No.

5      MR. DAVIS:  Let's mark this as the next

6    exhibit, please.

7         (WHEREUPON, a certain document was

8         marked Hendricks' Deposition

9         Exhibit No. 2, for identification,

10        as of 04-27-2007.)

11   BY MR. DAVIS:

12     Q.   Mr. Hendricks, you have what's been

13   marked as Exhibit 2.

14        Would you take a look at this for a

15   moment and then confirm for me -- first, have you

16   seen this Notice of Deposition before?

17     A.   Yes, I have.

18     Q.   All right.  It's my understanding that

19   you've been designated to testify on Abbott's behalf

20   with respect to all of the categories of this Notice

21   of Deposition -- which are 1 through 4 -- beginning

22   on page 3 of the notice.

23        Would you confirm that for me, please?

24     A.   This is my understanding.  This is my

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    understanding, yes.

2        Q.   I would like to start with Exhibit 2 for

3    a moment, please, and ask you to look at the very

4    first category of this Notice of Deposition which

5    asks Abbott to produce a witness to testify about,

6    "Abbott's usual policies, practices, procedures, and

7    methodologies, as of 2000 and 2001, for projecting

8    future sales and revenues for the program compounds

9    or other pharmaceutical compounds under development

10   by Abbott, including, but not limited to" -- let me

11   stop there.

12           First, are you aware of the compounds

13   that were constituted, "Program Compounds," under

14   the agreement between Abbott and John Hancock?

15       A.   Am I aware, or was I aware of that?

16       Q.   Let me ask it.  Are you aware today?

17       A.   I couldn't list them.  I've seen the

18   list.

19       Q.   Do you know that they include ABT-773?

20       A.   Yes.

21       Q.   Do you know that they include ABT-594?

22       A.   Yes.

23       Q.   And do you know they include ABT-518?

24       A.   Yes.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1     Q.    And if I refer to those just by the

2   numbers, to save time --

3     A.    Okay.  Yes.

4     Q.    -- you understand I'm referring to those

5   compounds?

6     A.    Yes.

7     Q.    Now, let me ask you first.

8         Back in the 2000/2001 time frame, were

9   you involved in the process of projecting future

10   sales and revenues for these program compounds or

11   similar comparable program compounds under

12   development by Abbott?

13     A.    Yes.

14     Q.    What duties or responsibilities did you

15   have in that regard at that time?

16     A.    The role that I had in Abbott

17   International New Product Planning was -- it was

18   that responsibility that is relevant here, because

19   we would have -- the people in my group, at least --

20   would have done sales forecasts from an

21   international perspective on these assets.

22     Q.    How about, when you say, "Abbott

23   International" --

24     A.    Yes.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    Q.    -- is that Abbott's operations outside of

2    the U.S.?

3    A.    If you look at the sales potential, from

4    a global perspective, you could break it up into the

5    U.S. commercial opportunity; and then everything

6    else ex-U.S. -- it's the everything else that Abbott

7    International was responsible for forecasting.

8    Q.    Is that the way Abbott typically analyzed

9    or put together sales projections or revenue

10    projections at that time?

11    A.    Yes.

12    Q.    Did you have any responsibility for

13    projecting future sales or revenues for compounds

14    under development for U.S. -- for the U.S. market?

15    A.    I did not have responsibility for that.

16    Q.    Are you aware of how Abbott did that?

17    A.    Yes.

18    Q.    Now, going back in time for a second, did

19    the -- did Abbott go about developing sales or

20    revenue projections for compounds under development

21    for the U.S. market versus the ex-U.S. market -- if

22    I can call it that -- differ back in the 2001 --

23    2000/2001 time frame?

24    A.    Were the practices for developing sales

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    forecasts different?

2        Q.   Yes, for those two different markets.

3        A.   The general practices were not different.

4        Q.   All right.  So let's talk first.

5            How did Abbott go about, in that time

6    frame, putting together sales of revenue projections

7    for compounds under development?

8        A.   There are commonalities, in the practice

9    methods, that would apply to all compounds

10   regardless of whether or not they were early phase

11   or later phase.  And then there are some differences

12   depending on the phase.  So I can speak to the

13   commonalities first.

14           One thing that is common to all

15   commercial forecasts is to understand the current

16   market dynamics in terms of number of patients,

17   epidemiological trends, key compounds that are being

18   prescribed, pricing of those compounds,

19   competitors -- who's selling those compounds -- in

20   both U.S. and ex-U.S. markets.

21           So regardless of whether or not we were

22   doing a commercial forecast for an early phase

23   compound or a late phase compound, that is what you

24   would do.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1           Then you would also extrapolate into the

2       future with the current market dynamics to

3       understand what the market size, the patient size,

4       might be into the future.

5           Then to do a forecast for a particular

6       compound under development, there would be an

7       agreement as to a product profile -- "What are the

8       characteristics of this product?  What would we hope

9       the characteristics would be when it was in the

10      marketplace?"

11          And with the common assumption of those

12      characteristics, then, we would project what the

13      sales and share of those compounds would be if

14      launched.

15      Q.    When you refer to the characteristics of

16      the product, do you mean the likely profile of the

17      product?

18      A.    The characteristics of the product would

19      be the agreement as to -- generally, you would form

20      a base case assumption of what the product profile

21      characteristics -- the attributes of the product --

22      would be if launched.

23          You assume that it's launched.  And you

24      say, "If this type of product were to be launched,

1    what would the sales and share be in the different

2    markets?"

3        Q.    Let me ask first.

4            Why did Abbott, back in the 2000/2001

5    time frame, attempt to project sales and revenues

6    for compounds under development?

7        A.    Why do they do that?

8        Q.    Yes.

9        A.    We're in the business of investments in

10    scientific endeavors.  And so one of the elements of

11    any analysis of any investment decision is to try to

12    estimate what would be the commercial return from

13    that investment.

14            And so to do that one has to do

15    commercial forecasts for these products when they

16    would be entering the market.

17        Q.    Were the commercial forecasts that were

18    generated within Abbott, in the 2000/2001 time

19    frame, actually used by Abbott personnel in making

20    decisions about particular program compounds?

21        A.    The decisions to fund projects, to

22    continue projects, are not always scientific

23    decisions.

24            So at times the forecast valuations --

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    the investment analyses -- are some of the

2    information that management uses in making

3    decisions.

4        Q.   Is it fair to say, Mr. Hendricks, that

5    the reason why Abbott put together commercial

6    projections, as you mentioned, is that that

7    information is necessary or useful in order for

8    Abbott personnel to make informed decisions about

9    particular compounds under development?

10       MR. LORENZINI:  Objection to the form of the

11   question.  You can answer.

12   BY THE WITNESS:

13       A.   The reason that forecasts were made --

14   the reason that Abbott funded a group to do

15   commercial forecast -- is that senior management

16   felt that that information was helpful in making

17   those types of decisions.

18   BY MR. DAVIS:

19       Q.   Including decisions about whether to

20   proceed with the development of a particular

21   compound; is that right?

22       MR. LORENZINI:  Objection to form.

23   BY THE WITNESS:

24       A.   The decision whether to proceed sometimes

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      can be a simple scientific information making the

2      decision for you.  If the compound shows

3      characteristics that you don't like or that the

4      regulatory agencies wouldn't approve, it's very

5      easy.

6              Other times you use the commercial

7      information to verify that continued investment

8      makes sense.

9      BY MR. DAVIS:

10         Q.    To your knowledge was information

11     generated by the DSG group or other groups within

12     Abbott?

13             The commercial projections, was it

14     actually used by Abbott executives or Abbott

15     management in making decisions about compounds?

16         A.    This type of information was presented,

17     along with a host of other information, to senior

18     management when they would make these decisions.

19         Q.    Did you observe, at points in time,

20     Abbott management utilizing the information for

21     purposes of decision making?

22         A.    I observed that, when it came time for a

23     decision, management would evaluate scientific

24     information -- as well as commercial information,

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    investment analysis information, a wide variety of

2    things they would use -- and then come to a

3    decision.

4        Q.    Looking at, again, Exhibit No. 2, the

5    first category -- the first Subcategory 1 -- is,

6    "How Abbott considered or analyzed market

7    opportunities for such compounds."  Now, you've

8    already given me, I think, some of that.

9            Is there more information that you can

10   provide on that topic other than what you've already

11   testified to?

12       A.    There is more information, more detail,

13   to further refine it.  But the basic process is as

14   I've described.

15       Q.    What sources of information did Abbott

16   utilize?  And let me go back for a second.

17           I'm going to be asking you about the

18   2000/2001 time frame.

19       A.    Right.

20       Q.    You can assume that for all of my

21   questions.

22       A.    All right.

23       Q.    You agree?  So that way I don't have to

24   repeat it each time.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      A.    I understand.

2      Q.    If I'm going to change the time at --

3      A.    Yes.

4      Q.    -- any point in time, I will let you

5   know.

6      A.    All right.

7      MR. DAVIS:  Too fast?

8      THE REPORTER:  Yes, it was too fast.  Just one

9   at a time.

10      THE WITNESS:  Sorry.  Sorry.

11      MR. DAVIS:  Sorry.

12   BY MR. DAVIS:

13      Q.    What sources of information did Abbott

14   rely upon for purposes of analyzing or coming up

15   with market opportunities for compounds under

16   development?

17      A.    Secondary market research -- which is

18   considered off-the-shelf purchased market research

19   or market data that characterizes patient

20   demographics -- competitor sales information.

21      With respect to projecting the sales of

22   an actual compound, then, in that market, Abbott

23   would use the internal judgment of commercial people

24   as to how good they think that product would do,

1    various forms of primary market research.

2         When you go out and you actually -- the

3    term, "primary," refers to Abbott going out and

4    asking specific market research questions of

5    doctors, patients, whatever, to get their opinion as

6    to how good a product profile looks compared to

7    other things on the market.

8         Q.   In trying to come up with commercial

9    projections -- actually, let me confirm.

10        Commercial projections, as you've used

11   that term here today, includes future sales and

12   revenue projections for particular compounds?

13        A.   Yes.

14        Q.   Would it include more than that?

15        A.   Commercial projections will include more

16   than that, yes, because you have to then say, "Based

17   on the sales, what would the profit be that that

18   sales would generate?"

19        So that would involve other assumptions

20   on costs of goods, distribution costs.  But they're

21   all related to the same sales assumptions.

22        Q.   But the sales of revenue assumptions or

23   projections would be encompassed within commercial

24   projections, correct?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      A.   Yes.

2      Q.   And then let's talk in terms of

3   commercial projections; and if there is a

4   distinction, please let me know.

5          When obtaining information for purposes

6   of coming up with commercial projections for

7   compounds under development, did Abbott attempt to

8   rely upon the best available information?

9      A.   Yes.

10     Q.   And in coming up with commercial

11   projections for various compounds under development,

12   did Abbott attempt -- to the best of its ability --

13   to come up with what it regarded as realistic

14   projections?

15     A.   Yes.

16     Q.   Do you think that, generally, Abbott

17   accomplished that in the 2000 to 2001 time frame?

18     A.   Yes.

19     MR. LORENZINI:  Objection.

20   BY THE WITNESS:

21     A.   Oh, sorry.

22     MR. LORENZINI:  Objection.  Form.

23   BY THE WITNESS:

24     A.   Sorry.

1    product -- potentially competing with the product

2    that we were analyzing.

3         Q.    Was that analysis performed on an

4    indication-by-indication basis for a particular

5    compound under development?

6         A.    Yes.

7         Q.    And that information was, then, factored

8    into the commercial projections?

9         A.    Yes.

10        Q.    You mentioned a moment ago that there was

11   independent or third-party data that Abbott would

12   rely upon?

13        A.    Yes.

14        Q.    Where did Abbott -- let me take a step

15   back for a moment.

16             Did Abbott subscribe, in the 2000/2001

17   time frame, to any particular providers or services

18   of such data?

19        A.    Yes.

20        Q.    Which ones?

21        A.    I cannot give you a comprehensive list;

22   but I can tell you the key ones.

23             IMS data, which is for on-market sales

24   data.  You know, I can't -- I can't recall other

1    specific services.  But of on-market data that was

2    the main.

3         There are any number of report services

4    that project out into the future, both provided by

5    IMS and others that Abbott subscribed to.  I can't

6    recall the specific ones.

7        Q.   Does Abbott still use IMS?

8        A.   I believe so.  But I'm not involved in

9    commercial forecasting.  Most of the -- most of the

10   pharm industry -- it's my understanding -- uses

11   that.

12       Q.   Have you found the IMS data to be

13   reasonably accurate over time?

14       MR. LORENZINI:  Objection to form.

15   BY THE WITNESS:

16       A.   Well, we're talking about the 2000 time

17   frame.  And so IMS data is better for the U.S.

18   markets than ex-U.S. markets.  That was our feeling

19   at the time.

20   BY MR. DAVIS:

21       Q.   However, Abbott used it for both?

22       A.   Yes.  Internationally, we also used some

23   additional ex-U.S. sources.  But I don't recall the

24   names of them.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    Q.    All right.  How did Abbott go about

2    considering or analyzing the likelihood of

3    regulatory success for compounds under development?

4    A.    We met with our regulatory people.  And

5    they were the primary people who assessed the

6    probability of regulatory approval.

7    Q.    Did -- let me take a step back, again,

8    for a moment.

9        The commercial projections that we're

10    discussing, in the 2000/2001 time frame, were those

11    projections generally performed by DSG?

12    A.    No.

13    Q.    Those projections were performed, at that

14    point in time, by -- at that point in time, had the

15    commercial projection activity been decentralized?

16    A.    No.  At that point in time, there were

17    two groups -- one for the U.S., one for the

18    ex-U.S. -- that did the commercial projections.

19    Q.    Did they come up with a joint set of

20    projections for a particular product; or did they

21    submit independent projections for U.S. versus

22    ex-U.S.?

23    A.    We worked to make sure that our

24    assumptions, on the product profile characteristics

1    BY MR. DAVIS:

2        Q.    I'm trying to understand sort of the

3    typical manner in which Abbott operated at that

4    time.

5            So we're talking, again, about 2000/2001.

6    In that time frame, how frequently did Abbott put

7    together a commercial projection for a compound

8    under development back in the 2000/2001 time frame?

9        MR. LORENZINI:  Objection to form.

10       MR. DAVIS:  Actually, that's a bad question.

11   BY MR. DAVIS:

12       Q.    Let's take a typical compound that was

13   under development back in the 2000/2001 time frame.

14           Was it Abbott's practice, at that point

15   in time, to each year put together a commercial --

16   set of commercial projections, both U.S. and

17   ex-U.S., for that compound?

18       A.    Yes.  When I -- and the reason I'm edging

19   or pausing -- let me just frame.

20           The times that we would put together

21   forecasts, in general, would be when a compound came

22   to a milestone decision and we had to decide, "Do we

23   want to continue the investment?"  And so, for every

24   compound, that has its own timetable.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1          And then, in the course of doing

2     annual -- setting annual budgets for the R&D program

3     for the next year -- and usually, in the middle of

4     the previous year, there would be a sweep, if you

5     will, across all projects to revisit their value.

6     So -- and that annual sweep is done annually.

7          But that's not the only time during a

8     year that a particular project's forecast would be

9     revisited.

10     Q.   Is it fair to say that the commercial

11     projections would be either created or updated both

12     for the annual sort of budgetary process and also

13     for specific decision milestones for specific

14     compounds?

15     MR. LORENZINI:  Objection to form.

16     BY THE WITNESS:

17     A.   That's what I was trying to say, that the

18     forecast would be refreshed.

19     BY MR. DAVIS:

20     Q.   The annual budgetary process is the

21     process that began typically around August of each

22     year within Abbott?

23     A.   It doesn't begin then.  In a general

24     sense, it has to begin June/July, in order to finish

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1   by the October time frame, to finalize a budget by

2   the end of the year.

3          In general, that's the timing.  In

4   general, that's the timing.  But it can vary from

5   year to year in terms of the annual process.

6      Q.   Okay.  When the budgets -- strike that.

7          When the commercial projections were

8   prepared, both for the U.S. and ex-U.S., for a

9   budgetary -- annual budgetary sweep, to what entity

10  or to what person within Abbott would those

11  projections be submitted?

12     A.   During the 2000 and 2001 time frame,

13  there was a group called the Portfolio Analysis

14  Group that reported to the R&D controller.

15         And the R&D controller in that group was

16  responsible for assembling these projections and

17  organizing the annual budget process.

18     Q.   On those occasions, when there was some

19  decision milestone coming for a particular compound,

20  to whom or to what entity within Abbott were U.S.

21  and ex-U.S. commercial projections submitted on

22  those occasions?

23     A.   The project team that was generally

24  headed by a development scientist was in charge of

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    assembling all of the information relevant to a

2    milestone decision.

3         And the commercial information and the

4    investment decisions, if you will, were ultimately

5    funneled to that person and incorporated into

6    reviews with senior management.

7    Q.   Thank you.  That helps clarify it.

8         Going back for a moment, you mentioned

9    the Portfolio Analysis Group.  Is there still a

10   Portfolio Analysis Group within Abbott?

11   A.   The Decision Support Group, in around the

12   2002 time period, assumed the responsibilities that

13   originally the Portfolio Analysis Group and the R&D

14   Controller's Department had.

15   Q.   Did the Decision Support Group still have

16   those responsibilities?

17   A.   Yes.

18   Q.   Back in 2000/2001, who was the R&D

19   controller?

20   A.   Steve Cohen.

21   Q.   Who holds that position?  Is there such a

22   person today?

23   A.   Yes.

24   Q.   Who is it today?

1    A.   Brian Durkin.

2    Q.   And do you know of other people who have

3    held that position since Mr. Cohen?

4    A.   Yes.

5    Q.   Who?

6    A.   Robert Funck, F-u-n-c-k; Tom Lyons;

7    Craig Moffait, M-o-f-f-a-i-t.  I believe that's how

8    you spell his last name.

9    Q.   Does Mr. Lyons still work for Abbott, to

10   your knowledge?

11   A.   I believe so.  I'm not 100 percent

12   certain.

13   Q.   Now, going back, again, to Exhibit No. 2,

14   how did Abbott go about considering or analyzing

15   commercialization costs for compounds under

16   development, such as manufacturing and marketing

17   costs, back in the 2000/2001 time frame?

18   A.   With respect to manufacturing costs, we

19   would talk to the scientists -- or the group that

20   would be responsible for ultimately manufacturing

21   the product -- and get estimates from them on the

22   manufacturing costs.

23        We would -- with respect to marketing

24   costs, that information sometimes came from the

1    commercial groups that actually marketed products --

2    getting information estimates from them, or just the

3    judgment of the people in the groups that were

4    responsible for the product forecasting -- because

5    they were -- in general, they understood the

6    relative marketing costs.

7         There were rules of thumb that you would

8    use in terms of projecting those costs.

9    Q.    And that information was then fed into

10   the commercial projections?

11   A.    Yes, the commercial projection, you know,

12   starts with the sales forecast; and then you just

13   have to decide what are the related costs that those

14   sales would need.  And so, yes.

15   Q.    Were those costs calculated on a

16   compound-by-compound basis?

17   A.    Yes.  And with respect to indications,

18   too.

19   Q.    All right.  Just going back, again, to

20   regulatory success for a moment, in coming up with

21   commercial projections for compounds, did Abbott

22   utilize any sort of success ratios or success

23   probabilities for compounds in various states for

24   development?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      A.   When I use the term, "commercial

2    forecast," I'm not factoring in -- I'm not using any

3    risk assumption in that definition.

4         Because, remember, I defined a commercial

5    forecast as, "You assume the product is launched,"

6    then, "What is it worth?"  So commercial forecasts

7    -- you can only do a commercial forecast on

8    something that launches.  So you assume that it

9    launches with a certain product profile, come up

10   with a sales forecast cost and assumption of launch.

11        When you do an investment analysis -- to

12   understand the investment return on R&D investment

13   in a compound -- you factor in all of the R&D

14   expenses prior to launch; you factor in all of the

15   commercial return, if it launches; and then you

16   introduce uncertainty risk projections as to the

17   likelihood of launch.

18        So I'm distinguishing the commercial

19   forecast, which assumes launch, with a certain

20   product profile from an investment analysis, which

21   would then, if you will, risk adjust -- discount --

22   in the investment analysis for the likelihood of

23   launching the product.

24      Q.   Who or what group within Abbott performed

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    investment analyses on compounds, as opposed to

2    commercial forecasts, back in the 2000/2001 time

3    frame?

4        A.    There was not a group that performed the

5    analysis as a standalone group.  The Decision

6    Support Group, as I mentioned, which -- which

7    started unofficially in 1998, but by 2000 we had --

8    we started to have Liz, and myself, and others

9    working with the teams.

10            So a minute ago I mentioned the fact

11    that, when a compound was coming up for a milestone

12    decision, how the commercial forecasts funneled into

13    the project leader.  But to be more precise, also,

14    what information also was presented at the milestone

15    meetings were investment analyses.

16            Taking those commercial forecasts one

17    step further and translating them into risk-adjusted

18    forecasts and return -- risk-adjusted return

19    assumptions on investments, the Decision Support

20    Group, and I, and Liz helped facilitate bringing

21    this type of an analysis as part of the information

22    package that the project team leader would, then,

23    present to management milestone development

24    decisions.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      Q.   In coming up with the investment

2    analyses, were any sort of success ratios or success

3    probabilities utilized?

4      A.   Yes.

5      Q.   Where was that information obtained?

6      A.   The information was obtained by the

7    development and regulatory people that were

8    responsible for a product sitting down together,

9    generally -- this is the general practice -- and

10   having a discussion on the likelihood of the project

11   being successful at each particular remaining phase

12   before it -- discussing the issues, on a qualitative

13   basis, as well as distilling that information down

14   into a probability of success with each phase.

15        That was the general practice.

16     Q.   Did Abbott, at that point in time, have

17   some standard success probabilities for compounds in

18   various phases of development?

19     A.   We had available for reference industry

20   benchmark data, from industry sources, as well as

21   information on Abbott's own internal historical

22   success.

23        And I say those are used as references

24   because each team would sit down and look at the

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    idiosyncrasies of the actual compound at hand --

2    come up with judgments specific for that product,

3    but have reference with respect to industry and

4    Abbott benchmarks.

5       Q.   Is it fair to say that, in assessing the

6    likely success of a particular compound, what Abbott

7    personnel would do is, they would take the industry

8    benchmarks in Abbott's own history, and then modify

9    that or tweak it depending upon their assessment of

10   the characteristics or the market for the particular

11   compound under consideration?

12      MR. LORENZINI:  Objection to form.

13   BY THE WITNESS:

14      A.   I have a different view than that as

15   to they would sit down and discuss what they thought

16   the probabilities were, and then look at the

17   industry benchmarks, and -- if they were higher or

18   lower than those industry benchmarks -- ask

19   themselves, "Could they justify it based upon

20   specific information about this particular compound

21   that they were analyzing?"

22   BY MR. DAVIS:

23      Q.   So it would be fair to say that the

24   industry -- or Abbott's own historical success

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    ratios weren't the starting point for the analysis,

2    but they were information utilized in the context of

3    the analysis?

4        A.    Yes.  That's how I would view it.

5        Q.    One of the items on Section -- Category 1

6    is how Abbott considered or analyzed potential

7    profits for compounds under development.

8            How did Abbott go about doing that?

9        A.    You start, first of all, with the sales

10    forecasts over the patent life of the product, if

11    launched; subtract from that the cost of goods,

12    marketing costs, all of the related expenses; and

13    you come up with a profit flow over time.

14            So it all -- it starts with the sales

15    forecasts and then distills down to the profit flow.

16        Q.    In coming up with potential profits for

17    compounds under development, did Abbott utilize sort

18    of target or benchmark profit margins?

19        A.    No.  We followed the process that I

20    mentioned previously.

21            And that is start with the sales

22    forecast.  And then try to get the best internal

23    estimates as to what the manufacturing costs would

24    be, try to get the best estimates from talking to

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    internal people or using internal experience on the

2    marketing expenses.  And that then develops the

3    profit, the bottom line.

4            So we didn't use industry benchmarks on

5    that.  We used our own internal parameterization, if

6    you will, of the sales forecast to derive the

7    profit.

8        Q.    Did Abbott, in the 2001 -- 2000/2001 time

9    frame, have particular profit thresholds or floors

10   that needed to be met in order for a compound to be

11   considered viable or worth developing?

12       A.    We had no profit floors.  Profit -- no.

13       Q.    You're not aware of any?

14       A.    No.

15       Q.    All right.  Do you know sort of the

16   typical range of profit margins that were sort of

17   standard, in the 2000/2001 time frame, for compounds

18   under analysis?

19       A.    What is your definition of, "profit

20   margin"?

21       Q.    Well, we were just talking for a moment

22   about analyzing potential profits for compounds.  So

23   the profit margin would be the profit as a

24   percentage of the gross sales.

1          In general, the work experience

2    background of people that went into those types of

3    roles had some sort of pharmaceutical commercial

4    experience at some point in time.  Even if they

5    started out on the sales side of things, they would

6    generally have migrated over and had some sort of

7    commercial background, in general -- I'm giving you

8    generalities -- before they would be put into the

9    role of projecting future sales.

10         Q.   Did you believe, back in 2000/2001, that

11   the people who were working on developing U.S.

12   commercial projections were reasonably competent and

13   had the necessary expertise?

14         A.   Yes.

15         Q.   How about is the same true on those

16   people who were working on ex-U.S. commercial

17   projections?

18         MR. LORENZINI:  Objection -- no.  Go ahead.

19   No objection.

20   BY THE WITNESS:

21         A.   They were outstanding, because I hired

22   them all.  I have no doubt about it.

23   BY MR. DAVIS:

24         Q.   Okay.  Are there other factors that

1    Abbott considered or analyzed in projecting future

2    sales and revenues for compounds under development

3    other than what we've discussed here?

4        MR. LORENZINI:  Objection to form.

5    BY THE WITNESS:

6        A.    I think, in general terms, we've talked

7    about all of the relevant factors.

8    BY MR. DAVIS:

9        Q.    In performing the analysis -- the

10   analyses of commercial projections that we've

11   discussed, physically, how was that done?

12       Was it done on computers?

13       A.    Yes.

14       Q.    Using what kind of software?

15       A.    Usually, Excel spreadsheets.  Information

16   always seems to ultimately end up in Excel

17   spreadsheets.

18       Q.    Were there templates that were utilized

19   for purposes of those analyses as starting points?

20       A.    There were no official standardized

21   templates that everyone doing a commercial forecast

22   would always use.

23       Q.    Were there some sort of standardized

24   templates that most people used?

1       A.   No.

2       Q.   So each person performing an analysis had

3   their own sort of methodology?

4       A.   Yes.  In terms of generating the

5   analysis -- the forecast mechanics -- now, that's

6   true.  That's simply the way it was.

7       Q.   Were there any sort of quality control or

8   quality assurance procedures in place, at that point

9   in time, to ensure some uniformity of analysis?

10       A.   My job and the person who was head of the

11   U.S. group -- one of the roles of those positions

12   was to make sure that the approach, and the

13   assumptions, and the data that was used for

14   commercial forecasts were reasonable.

15          From -- speaking specifically from my

16   direct approach, I didn't mandate that all of the

17   people that worked for me used one particular

18   spreadsheet-type format, but, rather, needed to make

19   sure that the relevant issues were considered and

20   variables were considered in the particular

21   assessment.

22       Q.   Okay.  Let's take a look, if you would,

23   at Exhibit A to Exhibit 2.

24          Beginning at the first page, have you

1    seen these documents before, Mr. Hendricks?

2        A.   Yes, I have.

3        Q.   And did you see them before you prepared

4    for this deposition here today?

5        MR. LORENZINI:  Objection to form.

6           Are you talking about this specific

7    document, or this type of document.

8        MR. DAVIS:  Well, let me first ask him about

9    this specific document.

10   BY MR. DAVIS:

11       Q.   Had you seen this document before you

12   prepared for your deposition?

13       A.   I don't believe so.

14       Q.   All right.  Let me ask you quickly.

15          How did you prepare for your deposition

16   here today?

17       A.   I reviewed the written materials -- these

18   types of depositions, as well as volumes of written

19   materials presented to me.  I talked with a few

20   individuals.  And that's it.

21       Q.   Who did you talk to?

22       A.   Liz Kowaluk and Andrea Landsberg.

23       Q.   Anyone else?

24       A.   No.

1      Q.    Now, had you seen this type of document

2    before?  And, again, I'm referring to Exhibit A to

3    Exhibit 2 to your deposition.

4      A.    Define, "type."  I'm not trying to be

5    evasive.  But this --

6      Q.    This format?

7      A.    This format, in general, there were.

8          But, specifically, with respect to this

9    particular spreadsheet, there were some aspects

10    about this spreadsheet that I don't recall seeing on

11    previous types of templates like this.

12      Q.    But what is this document?

13      A.    I'm not sure exactly.  I mean, what is

14    it?  I can tell you what it's about.  I can tell you

15    what it appears to be projecting.

16      Q.    Mm-hmm.

17      A.    I don't know what time frame.  All I

18    can -- I could guess the time frame based upon the

19    timeline of the sales forecasts and the costs.

20      Q.    Okay.  Well, let me ask.

21          What effort did you make, before your

22    deposition here today, to trace the origin of this

23    document?

24      A.    I made -- I looked back through all of my

1    internal documents and -- to see if I could find

2    something that looked exactly like this in my

3    records.

4         And I could not find something that

5    looked exactly like this; but it had a resemblance

6    in terms of the basic layout of the template.  I'm

7    familiar with the basic layout of the template.

8        Q.   What organization or what person within

9    Abbott generated documents of this type back in the

10   2000/2001 time frame?

11       A.   This type of document would have been

12   generated -- this basic type of document format --

13   in Excel.  This is a -- it looks like an Excel

14   spreadsheet could have been generated for a

15   portfolio review during the annual budget process.

16   And that would have been, as I mentioned, the

17   responsibility of the Portfolio Analysis Group under

18   Steve Cohen.

19         We started using templates like this to

20   assemble sales projections and P&L projections, cost

21   projections, for the analysis sometimes of assets at

22   milestone reviews.

23       Q.   Was this particular document developed

24   for either an annual budget review or a -- one of

1    those milestone reviews?

2        A.   I don't know.

3        Q.   This document was definitely prepared by

4    someone within Abbott, correct?

5        A.   I can identify people that likely

6    submitted some information.

7            Now, when you say, "prepare," what do

8    you -- what is your definition of, "prepare"?  I

9    mean, who actually assembled this?

10       Q.   Someone or some organization within

11   Abbott created this document.  Do you agree with

12   that?

13       A.   It appears.

14       Q.   Well, is that Abbott's -- you're

15   appearing today on behalf of Abbott.

16           And so I think we're entitled to know

17   whether this document was created by Abbott.  Do you

18   know the answer to that question?

19       MR. LORENZINI:  I can stipulate that this was

20   produced from Abbott's files.

21   BY MR. DAVIS:

22       Q.   My question is a little bit different,

23   though.  Was this document created by someone within

24   Abbott?

1      Q.   But let me follow up with you,

2   Mr. Hendricks, and see what information you can

3   provide.  And then we can talk about it later.

4        All right.  You said you recognized,

5   generally, this format; is that correct?

6      A.   Yes.

7      Q.   All right.  And this is a format that the

8   Decision Support Group used on occasion back in the

9   2000/2001 time frame?

10     A.   Let me be very specific so you can

11   understand why.

12        When I looked at this, 90 percent of it

13   looked very familiar in terms of the format that the

14   Decision Support Group would use.  If you look down

15   at the bottom right-hand corner --

16     Q.   Yes.

17     A.   -- at the, "Success Probabilities,"

18   chart --

19     Q.   I see that, mm-hmm.

20     A.   -- all of those things, we never -- we

21   never stuck that information on our worksheets.

22     Q.   Mm-hmm.

23     A.   The form of these worksheets, outside of

24   that, was very similar to worksheets that my

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1     commercial people -- for instance, Anil -- would

2     feed information into that we sometimes used in the

3     Decision Support Group to collect information.

4           So that's why I was saying this looks

5     very familiar.  Except, when I saw that component, I

6     realized that I had not prepared this type of sheet,

7     nor did anyone in the support group.  That's why I

8     speculated that it would have been the Portfolio

9     Analysis Group; but I could not find anyone that had

10    any archives of that information.

11    Q.   Looking, again -- right now we're talking

12    about the page that's Bates numbered, in the lower

13    right-hand corner, 3362.

14          Do you have that page in front of you?

15    A.   Yes.

16    Q.   Now, again, you made reference a few

17    moments ago to some of the people in the, "Contact

18    Information," box in the upper right-hand corner.

19    A.   Yes.

20    Q.   Did Lori Taylor work for you back in the

21    2000/2001 time frame?

22    A.   For about three months.  And the reason I

23    say that -- I'm not trying to be evasive.  This is a

24    fact.

1        She worked for the U.S. New Product

2    Development Group.  Okay.  I was in charge of the

3    International Group except for a three-month period

4    in -- I think it was -- 2001 when the director of

5    the U.S. New Product Group left and they decided to

6    have everyone report to me for about a three-month

7    period.  And then they disbanded all of the

8    centralized forecasting and disseminated it.

9        So that's why, for the most part, she did

10   not work for me.  She actually did work for me for

11   three months.  But during the time frame that this

12   looks to have been, I mean, she may or may not have

13   worked for me.

14       But, in general, she didn't work for me.

15   Anil was the guy that worked for me for many years.

16   Q.   How about Anita Bakker?

17   A.   She didn't work for me.  And I never

18   really had any contact.  I didn't know.  I didn't

19   recognize the name when I saw her on here.

20   Q.   From looking at this form and the

21   information on this form, is it reasonable to

22   conclude that Lori Taylor was the source of

23   information concerning the domestic or U.S. sales

24   and revenues that are included in this document?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      A.   I can't say that.  I mean, I think what

2    we can conclude is -- and it would be a matter of

3    record at Abbott -- whether or not she was in the

4    role of a new product development person.

5         Whether or not she generated this actual

6    sales forecast that was assembled in this actual

7    exhibit I can't say for sure.

8      Q.   Well, does her name -- the inclusion of

9    her name, in the contact information, give -- cause

10   you to reach any conclusions on that point?

11     A.   It would suggest -- it would suggest that

12   she would provide the U.S. information.  And Anil

13   would have provided -- that was my assumption, when

14   I looked at this, that they provided their

15   respective information.

16     Q.   Okay.  Do you think that's a reasonable

17   assumption based on what you understand to be the

18   procedures and what you see here?

19     A.   It is a reasonable assumption, I think.

20     Q.   And what role would Anita Bakker play as

21   the R&D contact?

22     A.   She was likely an R&D operations person,

23   someone that was in charge -- knew the cost

24   projections -- because she would have provided that

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    R&D information.

2        Q.   Now, looking at this document, this

3    document is specific to a particular compound,

4    ABT-518, correct?

5        A.   Mm-hmm.

6        Q.   Okay.  I'm sorry.  Can you verbalize your

7    response?

8        A.   Yes.  I'm sorry.  Yes.

9        Q.   Can you tell me, in looking at this

10    document, approximately, the time period within

11    which it was prepared?

12        MR. LORENZINI:  Objection.  Calls for

13    speculation.

14    BY MR. DAVIS:

15        Q.   I don't want you to speculate,

16    Mr. Hendricks, at any point in time, please.

17        If you can, tell me -- to best of your

18    ability -- when you believe this document was

19    prepared based on what you see here.

20        A.   To what level of precision?

21        Q.   The best level of precision you can

22    provide, sir.

23        A.   Okay.  All right.  I could only say with

24    precision that it could have been prepared in 2000

1    or 2001.

2        Q.   What causes you to reach that conclusion?

3        A.   The, "Year 0," of this is 2000.  There

4    are no cost projections in 2000.  So that suggests

5    to me -- from the point of view of this forecast --

6    it was a prospective forecast to reflect expenses

7    and then ultimate sales from the year 2001 onward.

8            This forecast could have been prepared in

9    2000, or it could have been prepared in 2001 at some

10   time.

11       Q.   And when you refer to costs in this

12   document, which portion of the document are you

13   referring to?

14       A.   Well, yes.  I should be specific.  The

15   R&D costs, if you go down -- this is, basically, a

16   P&L -- profit-and-loss forecast -- pro forma.

17           So costs -- the R&D costs have their own

18   line.  That comes below, "Division Margin."  Those

19   numbers would have been provided, probably, by Anita

20   Bakker.

21           So those annual costs are shown in the

22   P&L portion.  And then you can see that those same

23   costs appear to be broken out down below by phase.

24   It's a different way of characterizing those costs.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      Q.   Let me just stop you there for a second.

2           You said you saw the cost under,

3    "Division Margin."  Did you mean, "Distribution

4    Margin"?

5      A.   Yes.  I'm sorry.  I can read.

6           It's under, "Distribution Margin."

7    Division Margin is the ultimate bottom line before

8    taxes.

9      Q.   All right.  And so what we see are costs

10   beginning pretty much under, "Distribution Margin."

11          And then, again, they appear, again --

12   with a further breakdown -- in the box that's

13   titled, "Preclinical," and then goes on with the

14   other phases?

15     A.   Yes.

16     Q.   So those aren't cumulative costs.  Some

17   of them are duplicative, is that right, that we see

18   in that column?

19     A.   "Year 1" -- each year is a discrete cost.

20   And then the breakout, by preclinical sums to the

21   total, is seen up above.

22     Q.   And then near the top we have -- again,

23   by the way, this is titled, "Total Base."

24          Does that mean this is a base case

1    scenario?

2       A.   That would be my presumption.

3       Q.   What is a base case scenario?

4       A.   A base case is -- can mean different

5    things at different points in time.

6           But, in general, if you're going to do

7    one scenario, it's always called the base case.  You

8    know, that's the starting point.

9           You may or may not develop other

10   scenario's higher or lower.  But it represents a

11   starting point assumption set -- what your base is

12   starting from.

13      Q.   All right.  Is it fair to say that in

14   the -- oftentimes, in these analyses, there are

15   three different cases, correct?

16          There is a base case, and then, maybe, a

17   high case, and a low case.  Is that your experience?

18      MR. LORENZINI:  Objection to form.

19   BY THE WITNESS:

20      A.   My experience -- my experience with

21   Abbott is that Abbott has varied over time as to the

22   level of granularity that they project things at.

23          Sometimes we've just done base case, one

24   forecast.  Other times -- and this I could speculate

1    based upon this, (indicating).  In this time frame,

2    they may have done upside and downside.

3    BY MR. DAVIS:

4        Q.   Well, if you look at the following page,

5    for example, you see there is another page titled --

6        A.   Yeah.

7        Q.   -- "Total-Upside."  Do you see that?

8            And then the following page is another

9    one titled, "Total-Low."  Do you see that?

10       A.   Yes.

11       Q.   So it's fair to say that what the base

12   case represents here is sort of the moderate case

13   between the high and the low; is that right?

14       MR. LORENZINI:  Objection to form.

15   BY THE WITNESS:

16       A.   It is base always.  If there is a high

17   and a low articulated for, base will always be

18   somewhere in between.

19   BY MR. DAVIS:

20       Q.   And is it also fair to say that base case

21   is the one that is, probably, the most realistic of

22   the cases?

23       A.   No.

24       Q.   "No"?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1     A.   I don't draw that distinction.

2     Q.   Is the idea behind generating a base case

3  to come up with one that the parties think is the

4  most likely case?

5     A.   The definition of base case meant

6  different things to different people.  It really

7  does.  That's all I can say.

8       It's not the most likely.  In fact, you

9  could argue that the downside -- in terms of the

10  easiest to hit -- is sometimes easier, more likely

11  to occur.  But we're mixing probabilities and

12  forecasts here.

13       When you talk about a base case upside

14  and downside, all it is is three different product

15  profile assumptions.  The most attractive one is the

16  upside.  The least attractive one is the downside.

17  And the base case has product attributes that fall

18  somewhere in between.

19       Therefore, the commercial -- the sales

20  forecasts associated with those tend to be, as you

21  say, the upside and downside.

22     Q.   Is it also fair to say that the upside

23  case generally represents the more aggressive

24  assumptions?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      MR. LORENZINI:  Objection to form.

2    BY THE WITNESS:

3      A.   What do you mean by -- could you please

4    define, "aggressive"?

5    BY MR. DAVIS:

6      Q.   Yeah.  Well, have you heard that term

7    used, in terms of sales forecasts, before --

8    "aggressive sales forecasts"?

9      A.   Yes.

10      Q.   Is it fair to say that, in trying to come

11    up with an upside case for a particular scenario,

12    that particularly more aggressive or more optimistic

13    forecasts are used?

14      A.   "Optimistic," is probably a word at a

15    given point in time.  It's a forecast that is more

16    optimistic -- has, probably, a lower chance of

17    occurring, but has a chance of occurring.

18      Q.   Probably?  Has a lower chance of

19    occurring than the base case; is that fair to say?

20      MR. LORENZINI:  Objection to form.

21    BY THE WITNESS:

22      A.   Let me make sure I'm precise in my

23    answer.

24        The probability of achieving the base

1    case -- at least, the base case or better -- is

2    greater than achieving the upside or better.

3    BY MR. DAVIS:

4        Q.    And then let's talk about the low case.

5        A.    Yes.

6        Q.    Is it fair to say that the low case

7    reflects sort of the least optimistic or the most

8    pessimistic perspective -- a more pessimistic

9    perspective than the base case?

10       A.    Yes.  And it is a less -- it's a less

11   desirable outcome from a commercial point of view.

12   Pessimistic is a subjective term.  But I think, in

13   terms of probability of outcome -- and, now, the

14   reason I'm defining it this way is to show, from a

15   decision analysis point of view, what these terms

16   really mean.

17           When you talk about a low profile, it is

18   a less desirable set of product attributes than in

19   the base or the upside.  From a probability of the

20   product achieving, at least, as good as the low or

21   better, it's actually the highest probability

22   outcome of, at least, doing that well.

23           But if you achieve that outcome, it has

24   the least commercial value to you.

1      Q.   It's the most likely outcome simply

2    because it's the low water mark, correct?

3      MR. LORENZINI:  Objection.  I think that

4    mischaracterizes the testimony.

5    BY THE WITNESS:

6      A.   I didn't mean to say that's why, I mean,

7    because you're actually asking terms that require a

8    bit of precision in terms of really understanding

9    what it means.

10   BY MR. DAVIS:

11     Q.   Mm-hmm.  Well, let me stop you there for

12   a moment.

13        What I'm trying to assess and ask you to

14   tell me is the extent to which the low base or

15   upside cases reflect relative possibilities or

16   probabilities of outcome.

17     A.   You can't link the terms low, base, and

18   upside.  You can't say that, necessarily, in terms

19   of -- if you define the low probability, the low

20   profile, in terms of what is the probability of

21   achieving that or better, then it has -- that

22   definition has the highest probability of

23   occurring -- of achieving, at least, as good as the

24   low or better because that allows for the

1    probability of achieving the base and the upside in

2    that definition.

3        Q.   Correct.

4        A.   Okay.  No.  But that's -- I mean, I'm

5    trained in decision analysis.  And so, frankly, when

6    we see the terms, "probabilities of success and

7    outcomes," if you're going to say, "Well, what's the

8    likelihood of the low case occurring," well, the

9    likelihood of that exact event occurring may not be

10   a large probability.

11       But if you say, "the probability of that

12   or better occurring," that is the highest

13   probability outcome.  It's a paradox that has to do

14   with how you define your probability and what

15   outcome you're defining.

16       Q.   Assuming -- take for a moment out of that

17   equation the, "or better," piece of it.

18       A.   Yes.

19       Q.   So if you're just talking about which of

20   the three outcomes -- the low, the base, or the

21   upside -- is most likely to be the outcome, is it

22   the base, the low, or the upside?

23       MR. LORENZINI:  Objection to the form.

24   BY THE WITNESS:

1      A.   The answer -- from a true decision

2    analysis point of view -- is, you cannot say.

3    BY MR. DAVIS:

4      Q.   So there is no --

5      A.   There is no -- you cannot draw any

6    conclusion for the likelihood of that particular

7    event occurring.

8      Q.   So is it your testimony that the low, the

9    base, and the upside all have the same likelihood of

10    outcome?

11      A.   I did not say that either.

12      Q.   Okay.  So how do they differ?

13      A.   How do they differ?

14      Q.   Yes.  If they don't have the same

15    likelihood, how do they differ in relative terms?

16      MR. LORENZINI:  Objection to form.

17    BY THE WITNESS:

18      A.   If you sit down with a team and you say,

19    "Okay.  Let's define an upside probability" -- I

20    mean, if you want to get into the true decision

21    analysis explanation, I mean, there is a simple --

22    I'm not trying to be evasive.  There is, actually,

23    an explanation.

24        If you think of a probability

1    distribution of outcomes -- you know, the normal

2    bell shape, okay -- and if you put the low on one

3    side, the base in the middle, and the upside on the

4    far end, and you actually -- from a decision

5    analysis point of view -- if you ask, "What is the

6    probability of any single event occurring," you

7    actually can't define that.

8          This is -- that's why you have to --

9    there is a misconception and a misinterpretation

10   when one sees probabilities associated with

11   outcomes.  So one thing is for sure, that you cannot

12   say that the probability of a low event occurring is

13   any more or greater than the probability of the high

14   event occurring.

15         You can with precision describe a

16   difference of the probability of that low or better

17   occurring because now you're describing a range of

18   probability of outcomes.  And that just, from a

19   decision analysis and mathematical point of view, is

20   a valid statement.

21         To say something -- the probability of

22   something is, at least, as good as low occurring,

23   or, at least as good as base occurring, or, at least

24   as good as the upside occurring, that I can say with

1    precision.  I can differentiate for you the

2    likelihood of those things.

3         But I cannot tell you, based on this

4    information or in general principles, what the

5    probability of a low outcome, low base case

6    assumption.  A low profile assumption has a greater

7    or lesser probability of occurring.

8    BY MR. DAVIS:

9         Q.   Let me direct your attention back to this

10   page for a minute.  And we'll stop in a few minutes

11   to change the tape.

12        A.   "This page," being?

13        Q.   "This page," being No. 3362.

14        A.   Okay.

15        Q.   Do you have any information regarding

16   sort of the -- let me take that back.

17        The domestic and international sales

18   numbers that we see reflected here, where did those

19   come from?

20        A.   Yes.  Those would have come from the

21   U.S.  The domestic sales would have come from,

22   probably, Lori Taylor/Lisa Lux.  Both of them had

23   responsibility for -- in the New Product Development

24   Group in the U.S., they would have developed their

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    sales forecast.

2        With the same -- with whatever the

3    attributes were in the base profile, they would have

4    assumed that and developed a sales forecast.  Anil

5    would have taken the same assumption of product

6    attributes and calculated what the ex-U.S. sales

7    would likely be.

8        Q.    And do the sales numbers that we see

9    reflected in this document represent realistic sales

10    projections as of the time that this document was

11    prepared?

12        MR. LORENZINI:  Objection to form.  You're

13    talking about this specific document?

14        MR. DAVIS:  Yes.

15        MR. LORENZINI:  Objection.

16    BY THE WITNESS:

17        A.    I can say with certainty that, when we

18    put together -- when Anil put together sales

19    forecasts, that I would only approve forecasts that

20    I thought were realistic for the profiles being

21    examined.

22    BY MR. DAVIS:

23        Q.    Where would we go to find the profile

24    being examined for this particular compound?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1     A.    I'm just not sure.  I mean, it's hard to

2     say what the profile assumptions were because

3     often -- when the Decision Support Group, for

4     instance, was doing an analysis -- we might have a

5     spreadsheet like this with base as an attachment.

6          But somewhere in our documentation we

7     would have the exact profile of base defined so that

8     there would be no confusion as to what the

9     assumptions were of the product profile that was

10    forecast.

11    Q.    Well, some of the product profile is some

12    of the information that's reflected in this

13    document.

14         For example, under, "Development

15    Timeline," do you see that?

16    A.    Yes.  But when I talk about, "product

17    profile" -- you're right.  The launch time frame is

18    one aspect of the product profile.

19         Specifically, though, the information

20    with respect to what type of efficacy was assumed in

21    the base case -- what type of side effects, other

22    things like that.  That's very important to make

23    sure that, when you say, "Was this a reasonable

24    forecast," part of it is, you have to link it back

1    to that definition.  Absent that you can only

2    speculate.

3        VIDEO TECHNICIAN:  Sorry.  I have to stop.

4    The tape has run out.

5        MR. DAVIS:  Okay.  Stop.

6        VIDEO TECHNICIAN:  Going off the video record

7    at 11:15 a.m.

8            (WHEREUPON, a recess was had.)

9        VIDEO TECHNICIAN:  And we are back on the

10    video record at 11:24 a.m.  This is Tape 2.

11    BY MR. DAVIS:

12        Q.   Mr. Hendricks, before we broke, you

13    mentioned that you thought that the document that we

14    were reviewing -- which begins on Bates Page 3362 --

15    you thought that, if Anil had participated in the

16    development of these numbers, that they would be

17    realistic?

18        A.   Yes.

19        Q.   When you refer to something as,

20    "realistic," do you also mean reasonable?

21        A.   That's what I meant, reasonable.

22        Q.   And then is it true that, back in the

23    2000/2001 time frame, that Abbott -- for each

24    program compound or each compound that Abbott had

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    under development, there was a sort of typical or

2    approved product profile at that point in time?

3        A.   All of the products that were evaluated,

4    in the development portfolio, would have a base case

5    product profile developed.

6            That was, if you will, you have to do

7    that before you can start forecasting or talking

8    about probabilities, because it all revolves around,

9    "What are the assumptions?"

10       Q.   Is it fair to assume that this document

11   entitled, "Total Base," is based upon the base case

12   product profile that existed at the time this

13   document was prepared?

14       MR. LORENZINI:  Objection as to form.

15   BY THE WITNESS:

16       A.   That would be my assumption.

17   BY MR. DAVIS:

18       Q.   Is that a reasonable assumption?

19       A.   That is reasonable.

20       Q.   Were there low and upside product

21   profiles within Abbott at that point in time?

22       MR. LORENZINI:  Objection to form.

23   BY THE WITNESS:

24       A.   We were at the transition point.  If you

1    said, "In 1999/2000 was it common for us to do

2    upside, downside profiles," no.

3         We migrated to a recommendation, an

4    approach, that said we should have -- we should

5    develop more robust assumption sets on these

6    products.  And for a period of time -- primarily

7    during 2001, maybe into 2002 -- we asked teams to do

8    upside/downside forecasts.

9         At a certain point in time, there

10   actually was a lot of pushback by commercial.  There

11   was a lot more forecasting, a lot more.  So we

12   abandoned that as kind of a routine thing.

13        But in about this time frame, we were

14   doing upside/downside profile assumptions and

15   forecasts.

16   BY MR. DAVIS:

17        Q.   Can you tell, looking at the upside and

18   downside forecasts that follow 3362 --

19        A.   Mm-hmm.

20        Q.   -- whether those reflect the same product

21   profile or different product profiles?

22        MR. LORENZINI:  Objection to form.

23   BY THE WITNESS:

24        A.   I believe they would have to have been

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    significantly different.

2         But the profile assumption -- the product

3    characteristics in the upside compared to the

4    downside or below -- would have to have very

5    significant differences and attributes to reflect

6    the very different sales potentials associated with

7    those things.

8    BY MR. DAVIS:

9         Q.   Would you look at Exhibit B to this same

10   document, which is Exhibit 2.  Do you see that

11   there's another --

12        A.   Exhibit B?  Where does that start?

13        Q.   There is a page --

14        A.   Yeah.  All right.

15        Q.   Yeah.

16        A.   Which?

17        Q.   The first page of Exhibit B.

18        A.   Okay.

19        Q.   You'll see that there's another form

20   similar to the one that we were just examining --

21        A.   Yes.

22        Q.   -- again, titled, "Total Base."  But this

23   one is for ABT-594; do you see that?

24        A.   Yes.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      Q.   Are you familiar with ABT-594 as being

2   one of the program compounds at issue in this case?

3      A.   Yes.

4      Q.   And do you see the names of the contact

5   information people in the upper right-hand corner?

6      A.   Yes.

7      Q.   You know some of those people.  For

8   example, Ms. Landsberg, you know her?

9      A.   Yes.

10      Q.   And she was the, "PPD Commercial

11   Contact."  What does that mean?

12      A.   She worked in the New Product Development

13   Group in PPD at the time; and she did the commercial

14   forecast for this particular product.

15      Q.   Did she do both the domestic and ex-U.S.?

16      A.   No.  Laura Robinson worked for me; and

17   she is listed there as the AI contact.

18      Q.   Oh, I'm sorry.  I thought that said, "All

19   Commercial."  But it's the, "AI"?

20      A.   No.  It says, "AI."  So she did the

21   ex-U.S. forecasts.  Same paradigm as before.

22      Q.   Right.  And looking at this particular

23   document, do you believe that this forecast, when

24   prepared, is likely to be realistic or reasonable?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      MR. LORENZINI:  Objection to form.  Calls for

2   speculation.

3   BY THE WITNESS:

4      A.   Yes.

5   BY MR. DAVIS:

6      Q.   And then, if you'd look -- by the way,

7   you see, in the lower right-hand corner -- and we

8   talked earlier about the, "Success Probabilities,"

9   box.

10        You said, typically, decision analysis --

11   the Decision Support Group didn't include that box

12   in documents that it prepared.

13      A.   Not that box with the content in that

14   box.

15      Q.   Okay.  Are you familiar with the content

16   in this box as you see it here?

17      A.   Yes.

18      Q.   Do those numbers accurately reflect

19   Abbott's history of, you know, success probabilities

20   with respect to both Preclinical Phase 1, Phase 2,

21   and Phase 3?

22        MR. LORENZINI:  Are you talking about just

23   the, "Abbott History," line?

24   BY THE WITNESS:

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    million?

2         MR. LORENZINI:  Objection.  Lacks foundation.

3    Calls for speculation.

4    BY THE WITNESS:

5         A.    For this indication, for this compound,

6    it's somewhere between those two numbers.

7    BY MR. DAVIS:

8         Q.    All right.  If you'd look, sir, sort of a

9    little further onto Exhibit C in this document,

10   which is a similarly formatted document addressing

11   ABT-773.

12        A.    Okay.

13        Q.    And the page -- so we make sure we're on

14   the same page -- literally is 3443.

15        A.    Okay.

16        Q.    And the same questions, Mr. Hendricks.

17        First, do you see the, "Contact

18   Information," people in the upper right-hand corner?

19        A.    Yes.

20        Q.    All right.  Now, Laura Robinson, you

21   already mentioned she worked for you, correct?

22        A.    Yes.

23        Q.    And who is the, "Domestic Contact"?  Do

24   you recognize that person?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1     A.   Yes.

2     Q.   Who is that?

3     A.   Rod Mitag.

4     Q.   Did he work for you?

5     A.   No.  He worked with the potential

6   idiosyncrasy of that three-month period where they

7   reported -- he worked for somebody else.

8     Q.   Was Mr. Mitag reasonably competent in

9   your experience?

10     A.   Yes.

11     Q.   And then there was an R&D contact.  Do

12   you recognize that name?

13     A.   Oh, "Brown," that looks like.

14     Q.   Do you know Mr. Brown?

15     A.   No.  I don't.  I know a Bill Brown, who

16   is in charge of R&D in another division.  This has

17   got to be another Bill Brown.  I don't know who that

18   person is.

19     Q.   Now, this document has to do, again, with

20   ADT-773.  And this is, again, we're looking at a

21   base case scenario, correct?

22     A.   Yes.

23     Q.   All right.  And you believe, looking at

24   this document, that -- based on the information that

1    you see -- that this document also was prepared in

2    the 2000/2001 time frame?

3        MR. LORENZINI:  Objection.  I just want to be

4    clear.

5        Are you asking based specifically on the

6    starting date of the costs?

7    BY MR. DAVIS:

8        Q.   I'll take any of the information that you

9    can see on the document, sir.

10        You know, does it cause you to believe

11    that this document was prepared in the 2000 to 2001

12    time frame?

13        MR. LORENZINI:  Objection to form.  Calls for

14    speculation.  Lacks foundation.

15    BY THE WITNESS:

16        A.   Well, as we've said before, if the

17    timeline of this cash flow -- this analysis --

18    suggests that it was prepared in that time frame,

19    point of fact, it could have been prepared at any

20    time frame as a retrospective analysis.

21        So when I say, "I assume," as a

22    prospective analysis, this would have been prepared

23    in the 2000/2001 time frame.

24

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1     BY MR. DAVIS:

2         Q.   All right.  In looking at this document,

3     do you believe that -- based on what you know about

4     the people who participated in the development of

5     this document, do you believe that these numbers --

6     that the domestic sales and international sales

7     numbers that you see here were realistic or

8     reasonable as of the time this document was

9     prepared?

10        MR. LORENZINI:  Objection.  Lacks foundation.

11    BY THE WITNESS:

12        A.   Yes.

13    BY MR. DAVIS:

14        Q.   And then looking at the lower left-hand

15    corner, again, you see there is an, "Expected

16    Value," and a, "Project Expected NPV."  Do you see

17    those numbers?

18        A.   Right.

19        Q.   And is it fair to say that the net

20    present value -- expected net present value of this

21    particular compound -- for this particular

22    indication -- as of the time that this document was

23    prepared, was somewhere between, say, it looks like

24    226 and 290 million?

1      A.   Yes.

2      Q.   Do you know any more, Mr. Hendricks,

3   about the preparation of these particular

4   documents -- the ones that are attached as

5   Exhibits A, B, and C to Exhibit 2 -- other than what

6   you have told me here today?

7      A.   No.

8      MR. DAVIS:  Mark this as the next exhibit.

9           (WHEREUPON, a certain document was

10          marked Hendricks' Deposition

11          Exhibit No. 3, for identification,

12          as of 04-27-2007.)

13   BY MR. DAVIS:

14     Q.   Mr. Hendricks, you have what has been

15   marked as Exhibit 3.  Do you recognize this format

16   of document?

17     A.   Yes.

18     Q.   Have you seen this format before in your

19   work at Abbott?

20     A.   Yes.

21     Q.   What organization or person within Abbott

22   generated these types of documents as of February of

23   2001?

24     MR. LORENZINI:  Are you talking about the

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    entire exhibit, Brian --

2        MR. DAVIS:  Yeah.  I think it's all one

3    document.

4        MR. LORENZINI:  -- or just the first page?

5    BY THE WITNESS:

6        A.   However, that's a good point raised,

7    because I have to be very precise in my answer here.

8    BY MR. DAVIS:

9        Q.   Please.

10       A.   Because this document -- first of all,

11   let me establish that my group did not prepare this

12   document.

13           I have to -- I can speculate with some

14   precision who prepared the document and what it was

15   used for.  And the document actually was a hybrid

16   document.

17           This first page is an overall

18   characterization of the project from, if you will --

19   a strategic point of view, key strategic

20   information.  This total document, I believe, is

21   more or less a monthly highlight sheet about the

22   monthly progress of the compound.

23           The part of this document that probably

24   changes every month is not the first page, frankly.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    As a matter of fact, you can't say with precision

2    that -- just because there is a, "February '01," on

3    this first page, I don't know for a fact that, for

4    instance, the sales forecasts were updated every

5    month.

6         The point here is that the primary

7    function of this document was to update

8    month-by-month on the status of the project as it

9    progressed.  However, at the time they wanted to

10   make sure the scientists that were viewing the

11   details of the monthly progress didn't lose site of

12   the overall strategic and commercial issues.

13        That's why this was a development

14   document.  But it has commercial issue -- you know,

15   forecasts, present values, profile -- overall

16   profile assumptions.  And this was put on the

17   document every month and didn't really change unless

18   something caused it to change.

19        What changed every month in the document

20   was, probably, this stuff on the other pages that

21   talked about exactly what was going on with that

22   compound.

23   Q.   Now, is it fair to say that the sales

24   forecast for a particular compound under development

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    generally didn't change each month within Abbott?

2        MR. LORENZINI:  Objection to form.

3    BY THE WITNESS:

4        A.    That is fair to say.

5    BY MR. DAVIS:

6        Q.    Abbott didn't each month go back and

7    revise its sales force?

8        A.    Too much work, yes.

9        Q.    So is it also fair to say that these

10   documents, when they were produced by Abbott, that

11   the first page reflected the most up-to-date

12   information that Abbott had regarding, for example,

13   base case forecast for commercial sales?

14       MR. LORENZINI:  Objection to form.

15   BY THE WITNESS:

16       A.    I would hope it did.  But I can't be

17   sure, because the person that put this together

18   would typically be someone in the development

19   organization.

20           And they would have asked from, really,

21   the commercial -- because this page, when you look

22   at the elements of it, are primarily commercial,

23   investment, market information, and some basic

24   product profile attributes.  Although the product

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    profile attributes don't specify whether it's base,

2    upper, or lower, it's just -- but it's probably a

3    base case.  Again, speculation.

4           But this information would be sent to the

5    development person.  And they would kind of use it

6    as a cover sheet on these monthly reviews.  And so I

7    would hope that they would always get the most

8    updated information.  One can't be absolutely

9    positive that it always reflects the most updated

10   information.

11   BY MR. DAVIS:

12       Q.   But it's your belief, more likely than

13   not, that it would reflect the most up-to-date

14   information?

15       MR. LORENZINI:  Objection.  Speculation.

16   BY THE WITNESS:

17       A.   I would say that it would be the intent

18   of the head of R&D or the head of development who

19   use these to try to have the most updated

20   information represented.

21   BY MR. DAVIS:

22       Q.   That would certainly be the expectation

23   of the people within Abbott who are using this?

24       A.   That would be the expectation of using

1    this updated document --

2        Q.    Yes.

3        A.    -- this monthly updated document.

4        Q.    A moment ago you mentioned the product

5    profile, and that you speculated that it was

6    probably a base case product profile.

7        A.    No.  It says, "Base Case Forecasts,"

8    here.

9        Q.    So you would agree with me that the

10   product profile that we see here is a base case

11   product profile?

12       A.    Actually, I didn't see.  Although

13   it's white --

14       Q.    Correct.

15       A.    -- it's shaded, it does say, "Base Case

16   Assumptions."

17       Q.    Okay.

18       A.    So it's reasonable to assume that this

19   represented the base case forecast, base case

20   product profile assumptions, base case financials,

21   if you will, for this product.

22       Q.    Did your group -- by which, I mean,

23   DSG -- contribute to any of the information

24   contained in this document?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      A.   Probably not.

2      Q.   Where did the commercial information that

3   was contained in this document come from, if you

4   know?

5      A.   It would have come from, in this time

6   frame, from the same sources -- the AI New Product

7   Planning Group and the PPD New Business Development

8   Group.

9      Q.   So, for example, you see where it says,

10  "Commercial Profile," under, "Product Profile" --

11     A.   Yes.

12     Q.   -- there is a breakdown there for U.S.

13  versus ex-U.S.?

14     A.   I'm sorry.  "Profile"?

15     Q.   Under, "Commercial Profile."

16     A.   Yes.  So the, "Commercial Profile," yes.

17  That information -- the launch date, and then the

18  pricing, and the promo, and whatever -- that would

19  have also come from the respective New Product

20  Planning and New Business Development Group.

21     Q.   And did the information, in the bar chart

22  to the left, that reflects the forecast of sales

23  both U.S. and ex-U.S.; is that right?

24     A.   Assuming -- yes, assuming launch.

1      Q.   All right.  Now, did you utilize these

2    documents for any purpose at Abbott?

3      A.   By, "document," do you mean the entire

4    document, or this page that we're looking at?

5      Q.   Any portion of it.

6      A.   The reason I'm drawing a distinction, the

7    entire document -- the use -- did I personally use

8    it?  I personally did not use this.

9        This document is primarily an R&D, a

10   development -- month-by-month summary -- of

11   activities.  This was -- this document was primarily

12   used by the development people and, perhaps,

13   communicated.

14       I don't know if it was communicated above

15   R&D.  But it was an R&D communication document as to

16   how the progress of key products were going each

17   month.

18     Q.   Who or what specific entity within Abbott

19   produced these documents as best you recall?

20     MR. LORENZINI:  Objection.  Lacks foundation.

21   BY THE WITNESS:

22     A.   I just don't know who would have

23   assembled this document.

24

1    BY MR. DAVIS:

2        Q.    Did you -- do you recall seeing them on,

3    approximately, a monthly basis back in the 2000/2001

4    time frame?

5        A.    I was not a recipient of the monthly R&D

6    development updates.  So, no.

7             The answer is, no.  I did not see these

8    on a month-by-month basis.

9        Q.    Let me -- to make it easier,

10   Mr. Hendricks, do you see, on the left-hand side, on

11   the first page, there is a reference to the, "U.S.

12   Market"?

13       A.    Yes.

14       Q.    And then there is an -- under, "Sales,"

15   there is a, "Value."  Do you see that?

16       A.    Yes.

17       Q.    Is that -- what is the value represented

18   there?

19       A.    That would be a dollar value of the total

20   market as defined.

21       Q.    So those aren't necessarily sales of this

22   particular product.  That's the entire market for

23   that type of product?

24       A.    The top -- the top front part here is a

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    market characterization, both in terms of size and

2    key element need in the marketplace.

3        Then only about halfway down where you

4    start seeing, "Costs" -- I can't read --

5    "Development" -- where you see the, "Development,"

6    square, from there down, is product-specific

7    information.

8        Q.    And the product-specific information that

9    you see in the, "Development," square --

10        A.    Yes.

11        Q.    -- it says, "Cost to NDA."

12        A.    Yes.

13        Q.    Are those considered to be the

14    development costs for the product?

15        A.    Yes.

16        Q.    And so, when we see -- for example, under

17    "2001," there is a, "YTD."  That means expenditures

18    year-to-date; is that right?

19        A.    Yes.

20        Q.    Then there's a, "P-R-O-J."  Does that

21    mean the projected costs total for that year?

22        A.    I believe.

23        Q.    And does, "Budget," show what was --

24    again, what had been budgeted for that year

1   officially within the Abbott system?

2       A.   Yes, budget at some point in time.  It

3   could be.

4          I don't know whether it was the planned

5   number or revised budget numbers during the year.

6   But, yes, it's a reference to a budget.

7       Q.   And then the, "V-A-R," is a variance for

8   the expenditures versus budget; is that right?

9       A.   Yeah.  I'm just -- since I didn't -- I'm

10  trying to make sure that it's a variance projected.

11  So I'm going to assume that, yeah, the

12  year-to-date --

13      MR. LORENZINI:  Don't speculate.

14  BY THE WITNESS:

15      A.   Well, all right.  It appears that this is

16  a variance between the projected yearly spend and

17  the budgeted yearly spend is what it appears to be.

18      MR. DAVIS:  Let me mark this as the next

19  exhibit.

20          (WHEREUPON, a certain document was

21          marked Hendricks' Deposition

22          Exhibit No. 4, for identification,

23          as of 04-27-2007.)

24

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    BY MR. DAVIS:

2        Q.    Mr. Hendricks, you have what's been

3    marked as Exhibit 4 at your deposition.

4            Pretty much the same questions.  I just

5    want to confirm that, for example, this one is a

6    little bit easier to read.

7            We see this is a document dated from

8    February of '01 pertaining to ABT-594.  Do you see

9    that?

10       A.    Yes.

11       Q.    And, again, we have -- under the box

12   labeled, "Development," you see that there are,

13   again, year-to-date projected and budget costs?

14       A.    Yes.

15       Q.    And the budget there is whatever budget

16   that Abbott had, at that point in time, shows a

17   total budgeted spend on ABT-594 in 2001 of 15

18   million.

19           Do I have that correct?

20       A.    For this indication.  These are

21   indication-specific sheets, also.

22       Q.    Okay.  Do you know whether there are any

23   other indications for ABT-594 that were under

24   development as of February of '01?

1      A.   I don't recall.

2      Q.   Would it be indicated somewhere on this

3   page if there were other indications under,

4   "Development"?

5      MR. LORENZINI:  Objection.  Lacks foundation.

6   BY THE WITNESS:

7      A.   I think they would have a separate page

8   for that indication.

9   BY MR. DAVIS:

10      Q.   Mm-hmm.  A separate page in this

11   document?

12      A.   Honestly, I can't tell you what their

13   procedure was for handling multiple indications with

14   this particular document.

15      Q.   And then we have, "Base Case Forecast,"

16   under, "Commercial."

17      Again, those numbers would have come from

18   the same U.S. and ex-U.S. groups responsible for

19   putting together the sales of revenue forecasts?

20      A.   That's correct.

21      Q.   And do you believe that the information

22   contained in this document would have been realistic

23   or reasonable as of the time the document was

24   prepared?

1      A.   That would have been the intent of

2   management.

3      Q.   And that same is true with respect to

4   Exhibit 3 -- the, "Base Case Forecast," that we see

5   on page 1 of Exhibit 3?

6      A.   That we just looked at, yes.  They're the

7   same, yes.

8      MR. DAVIS:  Okay.  Let me mark this as the

9   next exhibit.

10         (WHEREUPON, a certain document was

11            marked Hendricks' Deposition

12            Exhibit No. 5, for identification,

13            as of 04-27-2007.)

14   BY MR. DAVIS:

15      Q.   Mr. Hendricks, you have what's been

16   marked as Exhibit 5.  It's a similar document.

17         It's similar to Exhibits 3 and 4 except

18   that this one pertains to, "ABT-773 Tab."

19         Do you see that?

20      A.   Yes.

21      Q.   And you can see, in the, "Commercial,"

22   information we have a base case forecast for sales

23   for this product, for this indication, as forecast

24   by Abbott both U.S. and ex-U.S.; is that right?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      A.   Yes.

2      Q.   And is it your understanding that this

3   information, these forecasts, were realistic or

4   reasonable as of the time this document was

5   prepared?

6      A.   That was the intent.

7      Q.   And, again -- also, under, "Development,

8   to NDA, excludes Japan," we see projected and

9   budgeted numbers for these products -- for this

10  product.

11        That would be the budget number as it

12  existed, within the Abbott system, as of February of

13  '01?

14     MR. LORENZINI:  Objection to form.

15  BY THE WITNESS:

16     A.   I can't speak, frankly, to the precision.

17  The budget numbers all change a lot.  But I would

18  think that it would be the intent to have it be

19  approximately reasonable.

20  BY MR. DAVIS:

21     Q.   But, again, the base case forecast that

22  you see here, it's based upon the base case

23  assumptions regarding product profile that we see to

24  the right there; is that right?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      A.   Yes.

2         MR. DAVIS:  Let's mark this, please, as the

3      next exhibit.

4            (WHEREUPON, a certain document was

5            marked Hendricks' Deposition

6            Exhibit No. 6, for identification,

7            as of 04-27-2007.)

8      BY MR. DAVIS:

9         Q.   Mr. Hendricks, you have what's been

10     marked as Exhibit 6.

11            Let me ask you, first, to take a look at

12     this document and tell me have you seen this

13     document before?

14        A.   No.

15        Q.   Okay.  This is a document produced to us

16     by Abbott in this matter.

17            What I want to do is direct your

18     attention, first, to the page that's Bates numbered

19     through -- it ends in 6757.  It looks like the

20     landscaped-oriented spreadsheet.

21        A.   Yes.

22        Q.   You'll see it's titled, "Abbott

23     Laboratories, PPD R&D Alternative Financing

24     Analysis, John Hancock Funding Scenarios, Nominal

1    and Expected Sales Forecast, Base Case."

2        A.    Okay.

3        Q.    All right.  Earlier in your deposition

4    you talked about nominal versus expected numbers.

5           What is the difference between those two?

6        MR. LORENZINI:  Objection to form.

7    BY THE WITNESS:

8        A.    Nominal is a forecast that assumes the

9    product's launch.  Expected adjusts the forecast of

10   the probability of launch.

11   BY MR. DAVIS:

12       Q.    So is it fair to say that nominal numbers

13   would be sort of the best case scenario; and

14   expected numbers would be those factoring in some

15   expectation of failure at some level?

16       MR. LORENZINI:  Objection.  Misleading.

17   BY THE WITNESS:

18       A.    With respect to this page, the nominal

19   forecast would assume every one of the projects

20   listed here all launched with the product attributes

21   described as their base case profile attributes and

22   achieved the sales associated with that profile's

23   assumptions.  So that represents a very good outcome

24   with respect to all compounds launching.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1          The expected sales forecast is an

2     adjusted forecast that reflects some uncertainty.

3     It's not the worst that it could be.  The nominal

4     forecast represents the upper limit with respect to

5     base case profiles.

6     BY MR. DAVIS:

7          Q.   Okay.  And the expected reflects some

8     realization that things don't always go as you would

9     hope or as planned, and that there is likely to be

10    some reduction or attrition due to some of the

11    products failing or some other causes; is that

12    right?

13         MR. LORENZINI:  Objection to the form of the

14    question.

15    BY THE WITNESS:

16         A.   With respect -- in general, that is a

17    definition of expected.  With respect to this

18    forecast, and this document, the expected sales is

19    just one line item here.

20          And so the way it was likely developed

21    would be to look at each particular project's

22    nominal forecast; and it would then reflect a

23    discount based on the internal judgment of Abbott as

24    to the likelihood of that compound launching.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    BY MR. DAVIS:

2    Q.   Would you turn further in the document to

3    the page that ends in 6762?

4    A.   Okay.

5    Q.   Do you see that there is a page there

6    that has the same heading, "Abbott Laboratories"?

7    A.   Mm-hmm.

8    Q.   It has to do with John Hancock Funding

9    Scenarios.  And this one is entitled, "Nominal and

10   Expected Investment Costs."  Do you see that?

11   A.   Yes.

12   Q.   And do you see that there is a line under

13   each -- that there is a line about midway through

14   the chart that's titled, "Total Nominal Investment"?

15        Do you see that?

16   A.   Yes.

17   Q.   And then below that there is a line that

18   says, "Expected Ratio Analysis, Total Expected

19   Investment."  Do you see that?

20   A.   Yes.

21   Q.   And is it fair to say that the same

22   difference applies with respect to these numbers --

23   that one reflects sort of the 100 percent success

24   number, and the other reflects the 100 percent

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1   success number that has been reduced by some element

2   for -- that takes account of the risk or likely, or

3   potential, failure of some of the products?

4       MR. LORENZINI:  Objection to form.  Confusing.

5   BY THE WITNESS:

6       A.   The nominal investment line reflects, if

7   every project succeeds and ultimately is launched,

8   what one would have planned to spend.

9           The line, "Total Expected Investment,"

10  takes a look at that portfolio of compounds and

11  applies a likelihood of an adjustment factor for the

12  understanding that not all compounds will spend all

13  of the money.

14          In fact, any particular compound might

15  stop in the next phase, or the next phase, or the

16  next phase.  So this is one approximation of,

17  frankly, a wide variety of potential spends that

18  could be associated with this portfolio of

19  compounds.

20  BY MR. DAVIS:

21      Q.   When it's labeled, "The Expected -- The

22  Total Expected Investment," that means that, again,

23  it's an analysis performed by Abbott with respect to

24  an outcome that is more likely than others based

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    upon anticipated success ratios?

2        MR. LORENZINI:  Objection.

3    BY THE WITNESS:

4        A.   No.  That's not what it means.  And

5    this --

6    BY MR. DAVIS:

7        Q.   What does it mean then?

8        A.   Attempt -- precisely, from a decision

9    analysis point of view, it's not dissimilar to what

10   we talked about before.

11       There is a probability a very much of a

12   range of outcomes of expenditures.

13       Q.   Mm-hmm.

14       A.   Okay.  And with the upper limit being the

15   nominal, the lower limit is something far underneath

16   the term, "expected."

17       Q.   Mm-hmm.

18       A.   The expected -- the expected investment

19   is an approximation based on a risk adjustment of

20   expenses that, from a decision analysis point of

21   view, approximates to something that happens around

22   the 50th percentile with equal likelihood that the

23   final investment would be higher or lower than that

24   amount.

1    MR. DAVIS:  Okay.  Thank you.  Could we mark

2    this as the next exhibit, please?

3         (WHEREUPON, a certain document was

4         marked Hendricks' Deposition

5         Exhibit No. 7, for identification,

6         as of 04-27-2007.)

7    MR. DAVIS:  This is Exhibit 7?

8    THE REPORTER:  Yes.

9    BY MR. DAVIS:

10    Q.   Mr. Hendricks, you have what's been

11    marked as Exhibit 7 at your deposition.

12         Have you seen this document before, sir?

13    A.   I reviewed it only recently as part of

14    the deposition documents.

15    Q.   Did you ever see it back in the 2001 time

16    frame?

17    A.   Never.

18    Q.   I would like to direct your attention to

19    a specific part of the document.

20         If you look at the page that's

21    numbered -- its Bates ends in 8117.  Do you see

22    that?

23    A.   Yes.  Okay.

24    Q.   Do you see here there is an, "Annual

1    Development Plan," for, "Ketolide Oral & IV

2    ABT-773"?

3        A.    Yes.

4        Q.    And do you see, at the bottom of this

5    page, there is a, "Projected Spending By Year"?

6        A.    Yes.

7        Q.    All right.  Is that -- and you see there

8    are different numbers for different years from 2000

9    through 2005?

10        A.    Yes.

11        Q.    All right.  Looking at the numbers that

12    you see here for each of these years, are these

13    nominal or expected numbers?

14        MR. LORENZINI:  Objection.  Lacks foundation.

15    BY THE WITNESS:

16        A.    These look to be nominal.

17    BY MR. DAVIS:

18        Q.    Now, if you take a look further into the

19    document at the page that's numbered 8121, there is

20    an, "Annual Development Plan," for, "CCM," also

21    known as ADT-594; do you see that?

22        A.    Yes.

23        Q.    And, again, near the bottom of this page,

24    there is a reference to, "Projected Spending By

1    Year."

2        And you see there are numbers listed

3    there for each year from 2000 through 2005?

4        A.    Yes.

5        Q.    Are these nominal or expected numbers?

6        MR. LORENZINI:  Objection.  Lacks foundation.

7    BY THE WITNESS:

8        A.    I judge them to be nominal.

9    BY MR. DAVIS:

10        Q.    Would you look at the page that ends in

11    8127?  Do you have that page in front of you?

12        A.    Yes.

13        Q.    You see there is another, "Annual

14    Development Plan."  This one is for, "MMPI," also

15    known as ABT-518.  Do you see that?

16        A.    Yes.

17        Q.    Again, the same question, sir.  Looking

18    under, "Projected Spending By Year," we see numbers

19    there, again, from 2000 through 2005.

20        Are the spending numbers listed here

21    nominal or expected spending numbers?

22        MR. LORENZINI:  Objection to form.

23    BY THE WITNESS:

24        A.    I would judge them to be nominal.

1    Outside of the scope of the deposition topic.

2         Only testify to the extent you have

3    personal knowledge, please.

4    BY THE WITNESS:

5         A.   Yeah.  I don't have personal knowledge of

6    what they did back then.

7    BY MR. DAVIS:

8         Q.   Okay.  Is there anyplace else that you

9    would look -- or do you think that you could find

10   the actual spending information -- other than the

11   R&D controller's office?

12        A.   For that time frame, no.  I wouldn't know

13   that there would be any.

14        MR. DAVIS:  All right.  Let's mark this,

15   please, as the next exhibit.  9, is it?

16        THE REPORTER:  9.

17             (WHEREUPON, a certain document was

18             marked Hendricks' Deposition

19             Exhibit No. 9, for identification,

20             as of 04-27-2007.)

21   BY MR. DAVIS:

22        Q.   Mr. Hendricks, you have what's been

23   marked as Exhibit 9, which is a copy of a letter and

24   a preliminary -- a 2002 preliminary annual research

Hendricks, Keith (Linked)　4/27/2007　9:49:00 AM

1　plan that Abbott sent to John Hancock back in

2　November of 2001.

3　　　Have you seen this document before?

4　　A.　No.

5　　Q.　Let me just direct your attention to the

6　third page of the document, the one that's Bates

7　numbered -- the Bates numbers in this one, I think,

8　are generally in the lower left-hand corner.  It

9　ends at 0789.

10　　A.　Yes.

11　　Q.　And you see that there's another annual

12　development plan for ABT-773 for both oral and IV

13　formulations?

14　　A.　Yes.

15　　Q.　And the bottom there says that there's a

16　program spending by year; do you see that?

17　　A.　Yes.

18　　Q.　And for the year 2002, do you see -- is

19　that a nominal or expected spending number?

20　　MR. LORENZINI:  Objection.  Lacks foundation.

21　Calls for speculation.

22　　MR. DAVIS:  He is the Abbott designee on

23　expected or intended spending.  So he's supposed to

24　know.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    BY THE WITNESS:

2        A.   These types of summaries would generally

3    report the nominal spent assuming success.

4    BY MR. DAVIS:

5        Q.   All right.  And then the same would be

6    true if you take a look at the other annual

7    development plans in here.

8            In the, "Program Spending By Year," the

9    same would be true?  Those would be nominal numbers

10   here, right?

11       MR. LORENZINI:  Objection.

12   BY THE WITNESS:

13       A.   These types of plans would show nominals

14   assuming success.

15   BY MR. DAVIS:

16       Q.   Do you recognize this form of document?

17       MR. LORENZINI:  Are you talking about a

18   particular page?

19       MR. DAVIS:  Well, they are different copies of

20   annual development plans.

21   BY MR. DAVIS:

22       Q.   I'm just asking have you seen this format

23   before?

24

1      A.   No, I haven't.

2      Q.   But when you see, "Program Spending By

3   Year," like that, it's typically nominal?

4      A.   Yes.

5      MR. DAVIS:  Let's mark this, please, as the

6   next exhibit, 10.

7          (WHEREUPON, a certain document was

8          marked Hendricks' Deposition

9          Exhibit No. 10, for identification,

10         as of 04-27-2007.)

11  BY MR. DAVIS:

12     Q.   Mr. Hendricks, you have Exhibit 10 in

13  front of you.

14     This is a copy of a program -- Portfolio

15  Program and Development cost summaries for the Final

16  2003 Plan.  And also there's some projections for

17  each of the program compounds included for future

18  years.  And it's pretty much the same question.

19     Do you see that the numbers -- for

20  example, directing your attention to -- let me look

21  at it.  The beginning one, the page that ends in --

22  the Bates number ends in 1073, the, "2003 Executive

23  Program Summary."  Do you see that?

24     A.   Yes.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      Q.    And that, "LRP," what do you understand

2    that to be?

3      A.    Long range plan.

4      Q.    And the numbers that we see reflected

5    here, these are nominal numbers?

6      MR. LORENZINI:  Objection to form.

7    BY THE WITNESS:

8      A.    Yes.

9    BY MR. DAVIS:

10      Q.    And that same is true for the other

11    annual -- or the executive program summaries that we

12    see in this document?

13      A.    That's my belief.

14      MR. DAVIS:  Okay.  Let's mark this, please, as

15    the next exhibit.

16        (WHEREUPON, a certain document was

17        marked Hendricks' Deposition

18        Exhibit No. 11, for identification,

19        as of 04-27-2007.)

20    BY MR. DAVIS:

21      Q.    Mr. Hendricks, you have Exhibit 11.  And

22    this is a copy of an annual research plan that

23    Abbott submitted to John Hancock in November of

24    2003.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1        I'm now directing your attention to the

2    document -- let me find it.  Right here,

3    (indicating).

4          Looking at the second page of this

5    document on, "Global Pharmaceutical Research &

6    Development, Hancock Collaboration, Spending By

7    Program," do you see that --

8        A.   Yes.

9        Q.   -- the plan numbers for 2004 that you see

10   listed here?

11       A.   Yes.

12       Q.   -- are those nominal or expected numbers?

13       MR. LORENZINI:  Objection.

14   BY THE WITNESS:

15       A.   Generally, you would think that, "Plan,"

16   numbers refer to nominal.

17   BY MR. DAVIS:

18       Q.   That's your belief?

19       A.   That's my belief.

20       Q.   And how about the projection for 2005

21   that you see here?  Do you know whether that's

22   projected in nominal or expected numbers?

23       A.   I can't say.

24       Q.   But it's your understanding that,

1    "Plan" -- when it refers to, "Plan," numbers,

2    they're generally nominal numbers; is that right?

3       MR. LORENZINI:  Objection.

4    BY THE WITNESS:

5       A.   Generally, "Plan," numbers are nominals.

6       MR. LORENZINI:  Let's mark this, please, as

7    the next exhibit.

8       THE REPORTER:  We're on 12.

9          (WHEREUPON, a certain document was

10         marked Hendricks' Deposition

11         Exhibit No. 12, for identification,

12         as of 04-27-2007.)

13   BY MR. DAVIS:

14      Q.   Mr. Hendricks, you have a copy of a

15   letter and plan that was provided to John Hancock by

16   Abbott in November 2004.

17         Directing your attention to the third

18   page of the document -- the Bates number that ends

19   in 7248 -- do you have that in front of you?

20      A.   Yes, I do.

21      Q.   And do you see that, again, there's a,

22   "Global Pharmaceutical Research & Development,

23   Hancock Development Collaboration Portfolio,

24   Spending By Program"?  Do you see that?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      A.   Yes.

2      Q.   And then under -- there's a column there

3    labeled, "Plan 2005."  Do you see that?

4      A.   Yes.

5      Q.   Are these nominal numbers?

6      MR. LORENZINI:  Objection to form.

7    BY THE WITNESS:

8      A.   I believe these are nominal numbers.

9      MR. DAVIS:  Okay.  Let's mark this, please, as

10   the next exhibit.

11          (WHEREUPON, a certain document was

12          marked Hendricks' Deposition

13          Exhibit No. 13, for identification,

14          as of 04-27-2007.)

15   BY MR. DAVIS:

16     Q.   Mr. Hendricks, same drill.  This is a

17   copy of a letter and annual research plan that

18   Abbott provided to John Hancock in January of 2006.

19          Directing your attention to the second

20   page of the document -- which is the Bates number

21   that ends in 6106 -- do you see at the right-hand

22   side there is a column titled, "Plan 2006"?

23     A.   Yes.

24     Q.   And the numbers contained there, are

1    those nominal or expected numbers?

2       MR. LORENZINI:  Objection to the form.

3    BY THE WITNESS:

4       A.   I believe those are nominal.

5       MR. DAVIS:  Okay.  Let's mark this, please, as

6    the next exhibit.  14?

7       THE REPORTER:  I'm sorry, 14.

8          (WHEREUPON, a certain document was

9             marked Hendricks' Deposition

10             Exhibit No. 14, for identification,

11             as of 04-27-2007.)

12   BY MR. DAVIS:

13      Q.   Mr. Hendricks, you have what's been

14   marked as Exhibit 14.  Let me ask you if you've seen

15   this document before?

16      A.   I don't recall seeing this document.

17      Q.   The two people listed, on the front page

18   of this document -- Lori Taylor I can pronounce

19   easily.  And I know you pronounced --

20      A.   Anil Namboodiripad.

21      Q.   "Namboodiripad"?

22      A.   Namboodiripad.

23      Q.   All right.  Those people worked for you

24   in your group as of January 2001?

1      A.   Anil did for sure.

2      Q.   And Lori worked for you in that

3   three-month period at some point in time?

4      A.   Yes.

5      Q.   Did the Decision Support Group provide --

6   strike that.

7      Was this document prepared by the

8   Decision Support Group?

9      A.   No.  It does not appear to.  It appears

10   to have been, by the cover page, prepared by two

11   people that would have been in the New Product

12   Planning Groups.

13      Q.   Okay.  Would you take a look at the pages

14   of this document that begin -- actually, they're

15   Bates numbered and end in 2961 was the first one for

16   you to look at.

17      It's titled, "Forecasted U.S. Sales."  Do

18   you see that document?

19      A.   Yes.

20      Q.   Okay.  Who within Abbott put together

21   these forecasts?

22      MR. LORENZINI:  Objection.  Lacks foundation.

23   BY THE WITNESS:

24      A.   I believe it to be the authors of this

1    document.

2    BY MR. DAVIS:

3         Q.   And would you look at the subsequent

4    pages, as well, through the page at the end of the

5    document -- the page that ends in 2969?

6         A.   Yes.

7         Q.   Do you believe that they prepared those

8    forecasts as well?

9         A.   I --

10        MR. LORENZINI:  Objection.

11   BY THE WITNESS:

12        A.   Oh, sorry.  I do believe so.

13   BY MR. DAVIS:

14        Q.   And do you believe that the forecasts

15   that are contained here were realistic and

16   reasonable as of the time that they were prepared?

17        MR. LORENZINI:  Objection.

18   BY THE WITNESS:

19        A.   Yes.

20        MR. DAVIS:  Let's mark this as the next

21   exhibit, please.

22

23

24

1          MR. DAVIS:  Okay.  Let's mark this as the next

2    exhibit, please.

3              (WHEREUPON, a certain document was

4              marked Hendricks' Deposition

5              Exhibit No. 20, for identification,

6              as of 04-27-2007.)

7    BY MR. DAVIS:

8        Q.   Mr. Hendricks, you have what's been

9    marked as Exhibit 20 at your deposition.

10            Would you look at this document for a

11   moment, please, and tell me if you can identify it

12   for me?

13       A.   I can.

14       Q.   You can?

15       A.   Yes.

16       Q.   What is this?

17       A.   Well, this is a document, an analysis,

18   that was prepared primarily by the Decision Support

19   Group, my group, to assist management in thinking

20   through the situation that we just described, as the

21   company found itself in, in the first quarter of

22   2001 -- having more R&D spending capacity than

23   originally planned, but a lot of assets that -- from

24   the new company as well as the old -- would exceed

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    even with the additional spending capacity.

2         So this was an analysis, then, using the

3    information as best we had on all of the assets --

4    sales, cost probabilities -- to take a look at the

5    relative values of all of these assets, and then

6    prioritize these assets to fit to a new budget

7    target using different metrics -- different

8    approaches -- take a look at what assets, then,

9    would be able to go forward and what assets might

10   have to be terminated or slowed down.

11      Q.   Would you take a look, please, at the

12   page that's Bates numbered 8 -- it ends in 8851.

13      A.   Okay.

14      Q.   There is a slide here titled, "2001/2002

15   R&D Costs for John Hancock Compounds."  Do you see

16   that?

17      A.   Mm-hmm.

18      Q.   Who put together this slide?

19      A.   I would imagine -- see, the portfolio

20   analysis -- Steve Cohen's group was still running

21   the portfolio process at this point in time.  So a

22   lot of the analytics in here -- where you see fancy

23   graphs, and bubble charts, and things like -- that

24   was the Decision Support Group stuff.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1          We were the heavy duty analytics.  The

2    overall package, if you will, was put together by

3    Steve Cohen's group, the Portfolio Analysis Group.

4    And I would expect that this page was probably put

5    together by him.

6          MR. DAVIS:  Okay.  First, Eric, I'm going to

7    ask that we get a color copy of this document,

8    please.  It looks like some of the text is

9    color-coded.

10         MR. LORENZINI:  I will look into whether we

11   have a color copy.

12   BY MR. DAVIS:

13       Q.   Now, the 2001 costs that are listed here,

14   Mr. Hendricks, those are nominal costs?

15       A.   That would be my judgment.

16       Q.   And then you see 2002 costs are broken

17   out into nominal and expected.  Do you see that?

18       A.   Yes.

19       Q.   Did you ever see any analyses by Abbott,

20   after this particular document was generated, in

21   which Abbott broke down its expected -- its plan

22   spending on John Hancock program compounds between

23   nominal and expected spending?

24       A.   I honestly don't recall.

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      Q.   Was the Decision Support Group ever asked

2   to put together an analysis of expected spending on

3   John Hancock program compounds as opposed to nominal

4   spending on John Hancock program compounds?

5      A.   When I mentioned earlier that I was

6   involved -- I believe, it was in 2005 or sometime

7   later on -- in preparing some cost estimates, that's

8   probably what some of that was for at that time.

9      Q.   Did you put together both expected and

10   nominal numbers at that time?

11      A.   I'm not sure.  It was at the request of

12   whomever was pulling together this information for

13   communication with Hancock.

14      Q.   And the numbers that we see listed here

15   under, "2001 Costs" --

16      A.   Yes.

17      Q.   -- are those four-year numbers?  And I'm

18   looking at, again, the page in Exhibit 20.

19      A.   851?

20      Q.   Correct.

21      MR. LORENZINI:  Objection.  Lacks foundation.

22   BY THE WITNESS:

23      A.   It's my judgment that these would

24   represent full year costs.

1    BY MR. DAVIS:

2      Q.   Okay.  Now, is the data contained in this

3    portfolio analysis document, Exhibit 20, reasonably

4    true and accurate as of April 20th, 2001?

5        MR. LORENZINI:  Objection.

6    BY MR. DAVIS:

7        Q.   To the best of your knowledge?

8        MR. LORENZINI:  The entirety of data?

9        MR. DAVIS:  Yes.

10   BY MR. DAVIS:

11       Q.   To the best of your knowledge and belief?

12       MR. LORENZINI:  Objection.

13   BY THE WITNESS:

14       A.   I believe all of the data -- it was our

15   intent to provide management with a package that

16   represented the best information that we had at the

17   time.

18         Quite frankly, the reality of this, when

19   you have a portfolio with as many compounds as we

20   did, information comes in at all times.  And so,

21   when we go to press with a book, it may be undated

22   on some compounds by the time it's printed.

23   BY MR. DAVIS:

24       Q.   Mm-hmm.  Now, the information that's

1    contained on this particular slide -- the one that's

2    numbered 8851 --

3        A.    Yes.

4        Q.    -- in the slide that is dated April 20th,

5    2001, does this reflect the R&D costs for

6    John Hancock compounds in the immediate aftermath of

7    the March 7th through 9th, 2001 portfolio review?

8        MR. LORENZINI:  Objection.  A reasonable

9    inference would be that would be correct.

10        And, in fact, you see that the 594 number

11    is different than what it was in the plan.

12    BY MR. DAVIS:

13        Q.    Mm-hmm.

14        A.    And this may, in fact, reflect additional

15    spending and the desire to keep spending as much as

16    possible on that compound.

17        Q.    Okay.  And as you sit here today, do you

18    know the source of the data for these particular

19    compounds that are listed on the page numbered 8851?

20        A.    Well, the source of the cost projections,

21    the nominal projections, would have been from the

22    development teams.

23        MR. LORENZINI:  Mm-hmm.

24    BY THE WITNESS:

1      A.    Someone -- where you see, "nominal and

2    expected -- expected," in this case, does not

3    represent what we expect to spend.

4    BY MR. DAVIS:

5      Q.    It represents the nominal numbers having

6    been discounted in some way by a success ratio or

7    some other discounting factor, correct?

8      A.    Well -- yes.  If you notice that, in some

9    projects, the nominal and expected are very much the

10   same.

11     Q.    Mm-hmm.

12     A.    The only time they would be different is

13   if, within a calendar year, a particular compound

14   had a milestone and the post-milestone expense would

15   be risk adjusted.

16          But, in fact, you'll either spend the

17   post milestone expense or you won't.  So the

18   expected cost will never actually occur; but it's

19   calculated.  And then, when you roll it up from a

20   portfolio level, it gives you an approximation, from

21   a portfolio perspective, on average of what the

22   portfolio might need.

23     Q.    It's fair to say that the expected number

24   gives you information about the nominal spend --

1    what would be required to be spent in the event that

2    the project were to go forward.

3         But it also gives you some information

4    about the likelihood or the anticipated likelihood

5    that the nominal amount will have to be spent; is

6    that fair to say?

7         MR. LORENZINI:  Objection to form.

8    BY THE WITNESS:

9         A.   If you had backup -- in a general sense,

10   what you said is correct.

11        You can't infer exactly what the

12   probabilities are in these numbers unless you had

13   backup data to know exactly how much was the

14   post-milestone expense, and the pre- milestone

15   expense, and the expected number.  And then you

16   could see what the assumed likelihood of success

17   was.

18   BY MR. DAVIS:

19        Q.   Okay.  Now, just take a look at this

20   slide for a second.

21        Would you dig out your copy of Exhibit 7,

22   which is the Research Funding Agreement.

23        Now, if you turn for a moment to the page

24   that's numbered in the -- looking at the Research

1    are supposed to be Abbott's expected spending

2    numbers, then the number that we see under -- for

3    2002, on page 8121, is almost $20 million too high;

4    is that right?

5        MR. LORENZINI:  Objection.  Mischaracterizes

6    facts in evidence.

7        MR. DAVIS:  I don't think so.  I think that

8    the document requires Abbott to provide John Hancock

9    with its anticipated and reasonably expected

10   spending numbers, not nominal numbers.

11       MR. LORENZINI:  Are you asking the witness for

12   his legal opinion --

13       MR. DAVIS:  Well, I'm just asking --

14       MR. LORENZINI:  -- or the meaning of the

15   contract?

16       MR. DAVIS:  No.  No.  I'm asking him to

17   assume.

18   BY MR. DAVIS:

19       Q.   If the contract required Abbott to

20   provide John Hancock with its expected spending

21   numbers, you would agree with me that the number for

22   2002 -- listed on page 8121 -- is, based on what we

23   see on the page 8851 of Exhibit 20, slightly less

24   than $20 million too high?

1       MR. LORENZINI:  Objection.  Misleading.

2    Vague.  Ambiguous.  Confusing, particularly with

3    respect to the meaning of the word, "expected."

4         And, also, I object that this question

5    potentially calls for a legal conclusion.

6    BY MR. DAVIS:

7       Q.   Can you answer after that?

8       A.   Well, on a project-by-project basis, I

9    don't believe that the risk adjusted -- the term,

10    "expected," meaning risk adjusted, which is the

11    definition you're using here -- is really

12    meaningful.

13        When I look at - when I look at this, for

14    the reasons that I just mentioned before, you will

15    never spend, on this project, the expected amount.

16       Q.   What we see listed here, under the

17    column, "Expected" --

18       A.   Yes.

19       Q.   -- are the expected numbers for those

20    compounds in the years 2002, correct?

21       MR. LORENZINI:  Objection.

22       MR. DAVIS:  That's what it says.

23       MR. LORENZINI:  Vague.  Ambiguous.

24    BY THE WITNESS:

1      A.    As I mentioned before, it's easy to

2    confuse a decision analysis term, "expected" --

3    that's a decision analysis phrase -- with the term,

4    "expected," meaning what we expect to spend if we're

5    successful.

6          All right.  So the term -- if you asked

7    me -- if I'm sitting in 2001, and you asked me,

8    "What are we going to spend on 594 in 2002," I can

9    tell you, "Well, if everything goes well, we expect

10    to spend 58.  If we don't get past the milestone, we

11    may end up spending" -- I mean, I can't really tell

12    you what it is here.  But it might only be 15 or 10.

13          Now -- and so that's what we would expect

14    to spend if the compound dies at the milestone.

15    BY MR. DAVIS:

16      Q.    Mm-hmm.

17      A.    So if I'm trying to report to you what

18    will be spent next year, on a compound-by-compound

19    basis, the risk adjusted or the decision analysis

20    expected expense is not a good definition to use,

21    because that expense is for sure to be wrong on that

22    project.

23      Q.    Well, it's still the expected expense,

24    correct?

1      MR. LORENZINI:  Objection.  Vague.  Ambiguous.

2    BY THE WITNESS:

3      A.   Yes.  If you mean risk adjusted expense,

4    it appears that the spending amount in 2002 for this

5    compound is 26 million, 26.3.  That is the expected,

6    i.e., risk adjusted expense.

7    BY MR. DAVIS:

8      Q.   Right.  That's what, "expected," means,

9    risk adjusted?

10      A.   No.  You say that's what it means as if

11   that's common -- that's a common parlance.  As a

12   matter of fact, I would submit that the term,

13   "expected," in terms of risk adjusted, is a far less

14   frequent understanding of the term.

15       And when we plan for budgeting purposes,

16   on a project-by-project, we commonly report the

17   expectations of spending assuming success.  Now, if

18   you want a risk adjusted expense number for every

19   project, that's fine.  I think that has less meaning

20   on a project-by-project level.

21      Q.   But, see -- let me ask you, sir.  I'm

22   sorry.  Are you done?

23      A.   Yes.

24      Q.   As listed here on Exhibit 20, page 8851,

1    analysis or support with respect to calculations

2    concerning the John Hancock compound portfolio; is

3    that right?

4        A.   No.  That is correct.

5        Q.   And, again, just take me back a moment.

6             What support or analysis did you provide

7    in 2005 on that topic?

8        A.   I got involved in just looking at the

9    expenses associated with certain compounds they told

10   me were at issue and looking at what the expense

11   projections were.

12       Q.   All right.  Was there any

13   distinguishment -- did you distinguish, in any of

14   that analysis, between nominal and expected

15   spending?

16       MR. LORENZINI:  Objection.  Asked and

17   answered.

18   BY THE WITNESS:

19       A.   I don't recall that I provided anything

20   but nominal expense projections.

21   BY MR. DAVIS:

22       Q.   Was this -- to whom was this portfolio

23   analysis that has been marked as Exhibit 20 provided

24   within Abbott?

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1      A.   Jeff Leiden and senior management.

2      Q.   And I take it, in putting together this

3    information -- in making this presentation available

4    to Abbott senior management -- the expectation was

5    the information contained in Exhibit 20 was

6    reasonably accurate; is that right?

7      MR. LORENZINI:  Objection.  The entire

8    document?

9      MR. DAVIS:  Yes.

10     MR. LORENZINI:  Objection.  Lacks foundation.

11   BY THE WITNESS:

12     A.   I think the expectation of anything

13   presented to Jeff Leiden and senior management is

14   that it's reasonably accurate.

15   BY MR. DAVIS:

16     Q.   It's generally a good career move?

17     A.   Yeah.  It's a good career move.

18     MR. DAVIS:  Okay.  Let's mark this as the next

19   exhibit, please.

20     THE REPORTER:  21.

21       (WHEREUPON, a certain document was

22        marked Hendricks' Deposition

23        Exhibit No. 21, for identification,

24        as of 04-27-2007.)

1    Q.    And there is a column titled, "2002 APU @

2    4/12."  Do you see that?

3    A.    Yes.

4    Q.    Do you know whether those are nominal or

5    expected numbers?

6    MR. LORENZINI:  Objection.  Lacks foundation.

7    BY THE WITNESS:

8    A.    I do not know.

9    BY MR. DAVIS:

10    Q.    Under, "2003 & 2004," are those nominal

11    or expected numbers?

12    A.    I do not know.

13    MR. LORENZINI:  Objection.

14    BY THE WITNESS:

15    A.    I'm sorry.  I do not know.

16    BY MR. DAVIS:

17    Q.    Does Abbott maintain sort of a -- strike

18    that.

19    Does Abbott calculate net present values

20    for compounds that it has discontinued?

21    A.    Well, the only -- the answer to that

22    would be, in the context of out-licensing the

23    compound in discussions with somebody that might be

24    interested, perhaps.  I have not done any -- let me

Hendricks, Keith (Linked)  4/27/2007  9:49:00 AM

1    make sure that I'm precise on this.

2         I haven't done it.  You would probably

3    find -- you would have to ask people in the Business

4    Development Department.  But, most likely, when

5    you're negotiating with someone for out-licensing

6    one of your assets, that might be part of the

7    analysis that's done.

8         Q.   All right.  The categories that you've

9    been designated to testify to here today include,

10   from Exhibit 1, Abbott's valuation of and methods

11   for valuing, including, without limitation, any

12   models used in valuations of the program compound

13   known as ABT-518 at any time from January 1, 2001,

14   to the present.

15        What is Abbott's current valuation of

16   ABT-518?

17        MR. LORENZINI:  Objection.

18   BY THE WITNESS:

19        A.   I have no idea.

20   BY MR. DAVIS:

21        Q.   What steps did you take, before your

22   deposition here today, to determine what Abbott's

23   current valuation of ABT-518 is?

24        A.   I didn't take any.  I didn't even think

1    about it in that context.

2        Q.   Would the same be true with respect to

3    ABT-594?

4        A.   Yes.

5        Q.   And would the same be true with respect

6    to ABT-773?

7        A.   Yes.

8        Q.   Do you know whether within Abbott there

9    are documents that would indicate what the current

10    valuation of ABT-518 is?

11        A.   I do not know that, if there are any.

12        Q.   Would it be you don't know because you

13    haven't looked; is that right?

14        A.   I have not looked, and I do not know of

15    any documents.

16        Q.   Do you know what -- how Abbott valued

17    ABT-518 at any point in time?

18        A.   Yes.

19        Q.   We saw some documents here today.

20        A.   We saw documents in here.

21        Q.   So do you know how Abbott valued ABT-518,

22    at any point in time, since those documents were

23    generated that we marked earlier in your deposition

24    here today?

IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MASSACHUSETTS

JOHN HANCOCK LIFE INSURANCE    )
COMPANY, et al.,                )
        Plaintiffs,             )    Civil Action
    vs.                         )    No. 05-11150-DPW
ABBOTT LABORATORIES,            )
        Defendant.              )

SIGNATURE AND CHANGES

| Page | Line | Now Reads | Should Read |
|------|------|-----------|-------------|
| 10 | 5 | sales of revenue | sales and revenue |
| 25 | 22 | sales of revenue | sales and revenue |
| 116 | 16 | These look to be nominal. | These look to be nominal.  To the extent that projected spending numbers for a particular year in these type of documents are from the Plan or a budget update, the projected spending for that year would not necessarily include post-milestone expenses.  Budget figures are not risk-adjusted but, as explained on page 165, may or may not include post-milestone spending. |
| 171 | 24 | Objection.  If you see blue | Objection.  BY THE WITNESS:  If you see blue |
| 219 | 14-15 | not the personal | not as a corporate |
| 243 | 22 | I was terminated | It was terminated . . . |
| 243 | 3 | that document | that compound |
| 246 | 21 | prior to termination. | Prior to termination.  Since the deposition, however, I have reviewed a January 2002 draft memorandum to Miles White that contains a more recent pre-termination valuation of ABT-773. |

I, KEITH HENDRICKS, have read the transcript of my deposition on April 27, 2007 and hereby affix my signature that same is true and correct, except as noted above.

_____                    _____

KEITH HENDRICKS                                              DATE

Hendricks Deposition Exhibit 1


P's Exhibit QM

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY),<br><br>      Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)      CIVIL ACTION NO. 05-11150-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Insurance Company) (collectively, "John Hancock") will take the deposition of defendant Abbott Laboratories on April 12, 2007 commencing at 9:30 a.m. at the offices of Levenfeld Pearlstein, LLC, 2 North LaSalle Street, Suite 1300, Chicago, Illinois, or such other location as may be mutually agreed to by the parties. Abbott shall designate, prepare and produce one or more knowledgeable officers, directors, or other representatives to testify on its behalf as to the topics set forth below.

Hancock DEP. EX. NO. 1
FF      4/27/07

PLEASE TAKE FURTHER NOTICE that the deposition noticed above will be recorded stenographically, and through real-time court reporting, such as by LiveNote. The deposition also may be recorded by audio or video technology, such as videotape. The deposition will be taken before a notary public or other person authorized to administer oaths and will continue from day-to-day until completed, Saturdays, Sundays and holidays excepted.

### Definitions

For purposes of this Notice, John Hancock adopts the "Uniform Definitions in Discovery Requests" contained in Local Rule 26.5. The following additional terms shall have the meanings set forth below:

1.    "You," "your" and "Abbott" shall mean defendant Abbott Laboratories, its various corporate parents, subsidiaries, affiliates, subdivisions and departments, and any and all representatives, successors, assigns, officers, directors, employees, agents, attorneys or other persons or entities who have acted or purported to act for or on behalf of any of them.

2.    "Abbott's Senior Management" shall mean the Abbott personnel who had or have overall responsibility, authority and accountability for managing Abbott's Global Pharmaceutical Research and Development organization and operations, including, without limitation, Miles D. White and the "Senior Management" referenced in Abbott Document No. ABBT0101924.

3.    "John Hancock" shall mean collectively defendants John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Life Insurance Company), their various subsidiaries, affiliates, divisions and departments, and any and all representatives, successors, assigns,

-2-

officers, directors, employees, agents, auditors, attorneys or other persons or entities who have acted or purported to act for or on behalf of any of them, including, without limitation, representatives of the StoneTurn Group.

4.    The "Research Funding Agreement" shall mean the Research Funding Agreement by and between Abbott and John Hancock, dated as of March 13, 2001.

5.    The "Program Compounds" shall have the meaning set forth in the Research Funding Agreement.

6.    "Program Term" shall have the meaning set forth in the Research Funding Agreement.

7.    "Regarding" shall have the same meaning as "concerning."

8.    "Any" also shall mean "all," and "all" also shall mean "any."

9.    "And" as well as "or" shall be construed both disjunctively and conjunctively to mean "and/or."

<u>Topics Of Examination</u>

1.    Abbott's knowledge and belief concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-518 as of March 13, 2001.

2.    Abbott's knowledge and belief concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-594 as of March 13, 2001.

3.    Abbott's knowledge and belief concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-773 as of March 13, 2001.

4.    The knowledge and belief of each member of Abbott's Senior Management concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-518 as of March 13, 2001.

5.    The knowledge and belief of each member of Abbott's Senior Management concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-594 as of March 13, 2001.

6.    The knowledge and belief of each member of Abbott's Senior Management concerning the prospects and condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-773 as of March 13, 2001.

7.    Abbott's valuation of, and methods for valuing (including, without limitation, any models used in such valuations) the Program Compound known as ABT-518 at any time from January 1, 2001 to the present.

8.    Abbott's valuation of, and methods for valuing (including, without limitation, any models used in such valuations) the Program Compound known as ABT-594 at any time from January 1, 2001 to the present.

9.    Abbott's valuation of, and methods for valuing (including, without limitation, any models used in such valuations) the Program Compound known as ABT-773 at any time from January 1, 2001 to the present.

10.    Abbott's nominal or intended and reasonably expected spending on the Program Compound known as ABT-518 at any time from January 1, 2001 to the present.

-4-

11.   Abbott's nominal or intended and reasonably expected spending on the Program Compound known as ABT-594 at any time from January 1, 2001 to the present.

12.   Abbott's nominal or intended and reasonably expected spending on the Program Compound known as ABT-773 at any time from January 1, 2001 to the present.

13.   Abbott's reasons for discontinuing or terminating the development of the Program Compound known as ABT-518.

14.   Abbott's reasons for discontinuing or terminating the development of the Program Compound known as ABT-594.

15.   Abbott's reasons for discontinuing or terminating the development of the Program Compound known as ABT-773.

16.   All communications among or between Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the prospects or condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-518.

17.   All communications among or between Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the prospects or condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-594.

18.   All communications among or between Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the prospects or condition (including safety, efficacy, scientific viability or commercial viability) of the Program Compound known as ABT-773.

19.     All communications among and between senior Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the actual or potential discontinuation or termination of development of the Program Compound known as ABT-518.

20.     All communications among and between senior Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the actual or potential discontinuation or termination of development of the Program Compound known as ABT-594.

21.     All communications among and between senior Abbott's Senior Management, at any time from January 1, 2000 to the present, regarding the actual or potential discontinuation or termination of development of the Program Compound known as ABT-773.

22.     The creation of, analysis reflected in, or actions taken by Abbott in connection with, the document attached hereto as Exhibit A as it pertains to the Program Compounds known as ABT-518, ABT-594 and ABT-773.

23.     The creation of, analysis reflected in, or actions taken by Abbott in connection with, the document attached hereto as Exhibit B as it pertains to the Program Compounds known as ABT-518, ABT-594 and ABT-773.

24.     The creation of, analysis reflected in, or actions taken by Abbott in connection with, the document attached hereto as Exhibit C as it pertains to the Program Compound known as ABT-594.

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY, and
MANULIFE INSURANCE COMPANY
(f/k/a INVESTORS PARTNER INSURANCE
COMPANY)

By its attorneys,

Brian A. Davis (BBO No. 546462)
Joseph H. Zwicker (BBO No. 560219)
Karen Collari Troake (BBO No. 566922)
Richard C. Abati (BBO No. 651037)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: (617) 248-5000
Fax: (617) 248-4000

Date:  March 30, 2007

4191661.1

-7-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic and overnight mail upon Peter E. Gelhaar, Esq., Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, and Gregory D. Phillips, Esq., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071, on this 30th day of March, 2007.

Richard C. Abati

-8-

# Exhibit A

## INITIAL PORTFOLIO PRIORITIZATION

O- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Anti-Infectives ABT-492 | C | • Address safety issues (including QTc) with internal/ expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | - |
| HSR-903 | ·T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | - |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• J. Leonard<br>• I. Loew | - |
| Urology BSF 429627 | P | • Set up task force to address issues and bring back plan to senior management<br>– Reasons for failure of the SKB ETa/b antagonist<br>– Design short (~4 week) PoP trial for symptom relief<br>– Rationale for sustained release formulation<br>– Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| Hypothyroidism T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| Asthma Hokunalin tape | P | • Conduct market research on acceptance by different patient segments<br>• Determine how to position against long acting beta agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the patch technology | • A. Higgins/ E. Fiorentino<br><br>• J. Tyree | • May |

O        O

HIGHLY CONFIDENTIAL
ABBT0155581

## INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Oncology ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br>• CMC group | • As planned |
| ABT-518 | Hold | • Wait for May results from Pfizer (will save ~$1 mill) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)- further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective - further in-depth review required, e.g.,<br>– Determine if there is a PoC to support claim<br>– Address GMP issues<br>– Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard<br><br><br><br>• J. Tyree | • By May<br><br><br><br>• By May |
| ABT-627 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>– Determine how to ensure NDA filing in 2004<br>– Get FDA input since survival not primary endpoint<br>– Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Leonard, P. Naam<br><br><br><br><br>• J. Tyree | • ASAP<br><br><br><br><br>• By May |

1     1

HIGHLY CONFIDENTIAL
ABBT0155582

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Cardiology/ thrombosis Darusentan (LU 135252) | Hold | • Continue currently budgeted funding for next 6 months<br>• Do not start any new trials (e.g., hypertension planned for May)<br>• If proceed, plan for pilot to look at effects in sperm and tetratogenicity<br>• Consider out-license or swap | • Project team<br><br>• J. Tyree | • Ongoing<br><br>• ASAP |
| LU 208075 | Hold | • Continue currently budgeted funding for next six months<br>• Look at Myogen deal<br>• Out-license or swap | • Project team<br>• J. Tyree | • ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open cath<br>• Match versus tPA in dose-ranging studies to determine efficacy | • E. Fiorentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Cilvarine | C | • Assessment by HPD (review previous evaluation and new trial data)<br>• Understand finished product manufacturing cost | • E. Ogunro<br><br>• B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing<br>• Verify II package is likely approvable<br>• Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

2      2

HIGHLY CONFIDENTIAL
ABBT0155583

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Neuroscience | | | | |
| ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/ July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list)<br>• Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • J. Tyree<br><br>• Project team | • TBD |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel<br>• Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc<br>• Understand Novartis contract and level of interest | • L Loew<br><br>• Project team<br><br>• J. Tyree | • By May |
| BSF 190555 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • L Loew | • As above |
| BSF 74396 | C | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team<br>• J. Tyree | • By May |
| Dilaudid Oros | Hold | • Return to ALZA or out-license to other interested partner | • J. Tyree | • TBD |
| Hydrocodone | C | • Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • Project team | • By May |
| Binoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue - probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

8    3

HIGHLY CONFIDENTIAL
ABBT0155584

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Gastro-enterology Ganeton | P | • Conduct U.S. commercial assessment with TAP | • E. Florentino | • By June |
| | | • Assess how to position in Europe versus generics and implications for comparative trial | | |
| | | • Develop model to assess spend at different termination points | • Bob Funck | • By May |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise) | • Project team | • ASAP |
| | | • Conduct market research on IBS versus constipation (including pricing) | • E. Florentino | |
| Immunology D2E7 | C | • Conduct intensive product review | • J. Leonard | • By May |
| | | – 2 day meeting with J. Leonard's group (already in process) | | |
| | | – ½ day session with senior management group | | |
| | | • Important actions include | • Various | • By May |
| | | – Approach FDA for fast track and compassionate use | | |
| | | – Develop strategy for DMARD claim in first submission | | |
| | | – Assess need for Enbrel assay to detect HAHAs | | |
| | | – Assess delivery device options | | |
| | | – Evaluate additional indications  (e.g., Psoriasis, Crohns, heart failure) and pediatric program | | |
| | | – Profile Celltech product | | |
| | | – Assess impact of additional IV program on reimbursement | | |
| | | • Develop list of potential marketing partners for guide | • J. Tyree | |

4        4

HIGHLY CONFIDENTIAL
ABBT0155585

## INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Immunology** *(continued)* Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US -- consider creating a small team in the US to analyse data, propose smaller PII study<br>• Research picking, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-8<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard<br><br><br><br><br><br>• J. Tyree | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • E. Fiorentino<br><br>• J. Tyree<br><br>• Ongoing | • ASAP |

5      5

HIGHLY CONFIDENTIAL
ABBT0155586

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| PIV programs Clarithromycin | C | • None identified | - | - |
| Omnicef | C | • Talk to partners | • J. Tyree | - |
| Kaletra | C | • None identified | - - | - |
| Norvir | C | • None identified | - | - |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Amott, E. Florentino | • ASAP |
| | | • Assess combination therapy with fibrates | | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | • Project team | |
| Upsima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "Invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Florentino | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | - |
| Depakote | C | • None identified | - | - |
| Gengraf | C | • None identified | - | - |

6          6

HIGHLY CONFIDENTIAL
ABBT0155587

# Exhibit B

## INITIAL PORTFOLIO PRIORITIZATION

O- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| Anti-infectives ABT-492 | O | • Address safety issues (including QTc) with internal/ expert review<br>• Determine how many indications at launch (pay back) | • J. Leonard | • |
| HSR-903 | T | • Consider trading with Daiichi<br>• Halt any new expenditure | • J. Tyree | |
| ABT-773 | C | • Assess side effects issues with expert review (QTc and liver tox.)<br>• Ensure all drug interactions are adequately covered<br>• Assess relative to Ketek | • J. Leonard<br>• J. Leonard<br>• I. Loew | • |
| Urology BSF 420627 | P | • Set up task force to address issues and bring back plan to senior management<br>  – Reasons for failure of the SKB ETa/b antagonist<br>  – Design short (~4 week) PoP trial for symptom relief<br>  – Rationale for sustained release formulation<br>  – Nature of the Schwarz Pharma relationship | • J. Leonard | • By May |
| Hypothyroidism T3/T4 | P | • Assess most appropriate ratio<br>• Gain FDA feedback on study design<br>• Determine ex-US market attractiveness (price) | • J. Leonard | • By May |
| Asthma Hokunalin tape | P | • Conduct market research on acceptance by different patient segments<br>• Determine how to position against long acting beta agonists and combination inhalers<br>• Evaluate opportunity to gain complete access to the patch technology | • A. Higgins/ E. Fiorentino<br><br>• J. Tyree | • May |

O        O

HIGHLY CONFIDENTIAL
ABBT0155602

## INITIAL PORTFOLIO PRIORITIZATION   (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| **Oncology** ABT-510 | C | • Pursue proof of concept<br>• Leverage TAP knowledge of angiogenesis product development (appropriate endpoints) | • Project team | • As planned |
| ABT-751 | C | • Pursue proof of concept<br>• Use echocardiogram to monitor potential cardiotoxicity<br>• Resolve potent drug manufacturing approach | • Project team<br><br>• CMO group | • As planned |
| ABT-518 | Hold/T | • Wait for May results from Pfizer (will save ~$1 mil) and re-evaluate<br>• Halt all further expenditure | • Senior management | • May |
| Rubitecan | P | • Significant clinical rework required (funded by partner)- further in-depth review required<br>• Make a proceed decision when 2Q data available | • J. Leonard | • By May |
| Theragyn | P | • Negative initial scientific perspective - further in-depth review required, e.g.,<br>–Determine if there is a PoC to support claim<br>–Address GMP issues<br>–Determine best control to demonstrate efficacy<br>• Re-look at partnership contract | • J. Leonard<br><br><br><br>• J. Tyree | • By May<br><br><br><br>• By May |
| ABT-827 | C | • Seek alternative funding (e.g., NCI) before starting major trial<br>• If move ahead<br>–Determine how to ensure NDA filing in 2004<br>–Get PDA input since survival not primary endpoint<br>–Harmonize US and EU study design and inputs<br>• Consider partnership (e.g., BI or established oncology player) | • J. Leonard, P. Nisen<br><br><br><br><br>• J. Tyree | • ASAP<br><br><br><br><br>• By May |

1          1

HIGHLY CONFIDENTIAL
ABBT0155609

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| Cardiology/ thrombosis Darusentan (LU 135252) | Hold/T | • Continue currently budgeted funding for next 6 months<br>• Do not start any new trials (e.g., hypertension planned for May)<br>• Consider out-license or swap | • Project team<br><br>• J. Tyree | • Ongoing<br><br>• ASAP |
| LU 208075 | Hold/T | • Continue currently budgeted funding for next six months<br>• Look at Myogen deal<br>• Out-license or swap | • Project team<br>• J. Tyree | • ongoing |
| Levosimendan | C | • Conduct detailed expert panel review for trial design | • J. Leonard | • May |
| PEG-hirudin | P | • Set up expert panel for commercial assessment (is diabetes an option?) | • E. Ogunro | • By May |
| Ancrod | T | • Identify out-licensing opportunities | • J. Tyree | • TBD |
| Urokinase | P | • Market research required on open cath<br>• Match versus tPA in dose-ranging studies to determine efficacy | • E. Florentino | • By May |
| Pro-urokinase | C | • Identify opportunities to speed up program | • Project team | • TBD |
| Olivarine | C | • Assessment by HPD (review previous evaluation and new trial data)<br>• Understand finished product manufacturing cost | • E. Ogunro<br><br>• B. Dempsey | • By May |
| Rythmol SR | C | • Continue filing<br>• Verify if package is likely approvable<br>• Assess commercial attractiveness in a generic market | • Project team | • Ongoing |

2        2

HIGHLY CONFIDENTIAL
ABBT0155604

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Neuroscience ABT 594 | P | • Await results from ongoing PII trial – probable T<br>• Project team to develop decision criteria for go/no go | • Senior management | • June/ July |
| ABT 963 | C | • Identify a co-development/co-promotion partner (TAP high on list)<br>• Evaluate benefits of the long half life in pain and cancer (including additional physician market research)<br>• Explore cancer prophylaxis and Alzheimer's indications | • J. Tyree<br><br>• Project team | • TBD |
| BSF 201640 | P | • Complete review of all schizophrenia NCEs with expert panel<br>• Complete staffing of internal project team, but halt further expenditure beyond looking at hepatic tox. and QTc<br>• Understand Novartis contract and level of interest | • I. Loew<br><br>• Project team<br><br>• J. Tyree | • By May |
| BSF 190655 | P | • Complete review as above<br>• Halt further expenditure pending outcome | • I. Loew | • As above |
| BSF 74398 | C (no cost) | • Allow DevCo to continue development<br>• Re-look at relationship with DevCo | • Project team<br>• J. Tyree | • By May |
| Dilaudid Oros | Hold/T | • Return to ALZA or out-license to other interested partner | • J. Tyree | • TBD |
| Hydrocodone | C | • Assess regulatory pathway<br>• Understand DEA impact on manufacturing | • Project team | • By May |
| Bimoclomol (ABT 822) | P | • Await data from ongoing trial in April before deciding whether to continue - probable T<br>• Halt further expenditure pending outcome | • Senior management | • April |

8          3

HIGHLY CONFIDENTIAL
ABBT0155605

## INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---------|----------|-----------|----------------|--------|
| Gastro-enterology Ganaton | P | • Conduct U.S. commercial assessment with TAP | • E. Florentino | • By June |
| | | • Assess how to position in Europe versus generics and implications for comparative trial | • Bob Funck | • By May |
| | | • Develop model to assess spend at different termination points | | |
| TU-199 | T | • Terminate outside Japan | • Project team | • Immediate |
| AU-224 | C | • Develop and pursue a small PoC trial in humans ASAP (consider niche indication first and leverage Marlene's expertise) | • Project team | • ASAP |
| | | • Conduct market research on IBS versus constipation (including pricing) | • E. Florentino | |
| Immunology D2E7 | C | • Conduct intensive product review | • J. Leonard | • By May |
| | | – 2 day meeting with J. Leonard's group (already in process) | | |
| | | – ½ day session with senior management group | | |
| | | • Important actions include | • Various | • By May |
| | | – Approach FDA for fast track and compassionate use | | |
| | | – Develop strategy for DMARD claim in first submission | | |
| | | – Assess need for Enbrel assay to detect HAHAs | | |
| | | – Assess delivery device options | | |
| | | – Evaluate additional indications (e.g., Psoriasis, Crohns, heart failure) and pediatric program | | |
| | | – Profile Celltech product | | |
| | | – Assess impact of additional IV program on reimbursement | | |
| | | • Develop list of potential marketing partners for gulds | • J. Tyree | |

4    4

HIGHLY CONFIDENTIAL
ABBT0155606

## INITIAL PORTFOLIO PRIORITIZATION  (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| Immunology (continued) Segard | Hold | • Continue filing in EU and Canada<br>• Put on hold in US -- consider creating a small team in the US to analyze data, propose smaller PII study<br>• Research pricing, marketing and Phase IV plans in Europe<br>• Look at TNF-alpha levels retrospectively to see stratification with IL-6<br>• Assess manufacturing strategy<br>• Identify potential out-licensing opportunities (Genentech) | • Project team<br>• J. Leonard<br><br><br><br><br>• J. Tyree | • Ongoing |
| J695 | P | • Decide on most attractive indications from Abbott and partner perspective<br>• Discuss with partner ways to share the various indications and potential for TNF-alpha combinations<br>• Add commercial person to the project team by this week | • E. Florentino<br>• J. Tyree<br><br>• Ongoing | • ASAP |

6     5

HIGHLY CONFIDENTIAL
ABBT0155607

## INITIAL PORTFOLIO PRIORITIZATION (CONTINUED)

C- continue
P- pending
T- terminate

| Project | Priority | Next steps | Responsibility | Timing |
|---|---|---|---|---|
| PIV programs | | | | |
| Clarithromycin | C | • None identified | • | • |
| Omnicef | C | • None identified | • | • |
| Kaletra | C | • None identified | • | • |
| Norvir | C | • None identified | • | • |
| Meridia | Hold | • Conduct commercial assessment for CNS and depression (P&L) | • B. Dempsey, J. Arnott, E. Fiorentino | • ASAP |
| | | • Assess combination therapy with fibrates | | |
| | | • Assess outcomes trial design to meet preferred commercial profile; determine payback | • Project team | |
| Uprima | C | • Ensure no redundant trials with TAP in Europe | • Project team | • Ongoing |
| Trandolapril patch | T | • Halt all activities | • Project team | • Immediate |
| Trandolapril "Invest" clinical program | P | • Review trial in more detail (reduce complexity and risk) | • E. Fiorentino | • By May |
| Other trandolapril trials | C | • Continue "Create", "Peace" and "Benedict" trial programs | • Project team | • Ongoing |
| Fenofibrate | C | • Develop co-formulation ideas with Meridia and statins (including assessment of sales and costs) | • Project team | • |
| Depakote | C | • None identified | • | • |
| Gengraf | C | • None identified | • | • |

6          6

HIGHLY CONFIDENTIAL
ABBT0155608

# Exhibit C

# ANALGESIA VENTURE

## 2001 PLAN

### Revised 1/26/01

To:

John Leonard,
Chris Silber
George Carter
Bruce McCarthy
Mike Blasnesen
Steve Cohen
Mike Higgins
Mike Comilla
Matt Russell
Tom Woidat
Barbara Massa
Marleen Ver Linden

Highly Confidential

ABBT0503356

Analgesia Venture
2001 PLAN Review (Pass II)
Table of Contents

| 1 | Summary of Projects |
| 2 | ABT-594 Key Statistics |
| 3 | ABT-594 Grants |
| 4-5 | ABT-594 Project Expense |
| 6 | ABT-089 Key Statistics |
| 7 | ABT-089 Grants |
| 8 | ABT-089 Project Expense |
| 9 | NPS 1776 Key Statistics |
| 10 | NPS 1776 Grants |
| 11 | NPS 1776 Project Expense |
| 12 | ABS-103 Key Statistics |
| 13 | ABS-103 Grants |
| 14 | ABS-103 Project Expense |
| 15 | ABT-963 Key Statistics |
| 16 | ABT-963 Grants |
| 17 | ABT-963 Project Expense |
| 18 | Venture Functional Expense |
| 19 | Blue Plan Summary |

Highly Confidential

ABBT0503357

NOV. 20. 2003  8:24AM                    NO. 1275    P. 22

**Analgesia Venture**
Summary
2001 PLAN Pass II

| | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav/(Unfav) Var |
|---|---|---|---|---|
| ABT - 594 | 8,900 | 14,411 | 9,307 | (407) a |
| ABT - 089 | -- | 3,000 | 613 | (613) b |
| NPS 1776 | -- | -- | 537 | (537) c |
| ABS - 103 | -- | -- | -- | -- b |
| ABT - 963 | -- | 4,000 | 1,186 | (1,186) b |
| Venture Total | 8,900 | 21,411 | 11,643 | (2,743) |

a  Includes a $120,000 charge from SPD not in Oracle
b  Completion of work started in 2000, bringing it to a logical holding position.
c  Includes a $490,000 charge from SPD included in Oracle in error.

ABBT0503358

Amlodipine Venture
ABT-594
2001 PLAN KEY STATISTICS Pass II
($'000)

| Project | 2001 Target | 2000 AGU | 2001 PLAN | Target vs PLAN Fav/(Unfav) Yr |
|---|---|---|---|---|
| Neuronal nicotinic receptor antagonist (Milestones Funded to Go/No Go June, 2001) | 8,500 | 14,411 | 9,347 | (407) |

**Key Milestones / Assumptions**

| | 00 AGU | 01 PLAN | Status (on target, pending or delayed in x) |
|---|---|---|---|
| · IND Filing | 2998 | 2998 | Completed |
| · Initiate Phase II - U.S. | 7898 | 7898 | Completed |
| · Go/No Go Clinical Efficacy (Phase IIa) | 9999 | 9999 | Completed |
| · Go/No Go Clinical Efficacy (Phase IIb) | 2001 | 6901 | Delayed |
| · Initiate Phase III - U.S. | 9901 | 4702 | Delayed — Last patient enrolled 1/2001, n=269 |
| · File NDA U.S./ EMEA EU | 5905 | 5903 | Delayed |

**PARD**

| | 00 AGU | 01 PLAN | |
|---|---|---|---|
| · Analytical Dev & Support | 876 | 647 | Analysis F, Support Milestones Chem & Process Justification |
| · Formulation Dev & Support | 745 | 226 | Formulation scale-up and process optimization |
| · Clinical Finishing | 607 | 145 | Completion of NPP-416, Phase 3 Ph1 study supplies |
| · Project Management Support | 178 | 63 | Coordination of activities and support of pulse gp meeting prep |
| · PARD Total | 2,409 | 1,075 | |

**Total Venture Management**
· Expense: $3,564 a decrease of $3657 resulting from milestone funding of $3,268 represents full year fund/overhead.
· Authorized Heads: Flat to AGU until July, 2001, ABT-594/Go/No Go Decision, no headcount after July, 2001

| | 1st Patient Dosed | Last CRF | | Dates 2000 AGU Start | End | | Dates 2001 PLAN Start | End |
|---|---|---|---|---|---|---|---|---|
| 2000 AGU | | | | Apr-01 | Dec-01 | | | |
| 2001 PLAN | | | | Feb-01 | Nov-01 | | | |
| | | | | Mar-01 | Sep-01 | | | |

**SPD Requirements**

| | Reg | Mode | Total | | Cost 00 AGU | 01 PLAN | Variance |
|---|---|---|---|---|---|---|---|
| | 5 | 1 | 165 | | | 165 | 165 |
| | 5 | | 300 | | | 300 | 300 |
| | | | 500 | | | 500 | 500 |

**Clinical Grants**

| | | | 1st Patient Dosed | Last CRF | Start | End | Hard Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|
| Class I | | | | | | | | |
| MR4-971 | Human Metabolism 3H | | Apr-01 | Nov-01 | Apr-00 | Nov-00 | | |
| TBD | fMRI | | Aug-01 | Nov-01 | | | | |
| TBD | Tizuelan Optimization | | Apr-01 | (id-01) | | | 3,100 | 3,000 | 100 A |
| Class IIb | | | | | | | | |
| M99-114 | Neuropathic Pain | | Apr-00 | Mar-02 | Apr-00 | Apr-00 | May-01 | |
| Total | | | | | | | 4,065 | 4,065 | 1,065 |

A increased cost result of additional CRO monitoring costs.

Highly Confidential                                          ABBT0503359

**Analgesic Venture**
**CLINICAL GRANTS**
**ART-ON**
**2001 PLAN Phase II**

Highly Confidential

ABBT0503360

# PHARMACEUTICAL PRODUCTS RESEARCH AND DEVELOPMENT
## 2000 AUGUST UPDATE / 2001 PLAN
### G0- 143010  CCM ABT594 (BASE & ORAL PAIN)
($000)

| 26-Jan-01<br>4:04 PM | 2000<br>APU | 2000<br>AGU | FAV/(UNFAV)<br>AUG. UPD VS.<br>APR. UPD. | 2001<br>PLAN | FAV/(UNFAV)<br>PLAN VS.<br>AUG. UPD. |
|---|---|---|---|---|---|
| **PPD INVESTIGATIONAL DR** | | | | | |
| PPD Investigational Drug QA | 23 | 55 | (32) | 86 | (32) |
| | 23 | 55 | (32) | 86 | (32) |
| **Venture Management** | | | | | |
| Analgesia/CCM Venture | 4,739 | 4,493 | 246 | 3,988 | 505 |
| | 4,739 | 4,493 | 246 | 3,988 | 505 |
| **Discovery** | | | | | |
| Advanced Technology | 25 | 50 | (25) | 26 | 24 |
| Neurological & Urological Res | --- | --- | --- | 51 | (51) |
| | 25 | 50 | (25) | 77 | (28) |
| **Drug Safety** | | | | | |
| Experimental Science | 23 | 70 | (46) | 187 | (118) |
| Clinical Drug Analysis | 290 | 290 | --- | 409 | (120) |
| Toxicology | 1,366 | 896 | 471 | 233 | 663 |
| Pathology | 604 | 572 | 32 | 493 | 79 |
| Comparative Medicine | 591 | 591 | --- | 34 | 557 |
| Strategic & Exploratory Science | 4 | --- | 4 | 7 | (7) |
| | 2,877 | 2,417 | 460 | 1,362 | 1,055 |
| **Pharm Analytical R&D** | | | | | |
| ANALYTICS DEV & SUPPORT | 791 | 879 | (88) | 641 | 238 |
| FORMULATION DEV & SUPPORT | 764 | 745 | 19 | 226 | 519 |
| CLINICAL FINISHING | 403 | 607 | (204) | 145 | 462 |
| PROJECT MGMT SUPPORT | 197 | 178 | 20 | 63 | 115 |
| | 2,155 | 2,409 | (254) | 1,075 | 1,334 |
| **PHASE-I CENTER** | | | | | |
| Phase-I Admin/Pharmacokinetics | 185 | 185 | --- | 259 | (74) |
| ACPRU | 23 | 25 | (2) | 367 | (343) |
| | 208 | 210 | (2) | 627 | (417) |
| **Development Operations** | | | | | |
| Data Management | 475 | 475 | --- | 259 | 216 |
| Statistics | 160 | 171 | (11) | 129 | 42 |
| ABBOTT RES & LIBRARY INF-ARL | 89 | 89 | --- | 140 | (51) |
| | 724 | 735 | (11) | 528 | 207 |
| **Regulatory Affairs** | | | | | |
| Regulatory Affairs | 20 | 20 | --- | 151 | (131) |
| Research QA | 131 | 80 | 50 | 82 | (1) |
| | 151 | 100 | 50 | 232 | (132) |
| **Medical Affairs** | | | | | |
| Genetics/Admin | --- | --- | --- | 2 | (2) |
| Medical Services | 53 | 53 | --- | 10 | 43 |
| Outcomes Res./Admin. | 42 | 42 | --- | 37 | 5 |
| | 95 | 95 | --- | 49 | 46 |
| **Administration** | | | | | |
| R&D Operations/Project Services | 75 | 43 | 32 | 45 | (2) |
| | 75 | 43 | 32 | 45 | (2) |
| **AI MANPOWER** | | | | | |
| International Manpower | 50 | 20 | 30 | 53 | (33) |

Friday, January 26, 2001 4:04:48 PM

PROJECT GLOBAL PPD REPORT BY PROJ SUBDIV

Highly Confidential

ABBT0503361

## 2000 AUGUST UPDATE / 2001 PLAN
## G0- 143018  CCM ABTS94 (BASE & ORAL PAIN)
### ($000)

| 26-Jan-01<br>4:04 PM | 2000<br>APU | 2000<br>AGU | FAV/(UNFAV)<br>AUG. UPD VS.<br>APR. UPD. | 2001<br>PLAN | FAV/(UNFAV)<br>PLAN VS.<br>AUG. UPD. |
|---|---|---|---|---|---|
| | 50 | 20 | 30 | 53 | (33) |
| **PPD R&D SERVICES PURCH** | | | | | |
| SPD Services Purchased | 235 | 235 | — | — | 235 |
| | 235 | 235 | | | 235 |
| **CLINICAL GRANTS** | | | | | |
| CLINICAL GRANTS | 3,000 | 2,800 | 200 | 1,065 | 1,735 |
| | 3,000 | 2,800 | 200 | 1,065 | 1,735 |
| | 14,357 | 13,661 | 696 | 9,187 | 4,474 |

*handwritten: SPD          120
9,307*

Highly Confidential                                        ABBT0503362

Hendricks Deposition Exhibit 2


P's Exhibit RV

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY), <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 05-11150-DPW |

## REVISED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Insurance Company) (collectively, "John Hancock") will take the deposition of defendant Abbott Laboratories on Friday, April 27, 2007, commencing at 9:30 a.m. at the offices of Levenfeld Pearlstein, LLC, 2 North LaSalle Street, Suite 1300, Chicago, Illinois, or such other location as may be mutually agreed to by the parties. Abbott shall designate, prepare and produce one or more knowledgeable officers, directors, or other representatives to testify on its behalf as to the topics set forth below.

Hancock DEP. EX. NO. 2
FOR ID., AS OF 4/27/07

PLEASE TAKE FURTHER NOTICE that the deposition noticed above will be recorded stenographically, and through real-time court reporting, such as by LiveNote. The deposition also may be recorded by audio or video technology, such as videotape. The deposition will be taken before a notary public or other person authorized to administer oaths and will continue from day-to-day until completed, Saturdays, Sundays and holiday excepted.

### Definitions

For purposes of this Notice, John Hancock adopts the "Uniform Definitions in Discovery Requests" contained in Local Rule 26.5. The following additional terms shall have the meanings set forth below:

1.    "You," "your" and "Abbott" shall mean defendant Abbott Laboratories, its various corporate parents, subsidiaries, affiliates, subdivisions and departments, and any and all representatives, successors, assigns, officers, directors, employees, agents, attorneys or other persons or entities who have acted or purported to act for or on behalf of any of them.

2.    "John Hancock" shall mean collectively defendants John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Life Insurance Company), their various subsidiaries, affiliates, divisions and departments, and any and all representatives, successors, assigns, officers, directors, employees, agents, auditors, attorneys or other persons or entities who have acted or purported to act for or on behalf of any of them, including, without limitation, representatives of the StoneTurn Group.

3.    The "Research Funding Agreement" shall mean the Research Funding Agreement by and between Abbott and John Hancock, dated as of March 13, 2001.

-2-

4.    The "Program Compounds" shall have the meaning set forth in the Research Funding Agreement.

5.    "Regarding" shall have the same meaning as "concerning."

6.    "Any" also shall mean "all," and "all" also shall mean "any."

### Topics Of Examination

1.    Abbott's usual policies, practices, procedures and methodologies, as of 2000 and 2001, for projecting future sales and revenues for the Program Compounds or other pharmaceutical compounds under development by Abbott, including, but not limited to:

    a.    how Abbott considered or analyzed market opportunities for such compounds;

    b.    how Abbott considered or analyzed actual or potential competing products for such compounds;

    c.    any market data or other information considered by Abbott in projecting sales and revenues for such compounds;

    d.    how Abbott considered or analyzed the likelihood of regulatory success for such compounds;

    e.    how Abbott considered or analyzed commercialization costs, such as manufacturing and marketing costs, for such compounds;

    f.    how Abbott considered or analyzed potential profits for such compounds;

    g.    the identity and responsibilities of the persons who had primary responsibility within Abbott for projecting future sales and revenues for such compounds; and

    h.    any other factor that Abbott considered or analyzed in projecting future sales and revenues for such compounds.

2.    The specific policies, practices, procedures and methodologies utilized by Abbott to project future sales and revenues for the Program Compound known as ABT-518 in 2000 and 2001, including, but not limited to, the policies, practices, procedures and methodologies utilized by Abbott to prepare the sales projections set forth in the documents attached hereto as <u>Exhibit A</u>.

3.    The specific policies, practices, procedures and methodologies utilized by Abbott to project future sales and revenues for the Program Compound known as ABT-594 in 2000 and 2001, including, but not limited to, the policies, practices, procedures and methodologies utilized by Abbott to prepare the sales projections set forth in the documents attached hereto as <u>Exhibit B</u>.

4.    The specific policies, practices, procedures and methodologies utilized by Abbott to project future sales and revenues for the Program Compound known as ABT-773 in 2000 and 2001, including, but not limited to, the policies, practices, procedures and methodologies utilized by Abbott to prepare the sales projections set forth in the documents attached hereto as <u>Exhibit C</u>.

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY, and
MANULIFE INSURANCE COMPANY
(f/k/a INVESTORS PARTNER INSURANCE
COMPANY)

By its attorneys,

Brian A. Davis (BBO No. 546462)
Joseph H. Zwicker (BBO No. 560219)
Karen Collari Troake (BBO No. 566922)
Richard C. Abati (BBO No. 651037)
Stacy Blasberg (BBO No. 657420)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Tele: (617) 248-5000
Fax: (617) 248-4000

Date:   March 26, 2007

-5-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic and overnight mail upon Peter E. Gelhaar, Esq., Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, and Gregory D. Phillips, Esq., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071, on this 26th day of March, 2007.

Richard C. Abati

4189310v1

# EXHIBIT A



HIGHLY
CONFIDENTIAL

ABBT 0003362



HIGHLY
CONFIDENTIAL

ABBT 0003363



HIGHLY
CONFIDENTIAL

ABBT 0003364

# EXHIBIT B



HIGHLY
CONFIDENTIAL

ABBT 0003365



ABT - 594

Total – Upside

HIGHLY CONFIDENTIAL

ABBT 0003366



HIGHLY
CONFIDENTIAL

ABBT 0003367



HIGHLY CONFIDENTIAL

ABBT 0003368



HIGHLY
CONFIDENTIAL

ABBT 0003369



HIGHLY
CONFIDENTIAL

ABBT 0003370



HIGHLY
CONFIDENTIAL

ABBT 0003416



HIGHLY
CONFIDENTIAL

ABBT 0003417



HIGHLY
CONFIDENTIAL

ABBT 0003418

# EXHIBIT C



HIGHLY
CONFIDENTIAL

ABBT 0003443

HIGHLY
CONFIDENTIAL

ABT 0003444



HIGHLY
CONFIDENTIAL

ABBT 0003445

Hendricks Deposition Exhibit 3


P's Exhibit I



DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL — FOR INTERNAL USE ONLY

HIGHLY CONFIDENTIAL
ABBT 0000343

## February 2001                    ABT-518

**Monthly Highlights – Key Project Progress**

- Study initiation visits were conducted on 2/14 and 2/15.

**Key Program...**

|  | Target Date |
|---|---|
| • First patient enrolled | 3/12 |
| • Preliminary results from 6-week rat hepatotoxicity study | 3/31 |
| • Pre-IND meeting with FDA | 6/1 |
| • Preliminary results from 3-month rat chronic toxicity study | 6/30 |

**Key Questions/Key Decisions...**

| Question/Decision |  |  |  | Clinical | Resolution Date Planned / Actual |
|---|---|---|---|---|---|
| Identification of FDA requirements for cytostatic agents in oncology drug development. | ☐ Cost ☐ Time ☐ Profile ☑ Regulatory | Phase I IND study to Transition program to solicit FDA input. | Clinical |  | 6/1/01 |
| Key tox finding was hepatotoxicity in one-month rat study. In-vitro and in-vivo data indicate a potential for mechanism based drug interactions. | ☐ Cost ☐ Time ☑ Profile ☑ Regulatory | The Phase I first-in-man protocol has been designed to address these issues. A 6-week tox and metabolism studies have been completed. Results are under review. A 3-month rat toxicity study is ongoing. | Toxicology/ Metabolism |  | 7/1/01 |

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

February 2001

ABT-518

| | | Competitive Environment | | Revolution: Planned / Actual / Date: |
|---|---|---|---|---|

As several competitors are in Phase II/III, ABT-518 product profile will need to demonstrate advantage over the other compounds (i.e., safety/efficacy)

☐ Cost ☐ Time ☑ Profile ☐ Regulatory

☐ Cost ☐ Time ☐ Profile ☐ Regulatory

Ongoing analysis and comparison of competition throughout transition. ABT-518 has the potential to be the best in class compound. Pfizer (Agouron) announced 8/4/00 that they were stopping Phase III trials of prinomastat in advanced prostate and NSCLC because "primary efficacy objectives were not met". They are continuing trials in less advanced tumors, e.g. glioma and NSCLC, and will start trials in two additional tumor types. Efficacy was shown with marimastat in less advanced gastric cancer, but British Biotech announced on 9/27/00 that marimastat in combination with carboplatin was no better than carboplatin alone in advanced ovarian cancer. Marimastat development was discontinued on 2/5/01. Both the Pfizer compound and British Biotech's compound are hindered by dose-limiting joint toxicity.

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

HIGHLY CONFIDENTIAL
ABBT 0000346

# February 2001

# ABT-518

## Key Activities

### Commercial

Plan Date: 3/2000

| Activity | LBE | | Actual | |
|---|---|---|---|---|
| Market research to assess commercial potential of cancer types, both US and Ex-US | 4/2001 | | | |
| Assessment of patient compliance (for revision of forecast) | 3/2001 | | | |
| Assessment of off-label vs. epiform use (for revision of forecast) | 3/2001 | | | |
| Assessment of cancer market growth (for revision of forecast) | 4/2001 | | | |
| Assist with advisory planning | 4/2001 | | | |
| Development of brand and generic names | Late 2001 | | | |

### Drug Substance

Plan Date: 3/2000

| Activity | KG | | Plan | Actual | Actual Projected Costing |
|---|---|---|---|---|---|
| Chem Scan (GLP) | 3.0/1.7 | | 6/2000 | 6/16/00 | $133,300 |
| Chem Scan (GMP) | 2.0/3.8 | | 6/2000 | 6/29/00 | $133,300 |
| Chem Scan | 15.0 | | 6/2001 | | |
| SPD | | | | | |
| SPD | | | | | |
| SPD | | | | | |
| Demo Lot | | | | | |
| NDA Lot #1 | | | | | |
| NDA Lot #2 | | | | | |
| NDA Lot #3 | | | | | |
| Validation Lot | | | | | |

### Formulation

Plan Date: 3/2000

| Activity | Plan | Actual |
|---|---|---|
| Phase I Formulation | 10/2000 | |
| Phase II Formulation | | |
| Formulation for Bio Study | | |
| Phase III Clinical Supplies Manufactured | | |
| NDA Lots (3) Completed | | |
| Completion of 1 Year Stability for NDA | | |
| Formulation Peer Review | | |

### Toxicology

Plan Date: 3/2000

| Toxicology Activity | Planned Start | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 5/2000 | | |
| Acute Studies | 5/2000 | | |
| 2-Week Monkey (non-GLP) | 12/1999 | 12/14/99 | |
| 1-Month Rat (non-GLP screening) | 12/1999 | 12/14/99 | |
| 1 Month Rat (GLP) | 6/2000 | 8/27/00 | |
| 1 Month Monkey (GLP) | 6/2000 | 8/27/00 | |
| 3 Month Rat | 1/2001 | 1/2001 | |
| 3 Month Mouse MTD | | | |
| 3 Month Monkey | | | |
| SEG I and SEG II | | | |
| SEG II Rat (post natal development) | | | |
| 6 Month Rat | | | |
| 1 Year Monkey | | | |
| Carcinogenicity (2 yr) Rat | | | |
| Carcinogenicity (2 yr) Mouse | | | |

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

HIGHLY CONFIDENTIAL
ABBT 0000346

## February 2001

## ABT-518

### All Clinical Studies:

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Current |
|---|---|---|---|---|---|---|
| M00-235 | I | MD Study in cancer patients | 2/28 | | 40 | 20 |
| TBD | I | MD Study | | | | |

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Current |
|---|---|---|---|---|---|---|

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

HIGHLY CONFIDENTIAL
ABBT 0000347

# ABT-518

## Ongoing Clinical Studies (List first time in man, Phase II Dose-Ranging and Pivotal Trials)

XXX-XXX – TITLE

**Protocol:** M00-235 – Phase I MD in cancer patients

**Objective:** Determine MTD and safety profile in cancer patients

**ABT-518 Doses:** 25, 50, 100, 200, 400, 800, 1200, 1600, 2000 mg/day

**Comparator Doses:** N/A

**Target Enrollment:** 40

**Status:** Study initiated, clinical supplies delivered

**Major Findings:**

*(Author: Double click on chart to edit)*



Enrollment



D477XZ:MrPSRsvABT-518.doc

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

HIGHLY CONFIDENTIAL
ABBT 0000348

Hendricks Deposition Exhibit 4


P's Exhibit EI

Feb-01

## ABT-594   Neuronal Nicotine Receptor Agonist

| Franchise | Dev Status | Brand Name: / Generic Name: | Patent Expiry | |
|---|---|---|---|---|
| Neuroscience | Phase II   In progress | ebanicline tosylate | 2016 | Treatment of pain associated with diabetic polyneuropathy |

**Description:** ABT-594 is a neuronal nicotinic receptor with potential efficacy in nociceptive and neuropathic pain

### Unmet Need/Key Market Drivers

US: Significant unmet need in NP as many patients do not respond to currently available agents, many of which have uncceptable SEs. No branded marketed products currently indicated for NP although treatment patterns are diverse. Pregabalin is in development for NP use and may launch with indication before SM. Chronic pain (likely some system aging population and also has high unmet need for more good options with high efficacy.

Large unmet need. Agents with greater efficacy than currently available agents with adequate tolerability for chronic usage needed. Only one agent currently indicated for neuropathic pain (trigeminal neuralgia – Tegretol)

### Key Competition/Position to Market

Neuropathic pain: Neurontin is taking strong lead in this market as increased MD treatment of effect coupled with ease of use becomes widespread, although it lacks an indication. Patent data are in development for NP use and may launch with indication before SM. Chronic pain (likely some system prescribing, but addresses potential of opiates are needed for chronic pain.

Neuropathic pain: Gabapentin (Neurontin) on market with limited commercial success as US (post 1999 sales) MD use and usage in all indications). Cabamazepine is gold standard treatment, but is not indicated for neuropathic pain, and has unacceptable side effects. Pregabalin currently in Phase II. ABT-594 expected to be best in market NNR for neuropathic pain. Chronic pain (likely some system prescribing in this market for SM). Opiates reserved for only the most severe pain (e.g. cancer, post-op), thus large unmet need exists for non-scheduled, non-addictive agents for treatment of chronic pain

### U.S. Market

| Unit | Value | CAGR |
|---|---|---|
| TRX | 10.5MM | 6% |
| Sales | 350MM | 22% |

### Ex-US Market

| Unit | Value | CAGR |
|---|---|---|
| TRX | 23MM | 3% |
| Sales | 140MM | 8% |

### Development

| Cost to NDA | DOC Est. | Thru 2000 | YTD | 2001 Proj. | Budget | Var | 2002 | 2003 | 2004 | 2005 | 2006 | Post LRP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clinical | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| CMC | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Drug Safety | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| TOTAL | $0.0 | $14.0 | $0.0 | $0.0 | $16.0 | | | $99.6 | $66.7 | $21.9 | $115 | | |

### Development Timeline

| | DOC | LBE | Actual |
|---|---|---|---|
| Start of Tox | | | 1Q 1997 |
| Phase I | | | 3Q 1997 |
| Phase II | | Q1 2002 | 3Q 1998 |
| Phase III | | 3Q3, 3Q3,5Q4 4Q4,5Q4,6Q5 | |
| US, EU, Japan Approx | | | |

### Product Profile (Efficacy, Safety, Convenience)

Safety/AE: Sig. N&V or dizziness ≥20% or lower pts during titration; tolerable ongoing side-effects at effective dose

Conven.: BID, titration up to 7 days

Efficacy: Greater than Neurontin

### Commercial Profile

| | U.S. | Ex-U.S. |
|---|---|---|
| Launch Date | Sept 04 | Jun-05 |
| Price per Day at Launch (AWP) | $3.57 | $2.50 |
| Sales force @ peak sales ($MM) | $26 | $23 |
| Promo @ peak sales ($MM) | $26 | $11 |
| COGS @launch, @ peak | $10-$20/mg (Base Equivalent) | Same as US |
| Market/Extent/Other | Pregabalin (or other drug) launches with indication in NP – better efficacy than gabapentin, but worse side-effects | Same as US |

### Base Case Assumptions

Comparable to Neurontin/COGS

### Commercial

**Base Case Forecast ($MM)**



■ US   ■ Ex-US

### Financial Summary

| | U.S. ($MM) | Int'l ($MM) |
|---|---|---|
| Peak Sales ($MM) | $309 | $380 |
| Peak Standard Margin ($MM) | $313 | $316 |
| Peak Standard Margin (%) | 92.5% | 83.2% |
| Pre-Tax NPV @ 12.5% (global) | | $1,191 |
| Post-Tax NPV @ 12.5% (global) | | $718 |

### Probability / Share Impact

| | Prob | Share Impact |
|---|---|---|
| | Medium | High |
| | Medium | Medium |
| | Medium | High |

Compares to premium pain meds (COGTs)

### Next Go/No Go

End of Phase II (June 01)

### Business Rationale

ABT-594 could help to establish a strong innovative metal sector pain franchise for Abbott. Leadership position in neuronal nicotinic could be garnered with first drug to market. Neuropathic pain market is niche pain market with limited competition, unmet need, and innovative promotion over past decade, high use of generics, underserved similar potential

HIGHLY CONFIDENTIAL
ABBT 0000412

# February 2001 — ABT-594

## Monthly Highlights – Key Project Progress

- ABT-594 Project Review completed with Jeff Leiden and Senior Management of February 2.
- DSG analysis (Decision Support Group) was initiated for ABT-594 per feedback at February 2 Management Review meeting.

## Next Quarter's Key Progress Markers

| Key Progress Marker | Target Date |
|---|---|
| All Case Report Forms in-house at Abbott for M99-114 Painful Diabetic Neuropathy Phase II b study | 03/23 |
| Break blind on M99-114 Painful Diabetic Neuropathy Phase II b study | 04/30 |
| | |
| | |

## Key Project Issues and Risks

| Risk or Issue | Potential or Known Impact Check all that apply and Describe Impact | Strategy / Progress | Area / Responsibility | Resolution Date Planned / Actual |
|---|---|---|---|---|
| Team has recommended implementation of the Mitsunobu chemistry change in step 4 of the synthetic process to eliminate the risk of mesylate impurity, which is potentially mutagenic. | ☐ Cost ☐ Time ☐ Profile ☑ Regulatory | PARD Analytical is completing analysis of lab-scale batch and intermediates to assure there are no new impurities to be found. Plans are to manufacture a single production-scale lot in early-2001 with available raw materials, and to wait on the second and third NDA lots until after the Go / No Go decision | PARD Analytical | In-Process |
| | | | SPD | 04-30-01 |
| 6-month rat study finding may suggest future possible occurrence of hepatocellular neoplasms in long-term toxicology studies. | ☐ Cost ☐ Time ☐ Profile ☑ Regulatory | No adenomas have been found in the study. The in-life phase of the 2-year carcinogenicity study is complete and preliminary data on tumor findings should be available 1Q2001. | Toxicology | 1Q2001 |

2 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000413

February 2001

ABT-594

## Key Project Issues and Risks

| Risk or Issue | Potential or Known Impact<br>Check all that apply and Describe Impact<br>☐ Cost ☐ Time ☐ Profile ☑ Regulatory | Strategy / Progress | Area / Responsibility | Resolution Date<br>Planned / Actual |
|---|---|---|---|---|
| During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity (designated as F') was detected in the lot of bulk drug used in M99-114 clinical capsules. Given the low exposure of M99-114 patients to F' and a lack of change in acute toxicity when this impurity was present in the drug substance, Toxicology does not view the presence of this impurity as a significant risk to these patients. However, further toxicology and pk testing of this impurity is necessary. Planned studies include Ames assay, in vitro micronucleus assay and bioavailability study | | This issue has been reviewed with PARD, SPD, Toxicology, Regulatory and Venture Management. To date, the F' impurity has been detected at a level of 0.2% in the drug substance. Tentative identification including molecular structure has been made.<br><br>• SPD is working to synthesize approx. 2 grams of the purified F' material mid-December for further testing. Due to significant chemistry challenges, the delivery has been delayed.<br><br>• PARD Analytical will be testing the F' material to confirm identity and match to impurity found in drug substance lot.<br><br>• When testing is successfully completed, F' material will be tested for genotoxicity by Toxicology and for bioavailability by Exploratory Kinetics | SPD<br><br><br>PARD Analytical<br><br>Toxicology / Exploratory Kinetics | 04-06-01<br><br><br>TBD<br><br>TBD |

3 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000414

# February 2001 | ABT-594

## Key Activities

### Commercial

| Activity | LBE | Actual |
|---|---|---|
| Quantitative conjoint analysis regarding commercial viability of various efficacy/AE profiles and associated market share tradeoffs | 6/01 | |
| Qualitative market research regarding attractiveness of transdermal patch for severe pain or neuropathic pain patients | 6/01 | |
| NNR communication strategy | 12/01 | |
| ABT-594 publication plan | 12/01 | |
| Brand name registration submission (generic name approved 11/00 – abexatine tosylate) | 12/01 | |

### Formulation

Plan Date: 10/2000

| Activity | Plan | Actual |
|---|---|---|
| Phase I Formulation (PIB)* | 7/1997 | 7/1997 |
| Clinical Supplies (PIB) for Molar Extraction | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 |
| Phase IIb / Formulation (HCG) for Bio Study | 3/1999 | 3/1999 |
| Phase III Clinical Supplies Manufactured | 9/2001 | TBD |
| NDA Lots (3) Completed | 5/2002 | TBD |
| Completion of 1 Year Stability for NDA | 7/2003 | TBD |
| Formulation Peer Review | TBD | TBD |

### Drug Substance

Plan Date: 6/1999

| Activity | KG | Plan | Actual | Actual / Projected Cost/kg |
|---|---|---|---|---|
| D-4SL | 0.3 KG | 3/1997 | 3/1997 | $ 200,000 |
| CAPD | 5.6 KG | 3/1997 | 3/1997 | $ 175,000 |
| SECCR | 14.9 KG | 2/1998 | 2/1998 | $ 40,000 |
| SECCR/CAPD | 2.5 KG | 8/1998 | 8/1998 | $ 40,000 |
| Chemsyn Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $ 29,700 |
| Chemsyn Mfg Lot | 10.0 KG | 10/1999 | Not manufactured | $ 29,700 |
| Chemsyn NDA Lot #1 (Mesylate) | 4.85 KG | 10/1999 | 2/2001 ** | $ 29,700 |
| Chemsyn NDA Lot #2 (Mesylate) | 4.60 KG | 10/1999 | 2/2001 ** | $ 29,700 |
| Chemsyn NDA Lot #3 (Mesylate) | 5.45 KG | 10/1999 | 2/2001 ** | $ 29,700 |
| Chemsyn Mitsunobu Lot#1 | 5.0 KG | 04/2001 | | |
| Chemsyn Mitsunobu Lot#2 | 5.0 KG | | | |
| Chemsyn Mitsunobu Lot#3 | 5.0 KG | | | |

* Target cost of drug substance at launch is $20,000/kg (Tosylate Salt)
** Bulk manufactured 1/2000, but delivery delayed due to Mesylate testing & QA release

### Toxicology

Plan Date: 1999

| Toxicology Activity | Planned Start | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 2/1997 | 8/1996 | 8/1997 |
| Acute Studies | 3/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 8/1997 | 8/1998 |
| 3 Month Mouse MTD | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG II | 10/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post natal development) | – | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 3/2000 |
| Carcinogenicity (2 yr.) Rat | 12/1998 | 9/1998 | Ongoing |
| Carcinogenicity (2 yr.) Mouse | 12/1998 | 11/1998 | Ongoing |

HIGHLY CONFIDENTIAL
ABBT 000416

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

February 2001

ABT-594

## All Clinical Studies:

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Patients Current |
|---|---|---|---|---|---|---|
| M99-114 | II | Safety & Efficacy vs placebo in Painful Diabetic Neuropathy | 04/00 | 04/01 | 320 | 269 Final |

ABT-594

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Patients Current |
|---|---|---|---|---|---|---|
| | | | | | | |

HIGHLY CONFIDENTIAL
ABBT 0000416

HIGHLY CONFIDENTIAL -- FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

# February 2001

# ABT-594

## Ongoing Clinical Studies (List first time in man, Phase II Dose-Ranging and Pivotal Trials)

**Protocol:** M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy

**Objective:** The objective of this study is to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy.

**ABT-594 Doses:** 150 µg, 225 µg, and 300 µg twice daily (BID)

**Comparator Doses:** Placebo

**Target Enrollment:** 320

**Status:** Enrollment Complete – 269 patients randomized

**Major Findings:** TBD

D47NZ:\MPSRx\ABT-594.doc

6 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000417

Hendricks Deposition Exhibit 5


P's Exhibit IL

Feb-01

**ABT-773 Tab — Ketolide Antibiotic-Tablet**

| eFranchise | Value | Dev. Status | Brand Name | Generic Name | Patent Exp. | Indication |
|---|---|---|---|---|---|---|
| Antibiotics | | Phase II | Under Development | Under Development | | Community-acquired pneumonia, sinusitis |

Description: ABT-773 is a patent antibiotic that has excellent activity against community-acquired respiratory pathogens, including penicillin/macrolide resistant *S. pneumo*. ABT-773 will be dosed QD for 5 days for ACEB and pharyngitis, dosing for CAP and sinusitis will be either 150 mg QD or 150 mg BID for 10 days. ABT-773 will compete with macrolides on the basis of superior activity against resistant organisms (resistance claim being pursued) and improved mechanism and against quinolones on the basis of appropriate use, efficacy, and safety.

**Unmet Need/Key Market Drivers**

U.S. Market

| | Unit | Value | %96-99 |
|---|---|---|---|
| | TRX | 221 MM | 0.1% |
| | Sales | 16,700 MM | 6.9% |

Ex-U.S. Market

| | TRX | 612 MM | 0.5% |
| | Sales | 16,700 MM | 5.9% |

**Key Competitors/Position to Market**

Key competitors are other macrolides (Zithromax), quinolones (Levaquin, Tequin, Avelox, Factive), Augmentin and cephalosporins (numerous). Avelox filed an NDA for these ketolide levels (telithromycin) in 3/00, requested postponement in FDA advisory set for 1/29, now scheduled for April/May.

Augmentin and cephalosporins dominate most RTI markets; quinolones dominate in Japan, with *S. pneumo* a concern, current use in class second. New quinolones (fewer, more gaps) recently launched in Japan.

**Development/Timeline**

| | Post | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Cost to NDA | DDC Est. | Thru 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Post LRP | Total |
| TOTAL | | 1053.3 | | | | | | | | 1326.5 |

**HIGHLY CONFIDENTIAL
ABBT 0000387**

PLAINTIFF'S DEP. EX. NO. 2
FOR ID... AS OF...

# February 2001

# ABT-773

## Monthly Highlights -- Key Project Progress

- All Phase III U.S. studies are actively enrolling patients. Drug releases have been started for the European studies with 9 sites ready to enroll in CAP, 3 sites in ABS, 21 sites in ABECB and 11 sites in ASP. No patients have been enrolled in Europe since the initial drug shipments have been made (within the last 2 weeks). We are expecting enrollment in all four studies at any time. All sites are being very carefully managed to get them actively enrolling patients as soon as possible.

- Further Phase III start up activities are ongoing in Central America, So Africa and So America for CAP and ABS for their winter seasons starting in May. As we proceed with the enrollment in the Northern Hemisphere during March and April, we will make a firm decision on initiating these sites for enrollment to be as cost effective as possible.

- The initial Phase I study for the IV formulation will go ahead and is planned to start in early May. This study will enable us to evaluate the appropriate IV dose and evaluate injection site pain with the formulation prior to a Multiple Dose study. Timing for Phase I Go/No Go by September is critical if we would like to have an IV filing within a year of the tablet filing.

- The CMC and Biopharm End of Phase II package was submitted to FDA on March 1st to request a meeting in April. Meeting preparations are in progress.

- A CMC planning meeting with Taisho and Dainabot is scheduled for March 7 and 8th to discuss the timing and requirements for the Japanese Phase I/III clinical supplies and Japanese NDA filing requirements to include these activities in the Abbott Park and U.K. CMC plans.

- A team review was held to discuss all data gathered on the pediatric formulation prototypes. The final taste testing comparing 773 to clari and azi suspensions indicated that the 773 prototype had a better taste than the clari suspension. A follow up meeting will be held with the franchise to discuss further interest in pursuing a pediatric formulation.

## Next Quarter's Key/Progress Markers.

| Key Progress Marker | Target Date |
|---|---|
| Hold CMC/Biopharm End of Phase II meeting with FDA. | 04/30 |
| Determine if Southern Hemisphere sites for CAP and ABS should be initiated as a contingency if US/European enrollment fails to meet 500 patient target. | 04/30 |
| Complete enrollment in CAP and ABS Dose selection studies to meet Dose Decision milestone in July, assuming US/Europe can meet 500 patient target. | 06/01 |
| Complete enrollment in ASP and ABECB comparator studies in the U.S. | 06/01 |
| Complete intermediate scale-up activities in the U.K. site for initial bioequivalence study between Abbott Park and U.K. mfg sites. | 05/31 |
| Initiate first Phase I study of IV formulation. | 05/01 |
| Results available for Japan Phase I Dose Ranging study to determine Japan dose for Phase II/III studies and potential Bridging strategy. | 04/15 |
| Hold Abbott/Taisho meeting to discuss Japan Phase I results and propose Phase II/III clinical plans to discuss with KIKO. | 05/08 |

2 of 13

HIGHLY CONFIDENTIAL
ABBT 0000388

HIGHLY CONFIDENTIAL -- FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

# February 2001

# ABT-773

## Key Project Issues and Risks

| Risk or Issue | Potential or Known Impact<br>Check all that apply and Describe Impact | Strategy / Progress | Area / Responsibility | Resolution Date<br>Planned / Actual |
|---|---|---|---|---|
| A change in bulk drug physical or chemical properties during formulation development. | ☐ Cost ☑ Time ☐ Profile ☐ Regulatory<br><br>Delay in the Aug 2002 filing date. If at the 1200L scale, a delay of up to 18 months. | A strategy for the bulk drug lots that will be used in the NDA formulation runs will be reviewed with the CMC Technical Committee in early December. Bulk drug properties and granulation variables are being evaluated as a means to develop appropriate physical specifications for the bulk drug. | SPD/PARD | 12/2001 |
| Clinical enrollment challenges due to a) delay in end of phase II meeting from September to November or b) delay in start of study due to protocol changes requested by FDA c) light 2000-01 flu/respiratory season | ☑ Cost ☑ Time ☐ Profile ☑ Regulatory<br><br>Critical path trials to development timeline are CAP & sinusitis, with dose decision for these indications needed by 7/2001 to maintain current timeline. Current estimates are that 7/2001 decision will be met. | Meeting with FDA was held on November 27th. Protocol amendments have been signed off incorporating all FDA requested changes and implemented in the U.S. and Europe. Additional sites added in Europe and southern hemisphere to make up for delays. The team is working to overcome the challenges as much as possible by closely managing clinical sites in the U.S. and Europe, as well as planning for contingency sites in the Southern Hemisphere. A decision to initiate the Southern Hemisphere sites will be made in April as a contingency should the US and Europe fail to meet enrollment targets for CAP and sinusitis. ASP and ABECB studies are not on the critical path. Current estimates are that 7/2001 decision will be met. | Venture | 7/2001 |
| 150 mg QD vs BID dose decision in CAP/sinusitis. | ☑ Cost ☑ Time ☑ Profile ☑ Regulatory<br><br>Current AI opinion is that QD may receive regulatory challenge for approval in CAP unless data is very compelling given PK profile of 150 mg QD; however, BID dosing, while relatively minor commercial impact ex-US, represents significant commercial hurdle in US. | Decision must be made in light of QD vs BID CAP and sinusitis data (7/2001); DSG analysis is planned to facilitate decision; internal efforts to defend 150 mg QD dosing with data on potent ribosome binding properties of ABT-773 are ongoing by Discovery, with an advisory planned with external experts Aug 2001 to define further study. | Venture/NPD/DSG | 7/2001 |

3 of 13

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 000389

# February 2001

# ABT-773

## Key Project Issues and Risks

| Risk or Issue | Potential or Known Impact<br>Check all that apply and Describe Impact | Strategy / Progress | Area / Responsibility | Resolution Date<br>Planned / Actual |
|---|---|---|---|---|
| Regulatory uncertainties over how to deal with the ketolide/macrolide class regarding QT interval effects. | ☐ Cost ☐ Time ☑ Profile ☑ Regulatory<br>Additional studies could be required to show no effects on QT. Class labeling could negatively impact sales of the product. | QT effects are the current hot topic for the FDA, and were reflected in the changes they requested to the Phase III program. FDA concern is whether ketolides behave like macrolides and whether there may be a class effect. FDA requested an acute tox study in dog to further evaluate cardiac effects and also discussed whether a Phase I study should be conducted in subjects with underlying cardiac disease. ECG monitoring will be done in all Phase III studies with the exception of the ASP study in Europe. | Regulatory | 6/2002/ |
| Definition of starting materials for the bulk drug (at what step in the manufacturing process) will affect our ability to continue with process improvements necessary to continue to reduce the cost of the bulk drug. This has cost implications up to 3 years post-launch. | ☑ Cost ☐ Time ☐ Profile ☐ Regulatory<br>Ability to define step 5 as the starting material will allow us to make further process improvements to reduce the cost of the bulk drug. | The End of Phase II CMC meeting with FDA will be requested for January 2001 to present the package on starting material definition for step 5 intermediate. Meeting is targeted for the end of March. The end of Phase II package outlining our plans for starting materials was submitted to FDA on March 1. | SPD | 04/2001 |
| The pharmacokinetic profile of QD dose could receive regulatory challenge or be viewed as sub-optimal commercially, particularly with respect to H. influenzae. | ☐ Cost ☐ Time ☑ Profile ☑ Regulatory<br>Support by PK/PD experts is important for positioning this product in the marketplace. Competitors may challenge ABT 773 efficacy without expert support for the efficacy model. | Phase IIb studies indicated efficacy with 150 mg daily dose in ABECB and ABS. PK/PD data together with ribosome kinetics support the decision to proceed with 150mg QD in mild infections (ABECB and ASP) and select between 150mg BID and 150mg QD in CAP and ABS. Recent PK/PD data support AUC of 1-6 for clinical exposure in CAP necessary for cure. Dose decision for CAP & sinusitis expected 7/2001. To address this issue and potentially create a new model for evaluating PK/PD, internal efforts to characterize ribosome binding properties are ongoing by Discovery, with an advisory planned with external experts Aug 2001 to define further study. | Venture/NPD | 07/2001 |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000380

# February 2001

## ABT-773

### Key Project Issues and Risks

| Risk or Issue | Potential or Known Impact<br>Check all that apply and Describe Impact | Strategy / Progress | Area /<br>Responsibility | Resolution<br>Date<br>Planned / Actual |
|---|---|---|---|---|
| Obtain sufficient quantity of clinical isolates with resistant organisms to request a separate claim for activity against resistant S. pneumoniae. | ☐ Cost ☐ Time ☑ Profile ☐ Regulatory<br><br>Without a sufficient number of isolates, we will not obtain a claim based on clinical results for activity against resistant pathogens. Will need to rely on in vitro data only to support this claim. | FDA feedback regarding a resistance claim for PRSP is that a sufficient "body of evidence" needs to be gathered to convince them to grant a claim. They estimate >10 resistance isolates will be required, CAP and ABECB isolate requirements need further clarification, but ABS isolates are evaluated separately. They are not convinced about the clinical significance of MRSP and need further evidence. They suggest that an IV formulation to obtain bacteriemic patients and more severe CAP infections will enhance the probability of obtaining the claim. The Phase I study to evaluate the IV formulation prototype will initiate in May 2001. | Venture | 06/2002 |
| Due to the dose change in the base development program, Phase I will be repeated in Japan to further evaluate dose-ranging. An increase in liver enzymes was observed in the low and medium dose groups of Japanese volunteers in the first study in Hawaii, and will be further evaluated in the Phase I studies done in Japan. A Japanese dose and formulation, as well as the Phase II/III studies, will be defined once the dose-ranging has been completed. This plan will determine the filing date for Japan. | ☑ Cost ☑ Time ☐ Profile ☑ Regulatory | The Japan Phase I Dose-Ranging study was completed in February and drug analysis is ongoing. No increases were seen in ALT/AST, with all values within the normal range. Based on these results, ABT-773 is clear in terms of hepatotoxicity profile and the liver enzyme abnormality observed in Hawaiian Ph I with Japanese population was seen as a result of the high fat diet during the study period. The Japanese BAL study will start in April. Dose selection and BAL results need to be available prior to a meeting with Kiko to discuss the Phase II/III strategy. The current decision is to proceed to the KIKO meeting once Phase I results are available and a dose selection decision has been made for CAP and ABS based on the US/European studies. Preliminary BAL results may be available in August. | Japan | 08/2001/ |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY<br>DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL<br>ABBT 0000391

# February 2001

# ABT-773

## Key Project Issues and Risks

| Risk or Issue | Potential or Known Impact<br>Check all that apply and Describe Impact | Strategy / Progress | Area /<br>Responsibility | Resolution<br>Date<br>Planned / Actual |
|---|---|---|---|---|
| The initial development of an IV formulation has been completed and clinical supplies have been manufactured by HPD. Full development of the IV formulation has not been committed. | ☑ Cost ☐ Time ☐ Profile ☐ Regulatory<br><br>Phase I will proceed to a Go/No Go decision based on initial milestone funding. | HPD funding for 2001 ($7MM) is no longer approved. At the ABT-773 Portfolio meeting, Jeff Leiden committed to find funding (approx. $1MM) to do the Phase I studies for the IV in 2001 to enable us to evaluate the viability of the formulation in terms of pain on injection and the dose requirements. Decision was made by John Leonard to proceed with the initial Dose Ranging Phase I IV study. This is planned for early May. A Go/No go decision on the IV formulation is planned for Sept. 2001. | HPD, Venture | 09/2001 |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY<br>DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL<br>ABBT 0000382

# February 2001

## ABT-773

### Key Activities

#### Commercial

| Activity | LBE | Plan | Actual |
|---|---|---|---|
| Completion of study tracking intranet | 1Q01 | | |
| Integration of intranet into communication plan | 2Q01 | | |
| Integration of intranet into draft product label | 2Q01 | | |
| Identification of communication vendor | 2Q01 | | |
| Submission of brand/USAN names | 2Q01 | | |
| Preliminary qualitative positioning research | 4Q01 | | |
| Quantitative market research to support revised forecast | 4Q01 | | |
| Preliminary qualitative positioning research | 4Q01 | | |

#### Drug Substance    Plan Date:

| Activity | KG | Plan | Actual | Actual Projected Costing |
|---|---|---|---|---|
| *See the Following page for a summary of Bulk Drug deliveries in SPD.* | | | | |

* Target cost of drug substance at launch is $2,500/kg (Finished Product)

#### Formulation    Plan Date: 12/98

| Activity | Plan | Actual |
|---|---|---|
| Phase I Formulation (Caps)* | 12/1999 | 12/1997 |
| Phase II Formulation (Tablet) | 7/1999 | 8/1999 |
| Clinical Supplies Phase IIB | 7/1999 | 8/1998 |
| Phase III Formulation (Tablet) | 4/2000 | 7/2000 |
| Phase III Clinical Supplies Manufactured | 9/2000 | 9/2000 |
| NDA Lots (3) Completed | 7/2000 | 01/2001 |
| Completion of 1 Year Stability for NDA | 8/2001 | |
| Formulation Peer Review | 11/2001 | |

#### Toxicology    Plan Date: 12/98

| Toxicology Activity | Plan Start ??Date?? | Actual Start Date | Report Completed |
|---|---|---|---|
| 2-week oral Rat/Monkey | 7/1897 | 6/1897 | 9/1998 |
| Acute Studies | 8/1897 | 8/1897 | 12/1997 |
| Mouse Lymphoma/Micronucleus | 11/1897 | 11/1897 | 4/1998 |
| 1 Month Rat/Monkey | 12/1897 | 12/1897 | 12/1998 |
| Pregnant Rat/Rabbit RF | 1/1898 | 1/1898 | 11/1998 |
| SEG II Rat/Rabbit | 3/1898 | 3/1898 | 2/1999 |
| Guinea pig sensitization | 11/1898 | 11/1898 | 2/1999 |
| 3 Month oral Rat/Monkey | 9/1899 | 10/8/1999 | 6/2000 |
| Seg I/III Rat | 9/1899 | 10/8/1999 | 12/2000 |
| IV Irritation studies, set 1 | 7/1899 | 7/15/1999 | 8/1999 |
| IV Irritation studies, set 2 | 2/2000 | 2/2000 | 3/2000 |
| IV 2-week Rat/Monkey Studies | 6/2000 | 6/2000 | 01/2001 |
| Neonatal/Juvenile Rat | 10/1999 | 11/1999 | 7/2000 |

HIGHLY CONFIDENTIAL
ABBT 0000383

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT.

February 2001 | ABT-773

## SPD  ABT-773 Bulk Drug Deliveries Update

|  | Target Date | Amount | Delivery Date | Amount | Lot # | Amount after milling |
|---|---|---|---|---|---|---|
| Campaign 1 | 2/28/99 | 200 Kg | 2/23/99 | 209 Kg | 50-007-CA-00 | 207.5 Kg (2/26)* |
| Campaign 2a | 6/15/99 | 140 Kg | 6/17/99 | 131 Kg | 54-702-NI-00 | 129.4 Kg (6/19)* |
| Campaign 2b | 7/15/99 | 140 Kg | 7/21/99 | 121.5 Kg | 55-208-CB-00 | 119.3 Kg (8/4)* |
| Tox lot | 8/30/99 | 5 Kg | 8/25/99 | 6.1 Kg | 55-718-NI-00 |  |
| Campaign 3a | 9/30/99 | 160 Kg | 10/6/99 | 170.5 Kg | 58493CB00 | 138.4 Kg (10/16)* |
| Campaign 3b | 10/21/99 | 160 Kg | 10/11/99 | 176.5 Kg | 58494CB00 | 169.5 Kg (10/16)* |
| Pilot run 1 | ------- | 15 Kg | 10/30/99 | 18.9 Kg | 59763N100 | no milling |
| Pilot run 2 | ------- | 15 Kg | 2/5/00 | 15.5 Kg | 61790NI00 | no milling |
| Pilot run 3 | ------- | 25 Kg | 1/30/00 | 27.5 Kg | 62764CB00 | 27.3 Kg (4/18)* |
| Campaign 4 | 12/10/99 | 320 Kg | 11/2/99 | 355 Kg | 61741CB00 | 309 Kg (3/2)* |
| Campaign 5 | 12/30/99 | 300 kg | 12/16/99 | 300.5 Kg | 60685CB00 | 269.2 Kg (3/3)* |
| Campaign 6 | 2/28/00 | 280 Kg | 2/23/00 | 321 Kg | 62796CB00 | 315.5 Kg (3/6)* |
| Campaign 6 (IV) | 2/28/00 | 15 Kg | 2/22/00 | 20 Kg | 62797CB00 | 18 Kg (3/15)* |
| Campaign 7 | 3/30/00 | 300 Kg | 4/10/00 | 370 Kg | 63890CB00 | 361.2 Kg (4/18)* |
| Campaign 7 (IV) | 3/30/00 | 5 Kg | 3/29/00 | 19 Kg | 63889CB00 | 17.2 Kg (4/11)* |
| Campaign 8 | 4/25/00 | 200 Kg | 5/11/00 | 263 Kg | 64970CB00 | 256.5 Kg (5/15) |
| Campaign 8 (IV) | 4/25/00 | 15 Kg | 4/25/00 | 19.8 Kg | 64971CB00 | 17.7 Kg (5/11)* |
| Campaign 9 | 6/15/00 | 300 Kg | 6/14/00 | 375.7 Kg | 65064CB00 | 355.7 Kg (6/20/00) |
| Campaign 9 (IV) | 6/15/00 | 15 Kg | 6/5/00 | 18.1 Kg | 65065CB00 | 16.7 Kg (6/9/00)* |
| Campaign 10 | 7/15/00 | 300 Kg | 7/26/00 | 361.2 Kg | 67176CB00 | 359.0 Kg (8/1/000) |
| Campaign 11 | 8/15/00 | 300 kg | 8/4/00 | 333.7 Kg | 68285CB00 | 271.9 Kg (9/7/00) |
| Campaign 12 | 10/6/00 | 300 Kg | 9/27/00 | 356 Kg | 69456CB00 | 282.3 Kg (12/6/00) |
| Campaign 13 | 11/23/00 | 300 Kg | 11/15/00 | 351.2 Kg | 71665CB00 | 349.1 Kg (12/20/00) |
| Total  (year 2000) |  |  |  |  | 2,815.5 Kg |  |
| Campaign 14 | 1/28/01 | 300 Kg | 1/26/01 | 327.5 Kg | 73886CB00 | 318.9 Kg(02/13/01) |
| Campaign 15 | 2/10/01 | 330 Kg | 1/14/01 | 354.9 Kg | 71699CB00 | 353.8 Kg(02/02/01) |

8 of 13

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000384

# February 2001

## ABT-773

- Weight after rework

HIGHLY CONFIDENTIAL
ABBT 0000386

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

## All Clinical Studies:

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Patients Current | Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Patients Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M99-046 | II | Dose Ranging, ABECB | 9/1/99 | 3/31/00 | 300 | 364 | | | | | | | |
| M99-053 | II | Dose Ranging, Sinusitis | 9/1/99 | 4/30/00 | 300 | 292 | | | | | | | |
| M99-054 | II | Dose Ranging CAP | 9/1/99 | 4/30/00 | 300 | 187 | | | | | | | |
| M00-219 | III | CAP, Dose Ranging | 11/7/00 | 4/30/01 | 900 | 127 | | | | | | | |
| M00-216 | III | ABECB vs Azithromycin | 11/7/00 | 4/30/01 | 600 | 230 | | | | | | | |
| M00-217 | III | ABECB vs Levofloxacin | 11/7/00 | 4/30/01 | 500 | 0 | | | | | | | |
| M00-225 | III | Sinusitis Dose Ranging | 11/7/00 | 4/30/01 | 600 | 190 | | | | | | | |
| M00-223 | III | Pharyngitis vs Penicilin 250mg TID | 11/7/00 | 4/30/01 | 520 | 300 | | | | | | | |
| M00-222 | III | Pharyngitis vs Penicilin 500mg TID | 11/7/00 | 4/30/01 | 520 | 0 | | | | | | | |

HIGHLY CONFIDENTIAL
ABBT 0000398

HIGHLY CONFIDENTIAL -- FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT



# February 2001

## ABT-773

### Ongoing Clinical Studies (List first time in man, Phase II Dose-Ranging and Pivotal Trials)

| | M00-219 – Dose-Ranging CAP | M00-216 – Phase III ABECB vs Azithromycin |
|---|---|---|
| **Protocol:** | | |
| **Objective:** | Dose selection. | Safety & Efficacy |
| **ABT-773 Doses:** | 150mg QD vs 150mg BID, 10 days | 150mg QD, 5 days |
| **Comparator Doses:** | None | Azithromycin 500mg day 1, 250mg QD for 4 days |
| **Target Enrollment:** | 800 | 600 |
| **Status:** | Currently enrolling | Currently Enrolling |
| **Major Findings:** | | |





*Author:*
*(Double click on chart to add)*

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 000397

# February 2001

## ABT-773

### Ongoing Clinical Studies (List first time in man, Phase II Dose-Ranging and Pivotal Trials)

**M00-217 – Phase III ABECB vs Levofloxacin**

| | |
|---|---|
| **Protocol:** | |
| **Objective:** | Safety & Efficacy |
| **ABT-773 Doses:** | 150 mg QD |
| **Comparator Doses:** | Levofloxacin 500mg QD for 7 days |
| **Target Enrollment:** | 500 |
| **Status:** | Enrollment not yet started. |
| **Major Findings:** | |

**M00-225 – Sinusitis Dose-Ranging**

Dose Selection
150mg QD vs 150mg BID, 10 days
None
600
Currently enrolling



*Author:*
*(Double click on chart to edit)*

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000398

# February 2001

# ABT-773

## Ongoing Clinical Studies (List first time in man, Phase II Dose-Ranging and Pivotal Trials)

| | **M00-223 – Phase III Pharyngitis vs Penicillin 500mg TID** | **M00-222 – Phase III Pharyngitis vs Penicillin 500mg TID** |
|---|---|---|
| **Protocol:** | | |
| **Objective:** | Safety & Efficacy | Safety & Efficacy |
| **ABT-773 Doses:** | 150mg QD., 5days | 150mg QD, 5 days |
| **Comparator Doses:** | Penicillin 500 mg TID, 10 days | Penicillin 500mg TID, 10 days |
| **Target Enrollment:** | 520 | 520 |
| **Status:** | Currently enrolling | Sites initiated, enrollment not yet started |
| **Major Findings:** | | |



*Author:*
*(Double click on chart to edit)*

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000389

Hendricks Deposition Exhibit 6


P's Exhibit PG

To: JEFF/ARTHUR

ATTACHED IS THE HANCOCK

PACKAGE WITH THE 3 ADD'L

SCHEDULES

IN ADDITION I'VE INCLUDED SOME

BACK UP SLIDES

- CLARIFICATION SLIDES
- PROFILING SLIDES

THAT YOU MAY WANT TO INCLUDE

Steve

From:
STEVE COHEN
Controller
PPD R&D
D-404, AP9
Ext. 7-3419

ABBT 0006743
HIGHLY CONFIDENTIAL

HenJacks DEP. EX. NO. 6
FOR ID., AS OF 4/27/07

# ABBOTT - JOHN HANCOCK FUNDING COLLABORATION

- WHY EXTERNAL FUNDING
- WHY JOHN HANCOCK MODEL
- JOHN HANCOCK BACKGROUND
- BASIC COLLABORATION STRUCTURE
- COLLABORATION DESCRIPTION/TERMS SUMMARY
- NEGOTIATION/COMPLETION STATUS
- PERMISSION TO PROCEED TO DEFINITIVE AGREEMENT

1

ABBT 0006749
HIGHLY CONFIDENTIAL

# WHY EXTERNAL FUNDING

- MORE VIABLE DEVELOPMENT OPPORTUNITIES THAN CAN BE AFFORDED WITH PROJECTED INTERNAL FUNDING

2

ABST 0006759
HIGHLY CONFIDENTIAL

# WHY THIS VEHICLE (JOHN HANCOCK)

- **ABBOTT MAINTAINS DEVELOPMENT CONTROL**
  - *JOHN HANCOCK SHARES IN THE RISK*
- **ABBOTT MAINTAINS COMMERCIAL RIGHTS**
  - *JOHN HANCOCK SHARES IN THE REWARD*
- **MOST FLEXIBLE/STRAIGHT FORWARD COLLABORATION STRUCTURE**
- **LEAST EXPENSIVE EXTERNAL MONEY**

3

ABBT 0006751
HIGHLY CONFIDENTIAL

# JOHN HANCOCK LIFE INSURANCE COMPANY

- ABBOTT HAS DEVELOPED RELATIONSHIP WITH JOHN HANCOCK OVER PAST 4 YEARS
    - METABOLEX (EQUITY UNITS/PUTS)
    - IDUN (PRIVATE EQUITY)
    - PURDUE FREDERICK (SENIOR DEBT)
- JOHN HANCOCK IS SEEKING ABOVE AVERAGE RETURNS ON 2-4% OF THEIR INVESTMENT PORTFOLIO
    - $35B TOTAL INVESTED CAPITAL (PRIMARILY IN HIGH GRADE DEBT)
    - $1.8B IN HEALTH CARE INVESTMENTS OVER PAST 9 YEARS
- MANY JOHN HANCOCK INVESTMENTS ARE NOT PUBLICLY DISCLOSED
    - DOES NOT NEED/PREFERS MINIMAL DISCLOSURE OF INVESTMENTS

4

ABBT 0006752
HIGHLY CONFIDENTIAL



ABBT 0006753
HIGHLY CONFIDENTIAL

JOHN HANCOCK FUNDING COLLABORATION

**CONCEPT**
PORTFOLIO FUNDING COLLABORATION
- ABBOTT PORTFOLIO OF COMPOUNDS
- JOHN HANCOCK FUNDING PARTNER
  - CONTRIBUTES $90 MM/YEAR NET
  - 4 YEARS
  - PAYBACK TO JOHN HANCOCK
    - MILESTONES AT APPROVAL
    - OTHER MILESTONES/FEES ($30MM) REIMBURSED BY JOHN HANCOCK
    - ROYALTIES

**DEVELOPMENT**
- ABBOTT COMPOUNDS (WE RETAIN OWNERSHIP)
- ABBOTT CONTROLS DEVELOPMENT
  - REGULATORY
  - MANUFACTURING
- NOTE SHARE IN TECHNICAL / COMMERCIAL RISK
- ABBOTT MAINTAINS COMMERCIAL RIGHTS

**PORTFOLIO**
- LATE STAGE
  - RFB (ABT-980) PHASE III
  - ENDOTHELIN (ABT-627) PHASE II / III
  - KETOLIDE (ABT-773) PHASE II / III
  - CCK (ABT-594) PHASE II
- EARLY TO MID STAGE (ONCOLOGY)
  - ANTI-MITOTIC (E5MA) PHASE I
  - MMPI (ABT-518) PRECLINICAL / I :
  - FTI PRECLINICAL
  - TBD PRECLINICAL

**FINANCIALS**
- EXPECTED PORTFOLIO REQUIREMENTS $900 - $954 .................... $700-800MM
- JOHN HANCOCK'S CONTRIBUTION .................... $350 MM
- ABBOTT'S CONTRIBUTION REQUIREMENT
  - ANNUAL MINIMUM .................... $90MM
  - CUMULATIVE - 5 YEARS .................... $450MM
- JOHN HANCOCK RETURN
  - ROYALTIES (WORLDWIDE NET SALES)
    - PERIOD: - 10 YEARS/PRODUCT
      - NONE PAID PAST 2014 .................... THRU 2014
    - RATE (TIERED - 5% TO 6%) .................... AVG. 5.4%
  - MILESTONES @ APPROVAL (CAPPED @ $40mm) .................... $10MM/CMPND
  - ROI .................... 18-21%
- PROVISIONS FOR:
  - MINIMUM SPEND FAILURE
  - COMPOUND SUBSTITUTION

6

ABBT 0006754
HIGHLY CONFIDENTIAL



# 2001-2004 Expected Spending

Four Year Spend

□ Upside (Nominal Spending)     $1.0B
■ Expected Spending              $0.7B
■ Downside                       $0.6B

2001: 239
2002: 298
2003: 280
2004: 202

ABT 0006755
HIGHLY CONFIDENTIAL

# STATUS

- DUE DILIGENCE
  - ONGOING
  - EXPECTED                          8/15
- CONTRACT
  - INITIAL DRAFT COMPLETE            7/17
  - INTERNAL REVIEW
  - SUBMIT TO JOHN HANCOCK
  - REVIEWS COMPLETE
  - TARGET SIGNATURE                  8/31

8

ABBT 0006756
HIGHLY CONFIDENTIAL



ABBT 0006757
HIGHLY CONFIDENTIAL



Abbott Laboratories
PPD R&D Alternative Financing Analysis
John Hancock Funding Scenarios

NOMINAL AND EXPECTED SALES FORECAST

10

CONFIDENTIAL

ABBT 0006758
HIGHLY CONFIDENTIAL

BACK-UP

ABBT 0006759
HIGHLY CONFIDENTIAL



# 2000 vs. 2001 Development Funding

- Phase IV, Phase III, Phase II
- DDC's
- Additional Indications
- **Exclude in Licensing and Additional Discovery Programs**

John Hancock 17%

Base Development Funding 5%

08/09/00

ABBT 0006760
HIGHLY CONFIDENTIAL



# 2000-2001 Development Funding

ABET 0006761
HIGHLY CONFIDENTIAL



Abbott Laboratories
PPD R&D Alternative Financing Analysis
John Hancock Funding Scenarios

NOMINAL AND EXPECTED INVESTMENT COSTS

CONFIDENTIAL

ABBT 0006762
HIGHLY CONFIDENTIAL

DRAFT

| Success Probabilities | Preclin | Ph I | Ph II | Ph III* | Launch |
|---|---|---|---|---|---|
| Abbott (history) | 50% | 64% | 50% | 78% | 12% |
| Lehman/Zeneca | 40% | 70% | 50% | 60% | 8% |
| Tufts/CSDD | 0% | 75% | 48% | 84% | 0% |
| A. Little (L) | 5% | 15% | 20% | 60% | 0% |
| A. Little (M) | 31% | 39% | 50% | 74% | 4% |
| A. Little (H) | 50% | 77% | 67% | 100% | 28% |
| ABT Proj. - Base | | | | | 11% |
| ABT Proj. - Upside | | | | | 11% |

* Includes registration

14

ABT 0006763
HIGHLY CONFIDENTIAL

# TERMS - FURTHER BREAKDOWN

- ROYALTIES ON PORTFOLIO SALES ($MM)

  $   0 - $ 400 - 8%
  $ 401 - $1000 - 4%
  $1001 - $2000 - 1%
  $2001 -      - .5%

- MILESTONES

  – UPON COMPOUND NDA APPROVAL
    - $10MM
    - MAXIMUM 4 COMPOUNDS (CAPPED @ $40MM)
  – UPON IND, PHASE I, II, III INITIATION
    - $1-5MM PER COMPOUND
    - $12MM CAP
    - REIMBURSABLE

15

ABBT 0006764
HIGHLY CONFIDENTIAL

# Provisions for Minimum Spend Failure

### Carryover Provision

1.)  If Abbott spends the amount provided by John Hancock during a contract year, but spends less than the annual minimum (a further $50 million), Abbott agrees to spend the shortfall in the next contract year in addition to the annual minimum required for that next year.

John Hancock will not be obligated to make an additional payment until Abbott has spent the carryover amount.

16

ABBT 0096765
HIGHLY CONFIDENTIAL

# Provisions for Minimum Spend Failure

2.) Refund to John Hancock

If Abbott does not spend the amount provided by John Hancock in a given contract year, Abbott will refund the amount provided less 1/2 of the amount actually spent by Abbott. For example, if Abbott only spends $25 million, Abbott will refund $37.5 million of Hancock's original $50 million payment.

Subsequent payments by John Hancock will be based on Abbott's ability to reasonably demonstrate its intent to spend the amount to be provided by Hancock in the next year.

17

ABBT 0006766
HIGHLY CONFIDENTIAL

# Provisions for Failure to Spend Aggregate Amount

If in every year of the Agreement Abbott fulfills its minimum spending requirements, but does not spend the Aggregate amount of $400 million by the end of the 4th year (in addition to the John Hancock payments), then the following occurs:

1.) Abbott agrees to spend the shortfall in the 5th year (Aggregate carryover provision)

2.) If Abbott does not spend the carryover amount in the 5th year, Abbott will refund 1/3 of the remaining shortfall to Hancock

(For example, if after the 5th year, Abbott has spent only $500 million total vs $600 target, Abbott refunds $33.3 million to Hancock out of the total Hancock payments of $200 million)

18

ABBT 0006767
HIGHLY CONFIDENTIAL

# Provisions for Compound Substitution

In the event Abbott divests or out-licenses a compound that is in the portfolio, Abbott will substitute an alternative compound with a similar market opportunity and comparable stage of development provided that John Hancock reasonably agrees on the opportunity and stage of development of the alternative compound.

19

ABBT 0006765
HIGHLY CONFIDENTIAL

Hendricks Deposition Exhibit 7


P's Exhibit 32

Part 1

RESEARCH FUNDING AGREEMENT

by and between

ABBOTT LABORATORIES

and

JOHN HANCOCK LIFE INSURANCE COMPANY,

JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY,

and

INVESTORS PARTNER LIFE INSURANCE COMPANY

dated as of

March 13, 2001

CONFIDENTIAL
JH 008978

Hendricks DEP. EX. NO. 7
FOR ID., AS OF 4/27/0?

**TABLE OF CONTENTS**

ARTICLE 1 - DEFINITIONS ....................................................................... 1
ARTICLE 2 - ANNUAL RESEARCH PROGRAM ......................................... 9
   2.1   Program Term ....................................................................... 9
   2.2   Research Plan ....................................................................... 9
   2.3   Conduct of Research ........................................................... 10
   2.4   Subcontracting Research ..................................................... 10
   2.5   Research Reports and Records ............................................. 10
ARTICLE 3 - RESEARCH FUNDING ......................................................... 11
   3.1   John Hancock Program Payments ....................................... 11
   3.2   Abbott Funding Obligation .................................................. 11
   3.3   Carryover Provisions .......................................................... 11
   3.4   Termination of John Hancock's Program Payment Obligation .... 12
   3.5   Hancock Funding Obligation ............................................... 13
ARTICLE 4 - PRODUCT RESEARCH AND DEVELOPMENT ...................... 13
   4.1   Commercially Reasonable Efforts ........................................ 13
   4.2   Marketing and Sale Responsibility ...................................... 13
   4.3   Failure of Program Compound to Progress .......................... 14
   4.4   Arm's-Length ..................................................................... 16
   4.5   In-License Agreements ........................................................ 16
ARTICLE 5 - PROGRAM INVENTIONS ...................................................... 17
   5.1   Ownership ........................................................................... 17
   5.2   Patent Prosecution and Maintenance ................................... 17
   5.3   Enforcement ....................................................................... 17
ARTICLE 6 - MILESTONE PAYMENTS TO JOHN HANCOCK ................... 17
   6.1   [Intentionally omitted] ....................................................... 17
   6.2   Management Fee ................................................................. 17
   6.3   Milestone Notification and Payments ................................... 18
ARTICLE 7 - ROYALTIES ........................................................................ 19
   7.1   Royalty Rates ..................................................................... 19
   7.2   Royalty Term ...................................................................... 19
ARTICLE 8 - ROYALTY REPORTS AND ACCOUNTING ........................... 20
   8.1   Reports, Exchange Rates ..................................................... 20
   8.2   Audits ................................................................................. 20
   8.3   Confidential Financial Information ....................................... 21
   8.4   Accounting Principles .......................................................... 21
ARTICLE 9 - PAYMENTS .......................................................................... 22
   9.1   Payment Terms ................................................................... 22
   9.2   Payment Method ................................................................. 22
   9.3   Late Payments .................................................................... 22
ARTICLE 10 - CONFIDENTIALITY ........................................................... 22

CONFIDENTIAL
JH 008079

-ii-

| | | |
|---|---|---|
| 10.1 | Nondisclosure Obligations | 22 |
| 10.2 | Permitted Disclosures | 22 |
| 10.3 | Publicity Review | 23 |
| ARTICLE 11 - TERM AND TERMINATION | | 23 |
| 11.1 | Expiration | 23 |
| 11.2 | Termination; Material Breach | 23 |
| 11.3 | Effect of Expiration of Termination | 24 |
| ARTICLE 12 - WARRANTIES AND INDEMNITY | | 24 |
| 12.1 | John Hancock Representations and Warranties | 24 |
| 12.2 | Abbott Representations and Warranties | 25 |
| 12.3 | No Conflict | 29 |
| 12.4 | Compliance with Law | 29 |
| 12.5 | No Other Warranties | 29 |
| 12.6 | Indemnification of John Hancock | 29 |
| 12.7 | Indemnification of John Hancock Relating to In-Licensed Compounds | 30 |
| 12.8 | Procedure | 30 |
| 12.9 | Insurance | 31 |
| 12.10 | Acknowledgement | 31 |
| ARTICLE 13 - FORCE MAJEURE | | 31 |
| ARTICLE 14 - ASSIGNMENT | | 31 |
| ARTICLE 15 - SEVERABILITY | | 32 |
| ARTICLE 16 - MISCELLANEOUS | | 32 |
| 16.1 | Notices | 32 |
| 16.2 | Applicable Law | 34 |
| 16.3 | Entire Agreement | 34 |
| 16.4 | Headings | 34 |
| 16.5 | Independent Contractors | 34 |
| 16.6 | Performance By Affiliates | 35 |
| 16.7 | Dispute Resolution | 35 |
| 16.8 | Waiver | 35 |
| 16.9 | Counterparts | 35 |

| | |
|---|---|
| EXHIBIT 1.6: | First Annual Research Plan |
| EXHIBIT 1.17: | Eisai Territory |
| EXHIBIT 1.40: | Program Compounds |
| EXHIBIT 1.43: | Example of Program Related Costs for One Program Compound |
| EXHIBIT 9.2: | Payment Instructions |
| EXHIBIT 12.2(d): | Further Information regarding Program Compounds |
| EXHIBIT 12.2(e): | Certain Patent Information |
| EXHIBIT 12.2(f): | Communications |
| EXHIBIT 12.2(j): | Compound Reports |

**CONFIDENTIAL
JH 008080**

## RESEARCH FUNDING AGREEMENT

This Research Funding Agreement is made as of March 13, 2001, by and between Abbott Laboratories, an Illinois corporation ("Abbott"), with its principal offices at 100 Abbott Park Road, Abbott Park, Illinois 60064-6049, and John Hancock Life Insurance Company, a Massachusetts corporation, John Hancock Variable Life Insurance Company, a Massachusetts corporation, and Investors Partner Life Insurance Company, a Delaware corporation (collectively, "John Hancock"), each with its principal offices at 200 Clarendon Street, Boston, Massachusetts 02117.

### WITNESSETH

WHEREAS, Abbott is a global healthcare company actively engaged in the research and development of human pharmaceutical products;

WHEREAS, Abbott is interested in obtaining additional funding to support such research and development activities with respect to certain pharmaceutical products which are under development; and

WHEREAS, John Hancock is interested in providing such additional funding in exchange for the right to receive future milestone and royalty payments from Abbott.

NOW, THEREFORE, in consideration of the foregoing and the mutual covenants and undertakings contained herein, the parties hereto agree as follows:

### ARTICLE I
### DEFINITIONS

In addition to the other terms defined elsewhere herein, the following terms shall have the following meanings when used in this Agreement (and any term defined in the singular shall have the same meaning when used in the plural and vice versa, unless stated otherwise):

1.1    "Affiliate" shall mean, with respect to each party, any corporation or other form of business organization, which directly or indirectly owns, controls, is controlled by, or is under common control with, such party. An entity shall be regarded as being in control of another entity if the former entity has the direct or indirect power to order or cause the direction of the policies of the other entity whether (i) through the ownership of more than fifty percent (50%) in the United States, or thirty percent (30%) or more outside the United States, of the outstanding voting securities (or other ownership interest for a business organization other than a corporation) of that entity; or (ii) by contract, statute, regulation or otherwise.

1.2    "Aggregate Carryover Amount" shall have the meaning given in Section 3.3.

Last printed 3/13/01 1:47 PM

CONFIDENTIAL
JH 008081

-2-

1.3    "Aggregate Spending Target" shall mean Six Hundred Fourteen Million Dollars ($614,000,000).

1.4    "Annual Carryover Amount" shall have the meaning given in Section 3.3.

1.5    "Annual Minimum Spending Target" for each Program Year, shall mean the sum of (i) the Program Payment of John Hancock for such Program Year as specified in Section 3.1, (ii) Fifty Million Dollars ($50,000,000), and (iii) any Annual Carryover Amount for the prior Program Year pursuant to Section 3.3. With respect to the fifth Program Year, the "Annual Minimum Spending Target" shall mean the Annual Carryover Amount for the prior Program Year pursuant to Section 3.3.

1.6    "Annual Research Plan" shall mean, for the Program Years in the Program Term, a reasonably and consistently detailed statement of the objectives, activities, timetable and budget for the Research Program for every Program Year remaining in the Program Term, it being understood that less detail shall be required for Program Years that are not the current Program Year. The first Annual Research Plan is attached as Exhibit 1.6. "Annual Research Plan" shall mean, for those years occurring after the expiration of the Program Term, a reasonably and consistently detailed statement of the objectives, activities, timetable and budget for the Research Program for such year only.

1.7    "Bundled Product" shall have the meaning given in paragraph (b) of the definition of Net Sales.

1.8    "Ceased Program" shall mean at least one year has elapsed since Abbott ceased its directed efforts with respect to the applicable Preclinical Program (FII Program, ED Program or MMPI Program), meaning that Abbott has eliminated the funding for the established research program identified by a core group of researchers dedicated to the applicable Preclinical Program. The continued existence of a researcher separate and apart from such core group shall not affect the determination that a Preclinical Program has ceased.

1.9    "Combination Product" shall mean any product containing one or more Program Compounds combined as a single pharmaceutical product with one or more other therapeutically active ingredients.

1.10    "Commercially Reasonable Efforts" shall mean efforts which are consistent with those normally used by other pharmaceutical companies with respect to other pharmaceutical compounds or products which are of comparable potential commercial value and market potential at a similar stage of development or product life, taking into account, without limitation, issues of safety and efficacy, compound or product profile, proprietary status, the regulatory environment and the status of the compound or product and other relevant scientific factors.

1.11    "Compound Reports" shall have the meaning given in Section 12.2(i).

CONFIDENTIAL
JH 008082

-3-

1.12 "Confidential Information" shall have the meaning given in Section 10.2.

1.13 "Delivery System Product" shall have the meaning given in paragraph (d) of the definition of Net Sales.

1.14 "Dollars" or "$" shall mean United States dollars.

1.15 "ED Program" shall mean all of Abbott's discovery efforts to identify compounds (including the identification of pre-clinical and development compounds owned by third parties) which modulate dopamine receptors for the purpose of treating erectile dysfunction.

1.16 "Eisai Agreement" shall mean the License Agreement dated June 29, 2000 between Eisai Co., Ltd. and Abbott related to the Program Compound known as ABT-751.

1.17 "Eisai Territory" shall mean the countries listed on Exhibit 1.17 hereto.

1.18 "Execution Date" shall mean the date set forth in the introductory paragraph to this Agreement.

1.19 [Intentionally Omitted.]

1.20 "FDA" shall mean the U.S. Food and Drug Administration or any successor entity thereto.

1.21 "First Commercial Sale" shall mean the first sale of a Product in a given country by Abbott, its Affiliates or Licensees to an unaffiliated third person after Regulatory Approval has been granted in such country.

1.22 "FTI Program" shall mean all of Abbott's discovery efforts to identify compounds (including the identification of pre-clinical and development compounds owned by third parties) which act as farnesyl transferase inhibitors for the purpose of treating cancer.

1.23 "In-License Agreements" shall mean the Eisai Agreement, the Wakunaga Agreement and the Taisho Agreement.

1.24 "International Territory" shall mean all areas of the world outside the U.S. Territory.

1.25 "Investigational New Drug Application" shall mean an investigational new drug application filed with the FDA in order to commence human clinical testing of a drug in the United States.

CONFIDENTIAL
JH 008083

-4-

1.26  "Licensee" shall mean any party licensed or otherwise authorized in writing by Abbott, its Affiliates or its licensees to market, distribute or sell Products and from whom Abbott receives a royalty or other payment based upon sales of Products by such party, its affiliates or its licensees (it being understood that a party that is a merely a distributor, wholesaler or similar reseller of Products is not a Licensee hereunder). In no case shall Eisai Co., Ltd. or Taisho Pharmaceutical Co., Ltd. be considered Licensees under the terms of the Eisai Agreement or Taisho Co-Development Agreement with respect to the Eisai Territory or Japan, respectively.

1.27  "Losses" shall mean any claims, demands, liabilities, costs, damages, judgments, settlements and other reasonable expenses (including attorneys' fees).

1.28  "Milestone Payment" shall have the meaning given in Section 6.3.

1.29  "MMPI Program" shall mean all of Abbott's discovery efforts to identify compounds (including the identification of pre-clinical and development compounds owned by third parties) that inhibit matrix metalloproteinase and treat cancer.

1.30  "NDA" shall mean a New Drug Application (as defined by the FDA) filed with the FDA for the purpose of obtaining Regulatory Approval of a Product in the U.S. Territory.

1.31  "Net Sales" shall mean:

(a)  the total gross sales of the Products (or, for purposes of clauses (b) and (c), the Bundled Products and Combination Products), in each case as set forth on the invoices for such sales by Abbott, its Affiliates and Licensees to unaffiliated third parties in any given period, plus, if applicable, the fair market value of all properties and services received in consideration of a sale of the Products (or, for purposes of clauses (b) and (c), the Bundled Products and Combination Products) by Abbott, its Affiliates and Licensees to unaffiliated third parties during such period, less the following deductions directly paid or actually incurred by Abbott, its Affiliates or Licensees during such period with respect to the sale of the Products (or, for purposes of clauses (b) and (c), the Bundled Products and Combination Products) to the extent included in the gross invoiced sales price therefor:

(i)  discounts, credits, rebates, allowances, adjustments, rejections, recalls and returns;

(ii)  price reductions or rebates, retroactive or otherwise, imposed by government authorities;

(iii)  sales, excise, turnover, inventory, value-added and similar taxes assessed on the royalty-bearing sale of Products;

CONFIDENTIAL
JH 008084

-5-

(iv)    transportation, importation, insurance and other handling expenses directly chargeable to the royalty-bearing sale of Products;

(v)    charge backs granted to unaffiliated drug wholesalers; and

(vi)    the portion of management fees paid to unaffiliated group purchasing organizations that relate specifically to the royalty-bearing sale of Products.

(b)    With respect to a Product which is sold together with any other products and/or services in a country at a unit price, whether packaged together or separately (a "Bundled Product"), the Net Sales of such Bundled Product shall first be calculated in accordance with the definition of Net Sales under paragraph (a), and then the Net Sales of such Bundled Product shall be determined on a country-by-country basis as follows:

(i)    multiply the Net Sales of such Bundled Product in such country by the fraction A/(A+B) where A is the average selling price of such Product in such country when sold separately and B is the total of the average selling prices in such country of each such other product(s) and/or service(s) in such Bundled Product when sold separately; or

(ii)    if (x) either the average selling price of such Product or the total of the average selling prices of each such other products and/or services in such Bundled Product in such country is not available as of such date or (y) such Product is not sold separately in such country, multiply the Net Sales of such Bundled Product in such country by a percentage determined by the mutual agreement of the Parties which represents the proportionate economic value in such country of such Product relative to the economic value in such country contributed by the other products and/or services in such Bundled Product.

(c)    With respect to a Combination Product, the Net Sales of such Combination Product shall first be calculated in accordance with the definition of Net Sales under paragraph (a), and then the Net Sales of such Combination Product shall be determined on a country-by-country basis as follows:

(i)    multiply the Net Sales of such Combination Product in such country by the fraction A/(A+B), where A is the total of the average selling prices of the Program Compounds in such

CONFIDENTIAL
JH 008085

-6-

Combination Product when sold separately in such country and B is the total of the average selling prices of each other therapeutically active ingredient when sold alone as a pharmaceutical product in such country; or

(ii)    if (x) either the average selling price of all Program Compounds in such Combination Product or the total of the average selling prices of each other therapeutically active ingredient in such Combination Product in such country is not available or (y) such Program Compounds are not sold separately in such country, multiply the Net Sales of such Combination Product by a percentage determined by mutual agreement of the Parties, which represents the proportionate economic value in such country of all Program Compounds in such Combination Product relative to the economic value in such country contributed by all other therapeutically active ingredients in such Combination Product.

(d)    For purposes of this paragraph (d), a "Premium Delivery System" means any delivery system comprising device(s), equipment, instrumentation or other non-ingestible components (but not solely containers or packaging) designed to assist in the administration of a Product, such as the Abbott ADD-Vantage® System. With respect to a Product which is sold together with a Premium Delivery System (a "Delivery System Product") in a country at a unit price, the Net Sales of such Delivery System Product shall first be calculated in accordance with the definition of Net Sales under paragraph (a), and then the Net Sales of such Product shall be determined on a country-by-country basis as follows:

(i)    if the Product is sold separately without the Premium Delivery System in a country, reduce the Net Sales of such Delivery System Product in such country by the amount that the average selling price of the Delivery System Product in such country exceeds the average selling price of such Product as sold separately in such country; or

(ii)    if the Product is not sold separately without the Premium Delivery System in such country, reduce Net Sales of such Delivery System Product by an amount, determined by mutual agreement of the Parties, which represents the proportionate economic value in such country added by the Premium Delivery System.

(e)    Net Sales shall not include any sales of Products containing one Program Compound (and no other Program Compound) known as (i) ABT-751 by Eisai Co. Ltd., its affiliates or licensees in the Eisai Territory or (ii) ABT-

CONFIDENTIAL
JH 008086

-7-

773 by Taisho Pharmaceutical Co., Ltd., its affiliates or licensees in Japan. Notwithstanding the foregoing sentence, Net Sales shall include in all instances sales by such parties of such products that are outside such territories, respectively.

1.32    "Parties" shall mean Abbott and John Hancock.

1.33    "Patents" shall have the meaning set forth in Section 12.2(e).

1.34    "Phase I Clinical Trial" shall mean a clinical trial of a Program Compound which utilizes a limited number of human beings preliminarily to address safety and to determine what doses can be safely tolerated.

1.35    "Phase II Clinical Trial" shall mean a controlled clinical trial, the primary objective of which is to ascertain additional data regarding the safety and tolerance of one of the Program Compounds and preliminary data regarding such Program Compound's efficacy.

1.36    "Phase III Clinical Trial" shall mean one or a series of controlled pivotal studies of a specific Program Compound by administration of such Program Compound to human beings where the principal purpose of such trial is to provide confirmatory safety and efficacy data necessary to support the filing for Regulatory Approval of a Product.

1.37    "Preclinical Programs" shall mean the following preclinical and clinical programs with potential backup compounds in accordance with Section 4.3(a): the FTI Program, the ED Program and the MMPI Program.

1.38    "Premium Delivery System" shall have the meaning given in paragraph (d) of the definition of Net Sales.

1.39    "Product" shall mean any product containing one or more of the Program Compounds as an active ingredient, alone or in combination with other active ingredients (including any Bundled Product and any Combination Product).

1.40    "Program Compounds" shall mean (i) the compounds listed on Exhibit 1.40; (ii) the first compound (the selection of which shall be consistent with Abbott using Commercially Reasonable Efforts) from each of the Preclinical Programs to enter Phase I Clinical Trial; (iii) any compounds or products substituted or added by Section 4.3; (iv) all line extensions and formulations of the foregoing; and (v) all analogs, isomers, improvements, derivatives and modifications of the foregoing unless such analog, isomer, improvement, derivative or modification would be considered a new chemical entity and required by the FDA to reenter Phase I Clinical Trial. A compound or product shall be considered a Program Compound regardless of the indication for which it is used.

1.41    "Program Inventions" shall have the meaning given in Section 5.1.

CONFIDENTIAL
JH 008087

-8-

1.42 "Program Payments" shall have the meaning given in Section 3.1.

1.43 "Program Related Costs" shall mean (i) all direct and indirect costs and expenses that are incurred by Abbott on the Research Program during a given Program Year and allocated in a manner consistent with Abbott's internal, pharmaceutical products division-wide allocation procedures; and (ii) the milestone and license fees paid during a given Program Year or during any extension period of the Program Term by Abbott to (a) Eisai Co. Ltd. (not to exceed Eighteen Million Dollars ($18,000,000) in the aggregate with respect to the Program Compound known as ABT-751 pursuant to the Eisai Agreement) and (b) Wakunaga Pharmaceutical Co., Ltd. (not to exceed Twenty Seven Million Five Hundred Thousand Dollars ($27,500,000) in the aggregate with respect to the Program Compound known as ABT-492 pursuant to the Wakunaga Agreement). Any payments made by Abbott to John Hancock pursuant to Sections 6.2 and 6.3(a), (b), (c), (d) and (e) shall constitute Program Related Costs. Any payment made by Abbott to John Hancock pursuant to Section 6.3(f) shall not constitute Program Related Costs. Set forth on Exhibit 1.43 is an example of the calculation of Program Related Costs for a particular Program Compound.

1.44 "Program Term" shall mean a period of four (4) consecutive Program Years.

1.45 "Program Year" shall mean a period of twelve (12) consecutive calendar months commencing on January 1 of each year, except that the first Program Year shall commence on the Execution Date and end on December 31, 2001.

1.46 "Quarterly Reporting Period" shall mean the calendar quarter with respect to the U.S. Territory together with the fiscal quarter ending on the final day of February, May, August and November (as the case may be) with respect to the International Territory. For example, the Quarterly Reporting Period that comprises the second calendar quarter with respect to the U.S. Territory also includes the period from March 1 through May 31 with respect to the International Territory. If Abbott adopts the calendar year as its fiscal year for the International Territory, then the Quarterly Reporting Period for the International Territory shall also be the calendar quarter.

1.47 "Research Program" shall mean all of Abbott's, its Affiliates' and Subcontractors' activities directed towards obtaining Regulatory Approval for the Products, including research, development, safety and efficacy studies, clinical trials, process development, formulation work, regulatory, quality, data collection and analysis and project management.

1.48 "Regulatory Approval" shall mean: (i) with respect to the U.S. Territory, the receipt of approval from the FDA to market a Product in the U.S. Territory; and (ii) with respect to any country in the International Territory, receipt of the governmental approvals required to market a Product in such country, including any pricing and reimbursement authorization required in such country.

CONFIDENTIAL
JH 008088

-9-

1.49 "Replacement Compound" shall mean a compound (i) made available to Abbott as a result of any transaction involving Abbott or its Affiliates (whether by merger, acquisition or sale of assets or equity, or by license or otherwise), (ii) used for the same class of indications as the Ceased Compound (for example, anti-infectives, cancer, cardiovascular or pain), and (iii) having at least the current and projected potential commercial value to John Hancock as the Ceased Compound.

1.50 "Royalty Term" shall mean, with respect to each Product in each country, a period of ten (10) years from the later of (x) the date of First Commercial Sale of such Product in such country and (y) the two year anniversary of the Execution Date; provided that (i) the obligation to make royalty payments on the Product shall not begin until the two-year anniversary of the Execution Date (and only with respect to Net Sales occurring on or after such date) and (ii) Abbott's obligation to make royalty payments shall cease on December 31, 2015.

1.51 "Subcontractor" shall have the meaning given in Section 2.4.

1.52 "Taisho Agreement" shall mean the Co-Development Agreement dated September 30, 1997 between Taisho Pharmaceutical Co., Ltd. and Abbott related to the Program Compound known as ABT-773.

1.53 "Territory" shall mean both the U.S. Territory and the International Territory, excluding the Eisai Territory with respect to the Program Compound known as ABT-751.

1.54 "U.S. Territory" shall mean the United States of America, excluding Puerto Rico and the U.S. Virgin Islands.

1.55 "Wakunaga Agreement" shall mean the License Agreement dated December 1, 1999 between Wakunaga Pharmaceutical Co., Ltd. and Abbott related to the Program Compound known as ABT-492.

ARTICLE 2
ANNUAL RESEARCH PROGRAM

2.1 Research Program Term. The Research Program shall be conducted by Abbott during the Program Term, and beyond the Program Term until Abbott either abandons development in accordance with the terms hereof or receives Regulatory Approval for each Program Compound, or some combination thereof.

2.2 Research Plan. The Research Program shall be conducted by Abbott in each Program Year in accordance with the Annual Research Plan for such Program Year. The Annual Research Plan will be provided to John Hancock until Abbott either abandons development in accordance with the terms hereof, or receives Regulatory Approval for, each Program Compound in the U.S. Territory, or some combination thereof. The Annual Research Plan shall be prepared

CONFIDENTIAL
JH 008089

-10-

by Abbott and presented to John Hancock at least forty-five (45) days prior to the start of each Program Year. The first Annual Research Plan is attached as Exhibit 1.6. Abbott may modify the Annual Research Plan from time to time in order to best meet the objectives of the Research Program. Any such modifications to the Annual Research Plan shall be promptly provided to John Hancock. In addition, Abbott shall provide an Annual Research Plan for each year after the end of the Program Term as long as there is an active research program for any Program Compounds.

2.3     Conduct of Research. Abbott shall use Commercially Reasonable Efforts to conduct the Research Program in good scientific manner and using good laboratory practices, to achieve the objectives of the Research Program efficiently and expeditiously and to comply with all applicable laws and regulations. Notwithstanding anything in this Agreement to the contrary, Abbott does not represent, warrant or guarantee that the Research Program will be successful in whole or in part or result in the registration or commercialization of any pharmaceutical products or that any Products obtaining Regulatory Approval will be a commercial success.

2.4     Subcontracting Research. Abbott may subcontract or outsource to Affiliates or third persons (each, a "Subcontractor") any portion of the Annual Research Plan. Consistent with Abbott's past practices, each Subcontractor shall enter into a confidentiality agreement with Abbott and agreements pursuant to which such Subcontractor is required to comply with all applicable laws and regulations, including conducting the Research Program in good scientific manner and using good laboratory practices, with respect to its work on the Research Program. Abbott shall supervise and be responsible under this Agreement for the work of each such Subcontractor on the Research Program and no subcontracting or outsourcing shall relieve Abbott of any of its obligations hereunder.

2.5     Research Reports and Records. Abbott shall, no later than thirty (30) days before the last day of each Program Year, provide John Hancock with a reasonably detailed report setting forth the status of the Research Program and all Program Related Costs expended by Abbott during such Program Year. The Program Related Costs set forth in such report may include good faith estimates with respect to the last three (3) months of the Program Year, provided that the report under this Section 2.5 for the following Program Year contains the actual Program Related Costs for that three (3) month period. Such report shall also contain such other information related thereto as John Hancock may reasonably request from time to time. Abbott shall, and shall cause each Subcontractor to, maintain complete and accurate records, in sufficient detail and in good scientific manner appropriate for patent and regulatory purposes and for purposes of demonstrating compliance with the terms hereof, that fully and properly reflect all work done, results achieved and Program Related Costs expended in performance of the Research Program. The books and records of Abbott and each Subcontractor related to the Research Program, including, without limitation, those related to the expenditure of Program Related Costs, shall be subject to copying, inspection and audit by (and at the expense of) John Hancock at any time and from time to time. Such audit shall occur upon reasonable notice and during normal business hours by an independent auditor selected by John Hancock and reasonably acceptable to Abbott. John Hancock and its independent auditor shall maintain such

CONFIDENTIAL
JH 008090

-11-

records and information of Abbott in confidence in accordance with Article 10 and shall not use such records or information except to the extent permitted by this Agreement, including any enforcement of the provisions hereof. In the event that such audit reveals any material breach of Abbott's responsibilities hereunder, Abbott shall (i) pay the reasonable fees and expenses charged by such auditor, and (ii) fully and promptly cure such breach.

ARTICLE 3
RESEARCH FUNDING

3.1   John Hancock Program Payments. John Hancock shall make the following installment payments on the applicable payment date (the "Payment Date"), for the applicable Program Year, to Abbott to help support the Research Program (the "Program Payments"):

| Payment Date | Amount | Program Year |
|---|---|---|
| December 1, 2001 | $50,000,000 | First |
| December 1, 2002 | $54,000,000 | Second |
| December 1, 2003 | $58,000,000 | Third |
| December 1, 2004 | $52,000,000 | Fourth |

All Program Payments shall be expended by Abbott on Program Related Costs and for no other purpose. If John Hancock has not received at least thirty (30) days prior to the Payment Date both (i) the Annual Research Plan for such year and (ii) the report described in Section 2.5 for the previous Program Year, then John Hancock's obligation to make the Program Payment due on such Payment Date shall be suspended until thirty (30) days have elapsed from the date of John Hancock's receipt of both such Annual Research Plan and report.

3.2   Abbott Funding Obligation. Abbott shall spend on Program Related Costs: (i) during each Program Year, at least the Annual Minimum Spending Target for such Program Year and (ii) at least the Aggregate Spending Target during the Program Term. John Hancock's sole and exclusive remedies for Abbott's failure to fund the Research Program in accordance with this Section 3.2 (but not for any other breach of Abbott's other obligations hereunder) are set forth in Sections 3.3 and 3.4.

3.3   Carryover Provisions. Abbott shall be permitted to change its funding obligations under Section 3.2 only as follows:

(a)   If in any Program Year Abbott spends on Program Related Costs, the full amount of the Program Payment provided by John Hancock for such Program Year, but does not spend the full amount of the Annual Minimum Spending Target for such Program Year (including any Annual Carryover Amounts from any prior Program Years), Abbott will spend on Program Related Costs the difference between its expenditure on Program Related Costs for such Program Year and the Annual Minimum Spending Target

M:\Domestic\Pals & Adams\John Hancock\JH rfa FINAL.DOC                Last printed 3/13/01 1:47 PM

CONFIDENTIAL

-12-

for such Program Year (the "Annual Carryover Amount") in the subsequent Program Year. John Hancock's obligation to make any Program Payment for such subsequent Program Year, if any, pursuant to Section 3.1, shall be deferred until the time that Abbott has spent and notifies John Hancock that it has spent the Annual Carryover Amount in such subsequent Program Year; and

(b)    If Abbott does not expend on Program Related Costs the full amount of the Aggregate Spending Target during the Program Term, Abbott will expend the difference between its expenditures for Program Related Costs during the Program Term and the Aggregate Spending Target (the "Aggregate Carryover Amount") on Program Related Costs during the subsequent year commencing immediately after the end of the Program Term. If Abbott does not spend the Aggregate Carryover Amount on Program Related Costs during such subsequent year, Abbott will pay to John Hancock one-third of the Aggregate Carryover Amount that remains unspent by Abbott, within thirty (30) days after the end of such subsequent year.

3.4    Termination of John Hancock's Program Payment Obligation. If Abbott: (i) abandons development of all Preclinical Programs and Program Compounds in any Program Year during the Program Term (it being understood that such abandonment need not occur entirely in one Program Year); (ii) does not expend on Program Related Costs during any Program Year the full amount of the Program Payment made by John Hancock for such Program Year; (iii) does not reasonably demonstrate in its Annual Research Plan, its intent and reasonable expectation to expend on Program Related Costs during the next Program Year an amount in excess of the Program Payment to be provided by John Hancock for such year; or (iv) does not reasonably demonstrate in its Annual Research Plan its intent and reasonable expectation to expend on Program Related Costs during the Program Term an amount in excess of the Aggregate Spending Target, John Hancock's obligation to make any remaining Program Payments for any succeeding Program Years pursuant to Section 3.1 shall terminate. For the avoidance of doubt, the Program Payments for the Program Year in which such event occurs shall still be due and payable, adjusted only as set forth in the next sentence, if applicable. In addition, in the case of either (i) or (ii) above, Abbott shall (not later than the 10th day following such event) pay to John Hancock (x) the amount, if any, by which the Program Payment made by John Hancock for such year (in the case of (i) above meaning the Program Year in which all Preclinical Programs and Program Compounds were finally abandoned), if any, exceeds one-half of the Program Related Costs actually spent by Abbott during that Program Year and (y) such additional amount that, after giving effect to the payments referred to in this sentence, causes the Program Related Costs for all years in the Program Term to date to have been funded one-third (1/3) by John Hancock and two-thirds (2/3) by Abbott.

3.5    Hancock Funding Obligation. John Hancock's entire obligation hereunder shall be limited to providing the Program Payments set forth in Section 3.1. Abbott shall be solely

CONFIDENTIAL
JH 008092

-13-

responsible for funding all Program Related Costs in excess of the Program Payments from John Hancock.

## ARTICLE 4
## PRODUCT RESEARCH AND DEVELOPMENT

4.1    Commercially Reasonable Efforts.  Abbott shall be solely responsible for the clinical development, government approval, manufacturing, marketing, sales and distribution of Products. Abbott will use, and will cause each of its Affiliates and Licensees to use, Commercially Reasonable Efforts to pursue the clinical development, government approval, manufacturing, marketing, sales and distribution of Products throughout the Territory.  The obligations of Abbott, its Affiliates and Licensees with respect to any Product under this Article 4 are expressly conditioned upon the safety, efficacy and commercial feasibility of each Product, consistent with using Commercially Reasonable Efforts, but no license, assignment or other transfer of rights by Abbott will modify or reduce Abbott's obligations hereunder (except as set forth in Article 14).  It is the parties' expectation that under normal circumstances Abbott will file for Regulatory Approval with respect to each Product in Europe within two (2) years from the date of the NDA filing for such Product in the U.S. Territory and in Japan within five (5) years from such NDA filing date; provided, however, that these time frames may be extended or otherwise altered based upon unforeseen circumstances that legitimately impact such regulatory filings in such foreign jurisdictions.

4.2    Marketing and Sale Responsibility.  Without limiting the generality of Section 4.1, within six (6) months of obtaining Regulatory Approval for a Product in a given country, Abbott, its Affiliates or Licensees shall commence to market and sell Product in such country.  Abbott's obligation to market and sell a Product shall not apply to a Product in any country if Abbott has not commenced or has ceased marketing and selling such Product in such country substantially on account of adverse business or financial conditions caused by the regulatory authorities or other governmental authorities of such country (including not commencing marketing and selling in a country where the regulatory authorities have price or reimbursement approval and the price or reimbursement approval or that proposed by the regulatory authorities or government authorities is unacceptable to Abbott) which causes the marketing and sale of such Product in such country to be contrary to the financial best interests of John Hancock and Abbott; provided, however, that Abbott, its Affiliates or Licensees shall commence or resume marketing and sale of such Product in such country as soon as reasonably practical after such adverse business or financial conditions cease to exist.

CONFIDENTIAL
JH 008093

4.3    Failure of Program Compound to Progress.

(a)    Preclinical Programs: ED Program, FTI Program and MMPI Program.
With respect to any Program Compound resulting from a Preclinical Program that Abbott ceases to develop past Phase I Clinical Trial (i.e., does not enter a Phase II Clinical Trial) (a "Failed Early Stage Program

-14-

Compound"), for which Abbott or its Affiliates has or will have one or more other compounds in such respective Preclinical Program (which includes all in-licensed compounds not yet approved for marketing), the next compound to enter Phase I Clinical Trials from such Preclinical Program shall be considered a Program Compound in all respects hereunder, as of the date of the cessation of such Failed Early Stage Program Compound; provided however, with respect to each Preclinical Program, there shall be no more than three Program Compounds substituted under this Section 4.3(a) (for an aggregate maximum of nine (9) such substitutions for all Preclinical Programs). At the time a Preclinical Program becomes a Ceased Program, Abbott shall have no further obligation to provide a substitute for a Failed Early Stage Program Compound.

(b)     <u>Failure of ABT-492 or ABT-510 to Yield a Compound that Enters a Phase II Clinical Trial</u>. If (i) ABT-492 fails to enter a Phase II Clinical Trial, or (ii) ABT-510 fails to enter a Phase II Clinical Trial, then within six (6) months after the failure of the first such Program Compound to enter a Phase II Clinical Trial, Abbott shall substitute a compound in a Phase II Clinical Trial having a commercial value not less than that currently expected for ABT-492 and ABT-510, respectively (as of the date of execution of this Agreement).

(c)     <u>Cessation as a Result of an Acquired Replacement Compound</u>. If Abbott ceases or substantially ceases developing, marketing or selling any Program Compound (that is in Phase I or beyond) or Product (a "Ceased Compound"), and if such cessation or substantial cessation is a result of Abbott's acquisition of a Replacement Compound, then the Replacement Compound shall be considered a Program Compound and/or Product from the date of such acquisition and the Ceased Compound shall no longer be considered a Program Compound.

In the event that the Replacement Compound has been approved for marketing by the FDA and the Ceased Compound has not been approved for marketing by the FDA as of the date of such acquisition, Section 4.3(d) shall apply and the first paragraph of this Section 4.3(c) shall not apply.

In the event that the Ceased Compound has been approved for marketing by the FDA as of the date of such acquisition, John Hancock shall have the option, in its sole discretion, to have Abbott maximize the commercial value of the Ceased Compound pursuant to Section 4.3(d) instead of having the Ceased Compound be subject to this Section 4.3(c).

CONFIDENTIAL
JH 008094

-15-

(d)   Cessation for Reasons Other than Section 4.3(c).  If a Program Compound (that is in Phase I or beyond) or Product becomes a Ceased Compound for any reason not as a result of the acquisition of a Replacement Compound as set forth in Section 4.3(c) above and provided that such Ceased Compound has commercial value, then

    (i)   as soon as is practicable Abbott shall maximize the commercial value, if any, of the Ceased Compound to both parties by out-licensing or divesting such Ceased Compound to a third party; provided, however, if the out-licensing or divestiture of such Ceased Compound requires the approval of Taisho Pharmaceutical Co., Ltd. (in the case of Program Compound ABT-773), Eisai Co., Ltd. (in the case of Program Compound ABT-751) or Wakunaga Pharmaceutical Co., Ltd. (in the case of Program Compound ABT-492), pursuant to the respective In-License Agreement, and such entity does not grant such approval, then Abbott shall within a reasonable period of time but not more than three months substitute a compound (which shall thereupon become a "Program Compound") having at least the current and projected potential commercial value as such Ceased Compound;

    (ii)   John Hancock shall be permitted (but have no obligation) to assist in such out-license and/or divestiture effort; and

    (iii)   Abbott shall remunerate John Hancock based on the sales of such Ceased Compound by the third party that has acquired or licensed the Ceased Compound (the "Acquirer") in a manner most consistent with the allocation that would have applied hereunder had such Ceased Compound not been so out-licensed or divested, i.e., in accordance with the royalties and milestones payable hereunder.  The appropriate royalty rate payable to John Hancock shall be determined by adding the Acquirer's Net Sales of the Ceased Compound to the total Net Sales of other Products.

(e)   Divestiture.  Notwithstanding anything herein to the contrary, Abbott shall not divest or out-license any Program Compound (which shall mean a sale, license or other transfer by Abbott of the right to develop, market and sell any Product containing such Program Compound either (i) in all of North America or (ii) in the countries of Japan and/or the European Union that have at least two-thirds of the total population of Japan and the European Union), without John Hancock's prior written consent, which consent shall not be unreasonably withheld; provided however, if such Program Compound is being divested as a result of direction from the

M:\Domestic\Pais & Adams\John Hancock\JH rls FINAL.DOC      • Last printed 3/13/01 1:47 PM

CONFIDENTIAL
HJ 009065

-16-

Federal Trade Commission to so divest, John Hancock's written consent shall not be required.

(f)   Notice and Information. Abbott shall promptly notify John Hancock upon occurrence of any decision by Abbott to cease or substantially cease developing, marketing or selling any Program Compound or Product. In addition, Abbott shall provide to John Hancock all information reasonably requested by John Hancock related to any Replacement Compound, Program Compound, or Product that is subject to the provisions of this Section 4.3.

(g)   Commercially Reasonable Efforts. Nothing in this Section 4.3 shall lessen any of Abbott's other obligations under this Agreement nor permit Abbott to perform in any manner that is not clearly consistent with using its Commercially Reasonable Efforts hereunder.

4.4   Arm's-Length. Abbott shall not research, develop, manufacture, market, sell, distribute, out-license or otherwise treat any Program Compounds or Products differently, as compared to any other Abbott compounds or products, on account of any of John Hancock's rights hereunder. Furthermore, all distribution agreements, licenses, out-licenses and other agreements relating to the research, development, manufacturing, marketing, sale, distribution, licensing, out-licensing or divestiture of and all other transactions involving any Program Compounds or Products to or with any third party (except to Abbott's Affiliates) shall be on arm's-length terms and conditions.

4.5   In-License Agreements. Abbott shall comply in all material respects with the terms and conditions of the In-License Agreements. Abbott shall not amend the In-License Agreements or waive any of its rights thereunder without John Hancock's prior written consent (such consent not to be unreasonably withheld), unless such amendment or waiver does not have and would not have a material adverse effect on John Hancock's interests hereunder. To the extent that Abbott or any of its Affiliates obtains the right to market, distribute or sell Products containing the Program Compound known as ABT-751 in the Eisai Territory, then sales by Abbott, its Affiliates and Licensees of such Products in such territory shall be included in all respects hereunder (including without limitation in Net Sales and the Territory).

ARTICLE 5
PROGRAM INVENTIONS

CONFIDENTIAL
JH 008096

5.1   Ownership. As between Abbott and John Hancock, all inventions, innovations, ideas, discoveries, technology, know-how, methods, data, applications and products (in each case whether or not patentable) arising from the Research Program or otherwise related to the Program Compounds (collectively, the "Program Inventions") shall be exclusively owned by or assigned to Abbott. Abbott shall not divest, out-license or otherwise transfer any of its right, title

-17-

or interest in or to any Program Inventions which would prevent or impair Abbott's ability to
fulfill its obligations to John Hancock under this Agreement.

5.2     Patent Prosecution and Maintenance. To the extent it owns a Program Invention
or has the contractual right to pursue patent protection for a Program Invention, Abbott will use
Commercially Reasonable Efforts to obtain patent protection for the Program Inventions in the
Territory. As between Abbott and John Hancock, Abbott shall be responsible for all costs and
expenses and control all decisions related to pursuing such patent protection, including the
preparation, filing (foreign and/or domestic), prosecution, issuance and maintenance of patent
applications or patents covering Program Inventions.

5.3     Enforcement. As between Abbott and John Hancock, Abbott shall have the sole
right and authority to enforce the patents or any other rights arising from the Program Inventions
(including without limitation the Patents) against any infringers. If Abbott initiates any action or
lawsuit to enforce such patents or other rights, it shall be solely responsible for the cost and
expense thereof. Abbott will promptly notify John Hancock at such time as it becomes aware of
any infringement activities and of any such enforcement actions or lawsuit, and Abbott will
provide information concerning them as reasonably requested by John Hancock. All moneys
recovered upon the final judgment or settlement of any such action or lawsuit, less the out-of-
pocket cost and expense thereof, shall be allocated between Abbott and John Hancock
proportional to Abbott's lost profits and John Hancock's lost royalties as a result of such
infringement.

## ARTICLE 6
## MILESTONE PAYMENTS TO JOHN HANCOCK

6.1     [Intentionally omitted].

6.2     Management Fee. On December 1, 2002, 2003 and 2004, Abbott shall pay to
John Hancock a management fee, each of which shall be in the amount of Two Million Dollars
($2,000,000).

6.3     Milestone Notification and Payments. Abbott shall promptly notify John
Hancock of the occurrence any of the following events that give rise to Abbott's obligation to
make a payment pursuant to this Section 6.3 (each, a "Milestone Payment"). Except as
hereinafter limited, Abbott shall pay the following Milestone Payments to John Hancock in the
amounts and at the times set forth below with respect to each Program Compound:

(a)     One Million Dollars ($1,000,000) shall be paid within thirty (30) days
after the allowance by the FDA of each Investigational New Drug
Application for such Program Compound;

CONFIDENTIAL
JH 008097

-18-

(b)    Two Million Dollars ($2,000,000) shall be paid within thirty (30) days after the initiation of each Phase I Clinical Trial with such Program Compound;

(c)    Three Million Dollars ($3,000,000) shall be paid within thirty (30) days after the initiation of each Phase II Clinical Trial with such Program Compound;

(d)    Four Million Dollars ($4,000,000) shall be paid within thirty (30) days after the initiation of each Phase III Clinical Trial with such Program Compound; and

(e)    Five Million Dollars ($5,000,000) shall be paid within thirty (30) days after the filing of each NDA with the FDA for such Program Compound.

In addition, except as hereinafter limited, Abbott shall pay the following Milestone Payments to John Hancock in the amounts and at the times set forth below:

(f)    (i)    Twenty Million Dollars ($20,000,000) shall be paid within thirty (30) days after the Regulatory Approval of the first Product in the U.S. Territory;

    (ii)    Ten Million Dollars ($10,000,000) shall be paid within thirty (30) days after the Regulatory Approval of the second Product in the U.S. Territory; and

    (iii)    Ten Million Dollars ($10,000,000) shall be paid within thirty (30) days after the Regulatory Approval of third Product in the U.S. Territory.

The aggregate of Milestone Payments under Section 6.3(a), (b), (c), (d), and (e) for all Program Compounds shall be limited to Eight Million Dollars ($8,000,000), and once such aggregate limit has been paid, no further payments shall be due and payable under Sections 6.3(a), (b), (c), (d) or (e).

The aggregate of Milestone Payments under Sections 6.3(a), (b), (c), (d) and (e) for all Program Compounds shall be limited to zero dollars ($0) during the first Program Year, Two Million Dollars ($2,000,000) during the second Program Year, and Six Million Dollars ($6,000,000) during the third Program Year, and once such annual limit has been reached for these particular Program Years, no further payments shall be due under Sections 6.3(a), (b), (c), (d) and (e) for the remainder of such Program Year; provided that any amounts that would have been due to John Hancock but for such annual limits shall be paid in subsequent Program Years so long as the Program Compound to which it relates has not been abandoned, divested or out-licensed by Abbott, subject to the Eight Million Dollar ($8,000,000) limitation set forth above. Subject to

CONFIDENTIAL
IH 008069

-19-

the limitations above, the Milestone Payments under Sections 6.3(a), (b), (c), (d) and (e) may be made more than once with respect to each Program Compound.

The aggregate of Milestone Payments under Section 6.3(f) for all Program Compounds shall be limited to Forty Million Dollars ($40,000,000), and once such aggregate limit has been paid, no further payments shall be due and payable under Section 6.3(f). In addition, Milestone Payments under Section 6.3(f) shall not be paid more than once for any particular Program Compound.

Exhibit 1.40 sets forth the current stage of clinical development for each Program Compound.

## ARTICLE 7
## ROYALTIES

7.1   Royalty Rates.  Subject to the limitation set forth below, Abbott shall pay to John Hancock royalties equal to the following percentages of Net Sales, aggregated on a yearly basis, of all Products in the Territory:

| Royalty percentage | Yearly Net Sales (in millions) of all Products in the Territory |
|---|---|
| 8.5% of those Net Sales | up to $400 |
| and then 4% of those Net Sales | in excess of $400 up to $1,000 |
| and then 1% of those Net Sales | in excess of $1,000 up to $2,000 |
| and then 0.5% of those Net Sales | in excess of $2,000 |

Net Sales shall be aggregated yearly (i) in the case of the U.S. Territory, on a calendar year basis, together with (ii) in the case of the International Territory, on a December 1 to November 30 basis, in each case consistent with the determination of Quarterly Reporting Periods.

7.2   Royalty Term.  The duration of the obligation to make royalty payments on each Product shall be determined on a country-by-country basis and shall last for the duration of the Royalty Term in each given country for such Product.

## ARTICLE 8
## ROYALTY REPORTS AND ACCOUNTING

8.1   Reports. Exchange Rates.  With respect to every Quarterly Reporting Period for which Abbott is obligated to pay any royalty hereunder, Abbott shall furnish to John Hancock a single written report for such Quarterly Reporting Period within sixty (60) days after the end of such Quarterly Reporting Period (that is, within sixty (60) days after each March 31, June 30, September 30 and December 31, as the case may be) showing in reasonably specific detail:

CONFIDENTIAL
JH 008099

-20-

(a)  the total gross sales in each country for each Product sold by Abbott, its Affiliates and Licensees in the Territory and the detailed calculation of Net Sales from gross sales in each country for each Product;

(b)  the royalties payable in Dollars, if any, which shall have accrued hereunder;

(c)  the dates of the First Commercial Sale of each Product in any country in the Territory during such Quarterly Reporting Period; and

(d)  the exchange rates used in determining the amount of Dollars.

With respect to sales of Products invoiced in Dollars, the gross sales, Net Sales (including all adjustments and deductions permitted to be made hereunder in calculating the same), and royalties payable shall be expressed in Dollars.  With respect to sales of Products invoiced in a currency other than Dollars, the gross sales, Net Sales (including all adjustments and deductions permitted to be made hereunder in calculating the same) and royalties payable shall be expressed in their Dollar equivalent, calculated using the Inter Bank rate set forth in the International Report published by International Reports Inc. as Foreign Exchange Rates quoted in New York on the day nearest the last business day of the Quarterly Reporting Period.

8.2  Audits.

(a)  Upon the written request of John Hancock and, in the absence of any breach by Abbott hereunder, not more than once in each calendar year, Abbott shall permit John Hancock and an independent certified public accounting firm of nationally recognized standing, selected by John Hancock and reasonably acceptable to Abbott, at John Hancock's expense, to have access during normal business hours to such of the records of Abbott, its Affiliates and Licensees to verify the accuracy of the royalty reports and the amounts and calculation of any payments required hereunder for any year ending not more than five (5) years prior to the date of such request.

(b)  If such accounting firm concludes that additional royalties or other payments were owed during such period, Abbott shall have the option to invoke the proceedings of Section 16.7 below or pay the additional royalties or other payments within thirty (30) days after the date John Hancock delivers to Abbott such accounting firm's written report so concluding.  The reasonable fees and expenses charged by such accounting firm shall be paid by John Hancock; provided, however, if the audit discloses that the amounts payable by Abbott for any Quarterly Reporting Period are more than one hundred five percent (105%) of the royalties

CONFIDENTIAL
JH 008100

-21-

actually paid for such period, then Abbott shall pay the reasonable fees and expenses charged by such accounting firm.

(c)    Abbott shall cause its Affiliates to, and shall include in each license granted by it relating to a Program Compound or Product a provision requiring the Licensee to, (i) make reports to Abbott, (ii) keep and maintain records of Net Sales made pursuant to such license and (iii) grant access to such records by John Hancock and its accounting firm or other auditor to the same extent required of Abbott under this Agreement.

(d)    All reports and payments not disputed as to correctness by John Hancock within five (5) years after receipt thereof shall thereafter conclusively be deemed correct for all purposes, and Abbott, its Affiliates and Licensees shall be released from any liability or accountability with respect to such reports and payments.

8.3    Confidential Financial Information. John Hancock shall treat all information subject to review under this Article 8, and shall cause its accounting firm to agree to treat all such information, in accordance with the provisions of Article 10.

8.4    Accounting Principles. All accounting hereunder, including without limitation all determinations of gross sales, Net Sales (including all adjustments and deductions permitted to be made hereunder in calculating the same), Program Related Costs and all calculations underlying such determinations, shall be made in accordance with generally accepted accounting principles as in effect in the United States, consistently applied.

**ARTICLE 9**
**PAYMENTS**

CONFIDENTIAL
JH 008101

9.1    Payment Terms. With respect to every Quarterly Reporting Period for which Abbott is obligated to pay a royalty hereunder, such royalties shall be due and payable in a single payment within sixty (60) days of the end of such Quarterly Reporting Period (that is, within sixty (60) days of each March 31, June 30, September 30 and December 31, as the case may be). Payment of royalties may be made in advance of such due date.

9.2    Payment Method. All royalties and other payments by Abbott to John Hancock under this Agreement shall be made by bank wire transfer in immediately available funds in accordance with the instructions set forth on Exhibit 9.2 attached hereto or in accordance with such other instructions as John Hancock may give from time to time.

9.3    Late Payments. Each party shall pay interest to the other on the aggregate amount of any payments by it that are not paid on or before the date such payments are due under this Agreement, including, without limitation, any disputed payments or payments resulting from any

-72-

audit, at a rate per annum equal to the lesser of (a) the prime rate of interest plus two hundred (200) basis points as reported by Citibank, N.A. in New York, from time to time (with any change in such reported rate being effective immediately for purposes hereof), or (b) the highest rate permitted by applicable law, calculated on the number of days such payments is delinquent until paid in full in cash. All such amounts shall be payable upon demand.

## ARTICLE 10
## CONFIDENTIALITY

10.1 Nondisclosure Obligations. Except as otherwise provided in this Article 10, during the term of the Agreement and for a period of ten (10) years thereafter, (a) John Hancock shall maintain in confidence in accordance with such procedures as are adopted by John Hancock to protect its own confidential information and shall use only for purposes of this Agreement (including, without limitation, enforcement of the terms hereof), information and data related to the Program Compounds or Products; and (b) John Hancock shall also maintain in confidence in accordance with such policies, and use only for purposes of this Agreement, all information and data supplied by Abbott under this Agreement, which if disclosed in writing is marked "confidential", if disclosed orally is promptly thereafter summarized and confirmed in writing to the other party and marked "confidential", or if disclosed in some other form is marked "confidential."

10.2 Permitted Disclosures. For purposes of this Article 10, information and data described in clause (a) or (b) above shall be referred to as "Confidential Information". John Hancock may disclose Confidential Information as required by applicable law, regulation or judicial process, provided that John Hancock shall, if legally permitted, give Abbott prompt written notice thereof. The obligation not to disclose or use Confidential Information shall not apply to any part of such Confidential Information that (i) is or becomes patented, published or otherwise part of the public domain other than by acts or omissions of John Hancock in contravention of this Agreement; or (ii) is disclosed to John Hancock by a third party, provided such Confidential Information was not obtained on a confidential basis by such third party from Abbott, its Affiliates or Licensees; or (iii) prior to disclosure under the Agreement, was already in the possession of John Hancock, provided such Confidential Information was not obtained directly or indirectly from Abbott, its Affiliates or Licensees under an ongoing obligation of confidentiality; or (iv) is disclosed in a press release agreed to by both parties under Section 10.3 below.

10.3 Publicity Review. Without the prior written consent of the other party, neither party shall make any statement to the public regarding the execution and/or any other aspect of the subject matter of this Agreement and John Hancock shall not make any statement to the public regarding any work under the Research Program; provided that, Abbott may make statements to the public regarding work done under the Research Program (without reference to or mention of John Hancock) and the commercialization of any Products resulting therefrom in accordance with its standard business practices. John Hancock and Abbott shall not disclose any

CONFIDENTIAL
JH 008102

-23-

terms or conditions of this Agreement to any third party without the prior consent of the other party, except as set forth above in this Section 10.3 or as required by applicable law, regulation or court order. The parties agree not to issue a press release announcing the execution of this Agreement.

## ARTICLE 11
## TERM AND TERMINATION

11.1    Expiration. This Agreement shall expire upon satisfaction of Abbott's obligations to pay royalties under Section 7.2 and all other amounts under this Agreement.

11.2    Termination; Material Breach. It is the parties' express intent that consideration shall be given to remedying any breach of this Agreement through the payment of monetary damages or such other legal or equitable remedies as shall be appropriate under the circumstances and that there shall only be a limited right to terminate this Agreement under the following circumstances.

(a)    In the event that the court, in accordance with the procedures set forth in Section 16.2, has issued a ruling that John Hancock has breached its obligation under Section 3.1 of this Agreement (obligation to make payments), and such ruling specified the actions to be taken by John Hancock on account of such breach, and John Hancock has failed to comply with the terms of such ruling within the time period specified therein for compliance and the time for any appeal has expired without the submission of an appeal, then, in addition to all other rights available to Abbott under law and equity, including its right to enforce such ruling in court, Abbott shall have the right to terminate the Agreement as a result of John Hancock's failure to abide by the terms of this Agreement and such ruling.

(b)    In the event that the court, in accordance with the procedures set forth in Section 16.2, has issued a ruling that Abbott has breached a material obligation under this Agreement, and such ruling specified the actions to be taken by Abbott on account of such breach, and Abbott has failed to comply with the terms of such ruling within the time period specified therein for compliance and the time for any appeal has expired without the submission of an appeal, then, in addition to all other rights available to John Hancock under law and equity, including its right to enforce such ruling in court, John Hancock shall have the right to terminate the Agreement, each as a result of Abbott's failure to abide by the terms of this Agreement and such ruling.

CONFIDENTIAL
JH 008103

-24-

11.3  Effect of Expiration or Termination. Expiration or, if applicable, termination of this Agreement shall not relieve the parties of any obligation accruing prior to such expiration or termination. The provisions of Articles 8 (Royalty Reports and Accounting), 10 (Confidentiality), 11 (Term and Termination), 12 (Warranties and Indemnification) and 16 (Miscellaneous) shall survive the expiration or termination of this Agreement.

ARTICLE 12
WARRANTIES AND INDEMNITY

12.1  John Hancock Representations and Warranties. John Hancock represents and warrants to Abbott that as of the Execution Date:

(a)  The execution and delivery of this Agreement and the performance of the transactions contemplated hereby have been duly authorized by all appropriate John Hancock corporate action. This Agreement constitutes John Hancock's valid and binding legal obligation, enforceable against it in accordance with its terms.

(b)  The performance by John Hancock of any of the terms and conditions of this Agreement on its part to be performed does not and will not constitute a breach or violation of its organizational documents or any other material agreement or understanding, written or oral, to which it is a party or any law, statute, rule or regulation by which it is bound.

(c)  No consent, approval, license or authorization of, or designation, declaration or filing with, any court or governmental authority is or will be required on the part of John Hancock in connection with the execution, delivery and performance by John Hancock of this Agreement or any other agreements or instruments executed and delivered by John Hancock in connection herewith or therewith, including, without limitation, any filings pursuant to federal or state securities laws or pursuant to any federal anti-trust laws.

(d)  Neither John Hancock nor any person acting on its behalf (i) has taken or will take any action which would subject this Agreement and the consummation of the transactions contemplated hereby to the registration or qualification requirements of any federal or state securities laws, (ii) has dealt with any broker, finder or other similar person in connection with the transactions contemplated by this Agreement or (iii) is under any obligation to pay any broker's fee, finder's fee or commission in connection with such transactions.

12.2  Abbott Representations and Warranties. Abbott represents and warrants to John Hancock that as of the Execution Date:

CONFIDENTIAL

-25-

(a)  The execution and delivery of this Agreement and the performance of the transactions contemplated hereby have been duly authorized by all appropriate Abbott corporate action. This Agreement constitutes Abbott's valid and binding legal obligation, enforceable against it in accordance with its terms.

(b)  The performance by Abbott of any of the terms and conditions of this Agreement on its part to be performed does not and will not constitute a breach or violation of its organizational documents or any other agreement or understanding, written or oral, to which it is a party or any law, statute, rule or regulation by which it is bound.

(c)  No consent, approval, license or authorization of, or designation, declaration or filing with, any court or governmental authority is or will be required on the part of Abbott in connection with the execution, delivery and performance by Abbott of this Agreement or any other agreements or instruments executed and delivered by Abbott in connection herewith or therewith, including, without limitation, any filings pursuant to federal or state securities laws or pursuant to any federal anti-trust laws, except those consents, approvals, licenses, authorizations, and other requirements imposed by governmental authorities (both U.S. and foreign) and such declarations and filings with governmental authorities (both U.S. and foreign) required in the normal course of being pharmaceutical research, development, marketing and sale.

(d)  Set forth on Exhibit 12.2(d) is the full name, chemical name, detailed description of the stage of development and current status, for each Program Compound. Set forth on Exhibit 1.6 in each Annual Research Plan is a description of projected milestones and dates thereof, projected year of NDA filing, and projected costs to be incurred by Abbott during the Program Term, for each Program Compound. Such projections were prepared in good faith and with due care based on reasonable assumptions, and represent the reasonable estimate of Abbott based on information available as of the date of such projections and as of the date hereof; it being agreed that such projections do not constitute any warranty as to the future performance of the Program Compounds and that actual results may vary from such projections.

(e)  Set forth on Exhibit 12.2(e) is a list and description of all domestic and foreign patents, patent rights, patent applications and all patent applications that are in the process of being prepared that are owned by or registered in the name of Abbott, or of which Abbott is a licensee or in which Abbott has any right, which claim any of the Program Compounds (the "Patents"). Abbott solely owns all of the Patents, except as indicated

CONFIDENTIAL
JH 008105

-26-

on Exhibit 12.2(e). All of the material Patents have been duly filed in or issued by the United States Patent and Trademark Office or the equivalent foreign patent office identified on Exhibit 12.2(e), as the case may be, and have been properly maintained and renewed in accordance with all applicable laws and regulations. With respect to the Patents that it does not own, Abbott has an exclusive and valid license thereunder to develop, make, have made, use, market and sell (with the right to sublicense) the applicable Program Compounds in the entire Territory; provided however, (i) with respect to Italy, Abbott has such rights that are co-exclusive with Eisai Co. Ltd. for the Program Compound known as ABT-751 and (ii) with respect to Japan, Abbott has such rights that are co-exclusive with Taisho Pharmaceutical Co., Ltd. for the Program Compound known as ABT-773. Except with respect to the Preclinical Programs, to Abbott's knowledge, it is not necessary to obtain or license any patents, patent rights, inventions, copyrights, manufacturing processes, formulae, trade secrets, proprietary rights or know-how that it does not currently have in order to (i) develop, make, have made, use, market and sell the Program Compounds or (ii) conduct the Research Program as heretofore conducted and as proposed to be conducted. Except with respect to those Program Compounds that are the subject of In-License Agreements, the Program Compounds are owned exclusively by Abbott, free and clear of any liens or encumbrances of any other person and, to Abbott's knowledge, Abbott does not require the consent of any other person to develop, make, have made, use, market and sell the Program Compounds.

(f)     Except as set forth in Exhibit 12.2(f) (but in any event, as of the Execution Date, such matters are not, and could not reasonably be expected to be material), Abbott has not received any communications alleging that, and no claim is pending or, to the knowledge of Abbott, threatened to the effect that, the operations of Abbott with respect to the Research Program or the Program Compounds infringe upon or conflict with (or will infringe or conflict with) the asserted rights of any other person under any domestic or foreign patent, trademark, service mark, copyright, trade secret, proprietary right or any other intellectual property right, and, except for the Preclinical Programs, there is no material basis known to Abbott for any such claim (whether or not pending or threatened). No claim is pending or, to the knowledge of Abbott, threatened to the effect that any of the Patents are invalid or unenforceable by Abbott, and there is no material basis known to Abbott for any such claim (whether or not pending or threatened). The publication of any material technical information with respect to the Program Compounds developed by and belonging to Abbott is subject to review and approval under Abbott's existing procedures.

(g)     Except for the In-License Agreements and customary employment and consulting agreements with Abbott's employees and consultants, there are

CONFIDENTIAL
JH 008106

-27-

no outstanding options, licenses, or agreements of any kind relating to the Patents or any of the Program Compounds or the transactions contemplated by this Agreement, which license the Patents or any technical information developed in the course of the clinical development program to any third party to register, market or sell any of the Program Compounds or Products.

(h)    To the knowledge of Abbott with respect to the Research Program and each of the Program Compounds, Abbott is not now, and in performing its obligations hereunder will not be, in any way making an unlawful or wrongful use of any confidential information, know-how, or trade secrets of any other person.

(i)    Neither this Agreement nor any Exhibit to this Agreement (including the compound reports attached as Exhibit 12.2(l) hereto (the "Compound Reports")) contains any untrue statement of material fact or omits to state any material fact necessary to make the statements contained herein or therein not misleading.  There is no fact known to Abbott (other than generally available information concerning the pharmaceutical industry in general) as of the date of this Agreement that has not been disclosed in this Agreement or any Exhibit to this Agreement which has resulted in, or could reasonably be expected to result in, a material adverse effect on the prospects or condition (including safety, efficacy, scientific viability or commercial) of the Research Program or any of the Program Compounds.

(j)    Neither Abbott nor any person acting on its behalf (i) has taken or will take any action which would subject this Agreement and the consummation of the transactions contemplated hereby to the registration or qualification requirements of any federal or state securities laws, (ii) has dealt with any broker, finder or other similar person in connection with the transactions contemplated by this Agreement or (iii) is under any obligation to pay any broker's fee, finder's fee or commission in connection with such transactions.

(k)    Other than generally publicized actions, proceedings or investigations concerning the pharmaceutical industry in general, there is no action, proceeding or investigation pending or, to the knowledge of Abbott, threatened which (i) questions the validity of this Agreement or any action taken or to be taken by Abbott pursuant thereto or (ii) which has resulted in, or could reasonably be expected to result in, a material adverse effect on the prospects or condition (including safety, efficacy, scientific viability or commercial) of the Research Program or any of the Program Compounds.

M:\Domestic\Pals & Adams\John Hancock\UK fla FINAL.DOC                    Last printed 3/13/01 1:47 PM

CONFIDENTIAL

-28-

(l)   With respect to the Research Program and each of the Program Compounds, Abbott has (and in the future will have) obtained, to the extent permitted by law, from each of its employees, consultants, Affiliates and Subcontractors an agreement that reasonably protects Abbott's interest in the Program Inventions, Program Compounds and Products.

(m)   With respect to each Program Compound, since the date of its respective Compound Report, to the knowledge of Abbott, no condition, circumstance or fact has arisen (other than generally available information concerning the pharmaceutical industry in general) nor has Abbott made any change in the conduct of the Research Program which, individually or in the aggregate, has resulted in, or could reasonably be expect to result in, a material adverse effect on the prospects or condition (including safety, efficacy, scientific viability or commercial) of such Program Compounds.

(n)   Each In-License Agreement is valid, binding and in full force and effect, and there is no event which has occurred or exists, which constitutes or which, with notice and/or the passage of time, would constitute a material default or breach under any such contract by Abbott or, to Abbott's knowledge, any other party thereto, or would cause the acceleration of any obligation of any party thereto or give rise to any right of termination or cancellation thereof. Abbott has no reason to believe that the parties to each In-License Agreement will not fulfill their obligations thereunder in all material respects or that such parties do not have the right to grant the licenses granted thereunder. Abbott has no reason to believe that it will not fulfill its obligations under the In-License Agreements. Under the Eisai Agreement, neither Abbott nor its Affiliates has the right to market, distribute or sell Products containing the Program Compound known as ABT-751 in the Eisai Territory (with the exception of Italy).

12.3   No Conflict. Abbott and John Hancock represent and warrant that this Agreement does not, and will not, conflict with any other right or obligation provided under any other agreement or obligation that Abbott or John Hancock has with or to any third party.

12.4   Compliance with Law. Each party represents and warrants to the other that it will comply with all applicable laws, regulations and guidelines in connection with its performance of its obligations and rights pursuant to this Agreement, including the regulations of the United States and any other relevant nation concerning any export or other transfer of technology, services or products.

12.5   No Other Warranties. EACH PARTY TO THIS AGREEMENT AGREES THAT, EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES CONTAINED IN THIS AGREEMENT, NEITHER PARTY MAKES ANY OTHER REPRESENTATIONS OR

CONFIDENTIAL

-29-

WARRANTIES, AND EACH HEREBY DISCLAIMS ANY OTHER REPRESENTATIONS
OR WARRANTIES MADE BY ITSELF OR ANY OF ITS OFFICERS, DIRECTORS,
EMPLOYEES, AGENTS, FINANCIAL AND LEGAL ADVISORS OR OTHER
REPRESENTATIVES, WITH RESPECT TO THE EXECUTION AND DELIVERY OF THIS
AGREEMENT OR THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT,
NOTWITHSTANDING THE DELIVERY OR DISCLOSURE TO THE OTHER OR THE
OTHER'S REPRESENTATIVES OF ANY DOCUMENTATION OR OTHER INFORMATION
WITH RESPECT TO ANY ONE OR MORE OF THE FOREGOING.

12.6    General Indemnification of John Hancock.  Abbott shall indemnify and hold John
Hancock and its Affiliates, agents, directors and employees harmless, and hereby forever releases
and discharges John Hancock and its Affiliates, agents, directors and employees, from and
against all Losses related to or arising out of, directly or indirectly, (i) any negligence,
recklessness or intentional misconduct of Abbott or its Affiliates, agents, directors, employees,
Subcontractors, licensees (including Licensees) or sublicensees in connection with the Research
Program, Program Compounds or Products, or (ii) any manufacture, use, storage, distribution or
sale of the Program Compounds or Products by anyone, including without limitation all Losses
related to any personal injury or death, or (iii) any breach by Abbott of its representations,
warranties or obligations hereunder, or (iv) the consummation of the transactions contemplated
hereby, except, in each case, to the extent any such Losses are the result of (A) any breach by
John Hancock of its representations, warranties or obligations hereunder, or (B) any negligence,
recklessness, or intentional misconduct by John Hancock or its Affiliates, agents, directors,
employees.

12.7    Indemnification Relating to Certain In-Licensed Compounds.  Abbott shall
indemnify and hold John Hancock and its Affiliates, agents, directors and employees harmless,
and hereby forever releases and discharges John Hancock and its Affiliates, agents, directors and
employees, from and against all Losses to the extent related to or arising out of, directly or
indirectly, the fact that Abbott's rights in the Program Compounds known as ABT-773, ABT-492
and ABT-751 and the Patents and other patent rights, copyrights, trade secret rights and other
intellectual property rights related thereto arise from the Taisho Agreement, the Wakunaga
Agreement or the Eisai Agreement respectively, rather than being owned by Abbott as with the
other Program Compounds.  Accordingly, by way of example and without limiting the foregoing,
Abbott's indemnification obligation under this Section 12.7 will arise upon (i) any impairment of
Abbott's ability to perform its obligations under this Agreement in the entire Territory as a result
of Abbott's rights to the Program Compounds known as ABT-773, ABT-442 and ABT-751
arising from the Taisho Agreement, Wakunaga Agreement and the Eisai Agreement, respectively
or (ii) a breach by Abbott or any other person of any of the In-License Agreements; except, in
each case, to the extent any such Losses are the result of (A) any breach by John Hancock of its
representations, warranties or obligations hereunder, or (B) any negligence, recklessness, or
intentional misconduct by John Hancock or its Affiliates, agents, directors, employees.

12.8    Procedure.  If John Hancock or any of its Affiliates, agents, directors or
employees (each, an "Indemnitee") intends to claim indemnification under this Article 12, it shall

CONFIDENTIAL
H4 008109

-30-

promptly notify Abbott (the "Indemnitor") of any Loss or action in respect of which the Indemnitee intends to claim such indemnification, and the Indemnitor shall have the right to participate in, and, to the extent the Indemnitor so desires, to assume the defense thereof with counsel selected by the Indemnitor; provided, however, that an Indemnitee shall have the right to retain its own counsel, with the fees and expenses of such counsel to be paid by the Indemnitor, if representation of such Indemnitee by the counsel retained by the Indemnitor would be inappropriate due to actual or potential differing interests between such Indemnitee and any other party represented by such counsel in such proceedings. The indemnity obligation in this Article 12 shall not apply to amounts paid in settlement of any loss, claim, damage, liability or action if such settlement is effected without the consent of the Indemnitor, which consent shall not be withheld unreasonably or delayed. The failure to deliver notice to the Indemnitor within a reasonable time after the commencement of any such action, if materially prejudicial to its ability to defend such action, shall relieve the Indemnitor of any liability to the Indemnitee under this Article 12 only to the extent arising from the tardiness or absence of such notice, but the omission so to deliver notice to the Indemnitor will not relieve it of any liability that it may have to any Indemnitee otherwise than under this Article 12. The Indemnitee shall cooperate fully with the Indemnitor and its legal representatives in the investigation of any action, claim or liability covered by indemnification under this Article 12, at the expense of the Indemnitor.

12.9    Insurance. Abbott shall at its expense maintain, through self-insurance or otherwise, product liability insurance with respect to the development, manufacture, sale and use of Products and Program Compounds in such amounts and on such terms as Abbott customarily maintains with respect to its other similar products. Abbott shall maintain such insurance for so long as it continues to develop, manufacture or sell any Products or Program Compounds, and thereafter for so long as Abbott customarily currently maintains such insurance.

12.10    Acknowledgment. Abbott and John Hancock acknowledge that Abbott has not delivered or disclosed the contents of any of the In-License Agreements to John Hancock.

## ARTICLE 13
## FORCE MAJEURE

Neither party shall be held liable or responsible to the other party nor be deemed to have defaulted under or breached this Agreement for failure or delay in fulfilling or performing any term of this Agreement when such failure or delay is caused by or results from causes beyond the reasonable control of the affected party including but not limited to fire, floods, embargoes, war, acts of war (whether war be declared or not), insurrections, riots, civil commotions, strikes, lockouts or other labor disturbances, acts of God or acts, omission or delays in acting by any governmental authority; provided that such affected party shall provide the other party with prompt notice of the circumstances surrounding such a material failure or delay, after which the parties will amend this Agreement upon terms and conditions that are mutually agreeable to equitably account to the party that does not so fail or delay.

CONFIDENTIAL
JH 008110

M:\Domestic\Pals & Adams\John Hancock\JH s/a FINAL.DOC                    Last printed 3/13/01 1:47 PM

-31-

## ARTICLE 14
## ASSIGNMENT

Except as expressly provided hereunder, this Agreement may not be assigned or otherwise transferred, nor may any right or obligations hereunder be assigned or transferred by either party without the consent of the other party; and, in addition, both parties acknowledge and agree that the obligations of Abbott hereunder are personal to Abbott and that Abbott is uniquely qualified to perform them; provided, however, that either party shall be obligated to assign this Agreement and its rights and obligations hereunder in connection with the transfer or sale of all or substantially all of its business, or in the event of its merger or consolidation or change in control or similar transaction and in such event such party shall cause its successor or transferee in such transaction to assume all of the obligations of such party. Any permitted assignee shall assume all obligations of its assignor under this Agreement. Notwithstanding the foregoing, John Hancock shall have the right to assign its rights (but not its obligation to make payments under Section 3.1) in whole or in part (provided that, any assignment in part shall mean an assignment of a pro rata share of the entirety of John Hancock's rights hereunder) without Abbott's consent (and following any such assignment all references to John Hancock herein shall include any such assignee), provided that: (i) each assignee of such rights must be a bank, insurance company or other institutional investor; (ii) there shall be no greater than five (5) assignees, (iii) if any such assignee is located outside the United States John Hancock shall notify Abbott at least sixty (60) days in advance, (iv) if any claim arises with respect to Abbott's failure to make payments, then during the term of the Research Program (but in any event not longer than four years from the date hereof), any such claim must be brought by John Hancock, and not an assignee. In soliciting potential assignees for such right to payments, John Hancock shall not disclose any Confidential Information hereunder to more than ten (10) potential assignees. Any potential assignee to whom John Hancock discloses Confidential Information must have executed a confidentiality agreement no less stringent than Article 10 hereof. Furthermore, if John Hancock plans to exercise its right of assignment hereunder, John Hancock shall first notify Abbott of such plans in writing. Abbott shall have the first right to negotiate the purchase of any such assignment rights. If within fifteen (15) days after receipt of such notice the parties have not agreed upon the principal terms of such arrangement or if within forty-five (45) days after receipt of such notice the parties have not executed a final written agreement reflecting such arrangement, then John Hancock shall have no further obligations to Abbott with respect to such first right of negotiation.

## ARTICLE 15
## SEVERABILITY

CONFIDENTIAL
JH 008111

Each party hereby agrees that it does not intend its execution and delivery hereof or its performance hereunder to violate any public policy, statutory or common laws, rules, regulations, treaty or decision of any government agency or executive body thereof of any country or community or association of countries. If and to the extent any term or provision of this Agreement is held to be invalid, illegal or unenforceable by a court or other governmental

-32-

authority of competent jurisdiction, such invalidity, illegality or unenforceability shall not affect any other term or provision of this Agreement, which shall remain in full force and effect. The holding of a term or provision to be invalid, illegal or unenforceable in a jurisdiction shall not have any effect on the application of the term or provision in any other jurisdiction.

## ARTICLE 16
## MISCELLANEOUS

16.1    Notices. Any consent, notice or report required or permitted to be given or made under this Agreement by one of the parties hereto to the other shall be in writing, delivered personally or by facsimile (and promptly confirmed by personal delivery, U.S. first class mail or courier), U.S. first class mail or courier, postage prepaid (where applicable), addressed to such other party at its address indicated below, or to such other address as the addressee shall have last furnished in writing to the addressor and (except as otherwise provided in this Agreement) shall be effective upon receipt by the addressee.

If to John Hancock:      John Hancock Life Insurance Company
                         200 Clarendon Street, T-57
                         Boston, MA  02117
                         Attention: Bond & Corporate Finance Group
                         Telephone:   617-572-9624
                         Fax:         617-572-1628

copy to:                 John Hancock Life Insurance Company
                         200 Clarendon Street, T-50
                         Boston, MA  02117
                         Attention: Investment Law Division
                         Telephone:   617-572-9205
                         Fax:         617-572-9268

and, if it relates to making or not making a royalty payment or Milestone Payment hereunder,

copy to:                 John Hancock Life Insurance Company
                         200 Clarendon Street
                         Boston, MA  02117
                         Attention: Manager, Investment Accounting Division, B-3
                         Fax: 617-572-0628

CONFIDENTIAL
JH 008112

M:\Domestic\Pals & Adams\John Hancock\JH n/a FINAL.DOC          Last printed 3/13/01 1:47 PM

-33-

<table>
<tr><td>If to Abbott:</td><td>Abbott Laboratories<br>Dept. 309, Bldg. AP30<br>200 Abbott Park Road<br>Abbott Park, IL 60064-3537<br>Attention: President, Pharmaceutical Products Division<br>Telephone:   847-938-6863<br>Fax:          847-938-5383</td></tr>
<tr><td>copy to:</td><td>General Counsel<br>Abbott Laboratories<br>Dept. 364, Bldg. AP6D<br>100 Abbott Park Road<br>Abbott Park, IL 60064-6020<br>Telephone:   847-937-8905<br>Fax:          847-938-6277</td></tr>
</table>

16.2   Applicable Law.   The Agreement shall be governed by and construed in accordance with the internal laws of the State of Illinois.  With respect to any action hereunder, Abbott, to the extent that it may lawfully do so, hereby consents to service of process, and to be sued, in the Commonwealth of Massachusetts and consents to the exclusive jurisdiction of the courts of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, as well as to the jurisdiction of all courts to which an appeal may be taken from such courts, for the purpose of any suit, action or other proceeding arising out of any of its obligations hereunder or thereunder or with respect to the transactions contemplated hereby or thereby, and expressly waives any and all objections it may have as to venue in any such courts.  Abbott further agrees that a summons and complaint commencing an action or proceeding in any of such courts shall be properly served and shall confer personal jurisdiction if served personally or by certified mail to it at its address for notices as provided in this Agreement or as otherwise provided under the laws of the Commonwealth of Massachusetts.  THE PARTIES EACH IRREVOCABLY WAIVE ALL RIGHT TO A TRIAL BY JURY IN ANY SUIT, ACTION OR OTHER PROCEEDING INSTITUTED BY OR AGAINST IT IN RESPECT OF ITS OBLIGATIONS HEREUNDER OR THEREUNDER OR THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY.

16.3   Entire Agreement.   This Agreement contains the entire understanding of the parties with respect to the subject matter hereof.  All express or implied agreements and understandings, either oral or written, with respect to the subject matter hereof heretofore made are expressly merged in and made a part of this Agreement.  This Agreement may be amended, or any term hereof modified, only by a written instrument duly executed by both parties hereto.

16.4   Headings.   The captions to the several Articles and Sections hereof are not a part of this Agreement, but are merely guides or labels to assist in locating and reading the several Articles and Sections hereof.

CONFIDENTIAL
JH 008113

M:\Domestic\Pals & Adams\John Hancock\JH r/s FINAL.DOC          Last printed 3/13/01 1:47 PM

-34-

16.5    Independent Contractors. It is expressly agreed that John Hancock and Abbott shall be independent contractors and that the relationship between the two parties shall not constitute a partnership, joint venture or agency. Neither John Hancock nor Abbott shall have the authority to make any statements, representations or commitments of any kind, or to take any action, which shall be binding on the other, without the prior written consent of the other party to do so.

16.6    Performance By Affiliates, Licensees and Subcontractors. The parties recognize that Abbott may carry out certain obligations under this Agreement through performance by its Affiliates, Licensees and Subcontractors (but in no event shall that relieve Abbott of any of its obligations hereunder). Abbott guarantees that the activities of its Affiliates, Licensees and Subcontractors under this Agreement shall comply with this Agreement.

16.7    Dispute Resolution. The parties shall attempt to amicably resolve disputes arising between them regarding the validity, construction, enforceability or performance of the terms of this Agreement, and any differences or disputes in the interpretation of the rights, obligations, liabilities and/or remedies hereunder, which have been identified in a written notice from one party to the other, by good faith settlement discussions between the President of Abbott's Pharmaceutical Products Division and a Managing Director of John Hancock or his designee. The parties agree that, prior to filing any lawsuit regarding any dispute that arises in connection with this Agreement (with the exception of any action demanding a preliminary injunction), such representatives shall meet and attempt to amicably resolve such dispute within thirty (30) days after the receipt of such written notice.

16.8    Waiver. The waiver by either party hereto of any right hereunder or the failure to perform or of a breach by the other party shall not be deemed a waiver of any other right hereunder or of any other breach or failure by said other party whether of a similar nature or otherwise.

16.9    Counterparts. This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

[the remainder of this page is intentionally blank]

CONFIDENTIAL
JH 008114

-35-

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first set forth above.

JOHN HANCOCK LIFE                      ABBOTT LABORATORIES
INSURANCE COMPANY

By: _Stephen J. Blewitt_               By: _____

Name: Stephen J. Blewitt               Name: Jeffrey M. Leiden, Ph.D., M.D.

Title: Managing Director               Title: Executive Vice President, Pharmaceuticals
                                              and Chief Scientific Officer
Date: March 13, 2001                   Date: March 13, 2001


JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY

By: _Stephen J. Blewitt_

Name: Stephen J. Blewitt

Title: Authorized Signatory

Date: March 13, 2001


INVESTORS PARTNER LIFE INSURANCE
COMPANY

By: _Stephen J. Blewitt_

Name: Stephen J. Blewitt

Title: Authorized Signatory

Date: March 13, 2001

CONFIDENTIAL
JH 008115

M:\Domestic\Psls & Adams\John Hancock\JH rls FINAL.DOC          Last printed 3/13/01 1:47 PM

-36-

## EXHIBIT 1.6

### FIRST ANNUAL RESEARCH PLAN



CONFIDENTIAL
JH 008116

M:\Domestic\Pals & Adams\John Hancock\JH rfa FINAL.DOC                    Last printed 3/13/01 1:47 PM



Ketolide Oral & IV (ABT-773)
Annual Development Plan
Exhibit 1.6

| Therapeutic Area | Antiinfect |
|---|---|
| Indications | Adult Tablet: Community-acquired respiratory infections. IV: Bac-three therapy in hospital-acquired respiratory/hospitalized personnel. |
| Description | ABT-773 is a ketolide which has activity against penicillin-resistant strains and macrolide-resistant strains, thus permitting the broad spectrum coverage of staphlococcin.<br>• Product will be available as tablet and IV formulation.<br>• ABT-773 will address the major unmet needs of increasing resistance to current empiric agents, particularly S. pneumonie.<br>• Abstolute user's claim at "X"pass the spectrum of CA IV, IV, H. influenza.<br>• Cover key for ketolide strains (H. pneumonie, S. pyogens).<br>• Tablet claim is to 800 mg QD or 100 mg loading dose on everyday of indications.<br>• Tablet dosage for ABRS, pharyngitis, 10 days for AMS and CAP.<br>• Indication of GI side effects equal to start (assuming comparable drug levels to tablet).<br>• COGS target $2.50/day at launch for tablet. |

| Current Time Line | Milestone | Tablet Oral | IV Date | | Statistics | | 15 |
|---|---|---|---|---|---|---|---|
| | Phase I | 1Q1999 | 1Q2001 | | Project-to-Date-Spending (thru '99) | | 159.4 |
| | Phase IIb | 2Q1999 | 9/H | | 2001 Current Projection (Plan) | | 91.0* |
| | Phase III | 4Q2000 | 4Q2001 | | | | |
| | NDA Filing | 2Q2002 | 2/2003 | | | | |
| | Launch | 1Q2004 | 2/2004 | | • See page 2 for detail. | | |

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|
| Projected Spending by Year | 74.1 | 91.9 | 85.0 | 41.0 | 53.0 | 22.8 | 233.8 |

CONFIDENTIAL
JH 008117

## Ketolide (ABY-773)
### 2001 Plan Development Cost Summary

| Program Status | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1999 | | | | 2000 | | | | 2001 | | | | 2002 | | |
| | | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |

Phase IIb (Oable)
Phase III (Oable)

Total NDA Filing      Total Launch

| Major Development Activities and Costs | Total Patients | Enrolled 6/30/00 | Start | Total | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | |
| Phase IIb Studies (3 Indications) | 900 | 653 | Sep-99 | Jan-00 | $3,917 | $5,694 |
| Phase III (6 Indications) | 6,440 | 0 | Nov-00 | May-02 | $16,065 | $41,051 |
| Japan Studies | TBD | 0 | Dec-01 | Dec-01 | $1,723 | $4,000 |
| Pediatric PK/PD / Taste Testing Studies | 24 | 45 | Mar-00 | Sep-00 | 1,676 | 340 |
| Extended Sample Population Studies | 36 | 117 | Mar-00 | Nov-01 | 11,566 | 22,160 |
| Internal Site Studies (Phase I Clinic) | 320 | 188 | Jan-01 | Dec-01 | 32,834 | 42,000 |
| Microbiology Grants | N/A | N/A | Jan-01 | Dec-01 | 32,900 | |
| Venture Management | | | | | 35,438 | 96,483 |
| European Venture Research | | | | | 31,133 | 51,474 |
| Data Management/Statistics | | | | | 53,313 | 35,932 |
| | | | | | 234,498 | 267,535 |
| **Chemistry, Manufacturing, and Controls (CMC)** | | | | | 2000 AGU | 2001 Plan |
| Formulation & Analytical | | | | | 56,676 | 55,694 |
| Bulk Drug / Process | | | | | $16,463 | $16,432 |
| | | | | | $31,261 | $22,026 |
| **Drug Safety Support** | | | | | 2000 AGU | 2001 Plan |
| Ongoing Drug Safety support including: | | | | | $3,374 | $1,749 |
| Long Term Toxicity Studies | | | | | $3,374 | $1,749 |
| **Other Support Costs** | | | | | 2000 AGU | 2001 Plan |
| Discovery | | | | | $2,498 | $2,418 |
| Regulatory Affairs / Research QA / Investigational Drug QA | | | | | $1,361 | 5991 |
| Medical Affairs | | | | | 1079 | 5847 |
| Other | | | | | 997 | 5991 |
| **Total Program** | | | | | 174,160 | 321,650 |

CONFIDENTIAL
JH 006118



Endothelin (ABT-627)
Annual Development Plan
Exhibit 1.6

| Therapeutic Area | Oncology |
| --- | --- |
| Indication | • Hormone Refractory Prostate Cancer<br>• Potential for use in early Prostate Cancer and other cancer types |
| Description | • ABT-627 is speaking an indication for the treatment of hormone refractory prostate cancer<br>• ABT-627 will probably be used with current therapies<br>• Well tolerated as steroids therapy<br>• One combination<br>• No major drug interactions with drugs commonly used in elderly population or hormonal therapy<br>• Demonstrated oral effectiveness a Bng |

| Milestone | Date |
| --- | --- |
| Phase I | 2Q 1996 |
| Phase II | 4Q 1997 |
| Phase III | 4Q 2000 |
| NDA Filing | 2Q 2003 |
| Launch | 4Q 2004 |

Baseline

Project-to-Date-Spending (thru '99)

2001 Current Projection (FTEs)

* See page 2 for detail.

| | | 99 |
| --- | --- | --- |
| | 187.5 | |
| | 34.4* | |

| Current<br>Time Line | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Projected Spending<br>by Year | | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PO | 15.0 | 35.6 | 49.0 | 52.0 | 32.0 | 18.0 | 164.0 |
| SFAH | N/A | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 17.0 |
| FIF | N/A | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 |

* End of Phase II meeting with FDA just completed. Defiled invest still in process plus discussion of other similar indications ongoing. 2001 range 532-62 depending on outcome of discussion.

CONFIDENTIAL
JH 008119

## Bauhtbin (ABT-627)
### 2001 Plan Development Cost Summary

| Program Status | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase II | | | | | | | | |
| Phase III | | | | | | ← NDA | ← Launch | |

| Clinical Development Activities and Costs | Total Patients | Enrollment as of 03/31/00 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | |
| European Prostate Cancer Study | 304 | 285 | Oct-1997 | Dec-2000 | $1,073 | $16,794 |
| Open Extension of 300 & 394 Studies | 300 | 199 | Jan-1998 | Jan-2001 | --- | 118 |
| Refractory Malignancies | 30 | 34 | Jul-1999 | Dec-2000 | $350 | 14,341 |
| Phase III / Pivotal Studies | 2,000 | 0 | 1Q 2001 | 3Q 2003 | 373 | 5316 |
| Other Studies / BVR | | | | | 56,447 | $2,021 |
| Venture Management | | | | | | |
| Clinical Pharmacology Support (Drug Interaction Studies) | | | | | $2,156 | $26,187 |
| Data Management/Statistics | | | | | $3,961 | |

| Chemistry, Manufacturing, and Controls (CMC) | | | | | 2000 AGU | 2001 Plan |
|---|---|---|---|---|---|---|
| Formulation & Analytical | | | | | $1,150 | $7,147 |
| Bulk Drug / Process | | | | | $350 | $1,400 |
| | | | | | $1,500 | $8,547 |

| Drug Safety Support | | | | | 2000 AGU | 2001 Plan |
|---|---|---|---|---|---|---|
| Ongoing Drug Safety support including clinical program support | | | | | $661 | $2,860 |

| Other Support Costs | | | | | 2000 AGU | 2001 Plan |
|---|---|---|---|---|---|---|
| Discovery | | | | | $186 | $129 |
| Medical Affairs | | | | | $134 | $207 |
| Regulatory Affairs / Research Quality Assurance | | | | | $170 | $315 |
| Other | | | | | $329 | $860 |
| **Total Program** | | | | | $14,980 | $38,800 |

CONFIDENTIAL

ELL 008420



CCM (ABT-894)
Annual Development Plan
Exhibit 1.6

CONFIDENTIAL
JH 008121

AHT-594
2001 Plan Development Cost Summary

CONFIDENTIAL
JH 008122

Quinolone (ABT-492)
Annual Development Plan
Exhibit 1.6



**Therapeutic Area**

**Indications**

**Description**
- ABT-492 is a potent broad-spectrum quinolone with activity against Gram+, Gram-, and atypical pathogens, including most penicillin, macrolide, and quinolone resistant strains of S. pneumo.
- Commercial objective is "Three-Star" activity with "Levaquin-like" safety.
- Preliminary in-vitro assay suggests good safety profile.
- Product will be available in tablet and injectable formulations.
- Targeting QD dosing for both formulations (not confirmed).
- Targeting ≤7 day dosing for most indications (not confirmed).
- COGS at $1,900-3,200/kg at launch pending chemistry optimization.

| Current Time Line | | Expended | | |
|---|---|---|---|---|
| **Milestone** | **Date** | | **16** | |
| Phase I | 4Q1999 | Projected-Date-Spending (thru '05) | | 14.3 |
| Phase II | 3Q2001 | | | 38.6* |
| Phase III | 4Q2002 | 2001 Current Projection (Plan) | | |
| NDA Filing | 4Q2004 | | | |
| Launch | 4Q2005 | • See page 2 for detail. | | |

| Projected Spending by Year | 1999 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|
| | 6.0 | 28.6 | 74.0 | 100.0 | 52.0 | 11.0 | 269.6 |

CONFIDENTIAL
JH 008123

Quinolone (ABT-492)
2001 Plan Development Cost Summary

**Program Status**

| Phase I | | | |
| Phase II | | | |
| Phase III | | | |

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |

NDA ←    Launch ←

**Major Development Activities and Costs**

| | Total Patients | Enrolled 8/21/2000 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | |
| Phase I | | | | | | |
| Single Rising Dose / Food Effects in Healthy Volunteers | 116 | 0 | Nov-00 | Jan-01 | $500 | $170 |
| Multiple Rising Dose in Healthy Volunteers | 80 | 0 | Nov-00 | Apr-01 | $500 | $300 |
| External PK Studies | N/A | N/A | Apr-01 | Sep-01 | $0 | $900 |
| Microbiology Studies | N/A | N/A | Jan-01 | Dec-01 | $0 | $713 |
| Phase IIA - ABCS | 250 | 0 | Aug-01 | Apr-02 | $0 | $2,083 |
| Phase IIB - CAP | 250 | 0 | Nov-01 | Jul-02 | $0 | $833 |
| Venture Management | | | | | $201 | $1,300 |
| European Venture Research | | | | | $28 | $58 |
| Phase I Center | | | | | $70 | $130 |
| Data Management/Statistics | | | | | $63 | $493 |
| | | | | | $1,362 | $6,680 |
| **Chemistry, Manufacturing, and Controls (CMC)** | | | | | | |
| Bulk Drug / Process | | | | | $596 | $7,072 |
| Formulation & Analytical | | | | | $595 | $951 |
| | | | | | $1,191 | $8,023 |
| **Drug Safety Support** | | | | | | |
| Ongoing Drug Safety support including: | | | | | | |
| Toxicity Studies | | | | | $1,841 | $2,331 |
| | | | | | $1,841 | $2,331 |
| **Other Support Costs** | | | | | | |
| Discovery | | | | | $2,208 | $3,224 |
| Reg. / Res. Quality Assurance / Investigational Drug QA | | | | | $110 | $834 |
| Medical Affairs | | | | | $0 | $35 |
| Other | | | | | $0 | $47 |
| Milestone Payments (Initiation of Phase IIA) | | | | | $0 | $1,000 |
| | | | | | $2,318 | $5,140 |
| **Total Program** | | | | | $6,600 | $22,000 |

CONFIDENTIAL
JH 006124



**TSP (ABT-§10)**
**Annual Development Plan**
**Exhibit 1.0**

| Therapeutic Area | |
| --- | --- |
| Indications | Solid tumors such as liver, breast, colon, kidney and pancreas. |
| Description | • The antiangiogenic peptide<br>• Novel anti-angiogenesis agent<br>• Parenteral dosing<br>• ABT-510 is working as indication for the treatment of solid tumors<br>• Mechanism may prevent the growth of tumors and prevent the spread of metastases by preventing or inhibiting the growth of nascent supplying blood vessels |

| Current Time Line | Milestones | Date |
| --- | --- | --- |
| | Phase I | 2Q2000 |
| | Phase II | 4Q2001 |
| | Phase III | 1Q2003 |
| | NDA Filing | 1Q2005 |
| | Launch | 1Q2006 |

| Spending | | |
| --- | --- | --- |
| Project-to-Date-Spending (thru '00) | | 46.4 |
| 2001 Current Projection (Plan) | | 8.9* |
| * See page 2 for detail. | | |

| | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Projected Spending by Year | 6.9 | 8.0 | 37.0 | 28.0 | 23.0 | 15.0 | 118.9 |

CONFIDENTIAL
JH 008125

Hendricks Deposition Exhibit 7

P's Exhibit 32

PART 2

## TSP (AIIT-510)
### 2001 Plan Development Cost Summary

**Program Status**

| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase I | | | | | | | | |
| Phase II | | | | | | | | |
| Phase III | | | | | | | | |

DDC ←     NDA ←

### Major Development Activities and Costs

**Clinical Program**

| | Total Patients | Enrolled as of 3/00 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| Single Escalating Dose in Healthy Subjects | 58 | 3R | Apr-2000 | Sep-2000 | $240 | --- |
| Multiple Dose in Cancer Patients | 40 | --- | Feb-2000 | Sep-2001 | $700 | $945 |
| IND Study | 14 | --- | Jan-2001 | Nov-2001 | --- | $500 |
| Other Studies / EVR | | | | | $309 | $228 |
| Phase-I Center | | | | | $151 | $108 |
| Venture Management | | | | | $860 | $800 |
| Data Management/Statistics | | | | | $192 | $164 |
| | | | | | $2,553 | $2,645 |

**Chemistry, Manufacturing, and Controls (CMC)**

| | 2000 AGU | 2001 Plan |
|---|---|---|
| Formulation / Analytical | $762 | $1,650 |

**Drug Safety Support**

| | 2000 AGU | 2001 Plan |
|---|---|---|
| Ongoing Drug Safety support | $1,808 | $1,759 |

**Other Support Costs**

| | 2000 AGU | 2001 Plan |
|---|---|---|
| Discovery | $1,202 | $3,664 |
| Medical Affairs | $3 | --- |
| Regulatory Affairs / Research Quality Assurance | $68 | $45 |
| Other / In-licensing Fees | $196 | $37 |
| Total Program | $6,000 | $9,000 |

CONFIDENTIAL
JH 008126



MMPI (ABT-518)
Annual Development Plan
Exhibit 1.6

**Therapeutic Area**

**Indications:** End Stage Renal Disease, psoriasis, neoplasia, breast, colorectal and bladder.

**Description**
- Novel metalloproteinase inhibitor.
- Orally-active mechanism.
- Oral dosing.
- May prevent the growth of metastatic lesions and/or inhibit primary tumor growth.
- Superior efficacy or side-effect profile to competitive agents.

**Current Time Line**

| Milestone | Date |
|-----------|------|
| DOC | 1Q2000 |
| Phase I | 1Q2001 |
| Phase II | 2Q2002 |
| Phase III | 4Q2003 |
| NDA Filing | 4Q2005 |
| Launch | 2Q2006 |

**Standards**

| | $ |
|--|--|
| Project-to-Date Spending (thru '99) | 40.0 |
| 2001 Current Projection (Plan) | 7.5* |

* See page 2 for detail.

| Projected Spending by Year | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|----------------------------|------|------|------|------|------|------|-------|
| | 8.0 | 7.0 | 21.0 | 18.0 | 78.0 | 70.0 | 124.0 |

CONFIDENTIAL
JH 008127

## MMP1 (ABT-518)
### 2001 Plan Development Cost Summary

**Program Status**

| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase I | | | | | | | | |
| Phase II | | | | | | | | |
| Phase III | | | | | | | | |
| NDA | | | | | | | | |

← DDC    ← NDA    ← NDA Launch

**Major Development Activities and Costs**

| | Total Patients | Enrolled as of 6/00 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | |
| Multiple Dose in Cancer Patients | 40 | | 1Q01 | 1Q02 | $300 | $769 |
| IND Study | 14 | | 1Q01 | 1Q02 | ... | $590 |
| Other Studies / EVR | | | | | ... | $108 |
| Phase-I Center / PK | | | | | $70 | $65 |
| Venture Management | | | | | $778 | $754 |
| Data Management/Statistics | | | | | $52 | $113 |
| | | | | | $1,203 | $2,314 |

| | | 2000 AGU | 2001 Plan |
|---|---|---|---|
| **Chemistry, Manufacturing, and Controls (CMC)** | | | |
| Formulation / Analytical | | $546 | $1,031 |

| | | 2000 AGU | 2001 Plan |
|---|---|---|---|
| **Drug Safety Support** | | | |
| Ongoing Drug Safety support | | $1,681 | $2,125 |

| | 2000 AGU | 2001 Plan |
|---|---|---|
| **Other Support Costs** | | |
| Discovery | $1,447 | $1,348 |
| Medical Affairs | $5 | $20 |
| Regulatory Affairs / Research Quality Assurance | $26 | $39 |
| Other / In-licensing Fees | $90 | $123 |
| **Total Program** | $5,000 | $7,000 |

CONFIDENTIAL
JH 008128



Anti-Mitotic (ABT-751)
Annual Development Plan
Exhibit 1.6

CONFIDENTIAL
JH 008129

## Anti-Mitotic (AβT-751)
### 2001 Plan Development Cost Summary

| Program Status | 1998 | | | | 1999 | | | | 2000 | | | | 2001 | | | | 2002 | | | | 2003 | | | | 2004 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| Phase I | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase II | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase III | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

In-license

| Major Development Activities and Costs | Total Patients | Enrolled 01 of 6/21/00 | Start | End | 2000 AGU Cost | 2001 Plan Cost |
|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | |
| Multiple Dose in Cancer Patients #1 | 24 | -- | Jan-2001 | Nov-2001 | -- | $600 |
| Multiple Dose in Cancer Patients #2 | 24 | -- | Apr-2001 | May-2002 | -- | $466 |
| Safety and Efficacy #1-#6 | 180 | -- | Aug-2001 | Oct-2002 | -- | $1,092 |
| Other Studies / IBVR | | | | | -- | -- |
| Venture Management | | | | | -- | $2,762 |
| Data Management/Statistics | | | | | -- | $813 |
| | | | | | -- | $5,333 |

| Chemistry, Manufacturing, and Controls (CMC) | 2000 AGU | 2001 Plan |
|---|---|---|
| Formulation / Analytical | -- | $2,100 |

| Drug Safety Support | 2000 AGU | 2001 Plan |
|---|---|---|
| Ongoing Drug Safety support | -- | $1,535 |

| Other Support Costs | 2000 AGU | 2001 Plan |
|---|---|---|
| Discovery | -- | $26 |
| Medical Affairs | -- | $301 |
| Regulatory Affairs / Research Quality Assurance | -- | -- |
| Other / In-Licensing Fees | $6,000 | $235 |
| Total Program | $6,600 | $10,000 |

CONFIDENTIAL
JH 008130

FTI (ABT-xxx)
Annual Development Plan
Exhibit 1.5

| Therapeutic Area | Creator: |
| Indication | Signs/symptoms such as skin lesions, vomiting, transfer and paralysis. |
| | • Paresis/remission inhibitor. |
| | • Mechanism of action is unknown, but thought to inhibit farnesylated proteins which are integral for malignant tumor growth. |

**Description**

**Current Time Line**

| Milestones | Date |
|---|---|
| GID | 1Q2001 |
| Phase I | 4Q2001 |
| Phase II | 3Q2003 |
| Phase III | 3Q2004 |
| NDA Filing | 4Q2006 |
| Launch | 4Q2007 |

**Spending**

| | 1.5 |
|---|---|
| Project-to-Date-Spending (thru '99) | 15.0 |
| 2001 Current Projection (Plan) | 6.8* |

• See page 2 for detail.

**Projected Spending by Year**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total |
|---|---|---|---|---|---|---|---|---|
| | N/A | 6.0 | 15.0 | 30.0 | 50.0 | 15.0 | | 90.0 |

CONFIDENTIAL
JH 008131

ONCOLOGY - FTI_ABT-xxx
2001 Plan Development Cost Summary

| Program Status | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|
| Phase I | | | | | | | | |
| Phase II | | | | | | | | |
| Phase III | | | | | | | | |

← DDC    ← NDA    ← Launch

| Major Development Activities and Costs | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Clinical Program** | Total Patients | Enrolled | Start | End | 2000 AGU Cost | 2001 Plan Cost |
| Phase 1 Multiple Escalating Dose | 40 | ... | Dec-2001 | Nov-2002 | N/A | $150 |
| Phase-1 Center | | | | | N/A | $328 |
| Venture Management | | | | | N/A | $100 |
| Data Management/Statistics | | | | | N/A | $578 |

| Chemistry, Manufacturing, and Controls (CMC) | 2000 AGU | 2001 Plan |
|---|---|---|
| Formulation / Analytical | N/A. | $1,100 |

| Drug Safety Support | 2000 AGU | 2001 Plan |
|---|---|---|
| Drug Safety support. | N/A | $2,184 |

| Other Support Costs | 2000 AGU | 2001 Plan |
|---|---|---|
| Discovery | N/A | $2,000 |
| Medical Affairs | N/A | |
| Regulatory Affairs / Research Quality Assurance | N/A | |
| Other Costs / In-licensing Fees | N/A | $138 |
| Total Program | N/A | $6,000 |

CONFIDENTIAL
JH 008132



CONFIDENTIAL
JH 008133

Dopamine Receptor Agonist ADT-xxx
2001 Plan Development Cost Summary

| Program Status | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase I | | | | | | | | |
| Phase II | | | | | | | | |
| Phase III | | | | | | | | |
| | ↑ DDC | | | | ↑ Start ↑ End | | ↑ NDA | ↑ Launch |

| Major Development Activities and Costs | | 2000 AGU | 2001 Plan |
|---|---|---|---|
| | | **Cost** | **Cost** |
| Clinical Program | Total Patients | N/A | $0 |
| Phase I Multiple Escalating Dose | Enrolled | | |
| Phase-I Center | | N/A | |
| Venture Management | | N/A | |
| Data Management/Statistics | | N/A | N/A |
| Chemistry, Manufacturing, and Controls (CMC) | | 2000 AGU | 2001 Plan |
| Formulation / Analytical | | N/A. | $0 |
| Drug Safety Support | | 2000 AGU | 2001 Plan |
| Drug Safety support. | | N/A | $1,000 |
| Other Support Costs | | 2000 AGU | 2001 Plan |
| Discovery | | N/A | $5,000 |
| Medical / Affairs | | N/A | |
| Regulatory Affairs / Research Quality Assurance | | N/A | |
| Other Costs / In-licensing Fees | | N/A | $0 |
| Total Program | | N/A | $6,000 |

CONFIDENTIAL
JH 008134



Pharmaceutical Products Division
Sample Direct/Indirect Project Funding Distribution
2001 Plan ($000)

| | ABT - 773 (Late Stage - Phase III) | | | MMP? (Early Stage) | | |
|---|---|---|---|---|---|---|
| | Direct | Indirect | Total | Direct | Indirect | Total |
| PPD Investigational Drug | 0.3 | 0.0 | 0.4 | | | |
| Various Management | 4.8 | 1.0 | 6.3 | 0.6 | 0.2 | 0.9 |
| Discovery | 2.1 | 0.3 | 2.4 | 1.1 | 0.3 | 1.3 |
| Drug Safety | 1.6 | 0.2 | 1.7 | 1.9 | 0.2 | 2.1 |
| PARD | 4.8 | 0.4 | 5.3 | 0.8 | 0.0 | 1.0 |
| Phase I Center | 2.0 | 0.1 | 2.1 | 0.1 | 0.0 | 0.1 |
| Development Operations | 4.2 | 0.3 | 4.6 | 0.1 | 0.0 | 0.1 |
| Regulatory Affairs | 0.2 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 |
| Medical Affairs | 0.8 | 0.1 | 20.9 | 0.0 | 0.0 | 0.0 |
| Administration | 1.6 | | 1.6 | 0.1 | | 0.1 |
| All Manpower | 0.7 | | 0.7 | | | |
| Bulk Drug / Process | 15.0 | | 15.0 | | | |
| Clinical Grants | 43.1 | | 43.1 | 1.3 | | 1.3 |
| Total | 81.2 | 3.3 | 84.6 | 4.3 | 0.9 | 7.1 |
| % Split | 96.2% | 3.8% | 100.5% | 86.6% | 13.4% | 100.0% |

CONFIDENTIAL
JH 008135

Pharmaceutical Products Division
Sample Direct/Indirect Rate & Headcount Distribution
2001 Plan

| Rate: | Data Management | | Toxicology/Pathology | |
|---|---|---|---|---|
| **Direct** | | | | |
| Payroll (Both PMP and Supv/Mgr) | 6,577 | | 5,277 | |
| Office Supplies | 53 | | 51 | |
| T & E | 26 | | 84 | |
| Sem/Edu | 21 | | 73 | |
| Supplies | 41 | | 440 | |
| Consultant | 291 | | 67 | |
| Printing | 75 | | 4 | |
| Clinical Tracking Costs | 4,075 | | -- | |
| Depreciation | 1,051 | | 258 | |
| UNIX Based Support | 3,453 | | 921 | |
| Utilities | 62 | | -- | |
| Floorspace | 579 | | 1,479 | |
| Housekeeping | 23 | | -- | |
| Other | 112 | | 389 | |
| Sub-Total Direct | 16,416 | | 9,042 | |
| | | | | |
| **Indirect** | | | | |
| Patents & Trademarks | 285 | | 388 | |
| Corporate Indirect | 697 | | 949 | |
| PPD Indirect (Mgmt.) | 337 | | 458 | |
| Department Overhead | 396 | | 584 | |
| Other | 46 | | 62 | |
| Sub-Total Indirect | 1,761 | | 2,441 | |
| | | | | |
| Total | 18,177 | | 11,483 | |
| | | | | |
| % Direct | 90% | | 79% | |
| % Indirect | 10% | | 21% | |
| | | | | |
| **Headcount:** | | | | |
| | | | | |
| Direct Headcount | 123 | 88% | 53 | 88% |
| Indirect Headcount | 17 | 12% | 7 | 12% |
| | | | | |
| Total Headcount | 140 | | 60 | |
| | | | | |
| Rate | 92.86 | | 135.42 | |
| Hours | 1,680 | | 1,600 | |
| Annual Rate | 147,296 | | 216,672 | |

CONFIDENTIAL
JH 008136

-37-

## EXHIBIT 1.17

### EISAI TERRITORY

1.  Bhutan
2.  Brunei
3.  Cambodia
4.  People's Republic of China
5.  Republic of China (Taiwan)
6.  India
7.  Indonesia
8.  Japan
9.  Democratic People's Republic of Korea (North Korea)
10. Republic of Korea
11. Laos
12. Macao
13. Malaysia
14. Mongolia
15. Myanmar
16. Nepal
17. Pakistan
18. Papua New Guinea
19. Philippines
20. Singapore
21. Sri Lanka
22. Thailand
23. Vietnam
24. Italy, co-exclusive rights with Abbott, unless Abbott exercises its rights under the terms of the Eisai Agreement to take an exclusive right to Italy.

CONFIDENTIAL
JH 008137

-38-

EXHIBIT 1.40

PROGRAM COMPOUNDS

| In-License Agreement | Program Compound | Development Phase |
|---|---|---|
| | ABT-627 (Endothelin antagonist) | phase III |
| Taisho | ABT-773 (Ketolide antibiotic) | phase III |
| | ABT-594 (Cholinergic channel modulator) | late phase II |
| Wakunaga | ABT-492 (Quinolone antibiotic) | phase I |
| Eisai | ABT-751 (Antimitotic) | phase I |
| | ABT-510 (Thrombospondin peptide) | phase I |

Preclinical Programs:

| FTI Program | | late preclinical |
|---|---|---|
| ED Program | | late preclinical |
| MMPI Program | ABT-518 (Matrix metalloproteinase inhibitor) | phase I |

CONFIDENTIAL
JH 008138

-39-

EXHIBIT 1.43

EXAMPLE OF PROGRAM RELATED COSTS FOR ONE PROGRAM COMPOUND

CONFIDENTIAL
JH 008139

## 2001 KEY RATES

| | 2000 | | | 2001 | | | % Change | | |
|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Annual Rate | Rate | Hours | Annual Rate | Hourly Rate | Total Hours | Annual Rate |
| **DRUG SAFETY** | | | | | | | | | |
| Toxicology/Pathology - PMP/TMP | 121.52 | 1,680 | 204,154 | 135.42 | 1,600 | 216,672 | 11.4% | -4.8% | 6.1% |
| Metabolism/Microscopy - PMP/TMP | 144.75 | 1,600 | 231,600 | 141.64 | 1,650 | 233,706 | -2.1% | 3.1% | 0.9% |
| Comparative Medicine - PMP/TMP | 115.60 | 1,768 | 204,381 | 116.88 | 1,850 | 216,228 | 1.1% | 4.8% | 5.8% |
| Strategic & Exploratory - PMP/TMP | 121.52 | 1,680 | 204,154 | 173.56 | 1,600 | 277,696 | 42.8% | -4.8% | 36.0% |
| **PHASE I CENTER** | | | | | | | | | |
| Pharmacokinetics 4PK - PMP/TMP | 144.75 | 1,600 | 231,600 | 135.00 | 1,800 | 218,000 | -6.7% | ... | -5.7% |
| Clin. Res. MDs 42P - PMP | ... | ... | ... | 180.35 | 1,500 | 270,525 | ... | ... | ... |
| Clin Res. Spec. 42O-PMP/TMP | 113.59 | 1,700 | 193,103 | 123.75 | 1,700 | 210,375 | 8.9% | ... | 8.9% |
| **PARD** | | | | | | | | | |
| Prod Dev - PMP, TMP | 108.54 | 1,600 | 195,372 | 116.71 | 1,800 | 210,078 | 7.5% | ... | 7.5% |
| IDS - PMP, TMP | 160.80 | 1,600 | 257,280 | 162.11 | 1,800 | 289,376 | 0.6% | ... | 0.6% |
| **DEV OPERATIONS** | | | | | | | | | |
| Data Mgmt D433 - TMP/PMP | 90.04 | 1,600 | 144,064 | 92.06 | 1,600 | 147,296 | 2.2% | ... | 2.2% |
| Stats - PMP/TMP | 97.76 | 1,800 | 175,960 | 99.10 | 1,800 | 178,380 | 1.4% | ... | 1.4% |
| **EAOA** | | | | | | | | | |
| RAOA - PMP & TMP | 125.50 | 1,600 | 200,800 | 134.49 | 1,600 | 215,184 | 7.2% | ... | 7.2% |
| **DISCOVERY** | 137.65 | 1,800 | 247,770 | 142.91 | 1,800 | 257,238 | 3.6% | ... | 3.6% |

CONFIDENTIAL
JH 008140

2001 KEY RATES 201.123

03/13/01 02:09:34 PM

-40-

EXHIBIT 9.2

PAYMENT INSTRUCTIONS

Fleet Boston
ABA No. 011000390
Boston, Massachusetts 02110
Account of: John Hancock Life Insurance Co. Private Placement Collection Acct.
Account Number: 541-55417
On Order of: Abbott Laboratories — Research Funding Agreement dated as of March 13, 2001

E-3255160

CONFIDENTIAL
JH 008141

M:\Domestic\Pals & Adams\John Hancock\JH rfa FINAL.DOC               Last printed 3/13/01 1:47 PM

-41-

Exhibit 12.2(d)

Further Information Regarding Program Compounds

| COMPOUND | CHEMICAL NAME | CURRENT STAGE OF DEVELOPMENT |
|---|---|---|
| ABT-627<br>Endothelin antagonist | (2R,3R,4S)-4-(1,3-benzodioxol-5-yl)-1-[2-(dibutylamino)-2-oxoethyl]-2-(4-methoxyphenyl)-3-pyrrolidinecarboxylic acid | Phase III |
| ABT-773<br>Ketolide antibiotic | (3aS,4R,7R,9R,10R,11S,13R,15R,15aR)-4-ethyl-3a,7,9,11,13,15-hexamethyl-2,6,8,14-tetraoxo-11-[[(2E)-3-(3-quinolinyl)-2-propenyl]oxy]tetradecahydro-2H-oxacyclotetradecino[4,3-d][1,3]oxazol-10-yl 3,4,6-trideoxy-3-(dimethylamino)—D-xylo-hexopyranoside | Phase III |
| ABT-594<br>Cholinergic channel modulator | (2R)-azetidinylmethyl 5-chloro-3-pyridinyl ether hydrochloride | Phase II |
| ABT-492<br>Quinoline Antibiotic | potassium 1-(6-amino-3,5-difluoro-2-pyridinyl)-8-chloro-6-fluoro-7-(3-hydroxy-1-azetidinyl)-4-oxo-1,4-dihydro-3-quinolinecarboxylate | Phase I |
| ABT-518<br>Matrix metalloproteinase inhibitor | (1S)-1-[(4S)-2,2-dimethyl-1,3-dioxolan-4-yl]-2-{[4-[4-(trifluoromethoxy)phenoxy]phenyl]sulfonyl](ethyl)(hydroxy)formamide | Phase I |
| ABT-751<br>Antimitotic | N-[2-(4-hydroxyanilino)-3-pyridinyl]-4-methoxybenzenesulfonamide | Phase I |
| Farnesyltransferase inhibitor | N.A. | Pre-Clinical Program |
| Dopamine Receptor Agonist for Erectile Dysfunction | N.A. | Pre-Clinical Program |

CONFIDENTIAL<br>JH 008142

-42-

## EXHIBIT 12.2(e)

### Certain Patent Information

### ABT-627

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---------|-------------|---------------|--------|-----------|
| Australia | 08/04/1995 | 711832 | *Issued* | 08/04/2015 |
| Brazil | 02/12/1997 | | *Pending* | |
| Canada | 08/04/1995 | | *Pending* | |
| EP* | 08/04/1995 | | *Pending* | |
| Hong Kong | 07/15/1998 | | *Pending* | |
| Israel | 08/10/1995 | | *Pending* | |
| Japan | 08/04/1995 | | *Pending* | |
| Korea | 08/04/1995 | | *Pending* | |
| Mexico | 08/04/1995 | | *Pending* | |
| Philippines | 08/17/1995 | | *Pending* | |
| USA | 05/30/1995 | 5,767,144 | *Issued* | 06/16/2015 |

*Europe: Austria, Belgium, Great Britain, Denmark, France, Germany, Greece, Ireland, Italy, Luxembourg, Netherlands, Portugal, Spain, Sweden, Switzerland

CONFIDENTIAL
JH 008143

-43-

**Exhibit 12.2(e) (Cont'd)**

**ABT-773**
**(Subject to Taisho Agreement)**

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---------|-------------|---------------|--------|-----------|
| Argentina | 09/03/1997 | | Pending | |
| Australia | 09/02/1997 | | Pending | |
| Brazil | 05/13/1997 | | Pending | |
| Brazil | 09/02/1997 | | Pending | |
| Bulgaria | 09/02/1997 | | Pending | |
| Belarus | 09/02/1997 | | Pending | |
| China | 09/02/1997 | | Pending | |
| Chile | 09/04/1997 | | Pending | |
| Canada | 09/02/1997 | | Pending | |
| Columbia | 09/02/1997 | | Pending | |
| Czech Republic | 09/02/1997 | | Pending | |
| EP* | 09/02/1997 | | Pending | |
| Guatemala | 08/29/1997 | | Pending | |
| Hong Kong | 09/02/1997 | | Pending | |
| Croatia | 09/03/1997 | | Pending | |
| Hungary | 09/02/1997 | | Pending | |
| Indonesia | 09/04/1997 | | Pending | |
| India | Pending-Black Box | | Pending | |
| Israel | 09/02/1997 | | Pending | |
| Japan | 09/02/1997 | | Pending | |
| Korea | 09/02/1997 | | Pending | |
| Mexico | 09/02/1997 | | Pending | |
| Malaysia | 08/28/1997 | | Pending | |
| Norway | 09/02/1997 | | Pending | |

CONFIDENTIAL
JH 008144

M:\Domestic\Pats & Adams\John Hancock\JH r\a FINAL.DOC          Last printed 3/13/01 1:47 PM

-44-

Exhibit 12.2(e) (cont'd)

ABT-773 (cont'd)
(Subject to Taisho Agreement)

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---------|-------------|---------------|--------|-----------|
| New Zealand | 09/02/1997 | | Pending | |
| Philippines | 09/02/1997 | | Pending | |
| Pakistan | 10/13/1997 | 136010 | Issued | 10/13/2013 |
| Poland | 09/02/1997 | | Pending | |
| Romania | 09/02/1997 | | Pending | |
| Russia | 09/02/1997 | | Pending | |
| South Africa | 08/20/1997 | 97/7474 | Issued | 08/20/2017 |
| Singapore | 09/02/1997 | | Pending | |
| Slovak Republic | 09/02/1997 | | Pending | |
| Slovenia | 09/02/1997 | 20023 | Issued | 09/02/2017 |
| Saudi Arabia | 02/10/1998 | | Pending | |
| Thailand | 09/03/1997 | | Pending | |
| Turkey | 09/02/1997 | TR 01127 B | Issued | 09/02/2017 |
| Taiwan | 09/05/1997 | | Pending | |
| UA | 09/02/1997 | | Pending | |
| USA | 07/03/1997 | 5,866,549 | Issued | 09/04/2016 |
| Yugoslavia | 09/02/1997 | | Pending | |

*Europe: Austria, Belgium, Great Britain, Denmark, France, Germany, Greece, Ireland, Italy, Luxembourg, Netherlands, Portugal, Spain, Sweden, Switzerland

CONFIDENTIAL
JH 008145

M:\Domestic\Pats & Adams\John Hancock\JH dis FINAL.DOC          Last printed 3/13/01 1:47 PM

-45-

EXHIBIT 12.2(e) (Cont'd)

ABT-594

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---|---|---|---|---|
| Australia | 10/08/1993 | 687017 | Issued | 10/18/2013 |
| Brazil | 04/30/1997 | | Pending | |
| Canada | 10/08/1993 | | Pending | |
| EP* | 10/08/1993 | | Pending | |
| Hong Kong | 12/10/1998 | | Pending | |
| Israel | 10/04/1993 | 107184 | Issued | 10/04/2013 |
| Japan | 10/08/1993 | 3096035 | Issued | 10/08/2013 |
| Korea | 10/08/1993 | | Pending | |
| Mexico | 10/08/1993 | | Pending | |
| Philippines | 10/07/1993 | | Pending | |
| USA | 06/07/1995 | 5,948,793 | Issued | 09/07/2016 |

*Europe:  Austria, Belgium, Great Britain, Denmark, France, Germany, Greece, Ireland, Italy, Luxembourg, Netherlands, Portugal, Spain, Sweden, Switzerland

CONFIDENTIAL
JH 008146

M:\Domestic\Pats & Adams\John Hancock\JH ris FINAL.DOC                    Last printed 3/13/01 1:47 PM

-46-

EXHIBIT 12.2(e) (Cont'd)

ABT-492

(Subject to Wakunaga Agreement)

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---------|-------------|---------------|--------|-----------|
| Australia | 09/24/1999 | | Pending | |
| Brazil | 11/29/1999 | | Pending | |
| Canada | 12/08/1999 | | Pending | |
| China | 10/22/1999 | 1258674A | Issued | |
| Hong Kong | | | | |
| EP* | 12/08/1999 | 0992501 | Issued | |
| Hungary | 11/23/1999 | 9904389 | Issued | |
| Republic of Korea | 08/29/2000 | | | |
| Mexico | 10/14/1999 | | Pending | |
| Russian Federation | 05/29/2000 | | Pending | |
| USA | 06/10/1999 | | Pending | |
| Japan | 10/06/1999 | 2000-136191 | Issued | |

* Europe: Austria, Belgium, Switzerland, Germany, Denmark, Spain, Finland, France, Great Britain, Greece, Ireland, Italy, Luxembourg, Monaco, Netherlands, Portugal, Sweden

CONFIDENTIAL
JH 006147

M:\Domestic\Pals & Adams\John Hancock\JH rfs FINAL.DOC                    Last printed 3/13/01 1:47 PM

-47-

EXHIBIT 12.2(e) (Cont'd)

<u>ABT-510</u>

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---|---|---|---|---|
| Argentina | 05/21/1999 | | Pending | |
| Australia | 05/21/1999 | | Filing in Process | |
| Brazil | 05/21/1999 | | Filing in Process | |
| Bulgaria | 05/21/1999 | | Filing in Process | |
| China | 05/21/1999 | | Filing in Process | |
| Chile | 05/20/1999 | | Pending | |
| Canada | 05/21/1999 | | Filing in Process | |
| Columbia | 05/21/1999 | | Pending | |
| Czech Republic | 05/21/1999 | | Filing in Process | |
| EP* | 05/21/1999 | | Filing in Process | |
| Hong Kong | 05/21/1999 | | Filing in Process | |
| Hungary | 05/21/1999 | | Pending | |
| India | 05/21/1999 | | Filing in Process | |
| Israel | 05/21/1999 | | Filing in Process | |
| Japan | 05/21/1999 | | Filing in Process | |
| Korea | 05/21/1999 | | Filing in Process | |
| Mexico | 05/21/1999 | | Filing in Process | |
| Norway | 05/21/1999 | | Filing in Process | |
| New Zealand | 05/21/1999 | | Filing in Process | |
| Philippines | 05/21/1999 | | Pending | |
| Poland | 05/21/1999 | | Filing in Process | |
| South Africa | 05/21/1999 | | Filing in Process | |
| Slovak Republic | 05/21/1999 | | Filing in Process | |
| Saudi Arabia | 05/21/1999 | | Pending | |
| Turkey | 05/21/1999 | | Filing in Process | |
| Taiwan | 05/21/1999 | | Pending | |
| USA | 05/21/1999 | | Pending | |

*Europe: Austria, Belgium, Great Britain, Cyprus, Denmark, Finland, France, Germany, Greece, Ireland, Italy, Luxembourg, Netherlands, Portugal, Romania, Slovenia, Spain, Sweden, Switzerland

CONFIDENTIAL
JH 008148

-48-

EXHIBIT 12.2(c) (Cont'd)

ABT-518

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---|---|---|---|---|
| Argentina | 07/30/1998 | | Pending | |
| Australia | 07/27/1998 | | Pending | |
| Brazil | 07/27/1998 | | Pending | |
| Bulgaria | 07/27/1998 | | Pending | |
| China | 07/27/1998 | | Pending | |
| Chile | 07/17/1998 | | Pending | |
| Canada | 07/27/1998 | | Pending | |
| Colombia | 07/29/1998 | | Pending | |
| Czech Republic | 07/27/1998 | | Pending | |
| EP* | 07/27/1998 | | Pending | |
| Hungary | 07/27/1998 | | Pending | |
| Israel | 07/27/1998 | | Pending | |
| Japan | 07/27/1998 | | Pending | |
| Korea | 07/27/1998 | | Pending | |
| Mexico | 07/27/1998 | | Pending | |
| Norway | 07/27/1998 | | Pending | |
| New Zealand | 07/27/1998 | | Pending | |
| Philippines | 07/27/1998 | | Pending | |
| Poland | 07/27/1998 | | Pending | |
| South Africa | 07/30/1998 | 98/6828 | Issued | 07/30/2018 |
| Slovak Republic | 07/27/1998 | | Pending | |
| Saudi Arabia | 12/15/1998 | | Pending | |
| Turkey | 07/27/1998 | | Pending | |
| Taiwan | 07/31/1998 | | Pending | |
| USA | 08/05/1998 | | Pending | |

*Europe: Austria, Belgium, Great Britain, Denmark, France, Germany, Greece, Ireland, Italy, Luxembourg, Netherlands, Portugal, Spain, Sweden, Switzerland

CONFIDENTIAL
JH 008149

-49-

EXHIBIT 12.2(e) (Cont'd)

ABT-751
(Subject to Eisai Agreement)

| COUNTRY | FILING DATE | PATENT NUMBER | STATUS | EXP. DATE |
|---|---|---|---|---|
| USA | 08/08/1991 | 5,250,549 5,292,756 | Issued | 08/08/2011 08/08/2011 |
| Germany | 08/07/1991 | EP 472,053 | Issued | 08/07/2011 |
| United Kingdom | 08/07/1991 | EP 472,053 | Issued | 08/07/2011 |
| France | 08/07/1991 | EP 472,053 | Issued | 08/07/2011 |

CONFIDENTIAL
JH 008150

M:\Domestic\Pals & Adams\John Hancock\JH fis FINAL.DOC                Last printed 3/13/01 1:47 PM

-50-

EXHIBIT 12.2(f)

COMMUNICATIONS

With respect to ABT-594, Abbott has received the following communications:

- Correspondence from Sibia Neurosciences, 505 Coast Blvd. South, Suite 300, La Jolla, CA 92037 (Sibia was acquired by Merck & Co., Inc. in August, 1999) including, most recently, a letter dated March 13, 1998.
- Correspondence from ICT Pharmaceuticals c/o Stadheim and Grear, Ltd., 400 North Michigan Ave., Chicago, IL 60611 including, most recently, a letter dated September 14, 2000.

The Sibia and ICT correspondence each refer to their patents on research tools.

CONFIDENTIAL
JH 008151

M:\Domestic\Pals & Adams\John Hancock\JH r/a FINAL_DOC          Last printed 3/13/01 1:47 PM

-51-

EXHIBIT 12.2(j)

Compound Reports

CONFIDENTIAL
JH 008152

M:\Domestic\Pats & Adams\John Hancock\JH rfa FINAL.DOC                    Last printed 3/13/01 1:47 PM

*CONFIDENTIAL*

# ABT – 773

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008153

Descriptive Memorandum: ABT - 773     **CONFIDENTIAL**

## ABT-773

### Opportunity Overview

ABT-773 pertains to a promising new class of antibiotics known as ketolides. ABT-773 is likely to have activity against resistant strains of bacteria and will, therefore, compete effectively against currently marketed antibiotics. The compound is currently in Phase II/III trials. Phase III clinical trials began in Q4, 2000. ABT-773 has an expected U.S. launch date in Q1, 2004. Ex-U.S. launches are projected in 2004 for Europe and Japan.

Product features such as high efficacy, activity against resistant strains of bacteria and convenience should enable it to compete against both Zithromax and newer agents such as the quinolones. Dosing is expected to be once-a-day. A 5-day convenience pak at a competitive price will help maximize sales.

### The US Market

The overall antibiotic market in the U.S. reached $8.9 billion in sales in 1999. The tab/cap segment is the largest; sales in 1999 were $5.7 billion. The I.V. and oral suspension segments are comparatively smaller; total sales topped $2.1 and $1.1 billion, respectively.

Tab/cap and oral suspension prescription volume had been declining 1-2% per year in the period of 1995-1998, due to more appropriate prescribing in the face of increasing resistance. However, total tab/cap prescription volume recovered in 1999 and grew 6.3%. Even in the face of negative pressure on antibiotic use, dollar sales in the U.S. have continued to increase, particularly in the tab/cap market. This is due to the trend of replacing relatively low-cost agents with higher priced premium antibiotics. The market is willing to bear higher costs for agents that satisfy unmet needs. The I.V. market has grown slightly in terms of sales, also being driven largely by the replacement of generic agents with more costly branded agents.

Macrolides, largely fueled by the gains of Zithromax, have seen significant growth in terms of both prescriptions and sales. Zithromax prescriptions far outnumber those of other competitors, while its sales have nearly surpassed those of the sales leader, Cipro. Historically, quinolones saw relatively limited use for community respiratory tract infections (RTIs) because of poor Gram-positive coverage and sub-optimal adverse event profiles. Newer quinolones such as Levaquin have been successful in achieving more widespread use by virtue of its improved activity and adverse event profile. Levaquin currently accounts for approximately 30% of the quinolone market share. It is anticipated that recent quinolone introductions (Avelox, Tequin) will build upon the RTI momentum established by Levaquin. The growth of the macrolide and quinolone classes has come largely at the expense of cephalosporins and generic agents such as erythromycin and penicillin.

The following table shows 1999 tab/cap sales and prescriptions by class/product:

| | Sales | | | TRXs | | |
|---|---|---|---|---|---|---|
| | Sales ($MM) | Share | CAGR$_{95-99}$ | TRXs (MM) | Share | CAGR$_{95-99}$ |
| Penicillins | $146.2 | 2.6% | -1.2% | 57.5 | 23.7% | -5.6% |
| Cephalosporins | $989.9 | 17.2% | -5.6% | 37.9 | 17.1% | -3.9% |
| Ceftin | $303.9 | 5.7% | 1.5% | 6.6 | 2.7% | -1.6% |
| Cefzil | $185.7 | 3.3% | 13.6% | 2.7 | 1.2% | 11.3% |
| Other | $400.3 | 7.1% | -14.7% | 28.1 | 13.2% | -4.5% |
| Ext. Spec. Macrolides | $1,595.6 | 27.9% | 13.9% | 36.1 | 14.5% | 26.5% |
| Biaxin | $690.6 | 12.1% | 6.1% | 11.3 | 5.1% | 1.2% |
| Zithromax | $891.1 | 15.6% | 42.1% | 24.4 | 11.0% | 41.5% |
| Other | $14.0 | 0.2% | 21.9% | 0.4 | 0.2% | 53.0% |
| Quinolones | $1,622.1 | 28.4% | 17.0% | 24.0 | 10.8% | 11.7% |
| Cipro | $902.6 | 15.8% | 8.3% | 14.1 | 6.4% | 5.1% |
| Levaquin | $320.4 | 5.3% | NA | 7.0 | 3.1% | NA |
| Other | $199.2 | 3.3% | -2.2% | 3.0 | 1.3% | -8.4% |
| Augmentin | $773.1 | 13.5% | 17.8% | 10.7 | 4.8% | 11.8% |
| Other Classes | $588.5 | 10.3% | -1.7% | 60.4 | 27.3% | -4.7% |
| TOTAL TAB/CAP | $5,715.4 | 100.0% | 8.9% | 221.5 | 100.0% | 0.1% |

*U.S. Market Projections*

Resistance to antibiotics is likely to increase, creating opportunities for new agents with activity against resistance. Physicians will be urged to choose agents with an appropriate spectrum of activity relative to the infection being treated. Resistance will increasingly become part of the promotional mix for emerging agents. The ability of an agent to treat resistant strains and the real or perceived ability to slow or prevent resistance development (mutation prevention concentration, low mutation frequency, structure-activity relationships, etc) may confer competitive advantage to such agents.

• Quinolones, which historically have seen limited use in community-acquired respiratory infections, will become a significant class in this segment as new agents from this class are launched that specifically target RTIs.

• The market will become more competitive as new agents enter both the community segment (ketolides, quinolones) as well as the nosocomial segment (oxazolidinones, streptogramins, everninomycins, peptides, others).

• Several key branded antibiotics will lose patent exclusivity over the next three to five years. This may create an opportunity in the pediatric market as the top three pediatric brands (Augmentin, Ceftin, Zithromax) are among those losing patent exclusivity.

Antiviral influenza and cold therapeutics, as well as an increasing number of antibacterial vaccines may have a negative impact on antibiotic prescriptions.

*The Ex-U.S. Market*

Ex-U.S. sales of antibiotics totaled $11.7 billion in 1999. Tab/cap represents the largest segment, with sales of $9.4 billion from 770 million total prescriptions. Total Rx growth has been flat, with a 1996-99 CAGR of 0.5%. The use of antibiotics is predicted to slowly decline due to more judicious use of antibacterials in the face of increasing bacterial resistance.

Ex-U.S., the quinolone class accounted for 8% of total tab/cap market prescriptions (62 million Rxs) and 13% of sales ($1.2 billion). Ciprofloxacin is the market leader ex-U.S. with approximately 47% of the quinolone market Rxs (29 million Rxs) and 44% ($530MM) of sales. Levofloxacin launched in many European markets in 1998/1999 and holds approximately 14% Rx share of the European quinolone market and 0.8% of the overall tab/cap market. Although grepafloxacin and trovafloxacin also launched in some European countries in 1999, both products were recently pulled from the market due to liver toxicity and other complications. Moxifloxacin launched in Germany in Q4 1999, but has not yet been approved in other markets. In Japan, levofloxacin launched in 1994 and still commands a 65% Rx share of the quinolone market and 10% of the Japanese tab/cap market overall. Japan accounts for approximately 80% of ex-U.S. levofloxacin sales ($370MM).

CONFIDENTIAL
JH 008155

*Scientific Rationale for ABT-773*

The likely profile of ABT-773 justifies further development:
- ABT-773 pertains to a new class of antibiotics.
- Good activity against resistant Gram + organisms, particularly macrolide-resistant *S. pneumoniae*.
- Convenience, safety, and tolerability profile competitive with Z-pak.
- Oral Suspension and I.V. forms enabling penetration into pediatrics and hospital segments.

*Clinical Studies*

The safety and efficacy of ABT-773 in AECB were studied in a multi-center Phase II clinical trial conducted between January and April of 1999. Dosing regimens of 100mg TID and 200mg TID were tested. Of the 169 enrolled patients, 159 were clinically evaluable and 96 were both clinically and bacteriologically evaluable. The following chart summarizes the results.

| Bacterial Eradication | ABT-773 100mg TID | ABT-773 200mg TID | Overall Eradication |
|---|---|---|---|
| S. pneumoniae | 100% (13/13) | 90% (9/10) | 96% (22/23) |
| M. catarrhalis | 100% (6/6) | 100% (7/7) | 100% (13/13) |
| H. influenzae | 96% (23/24) | 92% (24/26) | 92% (47/50) |
| H. parainfluenzae | 100% (6/6) | 88% (7/8) | 93% (13/14) |

| Clinical Response | ABT-773 100mg TID | ABT-773 200mg TID |
|---|---|---|
| Cure | 96% (77/80) | 92% (73/79) |
| Failure | 4% (3/80) | 8% (6/79) |

| Clinical and Bacterial Response | ABT-773 100mg TID | ABT-773 200mg TID |
|---|---|---|
| Cure | 96% (46/48) | 94% (45/48) |
| Failure | 4% (2/48) | 6% (3/48) |

| Adverse Events | ABT-773 100mg TID | ABT-773 200mg TID | Overall |
|---|---|---|---|
| Taste Perversion | 3% (4/84) | 6% (5/85) | 6.5% (11/169) |
| Diarrhea | 11% (9/84) | 6% (5/85) | 8% (14/169) |
| Nausea | 2% (2/84) | 2% (2/85) | 2% (4/169) |
| Abdominal Pain | 1% (1/84) | 2% (2/85) | 2% (3/169) |
| Headache | 2% (2/84) | 1% (1/85) | 2% (3/169) |
| Rash | 1% (1/84) | 1% (1/85) | 1% (2/169) |
| Dyspnea | 2% (2/84) | | 1% (2/169) |
| Elev. Liver Funct. Test | 1% (1/84) | 1% (1/85) | 1% (2/169) |
| Fever | | 2% (2/85) | 1% (2/169) |

CONFIDENTIAL
JH 008156

*Descriptive Memorandum: ABT - 773*    **CONFIDENTIAL**                    4

The safety and efficacy of ABT-773 in AECB were studied in a multi-center Phase IIb clinical trial from October 1999 to March 2000. Doses of 150mg QD, 300mg QD, and 600mg QD were tested. Of the enrolled subjects, 342 were clinically evaluable, and 169 were both clinically and bacteriologically evaluable. The following chart summarizes the results:

| Bacterial Eradication | ABT-773 150mg QD | | ABT-773 300mg QD | | ABT-773 600mg QD | | Overall Eradication | |
|---|---|---|---|---|---|---|---|---|
| S.pneumoniae | 83% | (10/12) | 90% | (9/10) | 100% | (13/13) | 91% | (32/35) |
| M.catarrhalis | 80% | (8/10) | 92% | (12/13) | 91% | (10/11) | 88% | (30/34) |
| H. influenzae | 94% | (17/18) | 89% | (17/19) | 83% | (19/23) | 88% | (53/60) |

| Clinical Response | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cure | 87% | (98/113) | 90% | (105/117) | 90% | (101/112) | | |
| Failure | 13% | (15/113) | 10% | (12/117) | 10% | (11/112) | | |

| Clinical & Bacteriological Response | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cure | 84% | (42/50) | 88% | (49/56) | 94% | (59/63) | | |
| Failure | 16% | (8/50) | 12% | (7/56) | 6% | (4/63) | | |

| Adverse Events | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Taste Perversion | 5% | (4/84) | 19% | (25/129) | 29% | (37/129) | 17% | (66/384) |
| Diarrhea | 13% | (16/126) | 12% | (15/129) | 21% | (27/129) | 15% | (58/384) |
| Nausea | 7% | (9/126) | 13% | (17/129) | 30% | (38/129) | 17% | (64/384) |
| Vomiting | 2% | (3/126) | 3% | (4/129) | 11% | (14/129) | 5% | (21/384) |
| Nausea & Vomiting | 0 | (0/126) | <1% | (1/129) | 4% | (5/129) | 2% | (6/384) |
| Abdominal Pain | 4% | (5/126) | 4% | (5/129) | 4% | (5/129) | 4% | (15/384) |

The safety and efficacy of ABT-773 in Acute Bacterial Sinusitis (ABS) were studied in a multi-center Phase IIb clinical trial conducted from October 1999 to March 2000. Dosing regimens of 150mg QD, 300mg QD, and 600mg QD were tested. Of the 292 enrolled subjects, 246 were clinically evaluable. The following chart summarizes the results.

| Bacterial Eradication | ABT-773 150mg QD | AB T-773 300mg QD | ABT-773 600mg QD | Overall Eradication |
|---|---|---|---|---|
| S.pneumonia | 3/3 | 8/8 | 9/12 | 20/23 |
| M. catarrhalis | 8/9 | 3/4 | 4/4 | 15/17 |
| H. influenzae | 3/5 | 7/7 | 5/7 | 15/19 |
| S.aureus | 1/1 | 1/1 | 3/4 | 5/6 |

| Clinical Response | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cure | 89% | (70/79) | 83% | (70/84) | 71% | (59/83) | |
| Failure | 11% | (9/79) | 17% | (14/84) | 29% | (24/83) | |

| Adverse Events | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Taste Perversion | 1% | 1(6/97) | 14% | (14/98) | 27% | (26/97) | 14% | (41/292) |
| Diarrhea | 5% | (5/97) | 6% | (6/98) | 17% | (16/97) | 10% | (26/292) |
| Nausea | 3% | (3/97) | 12% | (12/98) | 26% | (25/97) | 14% | (40/292) |
| Vomiting | 1% | (1/97) | 6% | (6/98) | 17% | (16/97) | 8% | (23/292) |

CONFIDENTIAL
JH 008157

The safety and efficacy of ABT-773 in community-acquired pneumonia (CAP) were studied in a multi-center Phase IIb clinical trial from October 1999 to March 2000. Dosing regimens of 300mg QD and 600mg QD were tested. Of the 187 enrolled subjects, 1248 were clinically evaluable, and 15 were both clinically and bacteriologically evaluable. The following chart summarizes the results.

| Bacterial Eradication | ABT-773 300mg QD | | ABT-773 600mg QD | | Overall Eradication | |
|---|---|---|---|---|---|---|
| S. pneumoniae | 87% | (13/15) | 100% | (7/7) | 91% | (20/22) |
| M. catarrhalis | 75% | (6/8) | 50% | (2/4) | 67% | (8/12) |
| H. influenzae | 100% | (9/9) | 72% | (13/18) | 81% | (22/27) |
| M. pneumoniae | 93% | (13/14) | 93% | (14/15) | 93% | (27/29) |
| C. pneumoniae | 95% | (19/20) | 79% | (19/24) | 86% | (38/144) |
| L. pneumoniae | 100% | (3/3) | 100% | (2/2) | 100% | (5/5) |
| **Clinical Response** | | | | | | |
| Cure | 92% | (72/78) | 80% | (56/70) | | |
| Failure | 8% | (6/78) | 20% | (14/70) | | |
| **Clinical & Bacterial Response** | | | | | | |
| Cure | 92% | (54/59) | 82% | (47/57) | | |
| Failure | 8% | (5/59) | 18% | (10/57) | | |
| **Adverse Events** | | | | | | |
| Taste Perversion | 17% | (16/95) | 26% | (24/92) | 21% | (40/187) |
| Diarrhea | 14% | (13/95) | 18% | (17/92) | 16% | (30/187) |
| Nausea | 12% | (11/95) | 22% | (20/92) | 17% | (31/187) |
| Vomiting | 10% | (9/95) | 15% | (14/92) | 12% | (23/187) |

Appendix 1

**Key Emerging Competitors**

| Generic | Brand | Company | Class | Status |
|---|---|---|---|---|
| moxifloxacin | Avelox | Bayer | Quinolone | Approved by FDA 12/13/00 |
| gatifloxacin | Tequin | BMS | Quinolone | Approved by FDA 12/21/00 |
| gemifloxacin | Factive | SKB | Quinolone | Filed NDA 12/15 |
| T-3811 | TBD | BMS/Toyama | Quinolone | Phase I |
| telithromycin | Ketek | Aventis | Ketolide | Filed NDA 3/00 |
| linezolid | Zyvox | Pharmacia | Oxazolidinone | Approved by FDA Q2 '00 |

CONFIDENTIAL
JH 008158

*CONFIDENTIAL*

# ABT – 627

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008159

## ABT-627

### Opportunity Overview

ABT-627 is an orally bioavailable endothelin antagonist with a high selectivity for the Eta receptor. The endothelins (ET-1, ET-2, ET-3) are a family of 21 amino acid peptides first identified in 1988. Endothelin is a potent, long acting vasoconstrictor produced by vascular endothelial cells. The known biological effect of ET-1 are believed to be mediated principally through the Eta receptor. These include potent and uniquely sustained vasoconstriction of vascular smooth muscle, positive inotropy of myocardium, and the stimulation of cell proliferation or the hypertrophy in vascular smooth muscle cells, cardiac myocytes, and fibroblasts.

In vitro studies in cultured cells have established that ABT-627 selectively binds to the Eta receptor, and that ABT-627 is a potent inhibitor of ET-1 binding to the Eta receptor.

Studies in cultured human prostate cancer cells and other cultured cells have shown that ABT-627 acts as a functional antagonist of ET-1, and these effects have been confirmed in vivo by assessing the effect of ABT-627 on the ET-1 induced pressor response in rats. Further animal studies have suggested that oral ABT-627 may be effective in the treatment of congestive heart failure, pulmonary hypertension, hypertension, arterial restenosis, and myocardial infarction.

In addition to literature and animal models supporting the role of endothelin antagonists in cardiovascular indications, data exists supporting the role of the ET-1 cytokine as a pathogenic mediator in cancer.

The current role of endothelin in the manifestations of metastatic prostate cancer (PCA) and other tumors have yet to be fully defined. However, Abbott scientists and thought leaders have made multiple observations about endothelin biology which suggest that endothelin may play a role in the biology and pathophysiology of metastatic prostate disease and other metastatic disease such as ovarian, cervical and renal tumors

ABT-627 has successfully completed Phase II trials for PCA, and the results demonstrate efficacy in hormone refractory PCA. The end of Phase II meeting with the FDA was held on October 4th. The data from Phase II was very favorably received and "best package" comments were made. Fast track designation and rolling NDA were granted. The FDA was conceptually in agreement with preliminary design of Phase III clinicals and clinical end points to measure. While not a dictate, a second Phase III trial will likely be conducted to insure the best opportunity for a successful outcome. The Phase III program is scheduled to commence before year-end. It is expected that filing on ABT 627 will occur in US and ex-US 1Q 2004. The compound is also in Phase I trials for other cancer types. Phase II studies in other cancer types will commence in 2001. Other indications outside of oncology are also being considered, to optimize the commercial potential of this asset.

CONFIDENTIAL
JH 008160

### The US Market

Prostate cancer is the most common cancer to strike nonsmoking men. The NCI estimates that there are over 1.7 million men living with prostate cancer in the U.S., and another 179,300 will be diagnosed in 1999. Nearly 80% of these cases are men over 60 years of age. It is estimated that the prevalence of prostate cancer is 380,000 in Western Europe and 45,000 in Japan. While the vast majority of these patients will be identified with potentially curable disease (25% in Stage I and 50% in Stage II) in the U.S., half of these patients will go undiagnosed until late stage disease in W. Europe and Japan. The skewed distribution of diagnosed cases ex-U.S. is largely due to less aggressive prostate cancer screening programs compared to the U.S.

Prostate cancer has seen few additions or innovations in treatment regimens in the past two decades. Treatments remain, in general, radical prostatectomy (RP) for localized disease, radiotherapy for locally advanced disease and hormone therapy for advanced disease. Patients receiving hormone therapy become refractory to this treatment after two to three years, although many will continue on hormone therapy. These hormone refractory prostate cancer (HRPCa) patients usually have a life expectancy of approximately 12 months, and no existing standard of care exists for treating these patients. No therapy has shown a significant impact on survival in these patients, although some chemotherapeutic regimens may offer promise.

There is a general trend toward using hormone therapy in earlier stage patients. In some centers, patients are receiving hormone therapy prior to surgery or radiation, in an attempt to improve outcomes in these definitive treatments. Some thought leaders suggest that this earlier utilization has contributed to the overall mortality improvements in PCA. Studies are ongoing looking at different uses for hormone therapy, including intermittent therapy, in an attempt to improve outcomes and mitigate the morbidity associated with hormonal therapy.

Hormone therapy remains the mainstay of prostate cancer treatment in earlier stages. Chemotherapy, however, has gained additional attention in hormone refractory disease as new combinations and regimens offer the potential for greater therapeutic benefit with fewer side-effects. This trend will take several years before clinical trials are completed and community based oncologists adopt these regimens, so the current cytotoxic market in PCA is small.

The total dollar growth of this market has slowed as the two market leaders, Lupron (leuprolide/TAP) and Zoladex (goserelin/Zeneca), have experienced increased price pressures from managed care and Medicare. About half the states are currently reimbursing these therapies at a least cost option (only paying for the cheapest alternative), putting downward price pressures on Lupron ($8,500/yr) to match Zoladex's ($4,500/yr) lower price point. Thus, US Lupron dollar sales declined between 1997 and 1998, despite an increase in patient volume. Growth has also stagnated due to a lack of innovation in this hormone dominated category. There have been few therapeutic advances in the treatment of PCA in the last 5 years.

The only chemotherapy approved for use in HRPCa patients with pain is Novantrone (mitoxantrone/Immunex), but the marginal benefits this compound delivers is deeply undercut by its severe toxicities and a lifetime cap on dose. Novantrone and steroids significantly reduced the metastatic pain in 40% of patients, but it does not appear to provide a survival advantage. Novantrone is dosed by I.V. infusion every 21 days, at a cost of $560 per treatment, or an annual cost of around $8,000. Use of this agent is associated with significant side-effects, including myelosuppression, cardiac toxicity (which limits dosing) and nausea. It is this negative side-effect profile that inhibits the use of this agent in more patients. Only about 4% of U.S. HRPCa patients received Novantrone therapy in 1998. Novantrone has not been approved ex-US.

Only about 17% of HRPCa patients received any chemotherapy in 1998. The most common drugs included estramustine, paclitaxel and etoposide. These drugs continue to be some of the most studied compounds in HRPCa ongoing research and represent the greatest short-term promise in the cytotoxic treatment of this advanced disease state.

CONFIDENTIAL
JH 006161

Descriptive Memorandum: ABT - 627        CONFIDENTIAL                                    3

## US Sales of Products to Treat Prostate Cancer

| Product | 1997 Dollar Sales (MM) | 1998 Dollar Sales (MM) | % chng '97-'98 |
|---|---|---|---|
| Lupron (leuprolide/TAP) | $850 | $967 | 2.5% |
| Zoladex (goserelin/Zeneca) | 233 | 296 | 27.3 |
| Casodex (bicalutamide/Zeneca) | 58 | 68 | 17.24 |
| Eulexin (flutamide/Schering) | 74 | 67 | -9.5 |
| Novantrone (mitoxantrone/Immunex) | 33 | 35 | 6.1 |
| Nilandrone (nilutamide/Hoechst) | 12 | 24 | 100 |
| EmcyA (estramustine/Pharmacia/Upjohn) | 8 | 14 | 75 |
| Taxol (paclitaxel/BMS) | 4 | 8 | 100 |
| VePesid (etoposide/BMS) | 5 | 4 | -20 |
| Others | 27 | 31 | 14.8 |
| Total | 1,104 | 1,214 | 10% |

Source: Tandem Research and Price Probe

### US Market Projections

- Novantrone (mitoxantrone/Immunex) is currently the only product approved for the treatment of hormone refractory PCA with pain. It currently falls short on the market needs in terms of efficacy and side-effect profile.

| Attribute | Novantrone Profile |
|---|---|
| Dosing | I.V. infusion cycles |
| Cost | Expensive, ~$10,000/yr |
| Efficacy | Provides marginal improvements in quality of life |
| Reimbursed | Yes |
| Side-effects | Dose limiting toxicities |
| Promo Efforts | 108 oncology reps |
| Targets | Oncologists |

Several surveys indicate that there are over 100 compounds in preclinical and clinical development for prostate cancer and various solid tumors. The compounds listed in the appendix represent compounds that appear to offer the greatest promise and/or potential for competition for ABT-627. However, since the most likely use of ABT-627 will be in combination with best therapy, it is difficult to define the extent of competitive threat that any of these compounds represent. In general, other cytostatic agents probably offer the greatest threat as a replacement for ABT-627. However, even other cytostatic agents may be combined to maximize the activity of the various mechanisms.

To date, PPD is aware of only one other endothelin receptor antagonist in development for cancer, from Yamanouchi, which began Phase I studies in the Fall of 1999. ABT-627 is still poised to be the first endothelin receptor antagonist to reach the market for oncology.

Descriptive Memorandum: ABT - 627        CONFIDENTIAL

CONFIDENTIAL
JH 008162

4

*Scientific Rationale for ABT-627*

There are relatively low hurdles for entry for a product to treat hormone refractory prostate cancer, as no truly effective agents presently exists. Quality of life is paramount in this population, followed by improvements in disease progression and survival. Quality of life parameters could include an impact on pain/or delay in pain onset or other performance type measures of daily activities. As all hormone therapy ultimately fails, a product that delays disease progression is needed.

| Unmet Need | Pipeline Impact |
|---|---|
| Improvements in QOL | • ABT-627's profile goal is to provide improvements to a patient's QOL or blunt a decrease in QOL<br>• Cytotoxic agents rarely have significant positive impacts on QOL<br>• Other cytostatic agents may offer this benefit |
| Improvements in survival | • It is unlikely that improvements in survival will be seen in our current trials<br>• Cytotoxic agents may offer a survival advantage, perhaps in combination with ABT-627 |
| Improvements in time to disease progression | • Cytostatic and cytotoxic agents offer the greatest promise for this benefit |

Our objective is to provide physicians and patients with a novel option for the treatment of hormone refractory prostate cancer, distinguish ABT-627 from current cytotoxic therapies and encourage the treatment of advanced prostate cancer patients currently only receiving hormonal therapy.

ABT-627 will be positioned as a physician and patient-friendly choice for advanced prostate cancer patients who have failed hormone therapy. ABT-627's novel mechanism of action provides a delay in disease progression and a positive impact on QOL. The oral, QD dosing enhances compliance and minimizes disruptions to daily living.

The message will focus on 3 key attributes:

• Efficacy (defined as increased time to tumor progression) in a patient group with few options
• Improvements in quality of life
• Convenience

Physicians no longer have to choose between treating advanced prostate cancer patients and a patient's quality of life. ABT-627 has a positive impact on disease progression and symptoms associated with quality of life, without the baggage of significant side-effects or the inconvenience of parenteral administration associated with current therapy choices.

This message expresses the key features of the agent in terms of patient benefits, as opposed to emphasizing the scientific/clinical aspects. Since prostate cancer is a terminal disease with a relatively long time for disease progression, the quality of a patient's life becomes even more critical. Especially in cancer treatment, where the therapy can often feel worse than the disease, the benefits that ABT-627 will bring, coupled with its benign side-effect profile, will have a significant impact on prostate cancer patients' lives.

CONFIDENTIAL
JH 008163

## Clinical Studies

Phase II trials have been completed and the data are being analyzed. Preliminary results for the primary endpoint of time-to-disease progression and the secondary endpoint of time-to-PSA progression show that ABT-627 favorably delays both phenomena with a benign adverse event profile. The results are summarized below:

Disease Progression: The delay in median time-to-disease progression for evaluable subjects was improved by 52% and 43% for the 10mg and 2.5mg doses respectively over the placebo time-to-disease progression of 4.3 months.

Time-to-PSA Increase: A 150% and 150% improvement in median time-to-PSA progression for evaluable subjects was observed for the 10mg and 2.5mg doses respectively over the time-to-PSA progression placebo of 2 months.

Significant dose related decreases were observed in markers of metastatic bone disease.

### Key Prostate Cancer Competitors

| Product | Company | Phase | Projected NDA Filing | Description | Anticipated Impact on ABT-627 |
|---------|---------|-------|---------------------|-------------|-------------------------------|
| AG 3340 | Agouron | III | 2000 | MMPI | In combination with mitoxantrone/prednisone. Unknown impact. |
| Marimastat | British Biotech | II | 2001 | MMPI | Side-effect profile significantly worse than ABT-627. Probably minimal impact. |
| SU 101 | Sugen | I/II | 2002 | PDGF TK antagonist | Phase III in combination with mitoxantrone set to start in 1999. Uncertain impact. |
| AR 623 | Aronex | II | 2002 | All-transretinoic acid | IV liposomal form of ATRA. HRPCa trial began in November 1998. Probably additive. |
| MGI 114 | MGI Pharma | II | 2002 | Alkylating agent | Lead compound is acylfulvenes. Fairly toxic. Probably additive. |
| Liposomal Encapsulated doxorubicin | NeoPharm and PA/UW/Alza and others | II | 2002 | Anthracycline | Various forms being developed by various companies. Probably additive. |
| Satraplatin | BMS | III | 2000 | Platinum complex | Oral platinum analog whose utilities comparable to carboplatin. Probably additive. |
| Taxol | BMS | II | 2001 | taxane | In various combinations with other chemo agents. Probably additive. |
| Taxotere | RPR | II | 2001 | taxane | In various combinations with other chemo agents. Probably additive. |

CONFIDENTIAL
JH 008164

CONFIDENTIAL

# ABT-594

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008165

*ABT-594 Opportunity Overview*

ABT-594 is a non-opioid, non-NSAID analgesic that is a potent and selective neuronal-nicotinic receptor (NNR) agonist being studied for the treatment of pain. ABT-594 is 30 to 100-fold more potent and equally efficacious to morphine in several well-characterized animal models of pain. The preclinical side effect and dependency liability profile of ABT-594 is superior to that of morphine.

ABT-594 is orally administered, and BID dosing is expected. Its initial targeted indication is symptomatic treatment of diabetic neuropathic pain. It is covered by a composition of matter patent through June of 2016, and also has a use patent pending in analgesia that would provide protection through September of 2017.

The IND filing of ABT-594 was in December 1998. A Phase IIb (dose ranging) trial began April 2000 in diabetic neuropathic pain. A Go/No Go decision for clinical efficacy is expected June 2001. The NDA filing is expected in 3Q2003. Development of additional formulations is under consideration (parenteral, transdermal, extended-release).

U.S. sales in 1999 for the key neuropathic pain treatments, Neurontin, carbamazepine, and tricyclic antidepressants (TCAs), are estimated to be $350 million. Neurontin sales account for the bulk of this, with an estimated 40% of this antiepileptic drug's sales being for neuropathic pain. Neurontin's 2000 sales are expected to reach $1 billion with perhaps 50% of its use in neuropathic pain. This dollar market value likely underestimates this market's potential due to a number of factors. Only the anticonvulsant, Tegretol (carbamazepine), currently off patent, and Lidoderm, a lidocaine patch, have specific indications for a type of neuropathic pain (trigeminal neuralgia and post-herpetic neuralgia, respectively) in the U.S. Currently, there is an unmet market need for novel neuropathic pain treatments such as ABT-594. Therefore, this compound is likely to be well received in this arena. Outside the U.S., Neurontin recently received an indication in the U.K. for the treatment of neuropathic pain. Despite these opportunities, there has been little to no funding from the pharmaceutical industry to improve diagnosis and treatment of neuropathic pain and drive market growth.

Ex-U.S. sales of carbamazepine and Neurontin for treatment of neuropathic pain are estimated to be approximately $140MM in 1999. Carbamazepine is still the treatment of choice ex-U.S., with estimated sales of approximately $90MM in neuropathic pain. Neurontin has achieved only $53MM in sales for this pain segment, with a price approximately 3-4 times that of carbamazepine, suggesting a patient share of only 10-20%.

Nociceptive pain is categorized by duration (acute or chronic) and by severity (mild, moderate, and severe). The mild and, to a lesser extent, moderate segments have multiple product entries and are generally well satisfied by OTC products such as aspirin, acetaminophen and ibuprofen. The prescription market for nociceptive pain is made up of four key classes of analgesics: NSAIDs, COX-2s, Opioids (and combination products), and Other Non-Opioids. In 1999, sales for these four classes of analgesics exceeded $12BB ($6.7BB U.S., $5.6BB Ex-U.S.)

CONFIDENTIAL
JH 008166

*Market Size / Prevalence*

Pain is the most common symptom of disease and the most frequent complaint with which patients present to physicians. Chronic pain, including both neuropathic and nociceptive pain, is considered to be the single most common cause of suffering and disability in the industrialized world with an estimated 25-30% of the population experiencing some form of chronic pain.

Neuropathic pain is a frequent sequela of diabetes, cancer, AIDS and other viral infections, as well as entrapment neuropathies such as carpal tunnel syndrome. Diabetes and its associated complications are increasing at an alarming rate in the United States. Despite advances in treatment, the development of diabetic complications such as neuropathy remains significant. The diagnosed prevalence of diabetic neuropathy is estimated to be about 2 to 3 million patients, with at least 10 to 20% of those patients experiencing painful symptoms (~290,000 to 600,000.) AIDS-related neuropathic pain is estimated to affect approximately 40% of HIV-infected individuals (~14 million.) Post-herpetic neuralgia (PHN) is another virally induced neuropathic pain syndrome. Annually, acute herpes zoster infection (shingles) occurs in almost a quarter of a million people over the age of 60 in the U.S. alone. Pain lasting more than one year has been reported in 22% of patients over the age of 55 and in 48% of those over 70 years of age. In cancer, nerves can be damaged by mechanical distortion from a tumor mass, infiltration by tumor, chemotherapy, or radiation therapy and, therefore, neuropathic pain is common. An estimate of the prevalence rate for cancer-related neuropathic pain in the U.S. is 200,000 people.

Chronic nociceptive pain categories include osteoarthritis (OA), chronic back and neck pain, rheumatoid arthritis (RA), and cancer pain. These diagnoses are expected to become more prevalent as the population ages. Current overall prevalence for these disorders is staggering (over 200 million worldwide) and, although the diagnosed and treated populations are lower, improved treatment options and awareness have the potential to drive significant growth. OA is one of the most common nociceptive pain conditions treated by primary care physicians and three-fourths of OA sufferers surveyed indicate that the disease interferes with their daily activities. Chronic back and neck pain are also highly prevalent and represent an estimated 40% of a primary care physician's (PCP's) chronic pain patient population.

CONFIDENTIAL
JH 008167

**Competition, Current Marketed Products:**

The following tables show the factored U.S. and ex-U.S. prescription and sales volume for key neuropathic pain therapies in 1999.

| 1999 Key Neuropathic Pain Products, Estimated TRxs | | | | |
|---|---|---|---|---|
| Product/Class | 1999 U.S. TRx (MM) | U.S. TRx CAGR '97-'99 | 1999 ex-U.S. TRx (MM) | ex-U.S. TRx CAGR '97-'99 |
| Neurontin | 3.3 | 26.3% | N/A | N/A |
| carbamazepine | 1.0 | 12.6% | N/A | N/A |
| TCAs | 8.2 | 1.1% | N/A | N/A |
| TOTAL | 12.6 | 5.8% | N/A | N/A |

Source: IMS, factored for neuropathic uses.
N/A = not available

| 1999 Key Neuropathic Pain Products, Estimated $ Sales | | | | |
|---|---|---|---|---|
| Product/Class | 1999 U.S. Sales ($MM) | U.S. Sales CAGR '97-'99 | 1999 ex-U.S. Sales ($MM) | ex-U.S. Sales CAGR '97-'99 |
| Neurontin | $308 | 28.7% | $53 | 57.6% |
| carbamazepine | $17 | 13.1% | $87 | 2.5% |
| TCAs | $26 | -3.3% | N/A | N/A |
| TOTAL | $351 | 21.7% | $140 | 19.1% |

Source: IMS, factored for neuropathic uses; Ex-U.S. data includes retail pharmacy data from all audited markets
N/A = not available

**Competition, Products in Development**

Almost 100 compounds are currently in development for prescription pain management, though some of these compounds are also being developed for non-analgesic indications. Most of the analgesic compounds in the pipeline represent incremental improvements over the opioids or NSAIDs, or consist of new formulations or delivery mechanisms for the standard analgesics. Fewer than 30% of the compounds in development have novel mechanisms of action. Drugs with novel mechanisms are expected to provide the bulk of promoted competition for ABT-594.

In addition to the novel analgesics in the table below, a number of new formulation and combination products, most often containing an opioid, are in development. Second generation COX-2s are also in development but are not likely to represent major breakthroughs on the scale of the first generation products.

CONFIDENTIAL
JH 008168

| Analgesia Development Pipeline – Key Novel Agents | | | | |
|---|---|---|---|---|
| Product | Company | Mechanism | Phase | Comments |
| pregabalin | Pfizer | Unknown; possibly through α2™ subunit binding | III | Neuropathic pain; chronic pain, follow-up to Neurontin |
| saredutant | Sanofi | NK-2 receptor antagonist | II | General pain; MCA losing favor; active program |
| ZD4952, ZD 6416 | Zeneca | Prostaglandin receptor antagonist | II | Moderate to severe pain; neurogenic pain |
| GV196771 | Glaxo | Glycine antagonist | II | Chronic pain; showing promise |
| Tepoxalin | Johnson & Johnson | COX/5-LO inhibitor | II | OA, described as 'steroid replacing anti-inflammatory drug' |
| darbufelone | Parke-Davis | COX/5-LO inhibitor | II | General pain |
| 117mSn DTPA | Brookhaven National Lab/Dialide | Unknown | II | Cancer pain. Bone cancer (preclinical) |
| clzolirtine | Esteve | Substance-P-agonist | II | Analgesia, antipyretic |
| ADD 234037/ harkoseride | Houston University | Glycine NMDA associated antagonist | II | Neurogenic pain |
| LY303870/ lanepitant | Eli Lilly | Neurokinin 1 antagonist | II | Pain (migraine – discontinued) |
| colytade devacade | Merck | Cholecystokinin B antagonists | II | Pain (UK) |
| RPR 100893 dapitant | Aventis | Neurokinin 1 antagonist | II | Pain (France) |
| prosaptide TX14A | Myelos Neurosciences | Unknown | I/II | Diabetic neuropathies, Pain |
| CNS 5161 | Cambridge NeuroScience | Glutamate antagonist, NMDA receptor antagonist | I | Neurogenic pain |
| NCT-3012 | NicOx | Nitric oxide NSAID | I | Pain and inflammation |
| Sources: ADIS, IMS, Decision Resources, company reports | | | | |

CONFIDENTIAL
JH 008169

| Analgesia Development Pipeline -- Nicotinic Mechanisms | | | |
|---|---|---|---|
| Product | Company | Phase | Comments |
| GTS-21 | Taisho | II | Target is Alzheimer's disease; may have preclinical pain program; looking for partner |
| CMI 980 | Cytomed | Preclinical | Target is pain; epibatidine analog |
| SIB-T1887 | Sibia | Preclinical | Target is pain |
| FID 072021 | Fidia | Preclinical | Target is pain; not actively funding |
| Sources: ADIS, IMS, company reports | | | |

### Unmet Needs

In general, a significant unmet need exists for safer, non-abusable, non-addicting, non-tolerance-producing, and non-scheduled efficacious oral and parenteral analgesic products for the treatment of moderate to severe neuropathic and chronic nociceptive pain.

| Unmet Market Needs and the Impact of the Pipeline | |
|---|---|
| Unmet Need | Pipeline Impact |
| Efficacy in moderate to severe pain without tolerance, dependence or abuse potential | Novel nicotinic agents like ABT-594 may provide efficacy in more severe pain states without opioid-like liabilities. |
| Efficacy in neuropathic pain | Pregabalin may provide incremental improvement in neuropathic pain efficacy over gabapentin, but may also have increased frequency of adverse events. Novel nicotinic agents like ABT-594 appear to have efficacy in neuropathic pain, based on animal models. |
| Reduction in the GI bleeding risk of NSAIDs | COX-2 inhibitors appear to reduce the incidence and severity of GI ulcers and bleeding; second generation COX-2s may increase therapeutic window further; ABT-594 may need to demonstrate low G.I. complication rate. |
| Overcome ceiling effect of NSAIDs | Preclinical studies did not indicate a ceiling effect for novel nicotinic agents like ABT-594. |
| Extended dosage intervals or novel delivery mechanisms for improved compliance and convenience | Once weekly dosing formulations being explored for COX-2s, etc. Transdermal patch technology improvements likely; may need to provide line-extension / alternate formulations for ABT-594. |
| Therapies aimed at disease modification, prevention | Agents that decrease rate of diabetic complications (e.g., aldose reductase inhibitors) or directly treat neuropathy (idinoclomol) may decrease incidence of neuropathic pain; thereby decreasing available market for ABT-594. |

CONFIDENTIAL
JH 008170

*Product / Development Background*

*Scientific Rationale for ABT-594*

Recent findings in the understanding of pain mechanisms have led to new conceptual approaches to clinical pain and a new understanding of potential novel molecular targets for analgesic drug development. Molecular targets have included modulators of glutamate neurotransmission (NMDA antagonists), ion channel modulators (neuron specific calcium channels, TTX-resistant sodium channels), neurokinin antagonists (NK-1), and novel anti-epileptics targeting the calcium receptor. None of these approaches has yet produced compounds exhibiting broad-spectrum analgesic efficacy with decreased side effect liability.

ABT-594 is a non-opioid, non-NSAID analgesic that is 30- to 100-fold more potent and equally efficacious to morphine in treating moderate to severe pain in several well-characterized animal models of pain. The preclinical side effect and dependence liability profile of ABT-594 is superior to that of morphine. Mechanistically, ABT-594 is a potent and selective neuronal nicotinic receptor (NNR) agonist with high oral bioavailability in rat, dog, and monkey.

In pre-clinical studies, ABT-594 rapidly distributes to the brain following systemic administration and, like morphine, can work at multiple levels in the central and peripheral nervous system to modulate pain perception. ABT-594 produces antinociceptive effects by interacting at both central and peripheral nAChRs. Injections of ABT-594 into brain at doses 1000-fold lower than given peripherally produce marked antinociceptive activity, indicating that ABT-594 can also activate descending pathways from the CNS to modulate pain processing. It also inhibits the release of the primary nociceptive transmitters, substance P and calcitonin gene related peptide (CGRP) *in vitro*, at the level of the dorsal horn of the spinal cord suggesting that ABT-594 can attenuate mechanisms leading to neurogenic inflammation, central sensitization and consolidation of pain-mediated neuronal changes.

ABT-594 is expected to be a highly differentiated product. It is expected to be the first neuronal nicotinic receptor agonist to receive an indication for pain. It has a novel mechanism of action and a potentially broad coverage of chronic pain conditions. In addition, it has an opioid-like efficacy without tolerance, dependence or abuse potential, while having equivalent/superior efficacy to other drugs used to treat neuropathic pain.

*Clinical Studies*

Human clinical trials began in 1997. Phase I trials with an oral solution formulation indicated that 150ug/day would be the maximum tolerated dose. Results from subsequent phase I and phase II trials with soft elastic capsule (SEC) and hard gelatin capsule (HGC) suggest that higher doses would be tolerated. Phase IIa studies with ABT-594 SEC formulation suggest a trend towards analgesic effect at 75ug BID, the maximum dose studied in this protocol. ABT-594 was generally well tolerated in these studies. The most common adverse events for subjects receiving ABT-594 75ug BID were nausea (15%), headache (13%), dizziness (7%), insomnia (5%), and vomiting (5%).

A phase IIb study for neuropathic pain at higher, titrated doses of ABT-594 began in April 2000 and ends in June 2001. A total of 320 patients is anticipated to be included in the study.

CONFIDENTIAL
JH 008171

## Considerations

### Target Profile:

The current status of ABT-594's profile vs. target profile is summarized in the table below:

| Target Profile Attribute | Probability |
|---|---|
| Not scheduled (DEA) | High |
| Very few abnormal Liver Function Tests | High |
| Few Drug Interactions | High |
| BID / TID dosing | High |
| No reduced efficacy or increased AEs in nicotine users | High |
| Onset of action 1.5 – 2.0 hours | High |
| Neuropathic efficacy | Medium |
| No tolerance, dependence or withdrawal | Medium |
| Other safety OK | Medium |
| No cravings in ex-nicotine users | Medium |
| Low nausea / vomiting | Low |

### Label Strategy:

BASE:  Indicated for the treatment of diabetic neuropathic pain.

UPSIDE:      1) Treatment of pain associated with OA

2) Treatment of post-herpetic neuralgia

3) Treatment of neuropathic pain

4) Treatment of chronic pain

5) Treatment of cancer pain

### Cost of Goods Sold:

The projected average daily dose is expected to be a maximum of approximately 600 mcg base equivalent / day.  Based upon this dosage projection and the estimated cost of bulk drug substance of $40M per Kg base equivalent, the estimated cost for drug substance at launch will be approximately $0.024 per day.

CONFIDENTIAL
JH 008172

**Pricing:**

US: Pricing new, and particularly novel, products at a reasonable premium will likely continue to be the norm in the years leading up to the launch of ABT-594. Current forecast assumptions put the price of ABT-594 at a level comparable to Celebrex and Neurontin, grown at a modest 2% per year to launch year AWP of approximately $95 for a 30 day prescription.

Ex-US: New pain medications must demonstrate a true advantage in efficacy and/or side effects to receive regulatory approval, especially by the European Medicines Evaluation Agency (EMEA); assuming the target efficacy and tolerability profile of ABT-594 is achieved, ABT-594 would meet this requirement. Because ABT-594 may have application in both neuropathic and chronic nociceptive pain, the ex-U.S. pricing assumption for ABT-594 is comparable to COX-2 pricing. The current average price for COX-2's is approximately $1.10 per day; however, this reflects a large percentage of sales in "free-pricing" countries, where COX-2s launched first, which tend to have higher than average prices. Therefore, the average ex-U.S. price for ABT-594 is assumed to be $0.90/day.

CONFIDENTIAL
JH 008173

CONFIDENTIAL

# ABT - 751

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008174

## ABT-751

### Opportunity Overview

Cytotoxic agents and hormones constitute the dominant classes of drugs available to treat cancer and are responsible for 95% of the total market. Since 1993, Taxol, a taxane developed and marketed by BMS, has been widely used. Another taxane, Taxotere, developed and marketed by Aventis, was launched in 1996. Combined worldwide sales of these two products were of nearly $2 Billion US in 1999. Clinically, the development of drug resistance is the primary factor that limits the efficacy achievable with these drugs.

Abbott's anti-mitotic agent (ABT-751) is a novel, oral cytotoxic agent that acts by a mechanism similar to that of the taxanes but retains activity against taxane resistant cells. ABT-751 binds to the colchicine site on tubulin and inhibits the in vitro polymerization of microtubules. The interference with normal microtubule dynamics leads to a block in the cell cycle at the G2/M phase that ultimately results in the induction of cellular apoptosis. ABT-751 is a potent antimitotic agent that inhibits the proliferation of a broad spectrum of human tumor derived cell lines including those that are paclitaxel and doxorubicin resistant due to the multidrug-resistant (MDR) phenotype or other genetic changes.

ABT-751 demonstrated impressive oral antitumor activity when evaluated in both synegeic and human xenograft tumor models. The antitumor response was independent of the MDR status of the model, consistent with the activity observed in cell cultures. In sharp contrast with other cytotoxic drugs, the maximum tolerated dosage of ABT-751, on a q.d. 1-5 schedule, could be administered for an extended period (q.d. 1-21 or q.d. 1-28) resulting in a dramatic enhancement of the antitumor activity. These results suggest that the colchicine site ligands, such as ABT-751, will exhibit a broad spectrum of activity that will be distinct from that of other classes of antimitotic drugs. Oral availability of the compound is high. Taxol and Taxotere, in contrast, have no oral bioavailability.

The most significant finding in toxicology studies was a change in systemic and pulmonary vascular resistance following intravenous infusion of ABT-751 to anesthetized dogs. These effects led to an inverse response in cardiac output. Similar changes were observed following infusion of a structurally unrelated colchicine-site ligand, and therefore most likely represent a class effect. Additional toxicology studies focusing on vascular pathology will be performed to further elucidate this finding.

ABT-751 was administered to patients with advanced cancer in Japan in a Phase I study. Toxicities seen after single doses and 5 days of q.d. dosing were nausea, vomiting, diarrhea, epigastric pain, ileus and peripheral neuropathy. Grade 2 toxicity was peripheral neuropathy and associated paresthesias. Pharmacokinetic analyses showed plasma concentrations equivalent to those that affected systemic resistance and cardiac output in the anesthetized dog study. However, no adverse cardiovascular effects were observed in the Japanese Phase I trial. Evidence of ABT-751 efficacy was exhibited in one patient with uterine sarcoma, one patient with NSCLC after single doses, one patient with gastric cancer and one patient with uterine cervical carcinoma demonstrated decreased tumor markers after repeated dosing.

CONFIDENTIAL
JH 008175

Hendricks Deposition Exhibit 7

P's Exhibit 32

PART 3

The planned initial Phase I study in the U.S. will determine the maximum tolerated dose and dose-limiting toxicities of ABT-751 given orally once a day or twice daily for multiple cycles in patients with advanced malignancies. In addition, pharmacokinetics in a western population, and optimal dose and schedule will be determined. Phase II studies will be initiated in patients with different cancer types:

- Refractory breast (taxane failures).
- Hormone refractory prostate
- Bladder
- Lung
- Cervical
- Hepatocellular
- Other possibilities: colorectal, sarcoma, renal cell, pancreatic, HNSCC

Cytotoxic agents represent the largest, and fastest growing, class of oncology agents by sales volume. The following chart summarizes the value of the current oncology market.

### Global Sales by Market Segment ($ MM)

|            | 1996 Sales | 1997 Sales | 1998 Sales | 1999 Sales (est) | CAGR '96-'98 |
|------------|-----------|-----------|-----------|-----------|-----------|
| Hormone    | 4,414     | 4,784     | 4,884     | 5,000     | 5.2%      |
| Cytotoxic  | 4,278     | 5,212     | 6,268     | 7,300     | 21.0%     |
| Adjunctive | 3,367     | 3,651     | 4,166     | 4,900     | 11.2%     |
| Total      | 12,059    | 13,647    | 15,318    | 17,200    | 12.7%     |

Source: Datamonitor

### Sales by Region ($ MM)

|        | 1996 Sales | 1997 Sales | 1998 Sales | 1999 Sales (est) | CAGR '96-'98 |
|--------|-----------|-----------|-----------|-----------|-----------|
| US     | 5,564     | 6,276     | 7,422     | 8,500     | 15.5%     |
| Ex-US  | 6,495     | 7,370     | 7,896     | 8,700     | 10.3%     |

Source: Datamonitor

This growth of the cytotoxic segment has been driven primarily by the introduction of new, more effective and expensive therapies such as Taxol (paclitaxel/BMS), Gemzar (gemcitabine/Lilly), Taxotere (docetaxel/RPR) and Hycamtin (topotecan/SB). Uptake of these newer agents, however, can be dependent on the cost sensitivity of the local market.

The clinical targets identified for this compound include late stage breast cancer, late stage NSCL cancer (on-label), with late stage ovarian and pancreatic cancer as additional cancer types where efficacy has been demonstrated, but not filed. This product may also be potentially efficacious in cancers such as gastric, colorectal, prostate, bladder, esophageal, hepatocellular (ex US), lymphoma, and leukemia. Targets will be refined as we know more about this compound's in-vivo activity.

CONFIDENTIAL
JH 008176

The following tables summarize the key competitive products by indication (US data only):

### Late Stage Breast

| Product | Share |
|---|---|
| Cyclophosphamide/Cytoxan/BMS | 18.7 |
| Doxorubicin/Adriamycin/P&U | 17.11 |
| Docetaxel/Taxotere/RPR | 16.25 |
| Paclitaxel/Taxol/BMS | 16.11 |
| Trastuzumab/Herceptin/Genetech | 11.28 |

### Late Stage NSCL

| Product | Share |
|---|---|
| Carboplatin/Paraplatin/BMS | 50.32 |
| Paclitaxel/Taxol/BMS | 44.14 |
| Vinorelbine/Navelbine/Glaxo | 22.78 |
| Gemcitabine/Gemzar/Lilly | 22.14 |
| Cisplatin/Platinol/BMS | 11.28 |

### Late Stage Ovarian

| Product | Share |
|---|---|
| Paclitaxel/Taxol/BMS | 47.11 |
| Carboplatin/Paraplatin/BMS | 45.42 |
| Topotecan/Hycamtin/SKB | 22.54 |
| Dox SL/Doxil/Alza | 9.14 |
| Cisplatin/Platinol/BMS | 7.58 |

### Late Stage Pancreas

| Product | Share |
|---|---|
| Gemcitabine/Gemzar/Lilly | 78.5 |
| 5-FU/Efudex/ICN Pharma | 21.0 |
| Leucovorin/ | 10.7 |
| Cisplatin/Platinol/BMS | 4.72 |

*Compounds in Development*

ABT-751 induces a mitotic block by binding to the colchicine site on tubulin and thereby affecting tubulin polymerization. There are no currently available drugs which function by the mechanism described above. However, vinca alkaloids and taxanes fall into the broad category of anti-mitotics although they produce the anti-mitotic effect through different mechanisms. The following table summarizes anti-mitotic compounds in development.

CONFIDENTIAL
JH 008177

| Company | Compound | Indication | Status of compound | Status of project |
|---------|----------|-----------|-------------------|-------------------|
| Colchicine-site ligands | | | | |
| Oxigene | combretastatin-A4 phosphate | Tumor vasculature | Phase I | active |
| Tularik | T138607 (phosphate prodrug) | Cancer (unspecified) | Phase I | active |
| Tularik | T900607 | Cancer (unspecified) | Preclinical | active |
| ICI/CRC | Amphethinile | Cancer (unspecified) | Phase I (abandoned 1988) | inactive |
| Welcome Research | 1069C | Cancer (unspecified) | Phase I (abandoned 1996) | inactive |
| NIH | Trimethylcolchicinic acid | Various tumors | Phase I (1990, abandoned) | inactive |
| Parke-Davis | CI-980 | ovarian, colorectal | Phase II (abandoned 2000) | inactive |
| Vinca alkaloid-site ligands | | | | |
| BASF | LU103793 (dolastatin 15 analog) | Cancer (unspecified) | Phase II (abandoned) | active |
| Servier | Vinxaltine | Cancer (unspecified) | Phase I | unknown |
| NCI | dolastatin 10 | Adv. Cancers | Phase I | unknown |
| Teikoku Hormone | TZT-1027 (dolastatin 10 analog) | Cancer (unspecified) | Phase I (Jpn) | unknown |
| Lilly | LY 355703 (cryptophycin 52) | Cancer (unspecified) | Preclinical | unknown |
| Takeda | Maitansine | Cancer (unspecified) | Preclinical | unknown |
| Microtubule stabilizing agents (non-taxanes) | | | | |
| Soc. Biotech. Res/ Bristol-Myers Squibb | Epothilone | Cancer (unspecified) | Preclinical | active |
| Bristol-Myers Squibb | eleutherobin | Cancer (unspecified) | Preclinical | active |
| Pharmacie & Upjohn | sarcodictyins | Cancer (unspecified) | Preclinical | active |
| Takeda | GS-164 | Cancer (unspecified) | Preclinical | active |

The novelty of this mechanism offers the promise of differentiation that will diminish the threat from potential competitors. However, this novelty is balanced by the similarity to current mechanisms, such as taxanes and vinca alkaloids, which suggests the promise of clinical efficacy. With the opportunity to be first or second to market with an agent that binds to the colchicine site, the competitive situation seems modest.

CONFIDENTIAL
JH 008178

CONFIDENTIAL

# ABT – 492

## Descriptive Memorandum

### February 2001

## Abbott Laboratories

CONFIDENTIAL
JH 008179

Hancock_ABT 492

ABT-492

## Overview

The commercial success of fluoroquinolones such as ciprofloxacin and levofloxacin, along with the desire to further improve the properties of these compounds (microbiological spectrum and safety, for example) has led to fierce competition to identify analogs with superior therapeutic properties. In addition, the development of resistance to present antibiotics will drive a continued need for new agents. Goals for a quinolone antibiotic include broad-spectrum indications equal to trovafloxacin, antibacterial activity comparable to trovafloxacin, tolerability comparable to levofloxacin, oral and intravenous formulations, once daily dosing, length of treatment equal to moxifloxacin, and an acceptable cost of goods. ABT-492, an in-licensed compound from the Wakunaga Pharmaceutical Co., is being developed for evaluation to meet these goals.

The in vitro antibacterial activity of ABT-492 was consistently more potent than trovafloxacin against most quinolone-susceptible pathogens, including species responsible for community and nosocomial respiratory tract infections, urinary tract infections, blood stream infections, skin and skin structure infections, and anaerobic infections. The compound has potent activity against multidrug-resistant S. pneumoniae (penicillin-, macrolide-, tetracycline-resistant) and retained activity against S. pneumoniae strains resistant to other quinolones including trovafloxacin. ABT-492 was also highly active against anaerobes and ciprofloxacin-susceptible P. aeruginosa. ABT-492 was as active as trovafloxacin against C. trachomatis, indicating good intracellular penetration. Thus, ABT-492 is likely to be a useful broad-spectrum antibacterial agent. The enhanced antibacterial activity of ABT-492 relative to ciprofloxacin, levofloxacin, and trovafloxacin is likely to be explained, in part, by it's potent interactions with bacterial topoisomerases. ABT-492's equivalent activity against both the DNA gyrase and the topoisomerase IV of pathogens, give ABT-492 a potential for decreased development of resistance.

The in vitro potency data suggests that ABT-492 has the potential to be therapeutically effective at doses comparable to trovafloxacin and superior to levofloxacin. In addition, ABT-492 was consistently more potent than trovafloxacin against MRSA and vancomycin-resistant enterococci. In both these cases, however, therapeutic utility remains to be assessed in the clinical setting.

S. pneumoniae was chosen as the dose-defining pathogen since it is the key pathogen in severe respiratory tract infections and treatment of infections caused by this pathogen has traditionally been a weakness of most quinolones. For treatment of fluoroquinolone-susceptible S. pneumoniae respiratory tract infections, oral dosing may be similar to trovafloxacin based on data generated in lung infection models. Because of the excellent potency of ABT-492 against fluoroquinolone-resistant S. pneumoniae with an $MC_{90}$ of 0.12 µg/ml, this group of emerging strains may be targeted as a key differentiation point from other quinolones. Also, data from the thigh infection model suggests significantly greater efficacy for ABT-492 than for trovafloxacin.

## The Market

ABT-492 is a broad-spectrum anti-infective agent with potential application across a broad range of indications, including respiratory infections, genito-urinary infections, and skin/soft tissue infections. It is assumed that a pediatric formulation would not be a part of the primary development plan due to the known adverse events caused by quinolones in pediatric populations. Nonetheless, reports of quinolone pediatric development has been reported (gatifloxacin), hence the pediatric market should be regarded as a potential upside for this quinolone should its safety profile merit its use in pediatrics.

CONFIDENTIAL
JH 008180

CONFIDENTIAL

2

## Current Treatment Options

| Class | Mechanism of Action | Comments |
|---|---|---|
| Penicillins | Cell wall synthesis inhibitor | Mostly generic, class has seen significant decrease as a result of penicillin resistance. |
| Cephalosporins | Cell wall synthesis inhibitor | Some generic, class has seen significant decrease in use as a result of prevalence of B-lactamase producing strains and modification of penicillin-binding proteins. |
| Tetracyclines | Protein synthesis inhibitor | Generic agents, relatively high levels of resistance but are still useful in some indications |
| Sulfonamides | Folic acid synthesis | Generic agents, relatively high levels of resistance but are still useful in some indications |
| Macrolides | Protein synthesis inhibitor | Widespread use in RTI, macrolide resistance has been increasing rapidly, but has not yet translated into declines in clinical efficacy; H. flu activity continues to be class weakness, along with GI adverse events, drug-drug interactions, & taste perversion |
| Quinolones | DNA synthesis inhibitor | Fastest growing antibiotic class, used in a broad spectrum of indications; class historically associated with poor Gram+ pathogen coverage and sub-optimal safety profiles; newer agents (Levaquin, Tequin, Avelox) have improved dramatically along both spectrum and safety dimensions. |
| Oxazolidinones | Protein synthesis inhibitor | Newest antibiotic class to reach market, due to limited Gram- profile will be used primarily in nosocomial setting |

## U.S. Market

1999 U.S. antibiotic prescription and sales data are presented in the table below.

| | | | 1995 | 1996 | 1997 | 1998 | 1999 | CAGR95-99 |
|---|---|---|---|---|---|---|---|---|
| U.S. | TRXs (MM) | Tab/Cap | 220 | 215 | 211 | 208 | 221 | 0.1% |
| | | Oral Susp. | 76 | 66 | 63 | 59 | 61 | -5.7% |
| | | I.V. | NA | NA | NA | NA | NA | NA |
| | Sales ($MM) | Tab/Cap | $4,057 | $4,720 | $4,467 | $4,848 | $5,715 | 8.9% |
| | | Oral Susp. | $1,075 | $979 | $977 | $1,001 | $1,120 | 1.0% |
| | | I.V. | $1,865 | $1,829 | $1,855 | $1,890 | $2,117 | 3.2% |

Tab/cap and oral suspension prescriptions had been declining 1-2% per year in the period of 1995-1998, presumably from increased attention to appropriate prescribing in the face of increasing resistance; however, prescriptions recovered in 1999, though this may be explained at least in part by a relatively late 1998-99 flu season. Even in the face of this negative pressure on antibiotic use, however, sales in the U.S. have continued to increase, particularly in the tab/cap market. This is due to the trend of replacing relatively low-cost generic agents with higher priced premium antibiotics; during 1995-1999, generic tab/cap prescriptions declined by 30MM. So while negative pressure on the use of these antibiotics continues, it appears the market is willing to bear higher costs for agents that meet unmet need. The IV market has grown slightly in terms of sales, also being driven largely by the replacement of generic agents with more costly branded agents.

CONFIDENTIAL
JH 008181

CONFIDENTIAL

3

Quinolones have seen dramatic growth, with oral and IV sales growing at 17% and 16% compound annual rates, respectively, from 1995-1999. This growth is a function of the newer quinolones successfully penetrating the RTI segment, which was initiated with the 1997 launches of Levaquin and Trovan (withdrawn) and continues with the recent introductions of Tequin and Avelox.

## Ex-U.S. Market

Ex-U.S. sales of antibiotics totaled $11.7 billion in 1999. The tab/cap represents the largest segment, with sales of $9.4 billion on 770 MM TRX. TRX growth has been flat, with a 1996-99 CAGR of 0.5%; the use of antibiotics is predicted to slowly decline due to more judicious use of antibacterials in the face of increasing bacterial resistance.

Ex-US, the quinolone class accounted for 8% (62MM) of total tab/cap market prescriptions and 13% of sales ($1.2 billion). Ciprofloxacin is the market leader ex-US, with approximately 47% of the quinolone market Rxs (29MM) and 44% ($530MM) of sales. Levofloxacin launched in many European markets in 1998/1999 and holds approximately 14% Rx share of the European quinolone market, and 0.8% of the overall tab/cap market. Although grepafloxacin and trovafloxacin also launched in some European countries in 1998, both products were recently pulled from the market due to liver toxicity and other complications. Moxifloxacin launched in Germany in Q4 1999, but has not yet been approved in other markets. In Japan, levofloxacin launched in 1994 and still commands a 55% Rx share of the quinolone market and 10% of the Japanese tab/cap market overall. Japan accounts for approximately 80% of ex-US levofloxacin sales ($370MM).

| Class | 1999 Ex-US Tab/Cap Market | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Sales ($MM) | Sales Share | Sales CAGR '96-'99 | TRXs (MM) | TRX Share | TRX CAGR '96-'99 |
| Market | 39,248 | – | 3.6% | 770 | – | 0.5% |
| Quinolone Class | $1219 | 13% | -12% | 62 | 8% | NA |
| Cipro | $530 | 5.7% | 4.9% | 29 | 3.8% | NA |
| Levaquin | $465 | 5.0% | NA | 18 | 2.3% | NA |
| Trovan | $12 | 0.1% | NA | 0.5 | 0.1% | NA |

## Competition

The anti-infective pipeline is very competitive, but most of the competition is focused on improving the activity and safety of the quinolones. Ketolide development is the only other area of activity which is in late stage of development. The quinolone compounds in present development may fall out because of safety or lack of activity against resistant pathogens.

| Competitive Analysis – Emerging Competition | | | | | |
| --- | --- | --- | --- | --- | --- |
| Product | Company | Class | Phase/Estimated Time to Market | Country | Comment |
| Ketek (telithromycin) | Aventis | Ketolide | Filed 3/00 Est. launch 3/01 | U.S. | Respiratory indications; filed NDA 3/00; 800 mg QD; first in ketolide class to reach market. |

CONFIDENTIAL
JH 008182

| Competitive Analysis – Emerging Competition | | | | | |
|---|---|---|---|---|---|
| Product | Company | Class | Phase/Estimate d Time to Market | Country | Comment |
| Factive (gemifloxacin) | SKB | Quinolone | Filed 12/99 Est. launch 12/00 | US | Superior to quinolones for MRSA; highly potent vs. RTI pathogens H. flu, M. cat, and S. pneumo and UTI pathogens E. coli and P. mirabilis; CRSP; potency > spar, trov, gnga and ≥ zenit; activity vs. P. aeruginosa?; good atypical and mycoplasma coverage; immunolular penetration; low photo/CNS tox; 700 patient database |
| Sitafloxacin in | Daiichi Sankyo | Quinolone (IV only) | III Est. launch 2002 | Japan U.S. Europe | Very potent MRSA, pseudomonas and bactericidal activity; diarrhea, ALT, low WBC; will likely be target to severe rather than community infections |
| Ecenofloxacin acid | Chird Foods | Quinolone | II Est. launch 2002 | UK | Active against UTI and RTI pathogens; superior to lome and nifa vs. P. aeruginosa. T ½ = 14-19 hr; will likely be target to severe rather than community infections |
| CS-940 | Sankyo | Quinolone | II Est. launch 2002 | Japan | Active against G4+; excellent activity against H. flu, S. flu; M. pneumo, and C. trachomatis; greater potency than clinacin; tox ~ 7 hr; BA~80% |
| T-3811 | Toyama/BMS | Quinolone | I Est. launch 2005 | Japan | Excellent potency and low toxicity |
| DC-756 | Daiichi Pharma | Quinolone | Pre-clin Est. launch 2006 | Japan | Low toxicity; in vitro potency ≥ trov, STFX & HSR-903 |

## Unmet Needs

Overall unmet need in the anti-infective market is low. Resistance represents the largest unmet need, which will continue to evolve over time. Satisfaction with other product attributes, such as convenience, spectrum of activity, and tolerability/safety is quite high. Any improvements in these areas will be incremental and will offer little in the way of differentiation.

ABT-492 is one of the most active agents against the resistant organisms. It has indications that will have a low propensity for the development of resistance. ABT-492 will be developed to maximize any opportunities to shorten therapy. ABT-492 was chosen from hundreds of quinolones because of its potential to be well tolerated and safe in humans. ABT-492 will have few interactions with other drugs.

| Unmet Need | Pipeline Impact |
|---|---|
| Activity against resistant organisms | Strep. pneumo, MRSA, and VRE represent most problematic pathogens although new quinolones/ketolides do well with most resistant Strep. pneumo strains; quinolone-resistant Strep. pneumo may develop; pseudomonas resistance is also increasing; resistance will likely continue to be a source of unmet need due to its dynamic nature. |
| Low propensity for resistance development | Given that most compounds in development are from classes of drugs already in use, this need is largely unmet. Unclear how quickly resistance will build to new classes of drug; gatifloxacin claims 8-methoxy functional group results in lower propensity for resistance development |
| Convenience (duration/frequency) | Standard moves toward 5-7 days of therapy with QD dosing; may start to see 3-day therapies for some indications (AECB) |
| Increased tolerability | While some degree of unmet need exists, increasingly, agents (which have not been withdrawn) are reaching the marketplace with adverse event profiles that approach clinical insignificance; a very clean safety |

| | profile should be regarded as a *necessary component* rather than a differentiating one |
|---|---|
| Few drug-drug interactions | Quinolones, macrolides, and ketolides all interact with other drugs to varying degrees; a potent drug with no interactions would be a benefit in this market |

*Considerations:*

*Product Usage:* Physicians are likely to use ABT-492 for the sicker patients with the most difficult infections to treat. In the outpatient arena it will be used to treat community-acquired pneumonia and acute bacterial exacerbations of chronic bronchitis in the older patients with an underlying illness. It will also be used in the hospital for the community-acquired pneumonia patient who requires hospitalization and for serious nosocomial infections.

While many regard quinolones as agents that should be reserved for 2nd line use, their activity against *H. influenzae* and resistant *Strep. pneumoniae* (which current macrolides do not offer) have resulted in a high level of acceptance for empiric 1st line use. The improved safety profiles of several recent quinolones have facilitated their use as 1st line agents. Provided that ABT-492 is proven to have a benign safety/adverse event profile, it will likely receive usage in both 1st-line (non-severe) and 2nd-line (severe) infections.

*Side Effects:* The quinolone class has potential prolongation of the QT interval and other cardiovascular effects. There is also increased regulatory scrutiny due to recent quinolone withdrawals from international markets. ABT-492 has been evaluated in the standard *in vivo* models used to evaluate QT interval potentials of other antibiotics and has shown no evidence of increasing QT. Also, compared to marketed quinolones, preclinical studies show no evidence or no increase incidence of CNS drug concentration (ie. less potential for dizziness); phototoxicity; and liver toxicity.

*Off-label use:* It is difficult to predict at this time what off-label uses will be seen for this compound. Initial development will be for the more common respiratory, urinary tract, skin, and hospital infections. Other indications will be evaluated after the primary approval of this compound. Many of the secondary indications will get usage before we have regulatory approval.

*COGS:* The initial cost of goods is in $6000/kg range, but will come down rapidly after the initial starting materials are determined. At time of launch ABT-492 will have a cost of goods in the $1500/kg range which is competitive compared to other quinolones and other new antibiotics.

*Dosing:* Based on animal models and the *in vitro* activity of ABT-492 the dose for most oral indications will be in the range of 100 to 200 mg give once daily.

*Development/Regulatory:* Anti-infective compounds are well understood by regulatory agencies globally and they have clearly defined clinical development path and regulatory guidelines for reference. Abbott Laboratories has been in this arena for many years and has experience with the FDA and European regulatory agencies and so the hurdles to development are well known. ABT-492 has begun but not yet completed its first Phase I study in healthy volunteers.

*Other Approaches:* Because of the well defined development guidelines there are not many options. The major development options are in dosing regiments. ABT-492 is a very potent drug which has demonstrated rapid killing of pathogens *in vitro* and *in vivo*, and the development plan will attempt to shorten treatment durations to increase the competitive advantages of this activity.

CONFIDENTIAL
JH 008184

Pricing: The community infection market is quite competitive from a pricing standpoint, with recent quinolones priced at approximately $45 per 5-7 days of therapy. The pricing strategy will depend on strengths/weaknesses of the ABT-492 product label, the competitive landscape at launch, and the managed care environment, but current pricing assumption is parity for ABT-492 with respect to other quinolones.

CONFIDENTIAL
JH 008185

CONFIDENTIAL

7

CONFIDENTIAL

# ABT – 510

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008186

ABT-510

## Overview

There is abundant evidence that primary tumor growth and metastatic progression require new blood vessel formation (angiogenesis). Tumors secrete inducer proteins including bFGF and VEGF that activate microvascular endothelial cells (EC) causing them to proliferate, migrate and organize into capillary structures. Activated endothelial cells also enhance malignant progression by producing signal molecules (cytokines) that inhibit programmed cell death (apoptosis) of tumor cells. Since anti-angiogenic therapy targets genetically stabile endothelial cells, resistance typically seen following cytotoxic chemotherapy is not observed. Moreover, angiogenesis inhibitors should not have the intrinsic toxicity of anti-proliferative chemotherapy. Angiogenesis is also a feature of several other pathophysiologic states of large unmet medical need (macular degeneration, psoriasis, and arthritis, among others).

Angiogenesis sustains the growth and progression of tumors. Unlike chemotherapy or radiation, both of which can damage normal cells in addition to tumor cells, anti-angiogenic agents are hypothesized to prevent growth of new blood vessels and to disrupt critical tumor survival signals produced by EC. These agents may keep tumors in a dormant state for as long as the compound is administered and tumor regressions may occur. Proof of this principle has been demonstrated in pre-clinical models. Currently, at least thirteen compounds with anti-angiogenic activity in cancer are in various phases of clinical development, however few act directly and specifically on the angiogenesis process. Anti- angiogenesis drugs are not expected to replace or compete with current therapies. Instead, if these agents prove to be effective, it is believed that they will be used as supplemental therapy to prevent metastasis following surgery, cytotoxic chemotherapy or radiotherapy. As for cases where tumors have already metastasized, these agents could slow down disease progression and maintain "disease dormancy".

Thrombospondin-1 (TSP-1) was the first natural angiogenesis inhibitor to be discovered. TSP-1 is a large, multifunctional protein. TSP-1 rapidly inhibits EC migration and increases EC apoptosis through activation of caspase-3-like proteases. The normal tissue expression of TSP-1 limits inappropriate neovascularization, however it is transcriptionally activated by the tumor suppressor gene product p53. Therefore, TSP-1 is down-regulated and under-produced in p53 defective tumors. In rodent models, ectopic overexpression of TSP-1 inhibits the malignant phenotype as does direct administration of TSP-1 in the circulation. However, direct clinical use of TSP-1 is not feasible because of its scarcity, large size and multiple other biological functions.

The angiogenic activity of TSP-1 has been localized to the 50,000 MW N-terminal static region of this protein, and more specifically to the properdin (Type-1) repeats within this region. Although small synthetic peptides within this region have only weak antiangiogenic activity, it was discovered that a single D-amino acid replacement in a properdin region peptide led to an increase in activity of greater than 1000-fold. ABT-510 is a parenterally available nonapeptide. Although ABT-510 competes with TSP-1 for binding to the EC, the exact mechanism of anti-angiogenesis is unknown.

ABT 510 is supplied for clinical use as a sterile solution in acetate salt in 5% dextrose. ABT 510 is soluble and stable in water.

In vitro, ABT 510 inhibits chemotactic VEGF/bFGF-stimulated migration of human microvascular endothelial cells (EC) with an IC50 of approximately 0.250 nM. This effect is EC specific. ABT-510 (10mg/kg/day subcutaneously) blocks VEGF-induced corneal vascularization in mice. It potently and selectively competes with TSP-1, binding the CD 36 receptor.

CONFIDENTIAL
JH 008187

ABT 510 inhibits tumor progression in vivo. ABT 510(20mg/kg/day subcutaneous administration) inhibited tumor progression (78% growth inhibition at day 38) in a model of human breast cancer (MDA-MB-435) growing in the breast pads of nude mice. Dose dependent inhibition of B16F10 melanoma lung metastases was observed in a second murine model. ABT 526, a molecule highly similar to ABT 510 (which was not advanced into human trials because of concatemer formation) was administered to 23 companion dogs (25mg SQ BID) with sporadic cancers (head and neck carcinoma, lymphoma, sarcoma, etc) refractory to conventional chemotherapy. Surprisingly, 2 complete responses, 5 partial responses (>= 50% shrinkage) and 6 cases of disease stabilization were observed.

Assays for toxicity, histamine release, hemolysis, T-cell function neutrophil migration, platelet aggregation, receptor (CEREP) screening and CNS function were unremarkable. ABT-510 produced no physiologically significant changes in cardiovascular or hemodynamic function in anesthetized dogs. In addition, there were no physiologically significant changes in clinical blood chemistry profiles or cardiac electrophysiologic function in response to ABT-510. Doses that were many times higher than the predicted efficacious concentration produced a moderate reduction in mean arterial blood pressure in conscious monkeys. ABT-510 was not mutagenic in the Ames assay. It is concluded therefore that ABT-510 has an excellent pre-clinical safety profile.

ABT-510 is currently in Phase I clinical trials. Because of its exceptional safety profile, normal volunteers are being dosed with ABT-510 to establish human safety and pharmacokinetic parameters. Review of these data will lead to a Go/NoGo decision for Phase II trials in the Summer of 2001.

*The market*

Cytotoxic agents represent the largest, and fastest growing, class of oncology agents by sales volume. The following chart summarizes the value of the current oncology market. The market for products to treat cancer is changing rapidly. It is a growing market fueled by:

- Increasing disease incidence
- New product entries
- New therapeutic paradigms
- A growing adjunctive market, which increases the number of patients eligible for chemotherapy
- Intense research and competition

The increase in the aging population in developed countries increases the incidence of cancer. The diagnosed cancer incidence and prevalence in seven major markets, including the U.S., France, Germany, Italy, Spain, U.K. and Japan are close to 3 million and 10 million respectively. The numbers are increasing steadily. Currently, about one-third of the new medicines in development are targeted against cancer.

Cancer is not a single disease, but includes more than 100 different disorders, which have at their core uncontrolled cell growth. Of these disorders, the cancer types that offer the greatest commercial opportunity include breast, colorectal, lung, ovarian and prostate (based on incidence/prevalence/unmet need). Treatment of breast, lung and prostate cancers account for more than 50 percent of the direct medical costs of cancer therapies. Other cancer types, specific to one or more of the major international markets, may provide niche opportunities. For instance, stomach (gastric) cancer is relatively common in Japan but not in the U.S. or Europe; similarly, liver cancer has a greater occurrence in Japan, Italy and Spain.

CONFIDENTIAL
JH 008188

Descriptive Memorandum: ABT -510          **CONFIDENTIAL**          3

Depending on tumor type, cancer can be treated with surgery, radiation, chemotherapy (cytotoxic), hormonal therapy or a combination of any of these. For the purpose of this analysis, we will define the cancer market as chemotherapeutics and the adjunctive therapies used to counter the effects of chemotherapy and radiation therapy. The following charts summarize the global sales for these products.

Global Sales by Market Segment ($ MM)

| | 1996 Sales | 1997 Sales | 1998 Sales | CAGR '96-'98 |
|---|---|---|---|---|
| Hormone | 4,414 | 4,764 | 4,884 | 5.2% |
| Cytotoxic | 4,278 | 5,212 | 6,268 | 21.0% |
| Adjunctive | 3,367 | 3,651 | 4,166 | 11.2% |
| Total | 12,059 | 13,647 | 15,318 | 12.7% |

Source: Datamonitor

Sales by Region ($ MM)

| | 1996 Sales | 1997 Sales | 1998 Sales | CAGR '96-'98 |
|---|---|---|---|---|
| US | 5,564 | 6,276 | 7,422 | 15.5% |
| Ex-US | 6,495 | 7,370 | 7,896 | 10.3% |

Source: Datamonitor

*Chemotherapeutic agents*

Cytotoxic therapies include classes such as alkylating agents, anti-tumor antibiotics, anti-metabolites and antimitotics (taxanes). These agents are toxic and demonstrate dose-limiting side effects. The commercial value of this segment is significantly understated, as most of the products are available in generic form.

The growth of the cytotoxic segment in the past three years has been driven primarily by the introduction of new, more effective and expensive therapies such as Taxol (paclitaxel/BMS), Gemzar (gemcitabine/Lilly), Taxotere (docetaxel/RPR) and Hycamtin (topotecan/SB). Utilization of these newer agents, however, appears to be dependent on the cost sensitivity of the local market. For example, secondary sources indicate that Taxol has recorded over 60% of its global sales in the US market alone and is prescribed with far less frequency in the more cost sensitive UK, German and French markets.

Most chemotherapeutic agents are indicated for just one or two cancer types, but get significant off-label use once approved. Up to 60% of an oncology product's use is potentially for off-label indications. Much of this use is driven by the publication of data and/or approvals in other countries.

*Hormonal therapies*

Of the top-selling drugs in each major geographical region, hormone therapies contribute approximately one-third of the sales ex-US and one-fourth in the US. Hormone therapies for the treatment of cancer include Lupron (leuprolide/TAP), Zoladex (goserelin/Zeneca), Nolvadex (tamoxifen/Zeneca) and other agents used to treat hormone responsive diseases such as prostate and breast cancer. These agents are generally administered chronically and have reduced side effects compared to cytotoxic therapies. Sales of this category are driven primarily by Lupron and Zoladex. The US market has become increasingly cost sensitive in the Medicare sector, which accounts for over 70% of Lupron sales.

*Adjunctive agents*

CONFIDENTIAL
JH 008189

Descriptive Memorandum: ABT-510        CONFIDENTIAL        4

The availability of effective adjunctive agents also allows the cytotoxic chemotherapeutic agents to be administered at higher doses and/or more frequently, or used in a more palliative role, since the adjunctive therapies can reduce the impact of the chemotherapy on the patient's quality of life. Agents in this class include immunostimulants, anti-emetics and bisphosphonates. The growth of this market is linked to the growth of the cytotoxic market, as the increased use of cytotoxic agents drives an increased use in adjunctive therapy. The highest selling product in this class is Neupogen (filgrastim/Amgen) with 1998 sales of over $1 billion.

*Biologic Therapy*

New therapies under development offer the promise of fulfilling several unmet needs in the treatment of cancer. Experts have predicted that in the future early therapy for breast cancer will be dominated by biological approaches, such as monoclonal antibodies (Herceptin/Genentech), which is widely thought to have strong market potential. Genentech recently reported strong second quarter sales of the product in the US of $46.2 million, and it is estimated that if only half of US women with breast cancer who over-express this gene received Herceptin, sales would top $600 million. In addition to monoclonal antibodies, other biological approaches include vaccines and gene therapy.

*Future Trends*

Emerging science in the past decade offers the potential to radically alter the paradigm for cancer therapy and presents opportunities for fundamentally new ways of approaching the disease. New therapies offer the promise of fulfilling several unmet needs in the treatment of cancer. These include matrix metalloproteinase inhibitors (MMPIs), continued expansion of biologics, photodynamic therapies (PDT), anti-angiogenics, and multiple drug resistance (MDR) modifiers. This market does not yet exist, though success of "cytostatic-like" treatments, such as hormonal therapies for prostate and breast cancer, suggests that the market potential for cytostatic agents could be significant.

*Competition*

The angiogenesis pipeline is very competitive, but this level of intensity is somewhat skewed by the large number of mechanistic approaches that are being claimed to demonstrate angiogenic activity. Furthermore, clear evidence of efficacy for these agents has not yet been demonstrated. For the purposes of this summary, only those compounds considered true anti-angiogenic compounds have been included. Companies with compounds in clinical development include Genentech, Entremed, Sugen, TAP, Magainin and Pharmacia Upjohn.

**Angiogenesis Compounds in Clinical Development**

| Compound | Indications | Company | Phase |
|---|---|---|---|
| Neovastat | Solid tumors | Aeterna | III |
| RhuMab VEGF | Cancer | Genentech | II/III |
| Vitaxin | Arthritis, psoriasis, CVR | Ixsys | II |
| SU-5416 | Cancer | Sugen | II/III |
| TNP 470 | Cancer, arthritis | TAP | II |
| Thalidomide | Cancer | EntreMed/BMS | I |
| Squalamine, squalus | Cancer | Magainin | I |
| RPI 4610 | Cancer | Ribozyma | I |
| VEGF antagonist | Cancer, retinopathy | NeXstar | I |
| Angiostatin/Endostatin | Cancer | EntreMed | I |

CONFIDENTIAL
JH 008190

## Unmet Needs

Cancer remains the second leading cause of death in the United States, Europe and Japan, and consequently, offers an attractive market opportunity for the pharmaceutical and biotechnology industries. This year about 563,100 Americans are expected to die of cancer, more than 1,500 people a day. In the US, 1 or 4 deaths is due to some form of cancer. In 1999, about 1,221,800 new cancer cases are expected to be diagnosed.

For most cancers, the level of physician satisfaction with current therapies is low. It has long been recognized by researchers, physicians, patients and family members that current treatment options may often be as devastating as the underlying disease.

Unmet needs in this market vary by tumor types and stages, with some tumors responding to treatment with better mortality and/or morbidity results than others. However, cancer is still treated as a terminal illness with significant shortcomings in present treatments. In general, unmet needs include:

| Need | ABT-510 Attribute |
|---|---|
| Enhanced efficacy of therapeutic agents | Potential for enhanced efficacy |
| Reduced toxicity | Potential for reduced toxicity over current cytotoxic treatment |
| Improvements in drug administration | TBD |
| Improved target delivery of cytotoxics and novel therapeutics | Unknown |
| Proven outcomes data | Quality of Life and Pharmacoeconomics to be assessed |

## Considerations

*Product Usage:* Physicians have indicated that they would use anti-angiogenic agents initially in their more refractory patients, as follow-on or add-on to current best therapy (chemo or surgical). With experience and clinical evidence, they would be willing to use these agents in earlier stages of the disease, where they perceived the greatest benefit to be. Anti-angiogenesis agents are regarded as a maintenance therapy to be used in early disease or after primary therapy as a prophylactic process to prevent the spread of malignancy. Of course, their ultimate use will depend on the benefit provided, which cannot be determined until clinical trials have been completed. Efficacy evidence in humans manifested by tumor response of the magnitude seen in the preliminary dog studies would stimulate tremendous enthusiasm in the oncology community.

*Product Benefits/Efficacy:* Physicians are looking for improvements in time to tumor progression and prevention of metastases with cytostatic agents. There is a great deal of enthusiasm for this mechanism in the scientific and lay audience. The concept is very intuitive. Products, such as ABT-510, that promise a clinical benefit without the usual toxic trade-offs associated with current chemotherapeutic agents, will be enthusiastically received by oncologists.

*Side Effects* The proposed safety profile of anti-angiogenic agents may enhance usage, as the dose limiting toxicity profiles of most of the other available agents has established a much lower hurdle for demonstrating a preferred profile. However, as chronic therapy, anti-angiogenic agents may have to demonstrate a cleaner profile than cytotoxic agents do to ensure compliance.

CONFIDENTIAL
JH 008191

*Off-label use:* Off-label use accounts for between 30-60% of an oncology product's usage. Off-label use is driven by publication of clinical trial results in credible journals, listing in key compendia and/or a peer's experience with the product. Therefore, development spend for off-label use is considerably less than the spend required for regulatory approval of an indication. However, promotion of these off-label uses is limited.

*Other Indications:* ABT-510 may be effective in other therapeutic roles, such as arthritic diseases and macular degeneration. These other indications may offer a commercial upside, through internal development or co-development/out-licensing opportunities.

*Competition:* While there are a relatively large number of angiogenesis inhibitors in development, it is unclear whether they will demonstrate a superior efficacy or side-effect profile vs. ABT-510. The mechanism of angiogenesis suggests that multiple anti-angiogenic approaches may be required to maximize the clinical benefit.

*COGS:* Initial estimates on finished cost of drug place it in the range of Lupron costs. Depending on final dosing requirements, the cost of this compound could become a significant obstacle. However, this will need to be considered in light of the pricing flexibility in the oncology market, where there is limited pricing sensitivity for products that are reimbursed. Any financial analysis will need to include royalty obligations to Northwestern University.

*Dosing:* There is still some uncertainty regarding the route of administration and feasible dosage forms for ABT-510. An "inconvenient" formulation leaves this product extremely vulnerable to competitors with more convenient dosage forms. A convenient dosage form, such as a monthly depot, will enhance product adoption over a less convenient form. However, the effect of the various dosage forms on product adoption will be dependent on the benefits the compound provides, side-effect profile and availability of competitive agents with more convenient dosage forms. For chronic therapy, convenience will play an important role in market penetration, given alternative agents. Although less convenient than oral therapy, parenteral therapy (depot, but not self-administered sub-cutaneous) is currently reimbursed by Medicare in the US. Over 60% of all cancer patients have Medicare as their primary healthcare coverage in the US.

*Development/Regulatory:* With a new class of compounds, there is not a clearly defined clinical development path or regulatory guidelines for reference. This hurdle is similar for all the competitive products, but increases the overall development risk profile for these agents. However, with several anti-angiogenic agents in late stage development, Abbott can learn from their experience.

*Other Approaches:* Other "cytostatic" approaches may present a competitive threat if they are used as substitutes. Due to the complexity of the pathogenesis of cancer, it is more likely that these agents will be used in combinations, but incremental benefits may become more difficult to demonstrate as the number of products and approaches multiply. This will require additional studies, as these other classes become part of standard cancer treatment. However, this threat is not unique to this compound.

*Pricing:* The treatment of cancer is expensive, so there is the potential for a great deal of pricing flexibility in this market. There is also an increasing emphasis on cost-effectiveness studies that will need to be addressed in the development plan.

CONFIDENTIAL
JH 008192

Descriptive Memorandum: ABT-510          CONFIDENTIAL                              7

*CONFIDENTIAL*

# ABT - 518

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008193

**MMPI**

## Overview

Abbott's Matrix Metalloproteinase Inhibitor (MMPI) program represents a novel therapeutic class, with the potential to alter the way that cancer is treated by preventing or modifying disease progression and/or metastases. This more "chronic" approach to therapy has the potential to transform cancer into a disease that patients live with, much like the effect of HIV protease inhibitors on patients with AIDS. It also has the potential to expand the cancer market significantly by increasing the average length of treatment and expanding the pool of patients eligible to receive therapy.

The MMPs comprise a family of enzymes that degrade a wide range of matrix protein substrates. High expression of these enzymes occurs in cancer and is associated with the ability of tumors to grow, invade, develop new blood vessels and metastasize.

MMP inhibitors (MMPIs) may suppress the progression of tumors by several mechanisms:

- Suppress invasion/metastasis by blocking the membrane traversal and access to blood/lymphatic vessels
- Blocking the remodeling of extra-cellular matrix in the vicinity of primary tumors to prevent stroma-bound growth factors from stimulating tumor growth
- Blocking angiogenesis by preventing the proliferation and migration of endothelial cells and neovascularization of tumor.

Experimental evidence suggests that gelatinase A and gelatinase B are particularly important in tumor progression, consequently the project team has targeted gelatinase selective inhibitors for the treatment of cancer. Another reason for targeting highly gelatinase-selective MMP inhibitors relates to the side effect profile exhibited by broad-spectrum agents like marimastat. Chronic administration of marimastat causes a dose-limiting side-effect characterized by severe joint pain and stiffness. Since these joint effects may be mediated by inhibition of other MMPs like fibroblast collagenase, highly gelatinase selective agents may be efficacious without producing dose-limiting side effects.

The MMP selectivity profile exhibited by ABT-518 distinguishes it from competitor's compounds. ABT-518 possesses sub-nanomolar inhibition potencies versus both gelatinase A and gelatinase B and is substantially more selective for the inhibition of the gelatinases over fibroblast collagenase than marimastat and prinomastat. Despite its high selectivity, ABT-518 demonstrates antitumor activity equal or superior to prinomastat. Inhibition of tumor growth is dose dependent in both syngeneic and xenograft models. ABT-518 is also effective in blocking vessel formation in a mouse model of angiogenesis. ABT-518 is a stable crystalline solid which can be synthesized in six steps (25% overall yield) from commercial starting material.

ABT-518 gives rise to sustained plasma concentrations following single oral dosing in monkeys, dogs and rats. Bioavailabilities range between 68 and 93%, depending on formulation and species. Several metabolites are produced after repeated oral dosing of ABT-518, although their relative amounts varies with gender and species.

ABT-518 displays no meaningful effects in genotoxicity, cytotoxicity and ligand binding assays and its cardiovascular effects in dogs are unremarkable. ABT-518 produces no significant toxic effects in rats treated with 100 mg/kg/day over 28 days. Plasma concentrations generated by ABT-518 in these studies are at least 20-fold higher than those necessary to produce efficacy in cancer animal models. ABT-518 is therefore a compelling development candidate with the potential to

CONFIDENTIAL
JH 008194

Descriptive Memorandum: ABT - 518          **CONFIDENTIAL**

2

demonstrate antitumor effects superior to the MMP inhibitors currently undergoing clinical trials. Phase 1 clinical trials in cancer patients began March 2001.

*The market*

Currently, cytotoxic agents represent the largest, and fastest growing, class of oncology agents by sales volume. The following chart summarizes the value of the current oncology market.

### Global Sales by Market Segment ($ MM)

|           | 1996 Sales | 1997 Sales | 1998 Sales | 1999 Sales (est) | CAGR '96-'98 |
|-----------|-----------|-----------|-----------|-----------|-----------|
| Hormone   | 4,414     | 4,784     | 4,884     | 5,000     | 5.2%      |
| Cytotoxic | 4,278     | 5,212     | 6,258     | 7,300     | 21.0%     |
| Adjunctive| 3,367     | 3,651     | 4,166     | 4,900     | 11.2%     |
| Total     | 12,059    | 13,647    | 15,318    | 17,200    | 12.7%     |

Source: Datamonitor

### Sales by Region ($ MM)

|       | 1996 Sales | 1997 Sales | 1998 Sales | 1999 Sales (est) | CAGR '96-'98 |
|-------|-----------|-----------|-----------|-----------|-----------|
| US    | 5,564     | 6,276     | 7,422     | 8,500     | 15.5%     |
| Ex-US | 6,495     | 7,370     | 7,896     | 8,700     | 10.3%     |

Source: Datamonitor

Cytostatic agents have the potential to alter the way cancer is treated and presents opportunities for fundamentally new ways of approaching the disease. This cytostatic market does not yet exist, though success of more cytostatic "like" treatments, such as hormonal therapies for prostate and breast cancer, suggest that the market potential for cytostatic agents could be significant.

The ultimate commercial and clinical success of the MMPI will depend on the clinical benefit this product provides in key cancer types compared with current best therapy. These can be benefits provided by dosing this agent in addition to current therapy and/or as an alternative to best therapy, or as a new component of best therapy. All currently available products, including the market leaders such as Taxol, have significant shortcomings in their profiles.

However, as novel therapy, MMPIs will probably be adopted initially as add-on the current chemotherapy. As benefits are proven and clinical experience is gained, these agents may be used in earlier stages of cancer and/or in conjunction with surgery or radiation to prevent the progression of any microscopic disease that remains.

The clinical targets identified for this compound include late stage pancreatic cancer, late stage NSCL cancer (on-label), with late stage ovarian and breast cancer as additional cancer types where efficacy has been demonstrated, but not filed. Other cancer types this compound may be efficacious in include SCL, colorectal, bladder, stomach and prostate. Targets will be refined as we know more about this compound's in-vivo activity.

CONFIDENTIAL
JH 008195

Descriptive Memorandum: ABT - 518    CONFIDENTIAL    3

The following tables summarize the key marketed competitive products by indication (US data only):

### Late Stage Breast

| Product | Share |
|---|---|
| Cyclophosphamide/Cytoxan/BMS | 18.7 |
| Doxorubicin/Adriamycin/P&U | 17.11 |
| Docetaxel/Taxotere/RPR | 16.25 |
| Paclitaxel/Taxol/BMS | 16.11 |
| Trastuzomab/Herceptin/Genetech | 11.28 |

### Late Stage NSCL

| Product | Share |
|---|---|
| Carboplatin/Paraplatin/BMS | 50.32 |
| Paclitaxel/Taxol/BMS | 44.14 |
| Vinorelbine/Navelbine/Glaxo | 22.78 |
| Gemcitabine/Gemzar/Lilly | 22.14 |
| Cisplatin/Platinol/BMS | 11.28 |

### Late Stage Ovarian

| Product | Share |
|---|---|
| Paclitaxel/Taxol/BMS | 47.11 |
| Carboplatin/Paraplatin/BMS | 45.42 |
| Topotecan/Hycamtin/SKB | 22.54 |
| Doxt SL/Doxil/Alza | 8.14 |
| Cisplatin/Platinol/BMS | 7.58 |

### Late Stage Pancreas

| Product | Share |
|---|---|
| Gemcitabine/Gemzar/Lilly | 78.5 |
| 5-FU/Efudex/ICN Pharma | 21.0 |
| Leucovorin/ | 10.7 |
| Cisplatin/Platinol/BMS | 4.72 |

### Compounds in Development

The MMP inhibitor field is competitive. More than 30 firms have filed patents claiming small molecule MMP inhibitors over the past 5 years, and several companies have compounds in advanced clinical development. Abbott's compound may be 3rd or 4th to market and will have to demonstrate a competitive advantage to gain the share necessary to support the clinical development of this compound. Companies with compounds in advanced clinical development for the treatment of cancer include Agouron/Warner Lambert/Pfizer, British Biotechnology/Schering Plough and BMS and are listed below. Other companies are targeting this mechanism for arthritis.

MMPis in Clinical Development for Cancer

CONFIDENTIAL
JH 008196

| Compound | Company | Comments | Phase |
|---|---|---|---|
| Marimastat | BritishBiotechnology/ Schering Plough | Broad spectrum, dose limiting toxicity. Activity seen in gastric cancer, but negative results in pancreatic. | III |
| Prinomastat | Agouron/ Warner Lambert/ Pfizer | Moderate gelatinase selectivity, dose limiting toxicity. May be dosing sub-optimally to avoid toxicity. Efficacy data not available. | III |
| BMS 275291 | BMS | Broad spectrum, joint effects seen in Phase I studies. | II |

Bayer recently dropped development of BAY 12-9566 due to concerns about potential toxicity. Recent results from a study with marimastat in pancreatic cancer, where adding marimastat to Gemzar resulted in no survival advantage, has led to speculation that MMPIs may be more applicable in less aggressive cancer types or earlier stages of the disease. Alternatively, it could be a reflection of the inability to examine higher doses of marimastat due to joint effects.

The joint effects produced by the compounds listed above almost certainly preclude their long-term use, limit compliance and reduce optimal efficacy. Any MMP inhibitor that lacks these side effects will possess a substantial competitive advantage. The musculoskeletal effect produced by marimastat and prinomastat in cancer patients is typically described as arthralgia, myalgia and tendinitis, which occurs predominately in the upper limbs. While mild cases respond to analgesics, interrupting therapy for a period of approximately 2 weeks is necessary when the condition is less well tolerated.

Although Abbott's timing to market is not optimal, the shortcomings of the competitive products provide an opportunity for a compound with an improved SE or efficacy profile. Current animal models seem to predict Abbott's compound is superior to those currently in clinical trials, and has the potential to be best in class.

*Product profile*

The objective of a product profile at this time in the product's development is to provide a target for the types of attributes that will be required to be commercially successful. This profile is based on market research with oncologists and consultation with opinion leaders. This profile will continue to be refined as more is known about this product's profile, development of competitive products and the market continues to evolve.

CONFIDENTIAL
JH 008197

| | Base | Optimal |
|---|---|---|
| Efficacy | ABT-518, alone or in combination with best therapy, provides at least one of | Provides more than one of the efficacy benefits outlined |

Descriptive Memorandum: ABT - 518        CONFIDENTIAL        5

| | | |
|---|---|---|
| | the following benefits in at least one solid tumor type:<br><br>• Increased survival<br>• Tumor regression<br>• Improved quality of life<br>• Increased time to<br>  hemorrhage<br>  progression | |
| Competitive advantage | ABT-518 will need to demonstrate a clinically significant advantage in efficacy (see parameters above) or additive synergistic activity with current/competitive agents or clinically significant advantage in side-effect profile relative to other MMPI agents. | Same |
| Administration | Convenient administration relative to competitive agents. | Same plus reimbursement in US market. |
| COGS | A finished cost of goods that is consistent with at least an 84% standard manufacturing margin. | A finished cost of goods that is consistent with at least a 90% standard manufacturing margin. |

## Marketing overview

*Product Usage:* Physicians have indicated that they would use MMPIs initially in their more refractory patients, as follow-on or add-on to current best therapy (chemo or surgical). With experience and clinical evidence, they would be willing to use these agents in earlier stages of the disease, where they perceived the greatest benefit to be. The MMPI was regarded as a maintenance therapy to be used in early disease or after primary therapy as a prophylactic process to prevent the spread of malignancy.

*Product Benefits/Efficacy:* Physicians are looking for improvements in time to tumor progression and prevention of metastases with cytostatic agents. The MMPI mechanism has more recently been implicated as having an even more active role in cancer pathogenesis, from preventing primary tumor growth to anti-angiogenic properties. Positive results from competitive agents, such as marimistat in gastric cancer, provides proof of principle for this mechanism.

*Side Effects:* The proposed safety profile of MMPIs (excluding joint toxicity) may enhance usage, as the dose limiting toxicity profiles of most of the other available agents has established a much lower hurdle for demonstrating a preferred profile. However, as chronic therapy, MMPIs may have to demonstrate a cleaner profile than cytotoxic agents do to ensure compliance. As the 3rd or 4th MMPI to market, SE hurdles will be even higher for this compound. As a critical Go/No Go decision point, the joint toxicity of this compound will be evaluated in an expanded Phase I multi-dose study.

*Dosing:* Discovery is currently targeting an oral dosage form. In general, oral therapies are acknowledged by physicians and patients as being more convenient to the patient. Chronic oral dosing may also reduce overall costs, as infusion support products and personnel would not be required, enhancing pharmacoeconomic evidence.

*COGS:* Initial estimates on finished cost of drug suggest that drug costs will not be significant for this compound

CONFIDENTIAL
JH 008198

*Off-label use:* Off label use accounts for between 30-50% of an oncology product's usage. Off-label use is driven by publication of clinical trial results in credible journals, listing in key compendia and/or a peer's experience with the product. Therefore, development spend for off-label use is considerably less than the spend required for regulatory approval of an indication. However, promotion of these off-label uses is limited.

*Competition:* As the 3rd or 4th MMPI to market, Abbott's compound will need to demonstrate a meaningful clinical advantage over compounds that are in more advanced development. Strict Go/No Go criteria will determine if the MMPI can meet these hurdles. If they cannot be met, the compound will not move forward.

*Development/Regulatory:* With a new class of compounds, there is not a clearly defined clinical development path or regulatory guidelines for reference. This hurdle is similar for all the competitive products, but increases the overall development risk profile for these agents. However, with several MMPIs in late stage development, Abbott can learn from their experience.

*Other Approaches:* Other "cytostatic" approaches may present a competitive threat if they are used as substitutes. Due to the complexity of the pathogenesis of cancer, it is more likely that these agents will be used in combinations, but incremental benefits may become more difficult to demonstrate as the number of products and approaches multiply. This will require additional studies, as these other classes become part of standard cancer treatment. However, this threat is not unique to this compound.

*Pricing:* The treatment of cancer is expensive, so there is the potential for a great deal of pricing flexibility in this market. However, as an oral therapy in the US market, there may be additional downward price pressure for this agent. There is also an increasing emphasis on cost-effectiveness studies that will need to be addressed in the development plan.

*Dosing:* Discovery is currently targeting an oral dosage form. In general, oral therapies are preferred by physicians and patients because of the convenience to the patient. However, this form may not be the best choice for some people who already have certain digestive system symptoms (vomiting, diarrhea, or severe nausea), cannot swallow liquids or pills, or cannot remember when or how many pills to take. Additionally, in the US market there are several unique factors that currently do not favor oral therapies. Novel oral therapies are not currently reimbursed by Medicare, a significant payer for the oncology patient population. Also, 40-60% of a community oncologist's income is generated through the administration of IV drugs. An oral therapy would not be a source of revenue to the physician.

## Clinical Studies

Clinical studies across a wide range of solid tumors will be initiated, including but not limited to breast cancer, non small cell lung cancer, ovarian cancer, pancreatic cancer, etc....

Final indications pursued will depend from the results of the phase II studies.

CONFIDENTIAL
JH 008199

*CONFIDENTIAL*

# Farnesyltranserase Inhibitor

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 005200

*Overview*

The Ras genes were the first oncogenes of mammalian origin to be discovered. Intensive research over the last decade has led to the elucidation of the normal function of cellular Ras protein, the role of Ras mutations in oncogenic transformation, and the identification of molecular targets, such as the enzyme farnesyltransferase, for inhibiting Ras activity. Although farnesyltransferase inhibitors (FTIs) were initially designed with the intention of inhibiting the posttranslational prenylation, and hence function, of Ras, it is now becoming apparent that farnesylated proteins other than Ras (e.g., RhoB) are also critical for malignant growth and may be the relevant target for inhibition of farnesylation. While it remains controversial whether blocking Ras activity or altering the RhoB prenylation status is the actual function of an FTI, these agents, exemplified by ABT-839 and FTIs in the clinic, exhibit remarkable anticancer activity against a wide variety of tumors in preclinical models. The current FTI program is projected to reach DDC status in January, 2001.

Abbott evaluated one FTI, ABT-839, in normal volunteers, but decided to discontinue development of this drug due to its poor pharmacokinetic profile. Invaluable experience was gained, however, from both the preclinical and clinical studies with this compound. Abbott's second-generation series are novel structures that exhibit significantly improved potency and oral bioavailability.

There continues to be tremendous enthusiasm in the medical community and pharmaceutical industry for this mechanism of action. Farnesyltransferase inhibitors have demonstrated impressive antitumor activity in preclinical models with activity equivalent to or better than that achieved with conventional cytotoxic chemotherapy given at the maximal tolerated dose. These agents appear to inhibit angiogenesis and, consistent with this activity, minimal resistance has been observed in preclinical models. The potential also exists for synergistic activity in combination with cytotoxic chemotherapy.

*The market*

Cancer remains the second leading cause of death in the US, and consequently is an attractive market opportunity for the pharmaceutical/biotechnology industries. Approximately 40% of all Americans will develop cancer in their lifetime.

The worldwide cytotoxic and hormonal cancer therapies market is highly fragmented with only BMS and Zeneca holding a greater than 10% market share. Although the market is not concentrated, the field is highly competitive with more than 60 companies focused on the cancer research area. The growth of the oncology market is fueled by increasing disease incidence, new product entries, new therapeutic approaches, a growing adjunct therapy market that expands the number of patients eligible for chemotherapy, and intensified research competition. The data in Tables 1 and 2 summarize the value of the current oncology market. A great deal of uncertainty surrounds the concept of cytostatic treatment of cancer. Conceptually it may transform the way cancer is treated, allowing patients longer disease free survival and improved quality of life. However, at this point in development, this paradigm does not exist in cancer. Considering market, clinical and patient dynamics factors, breast, colorectal, prostate and non-small cell lung cancers are the most attractive targets for development.

CONFIDENTIAL
JH 008201

Table 1.  Global sales by market segment ($ MM)

| | 1996 Sales | 1997 Sales | 1998 Sales | 1999 Sales (est.) | CAGR '96-'98 |
|---|---|---|---|---|---|
| Hormone | 4,414 | 4,784 | 4,834 | 5,000 | 5.2% |
| Cytotoxic | 4,278 | 5,212 | 6,268 | 7,300 | 21.0% |
| Adjunctive | 3,567 | 3,651 | 4,165 | 4,900 | 11.2% |
| Total | 12,859 | 13,647 | 15,318 | 17,200 | 12.7% |

Source: Datamonitor

Table 2.  Sales by region ($ MM)

| | 1996 Sales | 1997 Sales | 1998 Sales' | 1999 Sales (est.) | CAGR '96-'98 |
|---|---|---|---|---|---|
| US | 5,564 | 6,276 | 7,422 | 8,500 | 15.5% |
| Ex-US | 6,495 | 7,370 | 7,896 | 8,700 | 10.3% |

Source: Datamonitor

Cytostatic agents have the potential to alter the way cancer is treated and presents opportunities for fundamentally new ways of approaching the disease. This cytostatic market does not yet exist, though success of more cytostatic "like" treatments, such as hormonal therapies for prostate and breast cancer, suggest that the market potential for cytostatic agents could be significant.

The ultimate commercial and clinical success of the FTI will depend on the clinical benefit this product provides in key cancer types compared with current best therapy.  These can be benefits provided by dosing this agent in addition to current therapy and/or as an alternative to best therapy, or as a new component of best therapy. All currently available products, including the market leaders such as Taxol, have significant shortcomings in their profiles.

However, as novel therapy, FTIs will probably be adopted initially as add-ons to current chemotherapy.  As benefits are proven and clinical experience is gained, these agents may be used in earlier stages of cancer and/or in conjunction with surgery or radiation to prevent the progression of any microscopic disease that remains.

The clinical targets identified for this compound include late stage pancreatic cancer, late stage NSCL cancer (on-label), with late stage ovarian and breast cancer as additional cancer types where efficacy has been demonstrated, but not filed.  Other cancer types this compound may be efficacious in include SCL, colorectal, bladder, stomach and prostate.  Targets will be refined as we know more about this compound's in-vivo activity.

The following tables summarize the key marketed competitive products by indication (US data only):

| Late Stage Breast | |
|---|---|
| Product | Share |
| Cyclophosphamide/Cytoxan/BMS | 18.7 |
| Doxorubicin/Adriamycin/P&U | 17.11 |
| Docetaxel/Taxotere/RPR | 16.25 |
| Paclitaxel/Taxol/BMS | 16.11 |
| Trastuzumab/Herceptin/Genetech | 11.26 |

CONFIDENTIAL
JH 008202

Descriptive Memorandum, FTI     CONFIDENTIAL                    3

### Late Stage NSCL

| Product | Share |
|---|---|
| Carboplatin/Paraplatin/BMS | 50.32 |
| Paclitaxel/Taxol/BMS | 44.14 |
| Vinorelbine/Navelbine/Glaxo | 22.78 |
| Gemcitabine/Gemzar/Lilly | 22.14 |
| Cisplatin/Platinol/BMS | 11.28 |

### Late Stage Ovarian

| Product | Share |
|---|---|
| Paclitaxel/Taxol/BMS | 47.11 |
| Carboplatin/Paraplatin/BMS | 45.42 |
| Topotecan/Hycamtin/SKB | 22.54 |
| Dox SL/Doxil/Alza | 9.14 |
| Cisplatin/Platinol/BMS | 7.58 |

### Late Stage Pancreas

| Product | Share |
|---|---|
| Gemcitabine/Gemzar/Lilly | 78.5 |
| 5-FU/Eludex/ICN Pharma | 21.0 |
| Leucovorin/ | 10.7 |
| Cisplatin/Platinol/BMS | 4.72 |

Emerging science within the past decade has radically altered the paradigm for cancer therapy and presents opportunities for fundamentally new ways of approaching the disease. Abbott has multiple discovery cytostatic targets, which may improve effective, but we are not alone: more than 200 compounds from other players are in development. The goal of cytostatic therapy is to improve quality of life, controlling the disease and transforming aggressive treatment to a chronic condition, which has been compared to the impact of protease inhibitors on the course of HIV.

*Clinical Studies*

Considering all the factors, market, clinical and patient dynamics, breast, colorectal, prostate and non-small cell lung cancer appear to be the most attractive targets for development. The development of cytostatic agents faces a number of challenges as regulatory agencies and physicians evaluate the new emerging paradigm of cancer therapy.

Despite the enormous medical need, drugs for chronic treatment/disease stabilization and improved quality of life for cancer patients do not yet exist. Correspondingly, animal models test efficacy that has not yet been validated as predictive of response in humans. Medical oncologists have historically depended on determination of maximum tolerated dose and response manifested by tumor shrinkage for cancer drug development. These parameters are not relevant to novel "cytostatic" agents. Combination with conventional cytotoxic drugs will be required in the near term and will have to be determined empirically. Intermediate and surrogate measures of biological response will have to be developed. Regulatory agencies are grappling with the same issues.

CONFIDENTIAL
JH 008203

**Competition:**

**Within Project Approach**

| Company | Compound | Indication | Status of compound | Status of project |
|---|---|---|---|---|
| Janssen Pharmaceutica | R-115777 (R-251039) | Cancer (unspecified) | Phase III | active |
| Schering-Plough | Sch66336 (R-250823) | Cancer (unspecified) | Phase II | active |
| Merck | L-778123 | Cancer (unspecified) | Phase I (tox) abandoned | unknown |
| Bristol-Myers Squibb | BMS-214662 | Cancer (unspecified) | Phase I | active |
| LG Chemical | LB C2085 | Cancer (unspecified) | preclinical | active |
| Warner-Parke Davis | sulfonylbenzodiazolones | Cancer (unspecified) | preclinical | active |
| Pfizer | unknown structure | Cancer (unspecified) | preclinical | active |
| Parke-Davis | unknown structure | Cancer (unspecified) | preclinical | active |
| Roche | peptidomimetic | Cancer (unspecified) | abandoned project |  |
| Eisai | peptidomimetic | Cancer (unspecified) | abandoned project |  |
| Bayer | PPT mimetic | Cancer (unspecified) | preclinical | unknown |
| ISIS | ISIS-2503 (ras antisense) | Cancer (unspecified) | Phase I | active |

**Within Therapeutic Area**

| Approach | Selected Compounds | Company(ies) | Status |
|---|---|---|---|
| antisense | ISIS 3521, 5132, 5132 | ISIS | phase I |
| cytotoxic agents | gemcitabine, CI-898, Anxisine, Caracar, Nycantin, Indisulate, Revantrone, Onconase, Capecitine, Tomudex | P&U, Warner-Lambert, Schering, Lilly, SKB, P&U, Immunex, Allergall, Roche, Zeneca | most phase III |
| differentiation | bexyl, maxvin, 5-azacytidine | Lipard, HCI | Lipard in phase IIIB |
| drug resistance modifiers | VX-710, 776C85, PSC-V, CT-2584 | Vertex, Glaxo-Wellcome, Aberteus, Cell Therapeutics | Vertex to phase II |
| gene therapy | Onyx-015, .. MDRx1, GL1-328, IL-2, GV-1301 | Onyx, Introgen, Theslon Biologics, Theragen, Genetic Therapy, Cyclied, RPR Gencell, GenetixBiotech, Titan, etc | Restricted to accessible cancers. Most advanced Phase III |
| hormonal therapy | Zoladex, anulize, exelution, Casodex, Riklor, Casodex, octpenitide | Zeneca, Pfizer, Novartis, Janssen, US Meridiana | most phase III |
| immunotherapy | | | |
| antibodies | IDEC-C2B8/C2B8, anti-HER2, and EGFR | IDEC, Genetach, ImClone | IDEC recently approved, others phase III |
| cytokines | IL-12, IL-4, Proleukin, Roferon-A | Roche, Schering, Chiron, Roche | phase II |
| vaccines | rV-tg165, Genevax, MGV | Avebon, Therion, Progenics | phase I, II |
| photodynamic | photofrin, Lutrin | QLT alias, Miro | phase II, III |
| cellular modifiers | Bryostatin, radicol | Caltoma, Roberts | phase II, III |
| metalloproteinase inhibitors | marimastat, AG-3340, CGS-27023A | British Biotech, Agouron, Novartis, Bayer | BBT in phase III |
| angiogenesis inhibitors | TNP-470, SU-5416, and VEGF-mAb, Endostatin, IM301 | TAP, Sugen, Genentech, Endomed, ImClone, etc | see angiogenesis project review for details |

CONFIDENTIAL
JH 008204

Descriptive Memorandum, FTI    CONFIDENTIAL                    5

<u>Competitive Analysis</u>

The project is on par with others in the industry. While second generation Abbott compounds are not yet in clinic, all of the compounds from other companies that are in clinical trials have deficiencies. While the Schering compound has the best oral PK profile, it is not particularly potent. The Janssen compound is potent, but has a poor PK profile. The Merck compound exhibited QTc prolongation and development has been stopped. The Bristol Myers Squib compound, BMS-214662, which is in phase I, is an *in vitro* submicromolar inducer of apoptosis in human tumor cells and appears to be the most potent inducer of apoptosis of the known FTIs. This compound could have a different mechanism of action from the classical FTIs and have its own liabilities. LG42908 from LG Chemical is potent FTI and has good oral bioavailability (F= 91% in monkey), however; it's a CYP3A4 inhibitor and will have significant drug-drug interaction liabilities. Extensive preclinical pharmacology at Abbott has defined optimum parameters for a FTase inhibitor that may not be known to our competitors, or be achievable with the current generation of FTIs. Although not yet established, we anticipate that the Abbott compound will be improved over competitors' compounds with respect to potency, oral bioavailability, half-life, toxicity, efficacy, angiogenesis inhibition, and lack of resistance.

CONFIDENTIAL
JH 008205

*CONFIDENTIAL*

# DOPAMINE RECEPTOR AGONIST PROGRAM

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

CONFIDENTIAL
JH 008206

CONFIDENTIAL

D4 Agonists for Male Erectile Dysfunction

## Scientific Overview

Male erectile dysfunction (MED) is defined as the "inability to maintain an erection sufficient for satisfactory sexual intercourse" (NIH Consensus Panel) and results from physiological (organic), psychogenic causes, or a combination thereof. This disorder is associated with decreased quality of life, including personal well being, and diminished family and social relationships. In 1999, an estimated 77 million men over the age of 40 (52% of men over 40 years-old) in the seven major pharmaceutical markets experienced some degree of MED, and the prevalence increases with age. Approximately 10-20% of patients have severe or complete MED, and the majority of the population suffers from moderate disease. While the introduction of Viagra has increased the diagnosis rate of MED in the U.S., 75% or more of patients do not seek treatment. However, as the "baby boomer" generation ages, MED will become a more prominent concern and a growing number of patients are likely to seek treatment.

Abbott's male erectile dysfunction program targeting D4 dopamine receptors represents a novel therapeutic approach to the rapidly growing male erectile dysfunction (MED) market. The current gold standard for the treatment of MED, Viagra, acts peripherally at the penile smooth muscle level to induce erection by modulating the levels of cGMP. In contrast, a selective D4 dopamine agonist will act in the brain at the sites necessary for initiation of a successful erection. Targeting the D4 receptors in brain offers the potential for efficacy in patients with MED that do not respond to Viagra (for example patients with diabetes). Additionally, targeting D4 receptors should not result in any cardiovascular adverse events unlike Viagra which can cause serious cardiovascular effects in patients who are on nitroglycerine-based medications. Since safety is of paramount importance for any life-style disorder like MED, a new agent that does not have any contraindications or warnings related to safety issues may be positioned to become the gold-standard therapy.

Evidence for the potential of a selective D4 dopamine receptor agonist for the treatment of erectile dysfunction includes:

- The non-selective dopamine receptor agonist apomorphine (Uprima™) has been shown to be effective in phase III clinical trials, and has received scientific approval for market in the EU, for the treatment of MED. This validates the utility of dopaminergic agonists to facilitate penile erections in humans. However, the clinical development of apomorphine for the US market has been hampered by dose limiting side-effects (emesis and syncope).

- Studies at Abbott have established that the efficacy of apomorphine (penile erection) and side-effect (emesis) are mediated by different dopamine receptor subtypes. There are 5 known dopamine receptors. Abbott scientists have discovered that the selective activation of $D_4$ receptors can facilitate penile erection in animals, while the $D_2$ receptor appears to mediate the emetic effect of apomorphine. The discovery of a $D_4$ selective agonist maximizes the possibility to identify a compound with equivalent/superior efficacy to apomorphine but devoid of its side-effect liabilities.

PPD is currently screening the Abbott library of compounds to identify novel and proprietary D4 dopamine receptor compounds. Initial hits have been identified that are as potent as any known D4 dopamine receptor agonist. The strategy is to aggressively profile these hits for selectivity across the five different dopamine receptor subtypes and to ensure that selective agents are effective in a number of preclinical in vivo models of MED and have no emetic or cardiovascular side effects. The D4 dopamine receptor agonist program will be discontinued if selective D4 agonists do not achieve at least a 30-fold separation between efficacy in a model of MED and cardiovascular/emetic side effects.

CONFIDENTIAL

CONFIDENTIAL
JH 008207

Abbott has a competitive advantage in the race to exploit selective D4 dopamine receptor agonists for MED. A patent application covering the use of any selective D4 agonist for the treatment of MED has been filed and no other pharmaceutical company may have the range of preclinical models of efficacy and safety in addition to access to the clinical information gained from the development of apomorphine. Our molecular modeling group has facilitated advances in the design of selective D4 agonists.

*Market Analysis*

The introduction of Viagra combined with increased disease awareness resulted in the MED market in the US exploding from $157MM in 1997 to an estimated $726MM in 2000. Worldwide, this market has seen similar growth, and is estimated at $500MM for ex-US for 2000. Viagra currently dominates the MED market, with more than $1billion in sales in the $1.3 billion worldwide market in 1999, and >95% of the MED prescriptions in the US. The market growth is expected to continue, with an estimated CAGR in the US of 17.9% (2000 – 2005), fueled by increased awareness of MED, expanded use to wider patient segments for relationship or performance enhancement, and the introduction of heavily promoted new agents. Downward pressure on growth will come from continued perceptions of safety concerns, the limited efficacy of Viagra™, and out-of-pocket cost to patients.

Market drivers influencing the potential of a D4 dopamine receptor agonist include:

- *Patient Awareness and Demand:* Viagra has built considerable awareness of MED. However, in the US, only 10-25% of current MED patients seek treatment for this disorder. Ex-US the percentage of patients seeking treatment is lower (10%). This is mainly due to the lack of DTC promotional campaigns in the ex-US markets. Further market expansion requires continued patient and physician education.

- *Product Safety:* There are growing patient and regulatory concerns regarding the safety of Viagra. While physicians currently perceive Viagra™ to be safe, if used by the correct patients, there is significant concern regarding the concomitant use of nitrates for cardiovascular disorders with Viagra. Approximately 10% of Viagra patient deaths have been attributed to use of nitrates. Thus, there is an opportunity to eliminate this concern for physicians and to expand the market.

- *Product Efficacy:* In clinical trials Viagra allowed successful intercourse in about 50% of attempts. The limited and inconsistent efficacy of the product has resulted in patient dissatisfaction and discontinuation, thus creating a chance to drive Viagra quitters or switchers, as well as new patients, to new, more effective, MED products. The demonstration of efficacy in a broader population of MED patients might also influence physicians to try an alternative product prior to Viagra. The delay in onset (~1hr) and the variability in onset of action from patient to patient is an additional complaint about Viagra. Product features of a selective D4 agonist such as a more rapid onset of action or more reproducible onset will have a positive influence on the market opportunity for MED therapies.

- *Additional Indications:* Use of a D4 dopamine receptor agon in other indications such as "relationship enhancement" (female sexual dysfunction and age-related decline in male sexual performance) offers an opportunity to both expand the potential market to include women and non-MED sufferers, and reduce the embarrassment of MED for patients. Additional research is required to identify meaningful endpoints in this expanded indication. Initial studies conducted by Pfizer showed that Viagra™ was not effective to treat female sexual dysfunction.

CONFIDENTIAL

CONFIDENTIAL
JH 008208

*Competitive Overview*

The following tables summarize the key competitive activities in regard to marketed products and products in the development pipeline. To date there are no reports any other company targeting selective D4 agonists for the treatment of MED, although a number of companies do have activities in the dopamine receptor arena for other indications that could be re-focused to MED if they became aware of Abbott's insights into the D4 receptor.

A. Oral agents

| Approach | Compound/Product | Company(ies) | Status |
|---|---|---|---|
| PDE5 inhibition | Sildenafil (Viagra™) | Pfizer | Marketed |
| DA receptor | Apomorphine (Uprima™) | TAP | NDA filing withdrawn |
| Adrenergic | Phentolamine (Vasomax™) | Schering-Plough/Zonagen | NDA filing on hold (>1 year) |
| PDE5 inhibition | IC351 (Cialis™) | ICOS-Lilly | Phase III |
| PDE5 inhibition | Vardenafil | Bayer | Phase II-III |

B. Intranasal

| Approach | Compound/Product | Company(ies) | Status |
|---|---|---|---|
| DA receptor | Nasal apomorphine | Nastech | Phase II |

C. Intracavernosal agents

| Approach | Compound/Product | Company(ies) | Status |
|---|---|---|---|
| EP receptor | PGE, (Caverject™, Edex™) | Pharmacia, Schwarz Pharma | Marketed |
| VIP receptor | VIP-phentolamine (Invicorp™) | Senetek | Marketed outside US |
| Adrenergic | | | |
| K channels | PNU 83757 | Pharmacia | Phase II |

D. Intraurethral agents

| Approach | Compound/Product | Company(ies) | Status |
|---|---|---|---|
| EP receptor | PGE, (Muse™) | Vivus, Abbott | Marketed |

E. Topical

| Approach | Compound/Product | Company(ies) | Status |
|---|---|---|---|
| EP receptor | PGE, (Alprox-TD; Topiglan) | NexMed; MacroChem | Phase II and III |

CONFIDENTIAL
JH 008209

CONFIDENTIAL

MAR. 13. 2001 12:29PM                                          NO. 2199    P. 2/3

Brian J. Smith
Assistant Secretary and Divisional Vice President
Domestic Legal Operations
Abbott Laboratories
100 Abbott Park Road
Abbott Park, Illinois 60064

March 13, 2001

John Hancock Life Insurance Company
Investors Partner Life Insurance Company
John Hancock Variable Life Insurance Company
Attention: Stephen J. Blewitt
John Hancock Place
P.O. Box 111
Boston, MA 02117

Ladies and Gentlemen,

I have acted as counsel for Abbott Laboratories, an Illinois corporation (the "Company"), in connection with the Company's collaboration with John Hancock Life Insurance Company, a Massachusetts corporation, Investors Partner Life Insurance Company, a Massachusetts corporation, John Hancock Variable Life Insurance Company, a Delaware corporation (collectively, "John Hancock") pursuant to the Research Funding Agreement made as of March 13, 2001 (the "Research Funding Agreement"). Capitalized terms used herein without definition have the meanings assigned to them in the Research Funding Agreement.

In connection with the opinions expressed herein, I have made such examination of matters of law and of fact as I considered appropriate or advisable for purposes hereof. As to matters of fact material to the opinions expressed herein, I have relied upon certificates and statements of government officials and of officers of the Company. I have also examined originals or copies of such corporate documents or records of the Company as I have considered appropriate for the opinions expressed herein. I have assumed for the purposes of this opinion the genuineness of all signatures (other than those of individuals signing on behalf of the Company which are genuine), the legal capacity of natural persons, the authenticity of the documents submitted to me as originals, the conformity to the original documents of all documents submitted to me as certified, facsimile or photostatic copies, and the authenticity of the originals of such copies.

CONFIDENTIAL
JH 008210

MAR. 13. 2001 12:29PM                                      NO. 2199    P. 3/3

John Hancock Life Insurance Company
Investors Partner Life Insurance Company
John Hancock Variable Life Insurance Company
March 13, 2001
Page 2

Based upon the foregoing, and subject to the qualifications and limitations stated herein, I am of the opinion that: (i) the Company is duly organized, validly existing and in good standing in the State of Illinois; (ii) the Company has the requisite corporate power and authority to execute, deliver and perform the Research Funding Agreement; (iii) the Research Funding Agreement has been duly and validly authorized by the Company, and duly executed and delivered by an authorized officer of the Company and constitutes a valid and binding legal obligation of the Company enforceable against it in accordance with its terms; (iv) the performance of the Research Funding Agreement by the Company does not constitute a breach or violation of its organizational documents or any other agreement or understanding, written or oral, to which the Company is a party or any existing law, statute, rule or regulation by which the Company is bound; (v) no consents or approvals of any court or governmental authority is required on the part of the Company in connection with the execution, delivery, and performance of the Research Funding Agreement; (vi) there is no litigation pending, or to my knowledge threatened, which calls into question the validity of the Research Funding Agreement.

My opinion expressed above is limited to the law of the State of Illinois and the federal law of the United States, and I do not express any opinion herein concerning any other law.

The opinion set forth herein is rendered only to you and solely for your benefit in connection with the above described transactions. This opinion may not be relied upon by you for any other purpose, or relied upon by any other person for any purpose, without my prior written consent.

Very truly yours,

*Brian J. Smith*

M:\Domestic\Pals & Adams\John Hancock\Opinion 910313.doc

CONFIDENTIAL
JH 008211

Hendricks Deposition Exhibit 9


P's Exhibit MX

## Abbott Laboratories
**Global Pharmaceutical R&D**

*Thomas Lyons*
*Controller*

Abbott Laboratories
100 Abbott Park Road
Abbott Park, Illinois 60064-6049

November 26, 2001

**RECEIVED**
BOND & CORPORATE FINANCE DEPT.

**NOV 27 2001**

Referred to _____

Mr. Steve Blewitt
John Hancock Life Insurance Company
200 Clarendon Street, T-57
Boston, MA 02117
Attention: Bond & Corporate Finance Group
Fax 617-572-1628

Re:    Research Funding Agreement dated as of March 13, 2001
       2002 Preliminary Annual Research Plan

Dear Steve,

We haven't had the chance to meet face to face yet. I hope this can happen in the near future.
Enclosed is the 2002 Preliminary Plan information for the program compounds.
Please note that the preliminary plan funding for the program compounds is increasing $43mm or 23%
over 2001 APU (April Update). We are in the process of finalizing our internal functional costs and
chargeable rates for 2002. Please review this and feel free to contact me with any questions you may
have.

Regards,

Tom Lyons
Abbott Laboratories
Global Pharmaceutical R&D
Controller

( 847 ) 937-5618

**CONFIDENTIAL**
**JH 000787**

Hancock DEP. EX. NO 9
FOR ID., AS OF 4/27/07

John Hancock Portfolio Summary
R&D Costs and Development Timelines
2002 Plan

| Compounds | | 2001 APU ($MM) | 2002 Plan ($MM) | Comments |
|---|---|---|---|---|
| ABT-773 | Ketolide Oral & IV | 89.7 | 79.3 | |
| ABT-627 | Endothelin | 37.8 | 52.9 | |
| ABT-594 | Neuro Pain | 8.7 | ... | |
| ABT-510 | TSP | 10.8 | 26.3 | |
| ABT-492 | Quinolone | 24.3 | 42.4 | |
| ABT-518 | MMPI | 4.3 | ... | |
| ABT-751 | Anti-Mitotic | 8.3 | 15.6 | |
| ABT-100 | FTI | 1.2 | 6.6 | |
| ABT-724 | Dopamine Receptor Agonist | 0.6 | 5.9 | |
| | **Total** | 185.7 | 229.0 | |
| | **Abbott : JH Funding Ratio** | 3.7 | 4.2 | |
| | **Contract Floor Funding Ratio** | 3.1 | 3.1 | |

| Timeline (Launch Dates): | | Original Deal | 2002 Plan | Comments |
|---|---|---|---|---|
| ABT-773 | Ketolide Oral & IV | 1Q 2004 | 3Q 2004 | Slow patient accrual impacted dosing decision (QD vs BID). ABT-773 will be developed for BID dosing. |
| ABT-627 | Endothelin | 4Q 2004 | 4Q 2004 | |
| ABT-594 | Neuro Pain | 3Q 2004 | N/A | |
| ABT-510 | TSP | 1Q 2006 | 1Q 2006 | |
| ABT-492 | Quinolone | 4Q 2005 | 4Q 2006 | FDA IND review delayed phase II program beyond original targets. Phase III, originally scheduled to begin in the Fall of '02, is delayed until Fall '03. |
| ABT-518 | MMPI | 2Q 2006 | N/A | |
| ABT-751 | Anti-Mitotic | 1Q 2006 | 1Q 2006 | |
| ABT-100 | FTI | 4Q 2007 | 4Q 2007 | |
| ABT-724 | Dopamine Receptor Agonist | 4Q 2007 | 3Q 2008 | ABT-724 is a recently approved DDC. In the original model, assumptions for ABT-100 were used as the benchmark for all pre-DDC assets. 2002 Plan reflects ABT-724 specific data, rather than generic modeling assumptions. |

CONFIDENTIAL
JH 000788

Ketolide Oral & IV (ABT-773)
2002 Annual Development Plan

**2002 Clinical Program Objectives:**

Phase III program consisting of pivotal trials to support NDA and European filing for four indications: AECB, CAP, AHS, ABP

Phase I and III intravenous program to support CAP indication

Phase I program to support pediatric program

Phase I / II program supporting Japanese bridging strategy

**Other Clinical Support:**

Venture Management, Data Management/Statistics, Phase I Unites (ACTRU) Support

**Chemistry, Manufacturing, and Controls (CMC)**

Formulation & Analytical:    Tablet:   Support clinical program, Registration Activities CMC, Bulk drug lot support of validation runs, 1200 L support, Process Characterization Scale-up

IV Formulation:   Support clinical program

Continue to optimize pediatric and intravenous formulation

Japan Registration Bridging support

Process Chemistry:    Deliver 700 kg bulk drug substance (Campaign 17 and 18)for stability testing and formulation scaleup activities

Qualify Abbott Puerto Rico (APP) for final step of drug substance

Complete Process Justification experiments and reports

Analytic Methods Validation

Manufacture starting materials to support Process Validation Runs

**Drug Safety Support**

Metabolism    Drug analysis to support Phase I studies and plasma PK in  Phase 3 studies to correlate with ECG's

Lacteal & placental transfer studies; Protein binding studies; P450 studies

Toxicology/Pathology    1month Rat and Gene Tox study to support impurity qualification

**Other Support Activities:**

Medical Services support (IND / Post-Marketing Safety, Epidemiology, Medical Information & Review)

Investigational Drug Quality Assurance support for production of clinical supplies

Regulatory Affairs / Research Quality Assurance

Microbiology

| 2002 PROGRAM COST | $MM |
|---|---|
| | 79.3* |

\* See next page for detail.

**Program Spending by Year:**

| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total |
|---|---|---|---|---|---|---|
| 89.7 | 79.3 | 88.1 | 12.7 | 4.1 | 0.0 | 273.9 |

L:\HSAPPI\WinMenu Heroes\A2002 Research Plan\Executive Summaries\ABT-773 oral\SUM.DOC (ABT-773)

278

CONFIDENTIAL
JH 000789

2002 Plan Dev

Cost Summary

| Program Status | | 2000 | | | | 2001 | | | | 2002 | | | | 2003 | | | | 2004 | | | | 2005 | | | | 2006 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phase II | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase III | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NDA ←    Launch ←

## Major Development Activities and Costs

| Clinical Program | Total Patients | Enrolled As of 8/2001 | Start | End | FTE's | 2001 AFU Costs | | | 2002 PLAN Costs | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Internal | External | Total | Internal | External | Total |
| **Phase III (4 indications)** | | | | | | | | | | | |
| M00-219 CAP QD vs IHD | 600 | 479 | Nov-00 | Nov-01 | | $12,231 | $12,231 | $12,231 | | $4,592 | $4,592 |
| M00-225 ABS QD vs IHD | 600 | 532 | Nov-00 | Nov-01 | | $7,319 | $7,319 | $7,319 | | | |
| M00-223 ASP vs Pen US | 520 | 521 | Nov-00 | Jan-01 | | $3,354 | $3,354 | $3,354 | | | |
| M00-216 AECD vs Axl US | 600 | 478 | Nov-00 | Dec-01 | | $5,791 | $5,791 | $5,791 | | | |
| M00-222 ASP vs Pen EU | 520 | 106 | Nov-00 | Dec-01 | | $3,575 | $3,575 | $3,575 | | | |
| M00-217 AECD vs Levo EU | 500 | 196 | Nov-00 | Dec-01 | | $4,036 | $4,036 | $4,036 | | | |
| M00-220 CAP vs Amox IV | | | Oct-01 | May-01 | | $3,629 | $3,629 | $3,629 | | $6,370 | $6,370 |
| M00-221 CAP vs Levo IHD/sw Ikw | | | Oct-01 | Nov-01 | | $2,141 | $2,141 | $2,141 | | $7,294 | $7,294 |
| M01-XXX CAP Open Label | 300 | D | Jan-02 | May-02 | | | | | | $3,110 | $3,110 |
| M00-218 ABS vs Levo EU | 640 | D | Oct-01 | May-02 | | $3,314 | $3,314 | $3,514 | | $4,104 | $4,104 |
| M00-224 ABS vs Aug US | 640 | D | Oct-01 | May-02 | | $3,257 | $3,257 | $3,257 | | $3,518 | $3,518 |
| M00-260 ABS Double Tap Study | 100 | 0 | Sep-01 | May-03 | | $310 | $310 | $310 | | | |
| M01-123 QT Phase I Study (External Site) | 64 | 0 | Oct-01 | Dec-01 | | | | | | | |
| Pediatric PK/PD/Taste Testing Studies | | | | | | | | | | | |
| Pediatric Phase I (Clinicals (Phase I Center) | 72 | 0 | Jan-02 | Dec-02 | | $45 | $45 | $45 | $396 | | $396 |
| I.V. Phase I Single Dose (2001) | 72 | 0 | Nov-01 | Dec-01 | | $350 | $350 | $350 | | | |
| M01-XXX CAP Open Label | | | Sep-00 | Dec-02 | | $200 | $200 | $200 | | $390 | $390 |
| External Tissue Studies | N/A | | Jan-02 | Dec-01 | | $877 | $877 | $877 | | | |
| Internal Bio Studies (Phase I Center) | | | Jan-02 | Dec-02 | 6.9 | $714 | $3,163 | $3,163 | $2,349 | | $2,349 |
| Phase I01 ECG Re-reads | | | Jan-01 | Dec-01 | | | | | | | |
| Microbiology Grants | N/A | | Jan-02 | Dec-02 | | $2,000 | $2,000 | $2,000 | | $2,000 | $2,000 |
| Japan Studies | 374 | | Jan-01 | Dec-04 | | $600 | $600 | $600 | | $2,630 | $2,630 |
| Venture Management | | | | | 39.5 | $6,372 | $6,372 | $6,372 | $6,877 | | $6,877 |
| European Venture Research | | | | | 6.1 | $932 | $932 | $932 | $725 | | $725 |
| Data Management/Statistics | | | | | 30.2 | $4,779 | $4,779 | $4,779 | $4,971 | | $4,971 |
| **Subtotal** | | | | | | $112,083 | $48,343 | $61,877 | $15,318 | $34,298 | $49,616 |
| **Chemistry, Manufacturing, and Controls (CMC)** | | | | | | | | | | | |
| Formulation & Analytical | | | | | 18.7 | $5,224 | | $5,224 | $6,703 | $2,845 | $9,548 |
| Process Chemistry | | | | | 20.0 | $13,770 | | $13,770 | $5,216 | $1,480 | $6,696 |
| Other CMC | | | | | | $1,791 | | $1,791 | $3,031 | | $3,031 |
| **Subtotal CMC Costs** | | | | | | $20,785 | | $20,785 | $14,990 | $4,325 | $19,375 |
| **Drug Safety Support** | | | | | | | | | | | |
| Drug Metabolism | | | | | 7.1 | $768 | | $768 | $1,562 | $430 | $1,992 |
| Toxicology/Pathology | | | | | 1.4 | $1,096 | | $1,096 | $316 | $391 | $407 |
| Other | | | | | | | | | $39 | $323 | $64 |
| **Subtotal Drug Safety Support** | | | | | | $1,844 | | $1,844 | $1,917 | $544 | $2,463 |
| **Other Support Costs** | | | | | | | | | | | |
| Discovery | | | | | 9.7 | | | | $2,801 | | $2,801 |
| Medical Affairs | | | | | 0.9 | $944 | | $944 | $1,264 | | $1,264 |
| HPD | | | | | | $400 | | $400 | $1,500 | | $1,500 |
| Regulatory Affairs / Research Quality Assurance | | | | | 7.2 | $989 | | $989 | $1,399 | | $1,399 |
| Other Costs | | | | | | $2,339 | | $2,339 | $817 | | $817 |
| **Total Program** | | | | | | $39,996 | $48,340 | $89,700 | $48,178 | $29,169 | $79,239 |

CONFIDENTIAL
JH 000790

# Endothelin (ABT-627)
## Annual Development Plan

**2002 Clinical Program Objectives:**
Complete enrollment of two registration studies
Complete drug interaction, QTc, and Bioequivalence studies
Initiate Ph 1 study for Japanese registration

**Other Clinical Support:**
Venture Management, Data Management/Statistics, Phase 1 Center (ACPRU) Support

**Chemistry, Manufacturing, and Controls (CMC)**

| | |
|---|---|
| Formulation & Analytical: | - Resupply 2 Phase III studies |
| | - 2.5 mg lot for Japan studies |
| | - Impurities Qualification |
| | - Methods transfer |
| | - UK/R8 Pilot Support |
| | - Process Justification (5 lots) |
| Process Chemistry: | Process justification |
| | Qualification runs at second drug substance manufacturing facility |

**Drug Safety Support**

| | |
|---|---|
| Metabolism | NDA preparation |
| Toxicology/Pathology | Genetic toxicity to qualify drug substance impurities |
| | Three month rat toxicity to qualify drug substance impurities |

**Other Support Activities:**
- Medical Services support - IND Safety (safety support) / Epidemiology (outcomes), Medical Information & Review
- Regulatory Affairs / Research Quality Assurance (Phase III site audits)

**Program Spending by Year:**

| **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **Total** |
|---|---|---|---|---|---|---|
| 37.8 | 52.9 | 30.6 | 37.1 | 6.8 | 0.0 | 165.2 |

| | **$MM** |
|---|---|
| **2002 PROGRAM COST** | **52.9\*** |

\* See next page for detail.

*150*

CONFIDENTIAL
JH 000791

## Endothelin (ABT-627)
## 2002 Plan Development Cost Summary

**Program Status**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| Phase II | | | | | | | |
| Phase III | | | | | | | |

N/A    Launch

### Major Development Activities and Costs

| Clinical Program | Total Patients | Enrolled as of 10/2/01 | Start | End | FTE's | 2001 API Costs Internal | 2001 API Costs External | 2001 API Costs Total | 2002 PLAN Costs Internal | 2002 PLAN Costs External | 2002 PLAN Costs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Phase III Pivotal #1 (M00-211) | 1000 | 44 | 5/01 | 12/03 | | ... | $10,288 | $10,288 | ... | $10,452 | $10,452 |
| Phase III Pivotal #2 (M00-244) | 1000 | 22 | 6/01 | 10/04 | | ... | $6,022 | $6,022 | ... | $11,496 | $11,496 |
| LT Extension (M00-258) | 1400 | 1 | 9/01 | 12/04 | | ... | $846 | $846 | ... | $3,384 | $3,384 |
| Long Term Safety Study (M01-304) | 250 | ... | 9/01 | 1/05 | | ... | $288 | $288 | ... | $516 | $516 |
| Bisphosphonate Combination | 200 | ... | 1/02 | 1/05 | | ... | ... | ... | ... | $1,656 | $1,656 |
| Early Prostate Cancer | 200 | ... | 1/02 | 1/05 | | ... | ... | ... | ... | $2,076 | $2,076 |
| Phase I Japan Study | 32 | ... | 4/02 | 12/02 | | ... | ... | ... | ... | $800 | $800 |
| Ph II Pilot/Investigator IND Studies | 40 per study | ... | 11/01 | 6/03 | | ... | ... | ... | ... | $425 | $425 |
| Four Drug Interaction Studies | 12 - 18 per study | ... | 4/02 | 7/02 | | ... | ... | ... | $320 | $440 | $760 |
| Bioequivalence (M00-318) | 60 | ... | 4/02 | 8/02 | | $55 | $266 | $321 | $50 | $200 | $250 |
| (QTc (M00-283) | 36 | ... | 4/02 | 9/02 | | $227 | $90 | $317 | $53 | $203 | $256 |
| Phase I Center Support | | | | | 4.9 | $315 | ... | $315 | $999 | ... | $999 |
| Venture Management | | | | | 32.0 | $7,636 | ... | $7,636 | $6,195 | ... | $6,195 |
| Data Management/Statistics | | | | | 23.0 | $2,383 | ... | $2,383 | $3,739 | ... | $3,739 |
| **Subtotal** | | | | | | **$10,816** | **$18,900** | **$29,716** | **$11,256** | **$31,648** | **$43,004** |

### Chemistry, Manufacturing, and Controls (CMC)

| | | | | | FTE's | Internal | External | Total | Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Formulation & Analytical | | | | | 13.6 | $2,863 | $874 | $3,737 | $3,179 | $840 | $4,019 |
| Process Chemistry | | | | | 4.0 | $683 | ... | $683 | $1,028 | $150 | $1,178 |
| Other CMC | | | | | ... | ... | ... | ... | $581 | ... | $581 |
| **Subtotal CMC Costs** | | | | | | **$3,546** | **$874** | **$4,420** | **$4,788** | **$990** | **$5,778** |

### Drug Safety Support

| | | | | | FTE's | Internal | External | Total | Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Toxicology/Pathology | | | | | 1.6 | $341 | $60 | $401 | $383 | $54 | $437 |
| Drug Metabolism | | | | | 3.4 | $935 | $180 | $1,115 | $748 | $370 | $1,118 |
| Other | | | | | 0.2 | $28 | $2 | $30 | $63 | $4 | $67 |
| **Subtotal Drug Safety Support** | | | | | | **$1,304** | **$242** | **$1,546** | **$1,194** | **$428** | **$1,622** |

### Other Support Costs

| | | | | | FTE's | Internal | External | Total | Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discovery | | | | | 1.0 | $129 | $45 | $174 | $289 | ... | $289 |
| Regulatory Affairs / Research Quality Assurance | | | | | 3.0 | $1,231 | ... | $1,231 | $669 | ... | $669 |
| Medical Affairs | | | | | 1.0 | ... | $193 | $193 | $868 | $200 | $1,068 |
| Other | | | | | ... | $318 | ... | $318 | $493 | ... | $493 |
| **Total Program** | | | | | | **$17,544** | **$20,226** | **$37,280** | **$19,164** | **$33,759** | **$53,923** |

TSP (ABT-510)
Annual Development Plan

**2002 Clinical Program Objectives:**
Initiate 3 phase II dose ranging/efficacy studies to demonstrate efficacy
Selection of dose regimen and tumor types
Selection of surrogate markers of efficacy

**Other Clinical Support:**
Venture Management, Data Management/Statistics, Phase I Center (ACPRU) Support

**Chemistry, Manufacturing, and Controls (CMC)**

| | |
|---|---|
| Formulation & Analytical: | Support drug substance and chemical synthesis |
| | Method development/validation as needed to support Phase II requirements |
| | Evaluate crystalline drug substance for formulation |
| Process Chemistry: | Process optimization with crystallized drug and increase scale (23 Kg) |

**Drug Safety Support**

| | |
|---|---|
| Metabolism | Absorption Distribution Metabolism Excretion studies in non-rodent species to support toxicology |
| Toxicology/Pathology | Initiate 6 month rat and 9 month monkey toxicity studies if requested by FDA |

**Other Support Activities:**
Medical Services support - IND Safety (safety support)/ Medical Information & Review
Regulatory Affairs / Research Quality Assurance (Phase II site audits)

**Program Spending by Year:**

| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total |
|------|------|------|------|------|------|-------|
| 10.8 | 26.3 | 47.8 | 28.0 | 19.0 | 14.0 | 145.9 |

| | 2002 PROGRAM COST | SMM |
|---|---|---|
| | | 26.3* |
| | * See next page for detail. | |

CONFIDENTIAL
JH 000793

TSP (ABT-510)

## 2002 Plan Development Cost Summary

**Program Status**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase I | | | | | | | |
| Phase II | | | | | | | |
| Phase III | | | | | | NDA ← Launch ← | |

**Major Development Activities and Costs**

| Clinical Program | Total Patients | Enrolled as of 10/2/01 | Start | End | FTE's | 2001 APU Costs Internal | 2001 APU Costs External | 2001 APU Costs Total | 2002 PLAN Costs Internal | 2002 PLAN Costs External | 2002 PLAN Costs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Multiple Phase Ix Cancer Pts (M01-153) | 70 | 11 | 4Q01 | 4Q02 | | | $895 | $895 | --- | $77 | $77 |
| IND Study (M01-302) | 36 | --- | 9Q01 | 9Q02 | | | $250 | $250 | --- | $368 | $368 |
| Phase II Dose Ranging/Efficacy #1 | 150 | --- | 4Q02 | 3Q03 | | | --- | --- | --- | $3,753 | $3,753 |
| Phase II Dose Ranging/Efficacy #2 | 150 | --- | 4Q02 | 3Q03 | | | --- | --- | --- | $3,753 | $3,753 |
| Phase II Dose Ranging/Efficacy #3 | 150 | --- | 4Q02 | 3Q03 | | | --- | --- | --- | $3,753 | $3,753 |
| Preclinical/PD Markers | | | 3Q01 | 2Q02 | | | $299 | $299 | --- | $67 | $67 |
| Cancer Models | | | 3Q02 | 2Q03 | | | --- | --- | --- | $330 | $330 |
| NCI Pediatric | 18 | --- | 1Q02 | 12Q03 | | | --- | --- | --- | --- | --- |
| Phase I Center | | | | | 1.0 | $221 | --- | $221 | $171 | --- | $171 |
| Venture Management | | | | | 14.0 | $858 | --- | $858 | $2,689 | --- | $2,689 |
| Data Management/Statistics | | | | | 4.7 | $227 | --- | $227 | $778 | --- | $778 |
| **Subtotal** | | | | | | $1,306 | $1,444 | $2,750 | $3,638 | $12,101 | $15,739 |

**Chemistry, Manufacturing, and Controls (CMC)**

| | | | | | FTE's | Internal | External | Total | Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Formulation & Analytical | | | | | 6.5 | $987 | $225 | $1,212 | $1,519 | $280 | $1,799 |
| Process Chemistry | | | | | 10.0 | --- | $3,383 | $3,383 | $4,029 | $1,355 | $5,384 |
| Other CMC | | | | | --- | --- | --- | --- | --- | --- | --- |
| **Subtotal CMC Costs** | | | | | | $987 | $3,608 | $4,595 | $5,548 | $1,635 | $7,183 |

**Drug Safety Support**

| Toxicology/Pathology | | | | | 0.7 | $184 | --- | $184 | $173 | $1,100 | $1,273 |
| Drug Metabolism | | | | | 4.9 | $972 | $209 | $1,181 | $1,078 | $280 | $1,358 |
| Other | | | | | 0.1 | --- | --- | --- | $27 | $6 | $33 |
| **Subtotal Drug Safety Support** | | | | | | $1,156 | $209 | $1,365 | $1,278 | $1,386 | $2,664 |

**Other Support Costs**

| Discovery | | | | | 0.5 | $1,775 | $85 | $1,860 | $144 | --- | $144 |
| Medical Affairs | | | | | --- | --- | $10 | $10 | $116 | --- | $116 |
| Regulatory Affairs / Research Quality Assurance | | | | | 2.1 | $141 | --- | $141 | $457 | --- | $457 |
| Other Costs | | | | | --- | $79 | --- | $79 | --- | $43 | $43 |
| **Total Program** | | | | | | $5,356 | $5,356 | $10,800 | $11,181 | $15,165 | $26,346 |

CONFIDENTIAL
JH 000794

Quinolone (ABT-492)
Annual Development Plan

## 2002 Clinical Program Objectives:
Phase II trials to be completed and further Phase I safety studies to determine drug characteristics to be completed.
Feasibility and formulation of IV formulation in progress ( Costs in buyup program)

### Other Clinical Support
Venture Management, Data Management/Statistics, Phase I Clinics (ATPHU1) Support

### Chemistry, Manufacturing, and Controls (CMC)

| | |
|---|---|
| Formulation & Analytical: | Develop and manufacture supplies for commercial formulation feasibility biostudy |
| | Support ongoing stability - Phase I supplies, Phase II supplies, Phase III pilot scale, Levofloxacin, Bulk Drug |
| | Bulk drug testing, Polymorph screening |
| | Selection of Commercial formulation |
| | Positive controls cost based on $120/patient x 3,500 patients x 2 |
| Process Chemistry: | Support campaigns that deliver bulk drug for formulation, toxicology, and Phase III clinicals |
| | Support PARD in formulation and physical properties studies |
| | Determine vendors for commercial supply |

### Drug Safety Support

| | |
|---|---|
| Metabolism | Metabolism support planned |
| Toxicology/Pathology | Tablet: 15studies including Segment 1, 2 and 3 studies, 3a nd 6 month rat and dog studies, |
| | FDA requests juvenile dog study to investigate possibility of pediatric program |

### Other Support Activities:
Medical Services support (IND / Post-Marketing Safety, Epidemiology, Medical Information & Review)
Investigational Drug Quality Assurance support for production of clinical supplies
Regulatory Affairs / Research Quality Assurance/Microbiology
Milestone payment due to Wockaonga upon enrollment of 20 patients in the Ph IIB trial.  Payment of $3.5MM is expected to be made in Q1/02.

| 2002 PROGRAM COST | $MM 42.4* |
|---|---|
| * See next page for detail. | |

### Program Spending by Year:

| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total |
|---|---|---|---|---|---|---|
| 24.3 | 42.4 | 54.8 | 86.9 | 67.2 | 11.0 | 286.6 |

CONFIDENTIAL
JH 000795

Quint
UT-492)
2002 Plan Devers... ...t Cost Summary

**Program Status**

|  | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase I | | | | | | | |
| Phase II | | | | | | | |
| Phase III | | | | | | NDA | Launch |

**Major Development Activities and Costs**

| Clinical Program | Total Patients | Enrolled As of R/2001 | Start | End | FTE's | 2001 APU Costs Internal | External | Total | 2002 PLAN Costs Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Phase I | | | | | | | | | | | |
| Single Dose / Multiple Dose | 168 | 168 | Nov-00 | Mar-01 | | --- | $670 | $670 | --- | --- | --- |
| Photostat | 48 | 29 | Nov-00 | Mar-01 | | --- | $1,000 | $1,000 | --- | $2,300 | $3,029 |
| QTC Study | THD | --- | Jan-02 | Jun-02 | | --- | --- | --- | $729 | $2,300 | $302 |
| Oral Contraceptive | 18 | --- | Feb-02 | Oct-02 | | --- | --- | --- | $302 | --- | $345 |
| Theophylline | THD | --- | Apr-02 | Jun-02 | | --- | --- | --- | $345 | --- | $267 |
| Bio-Study | 18 | --- | Mar-02 | Apr-02 | | $275 | $136 | $411 | $267 | --- | |
| **Total Phase I** | | | | | | $275 | $1,806 | $2,081 | $1,643 | $2,300 | $3,943 |
| Phase II | | | | | | | | | | | |
| Bronchitis | 320 | --- | Oct-01 | Jun-02 | | --- | $2,291 | $2,291 | --- | $1,909 | $1,909 |
| CAP | 300 | --- | Jan-02 | Feb-03 | | --- | $667 | $667 | --- | $4,000 | $4,000 |
| UTI | 300 | --- | Apr-02 | Nov-02 | | --- | --- | --- | --- | $2,400 | $2,400 |
| Acute Prostatitis | 100 | --- | Mar-02 | Dec-02 | | --- | --- | --- | --- | $1,108 | $1,108 |
| Sinusitis | 300 | --- | Mar-02 | Feb-03 | | --- | $414 | $414 | --- | $3,086 | $3,086 |
| Micro Studies | | | | | 13.5 | --- | --- | --- | --- | $600 | $600 |
| Venture Management | | | | | 1.0 | $1,226 | --- | $1,226 | $2,698 | --- | $2,698 |
| European Venture Research | | | | | 1.3 | $56 | --- | $56 | $111 | --- | $111 |
| Data Management/Statistics | | | | | | $750 | --- | $750 | $2,038 | --- | $2,038 |
| **Subtotal** | | | | | | $2,307 | $5,178 | $7,485 | $6,490 | $15,403 | $21,893 |
| **Chemistry, Manufacturing, and Controls (CMC)** | | | | | | | | | | | |
| Formulation & Analytical | | | | | 13.1 | $1,815 | --- | $1,815 | $3,529 | $1,115 | $4,644 |
| Process Chemistry | | | | | 10.0 | $7,348 | --- | $7,348 | $4,029 | $900 | $4,929 |
| Other CMC | | | | | | --- | --- | --- | --- | --- | --- |
| **Subtotal CMC Costs** | | | | | | $9,163 | --- | $9,163 | $7,558 | $2,015 | $9,573 |
| **Drug Safety Support** | | | | | | | | | | | |
| Drug Metabolism | | | | | 5.4 | $937 | --- | $937 | $1,177 | --- | $1,177 |
| Toxicology/Pathology | | | | | 5.3 | $704 | $833 | $1,537 | $1,296 | $906 | $2,202 |
| Other | | | | | 0.7 | $92 | $25 | $117 | $273 | $75 | $348 |
| **Subtotal Drug Safety Support** | | | | | | $1,733 | $858 | $2,611 | $2,746 | $981 | $3,727 |
| **Other Support Costs** | | | | | | | | | | | |
| Discovery | | | | | 7.3 | $1,426 | --- | $1,426 | $2,188 | --- | $2,188 |
| Medical Affairs | | | | | | $45 | --- | $45 | $215 | --- | $215 |
| Regulatory Affairs / Research Quality Assurance | | | | | 47.7 | $477 | --- | $477 | $1,043 | --- | $1,043 |
| Milestone Payments | | | | | | --- | $3,000 | $3,000 | --- | $3,500 | $3,500 |
| Other Costs | | | | | | $135 | --- | $135 | $250 | --- | $250 |
| **Total Program** | | | | | | $15,506 | $9,036 | $24,542 | $20,490 | $21,899 | $42,389 |

CONFIDENTIAL
JH 000796

Anti-Mitotic (ABT-751)
Annual Development Plan

**2002 Clinical Program Objectives:**
Determine dose and regimen for Phase II
Initiate 6 Phase II studies to demonstrate safety and efficacy
Initiate pediatric studies for potential accelerated approval (drug only)

**Other Clinical Support:**
Venture Management, Data Management/Statistics, Phase I Center (ACPRU) Support

**Chemistry, Manufacturing, and Controls (CMC)**

| | |
|---|---|
| Formulation & Analytical: | Support Phase II studies with capsule formulation |
| | Capsule formulation for lower dose (25 mg Peds) |
| | Clinical supply manufacturing (4 lots) |
| | Evaluate tablet feasibility |
| Process Chemistry: | Process optimization through increase scale (10 Kg) |
| | Selection of vendors for starting materials |

**Drug Safety Support**

| | |
|---|---|
| Metabolism | Absorption Distribution Metabolism Excretion studies in non-rodent species to support toxicology |
| Toxicology/Pathology: | Conduct multi-cycle cardiovascular toxicity study in dogs if requested by FDA |

**Other Support Activities:**
Medical Services support - IND/NS (safety support)/ Medical Information & Review
Regulatory Affairs / Research Quality Assurance (Phase II site audits)

| | | 2002 PROGRAM COST |
|---|---|---|
| | | $MM |
| | | 15.6* |
| | | * See next page for detail. |

Program Spending by Year:

| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total |
|---|---|---|---|---|---|---|
| 8.3 | 15.6 | 47.6 | 26.0 | 23.0 | -18.5 | 141.0 |

CONFIDENTIAL
JH 000797

Anti-Mitotic (ABT-751)
2002 Plan Development Cost Summary

| Program Status | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase I | | | | | | NDA ← | Launch ← |
| Phase II | | | | | | | |
| Phase III | | | | | | | |

**Major Development Activities and Costs**

| Clinical Program | Total Patients | Enrolled as of 10/2/01 | Start | End | FTE's | 2001 APU Costs Internal | External | Total | 2002 PLAN Costs Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M11) in Cancer Patients (M00-231) | 15 | 2 | 9/01 | 4/02 | 0.9 | -- | $500 | $500 | -- | $500 | $500 |
| Metronomics Study (M01-303) | 36 | -- | 10/01 | 5/02 | | -- | $445 | $445 | -- | $600 | $600 |
| Six Safety & Efficacy Studies - Ph II | 30 x 6 | -- | 2/02 | 4/03 | | -- | -- | -- | -- | $4,422 | $4,422 |
| NCI Pediatric | 18 - 24 | -- | 1/02 | 12/02 | | -- | -- | -- | -- | -- | -- |
| Phase I Center | | | | | 0.9 | $135 | -- | $135 | $156 | -- | $156 |
| Venture Management | | | | | 7.0 | $2,812 | -- | $2,812 | $1,708 | -- | $1,708 |
| Data Management/Statistics | | | | | 4.6 | $177 | -- | $177 | $786 | -- | $786 |
| **Subtotal** | | | | | | $3,124 | $945 | $4,069 | $2,650 | $5,522 | $8,172 |

**Chemistry, Manufacturing, and Controls (CMC)**

| | | | | | FTE's | Internal | External | Total | Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Formulation & Analytical | | | | | 11.3 | $1,155 | $135 | $1,290 | $2,641 | $275 | $2,916 |
| Process Chemistry | | | | | 3.0 | $922 | $250 | $1,172 | $1,033 | $75 | $1,108 |
| Other CMC | | | | | | -- | -- | -- | -- | -- | -- |
| **Subtotal CMC Costs** | | | | | | $2,077 | $385 | $2,462 | $3,674 | $350 | $4,024 |

**Drug Safety Support**

| | | | | | FTE's | Internal | External | Total | Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Toxicology/Pathology | | | | | 4.3 | $216 | -- | $216 | $1,044 | -- | $1,044 |
| Drug Metabolism | | | | | 5.1 | $794 | -- | $794 | $1,122 | $220 | $1,342 |
| Other | | | | | 0.9 | $110 | $7 | $117 | $277 | $27 | $304 |
| **Subtotal Drug Safety Support** | | | | | | $1,120 | $7 | $1,127 | $2,443 | $247 | $2,690 |

**Other Support Costs**

| | | | | | FTE's | Internal | External | Total | Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discovery | | | | | 0.7 | $205 | $3 | $208 | $202 | $100 | $302 |
| Medical Affairs | | | | | -- | -- | $10 | $10 | $59 | -- | $59 |
| Regulatory Affairs / Research Quality Assurance | | | | | 1.4 | $137 | -- | $137 | $308 | -- | $308 |
| Other Costs | | | | | | $287 | -- | $287 | -- | -- | -- |
| **Total Program** | | | | | | $6,950 | $1,350 | $8,300 | $9,236 | $6,319 | $15,555 |

CONFIDENTIAL
JH 000798

1 ABBOTT Bio-Solar Network, 2002 Research Plan Development Cost Database 40451

# FTI (ABT-100)
# Annual Development Plan

**2002 Clinical Program Objectives:**
Initiate Phase I studies in cancer patients to assess safety and pharmacokinetics

**Other Clinical Support:**
Venture Management, Data Management/Statistics, Phase I Center (ACPRU) Support

**Chemistry, Manufacturing, and Controls (CMC)**

Formulation & Analytical:
- Support preformulation/polymorph studies
- Support of GLP/GMP drug substance for tox and clinical/stability study
- Formulation manufacturing: support for GMP lot
- Stability of drug product and drug substance

Process Chemistry:  Deliver GMP material to support toxicology and clinical supplies (6 Kg)

**Drug Safety Support**

Metabolism  Provide metabolic data for toxicology support to initiate first-in-man trial

Toxicology/Pathology  Conduct two-week and one-month toxicity (if needed per 2-week results) studies in two species to support first-in-man

**Other Support Activities:**
Medical Services support - INDS (safety support)/ Medical Information & Review
Regulatory Affairs / Research Quality Assurance (Program overview)

| | 2002 PROGRAM COST |
|---|---|
| | * See next page for detail. |

$MM
6.6*

**Program Spending by Year:**

| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total |
|---|---|---|---|---|---|---|
| 1.2 | 6.6 | 15.9 | 33.6 | 26.0 | 28.0 | 111.3 |

CONFIDENTIAL
JH 000799

## FTI (ABT-100)
## 2002 Plan Development Cost Summary

**Program Status**

| Phase | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| Phase I | | ■ | ■ | | | | |
| Phase II | | | | ■ | | | |
| Phase III | | | | | ■ | | |

N/A ←    Launch ←  (2007)

**Major Development Activities and Costs**

| Clinical Program | Total Patients | Enrolled As of 9/01 | Start | End | FTE's | 2001 APU Costs Internal | External | Total | 2002 PLAN Costs Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Phase I First-in-Man | 36 | ... | 7/02 | 7/03 | 0.6 | ... | ... | ... | ... | $525 | $525 |
| IND Study | 36 | ... | 12/02 | 12/03 | 2.0 | ... | ... | ... | ... | $124 | $124 |
| Phase I Center | | | | | 0.6 | ... | ... | ... | $104 | ... | $104 |
| Venture Management | | | | | | ... | ... | ... | $165 | ... | $165 |
| Data Management/Statistics | | | | | | ... | ... | ... | $102 | ... | $102 |
| **Subtotal** | | | | | | ... | ... | ... | $371 | $649 | $1,020 |

**Chemistry, Manufacturing, and Controls (CMC)**

| | | | | | FTE's | 2001 APU Internal | External | Total | 2002 PLAN Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Formulation & Analytical | | | | | 3.5 | ... | ... | ... | $807 | $10 | $817 |
| Process Chemistry | | | | | 6.0 | ... | ... | ... | $1,591 | $200 | $1,791 |
| Other CMC | | | | | | $600 | $600 | $1,200 | ... | ... | ... |
| **Subtotal CMC Costs** | | | | | | $600 | $600 | $1,200 | $2,398 | $210 | $2,608 |

**Drug Safety Support**

| | | | | | FTE's | 2001 APU Internal | External | Total | 2002 PLAN Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Toxicology/Pathology | | | | | 5.1 | ... | ... | ... | $1,236 | $99 | $1,335 |
| Drug Metabolism | | | | | 4.4 | ... | ... | ... | $957 | $70 | $1,027 |
| Other | | | | | | ... | ... | ... | ... | ... | ... |
| **Subtotal Drug Safety Support** | | | | | | ... | ... | ... | $2,193 | $169 | $2,362 |

**Other Support Costs**

| | | | | | FTE's | 2001 APU Internal | External | Total | 2002 PLAN Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discovery | | | | | 1.1 | ... | ... | ... | $303 | ... | $303 |
| Medical Affairs | | | | | | ... | ... | ... | $8 | ... | $8 |
| Regulatory Affairs / Research Quality Assurance | | | | | 1.1 | ... | ... | ... | $305 | ... | $305 |
| Other Costs | | | | | | ... | ... | ... | ... | $20 | $20 |
| **Total Program** | | | | | | | | $1,200 | $5,578 | $1,048 | $6,626 |

CONFIDENTIAL
JH 000800

## Dopamine Receptor Agonist (ABT-724)
### Annual Development Plan

| | 2002 PROGRAM COST | $MM |
|---|---|---|
| | | 5.9* |

\* See next page for detail.

**2002 Clinical Program Objectives:**

Transition ABT-724 from DDC and prepare a Development Plan including the design and conduct of a (First in Man) study Part 1- single dose escalating of solution administered sub-lingually; Part 2 - single dose of solution administered orally to determine relative bioavailability.

**Other Clinical Support:**

Venture Management, Data Management/Statistics, Phase 1 Center (ACPRU) Support

**Chemistry, Manufacturing, and Controls (CMC)**

| Formulation & Analytical: | Develop and formulate clinical study supplies to support sub-lingual administration. Explore formulation and administration options for intranasal administration. |
|---|---|
| Process Chemistry: | Synthesize and provide 3 kgs. active drug and recommendation as to appropriate salt form selection and formulation selection. |
| Other CMC: | Analysis of salts synthesized by Process Chemistry. Preparation of solid phase characterization for polymorph screening. Analytical support for formulation development, stability assessment, dissolution testing. PARD project management support. |

**Drug Safety Support**

| Metabolism | Metabolism support includes: in-vitro metabolism, protein binding (definitive assessment), rat ADME, CYP 450 inhibition, support rat range finding studies. |
|---|---|
| Toxicology/Pathology | Tox activities include acute tox battery, gene tox battery, 2-week dog range finding, 1 month oral dog/rat, pregnant rat range finding, primary dermal and ocular irritation. |

**Other Support Activities:**

Investigational Drug Quality Assurance support for production of clinical supplies.
Regulatory Affairs to provide consulting support on IND.
RQA to provide GLP compliance assessment at study sites as well as GLP training and QA consulting.

**Program Spending by Year:**

| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total |
|---|---|---|---|---|---|---|
| 0.6 | 5.9 | 7.4 | 31.8 | 50.6 | 48.1 | 144.4 |

CONFIDENTIAL
JH 000801

Dopamine R...ptor Agonist (ABT-724)
2002 Plan Development Cost Summary

**Program Status**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|
| Transition | | | | | | | | | |
| Phase I | | | | | | | | | |
| Phase II | | | | | | | | | |
| Phase III | | | | | | | | NDA filing | Launch |

**Major Development Activities and Costs**

| Clinical Program | Total Patients | Enrolled As of 9/01 | Start | End | FTE's | 2001 APU Costs Internal | External | Total | 2002 PLAN Costs Internal | External | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SD Escalating Dose | 36 | ... | 10/31/02 | 1/31/03 | | ... | ... | ... | ... | $400 | $400 |
| Venture Management | | | | | 8.0 | | | | $1,769 | ... | $1,769 |
| Phase I Center Support | | | | | 0.4 | | | | $73 | ... | $73 |
| Data Management/Statistics | | | | | 0.4 | | | | $65 | ... | $65 |
| Subtotal | | | | | | | | | $1,907 | $400 | $2,307 |
| **Chemistry, Manufacturing, and Controls (CMC)** | | | | | | | | | | | |
| Formulation & Analytical | | | | | 3.5 | ... | ... | ... | $817 | ... | $817 |
| Process Chemistry | | | | | 3.0 | $600 | ... | $600 | $776 | ... | $776 |
| Other CMC | | | | | 0.6 | ... | ... | ... | $173 | ... | $173 |
| Subtotal CMC Costs | | | | | | $600 | ... | $600 | $1,766 | ... | $1,766 |
| **Drug Safety Support** | | | | | | | | | | | |
| Toxicology | | | | | 1.3 | ... | ... | ... | $487 | $50 | $537 |
| Experimental Science | | | | | 1.2 | ... | ... | ... | $264 | ... | $264 |
| Clinical Drug Analysis | | | | | 2.1 | ... | ... | ... | $451 | ... | $451 |
| Pathology | | | | | 0.8 | ... | ... | ... | $334 | ... | $334 |
| Subtotal Drug Safety Support | | | | | | ... | ... | ... | $1,536 | $50 | $1,586 |
| **Other Support Costs** | | | | | | | | | | | |
| Medical Affairs | | | | | 0.2 | ... | ... | ... | $33 | ... | $33 |
| Regulatory Affairs / Research Quality Assurance | | | | | 1.0 | ... | ... | ... | $215 | ... | $215 |
| Other Costs | | | | | ... | ... | ... | ... | $20 | ... | $20 |
| **Total Program** | | | | | | $600 | ... | $600 | $5,477 | $450 | $5,927 |

CONFIDENTIAL
JH 000802

Hendricks Deposition Exhibit 10


P's Exhibit 34

 **Abbott Laboratories**

RECEIVED
SEP 2 6 2003
BOND & CORP. FINANCE GROUP



## Global Pharmaceutical Research & Development

| | | | |
|---|---|---|---|
| Thomas Lyons | Abbott Laboratories | Telephone: | (847) 937-5618 |
| GPRD Controller | 100 Abbott Park Road | Fax: | (847) 938-9609 |
| GPRD Finance | Abbott Park, Illinois 60064-6120 | Email: | Thomas.Lyons@Abbott.com |
| Dept. R404, AP9 | | | |

September 22, 2003

Mr. Steven Blewitt
John Hancock Life Insurance Co.
200 Claredon Street, T-57
Boston, MA  02117

Attention:  Bond & Corporate Finance Group

Re:  Final 2003 Development Plans

Dear Steve:

Enclosed per your request are the Portfolio Program and Development cost summaries for the Final 2003 Plan.

Also, I went back to review the data and spend estimates made about 1 year ago for 2003.  On 8/26/02, the estimated program spend for 2003 was at $132.6 mm.  By October 14, 2002, after the Executive Committee's portfolio review, the estimated spend for 2003 had dropped to $109.9 mm and for 2004, it was at $136.9 mm.

If you have any questions, please call me or Ken Stiles (at 847-938-6587).

Sincerely,

Tom Lyons
GPRD Controller
GPRD Finance

cc:  Ken Stiles

CONFIDENTIAL
JH 001071

Hendrick S DEP. EX. NO.
FOR ID., AS OF 4/21/0

# John Hancock Portfolio
## 9/22/03
### ($mm)



| | 2003 Plan | |
|---|---|---|
| | Preliminary | Final |
| **ABT 627** | | |
| · Base | 55.5 | 52.6 |
| · Early PCA | 2.7 | 2.6 |
| · Japan | 3.2 | 1.9 |
| · Non PCA | 9.8 | 8.7 |
| **Total** | 71.2 | 65.8 |
| ABT 510 | 18.3 | 18.2 |
| ABT 751 | 10.7 | 10.2 |
| ABT 773 | 1.7 | 1.7 |
| ABT 492 | 7.2 | 4.9 |
| ABT 724 | 0.1 | 0.1 |
| Management Fee | 2.0 | 2.0 |
| Total Portfolio | 111.2 | 102.9 |

| | 10 mth. | | 2003 Plan | Prelim. | |
|---|---|---|---|---|---|
| | 2001 | 2002 | | 2004 | 2005 |
| Total Portfolio Spend* | 171.7 | 141.3 | 102.9 | 96.7 | 142.7 |

\* Includes Mgmt Fees/Milestones

CONFIDENTIAL
JH 001072

9/22/2003 [File]

## 2003 Plan Executive Program Summary

### Atrasentan Base

**Program Timeline**

Rolling CTD submission occurred in April, August, Nov 2002 & on target for Dec 03 completion
First pivotal study (M00-211) accrual complete at 80%
Second pivotal study (M00-244) accrual, 170/990 pts on target to complete in February 03
Investigator IND three offset study enrolling patients
3 Investigator IND studies initiated, 11 more planned for 2003
First FDA submission by Abbott + publishing group of her submission
CTD submission

**2003 Clinical Program Objectives**

Complete M00-211 and M00-244 and prepare for possible accelerated CTD submission
Confirm Ph II from other consideration study to confirm investigator IND study results
Submit rolling CTD CMC section by July 03
Establish CTD Team to coordinate submissions and prepare safety section

**Description of Internal Activities**

Statistics
Provide statistical analysis for 13 immunological abstracts
Prepare for 2 data safety monitoring board review meetings
Provide programming for statistical analysis included above
Prepare for early submission of consensus technical document

CMC
Prepare quality section of rolling CTD for submission in 2002
Qualification and validation work for Queenborough/Sligo confirms
H&PCA base program includes the CMC funding for all portfolio projects.

Toxicology/Metabolism
Conduct genetic tox and impurities studies
Global Project Team
CTD 3 FTE

**Program Summary/Changes to base program from 2002 APJD**

Increased grant for pivotal studies to boost enrollment
Established a Common Technical Document to ease and final potential early submission level on 1st pivotal study (M00-211)
Base offsets (biopharmaceuticals combination)
Japan PK and bridging studies, hormone naïve prostate cancer and the investigator IND's were deleted

**LRP**

| 2002 | 2003 | 2004 | 2005 | Future Yrs | Total |
|------|------|------|------|-----------|-------|
| $ 34.1 | $ 48.1 | $ 52.6 | $ 29.8 | $ 39.3 | $ 57.0 | $ 26.0 |

2003 Program Cost    $2,548

CONFIDENTIAL
JH 001073

## *ABT-627 (Atrasentan) Base Program*

| | Total Patients | Enrolled | Start | End | 2003 Plan ($000) |
|---|---|---|---|---|---|
| **External:** | | | | | |
| **New Clinical Activities:** | | | | | |
| HEOR Studies | | | 1/1/03 | 12/31/03 | $583 |
| **Subtotal New Clinical Activities:** | | | | | $583 |
| **Ongoing Clinical Activities:** | | | | | |
| M00-211 Phase III (WW Metastatic Prostate Cancer) | 900 | 808 | 8/1/01 | 2/1/04 | $10,350 |
| M00-244 Phase II (WW nonmetastatic Prostate Cancer) | 900 | 697 | 6/1/01 | 3/1/04 | $11,994 |
| M00-258 Phase III (Ext for M00-244/M00-211) | 1400 | 251 | 7/1/01 | 2/1/05 | $3,672 |
| M01-304 Phase II Long Term Safety | 250 | 26 | 10/15/01 | 3/1/05 | $816 |
| Phase II - Bisphosphonate Combination | 200 | | 12/31/02 | 12/30/04 | $828 |
| **Subtotal Ongoing Clinical Activities:** | | | | | $27,260 |
| **CMC** | | | | | |
| PARD | | | | | $830 |
| Process R&D | | | | | $50 |
| **Pre-Clinical Safety  Support** | | | | | |
| Pre-Clinical Safety  Support | | | | | $104 |
| **Total External** | | | | | $28,827 |

| | FTE | ($000) |
|---|---|---|
| **Internal:** | | |
| **Clinical Program** | | |
| Global Project Mgmt | 39.9 | $8,097 |
| Phase I Center Support | 1.3 | $282 |
| European Clinical Organization | 4.1 | $564 |
| Data Management/Statistics | 21.9 | $3,769 |
| **Chemistry, Manufacturing and Controls (CMC)** | | |
| Formulation (PARD) | 5.5 | $1,491 |
| Analytics for Formulation(PARD) | 7.2 | $1,052 |
| Analytics for Process Chemistry (PARD) | 3.6 | $983 |
| Clinical Packaging(PARD) | 2.0 | $535 |
| Process R&D | 6.0 | $2,233 |
| **Drug Safety Support** | | |
| Toxicology/Pathology | 1.8 | $469 |
| Metabolism | 2.3 | $614 |
| Other | 0.3 | $107 |
| **Other Support Cost** | | |
| Discovery (Therapeutic Discovery) | 0.5 | $138 |
| Medical Services | | $165 |
| Research Quality Assurance | 2.6 | $776 |
| Medical Affairs | 1.0 | $198 |
| Regulatory Affairs | | $1,211 |
| Other | 0.9 | $227 |
| **Total Internal** | 100.1 | $23,760 |
| **Total Program:** | | $52,587 |

CONFIDENTIAL
JH 001074

# ABT-627 Atrasentan Hormone Naive Prostate Cancer
## 2003 Plan Executive Program Summary

**Program Timeline**

|  | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase I | | | | | | | |
| Phase II | | | | | | | |
| Phase III | | | | | | | |
| Phase IV | | | | | | | |

22 patients have been enrolled in the Phase II study

Initiate Phase II

Complete Phase II

|  | (2003'0) Plan |
|---|---|
| 2003 PROGRAM COST | 2,947.0 |

**2003 Clinical Program Objectives:**

Determine if atrasentan is effective in earlier stage (hormone naïve) prostate cancer patients (PSA progressing, publication strategy)

M01-366 study results will be available at time of product launch

A positive result would provide rare justification for a large definitive trial by ABT/cooperative groups (this will take seven years to complete)

**Description of Internal Activities:**

CMC: Formulation and Analytical
Package and ship clinical supplies for 40 sites

DM/Statistics:
Review new color data from CRFs

Metabolism:
Receive and analyze blood samples and assess pharmacokinetic genetic polymorphism interactions as appropriate.

**Program Status (changes from 2002 plan):**

Initially designed this study to include 40 sites, but after consultation with advisors the number of sites was reduced to 35
24 sites have received approval to start the study
9 additional sites are in final stages of approval
7 "back-up" sites have been contacted are are in early stages of approval

| | 2001 | 2002 | 2003 | 2004 | 2005 | Prior Yrs | Future Yrs | Total |
|---|---|---|---|---|---|---|---|---|
| $ | — | $ 1.2 | $ 2.6 | $ 3.7 | $ 1.6 | $ 0.3 | $ 9.4 | |

CONFIDENTIAL
JH 001075

## ABT-627 Indication For Early – Stg PCA

| | Total Patients | Enrolled | Start | End | 2003 Plan (000s) |
|---|---|---|---|---|---|
| **External:** | | | | | |
| Ongoing Clinical Activities: | | | | | |
| M01-396 Phase II Hormone Naïve | 200 | 22 | 4/1/02 | 1/1/05 | $2,256 |
| Subtotal Ongoing Clinical Activities: | | | | | $2,256 |
| | | | | Total External | $2,256 |

| | | | ETE | ($000s) |
|---|---|---|---|---|
| **Internal:** | | | | |
| Clinical Program | | | | |
| Global Project Mgmt | | | 1.0 | |
| Phase I Center Support | | | 0.1 | $21 |
| Data Management/Statistics | | | 0.8 | $98 |
| Chemistry, Manufacturing and Controls (CMC) | | | | |
| Clinical Packaging(PARD) | | | 0.3 | $90 |
| Drug Safety Support | | | | |
| Metabolism | | | 0.3 | $68 |
| Other Support Cost | | | | |
| Medical Services | | | 0.1 | $10 |
| Research Quality Assurance | | | | $25 |
| Other | | | -0.1 | $11 |
| Total Internal | | | 2.3 | $311 |
| | | | Total Program: | $2,567 |

CONFIDENTIAL
JH 001076

**ABT 627 - Japan**

**2003 Plan Executive Program Summary**

| | 2002 | 2003 | 2004 | | 2003 PROGRAM COST | ($000's) Plan 1,743.0 |
|---|---|---|---|---|---|---|

**Program Timeline**

Phase I protocol is under revision by advisor/investigator.

Phase I
Phase II

**2003 Clinical Program Objectives:**

Phase I clinical trial on-going in Europe and Japan (colorectal, prostate, lung) at 2.5, and 10mg w/ extension study
Plan to submit the results of the Phase I study in combination with the results of the M00211 study for approval in Japan.
Initiation of bridging study to be delayed pending this discussion with Kiko, will commence Q1 04.

**Description of Internal Activities:**

Abbott Japan will manage the Japanese portion of the phase I trial
Phase I unit will manage the corresponding non-Japanese arm of trial
CMC Drug to be labeled in US & shipped to Japan

**Program Status**

Program was delayed initially due to unfavorable Kiko meeting and infeasibility of their request.

**LRP**

| 2001 | 2002 | 2003 | 2004 | 2005 | Future Yrs | Total |
|---|---|---|---|---|---|---|
| $ - | $ 0.1 | $ 11.9 | $ 2.4 | $ 3.6 | $ 4.0 | $ 12.0 |

CONFIDENTIAL
JH 001077

**ABT - 627 Japan Registration**

| External: | Total Patients | Enrolled | Start | End | 2003 Plan ($000s) |
|---|---|---|---|---|---|
| **Ongoing Clinical Activities:** | | | | | |
| Japan Phase I Pharmacokinetic Study - Prostate Cancer | 46 | 0 | 3/1/03 | 1/1/03 | $1,514 |
| Subtotal Ongoing Clinical Activities: | | | | | $1,514 |
| | | | | Total External | $1,514 |

| Internal: | | | | FTE | ($000s) |
|---|---|---|---|---|---|
| **Clinical Program** | | | | | |
| Global Project Mgmt | | | | 0.3 | |
| Phase I Center Support | | | | 0.4 | $85 |
| Data Management/Statistics | | | | 0.5 | $90 |
| **Chemistry, Manufacturing and Controls (CMC)** | | | | | |
| Clinical Packaging(PARD) | | | | 0.2 | $60 |
| **Drug Safety Support** | | | | | |
| Metabolism | | | | 0.6 | $163 |
| **Other Support Cost** | | | | | |
| Research Quality Assurance | | | | 0.1 | $30 |
| Other | | | | 0.0 | $1 |
| | | | Total Internal | 2.1 | $429 |
| | | | Total Program: | | $1,943 |

CONFIDENTIAL
JH 001078

## ABT-627 Non-Prostate Cancers
### 2003 Plan Executive Program Summary

**Program Timeline**

|  | 2000 | | | | 2001 | | | | 2002 | | | | 2003 | | | | 2004 | | | | 2005 | | | | 2006 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| Phase I | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase II | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase III | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phase IV | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

4 more non-PCA Investigator IND studies are in final review/negotiations
3 non-PCA Investigator IND studies will start in 4Q02/1Q03

Initiate Investigator IND Studies

Initiate 2 Phase II OCP Studies

Initiate 2 Phase II OCP Studies

Initiate 2 Phase III studies

### 2003 Clinical Program Objectives:

Initiate 7 Investigator IND studies in Lung, Ovarian, Colorectal, Pancreas, Breast and Renal cancers
Assume two cancer types will yield a signal of activity from Investigator INDs and Initiate phase II/III studies (with interim analysis)

### Description of Internal Activities:

**Data Management/Statistics:**
Review Investigator IND study protocols and provide comments
Prepare/review protocols and case report forms for four Phase II studies

**CMC: Formulation and Analytical Package**
Package and ship clinical supplies as required for up to 20 ongoing Investigator IND studies.
Produce clinical supplies for 4 Phase II studies

### Program Status

Original objective of the Investigator IND studies was to allow testing of ABT-627 in cancers not being currently investigated by Abbott
Original number of planned Investigator IND studies completed was 12-15.
Number of Investigator IND studies now increased to 20 in cancers other than prostate
Plan expanded for 2003 to include formal development of ABT-627 in the two most promising non-prostate cancers

### LRP

| | 2001 | 2002 | 2003 | 2004 | 2005 | Future Yrs | Total |
|---|---|---|---|---|---|---|---|
| $ | - | $ - | $ 8.7 | $ 2.8 | $ 9.6 | $ 147.0 | $ 168.1 |

**2003 PROGRAM COST**

(000's)
**Plan**
8,670.0

CONFIDENTIAL
JH 001079

## ABT - 627 Non - PCA Cancers

| | Total Patients | Enrolled | Start | End | 2003 Plan ($000s) |
|---|---|---|---|---|---|
| **External:** | | | | | |
| New Clinical Activities: | | | | | |
| Phase II trial #1 | 50 | | 9/1/03 | 10/1/04 | $2,105 |
| Phase II trial #2 | 50 | 0 | 9/1/03 | 10/1/04 | $2,105 |
| Investigator IND Studies 2003 | | | 1/1/03 | 12/31/03 | $2,933 |
| Subtotal New Clinical Activities: | | | | | $7,143 |
| Ongoing Clinical Activities: | | | | | |
| Investigator IND Studies 2002 | | | 12/1/01 | 6/30/03 | $177 |
| Subtotal Ongoing Clinical Activities: | | | | | $177 |
| | | | | Total External | $7,320 |

| | | | FTE | ($000s) |
|---|---|---|---|---|
| **Internal:** | | | | |
| Clinical Program | | | | |
| Phase I Center Support | | | 0.5 | $105 |
| Data Management/Statistics | | | 3.2 | $538 |
| Chemistry, Manufacturing and Controls (CMC) | | | | |
| Clinical Packaging(PARD) | | | 0.9 | $231 |
| Drug Safety Support | | | | |
| Metabolism | | | 1.6 | $432 |
| Other Support Cost | | | | |
| Research Quality Assurance | | | 0.2 | $44 |
| Other | | | -0.1 | - |
| Total Internal | | | 6.3 | $1,350 |
| | | | Total Program: | $8,670 |

CONFIDENTIAL
JH 001080

TSP #1 (ABT-510)
2003 Update Executive Program Summary - Funded Program



Program timeline chart (2002–2004 by quarter): Phase I, Phase II, Phase IIb, Phase III. Markers: Initiate Ph II, Initiate Ph IIb, On/No-go, Initiate Phase IIb, Initiate Phase III.

| 1003 PROGRAM COST | ($000's) Plan |
|---|---|
| | 18,159.0 |

## Program Timeline

- NDA submission now 2Q07 due to deferred CMC activities.
- No Phase III CMC activities until 2004
- Planned Phase IIb study delayed to 2004.
- Additional Phase II trials in melanoma, colorectal, and NSCL, #2, Phase III have been deferred to 2004.
- The Phase I study in Japan has been deferred to 2004.

## 2003 Clinical Program Objectives

Complete enrollment of extension phases of ongoing Phase I trials M00-153 (4/03) and M01-301 (2/03)

Complete enrollment of five Phase II trials: NSCL and renal 10/03; lymphoma, sarcoma and breast 12/03

Go/No Go decision on Phase IIb 9/03. Select tumor type and begin protocol preparation for primary indication.

## Description of Internal Activities

Discovery
  Combination studies (chemotherapy and angiogenesis inhibitors) in animal models to support clinical trials.
  Development of biomarker predictive of therapeutic response.

SPD
  Deliver (4/03) final 6 kg of drug substance from 2002 campaign. Drug to support Phase II.

PARD
  Deliver approved clinical supplies necessary to complete Phase II program.

Drug Safety
  ADMET studies (chemotherapy and angiogenesis inhibitors) in 3 species, CYP inhibition) in non-rodent species to assist in interpretation of 6-month tox findings and support clinical program.
  Initiate 6-month rat tox (1/03) and 9-month monkey tox (3/03).
  Complete drug analysis and PK summary for two Phase I studies by 12/03.

Regulatory Affairs
  End of Phase II meeting with FDA. 12/03.

## Program Status

Phase II cancer targets modified as result of 2003 Plan cost reductions.
Revised plan includes 3 Phase IIa trials (Lung, Lymphoma, Renal, Breast, and sarcoma) to identify signal of activity.
  Trial designs include dose finding, single agent, and chemotherapy combination studies with both response and time to progression analysis (total patients reduced from 410 to 340).

Drug substance deliveries 4Q02/1Q03 will support all of Phase II program.
  No additional CMC activities will occur in 2003.
  NDA filing moved from 2Q06 to 2Q07 to accommodate deferred CMC activities.

| 2001 | 2002 | 2003 | 2004 | 2005 | Future Yrs | Total |
|---|---|---|---|---|---|---|
| $ 8.8 | $ 12.3 | $ 18.2 | $ 29.0 | $ 40.6 | $ 147.4 | $ 256.3 |

CONFIDENTIAL
JH 001081

## ADT-510 (TSP Peptide) Base Program

| | Total Patients | Enrolled | Start | End | 2003 Plan (000s) |
|---|---|---|---|---|---|
| **External:** | | | | | |
| **New Clinical Activities:** | | | | | |
| M02-534 Phase II Sarcoma | 60 | | 1/2/02 | 12/1/03 | $1,212 |
| Cancer Models | | | 5/1/03 | 1/31/04 | $297 |
| **Subtotal New Clinical Activities:** | | | | | $1,509 |
| **Ongoing Clinical Activities:** | | | | | |
| M02-429 Phase II Lung Cancer | 40 | | 11/4/02 | 11/3/03 | $769 |
| M02-457 Phase II Lymphoma | 100 | | 12/2/02 | 12/1/03 | $1,451 |
| M02-426 Phase II Renal Cancer | 100 | | 12/10/02 | 12/1/03 | $1,349 |
| M01-302 Multiple Low Dose | 49 | 37 | 12/4/01 | 7/30/03 | $595 |
| Phase II Breast Cancer Combination | 40 | | 1/6/03 | 1/6/04 | $532 |
| Phase II/III Trial in NSCLC | 400 | | 1/1/04 | 10/30/05 | $444 |
| Cancer Models 2002 | | | 7/1/02 | 1/31/03 | $116 |
| **Subtotal Ongoing Clinical Activities:** | | | | | $5,256 |
| **CMC** | | | | | |
| PARD | | | | | $388 |
| Process R&D | | | | | $35 |
| **Pre-Clinical Safety Support** | | | | | |
| Pre-Clinical Safety Support | | | | | $1,134 |
| | | | | **Total External** | $8,324 |

| | | | | | EFTE | ($000s) |
|---|---|---|---|---|---|---|
| **Internal** | | | | | | |
| **Clinical Program** | | | | | | |
| Global Project Mgmt | | | | | 6.9 | $2,632 |
| Phase I Center Support | | | | | 1.7 | $361 |
| European Clinical Organization | | | | | 0.9 | $127 |
| Data Management/Statistics | | | | | 6.4 | $1,150 |
| **Chemistry, Manufacturing and Controls (CMC)** | | | | | | |
| Formulation (PARD) | | | | | 1.0 | $239 |
| Analytics for Formulation (PARD) | | | | | 1.8 | $476 |
| Analytics for Process Chemistry (PARD) | | | | | 0.9 | $239 |
| Clinical Packaging (PARD) | | | | | 3.9 | $1,030 |
| Process R&D | | | | | 1.8 | $979 |
| **Drug Safety Support** | | | | | | |
| Toxicology/Pathology | | | | | 1.4 | $380 |
| Metabolism | | | | | 4.2 | $1,146 |
| Other | | | | | 0.5 | $135 |
| **Other Support Cost** | | | | | | |
| Discovery (Therapeutic Discovery) | | | | | 1.4 | $372 |
| Medical Services | | | | | | $76 |
| Research Quality Assurance | | | | | 1.7 | $440 |
| Regulatory Affairs | | | | | | $125 |
| Other | | | | | -0.1 | |
| | | | | **Total Internal** | 34.4 | $9,915 |
| | | | | **Total Program:** | | $18,239 |

CONFIDENTIAL
JH 001082



CONFIDENTIAL
JH 001083

## ABT-751 Base Program

| _External:_ | Total Patients | Enrolled | Start | End | 2003 Plan ($000s) |
|---|---|---|---|---|---|
| **Ongoing Clinical Activities:** | | | | | |
| M02-447 Phase II (Breast) | 40 | 10/1/02 | 10/1/03 | | $785 |
| M02-448 Phase II (Lung Cancer) | 30 | 11/1/02 | 11/1/03 | | $324 |
| M02-449 Phase II (Colorectal Cancer) | 30 | 12/1/02 | 12/1/03 | | $492 |
| M02-416 Phase II (Renal Cancer) | 60 | 11/1/02 | 11/1/03 | | $336 |
| Subtotal Ongoing Clinical Activities: | | | | | $1,937 |
| CMC | | | | | |
| PARD | | | | | $15 |
| Process R&D | | | | | $130 |
| | | | | Total External | $2,082 |

| _Internal:_ | FTE | ($000s) |
|---|---|---|
| **Clinical Program** | | |
| Global Project Mgmt | 6.4 | $2,121 |
| Phase I Center Support | 1.1 | $228 |
| European Clinical Organization | 0.4 | $54 |
| Data Management/Statistics | 4.5 | $838 |
| **Chemistry, Manufacturing and Controls (CMC)** | | |
| Formulation (PARD) | 3.1 | $841 |
| Analytics for Formulation(PARD) | 3.5 | $848 |
| Analytics for Process Chemistry (PARD) | 1.8 | $478 |
| Clinical Packaging(PARD) | 0.8 | $217 |
| Process R&D | 2.2 | $1,183 |
| **Drug Safety Support** | | |
| Toxicology/Pathology | 0.2 | $49 |
| Metabolism | 2.1 | $575 |
| Other | 0.2 | $84 |
| **Other Support Cost** | | |
| Discovery (Therapeutic Discovery) | 0.5 | $149 |
| Medical Services | | $29 |
| Research Quality Assurance | 1.0 | $274 |
| Medical Affairs | 0.1 | $17 |
| Regulatory Affairs | | $94 |
| Other | | $(1) |
| **Total Internal** | 27.9 | $8,144 |

| | | |
|---|---|---|
| **Total Program:** | | **$10,226** |

CONFIDENTIAL
JH 001084

ABT-773 Base
2003 Plan Executive Program Summary

**Program Timeline:**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |
| Phase I | | | | | | | |
| Phase II | | | | | | | |
| Phase III | | | | | | | |
| Phase IV | | | | | | | |

Compilation of all report filing in RIC

QT Phase I Results
All Phase I reports complete
M00-217 ABECB EU results
M00-219 CAP
M00-216 ABECB Results   M00-222 ASF EU results
Prepare all reports to support oarlicesing

**2003 Clinical Program Objectives:**

Complete clinical study report for M00-217 ABECB in Europe
Complete data classification, stats analysis and clinical study report for M00-222 Pharyngitis in Europe.
Complete final reconciliation of all clinical study external expenses.
Provide support for annual IND update
Provide support for due diligence activities for the Licensing group.

**Description of Internal Activities:**

Support bulk drug and final product stability program (24 mo timepoint) as per FDA end-of-Phase II agreement

**Program Status:**

US and European development will not continue while out licensing partner being sought.

| 2001 | 2002 | 2003 | 2004 | 2005 | Future Yrs | Total |
|---|---|---|---|---|---|---|
| $ 80.3 | $ 13.8 | $ 1.4 | $ - | $ - | $ - | $ 95.5 |

| | 2003 PROGRAM COST | (1000's) Plan 1,567.0 |
|---|---|---|

CONFIDENTIAL
JH 001085

## ABT-773 Base Program

| | Total Patients | Enrolled | Start | End | 2001 Plan ($000s) |
|---|---|---|---|---|---|
| **External:** | | | | | |
| CMC | | | | | |
| PARD | | | | | $10 |
| | | | | Total External | $10 |

| | FTE | ($000s) |
|---|---|---|
| **Internal:** | | |
| **Clinical Program** | | |
| Global Project Mgmt | 1.4 | $204 |
| Phase I Center Support | 0.1 | $11 |
| Data Management/Statistics | 0.4 | $52 |
| **Chemistry, Manufacturing and Controls (CMC)** | | |
| Formulation (PARD) | 0.8 | $215 |
| Analytics for Formulation(PARD) | 1.2 | $330 |
| Analytics for Process Chemistry (PARD) | 0.8 | $166 |
| Clinical Packaging(PARD) | 0.4 | $89 |
| **Drug Safety Support** | | |
| Other | 0.2 | $54 |
| **Other Support Cost** | | |
| Research Quality Assurance | 0.2 | $50 |
| Regulatory Affairs | | $60 |
| Other | -0.1 | $(1) |
| **Total Internal** | 5.2 | $1,367 |
| | | |
| **Total Program:** | | $1,397 |

CONFIDENTIAL
JH 001086



ABT-773 Japan
2003 Plan Executive Program Summary

**Program Timeline:**

Phase I
Phase II
Phase III
Phase IV

2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006

M00-219 CAP
M00-216 ABECB Results
Key Meeting in Japan
QT Phase I Results
Ketek price in Japan
Japan CAP Open Label Results
Launch 1Q 2008
NDA

2003 PROGRAM COST

(\$000's)
**Plan**
336.0

**2003 Clinical Program Objectives:**

Obtain agreement with KIKO regarding dose decision and clinical program strategy.
Phase IIb CAP Dose Ranging study postponed until KIKO feedback obtained and Ketek pricing is available.
Phase I PK evaluation of clinical dose postponed until KIKO feedback obtained and Ketek pricing is available.
Phase I evaluation of fatty liver vs normals to satisfy Japan opinion leader, as requested by Taisho and Diabohol. Postponed until KIKO feedback obtained and Ketek pricing is available.

**Description of Internal Activities:**

Initiate minimal process transfer support with Taisho for final product manufacture.
Provide bulk drug inventory support for final product transfer activities with Taisho and meet Japanese requirements.
Initiate methods development to support Japan final dose.
Manufacture clinical supplies for Phase IIb.

**Program Status:**

Continue dialogue with partner company Taisho on ABT 773 program viability and strategies.
ABT-773 development in Japan is a non-bridging strategy following the decision on US/EU development and subsequent outlicensing plan.
A meeting with KIKO is urgent to obtain feedback on dose decision, acceptability of western safety data and clinical program strategy.
Initiation of Phase IIb study in 2003 is important to provide continuing development activities with key investigators in Japan, particularly given Aventis activity.
Japanese development will continue at a minimal level while an outlicensing partner is being negotiated.

| | **2001** | **2002** | **2003** | **2004** | **2005** | **Future Yrs** | **Total** |
|---|---|---|---|---|---|---|---|
| | \$ 1.4 | \$ 1.9 | \$ 0.3 | \$ - | \$ - | \$ - | \$ 3.6 |

**CONFIDENTIAL**
**JH 001087**

ABT 773 JAPAN
2003 Plan Development Cost Summary

| | Plan FTE's | 2003 Plan |
|---|---|---|
| **External:** | | |
| Total External | ---- | ---- |
| | | |
| **Internal:** | | |
| Clinical Program | | |
| Global Project Management | 0.35 | $76 |
| | | |
| Chemistry, Manufacturing, and Controls (CMC) | | |
| Formulation and Analytical (PARD) | 0.40 | $109 |
| Process Chemistry | 0.50 | $151 |
| | | |
| Total Internal | 1.25 | $336 |
| | | |
| Total Program | | $336 |

NOTE: Takeda will share 50% of these costs.

J:\2003 Plan\ABT 773\JAPAN\773 Japan DCS v2.xls\Dev Cost Sum

CONFIDENTIAL
JH 001088

57



ABT-492
2003 Plan Executive Program Summary

## Program Timeline

|  | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
|  | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 | Q1 Q2 Q3 Q4 |

Phase I
Phase II
Phase III

LFT on Unblinded Patients

Formulation development

Result of QT    Result of M01-344
Result of Oral QT

Result of M01-298
← Completion of all report filing in RIC
All Phase II reports complete

Planned Start of IV Phase I only

## 2003 Clinical Program Objectives:

**492 Base**
Complete enrollment on clinical studies M01-298 & M01-344
Complete data classification, stats analysis and clinical study reports for M01-298 AECB, M01-344 CAP & M01-365 QTc assessment studies.
Complete final reconciliate of all clinical study external expenses.
Provide support to annual IND update.

**492 IV**
There are no clinical activities planned for 2003

## Description of Internal Activities:

Complete all ongoing toxicology studies.
Close out all existing CMC work with full documentation completed.

## Program Status:

Owing to the rationalization of development funding, the ABT-492 project will not be continued beyond Phase II at this point in time.
Funding for 2003 will be reduced to a level adequate to finish existing work (to maintain project value) and comply with FDA requirements.
No new clinical or toxicological studies will be initiated.
There will be no new CMC activities

|  | | | LRP | | | |
|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | Future Yrs | Total |
| | $ 20.1 | $ 28.2 | $ 4.9 | $ 0.9 | $   - | $   - | $ 54.1 |

### 2003 PROGRAM COST

| | ($000's)<br>Plan |
|---|---|
| | 4,853.0 |

CONFIDENTIAL
JH 001089

## ABT-492 Quinolone

| | Total Patients | Enrolled | Start | End | 2003 Plan ($000s) |
|---|---|---|---|---|---|
| **Externals:** | | | | | |
| Ongoing Clinical Activities: | | | | | |
| WBC Study | | | | | $280 |
| Subtotal Ongoing Clinical Activities: | | | | | $280 |
| | | | | Total External | $280 |

| | FTE | ($000s) |
|---|---|---|
| **Internal** | | |
| **Clinical Program** | | |
| Global Project Mgmt | 9.3 | $2,029 |
| Phase I Center Support | 0.5 | $101 |
| Data Management/Statistics | 2.7 | $498 |
| **Chemistry, Manufacturing and Controls (CMC)** | | |
| Formulation (PARD) | 0.6 | $174 |
| Analytics for Formulation(PARD) | 0.3 | $74 |
| Analytics for Process Chemistry (PARD) | 0.1 | $37 |
| Clinical Packaging(PARD) | 0.3 | $73 |
| Process R&D | 0.7 | $189 |
| **Drug Safety Support** | | |
| Toxicology/Pathology | 0.1 | $27 |
| Metabolism | 1.9 | $513 |
| **Other Support Cost** | | |
| Discovery (Therapeutic Discovery) | 2.0 | $651 |
| Medical Services | | $10 |
| Research Quality Assurance | 0.0 | $228 |
| Medical Affairs | 0.2 | $25 |
| Regulatory Affairs | | $77 |
| Other | -0.3 | $1 |
| **Total Internal** | 18.5 | $4,693 |
| **Total Program:** | | $4,953 |

53

CONFIDENTIAL
JH 001090

## AHT-724 (Dopamine A Agonist) Base Program

| | FTE | ($000s) |
|---|---|---|
| **Internal** | | |
| Clinical Program | | |
| Global Project Mgmt | | |
| **Total Internal** | | $75 |
| **Total Program:** | | $75 |

| | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| | 0.6 | 5.5 | 0.1 | — | — |

CONFIDENTIAL
JH 001091

Hendricks Deposition Exhibit 11


P's Exhibit NN

**ABBOTT**

---

**Global Pharmaceutical Products Division**

James L. Tyree
Vice President
Global Licensing and New Business Development

200 Abbott Park Road
Abbott Park, Illinois 60064-6189

November 12, 2003

**VIA FAX (612-572-1628) and U.S. MAIL**
John Hancock Financial Services, Inc.
John Hancock Place
Post Office Box 111
Boston, Massachusetts 02117
Attn: Stephen J. Blewitt,
Senior Managing Director

Re:     Research Funding Agreement Between Abbott Laboratories ("Abbott") and John Hancock
Life Insurance Company, John Hancock Variable Life Insurance Company and Investors
Partner Life Insurance Company (collectively, "John Hancock") Dated March 13, 2001 (the
"Agreement")

Dear Mr. Blewitt:

In accordance with Sections 1.6 and 2.2 of the Agreement, enclosed please find the preliminary
Annual Research Plan for 2004 and 2005.

In addition, in accordance with Section 2.5 of the Agreement, enclosed please also find the research
report concerning the status of the Research Program and all Program Related Costs expended by
Abbott for the first nine (9) months of 2003, together with good faith estimates for the last three (3)
months of 2003. In addition, this report also contains the actual Program Related Costs for the
period October 1-December 31, 2002.

Very truly yours,

James L. Tyree, Vice President
Global Licensing/New Business Development

**CONFIDENTIAL**
**JH 001283**

cc:     **VIA FAX (617-572-1628) & U.S. MAIL**
John Hancock Life Insurance Company
200 Clarendon Street, T-57
Boston, MA 02117
Attn: Bond & Corporate Finance Group

**VIA FAX (617-572-9268) & U.S. MAIL**
John Hancock Life Insurance Company
200 Clarendon Street, T-50
Boston, MA 02117
Attn: Investment Law Division

Hendricks DEP. EX. NO. 11
FOR ID., AS OF 4/27/07 QS

## Global Pharmaceutical Research & Development
### Hancock Collaboration
### Spending by Program

In thousands of dollars

| | 2001 | 2002 | LBB 2003 | Plan 2004 | Projection 2003 | Total |
|---|---|---|---|---|---|---|
| ABT-100 FIT | 3.6 | 2.4 | 4.6 | 0.0 | 0.0 | 6.0 |
| ABT-492 Qabeloase | 20.1 | 28.2 | 4.6 | 0.8 | 0.0 | 53.7 |
| ABT-510 TSP #1 | 8.8 | 12.3 | 17.4 | 30.4 | 41.6 | 110.5 |
| ABT-518 MMPI | 3.7 | 0.0 | 0.0 | 0.0 | 0.0 | 3.7 |
| ABT-594 Neuro Pain | 7.8 | 1.4 | 0.0 | 0.0 | 0.0 | 9.2 |
| ABT-527 Abraxane Base | 34.1 | 48.1 | 50.4 | 31.1 | 36.1 | 199.8 |
| ABT-627 Abraxane Hormone Naïve Prostate Cancer | 0.0 | 1.3 | 2.6 | 2.5 | 2.2 | 8.9 |
| ABT-627 Japan | 0.0 | 0.1 | 0.5 | 2.4 | 0.6 | 3.6 |
| ABT-627 Non-Prostate Cancers | 0.0 | 0.0 | 3.0 | 3.9 | 10.5 | 17.4 |
| ABT-724 Dopamine 4 Agonist | 3.2 | 5.5 | 0.0 | 0.0 | 0.0 | 8.7 |
| ABT-751 Anti-Mitotis | 6.5 | 9.6 | 11.1 | 23.3 | 50.2 | 102.6 |
| ABT-773 Base | 80.3 | 13.8 | 0.0 | 0.4 | 0.0 | 94.5 |
| ABT-773 Japan | 1.4 | 1.9 | 0.0 | 0.0 | 0.0 | 3.3 |
| Management Fee / Milestones | 0.0 | 10.0 | 2.0 | 2.0 | 0.0 | 14.0 |
| Other | 2.2 | 6.8 | 0.0 | 0.0 | 0.0 | 9.0 |
| Total | 171.7 | 141.3 | 91.6 | 99.1 | 141.2 | 644.9 |

### Cumulative

| | 2001 | 2002 | 2003 | 2004 | 2003 |
|---|---|---|---|---|---|
| ABT-100 FIT | 3.6 | 6.0 | 6.0 | 6.0 | 6.0 |
| ABT-492 Qabeloase | 20.1 | 48.3 | 52.9 | 53.7 | 53.7 |
| ABT-510 TSP #1 | 8.8 | 21.1 | 38.5 | 68.9 | 110.5 |
| ABT-518 MMPI | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 |
| ABT-594 Neuro Pain | 7.8 | 9.2 | 9.3 | 9.2 | 9.2 |
| ABT-527 Abraxane Base | 34.1 | 82.2 | 132.6 | 163.7 | 199.8 |
| ABT-627 Abraxane Hormone Naïve Prostate Cancer | 0.0 | 1.3 | 3.8 | 6.7 | 8.9 |
| ABT-627 Japan | 0.0 | 0.1 | 0.6 | 3.0 | 3.6 |
| ABT-627 Non-Prostate Cancers | 0.0 | 0.0 | 3.0 | 6.9 | 17.4 |
| ABT-724 Dopamine 4 Agonist | 3.2 | 8.7 | 8.7 | 8.7 | 8.7 |
| ABT-751 Anti-Mitotis | 6.5 | 16.1 | 27.2 | 52.4 | 102.6 |
| ABT-773 Base | 80.3 | 94.1 | 94.1 | 94.3 | 94.5 |
| ABT-773 Japan | 1.4 | 3.3 | 3.3 | 3.3 | 3.3 |
| Management Fee / Milestones | 0.0 | 10.0 | 12.0 | 14.0 | 14.0 |
| Other | 2.2 | 9.0 | 9.0 | 9.0 | 9.0 |
| Total | 171.7 | 313.0 | 404.6 | 503.7 | 644.9 |

CONFIDENTIAL
JH 001284

Global Pharmaceutical Research & Development
Hancock Collaboration
Spending by Program
in millions of dollars

| | Q4 2002 | Q3 YTD 2003 | Q4 LBE 2003 | Total Yr. 2003 |
|---|---|---|---|---|
| ABT-100 | 0.1 | 0.0 | 0.0 | **0.0** |
| ABT-492 | 7.2 | 4.6 | 0.0 | **4.6** |
| ABT-510 | 3.0 | 12.0 | 5.4 | **17.4** |
| ABT-627 | 14.9 | 45.9 | 10.6 | **56.5** |
| ABT-751 | 2.5 | 8.2 | 2.9 | **11.1** |
| ABT-773 | 0.0 | 0.0 | 0.0 | **0.0** |
| Management Fee | 2.0 | | 2.0 | **2.0** |
| **Total** | **29.7** | **70.7** | **20.9** | **91.6** |

L:\GROUP\PLANNING\Hancock\[Hancock Collaboration 2002 & 2003.xls]Sheet1

11/13/03

CONFIDENTIAL
JH 001285



CONFIDENTIAL
JH 001286

ABT-510
2004 Plan Executive Program Summary



**Program Timeline**

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| Phase 1 | | | | | | |
| Phase 2a | Initiate Ph.2 | | | | | |
| Phase 2b | | | | | | |
| Phase 3 | | | | | | |

Go/No-go FDA Mtg. Initiate Phase 2b/3
Initiate Phase 3
Interim analysis
FDA Submit
Launch

**2004 PROGRAM COST     $ 36.6/32**     ($000's) Final

**2004 Clinical Program Objectives:**

Complete enrollment of four Phase 2a studies: NSCL and sarcoma 2/04; lymphoma and renal 5/04.

Go/No Go decision on Phase 2b 6/04.

Select tumor type(s) and begin protocol preparation for primary indication 7/04.

Initiate Phase 2b clinical program 12/04.

**Description of Internal Activities**

Clinical: Complete Phase 2a program and initiate Phase 2b program.

Discovery: Conduct additional in vivo tumor model experiments including combination studies with cytotoxics and angiogenesis inhibitors. Continue biomarker development and analysis of clinical samples from Phase 2 studies.

Process R&D: Deliver 30 kg API in 2Q/04. Drug may be considered registration material and will support Phase 2b development.

PARD: Deliver and support clinical supply requirements for the completion of Phase 2. Identify commercial manufacturing site and commercial commodities to enable timely manufacture of Phase 2b/3 clinical and commercial supplies if accelerated approval is anticipated.

Drug Safety / Metabolism / PKs: Complete 6M rat and 9M monkey studies. Initiate/complete ADME studies including CYP inhibition, protein binding and mouse ADME. Complete drug analysis for preclinical / clinical studies and PK summaries for Phase 2b clinical studies.

Regulatory Affairs: Conduct FDA meeting to discuss clinical program 3Q/04. Continue development of a global regulatory strategy with focus on accelerated approval opportunities.

**Program Status**

Clinical: Additional sites are being added to further enhance enrollment in the Phase 2a studies. Key to achieving program timelines is the enrollment of patients for the Go / No-Go decision.

Process R&D: Starting materials for 30 kg API will be acquired in early 2004 in anticipation of initiation of the Phase 2b program in 4Q/04. In anticipation of a possible accelerated development timeline, the API will be manufactured as registration material.

November 13, 2003

CONFIDENTIAL
JH 001287



Atuvastatin (ABT-627)
2004 Plan Executive Program Summary

CONFIDENTIAL
JH 001288



ABX 751
2004 Plan Executive Program Summary

**Program Timeline**

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| Phase I | | | | | | |
| Phase II | | | | | | |
| Phase III | | | | | | |

PhI Pediatric study-NCI
Ph II Leukemia and Breast
Ph II Head and NSCLC
Ph III Colorectal Cancer
Go/No Go Phase III
Initiate 1st Ph III
Initiate 2nd Ph III
End of Ph II Mtg.
FDA (1st Indication)
Launch

**2004 Clinical Program Objectives:**

Complete bridging Moncoly of Phase II 3/04

Complete Phase III, Go/NoGo decision for Phase III 2/Q04. Select tumor type(s) and begin protocol preparations for Phase III

End of Phase II meeting with FDA to discuss Phase III registration strategy 3/Q04

**Description of Internal Activities**

| DMC/Statistics | Support completion of Phase II clinical studies and prepare for Phase III |
|---|---|
| CMC | Process Chemo Manufactured 2x, 33 Kg (Phase II) additional drug substance (for process development, blending), and clinical supplies and formulation activities. |
| | Formulation/Analytical: additional formulation development of Phase II formulation and re-supply of ongoing Phase II programs. |
| Drug Safety | Develop protocol for a six-cycle (six month) studies, 1/04 start daug oral toxicology studies in rats and dogs delayed until Go/NoGo. |
| Discovery | Initiate animal model studies to explore combination therapy regimens in support of clinical development plan. |

**Program Risks**

Enrollment in two Phase I studies continuing thru 1/Q04. Pediatric trial continues thru 1/03.

Phase II studies ongoing (Renal, CMC, Breast and NSCLC); all studies at 200 mg QD x 21 days, expected completion 3/04. Enrollment will be critical to achieve the Go/NoGo decision.

Eight collaborative/investigator studies to be launched. (Need to complete additional drug product manufacturing to supply sites with existing API inventory.

Complete manufacture and milling studies of Form II drug substance in 4/Q03 and to select physical properties for the bioanalyt and integration into clinical program

| 2004 PROGRAM COST | (000's) Plan |
|---|---|
| | $ 25,170 |

CONFIDENTIAL
JH 001289

November 13, 2003



ABT-773
2004 Plan Executive Program Summary

**Program Timeline**

| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|------|------|------|------|------|------|

**2004 Clinical Program Objectives**

Complete final reconciliation of all clinical study external expenses.
Provide support for due diligence activities for the Licensing group.

**Description of Defined Activities**

Support from Global Project Team to complete separate reconciliation.
Provision of data by DM, PK, PAES, Regulatory, ADMs and Confirmatory to a third party in support of potential collicensing agreement.

**Program Status**

No new clinical or development activities.
Clinical and development activities will not continue while confirming product is being resupla.

2004 PROGRAM COST

(KMV $)
Plan
$    415

November 13, 2003

CONFIDENTIAL
JH 001290

Hendricks Deposition Exhibit 12


P's Exhibit 43

JUN.17.2005   2:20PM    JAMES L TYREE                          NO.257    P.2

**ABBOTT**

Abbott Laboratories
200 Abbott Park Road
Abbott Park, Illinois 60064-3537

November 16, 2004

**VIA FAX and U.S. MAIL**

John Hancock Financial Services, Inc.
John Hancock Place
Post Office Box 111
Boston, Massachusetts 02117
Attn: Stephen J. Blewitt,
Senior Managing Director

Re:  Research Funding Agreement Between Abbott Laboratories ("Abbott") and John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company and Investors Partner Life Insurance Company (collectively, "John Hancock") Dated March 13, 2001 (the "Agreement")

Dear Mr. Blewitt:

In accordance with Sections 1.6 and 2.2 of the Agreement, enclosed please find Abbott's preliminary Annual Research Plan for 2005. Please note that the Plan sets forth Abbott's estimated spending of $149.8 million provided Abbott receives Hancock's payments due under the Agreement in December 2004. If Hancock refuses to fund its portion of Program Costs under the Agreement, Abbott estimates spending during 2005 to be approximately $87 million less than shown. In either event, Abbott's spending will exceed its $400 million portion of the Aggregate Spending Target independent of Hancock's payments to date.

In addition, in accordance with Section 2.5 of the Agreement, please also find the research report concerning the status of the Research Program and all Program Related Costs expended by Abbott for the first ten (10) months of 2004, together with good faith estimates for the last two (2) months of 2004.

ABBT 0027246

**CONFIDENTIAL**

Hendricks DEP. EX. NO. 12

FOR ID., AS OF _____ 4/27/07

John Hancock Financial Services, Inc.
November 16, 2004
Page 2

Very truly yours,

James L. Tyree

cc:     VIA FAX and U.S. MAIL
        John Hancock Life Insurance Company
        200 Clarendon Street, T-57
        Boston, MA  02117
        Attn:   Bond & Corporate Finance Group

        VIA FAX and U.S. MAIL
        John Hancock Life Insurance Company
        200 Clarendon Street, T-50
        Boston, MA  02117
        Attn:   Investment Law Division

ABBT 0027247

CONFIDENTIAL

COA   NTIAL

Global Pharmaceutical Research & Development
Humana Development Collaboration Portfolio
Spending by Program

In millions of dollars

| | 2001 | 2002 | 2003 | 2004 | Plan 2005 * | Total |
|---|---|---|---|---|---|---|
| ABT-100  FTI | 3.6 | 2.4 | 0.0 | 0.0 | 0.0 | 6.0 |
| ABT-492  Quinolone | 20.1 | 24.2 | 4.1 | 6.0 | 0.0 | 53.8 |
| ABT-510  TBP #1 | 8.6 | 12.5 | 18.5 | 21.0 | 44.7 | 107.3 |
| ABT-518  MMPI | 3.7 | 0.0 | 0.0 | 0.0 | 0.0 | 3.7 |
| ABT-594  Neuro Path | 7.8 | 1.4 | 0.0 | 0.0 | 0.0 | 9.2 |
| ABT-633  Atrasentan Bone | 34.1 | 48.1 | 50.7 | 36.2 | 58.2 | 237.3 |
| ABT-627  Atrasentan Hormone Naive Prostate Cancer | 0.0 | 1.2 | 2.3 | 2.3 | 7.1 | 13.1 |
| ABT-627  Japan | 0.0 | 0.1 | 0.2 | 2.0 | 3.9 | 6.3 |
| ABT-627  Non-Prostate Cancers | 0.0 | 0.0 | 0.2 | 1.4 | 6.0 | 7.6 |
| ABT-724  Dopamine 4 Agonist | 3.3 | 5.5 | 0.8 | 0.0 | 0.0 | 9.5 |
| ABT-751  Anti-bibliotic | 6.5 | 9.6 | 11.0 | 16.3 | 29.9 | 73.3 |
| ABT-773  Ketolide Base | 80.3 | 13.8 | (0.9) | 0.4 | 0.0 | 93.6 |
| ABT-773  Ketolide Japan | 1.4 | 1.9 | 0.0 | 0.0 | 0.0 | 3.3 |
| Other | 2.2 | 6.9 | 0.0 | 0.0 | 0.0 | |
| **Total Program Spend** | 171.7 | 131.5 | 87.4 | 83.2 | 149.6 | 623.4 |
| Management Fee / Milestones | 0.9 | 10.0 | 2.0 | 2.0 | 0.0 | 14.0 |
| **Grand Total Cash Flow** | 171.7 | 141.5 | 89.1 | 85.2 | 149.6 | 636.1 |

Cumulative

| | 2001 | 2002 | 2003 | 2004 | 2005 | |
|---|---|---|---|---|---|---|
| ABT-100  FTI | 3.6 | 6.0 | 6.0 | 6.0 | 6.0 | |
| ABT-492  Quinolone | 20.1 | 48.3 | 53.4 | 53.8 | 53.8 | |
| ABT-510  TBP #1 | 8.6 | 21.1 | 39.6 | 62.6 | 107.3 | |
| ABT-518  MMPI | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | |
| ABT-594  Neuro Path | 7.8 | 9.2 | 9.2 | 9.2 | 9.2 | |
| ABT-633  Atrasentan Bone | 34.1 | 82.3 | 133.9 | 169.1 | 227.3 | |
| ABT-627  Atrasentan Hormone Naive Prostate Cancer | 0.0 | 1.2 | 3.7 | 7.3 | 13.1 | |
| ABT-627  Japan | 0.0 | 0.1 | 0.3 | 2.3 | 6.2 | |
| ABT-627  Non-Prostate Cancers | 0.0 | 0.0 | 0.2 | 1.4 | 7.6 | |
| ABT-724  Dopamine 4 Agonist | 3.3 | 8.7 | 9.5 | 9.5 | 9.5 | |
| ABT-751  Anti-bibliotic | 6.5 | 16.1 | 27.1 | 43.4 | 73.3 | |
| ABT-773  Ketolide Base | 80.3 | 94.1 | 93.2 | 93.6 | 93.6 | |
| ABT-773  Ketolide Japan | 1.4 | 3.3 | 3.3 | 3.3 | 3.3 | |
| Other | 2.2 | 9.0 | 9.0 | 9.0 | 9.0 | |
| **Total Program Spend** | 171.7 | 303.8 | 398.1 | 472.3 | 621.4 | |
| Management Fee / Milestones | 0.9 | 10.0 | 12.0 | 14.0 | 14.0 | |
| **Grand Total Cash Flow** | 171.7 | 313.8 | 691.1 | 486.3 | 636.1 | |

* Assumes receipt of Humana's remaining payments in Dec-2004

ABBT 0027248

CONFIDENTIAL

*CONFIDENTIAL*

Global Pharmaceutical Research & Development
Hancock Funding Agreement
Spending by Program
In millions of dollars

| | Month 10 YTD 2004 | Mo. 11 & 12 LBE 2004 | Total Year 2004 |
|---|---|---|---|
| ABT-492 | 0.6 | 0.0 | 0.6 |
| ABT-510 | 18.9 | 4.1 | 23.0 |
| ABT-627 Atrasentan Base | 31.6 | 4.6 | 36.2 |
| ABT-627 Atrasentan Hormone Naive Prostate Cancer | 1.8 | 0.5 | 2.3 |
| ABT-627 Japan | 1.2 | 0.8 | 2.0 |
| ABT-627 Non-Prostate Cancers | 0.8 | 0.6 | 1.4 |
| ABT-751 | 11.4 | 4.9 | 16.3 |
| ABT-773 | 0.4 | 0.0 | 0.4 |
| Total Program Spend | 66.7 | 15.5 | 82.2 |
| Management Fee | | 2.0 | 2.0 |
| Grand Total Cash Flow | 66.7 | 17.5 | 84.2 |

ABBT 0027249

CONFIDENTIAL

*CONFIDE____AL*

## GPRD 2005 Plan
### Atorvastatin HRPCA Expanded Access Program ABT-627

**External:**

| Clinical Activities: | Total Patient | Start | End | 2005 Plan $(000s) |
|---|---|---|---|---|
| MxnAAA HRPCA Expanded Access Program | | | | |
| Other Clinical Activities:   Subtotal Clinical Activities: | | | | |
| Clinical Program | 1400 | 0405 | 0307 | $7,289 |
| | | | | $7,289 |
| | | | Total External | $7,289 |

**Internal:**

| | 2005 Plan FTEs | Payroll | Variable | Fixed | Overhead | Other | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|
| Clinical Program | | | | | | | |
| Global Project Mgmt | 1.2 | $168 | $61 | $14 | $102 | | $345 |
| European Clinical Organization | 0.0 | | $44 | | | | $44 |
| Data Management/Statistics | 0.2 | $354 | $24 | $39 | $370 | | $807 |
| Global Drug Supply | 2.9 | $270 | $110 | $39 | $174 | | $593 |
| Pre-Clinical Safety Evaluation | | | | | | | |
| Melodism | | | | | | | |
| Other Support Cost | 0.0 | $0 | $0 | $0 | $0 | | $0 |
| Research Quality Assurance | 0.2 | $20 | | | $18 | | $18 |
| | 4.2 | | $7 | $1 | $18 | | $1,812 |
| | | | | | Total Internal | | $1,812 |

**Total Project:** $9,101

ABBT 0027250

**CONFIDENTIAL**

CONFIDE   1L

## GPRD 2005 Plan
### Anapurtion – Mouse and Rat Carcinogenicity ABT 627

**Total Patients**

| | Start | End | 2005 Plan: $(000's) |
|---|---|---|---|
| **External:** | | | |
| Pre-Clinical Safety Evaluation | | | |
| Pre-Clinical Safety Evaluation | | | |
| Other Support Cost | | | $0 |
| Global Project Management | | | |
| | | | $782 |
| **Total External** | | | $760 |

| | 2005 Plan FTEs | Payroll | Variable | Fixed | Overhead | Other | 2005 Plan: $(000's) |
|---|---|---|---|---|---|---|---|
| | | | | **$(000's) Chargeable** | | | |
| **Internal:** | | | | | | | |
| **Clinical Program** | | | | | | | |
| Global Project Mgmt | 0.0 | $3 | | | | | |
| Data Management/Statistics | 0.0 | | $110 | $140 | $4 | | $0 |
| **Pre-Clinical Safety Evaluation** | | $250 | | | $254 | | $710 |
| Toxicology/Pathology | 2.3 | | | | | | |
| Metabolism | 0.0 | $46 | $20 | $36 | $52 | | $184 |
| Other | 0.8 | | | | | | |
| **Other Support Cost** | | | | | | | |
| Discovery (Therapeutic Discovery) | 0.1 | $12 | $7 | $4 | $6 | | $20 |
| Research Quality Assurance | 0.1 | $17 | $5 | $1 | $12 | | $58 |
| | 3.1 | | | | | | $975 |
| | | | | | | **Total Internal** | |
| | | | | | | **Total Program:** | $1,735 |

ABBT 0027251

**CONFIDENTIAL**



ABBT 0027252

CONFIDENTIAL

JUN.17.2005   2:21PM   JAMES L TYREE                    NO.257   P.9

CONFIDEL   L



**GPRD 2005 Plan**

**Atrasentan- Early PCA M01-366 LT Extension ABT 627**

| External: | 2005 Plan FTEs | Payroll | Variable | Fixed | Overhead | Staff | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|
| **Clinical Activities:** | | | | | | | |
| M03862 Retrospective Tissue Collection for Ysin BIO analysis Ph II | | | | | | | $850 |
| Subtotal Clinical Activities: | | | | | | | $850 |
| **Other Support Cost** | | | | | | | |
| Global Project Management (M01-399 LT Extension) | | | | | | | $2,700 |
| | | | | | | | $3,550 |
| **Total External** | | | | 0 | | 0 | 7/05 |

| Internal: | 2005 Plan FTEs | Payroll | Variable | Fixed | Overhead | Other | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|
| **Clinical Program** | 0.1 | $14 | $6 | $1 | $9 | | $28 |
| **Global Project Mgmt** | 0.2 | $10 | $1 | $2 | $16 | | $33 |
| **Data Management/Statistics** | 0.3 | | | | | | $61 |
| **Total Internal** | | | | | | | |

**Total Program:** $3,611

ABBT 0027253

**CONFIDENTIAL**

CONFIDE  4L

**GPRD 2005 Plan**
**Atrasentan - HRPC M00-244 Continuation ABT 627**

| External: | Total Patients | | Start | End | 2005 Plan $(000s) |
|---|---|---|---|---|---|
| Clinical Activities: | | | | | |
| M00244 VW nonmetastatic Prostate Cancer Ph III | 041 | | 004 | 005 | $1,300 |
| Clinical Program | | | | | |
| Global Drug Supply | | | | | |
| Other Support Cost | | | | | |
| Global Protocol Management | | | | | $0 |
| Total External | | | | | $1,300 |

| Internal: | 2005 Plan FTEs | Payroll | Variable | $(000s)/Chargeable Fixed | Overhead | Other | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|
| Clinical Program | | | | | | | |
| Global Project Mgmt | 7.5 | $1,037 | $378 | $92 | $822 | | $2,127 |
| Enterprise Clinical Organization | 0.9 | | $178 | | | | $178 |
| Data Management/Statistics | 3.3 | $332 | $21 | $35 | $333 | | $710 |
| Global Drug Supply | 2.4 | $228 | $99 | $28 | $143 | | $499 |
| Pre-Clinical Safety Evaluation | | | | | | | |
| Metabolism | 0.4 | $41 | $10 | $24 | $33 | | $116 |
| Other Support Cost | | | | | | | |
| Research Quality Assurance | 0.4 | $44 | $14 | $2 | $32 | | $91 |
| Total Internal | 14.9 | | | | | | $3,719 |

Total Program:                $5,023

ABBT 0027254

CONFIDENTIAL

*CONFIDE  4L*

## GRRD 2005 Plan
## ABT731 – Ph IIb and Ph III Studies

### External:

| | 2005 Plan FTEs | Externl | Variable | Salary/Chargeable Fixed | Overhead | Other | Start | End | Total Patients | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Clinical Activities:** | | | | | | | | | | |
| MaxAAD (Pivotal safety and efficacy) (Ph II) | | | | | | | 508 | 507 | 400 | $5,005 |
| Investigator Initiated Abbott Instigated Collaboration Trials Ph III | | | | | | | 105 | 200 | 0 | $214 |
| Discovery | | | | | | | 108 | 1208 | 0 | $100 |
| **Subtotal Clinical Activities:** | | | | | | | | | | **$5,319** |
| **Clinical Program** | | | | | | | | | | |
| Global Drug Supply | | | | | | | | | | $1,000 |
| Chemistry, Manufacturing and | | | | | | | | | | |
| PARD | | | | | | | | | | $100 |
| Process R&D | | | | | | | | | | $400 |
| Pre-Clinical Safety Evaluation | | | | | | | | | | $1,976 |
| Pre-Clinical Safety Evaluation | | | | | | | | | | |
| Other Support Cost | | | | | | | | | | |
| Discovery | | | | | | | | | | $310 |
| **Total External** | | | | | | | | | | **$9,164** |

### Internal:

| | 2005 Plan FTEs | Externl | Variable | Salary/Chargeable Fixed | Overhead | Other | | | | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | | | | | |
| Phase 1 Center Support | 0.0 | $5 | $1 | $1 | $4 | | | | | $12 |
| Global Project Mgmt | 7.4 | $1,022 | $371 | $90 | $813 | $40 | | | | $2,549 |
| Europeans Clinical Organization | 2.9 | | $541 | | $144 | | | | | $541 |
| Data Management/Statistics | 1.4 | $150 | $0 | $15 | $42 | | | | | $507 |
| Global Drug Supply | 1.4 | $131 | $57 | $18 | | | | | | $330 |
| **Chemistry, Manufacturing and Controls (CMC)** | | | | | | | | | | |
| Formulation (PARD) | 1.4 | $182 | $26 | $90 | $127 | | | | | $429 |
| Analytics for Formulation (PARD) | 2.0 | $251 | $40 | $120 | $182 | | | | | $611 |
| Analytics for Process Chemistry (PARD) | 1.0 | $130 | $20 | $85 | $91 | | | | | $300 |
| Parenteral & Advanced Drug Delivery | 0.0 | | | | | | | | | |
| Process R&D | 8.2 | $922 | $405 | $436 | $434 | $1,020 | | | | $3,407 |
| **Pre-Clinical Safety Evaluation** | | | | | | | | | | |
| Toxicology/Pathology | 2.8 | $312 | $154 | $182 | $240 | | | | | $676 |
| Metabolism | 1.9 | $217 | $93 | $128 | $173 | | | | | $909 |
| Other | 0.3 | $36 | $15 | $21 | $28 | | | | | $101 |
| **Other Support Cost** | | | | | | | | | | |
| Discovery (Therapeutic Discovery) | 1.9 | $193 | $118 | $89 | $94 | | | | | $474 |
| Research/Quality Assurance | | $258 | $84 | $10 | $182 | | | | | $661 |
| | 34.4 | | | | | | | | **Total Internal** | **$10,732** |

**Total Program:**                      **$19,836**

ABBT 0027255

CONFIDENTIAL

JUN.17.2005  2:21PM   JAMES L TYREE                          NO.257   P.12

## GPRD 2005 Plan
### ABT510 TSP Profile

**External:**

**Total Patients**

| Clinical Activities: | Total Patients | | | | | | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|
| CA Regulatory and GPT Support | | | | | | | $200 |
| M06AAB Phase IIb ABT-510 + VEGF | | | | | | | $750 |
| M06AAA Phase IIb Colorectal Cancer | 0 | | | | | | $450 |
| M06MAU Long term extension studies Ph III | 40 | | | | | | $1,276 |
| M04711 Phase III Sarcoma Ph II | 190 | | | | | | $740 |
| M02426 Phase II Renal Cancer Ph II | 355 | | | | | | $5,084 |
| | 550 | | | | | | $227 |
| Biological Clinical Activities: | 180 | | | | | | $8,406 |
| | | | | | | | |
| **Clinical Program** | | | | | | | |
| Global Drug Supply | | | | | | | $2,700 |
| Chemistry, Manufacturing and Controls (CMC) | | | | | | | |
| PARD | | | | | | | $900 |
| Process R&D | | | | | | | $5,189 |
| Pre-Clinical Safety Evaluation | | | | | | | |
| Pre-Clinical Safety Evaluation | | | | | | | $1,262 |
| Other Support Cost | | | | | | | |
| Other Services Purchase | | | | | | | $659 |
| Discovery | | | | | | | $619 |
| | | | | | | | $17,295 |

**Total External**

**Internal:**

| | 2005 Plan FTEs | Payroll | Variable | Fixed | Overhead | Other | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | | |
| Global Project Mgmt | 26.5 | $3,826 | $1,270 | $312 | $2,114 | | $7,220 |
| Phase I Center Support | 2.1 | $370 | $71 | $49 | $200 | | $691 |
| European Clinical Organization | 6.0 | | $1,090 | | $708 | | $1,798 |
| Data Management/Statistics | 7.7 | $773 | $40 | $84 | $461 | | $1,705 |
| Global Drug Supply | 6.1 | $768 | $334 | $36 | | | $4,976 |
| Chemistry, Manufacturing and Controls (CMC) | | | | | | | |
| Analytics for Formulation(PARD) | 0.5 | $778 | $18 | $365 | $541 | | $1,622 |
| Analytics for Process Chemistry (PARD) | 3.3 | $389 | $39 | $192 | $271 | | $911 |
| Formulation (PARD) | 5.8 | $994 | $91 | $320 | $464 | | $1,061 |
| Process R&D | 16.3 | $1,849 | $922 | $1,283 | $460 | | $9,372 |
| Pre-Clinical Safety Evaluation | | | | | | | |
| Toxicology/Pathology | 2.8 | $283 | $129 | $171 | $834 | $1,491 | $824 |
| Metabolism | 3.8 | $410 | $173 | $225 | $381 | | $1,133 |
| Other | 0.4 | $43 | $18 | $25 | $94 | | $120 |
| Other Support Cost | | | | | | | |
| Discovery (Therapeutic Discovery) | 2.9 | $360 | $214 | $128 | $170 | | $659 |
| Research Quality Assurance | 3.3 | $430 | $130 | $16 | $316 | | $900 |
| Other Services Purchase | 0.0 | | | | | | |
| | 97.1 | | | | | | $27,411 |

**Total Internal**

**Total Project:**                                              **$44,706**

ABBT 0027256

**CONFIDENTIAL**

CONFIDE  L

CONFIDENTIAL

**GPRD 2005 Plan**
**ABT751 Base Program**

## External:

**Total Patients**

| Clinical Activities: | Total Patients | 2005 Plan $(000s) |
|---|---|---|
| M02409 Lung Cancer Ph II | 30 | $150 |
| M02447 Breast Cancer Ph II | 40 | $200 |
| M02448 Colorectal Cancer Ph II | 40 | $120 |
| M02419 Renal Cancer Ph II | 40 | $120 |
| M01401 MD Anderson Leukemia Ph II | 25 | $175 |
| M01357 NCI Pediatric (drug safety and supply only) Ph I | 24 | $75 |
| Investigator Initiated/Abbott Instigated Osteosarcoma Trials Ph II | 0 | $100 |
| **Subtotal Clinical Activities:** | | **$660** |
| Clinical Program | | |
| Global Drug Supply | | $0 |
| Chemistry, Manufacturing and Controls (CMC) | | |
| PARD | | $10 |
| Other Support Cost | | |
| Global Project Management | | $110 |
| **Total External** | | **$990** |

## Internal:

| | 2005 Plan FTEs | Payroll | Variable | Fixed | Overhead | Start | End | Other | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|---|---|
| Clinical Program | | | | | | | | | |
| Phase 1 Center Support | 2.3 | $306 | $70 | $30 | $226 | 402 | 305 | | $658 |
| Global Project Mgmt | 18.2 | $2,106 | $764 | $188 | $1,383 | 303 | 305 | | $4,325 |
| European Clinical Organization | 0.2 | | $37 | | | 302 | 305 | $0 | $37 |
| Data Management/Statistics | 4.5 | $461 | $251 | $52 | $408 | 104 | 305 | | $1,488 |
| Global Drug Supply | 2.3 | $222 | $97 | $20 | $130 | 104 | 305 | | |
| Chemistry, Manufacturing and Controls (CMC) | 0.0 | | | | | 1103 | 305 | | |
| Formulation (PARD) | 2.1 | $274 | $42 | $106 | $191 | 604 | 305 | | $612 |
| Analytics for Formulation (PARD) | 1.1 | $137 | $21 | $56 | $83 | | | | $321 |
| Analytics for Process Chemistry (PARD) | 0.0 | | | | | | | | |
| Pre-Clinical Safety Evaluation | | | | | | | | | |
| Toxicology/Pathology | 0.1 | $12 | $5 | $7 | $10 | | | | $34 |
| Metabolism | 2.7 | $301 | $120 | $175 | $240 | | | | $844 |
| Other Support Cost | | | | | | | | | |
| Discovery (Therapeutic Discovery) | 0.0 | | | | | | | | |
| Research Quality Assurance | 2.8 | $323 | $105 | $12 | $220 | | | | $677 |
| | 33.3 | | | | | | Total Internal | | $9,004 |

Total External

Total Project: **$10,082**

ABBT 0027257

**CONFIDENTIAL**

*CONFIDENTIAL*



### GPRD 2005 Plan
### Alzheimer Early PCA ABT627

**Externals:**

| | Total Patients | Start | End | 2005 Plan $(000s) |
|---|---|---|---|---|
| Clinical Activities: | | | | |
| M01386 Phase II Hormone Naive Ph II | 200 | 9/02 | 4/06 | $2,082 |
| Subtotal Clinical Activities: | | | | $2,082 |
| Other Support Cost | | | | |
| Global Project Management | | | | $150 |
| Other | | | | $0 |
| **Total External** | | | | **$2,232** |

**Internals:**

| | 2005 Plan FTEs | Payroll | Variable | Fixed | Overhead | Other | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|
| Clinical Program | | | | | | | |
| Global Project Mgmt | 1.4 | $199 | $98 | $17 | $113 | | $397 |
| Phase 1 Center Support | 0.0 | | $20 | | | | |
| European Clinical Operatization | 0.2 | | $12 | | | | $29 |
| Data Management/Statistics | 1.8 | $183 | $34 | $20 | $100 | | $404 |
| Global Drug Supply | 0.9 | $77 | | $10 | $40 | | $160 |
| Pre-Clinical Safety Evaluation | | | | | | | |
| Metabolism | | | | | | | |
| Other | 0.2 | $17 | $7 | $10 | $14 | | $48 |
| | 0.3 | $28 | $12 | $16 | $22 | | $70 |
| Other Support Cost | | | | | | | |
| Discovery (Therapeutic Discovery) | 0.2 | $24 | $16 | $9 | $12 | | $59 |
| Research Quality Assurance | 0.3 | $32 | $10 | $1 | $24 | | $99 |
| | **5.0** | | | | | **Total Internal** | **$1,242** |

**Total Project:   $3,474**

ABBT 0027258

**CONFIDENTIAL**

## GPRD 2005 Plan
### Atorvastatin Base ABT627

**External:**

| Clinical Activities: | Total Patients | Start | End | 2005 Plan $(000s) |
|---|---|---|---|---|
| M00205 Combination Prostatoma (combined and 627 safety descending) Ph I | 40 | 504 | 608 | 972 |
| M91939 Phase III Corp Term Safety Ph I II | 260 | 903 | 608 | 707 |
| M00206 Ext for M00244 and M00221 Ph III | 1000 | 1202 | 608 | 2,400 |
| M00224 WW Incrementals/Prostate Cancer Ph III | 941 | 604 | 608 | 11,344 |
| Discovery | 0 | 508 | 1205 | 360 |
| Cooperative Study with BWOG combo with docetaxel Ph III | 0 | 208 | 1207 | 1400 |
| Cooperative Study with ECOG Monotherapy Switch Ph III | 0 | 708 | 1211 | 900 |
| MmAWM Outcomes Ph III | 0 | 108 | 408 | 150 |
| **Subtotal Clinical Activities:** | | | | **$16,833** |

| Clinical Program | | | | |
|---|---|---|---|---|
| Global Drug Supply | | | | $10 |
| Pre-Clinical Safety Evaluation | | | | |
| Pre-Clinical Safety Evaluation | | | | $119 |
| Other Support Cost | | | | |
| Global Project Management (NDA Integrated Safety cost $410 and GPO Product Launch $100MM) | | | | $920 |
| Global Outcome Research | | | | 376 |
| Discovery | | | | $1,193 |
| **Total External** | | | | **$18,909** |

**Internal:**

| 2005 Plan FTEs | FTEs | Payroll | Variable | Fixed | Overhead | Other | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | | |
| Global Project Mgmt | 35.2 | $4,874 | $1,797 | $491 | $2,822 | $1,103 | $11,097 |
| European Clinical Organization | 3.6 | $190 | $688 | $29 | $118 | | 689 |
| Phase I Center Support | 1.2 | $1,223 | $41 | $132 | $1,289 | | 345 |
| Data Management/Statistics | 12.2 | $666 | $78 | $183 | $410 | | $2,898 |
| Global Drug Supply | 7.0 | | $260 | | | | $1,458 |
| **Chemistry, Manufacturing and Controls (CMC)** | | | | | | | |
| Formulation (PARD) | 2.3 | $291 | $44 | $144 | $202 | | $681 |
| Analytics for Formulation (PARD) | 3.1 | $398 | $61 | $107 | $277 | | $852 |
| Analytics for Process Chemistry (PARD) | 1.8 | $169 | $50 | $96 | $159 | | $468 |
| Preclinical & Advanced Drug Delivery | 0.0 | | | | | | |
| Process R&D | 4.0 | $480 | $226 | $306 | $209 | | $1,191 |
| **Pre-Clinical Safety Evaluation** | | | | | | | |
| Toxicology/Pathology | 0.1 | $12 | $6 | $7 | $9 | | $33 |
| Metabolism | 2.6 | $511 | $133 | $192 | $248 | | $874 |
| Other | 0.3 | $29 | 113 | $17 | $23 | | 842 |
| **Other Support Cost** | | | | | | | |
| Discovery (Therapeutic Discovery) | 5.1 | $820 | $379 | $221 | $201 | | $1,621 |
| Research Quality Assurance | 2.0 | $375 | $122 | $14 | $274 | | $785 |
| | **61.3** | | | | | **Total Internal** | **$22,949** |

**Total Project:**                                                                 **$42,358**

ABBT 0027259

CONFIDENTIAL



CONFIDENTIAL

**GPRD 2005 Plan**
**Abrasexian Japan Registration ABT627**

*External:*

| | Total Patients | Start | End | 2005 Plan $(000s) |
|---|---|---|---|---|
| **Clinical Activities:** | | | | |
| M03083 Vancouver Pharmacokinetic Study Prostate Cancer Phs I | 48 | 0:04 | 0:05 | $82 / $46 |
| Subtotal Clinical Activities: | | | | |
| **Pre-Clinical Safety Evaluation** | | | | $90 |
| Pre-Clinical Safety Evaluation | | | | |
| **Other Support Cost** | | | | $410 |
| Japan Development Support | | | | |
| Other | | | | $0 |
| **Total External** | | | | **$787** |

*Internal:*

| | 2005 Plan FTEs | Payroll | Variable | Fixed | Overhead | Other | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|---|
| **Clinical Program** | | | | | | | |
| Phase 1 Center Support | 1.1 | $152 | $39 | $25 | $112 | | $327 |
| Global Project Mgmt | 0.1 | $21 | $7 | $2 | $12 | | $42 |
| European Clinical Organization | 0.0 | | | | | | |
| Data Management/Statistics | 1.0 | $114 | $7 | $12 | $118 | | $251 |
| Global Drug Supply | 0.2 | $21 | $10 | $3 | $13 | | $47 |
| Japan Development Support | 6.8 | $786 | $244 | $100 | | $510 | $1,920 |
| **Pre-Clinical Safety Evaluation** | | | | | | | |
| Toxicology/Pathology | 0.1 | $7 | $3 | $4 | $6 | | $20 |
| Metabolism | 1.0 | $218 | $93 | $128 | $172 | | $600 |
| **Other Support Cost** | | | | | | | |
| Discovery (Therapeutic Discovery) | 0.4 | $43 | $20 | $16 | $21 | | $100 |
| Research Quality Assurance | 0.2 | $23 | $9 | $1 | $21 | | $56 |
| **Total Internal** | 11.9 | | | | | | **$3,090** |
| | | | | | | | |
| **Total Project:** | | | | | | | **$3,857** |

ABBT 0027260

CONFIDENTIAL



**GPRD 2005 Plan**
**Atorvastatin nonPCA Cancers (Ph 1?) ABT627**

| External: | Total Patients | Start | End | 2005 Plan $(000s) |
|---|---|---|---|---|
| Clinical Activities: | | | | |
| Investigator IND service | 0 | 6/05 | 3/08 | $31 |
| | | | | $21 |
| Subtotal Clinical Activities: | | | | |
| Other Support Cost | | | | |
| Global Project Management (Preclinical collaborations QA Regulatory) | | | | $1,000 |
| Other | | | | $0 |
| | | | Total External | $1,051 |

| Internal: 2005 Plan FTEs | Payroll | Variable | Fixed | Overhead | Other | 2005 Plan $(000s) |
|---|---|---|---|---|---|---|
| | | $(000s) Chargeable | | | | |
| Clinical Program | | | | | | |
| Global Project Mgmt — 2.7 | $280 | $104 | $33 | $221 | | $783 |
| Data Management/Statistics — 0.2 | $10 | $1 | $2 | $17 | | $29 |
| Global Drug Supply — 0.8 | $50 | $28 | $7 | $37 | | $120 |
| Pre-Clinical Safety Evaluation | | | | | | |
| Metabolism | | | | | | |
| Other Support Cost — 0.0 | $5 | $2 | $3 | $4 | | $18 |
| Discovery (Therapeutic Discovery) — 0.1 | $8 | $4 | $2 | $3 | | $18 |
| Research Quality Assurance — 0.1 | $15 | $5 | $1 | $1 | | $31 |
| 3.7 | | | | | Total Internal | $979 |

Total Project: $2,011

ABBT 0027261

CONFIDENTIAL

**John Hancock Funding Agreement**
**Development Portfolio**
**Annual Progress Report (November 2004)**

### ABT-627
a) US New Drug Application submission is planned for December 2004.
b) The Phase 3 pivotal trial M00-244 is continuing, with the February 2004 Independent Data Monitoring Committee recommending the trial be allowed to proceed
c) Completion of enrollment for Phase 2 trial M01-366 occurred in May 2004.
d) Enrollment continues for the Phase 1 pharmacokinetic study in Japan (M02-466). The second cohort (10 mg dose level) is currently enrolling, along with initiation of M03-593 to match patients from M02-466.
e) The conduct of nine investigator-initiated studies continues. A total of 270 patients are enrolled as of October 13, 2004.
f) A pharmacokinetic study of atrasentan in combination with docetaxel and prednisone (M03-655) has been initiated.

### ABT-510
a) Phase I: The last patients are complete in our Phase I Studies: M00-153 (Escalating Multiple Dose in Patients With Advanced Cancer); and M01-302 (Study Of Two Dose Schedules In Subjects With Advanced Cancer).
b) Phase II:
   • Sarcoma - Enrollment complete; patients active (in treatment)
   • Renal - Enrollment complete; patients active
   • Lymphoma - Enrollment continuing, patients active
   • Lung (NSCLC) - Enrollment was stopped and the study discontinued after interim analysis failed to meet pre-specified criteria for efficacy. Patients are active.
c) Phase III: Development and planning of Phase III Sarcoma program has been initiated, including the submission of a data package to the FDA and EMEA.
d) Collaborations: A collaborative study is underway in metastatic melanoma.

### ABT-751
a) Phase I: Currently, one of two adult Phase I studies are open. A total of 106 patients have been enrolled in the two studies to date. Maximum tolerable doses (MTDs) have been determined for three of the four dose schedules covered by these studies.
b) Phase II: Three of four Phase II trials are ongoing, with 207 patients enrolled in the four studies.
   • Renal – Enrollment complete, patients active
   • Lung – Enrollment complete, patients active
   • Colorectal – Enrollment nearly complete, patients active
   • Breast – Enrollment stopped and study discontinued after interim analysis failed to meet pre-specified criteria for efficacy; no patients active
c) Collaborations:
   • The study in adult leukemia has been completed after enrolling 32 patients.
   • The study in pediatric cancers is ongoing with 44 patients enrolled.
   • Other collaborations are underway in colorectal cancer, lung cancer and prostate cancer, both with ABT-751 as a single agent, and in combination.

Page 1 of 2                        *CONFIDENTIAL*

ABBT 0027262

CONFIDENTIAL

### John Hancock Funding Agreement
### Development Portfolio
### Annual Progress Report (November 2004)

#### ABT-773
On October 29, an Option Agreement was signed with Advanced Life Sciences, a private company based in Woodridge, Illinois, for an exclusive option to license ABT-773. The option expires on December 13, 2004. If the option is exercised, Advanced Life Sciences will have an exclusive license to develop, manufacture and commercialize ABT-773 for any human therapeutic uses. Territory rights are worldwide except Japan.

#### ABT-492
Over the past year, Abbott has re-contacted companies that have anti-infective businesses to inform them that ABT-492 is still available for out-license. Abbott has sent non-confidential summaries of the compound to several smaller companies that have responded with expressions of interest. Four companies have pursued additional information under confidentiality agreements; however no prospective licensees are currently showing strong interest in pursuing a transaction.

#### ABT-724
We are actively pursuing the out-licensing of ABT-724 and solicited interest from 57 companies. Initially a non-confidential summary was provided, and if further interest was expressed, a confidential summary was provided to a sub-set of those companies under an appropriate confidentiality agreement. Currently there are four companies with which there are ongoing discussions. Currently there are no bids which would compel us to move forward into further discussions / negotiations.

*CONFIDENTIAL*

ABBT 0027263

CONFIDENTIAL

Hendricks Deposition Exhibit 13


P's Exhibit OZ



Abbott     Global Pharmaceutical Licensing and     Tel: (847) 937-1436
           New Business Development              Fax: (847) 937-1771
           D-R5DU, AP34                          Email: suzanne.a.lebold@abbott.com
           200 Abbott Park Road
           Abbott Park, IL  60064-6187

January 20, 2006

**VIA EMAIL AND FEDERAL EXPRESS**

Mr. Stephen J. Blewitt
Senior Managing Director
Bond & Corporate Finance Group
John Hancock Life Insurance Company
John Hancock Place
Post Office Box 111
Boston, Massachusetts  02117

Re:     **Research Funding Agreement Between Abbott Laboratories ("Abbott")
        and John Hancock Life Insurance Company, John Hancock Variable Life
        Insurance Company and Investors Partner Life Insurance Company
        (collectively, "Hancock") Dated March 13, 2001 (the "Agreement")**

Dear Steve:

Per my e-mail yesterday, enclosed please find Abbott's preliminary Annual Research Plan for
2006, in accordance with Sections 1.6 and 2.2 of the Agreement.

In addition, in accordance with Section 2.5 of the Agreement, please also find the research
report concerning the status of the Research Program and all Program Related Costs
expended by Abbott for the first eleven (11) months of 2005, together with good faith
estimates for the last month of 2005.

Sincerely,

Suzanne A. Lebold, Ph.D.
Divisional Vice President
Scientific Assessment and Technology Licensing

Cc:     Via Federal Express
        John Hancock Life Insurance Company
        200 Clarendon Street, T-57
        Boston, MA  02117
        Attn:     Bond & Corporate Finance Group

        John Hancock Life Insurance Company
        200 Clarendon Street, T-50
        Boston, MA  02117
        Attn:     Investment Law Division

Bcc: Jeff Fisher, Abbott

CONFIDENTIAL

ABBT 0026105

Hendricks DEP. EX. NO. 13
FOR ID., AS OF 4/27/07

CONFIDENTIAL

Global Pharmaceutical Research and Development
Hancock Funding Agreement
Spending by Program   In millions of dollars



CONFIDENTIAL

ABBT 0026106

CONFIDENTIAL

Global Pharmaceutical Research & Development
Hancock Funding Agreement
Spending by Program
in millions of dollars

| | Month 11 YTD 2005 | Month12 LBE 2005 | Total Year 2005 |
|---|---|---|---|
| ABT-492 | 0.0 | 0.0 | 0.0 |
| ABT-510 | 15.3 | 1.4 | 16.7 |
| ABT-627 Atrasentan Base | 39.0 | 4.1 | 43.1 |
| ABT-627 Atrasentan Hormone Naive Prostate Cancer | 0.0 | 0.0 | 0.0 |
| ABT-627 Japan | 1.4 | 0.1 | 1.5 |
| ABT-627 Non-Prostate Cancers | 0.9 | 0.1 | 1.0 |
| ABT-751 | 11.1 | 1.0 | 12.1 |
| ABT-773 | 0.0 | 0.0 | 0.0 |
| **Total Program Spend** | **67.7** | **6.7** | **74.4** |

CONFIDENTIAL

ABBT 0026107



CONFIDENTIAL

ABBT 0026108



CONFIDENTIAL

CONFIDENTIAL

ABBT 0026109



CONFIDENTIAL

ABBT 0026110



CONFIDENTIAL

ABBT 0026111



CONFIDENTIAL

ABBT 0026112



CONFIDENTIAL

ABBT 0026113



CONFIDENTIAL

ABBT 0026114

CONFIDENTIAL

**John Hancock Development Portfolio**
**Annual Progress Report (January 2006)**

1) <u>ABT-627</u>
   a) Phase 3 pivotal trial M00-244 in non-metastatic HRPC is expected to complete within the second quarter of 2006. Decision and timing regarding a New Drug Application will be based on the outcome of the trial and the timing of data, respectively.
   b) Study M01-366 in hormone-naive early stage PCa was completed in March 2005. The trial did not demonstrate a treatment effect of atrasentan on PSADT compared to placebo.
   c) The pharmacokinetic study of atrasentan in combination with docetaxel (Study M03-655) is fully enrolled and a favorable pharmacokinetic, safety and efficacy profile was observed with the combination in patients with metastatic HRPC.
   d) The SWOG is planning to initiate a Phase 3 multicenter trial of docetaxel with or without Xinlay in men with metastatic HRPC. The trial is planned to start in late second quarter of 2006
   e) The Japan pharmacokinetic trial (M02-466) was completed with a favorable, linear pharmacokinetic profile of atrasentan in Japanese HRPC patients, generally consistent with the PK seen in Caucasian volunteers. There were no safety concerns identified in the Japanese patients in doses up to 20mg. The companion study M03-593 in Caucasian patients has enrolled the 10 mg cohort of patients with the 2.5 mg cohort currently enrolling. The study is expected to end by the end of 3Q06
   f) The Non-prostate cancer clinical strategy for Xinlay is under review, with clinical and/or preclinical signals identified in ovarian cancer, malignant glioma and bladder cancer. Collaborations are underway with NABTT, GOG and the University of Virginia to develop clinical trials for these indications. Five ongoing investigator initiated trials are expected to be completed by the end of 2006

2) <u>ABT-510</u>
   a) Phase 2: Studies in Renal, Lung, Lymphoma and Sarcoma completed.
   b) Randomized Phase 2b study combining ABT-510 with a multi-targeted kinase inhibitor (e.g. sorafenib or sunitinib) in advanced renal cell carcinoma is in preparation.
   c) Data do not warrant proceeding in Non Small Cell Lung Cancer. Small response rate observed in Lymphoma; strategy being developed.
   d) Phase 3: Phase 2 Sarcoma study and Phase 3 sarcoma strategy reviewed with FDA and EMEA. Based upon regulatory agency guidance and a subsequent feasibility study, the Phase 2 sarcoma study showed insufficient separation from historical control to proceed with the Phase 3 sarcoma trial.
   e) Collaborations:
      i) Melanoma study stopped after 21 patients – did not achieve efficacy target at interim analysis. Follow up studies evaluating a higher dose of ABT-510 and ABT-510 in combination to be initiated.
      ii) Three studies ongoing in Head and Neck Cancer, Glioma (brain cancer) and in GI solid tumors in combination with Avastin.
      iii) Two – three additional studies in preparation evaluating ABT-510 in combination therapy in breast cancer and prostate cancer.

CONFIDENTIAL

ABBT 0026115

CONFIDENTIAL

3) <u>ABT-751</u>
   a) Phase 1:
      i) Two Abbott-sponsored Phase 1 studies are complete. A total of 112 patients were enrolled. MTDs have been determined for the four dose schedules interrogated in these studies.
      ii) Two Collaborative Phase 1 studies are either completed or ongoing. A total of 93 patients were enrolled to date.
         (1) Study in pediatric cancer ongoing with 61 patients enrolled; amended to include a neuroblastoma only cohort
         (2) Study in adult leukemia has been completed after enrolling 32 patients (published)
   b) Phase 2: Four Phase 1 trials enrolled 209 patients
      i) Renal – Enrollment complete, patients active.
      ii) Lung – Enrollment complete, patients active.
      iii) Colorectal – Enrollment complete. No patients active.
      iv) Breast – Enrollment stopped and study discontinued after interim analysis failed to meet pre-specified criteria for efficacy. No patients active.
   c) Collaborations: Four collaboration studies are underway. Two pediatric collaborations studies are in the planning stages.
      i) Collaborations are underway in colorectal cancer, lung cancer and prostate cancer, with both ABT-751 as a single agent, and in combination.

4) <u>ABT-773</u>
Advanced Life Sciences now controls this asset pursuant to the license agreement executed in late 2004 with John Hancock's consent. The development plan is outlined in the company's S-1 document; they are continuing Phase III development with the intent to register the asset.

5) <u>ABT-492</u>
Wakunaga approached Abbott regarding the return of rights to the asset so that they could out-license the asset or further develop it on their own. Abbott has successfully negotiated the return of rights agreement and has requested consent from John Hancock in order to effectuate this transaction.

6) <u>ABT-724</u>
A small biotechnology company has expressed an interest in the asset, but it must first secure funding to support the license. The fact that the Phase I data did not demonstrate spontaneous erections has been a challenge to potential licensees. We will continue to discuss this asset with prospective partners as appropriate.

CONFIDENTIAL

ABBT 0026116

Hendricks Deposition Exhibit 14


P's Exhibit LT

# Forecast Methodology and Assumptions
## Early Oncology Pipeline
## Portfolio Analysis
## January 2001

Lori Taylor

Anil Namboodiripad

January 21, 2001

1

1/22/01

HIGHLY
CONFIDENTIAL

ABBT 0012938

DEP. EX. NO.

FOR ID., AS OF



# US Methodology

HIGHLY CONFIDENTIAL

ABBT 0012939



# US Product Profile Development

## ABT-510 and ABT-828

Launch as a component of a new 1st line gold standard in a medium/large cancer

Additional indication: Component of a 1st line therapy in a second medium/large cancer

- Base Case and Upside: New gold standard
- Downside: Efficacy similar to a current therapy

Launch — Year 3 — Year 5 — Year 7

*Safety: Does not add significant side effects to treatment regimen*

*The excellent safety profile of these agents may make agencies more comfortable with initial first line use*

HIGHLY CONFIDENTIAL

1/22/01

3

ABBT 0012940



# US Product Profile Development

### ABT-518, ABT-751, FTI and TSP Depot*

**Launch as a component of a new 2nd line gold standard in a medium/large cancer**

**Additional indication: Component of a 1st line therapy in same tumor type**
- Base Case and Downside: Efficacy similar to a current regimen
- Upside: New gold standard

**Additional Indication: Component of a 2nd line therapy in a distinct tumor type**
- Base Case and Downside: Efficacy similar to a current regimen
- Upside: New gold standard

*Upside forecast for TSP Depot assumes indications as first line gold standards in two tumor types (e.g. ABT-828 and ABT-510)

Launch    Year 3    Year 5    Year 7

**Safety: Does not add significant side effects to treatment regimen**

- The safety profile concerns with ABT-518, ABT-751 and FTI are likely to make agencies more comfortable with initial 2nd line use
- With TSP Depot, additional competition at launch may make initial 2nd line indication easier to attain

4

HIGHLY CONFIDENTIAL    ABBT 0012941



# US Product Profile Development

## YM 529 - Bisphosphonate

Approved for treatment of osteolytic bone metastasis of breast cancer and multiple myeloma
- Efficacy and safety similar to Aredia (and Zoledronate)
- Oral, daily therapy

Launch — Year 3 — Year 5 — Year 7

HIGHLY CONFIDENTIAL

1/22/01

ABBT 0012942

5

# US Product Profile Development

- These scenarios represent a few of the many potential options for bringing an oncology product to market

- Market entrance strategy will be continually refined as more is learned about the efficacy and safety of each product and the profiles of competitors

1/22/01

HIGHLY CONFIDENTIAL

ABBT 0012943

6

# US Product Profile**

## Potential Cancer Types



| | Annual Incidence[1] | Advanced Treated Patients[1] | Annual Deaths[1] |
|---|---|---|---|
| | 184,200 | 120,417 | 41,200 |
| | 131,280 | 112,423 | 125,520 |
| | 23,100 | 37,497 | 6,500 |
| | 130,200 | 52,967 | 56,300 |
| | 54,800 | 112,259* | 26,100 |

[1]ACS, 2000 estimates
[2]Tandem, 1999
*Total NHL patients
**Excludes YM529

7

1/22/01

**HIGHLY CONFIDENTIAL**

ABBT 0012944

# US Peak Share Estimates

## ABT-518, ABT-751, FTI and TSP Depot

**Second Line Approval (No First Line Indication)**

- Potential use of product in refractory patients and "spill over" into 1st line use is accounted for

| | | | |
|---|---|---|---|
| Second Line Patients | 81,875 | 20% | 10% |
| First line patients (spill over) | 29,043 | 10% | 5% |
| Second Line Patients | 32,240 | 30% | 20% |
| First line patients (spill over) | 80,175 | 5% | 3% |
| Second Line Patients | 22,178 | 30% | 15% |
| First line patients (spill over) | 15,520 | 3% | 1% |
| Second Line Patients | 23,938 | 60% | 25% |
| First line patients (spill over) | 29,033 | 10% | 5% |
| Second Line Patients | 44,434 | 30% | 35% |
| First line patients (spill over) | 83,638 | 10% | 10% |

†Tandem, 1996; US data only

8

1/22/01

ABBT 0012945

# US Peak Share Estimates

## ABT-518, ABT-751, FTI and TSP Depot

### Subsequent/First Line Approval

| First Line Patients | Patient Share 1st line applications in advanced patients* | Estimated peak market share (US) | |
|---|---|---|---|
| | | Superior to gold standard | Equivalent to gold standard |
| 29,043 | Tamoxifen - 28%<br>Paclitaxel - 15%<br>Docetaxel - 15%<br>Vinorelbine - 4%<br>Anastrazole -4% | 25% | 15% |
| 80,178 | Paclitaxel - 56%<br>Vinorelbine - 16%<br>Gemcitabine - 14% | 50% | 20% |
| 15,320 | Paclitaxel - 88% | 75% | 20% |
| 29,033 | 5-FU - 87% | 60% | 25% |
| 63,826 | Current therapy ~75% | 60% | 25% |

- Estimated 1st line use is in addition to the market opportunity with the 2nd line indication

*Tandem, 1999, US data only

1/22/01

HIGHLY CONFIDENTIAL

ABBT 0012946

9

# US Peak Share Estimates

## ABT-510 and ABT-828

### First Line – Initial Indication

| Total Treated Advanced Patients | Patient Shares Agents used in advance patients[1] | Estimated peak market share (US) | |
|---|---|---|---|
| | | New Gold Standard | Equivalent Efficacy |
| 120,417 | Tamoxifen - 6%<br>Paclitaxel - 17%<br>Docetaxel - 16% | 20% | 10% |
| 112,423 | Paclitaxel - 24%<br>Vinorelbine - 21%<br>Gemcitabine - 23% | 40% | 20% |
| 37,497 | Paclitaxel - 48% | 50% | 20% |
| 62,987 | 5-FU - 64% | 50% | 20% |
| 112,259 | Cyclophosphamide - 63% | 45% | 20% |

[1]Tandem, 1999; US data only

10

1/22/01

HIGHLY CONFIDENTIAL

ABBT 0012947

# US Peak Share Estimates

## YM 529 - Bisphosphonate



| | Advanced (Stage IV) | Earlier (Stage I, II, and III) |
|---|---|---|
| | 120,417 | 252,734 |
| | ~66% | 0% |
| | 24.0% | 0.6% |
| | | |
| | 50% | 1% |
| | 50% | 5% |
| | 50% | 1% |

1Trendim, 1999; US data only

11

HIGHLY CONFIDENTIAL

1/22/01

ABBT 0012948

# US Uptake

- **ABT-518, ABT-751, FTI and TSP Depot**
  - Second line indications: expect to reach peak market share in 4 years of launching indication
  - Follow-on first line indication:
    - As new gold standard, expect to reach peak in 2 years after indication
      - Similar to rapid uptake of Camptosar as first line therapy in colorectal cancer
    - As equivalent to an existing gold standard, expect to reach peak in 3 years after indication

- **ABT-510 and ABT-828**
  - Expect to reach peak share within 3 years of launching indication
    - Uptake expected to be slower than a first line indication that follows a previous second line approval

- **YM529**
  - Expect to reach peak in year 5 post launch
    - Assumed to be slower uptake since this replaces a current therapy

1/22/01

HIGHLY CONFIDENTIAL

12

ABBT 0012949

# US Pharmacy Benefit Limitations

**Proportion of Cancer Patients with Pharmacy Benefits**



- US base case and downside forecasts assume that Medicare patients without a supplemental pharmacy benefit will still pay a significant proportion of cost for self-administered oncology medications (exception: TSP Depot)

- US upside assumes that a Medicare patients, like other patients, will have coverage for self-administered oncology medications



| | 79% | 73% | 72% | 71% | 71% |
| Breast | NSCLC | Ovarian | Colorectal | NHL |

Based on 1999 Tandem Survey and Covance Reimbursement Report (1998)

1/22/01

HIGHLY
CONFIDENTIAL

13

ABBT 0012950

# US Compliance Assumptions

| Cytotoxic (ABT-751) | Oral (FTI, ABT-518, YM529) | Cytostatics | | Depot |
|---|---|---|---|---|
| | | SC (ABT-510 or ABT-828) | | |
| 75% | 75% | 50% (BID) | 60% (Daily or TIW) | 100% |

- HIV Therapy
  - In several studies, 40-50% of patients take less than 80% of their doses[1,2]
- Organ Transplant
  - Average compliance among patients getting cyclosporine at no cost falls to 70-80% after 8 months[3]
  - In another report, non-compliance rates vary from 20-50%[4]
- Compliance rates are also being explored in diabetes (insulin), dialysis patients (Epogen) and multiple sclerosis patients (beta-interferon)

[1] Clin Infect Dis (2000)30 (Suppl 2):S171-176
[2] J Acquir Immune Defic Syndro Hum Retrovirol (1999)18:117-125
[3] Transplantation (2000) 70:1240-1244
[4] Wien Klin Wochenschr (2000) 112:423-440

1/22/01

14

HIGHLY CONFIDENTIAL

ABBT 0012951



# US Pricing

Average Selling Price per Patient:

Oral Cytotoxic $8,000

Oral & Self-Injectable Cytostatics $9,000

Depot Cytostatic $10,000

$0

$5,000

$10,000

$15,000

Arimidex - $1,900
Femara - $1,900
Nolvadex - $1,100

Eulexin - $3,900
Casodex - $3,500
Nilandrone - $2,800
Xeloda - ~$3,400

Zoladex - $4,500
Lupron - $6,000

Aredia - ~$5,200
Navelbine - ~$5,500

Gemzar - ~$9,300
Taxol - ~$10,000

Hycamtin - ~$6,400

Transplant - ~$6,500

MS Injectables - ~$9,600

Taxotere - ~$12,000
Camptosar - ~$16,000 (first line patients)

Novantrone - ~$11,400

HIV regimen - ~$10,000-$12,000
Enbrel - ~$12,000

Annual Cost per Patient (WHN Prices[1])

[1] Price Probe, 2000 WHN Prices; Tandem consumption or published protocols

1/22/01

**HIGHLY CONFIDENTIAL**

15

ABBT 0012952

# US Pricing

- Oral cytotoxic therapies
  - Assume average selling price at launch will be $8,000 per average patient
  - Benchmarks
    - If average patient is on therapy 6 months, daily cost will be ~$44.00
      - HIV therapy ranges from $25 to $35 per day or $10,000 to $12,000 per year (2000)
    - Transplant patients: cyclosporine cost is reportedly $6,500/year (2000)
    - Price for cytotoxic agents (2000 WAC)
      - Orals: <$4,000 per patient
      - IVs: $5,000 - $16,000 per patient

- Subcutaneous therapies
  - Assume average selling price is $9,000 per average patient
  - Similar to other chronic injectables (2000 WAC)
    - MS Injectables   ~$9,600.
    - Enbrel:   ~$12,000/year

- Depot formulation
  - Assume average selling price is $10,000 per average patient
  - More than Lupron and Zoladex, but will offer clear survival benefit

1/22/01

16

HIGHLY
CONFIDENTIAL

ABBT 0012953



# US Off-Label Use

1999 US Sales

- All US forecasts assume that an additional 20% of sales will be generated from off-label use (non-indicated tumor type)

**Legend:**
- Off-Label
- Labeled Indication
- Average Off-Label Use - 19%

US $ (000)

$900,000
$800,000
$700,000
$600,000
$500,000
$400,000
$300,000
$200,000
$100,000
$0

Taxol, Lupron, Camptosar, Gemzar, Rituxan, Zoladex, Casodex, Taxotere, Herceptin, Hycamtin, Navelbine, Novantrone, Photofrin

**HIGHLY CONFIDENTIAL**

ABBT 0012954

1/22/01

17

# US Forecasts: Additional Downside Issues

- Potential managed care policy changes (Managed care disincentive)
  - Managed care providers may pass additional drug costs onto patients with "fourth tier" coverage that requires patients to pay a significant cost of the drug out-of-pocket (e.g. 25% or greater of the drug cost)
  - Forecasts have been reduced by 25% should patients with prescription coverage have to bear a significant portion of the cost

- Medical oncologist financial incentives (IV disincentive)
  - Currently community oncologists reportedly generate 40-60% or more of their practice revenues from delivering chemotherapy[1]
  - Downside forecasts have been reduced 75% should the use of these self-administered products have a significant impact on practice revenues (e.g. replace an IV chemotherapy agent currently in use)
  - If the product clearly offers better efficacy, the "IV disincentive" will be much less of a factor

- Share reduction (ABT-510 and ABT-828 only)
  - If product is not superior to other available therapies that have improved delivery characteristics, the use of the product will be greatly reduced (~75%)

1/22/01

[1]Smith, TJ et al (2001) J. Clin. Onc. 19:280-284
DaVinci Healthcare Partners LLC (2000) Provider Trends

18

HIGHLY
CONFIDENTIAL

ABBT 0012955

# US Sales Calculations

**Overall Average = Average Initial 2nd Line Use (launch year) + Average Follow On 1st Line Use (Year 3) + Average 2nd Line Use (Year 5)**



HIGHLY
CONFIDENTIAL

ABBT 0012956

1/22/01

19

# US Sales Force and Promotion Assumptions

- Sales force
  - Approximately 50 rep equivalents
    - Pharmacia: 76 for Camptosar
    - Genentech: 65 for Rituxan, Herceptin and Activase
    - Lilly: 90 for Gemzar
  - Call on 80% of the ~6,300 oncology professionals in the US
  - Physician targets receive 15 calls/year, with 70% of calls primary
  - Cost per call similar to the HIV sales force
  - No sampling
- Promotion
  - Varies depending upon product sales
  - In first 2 years, promotion is high (35-40% of sales in base case)
  - In years 3 and 4, promotion is 10-20% of sales in base case
  - Beyond year 4 falls less than 10% of sales

1/22/01

20

HIGHLY
CONFIDENTIAL

ABBT 0012957

# Ex-US Base High and Low Scenarios

- Share assumptions triangulated from US proportion of first line and second line chemotherapeutic regimens and adjusted for differences in Europe
- Key variables in base, high and low cases were determined on the basis of future uncertainty in the markets:
  - *Price: Uncertainty in European reimbursement environment as a result of increased price transparency (Euro effect), NICE audits/guidelines etc.*

| | Base | High | Low |
|---|---|---|---|
| | $4,500 | $6,750 | $4,500 |

  - *Compliance: Feedback from European physicians indicated that compliance amongst cancer patients was generally higher than in chronic diseases especially in cases of breast and ovarian cancers; further, cancer patients are older and may have family members and/or home nurses for administering injectables*

| | | Compliance | |
|---|---|---|---|
| | Base | High | Low |
| Cytotoxic | ABT 751 (Oral BID) | 80% | 80% | 70% |
| Orals | FTI, ABT 518, YM 529 (Oral QD) | 80% | 85% | 70% |
| Cytoxation (Injectable) | ABT 610, ABT 828 | 85% | 75% | 60% |
| Depot | TBP | 90% | 90% | 80% |

  - *Off-label use: Off-label use is currently relatively less in Europe; however, the changing reimbursement climate and evolution to more aggressive treatment modalities especially in academic centers accounts for variability in future off-label use*
    - 7% (Base); 12% (High); 2% (Low)

HIGHLY CONFIDENTIAL

1/22/01

23

ABBT 0012958

# European Pricing



Ex-US Price point assumption

| Price/Year | Xeloda | Flutamide | Arimidex | Casodex | Lupron | Zoladex | Navelbine | Hycamtin | Gemzar | Taxotere | Camptosar | Protease Inhibitors (HIV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ 1,000 | $ 1,200 | $ 1,240 | $ 1,600 | $ 1,800 | $ 1,800 | $ 3,000 | $ 4,200 | $ 4,500 | $ 5,100 | $ 6,600 | $ 4,000 |

HIGHLY CONFIDENTIAL

1/22/01

24

ABBT 0012959

# Ex-US Sales Force and Promotion Estimates

- Sales Force
  - Approximately 4000 oncologists in Europe; 50% high prescribers and 50% low prescribers
    - 10 visits/year for high prescribers and 8 visits/year for low prescribers
    - Total 20000 visits/year for all high prescribers and 16000 visits/year for all low prescribers
    - Each rep makes 6 visits/day for 240 days; total visits/rep/year is 144
    - Number of reps required is 25 at $100,000/rep
  - Approximately 1000 oncologists in Japan; 50% high prescribers and 50% low prescribers
    - Similar computation as for Europe results in 6 reps at 130,000/rep
  - Sales force costs for ROW estimated at 15% of Europe and Japan
- Promotion
  - Promotional costs determined using Kaletra's launch year estimates as benchmark
  - Promotional costs reduced to 50% of launch year by year 3-year 6 followed by a further reduction to 30% through year 10

**HIGHLY CONFIDENTIAL**

1/22/01

25

ABBT 0012960

# Forecasted US Sales



Estimated Oncology Product Sales
US Base Case

HIGHLY
CONFIDENTIAL

1/22/01

ABBT 0012961

# Forecasted US Sales



Estimated Oncology Product Sales
US Upside

HIGHLY
CONFIDENTIAL

1/22/01

ABBT 0012962



# Forecasted US Sales

Estimated Oncology Product Sales
US Downside

1/22/01

HIGHLY
CONFIDENTIAL

ABBT 0012963

# Forecasted Ex-US Sales



Estimated Oncology Product Sales
Ex-US Base Case

HIGHLY
CONFIDENTIAL

ABBT 0012964

1/22/01

29



# Forecasted Ex-US Sales

Estimated Oncology Product Sales
Ex-US Upside

HIGHLY
CONFIDENTIAL

ABBT 0012965

1/22/01

# Forecasted Ex-US Sales



Estimated Oncology Product Sales
Ex-US Downside

HIGHLY
CONFIDENTIAL

ABBT 0012966

1/22/01

31



# Forecasted WW Sales

Estimated Oncology Product Sales
Worldwide Base Case

HIGHLY
CONFIDENTIAL

ABBT 0012967

1/22/01

32

# Forecasted WW Sales



Estimated Oncology Product Sales
Worldwide Upside

1/22/01

33

HIGHLY
CONFIDENTIAL

ABBT 0012968

# Forecasted WW Sales



Estimated Oncology Product Sales
Worldwide Downside

HIGHLY CONFIDENTIAL     ABBT 0012969

Hendricks Deposition Exhibit 20


P's Exhibit MJ

## Portfolio Analysis of 2001 Abbott Global Pharmaceutical Development Assets

April 20, 2001

4/20/01

1

1

CONFIDENTIAL
ABBT0568798

DEP. EX. NO.

FOR ID., AS OF

## Contents

- Introduction

- Portfolio Analysis Process and Database Content

- Abbott Global Pharmaceutical Development Asset Pool Characterization

- Analysis of Potential Development Portfolios – Issues and Trade-offs

4/20/01                                                                    2

2

CONFIDENTIAL
ABBT0568799



CONFIDENTIAL
ABBT0568800

*Objectives of today's meeting*

- Understand the total Abbott global pharmaceutical asset base with regard to value creation potential, uncertainty profile, phase mix, etc.

- Understand various trade-offs of different funding scenarios with respect to potential value creation, asset utilization, budget implications, etc.

- Provide strategic perspective for final development budget prioritization decisions in early May.

- It is not an objective to recommend one particular funding scenario or decide which projects to fund or not fund.

4/20/01                                                                                    4

4

CONFIDENTIAL
ABBT0568801

*Portfolio Analysis Process and Database Content*

4/26/01

5

CONFIDENTIAL
ABBT0568802

*Assets included in this analysis*

- Included:
  - PPD pharmaceutical assets:  Post-DDC - Phase IV
  - Knoll development projects:
- Not included:
  - HPD pharmaceutical assets
  - AI-specific pharmaceutical assets (Uprima)
  - Knoll Phase IV projects previously included in Knoll's promotional budget.
  - Discovery pre-DDC assets

4/23/01                                                                        6

6

CONFIDENTIAL
ABBT0568803



CONFIDENTIAL
ABBT0568804



CONFIDENTIAL
ABBT0568805



9

CONFIDENTIAL
ABBT0568806



CONFIDENTIAL
ABBT0568807

*We use decision analysis methods to value R&D assets.*

* Allows for the incorporation of uncertainty in asset valuation.

* Provides a common language for comparing relative value between R&D assets.

* Provides a quantitative method for evaluating the relative values and trade-offs between various portfolio options.

4/20/01                                                                     11

11

CONFIDENTIAL
ABBT0568808



CONFIDENTIAL
ABBT0568809

## *Key definitions - project value measures*

- Expected Value (EV):
  - Risk adjusted Net Present Value (NPV) of a project
    - Incorporates base, upside and downside division margin projections.
    - Incorporates technical risk by phase.
    - NPV Division Margin calculated on years 2001-2015.
    - Discount rate = 12.5%
- Expected Commercial Value (ECV):
  - Probability-weighted average of base, upside and downside division margins.
- Productivity Index (PI):
  - Ratio of Expected Value to Expected R&D cost
  - "Bang for the Buck"

4/20/01                                                                    13

13

CONFIDENTIAL
ABBT0568810

*Abbott Global Pharmaceutical Development Asset Pool Characterization*

4/30/01                                              14

CONFIDENTIAL
ABBT0568811





15

CONFIDENTIAL
ABBT0568812



16

CONFIDENTIAL
ABBT0568813



CONFIDENTIAL
ABBT0568814



CONFIDENTIAL
ABBT0568815



CONFIDENTIAL
ABBT0568816

*Therapeutic areas represented in the development asset pool*

- Anti-infectives (anti-bacterials and anti-virals)
- Cardiovascular/Thrombosis
- Gastrointestinal
- Immunoscience
- Metabolic diseases (diabetes, obesity, thyroid)
- Neuroscience
- Oncology
- Pain
- Renal
- Urology

4/29/01                                                                    20

CONFIDENTIAL
ABBT0568817



CONFIDENTIAL
ABBT0568818



CONFIDENTIAL
ABBT0568819



CONFIDENTIAL
ABBT0568820



CONFIDENTIAL
ABBT0568821

*Analysis of Potential Development Portfolios – Issues and Trade-offs*

4/26/01                                                                    25

CONFIDENTIAL
ABBT0568822

*There are various ways to prioritize projects within the portfolio.*

- Expected Value:  Fund projects according to rank order of expected value.

- Productivity Index:  Fund projects by rank order of productivity index.

- Phase Balanced Productivity:  Within each phase, fund most productive projects with objective of achieving product launch consistency.

4/20/01                                                                                                        26

26

CONFIDENTIAL
ABBT0568823

*Phase Balanced Productivity prioritization balances short-term and long-term assets.*

- **Expected Value**
  - Favors late stage development compounds.
  - Selects big development projects over smaller projects.
  - Doesn't ensure most productive use of R&D resources.
  - Not recommended to be used for portfolio prioritization.

- **Productivity Index**
  - Ensures most productive use of R&D resources.
  - Strong bias towards Phase III &IV programs.
  - Late stage bias can result in phase mix imbalance.
  - Used only as productivity benchmark and not as primary portfolio optimization method.

- **Phase Balanced Productivity**
  - Ensures phase mix balance with high productivity.
  - Recommended methodology for portfolio selection, if feasible.

4/20/01                                                                  27

27

CONFIDENTIAL
ABBT0568824

### Phase Balanced Productivity Prioritization

**Objective:** Fund projects to achieve optimal phase mix to ensure product launch consistency over time, while maximizing overall R&D investment productivity.

**"Optimal" Phase Mix:** Optimal development phase mix based upon the following factors:

- Technical success probabilities
- 7 year development timeline
- Abbott historical development costs



| | | |
|---|---|---|
| PC | 9% | 6 |
| I | 14% | 4 |
| II | 40% | 6 |
| III | 37% | 4 |

* Based on $ devided budget (Indicator - Indicator Pk-Pk)

**Funding Rules:** Within each phase, fund most productive projects with objective of achieving "optimal" phase mix:

- Ph IV allocation determined and funded separately based on highest PI ranking.
- Determine relative spending by phase to achieve "optimal" phase mix.
- Allocate funds by phase based upon highest PI ranking.
- "Approved" DDC's funded before future DDC's.

4/29/91                                                                29

28

CONFIDENTIAL
ABBT0568825

## Candidate portfolios were evaluated on the basis of multiple value measures.

- Asset utilization
  - Fraction of available NCEs funded by phase
- Expected value realized
- Phase mix
  - Allocation of development budget by phase
  - Number of projects per phase
- Product launch pattern
- Productivity index
- Therapeutic area mix
  - Allocation of development budget by therapeutic area
  - Number of projects by therapeutic area
- Expected sales
  - Short (2004), Medium (2008), and Long (2012) Term
- Future R&D cost implications

4/20/01                                                                  29

29

CONFIDENTIAL
ABBT0568826

> ### Potential portfolios were analyzed across various total 2001 funding levels and Phase IV allocation scenarios.
>
> - The implications of funding decisions were assessed by analyzing the impact of two key variables:
>   - Size of the 2001 Development budget:
>     - Range from $500MM to $650MM
>   - Phase IV allocation:
>     - Range from 15-30% of the Development budget
>
> - These issues were not explicitly considered in this analysis:
>   - Contractual obligations (e.g. Hancock)
>   - Current funding status of projects (2001 plan)
>
> 4/20/01                                                30

30

CONFIDENTIAL
ABBT0568827

*Scenario 1*
  *- Funding Level: $500MM*
  *- Ph. IV Allocation: 20%*
  *- Phase Balanced Productivity Selection*

4/20/01                                                    31

CONFIDENTIAL
ABBT0568828



CONFIDENTIAL
ABBT0568829





33

CONFIDENTIAL
ABBT0568830



CONFIDENTIAL
ABBT0568831

*The main trade-off with this scenario is that two key Phase III assets are not funded.*

* ABT-627 and ABT-773 do not meet the funding threshold:
  – The phase-balancing model limits the Phase III-specific budget.
  – Among Phase III programs, ABT-627 and ABT-773 have the lowest productivity indices:

| | | |
|---|---|---|
| SEGARD | 12.5 | $11.9MM |
| ABT-822 | 8.5 | $10.3MM |
| D2E7 | 7.5 | $99.2MM |
| ABT-627 | 4.3 | $41.8MM |
| ABT-773 | 2.5 | $68.0MM |

The phase-balance model allocates $122MM to Ph III projects ($500MM budget with 20% Ph IV allocation)

Reducing the Ph IV allocation to 15% allows funding of ABT-627 (Ph III budget increased to $156MM).

* Aside from the obvious commercial implications, there are estimated to be $75MM in shut down costs for ABT-627 and ABT-773.

* Funding of all Ph III programs in a phase-balanced portfolio requires an increase in the total development budget to at least $600MM.

4/26/01                                                                                          35

35

CONFIDENTIAL
ABBT0568832

*Key trade-offs with $500MM phase balanced portfolio*

| Pros | Cons |
|------|------|
| • Excellent utilization of pre-Ph. III assets.<br>• More than doubles expected value over 2001 Plan with only a 67% increase in spend.<br>• Average of one product launch per year over next 6 years. | • Funding is not available for two key Phase III compounds (ABT-627 and ABT-773).<br>• Significant shut-down costs associated with ABT-627 and ABT-773.<br>• At least $600MM would be required to fund ABT-627 and ABT-773 and maintain phase balance. |

4/20/01                                                                36

36

CONFIDENTIAL
ABBT0568833

*Scenario 2*
- *Funding Level: $500MM*
- *Ph. IV Allocation: 20%*
- *Ph. III Biased Selection (requires all*
  *Ph. III projects to be funded)*

4/20/01                                37

37

CONFIDENTIAL
ABBT0568834



38

CONFIDENTIAL
ABBT0568835





CONFIDENTIAL
ABBT0568836



CONFIDENTIAL
ABBT0568837



CONFIDENTIAL
ABBT0568838





42

CONFIDENTIAL
ABBT0568839



CONFIDENTIAL
ABBT0568840



CONFIDENTIAL
ABBT0568841

*Scenario 3*
   - *Funding Level: $600MM*
   - *Ph. IV Allocation: 20%*
   - *Ph. III Biased Selection (requires all*
      *Ph. III projects to be funded)*

4/20/01                                                        46

CONFIDENTIAL
ABBT0568842



CONFIDENTIAL
ABBT0568843





CONFIDENTIAL
ABBT0568844



CONFIDENTIAL
ABBT0568845



CONFIDENTIAL
ABBT0568846





50

CONFIDENTIAL
ABBT0568847



CONFIDENTIAL
ABBT0568848

**Portfolio Scenario Trade-Off Summary**

| | | | | |
|---|---|---|---|---|
| | $4.5 B | $8.4 B | $10.4 B | $11.1 B |
| | 4.0 | 4.7 | 7.2 | 4.8 |
| | Poor | Good | Poor | Good |
| | Post 2005 decline | Consistent through 2008 | Post 2005 decline | Consistent through 2008 |
| | Within 10% growth target | Within 10% growth target | Within 10% growth target | Significant |
| | Productive Ph.IV programs not funded | Key Ph.III Programs Not Affordable | Utilization of unfunded 2001 assets | Development budget rises to $825MM by 2003 |

4/20/01                                                                                        52

CONFIDENTIAL
ABBT0568849

**BACKUPS**

4/20/01                                                53

53

CONFIDENTIAL
ABBT0568850

**2001-2002 R&D Costs for John Hancock Compounds**

| Compounds | | 2001 Costs ($MM) | 2002 Costs ($MM) Nominal | Expected |
|---|---|---|---|---|
| ABT-773 | Ketolide Tablet | 68.0 | 61.3 | 61.3 |
| ABT-773 | Ketolide IV | 7.5 | 8.8 | 4.4 |
| ABT-627 | Endothelin | 41.8 | 50.0 | 50.0 |
| ABT-594 | Neuro Pain | 17.2 | 58.4 | 28.5 |
| ABT-510 | TSP | 10.5 | 22.5 | 19.1 |
| ABT-462 | Oxinolone Tablet | 21.6 | 67.7 (1) | 48.7 |
| ABT-518 | MMPI | 9.4 | 38.1 | 28.6 |
| ABT-751 | Anti-Mitotic | 8.4 | 31.1 (2) | 12.4 |
| ABT-XXX | FTI | 2.0 | 19.0 | 9.4 |
| ABT-XXX | Dopamine Receptor Agonist | 6.0 | 19.0 (3) | 9.4 |
| | **Total** | 212.3 | 367.9 | 268.6 |

Blue Text signifies unfunded programs in the $800MM Phase Balanced Ph IV 25% portfolio.

Green Text signifies programs funded in each portfolio.

Red Text signifies unfunded programs in the $400MM PNS Size Ph IV 30%, portfolio.

All Hancock programs funded in the $900MM PNS Size Ph IV 25% portfolio.

(1) ABT-462 expense excludes $8MM milestone payment to Wakunaga.

(2) ABT-751 expense excludes $2MM milestone payment to Eisai.

(3) Dopamine Receptor Agonist uses Abbott historical development costs and assumes initiation of Phase I in 2002.

4/29/01

54

54

CONFIDENTIAL
ABBT0568851



CONFIDENTIAL
ABBT0568852

### 2001 Costs Assuming Project Discontinuation in May '01

| ($ Millions) | $400MM Phase Balanced | $500MM Phase Biased | $600MM Phase Biased |
|---|---|---|---|
| ABT-773 | 60 | .. | .. |
| ABT-627 | 15 | . | . |
| Daruserian | .. | 10 | 10 |
| ABT-492 | .... | 9 | .. |
| Sibutramine: Japan | 7 | 7 | 7 |
| ABT-518 | . | 5 | .. |
| ABT-751 | . | 4 | . |
| Depakote: Elderly Agitation | 2 | 2 | 2 |
| Sibutramine: Binge & Bulimia | 2 | 2 | 2 |
| ALU-224 | | 2 | |
| Omnicet: Otitis Media | ... | 2 | 2 |
| Depakote: ER 250mg | 1 | 1 | 1 |
| Gengraf: PREFER | 1 | 1 | 1 |
| ABT-089 | | 1 | 1 |
| BSF 201640 | n/a | n/a | |
| Clivarina: Cardio | n/a | n/a | n/a |
| Dilaudid | n/a | n/a | |
| Hydrocodone | n/a | n/a | n/a |
| Total | 25 | 46 | 26 |

4/20/01                                                                                     56

CONFIDENTIAL
ABBT0568853





57

CONFIDENTIAL
ABBT0568854



CONFIDENTIAL
ABBT0568855



CONFIDENTIAL
ABBT0568856





60

CONFIDENTIAL
ABBT0568857

Pipeline by Therapeutic Area (1)

### Pipeline by Therapeutic Area (2)

| | Discovery | Phase I | Phase II | Phase III | Regulatory/Approval |
|---|---|---|---|---|---|
| Neuroscience | | • ABT-089 | • REF201640<br>• SLF180650 | | • Depakote |
| Oncology | • ABT-828 | • ABT-518<br>• ABT-510<br>• ABT-751 | • ABT-627 (non-PCA) | • ABT-672 (PCA) | |
| Pain | | • ABT-863 | • ABT-594 | | • Hydrocodone/Ibuprofen<br>• Lidoderm<br>• Vicoprofen? |
| Renal Care | | | • PEG Hirudin | | |
| Urology | • ABT-896 | | | | |

Actual programs in blue; Knoll programs in red

4/20/01    62

CONFIDENTIAL
ABBT0568859



CONFIDENTIAL
ABBT0568860



CONFIDENTIAL
ABBT0568861



CONFIDENTIAL
ABBT0568862





CONFIDENTIAL
ABBT0568863





CONFIDENTIAL
ABBT0568864



CONFIDENTIAL
ABBT0568865





CONFIDENTIAL
ABBT0568866



CONFIDENTIAL
ABBT0568867



CONFIDENTIAL
ABBT0568868



CONFIDENTIAL
ABBT0568869

*Appendix*

April 26, 2001

4/26/01                                                                                73

CONFIDENTIAL
ABBT0568870

*Project Attributes by Therapeutic Area*

- Project attributes displayed include:
  - Expected commercial value (ECV)
  - Nominal R&D costs to launch
  - Upside and downside NPV assessment assuming launch

CONFIDENTIAL
ABBT0568871



CONFIDENTIAL
ABBT0568872



CONFIDENTIAL
ABBT0568873



CONFIDENTIAL
ABBT0568874



78

CONFIDENTIAL
ABBT0568875



CONFIDENTIAL
ABBT0568876



CONFIDENTIAL
ABBT0568877



CONFIDENTIAL
ABBT0568878



CONFIDENTIAL
ABBT0568879



CONFIDENTIAL
ABBT0568880



CONFIDENTIAL
ABBT0568881



CONFIDENTIAL
ABBT0568882

*Sensitivity of portfolio projects to probability and commercial assessments*

- The expected value and probability of success for all assets are displayed by phase.
- Error bars indicate the change in the assessments of probability or expected commercial value (ECV) to the funding cut off for the Phase III Biased, 20% Phase IV portfolio.

CONFIDENTIAL
ABBT0568883



CONFIDENTIAL
ABBT0568884



CONFIDENTIAL
ABBT0568885



CONFIDENTIAL
ABBT0568886



CONFIDENTIAL
ABBT0568887

*Extras*

4/26/91                                                                91

CONFIDENTIAL
ABBT0568888



CONFIDENTIAL
ABBT0568889



93

CONFIDENTIAL
ABBT0568890





94

CONFIDENTIAL
ABBT0568891



CONFIDENTIAL
ABBT0568892