UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY, | CIVIL ACTION NO. 05-11150-DPW |
| Plaintiffs, | |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

## ABBOTT'S CORRECTED DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS FOR MARILYN J. COLLICOTT

Defendant Abbott Laboratories ("Abbott") respectfully submits the attached corrected

deposition designations and counter-designations for the September 27, 2006 deposition

of Marilyn J. Collicott Clinical Project Manager, ABT-594 Team, Abbott Laboratories.

4498335.1

1

Dated:  February 22, 2008

Respectfully submitted,

ABBOTT LABORATORIES

By:  __/s/ Eric J. Lorenzini_____
        Eric J. Lorenzini

Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
Eric J. Lorenzini *(pro hac vice)*
Ozge Guzelsu *(pro hac vice)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth
Floor
Los Angeles, CA  90071-1560
Tele:  (213) 683-9100

and

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY &
GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com

*Counsel for Abbott Laboratories*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2008.

Date: February 22, 2008

_____ /s/ Ozge Guzelsu _____

4498335.1

3

## Marilyn Collicott Deposition Designations

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 09/27/06 | Collicott, Marilyn | 5:7-6:8 | 8:10-8:13 | 6:14-7:8 <br> 7:19-8:6 | 1 | | l |
| 09/27/06 | Collicott, Marilyn | 8:14-9:20 | | 10:3-10:7 <br> 10:11-10:17 | | | |
| 09/27/06 | Collicott, Marilyn | 11:19-12:19 | | | | | |
| 09/27/06 | Collicott, Marilyn | 14:5-14:24 | | | | | |
| 09/27/06 | Collicott, Marilyn | 15:2-15:20 | 15:21-16:3 <br> 16:14-17:1 | | | | |
| 09/27/06 | Collicott, Marilyn | 21:7-22:18 | | 18:14-19:10 | | | |
| 09/27/06 | Collicott, Marilyn | 24:4-24:9 | 23:4-23:9 | | | | |
| 09/27/06 | Collicott, Marilyn | 25:10-26:7 | 25:1-25:8 | | | | |
| 09/27/06 | Collicott, Marilyn | 27:11-28:10 | 26:8-26:19 <br> 28:17-29:7 | | | | |
| 09/27/06 | Collicott, Marilyn | 29:9-30:7 | 30:10-30:15 | | | | |
| 09/27/06 | Collicott, Marilyn | 31:5-31:10 | | 31:12-31:19 | | | |
| 09/27/06 | Collicott, Marilyn | 32:22-33:24 | | 45:12-48:5 | | | |
| 09/27/06 | Collicott, Marilyn | 49:20-50:7 | | 50:9-52:17 | | | |
| 09/27/06 | Collicott, Marilyn | 52:18-54:8 | | | | | |
| 09/27/06 | Collicott, Marilyn | 56:1-56:11 | | | | | |
| 09/27/06 | Collicott, Marilyn | 57:2-57:16 | | | | | |

4495731.1

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 09/27/06 | Collicott, Marilyn | 61:21-63:11 | | | | | |
| 09/27/06 | Collicott, Marilyn | 65:9-65:20 | 65:22-66:1 | | | | |
| 09/27/06 | Collicott, Marilyn | 66:17-67:13 | 67:14-68:13 | | | | |
| 09/27/06 | Collicott, Marilyn | 68:15-69:14 | | 69:15-70:21 | | | |
| 09/27/06 | Collicott, Marilyn | 71:21-72:10 | 72:11-73:3 | | | | |
| 09/27/06 | Collicott, Marilyn | 78:8-79:1 | | | | | |
| 09/27/06 | Collicott, Marilyn | 79:20-80:5 | | | | | |
| 09/27/06 | Collicott, Marilyn | 80:24-81:3 | | | 2 | BV | |
| 09/27/06 | Collicott, Marilyn | 82:21-84:10 | 84:17-85:12 | | 2 | BV | |
| 09/27/06 | Collicott, Marilyn | | | 88:10-88:15 | 4 | | GK |
| 09/27/06 | Collicott, Marilyn | | | 89:9-89:13 | 4 | | |
| 09/27/06 | Collicott, Marilyn | | | 90:7-90:12 | | | |
| 09/27/06 | Collicott, Marilyn | | | 98:13-99:8 | | | |
| 09/27/06 | Collicott, Marilyn | | | 99:17-100:8 | | | |
| 09/27/06 | Collicott, Marilyn | | | 100:20-101:10 | | | |
| 09/27/06 | Collicott, Marilyn | 103:12-104:1 | 104:2-104:9 | | 2 | BV | |
| 09/27/06 | Collicott, Marilyn | 105:13-107:14 | 107:16-108:4 109:4-109:21 | | 7 | CE | |
| 09/27/06 | Collicott, Marilyn | 109:24-110:11 | | | 7 | CE | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 09/27/06 | Collicott, Marilyn | 112:10-113:1 | 113:2-113:3 | | 7 | CE | |
| 09/27/06 | Collicott, Marilyn | 115:1-116:18 | 114:19-114:24 119:6-119:8 | | 8 | HQ | |
| 09/27/06 | Collicott, Marilyn | 133:19-134:7 | | | 11 | CR | |
| 09/27/06 | Collicott, Marilyn | 135:2-137:13 | | | 11 | CR | |
| 09/27/06 | Collicott, Marilyn | 145:11-145:16 | | | 15 | DB | |
| 09/27/06 | Collicott, Marilyn | 146:15-148:19 | | | 16 | DD | |
| 09/27/06 | Collicott, Marilyn | | | 151:7-153:9 | 16 | DD | |
| 09/27/06 | Collicott, Marilyn | | | 154:1-154:10 | | | |
| 09/27/06 | Collicott, Marilyn | | | 156:19-157:7 | | | |
| 09/27/06 | Collicott, Marilyn | | | 157:16-158:17 | 18 | | GL |
| 09/27/06 | Collicott, Marilyn | 172:8-173:6 | | | 22 | DU | |
| 09/27/06 | Collicott, Marilyn | 173:13-174:2 | | | 22 | DU | |
| 09/27/06 | Collicott, Marilyn | 176:11-177:17 | | | 23 | IH | |
| 09/27/06 | Collicott, Marilyn | 176:11-177:17 | | | 23 | IH | |
| 09/27/06 | Collicott, Marilyn | 179:17-179:22 | | | 24 | DV | |
| 09/27/06 | Collicott, Marilyn | 180:16-180:23 | | | 24 | DV | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 09/27/06 | Collicott, Marilyn | 182:12-185:9 | | 186:5-187:20 188:8-189:3 190:19-191:7 | 25 | DX | |
| 09/27/06 | Collicott, Marilyn | 193:6-193:17 | | | 26 | 20 | |
| 09/27/06 | Collicott, Marilyn | 195:6-196:22 | | | 27 | ED | |
| 09/27/06 | Collicott, Marilyn | | | 200:3-202:14 | 28 | | LI |
| 09/27/06 | Collicott, Marilyn | 202:15-203:6 | | 203:7-203:16 205:14-206:7 206:14-207:20 | 29 30 | SK | GM |
| 09/27/06 | Collicott, Marilyn | 208:16-209:1 | | | 31 | EK | |
| 09/27/06 | Collicott, Marilyn | 209:14-209:18 | | | 31 | EK | |
| 09/27/06 | Collicott, Marilyn | 209:24-210:24 | | | 31 | EK | |
| 09/27/06 | Collicott, Marilyn | 212:19-213:15 | 214:11-214:19 | | 32 | EL | |
| 09/27/06 | Collicott, Marilyn | 214:20-215:12 | | | 32 | EL | |
| 09/27/06 | Collicott, Marilyn | 216:22-218:11 | | | 29 | SK | |
| 09/27/06 | Collicott, Marilyn | | | 231:1-231:7 | | | |
| 09/27/06 | Collicott, Marilyn | | | 236:12-236:15 | | | |
| 09/27/06 | Collicott, Marilyn | | | 243:10-243:16 | | | |

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 09/27/06 | Collicott, Marilyn | 243:17-244:10 | 244:20-244:22 245:2-245:9 | | 38 | FK | |
| 09/27/06 | Collicott, Marilyn | | | 248:3-250:19 | 39 | | GN |
| 09/27/06 | Collicott, Marilyn | 255:4-257:19 | | | 42 | FV | |
| 09/27/06 | Collicott, Marilyn | | 258:14-259:18 | | | | |
| 09/27/06 | Collicott, Marilyn | 261:3-261:6 | | | | | |
| 09/27/06 | Collicott, Marilyn | 266:6-266:11 | | | 45 | GH | |
| 09/27/06 | Collicott, Marilyn | 269:1-270:24 | 271:1-271:4 | 275:2-275:10 | 45 | GH | |

# Color Key to Deposition Designations

Designation by Plaintiffs

Counter Designation by Defendants

Designation by Defendants

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1              UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3

4    JOHN HANCOCK LIFE INSURANCE      )

5    COMPANY, JOHN HANCOCK VARIABLE   )

6    LIFE INSURANCE COMPANY and       )

7    MANULIFE INSURANCE COMPANY       )

8    (f/k/a/ INVESTORS PARTNER        )

9    INSURANCE COMPANY),              )

10              Plaintiffs,      )  Civil Action No.

11        -vs-                   )  05-11150-DPW

12    ABBOTT LABORATORIES,            )

13              Defendant.       )

14

15

16              THE DEPOSITION OF

17              MARILYN J. COLLICOTT

18

19              September 27, 2006

20

21

22

23

24

1          sworn.)

2                 MARILYN J. COLLICOTT,

3    called as a witness herein, having been first duly

4    sworn, was examined and testified as follows:

5                 EXAMINATION

6    BY MR. DAVIS:

7        Q.   Good morning.

8        A.   Good morning.

9        Q.   Would you state your name, please, for

10   the transcript.

11       A.   Marilyn J. Collicott.

12       Q.   Where do you live, Mr. Collicott?

13       A.   I live in Hales Corners, Wisconsin.

14       Q.   What is the street address?

15       A.   6220 South 121st.

16       Q.   Are you currently employed?

17       A.   Yes.

18       Q.   Where?

19       A.   Abbott Laboratories.

20       Q.   How long have you worked for Abbott?

21       A.   Almost 14 years.

22       Q.   What is your current position at Abbott?

23       A.   Clinical project manager.

24       Q.   How long have you held that position?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      A.    Since about 1998.

2      Q.    Your position is clinical project

3    manager?

4      A.    Project manager.

5      Q.    Is it fair to say that you held that

6    position since 1998 but you worked on various

7    clinical trials since 1998?

8      A.    Yes.

9      MR. DAVIS:  We will mark this as the first

10   exhibit, if we may.

11        We are going to mark exhibits by witness

12   starting with 1.  If we try to do sequentially in

13   this case, it will become a nightmare.

14        (WHEREUPON, a certain document was

15        marked Collicott Deposition Exhibit

16        No. 1, for identification, as of

17        09-27-2006.)

18   BY MR. DAVIS:

19     Q.    Ms. Collicott, you have what has been

20   marked as Exhibit 1.  Would you take a minute, look

21   at that and let me know if that is a copy of your

22   resume at least as of the middle of 2000.

23     A.    Yes.

24     Q.    In this resume -- does this date from

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    May of 2000?

2        MR. PHILLIPS:  "This" being the resume itself.

3        MR. DAVIS:  The resume itself.

4    BY THE WITNESS:

5        A.   I believe it was.

6    BY MR. DAVIS:

7        Q.   Was it accurate at that point in time?

8        A.   Um-hmm.

9        MR. PHILLIPS:  I'm sorry.  You need to respond

10    verbally.  In other words, yes, no.

11        THE WITNESS:  Sorry.

12        MR. PHILLIPS:  Whatever else your verbal

13    response is.

14        THE WITNESS:  No uh-uhs.

15    BY MR. DAVIS:

16        Q.   Actually we will both talk to you about

17    that if the need arises because I can't use the

18    um-hmms either.

19            So, this was accurate as of

20    approximately May of 2000.

21            You noted earlier that your position is

22    clinical project manager.  I note that on this

23    resume that is the last position that you held.  Is

24    it the same position that you hold today?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      A.   Yes.

2      Q.   Have your duties or responsibilities

3    changed in any significant way since 2000?

4      MR. PHILLIPS:  Objection.

5    BY THE WITNESS:

6      A.   Other than trials that I'm working on.

7    BY MR. DAVIS:

8      Q.   Well, as a -- let's take a step back for

9    a moment.

10       What do you do as a clinical project

11   manager?

12       A.   I manage clinical trials everywhere from

13   start-up to closeout and any phase, I through IV.

14       Q.   Have your duties as a clinical project

15   manager changed in any significant way since --

16       A.   No.

17       Q.    -- since, say, 2000?

18          The only other thing I will ask, please

19   let me finish my question so that we will get a

20   clean transcript and our reporter will not pull her

21   hair out.

22          Now, you have the dubious benefit of

23   being one of the first people deposed in this case,

24   which means that you get the pleasure of helping us

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    to define all of the terms that we will be using in

2    this case.  So, excuse me.  Some of these things

3    may seem obvious to you, but it's important that we

4    establish them for the record.

5           So, you mentioned a moment ago clinical

6    trials.  What is a clinical trial?

7        A.    It is a human trial on drugs that have

8    not been approved yet by the Federal Government.

9        Q.    Approximately how many clinical trials

10   have you overseen?

11       MR. PHILLIPS:  Objection; vague.  I'm sorry.

12   Objection.

13   BY THE WITNESS:

14       A.    15.

15   BY MR. DAVIS:

16       Q.    By "overseen" I meant managed.  Is it

17   the same number?

18       A.    I would say 15, yes.

19       Q.    How many of those have been with Abbott?

20       A.    All of them.

21       Q.    Now, looking back again at your resume

22   for a moment, before you worked with Abbott, you

23   worked with a company named Surgitek, is that

24   right?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1     A.   Correct.

2     Q.   What did you do at Surgitek?

3     A.   My last position was acting quality

4     assurance/quality control manager.

5     Q.   Is it true that you moved from Surgitek

6     to Abbott in approximately 1993?

7     A.   Correct.

8     Q.   Why did you leave Surgitek?

9     A.   Surgitek was being sold by Bristol-Myers

10    to another company and they were downsizing.

11    Q.   When you began to work for Abbott your

12    first position was clinical research associate?

13    A.   Correct.

14    Q.   Did you oversee clinical trials in that

15    capacity?

16    A.   I assisted with clinical trials.  I did

17    not manage them.

18    Q.   Was that your first exposure to clinical

19    trials?

20    A.   I was exposed to clinical trials from a

21    quality perspective at Surgitek, but not

22    pharmaceutical trials.

23    Q.   What responsibility did you have for

24    clinical trials while you were at Surgitek?

1          A.    I was aware that they were going on.  I

2     was doing testing in the lab to support regulatory

3     claims.  But I did no conducting of any clinical

4     trials.

5          Q.    So, at Surgitek, for example, you did

6     not -- you did not in fact run any clinical trials?

7          A.    Correct.

8          Q.    And as a clinical research associate at

9     Abbott, did you run clinical trials?

10         A.    Not run them.  I assisted running them.

11    I assisted the manager.

12         Q.    And what duties did you have in

13    assisting the manager?

14         A.    In most cases I was monitoring the

15    clinical trials.  I would have been tracking

16    regulatory documents.  I would have been writing

17    trip reports and assisting with the writing of

18    protocols, resolution of queries.

19         Q.    When is the first time that you actually

20    oversaw or had primary responsibility for running a

21    clinical trial?

22         MR. PHILLIPS:  I'm sorry.  Could you read the

23    question.

24              (WHEREUPON, the record was read

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1          by the reporter as requested as

2          follows:  Q.  When is the first

3          time that you actually oversaw or

4          had primary responsibility for

5          running a clinical trial?)

6     BY THE WITNESS:

7          A.   To the best of my knowledge, I would say

8     that was probably about 1998, 1997.

9     BY MR. DAVIS:

10         Q.   There are different phases of clinical

11    trials, is that correct?

12         A.   That's correct.

13         Q.   Have you managed or overseen Phase I

14    clinical trials?

15         A.   Yes.

16         Q.   Phase II clinical trials?

17         A.   Yes.

18         Q.   Phase III clinical trials?

19         A.   Yes.

20         Q.   Even within the various phases, there

21    are subphases, is that right?

22         A.   Phase IIb, yes.

23         Q.   What is the difference between, say, a

24    Phase IIa and a Phase IIb trial?

1     Q.   The CV that we have already marked as

2     Exhibit 1, this accurately describes your

3     educational background?

4     A.   Correct.

5     Q.   You have a B.A. in chemistry and

6     biology?

7     A.   Correct.

8     Q.   Do you have any additional education,

9     formal education, beyond the B.A.?

10     A.   No.

11     Q.   Have you attended any other training

12     courses or graduate programs even if you haven't

13     obtained a degree?

14     A.   No.

15     Q.   How did you get your training to

16     operate, run clinical trials?

17     A.   I was mentored and as you start as a

18     clinical research associate, you learn the ropes.

19     You become a senior research associate where you

20     get more responsibility and then a clinical project

21     manager.  So, it's growing into the job.

22     Q.   Was it training that you received at

23     Abbott?

24     A.   Yes.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1       Q.    Did you take any -- strike that.

2             Did Abbott provide you with any formal

3       courses or materials for purposes of training you

4       to run clinical trials?

5             A.    Yes.

6             Q.    What materials?

7             A.    They would have been training courses

8       that I would have attended, not only at Abbott,

9       sponsored by Abbott, or have gone to conferences,

10      scientific meetings.

11            Q.    You have on occasion taken training

12      courses that have been run by or sponsored by

13      Abbott?

14            A.    Yes.

15            Q.    Specific to operating clinical trials?

16            A.    Yes.

17            Q.    What's the last time you took a course

18      of that nature?

19            A.    I would say probably within the last

20      year or two.

21            Q.    What was that -- what did that course

22      entail?

23            A.    Understanding GCPs.

24            Q.    What are GCPs?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      A.   Good clinical practice.

2      Q.   Who within Abbott gives the courses?

3      A.   That would be our training department.

4      Q.   Is there someone responsible that you're

5    aware of in charge of the training department?

6      A.   I couldn't tell you the name.

7      Q.   Do you know anyone who works within

8    Abbott's training department?

9      A.   Sandra Cox.

10     Q.   Do you know her title?

11     A.   No.

12     Q.   Does she work at Abbott Park?

13     A.   Yes.

14     Q.   Approximately how many Abbott training

15   courses have you taken?

16     A.   Since?

17     Q.   Since you started work at Abbott.  Best

18   you recall.

19     A.   I would say 20 to 30.

20     Q.   Were all of those courses on having

21   something to do with clinical trials?

22     A.   No.

23     Q.   Approximately how many of them had

24   something to do with clinical trials?

1      A.   I'd say about two-thirds.

2      Q.   Have you yourself given -- ever given

3   any training courses on clinical trials?

4      A.   I've mentored but I have not given

5   training courses.

6      Q.   When you say you have mentored, what do

7   you mean?

8      A.   I have mentored new hires, CRAs, people

9   that report to me.

10     Q.   Who is your current superior, immediate

11  superior at Abbott?

12     A.   Susan Glad Anderson.

13     Q.   What is her position?

14     A.   She is assistant director.

15     Q.   Of?

16     A.   Of -- I'm sorry.  I believe it's

17  associate director.  I get those mixed up.  Just --

18  it's just the title associate director, like

19  clinical project manager.

20     Q.   Take a step back for a second and talk

21  about the structure here.  You are a clinical

22  project manager.  Do you fall within some

23  department at Abbott?

24     A.   Yes.

1    Q.   What is the department?

2    A.   Immunoscience.

3    Q.   And so you are running clinical trials

4    on immunopharmaceuticals or compounds, is that

5    right?

6    A.   Correct.

7    MR. PHILLIPS:  Objection; vague.  Well, I'm

8    just trying to make sure we are talking about --

9    what time period we are talking about.

10   MR. DAVIS:  Currently.

11   BY THE WITNESS:

12   A.   Currently, yes.

13   BY MR. DAVIS:

14   Q.   Is there one -- within Abbott, is there

15   one overarching clinical trial division or

16   organization?

17   A.   Global pharmaceutical research and

18   development.

19   Q.   Within global pharmaceutical research

20   and development, are there different sort of

21   pillars or various subgroups that focus on

22   different aspects of healthcare?

23   A.   Yes.

24   Q.   For example, there is one on oncology,

1    is that right?

2        A.    Correct.

3        Q.    Another on immuno products, is that

4    right?

5        A.    Immunoscience, correct.

6        Q.    That is the one you currently work in?

7        A.    Correct.

8        Q.    What are the others?

9        A.    Neuroscience, antiviral, renal.  There

10    is probably some others.

11        Q.    Have you worked with -- within -- what

12    are those called, by the way?  Are they divisions?

13        A.    Groups now.  I believe they're called

14    just groups.  Immunoscience group, neuroscience

15    group.

16        Q.    Have you worked in other groups in the

17    past?

18        A.    Yes.

19        Q.    How many other groups have you worked

20    in?

21        A.    Four -- five.

22        Q.    Which ones?

23        A.    When I first started, immunology, then

24    oncology, neuroscience.  I did a bit of work in

1      Q.    And depending on what programs are

2    available and what interests you, you make a

3    determination where you go, is that right?

4      A.    I could choose to stay.  There may be

5    other programs within my group I can move to.  If

6    there is not, then I would find another group.

7      Q.    At one point in time you worked on a

8    clinical trial involving a compound named ABT-594,

9    correct?

10      A.    Yes.

11      Q.    What group was that within?

12      A.    At that time it was the analgesia

13    venture.

14      Q.    What was the analgesia venture?

15      A.    That was -- at one time Abbott was

16    divided into venture groups.  That has since

17    changed.  Now it would be the neuroscience group.

18    But at that time Abbott was doing a venture system.

19      Q.    What is the difference between a venture

20    system and a group system, if you know?

21      A.    Just the way it's organized.

22      Q.    Was the analgesia venture disbanded by

23    Abbott at some point in time?

24      A.    Yes.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    Q.   When?

2    A.   I'm trying to think.  Probably around --

3    let's look here when I went to oncology.  Around

4    1999.

5    Q.   Why?

6    A.   The program was stopped.

7    Q.   Did the program consist of more than one

8    compound?

9    A.   I don't recall.  I don't recall.

10    Q.   Did you work on more than one clinical

11    trial involving ABT-594?

12    A.   Yes.

13    Q.   And if I refer in the course of the

14    deposition here today to 594, you understand I'm

15    referring --

16    A.   Yes.

17    Q.   -- to ABT-594?

18    A.   Correct.

19    Q.   How many clinical trials involving 594

20    did you work on?

21    A.   Can you clarify if that's a trial that

22    actually got up and running or is it a trial that I

23    started?

24    Q.   Any -- let's take a step back again.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    The different clinical trials that you have worked

2    on within Abbott have trial numbers, is that right?

3        A.   That's correct.

4        Q.   What is the -- what's the numbering

5    system that Abbott uses for its clinical trials?

6    Can you describe it, please?

7        A.   Certainly.  It's an M number followed by

8    the year and then a sequential number that's given

9    out by central office.

10       Q.   What does the M mean, if you know?

11       A.   I don't know.

12       Q.   All clinical trials within Abbott begin

13   with an M?

14       A.   Most of them.

15       Q.   So, if we had a trial that was M99, we

16   know that is a clinical trial that began in the

17   year '99?

18       A.   It would have been the time that we

19   applied for the number.  The trial may not have

20   actually started in '99.  It could have been 2000.

21       Q.   Then again it's followed by a --

22   typically a three-digit number?

23       A.   Three-digit number.

24       Q.   And those are just given out

1    sequentially within Abbott depending on which

2    trials start first?

3        A.    When you apply for the number.

4        Q.    How many trials with separate and

5    distinct trial numbers did you work on with respect

6    to 594?

7        A.    Three.

8        Q.    What trials were those?

9        A.    M98-826, M99-114, M99-115.

10        Q.    Now, what was the M98-826 trial?  What

11    did that involve?

12        A.    Osteoarthritis.

13        Q.    Did that involve administering 594 to

14    subjects or patients to determine its effect on

15    their osteoarthritis?

16    MR. PHILLIPS:  Objection.

17    BY THE WITNESS:

18        A.    It would have been a safety and efficacy

19    trial for OA.

20    BY MR. DAVIS:

21        Q.    What phase was it?

22        A.    II I believe.

23        Q.    Phase IIa or Phase IIb?

24        A.    I just know it as a II.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.   What is the difference between -- what

2    is a Phase I trial?

3      A.   First time in man.

4      Q.   Typically what are you looking for when

5    you run a Phase I trial?

6      MR. PHILLIPS:  Objection.

7    BY THE WITNESS:

8      A.   Safety.

9    BY MR. DAVIS:

10     Q.   What is the -- the Phase II -- a

11   Phase II trial, what does that entail?

12     MR. PHILLIPS:  Objection.

13   BY MR. DAVIS:

14     Q.   Typically.

15     MR. PHILLIPS:  Excuse me.  Objection.

16   BY THE WITNESS:

17     A.   Safety and efficacy, dose ranging.

18   BY MR. DAVIS:

19     Q.   Three things typically?

20     MR. PHILLIPS:  Objection.

21   BY THE WITNESS:

22     A.   Depends on the trial.

23   BY MR. DAVIS:

24     Q.   Typically when you have run Phase II

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    trials, you've been looking at safety, correct?

2        A.    Correct.

3        Q.    Efficacy?

4        A.    Correct.

5        Q.    And also trying to determine the

6    appropriate dosing?

7        A.    Correct.

8        Q.    And by safety, we mean whether it's just

9    safe to administer this drug to a human being, is

10    that right?

11        MR. PHILLIPS:  Objection.

12        MR. DAVIS:  I will withdraw the question.

13    BY MR. DAVIS:

14        Q.    How do you describe safety?  What do you

15    mean by safety?

16        A.    Adverse event profile.

17        Q.    What do you mean by "adverse event

18    profile"?

19        A.    Adverse events associated with the drug.

20        Q.    What is an adverse event?

21        MR. PHILLIPS:  Objection.

22    BY MR. DAVIS:

23        Q.    You understand here I'm asking for your

24    understanding of all of these terms.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      A.   Correct.  I'm trying to think of the

2  best way to say it.

3      Q.   And you are familiar with these terms,

4  correct?

5      A.   Yes.

6      Q.   If at any point in time I use a term

7  that you are not familiar with, please just tell me

8  that.  Do you understand that?  Are you agreeable

9  with that?

10     A.   Yes.

11     Q.   Going back to the question.

12          What is an adverse event?

13     A.   It would be a sign or a symptom that may

14  need to be treated or may not.  It's any complaint

15  the patient has regarding their health.

16     Q.   Are adverse events in the course of

17  clinical trials generally regarded as undesirable?

18     MR. PHILLIPS:  Objection.

19  BY THE WITNESS:

20     A.   I don't think that -- no.

21  BY MR. DAVIS:

22     Q.   Why are they called adverse events?

23     MR. PHILLIPS:  Objection.

24  BY THE WITNESS:

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1     A.   I didn't name it.

2   BY MR. DAVIS:

3     Q.   So, when you say that you're looking for

4   adverse events when you are checking the safety of

5   a drug in a clinical trial, are you looking for

6   adverse events that could cause you to believe the

7   drug is unsafe?

8     MR. PHILLIPS:  Objection.

9   BY THE WITNESS:

10     A.   Among other things.

11   BY MR. DAVIS:

12     Q.   I need to understand from you what it is

13   that you are looking for by way of safety when you

14   run a clinical trial.

15     MR. PHILLIPS:  Objection.

16   BY MR. DAVIS:

17     Q.   You said you're looking for adverse

18   events, is that right?

19     A.   Correct.

20     Q.   Anything else, in terms of safety?

21     A.   In terms of safety.  Adverse events is a

22   big term.  It could be lab values.  There is

23   different types of adverse events.  There is

24   serious adverse events and adverse events.

1      Q.   So, there are different types -- you

2    said there are different types of adverse events.

3    Meaning serious adverse events are what?

4      A.   We have a definition in our protocols

5    that states what are serious adverse events.  I --

6    I couldn't -- hospitalization, death, among other

7    things.  And I can't recall all -- right off the

8    top of my head.

9      Q.   You made reference to protocols.  What

10   is a protocol?

11     A.   That is the template by which a study is

12   run.

13     Q.   In your experience who typically drafts

14   the protocols for the clinical trials that you've

15   worked on?

16     A.   It's a group effort.

17     Q.   Do you participate in the drafting?

18     A.   I do.

19     Q.   Are you the primary author of the

20   clinical trial protocols on trials that you've

21   managed?

22     A.   By primary author, I am the person that

23   would compile it, but I would not necessarily be

24   the person -- I wouldn't be the person who wrote

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1   the statistics section or anything like that.  I

2   would be the primary compiler.

3       Q.   In your capacity as a manager of

4   clinical trials, is one of your duties to take

5   responsibility for seeing that the protocol is

6   compiled and created?

7       A.   Yes.

8       MR. PHILLIPS:  Objection.

9   BY MR. DAVIS:

10      Q.   What does the protocol describe?

11      A.   The protocol describes the background,

12  the objectives of the trial, how the trial is done,

13  how the data is to be collected.

14      Q.   Anything else?

15      A.   How the data is to be analyzed.

16      Q.   Is it fair to say the protocol is

17  essentially the roadmap for the clinical trial?

18      MR. PHILLIPS:  Objection.

19  BY THE WITNESS:

20      A.   Among other things.

21  BY MR. DAVIS:

22      Q.   What I said is accurate?

23      MR. PHILLIPS:  Objection; misstates the

24  testimony.

1      MR. DAVIS:  Trying to clarify the testimony.

2    BY THE WITNESS:

3      A.   Could you say again?

4    BY MR. DAVIS:

5      Q.   Yes, sure.  Would it be fair to say that

6    the protocol is essentially the roadmap for the

7    clinical trial?

8      MR. PHILLIPS:  Objection.

9    BY THE WITNESS:

10     A.   Well, it certainly is the plan.

11   BY MR. DAVIS:

12     Q.   Now, going back to the different phases.

13   You said that the three things you are looking for

14   in Phase II are safety, efficacy and also

15   appropriate dosing typically.

16       What are you looking for in Phase III?

17     A.   Phase III are trials that include a

18   greater number of subjects, again, safety and

19   efficacy.

20     Q.   Is there a difference between a

21   Phase III trial and a Phase II trial?

22     MR. PHILLIPS:  Objection.

23   BY MR. DAVIS:

24     Q.   In your experience.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      A.   Size.

2      Q.   Anything else?

3      A.   No.

4      Q.   To your knowledge is it necessary for a

5   pharmaceutical compound to go through Phase I,

6   Phase II and Phase III trials in order to be

7   approved by the FDA?

8      MR. PHILLIPS:  Objection.

9   BY THE WITNESS:

10      A.   That would be a regulatory answer.  I'm

11   not regulatory.

12   BY MR. DAVIS:

13      Q.   You don't know?

14      A.   I don't know.

15      Q.   Have you ever worked on a compound that

16   went directly from Phase II into a new drug

17   application to the FDA?

18      A.   I don't recall.

19      Q.   You don't recall ever having that

20   happen?

21      A.   Correct.

22      Q.   You mentioned a moment ago that you

23   worked on a clinical trial M99-114.  What trial was

24   that?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      A.   That was the diabetic neuropathy trial.

2      Q.   Involving 594?

3      A.   Yes.

4      Q.   Approximately when was it that you

5   worked on that particular trial?

6      A.   '99.

7      Q.   Did you work on it beyond '99?

8      A.   More than likely, yes.  I don't know the

9   exact dates.

10      Q.   What were your duties and

11   responsibilities with respect to that -- that

12   trial?

13         And by "that trial," I mean the 114

14   trial.  If I refer to it as the 114 trial, you know

15   what I'm referring to, is that right?

16      A.   Yes.  Duties and responsibilities would

17   include managing the trial and that includes

18   managing the CRO, contract research organization,

19   troubleshooting the sites when they call and have

20   questions regarding the protocol, answering those

21   questions, making sure the data is captured and is

22   clean.

23      Q.   Anything else?

24      A.   Those are the main.

1     Q.    You made reference earlier today that

2     part of your responsibilities as clinical project

3     manager include start-up of the trial.  What does

4     that entail?

5     A.    That entails hiring vendors, choosing

6     vendors, CROs, central labs.  It entails

7     coordinating the protocol, writing informed

8     consent, choosing investigators, training

9     investigators.  Everything it takes to get a study

10     up and running.  Getting regulatory documents in,

11     shipping drug.

12     Q.    You also made reference to closeout or

13     closing out a clinical trial.  What does that

14     typically entail?

15     A.    That typically entails pulling the CRFs,

16     case report forms, sending them -- having them sent

17     in, doing final drug accountability, cleaning the

18     database.

19     Q.    Anything else?

20     A.    That's what -- no.

21     Q.    What do you mean, "cleaning the

22     database"?

23     A.    A case report forms come in.  There may

24     be incorrect information on them, not incorrect,

1    but blanks or items that don't make sense and

2    queries are sent out to the site to correct.

3    Investigator signs off on it, comes back in, an

4    addenda is made and all this is done prior to

5    opening the database.

6        Q.    When you say "opening the database,"

7    what do you mean?

8        A.    Unlocking.  Unblinding.

9        Q.    What does it mean to unblind a database?

10       A.    To unblind the database is to know what

11   the subject was taking so that statistical analysis

12   can be done.

13       Q.    So, unblinding means at that point in

14   time the people who are running the trial can look

15   at and determine precisely what it was -- what

16   compound or placebo or whatever material a

17   particular patient was taking, is that right?

18       A.    Correct.

19       MR. PHILLIPS:  Objection.

20   BY THE WITNESS:

21       A.    And the database is locked after it's

22   cleaned and it's not unblinded until it's locked.

23   BY MR. DAVIS:

24       Q.    By "locked" means that no one else can

1    make further changes to the database?

2        A.   Correct.

3        Q.   In your experience when is a typical --

4    when is a clinical trial typically regarded as

5    having ended?

6        MR. PHILLIPS:  Objection.

7    BY THE WITNESS:

8        A.   I guess it depends on which group you're

9    talking of.  For me it's ended when the database

10   locks.

11   BY MR. DAVIS:

12       Q.   Do you typically participate in the

13   analysis of the data once the database has been

14   locked and unblinded?

15       A.   I do not.

16       Q.   Is the end of a clinical trial in your

17   view the same as ending enrollment in the clinical

18   trial?

19       MR. PHILLIPS:  Objection.

20   BY THE WITNESS:

21       A.   No.

22   BY MR. DAVIS:

23       Q.   What does it mean to end enrollment in a

24   clinical trial?

1      A.   No further patients are randomized.

2      Q.   Does that mean that no additional

3   subjects or patients will be added to the clinical

4   trial?

5      A.   Yes.

6      Q.   We already talked for a few minutes

7   about adverse events.  Your testimony is that

8   adverse events can be positive and negative with

9   respect to a clinical trial, is that right?

10      MR. PHILLIPS:  Objection; mischaracterizes the

11   testimony.  Well, objection.

12      MR. DAVIS:  You can state the word

13   "Objection."  That would be appreciated.

14      MR. PHILLIPS:  I beg your pardon?

15      MR. DAVIS:  If you could just state the word

16   "Objection," that would be appreciated.  We went

17   through this earlier and if you think that there is

18   further clarification necessary, I'd be more than

19   happy to ask for it but the word "Objection" will

20   suffice.

21      MR. PHILLIPS:  Mr. Davis, I will proceed in

22   depositions as I think appropriate and I don't need

23   instruction from you.  So, thank you very much.

24      MR. DAVIS:  I will just point out again that

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    our practice in Massachusetts is that if you go and

2    state more than the word "Objection," you are

3    obstructing the deposition and I will stand by that

4    local practice.

5         So I ask you, please, if you have an

6    objection, you may state it.  State the word

7    "Objection."  But please do not state the basis for

8    your objection.

9         MR. PHILLIPS:  I will do exactly as I feel is

10    appropriate and I'm sure that I will comply with

11    the local rules, Mr. Davis.  Again, please do not

12    lecture me.

13         MR. DAVIS:  I'm not lecturing you.

14         MR. PHILLIPS:  Okay.  Let's proceed with the

15    deposition.

16         MR. DAVIS:  I made a request.

17         MR. PHILLIPS:  Fine.  I heard your request.  I

18    will try to abide by it when possible.

19    BY MR. DAVIS:

20      Q.   Ms. Collicott, what do you understand to

21    be adverse events?

22        MR. PHILLIPS:  Objection.

23    BY THE WITNESS:

24      A.    An adverse event can be anything from a

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    runny nose to a death and anything in between.

2    BY MR. DAVIS:

3        Q.    Is an adverse event in your experience a

4    desired outcome of a clinical trial?

5        MR. PHILLIPS:  Objection.

6    BY THE WITNESS:

7        A.    No.

8    BY MR. DAVIS:

9        Q.    Is it fair to say that in running a

10    clinical trial at Abbott, for example, you're not

11    looking to bring about adverse events, is that

12    right?

13        MR. PHILLIPS:  Objection.

14    BY THE WITNESS:

15        A.    Adverse events occur.  There would be no

16    clinical trial without adverse events.  So, it's

17    part and parcel of running a clinical trial.

18    BY MR. DAVIS:

19        Q.    My question was a little bit different

20    in that you stated you have an objective for a

21    clinical trial, is that right, typically?

22        A.    Yes.

23        Q.    Is it one of the objectives of the

24    clinical trial to bring about adverse events in

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    your experience?

2        MR. PHILLIPS:  Objection.

3    BY THE WITNESS:

4        A.   Objectives of the trial are to determine

5    safety and efficacy.

6    BY MR. DAVIS:

7        Q.   And is it -- have you ever had a

8    clinical trial that you've participated in which

9    one of the objectives of the trial was to bring

10   about adverse events?

11       MR. PHILLIPS:  Objection.

12   BY THE WITNESS:

13       A.   Not to my knowledge.

14   BY MR. DAVIS:

15       Q.   Would it be fair to say that you would

16   be perfectly happy if you run a clinical trial and

17   there were no adverse events in the course of that

18   trial?

19       MR. PHILLIPS:  Objection.

20   BY THE WITNESS:

21       A.   I would not be happy.

22   BY MR. DAVIS:

23       Q.   Why not?

24       A.   Because then the trial is run wrong.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1   There is something wrong if there is no adverse

2   events.

3       Q.   Would it be fair to say that in running

4   a clinical trial, the fewer adverse events, the

5   more positive you think that outcome to be?

6       MR. PHILLIPS:  Objection.

7   BY THE WITNESS:

8       A.   I wouldn't say that.  I would say it all

9   depends on the trial.  Having fewer adverse events

10  doesn't necessarily mean a positive trial.

11  BY MR. DAVIS:

12      Q.   And by "positive trial" you mean what?

13      A.   Final results are positive.  Safety,

14  efficacy.

15      Q.   Have been demonstrated?

16      A.   Would have been statistically

17  significantly demonstrated.

18      Q.   Have you heard the term "premature

19  termination" in the course of clinical trials?

20      A.   Yes.

21      Q.   What does that mean?

22      MR. PHILLIPS:  Objection.

23  BY THE WITNESS:

24      A.   It means a patient drops prior to

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    completion of the study.

2    BY MR. DAVIS:

3        Q.   Meaning the patient ceases to

4    participate in the study prior to the date in which

5    the study would call for that patient to cease

6    participation, is that right?

7        MR. PHILLIPS:  Objection.

8    BY THE WITNESS:

9        A.   Correct.

10   BY MR. DAVIS:

11       Q.   Is the -- in your experience is

12   premature termination the same as early

13   termination?

14       A.   Yes.

15       Q.   And to your knowledge, is your

16   understanding of those terms consistent with the

17   way those terms are used within Abbott?

18       MR. PHILLIPS:  Objection.

19   BY THE WITNESS:

20       A.   Yes.

21   BY MR. DAVIS:

22       Q.   Now, I may botch this.  Are you familiar

23   with the term "emesis"?

24       A.   I think you botched it.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.    I wouldn't be shocked.

2      A.    Could you spell it?

3      Q.    E-m-e-s-i-s.

4      A.    Emesis, yes.

5      Q.    I will acknowledge on the record that I

6    botched it.

7          What is emesis?

8      A.    Vomiting.

9      Q.    Have you heard the term "emesis

10   liability"?

11     A.    I have not.

12     Q.    Is emesis an adverse event in a clinical

13   trial?

14     A.    Depends on the clinical trial.

15     Q.    For example, in 594 clinical trials that

16   you participated in, was emesis regarded as an

17   adverse event?

18     MR. PHILLIPS:  Objection.

19   BY THE WITNESS:

20     A.    Yes.  Yes.

21   BY MR. DAVIS:

22     Q.    Have you heard the term "commercial

23   viability" in the context of clinical trials?

24     A.    No.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1        Q.    Just going back over your

2    responsibilities so we have it clearly delineated.

3            Is it fair to say that you help organize

4    the trials, help plan the trials, implement the

5    trials and carry them through to the point where,

6    as you mentioned, the database, the data has been

7    collected, cleaned to the extent possible and the

8    database is locked?

9        MR. PHILLIPS:  Objection.

10   BY THE WITNESS:

11       A.    That's correct.

12   BY MR. DAVIS:

13       Q.    At that point in time would your

14   responsibility with respect to that trial typically

15   be over?

16       A.    Again, it depends on the trial.  Depends

17   on the group.

18       Q.    Typically?

19       A.    Typically it would be over.

20       Q.    At that point in time you would move on

21   to a new project, a different clinical trial, is

22   that right?

23       A.    I may or may not.  It depends on the

24   group.  It depends -- every group has different

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    ideas on how things work.

2        Q.   In your experience is there data

3    available from a clinical trial before it has -- is

4    there data available to the sponsor of the clinical

5    trial before the trial has been unblinded?

6        MR. PHILLIPS:  Objection.

7    BY THE WITNESS:

8        A.   Before it's been unblinded?

9        Q.   Yes.

10       A.   There's blinded data available.

11       Q.   What is blinded data?

12       A.   You may see -- PS report forms are

13   collected.  Lab results are collected.  So you

14   would see information but you would not know

15   anything about the patients, what they were on,

16   what they were randomized to.  You have no idea.

17       Q.   So you don't know what the patients, for

18   example, are taking, is that right?

19       A.   Correct.

20       Q.   But would you know, for example, before

21   a trial is unblinded whether a particular patient

22   has experienced adverse events?

23       MR. PHILLIPS:  Objection.

24   BY THE WITNESS:

1      A.   You would know that.

2   BY MR. DAVIS:

3      Q.   Would you know whether a patient has

4   terminated early?

5      A.   Yes.

6      Q.   So that data is available before the

7   study is unblinded, is that right?

8      A.   Yes.

9      MR. PHILLIPS:  You're speaking typically,

10  Mr. Davis.

11     MR. DAVIS:  Yes.

12  BY THE WITNESS:

13     A.   Typically.

14     MR. DAVIS:  Based on her experience within

15  Abbott.

16  BY THE WITNESS:

17     A.   That's correct.

18  BY MR. DAVIS:

19     Q.   Other terms I just want to ask you

20  about.  Are you familiar with a term

21  "tolerability"?

22     A.   Yes.

23     Q.   What do you understand that to be in the

24  context of a clinical trial?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1       A.   To me it means if a patient can tolerate

2   a drug.

3       Q.   What does it mean to tolerate a drug?

4       MR. PHILLIPS:  Objection.

5   BY THE WITNESS:

6       A.   To tolerate a drug -- I -- can you

7   rephrase that?

8   BY MR. DAVIS:

9       Q.   Yes.  You mentioned a moment ago that to

10  you tolerability means if a patient can tolerate a

11  drug?

12      A.   Um-hmm.

13      Q.   And my question to you is:  What do you

14  mean tolerate a drug?

15      A.   Not have serious adverse events related

16  to the drug.

17      Q.   Is it fair to say that in your

18  experience tolerability, the ability of a patient

19  not to experience adverse events, is a desirable

20  outcome --

21      MR. PHILLIPS:  Objection.

22  BY MR. DAVIS:

23      Q.   -- of a clinical trial?

24      MR. PHILLIPS:  Objection.

1   participated in any clinical trials in which one of

2   the objectives of the trial was to determine

3   whether a particular drug or compound was well

4   tolerated?

5      MR. PHILLIPS:  Objection.

6   BY THE WITNESS:

7      A.   I don't recall.  Not those words.

8   BY MR. DAVIS:

9      Q.   Well, has tolerability ever been --

10  determining tolerability of a drug ever been one of

11  the objectives of a clinical trial in which you've

12  participated?

13     A.   Safety and efficacy.

14     Q.   You regard tolerability as a subset of

15  safety or efficacy?

16     MR. PHILLIPS:  Objection.

17  BY THE WITNESS:

18     A.   I don't know if I would.  It's a very

19  gray area.

20  BY MR. DAVIS:

21     Q.   Is tolerability one of the things that

22  you typically measure in the course of clinical

23  trials?

24     MR. PHILLIPS:  Objection.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    BY THE WITNESS:

2        A.   You measure safety, certainly you

3    measure safety.  I don't know if there would be a

4    term that says we are measuring tolerability.  We

5    are measuring safety.

6    BY MR. DAVIS:

7        Q.   Is tolerability one of the things that

8    you typically keep track of in the course of

9    clinical trials?

10       MR. PHILLIPS:  Objection.

11   BY THE WITNESS:

12       A.   Well, that would be -- that would be

13   somewhat linked to adverse events and we do keep

14   track of adverse events.

15   BY MR. DAVIS:

16       Q.   Do adverse events tell you whether the

17   compound is being tolerated or well tolerated in

18   the course of the trial?

19       MR. PHILLIPS:  Objection.

20   BY THE WITNESS:

21       A.   They may or they may not.

22   BY MR. DAVIS:

23       Q.   Is that what you would look to to

24   determine tolerability?  Would you look to adverse

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    events?

2        MR. PHILLIPS:  Objection.

3    BY THE WITNESS:

4        A.    It would be one of the -- it would be

5    something I would look at.

6    BY MR. DAVIS:

7        Q.    What else would you look at to determine

8    how well tolerated the compound or drug is?

9        MR. PHILLIPS:  Objection.

10   BY THE WITNESS:

11       A.    That would be the main thing.

12   BY MR. DAVIS:

13       Q.    That being adverse events?

14       A.    Adverse events.

15       Q.    Are you familiar with the term

16   "titration"?

17       A.    Yes.

18       Q.    What is your understanding of the

19   meaning of the term "titration" as used in clinical

20   trials?

21       A.    My understanding is titration is being a

22   gradual increase or a decrease of a dose.

23       Q.    Over the course of the trial?

24       A.    Yes.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1     A.   I'm familiar with the acronym.  It's no

2     longer used.  And I don't remember what it means.

3     Q.   Are you familiar with the term

4     "outlicense"?

5     A.   I'm familiar with the term.

6     Q.   Have your responsibilities at Abbott

7     ever involved outlicensing of any compounds?

8     A.   No.

9     Q.   In the context of your work on 594, I

10    just want to ask you the names of some people and

11    ask you what roles they played to your knowledge.

12         Are you familiar with Mr. Bruce

13    McCarthy?

14    A.   Yes.

15    Q.   What role, if any, did Mr. McCarthy play

16    in clinical trials involving 594?

17    MR. PHILLIPS:  It's actually Dr. McCarthy.

18    MR. DAVIS:  That's fine.

19    BY THE WITNESS:

20    A.   Associate medical director.

21    BY MR. DAVIS:

22    Q.   What does that mean?  What were his

23    duties and responsibilities?

24    A.   I couldn't tell you exactly what his

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    duties and responsibilities are.

2        Q.    What did you observe him do with respect

3    to --

4        A.    He was the medical director.

5        Q.    What did the medical director do with

6    respect to clinical trials?

7        MR. PHILLIPS:  Objection.

8    BY THE WITNESS:

9        A.    You know, he worked at a different level

10    than I did.  So, I don't really know what his

11    duties, day-to-day duties were.

12    BY MR. DAVIS:

13        Q.    You have no further knowledge on what

14    his duties were with respect to clinical trials

15    involving 594?

16        A.    No.

17        Q.    Who was your immediate superior on the

18    114 trial?

19        A.    Bruce McCarthy.

20        Q.    One of the things he did was supervise

21    you?

22        A.    Yes.

23        Q.    Did you meet with him periodically?

24        A.    Yes.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.    How frequently in the course of that

2    trial?

3      A.    There would have been a range of times,

4    but I would say as an average, every couple of

5    weeks.

6      Q.    Were these face-to-face meetings?

7      A.    Sometimes.

8      Q.    Were most of the meetings face-to-face

9    meetings?

10      A.    Yes.

11      Q.    In the course of meetings would you

12    report on the status of the clinical trial?

13      A.    Yes.

14      Q.    What things would you tell Mr. McCarthy?

15    What kinds of information would you provide to him

16    in the course of these meetings?

17      A.    If we were in the start-up phase, I

18    would be advising him as to where we were as far as

19    collecting documents, identifying investigators.

20    If it was during the trial, I would have been

21    speaking about enrollment.  I would have contacted

22    him if I had received a call from a site

23    questioning something about the protocol that I

24    didn't know the answer to.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.   Anything else?

2      A.   Not really.

3      Q.   Would you inform him of adverse events?

4      A.   Serious adverse events.  He would have

5    been informed about that.

6      Q.   Did you regard emesis as a serious

7    adverse event in the course of the 114 trial?

8      MR. PHILLIPS:  Objection.

9    BY THE WITNESS:

10     A.   I have to qualify that.  No.  That would

11   not be considered a serious adverse event unless it

12   had met one of our serious adverse event criteria,

13   which would be life threatening, you know.

14   BY MR. DAVIS:

15     Q.   Would you keep Mr. McCarthy advised on

16   the enrollment data?

17     A.   Yes.

18     Q.   Would you keep Mr. McCarthy advised on

19   any premature terminations?

20     A.   I believe so, yes.

21     Q.   Including the rate of premature

22   terminations?

23     A.   I would just have -- we would just

24   generally, say, give an update saying here is our

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    enrollment.  It was mainly the enrollment numbers.

2    That was the most important, not so much the

3    premature terminations, as reaching enrollment

4    numbers.

5        Q.   Is it fair to say that in putting

6    together a clinical trial and creating the

7    protocol, one of the things that would be

8    established would be a target number of subjects or

9    patients for the trial?

10       A.   Yes.

11       Q.   Part of your job was to try to ensure

12   that the trial would reach that appropriate number

13   of subjects or patients?

14       A.   Yes.

15       Q.   Do you have any understanding of what

16   would happen to the trial if you did not reach the

17   targeted number of subjects or patients?

18       MR. PHILLIPS:  Objection.

19   BY THE WITNESS:

20       A.   It depends on the trial.  That happens

21   quite often, not to make enrollment.  How it

22   affects the trial as far as analytically, whatever,

23   I don't know, because that's not my job.

24   BY MR. DAVIS:

1      Q.   You have said you have handled

2    approximately 15 clinical trials.  How many of

3    those have failed to reach the targeted number of

4    subjects or patients?

5      A.   Ooh, I'd say about half.

6      Q.   And how many of those have you ended

7    enrollment early?

8      A.   By ended "enrollment early," do you mean

9    before its scheduled end date or do you mean

10   stopped enrollment early?

11     Q.   Before its scheduled end date.

12     A.   So, how many of the trials that did not

13   meet enrollment did I participate in --

14     Q.   I will rephrase the question.

15     A.   Please do, yeah.

16     Q.   How many clinical trials that you've

17   been responsible for managing did you end

18   enrollment prior to the scheduled end enrollment

19   date?

20     A.   I don't remember exact number, but there

21   have been a few.

22     Q.   The 114 trial was one such trial,

23   correct?

24     A.   I don't remember exactly.  We may have

1    extended the enrollment and then -- there is so --

2    with the clinical trials, we -- this is a general

3    statement -- is we often extend enrollment times

4    and dates to allow to get the patients in that we

5    need.

6            We may have done that, extended the

7    original date, and then ended it early, which

8    technically wouldn't have been early if you looked

9    at the original date, if you know what I'm saying.

10    Q.    Going back to my question.

11    A.    Yes.

12    Q.    Okay.  How many clinical trials that you

13    were involved in at Abbott have you ended

14    enrollment prior to the scheduled enrollment date?

15    MR. PHILLIPS:  Objection.

16    BY THE WITNESS:

17    A.    I don't recall.

18    BY MR. DAVIS:

19    Q.    More than one?

20    A.    I don't recall.

21    Q.    Who was Mr. McCarthy's immediate

22    superior when you were working on the 114 trial?

23    A.    Chris Silber.

24    Q.    Did you periodically meet with

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    Mr. Silber?

2        A.    Yes.

3        Q.    Is he a doctor?

4        A.    Yes.

5        Q.    Did you provide Mr. Silber with an

6    update on the trial?

7        MR. PHILLIPS:  Objection.

8    BY MR. DAVIS:

9        Q.    At these periodic meetings.

10       A.    I may have.

11       Q.    Do you recall whether you did?

12       A.    I don't recall.

13       Q.    For what purpose did you meet with

14   Mr. -- Dr. Silber?

15       A.    Just to touch base.  My main --

16   information from -- to Dr. Silber would have come

17   from Dr. McCarthy.  But --

18       Q.    I'm sorry.  You say your information to

19   Dr. Silber would have come from Dr. McCarthy.  What

20   do you mean?

21       A.    Well, Dr. McCarthy reported to

22   Dr. Silber.  So therefore they would have had

23   one-on-ones.  My meetings with Dr. Silber were not

24   necessarily in the context of the trial.  You know,

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    he was the venture head.  He would touch base with

2    all the people in the department for meetings, see

3    how things were going.

4        Q.   What venture was Dr. Silber the head of?

5        A.   Analgesia.

6        Q.   That analgesia venture that we mentioned

7    earlier this morning?

8        A.   Yes.

9        Q.   Do you know Mr. Michael -- I apologize

10   for butchering this up front -- Biarnesen?

11       A.   Biarnesen.

12       Q.   You do know Mr. Biarnesen?

13       A.   Yes, I do.

14       Q.   Is he a doctor?

15       A.   No.

16       Q.   Did Mr. Biarnesen play any role in any

17   594 clinical trials?

18       A.   He was operations manager.

19       Q.   What are the responsibilities of

20   operations manager?

21       MR. PHILLIPS:  Objection.

22   BY THE WITNESS:

23       A.   I couldn't really tell you what his

24   responsibilities were.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    responsibility for managing that trial?

2        A.   I don't remember.  I don't remember.

3        Q.   How far into the trial was it?

4        A.   I don't remember.

5        Q.   Had they began enrolling patients when

6    you took over responsibility for the trial?

7        A.   I don't remember.  I'm sorry.

8        Q.   You also made reference to an M99-115

9    trial?

10       A.   Yes.

11       Q.   Involving 594?

12       A.   Yes.

13       Q.   Were you in charge of that trial?

14       A.   I was.

15       Q.   And was that trial actually conducted by

16   Abbott?

17       A.   No.

18       Q.   That was a trial that was planned at

19   some point in time but not actually undertaken by

20   Abbott, is that right?

21       A.   Correct.

22       Q.   How far did that trial get?

23       A.   I don't recall.

24       Q.   Did they begin enrolling patients?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    A.   No.

2    Q.   Was there a protocol written?

3    A.   I don't remember.

4    Q.   In your experience is the protocol for a

5    clinical trial an actual written document?

6    A.   Yes, it is.

7    Q.   Was there a written protocol for the 114

8    trial?

9    A.   I don't remember if we got that far.  I

10    don't remember.

11    Q.   For the 114 trial?

12    MR. PHILLIPS:  Listen to the question.

13    THE WITNESS:  I'm sorry.

14    MR. PHILLIPS:  I think you misheard.

15    (WHEREUPON, the record was read

16    by the reporter as requested.)

17    BY THE WITNESS:

18    A.   Oh, I'm sorry.  I did.  I'm sorry.

19    BY MR. DAVIS:

20    Q.   I will ask the question again.

21    Was there a written protocol for the 114

22    trial?

23    A.   Yes.

24    Q.   Did you have a copy of that?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1     A.    Did I have a copy of it?

2     Q.    Yes.

3     A.    While I was working on the trial?

4     Q.    Correct.

5     A.    Yes.

6     Q.    And what did it look like?

7     A.    It looks like a bunch of papers.

8     Q.    Was it a binder of some sort?

9     A.    No, usually not.

10    Q.    How many pages approximately?

11    A.    Can vary, so I don't know for this

12    particular one.

13    Q.    You have no recollection of how many

14    pages that trial was?

15    A.    No.

16    Q.    How thick a document was it?

17    A.    How thick?

18    Q.    Yes.

19    A.    (Indicating.)

20    Q.    About --

21    A.    Half inch, three-quarters of an inch.

22    MR. DAVIS:  Why don't we mark this as the next

23    exhibit, please.

24           (WHEREUPON, a certain document was

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1            marked Collicott Deposition Exhibit

2            No. 2, for identification, as of

3            09-27-2006.)

4        MR. DAVIS:  Greg, you can see the way I

5    typically run my depositions, I will bring a

6    courtesy copy of the exhibit for you.  I'd ask that

7    in depositions that you folks take that you do the

8    same for us if possible.

9        MR. PHILLIPS:  I would assume we intend to do

10   that.

11   BY MR. DAVIS:

12       Q.   Ms. Collicott, you have what has been

13   marked as Exhibit 2.  Would you look at that

14   document for a moment and tell me first if you have

15   seen it before.

16       A.   I don't recall.

17       Q.   As you sit here today do you recall

18   playing any role in helping to develop a -- put

19   together a development plan or an executive summary

20   for ABT-594?

21       A.   I would not.

22       Q.   Did you have any involvement in any

23   Phase I studies for ABT-594?

24       A.   No.

1    Q.   Did you review any data for -- from the

2    Phase I studies for 594 before you participated in

3    any Phase II studies for 594?

4    A.   No.

5    Q.   Would you take a look, please, at the

6    page -- and you are going to see in the documents

7    that each document has what we call a Bates

8    number --

9    A.   Okay.

10   Q.   -- typically in the lower right-hand

11   corner.

12   A.   Okay.

13   Q.   This one begins with ABBT.  Would you

14   look at the Bates number that ends 9030, please.

15   MR. PHILLIPS:  I'm sorry.  I missed the Bates

16   number.

17   MR. DAVIS:  Sure.  It's 9030.

18   MR. PHILLIPS:  Thank you.

19   BY THE WITNESS:

20   A.   Yes.

21   Q.   You should be on a page that is titled

22   at the top "D.2 Registration Trial."  Do you see

23   that?

24   A.   Yes.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    Q.   This is a discussion of Phase I trials

2    involving ABT-594 and if you look in the third

3    paragraph down it says, "For the ABT-594 oral

4    solution."

5        Do you see that paragraph?

6    A.   Yes.

7    Q.   In that paragraph it discusses -- take a

8    moment, please, and read the paragraph and tell me

9    when you're done.

10   A.   Okay.

11   Q.   First, this paragraph indicates that

12   adverse events experienced in a Phase I trial of

13   ABT-594 included dizziness, nausea and vomiting.

14   Do you see that?

15   A.   Yes.

16   Q.   Were those considered adverse events for

17   purposes of any of the Phase II trials that you ran

18   for 594?

19    MR. PHILLIPS:  Objection.

20   BY THE WITNESS:

21   A.   I'm -- were they considered adverse

22   events?

23   Q.   Yes.

24   A.   Because here they are listed as adverse

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    events.

2        Q.    I understand that.  This is the Phase I

3    trial.

4        A.    Oh.

5        Q.    My question is for purposes of your

6    Phase II trials involving 594, did you consider

7    dizziness, nausea and vomiting to be adverse

8    events?

9        A.    Well, it wouldn't be for me to consider,

10   but they were reported as adverse events.

11       Q.    A few moments ago we talked about

12   emesis?

13       A.    Um-hmm.

14       Q.    Emesis is the same as vomiting as far as

15   you know?

16       A.    As far as I know.

17       Q.    In running the 594 Phase II trials, was

18   vomiting, emesis, nausea, were those things that

19   you were particularly sensitive to or looking out

20   for in the course of the trial?

21       MR. PHILLIPS:  Objection.

22   BY THE WITNESS:

23       A.    No.

24   BY MR. DAVIS:

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.   Did you in running any Phase II trials

2    for 594 at Abbott, did you ever have any

3    discussions with anyone at Abbott about concerns

4    that people within Abbott had regarding the

5    tolerability of 594?

6      A.   No.

7      Q.   Never had any discussions on that topic

8    with anybody at Abbott?

9      A.   Not that I recall.

10     Q.   Did you ever hear anyone within Abbott

11   refer to any tolerability problems with 594?

12     A.   Not that I recall.

13     Q.   Are you familiar with a molar extraction

14   study that was conducted with respect to 594?

15     A.   I heard of it.

16     Q.   Did you play any role in that study?

17     A.   I did not.

18     Q.   Did you review any of that data before

19   you participated in any Phase II trials for 594?

20     A.   I did not review it.

21     MR. DAVIS:  Let's mark this as the next

22   exhibit, please, Exhibit 3.

23          (WHEREUPON, a certain document was

24          marked Collicott Deposition Exhibit

1     BY THE WITNESS:

2         A.   I don't -- I don't know for sure

3     because, you know, that's actually done by the

4     Federal Government.

5     BY MR. DAVIS:

6         Q.   Is that consistent with your

7     understanding?

8         A.   I'm not sure.

9         Q.   Okay.

10        MR. DAVIS:  Mark this as the next exhibit,

11     please.

12              (WHEREUPON, a certain document was

13              marked Collicott Deposition Exhibit

14              No. 4, for identification, as of

15              09-27-2006.)

16        MR. PHILLIPS:  Just to be make sure I'm

17     understanding the way in which you intend to mark

18     Deposition Exhibits.  You are going to start a new

19     number with each deposition.

20        MR. DAVIS:  Correct.

21        MR. PHILLIPS:  As opposed to doing all -- all

22     Plaintiff's Deposition Exhibits in order.

23        MR. DAVIS:  Correct.

24        MR. PHILLIPS:  Okay.  Just want to make sure I

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    understand.

2        MR. DAVIS:  When we get to trial, the way the

3    Courts typically ask that we handle it is we put

4    together a list of exhibits and we can number them

5    for purposes of trial.

6        MR. PHILLIPS:  That's fine.  I just wanted to

7    make sure I was understanding what you meant.

8    BY MR. DAVIS:

9        Q.    You have what has been marked as

10   Exhibit 4.  Have you seen this document before?

11       A.    Yes, I have.

12       Q.    What is it?

13       A.    It's an IND annual report.

14       Q.    What is an IND annual report?

15       A.    It's an update to -- to the IND that

16   updates information from a certain time frame, from

17   the previous year.

18       Q.    What's the purpose of the report?

19       A.    I honestly don't know the purpose of the

20   report other than to just update the safety.

21       Q.    Do you understand that these reports are

22   something that pharmaceutical companies that are

23   engaged in development must file with the FDA?

24       MR. PHILLIPS:  Objection.

1    BY THE WITNESS:

2        A.   I can't speak to other companies.  I

3    don't know if it's a federal requirement.

4    BY MR. DAVIS:

5        Q.   Do you know if it's required at all?

6        A.   I don't know.

7        Q.   On the second page of this document,

8    it's got a signature line for you, correct?

9        A.   Yes.

10        Q.   Did you participate in the drafting of

11    this report?

12        A.   I participated in compiling it.

13        Q.   What did you do in that regard?

14        A.   If I could just look through it quickly.

15            I would have pulled together the

16    information for the introduction as to how many

17    open IND's there were, what studies were included

18    in this report.  I would have written the

19    individual study information and I would have just

20    pulled that right from the protocol.  If results

21    were already written in a final report, I would

22    have pulled study results from a final report.

23    Otherwise I would have put it as pending.  I did

24    not write final reports.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1     BY MR. DAVIS:

2         Q.   You don't know one way or the other?

3         A.   I don't.

4         Q.   What does it mean to sign off on a

5     protocol?

6         MR. PHILLIPS:  Objection.

7     BY THE WITNESS:

8         A.   It means that the author and the

9     approvers sign it.

10    BY MR. DAVIS:

11        Q.   Meaning that it's complete?

12        A.   Yes.

13        Q.   A little further down in the same

14    section there is a reference to "M99-114

15    (Neuropathic Pain) investigator meeting."

16        Do you see that?

17        A.   Yes.

18        Q.   It also says target date of February 25,

19    2000, completed?

20        A.   Um-hmm.

21        Q.   Did you conduct an investigator meeting

22    with respect to the 114 trial?

23        MR. PHILLIPS:  Objection.

24    BY THE WITNESS:

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1     A.   Yes.

2     Q.   What is an investigator meeting?

3     A.   It's a meeting where we review the

4   protocol with all the PIs, principal investigators,

5   their coordinators.  If any training needs to be

6   done, explanations on pieces of the protocol, this

7   is done during an investigator meeting.

8     Q.   What is a neuropathic pain?

9   MR. PHILLIPS:  Objection.

10  BY THE WITNESS:

11     A.   It's not my area of expertise so I

12  really don't know.

13  BY MR. DAVIS:

14     Q.   As you sit here today do you have any

15  knowledge of what neuropathic pain is?

16     A.   Nerve ending pain.

17     Q.   You made reference to the investigators.

18  What roles do the investigators play in a clinical

19  trial?

20     A.   They are responsible for running the

21  trial at their site.

22     Q.   Is it fair to say that they are --

23  oftentimes there is more than one investigator for

24  a clinical trial?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      A.   At a site?

2      Q.   No.  More than one investigator.

3      A.   For the entire clinical trial?

4      Q.   Yes.

5      A.   Yes.

6      Q.   And clinical trials oftentimes have work

7   going on at multiple locations, is that right?

8      A.   Yes.

9      Q.   How many different investigation sites

10   did the 114 trial have?

11      A.   I don't recall.

12      Q.   More than ten?

13      A.   More than ten.

14      Q.   How were the sites selected?

15      MR. PHILLIPS:  Objection.

16   BY THE WITNESS:

17      A.   I don't honestly remember how the sites

18   were selected.

19   BY MR. DAVIS:

20      Q.   How are sites typically selected in your

21   experience?

22      MR. PHILLIPS:  Objection.

23   BY THE WITNESS:

24      A.   Key opinion leaders.

1    BY MR. DAVIS:

2        Q.    What do you mean "key opinion leaders"?

3        A.    Experts in the field of whatever we are

4    studying.

5        Q.    What do you mean, experts in the field?

6        A.    Doctors.

7        Q.    But how do they play a role in selecting

8    of --

9        A.    Oh, they don't.  They don't.  We may use

10    them as investigators.  Key opinion leaders.

11        Q.    How do you identify who the key opinion

12    leaders are?

13        MR. PHILLIPS:  Objection.

14    BY THE WITNESS:

15        A.    I don't.  I don't identify.

16    BY MR. DAVIS:

17        Q.    Well, did your duties as project or

18    clinical trial manager include identifying and

19    enrolling investigators for the trial?

20        A.    Not identifying, but working to get them

21    up and running.

22        Q.    Who was -- who within Abbott was

23    responsible for identifying the investigators for

24    the 114 trial?

1   the bottom of the first page it says under "Current

2   Month (April)" --

3        A.   Um-hmm.

4        Q.   -- it says, "First patient enrolled

5   Phase IIb."

6        Do you see that?

7        A.   Yes.

8        Q.   The Phase IIb trial, was that a -- was

9   that the 114 trial?

10       A.   I don't know if that's what they're

11   referring to.

12       Q.   Did you recall that you enrolled the

13   first patient in the 114 trial in or about April of

14   2000?

15       A.   I do not remember.

16       Q.   Is that something that would have been

17   reported to you?

18       A.   When the first patient was enrolled?

19       Q.   Correct.

20       A.   I would have known at the time.  I can't

21   remember now.

22       Q.   How frequently did you track patient

23   enrollment statistics during the course of that

24   trial?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      A.   I tracked patient enrollment weekly.

2      Q.   Did you encounter any problems with

3    patient enrollment in that trial?

4      MR. PHILLIPS:  Objection.

5    BY THE WITNESS:

6      A.   Which trial was that again?

7      Q.   114.

8      A.  I don't recall.  I don't recall.  I have

9    done a lot of trials.

10      Q.   If you take a look at the page of

11    Exhibit 6 that is numbered 4, the Bates number ends

12    4412.

13      A.   Yes.

14      Q.   Under the section under "Patent," do you

15    see "Progress," the very bottom of that section it

16    says, "3 to 5 compounds to be chosen as follow-on

17    to ABT-594 by May 2000.  Of these three to five

18    compounds, one will be chosen in July/August for

19    Quarter 4 2000 DDC."

20        Do you see that?

21      A.   Yes.

22      Q.   First, do you know what a follow-on

23    compound is?

24      A.   No.

1      Q.   Did anyone at Abbott ever talk to you

2   about any follow-on compounds for ABT-594 or

3   potential follow-on compounds?

4      A.   Not that I recall.

5      Q.   Do you know what DDC is?

6      A.   I don't know the -- I don't know the

7   term.

8      Q.   Have you ever seen any reference to it

9   before within Abbott?

10     A.   I have seen the reference before, yes.

11     Q.   You just don't know what it is?

12     A.   I don't know what it means.

13     MR. DAVIS:  Let's mark this as the next

14   exhibit, please, 7.

15          (WHEREUPON, a certain document was

16           marked Collicott Deposition Exhibit

17           No. 7, for identification, as of

18           09-27-2006.)

19   BY MR. DAVIS:

20     Q.   Ms. Collicott, you have what's been

21   marked Exhibit 7.  Let me ask if you have seen this

22   document before?

23     A.   I don't remember this.

24     Q.   Did you report on a monthly basis to

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    someone within Abbott regarding the status of the

2    114 clinical trial?

3         A.   Status in what regard?

4         Q.   Status in any regard.

5         A.   I would have given status updates at --

6    yes, yes.

7         Q.   To who?

8         A.   Bruce McCarthy.

9         Q.   And would you give them to him at those

10   meetings that you referred to earlier today?

11        A.   Yes.

12        Q.   This document states as of June 2000,

13   near the top it says, "Enrollment in MM" -- I'm

14   sorry -- "in M99-1114 is slower than planned and is

15   under scrutiny by team personnel.  (See

16   July Progress Gauges below.)"

17        Do you see that?  Do you see that

18   reference?

19        A.   No, I'm actually looking for it.  Where

20   is it?

21        Q.   Up near the top, the second bullet

22   point.

23        A.   Oh, I'm sorry.  Yes, I see it.

24        Q.   Do you recall that enrollment in the 114

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    trial as of June 2000 was deemed by Abbott to be

2    slower than planned?

3        MR. PHILLIPS:  Objection.

4    BY THE WITNESS:

5        A.   It's -- it's hard for me to recall

6    whether that is specifically the date that that

7    occurred.  I can't remember.

8    BY MR. DAVIS:

9        Q.   Do you recall at any point in time you

10   deemed the enrollment in the 114 trial to be slower

11   than planned?

12       MR. PHILLIPS:  Objection.

13   BY THE WITNESS:

14       A.   Yes.

15   BY MR. DAVIS:

16       Q.   When did -- as best you recall here

17   today, when did you first come to believe that the

18   enrollment of subjects or patients in that trial

19   was going slower than planned?

20       A.   I don't know.

21       Q.   Did you play any role in addressing that

22   issue within Abbott?

23       A.   Yes.

24       Q.   Did that -- the fact that you were

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    enrolling patients slower than planned, did that

2    cause you any concern?

3        A.   Not particularly.  It's a common

4    occurrence.

5        Q.   Now, further down on the same page it

6    says, "Contact all M99-114 investigators to

7    determine enrollment obstacles."

8            Did you participate in that process?

9    MR. PHILLIPS:  I'm sorry, Mr. Davis.  I'm not

10   sure I saw -- oh, I see.  I'm sorry.  I see it.

11   BY THE WITNESS:

12       A.   I don't recall what I particularly would

13   have done.

14   BY MR. DAVIS:

15       Q.   Do you have any recollection as you sit

16   here today what, if anything, you did in response

17   to realizing that enrollment in the 114 study was

18   going slower than planned?

19       A.   I would be speculating as to what I

20   would do now; but what I actually did at the time,

21   I don't recall.

22       Q.   There is a reference on this page to

23   "Review early terminations and Adverse Event

24   profile to determine strategic options to address

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    slow enrollment."

2        Do you see that?

3    A.   Yes.

4    Q.   At some point in time did you come to

5    understand that the slow enrollment in the 114

6    trial was due at least in part to premature

7    terminations?

8    A.   No.

9    Q.   Did you come to believe that it was

10   attributable at least in part to early

11   terminations?

12   A.   No.

13   Q.   That is something you never came to

14   realize?

15   A.   No, because enrollment has nothing to do

16   with early terminations.

17   Q.   Did you participate at all in any review

18   of early terminations and adverse event profile

19   data to determine strategic options to address slow

20   enrollment?

21   A.   No.

22   Q.   Who within Abbott did that, if you know?

23   A.   I don't know.

24   Q.   Did you make any recommendations or

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    initiate any strategies for purposes of addressing

2    the slow enrollment in 114?

3      A.   Yes.

4      Q.   What did you do?

5      A.   To the best of my knowledge I would have

6    had the CRO contact the sites.

7      Q.   Who is the CRO?

8      A.   The clinical research organization and I

9    believe their name was RSI.  They are our

10    go-between.  I looked into a patient recruitment

11    firm.  That's all I can recall.

12      Q.   First you said you had the CRO contact

13    the investigation sites.  You said they were the

14    go-between.  Who was the CRO in this particular

15    trial?

16      A.   RSI.

17      Q.   That is the name of a company?

18      A.   Yes.

19      Q.   Do you know what that stands for, RSI?

20      A.   Research Solutions, Incorporated.

21      Q.   Have you used RSI as a CRO on clinical

22    trials at Abbott on more than one occasion?

23      A.   I don't remember.

24      Q.   Are you currently using them?

1    Q.   Did you receive any feedback as a result

2    of that request?

3    A.   I'm sure I did.

4    Q.   What did you receive?

5    A.   I don't remember.

6    Q.   Do you have any further information as

7    you sit here today about what enrollment obstacles

8    were encountered in the 114 trial?

9    A.   No.

10    Q.   You made reference to the fact that you

11    tried to -- you looked into a patient recruitment

12    firm.  What is a patient recruitment firm?

13    A.   This is a vendor that comes up with

14    ideas, either through advertising, TV, radio, to

15    get the word out about the trial.

16    Q.   How many patient recruitment firms did

17    you contact?

18    A.   I only recall one and I don't even know

19    the name.

20    Q.   Did you retain a patient recruitment

21    firm for the 114 trial?

22    A.   I don't believe so.

23    Q.   Why not?

24    A.   I can't recall exactly, but they are

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    very expensive.  So, I would speculate only.

2        Q.    I don't want you to speculate.

3        A.    Okay.  Then no.

4        Q.    Do you have any recollection as to why

5    you didn't retain one?  Do you think part of it

6    might have had to do with the cost?

7        A.    Probably.

8        MR. PHILLIPS:  I would just caution the

9    witness not to speculate.

10   BY THE WITNESS:

11       A.    Okay.  I won't speculate.  I don't know

12   why.  I don't know why.

13   BY MR. DAVIS:

14       Q.    Did you have an assistant on the 114

15   trial?

16       A.    Yes.

17       Q.    Who?

18       A.    Kevin Heiser.

19       Q.    What responsibilities did Mr. Heiser

20   have?

21       A.    He was a CRA, clinical research

22   associate.

23       Q.    What duties and responsibilities did he

24   have as clinical research associate with respect to

1    that trial?

2        A.    As a clinical research associate he

3    would have been in contact with the CRO.  He would

4    have been gathering numbers, getting information on

5    my direction, reviewing trip reports.

6        Q.    Typically how many clinical trials do

7    you run as a project manager at any point in time?

8        A.    Varies.

9        Q.    At the time of this 114 trial were there

10    any other clinical trials that you were managing?

11        A.    If I recall, 115.

12        Q.    Which was a clinical trial that was in

13    the planning stage but not -- was never actually

14    undertaken by Abbott, correct?

15        A.    Correct.  The only trial that I

16    managed -- I was only managing one trial that was

17    actually ongoing, enrolling patients involved.

18    Then you could be doing other trials, preparation.

19        MR. DAVIS:  Let's mark this as the next

20    exhibit, please, Exhibit 8.

21            (WHEREUPON, a certain document was

22            marked Collicott Deposition Exhibit

23            No. 8, for identification, as of

24            09-27-2006.)

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    BY MR. DAVIS:

2        Q.   By the way, does Mr. Heiser still work

3    for Abbott?

4        A.   I don't know.  I don't know.

5        Q.   You have what's been marked as

6    Exhibit 8.  Have you seen this document before?

7        A.   No.

8        Q.   On the first page of this document,

9    there is a reference to Phase IIb studies.

10       A.   Um-hmm, yes.

11       Q.   You can see at the top of the document

12   it references "ABT-594 2001 Update."  Do you see

13   that?

14       A.   Yes.

15       Q.   And the -- again, the 114 study was for

16   diabetic neuropathy, correct?

17       A.   Correct.

18       Q.   And you see that there are a series of

19   dates here for "Start (First Dose)," and "Last

20   Dose," "Subjects," "Sites," "EVR Sites," "EVR

21   Countries."

22           Do you see that?

23       A.   Yes.

24       Q.   And also "Comments"?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1        A.    Yes.

2        Q.    "Start (First Dose)," would that be the

3    date that you understand to be -- on which the

4    first patient would receive the first dose?

5        A.    That would be the date --

6        MR. PHILLIPS:  Objection.

7    BY THE WITNESS:

8        A.    The date the patient was randomized.

9    BY MR. DAVIS:

10        Q.    The first patient?

11        A.    Yes.

12        Q.    And then the "End (Last Dose)" date,

13    would that be your understanding of the projected

14    date on which the last patient in the trial would

15    receive their last dose?

16        MR. PHILLIPS:  Objection.

17    BY THE WITNESS:

18        A.    Correct.

19    BY MR. DAVIS:

20        Q.    And the subjects, was that the targeted

21    number of subjects called for in the trial

22    protocol?

23        MR. PHILLIPS:  Objection.

24    BY THE WITNESS:

1       MR. PHILLIPS:  Objection.

2    BY THE WITNESS:

3       A.   Well, I didn't design the trial.  So, I

4    don't know.

5    BY MR. DAVIS:

6       Q.   Did you play any role in designing the

7    trial?

8       A.   No.

9       Q.   Did you --

10      A.   I manage it.

11      Q.   When you were administering, managing

12   the trial, did you understand that one of the

13   objectives of the trial was to try to understand

14   patient response to the three different dosing

15   levels?

16      MR. PHILLIPS:  Objection.

17   BY THE WITNESS:

18      A.   I don't know.

19   BY MR. DAVIS:

20      Q.   Is that something you would have known

21   at the time?

22      MR. PHILLIPS:  Objection.

23   BY THE WITNESS:

24      A.   I don't know.  Specifically I don't

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    BY THE WITNESS:

2        A.   No.

3    BY MR. DAVIS:

4        Q.   And then further down it says, one of

5    the bullet points says, "Define revised timeline

6    for development plan."

7            Do you see that?

8        A.   Yes.

9        Q.   Did you participate in coming up with a

10   revised timeline for the development plan for

11   ABT-594?

12       A.   Not that I recall.

13       Q.   Do you recall changing the timelines for

14   the 114 trial at any point in time during the

15   course of that trial?

16       MR. PHILLIPS:  Objection.

17   BY THE WITNESS:

18       A.   It's fuzzy.  I really can't remember.

19       MR. DAVIS:  Let's mark this as the next

20   exhibit, please, Exhibit 11.

21           (WHEREUPON, a certain document was

22           marked Collicott Deposition Exhibit

23           No. 11, for identification, as of

24           09-27-2006.)

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    BY MR. DAVIS:

2        Q.   Ms. Collicott, you have what's been

3    marked as Exhibit 11 at your deposition.  First let

4    me ask you:  Have you seen this document before?

5        A.   Yes.

6        Q.   When did you last see this document?

7        A.   Probably when I wrote it.

8        Q.   That's your best recollection?

9        A.   Hang on a second.  Let me just read.

10           It's my best recollection.

11       Q.   Did you in fact write the letter that's

12   attached to this e-mail?

13       A.   Yes.

14       Q.   And did you in fact send this e-mail to

15   Dr. Silber on or about August 31, 2000?

16       A.   I can't confirm that.  It certainly

17   appears that I did.

18       Q.   Do you have any reason to doubt that you

19   sent it to him?

20       A.   No.

21       Q.   Now, why -- take a look at the letter

22   for a moment.  Did you in fact send this letter out

23   to investigators in this trial?

24       A.   I can't confirm that it went out.  I

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    have no reason to doubt that it didn't.

2        Q.   Do you recall extending the enrollment

3    period for 114 in the course of that trial?

4        A.   Yes.

5        Q.   Why was it that you extended the

6    enrollment period?

7        A.   Because our enrollment numbers were

8    down.  It's something we typically do.

9        Q.   What would be -- what did you understand

10   to be the effect of not obtaining the targeted

11   number of subjects?

12       MR. PHILLIPS:  Objection.

13   BY THE WITNESS:

14       A.   From my standpoint that the effect of

15   not having the number of subjects would simply

16   reflect on my being able to manage the trial.  How

17   it affects the trial itself, I don't know.

18   BY MR. DAVIS:

19       Q.   Did you have any understanding as to

20   whether not -- not obtaining the targeted number of

21   subjects could affect the statistical significance

22   of the trial?

23       A.   Not being a statistician, I couldn't

24   tell you.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1       Q.   I'm not asking if you know for sure.

2            Did you have any general understanding

3    at this point in time, in mid-2000, that if you

4    didn't obtain 320 patients for that study that that

5    failure might affect the statistical significance

6    of the trial?

7       A.   That I don't know.

8       Q.   Did you have to request approval from

9    someone within Abbott in order to extend the

10   enrollment date for this trial?

11      A.   I could not have decided that on my own.

12   But I don't know whose approval it would have

13   required.

14      Q.   Do you recall any discussions with

15   anyone within Abbott concerning extending the

16   enrollment date of the trial?

17      A.   I don't recall specifics of any

18   conversations.

19      Q.   Do you recall generally any

20   conversations on that topic?

21      A.   Other than that we were going to extend

22   it, no.

23      Q.   Now, when you explained to people within

24   Abbott why you were extending it, what did you tell

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1     them?

2        MR. PHILLIPS:  Objection.

3     BY THE WITNESS:

4        A.   I don't recall.

5     BY MR. DAVIS:

6        Q.   Did you believe that it was desirable at

7     that point in time to extend the trial in order to

8     achieve the target number of subjects?

9        A.   Yes.

10       Q.   Did you believe at that point in time

11    that you would achieve the targeted number of

12    subjects if you did not extend the trial?

13       A.   No.

14       MR. DAVIS:  Let's mark this as the next

15    exhibit, please.

16             (WHEREUPON, a certain document was

17             marked Collicott Deposition Exhibit

18             No. 12, for identification, as of

19             09-27-2006.)

20    BY MR. DAVIS:

21       Q.   Ms. Collicott, you have what's been

22    marked Exhibit 12.  Do you recall seeing this

23    document before?

24       A.   No.

1      Q.    Who negotiated the original contracts?

2      MR. PHILLIPS:  Objection.

3      BY THE WITNESS:

4      A.    I don't know.

5      BY MR. DAVIS:

6      Q.    Was that something that you expect you

7      would have done as clinical trial manager?

8      A.    Again, every group is different and I

9      have worked in so many different groups.  It could

10     have been something I did.

11        MR. DAVIS:  Let's mark this as the next

12     exhibit, please.

13            (WHEREUPON, a certain document was

14            marked Collicott Deposition Exhibit

15            No. 15, for identification, as of

16            09-27-2006.)

17     THE WITNESS:  Can I just interrupt a minute?

18     MR. DAVIS:  Certainly.

19     THE WITNESS:  I'm going to get cranky if I

20     don't get something to eat lunch.  I don't mind a

21     working lunch.  If we could start thinking about

22     food, I'd appreciate it.

23     MR. DAVIS:  Your time here is just before

24     noon?

1      THE WITNESS:  Yes.

2      MR. DAVIS:  Could we stop at noon?

3      THE WITNESS:  Sure.  I don't mind if we sit

4   here and have a working lunch.  That's great.

5      MR. PHILLIPS:  I think we should take at least

6   a short break for lunch.

7      MR. DAVIS:  That's fine.  You are entitled to

8   be fed.

9      THE WITNESS:  Thank you.  Otherwise I am going

10   to get cranky.

11      MR. PHILLIPS:  I'm sorry.  Was this

12   Exhibit 15?

13      MR. DAVIS:  It is Exhibit 15.

14   BY MR. DAVIS:

15      Q.   You have Exhibit 15 in front of you,

16   Ms. Collicott.  Again, do you recall seeing this

17   document?

18      A.   I don't.

19      Q.   You don't think you have ever seen this

20   document?

21      A.   I don't think so.

22      Q.   And this appears to be an October 2000

23   status report for the 594 project?

24      A.   Yes.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1          Q.    Under "Key Progress Gauges -

2     October Accomplishments," one of them states,

3     "Complete review of proposals from patient

4     recruitment firms for M99-114 and recommend steps

5     for 1Q01 implementation."

6             Do you see that?

7          A.    Yes.

8          Q.    The target date is 10/31 and then under

9     "Status" it says, "Complete - BBK chosen as best

10    candidate.  Working with Abbott Public Affairs and

11    BBK to determine action plan."

12         A.    Yes.

13         Q.    Do you recall in fact that you worked up

14    an action plan with BBK to implement a patient

15    recruitment plan?

16         A.    I don't know if it was a written action

17    plan.  They would have made some recommendations to

18    me.  What they were, I don't recall.  I recall the

19    name BBK.

20         Q.    Have you ever worked with BBK either

21    before or since this particular trial?

22         A.    No.

23         Q.    Have you used patient recruitment firms

24    before or since?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1          A.   I don't recall.

2          Q.   As you sit here you don't recall doing

3    so?

4          A.   I don't recall whether I've actually

5    used one or just investigated it.  I don't know.

6          MR. DAVIS:  Let's mark this, please, as the

7    next exhibit, 16.

8               (WHEREUPON, a certain document was

9               marked Collicott Deposition Exhibit

10              No. 16, for identification, as of

11              09-27-2006.)

12   BY MR. DAVIS:

13         Q.   Ms. Collicott, you have what's been

14   marked Exhibit 16.  If you'd look at this document

15   for a moment and confirm for me, please, if you

16   can, that this is an e-mail and attachment that you

17   sent on or about October 9, 2000, regarding the 114

18   trial?

19         A.   Yes.

20         Q.   The people to whom you sent this e-mail,

21   who are they?

22         A.   Susan Nunn was with data management;

23   Amy Hansen is with data management; Jim Thomas,

24   statistics; Ray Morales, an administrative

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    this trial --

2        A.   Yes, I did.

3        Q.    -- for purposes of this litigation?

4        A.   Yes.

5        Q.   And you did not find any?

6        A.   I did not find a thing.

7        Q.   If you look at the attachment to

8    Exhibit 16, there is -- there appears to be a

9    spreadsheet of some sort.

10       A.   Yes.

11       Q.   Is this a spreadsheet that you

12   maintained?

13       A.   Either I maintained it or one of my

14   staff did.

15       Q.   What was the purpose of this

16   spreadsheet?

17       A.   Tracking enrollment.

18       Q.   And you actually tracked enrollment data

19   on this spreadsheet, correct?

20       A.   Yes.

21       Q.   Down on the lower left corner of the

22   first page of the spreadsheet there is some

23   statistics there, "Screen Failure Rate."  Do you

24   see that?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1        A.    Yes.

2        Q.    What is that?

3        A.    That's patients who failed to be

4    randomized.

5        Q.    The "Early Termination Rate."  Do you

6    see that?

7        A.    Yes.

8        Q.    What's that?

9        A.    The patient who fails to complete the

10    study once randomized.

11        Q.    Would early termination affect the

12    enrollment in the study?

13        A.    No.

14        Q.    Was there anything about the early

15    termination rate in this study that ever concerned

16    you?

17        A.    No.

18        Q.    Not at any point in time?

19        A.    No.

20        Q.    Did you regard the early termination

21    rate in this study to be unusual in any way?

22        A.    No.

23        Q.    Then there is a "Completion Rate."  What

24    is that?

1      A.   Subjects who actually completed all

2    visits.

3      Q.   So, a patient who enrolled in the study

4    but then terminated early was still considered to

5    be an enrolled patient for purposes of reaching the

6    320 patient --

7      A.   Yes.

8      Q.   -- target?

9      A.   Yes.

10      Q.   Some of the -- if you take a look again

11    at Exhibit 10 for a moment, which is the

12    August 2000 project status report.  Do you have

13    that?

14      A.   Okay, yes.

15      Q.   Again, the first bullet point under "Key

16    Progress Gauges - August Accomplishments," it

17    says, "Complete assessment of M99-114 premature

18    discontinuations and recommend enrollment action

19    plan."

20        Do you see that?

21      A.   Yes.

22      Q.   Are premature discontinuations the same

23    as premature terminations?

24      A.   Yes.

1      Q.    Why was it at that point in time, to

2    your knowledge, that Abbott was concerned about the

3    or thought that it was necessary to come up with an

4    enrollment action plan or to assess the premature

5    discontinuations in that context?

6        MR. PHILLIPS:  Objection.

7    BY THE WITNESS:

8        A.    I'm not sure why Abbott -- I don't see a

9    connection between the two.  Enrollment action

10    plans is very typical.

11    BY MR. DAVIS:

12        Q.    And then there is reference there to

13    assessment of the premature discontinuations.  What

14    concern or what potential concern might Abbott have

15    regarding the premature discontinuations at that

16    point in time?

17        MR. PHILLIPS:  Objection.

18    BY THE WITNESS:

19        A.    That would not have been my concern as a

20    trial manager.  Why they would have done that, I

21    don't know.

22        MR. DAVIS:  Let's mark this as the next

23    exhibit, please, 17.

24            (WHEREUPON, a certain document was

1      A.   I don't know.

2      Q.   Do you know why it was not deemed to be

3   a viable option as of November 2000 to hire a

4   recruitment firm to increase enrollment in the 114

5   study?  Do you know why it was not -- why it was

6   considered to be not a viable option?

7      A.   At this point in time I would have to

8   speculate.

9      Q.   I don't want you to speculate.

10      A.   No.  I don't recall.  It's just been too

11   long.

12      Q.   Are you aware of any reason why Abbott

13   could not retain a recruitment firm at that point

14   in time?

15      A.   No, I don't know.

16      Q.   Do you recall being told that you could

17   not retain a recruitment firm?

18      A.   No, I don't recall that.

19      MR. DAVIS:  Let's mark this as Exhibit 18,

20   please.

21            (WHEREUPON, a certain document was

22            marked Collicott Deposition Exhibit

23            No. 18, for identification, as of

24            09-27-2006.)

1    BY MR. DAVIS:

2        Q.    You have what's been marked as

3    Exhibit 18, Ms. Collicott.  Would you take a moment

4    to look at that document and tell me if you have

5    seen it before, please.

6        A.    I don't recall whether I've seen it.  I

7    don't recall.

8        Q.    In the course of your work at Abbott, do

9    you recall ever being consulted by anyone at Abbott

10   for purposes of obtaining information to provide to

11   John Hancock regarding the status of 594?

12       A.    No.

13       Q.    Were you ever asked to provide any

14   information to John Hancock on the status of 594?

15       A.    No.

16       Q.    If you'd look at this document, please,

17   Exhibit 18, I note that all of the pages of this

18   document are labeled page 8.  But if you -- it's

19   apparently a very long page.  But if you look at

20   the one that's Bates numbered that ends in 4606.UR.

21           Do you see that?

22       A.    Got it.

23       Q.    There is a section titled -- under

24   "Product/Development Background" there is a

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    subsection titled "Clinical Studies."

2        Do you see that?

3    A.   Yes.

4    Q.   And in the first paragraph there is a

5    reference to Phase IIa studies with ABT-594 SEC

6    formulation?

7    A.   Yes.

8    Q.   What is SEC formulation?

9    A.   Soft elastic capsule.

10    Q.   It says first in that paragraph that

11    "ABT-594 was generally well tolerated in these

12    studies."

13        Do you see that?

14    A.   Yes.

15    Q.   Is that consistent with your

16    recollection?

17    A.   Yes.

18    Q.   Now, the next paragraph says, "A

19    Phase IIb study for neuropathic pain at higher,

20    titrated doses of ABT-594 began in April 2000 and

21    ends in June 2001."

22        Do you see that?

23    A.   Yes.

24    Q.   That's reference to the 114 study, is

1    says, "M99-114 Enrollment Cutoff, March 02, 2001."

2         Do you see that?

3    A.   Yes.

4    Q.   As of at least the date of that meeting

5    was that the expected enrollment cutoff for the 114

6    trial?

7    A.   Yes.

8    MR. DAVIS:  Mark this as Exhibit 22.

9         (WHEREUPON, a certain document was

10        marked Collicott Deposition Exhibit

11        No. 22, for identification, as of

12        09-27-2006.)

13   BY MR. DAVIS:

14   Q.   Ms. Collicott, you have Exhibit 22,

15   which on its face purports to be a December 2000

16   ABT-594 project status report.

17        Have you seen this document before?

18   A.   No.

19   Q.   First item listed under "Key

20   Issues/Decisions/Events," says, "Area.  Venture.

21   Closing of enrollment on M99-114 as of January 5,

22   2001."

23        Do you see that?

24   A.   Yes.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.   Did you participate in that decision?

2      A.   No, not that I can recall.

3      Q.   Who made that decision?

4      A.   I don't recall who -- who did it.

5      Q.   Someone above you?

6      A.   Yes.

7      Q.   Was Mr. McCarthy a participant in that

8   decision to your knowledge?

9      MR. PHILLIPS:  Objection.

10   BY THE WITNESS:

11      A.   I don't know.

12   BY MR. DAVIS:

13      Q.   Was the decision communicated to you at

14   some point in time?

15      A.   Yes.

16      Q.   By who?

17      A.   I'm not sure.

18      Q.   Was the reasoning behind the decision

19   explained to you?

20      A.   I don't recall what the reasoning was.

21      Q.   Do you have any recollection of any

22   discussions with anyone at Abbott about the

23   decision to close the enrollment of the 114 trial

24   as of January 5, 2001?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1        A.    Other than the fact that we were going

2    to do it, no.  I don't recall any conversations.

3        Q.    Did the decision to close the enrollment

4    as of January 5, 2001 constitute a change to the --

5    the clinical trial plan?

6        MR. PHILLIPS:  Objection.

7    BY THE WITNESS:

8        A.    I'm trying to think.  Trial plans change

9    and are revised all the time.  So...

10          I can't -- I can't remember.

11   BY MR. DAVIS:

12       Q.    I think earlier today, Ms. Collicott, we

13   looked at some correspondence that you sent out to

14   the investigative sites that you were actually

15   extending the enrollment date?

16       A.    Right.

17       Q.    And then you decided to thereafter --

18   Abbott decided to cut the enrollment date back

19   again to January 5, 2001, correct?

20       MR. PHILLIPS:  Objection.

21   BY THE WITNESS:

22       A.    Appears to be, yes.

23   BY MR. DAVIS:

24       Q.    That's consistent with your

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    investigators on the trial?

2        MR. PHILLIPS:  Objection.

3    BY THE WITNESS:

4        A.   I believe it was, yes.

5    BY MR. DAVIS:

6        Q.   As we sit here today you have no further

7    recollection or knowledge regarding the reasoning

8    behind or the reasons behind the decision to close

9    enrollment on that trial on January 5, 2001?

10       A.   No.  I'd be speculating.

11       MR. DAVIS:  Let's mark this, please, as

12   Exhibit 23.

13           (WHEREUPON, a certain document was

14           marked Collicott Deposition Exhibit

15           No. 23, for identification, as of

16           09-27-2006.)

17   BY MR. DAVIS:

18       Q.   Ms. Collicott, you have Exhibit 23.  Let

19   me ask you if you have seen this document before.

20       A.   No, I have not.

21       Q.   Have you ever seen within Abbott a list

22   of top issues with respect to particular compounds?

23       A.   No.

24       Q.   About a third of the way down this

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    page do you see a reference to ABT-594 and it

2    says, "Closing of enrollment on M99-114 as of

3    January 5, 2001"?

4        Do you see that?

5    A.   Yes, I do.

6    Q.   And then it goes on to say, "It was

7    agreed in December to close enrollment into

8    M99-114, our Painful Diabetic Neuropathy trial, as

9    of January 5, 2001.  This is two months ahead of

10   our most recent estimate of March 5, 2001 and will

11   include less than our original target of 320

12   patients."

13       Do you see that?

14   A.   Yes.

15   Q.   Is that consistent with your

16   understanding of what was happening at the time?

17   A.   Yes.

18   Q.   Did you understand as of December 2000

19   that if the enrollment was closed in the 114 trial

20   as of January 5, 2001, that it meant that the

21   number of subjects in the trial would likely be

22   less than 320?

23   A.   That one I can't be sure of.

24   Q.   Well, you see here it says the trial

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1           Who had a desire to evaluate the outcome

2      of the study?

3          MR. PHILLIPS:  Objection.

4      BY THE WITNESS:

5          A.   I don't know.

6      BY MR. DAVIS:

7          Q.   Was that ever explained to you?

8          A.   No.  I just managed the study.

9          Q.   Then it says, also says, "And an

10     assessment of the statistical power of the study."

11          Do you recall any discussions within

12     Abbott regarding what effect closing enrollment on

13     January 5, 2001 would have on the statistical power

14     of the 114 study?

15          A.   I wouldn't have had the knowledge of

16     that.

17          MR. DAVIS:  Let's mark this, please, as the

18     next exhibit.  We're up to Exhibit 24.

19              (WHEREUPON, a certain document was

20              marked Collicott Deposition Exhibit

21              No. 24, for identification, as of

22              09-27-2006.)

23     BY MR. DAVIS:

24          Q.   Ms. Collicott, you have Exhibit 24.  If

1    you'd take a moment to look at it and then tell me

2    if this is a copy of some e-mail that you exchanged

3    with --

4        A.   Biarnesen.

5        Q.   -- Biarnesen.

6        A.   I'm not going to go with you to your

7    next deposition to help.

8        Q.   Back in late 2000.

9        MR. PHILLIPS:  You have to have phonetics.

10       MR. DAVIS:  Hold on.  I am going to do it.

11          Biarnesen.

12       MR. PHILLIPS:  I'm sorry.  Do you have the

13    question in mind?

14       MR. DAVIS:  I will repeat the question.

15    BY MR. DAVIS:

16        Q.   The question is:  Is this a copy of some

17    e-mail communications that you had with

18    Mr. Biarnesen back in late 2000?

19        A.   Okay.

20          Okay.

21        Q.   Is this a copy of e-mail communications

22    that you had with Mr. Biarnesen back in late 2000?

23        A.   Yes.

24        Q.   Now, it starts with an e-mail from you

1    Mr. Biarnesen to you on December 6.  Do you see

2    that?

3        A.   Um-hmm.

4        Q.   And he says, "How about 260 for the

5    randomization goal?  We already have 251."

6          Do you see that?

7        A.   Yes.

8        Q.   Do you recall having communications with

9    Mr. Biarnesen about what would be perhaps a revised

10   target or goal for the trial?

11       A.   No.  I don't.

12       Q.   Then you wrote back to Mr. Biarnesen, if

13   I am reading this, "Wellllllllll," with many Ls?

14       A.   Yes.

15       Q.   "Okay.  I just have a feeling the bottom

16   is going to drop out of this thing in the next few

17   weeks and we'd be lucky to randomize 1-2/week.  (Oh

18   God - I'm turning into an Eeyore!!)"

19          Did I read that correctly?

20       A.   Yes, you did certainly.

21       Q.   You felt that the bottom was going to

22   drop out of this thing in the next few weeks.  What

23   did you think that the bottom might drop out of?

24       A.   Enrollment.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.   You thought that enrollment would not

2    improve, is that fair to say?

3      A.   Right.  Based on the date of the e-mail,

4    with the holidays coming up, we generally see

5    enrollment bottoming out.

6      Q.   Is it fair to say that at least as of

7    the date of this e-mail you thought it unlikely

8    that this study would reach 320 subjects?

9      MR. PHILLIPS:  Objection.

10   BY THE WITNESS:

11     A.   I'm not sure that's what I was saying.

12   BY MR. DAVIS:

13     Q.   Is that what -- when you were saying you

14   thought the bottom was going to drop out, did you

15   mean that you thought you were going to hit 320

16   subjects?

17     MR. PHILLIPS:  Objection.

18   BY THE WITNESS:

19     A.   No, it just was that the -- in context

20   of that date, we weren't going to have a lot of

21   enrollment in the next few weeks because of the

22   holidays.

23   BY MR. DAVIS:

24     Q.   Did you think it would pick up right

1    after the holidays?

2        A.   I don't know what I thought at that

3    time.

4        Q.   Why did you say "I'm turning into an

5    Eeyore"?

6        A.   Eeyore always says, "The sky is falling.

7    Oh, woe is me."

8        Q.   Did you think the sky was falling on

9    this particular clinical trial at that time?

10       A.   No, just enrollment was going to bottom

11   out because of the holidays, something we see all

12   the time.

13       MR. DAVIS:  Let's mark this as the next

14   exhibit, please.  We're up to Exhibit 25.

15           (WHEREUPON, a certain document was

16           marked Collicott Deposition Exhibit

17           No. 25, for identification, as of

18           09-27-2006.)

19   BY MR. DAVIS:

20       Q.   Ms. Collicott, you have a copy of what's

21   been marked as Exhibit 25.  Please take a look at

22   it for a moment and tell me if you have seen this

23   document before.

24       A.   Yes, I have.

1    Q.   When did you last see this document?

2    A.   Yesterday.

3    Q.   Now, this is a copy of an e-mail that

4    you sent to the various people listed on the front

5    of the e-mail, correct?

6    A.   Yes.

7    Q.   Did you actually send it on or about

8    December 14, 2000?

9    A.   I would say so.

10    Q.   Okay.  How did you select these

11    particular people to receive this e-mail?

12    A.   These are members of the team.

13    Q.   Is everyone here a member of the team?

14    A.   I couldn't -- I'd have to read the

15    names.  Some of the names, again, I don't recall

16    what their role was.

17    Q.   Did you maintain a distribution list on

18    your e-mail at that point in time that had all of

19    the members of the team on the distribution list?

20    A.   I wasn't good with just distribution

21    lists.  I generally just put names in.

22    Q.   Wow.

23    A.   I know.

24    Q.   You really ought to get the hang of

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    those distribution lists.

2        A.   I know.

3        Q.   You say in the e-mail --

4        A.   I still don't get them.

5        Q.   -- "A decision has been made to stop

6    enrollment for study M99-114 on January 5, '01.

7    Subjects may be randomized up through that date.  I

8    have attached a copy of the letter that is being

9    Fed Ex'd to all sites today.  If you have any

10   questions, please don't hesitate to contact me."

11           Did I read that correctly?

12       A.   Yes, you have.

13       Q.   Who drafted the letter that's attached?

14       A.   I drafted it.

15       Q.   Where did you get the information

16   contained in the letter?

17       A.   I couldn't tell you exactly who I got it

18   from.

19       Q.   Do you recall generally who you got it

20   from?

21       A.   Someone in the department higher than

22   me.

23       Q.   You can't be any more specific than

24   that?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      A.   It could be Bruce, it could be Chris, it

2    could be somebody in statistics because I don't

3    have a -- I had no knowledge of the powering and

4    how those things are determined.  So I would have

5    received that information from someone, but I just

6    don't know who.

7      Q.   Well, is the information contained in

8    the letter accurate?

9      MR. PHILLIPS:  Objection.

10   BY MR. DAVIS:

11     Q.   To the best of your knowledge.

12     A.   Well, since I don't understand the

13   powering portion of it and that's not part of what

14   I do, I can't tell you if that was accurate or not

15   from a statistical standpoint.

16     Q.   Did you believe it to be accurate at

17   that point in time?

18     MR. PHILLIPS:  Objection.

19   BY THE WITNESS:

20     A.   Yes.

21   BY MR. DAVIS:

22     Q.   You wouldn't send out a letter to

23   investigators on a clinical trial containing what

24   you thought was inaccurate information, correct?

1        A.   I would have trusted the judgment of the

2    people that provided me the information.

3        Q.   It says --

4        A.   Because there is -- go ahead.

5        Q.   I'm sorry.  I did not mean to cut you

6    off.

7        A.   No, I'm done.

8        Q.   It says in the second paragraph of the

9    letter -- the first paragraph says, "We have

10   decided to end enrollment in the above referenced

11   study on January 5, 2001."

12            It goes on to say, "As specified in the

13   protocol, 80 percent power would have been achieved

14   with the randomization of 320 subjects, assuming

15   there were no premature terminations."

16            Do you see that?

17       A.   Yes.

18       Q.   What did you mean by that?

19       A.   That is a statistical sentence that

20   would have been provided by statistics.

21       Q.   Did you understand the sentence at the

22   time you wrote the letter?

23       A.   I would have had a general

24   understanding, but I would not have known

1    specifics.  Again, when it comes to statistics or

2    the protocol, that information is all given to me

3    by that group.

4        Q.    What did you refer to -- what did you

5    mean by 80 percent power?

6        MR. PHILLIPS:  Objection.

7    BY THE WITNESS:

8        A.    It's a statistical term.

9    BY MR. DAVIS:

10        Q.    Do you have any further -- can you

11    relate to me any further knowledge or information

12    you have regarding the meaning of that term as you

13    used it in this letter that you drafted?

14        MR. PHILLIPS:  Objection.

15    BY THE WITNESS:

16        A.    I'm -- I can't.

17    BY MR. DAVIS:

18        Q.    How did you understand -- strike that.

19            To your knowledge, how could the

20    premature termination rate affect the power of the

21    study?

22        MR. PHILLIPS:  Objection.

23    BY THE WITNESS:

24        A.    I don't know.

1    BY MR. DAVIS:

2        Q.    Could the -- the next sentence

3    says, "Our current premature termination rate,

4    however, will result in less than 80 percent power

5    even if we were to reach our enrollment goal."

6        Do you see that?

7        A.    Yes, I see it.

8        Q.    Is it your understanding at this time

9    that the premature termination rate was going to

10   affect the statistical power of the study?

11       MR. PHILLIPS:  Objection.

12   BY THE WITNESS:

13       A.    Again, not being a statistician, I don't

14   know how that affects the power of the study.

15   BY MR. DAVIS:

16       Q.    My question is slightly different,

17   though.

18       A.    Okay.

19       Q.    My question is did you understand at the

20   time that you drafted this letter that the

21   premature termination rate on the 114 study was

22   going to have some impact on the statistical power

23   of the study?

24       A.    Based on what the letter says, yes.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.   Do you know --

2      A.   Do I have an understanding of how it

3   affects?  No.

4      Q.   My next question is:  Did you understand

5   that it was going to have an adverse impact on the

6   statistical power of the study?

7      A.   No.

8      MR. PHILLIPS:  Objection.

9   BY MR. DAVIS:

10     Q.   Did you think it was going to enhance

11  the statistical power of the study?

12     A.   I didn't know.  I didn't know.

13     Q.   You go on to say, "After reviewing

14  possible outcomes with our statisticians."

15          Did you review possible outcomes with

16  statisticians?

17     A.   Not me personally.

18     Q.   It says, "We concluded that ending

19  enrollment prior to reaching our goal of 320

20  subjects will not meaningfully change our ability

21  to interpret the results of this study."

22          What did you mean by that?

23     MR. PHILLIPS:  Objection.

24  BY THE WITNESS:

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    investigators on the 114 study?

2        A.    Whether it was this letter, we would

3    have had to notify investigators to stop

4    enrollment.  Whether it was this letter that went

5    out, I don't know.

6        MR. DAVIS:  Let's mark this as the next

7    exhibit, please.

8            (WHEREUPON, a certain document was

9            marked Collicott Deposition Exhibit

10           No. 26, for identification, as of

11           09-27-2006.)

12   BY MR. DAVIS:

13       Q.    Ms. Collicott, I want to show this one

14   to you.  This is Exhibit 26.  Is this an e-mail

15   attachment that you sent on or about December 12 --

16   December 14, 2000?

17       A.    Yes.

18       Q.    And who is Mr. Schanzenbach?

19       A.    He was the project manager for our CRO.

20       Q.    I'm sorry.  He was the project manager

21   for CRO?

22       A.    For the CRO.

23       Q.    This is -- I think you mentioned him

24   earlier today, is that correct?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      A.   Well, I'm sure Bruce McCarthy probably

2    had input into that.  Statisticians would have had

3    input into it.  Chris Silber.

4      Q.   Anyone else that you can think of?

5      A.   Not offhand.

6      MR. DAVIS:  Mark this as the next exhibit.  I

7    think we are up to 27.

8            (WHEREUPON, a certain document was

9            marked Collicott Deposition Exhibit

10           No. 27, for identification, as of

11           09-27-2006.)

12   BY MR. DAVIS:

13     Q.   Ms. Collicott, you have what's been

14   marked Exhibit 27.  It appears to be on its face a

15   January 2001 ABT-594 project status report.

16          Have you seen this document before?

17     A.   I don't recall seeing this.

18     Q.   It says in the very first bullet point

19   under "Monthly Highlights," "Enrollment closed for

20   our Phase IIb Painful Diabetic Polyneuropathy trial

21   (M99-114), with total enrollment reaching 269.  The

22   Last patient will complete the study at the end of

23   February and the results will be available at the

24   end of May."

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1          Do you see that?

2      A.   Yes.

3      Q.   Is that your understanding of the final

4  enrollment in that study was 269?

5      A.   I don't recall what the final enrollment

6  was.  I -- off the top of my head I don't know.

7      Q.   After enrollment was ended -- strike

8  that.

9          Did in fact enrollment end in the 114

10  study as of January 5, 2001?

11      A.   To the best of my knowledge it did, but

12  sometimes there are stragglers and I couldn't -- I

13  couldn't attest to the fact that somebody didn't

14  enroll after that date.

15      Q.   Did it end on or about that date?

16      A.   I'd say yes.

17      Q.   Did it reach 320 subjects?

18      A.   No.

19      Q.   After enrollment was ended, did you have

20  any expectation that the total number of subjects

21  enrolled in that trial would reach 320?

22      A.   No.

23      Q.   There is a reference under "Key Progress

24  Gauges" to "Prepare study closeout timelines."

1      MR. DAVIS:  Let's mark this as the next

2   exhibit, please.

3            (WHEREUPON, a certain document was

4            marked Collicott Deposition Exhibit

5            No. 28, for identification, as of

6            09-27-2006.)

7   BY MR. DAVIS:

8      Q.    Ms. Collicott, you have Exhibit 28 in

9   front of you.  Is this an e-mail that you sent to

10  Mr. Schanzenbach?

11     A.    Yes.

12     Q.    On January 8, 2001?

13     A.    Yes.

14     Q.    It says -- by the way, what is a query

15  tracking report?

16     A.    It would track the resolution of all

17  data queries.

18     Q.    What's a data queries?

19     A.    When the case report forms come in, they

20  are reviewed for completeness and accuracy.  If

21  there is any questions, a data query is generated

22  in which the monitor goes back to the site to get

23  clarification.  An addendum may or may not be

24  written to the case report form.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.   Is this part of the process of cleaning

2    up the data?

3      A.   Yes.

4      Q.   Who maintains the tracking reports?

5      A.   It could be a number of people.  I could

6    maintain a report.  Schanzenbach probably -- would

7    have maintained a report.  Data management would

8    have maintained a report.  Whose report this is,

9    I'm not sure.

10     Q.   This has attached to it a tracking

11   report as of 8 January '01, correct?

12     A.   Yes.

13     Q.   Was the data accurate as of that date as

14   far as you know?

15     A.   The data included in this tracking

16   report?

17     Q.   Yes.

18     A.   Let me just look at it quickly.  I can't

19   be certain, but it would appear to be correct.

20     Q.   The tracking report as of January 8,

21   '01, notes that the subjects enrolled to date are

22   269.

23          Again, to your knowledge, is that the

24   final total of subjects that were enrolled in this

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    particular study, keeping in mind that this is

2    January 8, 2001?

3        A.   Yes.

4        Q.   Up at the top your e-mail to

5    Mr. Schanzenbach states that, "FYI - query tracking

6    report.  This becomes quite the big deal at this

7    stage of the game."

8            What did you mean?

9        A.   As with any trial, getting the database

10   clean in order to break the blind and move forward

11   becomes a very hot topic at this time.  We have to

12   keep after investigators to get them to sign off on

13   addendums, to answer our questions.  This is a very

14   typical time in which we need to push.

15       MR. DAVIS:  Let's mark this as the next

16   exhibit, which brings us up to Exhibit 29.

17           (WHEREUPON, a certain document was

18           marked Collicott Deposition Exhibit

19           No. 29, for identification, as of

20           09-27-2006.)

21   BY MR. DAVIS:

22       Q.   Ms. Collicott, you have Exhibit 29 in

23   front of you.  Let me ask you if this is an e-mail

24   attachment that you sent out on or around

1    January 16, 2001?

2        A.   It looks to be.

3        Q.   Were you generally responsible for

4    preparing agendas for meetings?

5        A.   I don't recall if it was me or one of my

6    staff that actually did the agendas.

7        Q.   Attached to the agenda is an

8    investigator list.  Do you see that?

9        A.   Yes.

10       Q.   I don't think we have seen a version of

11   this before.

12            And then attached to that is also

13   another document titled "M99-114 Early

14   Terminations."

15            Do you see that?

16       A.   Yes.

17       Q.   Is that a database that you or someone

18   else at Abbott maintained?

19       MR. PHILLIPS:  Objection.

20   BY THE WITNESS:

21       A.   I'm not sure who maintained this.

22   BY MR. DAVIS:

23       Q.   Why was it that someone maintained some

24   sort of spreadsheet of early terminations in this

1    would not -- is something I would have expected to

2    see.

3        Does that answer your question?

4        Q.   I think my question was do you have any

5    knowledge of the significance of the early

6    termination rate?

7        A.   No.

8        Q.   On the -- going back to the investigator

9    list, can you see in the lower left-hand corner of

10   the first page of the spreadsheet references to

11   screen failure rate, early termination rate,

12   et cetera?  Do you see that?

13       A.   Yes.

14       Q.   Again, the early termination rate shows

15   at 46 percent.  Do you see that?

16       A.   Yes.

17       Q.   Is that 46 percent of the total number

18   of subjects enrolled in the trial?

19       A.   Yes.

20       Q.   Was there anything about that rate that

21   you thought was unusual or significant as of

22   January 2001?

23       A.   No.

24       Q.   Do you think that that was a high early

1    termination rate?

2        MR. PHILLIPS:  Objection.

3    BY THE WITNESS:

4        A.   Again, it depends on the trial.  It

5    depends on your patient population.  If you have

6    old, sick people, it's going to be different than

7    if you have young, healthy people.

8    BY MR. DAVIS:

9        Q.   Was that a higher early termination rate

10   than you were used to seeing in clinical trials

11   that you conducted?

12       A.   I honestly can't remember what early

13   termination rates have been in my trials.

14       Q.   Do you recall thinking at the time that

15   that early termination rate was higher than you

16   typically had seen in the past?

17       A.   I don't recall that.

18       Q.   Anything about the early termination

19   rate for this particular trial that concerned you

20   at any time?

21       A.   No.

22       MR. DAVIS:  Let's mark this, please, as the

23   next exhibit.  We are up to 30.

24           (WHEREUPON, a certain document was

1          marked Collicott Deposition Exhibit

2          No. 30, for identification, as of

3          09-27-2006.)

4     BY MR. DAVIS:

5          Q.    Ms. Collicott, you have I think what's

6     been marked Exhibit 30.  Look at that document,

7     please, and tell me if that is a copy of an e-mail

8     that you sent out on or about January 18, 2001.

9          A.    I'm just going to read it quickly.

10          Yes.

11          Q.    Who is D. Sharma or Deepak Sharma?

12          A.    I have no idea.

13          Q.    You state in your e-mail to I think it's

14     Mr. Sharma that "I am the Clinical Project Manager

15     in the Analgesia Venture and can answer your

16     questions about ABT-594.  We are currently in

17     Phase II of development having just completed a

18     study for neuropathic pain."

19          Is that statement correct?

20          A.    Yes.

21          Q.    It says, "There is the potential we may

22     do an OA trial yet this year."

23          Is that a reference to the 115 trial?

24          A.    Yes.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1     Q.   "Studies are being conducted in the US

2     only at the present time.  If you have additional

3     questions, please don't hesitate to e-mail me."

4          Do you recall when it was that the

5     decision was made within Abbott not to proceed with

6     the 115 trial?

7     A.   I don't remember what the decision was

8     or why.

9     Q.   You recall that Abbott did not undertake

10    the 115 trial?

11    A.   Yes.

12    Q.   Do you recall when it was that you

13    learned that Abbott was not going to proceed with

14    that trial?

15    A.   I don't remember.

16    MR. DAVIS:  Let's mark this as the next

17    exhibit, please.

18          (WHEREUPON, a certain document was

19          marked Collicott Deposition Exhibit

20          No. 31, for identification, as of

21          09-27-2006.)

22    BY MR. DAVIS:

23    Q.   Ms. Collicott, you have Exhibit 31.  Let

24    me ask you if you have seen this document before.

1      A.   I don't recall seeing this.

2      MR. PHILLIPS:  Ms. Collicott, make sure you

3   have a chance to look through it.  I don't want you

4   to --

5      THE WITNESS:  Oh, I'm sorry.

6      MR. PHILLIPS:  Just look through it.  I'm not

7   suggesting one way or the other, but just make

8   sure.

9      THE WITNESS:  But -- okay.

10   BY THE WITNESS:

11      A.   I don't recall whether I have seen this

12   or not.

13   BY MR. DAVIS:

14      Q.   This is a descriptive memorandum dated

15   February 2001.

16          I just want to direct your attention to

17   the page that is numbered in the lower right-hand

18   corner ends in 6082.

19      MR. PHILLIPS:  I notice it's paginated

20   incorrectly.

21      MR. DAVIS:  One change was made.

22      MR. PHILLIPS:  At least one correction.

23   BY THE WITNESS:

24      A.   Okay.  I have it.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1     BY MR. DAVIS:

2        Q.   You see that there is a section again

3     entitled "Product/Development Background" and then

4     a subsection entitled "Clinical Trials"?

5        A.   Yes.

6        Q.   It says, "A Phase IIb study for

7     neuropathic pain at higher, titrated doses of

8     ABT-594 began in April 2000 and ends in June 2001."

9           Do you see that?

10       A.   Yes.

11       Q.   It goes on to say, "A total of 320

12    patients is anticipated to be included in the

13    study."

14          Do you see that?

15       A.   Yes.

16       Q.   You did not anticipate as of

17    February 2001 that 320 -- a total of 320 patients

18    would be included in the 114 study.  Correct?

19       A.   Correct.

20       Q.   You knew at least as of February 2001

21    that that study already -- enrollment in that study

22    had already ended at somewhere in the vicinity of

23    260 to 270 patients, correct?

24       A.   Yes.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      MR. PHILLIPS:  Objection.

2    BY THE WITNESS:

3      A.   I can't state for certain that he was

4    aware.

5    BY MR. DAVIS:

6      Q.   Is it your belief that he was aware?

7      MR. PHILLIPS:  Objection.

8    BY THE WITNESS:

9      A.   I believe he was aware.

10   BY MR. DAVIS:

11     Q.   Is it something that you think you

12   informed him of prior to February 2001?

13     A.   He would have known that, yes.

14     Q.   How about Dr. Silber, do you think

15   Dr. Silber would have known prior to February 2001

16   that the 114 study had ended with less than 320

17   patients?

18     A.   That one I couldn't tell you for sure.

19     MR. DAVIS:  Let's mark this, please, as the

20   next exhibit, 32, please.

21        (WHEREUPON, a certain document was

22        marked Collicott Deposition Exhibit

23        No. 32, for identification, as of

24        09-27-2006.)

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    BY MR. DAVIS:

2        Q.    We have marked this as Exhibit 32,

3    correct?

4        A.    Correct.

5        Q.    Ms. Collicott, you have in front of you

6    Exhibit 32, which appears to be a slide

7    presentation for project review for ABT-089 and

8    ABT-594 and dated February 2, 2001.

9            Let me ask you first.  Did you

10   participate -- have you seen this document before?

11       A.    I don't recall seeing this document

12   before.

13       Q.    Did you participate in any project

14   review for ABT-594 on February 2, 2001?

15       A.    I don't remember.

16       Q.    Do you have any recollection of

17   participating in any sitdown meeting with

18   Dr. Leiden or other senior management of Abbott at

19   that time?

20       A.    I would not have met with Dr. Leiden.

21       Q.    Have you ever met Dr. Leiden?

22       A.    I think I have met him once but not as

23   part of any meeting.

24       Q.    Did your meeting with Dr. Leiden have

1    anything to do with ABT-594?

2        A.   I'm sorry?

3        Q.   Did your meeting with Dr. Leiden have

4    anything to do with ABT-594?

5        A.   No, not at all.

6        Q.   To your knowledge --

7        A.   I could tell you what he looked like.

8    That's about it.

9        Q.   Yeah, I have seen him on the web, too.

10       A.   Okay.

11       Q.   Did you, to your knowledge, participate

12   in any way in the creation of this slide

13   presentation?

14       A.   I don't remember.

15       Q.   Do you recall assisting Dr. McCarthy in

16   that time frame with the preparation of a slide

17   presentation for Abbott's senior management?

18       A.   I don't recall.  I generally would not

19   have done that.

20       Q.   Would you look, please -- it's about, I

21   don't know, four-fifths of the way into this

22   document.  It's the page that ends in 02433.

23       A.   Yes.

24       Q.   Do you have that slide in front of you?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1        A.    Yes.

2        Q.    You see it's a slide that is titled

3    "M99-114 Status."  That is a reference to your

4    clinical trial, right?

5        A.    Yes.

6        Q.    And it says, "Enrollment - Ended 1/5/01

7    at 269 subjects."

8            Do you see that?

9        A.    Yes.

10       Q.    Is that consistent with your

11    recollection?

12       A.    Yes.

13       Q.    It then says, "Pre-specified power not

14    reached."

15           What's your understanding as to the

16    meaning of that sentence?

17       MR. PHILLIPS:  Objection.

18    BY THE WITNESS:

19       A.    Since I didn't make this slide, I don't

20    really know.  I don't really know.

21    BY MR. DAVIS:

22       Q.    Do you know what a pre-specified power

23    is?

24       MR. PHILLIPS:  Objection.

1    BY THE WITNESS:

2    A.  I --

3    MR. PHILLIPS:  I'm sorry.

4    THE WITNESS:  That's all right.

5    BY THE WITNESS:

6    A.   If there was a power specified in the

7    protocol.  That may be what it means.

8    BY MR. DAVIS:

9    Q.   Do you recall any discussions within

10   Abbott that by ending enrollment for the 114 study

11   early, that the statistical power of the study had

12   been affected or compromised in any way?

13   A.   I don't remember any conversations like

14   that.  But I'm not a statistician so I would not

15   have been included in anything like that.

16   MR. DAVIS:  Why don't we take a two- or

17   three-minute break if it's all right.

18   MR. PHILLIPS:  Sure.

19        (WHEREUPON, a recess was had

20        from 1:34 to 1:42 p.m.)

21   BY MR. DAVIS:

22   Q.   Ms. Collicott, back on the record.

23        May I ask you to look again briefly at

24   Exhibit 29, which is this e-mail with some of the

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    spreadsheets attached.

2       A.    Yes.

3       Q.    First, am I correct that the documents

4    that appear to be spreadsheets that are attached to

5    the agenda are in fact spreadsheets?

6       A.    Yes.

7       Q.    They are maintained by someone at

8    Abbott, as far as you know?

9       A.    It would either have been at Abbott or

10   with the CRO.

11      Q.    And provided to Abbott?

12      A.    Yes.

13      Q.    Again, we have been talking I think

14   earlier about adverse events and also early

15   terminations.  Are those linked in some way?

16      A.    They can be.

17      Q.    So, for example, if you look at the list

18   of early terminations for the 114 study, it gives

19   "Reason For Termination."  Do you see that column?

20      MR. PHILLIPS:  I'm sorry.  What page are you

21   on?

22   BY THE WITNESS:

23      A.    Yes.

24      MR. DAVIS:  I'm looking at page 2697.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1        MR. PHILLIPS:  Thank you.

2    BY MR. DAVIS:

3        Q.    You see there is reason for termination

4    given?

5        A.    Yes.

6        Q.    Is it fair to say that at least the

7    early terminations that are listed in this portion

8    of the chart are attributable to some sort of

9    adverse event?

10        A.    If it says AE in front of it.  So,

11    reason for termination AE would be an AE.

12        Q.    You would agree with me, looking at that

13    page, the one that ends 2697, and the following

14    page, 2698, that the majority of early terminations

15    on this trial were attributable to adverse events?

16        A.    It appears to be, yes.  And that's not

17    unusual.

18        Q.    At some point in time were you called

19    upon to put together a report, a final report with

20    respect to the 114 trial?

21        A.    A final report is written, but not by

22    me.

23        Q.    Do you participate in the preparation of

24    the final report?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.   Did anyone in the course of the 114

2    trial ever notify you of any significant changes in

3    the developmental strategy for ABT-594 that had

4    been made by Abbott?

5      MR. PHILLIPS:  Objection.

6    BY THE WITNESS:

7      A.   Not by me -- not to me.

8    BY MR. DAVIS:

9      Q.   To your knowledge, who would establish

10   the developmental strategy for ABT-594 within

11   Abbott?

12     MR. PHILLIPS:  Objection.

13   BY THE WITNESS:

14     A.   All I can tell you is it's levels much

15   higher than mine.  Who specifically makes that or

16   generally makes that, I don't know.

17   BY MR. DAVIS:

18     Q.   Do you know what an NNR is?

19     A.   No.  I do not.

20     Q.   Did you ever participate with any -- in

21   any discussions within Abbott regarding any

22   programs to develop any NNR analgesics?

23     A.   I -- no, that does not even ring a bell.

24     MR. DAVIS:  Mark this as the next exhibit,

1        Do you see that?

2        A.   Yes.

3        Q.   Did you regard the tolerability issues

4    around ABT-594 in early March of 2001 to be a

5    potential issues, threats or negatives?

6        A.   I don't -- I'm not the person that

7    determines what's tolerable and tolerability

8    issues.  So, I mean, that's not what I do.

9        Q.   Did you have any position on that issue

10   at that point in time?

11       A.   No.

12       Q.   As of early March 2001 did you think it

13   was likely that ABT-594 was going to continue to be

14   developed by Abbott to Phase III?

15       A.   I thought it was, yes.

16       Q.   Did you understand the results of the

17   114 trial to be such that Abbott had determined the

18   appropriate dose for ABT-594?

19       MR. PHILLIPS:  Objection.

20   BY THE WITNESS:

21       A.   I'm not sure what Abbott or that group

22   would have determined as the appropriate dose.

23   I -- I don't know.  I don't know.

24   BY MR. DAVIS:

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.    -- that would weigh 559 pounds, is that

2    it?

3      A.    Exactly.

4      Q.    What is it about the other entry that

5    you would regard as --

6      A.    Respiratory rate of 76 is pretty high.

7      Q.    Is this part of the process of cleaning

8    up the data?

9      A.    Yes, it is.

10     Q.    Did you encounter any unusual problems

11   in cleaning up the data for the 114 study?

12     A.    No.

13     Q.    Cleaned up nicely?

14     A.    Just like any, yeah, just like any other

15   trial, you know.  Nothing struck me as unusual.

16   It's a long process.

17        MR. DAVIS:  Mark that, please, as the next

18   exhibit.

19            (WHEREUPON, a certain document was

20            marked Collicott Deposition Exhibit

21            No. 38, for identification, as of

22            09-27-2006.)

23   BY MR. DAVIS:

24     Q.    Ms. Collicott, I will show you what's

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    been marked as Exhibit 38 and ask you first if you

2    have seen this document before.

3        A.   I have not.

4        Q.   Have you seen documents in this format

5    before within Abbott?

6        A.   Yes, similar documents.

7        Q.   What context have you seen -- what are

8    they?  Let me ask you.

9        A.   I would say these are updates regarding

10   ABT-594 that would be given to upper management.

11       Q.   Do you typically receive copies of these

12   updates when -- at or around the time that they are

13   issued?

14       A.   Not generally.

15       Q.   How did it come about that on prior

16   occasions you've seen documents like this?

17       A.   Because on occasion I would see them,

18   but I would not have expected me to be on a

19   distribution list for this.

20       Q.   Did you contribute in any way to the

21   creation of these documents to your knowledge?

22       A.   Not to my knowledge.

23       Q.   It's your understanding that these are

24   for senior management within Abbott?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1       A.   I would say yes.

2           Q.   Who or what organization within Abbott

3    was responsible for preparing documents like

4    Exhibit 38?

5           A.   I don't know.  It could be a combination

6    of groups.  Who actually prepared it, I don't know.

7           Q.   Were you on occasion solicited for

8    information for these reports, if you know?

9           A.   No.

10       MR. PHILLIPS:  I'm sorry.  I didn't hear your

11   answer.

12       THE WITNESS:  No.

13       MR. PHILLIPS:  Thank you.

14   BY MR. DAVIS:

15       Q.   Would you look at the second page of

16   Exhibit 38, please.

17           You see under "April 2001, Monthly

18   Highlights - Key Project Progress."

19           Do you see that?

20       A.   Yes.

21       Q.   There is a reference in the first bullet

22   point to "Blind broken on April 20 for M99-114

23   painful diabetic neuropathy Phase IIb study."

24           Do you see that?

1              May we mark this, please, as the next

2    exhibit.

3                   (WHEREUPON, a certain document was

4                   marked Collicott Deposition Exhibit

5                   No. 39, for identification, as of

6                   09-27-2006.)

7    BY MR. DAVIS:

8        Q.    Ms. Collicott, you have what's been

9    marked as Exhibit 39.  I ask you to look at it for

10   a moment and tell me if you have seen this document

11   before.

12       A.    I don't remember.

13       Q.    Did you participate in the preparation

14   of any PowerPoint presentations concerning the

15   results of the 114 study?

16       A.    I don't remember.

17       Q.    Is that something that you typically

18   would do as part of your clinical trial-related

19   duties?

20       A.    I could have.

21       Q.    Do you recall that that's something that

22   you typically are involved in?

23       A.    Again, it depends on the group.  Some

24   groups do this more than others.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.    And more often than not in your

2    experience have you done that?

3      A.    Looking at the first few pages I could

4    see that I could have done that.  If you start

5    looking at the design and the outcomes, I would not

6    have done that.

7      Q.    As you sit here today do you believe

8    that you participated in any way in the creation of

9    this presentation?

10      A.    I don't remember.

11      Q.    Do you know to whom this presentation

12    was made?

13      A.    I don't, no.

14      Q.    If you look at the last page of this

15    presentation.

16      A.    Got it.

17      Q.    There is a slide that begins "ABT-594

18    150, 225 and 300," and what's mcg?

19      A.    Micrograms.

20      Q.    Micrograms.  BID stands for?

21      A.    Twice a day.

22      Q.    "Were associated with a dose dependent

23    increase in adverse events, especially nausea,

24    vomiting and dizziness."

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1        Do you see that?

2        A.    Yes.

3        Q.    And do you recall helping to assemble

4    any of this information?

5        A.    I don't recall that, no.

6        Q.    Were you aware of this information

7    before you saw this document today?

8        A.    Yes, I would have been aware of it from

9    reviewing tables and listings after the blind was

10    broken.

11        Q.    After the blind was broken and you

12    reviewed this information, did you still believe it

13    likely that ABT-594 was going to be moved into

14    Phase III by Abbott?

15        A.    I did.

16        Q.    Was there any particular reason why you

17    thought that ABT-594 was more likely than not to be

18    moved forward?

19        A.    Because it was very efficacious.

20        MR. DAVIS:  Let's mark this, please, as the

21    next exhibit.

22            (WHEREUPON, a certain document was

23            marked Collicott Deposition Exhibit

24            No. 40, for identification, as of

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      A.   I don't even remember because I can't

2   think of even who the commercial folks were, their

3   names.  I can't remember.

4      MR. DAVIS:  Mark this, please, as the next

5   exhibit.

6          (WHEREUPON, a certain document was

7          marked Collicott Deposition Exhibit

8          No. 42, for identification, as of

9          09-27-2006.)

10  BY MR. DAVIS:

11     Q.   Ms. Collicott, you have Exhibit 42.

12  Would you take a moment, look at the document and

13  tell me if you have seen it before.

14     A.   I don't remember seeing it.

15     Q.   Who is Judith Brownell?

16     A.   She was with our data management group.

17     Q.   What is the release of the database?

18     A.   That would be all queries have been

19  resolved and the database is locked.

20     Q.   Now, I think you testified early today

21  that typically the study would not be unblinded

22  until the database had been locked?

23     A.   That is absolutely right.

24     Q.   Was this study, was the database in this

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    study -- strike that.

2         When was the database on this study

3    locked?

4         A.   I don't remember.

5         Q.   Can you tell from reading this e-mail

6    when it was locked?

7         A.   Let me look at it again.

8         It appears to be June 18.  If it was

9    transferred to statistics for analysis.

10        Q.   Do you know why it was that the results

11   of this study were unblinded before the data for

12   this study was locked?

13        A.   It shouldn't have been.  And it wasn't.

14        Q.   Well, if we look at Exhibit 38.  Do you

15   have that in front of you?

16        A.   I can find it.

17        Q.   It's the April 1, 2001 -- I'm sorry.

18   It's the April 2001 status report.  If you look at

19   the second page of that document it states that

20   "Blind broken on April 20."  Do you see that?

21        A.   Okay.

22        Q.   Is that -- when they refer to blind

23   broken, is there any other blind other than the

24   blind on the data from the study that could be

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    broken as of that date?

2        A.    No, that would be it.

3        Q.    Then looking back at Exhibit 42, again,

4    you've indicated that this -- the data was

5    transferred to statistics on the 18th of June,

6    2001.  You would agree with me that's subsequent to

7    April 20 of 2001?

8        A.    Yes.

9        Q.    So, it appears that in this case the

10    blind was broken before the data actually had been

11    locked, is that right?

12        MR. PHILLIPS:  Objection.

13    BY THE WITNESS:

14        A.    That's the thing with this wording, and

15    I probably shouldn't have said that because

16    transfer to statistics for analysis, I made the

17    assumption that meant database lock although

18    normally we always say database lock.  So, I am not

19    following this.

20        Q.    The subject of the e-mail that's

21    Exhibit 42 says "Release of Database."  Is that the

22    same as locking the database?

23        MR. PHILLIPS:  Objection.

24    BY THE WITNESS:

1      A.   I don't know.  I don't know.

2    BY MR. DAVIS:

3      Q.   The date -- this e-mail that's

4    Exhibit 42 from Ms. Brownell to -- it's to you,

5    among others, correct?

6      A.   Yes.

7      Q.   And it says, "The Data Management

8    process has been completed for study M99-114

9    (ABT-594) and the database, MC114A, was transferred

10   to statistics for analysis on 18 June '01 at" 5 --

11   15:07."

12        Do you see that?

13     A.   Yes.

14     Q.   Would you agree with me that what this

15   is saying is that the data from that study was

16   completed and the data was transferred to

17   statistics for analysis at approximately 3:07 p.m.

18   on June 18, 2001?

19     MR. PHILLIPS:  Objection.

20   BY THE WITNESS:

21     A.   I don't know.  I can only read what it

22   says, and because not being a data management

23   person, they may have had their own analyses that

24   they had to do after the blind was broken and then

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1    transfer it to statistics for their analyses.  But

2    not being stats or data management, I'm not sure

3    what their process is.

4        Q.   Is there more than one database for the

5    study?

6        MR. PHILLIPS:  Objection.

7    BY THE WITNESS:

8        A.   A database can be unlocked to add

9    additional data that has come in and then relocked.

10    I don't know whether that occurred with this one.

11    BY MR. DAVIS:

12        Q.   Do you have any recollection of that

13    occurring with respect to trial 114?

14        A.   I don't remember.  I mean it certainly

15    happens.  If significant information comes in, it

16    happens it has to be unlocked and relocked.  But

17    it's a -- it's a process.  I don't recall whether

18    we unlocked the database of 114.

19        Q.   How would one -- how would you go about

20    determining today when it was that the database for

21    the 114 trial was locked?

22        A.   I would contact data management.

23        Q.   Is that located in Abbott Park?

24        A.   Yes.

1   perspective would be data management?

2       A.   That's where I would go.

3       Q.   As you sit here today you don't recall

4   Abbott ever unlocking and then relocking the data

5   for trial 114?

6       A.   Right, I don't recall.

7       MR. DAVIS:  Let's mark this, please, as the

8   next exhibit.  43, I believe.

9           (WHEREUPON, a certain document was

10          marked Collicott Deposition Exhibit

11          No. 43, for identification, as of

12          09-27-2006.)

13  BY MR. DAVIS:

14      Q.   Ms. Collicott, I show you what's been

15  marked as Exhibit 43, ask you to look at it for a

16  moment and tell me if you have seen it before.

17      A.   No, I have not.

18      Q.   It appears to be one of those monthly

19  status reports concerning ABT-594, this one dated

20  from July of '01.

21          If you look at the second page of the

22  document, under "Monthly Highlights."  Do you see

23  that?

24      A.   Yes, I do.

1    needed to find other jobs.  So that's how I knew.

2        Q.    Did Mr. -- Dr. McCarthy explain to you

3    in any shape, manner or form the reasoning behind

4    Abbott's decision to terminate development of 594?

5        A.    No.  At least not that I can remember.

6        MR. DAVIS:  Will you mark this as the next

7    exhibit, please.

8            (WHEREUPON, a certain document was

9            marked Collicott Deposition Exhibit

10            No. 45, for identification, as of

11            09-27-2006.)

12    BY MR. DAVIS:

13        Q.    Were you curious as to why Abbott had

14    decided to terminate development of 594?

15        A.    I was disappointed.  Curious, no,

16    because that's the nature of the business.  I've

17    been on many compounds that never see the light of

18    day.

19        Q.    To your knowledge, did Abbott's decision

20    to terminate further development of 594 have

21    anything to do with the results of the 114 study?

22        A.    I don't know.

23        Q.    Did it have anything to do with the

24    tolerability of 594?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.    Looking again at Exhibit 45, is that in

2    fact an e-mail that you sent to Jan Lips?

3      A.    Yes.

4      Q.    Is that the correct name, Jan Lips?

5      A.    Yes.

6      Q.    In the e-mail, which is dated October 5,

7    2001, you state, second paragraph, "ABT-594 is on

8    life support but they haven't pulled the plug yet."

9      A.    Um-hmm.

10      Q.    What did you mean by that?

11      A.    Basically that the project was still

12    ongoing.

13      Q.    You regard a project that's on life

14    support as --

15      A.    Yes.

16      Q.    -- as ongoing?

17      A.    Yes, until it's killed, yes.

18      Q.    Did you regard it as being something

19    less than healthy as of October 2001?

20      A.    I -- it's hard to explain.  Less than

21    healthy, no.  As with any trials that we do, you

22    never know when funding is going to be pulled.  You

23    never know what the reasoning is behind it.  It's

24    just one of those things that happens.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1          So, the plug hadn't been pulled on it

2     yet.  It hadn't been killed.  We were planning,

3     doing some additional planning for additional

4     studies.  And that's -- that's what that was.

5          Q.   When was the last time you saw this

6     e-mail?

7          A.   This one I saw yesterday.

8          Q.   By referencing "ABT-594 is on life

9     support," did you mean to convey by that that you

10    thought it was more likely than not that ABT-594

11    would be moved on to Phase III?

12         A.   I still believed it would be moved on to

13    Phase III.

14         Q.   You thought it more likely than not?

15         A.   Yes.

16         Q.   And that equates to being on life

17    support?

18         A.   It's just an Abbott term.  It's what we

19    say.  It's what we do.  This is just a personal

20    e-mail, you know, back-and-forth sort of thing.  I

21    believed we were moving forward with that trial as

22    yet.  I had hoped we were.  And you could have

23    knocked me over with a feather when I found out we

24    weren't.

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1      Q.   So, you were surprised when you learned

2    that ABT-594 was not going to be further developed

3    by Abbott?

4      A.   Yep.

5      MR. DAVIS:  Let's mark this, please, as the

6    next exhibit.

7           (WHEREUPON, a certain document was

8            marked Collicott Deposition Exhibit

9            No. 46, for identification, as of

10           09-27-2006.)

11   BY MR. DAVIS:

12     Q.   Ms. Collicott, you have in front of you

13   a monthly status report for ABT-594 dating from

14   October of 2001.  At least that's what it purports

15   to be on its face.

16         Have you seen this document before?

17     A.   I have not.

18     Q.   If you take a look at the second page of

19   the document under "Monthly Highlights" it

20   says, "Program is not funded for 2002 -

21   Outlicensing activities initiated."

22         Do you see that?

23     A.   Yes.

24     MR. PHILLIPS:  I'm sorry.  Where are you?

Collicott, Marilyn J. (Linked)  9/27/2006  9:16:00 AM

1     BY MR. DAVIS:

2       Q.   And is it your recollection that even as

3     of September '01 you thought that ABT-594 was more

4     likely than not going to continue to be developed

5     by ABT?

6       A.   I was hoping it would continue to be

7     developed.  I know how these things go with first

8     you're funded, then you're not, then you are, then

9     you're not.  So it's nothing new and I expected us

10    to continue, yes.

11      Q.   It says, "For the 2002 planning process,

12    we are still assumed to be an unfunded, but there

13    is a chance that we will be back in the race for

14    funding once the preliminary cost and time for a

15    Phase IIb, Part 2 study are reviewed with Jeff."

16         Did you participate in the process of --

17    in any way of determining funding for ABT-594 for

18    future years?

19      A.   I don't recall.  If I did, it would be

20    simply determining the cost of a CRO.  Not any sort

21    of big budget planning.  It would just be the

22    day-to-day running of my portion of a clinical

23    trial, which is just a tiny part of it.

24      Q.   If you take a look at the second page of

## ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:    Hancock v. Abbott Labs
Dep. Date:    September 27, 2006
Deponent:    Marilyn J. Collicott

## CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|-----|-----|-----------|-------------|-------------------|
| 5 | 12 | Mr. | Ms. | incorrect |
| 9 | 7-8 | human... Government | ... trial conducted in humans that may or may not be conducted using drugs not yet approved by the FDA. | clarification |
| 19 | 10 | is | are | grammar |
| 28 | 2 and 3 | is , is | are, are | grammar |
| 50 | 1 | is | are | grammar |
| 52 | 12 | PS | Case | correction |
| 64 | 9-10, 18 | TARD | PARD | correction |
| 113, 115 | 18-19, 2 | HEISER | HEUSER | correction |
| 166 | 14 | WOLDAT | WOLDAT | correction |
| 246 | 22 | in the | and the | correction |
| 287 | 17 | Freehof | Freehoff | correction |

_____  31OCT06
**Signature of Deponent**

Page 296

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

1
2
3
4  JOHN HANCOCK LIFE INSURANCE          )
5  COMPANY, JOHN HANCOCK VARIABLE       )
6  LIFE INSURANCE COMPANY and           )
7  MANULIFE INSURANCE COMPANY           )
8  (f/k/a/ INVESTORS PARTNER            )
9  INSURANCE COMPANY),                  )
10                 Plaintiffs,          )  Civil Action No.
11     -vs-                             )  05-11150-DPW
12  ABBOTT LABORATORIES,                 )
13                 Defendant.           )
14
15      I hereby certify that I have read the
    foregoing transcript of my deposition given at the
16   time and place aforesaid, consisting of Pages 1 to
    295, inclusive, and I do again subscribe and make
17   oath that the same is a true, correct and complete
    transcript of my deposition so given as aforesaid,
18   and includes changes, if any, so made by me.
19                      _Mcollicott_
20                      MARILYN J. COLLICOTT
21  SUBSCRIBED AND SWORN TO
22  before me this  1ST  day
23  of  NOVEMBER  , A.D. 200 6 .

OFFICIAL SEAL
REBECCA COOK-NANCE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2008

24      Notary Public
    _Regina C. Cookhouse_

# Collicott Deposition Exhibit 1

# D's Exhibit I



|  |  | To | jc@wilmingtongroup.com@internet |
|---|---|---|---|
| **Marilyn J Collicott /LAKE/PPRD/ABBO TT** | | cc | |
| 05/09/2000 01:08 PM | | bcc | |
| | | Subject | resume |

JC

Here's my resume - call if questions. Thanks.................... mc



resume'00.do



Highly Confidential

ABBT242357

**MARILYN J. COLLICOTT**
**Clinical Project Manager**
**6220 South 121 Street**
**Hales Corners, WI 53130**
**(414) 529-3282**
**(847) 938-1199**

**SUMMARY OF EXPERIENCE** - More than thirteen years experience in clinical research and quality assurance/quality control. Experienced in GCP, GMP, GLP, clinical project management, clinical monitoring, quality auditing, process validation, and laboratory management in the pharmaceutical and medical device industries.

<u>Education</u>      BA in Chemistry and Biology
                      Alverno College, Milwaukee, WI

<u>Employment History</u>

**Abbott Laboratories -  Abbott Park, IL**
**Pharmaceutical Products Division - Analgesia Venture**

1999 - Present   <u>Clinical Project Manager</u>

* Complete project management of ABT-594 Phase IIb osteoarthritis clinical trial.  To include: CRO selection and management, investigator identification and selection, protocol writing, CRF design, planning and conduct of investigator meetings, day-to-day study direction, initiation and management of all related budgets and contracts, workforce planning, training, etc.
* Assist Venture Head and Associate Medical Director with Operations aspects of the Venture to include long-term budget planning, facilitation of product development and clinical trial team meetings, prepare Monthly Updates, Venture contact/liaison for PPD product development team members.
* Complete yearly IND Update and Investigator's Brochure.
* Member SOP Steering Committee.

1998 - 1999     <u>Senior Clinical Research Associate</u>

* Project management of ABT-594 Phase II clinical trials (osteoarthritis and post-op pain).
* Assist with project management of ABT-594 Phase II neuropathy trial
* Manage the Analgesia Venture Review Team consisting of 5 medical reviewers and 1 document clerk/tracker.

Highly Confidential

ABBT242358

**Pharmaceutical Products Division - Immunoscience Venture**

1996 - 1998     <u>Senior Clinical Research Associate</u>

* Complete project management of Abbott cyclosporine de novo
  kidney transplant study including site selection, advisory and
  investigator meeting planning, workforce allocation, and long-term
  project management.
* Complete project management of Phase I clinical trials for ABT-491
  to including CRO selection and management, study start-up and
  long-term  management.
* Project management mentor for junior CRAs.
* Presenter at investigator meetings and in-house functions.
* Managed investigator IND for zileuton.

1993 - 1996     <u>Clinical Research Associate</u>

* Clinical monitoring of Phase III investigational drug trials.
* Preparation of clinical trial sites for QA and FDA audits.
* Authoring and management of Phase III clinical protocols.
* Provide training for new or inexperienced CRAs.
* Preparation of written study summaries.
* Participated in numerous aspects of NDA filing for zileuton (Zyflo)
  and ritonavir (Norvir).

**Surgitek, Inc. - Racine, WI**
(Former Division of Bristol-Myers Squibb)
1986-1992
                <u>Acting Manager, Quality Assurance/Quality Control</u>

* Directly managed a staff of 16 including 2  supervisors.
* Proposed, directed, and implemented QA projects related to the
  product lines and to the sale of the company.
* Developed and implemented plan for cross-training in all areas of
  QA/QC resulting in a highly skilled workforce able to step in as
  needed in areas requiring additional coverage.
* Served as QA/QC advisor on all new product/project teams.
* Appointed to Internal Business Planning Committee targeting future
  endeavors designed to move the company forward during the sale
  and transition.

2

Highly Confidential                                                ABBT242359

Quality Assurance Compliance Supervisor

* Scheduled and performed all internal GMP audits.
* Developed methods for and performed vendor component, final product, laboratory, and sterilization facility audits in the U.S. and Europe.
* Revised and implemented new QC inspection procedures.

Quality Assurance Supervisor

* Completed the validation of 2 new contract sterilizers.
* Completed in-house sterilization validation for newly developed product.
* Researched, developed, and recommended a cost savings plan to institute parametric release of steam sterilized products with an estimated cost savings of $106,000. annually.
* Set up internal systems and utilized standards to assure biocompatibility requirements for components and devices.

Biolaboratory Supervisor: Responsible for the day-to-day operations of the labs providing biological and chemical tests to support production, R&D, and QC.

New Materials Evaluation Technician: Responsible for initiating protocols and final reports for recommended testing on all new materials, products and processes.

Revised 2/9/00

3

Highly Confidential

ABBT242360

4

Highly Confidential

ABBT242361

**Collicott Deposition Exhibit 2**

**P's Exhibit BV**

**Part 1**

# ABT-594
# DEVELOPMENT
# PLAN



**June, 1999**





EXHIBIT
*Colli cott*
2
9-27-06

CONFIDENTIAL          ABBT 0018986



CONFIDENTIAL    ABBT 0018987



CONFIDENTIAL

ABBT 0018988



# ABT-594

# EXECUTIVE SUMMARY

## June, 1999

CONFIDENTIAL     ABBT 0018989

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594

i

# Table of Contents

|  |  | Page |
|---|---|---|
| A. Executive Summary | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| A.1 Introduction | . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| A.1.1 The Disease Class | . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| A.1.2 Drug Class and Pharmacological Characteristics | . . . . . | 1 |
| A.2 Commercial | . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| A.2.1 ABT–594 Target Profile – Indication | . . . . . . . . . . . . | 3 |
| A.2.2 Forecast | . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| A.3 Clinical Development | . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| A.3.1 Ongoing and Proposed Phase II, III and IIIb Clinical Studies | . . . . . . . . . . . . . . . . . . . . . . | 6 |
| A.3.2 Cost Through NDA | . . . . . . . . . . . . . . . . . . . . . . | 7 |
| A.3.3 Development Milestones | . . . . . . . . . . . . . . . . . . . | 8 |

CONFIDENTIAL          ABBT 0018990

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                 1

## A.  EXECUTIVE SUMMARY

### A.1    Introduction

#### A.1.1  The Disease Class

Pain is the most common symptom of disease and the most frequent complaint with
which patients present to physicians. The economic burden of pain in the United States
is estimated at $100 billion a year in direct and indirect costs. Approximately 95 MM
Americans per year receive drug therapy for pain, which represents about 50% of those
who suffer from pain. Despite its prevalence, pain is often inadequately managed. There
have been few major advances in pain therapy over the last several decades, and pain
management continues to rely on nonsteroidal anti–inflammatory drugs (NSAIDs),
acetaminophen, opioids and certain adjuvant analgesics.

In the last five to ten years, advances in neurobiology and the development of more
sophisticated animal models of clinical pain have led to a paradigm shift in the
understanding of pain mechanisms. Not all pain states are the same, and different
mechanisms may contribute to pain caused by non–injurious stimuli (acute nociceptive
pain), by tissue injury (inflammatory pain) and by nerve injury (neuropathic pain).
Tissue and nerve injury induce changes in pain pathways in the nervous system, resulting
in altered processing of noxious and non–noxious sensory information, and reveal
molecular targets which may not be involved in the processing of sensory information
from healthy tissue.

#### A.1.2  Drug Class and Pharmacological Characteristics

ABT–594 is a non–opioid, non–NSAID analgesic that is 30- to 100–fold more potent
and equally efficacious to morphine in treating moderate to severe pain in several
well–characterized animal models of nociception. ABT–594 is anticipated to be effective
for the treatment of both acute and neuropathic pain. The preclinical side–effect and
dependence liability profile of ABT–594 is superior to that of morphine.
Mechanistically, ABT–594 is a potent and selective cholinergic channel modulator
(ChCM) with high oral bioavailability in rat, dog, and monkey.

CONFIDENTIAL

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABBT 0018991

6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                2

ABT-594 rapidly distributes to the brain following systemic administration and, like morphine, can work at multiple levels in the central and peripheral nervous systems to modulate pain perception. *In vitro* and *in vivo* studies show that the antinociceptive actions of ABT-594 are blocked by nicotinic acetylcholine receptor (nAChR) antagonists, but not by opioid receptor antagonists supporting a mechanism of action that involves nAChR modulation.

ABT-594 produces antinociceptive effects by interacting at both central and peripheral nAChRs. Injections of ABT-594 into brain at doses 1000-fold lower than given peripherally produce marked antinociceptive activity, indicating that ABT-594 can also activate descending pathways from the CNS to modulate pain processing. It also inhibits the release of the primary nociceptive transmitters, substance P and calcitonin gene related peptide (CGRP) *in vitro*, at the level of the dorsal horn of the spinal cord suggesting that ABT-594 can attenuate mechanisms leading to neurogenic inflammation, central sensitization and consolidation of pain-mediated neuronal changes. ABT-594 also selectively prevents the activation of dorsal horn neuron responses to noxious mechanical and thermal stimuli, without having effects on non-noxious mechanical and thermal stimuli that could impair sensory perception.

CONFIDENTIAL                                ABBT 0018992

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

Analgesia Ventures (6/23/99)
Development Plan
ABT-594

3

## A.2    Commercial

## A.2.1    ABT-594 Target Profile

| PPCC/DDC Profile (12/10/97) | Current Profile | Rationale for Profile Change | Probability | Status | Share Impact |
|---|---|---|---|---|---|
| Indicated for the treatment of pain (general pain claim) | Indicated for the treatment of osteoarthritis pain | "General pain" claim not achievable due to slow onset of action; proof of principle established in molar extraction study | Medium | 9/99, 1Q01 | High |
| Effective in neuropathic pain | Indicated for the treatment of neuropathic pain | Indication specific claims now favored since general pain claim not achievable | Low | 9/99, 2Q01 | Medium |
| Effective for moderate to moderately-severe pain | N/A | No longer applicable without general pain claim | N/A | N/A | N/A |
| Not scheduled | No change | N/A | High | 4Q02 | High |
| Improved safety profile compared to opioids including:<br><br>– less GI motility impairment<br><br>– less respiratory depression<br><br>– low tolerance potential<br><br>– no dependence/ withdrawal | No clinically significant tolerance, dependence or withdrawal | Simplify profile to focus on the most commercially important AEs | Medium | 2Q01 | High |
|  | Very few abnormal LFTs | Abnormal LFTs in a few Phase I subjects | High | 9/99 | High |
|  | Very low nausea/vomiting at effective dose | Relatively high incidence of nausea/vomiting in single dose Phase I & II subjects (food and dose dependent) | Medium | 9/99 | High |
|  | Other safety OK | Simplify profile | Medium | 9/99, 2Q01 | High |
|  | No significant or sustained differential efficacy in nicotine users vs. non-nicotine users | Lower incidence of AEs in nicotine users in Phase II trial | Low | 9/99, 2Q01 | High |
|  | No significant or sustained differential side effect profile in nicotine users vs. non-nicotine users | Lower incidence of AEs in nicotine users in Phase II trial | High | 9/99, 2Q01 | Medium |
|  | No re-initiation of cravings in ex-nicotine users | Possible due to nicotinic mechanism | Medium | 2Q01 | High |

CONFIDENTIAL          ABBT 0018993

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

Analgesia Venture (6/23/99)
Development Plan                                                            4
ABT-594

## A.2.1  ABT-594 Target Profile  (Continued)

| PPCC/DDC Profile (12/10/97) | Current Profile (6/99) | Rationale for Profile Change | Probability | Status | Share Impact |
|---|---|---|---|---|---|
| Onset of action in less than 30 minutes | Onset of action comparable to other therapies used to treat OA | Onset of action estimated at 90 minutes in Phase II trial | Low | 9/99 | Medium |
| | Onset of action comparable to other therapies used to treat neuropathic pain | Onset of action estimated at 90 minutes in Phase II trial | High | 9/99 | Medium |
| BID/TID dosing | BID dosing | Competitive dynamics highlight importance of dosing convenience | High | 9/99 | Medium |
| No major drug interactions, especially with drugs used for common chronic conditions | No change | N/A | High | 4Q00 | Medium |

## A.2.2  Forecast

### U.S. Forecast  (Date of Forecast: 6/98)

| | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Market Rxs (MM) - % chg | 280 2% | 285 2% | 291 2% | 297 2% | 303 2% |
| Abbott Share (%) | 1% | 2.5% | 3.8% | 4.5% | 5.0% |
| Abbott Rxs (MM) | 2.8 | 7.1 | 11.1 | 13.3 | 15.1 |
| Price/Rx ($) | 34.97 | 35.67 | 36.39 | 37.12 | 37.86 |
| Abbott Sales ($MM) | 125 | 254 | 402 | 495 | 573 |
| R&D ($MM) | 5 | 5 | 4 | 4 | 3 |
| SG&A ($MM) | 66 | 98 | 90 | 85 | 84 |
| SMM (%) | 97.2 | 97.3 | 97.3 | 97.4 | 97.4 |
| Div. Margin ($MM) | 59 | 162 | 324 | 427 | 509 |

10 year pre-tax NPV @ 12.5% = $1.016 B      10 year pre-tax ENVY @ 12.5% = TBD
10 year post-tax NPV @ 12.5% = $587 MM      10 year post-tax ENVY @ 12.5% = TBD

CONFIDENTIAL          ABBT 0018994

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

Analgesia Venture (6/23/99)
Development Plan                                                                              5
ABT-594

## Key assumptions:

- Assumes 12/97 PPCC profile
- NDA Filed 12/01, Launch 6/03
- First in class ChCM
- Usage = 70% chronic and 30% acute
- Weighted average days per Rx = 15.6
- Stocking at 12% of first year's sales
- Detailing includes 30% of IMs, 25% of FPs and GPs, 25% of Rheumatologists, and
  10% of Neurologists
- Sampling at 80% of details at launch, 8 units per detail, 5 days of therapy per unit
- Patent expires 12/2016

## Forecast Update Plan:

Forecast will be updated in late June/early July 1999 to account for revised indications of
OA and/or neuropathic pain and the associated spillover use in other pain states.
Forecast will be available well in advance of ABT-594 Go/No Go decision in 9/99.

### Ex-U.S. Forecast (Date of Forecast: 6/98)

|                        | 2003 | 2004 | 2005 | 2006 | 2007 |
|------------------------|------|------|------|------|------|
| Market Rxs (MM) - % chg | -    | -    | -    | -    | -    |
| Abbott Share (%)       | 1%   | 2.5% | 3.8% | 4.5% | 5.0% |
| Abbott Rxs (MM)        | -    | -    | -    | -    | -    |
| Price/Rx ($)           | -    | -    | -    | -    | -    |
| Abbott Sales ($MM)     | 60   | 150  | 250  | 300  | 320  |
| R&D ($MM)              | 3.4  | 3.2  | 2.8  | 2.4  | 2.0  |
| SG&A ($MM)             | 27   | 53   | 50   | 48   | 45   |
| SMM (%)                | 95%  | 95%  | 95%  | 95%  | 95%  |
| Div. Margin ($MM)      | 26   | 85   | 182  | 235  | 251  |

10 year pre-tax NPV @ 12.5% = $428          10 year pre-tax ENVY @ 12.5% = TBD

10 year post-tax NPV @ 12.5% = $253          10 year post-tax ENVY @ 12.5% = TBD

CONFIDENTIAL          ABBT 0018995

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          6

**Key assumptions:**

- First in class ChCM
- Indicated for treatment of moderate to moderately-severe pain
- Effective in neuropathic pain
- Good tolerability and safety profile
- No nicotinic effects
- Launched in all AI regions, including Japan, simultaneously (2003)

**Forecast Update Plan:**

- Forecast will be updated 9/99 (in time for the Go/No Go decision) to reflect results of marketing research to be conducted 3Q 1999 regarding expected uptake of 594 in OA and neuropathic pain markets, as well as potential spill-over prescribing for other pain states.

### Global Forecast

|                             | 2003 | 2004 | 2005 | 2006 | 2007 |
|-----------------------------|------|------|------|------|------|
| U.S. Sales ($MM))           | 125  | 254  | 402  | 495  | 573  |
| Ex-U.S.  Sales ($MM)        | 60   | 150  | 250  | 300  | 320  |
| Total Sales ($MM)           | 185  | 404  | 652  | 795  | 893  |
| Total Division Margin ($MM) | 85   | 247  | 506  | 662  | 760  |

10 year pre-tax NPV @ 12.5% = $1.44 B          10 year pre-tax ENVY @ 12.5% = TBD

10 year post-tax NPV @ 12.5% = $840 MM         10 year post-tax ENVY @ 12.5% = TBD

## A.3    Clinical Development

### A.3.1   Ongoing and Proposed Phase II, III and IIIb Clinical Studies

Given the spectrum of analgesic activity of ABT-594 in preclinical animal models of pain, the clinical development program for ABT-594 will evaluate the safety and efficacy of ABT-594 for the treatment of neuropathic pain and pain associated with osteoarthritis.  In addition, pilot studies are planned to assess the safety and efficacy of ABT-594 for the treatment of pain associated with cancer.

CONFIDENTIAL          ABBT 0018996

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.          6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT–594

7

## Ongoing and Proposed Phase II, III and IIIb Clinical Studies

| Indication (Study Type) | Phase II | | Phase III | | Phase IIIb | |
|---|---|---|---|---|---|---|
| | # Studies | # Patients | # Studies | # Patients | # Studies | # Patients |
| **Osteoarthritis** | | | | | | |
| U.S. | 1[c] | 250 | 3[a] | 1800 | - | - |
| Europe | - | - | 1[a] | 600 | - | - |
| Japan | - | - | 1[b] | 300 | - | - |
| **Neuropathic Pain** | | | | | | |
| U.S.[a] | 1[c] | 150 | 3[a] | 1800 | - | - |
| Europe | - | - | 1[a] | 600 | - | - |
| Japan | - | - | 1[b] | 300 | - | - |
| **Cancer Pain** | | | | | | |
| U.S. | 2 | 500 | - | - | - | - |
| **Long-Term Safety** | | | | | | |
| U.S. | - | - | 1[a] | 600[d] | - | - |
| Europe | - | - | 1[a] | 300[d] | - | - |
| **Pricing Studies** | | | | | | |
| U.S. | - | - | - | - | 1 | 500 |
| Europe | - | - | - | - | 1 | 500 |
| Canada | - | - | - | - | 1 | 500 |
| Australia | - | - | - | - | 1 | 500 |
| **TOTAL** | 4 | 900 | 12 | 5400 | 4 | 2000 |

a.   Registration Trial
b.   Bridging Study
c.   Ongoing
d.   Patients already counted in Phase III osteoarthritis and neuropathic pain studies.

### A.3.2   Cost Through NDA

| Year | Cost |
|---|---|
| 1999 | 29.9 |
| 2000 | 93.2 |
| 2001 | 50.5 |
| **Total Cost** | **173.6** |

CONFIDENTIAL     ABBT 0018997

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.    6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT–594

8

### A.3.3  Development Milestones

The project milestones for ABT–594 are as follows:

| Milestones | Date |
|---|---|
| PPCC Approval | 12/96 |
| Start Funding | 1/97 |
| Go/No Go Preclinical Safety | 6/97 |
| Start Phase I Europe | 7/97 |
| File IND (Liquid) | 2//98 |
| Start Phase II U.S. | 7/98 |
| Go/No Go Clinical Efficacy | 9/99 |
| File CTX/CTN | 10/99 |
| End of Phase II Mtg. w/FDA | 11/99 |
| Start Phase III U.S./Europe | 12/99 |
| Start Phase I Japan | 2/00 |
| Start Phase III Bridging Japan | 1/01 |
| File Europe – EMEA | 12/01 |
| File U.S. NDA – FDA | 12/01 |
| File Japan – Koseisho | 6/02 |
| Regulatory Approval U.S. | 6/03 |

ABBT 0018998

CONFIDENTIAL

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668-R2



CONFIDENTIAL

ABBT 0018999



# ABT-594

# DEVELOPMENT PLAN

**June, 1999**

CONFIDENTIAL          ABBT 0019000

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

Analgesia Venture (6/23/99)
Development Plan
ABT-594

i

# Table of Contents

|  |  | Page |
|---|---|---|
| A. | Background and Rationale | 1 |
| A.1 | Drug Class and Pharmacological Characteristics | 1 |
| A.2 | The Disease Class | 1 |
| A.3 | Pathophysiology and Treatment Options | 2 |
| B. | Commercial | 8 |
| B.1 | Market Overview | 8 |
| B.2 | Pipeline | 12 |
| B.3 | Unmet Needs | 14 |
| B.4 | ABT–594 Target Product Profile | 15 |
| B.5 | Forecast | 16 |
| C. | Major Challenges and Strategies | 19 |
| C.1 | Project History | 19 |
| C.2 | Registration | 20 |
| C.2.1 | Indication | 20 |
| C.2.2 | Clinical/NPD | 22 |
| C.2.3 | CMC | 22 |
| C.2.4 | Toxicology | 22 |
| C.2.5 | Discovery | 22 |
| C.3 | Price Setting and Reimbursement | 22 |
| C.4 | Commercial Issues and Opportunities | 23 |
| C.5 | Patent Issues | 24 |
| D. | Clinical Trial Program | 26 |
| D.1 | Ongoing and Proposed Phase II, III and IIIb Clinical Studies | 26 |
| D.2 | Registration Trials | 27 |

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668-R2

CONFIDENTIAL    ABBT 0019001

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          ii

# Table of Contents
# (Continued)

Page

|  |  |  |  |
|---|---|---|---|
| | D.3 | Trials Aimed at Enhancing Pricing and Reimbursement . . . . . . . | 32 |
| | D.4 | Trials Aimed at Facilitating Launch and Market Penetration . . . | 32 |
| **E.** | **Chemistry, Formulations, Manufacturing** . . . . . . . . . . . . . . . . . . . . . . . . . | **34** |
| | E.1 | CAPD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 |
| | E.2 | PARD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 |
| | E.3 | Manufacturing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 |
| **F.** | **Non–Clinical** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** |
| | F.1 | Toxicology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 |
| | F.2 | Metabolism . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 |
| | F.3 | Animal Pharmacology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 |
| **G.** | **Development Cost and Sensitivity Analysis** . . . . . . . . . . . . . . . . . . . . . | **41** |
| | G.1 | Base Case Scenario . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 |
| | G.2 | Downside Scenario (Funding Decrease) . . . . . . . . . . . . . . . . . | 43 |
| | G.3 | Upside Scenario (Funding Increase) . . . . . . . . . . . . . . . . . . . | 44 |

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL          ABBT 0019002

Analgesia Venture (6/23/99)
Development Plan
ABT-594

iii

# Table of Contents

## (Continued)

Page

## List of Tables

Table 1.  Prevalence of Pain by Diagnosis1 .......................... 4

Table 2.  1998 Prescription Pain Market, Rx by Analgesic Class ....... 9

Table 3.  1998 Prescription Pain Market, Sales by Analgesic Class ..... 9

Table 4.  Analgesia Pipeline – Key Novel Agents .................... 12

Table 5.  Development Pipeline – Nicotinic Mechanisms ............. 12

Table 6.  ABT-594 Target Profile .................................. 15

Table 7.  U.S. Forecast  (Date of Forecast: 6/98) ..................... 16

Table 8.  Ex-U.S. Forecast (Date of Forecast: 6/98) .................. 17

Table 9.  Global Forecast ......................................... 18

Table 10.  Ongoing and Proposed Phase II, III and IIIb Clinical
          Studies ................................................ 26

Table 11.  Summary of Planned Phase I Clinical Studies ............... 28

Table 12.  Summary of Ongoing and Completed Phase II Studies ....... 30

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019003

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    1

## A. BACKGROUND AND RATIONALE

### A.1    Drug Class and Pharmacological Characteristics

ABT-594 is a non-opioid, non-NSAID analgesic that is 30- to 100-fold more potent
and equally efficacious to morphine in treating moderate to severe pain in several
well-characterized animal models of nociception. ABT-594 is anticipated to be effective
for the treatment of both acute and neuropathic pain. The preclinical side-effect and
dependence liability profile of ABT-594 is superior to that of morphine.
Mechanistically, ABT-594 is a potent and selective cholinergic channel modulator
(ChCM) with high oral bioavailability in rat, dog, and monkey.

ABT-594 rapidly distributes to the brain following systemic administration and, like
morphine, can work at multiple levels in the central and peripheral nervous systems to
modulate pain perception. *In vitro* and *in vivo* studies show that the antinociceptive
actions of ABT-594 are blocked by nicotinic acetylcholine receptor (nAChR)
antagonists, but not by opioid receptor antagonists supporting a mechanism of action that
involves nAChR modulation.

ABT-594 produces antinociceptive effects by interacting at both central and peripheral
nAChRs. Injections of ABT-594 into brain at doses 1000-fold lower than given
peripherally produce marked antinociceptive activity, indicating that ABT-594 can also
activate descending pathways from the CNS to modulate pain processing. It also inhibits
the release of the primary nociceptive transmitters, substance P and calcitonin gene
related peptide (CGRP) *in vitro*, at the level of the dorsal horn of the spinal cord
suggesting that ABT-594 can attenuate mechanisms leading to neurogenic inflammation,
central sensitization and consolidation of pain-mediated neuronal changes. ABT-594
also selectively prevents the activation of dorsal horn neuron responses to noxious
mechanical and thermal stimuli, without having effects on non-noxious mechanical and
thermal stimuli that could impair sensory perception.

### A.2    The Disease Class

Pain is the most common symptom of disease and the most frequent complaint with
which patients present to physicians. The economic burden of pain in the United States
is estimated at $100 billion a year in direct and indirect costs. Approximately

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019004

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          2

95 MM Americans per year receive drug therapy for pain, which represents about 50% of
those who suffer from pain. Despite its prevalence, pain is often inadequately managed.
There have been few major advances in pain therapy over the last several decades, and
pain management continues to rely on nonsteroidal anti–inflammatory drugs (NSAIDs),
acetaminophen, opioids and certain adjuvant analgesics.

In the last five to ten years, advances in neurobiology and the development of more
sophisticated animal models of clinical pain have led to a paradigm shift in the
understanding of pain mechanisms. Not all pain states are the same, and different
mechanisms may contribute to pain caused by non–injurious stimuli (acute nociceptive
pain), by tissue injury (inflammatory pain) and by nerve injury (neuropathic pain).
Tissue and nerve injury induce changes in pain pathways in the nervous system, resulting
in altered processing of noxious and non–noxious sensory information, and reveal
molecular targets which may not be involved in the processing of sensory information
from healthy tissue.

### A.3    Pathophysiology and Treatment Options

The normal response to a brief noxious stimulus, producing negligible tissue injury,
serves to warn and protect the individual from potential injury. This is the "ouch" type of
pain evoked by briefly touching a hot surface, or by a pin prick. Pain is perceived when
the high–intensity noxious simulus (e.g., heat or a pin prick) activates C and Aδ primary
afferent nociceptive nerve fibers. The resulting impulse from the periphery reaches the
dorsal horn of the spinal cord, where it is processed and transmitted to the brain.
Efferent, descending pathways can also modulate the afferent impulse at the dorsal horn,
probably via monoamine dependent mechanisms. Low intensity stimuli, like touch,
which are transduced along Aβ fibers, are not perceived as painful in the absence of
tissue injury.

In the setting of trauma, infection, surgery, burns or inflammatory diseases, a diverse
range of inflammatory mediators (e.g., cytokines, kinins, prostaglandins) are synthesized
and released at the site of tissue injury and inflammation, and they activate and sensitize
local nociceptors (nociceptive pain). The sensitized nociceptors become spontaneously

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.        6668-R2

CONFIDENTIAL      ABBT 0019005

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                      3

active, they respond in an exaggerated fashion to normally mildly painful stimuli
(hyperalgesia), and they can then be activated by normally non-noxious stimuli such as
light touch (allodynia). This phenomenon, known as peripheral sensitization, is thought
to account for primary hyperalgesia, e.g., increased pain and tenderness at the site of
injury.

The ongoing barrage of C-fiber impulses arriving from the sensitized periphery also
triggers hyperexcitability of neurons in the spinal cord (central sensitization) and
contributes further to allodynia and hyperalgesia.

**Osteoarthritis pain** results from activation of pain fibers in the periosteum, at the
insertion point of tendons and synovia, from pressure within the joint and, to a minor
extent, inflammatory pain in and around the joint. Although not well recognized,
osteoarthritis pain (like any chronic painful condition) is probably associated with
peripheral and central sensitization.

**Neuropathic pain** results from injury to the central or peripheral nervous system due to a
variety of causes including trauma, surgery, disease, and certain drugs. Following nerve
injury, a number of changes occur in the periphery which contribute to abnormal painful
sensations. The damaged nerve may begin to discharge spontaneously at atypical
(ectopic) locations, including the neuroma and demyelinated zones at the site of nerve
injury, and the associated dorsal root ganglion (DRG). These ectopic discharges produce
spontaneous burning pain. In addition, the increased barrage of impulses from the
periphery leads to hyperexcitability of spinal cord dorsal horn neurons (central
sensitization), resulting in hyperalgesia and allodynia.

Inflammatory and neuropathic pain can co-exist. For example, a cancer patient may
experience inflammatory pain following surgery or due to inflammation and tissue
damage at the site of the tumor, and neuropathic pain due to radiation or chemotherapy
induced neuropathies, or due to tumor encroachment on the peripheral nervous system.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6658-R2

CONFIDENTIAL     ABBT 0019006

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                                    4

**Table 1.        Prevalence of Pain by Diagnosis[1]**

| Diagnosis | Prevalence (MM) | |
|---|---|---|
| | U.S. | Worldwide [2] |
| Musculoskeletal Pain | 56 | 160 |
| Post–Operative Pain | 30 | 83 |
| Neuropathy (Diabetic, PHN, etc.) Pain | 28 | 75 |
| Osteo/Rheumatoid Arthritis Pain | 17 | 46 |
| Cancer Pain | 2 | 5 |
| Total Pain Diagnoses | 133 | 359 |

[1]. Decision Resources, 1996. Data reflect number of pain diagnoses such that a patient
        might be diagnosed with two pain diagnoses of different pain types at separate visits.
[2]. Germany, France, Italy, Spain and Japan.


**Prescription analgesics** for pain other than headache can be broken down into
three major categories:  **opioids, non–opioids, and adjuvant analgesics.**

**Opioids analgesics** such as morphine and codeine, are generally used for the treatment of
moderate to severe pain and are often added when pain is inadequately controlled by
acetaminophen and/or NSAIDS.  Opioid analgesics are used primarily for the pain
associated with surgery, injuries, musculoskeletal disorders, and cancer pain.  Opioids are
considered the drug–of–choice for severe acute pain and cancer pain.  Although highly
efficacious, opioids are associated with a significant number of side effect liabilities.
Constipation is the most common adverse event associated with opioid therapy, and
prophylactic laxatives are widely prescribed with opioids.  Nausea and vomiting,
sedation and cognitive impairment are also often encountered.  Respiratory depression,
while less frequent, is the most dangerous side effect of opioid therapy.  In addition to the
fear of respiratory depression, concerns about addiction, tolerance, use diversion and the
fear of regulatory action ("opiophobia") have all proven to be significant impediments to
the use of opioids.  Opioids are generally not prescribed for chronic non–malignant pain
conditions due to patient tolerance and the potential for addiction.  Opioids are scheduled
compounds that are subject to Drug Enforcement Agency (DEA) regulations, impacting

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019007

prescribing and product distribution. The extent of the regulations are based on the abuse potential of each product; the higher the abuse potential, the more restrictive the control over distribution.

Opioid analgesics can be divided into opioid and opioid–combination agents. Opioids are either derivatives of opium or synthetic agents with opium–like properties. Opioids produce analgesia by binding to various opioid receptors, which in turn decrease pain perception within the central nervous system but do not affect the source of pain or reduce inflammation. Opioid–combination agents combine an opioid agent with another analgesic such as aspirin or acetaminophen. The advantage of this type of combination agent lies in its broad pain coverage. The aspirin or acetaminophen acts on the peripheral nervous system while the opioid decreases the degree of pain experienced by the central nervous system.

**Non-opioid analgesics** are used for the management of mild to moderate pain and as an adjunct to the opioids in the management of moderate to severe pain. They are generally used in chronic pain syndromes and when pain severity is mild to moderate. Non–opioid agents can be divided into non-steroidal anti–inflammatory drugs (NSAIDs) and other non-opioids. Prescription NSAIDs are used to treat osteoarthritis, rheumatoid arthritis, lower back pain, and other chronic pain conditions in addition to some mild to moderate acute pain conditions. NSAIDs inhibit the synthesis of prostaglandins, substances released by the body after trauma and which are responsible for inflammation, increased body temperature and the sensitization of pain receptors. NSAIDs generally have fewer CNS side effects than do opioid agents. However, NSAIDs may cause potentially serious GI side effects including gastric ulceration and bleeding. COX-2 agents may causer fewer GI side effects, but do not improve upon the analgesic efficacy of NSAIDs.

Currently, NSAIDs are the primary treatment for pain associated with osteoarthritis. Recently approved COX-2 inhibitor agents are likely to make significant incursions into the NSAID market especially in the elderly patient population on chronic therapy at risk for GI bleed. The NSAIDs and acetaminophen are associated with a "ceiling effect" for their analgesia, i.e. complete pain relief cannot be achieved, even after dose escalation, which significantly limits their utility to treat severe pain. Acetaminophen has analgesic

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019008

and antipyretic activity, but lacks anti-inflammatory activity. The mechanism of action
of acetaminophen is poorly defined, but appears to involve effects in the CNS.
Acetaminophen has no effects on platelet function and no gastrointestinal toxicity, but
may be hepatotoxic particularly in heavy drinkers and patients with chronic liver disease.

Other non-opioid analgesics include Ultram (tramadol HCl), which was approved in the
U.S. in 1995 after more than 15 years of use in Europe. Tramadol is an analgesic that has
an indication for the treatment of moderate to moderately-severe pain. The product has a
unique dual mechanism of action via opioid and non-opioid mechanisms, and is not
currently scheduled. Tramadol may, however, reinitiate physical dependence in
previously opioid-dependent patients. It is recommended that tramadol not be used in
opioid-dependent patients, in patients with a tendency to abuse drugs, or in patients
chronically using other opioids. In addition, tramadol is under postmarketing
surveillance for abuse potential, and may eventually receive scheduling status.

**Adjuvant analgesics** are drugs that are used for pain relief, but also have other
significant indications (antiepileptic, antidepressant). The analgesic adjuvants include a
number of compounds which have primary indications other than pain control, but have
been found by clinical experimentation to have analgesic activity in certain types of pain.
The onset of pain relief with adjuvant agents is frequently delayed due to the need for
dose titration to minimize toxicities and for adaptive mechanisms to be induced. In
addition, adjuvant agents are associated with significant toxicities. These drugs are most
commonly used to treat the many types of neuropathic pain but have modest efficacy.
A significant number of neuropathic pain patients, however, are treated with NSAIDs,
muscle relaxants and non-opioid analgesics, despite their ineffectiveness. Opioids may
be effective in neuropathic pain but are generally avoided because of abuse liability.
The most common drug classes used as adjuvants are tricyclic antidepressants and
antiepileptic drugs, which tend to have fairly significant side effect profiles. The only
drug with a specific indication for any type of neuropathic disorder is Tegretol
(carbamazepine) for trigeminal neuralgia. Generally, the use of adjuvant analgesics to
treat neuropathic pain is based on trial and error using sequential drug trials.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.   6668-R2

CONFIDENTIAL     ABBT 0019009

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                                              7

Gabapentin has a significant portion of its sales as off-label use in the treatment of neuropathic pain. Gabapentin, an anti-epileptic agent, has been used in neuropathic pain largely based upon trial and error. More recently, two placebo-controlled, double blind randomized trials demonstrated gabapentin's efficacy in pain associated with diabetic peripheral neuropathy (a type of distal symmetric neuropathy) and in post-herpetic neuralgia. While gabapentin's effect is modest, it's success is largely attributable to the large unmet need in neuropathic pain and to the paucity of adverse events associated with gabapentin.

Recent findings in the understanding of pain mechanisms have led to a new conceptual approaches to clinical pain and a new understanding of potential novel molecular targets for analgesic drug development. Molecular targets have included modulators of glutamate neurotransmission (NMDA antagonists), ion channel modulators (neuron specific calcium channels, TTX–resistant sodium channels), neurokinin antagonists (NK–1), and novel anti-epileptics targeting the $\alpha2\delta$ calcium receptor. None of these approaches has yet produced compounds exhibiting broad-spectrum analgesic efficacy with decreased side effect liability. A significant unmet need exists in the pain management market for products that are safer, non-abusable, non-addicting, non-scheduled, non-tolerance producing, and efficacious in oral and parenteral forms for the treatment of moderate to severe pain, especially for chronic nociceptive and neuropathic pain.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

CONFIDENTIAL        ABBT 0019010

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                                  8

## B.  COMMERCIAL

### B.1     Market Overview

Pain is the most common symptom for which individuals seek medical assistance.  Pain
is the primary complaint of 50% of all patients who visit a physician.  In 1996, the
worldwide diagnosed pain population was 427 million, of whom 37% were from the U.S.
and 63% from outside the U.S.  Physician or patient concern about drug safety and side
effect profiles, fear of addiction, the use of OTC therapies, or non-pharmacological
treatments account for the 30–50% of patients who seek treatment for pain but are not
prescribed an analgesic.  Chronic pain sufferers may account for as much as 10–20% of
the adult population, one–fourth to one–half of which obtains inadequate pain relief.

Pain is categorized by duration (acute or chronic) and by severity into one of three
segments: mild, moderate, and severe.  The mild and, to a lesser extent, moderate
segments have multiple product entries and are generally well satisfied by OTC products
such as aspirin, acetaminophen, ibuprofen and other NSAIDs.  The moderate and severe
segments of the market have many opioid product offerings that are mostly generic,
undifferentiated and inexpensive.  Many patients, however, develop tolerance to these
drugs, and opioids are scheduled products that create administrative burdens and barriers
to prescribing.  These barriers are particularly high in European markets.  As a result,
opioid use is restricted almost entirely to cancer pain, and there exists a large unmet need
for effective treatment of severe pain.  Prescription NSAIDs are generally written for
chronic pain of moderate severity, though potentially serious GI or renal side effects may
complicate treatment.

Total U.S. sales of prescription pain medications reached over $5.1 billion in 1998.
While opioids and combination opioids accounted for the majority of analgesic
prescriptions at 55%, NSAIDs had the highest share of total prescription analgesic sales
at 37%.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019011

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                                  9

The prescription pain market is made up of three classes of analgesics; opioids (and
combination products), NSAIDs and other non-opioids (including aspirin and
acetaminophen). Anesthetics, anti-migraine and adjuvant analgesics are not included in
this market definition. The following tables show U.S. and ex-U.S. prescription and
sales volume by class for 1998.

Table 2.      1998 Prescription Pain Market, Rx by Analgesic Class

| Class | 1998 U.S. TRx (M) | U.S. TRx CAGR '95–'98 | 1998 ex-U.S. TRx (M) | ex-U.S. TRx CAGR '95–'98 |
|---|---|---|---|---|
| Opioids | 143,843 | 6.2% | N/A | N/A |
| NSAIDs | 79,928 | (2.5%) | N/A | N/A |
| Other Non-Opioids | 37,463 | 7.5% | N/A | N/A |
| TOTAL | 261,234 | 3.5% | N/A | N/A |

Source: IMS

Table 3.      1998 Prescription Pain Market, Sales by Analgesic Class

| Class | 1998 U.S. Sales ($MM) | U.S. Sales CAGR '95–'98 | 1998 ex-U.S. Sales ($MM) | ex-U.S. Sales CAGR '95–'98 |
|---|---|---|---|---|
| Opioids | $1,905 | 16.3% | $682 | 14.8% |
| NSAIDs | $1,926 | (1.1%) | $3,978 | (2.5%) |
| Other Non-Opioids | $1,328 | (5.4%) | $1,391 | 1.7% |
| TOTAL | $5,159 | 3.0% | $6,050 | (0.1%) |

Source: IMS; Ex-U.S. data includes retail pharmacy data from all audited markets and
hospital data from major European markets and Canada only.

In the U.S., opioid analgesics are considered the drugs-of-choice for acute pain,
especially of moderately-severe to severe intensity. Opioids are generally not prescribed
for chronic pain conditions due to patient tolerance and the potential for addiction,

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.      6668-R2

CONFIDENTIAL          ABBT 0019012

Analgesia Venture (6/23/99)
Development Plan
ABT-594

10

although opioids are the most commonly prescribed medication for moderate to severe cancer pain. Ex–U.S. opioid use varies considerably from one country to another. The UK, France and Japan are more advanced than other ex–U.S. countries regarding their perspective on safe opioid use, and prescriptions have increased considerably over the past 5 years. In Italy, Spain and Germany, opioid use is extremely restricted, requiring patient identity cards and special prescription forms that must be obtained, in person, by the physician. Strong opioids such as morphine are often considered last resort. In both the U.S. and ex–U.S., opioids are government–scheduled products with restricted prescribing and product distribution.

Non–steroidal anti–inflammatory drugs (NSAIDs) are generally used in chronic pain syndromes and when pain severity is of mild to moderate intensity. NSAIDs exhibit analgesic and mild anti–inflammatory properties, and thus are drugs-of-choice in such pain conditions as osteoarthritis, rheumatoid arthritis and lower back pain. NSAIDs have fewer side effects than do opioid agents, especially CNS effects. However, the products can cause potentially serious renal and gastrointestinal side effects including gastric ulceration and bleeding.

"Other non–opioids" are defined as (1) non–opioid/non–NSAID agents like aspirin, acetaminophen or tramadol, or (2) NSAIDs that are positioned and marketed as analgesics, such as ketorolac or bromfenac sodium. Other non–opioids are generally used in place of opioids to treat moderate pain, or in some cases, moderately–severe pain.

Osteoarthritis (OA) is one of the largest segments of the analgesia market, and one of the most common conditions treated by primary care physicians. Over 35 million people worldwide suffer from OA, and three-fourths of OA sufferers surveyed indicate that the disease interferes with daily activities. Estimates of worldwide sales of prescription analgesics to treat OA range from $2.25–3 billion. According to a recent study, as many as 47% of Americans diagnosed with OA take a prescription analgesic at least occasionally for the condition. NSAIDs and acetaminophen are the standard treatments for OA. However, the new COX-2 inhibitors are expected to grow the OA market due to their expected higher levels of GI safety. This added safety would attract patients who were administered prescription or OTC NSAIDs only occasionally to avoid potentially

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL     ABBT 0019013

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                     11

severe gastric ulcerations and bleeding. The COX-2 inhibitors will also take share from branded and multisource prescription NSAIDs. As a result, the COX-2 inhibitors are expected to grow the OA market in prescriptions and sales, maybe by a significant amount.

**Neuropathic pain** is a very large, yet largely untapped market. Estimates vary widely for the number of worldwide sufferers, from as low as 20 million to as high as 50 million or more. The number of actual cases is difficult to estimate since neuropathic pain is difficult to diagnose, and is often misdiagnosed. Neuropathic pain is often treated with adjuvant analgesics such as tricyclic antidepressants, anticonvulsants and alpha adrenergic agonists. Prescription drug sales for the treatment of neuropathic pain exceed $1 billion worldwide. In the U.S. alone, approximately $250 million of the sales of the anticonvulsant Neurontin (gabapentin) are off label uses attributed to the treatment of neuropathic pain. However, a significant unmet need exists in the treatment of neuropathic pain since few medications provide complete pain relief and most adjuvant medications have significant side effects that preclude their long-term use. As more effective and tolerable medications become available, the neuropathic pain market is expected to experience significant growth.

Most analgesics are indicated for the treatment of one or more specific pain states. However, depending on its characteristics, a significant amount of a product's prescriptions may come from non-indicated pain states (i.e., spillover prescriptions). Therefore, a product indicated for OA is likely to be prescribed for chronic lower back pain, rheumatoid arthritis, and other pain states with similar clinical characteristics or etiologies.

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

**CONFIDENTIAL**        ABBT 0019014

Analgesia Venture (6/23/99)
Development Plan
ABT-594

12

## B.2    Pipeline

**Table 4.    Analgesia Pipeline – Key Novel Agents**

| Product | Company | Mechanism | Phase | Comment |
|---|---|---|---|---|
| pregabalin | Parke–Davis | Ca channel blocker | III | Neuropathic pain, chronic pain Follow–up to Neurontin |
| JTE 522 | Japan Tobacco/J&J | COX–2 inhibitor | II | J&J has rights outside Japan |
| 4030W92 | Glaxo | Na channel blocker | II | Acute and chronic pain |
| vedaclidine | Lilly | muscarinic agonist | II | General pain MOA losing favor; active program? |
| saredutant | Sanofi | NK–2 receptor antagonist | II | General pain MOA losing favor; active program? |
| GP13269 | Metabasis (Gensia) | adenosine kinase inhibitor | II | General pain, epilepsy |
| ZD4952 | Zeneca | prostaglandin receptor antagonist | II | Moderate to severe pain |
| GV196771 | Glaxo | glycine antagonist | II | Chronic pain |

Sources: ADIS, IMS, company reports

**Table 5.    Development Pipeline – Nicotinic Mechanisms**

| Product | Company | Phase | Comment |
|---|---|---|---|
| GTS-21 | Taiho | II | Target is Alzheimer's Disease May have preclinical pain program |
| SIB-1508Y | Sibia | II | Target is Parkinson's Disease Preclinical for dementia |
| SIB-1553A | Sibia | II | Target is Alzheimer's Disease |
| CMI 980 | Cytomed | Preclinical | Target is pain Epibatidine analog |
| SIB-T1887 | Sibia | Preclinical | Target is pain |
| FID 072021 | Fidia | Preclinical | Target is pain |
| RJR 2557 | Targacept (RJR) | Preclinical | Target is pain. Also for cognitive defects |
| Nicotinic agonists | Neurosearch | Preclinical | Target is pain |

Sources: ADIS, IMS, company reports

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.    6668-R2

CONFIDENTIAL    ABBT 0019015

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                              13

Almost 100 compounds are currently in development for prescription pain management,
though some of these compounds are also being developed for other non-analgesic
indications. The majority of the analgesic compounds in the pipeline represent
incremental improvements to the opioids or NSAIDs, or consist of new formulations or
delivery mechanisms for the standard analgesics. Fewer than 30% of the compounds in
development are novel mechanisms with unique mechanisms of action. These novel
mechanisms are expected to provide the bulk of the competition for ABT-594.

Among the novel agents in development, the greatest threat to ABT-594 is likely to be
posed by other nicotinic compounds in development for pain. ABT-594, now in late
Phase II trials, is likely probably the most advanced nicotinic compound in the analgesia
pipeline. ABT-259, on the other hand, has a less substantial lead on other nicotinic
compounds in development for pain. The first nicotinic compounds to be launched in the
class may be for Alzheimer's Disease or Parkinson's Disease. These compounds do not
represent a threat to ABT-594, unless significant safety concerns or evidence of
tolerance, dependence or abuse are an issue and become associated with the class as a
whole.

For the treatment of osteoarthritis (OA), the COX-2 inhibitors represent the most
significant competition. The launch of Searle's Celebrex (celecoxib) in January 1999 is
one of the most successful product launches in industry history. After ten weeks on the
market, prescriptions for Celebrex represented 24% of new NSAID prescriptions.
Merck's Vioxx (rofecoxib), approved in May 1999 is also expected to be a very
successful product in the treatment of OA as well as other pain states.

The pipeline for the treatment of neuropathic pain does not have a blockbuster compound
on the order of the COX-2 inhibitors. However, the follow-up to Parke-Davis'
Neurontin (gabapentin) is expected to perform well. This compound, pregabalin, is
significantly more potent than gabapentin which is expected to increase its efficacy while
maintaining a relatively benign side effect profile.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL        ABBT 0019016

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    14

## B.3     Unmet Needs

| Unmet Need | Pipeline Impact |
|---|---|
| • Efficacy in moderate to severe pain without tolerance, dependence or abuse | • Novel nicotinic agents like ABT-594 may provide efficacy in more severe pain states without opioid-like liabilities |
| • Reduction in the GI adverse events profile of NSAIDs | • COX-2 inhibitors appear to reduce the incidence and severity of GI adverse events, but Celebrex retains labeled warnings regarding ulceration comparable to traditional NSAIDs<br>• COX-2s still demonstrate AEs at high dosage levels (small therapeutic window) |
| • Overcome ceiling effect of NSAIDs | • More selective COX-2s (~1000 times more selective for COX-2 vs. COX-1) may allow higher dosing without incurring GI adverse events, thus overcoming current therapeutic ceiling<br>• Preclinical studies did not indicate a ceiling effect for novel nicotinic agents like ABT-594 |
| • Efficacy in neuropathic pain | • Pregabalin is expected to provide more significant relief of some types of neuropathic pain with fewer side effects than other adjuvant analgesics<br>• Novel nicotinic agents like ABT-594 appear to have efficacy in neuropathic pain, based on animal models |
| • Few long-acting agents available for the treatment of acute pain | • Novel analgesics may have a longer duration of action than opioids |

In general, a significant unmet need exists for safer, non–abusable, non–addicting, non–tolerance producing, non–scheduled efficacious oral and parenteral analgesic products for the treatment of moderate to severe pain.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019017

Analgesia Venture (6/23/99)
Development Plan
ABT-594

15

## B.4    ABT-594 Target Product Profile

### Table 6.    ABT-594 Target Profile

| PPCC/DDC Profile (12/10/97) | Current Profile (6/99) | Rationale for Profile Change | Probability | Status | Share Impact |
|---|---|---|---|---|---|
| Indicated for the treatment of pain (general pain claim) | Indicated for the treatment of osteoarthritis pain | "General pain" claim not achievable due to slow onset of action; proof of principle established in molar extraction study | Medium | 9/99, 1Q01 | High |
| Effective in neuropathic pain | Indicated for the treatment of neuropathic pain | Indication specific claims now favored since general pain claim not achievable | Low | 9/99, 2Q01 | Medium |
| Effective for moderate to moderately-severe pain | N/A | No longer applicable without general pain claim | N/A | N/A | N/A |
| Not scheduled | No change | N/A | High | 4Q02 | High |
| Improved safety profile compared to opioids including:<br><br>- less GI motility impairment<br><br>- less respiratory depression<br><br>- low tolerance potential<br><br>- no dependence/ withdrawal | No clinically significant tolerance, dependence or withdrawal | Simplify profile to focus on the most commercially important AEs | Medium | 2Q01 | High |
|  | Very few abnormal LFTs | Abnormal LFTs in a few Phase I subjects | High | 9/99 | High |
|  | Very low nausea/vomiting at effective dose | Relatively high incidence of nausea/vomiting in single dose Phase I & II subjects (food and dose dependent) | Medium | 9/99 | High |
|  | Other safety OK | Simplify profile | Medium | 9/99, 2Q01 | High |
|  | No significant or sustained differential efficacy in nicotine users vs. non-nicotine users | Lower incidence of AEs in nicotine users in Phase II trial | Low | 9/99, 2Q01 | High |
|  | No significant or sustained differential side effect profile in nicotine users vs. non-nicotine users | Lower incidence of AEs in nicotine users in Phase II trial | High | 9/99, 2Q01 | Medium |
|  | No re-initiation of cravings in ex-nicotine users | Possible due to nicotinic mechanism | Medium | 2Q01 | High |

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL          ABBT 0019018

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                      16

### Table 6.    ABT-594 Target Profile (Continued)

| PPCC/DDC Profile (12/10/97) | Current Profile (6/99) | Rationale for Profile Change | Probability | Status | Share Impact |
|---|---|---|---|---|---|
| Onset of action in less than 30 minutes | Onset of action comparable to other therapies used to treat OA | Onset of action estimated at 90 minutes in Phase II trial | Low | 9/99 | Medium |
| | Onset of action comparable to other therapies used to treat neuropathic pain | Onset of action estimated at 90 minutes in Phase II trial | High | 9/99 | Medium |
| BID/TID dosing | BID dosing | Competitive dynamics highlight importance of dosing convenience | High | 9/99 | Medium |
| No major drug interactions, especially with drugs used for common chronic conditions | No change | N/A | High | 4Q00 | Medium |

### B.5    Forecast

### Table 7.    U.S. Forecast  (Date of Forecast: 6/98)

| | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Market Rxs (MM) - % chg | 280 2% | 285 2% | 291 2% | 297 2% | 303 2% |
| Abbott Share (%) | 1% | 2.5% | 3.8% | 4.5% | 5.0% |
| Abbott Rxs (MM) | 2.8 | 7.1 | 11.1 | 13.3 | 15.1 |
| Price/Rx ($) | 34.97 | 35.67 | 36.39 | 37.12 | 37.86 |
| Abbott Sales ($MM) | 125 | 254 | 402 | 495 | 573 |
| R&D ($MM) | 5 | 5 | 4 | 4 | 3 |
| SG&A ($MM) | 66 | 98 | 90 | 85 | 84 |
| SMM (%) | 97.2 | 97.3 | 97.3 | 97.4 | 97.4 |
| Div. Margin ($MM) | 59 | 162 | 324 | 427 | 509 |

10 year pre-tax NPV @ 12.5% = $1.016 B        10 year pre-tax ENVY @ 12.5% = TBD

10 year post-tax NPV @ 12.5% = $587 MM       10 year post-tax ENVY @ 12.5% = TBD

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

CONFIDENTIAL        ABBT 0019019

Analgesia Venture (6/23/99)
Development Plan
ABT-594

17

## Key assumptions:

- Assumes 12/97 PPCC profile
- NDA Filed 12/01, Launch 6/03
- First in class ChCM
- Usage = 70% chronic and 30% acute
- Weighted average days per Rx = 15.6
- Stocking at 12% of first year's sales
- Detailing includes 30% of IMs, 25% of FPs and GPs, 25% of Rheumatologists, and 10% of Neurologists
- Sampling at 80% of details at launch, 8 units per detail, 5 days of therapy per unit
- Patent expires 12/2016

## Forecast Update Plan:

Forecast will be updated in late June/early July 1999 to account for revised indications of OA and/or neuropathic pain and the associated spillover use in other pain states.
Forecast will be available well in advance of ABT-594 Go/No Go decision in 9/99.

**Table 8.      Ex-U.S. Forecast (Date of Forecast: 6/98)**

|  | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| Market Rxs (MM) - % chg | - | - | - | - | - |
| Abbott Share (%) | 1% | 2.5% | 3.8% | 4.5% | 5.0% |
| Abbott Rxs (MM) | - | - | - | - | - |
| Price/Rx ($) | - | - | - | - | - |
| Abbott Sales ($MM) | 60 | 150 | 250 | 300 | 320 |
| R&D ($MM) | 3.4 | 3.2 | 2.8 | 2.4 | 2.0 |
| SG&A ($MM) | 27 | 53 | 50 | 48 | 45 |
| SMM (%) | 95% | 95% | 95% | 95% | 95% |
| Div. Margin ($MM) | 26 | 85 | 182 | 235 | 251 |

10 year pre-tax NPV @ 12.5% = $428          10 year pre-tax ENVY @ 12.5% = TBD

10 year post-tax NPV @ 12.5% = $253          10 year post-tax ENVY @ 12.5% = TBD

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019020

Analgesia Venture (6/23/99)
Development Plan
ABT-594

18

**Key assumptions:**

- First in class ChCM
- Indicated for treatment of moderate to moderately-severe pain
- Effective in neuropathic pain
- Good tolerability and safety profile
- No nicotinic effects
- Launched in all AI regions, including Japan, simultaneously (2003)

**Forecast Update Plan:**

- Forecast will be updated 9/99 (in time for the Go/No Go decision) to reflect results of marketing research to be conducted 3Q 1999 regarding expected uptake of 594 in OA and neuropathic pain markets, as well as potential spill-over prescribing for other pain states.

Table 9.     Global Forecast

|  | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| U.S. Sales ($MM) | 125 | 254 | 402 | 495 | 573 |
| Ex-U.S. Sales ($MM) | 60 | 150 | 250 | 300 | 320 |
| Total Sales ($MM) | 185 | 404 | 652 | 795 | 893 |
| Total Division Margin ($MM) | 85 | 247 | 506 | 662 | 760 |

10 year pre-tax NPV @ 12.5% = $1.44 B          10 year pre-tax ENVY @ 12.5% = TBD
10 year post-tax NPV @ 12.5% = $840 MM       10 year post-tax ENVY @ 12.5% = TBD

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019021

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                          19

## C.  MAJOR CHALLENGES AND STRATEGIES

### C.1    Project History

| Key Milestones | |
| --- | --- |
| **Milestone** | **Date** |
| PPCC Approval | 12/96 |
| Start Phase I | 7/97 |
| Start Phase II | 7/98 |
| First Phase II Result | 12/98 |
| GO/NO GO Efficacy* | 9/99 |
| Start Phase III | 1/00 |
| Regulatory Filings (US/EU) | 12/01 |
| Regulatory Approval | 6/03 |

\*   Based on Phase II studies in molar extraction, osteoarthritis,
     and neuropathic pain.

- At PPCC, indications considered for ABT-594 were acute vs. chronic pain, with an acute pain claim being considered to have a shorter development course, as long term toxicology studies could theoretically be avoided with this approach.
- Input from FDA (3/98) indicated that if an oral dosage form was being pursued, i.e., the drug *could* be used long term (independent of indication being sought), then long term toxicology studies would be required.
- Decision analysis review of the program (3/98 – 7/98) arrived at several conclusions:
  - A general pain indication was preferred over filing for an acute indication earlier.
  - Carcinogenicity studies should be initiated prior to first Phase II results.
  - Development of follow-on compounds (in the same cholinergic channel modulator class and in different pharmacologic classes).

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.    6668-R2

CONFIDENTIAL        ABBT 0019022

Analgesia Venture (6/23/99)
Development Plan
ABT-594

20

- Data from the first Phase II study (single dose molar extraction) indicated that
  ABT-594's onset of action is 1.5 – 2 hours post dose.  Because a general pain
  indication requires efficacy in acute pain states (with more rapid onset of action),
  ABT-594 was considered to be unlikely to achieve a general indication.  The current
  clinical plan targets disease-specific indications.

**The global target indications for ABT-594 are for the treatment of pain associated
with osteoarthritis and for the treatment of neuropathic pain.**

### C.2    Registration

### C.2.1   Indication

A major challenge to the development of ABT-594 is the identification of an optimal
indication for this novel pharmacology.  An understanding of the issues regarding
indications for pain management requires a definition of terms.

Disease-specific Indication:    The product would be indicated for pain
                                management associated with specific disease or
                                condition(s) such as osteoarthritis, diabetic
                                neuropathy or dysmenorrhea.

General Indication:             The product would be indicated for use in
                                unspecified pain states (for the management of
                                pain) without a limit on treatment duration.

Acute Indication:               The product would be indicated for use in
                                unspecified pain states, with duration of use of
                                at most 5 days (typically, post-operative pain).

Historically at FDA, a typical submission has included approximately six efficacy studies
(several single-dose dental pain studies, and several multiple dose orthopedic or
post-operative pain studies) and safety studies.  This package has resulted in a general
pain indication.

While the FDA has regarded this approach as satisfactory given the broad analgesic
efficacy of older compounds (NSAID's and opioids), newer pharmacologic approaches
have created concerns at FDA that a drug studied for short periods may not be effective

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.      6668-R2

CONFIDENTIAL      ABBT 0019023

**Collicott Deposition Exhibit 2**

**P's Exhibit BV**
**Part 2**

in chronic pain states (e.g., low back pain, neuropathic pain). An FDA Advisory Committee meeting (March, 1998) recommended that acute studies should support *only* an acute indication, and chronic studies (in addition to acute studies) are required to support a general indication. The FDA indicated that it may use labels that distinguish compounds with efficacy in neuropathic pain from those without efficacy in this mechanistically distinct pain type. Currently no regulatory guidelines exist (FDA or EMEA) as to the requirements for a neuropathic pain indication. Carbamazepine (Tegretol, Novartis) is indicated for the management of trigeminal neuralgia, and topical lidocaine (Lidoderm, Endo) is indicated for the management of post-herpetic neuralgia.

Recent FDA/CPMP guidelines exist regarding disease-specific indications for osteoarthritis and rheumatoid arthritis and two COX-2 inhibitors have recently been approved by the FDA. Celebrex (celecoxib, Searle) is approved for the relief of signs and symptoms of osteoarthritis and rheumatoid arthritis. Vioxx (rofecoxib, Merck) is approved for the relief of signs and symptoms of osteoarthritis, dysmenorrhea (painful menstruation) and acute pain. A CPMP guideline recommends 6 month studies (vs. 3 months studies required by FDA) to support arthritis indications. For the EU there exists no precedent for a compound approved through the EMEA central filing procedure for a pain claim. Meetings to review our clinical trial strategy with worldwide regulatory authorities are planned to be scheduled after the GO/NO GO decision (9/1999).

Marketing research is ongoing to assess the commercial viability of the target indications: the treatment of pain associated with osteoarthritis and the treatment of neuropathic pain.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

CONFIDENTIAL          ABBT 0019024

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    22

## C.2.2  Clinical/NPD

**Issue:**      If ABT-594 is scheduled, the NPV is significantly reduced.

**Strategy:**   An expert advisory meeting took place 11/98. The advisors felt it was
                unlikely that ABT-594 would be scheduled and recommended that we
                conduct several preclinical/clinical studies on the compound identified for
                Phase III development after the GO/NO GO (9/1999).

## C.2.3  CMC

**Issue:**      We are at risk for possible increases in the cost of drug substance because
                we are dependent on other vendors to manufacture ABT-594 drug
                substance.

**Strategy:**   Abbott cannot manufacture highly potent compounds. CAPD has selected
                Chemsyn as the manufacturer of the bulk drug substance.

## C.2.4  Toxicology

**Issue:**      Six month rat study finding may suggest future possible occurrence of
                hepatocellular neoplasms in long term toxicology studies.

**Strategy:**   No adenomas have been found in the study. Early deaths in the 2 year
                carcinogenicity study will be closely monitored. No further studies are
                recommended at this time.

## C.2.5  Discovery

**Issue:**      Given our leadership position in cholinergic channel modulator
                pharmacology, a critical program challenge is the establishment of
                milestones that optimize timing and decision-making for clinical
                development of follow-on compounds.

**Strategy:**   ABT-259 was approved for Transition Team evaluation at DDC 9/98.
                An additional cholinergic channel modulator compound and an adenosine
                kinase inhibitor are currently targeted for DDC by 4Q 1999.

## C.3    Price Setting and Reimbursement

Pricing trends in the U.S. market will remain relatively stable in the short term due to
two factors. First, the effect of higher-priced branded products entering the market in
each analgesic class is tempered by the loss of patent protection of other branded

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019025

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    23

products, and the resulting price erosion due to generic competition. Secondly, the large
size of the prescription pain market tends to absorb the impact of individual products'
prices in each analgesic class. In the long term, however, the entry of several
higher-priced novel analgesics may create an upward trend in prescription analgesic
prices.

Due to the competitiveness of the pain management market, ABT-594 must favorably
complete outcomes and pharmacoeconomic studies in order to gain significant formulary
acceptance and use in managed care organizations (MCOs) and institutional settings.
Marketing research and consultation with the PPD managed care department will help
determine the appropriate number of studies, comparators and desired endpoints.

### C.4    Commercial Issues and Opportunities

**Issues**

- ABT-594 must demonstrate an excellent safety profile for broad usage by general
  practitioners
    - Potential for AEs (nausea) still exists
    - Potential for addiction due to nicotinic mechanism still exists
- No DEA scheduling will be key to market success
- Implications, if any, of the differential side effects in smokers vs. non-smokers must
  be determined
- ABT-594 must demonstrate an advantage over COX-2s for the treatment of OA/RA
  pain in order to compete in this market
- Other novel analgesics (e.g., pregabalin, 2nd generation COX-2s) may beat ABT-594
  to the market
- ABT-594 may face significant pricing pressures ex-US, given the large number of
  existing pain drugs, many of which are generic

**Opportunities**

- ABT-594 expected product profile would satisfy several significant unmet needs in
  the analgesia market
    - Avoids scheduling, addiction and tolerance issues of opioids while providing
      relief of moderate to severe pain

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL    ABBT 0019026

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                 24

- – Overcomes ceiling effect of NSAIDs while offering equal or better safety profile
- – Efficacious in neuropathic pain
- PPD primary market research and input from the European Pain Advisory indicate that physicians would embrace a drug with these attributes
- Although molar extraction studies indicate that ABT-594 is not appropriate for treatment of acute nociceptive pain, the total available market for ABT-594 is large
  - – The osteoarthritis market is among the largest segments of the analgesia market
  - – The neuropathic pain market is large and significantly underserved
  - – A significant amount of "spillover prescribing" for other chronic pain states is likely
- ABT-594 is likely to be the first nicotinic acetylcholine receptor modulator, indicated for treatment of pain, to reach the market (other compounds with a nicotinic mechanism may launch before ABT-594, labeled for other indications such as Alzheimer's Disease or Parkinson's Disease)
- US market would likely support premium pricing for a novel analgesic offering advantages over currently available agents
- Potency of ABT-594 ensures low cost of goods

## C.5    Patent Issues

A notice of allowance has been obtained from the United States Patent and Trademark Office on an application providing generic coverage for ABT-594 and ABT-259 and a large class of structurally related analogs. The original filing date for this application dates back to October 9, 1992, and since this predates a 1996 change in patent law, we are afforded a choice of 20 years from date of filing or 17 years from date of issue, of which 17 years from issue provides the longer patent life. The anticipated expiration of patent coverage for composition of matter for ABT-594 and ABT-259 will be June, 2016. An additional application (6013.US.01), which includes species claims to ABT-594 and ABT-259 as well as use claims for the treatment of pain, was filed in December, 1996 and is pending. If this patent is allowed, it will provide 20 years from date of filing, which will extend the patent life of ABT-594 and ABT-259 to December, 2016.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL    ABBT 0019027

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          25

The original application providing generic composition of matter coverage was filed
broadly ex. U.S. (WO94/08992) and this application published on April 28, 1994. A
second foreign filing (WO96/40682) published on December 19, 1996. These cases are
all still pending.

**Issue:**          We may have to pay for use of proprietary technology in preclinical
                    development.

**Strategy:**       A meeting was held at Abbott on 2/99 with representatives from SIBIA
                    Neuroscience. SIBIA presented both on their technology platform and
                    two compounds that are in early Phase II (SIB 1508Y) and Phase I (SIB
                    1553) development. An exclusive license for SIBIA's technology
                    platform has been granted to Lilly, 5/99.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6660-fl2

CONFIDENTIAL          ABBT 0019028

Analgesia Venture (6/23/99)
Development Plan
ABT–594                                                                                                    26

## D.  CLINICAL TRIAL PROGRAM

### D.1    Ongoing and Proposed Phase II, III and IIIb Clinical Studies

Given the spectrum of analgesic activity of ABT–594 in preclinical animal models of pain, the clinical development program for ABT–594 will evaluate the safety and efficacy of ABT–594 for the treatment of neuropathic pain and pain associated with osteoarthritis.  In addition, pilot studies are planned to assess the safety and efficacy of ABT–594 for the treatment of pain associated with cancer.

Table 10.    Ongoing and Proposed Phase II, III and IIIb Clinical Studies

| Indication | Phase II | | Phase III | | Phase IIIb | |
|---|---|---|---|---|---|---|
| (Study Type) | # Studies | # Patients | # Studies | # Patients | # Studies | # Patients |
| **Osteoarthritis** | | | | | | |
| U.S. | 1[c] | 250 | 3[a] | 1800 | – | – |
| Europe | – | – | 1[a] | 600 | – | – |
| Japan | – | – | 1[b] | 300 | – | – |
| **Neuropathic Pain** | | | | | | |
| U.S.[a] | 1[c] | 150 | 3[a] | 1800 | – | – |
| Europe | – | – | 1[a] | 600 | – | – |
| Japan | – | – | 1[b] | 300 | – | – |
| **Cancer Pain** | | | | | | |
| U.S. | 2 | 500 | – | – | – | – |
| **Long–Term Safety** | | | | | | |
| U.S. | – | – | 1[a] | 600[d] | – | – |
| Europe | – | – | 1[a] | 300[d] | – | – |
| **Pricing Studies** | | | | | | |
| U.S. | – | – | – | – | 1 | 500 |
| Europe | – | – | – | – | 1 | 500 |
| Canada | – | – | – | – | 1 | 500 |
| Australia | – | – | – | – | 1 | 500 |
| **TOTAL** | 4 | 900 | 12 | 5400 | 4 | 2000 |

[a.]  Registration Trial
[b.]  Bridging Study
[c.]  Ongoing
[d.]  Patients already counted in Phase III osteoarthritis and neuropathic pain studies.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.                6668–R2

CONFIDENTIAL          ABBT 0019029

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    27

## D.2    Registration Trials

## Phase I

Seven Phase I studies have been completed with ABT-594. These initial Phase I studies
have provided a preliminary determination of the pharmacokinetic, safety and tolerability
profile of single and multiple dose administration of an oral liquid formulation of
ABT-594 and the comparative bioavailability and effect of food on oral liquid and solid
oral soft elastic capsule (SEC) and hard gelatin capsule (HGC) formulations.

Approximately 171 subjects have received at least one dose of ABT-594 (25 µg to
200 µg) as an oral solution under fasted (i.e., after a 10–hour fast) or fed conditions
(i.e., approximately 30 minutes after a meal was served).

For the ABT-594 oral solution, dosing under fasted conditions was limited by vomiting
after single dose administration at doses of 100 µg or higher; however, improved
gastrointestinal (GI) tolerability was generally noted with continued dosing under fasted
conditions and when ABT-594 was administered under fed conditions. The most
frequently observed adverse events were dizziness, nausea, and vomiting. Most adverse
events were mild in severity and occurred at doses of 100 µg or higher.

The pharmacokinetics of ABT-594 were linear at doses from 25 µg to 150 µg after
single and multiple dose administration. No unexpected accumulation was observed after
multiple dosing. Approximately 50% of an ABT-594 dose was recovered in urine.
There was no effect of food on the $C_{max}$ and AUC of ABT-594. The occurrence of
adverse events of dizziness, nausea, and vomiting was significantly correlated with $C_{max}$,
AUC, and dose.

Two Phase I studies (Study M97-706, Study M98-984) have assessed the bioavailability
of ABT-594 oral solution, SEC, and HGC formulations. In Study M97-706 (n=22), the
bioavailability of a single 100 µg dose of ABT-594 25 µg and 50 µg SEC formulations
was shown to be equivalent to that of an ABT-594 oral solution formulation with regard
to $C_{max}$ and AUC. In Study M98-984 (n=23), based on preliminary analysis, the
bioavailability of a single 100 µg dose of a 25 µg HGC formulation was similar to that of

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6068-R2

CONFIDENTIAL      ABBT 0019030

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                              28

a 25 µg SEC formulation.  In the same study, preliminary analysis also showed the
pharmacokinetics of a single 150 µg ABT-594 dose to be similar for both the SEC and
HGC formulations.  In these studies, a single 100 µg dose of the SEC and HGC was
well-tolerated with excellent GI tolerability (i.e., nausea, vomiting) under fasted
conditions.  For a single 150 µg dose, less vomiting was observed with the HGC and less
nausea with the SEC under fasted conditions as compared to the oral solution in previous
studies.

Eighteen additional Phase I studies are planned to be included in the registration package.
These Phase I studies will be conducted to so that data on specific drug interactions and
pharmacokinetics and safety of ABT-594 in special populations can be included in the
labeling and package insert once the product is approved.  A table summarizing these
studies is presented below:

Table 11.     Summary of Planned Phase I Clinical Studies

| Study | Number of Studies | Planned Number of Subjects | Anticipated Start Date |
|---|---|---|---|
| Bioavailability | 3 | 72 | 4 Q '99 |
| Human Metabolism | 1 | 6 | 3 Q '99 |
| Drug Interaction | 6 | 192 | 1 Q '00 |
| Special Populations: | | | |
| Renal Impairment | 1 | 32 | 1 Q '00 |
| Hepatic Impairment | 1 | 32 | |
| Smokers | 1 | 48 | |
| Geriatric | 1 | 48 | |
| Cardiovascular Safety | 1 | 32 | 1 Q '00 |
| Japanese Population: | 3 | | |
| Single Rising Dose | 1 | 60 | 1 Q '00 |
| Food Effect | 1 | 12 | 1 Q '00 |
| Multiple Rising Dose | 1 | 60 | 2 Q '00 |
| Total Planned Phase I Studies: | 18 | 594 | |

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

CONFIDENTIAL        ABBT 0019031

Analgesia Venture (6/23/99)
Development Plan
ABT–594                                                                        29

## Phase II

Five Phase II dose–ranging studies have been initiated.  Two Phase II studies in dental
pain following third molar extraction surgery (M97–772 and M97–897) used an
ABT–594 oral liquid formulation have been completed.  Two Phase II studies, one in
neuropathic pain (n=150) and one in osteoarthritis (n=250) are currently ongoing.
One study in post surgical pain was initiated but prematurely terminated due to the onset
of active ABT–594.

The single dose molar extraction (M97–772) demonstrated that ABT–594 has analgesic
effects with no differential effectiveness based on prior nicotine use, gender or baseline
pain severity.  However, these analgesic effects were associated with adverse events of
nausea, vomiting and dizziness and a slow onset of action (1.5–2.0 hours).  As a general
pain claim is supported by evidence of acute efficacy, these results suggested that a
general pain indication is unlikely to be achieved for ABT–594.  The molar extraction
model assessed the single dose safety and efficacy, dose response and onset of effect of
ABT–594, but did *not* assess the multiple dose safety, efficacy, and durability of effect of
ABT–594.  These parameters are being assessed in the ongoing 3 week Phase II
neuropathic pain (M98–833) and osteoarthritis (M98–826) studies.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.      6668-R2

CONFIDENTIAL      ABBT 0019032

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                              30

The five initiated Phase II dose–ranging trials are summarized in the following table:

**Table 12.     Summary of Ongoing and Completed Phase II Studies**

| Protocol No. | Study Description | ABT-594 Doses | Treatment Duration Regimen | Target Enrollment | Patients Enrolled | Status Conclusion |
|---|---|---|---|---|---|---|
| M97–772 | Molar Extraction | 25, 50, 75, or 100 µg | 1 Day; QD | 288 | 290 | Completed; Efficacy seen at 100 µg dose; Onset at approximately 2 hours. |
| M97–897 | Molar Extraction | 100 µg | 1 Day; QD | 45 | 45 | Completed; Efficacy not demonstrated; 90% of ABT-594 subjects received rescue medication prior to 2 hour analgesic onset. |
| M98–836 | Post General Surgery | 25, 50, or 75 µg | 1 Day; QD | 250 | 2 | Study prematurely terminated due to slow onset of action of ABT-594 in M97-772 |
| M98–833 | Neuropathic Pain | 25 or 75 µg | 3 Weeks; BID | 150 | 136 | Study is ongoing |
| M98–826 | Osteoarthritis | 25, 50, 75 µg | 3 Weeks; BID | 250 | 256 | Study is ongoing |

Two Phase II pilot studies in patients with moderate to severe cancer pain are planned for the registration package. These studies are not aimed at an indication, but will be supportive studies to help establish favorable competitive position and regulatory approval. Each study will be a randomized, double-blind, placebo-controlled, morphine-sparing study of approximately 2 doses of ABT-594 in approximately 250 cancer patients.

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.     6668-R2

CONFIDENTIAL        ABBT 0019033

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          31

**Go/No Go Decision:**

A Go/No Go decision is planned for 9/99 based on the results of ongoing Phase II studies
in neuropathic pain and osteoarthritis, and market research on disease specific claims
(i.e., relief of signs with symptoms of neuropathic pain, or relief of signs and symptoms
of osteoarthritis).

To support a Go decision for any indication, osteoarthritis (OA) and/or neuropathic pain
(NP) Phase II studies should:

1.  show trends such that Phase III studies will have 80% power to detect significant
    improvement associated with ABT-594 vs. placebo;

2.  show acceptable safety;

3.  show no clinical evidence for abuse liability.

For osteoarthritis, Phase II studies should also provide evidence that adequately powered
Phase III studies would not show superiority of active control (e.g. ibuprofen) compared
with ABT-594.

**Phase III**

The Phase III program is aimed at obtaining indications for the treatment of pain
associated with osteoarthritis and neuropathic pain. The Phase III program in
osteoarthritis and neuropathic pain will each consist of four 600 patient Phase III studies
that will be conducted in the United States and Europe, and one 300 patient bridging
study that will be conducted in Japanese subjects. Although a minimum of two pivotal
studies are required for registration, this plan provides some back up should a study fail
to meet its primary efficacy measure to statistical significance.

Each Phase III study will be a randomized, double-blind, placebo-controlled
comparative study and will evaluate two doses of ABT-594. The duration of treatment
for the Phase III osteoarthritis trials will range from 3 months to 6 months. The duration
of treatment for the Phase III neuropathic pain studies will be approximately 3 months.
Each Phase III program will enroll approximately 2400 patients and is designed to stand
alone should one indication not show sufficient efficacy.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.        6668-R2

CONFIDENTIAL            ABBT 0019034

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                                    32

In addition to these studies, two long–term, open–label safety studies are also planned for
the registration package. One study will be conducted in the United States and the other
will be conducted in Europe. The purpose of these trials will be to obtain the required
long–term safety data on ABT-594. These studies will allow patients who have
participated in any Phase III study conducted in the United States or Europe the option of
receiving ABT-594 on a long–term basis. In addition, patients who never received
ABT-594 who meet the inclusion criteria will be allowed to receive ABT-594 on a long
term basis.

**D.3    Trials Aimed at Enhancing Pricing and Reimbursement**

**Phase IIIb**

Late Phase IIIb studies will be devoted to comparative studies using key analgesic
competitors. Phase IIIb will examine issues of pricing, market penetration and
pharmacoeconomics. Four Phase IIIb pricing studies are planned to be completed prior
to market launch. These studies will not be completed at the time of NDA/EMEA
submission. Each study will enroll approximately 500 patients. The location (country)
in which these studies will be conducted will be selected to help obtain market
penetration and obtain optimum pricing on a world–wide basis. At this time, it is
anticipated that one study will be conducted in each of the following four countries:
Australia, Canada, United States and Europe.

**Phase IV**

Phase IV studies will be planned once the results of Phase III studies are obtained and
will be based upon the important analgesic competitors at the time of Phase IV trials.

**D.4    Trials Aimed at Facilitating Launch and Market Penetration**

Price determination, reimbursement status, product positioning, and product promotion
will be critical for the commercial success of ABT-594. Given the recent market entry
of COX-2 inhibitors, they will likely form much of the competition at the time ABT-594
is expected to launch. Phase IIIB outcomes and reimbursement studies in the U.S. and
Europe are currently planned to start in 1Q01 and 2Q01, respectively. The specific tasks
listed below are proposed to establish the market value of ABT-594:

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.       6668-R2

CONFIDENTIAL        ABBT 0019035

# Collicott Deposition Exhibit 2

# P's Exhibit BV
# Part 2A

Analgesia Venture (6/23/99)
Development Plan
ABT–594                                                                                          33

Quantification of the Health and Economic Burden of Chronic Pain (3Q'99)

1.   Description of Practice Pattern Variation in Major Markets (4Q'99)

2.   Development of a Decision–Analytic Model (4Q'99)

3.   Preparation and Execution of a Phase III Piggyback Protocol (1Q'00)
     – Health–Related Quality of Life
     – Economics

4.   Development and Execution of a Naturalistic Outcomes/Cost-Effectiveness Phase
     IIIB Trial (1Q'01)

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019036

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                          34

## E.  CHEMISTRY, FORMULATIONS, MANUFACTURING

### E.1    CAPD

Process development remains on schedule to meet the commercial cost objective.  Cost
of goods was originally targeted to be $0.125/day.  This was based upon a 50 mg/day
dosage.  It now appears a dosage projection of less than 0.1 mg/day is more likely.  Based
upon this dosage scenario, it is expected a bulk drug substance cost of $0.02/day can be
achieved at launch.  The target cost of drug substance at launch is $2,500/kg.

ABT-594 bulk drug substance will be manufactured only at ChemSyn Laboratories in
Harrisonville, Missouri.  ChemSyn has been audited by CAPD supplier quality assurance
group and approved as a supplier of bulk drugs.  ChemSyn has recently completed
construction of a new facility for the manufacture of highly potent drugs.  This new
facility is where they will manufacture registration batches for ABT-594 in August of
1999.  The intermediate for ABT-594, BOC azetidine alcohol (BAA), will be
manufactured only at Regis Technologies in Morton Grove, IL.  Regis will be
manufacturing their registration batches in May and June of 1999.  As time allows, the
process development team will optimize the process to manufacture the bulk drug
substance in 1999.  The development team will also work with the analytical support
groups to set specifications on materials and intermediates used in the process and define
the in-process testing required for control of the manufacturing process.  All pertinent
impurities will be identified and standards prepared to support analytical method
development for CCM.

### Bulk Drug Substance Cost Status

Bulk drug substance cost is expected to be $20,000/Kg at the time of launch.
Approximately 40% of the cost reflects manual charges.  The balance of the costs
includes labor and equipment, process support charges and supplier profit margin.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.        6668-R2

CONFIDENTIAL          ABBT 0019037

Analgesia Venture (6/23/99)
Development Plan
ABT–594                                                                                                35

| Event | Year/Source | Cost/KG | Actual/Projected |
|---|---|---|---|
| DDCC | 1996 / D–45L | $200,000 | Actual |
|  | 1997– CAPD | $175,000 | Actual |
|  | 1998– SICOR | $40,000 | Actual |
| NDA Lots | 1999– CHEMSYN | $29,000 | Projected |
| NDA Filing | 2001 | $29,000 | Projected |
| Validation Lots | 2002 | $20,000 | Projected |
| Launch | 2003 | $20,000 | Projected |

The projected cost of ABT–594 bulk drug substance at launch (6/03) that was established during PPCC (12/96) was $2,500.00/kg. The current projected cost of bulk drug substance at the time of launch is projected to be $20,000.00/kg

The projected average daily dose is expected to be approximately 200 µg/day. Based upon a dosage projection of 0.2 mg, it is expected that the cost of drug substance at launch will be approximately $0.004 per day.

### ABT–594 Bulk Drug Substance Requirements

Project:         G02Q143–010

|  |  |  |  |  |  | Inventory Balance |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 15 kg |

End Q4 1999

| | Bulk Deliveries | | Usage (Quantity) | | | |
|---|---|---|---|---|---|---|
| | Description | Quantity | Clinical | Formulation | Scale–Up | Inventory |
| Q1 2000 | | | 0.5 kg | 0.5 kg | | 14.0 kg |
| Q2 2000 | | | | 0.5 kg | 9.0 kg | 4.5 kg |
| Q3 2000 | | | | | 3.0 kg | 1.5 kg |
| Q4 2000 | | | | | | |
| Q1 2001 | | | | | | |
| Q2 2001 | | | | | | |
| Q3 2001 | | | | | | |
| Q4 2001 | Validation Lots (n–3) | 15 kg | | | 3.0 kg | 13.5 kg |

Lead Time (request to delivery; weeks) 8

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.                6668–R2

CONFIDENTIAL                        ABBT 0019038

Analgesia Venture (6/23/99)
Development Plan
ABT–594                                                                                    36

## E.2     PARD

**Clinical Formulations:**  Rising dose safety and molar extraction studies were performed using a solution formulation.  Phase II studies in osteoarthritis and neuropathic pain are underway using a softgel capsule formulation (SEC).  The softgel formulation was shown to delay $T_{max}$, therefore, a rapidly dissolving hard gelatin capsule (HGC) formulation has been developed as the target Phase III formulation.  A 25 mcg HGC is currently in a biostudy vs. SEC.  A 75 mcg HGC will be tested for bioavailability 6/99.

**Commercial Formulation:**  Primary candidate for commercial formulation is HGC at dosage strength(s) to be determined by results of Phase II studies.

**Formulation–Dependent Absorption Rate:**  If therapeutic onset is too slow with oral solution and capsule formulations, sublingual dosing may provide more rapid absorption.  To this end, clinical supplies of "Zydis" instantly disintegrating tablets have been manufactured.  Rapidly disintegrating conventional tablets are also possible, avoiding royalty and manufacturing payments to Schere DDS.  Biostudy with sublingual dosing is on hold.

**Key Issues:**  Formulation and processing alternatives are limited by three factors:  (1) content uniformity challenges due to low dose, (2) incompatibility with many commonly used excipients, and (3) low allowable employee exposure limits.  The HGC formulas under development address factors (1) and (2).  Factor (3) will require capital investment at PPD's Abbott Park or Puerto Rico manufacturing facilities, or manufacture by a third party (TPM).  Preliminary evaluation of facilities modifications has been done; preliminary evaluation of TPMs has occurred as a result of other projects.

**Critical Path Activities:**  Formulation scale-up is expected to occur 2Q00; NDA stability lots are expected to be manufactured 3Q00.  1 year stability results are expected to be available 9/01 in support of the 12/1/01 FDA/EMEA submissions.

**IV Formulation:**  Parenteral formulation is on hold.  It is expected that a lyophilized formulation will be required.  Clinical supplies may be available 6 months post-funding.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019039

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                    37

### E.3    Manufacturing

The primary manufacturing sites in consideration are API, AP16 and RP Scherer. API
Potent Drug Module would produce hard gelatin powder filled capsules. This process
utilizes the 600L TK Fielder granulator, vacuum V–Blender, a potential milling step and
encapsulation. AP16 Microwave Gral process would also produce hard gelatin powder
filled capsules. This process involves the 300L microwave granulator, Bin blending and
encapsulation. RP Scherer would produce softgel capsules. This process includes a
Hicks Reactor, a vessel to reduce particle size and softgel capsulation. The granulation
process demonstrated excellent stability and dissolution properties. However, both the
API and AP16 options require significant capital. The RP Scherer formulation is doable
but is sending the business outside. We are gathering detailed information on cost
estimates for each manufacturing option. Manufacturing options are constrained by
extremely low employee exposure limit (EEL) of 1 ug/m$^3$.

Timeline for manufacturing include the following: 1) Phase III supplies starting 9/1999,
2) Identification of manufacturing site 9/1999, 3) Upgrade of Abbott site if necessary
starting 9/1999, 4) Go/No–Go decision 9/1999, 5) Prescale up runs 2nd Qtr/2000 and
6) Regulatory scaleup runs starting 2nd Qtr/2000.

Manufacturing cost for bulk drug is $2,500/kg. Finished product will be determined by
the site selection. The dosage strength is still to be determined but is estimated to be
100 ug or less. Cost estimates for ABT-594 have not been completed.

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

**CONFIDENTIAL**          ABBT 0019040

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                          38

## F.  NON-CLINICAL

### F.1  Toxicology

Relative to therapeutically efficacious doses in rats, ABT–594 has proven to be a
relatively non–toxic product, aside from its emetic liability in monkeys.  One–month
toxicity studies in rat and monkey, three–month studies in rat, mouse and monkey, and
six–month study in rat have been completed.  A 12–month monkey study, and rat and
mouse carcinogenicity studies are ongoing.

In rats, reduced body weights and food intake were observed at all dosages tested; these
changes were judged likely to be due to a pharmacologic effect of the compound.
Treatment-related findings in rat studies included increased bile acids, hematologic
alterations, increased ALT and liver weights changes.  In the six-month study, basophilic
foci of cellular alteration were noted in livers of 1/20, 3/20 and 5/20 female animals from
the 0.2, 0.5 and 2.0 mg base/kg/day dosage groups, respectively.  The presence of foci of
cellular alteration in rat livers is frequently related to the administration of carcinogenic
compounds, but foci are by definition not neoplastic, and some types (e.g., the tigroid
type seen in this study) are disputed as not truly representing preneoplastic lesions.  They
are regarded as proliferative, however, and a relationship to drug treatment suggests some
sort of stimulus to cell replication.  Any further works to investigate the mechanism of
this liver finding will wait until the go/no go decision is made.

In monkeys, emesis and abnormal stool were seen; these were regarded as pharmacologic
effects of this class of compound.  Other drug–related effects included clinical signs and
changes in hematology, serum chemistry, organ weights and histopathology.  These
findings were consistent with dehydration and exacerbation of a non-specific
stress–related response.

A fertility and general reproduction study in rat, and teratogenicity studies in rat and
rabbit have also been completed.  There were no adverse effects on reproduction or
embryo/fetal development.  A peri- and postnatal study of ABT–594 in rat is currently
ongoing.  A juvenile rat study is schedule to start during the first quarter of 2001.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.          6668-R2

CONFIDENTIAL          ABBT 0019041

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                      39

Genetic toxicology studies conducted with ABT-594 included Ames assay, mouse
lymphoma assay, *in vitro* cytogenetics assay and *in vivo* mouse micronucleus assay.
ABT-594 was not found to be genotoxic in any of these assays. However, a mesylate
impurity in the finished product was found to be weakly mutagenic in a single strain of
bacteria (TA1535) in the Ames test. There are ongoing efforts in determining and setting
safe limits of this impurity in future bulk drug lots.

All toxicology studies needed for the go/no go decision have been completed.
As mentioned earlier, the only toxicology issue with ABT-594 at this time is the finding
of basophilic foci in the rat liver. This finding should have no impact on labeling or
milestone dates. The carcinogenicity studies are scheduled to be completed during the
fourth quarter of 2001. If the findings in these studies are negative, no further toxicology
work will be necessary and the milestone date of 12/01 for NDA filing should be met.

## F.2     Metabolism

Animal ADME studies (mouse, rat and monkey) have shown that oral doses of tritiated
ABT-594 drug are well absorbed, not extensively metabolized and excreted into the
urine primarily as unchanged parent drug. The major biotransformation products have
been identified and include oxidative and conjugated metabolites. *In vitro* studies with
cDNA-expressed human cytochrome P450 (CYP) isoforms suggested that CYP2D6
could slowly catalyze the oxidative metabolism of ABT-594. However, the contribution
of CYP2D6 to the total elimination of the drug is likely to be very small, suggesting that
coadministered drugs which induce or inhibit CYP-dependent metabolism are not likely
to alter the clearance of ABT-594 in humans. Other *in vitro* experiments showed that
ABT-594 did not adversely inhibit the metabolism of a number of CYP selective
substrates by human liver microsomes, suggesting little potential for clinically relevant
drug/drug interactions. Studies in one or more species have shown that ABT-594 is not
highly bound to plasma proteins and is uniformly distributed in human whole blood.
Total radioactivity is widely distributed throughout rat tissues and demonstrated an
affinity to bind to melanin containing tissues in pigmented rats.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.     6668-R2

CONFIDENTIAL          ABBT 0019042

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    40

Placental and lacteal transfer studies of the radiolabeled drug in rats are scheduled to
begin in the fourth quarter of 1999 or early in 2000.  A limited tissue distribution study in
pigmented rats is also planned to determine the half–life of total radioactivity in
melanin–containing tissues.  A radiolabeled study in normal human subjects is scheduled
for 2000.

**F.3     Animal Pharmacology**

The only animal pharmacology study ongoing that may be required later in the
development of ABT-594 is a migraine study in Professor Peter Goadsby's Laboratory,
Institute of Neurology, London.  A report is anticipated in the 3rd quarter of 1999 on the
effects of ABT-594 in a cat model of migraine.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.     6668-R2

CONFIDENTIAL          ABBT 0019043

Analgesia Venture (6/23/99)
Development Plan
ABT–594

41

## G.   DEVELOPMENT COST AND SENSITIVITY ANALYSIS

The development milestones for ABT–594 are as follows:

| Milestones | Date |
|---|---|
| PPCC Approval | 12/96 |
| Start Funding | 1/97 |
| Go/No Go Preclinical Safety | 6/97 |
| Start Phase I Europe | 7/97 |
| File IND (Liquid) | 2/98 |
| Start Phase II U.S. | 7/98 |
| Go/No Go Clinical Efficacy | 9/99 |
| File CTX/CTN | 10/99 |
| End of Phase II Mtg. w/FDA | 11/99 |
| Start Phase III U.S./Europe | 12/99 |
| Start Phase I Japan | 2/00 |
| Start Phase III Bridging Japan | 1/01 |
| File Europe – EMEA | 12/01 |
| File U.S. NDA – FDA | 12/01 |
| File Japan – Koseisho | 6/02 |
| Regulatory Approval U.S. | 6/03 |

### G.1   Base Case Scenario

The base case scenario consists of pursuing both the neuropathic pain and osteoarthritis indications. The Phase III program is aimed at obtaining indications for the treatment of pain associated with osteoarthritis and neuropathic pain. The Phase III program for osteoarthritis and neuropathic pain will each consist of three 600 patient Phase III pivotal studies to be conducted in the United States and one 600 Phase III study to be conducted in Europe to help facilitate regulatory approval and pricing in Europe. One 300 patient bridging study for each indication is also planned to be conducted in Japanese subjects.

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.      6668-R2

CONFIDENTIAL      ABBT 0019044

Analgesia Venture (6/23/99)
Development Plan
ABT–594                                                                                              42

**Planned Phase II and III Studies:**

| INDICATION | PHASE II | PHASE II | PHASE III | PHASE III |
|---|---|---|---|---|
| | # Studies | # Patients | # Studies | # Patients |
| Osteoarthritis | 1 | 250 | 5 | 2700 |
| Neuropathic Pain | 1 | 150 | 5 | 2700 |
| Cancer Pain | 2 | 500 | N/A | N/A |
| TOTAL | 4 | 900 | 10 | 5400 |

\*   Does not include 2 long–term safety studies but does include Japan bridging studies.

**Cost Through the NDA:**

| YEAR | COST |
|---|---|
| 1999 | 29.9 |
| 2000 | 93.2 |
| 2001 | 50.5 |
| TOTAL COST TO NDA | 173.6 |

**Breakdown by Year and Department:**

| | 9/99 (to Go/NoGo) | 1999 | 2000 | 2001 (to NDA) |
|---|---|---|---|---|
| PARD & CAPD | 5.2 | 6.5 | 8.0 | 8.0 |
| Drug Safety | 3.8 | 4.7 | 5.0 | 2.5 |
| Stats & DM | 1.3 | 1.8 | 9.0 | 10.0 |
| Venture Mgt | 5.9 | 8.4 | 12.0 | 11.0 |
| Grants | 3.6 | 6.5 | 55.7 | 16.0 |
| Other | 1.8 | 2.0 | 3.5 | 3.0 |
| TOTAL | 21.6 | 29.9 | 93.2 | 50.5 |

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.    6668-R2

CONFIDENTIAL          ABBT 0019045

# Collicott Deposition Exhibit 2

# P's Exhibit BV
# Part 2B

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                 43

**Breakdown by Indication:**

| YEAR | BASE PROGRAM | NEUROPATHIC PAIN | OSTEOARTHRITIS | TOTAL |
|------|-----|-----|-----|-----|
| 1999 | 20.9 | 0 | 9.0 | 29.9 |
| 2000 | 36.9 | 29.2 | 27.1 | 93.2 |
| 2001 | 43.3 | 6.0 | 1.2 | 50.5 |
| TOTAL | 101.1 | 35.2 | 37.3 | 173.6 |

**G.2    Downside Scenario (Funding Decrease)**

Should funding need to be decreased, the strategy would be to eliminate one Phase III pivotal study from each indication.   The negative aspect of this strategy adds more risk to the program, should one of the remaining two studies not statistically meet its efficacy outcome goal.  The downside scenario is summarized in the following tables:

**Downside Scenario Of Planned Phase II and III Studies**

| INDICATION | PHASE II | PHASE II | PHASE III | PHASE III |
|------------|----------|----------|-----------|-----------|
|  | # Studies | # Patients | # Studies | # Patients |
| Osteoarthritis | 1 | 250 | 4 | 2100 |
| Neuropathic Pain | 1 | 150 | 4 | 2100 |
| Cancer Pain | 2 | 500 | n/a | n/a |
| TOTAL | 4 | 900 | 8 | 4200 |

**Cost of Downside Scenario Through the NDA:**

| YEAR | COST |
|------|------|
| 1999 | 27.7 |
| 2000 | 78.6 |
| 2001 | 54.4 |
| TOTAL COST TO NDA | 160.7 |

**CONFIDENTIAL INFORMATION**
**ABBOTT LABORATORIES**
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.                  6668-R2

CONFIDENTIAL                              ABBT 0019046

Analgesia Venture (6/23/99)
Development Plan
ABT–594                                                                                    44

**Breakdown of Downside Scenario by Key Milestones and Department:**

|  | 9/99 (to Go/No Go) | 1999 | 2000 | 2001 (to NDA) |
|---|---|---|---|---|
| PARD & CAPD | 5.2 | 6.3 | 7.8 | 7.8 |
| Drug Safety | 3.8 | 4.7 | 5.0 | 2.5 |
| Stats & DM | 1.3 | 1.6 | 8.0 | 9.5 |
| Venture Mgt | 5.9 | 8.0 | 11.0 | 10.5 |
| Grants | 3.6 | 7.5 | 49.0 | 15.2 |
| Other | 1.8 | 1.8 | 3.5 | 3.0 |
| TOTAL | 21.6 | 27.9 | 84.3 | 48.5 |

**Breakdown of Downside Scenario by Indication:**

| YEAR | BASE PROGRAM | NEUROPATHIC PAIN | OSTEOARTHRITIS | TOTAL |
|---|---|---|---|---|
| 1999 | 20.9 | 0 | 7.0 | 27.9 |
| 2000 | 36.9 | 25.2 | 22.2 | 84.3 |
| 2001 | 43.3 | 4.0 | 1.2 | 48.5 |
| TOTAL | 101.1 | 29.2 | 30.4 | 160.7 |

**G.3    Upside Scenario (Funding Increase)**

The development strategy should additional funding become available would be to
pursue an indication for the treatment of cancer pain.   Three 600 patient Phase III pivotal
studies would be planned for the U.S. and one would be planned for Europe.
A summary of the upside scenario is presented in the following tables:

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior  written authorization from Abbott.          6668-R2

CONFIDENTIAL                ABBT 0019047

Analgesia Venture (6/23/99)
Development Plan
ABT-594                                                                                    45

## Upside Scenario of Planned Phase II and III Studies:

| INDICATION | PHASE II | PHASE II | PHASE III | PHASE III |
|---|---|---|---|---|
| | # Studies | # Patients | # Studies | # Patients |
| Osteoarthritis | 1 | 250 | 5 | 2700 |
| Neuropathic Pain | 1 | 150 | 5 | 2700 |
| Cancer Pain | 2 | 500 | 5 | 2700 |

## Cost of Upside Scenario Through the NDA:

| YEAR | COST |
|---|---|
| 1999 | 29.9 |
| 2000 | 93.2 |
| 2001 | 69.0 |
| 2002 | 16.8 |
| TOTAL COST TO NDA | 208.9 |

## Breakdown of Upside Scenario by Key Milestones and Department:

| | 9/99 (to Go/NoGo) | 1999 | 2000 | 2001 (to NDA) | 2002 (to SNDA) |
|---|---|---|---|---|---|
| PARD & CAPD | 5.2 | 6.5 | 8.0 | 8.0 | 0.5 |
| Drug Safety | 3.8 | 4.7 | 5.0 | 2.5 | 0 |
| Stats & DM | 1.3 | 1.8 | 9.0 | 10.0 | 2.0 |
| Venture Mgt | 5.9 | 8.4 | 12.0 | 11.0 | 2.0 |
| Grants | 3.6 | 6.5 | 55.7 | 34.5 | 11.3 |
| Other | 1.8 | 2.0 | 3.5 | 3.0 | 1.0 |
| TOTAL | 21.6 | 29.9 | 93.2 | 69.0 | 16.8 |

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.          0000-712

CONFIDENTIAL                    ABBT 0019048

Analgesia Venture (6/23/99)
Development Plan
ABT–594

46

**Breakdown of Upside Scenario by Indication:**

| YEAR | BASE PROGRAM | NEUROPATHIC PAIN | OSTEO-ARTHRITIS | CANCER PAIN | TOTAL |
|---|---|---|---|---|---|
| 1999 | 20.9 | 0 | 9.0 | 0 | 29.9 |
| 2000 | 36.9 | 29.2 | 27.1 | 0 | 93.2 |
| 2001 | 43.0 | 6.0 | 1.2 | 18.5 | 69.0 |
| 2002 | 0 | 0 | 0 | 16.8 | 16.8 |
| TOTAL | 101.1 | 35.2 | 37.3 | 35.3 | 208.9 |

IN/R–S/1/ABT594/DEVPLANS/699/DEVPLAN

CONFIDENTIAL INFORMATION
ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

6668-H2

CONFIDENTIAL        ABBT 0019049



CONFIDENTIAL          ABBT 0019050

# Project Summary by Dept.

06/17/99

### Analgesia

*Project* ABT-594

*Version* Plan

*Sponsor* All

*Indicatio* Pain (General)

*Formulation* Oral Solid

*Dept.* **Advanced Technology**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ 10,657 | $ 42,912 | $ 53,569 |
| 1997 | $ 235,263 | $ 250,205 | $ 491,455 | $ 598,745 | $ 1,575,670 |
| 1998 | $ 168,935 | $ 167,725 | $ 175,046 | $ 165,493 | $ 677,200 |
| 1999 | $ 166,156 | $ 162,461 | $ 161,738 | $ 159,917 | $ 650,273 |
| 2000 | $ 146,079 | $ 146,079 | $ 111,761 | $ 99,792 | $ 503,714 |
| 2001 | $ 493,585 | $ 223,384 | $ 43,140 | $ 15,976 | $ 776,087 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Analytical Departments**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 483,095 | $ 232,800 | $ 273,694 | $ 870,408 | $ 1,859,998 |
| 1998 | $ 439,774 | $ 1,052,472 | $ 609,632 | $ 341,846 | $ 2,443,725 |
| 1999 | $ 378,395 | $ 171,735 | $ 561,971 | $ 238,276 | $ 1,350,379 |
| 2000 | $ 304,339 | $ 159,215 | $ 73,450 | $ 65,257 | $ 602,262 |
| 2001 | $ 718,730 | $ 354,731 | $ 176,462 | $ 63,471 | $ 1,313,395 |
| 2002 | $ 120,694 | $ 122,035 | $ 123,376 | $ 123,376 | $ 489,484 |
| 2003 | $ 120,694 | $ 116,588 | $ 23,152 | $ 23,152 | $ 283,588 |
| 2004 | $ 22,900 | $ 21,294 | $ 10,215 | $ | $ 54,410 |

*Dept.* **Analytical Development**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 407,076 | $ 80,086 | $ 169,094 | $ 544,254 | $ 1,200,512 |
| 1998 | $ 323,136 | $ 526,208 | $ 269,145 | $ 282,787 | $ 1,401,279 |
| 1999 | $ 501,870 | $ 513,551 | $ 609,296 | $ 125,345 | $ 1,750,064 |
| 2000 | $ | $ | $ | $ | $ |
| 2001 | $ | $ | $ | $ 1,048,834 | $ 1,048,834 |
| 2002 | $ 95,403 | $ | $ | $ | $ 95,403 |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

Page : 1

CONFIDENTIAL                    ABBT 0019051

*Project summary continues ...*

*Dept.* **Animal Services**                                           *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ 4,750 | $ 8,727 | $ 13,477 |
| 1997 | $ 22,815 | $ 97,671 | $ 164,209 | $ 106,901 | $ 391,599 |
| 1998 | $ 34,635 | $ 160,359 | $ 217,042 | $ 251,239 | $ 663,275 |
| 1999 | $ 130,181 | $ 121,848 | $ 98,343 | $ 89,769 | $ 440,143 |
| 2000 | $ 88,793 | $ 88,793 | $ 82,362 | $ 29,879 | $ 289,828 |
| 2001 | $ | $ | $ | $ | $ |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **CAPD**                                           *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 752,697 | $ 94,691 | $ 270,305 | $ 1,154,305 | $ 2,272,000 |
| 1998 | $ 1,024,705 | $ 1,189,996 | $ 582,495 | $ 582,495 | $ 3,379,692 |
| 1999 | $ 1,751,028 | $ 627,279 | $ 714,672 | $ 221,327 | $ 3,314,307 |
| 2000 | $ | $ | $ | $ | $ |
| 2001 | $ | $ | $ | $ 6,520,989 | $ 6,520,989 |
| 2002 | $ 593,010 | $ | $ | $ | $ 593,010 |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **CCM - Pain Management**                                           *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ - | $ 22,874 | $ 1,428,470 | $ 1,011,771 | $ 2,463,116 |
| 1998 | $ 134,510 | $ 671,568 | $ 2,437,072 | $ 1,811,126 | $ 5,054,278 |
| 1999 | $ 1,930,518 | $ 2,079,560 | $ 1,955,284 | $ 9,995,221 | $ 15,960,585 |
| 2000 | $ 14,055,072 | $ 20,758,630 | $ 20,770,536 | $ 20,181,969 | $ 75,766,207 |
| 2001 | $ 11,133,093 | $ 6,873,167 | $ 7,064,646 | $ 3,255,536 | $ 28,326,443 |
| 2002 | $ 559,905 | $ 402,769 | $ 382,479 | $ 382,479 | $ 1,727,633 |
| 2003 | $ 374,164 | $ 378,321 | $ 18,687 | $ 41,284 | $ 812,458 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Clinical Packaging**                                           *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ | $ 42,205 | $ 51,786 | $ 7,984 | $ 101,976 |
| 1998 | $ 1,041 | $ 148,437 | $ 213,028 | $ 76,259 | $ 438,766 |
| 1999 | $ 59,747 | $ 96,049 | $ 25,686 | $ 570,825 | $ 752,309 |
| 2000 | $ 702,160 | $ 436,549 | $ 381,020 | $ 269,264 | $ 1,788,994 |
| 2001 | $ 238,371 | $ 90,440 | $ 88,339 | $ 49,013 | $ 466,165 |
| 2002 | $ 6,254 | $ 6,324 | $ 6,393 | $ 6,393 | $ 25,366 |
| 2003 | $ 6,254 | $ 6,324 | $ 69 | $ | $ 12,648 |
| 2004 | $ | $ | $ | $ | $ |

Page : 2

**CONFIDENTIAL**                                           ABBT 0019052

*Project summary continues ...*

*Dept.* **Data Mgmt**      *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ | $ 10,482 | $ 10,482 |
| 1997 | $ 11,122 | $ 49,418 | $ 118,915 | $ 118,489 | $ 297,946 |
| 1998 | $ 92,007 | $ 129,467 | $ 490,658 | $ 431,918 | $ 1,144,052 |
| 1999 | $ 154,737 | $ 179,015 | $ 387,325 | $ 512,108 | $ 1,233,185 |
| 2000 | $ 1,393,065 | $ 1,949,078 | $ 1,820,484 | $ 2,246,111 | $ 7,408,740 |
| 2001 | $ 2,877,738 | $ 1,303,668 | $ 945,111 | $ 1,568,880 | $ 6,695,399 |
| 2002 | $ 323,891 | $ 63,448 | $ 56,784 | $ 56,784 | $ 500,910 |
| 2003 | $ 55,550 | $ 56,167 | $ 491,653 | $ 12,295 | $ 615,667 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Drug Analysis**      *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 96,583 | $ 58,121 | $ 102,414 | $ 176,405 | $ 433,525 |
| 1998 | $ 115,928 | $ 110,053 | $ 182,340 | $ 133,862 | $ 542,185 |
| 1999 | $ 93,699 | $ 126,122 | $ 138,102 | $ 100,533 | $ 458,457 |
| 2000 | $ 130,094 | $ 547,815 | $ 577,273 | $ 370,042 | $ 1,625,226 |
| 2001 | $ 205,567 | $ 75,677 | $ 10,085 | $ 4,805 | $ 296,136 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Formulation Departments**      *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 117,100 | $ 149,552 | $ 78,811 | $ 218,372 | $ 563,836 |
| 1998 | $ 161,127 | $ 280,924 | $ 269,205 | $ 167,706 | $ 878,963 |
| 1999 | $ 158,945 | $ 160,711 | $ 131,809 | $ 238,162 | $ 689,628 |
| 2000 | $ 408,672 | $ 157,660 | $ 33,808 | $ 33,808 | $ 633,949 |
| 2001 | $ 28,288 | $ 90,896 | $ 103,518 | $ 71,467 | $ 294,171 |
| 2002 | $ 26,962 | $ 27,262 | $ 27,561 | $ 27,561 | $ 109,347 |
| 2003 | $ 26,962 | $ 25,764 | $ | $ | $ 52,726 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Formulation Development**      *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 117,100 | $ 149,552 | $ 78,811 | $ 218,372 | $ 563,836 |
| 1998 | $ 161,127 | $ 280,924 | $ 269,205 | $ 167,706 | $ 878,963 |
| 1999 | $ 158,945 | $ 160,711 | $ 131,809 | $ 238,162 | $ 689,628 |
| 2000 | $ 408,672 | $ 605,963 | $ 289,626 | $ 44,067 | $ 1,348,330 |
| 2001 | $ 38,324 | $ 90,034 | $ 89,016 | $ 71,467 | $ 288,842 |
| 2002 | $ 420,572 | $ 577,286 | $ 37,463 | $ 37,463 | $ 1,072,786 |
| 2003 | $ 36,648 | $ 35,558 | $ | $ | $ 72,207 |
| 2004 | $ | $ | $ | $ | $ |

CONFIDENTIAL      ABBT 0019053

*Project summary continues ...*

*Dept.* **Integrative Pharmacology**                                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 96,288 | $ 95,954 | $ 95,604 | $ 56,721 | $ 344,569 |
| 1998 | $ 11,369 | $ 11,495 | $ 11,622 | $ 11,116 | $ 45,604 |
| 1999 | $ 11,369 | $ 11,495 | $ 11,622 | $ 11,116 | $ 45,604 |
| 2000 | $ 11,338 | $ 11,338 | $ 11,463 | $ 11,463 | $ 45,604 |
| 2001 | $ | $ | $ | $ | $ |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Metabolism**                                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ | $ 59,225 | $ 59,225 |
| 1997 | $ 201,936 | $ 152,297 | $ 100,463 | $ 178,873 | $ 633,571 |
| 1998 | $ 234,032 | $ 152,999 | $ 139,676 | $ 80,553 | $ 607,262 |
| 1999 | $ 59,016 | $ 36,075 | $ 133,191 | $ 90,445 | $ 318,729 |
| 2000 | $ 87,821 | $ 72,865 | $ 39,932 | $ 13,147 | $ 213,767 |
| 2001 | $ 48,662 | $ 21,340 | $ 3,361 | $ 1,601 | $ 74,966 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **PARD Management**                                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|

•••• **No Data for This Combination** ••••

*Dept.* **Pathology**                                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ 9,228 | $ 75,235 | $ 84,463 |
| 1997 | $ 135,807 | $ 182,025 | $ 166,772 | $ 94,872 | $ 579,478 |
| 1998 | $ 129,052 | $ 77,012 | $ 64,790 | $ 68,506 | $ 339,361 |
| 1999 | $ 120,131 | $ 52,991 | $ 70,993 | $ 74,932 | $ 319,048 |
| 2000 | $ 22,538 | $ 21,648 | $ 20,080 | $ 104,938 | $ 169,205 |
| 2001 | $ 226,892 | $ 290,092 | $ 264,241 | $ | $ 781,226 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

Page : 4

CONFIDENTIAL                    ABBT 0019054

*Project summary continues ...*

*Dept.* **Pharm Analysis & Stability**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|------------|------------|------------|------------|--------|
| 1997 | $ 67,284 | $ 111,476 | $ 65,784 | $ 113,926 | $ 358,472 |
| 1998 | $ 73,488 | $ 506,763 | $ 352,189 | $ 95,480 | $ 1,027,922 |
| 1999 | $ 91,079 | $ 92,091 | $ 98,748 | $ 162,134 | $ 444,054 |
| 2000 | $ 260,237 | $ 375,294 | $ 181,892 | $ 57,453 | $ 874,878 |
| 2001 | $ 602,346 | $ 262,531 | $ 63,422 | $ 44,310 | $ 972,611 |
| 2002 | $ 334,426 | $ 274,134 | $ 125,434 | $ 125,434 | $ 859,429 |
| 2003 | $ 122,707 | $ 118,623 | $ 3,991 | $ 3,991 | $ 249,314 |
| 2004 | $ 3,948 | $ 3,145 | $ 768 | $ | $ 7,862 |

*Dept.* **PK/Biopharmaceutics**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|------------|------------|------------|------------|--------|
| 1998 | $ 3,502 | $ 6,128 | $ 12,947 | $ 37,924 | $ 60,503 |
| 1999 | $ 49,153 | $ 49,487 | $ 44,945 | $ 37,292 | $ 180,879 |
| 2000 | $ 15,091 | $ 110,013 | $ 204,028 | $ 148,536 | $ 477,669 |
| 2001 | $ 31,910 | $ 7,771 | $ | $ | $ 39,682 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Process Development**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|------------|------------|------------|------------|--------|

• • • • **No Data for This Combination**   • • • •

*Dept.* **R&D Records Center**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|------------|------------|------------|------------|--------|
| 1996 | $ | $ | $ | $ 370 | $ 370 |
| 1997 | $ 7,090 | $ 7,618 | $ 9,609 | $ 9,541 | $ 33,860 |
| 1998 | $ 9,473 | $ 22,765 | $ 54,322 | $ 51,595 | $ 138,156 |
| 1999 | $ 50,081 | $ 51,206 | $ 52,949 | $ 39,970 | $ 194,207 |
| 2000 | $ 46,494 | $ 49,209 | $ 49,231 | $ 44,177 | $ 189,112 |
| 2001 | $ 35,891 | $ 38,918 | $ 17,601 | $ 4,696 | $ 97,108 |
| 2002 | $ 17,325 | $ 15,951 | $ 15,646 | $ 15,646 | $ 64,569 |
| 2003 | $ 15,306 | $ 15,476 | $ 283 | $ 801 | $ 31,868 |
| 2004 | $ | $ | $ | $ | $ |

**CONFIDENTIAL**                    ABBT 0019055

*Project summary continues ...*

*Dept.* **Regulatory Affairs**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 8,539 | $ 8,634 | $ 603 | $ 508 | $ 18,285 |
| 1998 | $ 497 | $ 5,821 | $ 16,819 | $ 16,819 | $ 39,958 |
| 1999 | $ 16,454 | $ 16,636 | $ 16,819 | $ 24,010 | $ 73,921 |
| 2000 | $ 23,749 | $ 23,749 | $ 24,010 | $ 23,844 | $ 95,353 |
| 2001 | $ 22,991 | $ 28,877 | $ 352,029 | $ 352,883 | $ 756,782 |
| 2002 | $ 20,704 | $ 366,310 | $ 21,164 | $ 21,164 | $ 429,342 |
| 2003 | $ 20,704 | $ 20,934 | $ | $ | $ 41,638 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Res Services/Planning**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ 34,031 | $ 34,410 | $ 1,958 | $ 1,580 | $ 71,980 |
| 1998 | $ 1,545 | $ 3,187 | $ 6,561 | $ 6,561 | $ 17,857 |
| 1999 | $ 6,419 | $ 6,490 | $ 6,561 | $ 5,169 | $ 24,640 |
| 2000 | $ 5,112 | $ 5,112 | $ 5,169 | $ 4,653 | $ 20,048 |
| 2001 | $ 3,510 | $ 3,549 | $ 1,443 | $ 796 | $ 9,300 |
| 2002 | $ 4,215 | $ 4,262 | $ 4,309 | $ 4,309 | $ 17,096 |
| 2003 | $ 4,215 | $ 4,262 | $ | $ | $ 8,478 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Research QA**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ | $ 4,135 | $ 4,135 |
| 1997 | $ 12,927 | $ 32,632 | $ 21,416 | $ 20,834 | $ 87,811 |
| 1998 | $ 33,356 | $ 26,304 | $ 14,844 | $ 32,379 | $ 106,885 |
| 1999 | $ 59,688 | $ 38,634 | $ 39,224 | $ 58,548 | $ 196,096 |
| 2000 | $ 81,622 | $ 144,534 | $ 170,128 | $ 176,115 | $ 572,399 |
| 2001 | $ 117,854 | $ 119,325 | $ 117,045 | $ 361,617 | $ 715,842 |
| 2002 | $ 27,202 | $ 178,063 | $ 846 | $ 846 | $ 206,959 |
| 2003 | $ 828 | $ 837 | $ | $ | $ 1,665 |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Statistics**                    *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1997 | $ | $ 2,084 | $ 5,272 | $ 6,647 | $ 14,004 |
| 1998 | $ 7,491 | $ 19,765 | $ 51,998 | $ 71,949 | $ 151,204 |
| 1999 | $ 60,239 | $ 72,090 | $ 89,504 | $ 137,008 | $ 358,843 |
| 2000 | $ 151,519 | $ 252,420 | $ 315,189 | $ 206,279 | $ 925,408 |
| 2001 | $ 227,941 | $ 330,952 | $ 43,362 | $ 187,602 | $ 789,859 |
| 2002 | $ 228,378 | $ 42,221 | $ 4,792 | $ 4,792 | $ 280,185 |
| 2003 | $ 4,688 | $ 4,740 | $ 29,062 | $ 41,966 | $ 80,458 |
| 2004 | $ | $ | $ | $ | $ |

Page : 6

**CONFIDENTIAL**            ABBT 0019056

*Project summary continues ...*

*Dept.* **Statistics - Pre-Clinical**                              *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ 5,297 | $ 23,624 | $ 28,921 |
| 1997 | $ 71,773 | $ 17,663 | $ 9,517 | $ 35,345 | $ 134,300 |
| 1998 | $ 64,175 | $ 36,290 | $ 14,459 | $ 13,835 | $ 128,762 |
| 1999 | $ 16,651 | $ 8,757 | $ 10,622 | $ 10,311 | $ 46,342 |
| 2000 | $ | $ | $ | $ 6,592 | $ 6,592 |
| 2001 | $ 15,316 | $ 19,583 | $ 17,838 | $ | $ 52,738 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

*Dept.* **Toxicology**                              *View* **Total Cost**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Totals |
|------|-------------|-------------|-------------|-------------|--------|
| 1996 | $ | $ | $ 30,760 | $ 64,068 | $ 94,828 |
| 1997 | $ 235,198 | $ 190,468 | $ 327,670 | $ 309,600 | $ 1,062,937 |
| 1998 | $ 194,431 | $ 230,326 | $ 414,177 | $ 379,115 | $ 1,218,050 |
| 1999 | $ 329,377 | $ 214,823 | $ 183,067 | $ 173,756 | $ 901,024 |
| 2000 | $ 137,780 | $ 134,218 | $ 124,496 | $ 64,696 | $ 461,192 |
| 2001 | $ 45,378 | $ 58,018 | $ 52,848 | $ | $ 156,245 |
| 2002 | $ | $ | $ | $ | $ |
| 2003 | $ | $ | $ | $ | $ |
| 2004 | $ | $ | $ | $ | $ |

## by Department Project Totals

*View* **Total Cost**                              *Sponsor* **All**

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Grand Totals |
|------|-------------|-------------|-------------|-------------|--------------|
| 1996 | $ | $ | $ 60,694 | $ 288,781 | $ 349,475 |
| 1997 | $ 3,113,735 | $ 2,062,447 | $ 4,032,642 | $ 5,854,464 | $ 15,063,290 |
| 1998 | $ 3,419,347 | $ 5,817,001 | $ 6,869,283 | $ 5,278,281 | $ 21,383,914 |
| 1999 | $ 6,353,889 | $ 5,049,829 | $ 5,674,293 | $ 13,314,345 | $ 30,392,357 |
| 2000 | $ 18,480,257 | $ 26,050,190 | $ 25,285,946 | $ 24,202,091 | $ 94,018,486 |
| 2001 | $ 17,112,397 | $ 10,282,961 | $ 9,453,516 | $ 13,623,953 | $ 50,472,828 |
| 2002 | $ 2,778,949 | $ 2,080,071 | $ 806,253 | $ 806,253 | $ 6,471,526 |
| 2003 | $ 788,725 | $ 783,599 | $ 566,901 | $ 123,492 | $ 2,262,719 |
| 2004 | $ 26,849 | $ 24,439 | $ 10,984 | $ | $ 62,272 |

CONFIDENTIAL        ABBT 0019057

# Project Assumption Report

Project Name: **ABT-594**    Project Number: **G0 143010**

## Active

### Phase : 0

| Activity | Protocol | Activity Start | Activity End | No. Patients | No. Sites | Manpower PMP | IMP | Direct Dollars | Grant Dollars | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Prepare ISS/ISE | | Apr 1, 2001 | Sep 15, 2001 | 0 | 0 | | | | | |
| NDA Preparation | | Jul 1, 2001 | Nov 29, 2001 | 0 | 0 | | | | | |
| NDA Filing | | Dec 1, 2001 | Dec 1, 2001 | 0 | 0 | | | | | |

## Active

### Phase : 1

| Activity | Protocol | Activity Start | Activity End | No. Patients | No. Sites | Manpower PMP | IMP | Direct Dollars | Grant Dollars | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Ph I Single Dose (M97-676) | M97676 | Jul 1, 1997 | Sep 15, 1997 | 80 | 1 England | | | | | |
| Ph I Multiple Dose (M97-743) | M97743 | Sep 29, 1997 | Jan 12, 1998 | 92 | 1 Netherla | | | | | |
| Ph I Effect of Food (M97-787) | M97787 | Jun 22, 1998 | Jul 23, 1998 | 12 | 1 U.S. | | | | | |
| Ph I Bio (PIB vs. SEC) (M97-706) | | Jun 22, 1998 | Aug 22, 1998 | 24 | 1 Scotland | | | | | |
| Ph I 14 Day 75mcg BID (M98-907) | M98907 | Aug 25, 1998 | Sep 24, 1998 | 12 | 1 | | | | | |
| Ph I Pain Model (M98-899) | M98899 | Sep 22, 1998 | Nov 21, 1998 | 12 | 1 Scotland | | | | | |
| Ph I Bio M98-984 (HGC vs SEC) | | Mar 22, 1999 | May 21, 1999 | 24 | 1 U.S. | | | | | |
| Ph I Bio M99-043 (75ug HGC) | M99043 | Jun 30, 1999 | Aug 31, 1999 | 24 | 1 | | | | | |
| Ph I Rising Multi HCG BID Doses | | Jul 12, 1999 | Sep 10, 1999 | 50 | 1 USA | | | | | |
| Human Metabolism (M98-986) | M98971 | Jan 1, 2000 | Apr 30, 2000 | 6 | 1 U.S. | | | | | |
| Ph I Pilot Bio Study (Ph III vs Comm | | Jan 10, 2000 | Mar 10, 2000 | 24 | 0 U.S. | | | | | |
| Ph I Interaction # 1 | | Jan 10, 2000 | Mar 10, 2000 | 32 | 1 U.S. | | | | | |
| Ph I Cardiovascular Safety | | Feb 1, 2000 | May 1, 2000 | 32 | 1 | | | | | |
| Ph I Single Dose PK in Japanese | | Feb 1, 2000 | Apr 1, 2000 | 60 | 3 Japan | | | | | |
| Ph I PK in Elderly Subjects | M98986 | Feb 15, 2000 | Apr 29, 2000 | 48 | 1 U.S. | | | | | |
| Ph I PK Renal Impaired | | Feb 15, 2000 | May 15, 2000 | 32 | 1 U.S. | | | | | |
| Ph I PK in Smokers | | Apr 1, 2000 | Jun 30, 2000 | 48 | 1 U.S. | | | | | |
| Ph I PK Hepatic Impaired | | Apr 1, 2000 | Jun 30, 2000 | 32 | 1 U.S. | | | | | |
| Ph I Interaction # 2 | | Apr 1, 2000 | May 31, 2000 | 32 | 1 U.S. | | | | | |

CONFIDENTIAL    ABBT 0019058

# Project Assumption Report

Report As Of : Jun 17, 199

| Project Name | Project Number |
|---|---|
| ABT-594 | G0 143010 |

| Activity | Protocol | Activity Start | Activity End | No. Patients | No. Sites | Manpower FMP | TMP | Direct Dollars | Grant Dollars | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Ph I Interaction # 3 | | May 1, 2000 | Jun 30, 2000 | 32 | 1 U.S. | | | | | |
| Ph I Multi Dose PK in Japanese | | Jun 1, 2000 | Aug 30, 2000 | 60 | 2 | | | | | |
| Ph I Interaction # 4 | | Jun 1, 2000 | Jul 31, 2000 | 32 | 1 U.S. | | | | | |
| Ph I Interaction # 5 | | Jul 1, 2000 | Aug 30, 2000 | 32 | 1 | | | | | |
| Ph I Effect of Food in Japanese | | Aug 1, 2000 | Sep 15, 2000 | 24 | 1 U.S. | | | | | |
| Ph I Interaction # 6 | | Aug 1, 2000 | Sep 30, 2000 | 32 | 1 | | | | | |
| Ph I Bio (Ph III Form vs Commercial) | | Oct 1, 2000 | Nov 29, 2000 | 32 | 1 U.S. | | | | | |

**Active**

**Phase : 2**

| Activity | Protocol | Activity Start | Activity End | No. Patients | No. Sites | Manpower FMP | TMP | Direct Dollars | Grant Dollars | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Ph II Molar Extraction (M497-772) | M97772 | Jan 25, 1998 | Oct 23, 1998 | 290 | 1 US | | | | | |
| Ph II Molar Extraction (M498-897) | M98897 | Aug 10, 1998 | Sep 24, 1998 | 45 | 1 | | | | | |
| Ph II Osteoarthritis (M498-826) | M98826 | Oct 26, 1998 | Aug 22, 1999 | 250 | 20 U.S. | | | | | |
| Ph II Neuropathic Pain (M498-833) | M98833 | Oct 28, 1998 | Aug 24, 1999 | 150 | 10 U.S. | | | | | |
| Ph II Cancer Pain | | May 1, 2000 | Feb 1, 2001 | 250 | 20 U.S. | | | | | |
| Ph II Cancer Pain | | May 7, 2000 | Feb 7, 2001 | 250 | 20 U.S. | | | | | |

**Active**

**Phase : 3**

| Activity | Protocol | Activity Start | Activity End | No. Patients | No. Sites | Manpower FMP | TMP | Direct Dollars | Grant Dollars | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Ph III Osteoarthritis (Pivotal I) | | Dec 1, 1999 | Nov 30, 2000 | 600 | 30 U.S. | | | | | |
| Ph III Osteoarthritis (Pivotal II) | | Dec 2, 1999 | Dec 1, 2000 | 600 | 30 U.S. | | | | | |
| Ph III Osteoarthritis (Pivotal III) | | Dec 3, 1999 | Nov 27, 2000 | 600 | 30 U.S. | | | | | |
| Ph III Osteoarthritis Europe | | Dec 5, 1999 | Jan 8, 2001 | 600 | 40 Europe | | | | | |
| Ph III Long Term Safety Europe | | Dec 15, 1999 | Jul 1, 2003 | 300 | 60 Europe | | | | | |
| Ph III Long Term Safety | | Dec 15, 1999 | Jul 1, 2003 | 600 | 150 U.S. | | | | | |
| Ph III Neuropathic Pain (Pivotal 1) | | Mar 1, 2000 | Mar 29, 2001 | 600 | 30 U.S. | | | | | |
| Ph III Neuropathic Pain (Pivotal II) | | Mar 8, 2000 | Feb 9, 2001 | 600 | 30 U.S. | | | | | |
| Ph III Neuropathic Pain (Pivotal III) | | Mar 15, 2000 | Feb 15, 2001 | 600 | 30 U.S. | | | | | |

Page : 2

CONFIDENTIAL        ABBT 0019059

## Project Assumption Report

Report As Of : Jun 17, 199

| Project Name | Project Number | | | |
|---|---|---|---|---|
| **ABT-594** | G0 143010 | | | |
| Ph III Neuropathic Pain Europe | Mar 21, 2000 | Jan 26, 2001 | 600 | 40 Europe |
| Ph III Osteoarthritis (Bridging) Japan | Oct 1, 2000 | Sep 6, 2001 | 300 | 15 Japan |
| Ph III Neuropathic (Bridging) Japan | Nov 1, 2000 | Sep 27, 2001 | 300 | 15 Japan |
| Ph IIIB Pricing Study U.S. | Feb 1, 2001 | Oct 29, 2001 | 500 | 25 U.S. |
| Ph IIIB Pricing Study Australia | Mar 1, 2001 | Nov 26, 2001 | 500 | 25 Australi |
| Ph IIIB Pricing Study Canada | Mar 1, 2001 | Nov 26, 2001 | 500 | 25 Canada |
| Ph IIIB Pricing Study Europe | Apr 1, 2001 | Dec 27, 2001 | 500 | 25 Europe |

Page : 3

CONFIDENTIAL

ABBT 0019060



CONFIDENTIAL        ABBT 0019061



ABT-594 - Milestone Activities

CONFIDENTIAL

ABBT 0019062

# Activity Listing

06/17/99

*Sponsor* Milestone          *Project* ABT-594          *Indicatio* Pain (General)

*Versio* Plan               *Project N* G0 143010       *Formulation* Oral Solid

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| PPCC Approval | NKMSA101 | 12/10/1996 | 12/10/1996 | 12/10/1996 | 12/10/1996 | C |
| Start Funding | NKMSB102 | 01/01/1997 | 01/01/1997 | 01/01/1997 | 01/01/1997 | C |
| Go/No Go Preclin Safety | NKMSC103 | 06/01/1997 | 06/01/1997 | 06/01/1997 | 06/01/1997 | C |
| Start Phase I  Europe | NKMSP301 | 07/01/1997 | 07/01/1997 | 07/01/1997 | 07/01/1997 | C |
| File IND(Liquid) | NKMSD104 | 02/19/1998 | 02/19/1998 | 02/19/1998 | 02/19/1998 | C |
| Start Phase II  U.S. | NKMSD001 | 07/01/1998 | 07/01/1998 | 07/01/1998 | 07/01/1998 | C |
| Go/No Go  Clinical Efficacy | NKMSD002 | 09/30/1999 | 09/30/1999 | 09/30/1999 | 09/30/1999 | A |
| File CTX/CTN | NKMSD021 | 10/31/1999 | 10/31/1999 | 10/31/1999 | 10/31/1999 | A |
| End of Phase II Mtg w/FDA | NKMSD020 | 11/30/1999 | 11/30/1999 | 11/30/1999 | 11/30/1999 | A |
| Start Phase III  U.S./Europe | NKMSD004 | 12/01/1999 | 02/28/2000 | 02/28/2000 | 02/28/2000 | A |
| Start Phase I  Japan | NKMSD016 | 02/01/2000 | 02/01/2000 | 02/01/2000 | 02/01/2000 | A |
| Start Phase III Bridging  Japan | NKMSD017 | 01/01/2001 | 01/01/2001 | 01/01/2001 | 01/01/2001 | A |
| File  Europe - EMEA | NKMSD006 | 12/01/2001 | 12/01/2001 | 12/01/2001 | 12/01/2001 | A |
| File U.S. NDA - FDA | NKMSL112 | 12/01/2001 | 12/01/2001 | 12/01/2001 | 12/01/2001 | A |
| File Japan - Koseisho | NKMSD019 | 06/01/2002 | 06/01/2002 | 06/01/2002 | 06/01/2002 | A |
| Regulatory Approval  U.S. | NKMSD007 | 06/01/2003 | 06/01/2003 | 06/01/2003 | 06/01/2003 | A |

CONFIDENTIAL          ABBT 0019063

# Collicott Deposition Exhibit 4

# Part 1

# D's Exhibit GK

ABT-594 Annual Report.
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

17



Confidential

**Collicott Deposition Exhibit 4**

**Part 2**

**D's Exhibit GK**

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

18



Confidential

ABBT335541

# Collicott Deposition Exhibit 4

# Part 3

# D's Exhibit GK

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980                                              19
(Reporting Period: March 21, 1999 to October 29, 1999)



Confidential

ABBT335542

**Collicott Deposition Exhibit 4**

**Part 4**

**D's Exhibit GK**

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period:  March 21, 1999 to October 29, 1999)

20



Confidential

ABBT335543

**Collicott Deposition Exhibit 4**

**Part 5**

**D's Exhibit GK**

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980                                                21
(Reporting Period: March 21, 1999 to October 29, 1999)



Confidential

ABBT335544

**Collicott Deposition Exhibit 4**

**Part 6**

**D's Exhibit GK**

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period:  March 21, 1999 to October 29, 1999)

22



Confidential

ABBT335545

**Collicott Deposition Exhibit 4**

**Part 7**

**D's Exhibit GK**

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

23



Confidential

ABBT335546

**Collicott Deposition Exhibit 4**

**Part 8**

**D's Exhibit GK**

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

24



Confidential

ABBT335547

**Collicott Deposition Exhibit 2**

**P's Exhibit BV**

**Part 3**

CONFIDENTIAL          ABBT 0019064



ABT-594 - Pharmacology Activities

CONFIDENTIAL     ABBT 0019065

# Activity Listing

06/17/99

| Sponsor | Pharmacology | Project | ABT-594 | Indicatio | Pain (General) |
| Versio | Plan | Project N | GO 143010 | Formulation | Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Respiration - Pilot | NKALD001 | 01/01/1997 | 04/01/1997 | 05/01/1997 | 07/01/1997 | C |
| Drug Discrimination | NKALLB01 | 01/01/1997 | 05/21/1997 | 06/21/1997 | 07/21/1997 | C |
| Abuse Potential - Self Administration | NKALLB02 | 01/01/1997 | 08/01/1997 | 09/01/1997 | 10/01/1997 | C |
| Special Pharmacology Studies 1997 | NKALLB03 | 01/01/1997 | 12/27/1997 | 12/27/1997 | 12/27/1997 | C |
| Advanced Renal Profile (GFR) | NKALD004 | 05/01/1997 | 07/01/1997 | 08/01/1997 | 10/01/1997 | C |
| Respiration - Dose Response | NKALD005 | 06/23/1997 | 08/23/1997 | 08/23/1997 | 09/22/1997 | C |
| Bronchoconstriction | NKALD006 | 06/23/1997 | 08/23/1997 | 09/01/1997 | 10/01/1997 | C |
| Cardiovascular/Renal Profile | NKALD002 | 10/01/1997 | 10/01/1997 | 10/01/1997 | 10/01/1997 | C |
| Special Pharmacology Studies 1998 | NKALD008 | 01/01/1998 | 12/27/1998 | 12/27/1998 | 12/27/1998 | C |
| Special Pharmacology Studies 1999 | NKALD007 | 01/01/1999 | 12/27/1999 | 12/27/1999 | 12/27/1999 | A |
| Special Pharmacology Studies 2000 | NKALD010 | 01/01/2000 | 12/31/2000 | 12/31/2000 | 12/31/2000 | A |

Page : 1

CONFIDENTIAL      ABBT 0019066



CONFIDENTIAL        ABBT 0019067

ABT-594 - Clinical Activities

Ph I Single Dose (M97-676) (80 pts.)
Ph I Multiple Dose (M97-743) (92 pts.)
IND Filing (Liquid)
Ph I Effect of Food (M97-787) (12 pts.)
Ph I Bio (PIB vs. SEC) (M97-706) (24 pts.)
Ph II Molar Extraction (M97-772) (290 pts.)
Ph II Molar Extraction (M98-897) (45 pts.)
Ph I 14 Day/75mcg BID (M98-907) (12 pts.)
IND Filing (Solid)
Ph I Pain Model (M98-899) (12 pts.)
Ph II Osteoarthritis (M98-826) (250 pts.)
Ph II Neuropathic Pain (M98-833) (150 pts.)
Ph I Bio M98-984 (HGC vs SEC) (24 pts.)
Ph I Bio M99-043 (75ug HGC) (24 pts.)
Ph I Rising Multi HCG BID Doses (50 pts.)
Ph III Osteoarthritis (Pivotal I) (600 pts.)
Ph III Osteoarthritis (Pivotal II) (600 pts.)
Ph III Osteoarthritis (Pivotal III) (600 pts.)
Ph III Osteoarthritis Europe (600 pts.)
Ph III Long Term Safety (600 pts.)
Ph III Long Term Safety Europe (300 pts.)
Human Metabolism (M98-986) (6 pts.)
Ph I Pilot Bio Study (Ph III vs Comm Form (24 pts.)

1997   1998   1999   2000   2001   2002   2003
Jan Jul Jan Jul Jan Jul Jan Jul Jan Jul Jan Jul Jan Jul

06/17/1999

Page 1 of 3

Clinical

CONFIDENTIAL          ABBT 0019068



ABT-594 - Clinical Activities

06/17/1999

Ph I Interaction # 1 (32 pts.)
Ph I Cardiovascular Safety (32 pts.)
Ph I Single Dose PK in Japanese (60 pts.)
Ph I PK in Elderly Subjects (48 pts.)
Ph I PK Renal Impaired (32 pts.)
Ph III Neuropathic Pain (Pivotal 1) (600 pts.)
Ph III Neuropathic Pain (Pivotal II) (600 pts.)
Ph III Neuropathic Pain (Pivotal III) (600 pts.)
Ph III Neuropathic Pain Europe (600 pts.)
Ph I PK in Smokers (48 pts.)
Ph I PK Hepatic Impaired (32 pts.)
Ph I Interaction # 2 (32 pts.)
Ph I Interaction # 3 (32 pts.)
Ph II Cancer Pain (250 pts.)
Ph II Cancer Pain (250 pts.)
Ph I Multi Dose PK in Japanese (60 pts.)
Ph I Interaction # 4 (32 pts.)
Ph I Interaction # 5 (32 pts.)
Ph I Interaction # 6 (32 pts.)
Ph I Effect of Food in Japanese (24 pts.)
Ph III Osteoarthritis (Bridging) Japan (300 pts.)
Ph I Bio (Ph III Form vs Commercial Form) (32 pts.)
Ph III Neuropathic (Bridging) Japan (300 pts.)

1997  1998  1999  2000  2001  2002  2003
Jan Jul Jan Jul Jan Jul Jan Jul Jan Jul Jan Jul Jan Jul

CONFIDENTIAL     ABBT 0019069

■ Clinical

Page 2 of 3



ABT-594 - Clinical Activities

CONFIDENTIAL    ABBT 0019070

# Activity Listing

06/17/99

| | | | | |
|---|---|---|---|---|
| *Sponsor* Clinical | *Project* ABT-594 | | *Indicatio* Pain (General) | |
| *Versio* Plan | *Project N* G0 143010 | | *Formulation* Oral Solid | |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Ph I Single Dose (M97-676) | NKACP103 | 07/01/1997 | 09/15/1997 | 02/08/1998 | 05/29/1999 | A |
| Ph I Multiple Dose (M97-743) | NKACP129 | 09/29/1997 | 01/12/1998 | 08/07/1998 | 07/03/1999 | A |
| IND Filing (Liquid) | NKACPY09 | 02/09/1998 | 02/09/1998 | 02/09/1998 | 02/09/1998 | C |
| Ph I Effect of Food (M97-787) | NKACP104 | 06/22/1998 | 07/23/1998 | 08/22/1998 | 07/23/1999 | A |
| Ph I Bio (PIB vs. SEC) (M97-706) | NKACP105 | 06/22/1998 | 08/22/1998 | 09/21/1998 | 08/12/1999 | A |
| Ph II Molar Extraction (M97-772) | NKACP216 | 06/25/1998 | 10/23/1998 | 11/22/1998 | 09/01/1999 | A |
| Ph II Molar Extraction (M98-897) | NKACD076 | 08/10/1998 | 09/24/1998 | 10/24/1998 | 10/01/1999 | A |
| Ph I 14 Day 75mcg BID (M98-907) | NKACD077 | 08/25/1998 | 09/24/1998 | 10/24/1998 | 11/01/1999 | A |
| IND Filing (Solid) | NKACD068 | 09/10/1998 | 09/10/1998 | 09/10/1998 | 09/10/1998 | C |
| Ph I Pain Model (M98-899) | NKACD074 | 09/22/1998 | 11/21/1998 | 12/21/1998 | 12/01/1999 | A |
| Ph II Osteoarthritis (M98-826) | NKACP202 | 10/26/1998 | 08/22/1999 | 09/21/1999 | 02/18/2000 | A |
| Ph II Neuropathic Pain (M98-833) | NKACP204 | 10/28/1998 | 08/24/1999 | 09/23/1999 | 03/22/2000 | A |
| Ph I Bio M98-984 (HGC vs SEC) | NKACD062 | 03/22/1999 | 05/21/1999 | 06/20/1999 | 10/18/1999 | A |
| Ph I Bio M99-043 (75ug HGC) | NKACD082 | 06/30/1999 | 08/31/1999 | 09/30/1999 | 01/28/2000 | A |
| Ph I Rising Multi HCG BID Doses | NKACP128 | 07/12/1999 | 09/10/1999 | 10/10/1999 | 03/15/2000 | A |
| Ph III Osteoarthritis (Pivotal I) | NKACP302 | 12/01/1999 | 11/30/2000 | 01/14/2001 | 05/14/2001 | A |
| Ph III Osteoarthritis (Pivotal II) | NKACD053 | 12/02/1999 | 12/01/2000 | 01/30/2001 | 05/30/2001 | A |
| Ph III Osteoarthritis (Pivotal III) | NKACD070 | 12/03/1999 | 11/27/2000 | 12/27/2000 | 04/26/2001 | A |
| Ph III Osteoarthritis Europe | NKACP323 | 12/05/1999 | 01/08/2001 | 02/07/2001 | 06/07/2001 | A |
| Ph III Long Term Safety Europe | NKACD055 | 12/15/1999 | 07/01/2003 | 08/30/2003 | 12/28/2003 | A |
| Ph III Long Term Safety | NKACP322 | 12/15/1999 | 07/01/2003 | 08/31/2003 | 12/29/2003 | A |
| Human Metabolism (M98-986) | NKACP126 | 01/01/2000 | 04/30/2000 | 05/30/2000 | 08/28/2000 | A |
| Ph I Pilot Bio Study (Ph III vs Comm Form | NKACD089 | 01/10/2000 | 03/10/2000 | 04/09/2000 | 06/08/2000 | A |
| Ph I Interaction # 1 | NKACD021 | 01/10/2000 | 03/10/2000 | 04/09/2000 | 08/07/2000 | A |
| Ph I Single Dose PK in Japanese | NKACD065 | 02/01/2000 | 04/01/2000 | 05/01/2000 | 08/29/2000 | A |
| Ph I Cardiovascular Safety | NKACD078 | 02/01/2000 | 05/01/2000 | 05/31/2000 | 09/28/2000 | A |
| Ph I PK in Elderly Subjects | NKACD064 | 02/15/2000 | 04/29/2000 | 05/29/2000 | 09/26/2000 | A |
| Ph I PK Renal Impaired | NKACP109 | 02/15/2000 | 05/15/2000 | 06/14/2000 | 10/12/2000 | A |
| Ph III Neuropathic Pain (Pivotal I) | NKACD052 | 03/01/2000 | 03/29/2001 | 04/28/2001 | 08/26/2001 | A |
| Ph III Neuropathic Pain (Pivotal II) | NKACD018 | 03/08/2000 | 02/09/2001 | 03/11/2001 | 06/09/2001 | A |
| Ph III Neuropathic Pain (Pivotal III) | NKACP301 | 03/15/2000 | 02/15/2001 | 04/16/2001 | 07/15/2001 | A |
| Ph III Neuropathic Pain Europe | NKACD019 | 03/21/2000 | 01/26/2001 | 03/27/2001 | 06/25/2001 | A |
| Ph I Interaction # 2 | NKACD022 | 04/01/2000 | 05/31/2000 | 06/30/2000 | 09/28/2000 | A |
| Ph I PK in Smokers | NKACD063 | 04/01/2000 | 06/30/2000 | 07/30/2000 | 11/27/2000 | A |

Page : 1

CONFIDENTIAL

ABBT 0019071

# Activity Listing

06/17/99

| Sponsor | Clinical | Project | ABT-594 | Indicatio | Pain (General) |
|---|---|---|---|---|---|
| Versio | Plan | Project N | G0 143010 | Formulation | Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Ph I PK Hepatic Impaired | NKACP110 | 04/01/2000 | 06/30/2000 | 07/31/2000 | 10/29/2000 | A |
| Ph I Interaction # 3 | NKACP112 | 05/01/2000 | 06/30/2000 | 07/30/2000 | 10/28/2000 | A |
| Ph II Cancer Pain | NKACD083 | 05/01/2000 | 02/01/2001 | 04/01/2001 | 07/01/2001 | A |
| Ph II Cancer Pain | NKACD084 | 05/07/2000 | 02/07/2001 | 03/15/2001 | 06/15/2001 | A |
| Ph I Interaction # 4 | NKACP113 | 06/01/2000 | 07/31/2000 | 08/30/2000 | 11/28/2000 | A |
| Ph I Multi Dose PK in Japanese | NKACD080 | 06/01/2000 | 08/30/2000 | 09/29/2000 | 01/27/2001 | A |
| Ph I Interaction # 5 | NKACD025 | 07/01/2000 | 08/30/2000 | 09/29/2000 | 12/28/2000 | A |
| Ph I Effect of Food in Japanese | NKACD066 | 08/01/2000 | 09/15/2000 | 10/15/2000 | 01/13/2001 | A |
| Ph I Interaction # 6 | NKACD026 | 08/01/2000 | 09/30/2000 | 10/30/2000 | 01/28/2001 | A |
| Ph I Bio (Ph III Form vs Commercial Form) | NKACP130 | 10/01/2000 | 11/29/2000 | 12/30/2000 | 12/30/2000 | A |
| Ph III Osteoarthritis (Bridging) Japan | NKACD010 | 10/01/2000 | 09/06/2001 | 11/05/2001 | 03/05/2002 | A |
| Ph III Neuropathic (Bridging) Japan | NKACD081 | 11/01/2000 | 09/27/2001 | 10/27/2001 | 02/24/2002 | A |
| Ph IIIB Pricing Study U.S. | NKACD058 | 02/01/2001 | 10/29/2001 | 11/28/2001 | 03/28/2002 | A |
| Ph IIIB Pricing Study Australia | NKACD061 | 03/01/2001 | 11/26/2001 | 12/26/2001 | 04/25/2002 | A |
| Ph IIIB Pricing Study Canada | NKACD060 | 03/01/2001 | 11/26/2001 | 12/26/2001 | 04/25/2002 | A |
| Prepare ISS/ISE | NKACPY03 | 04/01/2001 | 09/15/2001 | 09/15/2001 | 09/15/2001 | A |
| Ph IIIB Pricing Study Europe | NKACD059 | 04/01/2001 | 12/27/2001 | 01/26/2002 | 05/26/2002 | A |
| NDA / EMEA Preparation | NKACPY01 | 07/01/2001 | 11/29/2001 | 11/29/2001 | 11/29/2001 | A |
| NDA / EMEA Filing | NKACPY08 | 12/01/2001 | 12/01/2001 | 12/01/2001 | 12/01/2001 | A |
| File Koseisho – Japan | NKACD090 | 06/01/2002 | 06/01/2002 | 06/01/2002 | 06/01/2002 | A |

Page : 2

CONFIDENTIAL

ABBT 0019072



CONFIDENTIAL

ABBT 0019073



## ABT-594 - Toxicology Activities

06/04/1999

2 Week RF Rat (TA96-297)

Escalating Dose Range Monkey (TC97-015)

1 Month Oral w/Recovery Rat (TA96-429) (24 pts.)

1 Month Oral w/Recovery Monkey (TC96-403) (140 pts.)

Ames (TX97-037)

Mouse Lymphoma (TX97-040)

In Vitro Cytogenetics (TX97-038)

Mouse Micronucleus (TD97-039)

Acute Oral Mouse (TD97-062)

Acute Oral Rat (TA97-060)

Acute Monkey (TC97-107)

Acute 3 Day Rat (TA97-146)

3 Month Rat (TA97-166)

3 Month Monkey (TC97-163)

2 Week RF Mouse (TD97-196)

Preg Rat RF (TA97-206)

Preg Rabbit RF (TE97-190)

Seg II Rat (TA97-221)

Seg I Rat (TA97-192)

Seg II Rabbit (TE97-191)

3 Month Mouse MTD (TD97-171)

Seg III Rat (TA98-161) (80 pts.)

Ileum In-Vitro (TF98-041)

Toxicology

1996    1997    1998    1999    2000    2001

Page 1 of 2

CONFIDENTIAL

ABBT 0019074



ABT-594 - Toxicology Activities

06/04/1999

Page 2 of 2

Toxicology

CONFIDENTIAL    ABBT 0019075

# Activity Listing

06/17/99

| | | |
|---|---|---|
| *Sponsor* Toxicology | *Project* ABT-594 | *Indicatio* Pain (General) |
| *Versio* Plan | *Project N* G0 143010 | *Formulation* Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| 2 Week RF Rat (TA96-297) | NKATD013 | 09/26/1996 | 10/15/1996 | 10/15/1996 | 02/05/1997 | C |
| Escalating Dose Range Monkey (TC97-015) | NKATD014 | 01/23/1997 | 02/22/1997 | 02/22/1997 | 06/12/1997 | C |
| 1 Month Oral w/Recovery Rat (TA96-429) | NKATST01 | 02/11/1997 | 03/25/1997 | 04/25/1997 | 11/05/1997 | C |
| 1 Month Oral w/Recovery Monkey (TC96-403) | NKATST04 | 02/18/1997 | 03/21/1997 | 03/21/1997 | 08/29/1997 | C |
| Ames (TX97-037) | NKATTM06 | 03/10/1997 | 03/14/1997 | 05/01/1997 | 06/26/1997 | C |
| Mouse Lymphoma (TX97-040) | NKATMU01 | 03/15/1997 | 04/12/1997 | 04/12/1997 | 08/11/1997 | C |
| In Vitro Cytogenetics (TX97-038) | NKATTB02 | 03/17/1997 | 03/21/1997 | 06/01/1997 | 06/01/1997 | C |
| Mouse Micronucleus (TD97-039) | NKATTM07 | 03/24/1997 | 03/28/1997 | 06/05/1997 | 07/23/1997 | C |
| Acute Rat (TA97-060) | NKATST02 | 04/01/1997 | 04/15/1997 | 04/15/1997 | 07/17/1997 | C |
| Acute Mouse (TD97-062) | NKATST03 | 04/01/1997 | 04/15/1997 | 04/15/1997 | 08/21/1997 | C |
| Acute Monkey (TC97-107) | NKATTA01 | 04/15/1997 | 04/29/1997 | 04/29/1997 | 08/21/1997 | C |
| Acute 3 Day Rat (TA97-146) | NKATD001 | 06/02/1997 | 06/19/1997 | 06/19/1997 | 12/08/1997 | C |
| 3 Month Rat (TA97-166) | NKATTB08 | 06/24/1997 | 09/23/1997 | 12/01/1997 | 03/03/1998 | C |
| 3 Month Monkey (TC97-163) | NKATTB09 | 07/09/1997 | 11/06/1997 | 12/16/1997 | 02/28/1998 | C |
| 2 Week RF Mouse (TD97-196) | NKATTS16 | 07/15/1997 | 07/30/1997 | 07/30/1997 | 11/30/1997 | C |
| Preg Rat RF (TA97-206) | NKATTT10 | 07/24/1997 | 08/07/1997 | 08/07/1997 | 10/24/1997 | C |
| Preg Rabbit RF (TE97-190) | NKATTT11 | 07/28/1997 | 08/20/1997 | 08/20/1997 | 11/05/1997 | C |
| Seg II Rat (TA97-221) | NKATTT12 | 09/24/1997 | 10/14/1997 | 10/14/1997 | 05/01/1998 | C |
| Seg II Rabbit (TE97-191) | NKATTT13 | 10/22/1997 | 11/21/1997 | 11/21/1997 | 07/07/1998 | C |
| Seg I Rat (TA97-192) | NKATTT14 | 10/22/1997 | 12/22/1997 | 12/22/1997 | 06/10/1998 | C |
| 3 Month Mouse MTD (TD97-171) | NKATTC19 | 10/30/1997 | 01/30/1998 | 01/30/1998 | 10/23/1998 | C |
| Seg III Rat (TA98-161) | NKATTT15 | 01/10/1998 | 08/04/1999 | 09/01/1999 | 01/31/2000 | A |
| Ileum In-Vitro (TF98-041) | NKATXX34 | 03/24/1998 | 03/27/1998 | 03/27/1998 | 06/29/1998 | C |
| 6 Month Chronic Rat (TA98-036) | NKATCR33 | 03/31/1998 | 10/07/1998 | 11/06/1998 | 04/30/1999 | C |
| 1 Year Monkey (TC98-082) | NKATCR39 | 06/15/1998 | 07/22/1999 | 08/06/1999 | 11/30/1999 | A |
| Carcinogenicity Rat (2 yr) (TA98-132) | NKATD010 | 09/17/1998 | 09/15/2000 | 10/15/2000 | 09/30/2001 | A |
| Carcinogenicity Mouse (2 yr) (TD98-131) | NKATD011 | 11/15/1998 | 12/01/2000 | 02/01/2001 | 09/15/2001 | A |
| Acute Oral Rat OSHA (TX98-230) | NKATT004 | 01/06/1999 | 01/20/1999 | 01/20/1999 | 04/20/1999 | C |
| Acute Oral Rat OSHA (TX98-224) | NKATT007 | 01/07/1999 | 01/21/1999 | 01/21/1999 | 04/21/1999 | C |
| Ocular Irrit. Rabbit OSHA (TX98-225) | NKATT008 | 01/11/1999 | 01/18/1999 | 01/18/1999 | 04/18/1999 | C |
| Ocular Irrit. Rabbit OSHA (TE98-231) | NKATT005 | 01/11/1999 | 01/18/1999 | 01/18/1999 | 04/18/1999 | C |
| Dermal Irrit. Rabbit OSHA (TX98-229) | NKATT004 | 01/11/1999 | 01/18/1999 | 01/18/1999 | 04/22/1999 | C |
| Ocular Irrit. Rabbit OSHA (TX98-228) | NKATT002 | 01/11/1999 | 01/18/1999 | 01/18/1999 | 04/18/1999 | C |
| Dermal Irrit. Rabbit OSHA (TX98-226) | NKATT009 | 01/18/1999 | 02/01/1999 | 02/01/1999 | 05/02/1999 | A |

Page : 1

CONFIDENTIAL    ABBT 0019076

# Activity Listing

06/17/99

| Sponsor | Toxicology | Project | ABT-594 | Indicatio | Pain (General) |
|---|---|---|---|---|---|
| Versio | Plan | Project N | G0 143010 | Formulation | Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Dermal Irrit. Rabbit OSHA (TX98-232) | NKATT006 | 01/18/1999 | 02/01/1999 | 02/01/1999 | 02/01/1999 | C |
| Acute Oral Tox Rats OSHA (TX98-227) | NKATT010 | 01/25/1999 | 02/08/1999 | 02/08/1999 | 05/09/1999 | A |
| NDA Preparation | NKATD012 | 04/01/2001 | 10/01/2001 | 10/01/2001 | 10/01/2001 | A |

Page : 2

CONFIDENTIAL

ABBT 0019077



CONFIDENTIAL          ABBT 0019078



ABT-594 - Metabolism Activities

CONFIDENTIAL     ABBT 0019079



CONFIDENTIAL          ABBT 0019080

# Activity Listing

06/17/99

| | | | |
|---|---|---|---|
| *Sponsor* Metabolism | *Project* ABT-594 | *Indicatio* Pain (General) | |
| *Versio* Plan | *Project N* G0 143010 | *Formulation* Oral Solid | |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Metabolic Fate - Rat | NKAMMB03 | 10/01/1996 | 03/15/1997 | 03/15/1997 | 03/15/1997 | C |
| Assay Development - Parent | NKAMMA02 | 01/01/1997 | 05/02/1997 | 07/01/1997 | 07/01/1997 | C |
| Toxicology Support | NKAMD005 | 01/01/1997 | 05/20/2001 | 05/20/2001 | 05/20/2001 | A |
| Planning/Overview | NKAMMS01 | 01/01/1997 | 07/09/2001 | 07/09/2001 | 07/09/2001 | A |
| In Vitro Metabolism | NKAMMB14 | 02/01/1997 | 09/24/1998 | 09/24/1998 | 09/24/1998 | C |
| Protein Binding Site | NKAMML01 | 03/01/1997 | 06/01/1997 | 06/01/1997 | 06/01/1997 | C |
| Protein Binding | NKAMMB08 | 03/01/1997 | 06/01/1997 | 08/01/1997 | 08/01/1997 | C |
| Metabolite Identification | NKAMMB06 | 04/01/1997 | 04/01/1999 | 04/01/1999 | 05/31/1999 | A |
| Formulation Support | NKAMMS02 | 04/01/1997 | 07/14/2000 | 07/14/2000 | 07/14/2000 | A |
| Red Blood Cell | NKAMMB01 | 06/01/1997 | 12/08/1997 | 12/08/1997 | 01/07/1998 | C |
| Clinical Support | NKAMD006 | 07/01/1997 | 11/17/2001 | 11/17/2001 | 11/17/2001 | A |
| IND Support | NKAMD002 | 08/19/1997 | 12/17/1997 | 12/17/1997 | 12/17/1997 | C |
| Tissue Distribution - Rat | NKAMMB13 | 09/01/1997 | 07/18/1998 | 07/18/1998 | 10/16/1998 | C |
| Metabolic Fate - Monkey | NKAMMB04 | 10/01/1997 | 05/01/1998 | 05/01/1998 | 07/30/1998 | C |
| Metabolic Fate - Mouse | NKAMMB11 | 12/01/1997 | 04/01/1998 | 04/01/1998 | 06/30/1998 | C |
| Assay Dvlpmnt - Metabolites | NKAMMA03 | 01/01/1998 | 09/18/1998 | 11/19/1998 | 11/19/1998 | C |
| P450 Characterization | NKAMMB05 | 01/01/1998 | 02/05/1999 | 02/05/1999 | 08/14/1999 | A |
| P450 Inhibition | NKAMMA01 | 02/01/1998 | 11/08/1998 | 11/08/1998 | 01/07/1999 | C |
| Binding Interactions | NKAMMB09 | 08/01/1998 | 11/29/1998 | 12/29/1998 | 04/28/1999 | C |
| Distribution Pigmented Eye | NKAMMB02 | 01/01/1999 | 06/10/1999 | 06/10/1999 | 08/09/1999 | A |
| Rat Tissue (Long Evans) | NKAMD008 | 07/01/1999 | 09/29/1999 | 10/29/1999 | 01/27/2000 | A |
| 14C Synthesis | NKAMMS07 | 07/01/1999 | 01/07/2000 | 01/07/2000 | 01/07/2000 | C |
| Placental/Lacteal Transfer | NKAMD007 | 09/01/1999 | 12/30/1999 | 12/30/1999 | 03/29/2000 | A |
| Metabolic Fate - Man | NKAMMB07 | 01/02/2000 | 05/21/2000 | 08/21/2000 | 11/19/2000 | A |
| NDA Support | NKAMD003 | 01/01/2001 | 05/01/2001 | 05/01/2001 | 05/01/2001 | A |

Page : 1

CONFIDENTIAL     ABBT 0019081



CONFIDENTIAL     ABBT 0019082



ABT-594 - Formulation Activities

CONFIDENTIAL

ABBT 0019083

# Activity Listing

06/17/99

| *Sponsor* Formulation | | *Project* ABT-594 | | | *Indicatio* Pain (General) | | |
|---|---|---|---|---|---|---|---|
| *Versio* Plan | | *Project N* G0 143010 | | | *Formulation* Oral Solid | | |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Preformulation | NKAWWD01 | 01/01/1997 | 08/19/1997 | 08/19/1997 | 08/19/1997 | C |
| Liquid Formulation Development - IDC | NKAWD004 | 02/01/1997 | 07/01/1997 | 07/01/1997 | 07/01/1997 | C |
| Solid Formulation Development I | NKAWF02 | 08/22/1997 | 07/18/1998 | 07/18/1998 | 07/18/1998 | C |
| INDSupport (Liquid) | NKAWD005 | 10/01/1997 | 01/29/1998 | 01/29/1998 | 01/29/1998 | C |
| Ph I Clinical Supplies (PIB) | NKAWWG03 | 03/01/1998 | 10/07/1998 | 10/07/1998 | 10/07/1998 | C |
| IND Support (Solid) | NKAWD009 | 04/01/1998 | 08/19/1998 | 08/19/1998 | 08/19/1998 | C |
| Formulation Stability | NKAWD008 | 05/01/1998 | 01/01/2001 | 01/01/2001 | 01/01/2001 | A |
| Ph II Clinical Supplies | NKAWWG05 | 07/01/1998 | 08/25/1999 | 08/25/1999 | 08/25/1999 | A |
| Solid Formulation Development II | NKAWF07 | 08/01/1998 | 07/07/1999 | 07/07/1999 | 07/07/1999 | A |
| Solid Formulation Development III | NKAWF04 | 08/01/1999 | 06/06/2000 | 06/06/2000 | 06/06/2000 | A |
| Ph III Clinical Supplies | NKAWG11 | 08/01/1999 | 12/08/2001 | 12/08/2001 | 12/08/2001 | A |
| Formulation Scale Up - 1 Site | NKAWD010 | 12/01/1999 | 04/14/2000 | 04/14/2000 | 04/14/2000 | A |
| Stability NDA Lots | NKAWD014 | 05/30/2000 | 09/12/2001 | 09/12/2001 | 09/12/2001 | A |
| NDA Lot # 1 | NKAWD011 | 06/01/2000 | 06/22/2000 | 06/22/2000 | 06/22/2000 | A |
| NDA Lot # 2 | NKAWD012 | 06/23/2000 | 07/14/2000 | 07/14/2000 | 07/14/2000 | A |
| NDA Lot # 3 | NKAWD013 | 07/15/2000 | 08/05/2000 | 08/05/2000 | 08/05/2000 | A |
| NDA Support | NKAWD006 | 04/01/2001 | 12/22/2001 | 12/22/2001 | 12/22/2001 | A |
| Post NDA Support | NKAWWS09 | 12/22/2001 | 06/25/2003 | 06/25/2003 | 06/25/2003 | A |
| Stability Valitaion Lots | NKAWD018 | 02/28/2002 | 06/30/2003 | 06/30/2003 | 06/30/2003 | A |
| Validation Lot # 1 | NKAWD015 | 03/01/2002 | 03/22/2002 | 03/22/2002 | 03/22/2002 | A |
| Validation Lot # 2 | NKAWD016 | 04/01/2002 | 04/22/2002 | 04/22/2002 | 04/22/2002 | A |
| Validation Lot # 3 | NKAWD017 | 05/01/2002 | 05/22/2002 | 05/22/2002 | 05/22/2002 | A |

Page : 1

CONFIDENTIAL          ABBT 0019084



CONFIDENTIAL          ABBT 0019085



ABT-594 – Analytical Activities

CONFIDENTIAL     ABBT 0019086

# Activity Listing

06/17/99

| | | |
|---|---|---|
| *Sponsor* Analytical | *Project* ABT-594 | *Indicatio* Pain (General) |
| *Versio* Plan | *Project N* G0 143010 | *Formulation* Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Identify Impurities & Deg Prod | NKAVWC03 | 01/01/1997 | 09/27/2001 | 09/27/2001 | 09/27/2001 | A |
| CAPD Process Support | NKAVD005 | 01/01/1997 | 09/27/2001 | 09/27/2001 | 09/27/2001 | A |
| Outside Vendor Support | NKAVD006 | 01/01/1997 | 06/01/2004 | 06/01/2004 | 06/01/2004 | A |
| Physical/Chem Characterization | NKAVWC07 | 04/01/1997 | 12/01/1997 | 12/01/1997 | 12/01/1997 | C |
| Stability-Bulk Drug | NKAVD002 | 04/01/1997 | 08/30/2004 | 08/30/2004 | 08/30/2004 | A |
| Positive Control Support | NKAVD010 | 07/15/1997 | 11/16/2000 | 11/16/2000 | 11/16/2000 | A |
| Develop/Validate Analytical Methods | NKAVWC01 | 11/01/1997 | 06/28/2000 | 06/28/2000 | 06/28/2000 | A |
| PARD Process Support | NKAVD009 | 01/01/1998 | 07/04/2001 | 07/04/2001 | 07/04/2001 | A |
| Reference Stds | NKAVWC04 | 01/01/1998 | 09/27/2001 | 09/27/2001 | 09/27/2001 | A |
| Stability - Oral Formulation | NKAVWC02 | 02/01/1998 | 08/18/2004 | 08/18/2004 | 08/18/2004 | A |
| Analytical IND Report & Specs (Solid) | NKAVWS02 | 04/01/1998 | 09/01/1998 | 09/01/1998 | 09/01/1998 | A |
| Analytical NDA Report & Specs | NKAVWS05 | 01/01/2001 | 05/01/2001 | 05/01/2001 | 05/01/2001 | A |

CONFIDENTIAL     ABBT 0019087



CONFIDENTIAL     ABBT 0019088



ABT-594 - Bulk Drug Activities

CONFIDENTIAL

ABBT 0019089



ABT-594 - Bulk Drug Activities

06/04/1999

Page 2 of 2

Bulk Drug GMP (MFG LOT)
Registration Runs for Bulk @ Chemsyn
Registration Run for BOC Alcohol @ Regis
Testing on Registration Runs
Bulk Drug 5 Kg GMP (NDA Lot #1)
Bulk Drug 5 Kg GMP (NDA Lot #2)
Bulk Drug 5 Kg GMP (NDA Lot #3)

Bulk Drug 5 Kg GMP (Validation #1)
Validation Runs
Bulk Drug 5 Kg GMP (Validation #2)
Bulk Drug 5 Kg GMP (Validation #3)
Bulk Drug 5 Kg GMP (Validation #4)

Bulk Drug

CONFIDENTIAL

ABBT 0019090

# Activity Listing

06/17/99

Sponsor Bulk Drug

Project ABT-594

Indicatio Pain (General)

Versio Plan

Project N  G0 143010

Formulation Oral Solid

| Description | AN Num | Sty Start | Sty End | DB End | Sam End | Status Code |
|---|---|---|---|---|---|---|
| Initial Process | NKAUD030 | 01/01/1997 | 04/01/1997 | 04/01/1997 | 04/01/1997 | C |
| Bulk Drug 4 kg GMP (27-355-YS) | NKAUWG02 | 02/01/1997 | 04/01/1997 | 04/01/1997 | 04/01/1997 | C |
| Bulk Drug 1.6 kg Non GMP Tox | NKAUWG05 | 02/01/1997 | 04/01/1997 | 04/01/1997 | 04/01/1997 | C |
| Intermediate Process | NKAUD031 | 04/01/1997 | 12/31/1997 | 12/31/1997 | 12/31/1997 | C |
| Bulk Drug 1 kg Non GMP Tox (32-538-AL) | NKAUD012 | 07/01/1997 | 08/31/1997 | 08/31/1997 | 08/31/1997 | C |
| Bulk Drug 3.2 kg GMP Sicor (38-022-AS) | NKAUWG08 | 12/01/1997 | 12/07/1997 | 12/07/1997 | 12/07/1997 | C |
| Bulk Drug 5.7 kg GMP  Sicor (38-020-AS) | NKAUWG09 | 12/08/1997 | 12/15/1997 | 12/15/1997 | 12/15/1997 | C |
| Bulk Drug 5.8 kg GMP Sicor (38-019-AS) | NKAUD002 | 12/15/1997 | 12/22/1997 | 12/22/1997 | 12/22/1997 | C |
| Bulk Drug 5.8 kg GMP Sicor (38-021-AS) | NKAUD003 | 12/17/1997 | 12/24/1997 | 12/24/1997 | 12/24/1997 | C |
| Bulk Drug 7.6 kg Non GMP Sicor | NKAUD014 | 12/28/1997 | 01/02/1998 | 01/02/1998 | 01/02/1998 | C |
| Bulk Drug 7.9 kg Non GMP Sicor | NKAUD015 | 12/31/1997 | 01/05/1998 | 01/05/1998 | 01/05/1998 | C |
| Bulk Drug 1.3 kg Non GMP Sicor  (2nd Crop | NKAUD013 | 12/31/1997 | 01/05/1998 | 01/05/1998 | 01/05/1998 | C |
| Final Process | NKAUD032 | 01/01/1998 | 12/31/1998 | 12/31/1998 | 12/31/1998 | C |
| Identify/Mfg Impurities for CA Studies | NKAUD021 | 03/02/1998 | 05/29/1998 | 05/29/1998 | 05/29/1998 | C |
| Process Justification | NKAUD023 | 03/02/1998 | 12/31/1998 | 12/31/1998 | 12/31/1998 | C |
| Vendor Development | NKAUD020 | 03/02/1998 | 03/02/1999 | 03/02/1999 | 03/02/1999 | C |
| Prepare Impurity Standards | NKAUD022 | 04/01/1998 | 06/03/1998 | 06/03/1998 | 06/03/1998 | C |
| Process Specifications | NKAUD024 | 06/01/1998 | 05/27/1999 | 05/27/1999 | 05/27/1999 | C |
| Trial Registration Run- Chemsyn | NKAUD025 | 01/01/1999 | 03/31/1999 | 03/31/1999 | 03/31/1999 | C |
| Testing on Trial Registration Run | NKAUD026 | 02/01/1999 | 04/30/1999 | 04/30/1999 | 04/30/1999 | C |
| Drug Substance Validation | NKAUD029 | 03/01/1999 | 05/30/1999 | 05/30/1999 | 05/30/1999 | C |
| BOC Alcohol Run Using New Process | NKAUD034 | 03/02/1999 | 04/01/1999 | 04/01/1999 | 04/01/1999 | C |
| Engineering Run- Chemsyn New Facility | NKAUD033 | 04/02/1999 | 05/02/1999 | 05/02/1999 | 05/02/1999 | A |
| Bulk Drug  GMP (MFG LOT) | NKAUD016 | 04/02/1999 | 05/02/1999 | 05/02/1999 | 05/02/1999 | C |
| Registration Runs for Bulk @ Chemsyn | NKAUD027 | 07/01/1999 | 10/15/1999 | 10/15/1999 | 10/15/1999 | A |
| Registration Run for BOC Alcohol @ Regis | NKAUD035 | 07/01/1999 | 09/29/1999 | 09/29/1999 | 09/29/1999 | A |
| Testing on Registration Runs | NKAUD028 | 07/01/1999 | 11/30/1999 | 11/30/1999 | 11/30/1999 | A |
| Bulk Drug 5 Kg GMP (NDA Lot #1) | NKAUD017 | 08/01/1999 | 08/22/1999 | 08/22/1999 | 08/22/1999 | A |
| Bulk Drug 5 Kg GMP (NDA Lot #2) | NKAUD019 | 09/01/1999 | 09/22/1999 | 09/22/1999 | 09/22/1999 | A |
| Bulk Drug 5 Kg GMP (NDA Lot #3) | NKAUD018 | 10/01/1999 | 10/22/1999 | 10/22/1999 | 10/22/1999 | A |
| Bulk Drug 5 Kg GMP (Validation #1) | NKAUD036 | 10/01/2001 | 10/22/2001 | 10/22/2001 | 10/22/2001 | A |
| Validation Runs | NKAUD040 | 10/01/2001 | 01/01/2002 | 01/01/2002 | 01/02/2002 | A |
| Bulk Drug 5 Kg GMP (Validation #2) | NKAUD037 | 11/01/2001 | 11/22/2001 | 11/22/2001 | 11/22/2001 | A |
| Bulk Drug 5 Kg GMP (Validation #3) | NKAUD038 | 12/01/2001 | 12/22/2001 | 12/22/2001 | 12/22/2001 | A |

Page : 1

CONFIDENTIAL     ABBT 0019091

## Activity Listing

06/17/99

| | | |
|---|---|---|
| *Sponsor* Bulk Drug | *Project* ABT-594 | *Indicatio* Pain (General) |
| *Versio* Plan | *Project N* G0 143010 | *Formulation* Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Bulk Drug 5 Kg GMP (Validation #4) | NKAUD039 | 01/01/2002 | 01/22/2002 | 01/22/2002 | 01/22/2002 | A |

Page : 2

CONFIDENTIAL      ABBT 0019092



CONFIDENTIAL    · ABBT 0019093



ABT-594 - Admin & Regulatory Activities

06/04/1999

CONFIDENTIAL     ABBT 0019094

## Activity Listing

06/17/99

| *Sponsor* | Admin & Regulatory | *Project* | ABT-594 | *Indicatio* | Pain (General) |
| *Versio* | Plan | *Project N* | G0 143010 | *Formulation* | Oral Solid |

| Description | AN Num | Sty Start | Sty End | DB End | Sum End | Status Code |
|---|---|---|---|---|---|---|
| Support - PreClinical | NKAZPS06 | 01/01/1997 | 07/01/1997 | 07/01/1997 | 07/01/1997 | C |
| Support - Phase I | NKAZPS07 | 07/01/1997 | 12/01/2000 | 12/01/2000 | 12/01/2000 | A |
| Support - Phase II | NKAZPS08 | 06/01/1998 | 09/30/1999 | 09/30/1999 | 09/30/1999 | A |
| Support - Phase III | NKAZPS09 | 10/01/1999 | 08/06/2001 | 08/06/2001 | 08/06/2001 | A |
| Peer Review - CMC | NKAZPS01 | 06/01/2001 | 08/31/2001 | 08/31/2001 | 08/31/2001 | A |
| Peer Review - Safety | NKAZPS02 | 07/01/2001 | 10/01/2001 | 10/01/2001 | 10/01/2001 | A |
| Peer Review - Clinical | NKAZPS03 | 07/01/2001 | 10/01/2001 | 10/01/2001 | 10/01/2001 | A |
| NDA Assembly for FDA and EMEA | NKAZD003 | 10/01/2001 | 12/15/2001 | 12/15/2001 | 12/15/2001 | A |
| NDA /EMEA Submission | NKAZD005 | 12/15/2001 | 12/15/2001 | 12/15/2001 | 12/15/2001 | A |
| Support - Post NDA | NKAZPS10 | 12/15/2001 | 06/30/2003 | 06/30/2003 | 06/30/2003 | A |
| Kosiesho Submission | NKAZD006 | 06/01/2002 | 06/01/2002 | 06/01/2002 | 06/01/2002 | A |

Page : 1

CONFIDENTIAL      ABBT 0019095

**Collicott Deposition Exhibit 4**

PART 1

**D's Exhibit GK**

**ABBOTT LABORATORIES**

**ABT-594**

**INVESTIGATIONAL NEW DRUG (IND)**

**ANNUAL REPORT**

**IND No. 55,293; IND No. 56,980**

(Reporting Period March 21, 1999 - October 29, 1999)

**∂** **Abbott Laboratories**

Confidential

EXHIBIT
*Collicott*
4
9-29-06

ABBT335520

# ABBOTT LABORATORIES

## ABT-594

## INVESTIGATIONAL NEW DRUG (IND)

## ANNUAL REPORT

### IND No. 55,293; IND No. 56,980

### (Reporting Period March 21, 1999 - October 29, 1999)

---

Marilyn Collicott                                    Date
Clinical Project Manager, Analgesia Venture

---

Bruce McCarthy, M.D.                                 Date
Associate Medical Director, Analgesia Venture

---

Christopher Silber, M.D.                             Date
Venture Head, Analgesia Venture

Confidential

ABBT335521

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)                                                          i

## Table of Contents

|  |  | Page |
|---|---|---|
| Introduction | | 1 |
| (a) | INDIVIDUAL STUDY INFORMATION | 2 |
| (1) | Phase I Studies | 2 |
| (2) | Phase II Studies | 10 |
| (b) | SUMMARY INFORMATION | 15 |
| (1) | Most Frequent and Serious Adverse Experiences [21 CFR 312.33 (b) (1)] | 15 |
| (2) | IND Safety Reports [21 CFR 312.33 (b) (2)] for the Time Period March 21, 1999 Through October 29, 1999 | 25 |
| (3) | Subjects Who Died During Participation in the Investigation [21 CFR 312.33 (b) (3)] | 26 |
| (4) | Subjects or Patients Who Prematurely Terminated During the Course of the Investigation due to an Adverse Event [21 CFR 312.33 (b) (4)] | 27 |
| (5) | Information Obtained Pertinent to the Understanding of the Drug's Actions [21 CFR 312.33 (b) (5)] | 31 |
| (6) | Preclinical Studies Completed or in Progress During the Reporting Period [21 CFR 312.33 (b) (6)] | 37 |
| (7) | Significant Manufacturing or Microbial Changes [21 CFR 312.33 (b) (7)] | 40 |
| (c) | GENERAL INVESTIGATIONAL PLAN [21 CFR 312.33 (c)] | 41 |
| (d) | INVESTIGATOR'S BROCHURE [21 CFR 312.33 (d)] | 44 |
| (e) | SIGNIFICANT PHASE I PROTOCOL MODIFICATIONS [21 CFR 312.33 (e)] | 45 |
| (f) | SIGNIFICANT FOREIGN MARKETING INFORMATION [21 CFR 312.33 (f)] | 46 |
| (g) | OUTSTANDING BUSINESS [21 CFR 312.33 (g)] | 47 |

Confidential

ABBT335522

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

ii

## Table of Contents

### (Continued)

Page

## List of In-Text Tables

Table 1.      Summary of ABT-594 Clinical Studies Included in this
              Annual Report ............................................................................ 1

Table 2.      Summary of Ongoing ABT-594 Preclinical Toxicology
              Studies ..................................................................................... 38

Table 3.      Planned Clinical Studies ............................................................ 42

Confidential

ABBT335523

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period:  March 21, 1999 to October 29, 1999)

1

## Introduction

Currently, there are two open IND applications for ABT-594, IND No. 55,293
(oral liquid formulation) and IND No. 56,980 (solid oral dosage form).  This annual
report for the reporting period March 21, 1999 to October 29, 1999 contains information
in the safety database as of October 29, 1999 for IND No. 56,980.  During this reporting
period, no studies were conducted using the oral liquid formulation (IND No. 55,293).
A summary of the ABT-594 clinical studies included in this annual report is presented in
Table 1.

| Table 1. | Summary of ABT-594 Clinical Studies Included in This Annual Report | | |
|---|---|---|---|
| Study Number | Study Type | Formulation | IND Status |
| Phase I Studies: | | | |
| M98-984 | Bioavailability | Soft Elastic Capsule (SEC) Hard Gelatin Capsule (HGC) | IND No. 56,980 |
| M99-043 | Bioavailability | Soft Elastic Capsule (SEC) Hard Gelatin Capsule (HGC) | IND No. 56,980 |
| M99-076 | Ascending Doses | Hard Gelatin Capsule (HGC) | IND No. 56,980 |
| Phase II Studies: | | | |
| M98-826 | Osteoarthritis pain | Soft Elastic Capsule (SEC) | IND No. 56,980 |
| M98-833 | Neuropathic pain | Soft Elastic Capsule (SEC) | IND No. 56,980 |

Confidential

ABBT335524

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

2

(a)   INDIVIDUAL STUDY INFORMATION

(I)   Phase I Studies

**Protocol Number:**   M98-984

**Title:**   The Bioavailability, Tolerability, and Effect of Food on a Hard
Gelatin Capsule Formulation of ABT-594 in Healthy Adult
Subjects

**Study Information:**   IND Study, Single Center
United States

**Objective:**   To assess the bioavailability and tolerability of a hard gelatin
capsule (HGC) relative to that of a soft elastic capsule (SEC)
formulation of ABT-594 and the effect of food on the
bioavailability and tolerability of the ABT-594 HGC formulation
in healthy adult subjects.

**Study Design:**   This was a Phase I, randomized, single center, open label, single-
dose, four-period study in 24 healthy adult subjects.  The study
consisted of a two-week Screening Phase, a four-period Study
Drug Administration Phase, and a Follow-Up Visit
approximately 4-8 days after the last dose of study drug.

The Study Drug Administration Phase was comprised of two
parts.  Part I (Periods 1-3) was a randomized, three-period
crossover to assess the bioavailability of a 100 mg total dose of a
HGC formulation relative to that of an SEC formulation of
ABT-594 under fasted conditions and the bioavailability of a
100 mg total dose of HGC formulation under fed conditions
relative to that under fasted conditions.  Part II was a randomized,
single-dose administration to assess the tolerability of a 150 mg
total dose of SEC and HGC under fasted conditions.

**Subject Population:**   Healthy, non-nicotine using adult males and females between the
ages of 18 and 45.

Confidential

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

3

**Protocol:**        **M98-984 (Continued)**

| Status | Start Date | Completion Date | Subjects Projected | Subjects Entered | Subjects Completed | Dropped Out |
|---|---|---|---|---|---|---|
| Completed | 3/99 | 4/99 | 24 | 23 | 23 | 0 |

| Population Demographics (n = 23) | | | | | |
|---|---|---|---|---|---|
| Age (years) | n (%) | Race | n (%) | Gender | n (%) |
| 18-45 | 23 (100) | Caucasian | 21 (91) | Male | 17 (74) |
| | | Black | 2 (9) | Female | 6 (26) |

**Study Results:** For $C_{max}$, the ABT-594 HGC 25 ∝g capsule formulation (Regimen B) was similar to the SEC 25 ∝g capsule formulation (Regimen A). The AUC central value was estimated to be 15% lower for the HGC formulation. In addition, the HGC formulation had a statistically significantly earlier mean $T_{max}$ (by 1.6 hours) as compared to the SEC formulation.

Overall, the pharmacokinetics of ABT-594 after administration of the 25 μg HGC formulation were fairly similar when the capsules were administered with or without food. However, the mean $T_{max}$ was statistically significantly later (by 2.9 hours) for the nonfasting regimen compared to the fasting regimen.

The pharmacokinetic parameters of ABT-594 for the 100 μg and 150 μg doses of the HGC and SEC formulations appeared to be dose-proportional under fasting conditions.

ABBT335526

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

4

Protocol:          M98-984 (Continued)

Overall, 70% of subjects reported at least one treatment-
emergent adverse event. The most frequently reported (≥5% of
subjects) treatment emergent adverse events in any of the five
ABT-594 treatment regimens were dizziness, nausea, headache,
vomiting, somnolence, asthenia, sweating, abdominal pain,
abnormal vision, infection, abnormal thinking, dyspepsia, pallor
and vasodilation. There were no serious adverse events reported
and no safety concerns were identified during the Treatment
Period.

A final study report is pending.

Confidential

ABBT335527

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

5

**(a) INDIVIDUAL STUDY INFORMATION**

**(1) Phase I Studies**

**Protocol Number:** M99-043

**Title:** The Bioavailability of a 75 mg Hard Gelatin Capsule Formulation of ABT-594 in Healthy Adult Subjects

**Study Information:** IND Study, Single Center
United States

**Objective:** To assess the bioavailability of a 25 mg hard gelatin capsule (HGC) formulation of ABT-594 relative to that of a 25 mg soft elastic capsule (SEC) and relative to that of a 75 mg HGC in healthy adult subjects.

**Study Design:** This was a Phase I, randomized, open-label, single-dose, single-center, three-period complete crossover study in 24 healthy adult subjects. The study consisted of a 3-week Screening Phase, a three-period Study Drug Administration Phase, and a Follow-Up Visit approximately 4-8 days after the last dose of study drug. All doses were administered under fasted conditions.

On Day 1 of Period 1, 24 subjects were randomly assigned in equal numbers to receive one of the following regimens during the first dosing period:

Regimen A: Six 25 mg ABT-594 SECs under fasted conditions
Regimen B: Six 25 mg ABT-594 HGCs under fasted conditions
Regimen C: Two 75 mg ABT-594 HGCs under fasted conditions

For the remaining periods, subjects crossed-over and were administered the other regimens until all subjects received all regimens.

**Subject Population:** Healthy, non-nicotine using adult males and females between the ages of 18 and 45.

Confidential

ABBT335528

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

6

**Protocol:**  **M99-043 (Continued)**

| Status | Start Date | Completion Date | Subjects Projected | Subjects Entered | Subjects Completed | Dropped Out |
|--------|-----------|-----------------|--------------------|--------------------|--------------------|-------------|
| Completed | 7/99 | 7/99 | 24 | 24 | 22 | 2* |

\* After the completion of dosing in Period 1, one subject prematurely terminated due to bacterial infection and one subject prematurely terminated due to anxiety.

| Population Demographics (n = 24) | | | | | |
|----------------|---------|------|--------|--------|--------|
| Age (years) | n (%) | Race | n (%) | Gender | n (%) |
| 18–45 | 24 (100) | Caucasian | 20 (83) | Male | 20 (83) |
| | | Black | 4 (17) | Female | 4 (17) |

**Study Results:**    The ABT-594 25 mg HGC formulation was bioequivalent to the
ABT-594 25 mg SEC formulation with respect to $AUC_\infty$ and $C_{max}$
because the 90% confidence intervals for evaluating
bioequivalence were contained within the 0.80 to 1.25 range.  The
ABT-594 75 mg HGC formulation was also bioequivalent to the
25 mg HGC capsule formulation with respect to $AUC_\infty$ and $C_{max}$
because the 90% confidence intervals for evaluating
bioequivalence were contained within the 0.80 to 1.25 range.

The most frequently reported ($\geq$ 5% of subjects)
treatment--emergent adverse events in any of the three ABT-594
treatment regimens were dizziness, nausea, vomiting, headache,
asthenia, pallor, somnolence, diarrhea, and abdominal pain.
There were no serious adverse events reported and no safety
concerns were identified during the Treatment Period.

A final study report is pending.

Confidential

ABBT335529

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

7

### (a) INDIVIDUAL STUDY INFORMATION

### (1) Phase I Studies

**Protocol Number:** M99-076

**Title:** A Double-Blind, Placebo-Controlled Study of the Safety, Tolerability, and Pharmacokinetics of Ascending Doses of Twice Daily Dosing Regimens of a Hard Gelatin Capsule Formulation of ABT-594 in Healthy Adult Subjects

**Study Information:** IND Study, Single Center
United States

**Objective:** To evaluate the safety, tolerability, and pharmacokinetics of multiple ascending doses of twice daily dosing regimens of a hard gelatin capsule (HGC) formulation of ABT-594 in adult subjects in good health.

**Study Design:** This was a Phase I, randomized, double-blind, placebo-controlled parallel group, single-center study designed to involve approximately 120 adults to evaluate the safety, tolerability, and pharmacokinetic profile of ascending doses of twice daily dosing regimens of ABT-594 HGC formulation for 14 consecutive days. The study consisted of a 3-week Screening Phase and an 18-day Confinement Phase.

Approximately 120 subjects were to be assigned to 10 dosing groups (1-10) with 12 subjects in each group. The dosing groups were designed as follows:

Group 1:    75 mg or placebo
Group 2:    100 mg or placebo
Group 3:    125 mg or placebo
Group 4:    150 mg or placebo
Group 5:    175 mg or placebo
Group 6:    200 mg or placebo
Group 7:    250 mg or placebo
Group 8:    300 mg or placebo
Group 9:    375 or 450 mg or placebo
Group 10:   375, 450, 525 or 600 mg or placebo

ABBT335530

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period:  March 21, 1999 to October 29, 1999)

8

**Protocol:**          **M99-076 (Continued)**

**Study Design:**      Study drug was randomly assigned in a 3:1 ratio in each group
                       such that nine subjects received ABT-594 and 3 subjects received
                       placebo. All subjects received two fixed daily doses of ABT-594
                       or placebo 12 hours apart for 14 consecutive days.  Dosing
                       occurred under fed conditions.

**Subject Population:** Healthy, non-nicotine using adult males and females between the
                        ages of 18 and 60.

| Status | Start Date | Completion Date | Subjects Projected | Subjects Entered[a] | Subjects Completed[a] | Dropped Out[a] |
|--------|-----------|-----------------|--------------------|--------------------|----------------------|---------------|
| Completed | 8/99 | 11/99 | 120 | 108 | 86 | 22 |

[a]  Through Group 9, preliminary data indicate that eighteen subjects prematurely terminated due to
     adverse events (including fourteen[b] for GI intolerability, two for rash, one for seizure-like symptoms,
     and one for tooth abcess), two subjects prematurely terminated due to the protocol specified stopping
     rule, one subject prematurely terminated for personal reasons, one for use of concomitant medication.
[b]  One adverse event of GI intolerability is currently not verified in the database but is included here.

| Population Demographics (n = 108)[a] | | | | | |
|-----------|----------|-------|--------|--------|--------|
| Age (years) | n (%) | Race | n (%) | Gender | n (%) |
| 18-60 | 108 (100) | Caucasian | 74 (68) | Male | 85 (79) |
|  |  | Black | 26 (24) | Female | 23 (21) |
|  |  | Other | 8 (8) |  |  |
| [a] Through Group 9 | | | | | |

Confidential

ABBT335531

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980                                                    9
(Reporting Period:  March 21, 1999 to October 29, 1999)

Protocol:              **M99-076 (Continued)**

Study Results:         Based upon the protocol specified stopping rule, dosing did not
                       proceed beyond 375 mg BID (Group 9).

                       A complete clinical database is not yet available.  Data collection
                       has been completed through Group 4 (75 mg - 150 mg or
                       placebo) and is summarized in Appendices B.1.1 and B.4.1.  Data
                       collection for Groups 5 and higher is currently underway and is
                       not included in the database.

                       All data remains blinded.

                       A final study report is pending.

Confidential

ABBT335532

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

10

(a) INDIVIDUAL STUDY INFORMATION

(2) Phase II Studies

Protocol Number:    M98-826

Title:              A Randomized, Double-Blind, Placebo-Controlled Comparison
                    of the Safety and Efficacy of ABT-594 and Ibuprofen to Placebo
                    in Patients with Pain Associated with Osteoarthritis of the Knee

Study Information:  IND Study, Multicenter
                    United States

Objective:          To compare safety and efficacy of ABT-594 and ibuprofen to
                    placebo in patients with pain associated with osteoarthritis.

Study Design:       This was a Phase II, randomized, double-blind,
                    placebo-controlled, active ibuprofen control, parallel group study.
                    Eligible subjects were randomized to one of five treatment groups
                    of 50 subjects each to receive either 25 ∝g, 50 ∝g, or 75 µg of
                    ABT-594 SEC twice daily, 400 mg ibuprofen three times daily, or
                    matching placebo for 21 days with a morning dose on Day 22.

Subject             Adult subjects, between the ages of 18 to 75 years of age, with
Population:         pain associated with primary Grade II or III osteoarthritis of the
                    knee.

| Status | Start Date | Completion Date | Subjects Projected | Subjects Entered | Subjects Completed | Dropped Out |
|--------|-----------|-----------------|--------------------|--------------------|--------------------|-------------|
| Completed | 12/98 | 6/99 | 250 | 256 | 197 | 59* |
| * Cumulative Premature Terminations by Treatment Group | | | | | | |

Confidential

ABBT335533

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

11

**Protocol:**      **M98-826 (Continued)**

|  | Placebo | Ibuprofen 400 mg TID | ABT-594 25 mg BID | ABT-594 50 mg BID | ABT-594 75 mg BID |
|---|---|---|---|---|---|
| Prematurely Terminated | 13 (24%) | 7 (14%) | 15 (31%) | 11 (23%) | 13 (25%) |
| Adverse Event | 3 (5%) | 2 (4%) | 5 (10%) | 4 (8%) | 6 (11%)** |
| Non-compliance | 3 (5%) | 1 (2%) | 1 (2%) | 0 (0%) | 1 (2%) |
| Lost to Follow-Up | 0 (0%) | 0 (0%) | 0 (0%) | 1 (2%) | 1 (2%) |
| Lack of Efficacy | 7 (13%) | 3 (6%) | 8 (16%) | 5 (10%) | 3 (6%) |
| Other | 0 (0%) | 1 (2%) | 1 (2%) | 1 (2%) | 2 (4%) |

** Includes one subject with onset of adverse event occurring prior to dosing.

| Population Demographics (n = 256) | | | | | |
|---|---|---|---|---|---|
| Age (years) | n (%) | Race | n (%) | Gender | n (%) |
| 18-65<br>>65 | 159 (62)<br>97 (38) | Caucasian<br>Black<br>Other | 239 (93)<br>14 (5)<br>3 (1) | Male<br>Female | 97 (38)<br>159 (62) |

**Preliminary Study Results:**    ABT-594 at 25, 50, or 75 mg BID, did not differ significantly from placebo in the protocol specified primary (daily pain intensity four-point categorical scale) and secondary (daily pain intensity visual analog scale, global evaluation of study drug, pain intensity four-point categorical and visual analog scales, WOMAC Index Version VA 3.0, rescue medication use) variables. ABT-594 75 mg BID was, however, numerically better than placebo as measured by all WOMAC subscale scores and several additional scales.

Confidential

ABBT335534

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

12

Protocol:        M98-826 (Continued)

The most frequently reported ($\geq$5% of subjects)
treatment-emergent adverse events in any of the three ABT-594
treatment groups were abdominal pain, asthenia, headache,
infection, diarrhea, dyspepsia, nausea, vomiting, dizziness, pain,
increased cough and pharyngitis. Statistically significant
differences were observed between the placebo treatment group
and the ABT-594 50 mg BID and 75 mg BID treatment group
with respect to the incidence of asthenia (p = 0.044) and the
incidence of nausea (p = 0.003), respectively. A decrease in the
incidence of nausea, vomiting and dizziness among ABT-594
treated-subjects was noted over time. There were no serious
adverse events reported in ABT-594 treated subjects. In addition,
the proportion of subjects that prematurely discontinued due to
adverse events did not differ significantly among treatment
groups. During the 22-day Treatment Period, no safety concerns
were identified.

The final study report is pending.

Confidential

ABBT335535

# Collicott Deposition Exhibit 4

## PART 3

# D's Exhibit GK

ABT-594 Annual Report                                                                        25
IND No. 55,293, IND No. 56,980
(Reporting Period:  March 21, 1999 to October 29, 1999)

**(b)  SUMMARY INFORMATION**

**(2)  IND Safety Reports [21 CFR 312.33 (b) (2)] for the Time Period March 21, 1999
Through October 29, 1999**

For this reporting period, there were no expedited IND Safety Reports filed under IND
Nos. 56,980 and 55,293.

Confidential

ABBT335548

ABT-594 Annual Report                                                          26
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

## (b)  SUMMARY INFORMATION

## (3)  Subjects Who Died During Participation in the Investigation
   [21 CFR 312.33 (b) (3)]

For this reporting period, one death occurred. The narrative for this event is presented below.

Investigator: Schnitzer
Patient Number: 1040

A 60-year old Caucasian male randomized to ibuprofen experienced a fatal myocardial infarction (COSTART Term: infarct myocardial) on Study Day 12 (4 days post-treatment). The subject had a medical history of aortic valve disease, arteriosclerosis (1996), shortness of breath related to cigarette smoking since 1998 (1½ packs/day), elevated triglyceride level of 358 mg/dL (normal range 58-260 mg/dL) on Day 8 and non-specific ST and T wave abnormalities on both the Screening and Baseline Visit ECG which were deemed not clinically significant by the investigator. The subject weighed 271 pounds and was 71 inches tall. On Study Day 12 (four days post-treatment), the subject was dead on arrival at a local hospital. Details surrounding the event are unknown. The death certificate indicated the cause of death was myocardial infarction due to coronary artery disease. Concomitant medications were K-dur® and Lasix®. The investigator considered the event unrelated to study drug and noted coronary artery disease as an alternative etiology. The blind was broken by the sponsor to determine reportability requirements to the FDA.

Confidential

ABBT335549

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

27

## (b)  SUMMARY INFORMATION

### (4)  Subjects or Patients Who Prematurely Terminated During the Course of the Investigation due to an Adverse Event [21 CFR 312.33 (b) (4)]

Appendix B.4.1 presents the adverse events leading to study discontinuation for healthy volunteer subjects in current Phase I studies as of October 29, 1999.  ABT-594 SEC was used in two of the three Phase I studies (M98-984, M99-043).  ABT-594 HGC was used in all three Phase I studies (M98-984, M99-043, M99-076).  BLINDED premature discontinuation information due to adverse events is provided for Study M99-076, Groups 1 through 4.  Adverse event information is summarized from all three Phase I studies conducted during this reporting period.

Appendix B.4.2 presents the adverse events leading to study discontinuation for subjects in Phase II Studies as of October 29, 1999.  ABT-594 SEC was used in the two Phase II studies (M98-826, M98-833).  Adverse event information is summarized from both Phase II studies conducted during this reporting period.

Confidential

ABT-594 Annual Report                                                                              31
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

(b)  SUMMARY INFORMATION

(5)  **Information Obtained Pertinent to the Understanding of the Drug's Actions [21
CFR 312.33 (b) (5)]**

Pharmacokinetic results are summarized below for Studies M98-984 and M99-043.
Study M99-076 remains blinded and pharmacokinetic results are not yet available. The
data for M98-826 is preliminary and will not be included in this report. Pharmacokinetic
data was not collected for Study M98-833.

**M98-984**

The Bioavailability, Tolerability and Effect of Food on a Hard Gelatin Capsule
Formulation of ABT-594 in Healthy Adult Subjects

**Objectives:** The objectives of this study were:  1) to assess the bioavailability and
tolerability of a hard gelatin capsule (HGC) formulation of ABT-594 relative to that of a
soft elastic capsule (SEC) formulation of ABT-594; 2) to determine the effect of food on
the bioavailability and tolerability of the ABT-594 HGC formulation; and 3) to assess the
tolerability and pharmacokinetics of a 150 ∝g dose of the HGC and SEC formulations
under fasting conditions in healthy adult subjects. This summary focuses on the
pharmacokinetics of ABT-594.

**Study Design and Dose Administration:**  This was a Phase I, single-dose, open-label,
single-center, randomized, four-period study. The study consisted of two parts.

Part I (Periods 1 through 3) was a randomized, three-period crossover. The regimens for
Part I were defined as:  Regimen A – Four 25 µg ABT-594 SECs (100 µg total dose)
administered under fasting conditions, Regimen B – Four 25 µg ABT-594 HGCs (100 ∝g
total dose) administered under fasting conditions and Regimen C – Four 25 µg ABT-594
HGCs (100 µg total dose) administered under nonfasting conditions.

Part II (Period 4) was a randomized, single-dose administration. The regimens for Part II
were defined as:  Regimen D – Six 25 µg ABT-594 SECs (150 µg total dose)
administered under fasting conditions and Regimen E – Six 25 µg ABT-594 HGCs
(150 µg total dose) administered under fasting conditions.

ABBT335554

The capsules taken for all regimens were ingested with 250 mL of water.  There was a seven-day interval between dosing days of consecutive periods.  For subjects dosed under nonfasting conditions (Regimen C), a 872 Kcal breakfast (53.8% calories from fat), was served approximately 30 minutes before dosing.

**Subjects:**  Healthy adult male and female subjects (N = 23) were enrolled in the study.  All 23 subjects (17 males and 6 females) who participated completed the study.  Of the 23 subjects who completed the study, 21 were Caucasian and two were Black.  For these subjects, the mean age was 31.7 years (range:  20 to 45 years), the mean weight was 74.5 kg (range:  55.5 to 90 kg) and the mean height was 171.7 cm (range:  146.5 to 186 cm).

**Sample Collection:**  In each period, blood samples were collected at the following intervals relative to Day 1 dosing:  predose (0 hour) and at 0.5, 1, 2, 3, 4, 6, 9, 12, 16, 24, 36 and 48 hours after dosing.  For subjects dosed under nonfasting conditions (Regimen C), all predose samples were obtained after breakfast had been eaten, but prior to morning dosing.

**Pharmacokinetic and Statistical Analyses:**  The pharmacokinetic parameters of ABT-594 were calculated using noncompartmental methods.  These included: $T_{lag}$, $T_{max}$, $C_{max}$, the elimination rate constant ($\beta$), half-life ($t_{1/2}$), the area under the plasma concentration-time curve from time zero to time of the last measurable concentration ($AUC_t$), the area under the plasma concentration-time curve from time zero to infinity ($AUC_\infty$) and the apparent total clearance (CL/F).

**Results:**  All available data for the 23 subjects who received study drug were included in the analyses.  The mean ± SD pharmacokinetic parameters of ABT-594 after administration of each of the five regimens are shown in the following table.

Confidential

ABBT335555

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

33

| Pharmacokinetic Parameters | Regimens | | | | |
|---|---|---|---|---|---|
| | A: 100 µg SEC Fasting (N = 23) | B: 100 µg HGC Fasting (N = 23) | C: 100 µg HGC Nonfasting (N = 23) | D: 150 µg SEC Fasting (N = 11) | E: 150 µg HGC Fasting (N = 12) |
| $T_{lag}$ (h) | 1.2 ± 0.8 | 0.9 ± 0.3 | 2.0 ± 1.1 [v] | 0.8 ± 0.5 | 0.6 ± 0.2 |
| $T_{max}$ (h) | 5.6 ± 1.7 | 4.0 ± 1.5 [*] | 6.9 ± 2.3 [v] | 5.5 ± 0.9 | 3.8 ± 1.1 |
| $C_{max}$ (ng/mL) | 0.47 ± 0.19 | 0.48 ± 0.17 | 0.43 ± 0.17 | 0.71 ± 0.13 | 0.82 ± 0.14 |
| $AUC_t$ (ng•h/mL) [†] | 5.4 ± 2.9 | 4.6 ± 2.7 | 4.4 ± 2.4 | 9.9 ± 2.2 | 9.0 ± 2.1 |
| $AUC_∞$ (ng•h/mL) | 6.6 ± 3.1 | 5.9 ± 3.0 | 5.6 ± 2.7 | 10.7 ± 2.3 | 9.7 ± 2.3 |
| $t_{1/2}$ (h) [§] | 8.0 ± 3.3 | 7.4 ± 3.7 | 7.4 ± 3.3 | 6.9 ± 2.2 | 5.6 ± 1.3 |
| CL/F (L/h) [†] | 20.1 ± 11.9 | 24.1 ± 18.0 | 23.4 ± 14.2 | 14.6 ± 2.8 | 16.4 ± 3.9 |

[*]  Statistically significantly different from Regimen A (ANOVA, $p < 0.05$).
[v]  Statistically significantly different from Regimen B (ANOVA, $p < 0.05$).
[§]  Evaluations of $t_{1/2}$ were based on statistical tests for β.
[†]  Parameter was not tested statistically.

For the two one-sided tests procedure based on analyses of log-transformed $AUC_∞$ and $C_{max}$, the 90% confidence intervals for evaluating bioequivalence and the corresponding point estimates of relative bioavailability are shown in the following table.

| Regimens Test vs. Reference | Pharmacokinetic Parameter | Central Values* | | Relative Bioavailability | |
|---|---|---|---|---|---|
| | | Test | Reference | Point Estimate [†] | 90% Confidence Interval |
| A vs. B | $C_{max}$ | 0.436 | 0.434 | 1.005 | 0.843 - 1.199 |
| | $AUC_∞$ | 4.96 | 5.84 | 0.849 | 0.665 - 1.084 |

[*]  Antilogarithm of the least squares means for logarithms.
[†]  Antilogarithm of the difference (test minus reference) between the least squares means for logarithms.

To evaluate the effect of food on the 25 µg HGC formulation, the point estimates and 95% confidence intervals for relative bioavailability are listed in the following table.

ABT-594 Annual Report                                                                  34
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

| Regimens Test *vs.* Reference | Pharmacokinetic Parameter | Central Values* | | Relative Bioavailability | |
|---|---|---|---|---|---|
| | | Test | Reference | Point Estimate[†] | 95% Confidence Interval |
| C *vs.* B | $C_{max}$ | 0.394 | 0.436 | 0.904 | 0.732 - 1.117 |
| | $AUC_\infty$ | 5.02 | 4.96 | 1.013 | 0.756 - 1.358 |

\* Antilogarithm of the least squares means for logarithms.
† Antilogarithm of the difference (test minus reference) between the least squares means for logarithms.

**Conclusions:** For $C_{max}$, the ABT-594 HGC 25 µg capsule formulation (Regimen B) was similar to the SEC 25 ∝g capsule formulation (Regimen A). The AUC central value was estimated to be 15% lower for the HGC formulation. In addition, the HGC formulation had a statistically significantly earlier mean $T_{max}$ (by 1.6 hours) as compared to the SEC formulation.

Overall, the pharmacokinetics of ABT-594 after administration of the 25 µg HGC formulation were fairly similar when the capsules were administered with or without food. However, the mean $T_{max}$ was statistically significantly later (by 2.9 hours) for the nonfasting regimen compared to the fasting regimen.

The pharmacokinetic parameters of ABT-594 for the 100 µg and 150 µg doses of the HGC and SEC formulations appeared to be dose-proportional under fasting conditions.

**M99-043**

The Bioavailability of a 75 µg Hard Gelatin Capsule Formulation of ABT-594 in Healthy Adult Subjects

**Objective:** The objective of this study was to assess the bioavailability of a 25 µg hard gelatin capsule (HGC) formulation of ABT-594 relative to that of a 25 µg soft elastic capsule (SEC) formulation and relative to that of a 75 µg HGC formulation in healthy adult subjects.

**Study Design and Dose Administration:** This was a Phase I, single-dose, fasting, open-label, randomized, three-period, crossover study. The regimens used in this study were defined as follows: Regimen A, six 25 µg ABT-594 SECs (150 µg total dose) under fasting conditions; Regimen B, six 25 µg ABT-594 HGCs (150 µg total dose) under fasting conditions; and Regimen C, two 75 µg HGCs (150 µg total dose) under fasting conditions. Each regimen was administered with 250 mL of water after an

ABBT335557

ABT-594 Annual Report                                                     35
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

approximate ten-hour fast and four hours prior to lunch. A washout interval of
seven days separated dosing days of consecutive periods.

**Subjects:** Healthy adult male and female subjects (N = 24) were enrolled in the study. A
total of 22 of the subjects (18 males and 4 females) completed all three periods of the
study and were included in the summary calculations and statistical analyses. Of the
22 subjects who completed the study, 18 were Caucasian and four were Black. The mean
age was 29.1 years (range: 18 to 45 years), the mean weight was 78.7 kg (range: 62 to
96 kg) and the mean height was 176.5 cm (range: 161.5 to 190.5 cm).

**Sample Collection:** Blood samples were collected prior to dosing (0 hour) and at 0.5, 1,
2, 3, 4, 6, 9, 12, 16, 24, 36 and 48 hours after the dose in each study period.

**Pharmacokinetic and Statistical Analyses:** The pharmacokinetic parameters of
ABT-594 were calculated using noncompartmental methods. These included: $T_{max}$,
$C_{max}$, the elimination rate constant ($\beta$), half-life ($t_{1/2}$), the area under the plasma
concentration-time curve from time zero to time of the last measurable concentration
($AUC_t$), the area under the plasma concentration-time curve from time zero to infinity
($AUC_\infty$) and the apparent oral clearance (CL/F).

**Results:** All available data for the 22 subjects who completed the study were included in
the analyses. The mean ± SD pharmacokinetic parameters of ABT-594 after
administration of each of the three regimens are shown in the following table.

                                                      ABBT335558

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

36

| Pharmacokinetic Parameters | Regimens[‡] | | |
|---|---|---|---|
| | A<br>25 μg SECs<br>(N = 22) | B<br>25 μg HGCs<br>(N = 22) | C<br>75 μg HGCs<br>(N = 22) |
| $T_{max}$ (h) | 6.4 ± 2.2 | 3.9 ± 1.0[*] | 3.6 ± 1.2 |
| $C_{max}$ (ng/mL) | 1.19 ± 0.27 | 1.22 ± 0.23 | 1.26 ± 0.22 |
| $AUC_t$ (ng•h/mL) | 18.7 ± 4.4 | 16.5 ± 2.9[*] | 17.2 ± 3.1 |
| $AUC_\infty$ (ng•h/mL) | 19.9 ± 4.6 | 17.7 ± 2.9[*] | 18.3 ± 3.1 |
| $t_{1/2}$ (h)[†] | 9.8 ± 1.7 | 9.8 ± 1.9 | 10.1 ± 2.3 |
| CL/F (L/h)[†] | 7.9 ± 1.5 | 8.7 ± 1.6 | 8.4 ± 1.3 |

[‡]    Regimen A:  Six 25 μg SECs (150 ∝g total dose) under fasting conditions.
    Regimen B:  Use 25 μg HGCs (150 ∝g total dose) under fasting conditions.
    Regimen C:  Two 75 μg HGCs (150 ∝g total dose) under fasting conditions.

[*]    Statistically significantly different from Regimen A (ANOVA, $p < 0.05$).

[†]    Parameter was not tested statistically.

For the two one-sided tests procedure based on analyses of log-transformed $AUC_\infty$ and $C_{max}$, the 90% confidence intervals for evaluating bioequivalence and the corresponding point estimates of relative bioavailability are shown in the following table.

| Regimens<br>Test vs. Reference | Pharmacokinetic Parameter | Relative Bioavailability | |
|---|---|---|---|
| | | Point Estimate[†] | 90% Confidence Interval |
| B vs. A<br>(25 μg HGC vs. 25 μg SEC) | $C_{max}$ | 1.026 | 0.951 – 1.108 |
| | $AUC_\infty$ | 0.887 | 0.840 – 0.937 |
| C vs. B<br>(75 μg HGC vs. 25 μg HGC) | $C_{max}$ | 1.038 | 0.961 – 1.120 |
| | $AUC_\infty$ | 1.037 | 0.982 – 1.095 |

[†]    Antilogarithm of the difference (test minus reference) between the least squares means for logarithms.

**Conclusions:**  The ABT-594 25 μg HGC formulation (Regimen B) was bioequivalent to the ABT-594 25 μg SEC formulation (Regimen A) with respect to $AUC_\infty$ and $C_{max}$ because the 90% confidence intervals for evaluating bioequivalence were contained within the 0.80 to 1.25 range.  The ABT-594 75 μg HGC formulation (Regimen C) was also bioequivalent to the 25 μg HGC capsule formulation (Regimen B) with respect to $AUC_\infty$ and $C_{max}$ because the 90% confidence intervals for evaluating bioequivalence were contained within the 0.80 to 1.25 range.

Confidential

ABBT335559

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

## (b)  SUMMARY INFORMATION

### (6)  Preclinical Studies Completed or in Progress During the Reporting Period
[21 CFR 312.33 (b) (6)]

**_In Vitro_ Studies**

Since the March 1999 IND update, ABT-594 has been used as a reference compound in a few _in vitro_ experiments to characterize newer compounds. These experiments are a part of ongoing studies to identify potential back-up compounds to ABT-594.

ABT-594 was used as a reference compound in the primary _in vitro_ functional analysis of new compounds. This assay uses a FLIPR apparatus to measure the effect of compounds on modulation of $Ca^{2+}$ dynamics. Stable cell lines expressing recombinant nAChRs were previously established by co-transfecting human HEK cells with the indicated pairs of receptor subunits. The cell lines K177, K414, KRT44, and KRT6, which express recombinant human a4b2, a3b2, a3b4, and a4b4 nAChRs, respectively, were used in these studies. Combined with previous data, mean $EC_{50}$ values were 0.50 mM, 2.8 mM, 0.12 mM, and 0.016 mM for the a4b2, a3b2, a3b4, and a4b4 nAChRs, respectively.

ABT-594 was also used as a reference compound for electrophysiologic evaluation of human nAChR pharmacology in _Xenopus_ oocytes. Combined with previous data, the mean $EC_{50}$ and Hill coefficient values were 0.14 mM and 1.1 at h-a4b2; 0.60 mM and 1.0 at h-a3b2; 0.64 mM and 1.4 at h-a3b4; 7.8 mM and 2.8 at h-a7 nAChR, respectively.

**Toxicology Studies**

A summary of ongoing ABT-594 preclinical toxicology studies which occurred during this reporting period are listed in Table 2. Data is not yet available for these studies.

Confidential

ABT-594 Annual Report                                                                 38
IND No. 55,293, IND No. 56,980
(Reporting Period:  March 21, 1999 to October 29, 1999)

| Table 2. | Summary of Ongoing ABT-594 Preclinical Toxicology Studies | | |
|---|---|---|---|
| **Protocol Number** | **Title** | **Start Date** | **Expected End Date** |
| TC 98-082 | Twelve-Month Oral Toxicity Study Of Abbott-165594 Tosylate in Cynomolgus Monkeys | 6/98 | 12/99 |
| TD98-131 | Two-Year Oral Gavage Carcinogenicity Study of Abbott-165594 Tosylate in Mice | 11/98 | 9/01 |
| TA98-132 | Two-Year Oral Gavage Carcinogenicity Study of Abbott-165594 Tosylate in Rats | 9/98 | 11/01 |
| TA98-161 | Study of the Effects of Orally Administered Abbot-165594 on Pre- and Postnatal Development, Including Maternal Function, in Rats (Segment III DART) | 1/99 | 1/00 |

A single ABT-594 pre-clinical metabolism study was conducted during this reporting period. Individual study information follows.

**Metabolism**
**Report No.:   R&D/99/357**

**Title:**  Metabolism and excretion of [$^3$H]Abbott-165594 following oral administration to mice

**Study Summary:**  The metabolism and excretion of [$^3$H]Abbott-165594 was studied in male and female Crl:CD-1$^®$/ICR mice following a single 1 mg/kg oral dose of the drug. Urine and feces were collected daily for three days.  Plasma samples were obtained at selected time points up to 24 hours.

An oral radioactive dose of Abbott-165594 was well absorbed.  The mean $C_{max}$ for total plasma radioactivity (78.4 ng Eq/mL) was reached within four hours after dosing and then declined to 35.8, 6.5 and 2.9 ng Eq/mL at 6, 12 and 24 hours, respectively.  The average $AUC_{0-24}$ was 561.8 ng•h/mL.  No obvious sex related differences were observed.

Peak plasma concentrations of Abbott-165594 in male (39.2 ng Eq/mL) and female (32.9 ng Eq/mL) mice occurred at 4 and 1 hours post dose, respectively.  Corresponding $AUC_{0-24}$ values in males and females were 214.3 ng•h/mL and 147.3 ng Eq•h/mL.

Confidential                                                            ABBT335561

Major plasma metabolites, expressed as mean $AUC_{0-24}$ values, were identified as the ring
opened COOH metabolite (M-1; 128.8 ng Eq•h/mL), the carbamoyl glucuronide of
parent drug (M-8; 22.3 ng Eq•h/mL) and the N-acetylated ring opened COOH metabolite
(M-6; 20.3 ng Eq•h/mL).

The majority of the radioactive dose in males and females was excreted into the urine.
An average of 69.8% of the dose was recovered in urine (including cagewash) and 20.3%
found in the feces over the duration of the three-day study.  The mean total recovery of
radioactivity was about 90%.

The major radioactive component in the 0-48 hour urine was unchanged parent drug
which represented 33.8% and 52.3% of the administered dose in males and females,
respectively.  Major urinary metabolites in both sexes were M-1 (10.8% of the dose) and
M-6 (2.5% of the dose).  An apparent sex-related difference was also noted in that
urinary level of the ring opened OH metabolite (M-14) in males (4.5% of the dose) was
about 10-fold higher than that in females (0.4% of the dose).  Unidentified metabolites
accounted for about 10% of the dose.  There were no apparent sex-related differences in
fecal metabolic profiles obtained from male and female mice.  The data indicate that oral
doses of [³H]Abbott-165594 are well absorbed, rapidly excreted into the urine and not
extensively metabolized in mice.

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period:  March 21, 1999 to October 29, 1999)

40

(b)  SUMMARY INFORMATION

(7)  Significant Manufacturing or Microbial Changes [21 CFR 312.33 (b) (7)]

Significant Manufacturing or Microbial Changes

During the reporting period, there were no significant manufacturing or microbial
changes in the formulation of ABT-594.

Confidential

ABBT335563

ABT-594 Annual Report
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

41

## (c)  GENERAL INVESTIGATIONAL PLAN [21 CFR 312.33 (c)]

### General Investigational Plan including Rationale for ABT-594 Use in Analgesia

Pain is one of the most common reasons people consult a physician, representing an extraordinary societal burden.  Currently there are four major groups of therapeutics for pain relief:  1) nonsteroidal anti-inflammatory drugs (NSAIDs); 2) opioids; 3) adjuvant analgesics (e.g., tricyclic antidepressants [TCAs]); and 4) centrally acting non-narcotic analgesics (e.g., acetaminophen, tramadol).  NSAIDS are most often used to treat mild to moderate pain associated with inflammation, but are ineffective in treating some types of nociceptive and neuropathic pain.  Risks associated with NSAIDS include gastrointestinal bleeding and hepatic toxicity.  Opioids are used for moderate to severe pain and include such analgesics such as morphine.  Clinically significant physical dependence and tolerance to analgesia may occur in patients receiving opioids regularly.  In addition, constipation is a significant side effect.  Adjuvant analgesics are commonly used for neuropathic pain.  Unlike the other groups, the majority of adjuvant analgesics have a delayed onset of analgesic effect because of their mechanism of action and the requirement for dose titration.  Acetaminophen is useful only for mild pain and tramadol is not indicated for severe pain.  Therefore a class of compounds with a broad spectrum of activity, efficacy in moderate and severe pain, and without the liabilities of opioids, NSAIDS, and other currently available analgesics would represent an important advance in pain relief.

ABT-594 is a non-opioid, non-NSAID analgesic.  It is a novel neuronal nicotinic acetylcholine receptor (nAChR) ligand that is 30- to 100- fold more potent than morphine.  ABT-594 demonstrates comparable analgesic activity to morphine in treating moderate to severe pain in several well characterized animal models of nociception.  ABT-594 modulates pain transmission by interacting with nAChRs, and not opioid receptors, at key regulatory sites along the pain pathway.  It has both peripheral and central antinociceptive effects in preclinical models of acute thermal, persistent chemical, and neuropathic pain states.

Three Phase I studies were completed during this reporting period.  These studies have provided information regarding the bioavailability and tolerability of the soft elastic capsule (SEC) vs. the hard gelatin capsule (HGC) in the solid oral formulation (M98-984, M99-043) and the safety, tolerability and pharmacokinetics of ascending twice-daily doses of ABT-594 HGC (M99-076).

Confidential

Two Phase II studies were completed during this reporting period. Study M98-826 provided information regarding safety, efficacy and pharmacokinetics in subjects with pain due to osteoarthritis of the knee. Study M98-833 provided information regarding safety and efficacy in subjects with painful distal polyneuropathy. ABT-594 was well-tolerated in both studies.

Based on information collected from the above mentioned Phase I and II studies, the general investigational plan for ABT-594 for the period of October 30, 1999 through October 29, 2000 allows for assessment of tolerability of higher doses and additional Phase II studies of ABT-594. The plan is outlined in Table 3 below.

**Table 3.    Planned Clinical Studies**

| Study Number | Study Type | Phase | Planned Number of Subjects | Estimated Start Date |
|---|---|---|---|---|
| M99-120 | Titration | I | 20 | 11/99 |
| M99-114 | Neuropathic Pain | II | 320 | 4/00 |
| M99-115 | Osteoarthritis Pain | II | 575 | 4/00 |

**Planned Phase I Study**

Study M99-120 is a randomized, double-blind, placebo-controlled study of the safety, tolerability and pharmacokinetics of escalating doses of ABT-594 BID in adult subjects in general good health. The hard gelatin capsule (HGC) formulation will be used for this study. The study, conducted at a single site, will include 20 subjects who will be randomized in a 3:1 ratio such that 15 receive ABT-594 and five received placebo. Subjects will receive two fixed daily doses, 12 hours apart, for 18 consecutive days under fed conditions. Daily doses of ABT-594 may vary among subjects. All subjects will start with a dose of 75 µg BID. Dose escalation days are Study Days 3, 5, 7, 9, and 14. The dose is planned to be escalated by 75 µg on each dose escalation day. The planned dose escalation schedule is 75 µg BID on Study Days 1 and 2, 150 µg BID on Study Days 3 and 4, 225 µg BID on Study Days 5 and 6, 300 µg BID on Study Days 7 and 8, 375 µg BID on Study Days 9 through 13, and 450 µg BID on Study Days 14-18. Escalation of the dose for any one subject will be postponed if that subject fails to meet predetermined dose escalation criteria. Results from this study will guide dose selection for the planned Phase II studies.

Confidential

ABT-594 Annual Report                                                                    43
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

**Planned Phase II Studies**

M99-114 is a randomized, double-blind, placebo-controlled comparison of the safety and
efficacy of ABT-594 to placebo in patients with painful diabetic polyneuropathy. This is
a multi-center study in which an estimated 320 patients will be randomly assigned to
receive either ABT-594 (HGC) BID or placebo for 42 days. Three ABT-594 dosages
will be used for this study. Actual dosage strengths have yet to be determined.

M99-115 is a randomized, double-blind, placebo-controlled comparison of the safety and
efficacy of ABT-594 and ibuprofen to placebo in patients with pain associated with
osteoarthritis of the knee. This is a multi-center study in which an estimated 575 patients
will be randomized to receive either ABT-594 (HGC) BID, ibuprofen 800 mg TID, or
placebo for 42 days. Three ABT-594 dosages will be used for this study. Actual dosage
strengths have yet to be determined. Acetaminophen will be provided as rescue
medication.

Confidential

ABT-594 Annual Report                                                               44
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

**(d)  INVESTIGATOR'S BROCHURE [21 CFR 312.33 (d)]**

An updated Clinical Investigator's Brochure, Edition No. 3 (8/26/98) was submitted in
September, 1998.

No modifications have been made to the investigator's brochure submitted in
September, 1998.  The investigator's brochure is currently being updated and will be
submitted in the future.

Confidential

ABBT335567

ABT-594 Annual Report                                                                45
IND No. 55,293, IND No. 56,980
(Reporting Period:  March 21, 1999 to October 29, 1999)

## (e)  SIGNIFICANT PHASE I PROTOCOL MODIFICATIONS
### [21 CFR 312.33 (e)]

There have been no unreported significant Phase I protocol modifications for clinical
studies conducted under IND Nos. 56980 and 55,293 during this reporting period.

Confidential

ABT-594 Annual Report                                                   46
IND No. 55,293, IND No. 56,980
(Reporting Period: March 21, 1999 to October 29, 1999)

(f)   SIGNIFICANT FOREIGN MARKETING INFORMATION
      [21 CFR 312.33 (f)]

ABT-594 is not currently marketed in any country, nor has it been withdrawn or
suspended from marketing in any country.

Confidential

ABBT335569

ABT-594 Annual Report                                                                    47
IND No. 55,293, IND No. 56,980
(Reporting Period:  March 21, 1999 to October 29, 1999)

## (g)  OUTSTANDING BUSINESS [21 CFR 312.33 (g)]

At this time, there is no outstanding business with respect to either IND No. 55, 293 or
IND No. 56, 980 for which the sponsor requests a response from the Agency.

D461\[FILENAME]

Confidential                                                              ABBT335570

# Collicott Deposition Exhibit 7

# P's Exhibit CE

June 2000
ABT-594 Project Status Report

## Monthly Highlights

- Experimental placebo manufacturing run prepared at PPD's Puerto Rico Manufacturing Plant (AHPI) in the Potent Drug Module. Special thanks to Serafin Torres and the API plant personnel, and PARD team members Rhonda Peck, Erskine Hilyer and Ji Zhou for their commitment and long hours!
- Enrollment in M99-114 is slower than planned and is under scrutiny by team personnel. (See July Progress Gauges below).

| Key Progress Gauges - June Accomplishments | Target Date | Status |
|---|---|---|
| Begin testing for release and stability initiation of the 3 NDA lots of drug substance | 6/5 | Incomplete – Delay due to specification system issues (see below). Revised Target: 7/21 |
| Issue new drug substance test document | 6/5 | Incomplete – Delay due to issues surrounding new specification documentation system. Revised Target: 7/21 |
| Complete Development Plan preparation meetings | 6/16 | Complete |
| 90 patients enrolled M99-114 | 6/25 | Incomplete – 73 enrolled as of 6/30 |
| 2/3 of sites actively enrolling patients M99-114 | 6/25 | Incomplete – 18 / 29 sites actively enrolling, 24 / 29 sites actively screening |
| Obtain validated results for ICH Category 1 solvent DCE in 594 clinical drug substance lots and starting material | 6/25 | In Process |
| Discovery Project Team to identify 3 potential follow-on compounds for advanced preclinical characterization | 6/30 | Complete |
| Develop cholinergic channel modulator scientific franchise strategy | 6/30 | Complete |
| Complete preparation for experimental capsule manufacturing run at AHPI (600) to assess environmental/employee exposure | 6/30 | Complete |

| July Projections | Target Date | Status |
|---|---|---|
| Contact all M99-114 investigators to determine enrollment obstacles | 7/5 | |
| Review early terminations and Adverse Event profile to determine strategic options to address slow enrollment | 7/12 | |
| Finalize recommendations and initiate recommended strategies | 7/21 | |
| Issue new drug substance test document | 7/21 | |
| Begin testing for release and stability initiation of the 3 NDA lots of drug substance | 7/21 | |
| 90 patients enrolled M99-114 | 7/31 | |
| Schedule active capsule experimental manufacturing run at AHPI for 8/00 | 7/31 | |

EXHIBIT
Collicott
1
9-27-06

ABBT 0004422
HIGHLY CONFIDENTIAL

# Collicott Deposition Exhibit 8

# P's Exhibit HQ

## ABT-594 2001 Update
## Clinical Studies

**Project/Protocol**

**G0 143.010**
Phase III Studies    All Phase III work moved out to 2002

**G0 143.010**
Phase I Studies    Most Phase I work moved out to 2002

| Project/Protocol | Title | Start (1st Dose) | End (Last Dose) | Subjects | Sites | #EVR Sites | EVR Countries | Comments |
|---|---|---|---|---|---|---|---|---|
| TBD | fMRI / human pain model | 2/01 | 9/01 | 12 | 1 | 1 | 1 | Drug supply only: no DM or stats analysis |
| TBD | Human Metabolism 3H | 9/01 | 9/01 | 5 | 1 | 0 | 0 | Drug supply only: no DM or stats analysis |
| TBD | GI Absorption | 9/01 | 12/01 | 24 | 1 | 0 | 0 | |

Phase IIb Studies

| Project/Protocol | Title | Start (1st Dose) | End (Last Dose) | Subjects | Sites | #EVR Sites | EVR Countries | Comments |
|---|---|---|---|---|---|---|---|---|
| M98-114 | Painful Diabetic Neuropathy | 04/00 | 04/01 | 320 | 30 | 0 | 0 | 4 arms, placebo-controlled 5 arms, placebo-controlled, ibuprofen comparator, 7-week duration, all CRFs in house 8-10 months after study start. |
| M99-115 | Osteoarthritis Study | 01/01 | 10/01 | 575 | 40 | 0 | 0 | 5 arms, placebo-controlled, ibuprofen comparator, single dose, all CRFs in house after start + 3 months |
| TBD | Molar Extraction Study | TBD | Start + 2 mos | 120 | 1 | 1 | 0 | |



EXHIBIT
Collicott
8
9-27-06

tabbies®

07/06/2000   m.biemann
2001, Clinical Studies
ABT594 Assumption Attachments, 06-16-00.xls

## ABT-594 2001 Update
## Supplemental Assumptions

All Phase III work moved out to 2002

Most Phase I work moved out to 2002

| Protocol # | Genetic Sampling | ACPRU | PK | Subject on Drug | PK Samples/Patient | Date of Last Sample |
|---|---|---|---|---|---|---|
| TBD | N | N | Y | 12 | TBD | 09/01 |
| TBD | N | N | Y | 5 | 10 (U) | 09/01 |
| TBD | N | Y | Y | 24 | TBD | 12/01 |

| Protocol # | Genetic Sampling | ACPRU | PK | Subject on Drug | PK Samples/Patient | Date of Last Sample |
|---|---|---|---|---|---|---|
| M99-114 | Y | N | Y | 240 | 2 + (P) | TBD |
| M99-116 | Y | N | Y | 480 | | |
| TBD | Y | N | Y | 96 | 7 (P) | TBD |

Highly Confidential

ABBT144620.UR

# Collicott Deposition Exhibit 11

# P's Exhibit CR



|  | To | Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT |
| Marilyn J Collicott /LAKE/PPRD/ABBOTT | cc | Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT |
| 08/31/2000 12:03 PM | bcc | |
|  | Subject | M99-114 Extension letter |

Chris -

Here's a copy of the extension letter for your review. Bruce has seen it and his comments have been incorporated..............mc



extension letter.doc

Highly Confidential

EXHIBIT
Collicott
11
9-27-06

ABBT241301

August 31, 2000

\<Investigator Name\>
\<Address\>

RE: Protocol M99-114: A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Neuropathy

Dear Dr.:

I am pleased to inform you that the enrollment period for study M99-114 has been extended. The last day for randomization will be March 2, 2001. If we reach our target enrollment before that date the study will be ended at the time when 320 subjects are randomized.

While it may now seem that we have a bit of breathing room, in actuality we don't. The holidays are fast approaching - a time when recruitment and enrollment slows down considerably. We will, in effect, be losing approximately 2 months of our enrollment extension to the holiday season. That will leave us with just 3 ½ months of remaining optimal recruitment time. To put this in perspective, in the last 3 ½ months of this study approximately 110 subjects were randomized. If we enroll the same number during the optimal recruitment period of the enrollment extension, we will have a total enrollment of 240 - 80 subjects short of our goal. These numbers indicate a need to remain focused on recruitment efforts before and after the holiday season.

We expect the holiday season to be challenging in terms of recruitment and enrollment, however, there may be an advantage for many subjects to enroll during this time. If a subject receives pain relief from the study medication, their holidays would be more enjoyable. In addition, subjects should be able to determine whether or not they will tolerate the drug within the first week of therapy. With careful planning of randomization dates, the issue of tolerability is unlikely to interfere with the subjects' holidays.

Please continue to use the upcoming weeks to concentrate your efforts on maximum recruitment and enrollment. Please continue to call us with your enrollment questions. The Analgesia Venture at Abbott Laboratories thanks you for your continuing efforts to make study M99-114 a success.

Sincerely,


Marilyn Collicott
Clinical Project Manager
Analgesia Venture

Highly Confidential

ABBT241302

# Collicott Deposition Exhibit 15

# P's Exhibit DB

October 2000
ABT-594 Project Status Report

Monthly Highlights

- Options for capsule size, color and design were reviewed with key individuals in PPD and AI. Input from pharmacists on acceptability of options was received. Final decision will be based on meeting both US and international hurdles for color, etc. as well as consideration of ease of identification and handling, and branding.
- Completed Commercial Product Development Continuum Review II
- Completed in-life phase of the mouse carcinogenicity study
- 9 "good will" site visits completed for M99-114

Key Progress Gauges - October Accomplishments

| | Target Date | Status |
|---|---|---|
| Submit Development Plan for management review | 10/05 | Complete |
| Achieve enrollment of at least 210 patients in M99-114 | 10/31 | Incomplete – 206 patients enrolled as of 10/31 |
| Complete review of proposals from patient recruitment firms for M99-114 and recommend steps for 1Q01 implementation | 10/31 | Complete – BBK chosen as best candidate. Working with Abbott Public Affairs and BBK to determine action plan. |
| Mitsunobu impurity profile evaluation (bulk drug substance) to be reviewed with team | 10/31 | Complete – no unique impurities identified to date |

November Projections

| | Target Date | Status |
|---|---|---|
| Final decision on commercial capsule parameters to be provided by NPD to PARD | 11/10 | |
| Achieve enrollment of at least 220 patients in M99-114 by 11/30 | 11/30 | |
| Complete 7 "good will" site visits for M99-114 | 11/30 | |
| | | |

1 of 7

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

EXHIBIT
Collicott
15
9-27-06

ABBT 0004448
HIGHLY CONFIDENTIAL

October 2000
ABT-594 Project Status Report

## Key Issues/Decisions/Events

| Area | Issue/Decision/Event | Progress |
|---|---|---|
| Venture | Extension of enrollment for Phase IIb Neuropathic Pain through 03/01 | • Sites have been notified and contract revisions in process. 2 sites will not participate in extension (Beydoun and Drucker) <br> • Budget impact is under evaluation – complete in November. |
| PARD | During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity was detected in the lot of bulk drug used in M99-114 clinical capsules. | This issue has been reviewed with PARD, Toxicology, Regulatory and Venture Management. To date, the impurity has been detected at a level of 0.2% and efforts are underway to identify. A follow-up meeting is scheduled for November. |
| SPD | Team has recommended implementation of the Mitsunobu chemistry change in step 4 of the synthetic process to eliminate the risk of mesylate impurity, which is potentially mutagenic. | PARD Analytical is completing analysis of lab-scale batch and intermediates to assure there are no new impurities to be found. <br> Plans are to manufacture a single production-scale lot in early-2001 with available raw materials, and to wait on the second and third NDA lots until after the Go / No Go decision. |
| NPD | High dropout rate in Phase IIb clinical due to AEs is a significant concern from a commercial perspective if it is indicative of tolerability to be expected in target patient population. Problems with tolerability will be particularly troublesome if pregabalin's tolerability is good; recent pregabalin data in neuropathic pain looks promising with low dropout rate. (APS abstract, Oct 2000) | Recommend continuation of current trial to allow for complete analysis of findings with originally projected power despite delay in timelines. Potential re-positioning of ABT-594 into another market segment, such as opioid-sparing regimens, are under evaluation; this may allow for a commercially viable product. |
| Toxicology | 6-month rat study finding may suggest future possible occurance of hepatocellular neoplasms in long term toxicology studies. | No adenomas have been found in the study. The in-life phase of the 2-year carcinogenicity study is complete and preliminary data on tumor findings should be available 1Q2001. |

2 of 7

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004449
HIGHLY CONFIDENTIAL

October 2000
ABT-594 Project Status Report

## Key Issues/Decisions/Events

| Area | Issue/Decision/Event | Progress |
|---|---|---|
| Patent | Follow-on compounds discovered using human recombinant nAChR proprietary technology present increased risk. | Efforts initiated in March, 1999 to negotiate with SIBIA for the rights to use the human recombinant neuronal nicotinic receptor constructs as a screening tool have been terminated due to subsequent exclusive licensing for a period of three years of this technology by SIBIA to Eli Lilly. Merck has subsequently assumed control of SIBIA. To minimize risk associated with the use of the human clonal cell lines, Abbott has initiated a strategy of using only human subtype combinations not currently covered by existing issued US patents. Also, Abbott has initiated a strategy to concurrently pursue the cloning and expression of non-human nAChRs that fall outside the scope of SIBIA's patent estate.

Cloning of the ferret α4, α3, β2, and β4 sub-units is proceeding. Current results suggest that the homology between ferret and human is higher than between rat and human, and is >90% in the highly conserved membrane spanning and ligand binding domains, but that overall homology will likely be less than 90%. It is anticipated that the first of the ferret nAChR subtypes (α4β2) will be completed by 1Q/00.

To expand compound libraries and identify novel structural classes, Abbott has partnered with Neurosearch.

First joint research council meeting with Neurosearch held 1/31-2/1/00. One compound identified that appears to be 4-fold better based on Chung model vs. emesis model.

Evaluating potential anti-depressant compound from this class. |

3 of 7

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004450
HIGHLY CONFIDENTIAL

October 2000
ABT-594 Project Status Report

## Project Cost Summary – October

| $000's Activity | Cumulative through 1999 | YTD Actual | Projected Year-end | Current Funded Year-end | Variance | Cumulative to NDA |
|---|---|---|---|---|---|---|
| Clinical Program | 22.9 | 6.2 | 7.1 | 7.9 | .8 | 157.1 |
| CMC (PARD & SPD) | 13.0 | 2.7 | 3.1 | 2.6 | -.5 | 27.6 |
| Drug Safety | 8.7 | 2.6 | 3.2 | 2.4 | -.8 | 18.3 |
| Other Support Costs | 0.7 | .4 | 1.0 | 1.5 | .5 | 12.2 |
| Total | 50.5 | 11.9 | 14.4 | 14.4 | 0.0 | 215.2 |

File NDA = 5/2003

## Clinical Study Progress

| Protocol # - Study Name | Start (1st Patient Dosed) | End (Last CRF In House) | Total R/OSS $000 | Total Target Patients | Current Enrollment |
|---|---|---|---|---|---|
| M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy | 04/00 | 04/01 | 3,000 | 320 | 206 (as of 10/31) |

4 of 7

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004451
HIGHLY CONFIDENTIAL

October 2000
# ABT-594 Project Status Report

## Business Rationale

Date: October 2000
Franchise: Neuroscience
Venture: Analgesia

ABT #:
Trade & Generic Name: ABT-594 / TBD, TBD
Mechanism of Action: Cholinergic Channel Modulator (ChCM)

Indications: Neuropathic Pain, Chronic Pain (publication only)

### Product Profile

| Attribute | Date Defined | Probability* | Confirm Status | Share Impact |
|---|---|---|---|---|
| Not scheduled | 12/1996 | High | 1Q04 | High |
| Chronic nociceptive pain efficacy | 10/1999 | Medium | 2001 | High |
| Neuropathic pain claim | 6/1999 | Medium | 2001 | High |
| General pain claim Moderate to moderately severe pain | 12/1996 | N/A | N/A | High |
| No tolerance/dependence or withdrawal | 9/1998 | Medium | 1Q03 | High |
| Very low abnormal LFTs | 9/1998 | High | 2001 | High |
| Low nausea/vomiting at effective dose | 6/1999 | Medium | 2001 | High |
| Other safety OK | 9/1998 | Medium | 2001/1Q03 | High |
| No differential efficacy (nicotine users vs. non users) | 9/1998 | High | 2001/1Q03 | High |
| No differential side effect profile (nicotine users vs. non users) | 9/1998 | Medium | 2001/1Q03 | Medium |
| No reinitiation of cravings in ex-nicotine users | 9/1998 | N/A | N/A | Medium |
| Onset of action comparable to other therapies for chronic nociceptive pain | 6/1999 | Low | 4Q01 | Medium |
| Onset of action comparable to other therapies for neuropathic pain | 6/1999 | N/A | N/A | Medium |
| BID dosing | 6/1999 | High | 2001 | High |
| No major drug interactions | 12/1996 | High | 1Q03 | Medium |
| Titration of 2-5 days duration is required to minimize nausea and vomiting at effective dose. | 9/1999 | Medium | 1Q00 | High |

### Market Forecast

| | PPC/DDC 12/1996* | Plan as of 6/1998* | Current Revised 10/1999** |
|---|---|---|---|
| Patent Status: | 10/2010 (est.) | 10/2016 (est.) | 10/2016 (est.) |
| NDA Filing: | 12/1999 (acute) 6/2001 (chronic) | 12/2001 | 9/2001 |
| Ex-U.S. Filings: | Same as above – Eur N/A - Jpn | 12/2001 - Eur 12/2003 - Jpn | 9/2003 |
| Projected U.S. Launch: | 12/2001 (acute) 12/2001 (chronic) | 6/2003 | 9/2004 |
| Projected ex-U.S. Launches: | Same as above – Eur N/A - Jpn | 12/2003 - Eur 9/20/2004 - Jpn | Q2 2005 ("average" launch for EU, LA, Canada) Q4 2005 (Average launch for Japan, PAA) |
| Peak TRx Share, U.S.: | 6.6% (patients) | 5% (Rx) | 20% (Neuropathic pain) 10% (Persistent Chronic Pain) |
| Peak TRx Share, ex-U.S.: | 5.4% (patients) | 5% (patients) | same as US assumptions |
| Peak Sales, U.S.: ($MM) | $285 | $616 | $367 |
| Peak Sales, ex-U.S.: ($MM) | $308 | $310 | $466 |
| Pre-Tax NPV @ 15%, ex-U.S.: ($MM) | $338 | $305 | $359 |
| After-Tax NPV @ 12.5%, U.S.: ($MM) | $412 | $613 | $286 |
| Avg. daily dose | 50 mg | 200 mcg | 150 mcg |
| Target Drug Costing at Launch | $2,500 | $2,500 | $40,000 (base eq.) |
| SAM at Launch | 94.8% | 97.2% | 98.5% |
| SAM at Year 5 | | | |

\* Forecast based on general pain target indication
\*\* Forecast based on neuropathic pain indication and published study in chronic pain

5 of 7

* Probability Key:
High = 70-100%
Medium = 30-69%
Low = 0-29%

HIGHLY CONFIDENTIAL— FOR INTERNAL USE ONLY.
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004452
HIGHLY CONFIDENTIAL

October 2000
ABT-594 Project Status Report

## Project Overview

**Metrics Dates**

| Description | Date |
|---|---|
| DDC Meeting | 12/1996 (PPCC) |
| Start of first GLP animal tox study | 2/1997 |
| First dose in human (beg. Phase I) | 7/1997 |
| First dose in patient (beg. Phase II) | 7/1998 |
| First dose in Phase III | 2/2002 (est.) |
| Last Patient/Last Visit | 4/2003 (est.) |
| NDA Filing | 9/2003 (est.) |
| NDA Approval | 9/2004 (est.) |
| Europe (EMEA) Filing | 9/2003 (est.) |
| Europe (EMEA) Approval | TBD |
| Japan Filing | 4/2004 (est.) |
| Japan Approval | TBD |

**PARD**

| Activity | Plan 6/1999 | Current Revised 6/00 | Actual |
|---|---|---|---|
| Phase I Formulation (PIB)* | 6/1997 | 7/1997 | 7/1997 |
| Clinical Supplies (PIB) for Molar Extraction | 7/1997 | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 | 10/1998 |
| Phase IIb Formulation (HGC) for Bio Study | 3/1999 | 3/1999 | 3/1999 |
| Phase IIb Clinical Supplies Manufactured | 9/1999 | 6/2001 | TBD |
| NDA Lots (3) Completed | 6/2000 | 12/2001 | TBD |
| Completion of 1 Year Stability for NDA | 7/2001 | 2/2003 | TBD |
| Formulation Peer Review | 10/2001 | TBD | TBD |

*Performed by IDC

**Toxicology**

| Toxicology Activity | Plan Start Date 1999 | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 2/1997 | 9/1996 | 8/1997 |
| Acute Studies | 3/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 6/1997 | 10/1998 |
| 3 Month Mouse MTD | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG II | 10/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post natal development) | - | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 3/2000 |
| Carcinogenicity (2 yr.) Rat | 12/1998 | 9/1998 | Ongoing |
| Carcinogenicity (2 yr.) Mouse | 12/1998 | 11/1998 | Ongoing |

**SPD**

| Drug Substance Source/Lot # | KG | Plan 6/1999 | Actual Date | Plan 6/1999 Projected Cost/kg* |
|---|---|---|---|---|
| D-43L | 0.3 KG | 3/1997 | 3/1997 | $ 200,000 |
| CAPD | 5.6 KG | 3/1997 | 3/1997 | $ 175,000 |
| SICCR | 14.9 KG | 2/1998 | 2/1998 | $ 40,000 |
| SICCR/CAPD | 2.5 KG | 8/1998 | 8/1998 | $ 40,000 |
| Chemsyn Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $ 29,700 |
| Chemsyn Mfg. Lot | 10.0 KG | 10/1999 | Not manufactured | $ 29,700 |
| Chemsyn NDA Lot #1 | 4.85 KG | 10/1999 | On Test | $ 29,700 |
| Chemsyn NDA Lot #2 | 4.60 KG | 10/1999 | On Test | $ 29,700 |
| Chemsyn NDA Lot #3 | 5.45 KG | 10/1999 | On Test | $ 29,700 |

* Target cost of drug substance at launch is $20,000/kg (Tosylate Salt)

HIGHLY CONFIDENTIAL -- FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004453
HIGHLY CONFIDENTIAL

October 2000
ABT-594 Project Status Report

## Clinical Study Progress

| | |
|---|---|
| Protocol: | M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy |
| Objective: | The objective of this study is to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy. |
| ABT-594 Doses: | 150 µg, 225 µg, and 300 µg twice daily (BID) |
| Comparator Doses: | Placebo |
| Target Enrollment: | 320 |
| Target Cost: | $3 MM |
| Actual Cost: | TBD |
| Status: | Ongoing – 206 patients randomized as of 10/31 |
| Major Findings: | TBD |

D47\LWP\SR\Oct. 2000\ABT-594 October 2000 MPSR.doc

7 of 7

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABT 0004454
HIGHLY CONFIDENTIAL

# Collicott Deposition Exhibit 16

# P's Exhibit DD



**Marilyn J**
**Collicott /LAKE/PPRD/ABBO**
**TT**

10/09/2000 01:14 PM

To    Susan E Nunn/LAKE/PPRD/ABBOTT@ABBOTT, Amy M
      Hansen/LAKE/PPRD/ABBOTT@ABBOTT, James W
      Thomas/LAKE/PPRD/ABBOTT@ABBOTT, Raymond A
      Morales/LAKE/PPRD/ABBOTT@ABBOTT, Joen M
      Perri/LAKE/PPRD/ABBOTT, Michael K
      Biernesen/LAKE/PPRD/ABBOTT

cc

bcc

Subject   M99-114

Since we don't have a Phase IIB meeting scheduled for this afternoon I'm sending the investigator
tracking list that I normally would distribute. It is current as of 10/06/00. Otherwise, there is no new news
on either trial.................mc

Investigator tracking.x

onfidential

EXHIBIT
Collicott
16
9-27-06

tabbies

ABBT237155

## M99-114 INVESTIGATOR LIST

| Investigator Last Name | Inv. # | State | Coordinator | Phone # | Total Screened as of 10/06 | Total Randomized as of 10/04 11:18 | Early Terms as of 10/06 12:35 | Completed Subjects as of 10/03 12:13 | CRFs in |
|---|---|---|---|---|---|---|---|---|---|
| Backonja | 14272 | WI | Christy Wessler | (608) 263-0170 | 1 | | 1 | | |
| Baumel (A) | 7379 | FL | Alfonso Moreno | (305) 865-0063 | 10 | 10 | 4 | 1 | 2 |
| Baumel (B) | 7379 | FL | Janella Crasto | (561) 368-1123 | | | | | |
| Bilon | 7396 | AR | Donna Hemphill | (501) 227-5061 | 13 | 5 | | | |
| Bromberg | 15844 | UT | Delite Forshew | (801) 585-6051 | 22 | 13 | 4 | 8 | 8 |
| DeBold | 15866 | MN | Diane Whipple | (952) 993-2739 | 12 | 8 | 2 | 5 | 8 |
| Drucker | 15843 | FL | Ginger Pfeiffer | (727) 725-6131 | 5 | 4 | 3 | | 3 |
| Eisner | 15890 | FL | Maggie Szymczak | (954) 720-1899 | 11 | 1 | 1 | | 1 |
| Forde (f) | 15842 | NY | Michael Belotto | (518) 486-6506 | 2 | 1 | 1 | | 1 |
| Fried | 12999 | RI | Thomas Ricci | (401) 467-7780 | 14 | 9 | 3 | 4 | 8 |
| Gibson | 15841 | AR | Kathy Burke | (501) 227-7499 | 15 | 8 | 3 | 1 | 1 |
| Gleeson | 15840 | NM | Mona Chaney | (505) 262-7650 | 9 | 7 | 3 | 3 | 7 |
| Haag | 15839 | MA | Celeste Silva | (413) 794-7232 | 8 | 6 | 4 | 1 | |
| Hewitt | 14345 | GA | Ellen McKinzie | (404) 778-3176 | 6 | 5 | 1 | 1 | 2 |
| Holmlund | 15838 | NY | Marla Caserta | (716) 887-4793 | 11 | 5 | 3 | 2 | |
| Kalka – A | 12497 | PA | Donna Cole | (814) 693-0300 | 12 | 5 | 1 | | |
| Kalka – B | 12497 | PA | Sherry Minor | (814) 943-3668 | | | | | |
| Kipnes | 15062 | TX | Lisa Unda | (210) 615-5565 | 21 | 15 | 5 | 6 | 4 |
| Kirby | 9576 | AZ | Stephanie Marshall | (623) 815-9714 | 13 | 8 | 1 | | 2 |
| Kluge (f) | 13435 | FL | Joann Strados | (941) 936-4421 | 21 | 8 | 2 | 3 | 5 |
| McGill (f) | 15837 | MO | Katherine Anderson | (314) 362-1404 | 16 | 8 | 1 | 2 | |
| Rowbotham | 14348 | CA | Jessica McCoy | (415) 885-7899 | 12 | 3 | 1 | 2 | 3 |
| Shaibani | 16334 | TX | George Masoulian | (713) 795-0033 | 16 | 5 | | | |
| Simmons | 15836 | PA | Kathleen Hey | (717) 531-8694 | 4 | 3 | 2 | | 1 |
| Singer | 16230 | FL | Marcy Novaro | (954) 433-5785 | 16 | 10 | 4 | | |
| Sivakumar | 15833 | AZ | Sandra Somers | (602) 287-8026 | 11 | 7 | 2 | 4 | 4 |
| Steel | 15923 | NC | Margo Stock | (252) 752-4848 | 9 | 8 | 6 | 2 | 2 |
| Storey | 14349 | NY | Paula Leva | (518) 438-0922 | 17 | 9 | 3 | 1 | 3 |
| Suri | 16269 | CA | Kuldip Thusu | (559) 595-1861 | 4 | 3 | | | |
| Vinik | 15834 | VA | Polly Morgan | (757) 446-5912 | 14 | 8 | | | |
| Weinstein | 13033 | CA | Julie Vigil | (925) 930-7267 | 21 | 8 | 4 | 2 | 3 |
| | | | | | 346 | 185 | 64 | 46 | 64 |

Screen Failure Rate:     53%
Early Termination Rate:   35%
Completion Rate:          26%

[FILE]                              [PAGE]                              [DATE][TIME]

Confidential                                                            ABBT237156

Screen Tracking

Confidential

ABBT237157

ABBT237158

## M99-114 Early Terminations

| Investigator | Subject # | Age | Days on Study Drug | Reason for Termination | Comments |
|---|---|---|---|---|---|
| Baumel | 4146 | 85 | 1 | AE | nausea, etc. |
| | 4146 | 76 | 10 | AE | dizziness, weakness, heart palpitations, headaches, blurred vision |
| | 4147 | 85 | 11 | AE | dizziness, weakness, sweating, blurred vision, heartburn, headache |
| Bromberg | 4113 | 59 | 10 | AE | nausea, etc. |
| | 4115 | 45 | 5 | AE | nausea, etc. |
| | 4117 | 50 | 7 | AE | nausea, etc. |
| | 4118 | 49 | 10 | AE | dizziness, vomiting, nausea |
| Oldfield | 4051 | 71 | 8 | AE | nausea, etc. |
| | 4053 | 52 | 49 | SAE | chronic bronchiectasis |
| | 4056 | 75 | 15 | AE | bld measurement since BP1, tru did bleeding & constipation, decr urine stream since 8/26 |
| Crocker | 4001 | 72 | 3.5 | AE | joint pain in lower extremities |
| | 4002 | 71 | 3 | SAE | palpitations |
| | 4003 | 78 | 0.5 | AE | blurry vision |
| Elmer | 4241 | 80 | 1 | AE | nausea, etc (went to ER) |
| Foote | 4321 | 87 | 6 | AE | (d during chemo/toxicity) |
| Frost | 4063 | 86 | 14 | SAE | syncopal episode related to historical arrest Bs (admitted to hospital 8/30) |
| | 4067 | 74 | 4 | AE | diarrhea, GI upset, fatigue, light-headedness/patient took every dose following a meal |
| Gibson | 4264 | 73 | 1.5 | SAE | malaise |
| | 4164 | 51 | 1 | AE | dizziness, disorientation |
| Gleeson | 4165 | 51 | | | |
| | 4167 | 70 | | | |
| Haag | 4337 | 43 | 5.5 | AE | dizziness - 2hrs post-dose x 10 episodes |
| | 4340 | 72 | 5 | AE | difficulty falling asleep, awakening more frequently |
| Hellrung | 4185 | 53 | 7 | AE | worsening fatigue, muscle pain |
| | 4186 | 80 | 7 | AE | nausea, vomiting |
| | 4187 | 62 | 4 | SAE | chest pain |
| Katka | 4417 | 74 | 6 | AE | nausea, vomiting |
| | CMW | | 7 | AE | ear pain, insomnia, increased BP, heart palpitations, tingling |
| Keyes | 4066 | 64 | 3.5 | AE | nausea |
| | 4068 | 56 | 25 | AE | nausea |
| | 4070 | 46 | 10 | SAE | |
| | 4072 | 79 | 7 | AE | nausea, etc. |
| | 4075 | 74 | 2 | AE | severe nausea, sleepiness |
| Kirby | 4176 | 82 | 9 | AE | backache |
| Kluge | 4131 | 70 | 0.5 | AE | nausea, etc. |
| | 4132 | 89 | 6.5 | SAE | high blood glucose and chest pain due to GI problems (hospitalized 8/5-8/10) |
| McGill | 4387 | 86 | 7 | AE | nightmares, insomnia, nausea |
| Shearers | 4273 | 58 | 11 | AE | GI sx, cognitive dysfunction, unusual dreams, bad taste in mouth, headache, bodyache |
| | 4272 | 69 | 3 | AE | vomiting, nausea, headache, vivid dreams, chills, etc. |
| Singer | 4463 | 57 | | | |
| Sostkamp | 4408 | 68 | 8 | AE | vomiting |
| | 4309 | 59 | 2.5 | AE | nausea, etc. |
| Steel | 4338 | 90 | 22 | AE | light-headed, dizzy |
| | 4210 | 73 | 8 | AE | vomiting |
| | 4215 | 80 | 10 | AE | severe nausea |
| Stoltky | 4018 | 82 | | | |
| | 4006 | 70 | 6.5 | AE | nausea, etc. |
| | 4100 | 56 | 3 | AE | nightmares |
| | 4102 | 69 | | | |
| Veltkamp | 4020 | 73 | | | |
| | 4021 | 85 | 13 | AE | coughing, sore throat, cold sx (went to ER) |
| | 4024 | 63 | | | |



M99-114 Early Terminations

ABBT237159

Confidential

# Collicott Deposition Exhibit 18


# D's Exhibit GL

*CONFIDENTIAL*

# ABT-594

## Descriptive Memorandum

*November 2000*

## Abbott Laboratories

Highly Confidential



EXHIBIT
Collicott
18
9-27-06

ABBT144600.UR

### ABT-594 Opportunity Overview

ABT-594 is a non-opioid, non-NSAID analgesic that is a potent and selective neuronal nicotinic receptor (NNR) agonist being studied for the treatment of pain. ABT-594 is 30 to 100-fold more potent and equally efficacious to morphine in several well-characterized animal models of pain. The preclinical side effect and dependency liability profile of ABT-594 is superior to that of morphine.

ABT-594 is orally administered, and BID dosing is expected. Its initial targeted indication is symptomatic treatment of diabetic neuropathic pain. It is covered by a composition of matter patent through June of 2016, and also has a use patent pending in analgesia that would provide protection through September of 2017.

The IND filing of ABT-594 was in December 1998. A Phase IIb (dose ranging) trial began April 2000 in diabetic neuropathic pain. A Go/No Go decision for clinical efficacy is expected June 2001. The NDA filing is expected in 3Q2003. Development of additional formulations is under consideration (parenteral, transdermal, extended-release). Peak sales of ABT-594 are projected to reach over $420MM in the US and $362MM ex-US by 2008.

U.S. sales in 1999 for the key neuropathic pain treatments, Neurontin, carbamazepine, and tricyclic antidepressants (TCAs), are estimated to be $350 million. Neurontin sales account for the bulk of this, with an estimated 40% of this antiepileptic drug's sales being for neuropathic pain. Neurontin's 2000 sales are expected to reach $1 billion with perhaps 50% of its use in neuropathic pain. This dollar market value likely underestimates this market's potential due to a number of factors. Only the anticonvulsant, Tegretol (carbamazepine), currently off patent, and Lidoderm, a lidocaine patch, have specific indications for a type of neuropathic pain (trigeminal neuralgia and post-herpetic neuralgia, respectively) in the U.S. Outside the U.S., Neurontin recently received an indication in the U.K. for the treatment of neuropathic pain. Despite these opportunities, there has been little to no funding from the pharmaceutical industry to improve diagnosis and treatment of neuropathic pain and drive market growth. Of even greater impact on total market sales, most of the agents used to treat this population, with this exception of Neurontin, are low-cost, generic products.

Ex-U.S. sales of carbamazepine and Neurontin for treatment of neuropathic pain are estimated to be approximately $140MM in 1999. Carbamazepine is still the treatment of choice ex-U.S., with estimated sales of approximately $90MM in neuropathic pain. Neurontin has achieved only $53MM in sales for this pain segment, with a price approximately 3-4 times that of carbamazepine, suggesting a patient share of only 10-20%.

Nociceptive pain is categorized by duration (acute or chronic) and by severity (mild, moderate, and severe). The mild and, to a lesser extent, moderate segments have multiple product entries and are generally well satisfied by OTC products such as aspirin, acetaminophen and ibuprofen. The prescription market for nociceptive pain is made up of four key classes of analgesics: NSAIDs, COX-2s, Opioids (and combination products), and Other Non-Opioids. In 1999, sales for these four classes of analgesics exceeded $12BB ($6.7BB U.S., $5.6BB Ex-U.S.)

Highly Confidential                                                    ABBT144601.UR

*Market Size / Prevalence*

Pain is the most common symptom of disease and the most frequent complaint with which patients present to physicians. Chronic pain, including both neuropathic and nociceptive pain, is considered to be the single most common cause of suffering and disability in the industrialized world with an estimated 25-30% of the population experiencing some form of chronic pain.

Neuropathic pain is a frequent sequela of diabetes, cancer, AIDS and other viral infections, as well as entrapment neuropathies such as carpal tunnel syndrome. Diabetes and its associated complications are increasing at an alarming rate in the United States. Despite advances in treatment, the development of diabetic complications such as neuropathy remains significant. The diagnosed prevalence of diabetic neuropathy is estimated to be about 2 to 3 million patients, with at least 10 to 20% of those patients experiencing painful symptoms (~200,000 to 600,000.) AIDS-related neuropathic pain is estimated to affect approximately 40% of HIV-infected individuals (~14 million.) Post-herpetic neuralgia (PHN) is another virally induced neuropathic pain syndrome. Annually, acute herpes zoster infection (shingles) occurs in almost a quarter of a million people over the age of 60 in the U.S. alone. Pain lasting more than one year has been reported in 22% of patients over the age of 55 and in 48% of those over 70 years of age. In cancer, nerves can be damaged by mechanical distortion from a tumor mass, infiltration by tumor, chemotherapy, or radiation therapy and, therefore, neuropathic pain is common. An estimate of the prevalence rate for cancer-related neuropathic pain in the U.S. is 200,000 people.

Chronic nociceptive pain categories include osteoarthritis (OA), chronic back and neck pain, rheumatoid arthritis (RA), and cancer pain. These diagnoses are expected to become more prevalent as the population ages. Current overall prevalence for these disorders is staggering (over 200 million worldwide) and, although the diagnosed and treated populations are lower, improved treatment options and awareness have the potential to drive significant growth. OA is one of the most common nociceptive pain conditions treated by primary care physicians and three-fourths of OA sufferers surveyed indicate that the disease interferes with their daily activities. Chronic back and neck pain are also highly prevalent and represent an estimated 40% of a primary care physician's (PCP's) chronic pain patient population.

Highly Confidential                                                                    ABBT144602.UR

*Competition, Current Marketed Products:*

The following tables show the factored U.S. and ex-U.S. prescription and sales volume for key neuropathic pain therapies in 1999.

| 1999 Key Neuropathic Pain Products, Estimated TRxs | | | | |
|---|---|---|---|---|
| Product/Class | 1999 U.S. TRx (MM) | U.S. TRx CAGR '97-'99 | 1999 ex-U.S. TRx (MM) | ex-U.S. TRx CAGR '97-'99 |
| Neurontin | 3.3 | 26.3% | N/A | N/A |
| carbamazepine | 1.0 | 12.6% | N/A | N/A |
| TCAs | 8.2 | 1.1% | N/A | N/A |
| TOTAL | 12.5 | 5.6% | N/A | N/A |

Source: IMS, factored for neuropathic uses.

N/A = not available

| 1999 Key Neuropathic Pain Products, Estimated $ Sales | | | | |
|---|---|---|---|---|
| Product/Class | 1999 U.S. Sales ($MM) | U.S. Sales CAGR '97-'99 | 1999 ex-U.S. Sales ($MM) | ex-U.S. Sales CAGR '97-'99 |
| Neurontin | $308 | 28.7% | $53 | 57.6% |
| carbamazepine | $17 | 13.1% | $87 | 2.5% |
| TCAs | $26 | -3.3% | N/A | N/A |
| TOTAL | $351 | 21.7% | $140 | 10.1% |

Source: IMS, factored for neuropathic uses; Ex-U.S. data includes retail pharmacy data from all audited markets

N/A = not available

*Competition, Products in Development*

Almost 100 compounds are currently in development for prescription pain management, though some of these compounds are also being developed for non-analgesic indications. Most of the analgesic compounds in the pipeline represent incremental improvements over the opioids or NSAIDs, or consist of new formulations or delivery mechanisms for the standard analgesics. Fewer than 30% of the compounds in development have novel mechanisms of action. Drugs with novel mechanisms are expected to provide the bulk of promoted competition for ABT-594.

In addition to the novel analgesics in the table below, a number of new formulation and combination products, most often containing an opioid, are in development. Second generation COX-2s are also in development but are not likely to represent major breakthroughs on the scale of the first generation products.

~0028757.doc    **CONFIDENTIAL**    Page 8

Highly Confidential    ABBT144603.UR

| Analgesia Development Pipeline – Key Novel Agents | | | | |
|---|---|---|---|---|
| Product | Company | Mechanism | Phase | Comments |
| pregabalin | Pfizer | Unknown; possibly through α2 subunit binding | III | Neuropathic pain; chronic pain, follow-up to Neurontin |
| saredutant | Sanofi | NK-2 receptor antagonist | II | General pain; MOA losing favor; active program |
| ZD4952, ZD 6416 | Zeneca | Prostaglandin receptor antagonist | II | Moderate to severe pain, neurogenic pain |
| GV196771 | Glaxo | Glycine antagonist | II | Chronic pain; showing promise |
| Tepoxalin | Johnson & Johnson | COX/5-LO inhibitor | II | OA, described as 'steroid replacing anti-inflammatory drug' |
| darbufelone | Parke-Davis | COX/5-LO inhibitor | II | General pain |
| 117mSn DTPA | Brookhaven National Lab/Diatide | Unknown | II | Cancer pain<br><br>Bone cancer (preclinical) |
| cizolirtine | Esteve | Substance P agonist | II | Analgesia, antipyretic |
| ADD 234037/ harkoseride | Houston University | Glycine NMDA associated antagonist | II | Neurogenic pain |
| LY303870/ lanepitant | Eli Lilly | Neurokinin 1 antagonist | II | Pain (migraine – discontinued) |
| colykade devacade | Merck | Cholecystokinin B antagonists | II | Pain (UK) |
| RPR 100893 dapitant | Aventis | Neurokinin 1 antagonist | II | Pain (France) |
| prosaptide TX14A | Myelos Neurosciences | Unknown | I/II | Diabetic neuropathies, Pain |
| CNS 5161 | Cambridge NeuroScience | Glutamate antagonist, NMDA receptor antagonist | I | Neurogenic pain |
| HCT-3012 | NicOx | Nitric oxide NSAID | I | Pain and inflammation |
| Sources: ADIS, IMS, Decision Resources, company reports | | | | |

Highly Confidential      ABBT144604.UR

| Analgesia Development Pipeline – Nicotinic Mechanisms | | | |
|---|---|---|---|
| **Product** | **Company** | **Phase** | **Comments** |
| GTS-21 | Taisho | II | Target is Alzheimer's disease; may have preclinical pain program; looking for partner |
| CMI 980 | Cytomed | Preclinical | Target is pain; epibatidine analog |
| SIB-T1887 | Sibia | Preclinical | Target is pain |
| FID 072021 | Fidia | Preclinical | Target is pain; not actively funding |
| Sources: ADIS, IMS, company reports | | | |

## Unmet Needs

In general, a significant unmet need exists for safer, non-abusable, non-addicting, non-tolerance-producing, and non-scheduled efficacious oral and parenteral analgesic products for the treatment of moderate to severe neuropathic and chronic nociceptive pain.

| Unmet Market Needs and the Impact of the Pipeline | |
|---|---|
| **Unmet Need** | **Pipeline Impact** |
| Efficacy in moderate to severe pain without tolerance, dependence or abuse potential | Novel nicotinic agents like ABT-594 may provide efficacy in more severe pain states without opioid-like liabilities. |
| Efficacy in neuropathic pain | Pregabalin may provide incremental improvement in neuropathic pain efficacy over gabapentin, but may also have increased frequency of adverse events. Novel nicotinic agents like ABT-594 appear to have efficacy in neuropathic pain, based on animal models. |
| Reduction in the GI bleeding risk of NSAIDs | COX-2 inhibitors appear to reduce the incidence and severity of GI ulcers and bleeding; second generation COX-2s may increase therapeutic window further; ABT-594 may need to demonstrate low G.I. complication rate. |
| Overcome ceiling effect of NSAIDs | Preclinical studies did not indicate a ceiling effect for novel nicotinic agents like ABT-594. |
| Extended dosage intervals or novel delivery mechanisms for improved compliance and convenience | Once weekly dosing formulations being explored for COX-2s, etc. Transdermal patch technology improvements likely; may need to provide line-extension / alternate formulations for ABT-594. |
| Therapies aimed at disease modification, prevention | Agents that decrease rate of diabetic complications (e.g., aldose reductase inhibitors) or directly treat neuropathy (bimoclomol) may decrease incidence of neuropathic pain; thereby decreasing available market for ABT-594. |

Highly Confidential        ABBT144605.UR

*Product / Development Background*

*Scientific Rationale for ABT-594*

Recent findings in the understanding of pain mechanisms have led to new conceptual approaches to clinical pain and a new understanding of potential novel molecular targets for analgesic drug development.  Molecular targets have included modulators of glutamate neurotransmission (NMDA antagonists), ion channel modulators (neuron specific calcium channels, TTX-resistant sodium channels), neurokinin antagonists (NK-1), and novel anti-epileptics targeting the calcium receptor.  None of these approaches has yet produced compounds exhibiting broad-spectrum analgesic efficacy with decreased side effect liability.

ABT-594 is a non-opioid, non-NSAID analgesic that is 30- to 100-fold more potent and equally efficacious to morphine in treating moderate to severe pain in several well-characterized animal models of pain.  The preclinical side effect and dependence liability profile of ABT-594 is superior to that of morphine.  Mechanistically, ABT-594 is a potent and selective neuronal nicotinic receptor (NNR) agonist with high oral bioavailability in rat, dog, and monkey.

In pre-clinical studies, ABT-594 rapidly distributes to the brain following systemic administration and, like morphine, can work at multiple levels in the central and peripheral nervous system to modulate pain perception.  ABT-594 produces antinociceptive effects by interacting at both central and peripheral nAChRs.  Injections of ABT-594 into brain at doses 1000-fold lower than given peripherally produce marked antinociceptive activity, indicating that ABT-594 can also activate descending pathways from the CNS to modulate pain processing.  It also inhibits the release of the primary nociceptive transmitters, substance P and calcitonin gene related peptide (CGRP) *in vitro*, at the level of the dorsal horn of the spinal cord suggesting that ABT-594 can attenuate mechanisms leading to neurogenic inflammation, central sensitization and consolidation of pain-mediated neuronal changes.

ABT-594 is expected to be a highly differentiated product.  It is expected to be the first neuronal nicotinic receptor agonist to receive an indication for pain.  It has a novel mechanism of action and a potentially broad coverage of chronic pain conditions.  In addition, it has an opioid-like efficacy without tolerance, dependence or abuse potential, while having equivalent/superior efficacy to other drugs used to treat neuropathic pain.

*Clinical Studies*

Human clinical trials began in 1997.  Phase I trials with an oral solution formulation indicated that 150ug/day would be the maximum tolerated dose.  Results from subsequent phase I and phase II trials with soft elastic capsule (SEC) and hard gelatin capsule (HGC) suggest that higher doses would be tolerated.  Phase IIa studies with ABT-594 SEC formulation suggest a trend towards analgesic effect at 75ug BID.  ABT-594 was generally well tolerated in these studies.  The most common adverse events for subjects receiving ABT-594 75ug BID were nausea (15%), headache (13%), dizziness (7%), insomnia (6%), and vomiting (5%).

A phase IIb study for neuropathic pain at higher, titrated doses of ABT-594 began in April 2000 and ends in June 2001.  A total of 320 patients are anticipated to be included in the study.

Highly Confidential                                                    ABBT144606.UR

*Patent Status*

A notice of allowance has been obtained from the United States Patent and Trademark Office on an application providing composition of matter coverage for a large class of structurally related neuronal nicotinic receptor analogs, which encompasses ABT-594 (5246.U.S.) The original filing date for this application dates back to October 9, 1992. The expiration of patent coverage for composition of matter for ABT-594 under this patent is June 2016.

An additional application (6013.US.01) which includes a use claim for ABT-594 species in analgesia was filed in September 1997, with subsequent divisional filing of ABT-594 species composition of matter. Despite this later composition of matter filing for the species claim, it is likely that a "terminal disclaimer" will be necessary that dates the composition of matter claim back to the original genus patent (5246.U.S.) We have paid the issue fee for this patent on July 19, 2000, and are anticipating the patent to issue 90 - 120 days from that date. If this patent is allowed, it will provide 20 years from date of filing for the use of ABT-594 in analgesia, which will extend the patent life of ABT-594 to September 2017.

The original application providing generic composition of matter coverage was filed broadly ex-U.S. (WO94/08992) and this application published on April 28, 1994. A second foreign filing (WO96/40682) published on December 19, 1996. These cases are all still pending.

As additional information regarding potential uses for ABT 594 is gathered, applications to expand the scope of ABT 594's patent will be submitted. A task force consisting of members of NUDR, the Analgesia Venture, New Product Development, the Neuroscience Franchise, and the Abbott Patent Department will conduct periodic review of the patent.

## Considerations

Target Profile:

The current status of ABT-594's profile vs. target profile is summarized in the table below:

| Target Profile Attribute | Probability |
|---|---|
| Not scheduled (DEA) | High |
| Very few abnormal Liver Function Tests | High |
| Few Drug Interactions | High |
| BID / TID dosing | High |
| No reduced efficacy or increased AEs in nicotine users | High |
| Onset of action 1.5 – 2.0 hours | High |
| Neuropathic efficacy | Medium |
| No tolerance, dependence or withdrawal | Medium |
| Other safety OK | Medium |
| No cravings in ex-nicotine users | Medium |
| Low nausea / vomiting | Low |

Highly Confidential                                    ABBT144607.UR

*Label Strategy:*

> BASE: Indicated for the treatment of diabetic neuropathic pain.
>
> UPSIDE:     1) Treatment of pain associated with OA
>
> 2) Treatment of post-herpetic neuralgia
>
> 3) Treatment of neuropathic pain
>
> 4) Treatment of chronic pain
>
> 5) Treatment of cancer pain

*Cost of Goods Sold:*

The projected average daily dose is expected to be a maximum of approximately 600 mcg base equivalent / day. Based upon this dosage projection and the estimated cost of bulk drug substance of $40M per Kg base equivalent, the estimated cost for drug substance at launch will be approximately $0.024 per day.

*Pricing:*

US: Pricing new, and particularly novel, products at a reasonable premium will likely continue to be the norm in the years leading up to the launch of ABT-594. Current forecast assumptions put the price of ABT-594 at a level comparable to Celebrex and Neurontin, grown at a modest 2% per year to launch year AWP of approximately $95 for a 30 day prescription.

Ex-US: New pain medications must demonstrate a true advantage in efficacy and/or side effects to receive regulatory approval, especially by the European Medicines Evaluation Agency (EMEA); assuming the target efficacy and tolerability profile of ABT-594 is achieved, ABT-594 would meet this requirement. Because ABT-594 may have application in both neuropathic and chronic nociceptive pain, the ex-U.S. pricing assumption for ABT-594 is comparable to COX-2 pricing. The current average price for COX-2's is approximately $1.10 per day; however, this reflects a large percentage of sales in "free-pricing" countries, where COX-2s launched first, which tend to have higher than average prices. Therefore, the average ex-U.S. price for ABT-594 is assumed to be $0.90/day.

Highly Confidential

ABBT144608.UR

*Financial Projections*



ABT 594 Sales Forcast ($MM)

Key US forecast assumptions:

- First neuronal nicotinic receptor compound for pain to market
- Indicated for treatment of neuropathic pain; significant publication, or indication, from large scale trial on use in some form of chronic persistent nociceptive pain (e.g., OA) in 2006
- Efficacy greater than gabapentin in neuropathic pain and COX-2s in chronic nociceptive pain
- Good safety profile (no significant warnings or contraindications)
- Tolerability profile in line with other chronic pain products (CNS side effects improved over Neurontin and GI side effects improved over tramadol)
- No addictive potential
- Titration of 3-5 days
- Peak share 20% in neuropathic pain, 10% in chronic, persistent nociceptive pain (including off-label, 'spillover' prescriptions)
- Significant promotional and PR spend in early years
- Physician targets: D6-10 Neurologists, D3-10 Rheumatologists/Endocrinologists, D9-10 PCPs
- Sampling at 80% of details at launch, 5 units per detail, 7 days of therapy per unit
- Cost comparable to Neurontin and Celebrex
- Significant payor discounting
- Stocking at 8% of first year's sales
- Patent expires 12/2016

Additional Ex-US forecast assumptions:

- Same profile and peak share assumptions as U.S. forecast
- Price (ASP) = $0.90 per day, or $27 per 30 day Rx (comparable to COX-2 pricing)
- Average AI launch assumption is Q1 2005 to allow for additional regulatory filings (COFS and national filings in PAA and LA) and/or pricing negotiations (most markets in Europe) required in AI markets

Highly Confidential                                                                 ABBT144609.UR

Collicott Deposition Exhibit 22


P's Exhibit DU

December 2000
ABT-594 Project Status Report

## Key Issues/Decisions/Events

| Area | Issue/Decision/Event | Progress |
|---|---|---|
| Venture | Closing of enrollment on M99-114 as of January 5, 2001 | • Enrollment will be closed on this revised date.<br>• Timeline impact will be reviewed in January |
| PARD | During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity (designated as F') was detected in the lot of bulk drug used in M99-114 clinical capsules. Given the low exposure of M99-114 patients to F' and a lack of change in acute toxicity when this impurity was present in the drug substance, Toxicology does not view the presence of this impurity as a significant risk to these patients. However, further toxicology and pk testing of this impurity is necessary. Planned studies include Ames assay, in vitro micronucleus assay and bioavailability study | This issue has been reviewed with PARD, SPD, Toxicology, Regulatory and Venture Management. To date, the F' impurity has been detected at a level of 0.2% in the drug substance. Tentative identification including molecular structure has been made.<br><br>• Due to significant chemistry challenges, the delivery of impurity F' to PARD from SPD is delayed. New target date to be determined pending favorable results from current synthesis efforts.<br>• PARD Analytical will be testing the F' material to confirm identity and match to impurity found in drug substance lot: planned January 2001<br>• When testing is successfully completed, F' material will be tested for genotoxicity by Toxicology and/or bioavailability by Exploratory Kinetics |
| SPD | Team has recommended implementation of the Mitsunobu chemistry change in step 4 of the synthetic process to eliminate the risk of mesylate impurity, which is potentially mutagenic. | PARD Analytical is completing analysis of lab-scale batch and intermediates to assure there are no new impurities to be found.<br>Plans are to manufacture a single production-scale lot in early-2001 with available raw materials, and to wait on the second and third NDA lots until after the Go / No Go decision. |
| NPD | Portfolio analysis process is underway for ABT 594 and will impact budget allocation for 2001. A new forecast using updated NPD forecast model with clearly defined product profile and high and low case estimates is being developed and will be reviewed by core team prior to final conduct of portfolio prioritization. | ABT 594 portfolio team reviewed the forecasts and profile on 12/19/00. Final adjustments are in process, and will be completed no later than 1/15/01 (just prior to prioritization meeting). |
| Toxicology | 6-month rat study finding may suggest future possible occurrence of hepatocellular neoplasms in long-term toxicology studies. | No adenomas have been found in the study. The in-life phase of the 2-year carcinogenicity study is complete and preliminary data on tumor findings should be available 1Q2001. |

2 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

EXHIBIT
Collicott
22
9-27-06
tabbies

ABBT 0004460
HIGHLY CONFIDENTIAL

December 2000
ABT-594 Project Status Report

### Project Cost Summary – November

| $000's<br>Activity | Cumulative<br>through 1999 | YTD<br>Actual | Projected<br>Year-end | Current Funded<br>Year-end | Variance | Cumulative to<br>NDA |
|---|---|---|---|---|---|---|
| Clinical Program | 22.9 | 7.5 | 7.5 | 7.9 | .4 | 157.1 |
| CMC (PARD & SPD) | 13.0 | 2.9 | 2.9 | 2.6 | -.3 | 27.6 |
| Drug Safety | 8.7 | 3.4 | 3.4 | 2.4 | -1.0 | 18.3 |
| Other Support Costs | 0.7 | .5 | .5 | 1.5 | 1.0 | 12.2 |
| Total | 50.5 | 14.3 | 14.3 | 14.4 | .1 | 215.2 |

File NDA = 9/2003

### Clinical Study Progress

| Protocol # - Study Name | Start<br>(1st Patient Dosed) | End<br>(Last CRF In House) | Total R/OSS<br>$000 | Total Target<br>Patients | Current<br>Enrollment |
|---|---|---|---|---|---|
| M99-114 – A Randomized, Double-Blind, Placebo-Controlled<br>Comparison of the Safety and Efficacy of ABT-594 to<br>Placebo in Subjects with Painful Diabetic Polyneuropathy | 04/00 | 04/01 | 3,000 | 320 | 267<br>(As of 12/31) |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004461
HIGHLY CONFIDENTIAL

# December 2000
# ABT-594 Project Status Report

## Business Rationale

| | |
|---|---|
| Date: | November 2000 |
| Franchise: | Neuroscience |
| Venture: | Analgesia |

| | |
|---|---|
| ABT #: | |
| Trade & Generic Name: | ABT-594 / TBD, ebanicline tosylate |
| Mechanism of Action: | Neuronal Nicotinic Receptor (NNR) Agonist |

Indications: Neuropathic Pain / Chronic Pain (publication only)

### Product Profile

| Attribute | Date Defined | Probability* | Confirm Status | Share Impact |
|---|---|---|---|---|
| Not scheduled | 12/1996 | High | 1Q04 | High |
| Chronic nociceptive pain efficacy | 10/1999 | Medium | 2001 | High |
| Neuropathic pain claim | 6/1999 | Medium | 2001 | High |
| General pain claim; Moderate to moderately severe pain | 12/1996 | N/A | N/A | High |
| No tolerance/dependence or withdrawal | 9/1998 | Medium | 1Q03 | High |
| Very few abnormal LFTs | 9/1998 | High | 2001 | High |
| Low nausea/vomiting at effective dose | 6/1999 | Medium | 2001 | High |
| Other safety OK | 9/1998 | Medium | 2Q01/1Q03 | High |
| No differential efficacy (nicotine users vs. non users) | 9/1998 | High | 2Q01/1Q03 | High |
| No differential side effect profile (nicotine users vs. non users) | 9/1998 | Medium | 2Q01/1Q03 | Medium |
| No restitution of cravings in ex-nicotine users | 9/1998 | N/A | N/A | Medium |
| Onset of action comparable to other therapies for chronic nociceptive pain | 6/1999 | Low | 4Q01 | Medium |
| Onset of action comparable to other therapies for neuropathic pain | 6/1999 | N/A | N/A | Medium |
| BID dosing | 6/1999 | High | 2001 | High |
| No major drug interactions | 12/1996 | High | 1Q03 | Medium |
| Titration of 2-5 days duration is required to minimize nausea and vomiting at effective dose. | 9/1999 | Medium | 1Q00 | High |

* Probability Key:
High = 70-100%
Medium = 30-69%
Low = 0-29%

### Market Forecast

| | PPC/DDC 12/1998* | Plan as of 6/1998* | Current Revised 1/2001** |
|---|---|---|---|
| Patient Status: | 10/2010 (est.) | 10/2010 (est.) | 10/2016 (est.) |
| NDA Filing: | 12/1999 (acute) 6/2001 (chronic) | 12/2001 | 9/2003 |
| Ex-U.S. Filings: | Same as above – Eur N/A - Jpn | 12/2001 - Eur 12/2003 - Jpn | 9/2003 |
| Projected U.S. Launch: | 12/2001 (acute) 12/2002 (chronic) | 9/2003 | 9/2004 |
| Projected ex-U.S. Launches: | Same as above – Eur N/A - Jpn | 12/2003 - Eur 9/20/2004 - Jpn | Q2 2005 ("average" launch for EU, LA, Canada) Q4 2005 (Average launch for Japan, PAA) |
| Peak TRx Share, U.S.: | 6.6% (patients) | 5% (Rx) | 20% (Neuropathic pain) 5% (Persistent Chronic Pain) |
| Peak TRx Share, ex-US U.S.: | 5.4% (patients) | 5% (patients) | same as US assumptions |
| Peak Sales, U.S.: ($MM) | $285 | $618 | $339 |
| Peak Sales, ex-U.S.: ($MM) | $308 | $310 | $466 |
| Pre-Tax NPV @ 12.5%, ex-U.S.: ($MM) | $338 | $305 | $535 |
| After-Tax NPV @ 12.5%, U.S.: ($MM) | $412 | $813 | $316 |
| Avg. daily dose | 50 mg | 200 mg | 150 mcg |
| Target Drug Cost/kg at Launch | $2,500 | $2,500 | $40,000 (base ex.) |
| SMM at Launch (US) | 94.8% | 97.2% | 91.6% |
| SMM at Year 5 (US) | | | 92.2% |

* Forecast based on general pain target indication
** Forecast based on neuropathic pain indication and published study in chronic pain

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004462
HIGHLY CONFIDENTIAL

December 2000
ABT-594 Project Status Report

## Project Overview

### Metrics Dates

| Description | Date |
| --- | --- |
| DDC Meeting | 12/1996 (PPCC) |
| Start of first GLP animal tox study | 2/1997 |
| First dose in human (beg. Phase I) | 7/1997 |
| First dose in patient (beg. Phase II) | 7/1998 |
| First dose in Phase III | 2/2002 (est.) |
| Last Patient/Last Visit | 4/2003 (est.) |
| NDA Filing | 9/2003 (est.) |
| NDA Approval | 9/2004 (est.) |
| Europe (EMEA) Filing | 9/2003 (est.) |
| Europe (EMEA) Approval | TBD |
| Japan Filing | 4/2004 (est.) |
| Japan Approval | TBD |

### PARD

| Activity | Plan 6/1999 | Current Revised 10/00 | Actual |
| --- | --- | --- | --- |
| Phase I Formulation (PRI)* | 7/1997 | 7/1997 | 8/1997 |
| Clinical Supplies (PRI) for Molar Extraction | 7/1998 | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 | 10/1998 |
| Phase IIb Formulation (HGC) for Bio Study | 9/1999 | 9/1999 | 3/1999 |
| Phase III Clinical Supplies Manufactured | 9/1999 | 9/2001 | TBD |
| NDA Lots (3) Compiled | 6/2000 | 5/2002 | TBD |
| Completion of 1 Year Stability for NDA | 7/2001 | 7/2003 | TBD |
| Formulation Peer Review | 10/2001 | TBD | TBD |

* Performed by IDC

### Toxicology

| Toxicology Activity | Plan Start 1999 | Actual Start Date | Report Completed |
| --- | --- | --- | --- |
| Gene Toxicology | 2/1997 | 9/1996 | 6/1997 |
| Acute Studies | 3/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 6/1997 | 8/1998 |
| 3 Month Mouse MTD | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG II | 10/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post natal development) | – | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 3/2000 |
| Carcinogenicity (2 yr.) Rat | 12/1998 | 8/1998 | Ongoing |
| Carcinogenicity (2 yr.) Mouse | 12/1998 | 11/1998 | Ongoing |

### SPD

| Drug Substance Source/Lot # | KG | Plan 6/1999 | Actual Date | Plan 6/1999 Projected Cost/Kg* |
| --- | --- | --- | --- | --- |
| D-45L | 0.3 KG | 3/1997 | 3/1997 | $ 200,000 |
| CAPD | 5.6 KG | 3/1997 | 3/1997 | $ 175,000 |
| SICOR | 14.9 KG | 2/1998 | 2/1998 | $ 40,000 |
| SICOR/CAPD | 2.5 KG | 8/1998 | 8/1998 | $ 40,000 |
| Chemsyn Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $ 29,700 |
| Chemsyn Mfg. Lot | 10.0 KG | 10/1999 | Not manufactured | $ 29,700 |
| Chemsyn NDA Lot #1 | 4.65 KG | 10/1999 | On Test | $ 29,700 |
| Chemsyn NDA Lot #2 | 4.80 KG | 10/1999 | On Test | $ 29,700 |
| Chemsyn NDA Lot #3 | 5.45 KG | 10/1999 | On Test | $ 29,700 |

* Target cost of drug substance at launch is $20,000/kg (Tosylate Salt)

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004463
HIGHLY CONFIDENTIAL

December 2000
ABT-594 Project Status Report

## Clinical Study Progress

| | |
|---|---|
| Protocol: | M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy |
| Objective: | The objective of this study is to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy. |
| ABT-594 Doses: | 150 µg, 225 µg, and 300 µg twice daily (BID) |
| Comparator Doses: | Placebo |
| Target Enrollment: | 320 |
| Target Cost: | $3 MM |
| Actual Cost: | TBD |
| Status: | Ongoing – 267 patients randomized as of 12/31 |
| Major Findings: | TBD |

D47\LL\MPSR\Nov. 2000\ABT-594 November 2000 MPSR.doc

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

ABBT 0004464
HIGHLY CONFIDENTIAL

# Collicott Deposition Exhibit 23

# P's Exhibit IH

# Key Issues/Decisions/Events

## December 2000 – "Top" Issues

| Area | Issue/Decision/Event | Progress |
|---|---|---|
| ABT-492 Clinical | Phase I single rising dose was completed 12/15/00. | Doses ranging from 50 mg to 1800 mg were administered with no serious adverse events. Urine samples indicate that the drug is available in the urine and that UTI indications can be pursued. |
| ABT-594 | Closing of enrollment on M99-114 as of January 5, 2001 | It was agreed in December to close enrollment into M99-114, our Painful Diabetic Neuropathy trial, as of January 5, 2001. This is 2 months ahead of our most recent estimate of March 5, 2001, and will include less than our original target of 320 patients. This acceleration of the study close date was driven by our desire to evaluate the outcome of the study, and an assessment of the statistical power of the study. |
| ABT-627 NPD | *Redacted* | This issue has been reviewed with PARD, SPD, Toxicology, Regulatory and Venture Management. To date, the F' impurity has been detected at a level of 0.2% in the drug substance. Tentative identification including molecular structure has been made.<br><br>• Due to significant chemistry challenges, the delivery of Impurity F' to PARD from SPD is delayed. New target date to be determined pending favorable results from current synthesis efforts.<br>• PARD Analytical will be testing the F' material to confirm identity and match to impurity found in drug substance lot: planned January 2001<br><br>When testing is successfully completed, F' material will be tested for genotoxicity by Toxicology and for bioavailability by Exploratory Kinetics |
| ABT-751 PARD | Development of final formulation for Phase I studies completed 12/31. | |
| | Submitted on 12/1 six abstracts for Spring AUA and ASCO annual meetings. | |
| ABT-773 NPD | Phase IIIa data will be important predictors of commercial value | Phase IIIa studies to be complete 5/2001. FDA changes to the Phase III protocols creates a |

ABT-751 PARD row: During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity (designated as F') was detected in the lot of bulk drug used in M99-114 clinical capsules. Given the low exposure of M99-114 patients to F' and a lack of change in acute toxicity when this impurity was present in the drug substance, Toxicology does not view the presence of this impurity as a significant risk to these patients. However, further toxicology and PK testing of this impurity is necessary. Planned studies include Ames assay, in vitro micronucleus assay and bioavailability study

EXHIBIT
Collicott
83
9-27-06

# Collicott Deposition Exhibit 24

# P's Exhibit DV



Marilyn J
Collicott /LAKE/PPRD/ABBO
TT
12/06/2000 02:04 PM

To    Michael K Biarnesen/LAKE/PPRD/ABBOTT
cc
bcc
Subject    Re: November Monthly Project Status Report, ABT-594

Wellliiiiiiiiiiiiiiii - OK. I just have a feeling the bottom is going to drop out of this thing in the next few weeks
and we'll be lucky to randomize 1-2/week. (Oh God - I'm turning into an Eeyore!!)
Michael K Biarnesen

---

Michael K Biarnesen                                12/06/2000 01:07 PM

To:      Marilyn J Collicott/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  Re: November Monthly Project Status Report, ABT-594

How about 260 for the randomization goal?  We already have 251 !.!.!.
Marilyn J Collicott

Marilyn J Collicott                                12/04/2000 02:13 PM

To:      Michael K Biarnesen/LAKE/PPRD/ABBOTT
cc:
Subject:  Re: November Monthly Project Status Report, ABT-594

Mike

Monthly Highlights:

            Reviewed proposals and timelines from 3 subject recruitment firms. Determined that hiring a
subject        recruitment firm  to increase enrollment for study M99-114 was not a viable option at this
time.

December Projections:

      254 subjects randomized for study M99-114.



EXHIBIT
Collicott
24
9-27-06

ABBT242373

**Draft**



Name: Christopher Silber, M.D.
Title: Head, Analgesia Venture

*DIVISION INCENTIVE PLAN GOALS*
*2001 DIP*

Manager: John Leonard

| Any approved division incentive plan "DIP" award will be dependent upon division results and individual performance against impact goals and leadership competencies as evaluated by the senior vice president ("Division"). Each impact goal category must have a minimum of one (1) goal and no more than eight (8) goals across all three (3) categories. Impact goal weight minimum is 5%.I. | Weighting % | Competency Performance |
|---|---|---|
| **Leadership Competencies** 1. Set Vision and Strategy<br>2. Build Organization and Inspire People<br>3. Know the Business<br>4. Drive Results<br>5. Make Difficult Decisions<br>6. Encourage an Open Environment and Knowledge Sharing | 20 | |

| Impact Goal Categories | Goal and Expected Result | Results Achieved | Weighting % | Goal Performance |
|---|---|---|---|---|
| Financial | 1. Operate within Plan Head Count of XX and Expenses of $XXXX, or as modified in Updates or Blue Plans (2000 = XXXXX). | 1. | 15 | |
| Business Process | 2. Execute sufficient data for ABT-594 GO/NO GO decision by 2Q 01.<br>• Last patient enrolled in Phase 2 Neuropathic Pain Study 3/01. | 2. | 15 | |
|  | 3. If GO decision for ABT-594, complete preparation for 1Q 02 initiation of Phase 3.<br>• Manufacture bulk drug substance by 3Q 01 to support Phase 3 clinical supplies.<br>• Manufacture clinical supplies by 4Q 01 in support initiation of Phase 3.<br>• End of Phase 2 (or equivalent) meetings with regulatory authorities by 12/01.<br>• Protocol signoff for all planned pivotal studies by 1Q 02. | 3. | 10 | |
|  | 4. Achieve ABT-089 transition team GO/NO GO decision by 4Q 01.<br>• Initiate first time-in-man study by 4/01. | 4. | 15 | |
|  | 5. Complete dosage form assessment (sustained-release form viability) by 11/01.<br>5. Working with Neuroscience Franchise team, in-license one compound and in/command strategy for company acquisition or alliance by 12/01. | 5. | 10 | |
|  | 6. Achieve Development/Discovery transition team strategy by 3Q 01. | 6. | 5 | |
| People Management | 7. Achieve priority people initiatives.<br>• Ensure Performance Excellence program initiatives are met by year end. | 7. | 5 | |
|  | 8. Retain 90% of the "O" performers and identified high potentials. | 8. | 5 | |
|  |  | **TOTAL GOAL PERFORMANCE** | **100** | |

12/01/00

Highly Confidential

ABBT242394

# Collicott Deposition Exhibit 25

# P's Exhibit DX



**Marilyn J Collicott /LAKE/PPRD/ABBOTT**

12/14/2000 03:43 PM

To: Marian L Borgstrom/LAKE/PPRD/ABBOTT@ABBOTT, Lila J Davis/LAKE/PPRD/ABBOTT, Carol J Feige/LAKE/PPRD/ABBOTT@ABBOTT, Catherine K Kacos/LAKE/PPRD/ABBOTT@ABBOTT, Aldona T Metalonis/LAKE/PPRD/ABBOTT@ABBOTT, Bruce McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, Raymond A Morales/LAKE/PPRD/ABBOTT@ABBOTT, Nancy M Palbicke/LAKE/PPRD/ABBOTT@ABBOTT, Joan M Perri/LAKE/PPRD/ABBOTT, Christopher J Silber/LAKE/PPRD/ABBOTT@ABBOTT, Michael K Biemesen/LAKE/PPRD/ABBOTT, Judith A Sweetwood/LAKE/PPRD/ABBOTT@ABBOTT, David C Ross/LAKE/PPRD/ABBOTT@ABBOTT, James W Thomas/LAKE/PPRD/ABBOTT@ABBOTT, David D Morris/LAKE/PPRD/ABBOTT@ABBOTT, Judith S Brownell/LAKE/PPRD/ABBOTT@ABBOTT, Susan E Nunn/LAKE/PPRD/ABBOTT@ABBOTT, Linda M Fisher/LAKE/PPRD/ABBOTT@ABBOTT, Tamara L Garavalia/LAKE/PPRD/ABBOTT@ABBOTT, Beth H Wilson/LAKE/PPRD/ABBOTT, Walid Awni/LAKE/PPRD/ABBOTT@ABBOTT, Sandeep Dutta/LAKE/PPRD/ABBOTT@ABBOTT, Teresita P Curry/LAKE/PPRD/ABBOTT@ABBOTT, Barbara T Massa/LAKE/PPRD/ABBOTT@ABBOTT

cc
bcc

Subject: Study M99-114

A decision has been made to stop enrollment for study M99-114 on January 5, 01. Subjects may be randomized up through that date. I've attached a copy of the letter that is being FedExed to all sites today. If you have any questions, please don't hesitate to contact me.......................mc


stopenroll

Confidential



ABBT236951

December 14, 2000

<name>
<address>

RE: Protocol M99-114: A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Neuropathy

Dear Dr. <name>,

We have decided to end enrollment in the above referenced study on January 5, 2001.

As specified in the protocol, 80% power would have been achieved with the randomization of 320 subjects, assuming there were no premature terminations. Our current premature termination rate, however, will result in less than 80% power even if we were to reach our enrollment goal. After reviewing possible outcomes with our statisticians, we concluded that ending enrollment prior to reaching our goal of 320 subjects will not meaningfully change our ability to interpret the results of this study. In addition, the sooner we review the data from M99-114, the sooner we may be able to move forward into Phase III.

In order to allow you to enroll any subjects that may have already been scheduled, the last date for randomization into study M99-114 will be 1/5/01. We sincerely apologize if this causes you or your staff any inconvenience.

The Analgesia Venture thanks you for your hard work and dedication to ABT-594 and study M99-114. Your efforts have allowed us to move forward more quickly than anticipated. If you have any questions or concerns please don't hesitate to contact me.

Sincerely,


Marilyn Collicott
Clinical Project Manager
Analgesia Venture


Confidential                                                                 ABBT236952

# Collicott Deposition Exhibit 26

# P's Exhibit 20

 **Marilyn J**
**Collicott/LAKE/PPRD/ABBO**
**TT**

12/14/2000 12:20 PM

To   JSCHANZENBACH@rsi-nc.com@internet

cc

bcc

Subject   Study Termination

Hi John

We've decided to end enrollment as of 1/5/01. The attached letter (which explains our reasoning) will be fedexed out to all investigators today. You may get some phone calls tomorrow. Let me know if you have any questions. Thanks............mc


stopenroll

Confidential



ABBT233539

December 14, 2000

<name>
<address>

RE: Protocol M99-114: A Randomized, Double-Blind, Placebo-Controlled Comparison of the
Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Neuropathy

Dear Dr. <name>,

We have decided to end enrollment in the above referenced study on January 5, 2001.

As specified in the protocol, 80% power would have been achieved with the randomization of
320 subjects, assuming there were no premature terminations. Our current premature
termination rate, however, will result in less than 80% power even if we were to reach our
enrollment goal. After reviewing possible outcomes with our statisticians, we concluded that
ending enrollment prior to reaching our goal of 320 subjects will not meaningfully change our
ability to interpret the results of this study. In addition, the sooner we review the data from M99-
114, the sooner we may be able to move forward into Phase III.

In order to allow you to enroll any subjects that may have already been scheduled, the last date
for randomization into study M99-114 will be 1/5/01. We sincerely apologize if this causes you or
your staff any inconvenience.

The Analgesia Venture thanks you for your hard work and dedication to ABT-594 and study M99-
114. Your efforts have allowed us to move forward more quickly than anticipated. If you have
any questions or concerns please don't hesitate to contact me.

Sincerely,


Marilyn Collicott
Clinical Project Manager
Analgesia Ventura

Confidential                                                                                    ABBT233540

# Collicott Deposition Exhibit 27

# P's Exhibit ED

# January 2001
## ABT-594 Project Status Report

### Monthly Highlights

Enrollment closed for our Phase IIb Painful Diabetic Polyneuropathy trial (M99-114), with total enrollment reaching 269. The last patient will complete the study at the end of February, and results will be available at the end of May.

| Key Progress Gauges - January Accomplishments | Target Date | Status |
|---|---|---|
| Close enrollment into M99-114 | 01/05 | Complete |
| Portfolio analysis team analyses submitted to Chris Turner | 01/15 | Complete |
| Prepare study close-out timelines | 01/22 | Complete |
| Complete preparations for February 2 Project Review with Jeff Leiden and Senior Management | 01/31 | Complete |

| February Projections | Target Date | Status |
|---|---|---|
| Project Review with Jeff Leiden and Senior Management | 02/02 | |
| 250 completed Case Books in-house for M99-114 | 02/28 | |



HIGHLY CONFIDENTIAL
ABT 000322

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

1 of 6

January 2001
ABT-594 Project Status Report

## Key Issues/Decisions/Events

| Area | Issue/Decision/Event | Progress |
|------|---------------------|----------|
| Venture | Closed enrollment on M99-114 on January 5, 2001 | • Complete |
| PARD | During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity (designated as F') was detected in the lot of bulk drug used in M99-114 clinical capsules. Given the low exposure of M99-114 patients to F' and a lack of change in acute toxicity when this impurity was present in the drug substance, Toxicology does not view the presence of this impurity as a significant risk to these patients. However, further toxicology and pk testing of this impurity is necessary. Planned studies include Ames assay, in vitro micronucleus assay and bioavailability study | This issue has been reviewed with PARD, SPD, Toxicology, Regulatory and Venture Management. To date, the F' impurity has been detected at a level of 0.2% in the drug substance. Tentative identification including molecular structure has been made.<br>• Due to significant chemistry challenges, the delivery of impurity F' to PARD from SPD is delayed. New target date to be determined pending favorable results from current synthesis efforts.<br>• PARD Analytical will be testing the F' material to confirm identity and match to impurity found in drug substance lot.<br>• When testing is successfully completed, F' material will be tested for genotoxicity by Toxicology and for bioavailability by Exploratory Kinetics |
| SPD | Team has recommended implementation of the Mitsunobu chemistry change in step 4 of the synthetic process to eliminate the risk of mesylate impurity, which is potentially mutagenic. | PARD Analytical is completing analysis of lab-scale batch and intermediates to assure there are no new impurities to be found.<br>Plans are to manufacture a single production-scale lot in early-2001 with available raw materials, and to wait on the second and third NDA lots until after the Go / No Go decision. |
| NPD | Portfolio analysis to be reviewed by Senior Management on January 29.<br>Project review presentation to Jeff Leiden scheduled for February 2. | Portfolio analysis process is complete and forecasts have been updated. Base case forecast now reflects value of neuropathic pain indication only (publication in chronic nociceptive pain is considered upside, and a separate funding issue). Commercial presentation to Jeff Leiden complete. |
| Toxicology | 6-month rat study finding may suggest future possible occurrence of hepatocellular neoplasms in long-term toxicology studies. | No adenomas have been found in the study. The in-life phase of the 2-year carcinogenicity study is complete and preliminary data on tumor findings should be available 1Q2001. |

2 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABT 000323

## January 2001
## ABT-594 Project Status Report

### Project Cost Summary – November

| $000's Activity | Cumulative through 2000 | YTD Actual | Projected Year-end | Current Funded Year-end | Variance | Cumulative to NDA |
|---|---|---|---|---|---|---|
| Clinical Program | 34.8 | 0.8 | 6.2 | 6.2 | ... | 150.9 |
| CMC (PARD & SPD) | 16.3 | 0.2 | 1.0 | 1.0 | ... | 26.6 |
| Drug Safety | 11.6 | 0.1 | 1.4 | 1.4 | ... | 16.9 |
| Other Support Costs | 2.1 | ... | 0.7 | 0.7 | ... | 11.5 |
| Total | 64.8 | 1.1 | 9.3 | 9.3 | ... | 205.9 |

File NDA = 9/2003

### Clinical Study Progress

| Protocol # - Study Name | Start (1ST Patient Dosed) | End (Last CRF In House) | Total R/OSS $000 | Total Target Patients | Current Enrollment |
|---|---|---|---|---|---|
| M99-114 -- A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy | 04/00 | 04/01 | 3,100 | 320 | 269 (Final) |

HIGHLY CONFIDENTIAL
ABBT 000324

HIGHLY CONFIDENTIAL -- FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

# January 2001
# ABT-594 Project Status Report

## Business Rationale

| | |
|---|---|
| Date: | January 2001 |
| Franchise: | Neuroscience |
| Venture: | Analgesia |

| | | |
|---|---|---|
| ABT #: | ABT-594 | |
| Trade & Generic Name: | TBD, ebanicline tosylate | |
| Mechanism of Action: | Neuronal Nicotinic Receptor (NNR) Agonist | |

**Indications:** Neuropathic Pain

### Product Profile

| Attribute | Date Defined | Probability* | Confirm Status | Share Impact |
|---|---|---|---|---|
| Not scheduled | 12/1996 | High | I/Q4 | High |
| Chronic nociceptive pain efficacy | 10/1999 | N/A | N/A | High |
| Neuropathic pain claim | 6/1999 | Medium | 2001 | High |
| General pain claim | 12/1996 | N/A | N/A | High |
| Moderate to moderately severe pain | | | | |
| No tolerance/dependence or withdrawal | 9/1998 | Medium | I/Q3 | High |
| Very few abnormal LFTs | 9/1998 | High | 2001 | High |
| Low nausea/vomiting at effective dose | 6/1999 | Medium | 2001 | High |
| Other safety OK | 9/1998 | Medium | 2001/I/Q03 | High |
| No differential efficacy (nicotine users vs. non users) | 9/1998 | High | 2001/I/Q03 | High |
| No differential side effect profile (nicotine users vs. non users) | 9/1998 | Medium | 2001/I/Q03 | Medium |
| No reactivation of cravings in ex-nicotine users | 9/1998 | N/A | N/A | Medium |
| Onset of action comparable to other therapies for chronic nociceptive pain | 6/1999 | N/A | N/A | Medium |
| Onset of action comparable to other therapies for neuropathic pain | 6/1999 | N/A | N/A | Medium |
| BID dosing | 6/1999 | High | 2Q01 | High |
| No major drug interactions | 12/1996 | High | I/Q03 | Medium |
| Titration of 2-5 days duration is required to minimize nausea and vomiting at effective dose | 9/1999 | Medium | I/Q00 | High |

### Market Forecast

| | PPCC/DDC 12/1999* | Plan as of 6/1998* | Current Revised 1/2001** |
|---|---|---|---|
| Patent Status: | 1Q/2010 (est.) | 1Q/2001 (est.) | 1Q/2016 (est.) |
| NDA Filing: | 12/1999 (acute), 6/2001 (chronic) | 12/2001 | 9/2003 |
| Ex-U.S. Filings: | Same as above – Eur, N/A – Jpn | 12/2001 - Eur, 12/2003 - Jpn | 9/2003 |
| Projected U.S. Launch: | 12/2001 (acute), 12/2002 (chronic) | 6/2003 | 9/2004 |
| Projected ex-U.S. Launches: | Same as above – Eur, N/A –Jpn | 12/2003 – Eur, 9/2/2004 – Jpn | Q2 2005 ("average" launch for EU, LA, Canada) Q4 2005 (Average launch for Japan, PAA) |
| Peak TRx Share, U.S.: | 6.5% (patients) | 5% (Rx) | 20% (Neuropathic pain) |
| Peak TRx Share, ex-U.S.: | 5.4% (patients) | 5% (patients) | 5% (Persistent Chronic Pain) |
| Peak Sales, U.S.: ($MM) | $265 | $616 | same as US assumptions |
| Peak Sales, ex-U.S.: ($MM) | $308 | $310 | $339 |
| Pre-Tax NPV @ 12.5%, ex-U.S.: ($MM) | $338 | $305 | $363 |
| After-Tax NPV @ 12.5%, U.S.: ($MM) | $412 | $613 | $356 |
| Avg. daily dose | 50 mg | 200 mcg | $313 |
| Target Drug Cost/kg at Launch | $2,500 | $2,500 | 150 mcg |
| SMM at Launch (US) | 94.8% | 97.2% | $40,000 (base eq.) |
| SMM at Year 5 (US) | | | 91.6% |
| | | | 92.2% |

\* Forecast based on general pain target indication
\*\* Forecast based on neuropathic pain indication (diabetic polyneuropathy)

**Probability Key:**
High = 70-100%
Medium = 30-69%
Low = 0-29%

4 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000326

# January 2001
# ABT-594 Project Status Report

## Project Overview

### Metrics Dates

| Description | Date |
|---|---|
| DDC Meeting | 12/1996 (PPCC) |
| Start of first GLP animal tox study | 2/1997 |
| First dose in human (beg. Phase I) | 7/1997 |
| First dose in patient (beg. Phase II) | 7/1998 |
| First dose in Phase III | 2/2002 (est.) |
| Last Patient/Last Visit | 4/2003 (est.) |
| NDA Filing | 9/2003 (est.) |
| NDA Approval | 9/2004 (est.) |
| Europe (EMEA) Filing | 9/2003 (est.) |
| Europe (EMEA) Approval | TBD |
| Japan Filing | 4/2004 (est.) |
| Japan Approval | TBD |

### PARD

| Activity | Plan 6/1999 | Current Revised 1000 | Actual |
|---|---|---|---|
| Phase I Formulation (PIB)* | 7/1997 | 7/1997 | 7/1997 |
| Clinical Supplies (PIB) for Molar Extraction | 7/1998 | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 | 10/1998 |
| Phase IIb / Formulation (HDG) for Bio Study | 3/1999 | 3/1999 | 3/1999 |
| Phase IIb Clinical Supplies Manufactured | 9/2003 (est.) | 9/2001 | Ongoing |
| NDA Lots (3) Completed | 6/2000 | 5/2002 | TBD |
| Completion of 1 Year Stability for NDA | 7/2001 | 7/2003 | TBD |
| Formulation Peer Review | 10/2001 | TBD | TBD |

* Performed by IDC

### Toxicology

| Toxicology Activity | Plan Start 1999 | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 2/1997 | 9/1996 | 8/1997 |
| Acute Studies | 3/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 6/1997 | 7/1998 |
| 3 Month Mouse MTD | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG II | 10/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post natal development) | - | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 3/2000 |
| Carcinogenicity (2 yr.) Rat | 12/1998 | 9/1998 | Ongoing |
| Carcinogenicity (2 yr.) Mouse | 12/1998 | 11/1998 | Ongoing |

### SPD

| Drug Substance Source/Lot # | KG | Plan 6/1999 | Actual Date Received | Plan 6/1999 Projected Cost(kg)* |
|---|---|---|---|---|
| D-4SL | 0.3 KG | 3/1997 | 3/1997 | $ 200,000 |
| CAPD | 5.6 KG | 3/1997 | 3/1997 | $ 175,000 |
| SICOR | 14.9 KG | 2/1998 | 2/1998 | $ 40,000 |
| SICOR/CAPD | 2.5 KG | 8/1998 | 8/1998 | $ 40,000 |
| Chemsyn Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $ 29,700 |
| Chemsyn Mfg. Lot | 10.0 KG | 10/1999 | Not manufactured | $ 29,700 |
| Chemsyn NDA Lot #1 | 4.85 KG | 10/1999 | 2/2001 ** | $ 29,700 |
| Chemsyn NDA Lot #2 | 4.80 KG | 10/1999 | 2/2001 ** | $ 29,700 |
| Chemsyn NDA Lot #3 | 5.45 KG | 10/1999 | 2/2001 ** | $ 29,700 |

* Target cost of drug substance at launch ≤ $20,000/kg (Tosylate Salt)
** Bulk manufactured 1/2000, but delivery delayed due to Mesylate testing & QA release

5 of 6

HIGHLY CONFIDENTIAL
ABBT 0000326

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

**January 2001**

**ABT-594 Project Status Report**

## Clinical Study Progress

**Protocol:** M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy

**Objective:** The objective of this study is to compare the safety and analgesic efficacy of 150 μg, 225 μg, and 300 μg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy.

**ABT-594 Doses:** 150 μg, 225 μg, and 300 μg twice daily (BID)

**Comparator Doses:** Placebo

**Target Enrollment:** 320

**Target Cost:** $3 MM

**Actual Cost:** TBD

**Status:** Enrollment Complete – 269 patients randomized

**Major Findings:** TBD

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000327

# Collicott Deposition Exhibit 28

# D's Exhibit LI



Marilyn J
Collicott /LAKE/PPRD/ABBO
TT
01/08/2001 02:35 PM

To  JSCHANZENBACH@rsi-nc.com@internet
cc
bcc
Subject  M99-114 crf tracking, 08/JAN/01

FYI - query tracking report. This becomes quite the big deal at this stage of the game................. mc
———————— Forwarded by Marilyn J Collicott/LAKE/PPRD/ABBOTT on 01/08/2001 02:34 PM



Judith S Brownell
01/08/2001 12:26 PM

To:   Marilyn J Collicott/LAKE/PPRD/ABBOTT@ABBOTT, James W Thomas/LAKE/PPRD/ABBOTT@ABBOTT
cc:   Katherine M Landwer/LAKE/PPRD/ABBOTT@ABBOTT, Brenda
      Martino/LAKE/PPRD/ABBOTT@ABBOTT, Susan E Nunn/LAKE/PPRD/ABBOTT@ABBOTT, Beth H
      Wilson/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  M99-114 crf tracking, 08/JAN/01

# ABT-594
# TRACKING REPORT
# AS OF 08/JAN/01

| Study #/ # subjects expected (n=x) | Study Coordinator/ extension # | Subjects enrolled to date | Subjects received in D433 separation to date | Entered and verified to date | Estimated % of expected crf pages received to date | Mean QA Time (days)* | Subjects clean to date** | Subjects with unresolved queries to date | Unresolved DM queries to date |
|---|---|---|---|---|---|---|---|---|---|
| M99-114 | Judy Brownell 7-3840 | 269 | 141 | 141 | 62 | 2.0 | 0 | 96 | 248 |

*Median QA time is 2.0, mean QA time is 5.1 due to delay beginning of study implementation of CDC QA Plan.
**Cannot be determined until all CRF's received.

jb

Confidential



EXHIBIT
Collicott
28
9-27-06

ABBT240624

# Collicott Deposition Exhibit 29

# P's Exhibit SK



**Marilyn J
Collicott /LAKE/PPRD/ABBO
TT**

01/16/2001 11:29 AM

To  JSCHANZENBACH@rsi-nc.com@internet

cc

bcc

Subject  Meeting Today

John

Here are copies of the agenda and handouts for today's meeting.................... mc

agenda.doc        Investigator tracking.xls        Subject-CRF Tracking.xls

Confidential



EXHIBIT
Collicott
29
9·27-06

ABBT242693



**AGENDA**
M99-114
Phase IIB Meeting
1/16/01
3:00 - 4:00

- 114 Update                                                          Marilyn
  ⇒ final enrollment
  ⇒ CRF retrieval
  ⇒ query resolution

- Data Management                                                Judy/Katie

- Statistics                                                          Jim

- Drug Forms                                                      Carol

- Tracking                                                           Joan

- Payments                                                         Ray/Jan

- Discussion                                                       All

**************************************************************************
Notes:

Confidential                                                    ABBT242694

**M99-114 INVESTIGATOR LIST**

| Investigator Last Name | Inv. # | State | Coordinator | Phone # | Total Screened | | | | | | | CRFs in / # filled out |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bedenia | 14772 | WI | Christy Wessler | (608) 259-9170 | 4 | | | | | | | 9 |
| Baumel (A) | 7379 | FL | Alonso Moreno | (305) 865-0063 | 29 | | | | | | | 7 |
| Baumel (B) | 7379 | FL | Jacolie Creats | (561) 368-1123 | | | | | | | | 8 |
| Bilon | 7395 | AR | Donna Hemphill | (501) 227-5081 | 319 | | | | | | | 5 |
| Bromberg | 15844 | UT | Donna Bauns | (801) 565-5051 | 28 | | | | | | | 15 |
| DeBold | 15886 | MN | Diane Wappler | (952) 993-2739 | 317 | | | | | | | 5 |
| Drucker | 15843 | FL | Ginger Walker | (727) 725-4131 | | | | | | | | 45 |
| Eisner | 15890 | FL | Maggie Espinosa | (954) 720-1899 | 17 | | | | | | | 2 |
| Forde (I) | 15842 | NY | Michael Baiota | (516) 466-6506 | 5 | | | | | | | 4 |
| Fried | 12909 | RI | Thomas Reed | (401) 467-7760 | 316 | | | | | | | 2 |
| Gibson | 15841 | AR | Kathy Burke | (501) 227-7499 | 225 | | | | | | | 4 |
| Gleason | 15840 | NM | Mara Cherey | (505) 262-7050 | | | | | | | | 7 |
| Haas | 15809 | MA | Celeste Silva | (413) 794-7232 | | | | | | | | 3 |
| Hewitt | 14345 | GA | Elsa McRease | (404) 778-3175 | 212 | | | | | | | 6 |
| Holmlund | 15838 | NY | Alexa Cesanta | (718) 667-4700 | | | | | | | | 5 |
| Kefka - A | 12497 | PA | Donna Cole | (814) 693-0000 | | | | | | | | 60 |
| Kefka - B | 12497 | PA | Nancy Minor | (814) 943-3066 | | | | | | | | |
| Kipnes | 16062 | TX | Lisa Uecis | (210) 615-6585 | 59 | | | 15 | | | | 45 |
| Kirby | 9576 | AZ | Stephanie Marshall Kate Marshall | (623) 815-9714 | 80 | | | | | | | 6 |
| Kluge (I) | 13435 | FL | Glesson Wald | (941) 926-4421 | | | | | | | | 2 |
| McGill (I) | 16627 | MO | Katherine Anderson | (314) 362-1404 | | | | | | | | 9 |
| Rowlotham | 14348 | CA | Jessica McCoy | (415) 885-7999 | 13 | | | | | | | 9 |
| Shalbani | 16334 | TX | George Monoubsen | (713) 795-0033 x26 | 48 | | | | | | | 2 |
| Simmons | 14336 | PA | Kathleen Hay | (717) 531-8694 | | | | | | | | 1 |
| Singer | 16230 | FL | Mary Nevera | (954) 433-5785 | 90 | | | | | | | 90 |
| Sivakumar | 15833 | AZ | Sandra Somers | (602) 957-8026 | 16 | | | | | | | 7 |
| Steel | 15925 | NC | Marge Brock | (252) 752-4648 | 19 | | | | | | | 3 |
| Storey | 14349 | NY | Paula Linda | (516) 438-0622 press | 91 | | | | | | | 5 |
| Suri | 16269 | CA | Katilp Tham | (559) 695-1861 | | | | | | | | 4 |
| Vinik | 15834 | VA | Polly Morgan | (757) 446-5812 | | | | | | | | 2 |
| Weinstein | 13033 | CA | Jule VigiKeng | (925) 930-7267 | 44 | | | | | | | 3 |
| | | | | | 505 | | | 264 | | | | 150 |

Screen Failure Rate:        47%
Early Termination Rate:     46%
Completion Rate:            39%
Total Study Enrollment:     84%
CRFs in:                    53%

[FILE]                              [PAGE]                              [DATE][TIME]

Confidential                                                    ABBT242695

Serum Testing



Page [PAGE]

Confidential

ABBT242696

**M99-114 Early Terminations**

| Investigator | Subject # | Age | Days on Study Drug | Reason for Termination | Comments |
|---|---|---|---|---|---|
| Backenja | 4467 | 37 | 1 | AE | urea nitrogen level high panic at 56 |
| Baumel | 4145 | 85 | 1 | AE | nausea, etc. |
| | 4146 | 76 | 10 | AE | dizziness, weakness, heart palpitations, headaches, blurred vision |
| | 4147 | 85 | 11 | AE | dizziness, weakness, sweating, blurred vision, heartburn, headache |
| | 4229 | 73 | unk | AE | hypoglycemic episode |
| | 4259 | 43 | | | |
| | 4230 | 57 | | | |
| | 4231 | 73 | | | |
| Biton | 4260 | 62 | | | |
| Bromberg | 4113 | 69 | 10 | AE | nausea, etc. |
| | 4115 | 45 | 5 | AE | nausea, etc. |
| | 4117 | 50 | 7 | AE | nausea, etc. |
| | 4118 | 49 | 10 | AE | dizziness, vomiting, nausea |
| | 4125 | 65 | 1 | AE | extreme nausea |
| | 4128 | 66 | | | |
| DeBold | 4051 | 71 | 9 | AE | nausea, etc. |
| | 4053 | 52 | 49 | SAE | diabetic ketoacidosis |
| | 4055 | 75 | 15 | AE | lat. nausea/vomit since 9/1, int. abd bloating & constipation, decr. urine stream since 8/26 |
| | 4057 | 72 | 16 | AE | intermitent nausea and vomiting |
| | 4058 | | 3 | AE | dizziness, lethargy, vivid dreams, insomnia, increased neuropathic pain |
| | 4060 | 57 | | | |
| Drucker | 4001 | 72 | 3.5 | AE | joint pain in lower extremities |
| | 4002 | 71 | 3 | SAE | palpitations |
| | 4003 | 78 | 0.5 | AE | blurry vision |
| | 4005 | 46 | | | |
| | 4006 | 72 | 1 | | nightmares and intense neuropathic pain after 1st dose, whole body numb, wobbly, weak after 2nd dose |
| Eisner | 4241 | 60 | 1 | AE | nausea, etc.(went to ER) |
| Forde | 4321 | 57 | 5 | AE | disturbing dreams/anxiety |
| Fried | 4083 | 66 | 14 | SAE | syncopal episode related to historical atrial fib (admitted to hospital 5/30) |
| | 4087 | 74 | 4 | AE | diarrhea, GI upset, fatigue, light-headedness (patient took every dose following a meal) |
| | 4289 | 61 | 6 | AE | dizziness |
| Gibson | 4354 | 73 | 1.5 | AE | nausea |
| | 4359 | 31 | 27 | AE | nausea and vomiting |
| | 4367 | 32 | 12 | AE | nausea and vomiting |
| Gleason | 4154 | 61 | 1 | AE | dizziness, disorientation |
| | 4165 | 51 | | | |
| | 4167 | 70 | | | |
| Haag | 4337 | 43 | 5.5 | AE | dizziness ~2hrs post-dose x 10 episodes |
| | 4340 | 72 | 5 | AE | difficulty falling asleep, awakening more frequently |
| | 4341 | 65 | 36 | AE | mental status changes |
| Hewitt | 4311 | 52 | 6 | AE | nausea and vomiting |
| Hoimlund | 4193 | 53 | 7 | AE/SAE | vomiting, fatigue/ broken pelvis |
| | 4195 | 50 | 7 | AE | nausea, vomiting |
| | 4197 | 62 | 4 | SAE | chest pain |
| Keika | 4417 | 74 | 6 | AE | nausea, vomiting |
| | CMW | | 7 | AE | jaw pain, insomnia, increased BP, heart palpitations, tingling |
| | 4419 | 61 | 46 | AE | nausea and vomiting |
| Kipnes | 4065 | 64 | 3.5 | AE | nausea |
| | 4066 | 55 | 25 | AE | nausea |
| | 4070 | 48 | 10 | SAE | left arm pain |
| | 4072 | 70 | 7 | AE | nausea, etc. |
| | 4276 | 74 | 2 | AE | severe nausea, shakiness |
| Kirby | 4176 | 62 | 9 | AE | headache |
| | 4501 | 55 | 9 | AE | unsteady gait, nausea, indigestion |
| Kluge | 4131 | 70 | 8.5 | AE | nausea, etc. |
| | 4153 | 66 | 5.5 | SAE | high blood glucose and chest pain due to GI problems (hospitalized 6/6-6/10) |
| McGill | 4367 | 66 | 7 | AE | nightmares, insomnia, nausea |
| | 4360 | 59 | | | |
| Shabani | 4450 | 58 | 30 | AE | stomach ache |
| | 4451 | 60 | 18 | SAE | chest pain, shoulder pain |

Confidential

**M99-114 Early Terminations**

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4455 | 66 | 1 | | AE | got sick after first day |
| | 4456 | 67 | 7 | | AE | headaches, lightheadedness, depression, rectal bleeding, sleeplessness caused by stomach acid |
| | 4462 | 55 | | | | |
| | 4463 | 65 | | | | |
| | 4483 | 61 | | | | |
| Simmons | 4273 | 58 | 11 | | AE | GI sx, cognitive dysfunction, unusual dreams, bad taste in mouth, headache, bodyache |
| | 4275 | 69 | 10 | | AE | vomiting, nausea, headache, vivid dreams, diarrhea, chills |
| | 4276 | 68 | 19 | | AE | nausea |
| | 4277 | 56 | 9 | | AE | nausea, vivid dreams |
| Singer | 4401 | 53 | | | AE | angina secondary to coronary artery blockage |
| | 4402 | 67 | 12 | | AE | dizziness, vomiting |
| | 4403 | 57 | 25 | | AE | worsening insomnia |
| | 4406 | 68 | 6 | | AE | vomiting |
| Sivakumar | 4036 | 59 | 3.5 | | AE | nausea, etc. |
| | 4040 | 57 | 7 | | AE | apprehensive, irritable, tinnitus, headache, burning eyes, diarrhea, vivid dreams |
| | 4041 | 51 | 1 | | AE | nausea, vomiting, diarrhea |
| Steel | 4209 | 66 | 22 | | AE | light-headed, dizzy |
| | 4210 | 75 | 9 | | AE | vomiting |
| | 4215 | 60 | 10 | | AE | severe nausea |
| | 4216 | 52 | | | | |
| Storey | 4096 | 70 | 5.5 | | AE | nausea, etc. |
| | 4100 | 56 | 3 | | AE | nightmares |
| Weinstein | 4102 | 89 | | | | |
| | 4020 | 73 | | | | |
| | 4021 | 65 | 13 | | AE | coughing, sore throat, cold sx (went to ER) |
| | 4024 | 83 | | | | |
| | 4026 | 70 | | | | |
| | 4459 | 79 | 8 | | AE | dizziness, nausea, diarrhea |

| | 86 | 63.6 | 10.1 | | |
|---|---|---|---|---|---|
| | 13 | 59.2 | | | |
| TOTAL | 99 | | | | |

Confidential

ABBT242698



Confidential

ABBT242699

# Collicott Deposition Exhibit 30

# D's Exhibit GM



| | | |
|---|---|---|
| **Marilyn J Collicott /LAKE/PPRD/ABBOTT** | To | dsharma@dresources.com |
| 01/18/2001 09:25 AM | cc | |
| | bcc | |
| | Subject | ABT-594 |

**Good Morning**

I am the Clinical Project Manager in the Analgesia Venture and can answer your questions about ABT-594. We are currently in Phase II of development having just completed a study for neuropathic pain There is the potential that we may do an OA trial yet this year. Studies are being conducted in the US only at the present time. If you have any additional questions, please don't hesitate to email me.

Sincerely,

Marilyn Collicott
Clinical Project Manager
Abbott Laboratories/Analgesia Venture
------------------ Forwarded by Marilyn J Collicott/LAKE/PPRD/ABBOTT on 01/18/2001 09:21 AM ------------------

Robin J Sabine                    01/18/2001 09:08 AM

To:      Marilyn J Collicott/LAKE/PPRD/ABBOTT@ABBOTT,

EMAIL ADDRESS: dsharma@dresources.com
FIRST NAME: Deepak
LAST NAME: Sharma
ADDRESS 1: 1100 Winter Street
CITY: Waltham
STATE: MA
ZIPCODE: 02453
PHONE: 781-487-3715
OTHER: R&D Pipelin
I would like to ask about the status of ABT-594. What phase of clinical development has this compound reached and for what pain indications is it being developed (e.g. post-operative pain, osteoarthritis pain, etc) Also are clinical trials underway in both Europe and the United States?

Confidential

EXHIBIT
Collicott
30
9-27-06

ABBT240417

# Collicott Deposition Exhibit 31

# P's Exhibit EK

*CONFIDENTIAL*

# ABT-594

## Descriptive Memorandum

*February 2001*

## Abbott Laboratories

Confidential



EXHIBIT
Collicott
31
9-27-06

ABBT246076

### ABT-594 Opportunity Overview

ABT-594 is a non-opioid, non-NSAID analgesic that is a potent and selective neuronal nicotinic receptor (NNR) agonist being studied for the treatment of pain. ABT-594 is 30 to 100-fold more potent and equally efficacious to morphine in several well-characterized animal models of pain. The preclinical side effect and dependency liability profile of ABT-594 is superior to that of morphine.

ABT-594 is orally administered, and BID dosing is expected. Its initial targeted indication is symptomatic treatment of diabetic neuropathic pain. It is covered by a composition of matter patent through June of 2016, and also has a use patent pending in analgesia that would provide protection through September of 2017.

The IND filing of ABT-594 was in December 1998. A Phase IIb (dose ranging) trial began April 2000 in diabetic neuropathic pain. A Go/No Go decision for clinical efficacy is expected June 2001. The NDA filing is expected in 3Q2003. Development of additional formulations is under consideration (parenteral, transdermal, extended-release).

U.S. sales in 1999 for the key neuropathic pain treatments, Neurontin, carbamazepine, and tricyclic antidepressants (TCAs), are estimated to be $350 million. Neurontin sales account for the bulk of this, with an estimated 40% of this antiepileptic drug's sales being for neuropathic pain. Neurontin's 2000 sales are expected to reach $1 billion with perhaps 50% of its use in neuropathic pain. This dollar market value likely underestimates this market's potential due to a number of factors. Only the anticonvulsant, Tegretol (carbamazepine), currently off patent, and Lidoderm, a lidocaine patch, have specific indications for a type of neuropathic pain (trigeminal neuralgia and post-herpetic neuralgia, respectively) in the U.S. Currently, there is an unmet market need for novel neuropathic pain treatments such as ABT-594. Therefore, this compound is likely to be well received in this arena. Outside the U.S., Neurontin recently received an indication in the U.K. for the treatment of neuropathic pain. Despite these opportunities, there has been little to no funding from the pharmaceutical industry to improve diagnosis and treatment of neuropathic pain and drive market growth.

Ex-U.S. sales of carbamazepine and Neurontin for treatment of neuropathic pain are estimated to be approximately $140MM in 1999. Carbamazepine is still the treatment of choice ex-U.S., with estimated sales of approximately $90MM in neuropathic pain. Neurontin has achieved only $53MM in sales for this pain segment, with a price approximately 3-4 times that of carbamazepine, suggesting a patient share of only 10-20%.

Nociceptive pain is categorized by duration (acute or chronic) and by severity (mild, moderate, and severe). The mild and, to a lesser extent, moderate segments have multiple product entries and are generally well satisfied by OTC products such as aspirin, acetaminophen and ibuprofen. The prescription market for nociceptive pain is made up of four key classes of analgesics: NSAIDs, COX-2s, Opioids (and combination products), and Other Non-Opioids. In 1999, sales for these four classes of analgesics exceeded $12BB ($6.7BB U.S., $5.6BB Ex-U.S.)

Confidential

ABBT246077

*Market Size / Prevalence*

Pain is the most common symptom of disease and the most frequent complaint with which patients present to physicians. Chronic pain, including both neuropathic and nociceptive pain, is considered to be the single most common cause of suffering and disability in the industrialized world with an estimated 25-30% of the population experiencing some form of chronic pain.

Neuropathic pain is a frequent sequela of diabetes, cancer, AIDS and other viral infections, as well as entrapment neuropathies such as carpal tunnel syndrome. Diabetes and its associated complications are increasing at an alarming rate in the United States. Despite advances in treatment, the development of diabetic complications such as neuropathy remains significant. The diagnosed prevalence of diabetic neuropathy is estimated to be about 2 to 3 million patients, with at least 10 to 20% of those patients experiencing painful symptoms (~200,000 to 600,000.) AIDS-related neuropathic pain is estimated to affect approximately 40% of HIV-infected individuals (~14 million.) Post-herpetic neuralgia (PHN) is another virally induced neuropathic pain syndrome. Annually, acute herpes zoster infection (shingles) occurs in almost a quarter of a million people over the age of 60 in the U.S. alone. Pain lasting more than one year has been reported in 22% of patients over the age of 55 and in 48% of those over 70 years of age. In cancer, nerves can be damaged by mechanical distortion from a tumor mass, infiltration by tumor, chemotherapy, or radiation therapy and, therefore, neuropathic pain is common. An estimate of the prevalence rate for cancer-related neuropathic pain in the U.S. is 200,000 people.

Chronic nociceptive pain categories include osteoarthritis (OA), chronic back and neck pain, rheumatoid arthritis (RA), and cancer pain. These diagnoses are expected to become more prevalent as the population ages. Current overall prevalence for these disorders is staggering (over 200 million worldwide) and, although the diagnosed and treated populations are lower, improved treatment options and awareness have the potential to drive significant growth. OA is one of the most common nociceptive pain conditions treated by primary care physicians and three-fourths of OA sufferers surveyed indicate that the disease interferes with their daily activities. Chronic back and neck pain are also highly prevalent and represent an estimated 40% of a primary care physician's (PCP's) chronic pain patient population.

Confidential

ABBT246078

**Competition, Current Marketed Products:**

The following tables show the factored U.S. and ex-U.S. prescription and sales volume for key neuropathic pain therapies in 1999.

| 1999 Key Neuropathic Pain Products, Estimated TRxs | | | | |
|---|---|---|---|---|
| Product/Class | 1999 U.S. TRx (MM) | U.S. TRx CAGR '97-'99 | 1999 ex-U.S. TRx (MM) | ex-U.S. TRx CAGR '97-'99 |
| Neurontin | 3.3 | 26.3% | N/A | N/A |
| carbamazepine | 1.0 | 12.6% | N/A | N/A |
| TCAs | 8.2 | 1.1% | N/A | N/A |
| TOTAL | 12.5 | 5.6% | N/A | N/A |

Source: IMS, factored for neuropathic uses.

N/A = not available

| 1999 Key Neuropathic Pain Products, Estimated $ Sales | | | | |
|---|---|---|---|---|
| Product/Class | 1999 U.S. Sales ($MM) | U.S. Sales CAGR '97-'99 | 1999 ex-U.S. Sales ($MM) | ex-U.S. Sales CAGR '97-'99 |
| Neurontin | $308 | 28.7% | $53 | 57.6% |
| carbamazepine | $17 | 13.1% | $87 | 2.5% |
| TCAs | $26 | -3.3% | N/A | N/A |
| TOTAL | $351 | 21.7% | $140 | 10.1% |

Source: IMS, factored for neuropathic uses; Ex-U.S. data includes retail pharmacy data from all audited markets

N/A = not available

**Competition, Products in Development**

Almost 100 compounds are currently in development for prescription pain management, though some of these compounds are also being developed for non-analgesic indications. Most of the analgesic compounds in the pipeline represent incremental improvements over the opioids or NSAIDs, or consist of new formulations or delivery mechanisms for the standard analgesics. Fewer than 30% of the compounds in development have novel mechanisms of action. Drugs with novel mechanisms are expected to provide the bulk of promoted competition for ABT-594.

In addition to the novel analgesics in the table below, a number of new formulation and combination products, most often containing an opioid, are in development. Second generation COX-2s are also in development but are not likely to represent major breakthroughs on the scale of the first generation products.

Confidential

ABBT246079

| Analgesia Development Pipeline – Key Novel Agents | | | | |
|---|---|---|---|---|
| Product | Company | Mechanism | Phase | Comments |
| pregabalin | Pfizer | Unknown; possibly through (2™ subunit binding | III | Neuropathic pain; chronic pain, follow-up to Neurontin |
| saredutant | Sanofi | NK-2 receptor antagonist | II | General pain; MOA losing favor; active program |
| ZD4952, ZD 6416 | Zeneca | Prostaglandin receptor antagonist | II | Moderate to severe pain, neurogenic pain |
| GV196771 | Glaxo | Glycine antagonist | II | Chronic pain; showing promise |
| Tepoxalin | Johnson & Johnson | COX/5-LO inhibitor | II | OA, described as 'steroid replacing anti-inflammatory drug' |
| darbufelone | Parke-Davis | COX/5-LO inhibitor | II | General pain |
| 117mSn DTPA | Brookhaven National Lab/Diatide | Unknown | II | Cancer pain Bone cancer (preclinical) |
| cizolirtine | Esteve | Substance P agonist | II | Analgesia, antipyretic |
| ADD 234037/ harkoseride | Houston University | Glycine NMDA associated antagonist | II | Neurogenic pain |
| LY303870/ lanepitant | Eli Lilly | Neurokinin 1 antagonist | II | Pain (migraine – discontinued) |
| colykade devacade | Merck | Cholecystokinin B antagonists | II | Pain (UK) |
| RPR 100893 dapitant | Aventis | Neurokinin 1 antagonist | II | Pain (France) |
| prosaptide TX14A | Myelos Neurosciences | Unknown | I/II | Diabetic neuropathies, Pain |
| CNS 5161 | Cambridge NeuroScience | Glutamate antagonist, NMDA receptor antagonist | I | Neurogenic pain |
| HCT 3012 | NicOx | Nitric oxide NSAID | I | Pain and inflammation |
| Sources: ADIS, IMS, Decision Resources, company reports | | | | |

Confidential          ABBT246080

| Analgesia Development Pipeline – Nicotinic Mechanisms |||| 
|---|---|---|---|
| Product | Company | Phase | Comments |
| GTS-21 | Taisho | II | Target is Alzheimer's disease; may have preclinical pain program; looking for partner |
| CMI 980 | Cytomed | Preclinical | Target is pain; epibatidine analog |
| SIB-T1887 | Sibia | Preclinical | Target is pain |
| FID 072021 | Fidia | Preclinical | Target is pain; not actively funding |
| Sources: ADIS, IMS, company reports |||| 

### Unmet Needs

In general, a significant unmet need exists for safer, non-abusable, non-addicting, non-tolerance-producing, and non-scheduled efficacious oral and parenteral analgesic products for the treatment of moderate to severe neuropathic and chronic nociceptive pain.

| Unmet Market Needs and the Impact of the Pipeline ||
|---|---|
| Unmet Need | Pipeline Impact |
| Efficacy in moderate to severe pain without tolerance, dependence or abuse potential | Novel nicotinic agents like ABT-594 may provide efficacy in more severe pain states without opioid-like liabilities. |
| Efficacy in neuropathic pain | Pregabalin may provide incremental improvement in neuropathic pain efficacy over gabapentin, but may also have increased frequency of adverse events. <br><br> Novel nicotinic agents like ABT-594 appear to have efficacy in neuropathic pain, based on animal models. |
| Reduction in the GI bleeding risk of NSAIDs | COX-2 inhibitors appear to reduce the incidence and severity of GI ulcers and bleeding; second generation COX-2s may increase therapeutic window further; ABT-594 may need to demonstrate low G.I. complication rate. |
| Overcome ceiling effect of NSAIDs | Preclinical studies did not indicate a ceiling effect for novel nicotinic agents like ABT-594. |
| Extended dosage intervals or novel delivery mechanisms for improved compliance and convenience | Once weekly dosing formulations being explored for COX-2s, etc. Transdermal patch technology improvements likely; may need to provide line-extension / alternate formulations for ABT-594. |
| Therapies aimed at disease modification, prevention | Agents that decrease rate of diabetic complications (e.g., aldose reductase inhibitors) or directly treat neuropathy (bimoclomol) may decrease incidence of neuropathic pain; thereby decreasing available market for ABT-594. |

Confidential

ABBT246081

**Product / Development Background**

*Scientific Rationale for ABT-594*

Recent findings in the understanding of pain mechanisms have led to new conceptual approaches to clinical pain and a new understanding of potential novel molecular targets for analgesic drug development. Molecular targets have included modulators of glutamate neurotransmission (NMDA antagonists), ion channel modulators (neuron specific calcium channels, TTX-resistant sodium channels), neurokinin antagonists (NK-1), and novel anti-epileptics targeting the calcium receptor. None of these approaches has yet produced compounds exhibiting broad-spectrum analgesic efficacy with decreased side effect liability.

ABT-594 is a non-opioid, non-NSAID analgesic that is 30- to 100-fold more potent and equally efficacious to morphine in treating moderate to severe pain in several well-characterized animal models of pain. The preclinical side effect and dependence liability profile of ABT-594 is superior to that of morphine. Mechanistically, ABT-594 is a potent and selective neuronal nicotinic receptor (NNR) agonist with high oral bioavailability in rat, dog, and monkey.

In pre-clinical studies, ABT-594 rapidly distributes to the brain following systemic administration and, like morphine, can work at multiple levels in the central and peripheral nervous system to modulate pain perception. ABT-594 produces antinociceptive effects by interacting at both central and peripheral nAChRs. Injections of ABT-594 into brain at doses 1000-fold lower than given peripherally produce marked antinociceptive activity, indicating that ABT-594 can also activate descending pathways from the CNS to modulate pain processing. It also inhibits the release of the primary nociceptive transmitters, substance P and calcitonin gene related peptide (CGRP) *in vitro*, at the level of the dorsal horn of the spinal cord suggesting that ABT-594 can attenuate mechanisms leading to neurogenic inflammation, central sensitization and consolidation of pain-mediated neuronal changes.

ABT-594 is expected to be a highly differentiated product. It is expected to be the first neuronal nicotinic receptor agonist to receive an indication for pain. It has a novel mechanism of action and a potentially broad coverage of chronic pain conditions. In addition, it has an opioid-like efficacy without tolerance, dependence or abuse potential, while having equivalent/superior efficacy to other drugs used to treat neuropathic pain.

*Clinical Studies*

Human clinical trials began in 1997. Phase I trials with an oral solution formulation indicated that 150ug/day would be the maximum tolerated dose. Results from subsequent phase I and phase II trials with soft elastic capsule (SEC) and hard gelatin capsule (HGC) suggest that higher doses would be tolerated. Phase IIa studies with ABT-594 SEC formulation suggest a trend towards analgesic effect at 75ug BID, the maximum dose studied in this protocol. ABT-594 was generally well tolerated in these studies. The most common adverse events for subjects receiving ABT-594 75ug BID were nausea (15%), headache (13%), dizziness (7%), insomnia (6%), and vomiting (5%).

A phase IIb study for neuropathic pain at higher, titrated doses of ABT-594 began in April 2000 and ends in June 2001. A total of 320 patients is anticipated to be included in the study.

Confidential

ABBT246082

*Considerations*

Target Profile:

The current status of ABT-594's profile vs. target profile is summarized in the table below:

| Target Profile Attribute | Probability |
|---|---|
| Not scheduled (DEA) | High |
| Very few abnormal Liver Function Tests | High |
| Few Drug interactions | High |
| BID / TID dosing | High |
| No reduced efficacy or increased AEs in nicotine users | High |
| Onset of action 1.5 – 2.0 hours | High |
| Neuropathic efficacy | Medium |
| No tolerance, dependence or withdrawal | Medium |
| Other safety OK | Medium |
| No cravings in ex-nicotine users | Medium |
| Low nausea / vomiting | Low |

*Label Strategy:*

BASE:  Indicated for the treatment of diabetic neuropathic pain.

UPSIDE:     1) Treatment of pain associated with OA

2) Treatment of post-herpetic neuralgia

3) Treatment of neuropathic pain

4) Treatment of chronic pain

5) Treatment of cancer pain

*Cost of Goods Sold:*

The projected average daily dose is expected to be a maximum of approximately 600 mcg base equivalent / day.   Based upon this dosage projection and the estimated cost of bulk drug substance of $40M per Kg base equivalent, the estimated cost for drug substance at launch will be approximately $0.024 per day.

Confidential

ABBT246083

*Pricing:*

US: Pricing new, and particularly novel, products at a reasonable premium will likely continue to be the norm in the years leading up to the launch of ABT-594. Current forecast assumptions put the price of ABT-594 at a level comparable to Celebrex and Neurontin, grown at a modest 2% per year to launch year AWP of approximately $95 for a 30 day prescription.

Ex-US: New pain medications must demonstrate a true advantage in efficacy and/or side effects to receive regulatory approval, especially by the European Medicines Evaluation Agency (EMEA); assuming the target efficacy and tolerability profile of ABT-594 is achieved, ABT-594 would meet this requirement. Because ABT-594 may have application in both neuropathic and chronic nociceptive pain, the ex-U.S. pricing assumption for ABT-594 is comparable to COX-2 pricing. The current average price for COX-2's is approximately $1.10 per day; however, this reflects a large percentage of sales in "free-pricing" countries, where COX-2s launched first, which tend to have higher than average prices. Therefore, the average ex-U.S. price for ABT-594 is assumed to be $0.90/day.

Confidential

ABBT246084

ABBT246129

# CCM (ABT-594)
## Annual Development Plan
### Exhibit 1.5

| Therapeutic Area | Neuroscience |
|---|---|
| Indications | ABT-594 primary target indication is the treatment of neuropathic pain (NP). |
| Description | - ABT-594 is a non-opioid, non-NSAID analgesic that is a potent and selective neuronal nicotinic receptor modu<br>- ABT-594 is effective in nociceptive pain and neuropathic pain.<br>- ABT-594 is expected to have a better side effect profile than opioids, no tolerance, no abuse, and no DEA sch<br>- Pre clinical data show ABT-594 to be 30 to 100 times more potent and equally efficacious to morphine in treat<br>  models of pain.<br>- ABT-594 has a unique mechanism of action which may enable use in combination with other analgesics as v<br>- Slow onset of action (approx. 1.5 - 3 hours) at low doses tested may suggest limited utility in acute pain types<br>- Favorable safety profile.<br>- Oral formulation, BID dosing. |

| Current Timeline | Milestones | Date |
|---|---|---|
| | IND Filing | 4Q1998 |
| | Phase I | 3Q1997 |
| | Phase II | 3Q1998 |
| | Phase III | 4Q2001 |
| | NDA Filing | 3Q2003 |
| | Launch | 3Q2004 |

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|
| Projected Spending by Year | 14.4 | 35.0 | 45.0 | 32.0 | 15.0 | 12.0 | 153.4 |

Confidential

ABBT246130

lulator.

heduling.
sting moderate to severe pain in several well characterized animal

well as monotherapy.

s.

| Spending | $$ |
|---|---|
| Project-to-Date-Spending (thru '00) | 97.3 |
| 2001 Current Projection (Plan) | 35.0* |

| * See page 2 for detail.

Confidential

Collicott Deposition Exhibit 32

P's Exhibit EL

Part 1



EXHIBIT
Collicott
32
4-27-06
tabbies

HIGHLY
CONFIDENTIAL

ABBT 0002314



HIGHLY
CONFIDENTIAL

ABBT 0002315



# Neuronal Nicotinic Receptor (NNR) Program

- Scientific leadership position for Abbott
- An emerging diversity of receptors
- Multiple potential therapeutic targets

HIGHLY CONFIDENTIAL

ABBT 0002316



REDACTED

ABT-089

HIGHLY
CONFIDENTIAL

ABBT 0002317



ABT-089

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002318

# ABT-594

## *Overview*

- First-in-class
- Analgesic potential demonstrated at 75 mcg BID
- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID
- Full efficacy not determined
- MTD is 300 mcg BID
- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing
- Global sales: $700 MM

HIGHLY CONFIDENTIAL

ABBT 0002319



HIGHLY
CONFIDENTIAL

ABBT 0002320

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002321

REDACTED

HIGHLY
CONFIDENTIAL                ABBT 0002322

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002323

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002324

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002325

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002328

REDACTED

HIGHLY
CONFIDENTIAL      ABBT 0002327

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002328

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002329

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002330

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002331

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002332

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002333

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002334

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002335

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002336

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002337

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002338

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002339

REDACTED

HIGHLY
CONFIDENTIAL        ABBT 0002340

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002341

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002342

REDACTED

HIGHLY
CONFIDENTIAL        ABBT 0002343

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002344

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002345

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002346

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002347

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002348

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002349

REDACTED

HIGHLY
CONFIDENTIAL    ABBT 0002350

REDACTED

HIGHLY
CONFIDENTIAL        ABBT 0002351

# Collicott Deposition Exhibit 32

# P's Exhibit EL

# Part 2

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002362

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002353

REDACTED

HIGHLY
CONFIDENTIAL          ABBT 0002354

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002355

REDACTED

HIGHLY
CONFIDENTIAL

ABBT 0002356

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002357

REDACTED

HIGHLY
CONFIDENTIAL     ABBT 0002358



ABT-594 Project Review
February 2, 2001

Introduction

Chris Silber

HIGHLY
CONFIDENTIAL



HIGHLY
CONFIDENTIAL     ABBT 0002360



# ABT-594

## Overview

- First-in-class
- Analgesic potential demonstrated at 75 mcg BID
- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID
- Full efficacy not determined
- MTD is 300 mcg BID
- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing
- Global sales: $700 MM

HIGHLY CONFIDENTIAL

ABBT 0002361



HIGHLY
CONFIDENTIAL    ABBT 0002362



# Pain Therapeutics Market

- $12 billion in sales of key classes (NSAIDs, COX-2s, opioids, non-opioids)

- $700 million in sales of key neuropathic pain compounds
  — use largely off-label
  — low cost generics

HIGHLY CONFIDENTIAL    ABBT 0002363



# Neuropathic Pain

*Treatment*

**Some efficacy**
(at best 40% vs. 20% placebo)

- Tricyclic antidepressants
  - Amitriptyline, desipramine, etc.
- Anti-epileptic drugs
  - Carbamazepine
  - Gabapentin (Pregabalin)
  - Topiramate, others
- Sodium channel blockers
  - Lidocaine
- Opioids
  - Tramadol

**No efficacy**

- SSRIs
- NSAIDs/COX-2

HIGHLY CONFIDENTIAL    ABBT 0002364

# Broad-Spectrum, Non-Opioid Analgesic Activity by Selective Modulation of Neuronal Nicotinic Acetylcholine Receptors

A.W. Bannon, M. W. Decker, M. W. Holladay, P. Curzon,
D. Donnelly-Roberts, P. S. Puttfarcken, R. S. Bitner, A. Diaz,
A. H. Dickenson, R. D. Porsolt, M. Williams, S. P. Arneric

SCIENCE • VOL. 279 • 2 JANUARY 1998

HIGHLY
CONFIDENTIAL    ABBT 0002365

# Development Strategy

## Acute

Post-dental surgery
Sprains and strains
Acute back pain
Trauma
Post-general surgery
Post-orthopedic
surgery
Dysmennorrhea
Renal colic
Biliary colic
Pancreatitis
Infections

## Neuropathic

Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug-induced polyneuropathy
HIV predominantly sensory
neuropathy
Back pain
Cancer pain
Trigeminal neuralgia
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
Complex regional pain
syndromes (I, II)
Atypical facial pain
Phantom limb pain

## Chronic Nociceptive

Osteoarthritis
Chronic back pain
Rheumatoid arthritis
Cancer pain
Fibromyalgia
Sickle cell disease
TMJ disorder
Bursitis
Tendinitis
Chronic visceral pain

HIGHLY
CONFIDENTIAL          ABBT 0002366



HIGHLY
CONFIDENTIAL          ABBT 0002367



## ABT-594

*Current Label Target*

ABT-594 is indicated for the treatment of diabetic neuropathic pain.

**Upside Claim**
- Neuropathic Pain
- Post herpetic neuralgia
- OA Pain
- Chronic Pain
- Cancer Pain

**General Pain Claim**
- Not viable due to 1.5 hour onset

HIGHLY
CONFIDENTIAL          ABBT 0002368



HIGHLY
CONFIDENTIAL        ABBT 0002369

# ABT-594

## Phase III Clinical Plan

|  | U.S. | Europe | Japan |
|---|---|---|---|
| Diabetic neuropathy | 2 (n=1200) | 2 (n=1200) | 1 (n=300) |
| Long-term safety | 1 (n=500) | 1 (n=500) | - |
| Gabapentin comparator | - | 1 (n=320) | - |
| Other neuropathic pain (Phase 3B) post herpetic neuralgia, sciatica | 2 (n=600) | - | - |

| | Q1 | Q2 | Q3 | Total |
|---|---|---|---|---|
| Cost ($ million) | 6.1 | 59.6 | 55.7 | 121.4 |

HIGHLY
CONFIDENTIAL          ABBT 0002370



## ABT-594

### Phase 2 to 3 Transition

| | |
|---|---|
| Milestone review | 6/01 |
| End of Phase 2 package/request | 9/01 |
| Start manufacture Phase 3 supplies | 9/01 |
| Ship first Phase 3 supplies | 2/02 |
| Initiate Phase 3 | 3/02 |
| Regulatory filings | 9/03 |

HIGHLY
CONFIDENTIAL    ABBT 0002371



## ABT-594

### *Overview*

- First-in-class

- Analgesic potential demonstrated at 75 mcg BID

- Dizziness (7%), nausea (15%), vomiting (5%) observed at 75 mcg BID

- Full efficacy not determined

- MTD is 300 mcg BID

- Phase IIb in painful diabetic neuropathy, using doses up to 300 mcg BID ongoing

- Global sales:  $700 MM

HIGHLY
CONFIDENTIAL

ABBT 0002372



ABT-594 Project Review
February 2, 2001

Pharmacological Profile

Jim Sullivan

HIGHLY
CONFIDENTIAL    ABBT 0002373



HIGHLY
CONFIDENTIAL

ABBT 0002374



HIGHLY
CONFIDENTIAL

ABBT 0002375



# NNRs for Pain: Role of α4 and β2 NNRs Established Using Knockout Mice

- In either α4-/- or β2-/- mice, neither nicotine nor epibatidine was active in the hot plate assay (supraspinal mechanism)

*Marubio, et al. Nature 1999 398, 805-810.*

HIGHLY CONFIDENTIAL     ABBT 0002376



HIGHLY
CONFIDENTIAL    ABBT 0002377



HIGHLY CONFIDENTIAL    ABBT 0002378

# NNRs and Pain: ABT-594

*Goal*



ABT-594

- Maintain broad spectrum analgesic efficacy of epibatidine
  - Maintain potency at $\alpha 4$ containing NNRs
- Decrease side-effect liabilities by decreasing activity at
  - Neuromuscular junction nicotinic receptors ($\alpha 1\beta\delta\gamma$)
  - Ganglionic NNR subtypes ($\alpha 3\beta 4$, $\alpha 3\alpha 5\beta 2\beta 4$)

HIGHLY CONFIDENTIAL

ABBT 0002379

# ABT-594 is a More Selective NNR than Epibatidine in Radioligand Binding Studies

| Binding Site (Ki; nM) | Epibatidine | ABT-594 |
|---|---|---|
| Cytisine Binding Site (α4β2) | 0.042 | 0.037 |
| BTX Binding Site (Peripheral) (α1) | 2.4 | 16,600 |

ABT-594

- ABT-594 retains potency of epibatidine at the α4β2 binding site

- ABT-594 is > 5000-fold less potent than epibatidine at the peripheral neuromuscular junction nicotinic receptor

HIGHLY CONFIDENTIAL     ABBT 0002380



# In Vitro Functional Profiles of ABT-594 and Epibatidine

## Functional Activity

- Rank order of potency
  - ABT-594: $\alpha4\beta4 \sim \alpha4\beta2 > \alpha3\beta4$
  - Epibatidine: $\alpha4\beta4 \sim \alpha3\beta4 \sim \alpha4\beta2$

- ABT-594 displays modest $\alpha4$ vs $\alpha3\beta4$ selectivity
  - *Compounds with greatly improved selectivity have been identified*

HIGHLY CONFIDENTIAL

ABBT 0002381



# ABT-594: In Vivo Efficacy in Models of Acute Thermal Pain

- ABT-594 is potent and efficacious in the Hargreaves Hot Box model of thermal nociception

- Onset of Efficacy = < 30 min

- Duration of efficacy ~ 2 hrs

- The effects of ABT-594 are blocked by the nicotinic antagonist mecamylamine, but not by the opioid antagonist naloxone

Rat Hot Box Model of Acute Thermal Pain

* p < 0.05 vs. Saline Control

ABT-594
Morphine (Opioid)
Nimesulide (NSAID)

Latency Change from Saline Control (Seconds)

Dose (μmol/kg)

HIGHLY CONFIDENTIAL

ABBT 0002382



# ABT-594: In Vivo Efficacy in Models of Persistent Pain

○ ABT-594 exhibits comparable efficacy and 50-fold greater potency than morphine in Phase II of the formalin model of persistent chemical pain

○ ABT-594 is active upon both i.p. and oral administration

HIGHLY CONFIDENTIAL

ABBT 0002383



# ABT-594: In Vivo Efficacy in Models of Neuropathic Pain

- ABT-594 exhibits comparable efficacy and enhanced potency vs. known efficacious agents in models of neuropathic pain

- Efficacy observed at ~ 3 ng/ml

- ABT-594 retains efficacy following repeated administration

- Efficacy observed in rodent model of diabetic polyneuropathy

HIGHLY CONFIDENTIAL

ABBT 0002384

# ABT-594: Efficacy vs. Other Analgesics

| | Inflammatory Pain (Formalin Model) | Neuropathic Pain (Chung Model) | Acute Nociceptive Pain (Hot Box) |
|---|---|---|---|
| ABT-594 | +++ (0.08 µmol/kg) | +++ (0.1 µmol/kg) | +++ (0.03 µmol/kg) |
| Celecoxib | ++ (30 µmol/kg) | + (30 µmol/kg) | 0 |
| Morphine | +++ (3 µmol/kg) | +++ (10 µmol/kg) | ++ (3 µmol/kg) |

+++ is >75% efficacy; ++ is 40-75% efficacy; + is <40% efficacy; 0 is no activity.

HIGHLY CONFIDENTIAL    ABBT 0002386

# How do NNR Agonists Produce Analgesia?

- Mouse knockouts support role of $\alpha 4$ and $\beta 2$
  - Key differences between pain type

- Role for $\alpha 4$ subtype in acute thermal pain (activation of descending inhibitory pathways)
  - Antisense studies
  - Site injection studies
  - Antagonist studies

- In more physiological relevant models of persistent and neuropathic pain, both central and peripheral sites of action are implicated

HIGHLY CONFIDENTIAL    ABBT 0002386



# ABT-594: Preclinical Assessment of Side Effect Liabilities

- Emesis
  - Emesis observed in monkey at 9x efficacious plasma levels
  - Emesis observed in dogs at efficacious plasma levels
  - Ferret model developed in response to early clinical data
    - Correlation established between activity at α3β4 NNRs and emesis
- CV
  - No effects on hemodynamics at 30X efficacious plasma levels
- Dizziness: no validated preclinical models exist
  - Effects on balance, coordination and muscle strength (Edge Test) observed following acute but not repeated dosing
- ABT-594 displays a reduced propensity for morphine-like side effects of:
  - Constipation
  - Respiratory Depression
  - Sedation

HIGHLY CONFIDENTIAL    ABBT 0002387

# ABT-594: Summary of Preclinical Findings

○ ABT-594 is effective across a broad range of preclinical models of acute, persistent and neuropathic pain

○ ABT-594 retains efficacy upon repeated dosing

○ The antinociceptive properties of ABT-594 are modulated via activation of NNRs and not via opioid receptors

○ Preclinical studies suggest that ABT-594 will not exhibit morphine-like side effects of:
  – Constipation
  – Respiratory depression
  – Sedation

○ Preclinical studies suggest that ABT-594 will have an improved side-effect profile relative to nicotine

HIGHLY CONFIDENTIAL

ABBT 0002388



HIGHLY
CONFIDENTIAL     ABBT 0002389



# ABT-594

## Take Home Messages

1. **Significant unmet needs in pain management**

2. **Prior studies: _potential_ of ABT-594 to address these unmet needs**

3. **Ongoing study: _test the hypothesis_ that ABT-594 addresses unmet need in neuropathic pain**
   - A proposed study would do the same for chronic nociceptive pain

4. **There is a _process_ by which we will determine _if_ ABT-594 can satisfy the unmet need**

HIGHLY CONFIDENTIAL    ABBT 0002390



HIGHLY
CONFIDENTIAL     ABBT 0002391

# Collicott Deposition Exhibit 32

# P's Exhibit EL

# Part 3



HIGHLY
CONFIDENTIAL    ABBT 0002392



# Classification of Pain

## Pain Categories

### Nociceptive

**Acute**
Post-dental & post-surgical Pain
Trauma
Pancreatitis
Infections

Dysmenorrhea
Renal/bilary colic
Infections
Tendonitis
Bursitis
TMJ disorder
Sickle cell disease
Cancer pain
Rheumatoid arthritis
Back pain

**Chronic**
Osteoarthritis
Rheumatoid arthritis
Fibromyalgia
Chronic viscearal pain

### Neuropathic

**Acute**
Compression neuropathy

Cancer pain
Back pain

**Chronic**
Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug induced polyneuropathy
HIV predominantly sensory neuropathy
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
CRPS type I and II
Atypical facial pain
Phantom limb pain

HIGHLY CONFIDENTIAL     ABBT 0002393



HIGHLY
CONFIDENTIAL          ABBT 0002394



HIGHLY
CONFIDENTIAL    ABBT 0002396

# Nociceptive Pain

## Treatment Adverse Events

| Event | Ultram[1] 50-100 mg | OxyContin[2] | OxyContin Osteoarthritis 20 mg q12 |
|---|---|---|---|
| Somnolence | N/A | 23 % | 27% |
| Dizziness | 31% | 13 % | 20% |
| Nausea | 34% | 23 % | 41% |
| Vomiting | 13% | 12 % | 23% |
| Constipation | 38% | 23 % | 23% |
| Pruritis | N/A | N/A | 13% |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] "Clinical trials" (label)
N/A - Not Available

HIGHLY CONFIDENTIAL    ABBT 0002396

# Neuropathic Pain

## *Overview*

- ### Characteristic symptoms
  - Spontaneous: dysesthesia, shooting pains
  - Evolved: allodynia, hyperpathia
- ### Pathophysiology
  - Associated with peripheral nerve injury
  - Abnormalities develop over time in the PNS and CNS
- ### Treatment
  - Trycyclic and other "antidepressants"
  - Antiepileptic drugs
  - Sodium channel blockers (lidocaine)
  - Opioids
  - All minimally effective

HIGHLY CONFIDENTIAL     ABBT 0002397



HIGHLY
CONFIDENTIAL          ABBT 0002398

# Neuropathic Pain

## Treatment Adverse Events Rates

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d |
|---|---|---|---|---|
| Confusion | N/A | N/A | 6% | 5% |
| Somnolence | 66% | 53% | 26% | 24% |
| Dizziness | 28% | 40% | 24% | 27% |
| Nausea | N/A | 7% | 8% | N/A |
| Peripheral edema | N/A | N/A | N/A | 7% |
| Dry mouth | 90% | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A |

[1] Max, 1987 (n=29)
N/A – Not Available

HIGHLY CONFIDENTIAL     ABBT 0002399



HIGHLY
CONFIDENTIAL

ABBT 0002400



HIGHLY
CONFIDENTIAL     ABBT 0002401

ABT-594

*Spectrum of Activity: Where to Start?*

**Acute**

Post-dental surgery
Sprains and strains
Acute back pain
Trauma
Post-general surgery
Post-orthopedic surgery
Dysmennorrhea
Renal colic
Bilary colic
Pancreatitis
Infections

**Neuropathic**

Diabetic polyneuropathy
Idiopathic polyneuropathy
Alcoholic polyneuropathy
Drug-induced polyneuropathy
HIV predominantly sensory
  neuropathy
Back pain
Cancer pain
Trigeminal neuralgia
Post-herpetic neuralgia
Thalamic pain syndromes
Spinal cord injury
Multiple sclerosis
Complex regional pain syndromes
  (I, II)
Atypical facial pain
Phantom limb pain

**Chronic Nociceptive**

Osteoarthritis
Chronic back pain
Rheumatoid arthritis
Cancer pain
Fibromyalgia
Sickle cell disease
TMJ disorder
Bursitis
Teninitis
Chronic visceral pain

HIGHLY
CONFIDENTIAL

ABBT 0002402



HIGHLY
CONFIDENTIAL    ABBT 0002403



# ABT-594

## *Initial Profile*

○ **Preclinical promise**
  - Efficacy for all types of pain
  - Challenges

○ **Current characteristics**
  - Analgesic potential demonstrated in molar extraction, neuropathic pain and osteoarthritis
  - Onset ($T_{max}$, tolerability) appears to exclude rapid relief of pain ("acute pain")

HIGHLY
CONFIDENTIAL          ABBT 0002404



HIGHLY
CONFIDENTIAL

ABBT 0002405



HIGHLY
CONFIDENTIAL          ABBT 0002406

# ABT-594

## Pharmacokinetics and Metabolism

- Half-life ($t_{1/2}$): about 8-12 hours

- Dose proportional kinetics

- AUC, $C_{max}$ similar across formulations (solution, SEC, HGC)

- AUC, $C_{max}$ similar with/without food

- $T_{max}$ varies somewhat with formulation, food

- No clinically significant effects on cytochrome P450 isoforms

- Elimination primarily through renal excretion, about 50% unchanged drug recovered in urine

HIGHLY
CONFIDENTIAL          ABBT 0002407



HIGHLY
CONFIDENTIAL

ABBT 0002408



# Molar Extraction Study

## Design

o 290 patients, randomized, double-blind, placebo-controlled, single dose

Day –14

Screen    Surgery
                ↓
               xx    n=290

| | |
|---|---|
| n=50 | ABT–594 100 mcg |
| n=46 | ABT–594 75 mcg |
| n=50 | ABT–594 50 mcg |
| n=46 | ABT–594 25 mcg |
| n=48 | Ibuprofen 400 mg |
| n=50 | Placebo |

Single dose

o Third molar extraction
o Outcome measures:
    Pain relief (PR)
      Categorical scale:

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| none | a little | some | a lot | complete |

o Power: 70% to detect an effect similar to acetaminophen plus codeine
o Solution

HIGHLY
CONFIDENTIAL         ABBT 0002409



# Molar Extraction Study

## Outcome Measures

**Pain Relief (PR)**
- Categorical scale:

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| none | a little | some | a lot | complete |

**Total Pain Associated Relief (TOTPAR)**
- Area under the curve for PR (0-6 hours)

**Pain Intensity (PI)**
- Categorical scale:

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| none | mild | moderate | severe |

- Visual Analog Scale

no pain |——————————————| worst pain

**Stop Watch Model**
- Time to "perceptible" and "meaningful" relief

**Time To Rescue Medication**

**Patient Global**
- Rate medication:

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| poor | fair | good | excellent |

HIGHLY
CONFIDENTIAL

ABBT 0002410



HIGHLY
CONFIDENTIAL          ABBT 0002411



HIGHLY
CONFIDENTIAL

ABBT 0002412

# Neuropathic Pain Pilot

## *Outcome Measures*

○ **Pain Intensity (PI)**
  - Categorical Scale:

  | 0 | 1 | 2 | 3 |
  |---|---|---|---|
  | none | mild | moderate | severe |

  - Visual Analog Scale:
    (0-100 mm)

  no pain ———————————————— worst possible

○ **Neuropathic Pain Scale (NPS)**
  - 10 items (e.g., sharp, hot, intense), for total 0-100 points
  Please use the scale below to tell us how **sharp** your pain feels. Words used to describe "sharp" feelings include "like a knife," "like a spike, "jabbing" or "like jolts"

  | not sharp | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most sharp sensation imaginable ("like a knife") |
  |---|---|---|---|---|---|---|---|---|---|---|---|

○ **Patient Global (PG)**
  - Rate Medication:

  | 1 | 2 | 3 | 4 |
  |---|---|---|---|
  | poor | fair | good | excellent |

**HIGHLY
CONFIDENTIAL**       **ABBT 0002413**



HIGHLY
CONFIDENTIAL          ABBT 0002414



HIGHLY
CONFIDENTIAL     ABBT 0002415



ABT-594 75 mcg BID Reduces Daily Pain Score More Than Placebo in Diabetic Polyneuropathy

HIGHLY
CONFIDENTIAL     ABBT 0002416



ABT-594 75 mcg BID Significantly Reduces NPS Compared to Placebo in Diabetic Polyneuropathy

HIGHLY
CONFIDENTIAL          ABBT 0002417



HIGHLY
CONFIDENTIAL

ABBT 0002418



HIGHLY
CONFIDENTIAL

ABBT 0002419



# Osteoarthritis Pain Pilot Study

## Outcome Measures

◦ **Pain Intensity (PI)**
  – Categorical Scale:

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| none | mild | moderate | severe |

  – Visual Analog Scale (VAS):

  no pain ———————————— worst possible

**WOMAC**
  – Pain (0-500)
  – Stiffness (0-200)   } Total (0-2400)
  – Function (0-1700)

◦ **Patient Global**
  – Rate Medication:

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| poor | fair | good | excellent |

HIGHLY CONFIDENTIAL

ABBT 0002420

# Osteoarthritis Pain Pilot Study

## WOMAC

### Pain

How much pain do you have…
- Walking on a flat surface?
- Going up or down stairs?

no pain |————————————| extreme pain

### Stiffness

How severe is your stiffness…
- After sitting, lying, or resting later in the day?

no stiffness |————————————| extreme stiffness

### Function

What degree of difficulty do you have…
- Descending stairs?
- Rising from bed?

no difficulty |————————————| extreme difficulty

**HIGHLY CONFIDENTIAL**    ABBT 0002421



# ABT-594 75 mcg BID Does Not Reduce Daily Pain Score Compared To Placebo In Osteoarthritis

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 21% |
| Ibuprofen 400 mg TID | ↓ 26% |
| ABT-594 25 mcg BID | ↓ 17% |
| ABT-594 50 mcg BID | ↓ 26% |
| ABT-594 75 mcg BID | ↓ 23% |

Model based, ITT
LOCF
±2%

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 2.2

Change from Baseline (Categorical)

Week

HIGHLY CONFIDENTIAL     ABBT 0002422



# ABT-594 75 mcg BID Reduces the WOMAC Pain Subscale More Than Placebo in Osteoarthritis

| Treatment | Change: Baseline to Final |
|---|---|
| Placebo | ↓ 19% |
| Ibuprofen 400 mg TID | ↓ 33% |
| ABT-594 25 mcg BID | ↓ 24% |
| ABT-594 50 mcg BID | ↓ 34% |
| ABT-594 75 mcg BID | ↓ 30% |

Based on 5-item (0-500 points)

* p ≤ 0.05 vs. placebo
Maximum possible decrease for 75 mcg BID was 305

Week

Change from Baseline

HIGHLY CONFIDENTIAL

ABBT 0002423



HIGHLY
CONFIDENTIAL

ABBT 0002424

## ABT-594

### Phase IIa Efficacy Conclusions

- Analgesic Potential Demonstrated

  - Molar Extraction
    - Significance vs. placebo starting at 1.5 hours

  - Neuropathic Pain
    - 75 mcg BID may be lowest effective dose for patients with painful diabetic polyneuropathy

  - Osteoarthritis Pain
    - 75 mcg BID may be lowest effective dose as judged by the WOMAC pain sub-score

HIGHLY CONFIDENTIAL     ABBT 0002425



HIGHLY
CONFIDENTIAL          ABBT 0002426

# Adverse Event Rates for Select Analgesics

| Event | Amitriptyline 150 mg/d[1] | Carbamazepine 600 mg/d | Gabapentin 3600 mg/d | Pregabalin 300 mg/d | ABT-594[2] 75 mcg BID |
|---|---|---|---|---|---|
| Confusion | N/A | N/A | 8% | 5% | 0% |
| Somnolence | 66% | 53% | 23% | 24% | 0% |
| Dizziness | 28% | 40% | 24% | 27% | 7% |
| Nausea | N/A | 7% | 8% | N/A | 15% |
| Vomiting | N/A | N/A | N/A | N/A | 5% |
| Peripheral edema | N/A | N/A | N/A | 7% | 1% |
| Constipation | 14% | N/A | N/A | N/A | N/A |
| Dry mouth | 80% | N/A | N/A | N/A | N/A |
| Instability | N/A | 13% | N/A | N/A | N/A |

[1] Max, 1987 (n=29)
[2] M98-826 and M98-833 combined
N/A - Not Available

HIGHLY CONFIDENTIAL

ABBT 0002427

# Adverse Event Rates for Select Analgesics

| Event | Ultram[1] 50-100 mg q4-6h | OxyContin[2] | OxyContin Osteoarthritis 20 mg q12h | ABT-594[3] 75 mcg BID |
|---|---|---|---|---|
| Somnolence | N/A | 23 % | 27% | 0% |
| Dizziness | 31% | 13 % | 20% | 7% |
| Nausea | 34% | 23 % | 41% | 15% |
| Vomiting | 19% | 12 % | 23% | 5% |
| Constipation | 35% | 23 % | 37% | 1% |
| Dry mouth | N/A | N/A | N/A | 4% |
| Pruritis | N/A | N/A | 16% | N/A |

[1] Chronic non-malignant pain, up to 30 days (label)
[2] "Clinical trials" (label)
[3] M98-826 and M98-833 combined
N/A - Not Available

HIGHLY CONFIDENTIAL     ABBT 0002428



# ABT-594

## Phase IIa Conclusions

- Analgesic potential demonstrated

- Phase IIa studies included inadequate dose ranging
  - SEC tolerated better than predicted by solution
  - 75 mcg BID (HGC) very well tolerated vs. other analgesics
  - Two Phase I studies (M99-076 and M99-120) showed:
    - 300 mcg BID HGC tolerated
    - Titration may improve tolerability

- Full analgesic potential should be defined with adequate dose ranging studies in Phase IIb

HIGHLY
CONFIDENTIAL        ABBT 0002429



## Phase IIIb

- ○ Trials
  - – Neuropathic Pain (M99-114)
    - ○ Ongoing
  - – Osteoarthritis Pain (M99-115)
    - ○ Unfunded
- ○ Doses
  - – 150, 225, 300 mcg BID

HIGHLY CONFIDENTIAL    ABBT 0002430



HIGHLY
CONFIDENTIAL

ABBT 0002431

**Collicott Deposition Exhibit 32**

**P's Exhibit EL**

**Part 4**



# M99-114: Neuropathic Pain

## *Outcome Measures*

- **Primary**
  - Weekly average of daily pain (11-point Likert in a diary)

- **Secondary**
  - Site-based pain scale (11-point Likert)
  - Neuropathic Pain Scale
  - Patient Global Impression of Change
  - Physician Global Impression of Change
  - SF-36

HIGHLY CONFIDENTIAL          ABBT 0002432



## M99-114 Status

- Enrollment
  - Ended 1/5/01 at 269 subjects
  - Pre-specified power not reached
  - Width of confidence intervals not meaningfully different between 269 and 320 enrolled
- Database release – 5/01
- Go/No Go – 6/01

HIGHLY
CONFIDENTIAL          ABBT 0002433



# ABT-594

## *Take Home Messages*

1. Significant unmet needs in pain management

2. Prior studies: *potential* of ABT-594 to address these unmet needs

3. Ongoing study: *test the hypothesis* that ABT-594 addresses unmet need in neuropathic pain

   – A proposed study would do the same for chronic nociceptive pain

4. There is a *process* by which we will determine if ABT-594 can satisfy the unmet need

HIGHLY CONFIDENTIAL          ABBT 0002434



**HIGHLY CONFIDENTIAL**

ABBT 0002436

# ABT-594 Commercial Assessment: Key Take Aways

- Neuropathic pain market is the primary target
  - Underserved market with significant unmet need
  - ABT-594 has potential to be first novel drug in decades indicated for neuropathic pain

- Additional opportunity in "chronic persistent pain" market

- *Key challenge is achieving optimal balance of tolerability and efficacy to satisfy both US and ex-US markets*

HIGHLY CONFIDENTIAL

ABBT 0002436

# Neuropathic Pain Market: Sales

|  | 2000 US Sales ($MM) | 2000 ex-US Sales |
|---|---|---|
| AEDs | $299 | $190 |
| TCAs | $3 | $45 |
| OPIOIDS | $37 | NA |
| OTHERS | $85 | $45 |
| TOTAL | $424 | $280 |

US Sales *factored* for neuropathic pain and annualized
Vs Prior Year:  US Growth est 20%, ex-US growth est 10%

HIGHLY
CONFIDENTIAL          ABBT 0002437



# Drug Classes Used to Treat Neuropathic Pain

*Dispersed market due to limited promotion and lack of dominant effective product*

SEIZURE DISORDERS
ANTIARTHRTCS SYS PLN
COX-2 INHIBITORS
CODEINE & COMB NON-INJ
CORTICOIDS PLAIN INJ
ANTIDEP TRI/TETRA
PTY ANALGESICS
PYRIDOXINE (VIT B6)
SYN NON-NARC NON-INJ
MUSC RLX W/O ANALG
CORTICOIDS PLAIN ORAL
PROPOXYPHENES
ANESTH INJECT LOCAL
ASPIRIN,APC,ETC
SSRIS/SNRIS
ACETAMINOPHEN
BENZODIAZEPINES

**Drug Uses Data (not Rx or $'s)**

HIGHLY CONFIDENTIAL

ABBT 0002438

# Use in Neuropathic Pain

- Even if target only 'focused' indication in 'painful, diabetic neuropathy' expect trial and usage in all types of neuropathic pain

  – Neurontin use all off-label

  – Carbamazepine is indicated for trigeminal neuralgia but used in all neuropathic pain

  – Generally held premise that NP likely has some similar mechanisms across etiologies (reinforced by current drug usage)

HIGHLY CONFIDENTIAL     ABBT 0002439

# Market Opportunities in Neuropathic Pain

- Improved efficacy
  - Partial pain relief is the norm
  - Polypharmacy often required to manage pain
- Improved responder rates
  - Typically only 40% to 60% of patients respond to any given treatment
- Improved tolerability over time
  - TCAs, AEDs, opioids have troublesome SEs that do not diminish over time
- Dose reduction
  - Most TCAs and AEDs (including Neurontin) typically dosed TID
- Titration reduction
  - TCAs and AEDs require >2 weeks titration period to minimize SEs or reach effective dose

HIGHLY CONFIDENTIAL

ABBT 0002440



# Chronic Persistent Pain (CPP)
## "Spillover"

- Onset of action and need for titration limits ABT-594 to a small segment of the nociceptive pain market

- CPP = Chronic persistent pain conditions for which patients are on daily medications, over extended periods of time (vs. PRN, or 'as needed', consumption)

HIGHLY
CONFIDENTIAL      ABBT 0002441



HIGHLY
CONFIDENTIAL          ABBT 0002442

# Chronic Persistent Pain Market

|  | 1999 Sales ($MM) | CAGR (97-99) | Rxs (MM) | CAGR (97-99) |
|---|---|---|---|---|
| US | $700 | 5% | 35 | 1% |
| Ex-US | $680 | 8% | 58 | 3% |

CPP Market Size Assumptions:
Assume 40% of opioid, non-opioid, COX-2 market is for chronic pain and 30% of that is 'persistent', i.e.: medication taken every day

HIGHLY CONFIDENTIAL     ABBT 0002443



# Qualitative Market Research Results

| Profile | | Share of Patients | | |
|---|---|---|---|---|
| Efficacy | AEs vs. current agents | OA | RA | Low-back |
| | | | | |

Assumes ABT-594 is indicated for NP, with additional clinical data (Ph II) showing efficacy in nociceptive pain

**HIGHLY CONFIDENTIAL**

ABBT 0002444

# Qualitative Market Research Results

| Profile | | Share of Patients | | |
|---|---|---|---|---|
| Efficacy | AEs vs. current agents | OA | RA | Low-back |
| Better | Equivalent | | | |
| Same | Equivalent | | | |
| Better | Poor | | | |

*TCAs used as "benchmark" efficacy in NP*

*Tolerability vs. current agents: equivalent = 5% nausea; 5% vomiting; 10% dizziness; poor = 20% nausea; 10% vomiting; 30% dizziness*

HIGHLY CONFIDENTIAL

ABBT 0002445

# Qualitative Market Research Results

| Profile | | Share of Patients | | |
| --- | --- | --- | --- | --- |
| Efficacy | AEs vs. current agents | OA | RA | Low-back |
| Better | Equivalent | 19% | 12% | 16% |
| Same | Equivalent | 15% | 8% | 10% |
| Better | Poor | 12% | 6% | 11% |

*Spillover market share in chronic persistent pain markets (in forecast, assuming only 5% share)*

*MR did not test impact of titration on market share*

HIGHLY CONFIDENTIAL

ABBT 0002446

# Qualitative Market Research Results

| Profile | | Share of Patients |
| --- | --- | --- |
| Efficacy | AEs vs. current agents | Neuropathic Pain |
| Better | Equivalent | 31% |
| Better | Poor | 24% |
| Same | Equivalent | 27% |

*Assumes ABT-594 is indicated for NP, with additional clinical data (Ph II) showing efficacy in nociceptive pain*

*In forecast assuming 20% share of NP*

HIGHLY CONFIDENTIAL

ABBT 0002447

# Neuropathic Pain Pipeline

- Pregabalin is in Phase III, but questions remain regarding Pfizer's Neurontin/Pregabalin strategy

- 4 NNR preclinical programs appear to be targeting pain indications; ABT-594 is much further along

- Other new AEDs may have potential for treatment of neuropathic pain and are conducting phase IV trials; unclear whether these agents will pursue an NP indication

- Several novel pain mechanisms being explored

  - Calcium channel blockers
  - Sodium channel blockers
  - NMDA antagonists

HIGHLY CONFIDENTIAL       ABBT 0002448

# Positioning of ABT-594 in Neuropathic Pain

- Greater efficacy than AEDs and TCAs in NP
- Better long term tolerability (than TCAs and opioids)
- Safe in all patient populations
- Convenient BID dosing with simple, short titration period
- No tolerance over time and non-scheduled
- Limited drug interactions
- Novel mechanism of action

HIGHLY CONFIDENTIAL     ABBT 0002449



# Positioning of ABT-594 in CPP

○ Effective alternative to opioids with:
  – No tolerance, respiratory depression, constipation, etc.
  – Non-scheduled

○ For patients receiving insufficient relief with current therapies or NSAID/opioid intolerant patients

○ Better efficacy than COX-2s with novel mechanism of action and no major safety issues

HIGHLY
CONFIDENTIAL

ABBT 0002460



# ABT-594 Global Forecast Ranges

($MM)

| | Peak Sales | | |
|---|---|---|---|
| | Low | Base | High |
| US | $92 | $339 | $509 |
| Ex-US | $130 | $363 | $712 |

- NP shares: 5%, 20% or 30%
- CPP shares: 3%, 5%, 7%

HIGHLY
CONFIDENTIAL

ABBT 0002451

# Key Product Challenges

○ Key challenge is achieving optimal balance of tolerability and efficacy to satisfy both US and ex-US markets

- Neurontin/Pregabalin may have advantage
  ○ Will need to minimize early DCs as much as possible
- Potentially low therapeutic index

○ Titration

- Schedule must be as short and simple as possible

○ Nicotinic mechanism

- Will require pre-launch market education and priming to diffuse negative associations and generate interest surrounding novel MOA

HIGHLY
CONFIDENTIAL

ABBT 0002462



Go/No Go Process

Bruce McCarthy

HIGHLY CONFIDENTIAL

ABBT 0002453



HIGHLY
CONFIDENTIAL

ABBT 0002464

# Collicott Deposition Exhibit 38

# P's Exhibit FK

**Apr-01**

## ABT-594   Neuronal Nicotinic Receptor Agent

| Franchise | Dev. Status | Brand Name | Generic Name | Patent Expiry | |
|---|---|---|---|---|---|
| Neuroscience | Phase II | In progress | ebanicline tosylate | 2016 | Treatment of pain associated with diabetic polyneuropathy |

**Description:** ABT-594 is a neuronal nicotinic receptor with potential efficacy in nociceptive and neuropathic pain

### U.S. Market

| Unit | Value | CAGR |
|---|---|---|
| TRX | 10.5MM | 6% |
| Sales | 360MM | 22% |

### Ex-U.S. Market

| Unit | Value | CAGR |
|---|---|---|
| TRX | 29MM | 3% |
| Sales | 140MM | 8% |

### Unmet Need/Key Market Drivers

U.S.: Significant unmet need at NP as many patients do not respond to currently available agents, many of which have unacceptable SEs. No branded marketed products currently indicated for NP (although Neurontin and/or pregabalin will likely by time of launch). Chronic persistent pain population is growing with aging population and also has high unmet need for non-opioid options with high efficacy.

Large unmet need - Agents with greater efficacy than currently available agents with adequate tolerability for chronic usage needed. Only one agent currently indicated for neuropathic pain (Neurontin; Japan Tegretol)

### Key Competition/Position to Market

Neuropathic pain: Neurontin is taking strong lead in this market as increased MD awareness of efficacy coupled with ease of use becomes widespread, although it lacks an indication. Positive data and experience have made it first line in NP, although treatment patterns are diverse. Pregabalin in development for NP sales and may launch with indication, becoming dominant spillover prescribing in this market for 594); COX-2s and opioids dominate this market, but additional options (newer MOAs) with better efficacy than NSAIDs, without the AEs and addiction potential of opiates are needed for chronic pain.

Neuropathic pain: Gabapentin (Neurontin) on market with limited commercial success ex-US (total 1999 sales ISD MM for usage in all indications). Carbamazepine is gold standard treatment, but is not indicated for neuropathic pain, and has undesirable side effects. Pregabalin currently in Phase III. ABT-594 expected to be first in market INRF for neuropathic pain. Chronic pain (likely some spillover prescribing in this market for 594). Opiates reserved for only the most severe pain (e.g. cancer pain); that large unmet need exists for non-scheduled, non-addictive agents for treatment of chronic pain.

### Development

| Cost to NDA | DDC Est. | Thru 2000 | 2001 Prob. Budget | 2002 | 2003 | 2004 | 2005 | Post NDA? |
|---|---|---|---|---|---|---|---|---|
| Clinical | | | $16.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| CMC | | | $1.1 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Drug Safety | | | $1.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other | | | $0.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| TOTAL | | $14.0 | $19.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

### Development Timeline

| | DDC | LBE | Actual |
|---|---|---|---|
| Start of Tox | | | 1Q 1997 |
| Phase I | | | 3Q 1997 |
| Phase II | | 1Q 2002 | 3Q 1998 |
| Phase III | | 9Q3, 9Q3,5Q4 | |
| US, EU, Japan Approve | | 9Q4, 9Q4,5Q5 | |

| | Prob | Share Impact |
|---|---|---|
| | Medium | High |
| | Medium | Medium |
| | Medium | High |

### Commercial

**Base Case Forecast ($MM)** — ■U.S. ■Ex-U.S.



| | Thru 2000 | 2001 Prob. | YTD | U.S. ($MM) | Int'l ($MM) |
|---|---|---|---|---|---|
| Financial Summary | | | | | |
| Peak Sales ($MM) | $0.0 | $9.3 | $0.7 | $339 | $380 |
| Past Standard Margin ($MM) | $0.0 | $1.1 | $0.3 | $313 | $316 |
| Past Standard Margin (%) | | | | 92.3% | 83.2% |
| Pre-Tax NPV @ 12.5% (global) | | | | $[19] | |
| Post-Tax NPV @ 12.5% (global) | | | | $719 | |

### Product Profile (Efficacy, Safety, Convenience)

Safety/AE: Sig. NNV or decrease vs 20% or fewer pts during titration, tolerable ongoing side-effects at effective dose

Convenience: BID, titration up to 7 days

Efficacy: Greater than Neurontin

**Commercial Profile**

| | U.S. | | Ex-U.S. | |
|---|---|---|---|---|
| Launch Date | Sep 04 | | Jun-05 | |
| Price per Day at Launch (AWP) | $3.47 | | $0.90 | Comparable to premium pain meds (COX2) |
| Sales force @ peak sales ($MM) | $26 | | $23 | |
| Promo @ peak sales ($MM) | $26 | | $11 | |
| COGS @launch @ peak | $40,000/kg (Bluax Equivalent) | | Same as US | |
| Mass/External/Other | | | Same as US | |

### Next Go/No Go

End of Phase II (Jun 01)

### Business Rationale

ABT-594 could help to establish a strong innovative neuroscience sector pain franchise for Abbott. Leadership position in neuronal nicotinic could be garnered with fast drug to market. Neuropathic pain market is niche pain market with limited competition, unmet need, and limited/no premium per pack access, high use of generics understates dollar potential.

EXHIBIT Collicott 38 9-27-06

tinkster

HIGHLY CONFIDENTIAL
ABBT 0000491

# April 2001

# ABT-594

## Monthly Highlights -- Key Project Progress

- Blind Broken on April 20 for M99-114 Painful Diabetic Neuropathy Phase II b study

## Next Quarter's Key Progress Markers

| Key Progress Marker | Target Date |
|---|---|
| • Go / No Go target for program | 06/30. |
| • | |
| • | |
| • | |

## Key Project Issues and Risks

| Risk or Issue | Potential or Known Impact<br>Check all that apply and Describe Impact<br>__ Cost  __ Time  __ Profile  _X_ Regulatory | Strategy / Progress | Area / Responsibility | Resolution Date<br>Planned / Actual |
|---|---|---|---|---|
| Team has recommended implementation of the Mitsunobu chemistry change in step 4 of the synthetic process to eliminate the risk of mesylate impurity, which is potentially mutagenic. | | PARD Analytical has completed their analysis of the lab-scale batch made with the Mitsunobu chemistry change in step 4. No issues have been identified. Additional evaluation continues, looking at samples from the in-process chemistry stages to see if there are any additional targets to look for. Some degradation studies have been started, with final characterization and / or isolation to be completed. | PARD Analytical | In-Process |
| | | The first production-scale lot of drug substance manufactured using the Mitsunobu chemistry change in step 4 has been completed. The specifications were issued 4/24 (document DTP-RD0838.) Release testing will be initiated in May, and should be completed within the month. The lot will also be put on stability in May. | SPD / PARD Analytical | Release testing complete: May<br><br>QA release: TBD |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 000492

# April 2001

## ABT-594

### Key Project Issues and Risks

| Risk or Issue | Potential or Known Impact<br>Check all that apply and Describe Impact<br>___ Cost ___ Time ___ Profile __X_ Regulatory | Strategy / Progress | Area / Responsibility | Resolution Date<br>Planned / Actual |
|---|---|---|---|---|
| During investigative work on implementation of the Mitsunobu chemistry route, a modification was made to the analytical method, which improved separation of some peaks. Using this method, an additional unknown impurity (designated as F') was detected in the lot of bulk drug used in M99-114 clinical capsules. Given the low exposure of M99-114 patients to F' and a lack of change in acute toxicity when this impurity was present in the drug substance, Toxicology does not view the presence of this impurity as a significant risk to these patients. However, further toxicology and pk testing of this impurity is necessary. Planned studies include Ames assay, in vitro micronucleus assay and bioavailability study | | This issue has been reviewed with PARD, SPD, Toxicology, Regulatory and Venture Management. To date, the F' impurity has been detected at a level of 0.2% in the drug substance. Tentative identification including molecular structure has been made.<br>• Progress continues on SPD's effort to synthesize 2 grams of purified F' material for further testing.<br>• PARD Analytical will be testing the F' material to confirm identity and match to impurity found in drug substance lot.<br>• When testing is successfully completed, F' material will be tested for genotoxicity by Toxicology and for bioavailability by Exploratory Kinetics. | SPD<br><br>PARD Analytical<br><br>Toxicology / Exploratory Kinetics | June-01<br><br>TBD<br><br>TBD |
| | ___ Cost ___ Time ___ Profile ___ Regulatory | | | |

HIGHLY CONFIDENTIAL
ABBT 0000493

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

# April 2001 | ABT-594

## Key Activities

### Commercial

| Activity | LBE | Actual |
|---|---|---|
| Quantitative conjoint analysis regarding commercial viability of various efficacy/AE profiles and associated market share tradeoffs | 6/01 | |
| Qualitative market research regarding attractiveness of transdermal patch for severe pain or neuropathic pain patients | 6/01 | |
| NNR communication strategy | 12/01 | |
| ABT-594 publication plan | 12/01 | |
| Brand name registration submission (generic name approved 11/00 – ebanicline tosylate) | 12/01 | |

### Formulation

Plan Date: 10/2000

| Activity | Plan | Actual |
|---|---|---|
| Phase I Formulation (PIB)* | 7/1997 | 7/1997 |
| Clinical Supplies (PIB) for Molar Extraction | 7/1998 | 7/1998 |
| Phase II Formulation (SEC) for IND | 7/1998 | 7/1998 |
| Clinical Supplies (SEC) Shipped (Osteoarthritis, Surgery, Neuropathy) | 10/1998 | 10/1998 |
| Phase III / Formulation (HGC) for Bio Study | 3/1999 | 3/1999 |
| Phase III Clinical Supplies Manufactured | 9/2001 | TBD |
| NDA Lots (3) Completed | 5/2002 | TBD |
| Completion of 1 Year Stability for NDA | 7/2003 | TBD |
| Formulation Peer Review | TBD | TBD |

* Performed by IDC

### Drug Substance

Plan Date: 6/1999

| Activity | KG | Plan | Actual | Actual / Projected Cost/kg* |
|---|---|---|---|---|
| D-45L | 0.3 KG | 3/1997 | 3/1997 | $200,000 |
| CAPD | 5.6 KG | 3/1997 | 3/1997 | $175,000 |
| SICOR | 14.9 KG | 2/1998 | 2/1998 | $40,000 |
| SICOR/CAPD | 2.5 KG | 8/1998 | 8/1998 | $40,000 |
| Chemsyn Pilot Lot | 1.0 KG | 5/1999 | 5/1999 | $29,700 |
| Chemsyn Mfg. Lot | 10.0 KG | 10/1999 | Not manufactured | $29,700 |
| Chemsyn NDA Lot #1 (Mesylate) | 4.85 KG | 10/1999 | 2/2001** | $29,700 |
| Chemsyn NDA Lot #2 (Mesylate) | 4.80 KG | 10/1999 | 2/2001** | $29,700 |
| Chemsyn NDA Lot #3 (Mesylate) | 5.45 KG | 10/1999 | 2/2001** | $29,700 |
| Chemsyn Mitsunobu Lot #1 | 5.0 KG | 04/2001 | | |
| Chemsyn Mitsunobu Lot #2 | 5.0 KG | | | |
| Chemsyn Mitsunobu Lot #3 | 5.0 KG | | | |

* Target cost of drug substance at launch is $20,000/kg (Tosylate Salt)
** Bulk manufactured 1/2000, but delivery delayed due to Mesylate testing & QA release

### Toxicology

Plan Date: 1999

| Toxicology Activity | Planned Start | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 2/1997 | 9/1996 | 8/1997 |
| Acute Studies | 3/1997 | 4/1997 | 8/1997 |
| 1 Month Rat/Monkey | 2/1997 | 2/1997 | 11/1997 |
| 3 Month Rat/Monkey | 7/1997 | 6/1997 | 8/1998 |
| 3 Month Mouse MTD | 10/1997 | 6/1997 | 10/1998 |
| SEG I and SEG II | 10/1997 | 7/1997 | 7/1998 |
| SEG III Rat (post natal development) | - | 1/1999 | Ongoing |
| 6 Month Rat | 1/1998 | 3/1998 | 7/1999 |
| 1 Year Monkey | 6/1998 | 6/1998 | 3/2000 |
| Carcinogenicity (2 yr.) Rat | 12/1998 | 9/1998 | Ongoing* |
| Carcinogenicity (2 yr.) Mouse | 12/1998 | 11/1998 | Ongoing* |

* In-life phase complete, and analysis / assessment in process

HIGHLY CONFIDENTIAL
ABBT 0000494

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

# April 2001

# ABT-594

## All Clinical Studies:

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Current |
|---|---|---|---|---|---|---|
| M99-114 | II | Safety & Efficacy vs placebo in Painful Diabetic Neuropathy | 04/00 | 04/01 | 320 | 269 Final |

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Current |
|---|---|---|---|---|---|---|
| | | | | | | |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000498

# April 2001

# ABT-594

## Ongoing Clinical Studies  (List first time in man, Phase II Dose-Ranging and Pivotal Trials)

**Protocol:** M99-114 – A Randomized, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy

**Objective:** The objective of this study is to compare the safety and analgesic efficacy of 150 µg, 225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy.

**ABT-594 Doses:** 150 µg, 225 µg, and 300 µg twice daily (BID)

**Comparator Doses:** Placebo

**Target Enrollment:** 320

**Status:** Enrollment Complete – 269 patients randomized

**Major Findings:** TBD

D47\ZZ:\MPSRs\ABT-594-Apr01.doc

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000496

# Collicott Deposition Exhibit 39

# D's Exhibit GN



**HIGHLY CONFIDENTIAL**

ABBT 0001749



HIGHLY
CONFIDENTIAL

ABBT 0001750



HIGHLY
CONFIDENTIAL

ABBT 0001751



# M99-114: Neuropathic Pain

## Design

- 266 patients (320 planned), randomized, double-blind, placebo-controlled, multiple dose

|  |  |  |  |
|---|---|---|---|
| n = 65 | ABT-594 | 300 mcg BID |
| n = 65 | ABT-594 | 225 mcg BID |
| n = 69 | ABT-594 | 150 mcg BID |
| n = 67 | Placebo | |

Screen    Washout    Baseline
Day -22        -7        -7

1 week titration    5 week full dose

- Diabetic polyneuropathy
- 7-day titration phase; treatment visits at 2, 3, 5 and 7 weeks
- Power: 80% with 0.05 with Type I *PRELIMINARY*
- Concomitant analgesics disallowed

4/23/01 PRELIMINARY DATA

HIGHLY
CONFIDENTIAL

ABBT 0001752



# M99-114: Neuropathic Pain

## Outcome Measures

- Pain Rating Scale

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| no pain | | | | | | | | | | worst pain possible |

- Neuropathic Pain Scale (NPS)
  - 10 items (e.g., sharp, hot, intense), for total 0-100 points

  Please use the scale below to tell us how sharp your pain feels. Words used to describe "sharp" feelings include "like a knife," "like a spike," "jabbing" or "like jolts"

| not sharp | | | | | | | | | | The most sharp sensation imaginable ("like a knife") |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |

- Subject, Clinician Impression of Change

  1  Much Improved
  2  Moderately Improved
  3  Minimally Improved
  4  No Change
  5  Minimally Worse
  6  Moderately Worse
  7  Much Worse

4/23/01 PRELIMINARY DATA

**HIGHLY
CONFIDENTIAL**

ABBT 0001764



HIGHLY
CONFIDENTIAL

ABBT 0001755



ABT-594 150, 225, & 300 mcg BID Reduced Pain
Significantly vs. Placebo as Measured by Site-Based
Pain Rating Scale in the Intent to Treat Population

Pain Rating Scale (Site Based)

| | Change Baseline to Final |
|---|---|
| Placebo | ↓ 17% |
| ABT-594 150 mcg BID | ↓ 40% * |
| ABT-594 225 mcg BID | ↓ 33% * |
| ABT-594 300 mcg BID | ↓ 42% * |

| Percent of subjects at visit 4 | |
|---|---|
| Placebo | 87% |
| ABT-594 150 mcg BID | 74% |
| ABT-594 225 mcg BID | 58% |
| ABT-594 300 mcg BID | 43% |

*p<0.05
Maximum possible decrease for 150 mcg BID group was 6.7
4/23/01 PRELIMINARY DATA

HIGHLY
CONFIDENTIAL

ABBT 0001756



HIGHLY
CONFIDENTIAL

ABBT 0001767

## ABT-594 150, 225 and 300 mcg BID Were Associated with a Dose Dependent Increase in Adverse Events, Especially Nausea, Vomiting and Dizziness

### Adverse Events *

| Event | Placebo N = 65 | ABT-594 150 mcg BID N = 65 | ABT-594 225 mcg BID N = 69 | ABT-594 300 mcg BID N = 67 |
|---|---|---|---|---|
| Nausea | 11 % | 34 % | 43 % | 46 % |
| Abnormal Dreams | 0 % | 22 % | 22 % | 18 % |
| Headache | 12 % | 20 % | 14 % | 19 % |
| Dizziness | 5 % | 17 % | 35 % | 28 % |
| Vomiting | 3 % | 15 % | 25 % | 21 % |
| Diarrhea | 3 % | 11 % | 12 % | 6 % |
| Dyspepsia | 3 % | 8 % | 12 % | 7 % |
| Asthenia | 2 % | 6 % | 16 % | 19 % |

*Occurring in ≥5% 150 mcg BID ABT-594 treated patients and ABT-594 incidence > placebo.

4/23/01 PRELIMINARY DATA

HIGHLY
CONFIDENTIAL

ABBT 0001758

# Collicott Deposition Exhibit 42

# P's Exhibit FV



Judith S
Brownell/LAKE/PPRD/ABBO
TT

06/18/2001 02:15 PM

To

Marilyn J Collicott/LAKE/PPRD/ABBOTT@ABBOTT, Joan M
Freehoff/LAKE/PPRD/ABBOTT@ABBOTT, Bruce
McCarthy/LAKE/PPRD/ABBOTT@ABBOTT, James W
Thomas/LAKE/PPRD/ABBOTT@ABBOTT, Karen L
Cox/LAKE/PPRD/ABBOTT@ABBOTT, Beth H
Wilson/LAKE/PPRD/ABBOTT@ABBOTT, Katherine M
Landwer/LAKE/PPRD/ABBOTT@ABBOTT, Jeffrey L
Kain/LAKE/PPRD/ABBOTT@ABBOTT, Alyssa B
O'Neill/LAKE/PPRD/ABBOTT@ABBOTT, Rich
Manski/LAKE/PPRD/ABBOTT@ABBOTT, Marian L
Borgstrom/LAKE/PPRD/ABBOTT@ABBOTT, Judy A
Anderson/LAKE/PPRD/ABBOTT@ABBOTT, Nancy
Hollis/LAKE/PPRD/ABBOTT@ABBOTT

cc

bcc

Subject   RELEASE OF DATABASE, M99-114 (MC114A), ABT-594

The Data Management process has been completed for study M99-114 (ABT-594) and the database,
MC114A was transferred to statistics for analysis on 18/Jun/01 at 15:07. Any subsequent changes to this
database will be captured via audit.

LAST CASE REPORT FORM RECEIVED:     15/Mar/01
LAST DATA RECEIVED:     15/Jun/01
NUMBER OF PATIENTS IN DATABASE:     266

Assays have not been loaded

Status of the QA process:

UNADDRESSED QUERIES:     0
OUTSTANDING ADDENDA:     0
OUTSTANDING ISSUES:     This database is being released with xeroxed addenda (originals
pending signature by the site). Assay analysis results to be received at a later date and loaded

Access to the MC114A database will be limited to Katie Landwer and Judy Brownell. Please contact us
with any issues regarding this database.

Thank you.

jb

Confidential



EXHIBIT
Collicott
42
9-27-06

ABBT239029

# Collicott Deposition Exhibit 45

# P's Exhibit GH



Marilyn J
Collicott /LAKE/PPRD/ABBO
TT

10/05/2001 12:16 PM

To  JanLips710@aol.com

cc

bcc

Subject  Re: (no subject)☐

Yeah - I love the ken and Judy stories, too, and they just keep getting better and better.

My Mom hasn't asked him yet - she will this weekend at the wedding. And, yes, he is retired - been so for more than a year now. (And you'd have never known it when my Dad was sick and in the nursing home..............).

ABT-594 is on life support but they haven't pulled the plug yet - we may be doing a titration study - soon! ABT-089  (ADHD) FTIM is set to begin dosing in early November. I'm going to Germany to do an initiation visit during the week of 22 OCT. ABT-963 (COX II) is still rolling around poking it's head up now and then - no official start yet. Hey - how'd you like that big TAP settlement for Lupron - yikes!

I will keep you posted on all the fun, new, developing events that occur this weekend in Onalaska

m

p.s. Jane and I were supposed to be in Alaska this week but decided to cancel because the airline schedules were all screwed up. Our connections in and out of Anchorage had been cancelled every day for the last 2 weeks - not a good sign. We will go again in February for Fur Rondy - wahoo!

Highly Confidential



EXHIBIT
Collicott
45
9-27-06

ABBT241303