UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CIVIL ACTION NO. 05-11150-DPW |

**ERRATA RE: ABBOTT'S CORRECTED DEPOSITION COUNTER-DESIGNATIONS FOR JEANNE M. FOX**

Defendant Abbott Laboratories ("Abbott") respectfully submits this Errata in connection with Abbott's Corrected Deposition Counter-Designations for the May 17, 2007 deposition of Jeanne M. Fox, Divisional Vice President of North American Regulatory Affairs. Abbott inadvertently filed the incorrect designation chart for the Jeanne M. Fox deposition. A true and correct copy of the correct chart is attached hereto. The courtesy copy of this chart that Abbott is submitting to the Court will include the attached corrected chart.

Dated:  February 25, 2008        Respectfully submitted,

ABBOTT LABORATORIES

By:  __/s/ Eric J. Lorenzini_____
       Eric J. Lorenzini

Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
Eric J. Lorenzini *(pro hac vice)*
Ozge Guzelsu *(pro hac vice)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Tele:  (213) 683-9100

and

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com


*Counsel for Abbott Laboratories*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 25, 2008.

Date: February 25, 2008

                                                                   /s/ Ozge Guzelsu

# Jeanne Fox Deposition Designations

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 05/17/07 | Fox, Jeanne | 5:5-5:19 | 5:20-6:16 | | | | |
| 05/17/07 | Fox, Jeanne | 25:19-27:7 | 27:8-27:11 | | 2 | HZ | |
| 05/17/07 | Fox, Jeanne | 40:10-41:3 | | | | | |
| 05/17/07 | Fox, Jeanne | 45:17-46:4 | | | | | |
| 05/17/07 | Fox, Jeanne | 46:24-47:10 | | | 3 | ID | |
| 05/17/07 | Fox, Jeanne | 48:1-48:8 | | | 3 | ID | |
| 05/17/07 | Fox, Jeanne | 49:10-49:18 | 50:10-50:16 | | 3 | ID | |
| 05/17/07 | Fox, Jeanne | 51:3-51:6 | 51:7-51:19 | | 3 | ID | |
| 05/17/07 | Fox, Jeanne | 55:19-57:15 | 57:16-57:21 | | 4 | IG | |
| 05/17/07 | Fox, Jeanne | 57:22-58:8 | | | 4 | IG | |
| 05/17/07 | Fox, Jeanne | 60:15-60:17 | | | 5 | IE | |
| 05/17/07 | Fox, Jeanne | 61:11-62:22 | | | 4 | IG | |
| 05/17/07 | Fox, Jeanne | 74:18-75:3 | | | | | |
| 05/17/07 | Fox, Jeanne | 77:2-77:18 | 77:19-77:20 | | | | |
| 05/17/07 | Fox, Jeanne | 78:9-78:22 | 80:1-80:5 | | 4 | IG | |
| 05/17/07 | Fox, Jeanne | 82:12-82:20 | 104:6-104:9 | | 4 | IG | |
| 05/17/07 | Fox, Jeanne | 95:15-96:2 | 110:9-111:18 | | 6 | IF | |
| 05/17/07 | Fox, Jeanne | 114:23-115:24 | 112:17-114:22 | | 8 | IO | |
| 05/17/07 | Fox, Jeanne | 116:24-117:14 | 116:1-116:10 | | | | |
| 05/17/07 | Fox, Jeanne | 129:6-129:16 | 129:17-129:19 | | 10 | IQ | |
| 05/17/07 | Fox, Jeanne | 131:3-131:17 | 131:18-132:7 | | 10 | IQ | |

4499141.1

| Depo Date | Witness | Hancock Designation | Abbott Counter Designation | Abbott Designation | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|
| 05/17/07 | Fox, Jeanne | 133:22-134:20 | 133:14-133:21 | | 10 | IQ | |
| 05/17/07 | Fox, Jeanne | 136:11-137:17 | 135:15-135:24 | | 10 | IQ | |
| 05/17/07 | Fox, Jeanne | 138:1-138:6 | 137:18-137:24 | | 10 | IQ | |

4499141.1