UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CIVIL ACTION NO. 05-11150-DPW |

**ERRATA RE: ABBOTT'S CORRECTED DEPOSITION COUNTER-DESIGNATIONS FOR STANLEY BUKOFZER**

Defendant Abbott Laboratories ("Abbott") respectfully submits this Errata in connection with Abbott's Corrected Deposition Counter-Designations for the May 17, 2007 deposition of Stanley Bukofzer, MBBCh., M.Med., former Head of the Anti-Infective Venture (ABT-773). Abbott inadvertently filed the incorrect designation chart and incorrect highlighted page of the deposition excerpt for the Stanley Bukofzer deposition. A true and correct copy of the correct chart and corrected highlighted deposition excerpt page are attached hereto. Abbott will be submitting corrected courtesy copies of the Stanley Bukofzer deposition counter-designations to the Court.

4549568.1                                            1

Dated:  February 26, 2008

Respectfully submitted,

ABBOTT LABORATORIES

By:  __/s/ Eric J. Lorenzini_____
     Eric J. Lorenzini

Jeffrey I. Weinberger (*pro hac vice*)
Gregory D. Phillips (*pro hac vice*)
Eric J. Lorenzini *(pro hac vice)*
Ozge Guzelsu *(pro hac vice)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Tele:  (213) 683-9100

and

Peter E. Gelhaar (BBO#188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
peg@dcglaw.com
msd@dcglaw.com

*Counsel for Abbott Laboratories*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 26, 2008.

Date: February 26, 2008

                                                               /s/ Ozge Guzelsu

# Stanley Bukofzer Deposition Designations

| Date | Witness | Hancock Desig | Abbott Counter Desig | Abbott Desig | Hancock Counter Desig | Deposition Exhibit | Plaintiff Exhibit | Defendant Exhibit |
|---|---|---|---|---|---|---|---|---|
| 5/9/07 | Bukofzer, Stanley | 15:24-16:6 | | | | | | |
| 5/9/07 | Bukofzer, Stanley | 56:2-56:22 | | | | | | |
| 5/9/07 | Bukofzer, Stanley | 57:2-57:15 | | | | | | |
| 5/9/07 | Bukofzer, Stanley | | 57:16-57:17 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 72:10-72:18 | | | | | | |
| 5/9/07 | Bukofzer, Stanley | | 72:19-73:13 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 73:14-73:23 | | | | | | |
| 5/9/07 | Bukofzer, Stanley | | 73:24-74:6 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 78:6-78:13 | | | | | | |
| 5/9/07 | Bukofzer, Stanley | | 78:14-79:6 | | | | | |
| 5/9/07 | Bukofzer, Stanley | | 79:17-80:23 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 93:24-94:7 | | | | | | |
| 5/9/07 | Bukofzer, Stanley | | 94:8-95:8 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 95:9-96:8 | | | | | | |
| 5/9/07 | Bukofzer, Stanley | 108:21-109:8 | | | | | | |
| 5/9/07 | Bukofzer, Stanley | 147:3-147:7 | | | | | | |
| 5/9/07 | Bukofzer, Stanley | 149:17-149:20 | | | | | | |
| 5/9/07 | Bukofzer, Stanley | 166:15-166:21 | | | | 9 | IM | |
| 5/9/07 | Bukofzer, Stanley | | 166:23-167:4 | | | | | |
| 5/9/07 | Bukofzer, Stanley | | 168:3-168:12 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 168:19-169:6 | | | | 9 | IM | |
| 5/9/07 | Bukofzer, Stanley | | 169:7-169:17 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 171:16-173:24 | | | | 9 | IM | |
| 5/9/07 | Bukofzer, Stanley | | 174:1-174:17 | | | | | |
| 5/9/07 | Bukofzer, Stanley | | 175:7-175:13 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 175:15-175:18 | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/9/07 | Bukofzer, Stanley | | 176:4-176:8 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 223:1-223:10 | | | | 13 | JA | |
| 5/9/07 | Bukofzer, Stanley | 226:19-227:6 | 325:16-328:7 | | | 13 | JA | |
| 5/9/07 | Bukofzer, Stanley | | 227:7-228:2 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 295:10-295:17 | | | | 23 | QM | |
| 5/9/07 | Bukofzer, Stanley | 298:16-299:10 | | | | 23 | QM | |
| 5/9/07 | Bukofzer, Stanley | | 299:20-299:23 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 300:14-300:19 | | | | 23 | QM | |
| 5/9/07 | Bukofzer, Stanley | | 300:20-301:1 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 301:2-301:12 | | | | 23 | QM | |
| 5/9/07 | Bukofzer, Stanley | | 301:13-301:17 | | | | | |
| 5/9/07 | Bukofzer, Stanley | 301:18-301:24 | | | | | | |

1    A.   Correct.

2       Q.   You said there was a preference for

3    once-a-day dosing.  Was that across all

4    indications for 773 or just some?

5       A.   As I recall, it was -- if I can just

6    step back and just expand on that, it was a

7    preference for the U.S. commercial team to have

8    once-daily dosing.  The issue was not seen as

9    imp- -- as that important in the rest of the

10   world.  In fact, in some parts of the world, such

11   as Japan, it was seen as preferable to have a more

12   frequent dosing.

13          So coming back to your specific

14   question for "all indications," I think that the

15   preference was there for all indications.  But,

16   again, there was a rank order of which ones were

17   more important and which were less important.

18      Q.   Dr. Bukofzer, when you became head of

19   the venture in April of 2001, was it your

20   understanding that the dosing decision was the

21   most important decision facing the successful

22   development of 773?

23      A.   I don't think that that's characterized

24   correctly.  I think it was one of the very