**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY),<br><br>        Plaintiffs,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>        Defendants. | CIVIL ACTION NO. 05-11150-DPW<br>Hon. Judge Douglas P. Woodlock |

**ABBOTT'S OBJECTIONS TO AFFIDAVIT OF SCOTT S. HARTZ**

Defendant Abbott Laboratories ("Abbott") objects to the introduction in evidence of paragraphs 38 and 39 of the Affidavit of Scott S. Hartz on grounds of lack of foundation and hearsay.  Abbott further objects on the same grounds to paragraphs 40, 41, and 42 to the extent they incorporate paragraphs 38 and/or 39.  Each of these paragraphs purports to present Mr. Hartz's "present understanding" regarding the "actual" or "true" "condition of, and prospects for" the three compounds at issue, including his "understanding" of internal Abbott events.  Mr. Hartz is an employee of John Hancock, not Abbott, and did not attend Abbott internal meetings. His testimony is necessarily based on his interpretation of Abbott documents that he did not author or receive (or on Hancock's briefs), not personal knowledge.  The purported "testimony" is nothing more than an improper summary of Hancock's arguments regarding the "actual" or "true" "condition of, and prospects for" the three compounds.

ABBOTT LABORATORIES

By its attorneys

/s/ Eric J. Lorenzini

Eric J. Lorenzini

Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

and

Jeffrey I. Weinberger (Admitted Pro Hac Vice)
Gregory D. Phillips (Admitted Pro Hac Vice)
Eric J. Lorenzini (Admitted Pro Hac Vice)
Ozge Guzelsu (Admitted Pro Hac Vice)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9100

Dated: February 28, 2008

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 28, 2008.

Date:  February 28, 2008.

/s/ Eric J. Lorenzini

4554159.1