# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY), | CIVIL ACTION NO. 05-11150-DPW<br>Hon. Judge Douglas P. Woodlock |
|             Plaintiffs, | |
|       v. | |
| ABBOTT LABORATORIES, | |
|            Defendants. | |

## ABBOTT LABORATORIES' TRIAL EXHIBIT LIST WITH REVISED OBJECTIONS FROM JOHN HANCOCK LIFE INSURANCE COMPANY, *ET AL.*

Defendant Abbott Laboratories ("Abbott") respectfully submits its Objected To Trial Exhibit List with additional objections that it has received from Hancock. Attached as Exhibit A is Hancock's key to its objections. Attached as Exhibit B is Abbott's Trial Exhibit List with Hancock's additional objections. Abbott notes that Hancock has not objected to many of these documents. Abbott has not changed the letter designations of these exhibits because many of Abbott's previous filings, including its affidavits and deposition designations, refer to these exhibits by these designations.

Respectfully submitted,                                    Dated:      February 29, 2008

ABBOTT LABORATORIES

By its attorneys

_____
/s/ Eric J. Lorenzini
          Eric J. Lorenzini

Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR LLP
1 Beacon St., 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

and

Jeffrey I. Weinberger (Admitted Pro Hac Vice)
Gregory D. Phillips (Admitted Pro Hac Vice)
Eric J. Lorenzini (Admitted Pro Hac Vice)
Ozge Guzelsu (Admitted Pro Hac Vice)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
(213) 683-9100

*Counsel for Abbott Laboratories*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 29, 2008.

Date: February 29, 2008.

_____ /s/ Eric J. Lorenzini _____

**EXHIBIT A**

**John Hancock v. Abbott Laboratories**

**John Hancock's Objections to Abbott's Revised List of Proposed Trial Exhibits**

## Key

| Code | Objection |
|---|---|
| | |
| AUTH | The proposed exhibit does not sufficiently indicate that it is what it purports to be, and is inadmissible under Fed. R. Evid. 901. |
| BATES | The proposed exhibit denotes a Bates range that appears to be in error. John Hancock requests that Abbott properly identify the proposed exhibit. Further, John Hancock reserves all objections to these documents. |
| HEAR | The proposed exhibit is Hearsay or Double Hearsay not within any exception, and is inadmissible under Fed. R. Evid. 802 |
| IRREL | The proposed exhibit is irrelevant under Fed. R. Evid. 401, and thus inadmissible under Fed. R. Evid. 402. |
| MULTI | The proposed exhibit identifies more than one document. John Hancock requests that Abbott identify these documents with separate exhibit numbers. John Hancock reserves all objections to such documents. |
| No Objection | John Hancock does not object to the proposed exhibit. |
| SETTL | The proposed exhibit deals with settlement discussions and is thus inadmissible under Fed. R. Evid. 408. |
| PLs' "xx" | Abbott's proposed trial exhibit has been proposed as a trial exhibit by John Hancock, and has been objected to by Abbott. John Hancock urges Abbott to withdraw its objection to documents that Abbott now offers as trial exhibits in its own case. |
| Ex. "xx" | Abbott's proposed trial exhibit has been proposed as a trial exhibit by John Hancock, and has not been objected to by Abbott. The exhibit exists on the parties' list of "Agreed To" exhibits. |
| UNTIMELY | The proposed exhibit is being submitted by Abbott as part of the expert report of Avram Tucker. The exhibit was not previously included in that expert report, as required under the Scheduling Order in this case, and under Fed. R. Civ. P. 26(a)(2)(B). Hancock therefore objects to the exhibit as untimely. |

# EXHIBIT B

**John Hancock Life Insurance Company et al. v Abbott Laboratories**
**Civil Action No. 05-11150-DPW**

**Abbott Laboratories' List of Objected To Trial Exhibits**

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 11/00/2000 | ABBT0006627 - ABBT0006700 | | Cohen Memo Attaching Diligence and Research Plan | Authenticity / Hearsay (ABBT0006627-8) |
| 00/00/0000 | AND00001 - AND00015 | Andrews_0004 | Presentation titled "NNRs and Pain: NNRs are Expressed in Pain Pathways" (Andrews 4) | Authenticity |
| 7/11/2002 | ABBT203446 - ABBT203450 | | Bukofzer Email re: ABT 773 Communication | Multiple Documents / Hearsay (ABBT203449-50) |
| 00/00/2001 | JH001446 - JH001459 | | DiMasi Article titled "Success Rates for New Drugs Entering Clinical Testing in the US" | Hearsay |
| 3/24/1999 | JHII012355 - JHII012367, JH003080; JH002081 - JH002090 | Blewitt_0005 | Purchase Recommendation re: Idun Pharmaceuticals Inc. (Blewitt 5) | Multiple Documents |
| 6/29/1999 | ABBT0020546 - ABBT0020551 | McCarthy_0004 | Lai Email re: ABT-259 Summary Statement Draft # 2 (McCarthy 4) | Hearsay |
| 11/21/1999 | JH000767 - JH000770 | | Nadler Article titled "New Antimicrobials: Facing Our Problems" | Hearsay / Irrelevant |
| 00/00/2000 | | Klotz_0030 | DePonti, Poluzzi & Montanero Article titled "QT interval Prolongation by Non Cardiac Drugs Lessons to be Learned from Recent Experience" | Hearsay / Irrelevant |
| 5/9/2000 | ABBT242357 - ABBT242361 | | Kekic Profile | Hearsay / Irrelevant / Authenticity |
| 5/11/2000 | JH000747 - JH000761 | Collicut_0001 | Collicott Email re: Resume | Hearsay / Irrelevant |
| 6/20/2000 | ABBT0510354 - ABBT0510483 | | Study Report No. R&D/99/280 for ABT-594 Protocol M98833 June 20, 2000 | Irrelevant |
| 07/00/2000 | | Klotz_0028 | Research Analysis Report by Wiqar Shaik Titled, "The Changing Face of Antihistamines and Cardiac Adverse Drug Reactions: A Clinical Perspective | Hearsay / Irrelevant |
| 8/11/2000 | | Klotz_0029 | MedWatch Summary of Safety Related Drug Labeling Changes Approved by FDA June 2000 | Hearsay / Irrelevant |
| 9/15/2000 | ABBT242156 - ABBT242156 | | Collicott Email re: ABT-594 Phase IIb Meeting | Hearsay |
| 10/10/2000 | JH002373 - JH002390 | | Redacted version of Purchase Recommendation re: Abbott Labs ("Non-Recourse") with handwritten notes | Authenticity |
| 10/26/2000 | JH007701 - JH007701 | | Pals Email re: Hancock [Information Regarding the Two Websites] | Hearsay |
| 11/1/2000 | JH003740 - JH003814 | | Tormey Email re: Funding Agreement | Irrelevant |
| 11/10/2000 | JH005273 - JH005348 | Tormey_0011 | Tormey Email re: Research Funding Agreement (Tormey 11) | Irrelevant |
| 11/28/2000 | ABBT314979 - ABBT314987 | McCarthy_0031 | Kuennmere Email re: Neuroscience Portfolio Working Session for 11/21/0000: Technical Assessment (Silber 32, McCarthy 31) | Hearsay |
| 00/00/2001 | ABBT0010550 - ABBT0010576 | | 2001 Portfolio Worksheets | Hearsay (ABBT0010574) |

