UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | CIVIL ACTION NO. 05-11150-DPW |

## JOHN HANCOCK'S OBJECTIONS
## TO THE AFFIDAVIT OF CAROL SUSAN MEYER

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company and Manulife Insurance Company (collectively, "John Hancock" or "Hancock") object to the introduction into evidence of paragraph 11 of the Affidavit of Carol Susan Meyer (the "Meyer Affidavit").

John Hancock objects to Ms. Meyer's statement in paragraph 11 that: "I was also aware, <u>as was the entire pharmaceutical industry at that time</u>, that the FDA had concerns about the potential for cardiac events with regard to all new drugs." (Meyer Affidavit at 4) (emphasis added). Ms. Meyer's statement regarding the entire pharmaceutical industry's understanding of the FDA's state of mind is conclusory and lacks foundation.

4307256v1

-2-

With regard to the exhibits attached to the Meyer Affidavit, John Hancock incorporates by reference the objections stated in Hancock's Objections to Abbott's Proposed Trial Exhibits.

## Conclusion

For the foregoing reasons, John Hancock respectfully requests that the Court not admit the above noted portion of the Meyer Affidavit.

Respectfully submitted,

JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY and
MANULIFE INSURANCE COMPANY
By their attorneys,

/s/ *Brian A. Davis*
Brian A. Davis (BBO No. 546462)
Joseph H. Zwicker (BBO No. 560219)
Richard C. Abati (BBO No. (BBO No. 651037)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tele: 617-248-5000
Fax: 617-248-4000

Date: March 5, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on March 5, 2008.

                                              /s/ Richard C. Abati
                                              Richard C. Abati