UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER LIFE INSURANCE COMPANY), <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | CIVIL ACTION NO. 05-11150-DPW |

## NOTICE OF CORRECTION TO AFFIDAVIT OF ALAN FRIEDMAN

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company and Manulife Insurance Company (collectively, "John Hancock" or the "Plaintiffs"), respectfully submit this Notice of Correction to Affidavit of Alan Friedman. Table 23 has been updated to accurately reflect adjustments to John Hancock's damages calculations considered by Mr. Friedman and as set forth in Paragraph 10 of Mr. Friedman's Updated Expert Report (PLs' QH). A corrected copy of Table 23 is attached hereto.

        JOHN HANCOCK LIFE INSURANCE
COMPANY, JOHN HANCOCK VARIABLE
LIFE INSURANCE COMPANY and
MANULIFE INSURANCE COMPANY

By their attorneys,


*/s/ Stacy L. Blasberg*
Brian A. Davis (BBO No. 546462)
Joseph H. Zwicker (BBO No. 560219)
Richard C. Abati (BBO No. 651037)
Stacy L. Blasberg (BBO No. 657420)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Date: March 7, 2008        Tele: 617-248-5000


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 7, 2008.

*/s/ Stacy L. Blasberg*
Stacy L. Blasberg

**Table 23 (Revised)**
**Summary of John Hancock Lost Royalty and Milestone Damage Calculations***
**($ millions)**

| Scenario | Present Value of Lost Royalties | Present Value of Lost Milestones | 2003 and 2004 Expected But-for Program Payments | Total Damages |
|---|---|---|---|---|
| Low Case | 225 | 19 | (68) | 176 |
| Base Case | 361 | 16 | (89) | 288 |

* Includes prejudgment interest