# CHOATE

CHOATE HALL & STEWART LLP

March 7, 2008

Brian A. Davis
(617) 248-5056
bad@choate.com

BY ELECTRONIC MAIL

The Honorable Douglas P. Woodlock
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 4110
Boston, Massachusetts  02210

Re:    John Hancock Life Insurance Company, *et al.*
       v. Abbott Laboratories
       U.S.D.C. (Mass.) Civil Action No. 05-11150-DPW

Dear Judge Woodlock:

Per the Court's request, I write on behalf of the parties to inform the Court of the anticipated witness schedule for this proceeding during the week of March 10, 2008.

John Hancock expects to call Mr. Alan Friedman on Monday, March 10.  John Hancock also intends to submit additional evidence in its case-in-chief next week through written deposition designations and certain documentary exhibits.  Abbott intends to call Dr. John Leonard as its next witness after Mr. Friedman.  The parties believe that Mr. Friedman's and Dr. Leonard's testimony will consume all of Monday, March 10, and possibly a portion of Tuesday, March 11.  Abbott next intends to call Dr. Stanley Bukofzer and Ms. Jeanne Fox.  In the event these witnesses are completed on Tuesday, March 11, Abbott next will call Ms. Michelle Campbell.  Abbott intends to call Dr. Jeffrey Leiden on Wednesday, March 12.  If Ms. Campbell does not testify on Tuesday, March 11, however, Abbott intends to call Dr. Leiden before Ms. Campbell.  Abbott still is considering the order of its remaining witnesses.

Based on current estimates, the parties believe that it is possible, but by no means certain, that the live testimony of Abbott's witnesses could be completed next week.  The parties are continuing to discuss which additional Abbott witnesses, if any, will be subject to live cross-examination at trial.  They expect to sort out those issues by early next week.

Letter to Hon. Douglas P. Woodlock
UNITED STATES DISTRICT COURT
March 7, 2008
Page 2


We hope that this information is helpful to the Court.

Very truly yours,

Brian A. Davis

cc:    Jeffrey I Weinberger, Esq. (by electronic mail)
       Gregory D. Phillips, Esq. (by electronic mail)
       Eric J. Lorenzini, Esq. (by electronic mail)
       Özge Güzelsu, Esq. (by electronic mail)
       Joseph H. Zwicker, Esq.

4308801.1