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 2/2/2001 | ABBT292664 - ABBT294198 | | Dart Email re: Probabilities [Update Regarding the R&D Sheets] | |
| 2/15/2001 | JH006299 - JH006359 | | Pals Email re: Research Funding Agreement | Hearsay / Irrelevant |
| 2/28/2001 | ABBT0576918 - ABBT0576923 | | Report re: CLARITHROMYCIN Japan Update 02/00/2001 Current Drug Development | Hearsay |
| 3/9/2001 | JH008376 - JH008384 | | Lee facsimile re: Research Funding Agreement Draft | Irrelevant / Hearsay |
| 3/13/2001 | JH008074 - JH008211 | | Research Funding Agreement between Abbott Laboratories and John Hancock Life Insurance | Multiple Documents, JH008074-75: Irrelevant; JH008076-21: No Objection |
| 3/16/2001 | ABBT0012388 - ABBT0012390 | Deemer_0017 | Baker Email re: Revisions to the Oncology Portfolio Analysis Information (Deemer 17) | Hearsay / Authenticity |
| 3/26/2001 | ABBT360531 - ABBT360573 | | Woidat Email re: 773 Presentation | Hearsay |
| 4/3/2001 | ABBT0033510 - ABBT0033516 | | Kowaluk Email re: Oncology Probabilities Revised | Hearsay |
| 4/27/2001 | ABBT110591.ur - ABBT110591.ur | | Fox Email re: FYI Ketek | Hearsay |
| 5/4/2001 | ABBT0054230 - ABBT0054231 | | Hansen Email re: Marimastat | Hearsay |
| 5/9/2001 | ABBT294559 - ABBT294560 | | Kowaluk Email re: ABT-594 Pain DSG | Hearsay |
| 5/21/2001 | ABBT0164581 - ABBT0164581 | | McCarthy Email re: ABT-594 Advisory Meeting? | Hearsay |
| 6/7/2001 | ABBT0054387 - ABBT0054387 | | D'Amico Email re: Update | Hearsay |
| 7/9/2001 | ABBT288530 - ABBT288530 | | Kowaluk Email re: 594 GPEC Prep | Hearsay |
| 7/13/2001 | ABBT209793 - ABBT209829 | | Kuemmerle Email re: ABT-773 Analysis. Reminder | Hearsay (ABBT209793-4) |
| 8/6/2001 | ABBT0049990 - ABBT0049990 | | Davidsen Email to Nisen re: ABT-518 [Marimastat Shows Promise as Treatment for Unresectable Pancreatic Cancer] | Hearsay |
| 8/16/2001 | ABBT289332 - ABBT289344 | McCarthy_0053 | Kowaluk Email re: ABT-594 DSG Slides for PEMC Review (McCarthy 53) | Hearsay (ABBT289332) |
| 9/20/2001 | ABBT203477 - ABBT203484 | | C. Meyer Email thread re: Portfolio issues update | Hearsay |
| 10/2/2001 | ABBT201003 - ABBT201007 | McCarthy_0057 | Leonard Memo re: 10/08 PEC Meeting Agenda | Hearsay (ABBT201003) |
| 10/9/2001 | ABBT246335 - ABBT246335 | Kowaluk_0030 | Biarnesen Email re: ABT-594 Project Team Update | Hearsay |
| 7/11/2002 | ABBT203446 - ABBT203453 | | Bukofzer Email re: ABT-773 Communication | Hearsay |
| 8/6/2002 | ABBT333998 - ABBT333998 | | Lyons Email re: ABT-773 | Hearsay |
| 9/26/2002 | AUDIT 002790 - AUDIT 002790 | | Elitra Pharmaceuticals ABT-773 Non-Binding Letter of Intent 09/26/02 | Hearsay / Authenticity |
| 10/16/2002 | AUDIT 002791 - AUDIT 002793 | | Letter of Intent between Elitra Pharmaceuticals and Abbott Laboratories | |
| 12/6/2002 | ABBT0518032 - ABBT0518034 | | Tyree Memo re: November 2002 Highlights | Hearsay |
| 12/20/2002 | JH009977 - JH009978 | | Johansson Letter re: Research Funding Agreement Dated as of 03/31/01 | Hearsay |
| 12/20/2002 | JH000807 - JH000817 | Hendrick_0008 | Lyons Letter re: Research Funding Agreement Dated as of 03/13/01 (a) 2002 Program Status Report and Related Cost Summary (b) 2003 Preliminary Annual Research Plan (Hendrick 8) | |
| 2/28/2003 | ABBT335048 - ABBT335050 | | Mathers Letter re: February Highlights | Hearsay |
| 11/12/2003 | ABBT0004519 - ABBT0004520 | | Tyree Letter re: Research Funding Agreement Dated 03/13/01 | Used in Settlement Discussions and inadmissible under Fed. R. Evid. 408 |
| 00/00/2004 | CRA00127 - CRA00139 | | Hancock Program Funding Scenarios (Work Paper) | Hearsay |

Exh. B - 2

4565697_1.XLS

2/29/2008

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 5/10/2004 | ABBT0000057 - ABBT0000058 | | Desideri Letter re: Research Funding Agreement Dated 03/13/01 | Hearsay |
| 5/18/2004 | ABBT0000061 - ABBT0000064 | | Facsimile of Desideri Letter re: Research Funding Agreement Dated 03/13/01 | Hearsay |
| 6/10/2004 | ABBT0190551 - ABBT0190552 | | Pavelske Email re RICs boxes, Hancock audit | Hearsay |
| 6/15/2004 | ABBT0000077 - ABBT0000078 | | Desideri Letter re: Research Funding Agreement Dated 03/13/01 | Hearsay |
| 8/5/2004 | ABBT0000125 - ABBT0000127 | | Desideri Letter re: Research Funding Agreement Dated 03/13/01 | Hearsay |
| 9/9/2004 | | Blewitt_0021 | Affidavit of Stephen J. Blewitt (Blewitt 21) | Hearsay |
| 10/27/2004 | JHII011289 - JHII011291 | | Johansson Letter re: Research Funding Agreement Dated as of 03/31/01 | Hearsay |
| 12/2/2004 | JHII011295 - JHII011295 | | Tyree Letter re: Research Funding Agreement Dated 03/13/01 | Hearsay |
| 12/3/2004 | ABBT0126668 - ABBT0126669 | | Wittenberg Email re: John Hancock/Abbott | Hearsay |
| 9/6/2005 | JHII012056 - JHII012061 | Blewitt_0030 | Blewitt Memo re: Report Request # 85 (FOLLOW-UP): Valuation of Sch BA Part 1 Assets Abbott Laboratories (Blewitt 30) | Hearsay |
| 12/6/2005 | JHII012050 - JHII012055 | | Investment Review Report re: Execution Version of Agreement | Hearsay |
| 5/25/2007 | | Fairweather_0003 | Reece Letter re: John Hancock Life Insurance Co et al v Abbott Laboratories Civil Action Number 0511150DPW (Fairweather 3) | Hearsay |
| 5/29/2007 | | Fairweather_0002 | Flower Valley Consulting Inc. Web Article titled "Good Statistics Don't Happen by Chance" (Fairweather 2) | Hearsay |
| 5/29/2007 | | Gold_0002 | Edelstein Letter Forwarding List of Documents Relied Upon by Gold (Gold 2) | Hearsay / Irrelevant |
| 5/29/2007 | | Gold_0003 | Edelstein Letter Forwarding 2 Documents Relied Upon by Gold (Gold 3) | Hearsay |
| 10/13/2006 | | Rodda_0003 | Expert Report of Dr. Bruce Rodda | Hearsay |
| 10/13/2006 | | Friedman_0001 | Expert Report of Alan Friedman | Hearsay |
| 1/19/2007 | | Tucker_0002 | Expert Report of Avram S. Tucker | Hearsay |
| 2/20/2007 | | | Life Science Weekly Article titled, "Recent Reports from Advanced Life Sciences Holdings provided and update" | Hearsay |
| 2/26/2007 | | Rodda_0002 | Expert Report of Dr. Bruce Rodda (Statistical Issues) | Hearsay |
| 6/11/2007 | | | Crain's Chicago Business Article titled, "Waiting to Exhale. Day of Reckoning nears as biotech firm Advanced Life awaits trial results on new treatment for pneumonia" by Mike Colias | Hearsay |
| 6/21/2007 | | | Advanced Life Sciences News Release titled, "Cethromycin Achieves Primary Endpoint in Pivotal Phase 3 Pneumonia Clinical Trial" | Hearsay |
| 6/29/2007 | | | Crain's Chicago Business Article titled, "Waiting to Exhale. Clinical Trials" by Mike Colias | Hearsay |
| 8/15/2007 | | | Sanofi-Aventis February 2007 Internet Ketek product description | Hearsay |

2/29/2008

**John Hancock Life Insurance Company et al. v Abbott Laboratories**
**Civil Action No. 05-11150-DPW**

**Abbott Laboratories' List of Objected To Trial Exhibits**

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 8/15/2007 | | | U.S. Food and Drug Administration Center for Drug Evaluation and Research Web Page Article titled, "Drug-Induced Liver Toxicity" | Hearsay |
| 08/21/2007 | | | Life Science Weekly Article titled, "Reports from Advanced Life Sciences Holdings describe recent developments" | Hearsay |
| 12/3/2007 | | | Supplemental Expert Report of Avram S. Tucker | Hearsay |
| 12/12/2003 | | | Complaint in *Hancock Life Ins. Co., et al. v. Abbott Laboratories*, No. 03-12501 *(Hancock I)* | Irrelevant |
| 6/3/2004 | ABBT0000071 - ABBT0000073 | | Desideri Letter re: Research Funding Agreement Dated 03/13/01 | Hearsay |
| 6/16/2004 | | | D'Amore Letter re: Hancock v. Abbott | Hearsay |
| 6/18/2004 | | | D'Amore Letter re: Hancock v. Abbott | Hearsay |
| 6/30/2004 | | | D'Amore Letter re: Hancock v. Abbott | Hearsay |
| 8/24/2004 | | | Desideri Letter re: Research Funding Agreement Dated 03/13/01 | Hearsay |
| 9/29/2004 | | | September 29, 2004 Affidavit of Stephen J. Blewitt | Hearsay |
| 2/11/2005 | | | D'Amore Letter re: Research Funding Agreement Dated 03/14/01 | Hearsay |
| 2/15/2005 | | | D'Amore Letter re: Research Funding Agreement Dated 03/14/01 | Hearsay |
| 6/3/2005 | | | Complaint | Irrelevant |
| 7/29/2005 | | | Answer to Complaint | Hearsay |
| 10/13/2005 | | | Transcript of Court's Status Conference Hearing | Hearsay |
| 11/7/2005 | | | Abbott's Response to Hancock's First Request for Production of Documents | Hearsay |
| 11/28/2005 | | | D'Amore Letter re: Hancock v. Abbott, Case No. 05-11150-DPW | Hearsay |
| 12/9/2005 | | | D'Amore Letter re: Hancock v. Abbott, Case No. 05-11150-DPW | Hearsay |
| 3/28/2006 | | | Applied Discovery, Inc. Letter reflecting production of Bates Range ABBT0200001-ABBT367508 | Hearsay / Authenticity |
| 6/23/2006 | | Friedman_0002 | Supplemental Complaint | Irrelevant |
| 7/13/2006 | | Klaus_0004A | Abbott's Supplemental Responses and Objections To Plaintiffs Rule 30(b)(6) Deposition Notice (Audit) | Hearsay |
| 12/6/2006 | | | Transcript of Hearing before Honorable Douglas P. Woodlock | Hearsay |
| 12/29/2006 | | | First Amended Supplemental Complaint | Irrelevant |
| 1/12/2007 | | | Answer to Amended Complaint (Docket # 107) | Irrelevant |
| 3/6/2007 | | | Guzelsu Letter enclosing documents | Hearsay |
| 6/4/2007 | | | Lorenzini Email re: interrogatory responses | Hearsay |
| 10/25/2007 | | | Transcript of Pre-trial Conference | Hearsay |
| 11/8/2007 | | | Davis Letter attaching chart | Irrelevant |
| 11/15/2007 | | | Lorenzin Email attaching Redline comparing First Amended Complaint to Second Amended Complaint | Irrelevant |
| 11/29/2007 | | | Answer to Amended Complaint (Docket # 204) | Irrelevant |
| 4/6/2007 | ABBT0176908 - 0176909 | | Rieser Email re: Azmi's Weekly Update | Hearsay |
| 12/11/2000 | ABBT0125549 | | Calendar Entry Meeting ABT- 594 Power Calculations with Siber, Morris, Leonard | Hearsay |
| 5/23/2001 | ABBT354519 - ABBT354520 | | Wodat Email re: ABT-594 2001 Budget | Hearsay |

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 8/16/2001 | ABBT0048631 | | Interoffice memorandum re: ABT-594 Review, August 21, 2001, Pharmaceutical Executive Management Committee | Hearsay |
| 8/7/2001 | ABBT0120919 - ABBT0120921 | | Wise Email re: PEMC 8/21 Agenda | Hearsay |
| 10/5/2001 | ABBT224537 - ABBT224539 | | Leonard Email re: New Agenda for Monday's PEC Meeting | Hearsay |
| 10/5/2001 | ABBT0111238 - ABBT0111240 | | Chiozzi Email re: October 8 program | Hearsay |
| 10/8/2001 | ABBT334009 - ABBT334011 | | Interoffice memorandum re: Monthly Highlights - September 2001 | Hearsay |
| 10/18/2001 | ABBT304685 | | Kowaluk Email re: Highlights | Hearsay |
| 11/15/2001 | ABBT0165160 - ABBT0165162 | | McCarthy Email re: 2002 Goals | Hearsay |
| 2/14/2003 | ABBT0009617 - ABBT0009618 | | Out-license Anti-infective Compounds Board Document February 14, 2003 Draft 8 | Authenticity / Hearsay |
| 3/27/2001 | ABBT327314 - ABBT327327 | | Kowaluk Email re: therapeutic strategy evaluations attaching briefing document portfolio review | Hearsay (ABBT327316-27) |
| 12/12/2000 | ABBT0669030 | | Calendar Entry Rescheduled Meeting ABT- 773 Project Review | Hearsay |
| 4/27/2001 | ABBT143066.ur - ABBT143067.ur | | Interoffice Memorandum re: Monthly Highlights April 2001 | Hearsay |
| 8/10/2001 | ABBT0003466 - ABBT0003467 | | Interoffice Memorandum re: Monthly Highlights July 2001 | Hearsay |
| 10/8/2001 | ABBT0003482 - ABBT0003484 | | Interoffice Memorandum re: Monthly Highlights September 2001 | Hearsay |
| 1/9/2002 | ABBT0569033 | | Calendar Entry Meeting ABT- 773 Presentation | Hearsay |
| 2/8/2002 | ABBT247733 - ABBT247737 | | Interoffice Memorandum re: Monthly Highlights January 2002 | Hearsay |
| 4/9/2002 | ABBT103547.ur - ABBT103551.ur | | Interoffice Memorandum re: Monthly Highlights March 2002 | Hearsay |
| 1/18/2001 | ABBT064814 - ABBT064817 | | Nisen Email re: Goodwin Philanthropy | Hearsay / Irrelevant |
| 11/1/2000 | ABBT0107162 | | Silber Email re: Pharmacia meeting | Hearsay |
| 1/9/2002 | ABBT0569033 | | Calendar entry - Meeting re: ABT-773 Presentation to Miles White | Hearsay |
| 3/30/2004 | | | Transcript of March 30, 2004 Hearing in Hancock I | Hearsay |
| 6/15/2004 | ABBT0000077 - ABBT0000078 | | Desideri Letter re: Research Funding Agreement Dated 03/13/01 | Hearsay |
| 2/11/2005 | ABBT0000182 - ABBT0000183 | | D'Amore Letter re: Research Funding Agreement Dated 03/14/01 | Hearsay |
| 2/11/2005 | ABBT0000038 - ABBT0000040 | | Davis Letter re: Research Funding Agreement Dated 03/13/01 | Irrelevant |
| 2/15/2005 | ABBT0000187 - ABBT0000188 | | D'Amore Letter re: Research Funding Agreement Dated 03/14/01 | Hearsay |
| 2/15/2005 | ABBT0000189 - ABBT0000190 | | Davis Letter re: Research Funding Agreement Dated 03/13/01 | Hearsay |
| 12/00/2001 | ABBT120514.ur - ABBT120558.ur | | December 2001 PEC Presentation re ABT-773 | Irrelevant |
| 7/30/2002 | JH001097 - JH001100 | | Notice of Termination of ABT-773 Hancock Notes | Authenticity / Irrelevant / Hearsay |
| 1/9/2008 | | | Poulos Letter re: Research Funding Agreement Update Correction | Hearsay |
| 8/22/2001 | ABBT246353 - ABBT246368 | | Deemer Email re: outlicensing opportunities attaching introductory slides | Hearsay / Authenticity |
| 9/28/2001 | ABBT246248 - ABBT246652 | | Deemer Email re: Deemer Weekly Update | Hearsay |

**John Hancock Life Insurance Company et al. v Abbott Laboratories**
**Civil Action No. 05-11150-DPW**

**Abbott Laboratories' List of Objected To Trial Exhibits**

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 10/12/2001 | ABBT1246369 | | Deemer Email re: Licensing opportunities | Hearsay |
| 10/26/2001 | ABBT0086829 | | Rosenthal Email re: ABT-518 and hematological cancer | Hearsay |
| 10/24/2001 | ABBT246338 - ABBT246644 | | Deemer Email re: Update of ETAs Priority 1 | Hearsay |
| 1/25/2002 | ABBT0065300 - ABBT0065335 | | Nisen Email re: Goodwin Slides | Hearsay / Irrelevant |
| 4/3/2002 | ABBT0170011 - ABBT0170014 | | Hoff-Velk Email re: Salmedix ABT-518 | Hearsay |
| 4/6/2002 | ABBT0141755 - ABBT0141772 | | ABT-518 Selective Matrix Metalloproteinase MMP Inhibitor | Hearsay |
| 4/16/2002 | ABBT0089655 | | Hoff-Velk Email re: Salmedix Forwarding Jerrys Note | Hearsay |
| 5/3/2002 | ABBT0542887 - ABBT0542892 | | Poulos Email re: April highlights | Hearsay |
| 8/2/2002 | ABBT0086988 | | Fitzgerald Email re: ABT-518 Oulicense Status | Hearsay |
| 8/13/2002 | ABBT0169420 - ABBT0169421 | | Nabuls Email re: John Hopkins Cancer Center and Abbott Oncology Collaboration Meeting | Hearsay |
| 8/14/2002 | ABBT0141711 - ABBT0141728 | | Johns Hopkins 8-02.PPT; ABT-518 Selective Matrix Metalloproteinase MMP Inhibitor | Hearsay |
| 9/24/2003 | ABBT0091538 - ABBT0091539 | | Hoff-Velk Email re: ABT-518 forwarding Prospective Licensee | Hearsay |
| 2/20/2004 | ABBT0167630 - ABBT0167638 | | Asia Trip Report, Feb. 16-20, 2004, Perry Nisen | Hearsay |
| 5/25/2004 | ABBT0089550 - ABBT0089551 | | Davidsen Email re: ABT518 Negative Clinical Results with AG3340 and Marimastat | Hearsay |
| 5/31/2001 | ABBT0060145 | | Jansen Email re: M00235 Enrollment | Hearsay |
| 4/9/2001 | ABBT285535 - ABBT285536 | | Kowaluk Email re: Portfolio Probabilities | Hearsay |
| 1/25/2001 | ABBT301935 - ABBT301941 | Kowaluk_0010 | Kowaluk Email re: Summary of Success Probabilities | Hearsay (ABBT301935) |
| 9/19/2001 | ABBT0046892 - ABBT0046902 | | Pain Table of Contents | Irrelevant |
| 00/00/2000 | JHII021962 - JHII021979 | | Monte Carlo Analysis Work Paper | Hearsay / Irrelevant |
| 11/7/2002 | ABBT352502 - ABBT352504 | | 08/00/2005 Highlights | Hearsay |
| 00/00/0000 | JH006641 - JH006643 | | John Hancock Development Portfolio Annual Progress Report | Hearsay / Authenticity / Incomplete / Irrelevant |
| 1/20/2003 | ABBT0578016 - ABBT0578022 | | Pharmaceutical Products R&D Global Discovery Project Expense Report | Irrelevant |
| 12/00/2002 | ABBT0578023 - ABBT0578025 | | Comprehensive Project Accounting System DINGII Project Detail 12/00/2002 | Irrelevant |
| 6/7/2004 | ABBT0578026 - ABBT0578031 | | Global Pharmaceutical Research and Development Global Development Project Expense Report Site Global All Sites 12/00/2003 | Irrelevant |
| 1/14/2005 | ABBT0578032 - ABBT0578035 | | Global Pharmaceutical Research and Development Global Development Project Expense Report Site Global All | Irrelevant |
| 12/00/2005 | ABBT0578036 - ABBT0578038 | | Global Pharmaceutical Research and Development Global Development Project Expense Report Site Global All | Irrelevant |

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|------|-----------------|----------------------|-------------|-------------------|
| 12/00/2001 | ABBT0578039 - ABBT0578057 | | Compass Comprehensive Project Accounting System Dingh Project Detail | Hearsay / Authenticity / Irrelevant |
| 05/00/2001 | ABBT0556331 - ABBT0556331 | | Phase 2 Study of the Matrix Metalloprotease Inhibitor Prinomastat in Patients with Progressive Breast Cancer | Hearsay / Authenticity |
| 5/14/2001 | ABBT0556334 - ABBT0556349 | | Handwritten notes re: American Society of Clinical Oncology SF | Hearsay / Authenticity |
| 00/00/2001 | ABBT0556332 - ABBT0556333 | | Abstracts from Proceedings of ASCO Volume 20, 2001 | Hearsay / Authenticity |
| 10/19/2000 | ABBT0061747 - ABBT0061748 | | Kysa Email re: MMPI press release | Incomplete / Hearsay |
| 11/3/2000 | ABBT0057776 - ABBT0057777; ABBT0057787 - ABBT0057843 | | Davidsen Email re: JCO paper on Bayer compound | Multiple Documents / Hearsay |
| 3/5/2001 | | | Drug document compound details for Marimastat | Hearsay |
| 8/3/2007 | ABBT0028863 - ABBT0028866 | | Abbotts Amended Responses and Objections to Hancock's 2nd Set of Interrogatories | Hearsay |
| 5/1/2000 | JH001691 - JH001693 | Klotz_0001 | Klotz Letter re: General Biotechnology and Pharmaceutical Investments Consulting (Klotz 1) | No Objection |
| 2/5/2001 | ABBT328810 - ABBT328812 | McCarthy_0038 | McCarthy Email re: DSG with reply by Kowaluk (McCarthy 38) | Hearsay |
| 10/23/2001 | ABBT246791 - ABBT246792 | McCarthy_0061 | McCarthy Email re: Non Confidential Briefing on ABT-594 (McCarthy 61) | Hearsay |
| 3/14/2003 | JH002447 - JH002447 | Mastromarino_0001 | Welch Email re: Abbott Labs (Mastromarino 1) | No Objection |
| 07/23/2001 | ABBT103191 ur - ABBT103270 ur | | ABT-773 Presentation | No Objection |
| 2/8/2002 | ABBT0027417 - ABBT0027432 | | Turner Email attaching year end reports | Hearsay |
| 00/00/0000 | ABBT0577855 - ABBT0577884 | | ABT-773 Out-licensing Documents | Multiple documents/Authenticity/Hearsay |
| 3/5/2003 | JHII02419 - JH002420 | | Mangan Email re: February Early Warning Projection | No Objection |
| 2/27/2006 | JHII021946 - JHII021948 | | Hancock Loan Review Report | No Objection |
| 00/00/0000 | | | Moody Rating Symbols & Definitions | Authenticity/Irrelevant |
| 11/25/2007 | | | ALS Press Release identified as Exhibit 99.1 to Advanced Life Sciences Form 8-K for the period of November 15, 2007 | No Objection |
| 1/28/2008 | | | Affidavit of Alan Friedman dated January 28, 2008 | Hearsay |
| 1/28/2008 | | | Affidavit of Stephen Blewitt dated January 28, 2008 | Hearsay |
| 10/12/2007 | | | Affidavit of Keith Hendricks dated October 12, 2007 | Hearsay |
| 10/23/2007 | | | Supplemental Affidavit of Keith Hendricks dated October 23, 2007 | Hearsay |
| 10/17/2000 | AL000481 - AL000521 | Blewitt_0022 | Draft Research Funding Agreement by and between Abbott Laboratories and John Hancock Life Insurance Co Dated as of 10/00/2000 (Blewitt 22) | Irrelevant |
| 03/00/2001 | AL001323 - AL001377 | Blewitt_0023 | Research Funding Agreement by and between Abbott Laboratories and John Hancock Life Insurance Co Dated as of 03/00/2001 (Blewitt 23) | Irrelevant |
| 5/11/2000 | JH000747 - JH000761 | Blewitt_0036 | Ketek Profile Report (Blewitt 36) | Hearsay / Irrelevant |

2/29/2008

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|------|------------------|------------------------|-------------|--------------------|
| 12/20/2002 | JH000807 - JH000817 | Blewitt_0043 | Letter re: research Funding Agreement Dated as of 03/13/2001 (Blewitt 43) | Hearsay |
| 8/10/2001 | ABBT0049970 - ABBT0064233 | Nisen_0031 | Davidsen Memo Results from the ABT-518 Clinical Trial (Nisen 31) | No Objection |
| 4/10/2001 | ABBT294218 - ABBT1294247 | Hopfield_0023 | Redenbauch - Mueller Email re: Fw Pharma Strategy Retreat Virus Checked (Hopfield 23) | Hearsay (ABBT1294218-20) |
| 10/29/1999 | ABBT335520 - ABBT1335570 | Collicott_0004 | Abbott Laboratories ABT-594 Investigational New Drug IND Annual Report (Collicott 4) | No Objection |
| 11/00/2000 | ABBT144600 UR - ABBT144609 UR | Collicott_0018 | ABT-594 Descriptive Memorandum November/2000 (Collicott 18) | No Objection |
| 01/18/2001 | ABBT240417 - ABBT240417 | Collicott_0030 | Collicott Email re: ABT-594 Completion of Study for Neuropathic Pain (Collicott 30) | Hearsay |
| 4/23/2001 | ABBT0001749 - ABBT0001758 | Collicott_0039 | M99114 Study Review Presentation (Collicott 39) | No Objection |
| 00/00/2001 | ABBT0003252 - ABBT0003254 | | ABT-751 Project Information Report | No Objection |
| 2/17/2008 | | | Schedule 1A illustration of Impact of Selected Errors in Mr. Friedman's Lost Royalties and Milestone Payment Calculation - Low Case | Hearsay/Untimely |
| 2/17/2008 | | | Schedule 1B illustration of Impact of Selected Errors in Mr. Friedman's Lost Royalties and Milestone Payment Calculation - Base Case | Hearsay/Untimely |
| 2/17/2008 | | | Schedule 2A illustration of Impact of Selected Errors in Mr. Friedman's Lost Royalties and Milestone Payment Calculation - Low Case | Hearsay/Untimely |
| 2/17/2008 | | | Schedule 2B illustration of Impact of Selected Errors in Mr. Friedman's Lost Royalties and Milestone Payment Calculation - Base Case | Hearsay/Untimely |
| 2/17/2008 | | | Schedule 3A illustration of Impact of Selected Errors in Mr. Friedman's Lost Royalties and Milestone Payment Calculation - Low Case | Hearsay/Untimely |
| 2/17/2008 | | | Schedule 3B illustration of Impact of Selected Errors in Mr. Friedman's Lost Royalties and Milestone Payment Calculation - Base Case | Hearsay/Untimely |
| 2/17/2008 | | | Schedule 4A illustration of Impact of Selected Errors in Mr. Friedman's Lost Royalties and Milestone Payment Calculation - Low Case | Hearsay/Untimely |
| 2/17/2008 | | | Schedule 4B illustration of Impact of Selected Errors in Mr. Friedman's Lost Royalties and Milestone Payment Calculation - Base Case | Hearsay/Untimely |
| 2/17/2008 | | | Schedule 5A and 5B illustration of Change in Currently Expected Royalties - Low Case and Base Case | Hearsay/Untimely |
| | | | Schedule 6A Calculation of 1/3 of Unspent Aggregate Carryover Amount and Schedule 6B Abbott's Reported Program Spending by Compound | Hearsay/Untimely |

Exh. B - 8

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 2/17/2008 | | | Schedule 7A Abbott Reported Spending in 2001, Schedule 7B 2002 Annual Research Plan, Schedule 7C Calculation of Expected/Nominal Ratio and Schedule 7D "Risk Adjusted" 2002 Preliminary Annual Research Plan | Hearsay/Untimely |
| 3/23/2007 | | Davis_0001 | Rule 30b6 Notice of Deposition of the Person or Persons Most Knowledgeable to Testify on Behalf of John Hancock Life Insurance Co John Hancock Variable Life Insurance Co and Manulife Insurance Co fka Investors Partners Insurance Co in Re John Hancock Life Insurance Co et al vs Abbott Laboratories (Davis 1) | Irrelevant |
| 3/23/2007 | | Davis_0002 | John Hancock's Objections and Responses to Abbott Laboratories First Set of Interrogatories in Re John Hancock Life Insurance Co et al vs Abbott Laboratories (Davis 2) | No Objection |
| 9/21/2000 | JH005573 - JH005573 | Davis_0003 | Bond Investment Committee Meeting Minutes (Davis 3) | No Objection |
| 9/21/2000 | JH001203 - JH001220 | Davis-0004 | Purchase Recommendation For Abbott Laboratories (Davis 4) | No Objection |
| 6/28/2001 | JHII021462 - JHII021462 | Davis_0005, Daesen_0001 | GBSA Spreads to On the Run Treasures (Davis 5) | No Objection |
| 5/8/2000 | JH002423 - JH002429 | Davis_0006 | Blewitt Memo re: Proposed John Hancock Abbott Laboratories Transaction (Davis 6) | No Objection |
| 9/21/2000 | JH002414 - JH002414 | Davis_0007 | Hartz Email re: Abbott (Davis 7) | Hearsay |
| 10/10/2000 | JH005551 - JH005553 | Davis_0008 | Committee of Finance Records (Davis 8) | No Objection |
| 3/13/2001 | JH008076 - JH001105 | Davis_0009 | Research Funding Agreement by and between Abbott Laboratories and John Hancock Life Insurance Co et al | Mulpie Documents |
| 00/00/0000 | JH001103 - JH001104 | Davis_0010 | Memo re: Commitment to Fund Research and Development Expenses for Abbott Laboratories | No Objection |
| 6/16/2004 | ABBT0000077 - ABBT0000078 | Martinez_0001 | Desiden Letter re: Research Funding Agreement (Martinez_0001) | Hearsay |
| 4/12/2004 | JHII011883 - JHII011886 | Martinez_0002 | Blewitt Letter re: Research Funding Agreement (Martinez 2) | No Objection |
| 7/19/2004 | ABBT0000265 - ABBT0000266 | Martinez_0003 | Campbell Email re: Hancock Audit (Martinez 3) | No Objection |

Exh. B - 9

2/29/2008

**John Hancock Life Insurance Company et al. v Abbott Laboratories**
**Civil Action No. 05-11150-DPW**

**Abbott Laboratories' List of Objected To Trial Exhibits**

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|------|------------------|------------------------|-------------|--------------------|
| 8/31/2004 | ABBT0000257 - ABBT0000260 | Martinez_0005 | Campbell Email re: John Hancock Audit (Martinez 5) | No Objection |
| 10/26/2004 | ABBT0000250 - ABBT0000253 | Martinez_0006 | Campbell Email re: Status on Documents Available for Review (Martinez 6) | No Objection |
| 3/15/2005 | ABBT0000280 - ABBT0000284 | Martinez_0009 | Campbell Email re: JH Abbott Audit Documentation (Martinez 9) | No Objection |
| 3/17/2005 | JHII021526 - JHII021594 | Martinez_0010 | John Hancock Document Index Report (Martinez 10) | No Objection |
| 3/11/2005 | JHII021637 - JHII021643 | Martinez_0019 | Summary of Available Monthly Project Status Reports as of 03/11/2005 (Martinez 19) | No Objection |
| 3/13/2001 | JHII021607 - JHII021611 | Martinez_0020 | Compound Summary Matrix Metalloproteinase Inhibitor MMPI Program ABT-518 Overview Research Funding Agreement Highlights (Martinez 20) | No Objection |
| 3/13/2001 | JHII021612 - JHII021619 | Martinez_0021 | Compound Summary Cholinergic Channel Modulator ABT-594 Overview Research Funding Agreement Highlights (Martinez 21) | No Objection |
| 00/00/2000 | JHII021620 - JHII021626 | Martinez_0022 | Compound Summary Cholinergic Channel Modulator ABT-594 Report (Martinez 22) | No Objection |
| 00/00/2003 | JHII021627 - JHII021635 | Martinez_0023 | Compound Summary Dopamine Receptor Agonist Program ABT-724 Report (Martinez 23) | No Objection |
| 3/25/2005 | ABBT0000270 - ABBT0000271 | Hair_0003 | Campbell Email re: John Hancock Audit (Hair 3) | No Objection |
| 3/22/2005 | ABBT0000273 - ABBT0000276 | Hair_0004 | Hair Email re: JH Abbott Audit Documentation (Hair 4) | No Objection |

Exh. B - 10

4565697_1.XLS

2/29/2008

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 4/5/2005 | ABBT0000215 - ABBT0000220 | Hair_0002 | Davis Email re John Hancock/Abbott audit issues (Hair 2) | No Objection |
| 3/18/2005 | ABBT0000277 - ABBT0000279 | Hair_0005 | Hair Email re: JH Abbott Audit Documentation (Hair 5) | No Objection |
| 12/31/2001 | JHII021496 - JHII021498 | Daesen_0004 | Schedule BA Project Equity Drug Investments YTD Report (Daesen 4) | No Objection |
| 3/26/2002 | JH002659 - JH002659 | Daesen_0006 | Mangan Email re: Abbott Labs (Daesen 6) | No Objection |
| 6/27/2000 | AL000115 - AL000119 | Lee_0002 | Proposed Summary of Terms Agreement (Lee 1) | No Objection |
| 8/17/2000 | AL000138 - AL000175 | Lee_0003 | Deemer Email re: Draft Agreement (Lee 3) | No Objection |
| 10/4/2000 | JH002270 - JH003341 | Lee_0006 | Email re: Abbott John Hancock Research Funding Agreement (Lee 6) | Irrelevant |
| | JH008376 - JH008384 | Lee_0017 | Lee Facsimile re: Draft Research Funding Agreement | Irrelevant/Hearsay |
| 6/8/2000 | JHII012376 - JHII012388 | Hartz_0002 | Report re: Purchase Recommendation | No Objection |
| 9/19/2000 | JH003551 - JH003555 | Hartz_0003 | Email report re: Abbott | No Objection |
| 4/19/2000 | JH003561 - JH003561 | Hartz_0011 | Email re: More Model | No Objection |

Exh. B - 11

4565697_1.XLS

2/29/2008

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 5/8/2000 | JH002423 - JH002429 | Hartz_0014 | Memo re: Proposed John Hancock Abbott Laboratories Transaction | No Objection |
| 9/21/2000 | JH005573 - JH005573 | Hartz_0019 | Meeting Minutes re: Bond Investment Committee 09/21/2000 | No Objection |
| 3/13/2001 | JH001103 - JH001104 | Hartz_0025 | Memo re: Abbott Laboratories Non Recourse | No Objection |
| 3/26/2002 | JH002659 - JH002659 | Hartz_0026 | Email re: Abbott Labs | No Objection |
| 9/30/2002 | JH003142 - JH003158 | Hartz_0027 | Email re: Abbott Labs | No Objection |
| 3/27/2003 | JH002407 - JH002409 | Hartz_0032 | Email memo re: Abbott Laboratories Research and Funding Agreement | No Objection |
| 6/11/2003 | JH003113 - JH003115 | Hartz_0037 | Email re: Abbott Research and Development Agreement | No Objection |
| 6/17/2003 | JH003107 - JH003112 | Hartz_0038 | Email and Report re: Abbott Valuation | No Objection |
| 12/19/2003 | JH004479 - JH004480 | Hartz_0039 | Email re: John Hancock vs. Abbott Laboratories | no Objection |
| 2/24/2005 | JHII011221 - JHII011221 | Hartz_0045 | Email re: Abbott | No Objection |
| 12/21/1999 | ABBT0051889 - ABBT0051889 | Thomas_0001 | 114 Sample Size | No Objection |

Exh. B - 12

4565697_1.XLS

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 3/7/2001 | MCK00377 - MCK00386 | Hopfield_0004 | Presentation re: Building A World of Opportunities Together Development Portfolio Review Kick Off 03/07/2001 | No Objection |
| | | | Expert Report of Avram Tucker Report Support Binders Volume I-3 | Untimely |
| | | | Expert Report of Avram Tucker Exhibit Support Binders | Untimely |
| 3/13/2001 | MCK00423 - MCK00430 | Hopfield_0005 | Please Print and Put in Mail Folder | No Objection |
| 07/00/0000 | MCK00431 - MCK00437 | Hopfield_0006 | Initial Portfolio Prioritization | No Objection |
| 3/19/2001 | MCK00348 - MCK00376 | Hopfield_0007 | R&D Integration Update Discussion Document 03/19/2001 | No Objection |
| 04/00/2001 | MCK00276 - MCK00347 | Hopfield_0008 | Overview of Abbott R&D Fact Pack April 2001 | No Objection |
| 4/10/2001 | ABBT323300 - ABBT323305 | Hopfield_0009 | Pharma Strategy Retreat on May 2-4, 2000 | No Objection |
| 5/5/2001 | MCK00204 - MCK00275 | Hopfield_0010 | Resource Allocation Across GPRD Discussion Document 05/05/2001 | No Objection |
| 5/6/2001 | MCK00408 - MCK00422 | Hopfield_0011 | Hopfield Email re: R & D Strategy Retreat Input | No Objection |
| 06/00/2000 | ABBT0570747 - ABBT0570770 | Meyer_0003 | ABT773 Ketolide Antibiotic 2000 Strategic Marketing Plan 06/00/2000 | No Objection |
| 9/13/2000 | ABBT0557552 - ABBT0557557 | Meyer_0004 | ABT-773 Dev Plan | No Objection |

Exh. B - 13

4565697_1.XLS

2/29/2008

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 11/28/2000 | ABBT0558150 - ABBT0558150 | Meyer_0005 | Executive Summary of ABT-773 End of Phase 2 Mtg with FDA | No Objection |
| 11/29/2000 | ABBT0556816 - ABBT0556822 | Meyer_0006 | Slides for 12/05/2000 Meeting | No Objection |
| 12/5/2000 | ABBT0577000 - ABBT0577168 | Meyer_0007 | ABT-773 Portfolio Review 12/05/2000 | No Objection |
| 02/00/2001 | ABBT0000387 - ABBT0000399 | Meyer_0008 | February 2001 ABT-773 Tab Ketolide Antibiotic Tablet | No Objection |
| 2/12/2001 | ABBT205042 - ABBT205046 | Meyer_0009 | ABT-773 Update 02/12/2001 | No Objection |
| 2/22/2001 | ABBT204999 - ABBT205041 | Meyer_0011 | 773 Material | No Objection |
| 2/14/2001 | ABBT0568172 - ABBT0568172 | Meyer_0012 | Re: Studies to Meet Pediatric Rule Requirements | No Objection |
| 02/00/2001 | JH008153 - JH008158 | Meyer_0015 | ABT-773 Descriptive Memorandum February 2001 | No Objection |
| 3/9/2000 | ABBT0141929 - ABBT0141983 | Nabulsi_0001 | Presentation re: Matrix Metalloproteinase Inhibitors Project Discovery Development Candidate Meeting 03/09/2000 A291518 for Treatment of Cancer | No Objection |
| 08/00/2000 | ABBT0092083 - ABBT0092094 | Nabulsi_0003 | Report re: ABT-518 Transition Strategy MMPI | No Objection |
| 02/00/2001 | ABBT0000343 - ABBT0000348 | Nabulsi_0006 | Project Status Report re: February 2001 ABT-518 Matrix Metalloproteinase Inhibitor | No Objection |
| 3/9/2001 | ABBT0013224 - ABBT0013232 | Nabulsi_0009 | Presentation re: Abbott Portfolio review March 7-9, 2001 | No Objection |
| 3/8/2001 | ABBT0045253 - ABBT0045253 | Nabulsi_0010 | Meeting Documents re: MMPI Monthly Meeting Agenda 03/08/2001 | No Objection |
| 3/8/2001 | ABBT300143 - ABBT300144 | Nabulsi_0011 | Meeting Documents MMPI Working Group Meeting Minutes 03/08/2001 | No Objection |
| | ABBT0507866 - ABBT0507866 | Nabulsi_0012 | Memo re: Project review | No Objection |
| 12/11/2001 | ABBT0518377 - ABBT0518378 | Nabulsi_00013 | Report re: Timeline of Events Occurring with Study M00235 in the Netherlands | No Objection |
| 3/12/2001 | ABBT0060788 - ABBT0060788 | Nabulsi_00014 | Email re: M00235 Update | No Objection |

Exh. B - 14

4565697_1.XLS

2/29/2008

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 5/25/2001 | ABBT0061200 - ABBT0061200 | Nabulsi_00017 | Email re: ABT-518 | No Objection |
| 4/12/2001 | ABBT0045243 - ABBT0045245 | Nabulsi_00021 | Meeting Documents re: MMPI Monthly Meeting Agenda 04/12/2001 | No Objection |
| 05/00/2001 | ABBT143915.UR - ABBT143920.UR | Nabulsi_00024 | Project Status report re: May 2001 ABT-518 Matrix Metalloproteinase Inhibitor | No Objection |
| 00/00/2001 | ABBT0059550 - ABBT0059556 | Nabulsi_00026 | Presentation re: ASCO 2001 MMPI Update | No Objection |
| 1/15/1999 | ABBT0005027 - ABBT0005030 | Meyer_00001 | 01/15/1999 Meeting Minutes Analgesia Venture Portfolio Review | No Objection |
| 04/00/1999 | ABBT0020594 - ABBT0020611 | Meyer_00003 | ABT-259 Transition Strategy | No Objection |
| 2/2/2001 | ABBT314925 - ABBT314926 | Meyer_00012 | DSG | Hearsay |
| 2/19/2001 | ABBT0115991 - ABBT0115993 | Meyer_00013 | Scientific Strategy for ABT-594 NNR Tolerability | No Objection |
| 03/00/2001 | ABBT0024132 - ABBT0024153 | Meyer_00016 | Global Pharmaceutical Discovery Internal Review 03/00/2001 Book Number 27 | No Objection |
| 3/8/2001 | ABBT298379 - ABBT298379 | Meyer_00018 | ABT-594 Pain Strategy DSG 03/05/00 Meeting Minutes | No Objection |
| 3/12/2001 | ABBT0022006 - ABBT0022008 | Meyer_00019 | Calendar Entry | No Objection |

Exh. B - 15

2/29/2008

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 4/23/2001 | ABBT0001749 - ABBT0001758 | Meyer_00020 | M99114 Study Review | No Objection |
| 6/7/2002 | ABBT0108742 - ABBT0108779 | Meyer_00026 | DDC Slides | No Objection |
| 6/13/2002 | ABBT0023982 - ABBT0024053 | Meyer_00027 | DDC A429202 Neuronal Nicotinic Receptor NN Agonist | No Objection |
| | | Meyer_00029 | Neuroscience and Pain | No Objection |
| 9/13/2000 | ABBT0557552 - ABBT0557557 | Fox_00002 | Email re: ABT-773 Dev Plan | No Objection |
| 11/20/2000 | ABBT0558681 - ABBT0558683 | Fox_00003 | Email report re: FDA Telephone Contract report ABT-773 | No Objection |
| 2/12/2001 | ABBT205042 - ABBT205046 | Fox_00008 | report re: ABT-773 Update 02/12/2001 | No Objection |
| 2/14/2001 | ABBT0568172 - ABBT0568172 | Fox_00010 | Email re: Studies to Meet Pediatric Rule requirements | No Objection |
| 3/13/2001 | JH008076 - JH008211 | Leiden_0001 | Letter Agreement re: Research Funding Agreement Dated as of 03/13/2001 | No Objection |
| 3/9/2001 | ABBT0092919 - ABBT0092921 | Leiden_0005 | Meeting Documents re: Portfolio Review Meeting 03/07/2001 to 03/09/2001 the Hyatt Deerfield | No Objection |
| 07/00/0000 | ABBT0155602 - ABBT0155608 | Leiden_0007 | Report re: Initial Portfolio Prioritization | No Objection |

Exh. B - 16

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 09/00/2000 | ABBT0155493 - ABBT0155512 | Leiden_0010 | Presentation re: Pharmaceuticals Strategy Update 09/00/2000 | No Objection |
| 09/00/2000 | ABBT0577835 - ABBT0577854 | Leiden_0011 | Presentation re Pharmaceuticals Strategy Update 09/00/2000 | No Objection |
| 10/12/2000 | ABBT0118072 - ABBT0118072 | Leiden_0014 | Email re: NNR Documents | No Objection |
| 12/00/2000 | ABBT0004460 - ABBT0004464 | Leiden_0020 | Project Status Report re: 12/00/2000 ABT-594 Project Status Report | No Objection |
| 3/2/2001 | ABBT0037509 - ABBT0037608 | Leiden_0022 | Memo Report re 00/00/2001 Plan Final Reference Package | No Objection |
| 12/11/2001 | ABBT0518377 - ABBT0518378 | Leiden_0030 | Report re: Timeline of Events Occurring with Study M00235 in the Netherlands | No Objection |
| 10/9/2001 | ABBT0148334 - ABBT0148334 | Leiden_0033 | Email re: ABT-594 Not Funded | No Objection |
| 1/18/2005 | ABBT0000235 - ABBT000023 | Martinez_0008 | Martinez Email re: Audit Thursday (Martinez 8) | No Objection |
| 5/8/2004 | JHII021505 - JHII021525 | Martinez_0016 | Davis Invoice No. 1017 for the amount of $7975.30 (Martinez 16) | No Objection |
| 9/30/2005 | JHII021501 - JHII021504 | Martinez_0017 | John Hancock Abbott Choate Hall and Stewart Stone Turn Time Sheet Report (Martinez 17) | No Objection |
| 5/20/2001 | ABBT0064234 - ABBT0064234 | Nabulsi_0025 | Nisen Email re: MMPI Summary of ASCO Studies (Nabulsi 25) | No Objection |
| 00/00/0000 | ABBT0556321 - ABBT0556349 | Nabulsi_0027 | Summary of Healthy Volunteer Data for BMS275291 Presentation (Nabulsi 27) | No Objection |
| 6/21/2001 | ABBT0507879 - ABBT0507879 | Nabulsi_0029 | Nabulsi Letter re: Study of ABT518 in Men and Women (Nabulsi 29) | No Objection |

Exh. B - 17

4565697_1.XLS

2/29/2008

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 8/10/2001 | ABBT0049970 - ABBT0049977 | Nabulsi_0034 | Davidsen Report re: ABT518 (Nabulsi 34) | No Objection |
| 1/8/2001 | ABBT240624 - ABBT240624 | Collicott_0028 | Collicott Email re: M99114 Crf Tracking (Collicott 28) | Hearsay |
| 3/17/2005 | JHII021526 - JHII021594 | Hair_0011 | Report of John Hancock Document Index (Hair 11) | No Objection |
| 3/28/2005 | JHII021598 - JHII021598 | Hair_0013 | Report of Documents that were Received by Stone Turn but not Identifiable or Previously Included in the Document Index (Hair 13) | No Objection |
| 3/9/2005 | JHII021636 - JHII021636 | Hair_0015 | Report of John Hancock Abbott Research Funding Agreement Audit MH Notes (Hair 15) | No Objection |
| 3/11/2005 | JHII021637 - JHII021637 | Hair_0016 | Report of John Hancock Abbott Summary of Available Monthly Project Status Reports (Hair 16) | No Objection |
| 06/00/2003 | JHII021645 - JHII021646 | Hair_0018 | Report of Reviewers Compound Report (Hair 18) | No Objection |
| 3/18/2005 | JHII021638 - JHII021643 | Hair_0019 | Report of John Hancock Abbott Summary of Available Monthly Highlights (Hair 19) | No Objection |
| 3/16/2005 | JHII021644 - JHII021644 | Hair_0020 | Report of John Hancock Abbott Summary of Available Monthly Project Status Reports (Hair 20) | No Objection |
| 3/13/2001 | JHII021607 - JHII021611 | Hair_0021 | Report of John Hancock Abbott Compound Summary Matrix Metalloproteinase Inhibitor MMPI Program ABT-518 (Hair 21) | No Objection |
| 3/13/2001 | JHII021612 - JHII021619 | Hair_0022 | Report of John Hancock Abbott Compound Summary Cholinergic Channel Modulator ABT-594 (Hair 22) | No Objection |
| 9/6/2005 | JHII012056 - JHII012061 | Blewitt_0030 | Blewitt Memorandum attaching Draft Request Number 85 Followup Valuation of Sch BA Part 1 Assets Abbott Laboratories (Blewitt 30) | Hearsay |
| 6/5/2000 | ABBT246466 - ABBT246471 | Blewitt_0032 | ABT-773 Descriptive Memorandum May 2000 (Blewitt 32) | Hearsay/Irrelevant |
| 5/11/2000 | JH000747 - JH000761 | Blewitt_0036 | Ketek Profile Report (Blewitt 36) | Hearsay/Irrelevant |
| 9/19/2000 | JH003551 - JH003555 | Blewitt_0014 | Hartz Email re: Abbott Modeling the Expect Returns and Expected Loss Report (Blewitt 14) | No Objection |
| 03/00/2001 | JH006002 - JH006009 | Blewitt_0024 | Research Funding Agreement by and between Abbott Laboratories and John Hancock Life Insurance Co. et al. dated as of 03/00/2001 9 (Blewitt 24) | Hearsay/Irrelevant |
| 4/1/2005 | JHII011911 - JHII011915 | Blewitt_0028 | Faxed letter re: Research Funding Agreement dated as of 03/13/2001 (Blewitt 28) | No Objection |
| 1/11/2001 | ABBT0045264 - ABBT0045269 | Loberg_0003 | MMPI Working Group Meeting Minutes dated 01/11/2001 (Loberg 3) | No Objection |
| 5/11/2001 | ABBT0045302 - ABBT0045304 | Loberg_0010 | Oncology Status Report as of 05/11/2001 (Loberg 10) | No Objection |
| 02/00/2001 | ABBT0000343 - ABBT0000348 | Hair_0017 | Project Status Report for ABT-518 Matrix Metalloproteinase Inhibitor May 2001 (Hair 17) | No Objection |
| 6/3/2004 | ABBT0126520 - ABBT0126520 | Campbell_0010 | Campbell Email re: Hancock Audit (Campbell 10) | Hearsay |
| 6/4/2004 | ABBT0126590 - ABBT0126592 | Campbell_0011 | Wendrick Email re: Hancock Audit (Campbell 11) | Hearsay |
| 6/10/2004 | ABBT0190551 - ABBT0190552 | Campbell_0012 | Pavelske Email re: Hancock Audit (Campbell 12) | Hearsay |

Exh. B - 18

4565697_1.XLS

2/29/2008

2/29/2008

John Hancock Life Insurance Company et al. v Abbott Laboratories
Civil Action No. 05-11150-DPW

Abbott Laboratories' List of Objected To Trial Exhibits

| Date | Production Range | Deposition Exhibit No. | Description | Hancock Objections |
|---|---|---|---|---|
| 6/10/2004 | ABBT0190544 - ABBT0190549 | Campbell_0014 | Wendrick Email re: Hancock Audit Monday (Campbell 14) | Hearsay |
| 8/5/2004 | ABBT0000125 - ABBT0000127 | Campbell_0021 | Letter re: Research Funding Agreement between Abbott Laboratories Abbott and John Hancock Life Insurance Co. et al. dated 03/13/2001 (Campbell 21) | Hearsay |

Exh. B - 19

4565697_1.XLS