# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY), | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ABBOTT LABORATORIES, | ) ) |
| Defendant. | ) ) |

Civil Action No. 05-11150-DPW
Hon. Judge Douglas P. Woodlock

## CORRECTIONS TO THE AFFIDAVIT OF JAMES THOMAS

Abbott Laboratories ("Abbott") respectfully submits these corrections to the Affidavit of James Thomas. Exhibit 534 was inadvertently referred to in the affidavit as Exhibit 603. The affidavit has been corrected to include references to Exhibit 534 instead of Exhibit 603 and is attached. Abbott is also attaching a true and correct copy of Exhibit 534 with the correct cover sheet. This is the only correction to the Affidavit of James Thomas. Abbott will provide the court with courtesy copies of Mr. Thomas' affidavit with these corrections on Tuesday, March 11, 2008.

Dated:  March 10, 2008                                  Respectfully submitted,

                                                    ABBOTT LABORATORIES

                                                    By its attorneys

                                                    _____
                                                         /s/ Jeffrey I. Weinberger
                                                         Jeffrey I. Weinberger

                                                    Michael S. D'Orsi
                                                    Peter E. Gelhaar (BBO #188310)
                                                    Michael S. D'Orsi (BBO #566960)
                                                    DONNELLY, CONROY & GELHAAR LLP
                                                    1 Beacon St., 33rd Floor
                                                    Boston, Massachusetts 02108
                                                    (617) 720-2880

                                                    and

                                                    Jeffrey I. Weinberger (Admitted Pro Hac Vice)
                                                    Gregory D. Phillips (Admitted Pro Hac Vice)
                                                    Eric J. Lorenzini (Admitted Pro Hac Vice)
                                                    Ozge Guzelsu (Admitted Pro Hac Vice)
                                                    MUNGER, TOLLES & OLSON LLP
                                                    355 South Grand Avenue, 35th Floor
                                                    Los Angeles, CA  90071
                                                    (213) 683-9100

                                                    *Counsel for Abbott Laboratories*

4622858.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 10, 2008.

Date:  March 10, 2008.

<u>        /s/ Ozge Guzelsu       </u>

4622858.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CIVIL ACTION NO. 05-11150-DPW |

## <u>AFFIDAVIT OF JAMES THOMAS</u>

I, James Thomas, hereby declare and say:

1.     My name is James Thomas.  I am over 18 years of age, and suffer from no condition or disability that would impair my ability to give sworn testimony.  This affidavit is based upon my own personal knowledge.

<u>Education and Professional Background</u>

2.     I am currently employed by Abbott Laboratories ("Abbott") as a manager in Statistics.  I became employed by Abbott in 1995.

3.     I received a B.S. in Statistics and an M.S. in Statistics from Brigham Young University in 1989 and 1991, respectively.

1

4.      Prior to joining Abbott in 1995, I worked as a statistician at Parexel International, a contract research organization ("CRO"), for approximately three and a half years.  In 1995, I joined Abbott as an Associate Statistician.  I remained in that position until 2000 or 2001, when I was promoted to Senior Statistician I.  In approximately 2003, I was promoted to Senior Statistician II, a position I occupied until I was appointed in 2005 to my current position as Manager of Statistics.

5.      During my employment as an Abbott Senior Statistician I and II, and as Manager of Statistics, I have been responsible for helping to design clinical trials of compounds in Phase II and Phase III of development, for reviewing clinical trial protocols, case report forms, and clinical study reports.  As Senior Statistician II and Manager of Statistics, I have also been responsible for supervising other Abbott statisticians.

6.      Throughout my employment at Abbott, I have also been responsible from time to time for helping to prepare reports for Abbott's management regarding the status of Abbott's clinical trials and regarding the clinical trials of compounds that have been or are being developed by Abbott's competitors in the pharmaceutical industry.  Abbott regularly obtains detailed information about the clinical trials of competitors' compounds from publicly available sources, including articles in scientific journals.  In order to fulfill my responsibilities at Abbott, it is necessary for me to remain current on developments in statistical issues in clinical trials at Abbott and at competitors, and I do so by participating in meetings and presentations at Abbott at which such developments are presented and discussed and by reading Abbott clinical study reports and journal articles and other publicly available sources of information.

7.      During my employment as a statistician at Abbott, I have worked on

approximately 25 Phase II and Phase III clinical trials for compounds in development by

Abbott.

ABT-594

8.      ABT-594 is an analgesic compound that was under development in the Analgesia

Venture at Abbott from 1997 through October 2001.  I worked as a statistician on ABT-

594 during this period.  ABT-594 is a member of a class of compounds known as

cholergenic channel modulators ("CCM") or neuronic nicotinic receptors ("NNR").  My

responsibilities with regard to ABT-594 included consulting with the clinical team in the

design of Phase II clinical trials and in the development of the protocols for each of the

Phase II clinical trials, preparing sections of each of the protocols (especially those

sections dealing with statistical matters), developing and supervising the analyses for the

final clinical study report, and writing sections of the clinical study report.

9.      I participated in the preparation of the Protocol and the final Clinical Study

Report for the ABT-594 M99-114 Phase IIb clinical trial.  Attached hereto as Exhibits

534 and 795, respectively, are true and correct copies of the Protocol and the Clinical

Study Report.

10.     My work on each of the ABT-594 clinical trials included the calculation of the

planned power of the trials.  I did not choose what the planned power of the trials should

be.  That was a decision made by the ABT-594 clinical team.

11.     The original planned power of the M99-114 trial was 80%.  However, in my

experience at Abbott it was not unusual for clinical trials such as the ABT-594 Phase II

clinical trials to be designed at different levels of planned power.  In my experience,

Abbott sometimes sets planned power of its Phase II trials at 80%, but at other times Abbott sets planned power at less than 80%. For example, in three ABT-594 Phase II studies other than the M99-114 trial discussed above, Abbott designed each trial to have less than 80% planned power. For a Phase II Osteoarthritis Pain trial, M98-826, which was a 256 patient, randomized, double-blind, placebo-controlled trial, the planned power of the trial was 56%. The planned power of the Neuropathic Pain trial, M98-833, a 133 patient, randomized, double-blind, placebo-controlled, multiple dose trial, was also 56%. For the Molar Extraction study, M97-772, a 290 patient, randomized, double-blind, placebo-controlled, single dose trial, the planned power was 70%. Attached hereto as Exhibits MI, MJ, and MK are true and correct copies of the clinical protocols of each of these three trials.

12.     I am also aware that Abbott has planned the power of Phase III clinical trials at less than 70%. For example, I worked approximately ten years ago on the design and protocol of a Phase III trial for the compound now known as Depakote, an Abbott drug for the treatment of several indications, including bipolar disorder and epilepsy. For this Phase III trial, the Abbott Depakote clinical team selected a power of 70%.

13.     In 2000, after Abbott had begun enrolling patients in the M99-114 clinical trial, I was asked to calculate, in a fully blinded manner, the effect of smaller sample sizes on the probability of detecting the M99-114's predefined standardized treatment effect of 0.46. My calculations in this regard assumed that all patients would be evaluable for efficacy. Attached hereto as Exhibit 573 is an email dated September 28, 2000, from me to Ms. Rebecca L. Brown containing an example of such power calculations. I was also asked to consider the effect on the power of the study of smaller sample sizes on the

probability of detecting standardized treatment effects smaller and larger than 0.46.

Attached hereto as Exhibit 566 is a true and correct copy of an email dated August 29,

2000, from me to Ms. Catherine K. Kacos, containing an example of such calculations.

Early Terminations of Patients From Trials of Pain Compounds

14.     Before the M99-114 study was unblinded, I did not regard the early termination

rate or the proportion of early terminations for adverse events to be necessarily a problem

for the potential success of the study or the compound.  In studies for some types of

compounds, an early termination rate of close to 50% of patients enrolled in a clinical

pain trial, as was experienced in the ABT-594 M99-114 trial, is not inappropriate or

unexpected.  Specifically, based on my experience at Abbott and my review of publicly

available information, I was aware in 2000 and 2001 that early termination rates for

clinical trials of some types of pain compounds in particular can be in the range of 40 to

60%, and sometimes higher.  I was also aware that many compounds for the treatment of

chronic pain, including many opioids, have experienced high rates of early terminations

in clinical trials, yet are widely considered to be effective for a variety of different types

of chronic pain and have been approved by the FDA.  Based on my experience, these

facts are well-known at Abbott and in the pharmaceutical industry generally.

15.     In late 2000 and in 2001, I was aware from my work at Abbott that clinical trials

of tramadol, controlled release codeine, and controlled release oxycodone, among other

pain compounds, had shown that the compounds were efficacious despite experiencing

dropout rates ranging from one-third to more than half of the total number of patients

enrolled in the trial.  For example, an article in the *Archives of Internal Medicine* reported

in 2000 that 52.6% of the patients enrolled in a double-blinded, placebo-controlled trial

of controlled release oxycodone discontinued their participation in the study, and that 40% of those early terminations were due to adverse events. A true and correct copy of this article from the *Archives of Internal Medicine* is attached hereto as Exhibit ML. Despite these early termination rates, tramadol, controlled release codeine and controlled release oxycodone have all been approved for marketing by the FDA.

16.     Based on my work at Abbott, I am aware that since 2001 other pain compounds have been approved by the FDA for marketing despite experiencing high dropout rates in Phase II and/or Phase III clinical trials, and that Abbott relies upon this fact in its development of its own pain compounds. For example, I am aware that we have discussed at Abbott that in a Phase III clinical trial for AVINZA™, a pain drug that was approved in March 2002 by the FDA for the relief of moderate-to-severe pain, the blinded early termination rate was approximately 42% (87/205) and that approximately 26% of the patients at the highest dose dropped out due to adverse events.

17.     I am currently working as a statistician on a pain compound in development at Abbott known as Vicodin Controlled Release ("Vicodin CR"). Vicodin CR is an opioid. Abbott recently completed a Phase II double-blinded, placebo-controlled clinical trial (M03-643) for Vicodin CR. I participated in the design of this study, in the preparation of the protocol, and in the analysis of the data from the study.

18.     Based on my analysis in the ordinary course of my work for Abbott of the data from Abbott's M03-643 Vicodin CR study, I am aware that approximately 40% of the total number of randomized patients who participated in the trial (including active dose and placebo) failed to complete that trial (47% and 32%, respectively). I am also aware that 31% of the total number of randomized patients in the active treatment group

terminated early because of adverse events.  Put another way, nearly 70% of the early

terminations in the active treatment group were attributable to adverse events.

19.    Based in part on the results of the M03-643 Vicodin CR Phase II study, which

reached a statistically significant endpoint, Abbott decided to move forward into Phase

III in the development of the compound.

20.    More recently, Abbott completed a Phase III double-blinded, placebo-controlled

clinical trial (M04-697) for Vicodin CR.  I participated in the design of this pivotal Phase

III study, in the preparation of the protocol, and in the analysis of the data from the study.

21.    Based on my analysis in the ordinary course of my work for Abbott of the data

from Abbott's M04-697 Vicodin CR Phase III study, which reached many statistically

significant endpoints, I am aware that 45% of the patients who received Vicodin CR and

43% of the placebo patients dropped out of the study early.  Of the 192 patients who

received Vicodin CR in this study who dropped out early, more than half (100 patients)

dropped out early because of adverse events.

22.    I participated in the preparation and filing of the New Drug Application ("NDA") that Abbott recently submitted to the FDA for approval of Vicodin CR. Abbott's Vicodin CR NDA is based in part on the results of the M04-697 Phase III trial described above.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 9th day of March 2008, at Grayslake, Illinois.

JAMES THOMAS

# PART 1

**ABBOTT LABORATORIES**
Clinical Protocol

A Randomized, Double Blind, Placebo-Controlled, Comparison
of the Safety and Efficacy of ABT-594 to Placebo in Subjects
with Painful Diabetic Polyneuropathy

Protocol M99–114

February 8, 2000

Fred Siebert, MT–BB (ASCP)                                    2/10/2000
Senior Clinical Research Associate, Analgesia Venture         Date

David Morris, Ph.D.                                           2-11-00
Manager, Clinical Statistics                                  Date

Walid Awni, Ph.D.                                            2/11/00
Manager, Clinical Pharmacokinetics                           Date

Bruce G. McCarthy, M.D.                                       2/10/00
Associate Medical Director, Analgesia Venture                Date

Christopher J. Silber, M.D.                                   2/10/00
Venture Head, Analgesia Venture                              Date

**⧉ Abbott Laboratories**

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Thomas    DEP. EX. NO. 5                                      Confidential
FOR ID., AS OF  4/13/07                                       ABBT0065818
            Renn

ABT-594
Protocol M99-114
February 8, 2000

i

# 1.0   Title Page

*Abbott Laboratories*
Analgesia Venture, D48Q
Clinical Study

**A Randomized, Double Blind, Placebo-Controlled, Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy**

*ABT-594/M99-114*
*February 8, 2000*

Development Phase:  II

Investigators:  Multicenter Trial

Estimated Date of First Subject to be Dosed:  April 2000

Estimated Date of Last Subject to Complete Dosing:  November 2000

Sponsor/Emergency Contact:    Christopher J. Silber, M.D.
Venture Head,
Analgesia Venture
Phone:  (847) 938-5236, Fax:  (847) 938-5258
Department 48Q, Building AP34
200 Abbott Park Road
Abbott Park, Illinois 60064-6193

This study will be conducted in compliance with Good Clinical Practice, including the archiving of essential documents.

**Confidential Information**
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065819

ABT-594
Protocol M99-114
February 8, 2000                                                                                        ii

## 2.0   Study Synopsis

| Name of Company:<br>Abbott Laboratories<br><br>Name of Finished Product:<br>ABT-594 Hard Gelatin<br>Capsule (HGC)<br><br>Name of Active Ingredient:<br>ABT-594 | Individual Study Table Referring<br>to Part of the Dossier:<br>Not Applicable (N/A)<br><br>Volume:  N/A<br><br>Page:  N/A | (For National Authority<br>Use Only) |
|---|---|---|

**Title of Study:**

A Randomized, Double Blind, Placebo-Controlled, Comparison of the Safety and Efficacy of ABT-594 to Placebo in Subjects with Painful Diabetic Polyneuropathy

**Investigator(s):** Multicenter Study

**Study Center(s):** 30

**Publication (reference):** N/A

| Study Period (years):<br><br>Estimated Date of First Subject to be Dosed: April, 2000<br><br>Estimated Date of Last Subject to Complete Dosing:  November, 2000 | Phase of Development:  II |
|---|---|

**Objectives:**

The objective of this study is to compare the safety and analgesic efficacy of 150 μg, 225 μg, and 300 μg twice daily (BID) of ABT-594 to placebo in subjects who have painful distal symmetric diabetic polyneuropathy, have an average of $\geq$ 4 points on the diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days), and have $\geq$ 4 points on the site-based Pain Rating Scale (11-Point Likert) at the Baseline Visit.

**Methodology:**

This is a Phase II, randomized, double-blind, placebo-controlled, multicenter study to examine the safety and analgesic efficacy of ABT-594 in subjects who have painful diabetic polyneuropathy. Approximately 320 subjects will be assigned randomly in an equal ratio to receive 1 of 4 treatments: ABT-594 150 μg, 225 μg, 300 μg, or placebo BID for 49 days on an outpatient basis. Approximately 30 sites will be recruited in order to enroll 320 subjects who meet entry criteria for this study.

Prior to any study-specific procedures at the Screening Visit, an informed consent will be signed and study eligibility determined.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                                    iii

---

**Methodology: (Continued)**

Prior to study drug administration, subjects will have discontinued all analgesic medications (at least 7 days prior to the Baseline Pain Assessment Phase) and have completed the 7-day Baseline Pain Assessment Phase. Following the Baseline Pain Assessment Phase, subjects who meet entry criteria, will be randomized to a dose of study medication for 49 days (Primer and Treatment Phases). During the Treatment Phase, subjects will return to the site for Treatment Visits I, II, III and IV (Days 14, 21, 35 and 49, respectively). During the Primer and Treatment Phases, subjects will be allowed to take up to 3 grams of acetaminophen per day or up to 6 grams of acetaminophen per week (but will not be allowed to take acetaminophen within 24 hours prior to a Treatment Visit). Subjects will complete diary-based assessments of their diabetic polyneuropathy pain each day from the 7 days prior to study drug administration (Baseline Pain Assessment Phase) through Day 49 of study drug administration. In addition, subjects will undergo site-based assessments of their neuropathy pain at the Baseline Visit and Treatment Visits I, II, III and IV. Subjects will discontinue study drug administration after Treatment Visit IV and return to the site for the Follow-Up visit 7-10 days later. See Figure 9.1a, Study Schematic, for additional study layout information.

Efficacy and safety assessments will include: the Pain Rating Scale (11-Point Likert), the Neuropathic Pain Scale, SF-36™ Health Status Survey (Acute), and Subject and Clinician Global Impression of Change.

---

**No. of Subjects: 320**

---

**Diagnosis and Main Criteria for Inclusion:**

A subject may be randomized in this study provided that he/she meets all of the Inclusion Criteria outlined below and does not meet any of the Exclusion Criteria in Section 9.3.2.

- Prior to any study specific procedure, voluntary written informed consent must be obtained from the subject after the purpose and nature of the study have been explained.
- The subject must be age 18 or older and in relatively good health with a recent stable medical history.
- The subject's weight must be ≤ 265 pounds.
- A female subject must be non-lactating and:
    - of non-childbearing potential (either postmenopausal for at least 1 year or surgically sterile, including tubal ligation),
      OR
    - of childbearing potential using oral or barrier contraceptive methods for at least 2 months preceding randomization (and must continue contraceptive method through the course of the study).

    All female subjects must have a negative β subunit human chorionic gonadotropin (β-hCG) at the Baseline Visit. Female subjects of childbearing potential must have a negative β-hCG at all Treatment Visits.
- The subject must have a diagnosis of diabetes mellitus (Type I or Type II) and a diagnosis of distal symmetric diabetic polyneuropathy.
- The subject must have distally and symmetrically decreased or lost vibratory, pin and/or light touch sensation on neurological exam and either decreased (or absent) deep tendon reflexes or documented abnormal nerve conduction study consistent with a distal symmetrical neuropathy.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                              iv

- The location and quality of the pain under study are consistent with distal symmetric diabetic polyneuropathy in the opinion of the investigator.
- The subject has distal symmetric diabetic polyneuropathy symptoms (including pain) which have been stable for at least the last 3 months prior to the Screening Visit (defined by the opinion of the investigator).
- The subject must have an average of $\geq 4$ points on the diary-based Pain Rating Scale (11-Point Likert Scale) everyday during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days) and $\geq 4$ points on the site-based Pain Rating Scale (11-point Likert Scale) at the Baseline Visit.

**Test Product(s):** ABT-594 75 µg HGC (Formulation A-2)

**Dose:** ABT-594 150 µg, 225 µg, or 300 µg BID (Section 9.4)

**Mode of Administration:** Oral

**Batch Number:**

| Study Drug | Drug Product Lot Number |
|---|---|
| ABT-594 75 µg HGC | 58-293-AR |

**Duration of Treatment:** 49 days

**Reference Therapy:** Placebo for ABT-594 HGC No. 1 Light Gray Opaque (Starch)

**Dose:** Placebo to match test product (see Section 9.4)

**Mode of Administration:** Oral

**Batch Number:**

| Study Drug | Drug Product Lot Number |
|---|---|
| Placebo for ABT-594 HGC | 55-243-AR-01 |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065822

ABT-594
Protocol M99-114
February 8, 2000                                                                                          vi

---

**Statistical Methods: (Continued)**

Mean change from baseline to minimum, maximum and final values will be summarized for clinical laboratory, vital sign and ECG data. Additionally, clinical laboratory data identified as below or above limits will be flagged in the data listings. Furthermore, laboratory results which satisfy the criteria for limits for statistical analysis will be identified.

To assess dose proportionally and time invariance (from Visit I to Visit IV), dose–normalized $C_{trough}$ and log–transformed dose–normalized AUC, and $C_{max}$ from the subset of subject participating in intensive pharmacokinetic sampling will be subjected to a mixed effects model analysis with effects for dose level, visit, relevant covariates, and perhaps study center. The logarithmic transformation will be employed for AUC and $C_{max}$. An exploratory analysis will also be performed on the data set obtained from all subjects.

---

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065824

ABT-594
Protocol M99–114
February 8, 2000                                                        vii

# 3.0    Table of Contents

Page

1.0    Title Page . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    i

2.0    Study Synopsis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ii

3.0    Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    vii

4.0    List of Abbreviations and Definitions of Terms . . . . . . . . . . . . . . . . . .    xi

5.0    Ethics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1

       5.1    Institutional Review Board or Independent Ethics Committee . .    1

       5.2    Ethical Conduct of the Study . . . . . . . . . . . . . . . . . . . . . . . . . . .    1

       5.3    Subject Information and Consent . . . . . . . . . . . . . . . . . . . . . . . . .    1

       5.4    Subject Confidentiality . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    2

6.0    Investigators and Study Administrative Structure . . . . . . . . . . . . . . . .    3

       6.1    Investigative Sites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    3

       6.2    Sponsor Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    3

       6.3    Contract Research Organization . . . . . . . . . . . . . . . . . . . . . . . . .    3

       6.4    Clinical Supply Management . . . . . . . . . . . . . . . . . . . . . . . . . . .    3

       6.5    Central Laboratory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    4

       6.6    Administrative Structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    5

7.0    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    6

       7.1    Analgesia Today . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    6

       7.2    ABT-594 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    6

8.0    Study Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    9

9.0    Investigational Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    10

       9.1    Overall Study Design and Plan:  Description . . . . . . . . . . . . . . .    10

       9.2    Discussion of Study Design, Including the Choice of
              Control Groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    14

       9.3    Selection of Study Population . . . . . . . . . . . . . . . . . . . . . . . . . .    14

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000

viii

## Table of Contents (Continued)

Page

|       | 9.3.1 | Inclusion Criteria | 14 |
|       | 9.3.2 | Exclusion Criteria | 15 |
|       | 9.3.3 | Removal of Subjects from Therapy | 16 |
| 9.4   | Treatments | | 17 |
|       | 9.4.1 | Treatments Administered | 17 |
|       | 9.4.2 | Identity of Investigational Products | 19 |
|       |       | 9.4.2.1 Packaging and Labeling | 19 |
|       |       | 9.4.2.2 Storage and Disposition of Supplies | 19 |
|       |       | 9.4.2.3 Drug Accountability | 20 |
|       | 9.4.3 | Method of Assigning Subjects to Treatment Groups | 20 |
|       | 9.4.4 | Selection of Doses in the Study | 21 |
|       | 9.4.5 | Selection and Timing of Dose for Each Subject | 21 |
|       | 9.4.6 | Blinding | 21 |
|       | 9.4.7 | Prior and Concomitant Therapy | 21 |
|       | 9.4.8 | Treatment Compliance | 22 |
| 9.5   | Efficacy, Pharmacokinetic and Safety Variables and Other Study Procedures | | 23 |
|       | 9.5.1 | Efficacy and Safety Measurements Assessed and Flow Charts | 23 |
|       |       | 9.5.1.1 Efficacy Measurements | 25 |
|       |       | 9.5.1.2 Safety Measurements and Procedures | 26 |
|       | 9.5.2 | Appropriateness of Measurements | 34 |
|       | 9.5.3 | Efficacy Variables | 34 |
|       |       | 9.5.3.1 Primary Variable(s) | 35 |
|       |       | 9.5.3.2 Secondary Variable(s) | 35 |
|       | 9.5.4 | Drug Concentration Measurements | 35 |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000

ix

## Table of Contents (Continued)

|  |  |  | | Page |
|---|---|---|---|---|
|  |  | 9.5.4.1 | Collection, Processing and Storage of Blood Samples for ABT-594 Plasma Assay | 35 |
|  |  | 9.5.4.2 | Additional Pharmacokinetic Sampling | 36 |
|  |  | 9.5.4.3 | Shipment of Plasma Samples | 37 |
|  | 9.5.5 | | Blood Samples for Genetic Polymorphism Analysis | 37 |
| 9.6 | | | Data Quality Assurance | 38 |
| 9.7 | | | Statistical Methods and Determination of Sample Size | 39 |
|  | 9.7.1 | | Statistical and Analytical Plans | 39 |
|  |  | 9.7.1.1 | Data Sets Analyzed | 40 |
|  |  | 9.7.1.2 | Demographic and Other Baseline Characteristics | 40 |
|  |  | 9.7.1.3 | Efficacy Analyses | 40 |
|  |  | 9.7.1.4 | Safety Analyses | 43 |
|  | 9.7.2 | | Determination of Sample Size | 44 |
|  | 9.7.3 | | Pharmacokinetics/Pharmacodynamics | 44 |
| 9.8 | | | Changes in the Conduct of the Study or Planned Analyses | 45 |
|  | 9.8.1 | | Protocol Changes | 45 |
| 10.0 | | | Protocol Deviations | 46 |
| 11.0 | | | Use of Information and Publication | 46 |
| 12.0 | | | Completion of The Study | 47 |
| 13.0 | | | Investigator's Agreement | 48 |
| 14.0 | | | References | 49 |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065827

# PART 2

ABT-594
Protocol M99–114
February 8, 2000                                                                                    x

## Table of Contents (Continued)

Page

### List of Tables

| | | |
|---|---|---|
| Table 9.4.1a | ABT-594 Dose Escalation | 18 |
| Table 9.4.1b | Number and Type of Capsules by Treatment Regimen | 18 |
| Table 9.4.2a | Identity of Investigational Products | 19 |
| Table 9.5a | Study Procedures Flow Chart | 24 |
| Table 9.5b | Clinical Laboratory Tests | 28 |
| Table 9.5c | Definitions for Investigator Rating of Adverse Event Severity | 30 |
| Table 9.5d | Definitions for Investigator Assessment of Adverse Event Relationship to Study Drug | 31 |

### List of Figures

| | | |
|---|---|---|
| Figure 6.6a | Administrative Structure | 5 |
| Figure 9.1a | Study Schematic | 13 |

### List of Appendices

| | | |
|---|---|---|
| Appendix A | Documents Required Prior to Initiation of the Study | 50 |
| Appendix B | Declaration of Helsinki | 51 |
| Appendix C | Responsibilities of the Clinical Investigator | 55 |
| Appendix D | Elements of the Consent Form | 56 |
| Appendix E | Sample Abbott Laboratories Drug Accountability Form Study M99-114 | 59 |
| Appendix F | Pain Assessments | 60 |
| Appendix G | Neuropathic Pain Scale | 61 |
| Appendix H | Subject Global Impression of Change and Clinician Global Impression of Change | 63 |
| Appendix I | Laboratory Determinations, Vital Signs and Electrocardiogram Variables for Statistical Analysis | 64 |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                xi

## 4.0    List of Abbreviations and Definitions of Terms

ABT-594         [(R)-5-(2-azetidinylmethoxy)-2-chloropyridine] or A-165594

CSI             Clinical Supplies Invoice

HGC             Hard Gelatin Capsules

IVRS            Interactive Voice Response System

nAChRs          Neuronal nicotinic acetylcholine receptors

NPRO            New Product Research Order

NPS             Neuropathic Pain Scale

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065829

ABT-594
Protocol M99-114
February 8, 2000                                                              1

## 5.0   Ethics

### 5.1    Institutional Review Board or Independent Ethics Committee

Good Clinical Practice (GCP) requires that approval be obtained from a research
committee (e.g., Institutional Review Board [IRB], Independent Ethics Committee
[IEC]), prior to participation of human subjects in research. The investigator will obtain
a duly constituted IRB/IEC review and approval of the protocol, informed consent form
and all other forms of subject information related to the study (e.g., advertisements used
to recruit subjects). Abbott Laboratories will receive documentation of the study
approval, the signed signature page from the study protocol, a signed Abbott Financial
Disclosure form, subject informed consent document, a current investigator curriculum
vitae, a signed Food and Drug Administration (FDA) Form 1572 or equivalent document,
a list of members of the IRB committee and their qualifications and affiliations prior to
authorizing the shipment of study drug supplies to the site. Any amendments to the
protocol will require IRB approval prior to implementation of any changes made to the
study design. No annual IRB re-approvals are anticipated since the study should be
completed within one year. A complete list of documents required prior to initiation of
the study is located in Appendix A.

### 5.2    Ethical Conduct of the Study

The study will be conducted in accordance with the protocol, GCP, FDA regulations
governing clinical study conduct, ethical principles that have their origin in the
Declaration of Helsinki (1996 Version, Appendix B) and all applicable local regulations.
The investigator must assure that the study will be conducted in accordance with
prevailing local laws and customs or comply with the provisions as stated in the FDA
guidelines. Responsibilities of the Investigator are specified in Appendix C.

### 5.3    Subject Information and Consent

The investigator or his/her representative will explain the nature of the study to the
subject, and answer all questions regarding this study. Prior to any screening procedures
being performed on the subject, the informed consent statement will be reviewed and

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065830

ABT-594
Protocol M99-114
February 8, 2000                                                                                    2

signed and dated by the subject and the person who administered the informed consent.
A copy of the informed consent form will be given to the subject and a copy will be
placed in the subject's medical record. An entry must also be made in the subject's dated
source documents to confirm that informed consent was obtained prior to any
study-related procedures and that the subject received a signed copy. Elements of an
Informed Consent are specified in Appendix D.

## 5.4    Subject Confidentiality

All reports and communications relating to subjects in the study will identify each subject
only by the subject's initials (first, middle, last) and by the subject's randomization
number. Case report forms (CRF) will be used to transmit the information collected in
the performance of this study to Abbott Laboratories and to governmental agencies.
Portions of the subject's medical records pertinent to the study will be reviewed by
Abbott Laboratories personnel or their designee and possibly by government personnel to
assure adequate source documentation, accuracy, and completeness of the CRFs.

The site will collect information on the subject per International Council on
Harmonization (ICH) requirements, including subject name, home address, phone
number, and birthdate. In addition, the name, address, and phone number of another
person who can be contacted in an emergency should also be recorded. This information
will be treated with strict adherence to professional standards of confidentiality and will
be filed at the site according to the record retention guidelines outlined in Section 12.0.

Neither the subject, the subject's physician, nor the investigator will be informed of the
subject's pharmacogenetic results, should they be obtained. If performed, results from
individual subjects will be kept confidential and will not be given to anyone not directly
involved with this research study. The deoxyribonucleic acid (DNA) samples will be
stored by Abbott Laboratories in a secure storage space with adequate measures to
protect confidentiality. The DNA samples will be kept by Abbott Laboratories until
destroyed by Abbott when this research is completed or the required sample retention
time has been satisfied.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                    3

## 6.0    Investigators and Study Administrative Structure

### 6.1    Investigative Sites

Investigative sites will be selected by Abbott Laboratories.  Approximately 30 sites will
be selected to enroll subjects for this study.

### 6.2    Sponsor Information

The sponsor, Abbott Laboratories, will coordinate the activities for initiating this clinical
study.  The protocol, CRFs and sample informed consent form will be generated by
Abbott Laboratories.  The database for this study will be created using NOMAD®, a data
management system.  Designated statisticians at Abbott Laboratories will be responsible
for the statistical analysis of the data.

### 6.3    Contract Research Organization

Abbott Laboratories will delegate prestudy (if necessary) and initiation visits, site
monitoring, and post-study site visits to a Contract Research Organization (CRO) for the
conduct of this clinical study.  The sponsor and CRO will maintain contact in order to
manage adequately the progress of the study.  The CRO will coordinate and perform all
site visits and will prepare trip reports, using the Abbott format, for each visit performed.
These reports will detail the activities conducted at all investigative sites and will include
all relevant observations.  All trip reports will be forwarded to the sponsor in a timely
manner to ensure appropriate site management, adhering to Abbott Laboratories Standard
Operating Procedures (SOP).

### 6.4    Clinical Supply Management

Clinical supplies will be prepared by Abbott Laboratories (Investigational Drug Services,
D-492) for the study and sent to all investigational sites.  Abbott Laboratories will
authorize the release of clinical supplies once the appropriate essential documents have
been received from the respective site and upon approval by Abbott Laboratories
Regulatory Affairs.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                                    4

All subjects will be centrally randomized by site and assigned to a treatment group (using a randomization supplied by Abbott Laboratories) using an Interactive Voice Response System (IVRS). The IVRS will be contracted from:

> ClinPhone Inc.
> 29 Emmons Drive, C40
> Princeton, NJ 08540

Blinded study medication for each randomized subject (using a randomization supplied by Abbott Laboratories) will also be assigned using IVRS. Each site will keep an accurate inventory of the clinical supplies, including drug shipping and receiving documents, dispensing/accountability records (Appendix E), and records for return of used and unused clinical supplies to Abbott Laboratories. Clinical Research Associates (CRAs) will check drug accountability records regularly.

## 6.5    Central Laboratory

This study will utilize one central laboratory contracted by, and under the direction of, Abbott Laboratories. All protocol specified clinical laboratory tests will be performed by the following central laboratory:

> Covance Central Laboratory Services
> 8211 SciCor Drive
> Indianapolis, IN 46214

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065833

ABT-594
Protocol M99-114
February 8, 2000                                                                                      5

## 6.6    Administrative Structure

The administrative structure for this study is depicted in Figure 6.6a.



**Figure 6.6a    Administrative Structure**

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065834

ABT-594
Protocol M99-114
February 8, 2000                                                                           6

# 7.0   Introduction

## 7.1   Analgesia Today

Pain is one of the most common reasons people consult a physician, representing an extraordinary societal burden. The cost of chronic pain has been estimated to range in the tens of billions of dollars annually.[1]

Currently there are four major groups of therapeutics for pain relief: 1) nonsteroidal anti-inflammatory drugs (NSAIDs/COX-2 inhibitors), 2) opioids, 3) adjuvant analgesics (e.g., tricyclic antidepressants [TCAs]), and 4) centrally acting non-narcotic analgesics (e.g., acetaminophen, tramadol). NSAIDs are most often used to treat mild to moderate pain associated with inflammation, but are ineffective in treating some types of nociceptive and neuropathic pain. Risks associated with NSAIDs include gastrointestinal bleeding and hepatic toxicity. COX-2 inhibitors may improve on this gastrointestinal profile, but other adverse events may become evident. Opioids are used for moderate to severe pain. Clinically significant physical dependence and tolerance to analgesia may occur in subjects receiving opioids regularly. In addition, constipation is a significant side effect. Adjuvant analgesics are commonly used for neuropathic pain. Unlike the other groups, the majority of adjuvant analgesics have a delayed onset of an analgesia because of their mechanism of action and the requirement for dose titration. Therefore, a class of compounds with a broad spectrum clinical activity, efficacy in moderate and severe pain, and without the liabilities of opioids, NSAIDs and other currently available analgesics would represent an important advance in pain relief.

## 7.2   ABT-594

Interest in the potential analgesic activity of compounds acting at neuronal nicotinic acetylcholine receptors (nAChRs) has been enhanced recently by the discovery that ($\pm$)-epibatidine, a potent nAChR agonist, is greater than 100-fold more potent than morphine in rodent models of antinociception.[2] The antinociceptive effects of ($\pm$)-epibatidine are blocked by the nAChR antagonist mecamylamine, but not by opioid receptor blockade. Thus, ($\pm$)-epibatidine appears to be a potent antinociceptive agent that

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065835

ABT-594
Protocol M99-114
February 8, 2000                                                                                           7

acts via activation of neuronal nAChRs and not through opioid receptors. Unfortunately, $(\pm)$-epibatidine is quite potent at all subtypes of the nAChR (neuronal, ganglionic, and neuromuscular junction) and is quite toxic at antinociceptive doses.[3] Because of nAChR diversity, however, it is possible that nAChR ligands with greater receptor subtype selectivity might have therapeutic utility at doses below those associated with side effects.

ABT-594 [(R)-5-(2-azetidinylmethoxy)-2-chloropyridine], is a non-opioid, non-NSAID analgesic. It is a novel neuronal nAChR ligand that is 30- to 100-fold more potent and equally efficacious to morphine in treating moderate to severe pain in several well-characterized animal models of nociception. ABT-594 modulates pain transmission by interacting with nAChRs, and not opioid receptors, at key regulatory sites along the pain pathway. It has both peripheral and central antinociceptive effects in preclinical models of acute thermal, persistent chemical, and neuropathic pain states.

To date, only systemic treatment with opioids like morphine has been reported to have this broad spectrum of analgesic activity. Like the opioids, ABT-594 can selectively modulate pain transmission by inhibiting substance P release from C-fibers at the level of the dorsal horn, and by activating the brainstem centers that provide descending inhibitory pathways known to gate painful stimuli. In contrast to morphine, repeated treatment with ABT-594 in pre-clinical studies did not produce withdrawal effects at termination of treatment, suggesting an absence of physical dependence liabilities.

In pre-clinical studies, ABT-594 distributes rapidly to the brain following systemic administration and, like morphine, may work at multiple levels in the central and peripheral nervous systems to modulate pain perception. Compounds like ABT-594 that can selectively modulate neuronal nAChR function and possess broad-based antinociceptive activity may provide a novel therapeutic approach to pain management that avoids the liabilities typically associated with opioid analgesics.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065836

ABT-594
Protocol M99-114
February 8, 2000                                                                                        8

Human clinical trials with ABT-594 began in 1997. Initial clinical trials were conducted
using oral solution formulations. Subsequently, a soft elastic capsule (SEC) formulation
and, later, a hard gelatin capsule (HGC) formulation were developed and used in clinical
trials.

Phase I clinical trials of the oral solution formulations suggested that 150 μg/day would
be the maximally tolerated dose. Subsequent experience in Phase I and II trials with the
solid formulations (SEC and HGC), however, has suggested that higher doses would be
tolerated. Two Phase I studies with the HGC formulation have recently been completed:
Study M99-076 ("A Double-Blind, Placebo-Controlled Study of the Safety, Tolerability,
and Pharmacokinetics of Ascending Doses of Twice Daily Dosing Regimens of a Hard
Gelatin Capsule Formulation of ABT-594 in Healthy Adult Subjects") and M99-120
("A Double-Blind, Placebo-Controlled Study of the Safety, Tolerability and
Pharmacokinetics of Escalating Doses of Twice Daily Dosing of a Hard Gelatin Capsule
Formulation of ABT-594 in Adult Subjects in General Good Health"). Study M99-076
demonstrated that the ABT-594 HGC formulation was generally well tolerated at fixed
(untitrated) doses up through 300 μg BID for 14 days. Study M99-120 included titrated
doses up through 450 μg BID for 5 days. Adverse events, significantly different than
placebo, for subjects receiving 300 μg BID for 14 days in Study M99-076 included:
dizziness , nausea, vomiting, asthenia and diarrhea (all of which were considered to be
mild in the opinion of the investigator). In addition, results from Study M99-120
suggested that a short period of dose escalation at the initiation of therapy improved
tolerability. Throughout Phase I studies of ABT-594, subjects generally tolerated
ABT-594 better when dosing followed a meal and after 3-4 days of repeated dosing (the
period in which most adverse events occur).

Phase II has included (to date) efficacy and safety studies of ABT-594 in molar
extraction, osteoarthritis and neuropathic pain. Based upon a study of molar extraction
pain (Study M97-772, "A Randomized, Double-Blind, Single Dose Comparison of an
Oral Solution of ABT-594, Ibuprofen, and Placebo in a Post-Surgical Dental Pain
Model"), 100 μg ABT-594 (single dose oral solution) appeared to be a minimally
efficacious dose in acute pain.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065837

# PART 3

ABT-594
Protocol M99-114
February 8, 2000                                                                                    9

A study of ABT-594 in osteoarthritis (Study M98-826, "A Randomized, Double-Blind,
Placebo-Controlled, Comparison of the Safety and Efficacy of ABT-594 and Ibuprofen
to Placebo in Patients with Pain Associated with Osteoarthritis of the Knee") evaluated
the ABT-594 SEC formulation at doses of 25, 50 and 75 µg BID for 3 weeks and a study
of ABT-594 in neuropathic pain (Study M98-833, "A Randomized, Double Blind,
Placebo-Controlled, Comparison of the Safety and Efficacy of ABT-594 to Placebo in
Patients with Painful Polyneuropathies") evaluated the same formulation at doses of
25 and 75 µg BID for 3 weeks. Both studies suggested a trend towards analgesic effect at
75 µg BID. In addition, 75 µg BID was generally well tolerated. The most common
adverse events (greater than or equal to 5%) for subjects receiving 75 µg BID ABT-594
in the osteoarthritis and neuropathic pain studies (combined) were nausea (15%),
headache (13%), dizziness (7%), insomnia (6%) and vomiting (5%). ABT-594 appeared
to be tolerated better after the first week of therapy (an effect not related to premature
terminations).

Data from Phase I and II studies completed to date suggest that ABT-594 will be
generally well tolerated at doses higher than previously studied in Phase II trials (higher
than 75 µg BID). In addition, data from Phase II trials suggest that, because a trend
toward analgesic efficacy was seen at 75 µg BID, a study of higher doses may
demonstrate greater analgesic efficacy. The current study, therefore, will be performed to
test this hypothesis.

## 8.0   Study Objectives

The objective of this study is to compare the safety and analgesic efficacy of 150 µg,
225 µg, and 300 µg twice daily (BID) of ABT-594 to placebo in subjects who have
painful distal symmetric diabetic polyneuropathy, have an average of $\geq 4$ points on the
diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain
Assessment Phase (completed on at least 6 of the 7 days), and have $\geq 4$ points on the
site-based Pain Rating Scale (11-Point Likert) at the Baseline Visit.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065838

## 9.0   Investigational Plan

### 9.1   Overall Study Design and Plan: Description

This is a Phase II, randomized, double blind, placebo-controlled, multicenter study to examine the safety and analgesic efficacy of ABT-594 in subjects who have painful diabetic polyneuropathy. Approximately 320 subjects will be assigned randomly in an equal ratio to receive 1 of 4 treatments: ABT-594 150 µg, 225 µg, 300 µg or placebo BID for 49 days on an outpatient basis. Approximately 30 sites will be recruited in order to enroll approximately 320 subjects who meet entry criteria for this study.

The study will be divided into 5 phases: Screening Phase (Day −22 to Day −8), Baseline Pain Assessment Phase (Day −7 to Day −1), Primer Phase (Day 1 to Day 7), Treatment Phase (Day 8 to Day 49) and Post-Treatment Phase (Day 50 to Day 59). Day 1 is the first day of study drug administration. Subjects will be allowed a window of $\pm$ 3 days for each study visit. The study design is depicted in Figure 9.1a.

Subjects will review and sign the informed consent prior to the conduct of any study specific procedures. Subjects will then be screened for eligibility by medical history, physical examination, vital sign measurements, and clinical laboratory tests. Those subjects taking tricyclics, serotonin-specific reuptake inhibitors (SSRIs), antiepileptic drugs (AEDs), or other analgesics for the treatment of their pain must have discontinued these drugs at least 7 days prior to the Baseline Pain Assessment Phase (Day −7 to Day −1). During the Baseline Pain Assessment Phase, subjects will complete, at approximately 11 AM each morning, the diary-based Pain Rating Scale (11-Point Likert Scale) of their diabetic polyneuropathy pain intensity. Subjects will not be permitted to take concomitant analgesics, except for limited doses of acetaminophen (as specified in Section 9.4.7) during the Baseline Pain Assessment Phase.

On the day after the Baseline Pain Assessment Phase, subjects will return to the site for their Baseline Visit (Day 1). At this visit, diaries will be collected and reviewed. In addition, subjects will complete the site-based Pain Rating Scale (11-Point Likert Scale). Subjects who meet all entry criteria, including an average of $\geq$ 4 points on the

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065839

ABT-594
Protocol M99-114
February 8, 2000                                                                                                11

diary–based Pain Rating Scale (11–Point Likert) during the Baseline Pain Assessment
Phase (completed on at least 6 of the 7 days) and $\geq 4$ points on the site–based Pain Rating
Scale (11-Point Likert Scale) during the Baseline Visit, will then complete the
Neuropathic Pain Scale and SF–36™ Health Status Survey (Acute). Subjects will
undergo an interim medical history, physical examination, vital sign measurements, ECG
and clinical laboratory tests.

Subjects who meet all entry criteria at the Baseline Visit will be randomly assigned in an
equal ratio into 1 of 4 treatment groups:  ABT-594 150 µg BID, ABT-594 225 µg BID,
ABT-594 300 µg BID, or placebo. Subjects will start study drug at the evening dose on
Day 1 (as specified in Section 9.4.5). During the Primer Phase, subjects randomized to
ABT-594 will receive a fixed dose escalation of ABT-594 (as specified in Section
9.4.1). Following the Primer Phase, subjects will enter the Treatment Phase (Day 8) and
will continue their treatment for a total of 49 days. During the Primer and Treatment
Phases, subjects will not be permitted to take concomitant analgesics, except for limited
doses of acetaminophen (as specified in Section 9.4.7)

Subjects will complete the diary–based Pain Rating Scale each morning (approximately
11 AM), 3 hours after taking their morning dose of study drug. They will return to the
site for study procedures on Day 14 (Treatment Visit I), Day 21 (Treatment Visit II) and
Day 35 (Treatment Visit III) and Day 49 (Treatment Visit IV). Procedures during
Treatment Visits I, II, III, and IV will include collection of diaries (and issuance of the
next set of diaries at Treatment Visits I, II and III) and efficacy and safety assessments:
the site–based Pain Rating Scale, the Neuropathic Pain Scale, the Subject and Clinician
Global Impression of Change (Treatment Visit IV only), the SF–36™ Health Status
Survey (Acute) (Treatment Visit IV only), physical examination (Treatment Visit IV
only), vital sign measurements and clinical laboratory tests (Treatment Visits I, III and
IV), ABT–594 plasma assay collection (Treatment Visits I and IV only) and ECG
(Treatment Visit IV only). A subset of subjects at selected sites will undergo intensive
pharmacokinetic sampling at Treatment Visits I and IV.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065840

ABT-594
Protocol M99-114
February 8, 2000                                                                                    12

On the day after Treatment Visit IV, subjects will enter the Post-Treatment Phase.
Subjects will no longer take study drug or complete pain scales. Subjects may restart all
discontinued medications under the guidance of their physician. Subjects will return for
study procedures at the Follow-up Visit (7 to 10 days after their final study drug dose).
Procedures at the Follow-up Visit will include physical examination, vital sign
measurements, recording of any adverse events since Treatment Visit IV and
re-examination of any abnormal ECG or clinical laboratory findings present at the
previous evaluation.

For those subjects who participate in clinical studies of ABT-594 and who consent, a
blood sample will be collected at Treatment Visit I in order to obtain a sample of genetic
material (DNA). The DNA sample may be used at a later date to investigate associations
between genetic differences (polymorphisms) and differences in the way subjects
respond to treatment, in terms of efficacy or side-effects or both. If a genetic factor in
response is identified, it may allow the development of a diagnostic test to identify those
most likely to benefit before actually taking the drug. The sample may also be used to
identify genes involved in painful diabetic polyneuropathy.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065841



**Figure 9.1a    Study Schematic**

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065842

13

ABT-594
Protocol M99-114
February 8, 2000                                                                                    14

## 9.2 Discussion of Study Design, Including the Choice of Control Groups

The design of this study provides a placebo control group to assess the analgesic efficacy of ABT-594. Double-blind, parallel group designs are generally acknowledged as standard for unbiased estimates of treatment group differences. Validated pain scales will be employed.

## 9.3 Selection of Study Population

It is anticipated that approximately 320 subjects will be randomized and receive study medication in this study. A subject may be randomized in this study provided that he/she meets all of the inclusion criteria outlined in Section 9.3.1 and does not meet any of the exclusion criteria in Section 9.3.2.

### 9.3.1 Inclusion Criteria

9.3.1.1    Prior to any study specific procedure, voluntary written informed consent must be obtained from the subject after the purpose and nature of the study have been explained.

9.3.1.2    The subject must be age 18 or older and in relatively good health with a recent stable medical history.

9.3.1.3    The subject's weight must be ≤ 265 pounds.

9.3.1.4    A female subject must be non-lactating and:

- of non-childbearing potential (either postmenopausal for at least 1 year or surgically sterile, including tubal ligation),

     OR

- of childbearing potential using oral or barrier contraceptive methods for at least 2 months preceding randomization (and must continue contraceptive method through the course of the study).

All female subjects must have a negative β subunit human chorionic gonadotropin (β-hCG) at the Baseline Visit. Female subjects of childbearing potential must have a negative β-hCG at all Treatment Visits.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                          15

9.3.1.5    The subject must have a diagnosis of diabetes mellitus (Type I or Type II) and a diagnosis of distal symmetric diabetic polyneuropathy.

9.3.1.6    The subject must have distally and symmetrically decreased or lost vibratory, pin and/or light touch sensation on neurological exam **and** either decreased (or absent) deep tendon reflexes or documented abnormal nerve conduction study consistent with a distal symmetrical neuropathy.

9.3.1.7    The location and quality of the pain under study are consistent with distal symmetric diabetic polyneuropathy in the opinion of the investigator.

9.3.1.8    The subject has distal symmetric diabetic polyneuropathy symptoms (including pain) which have been stable for at least the last 3 months prior to the Screening Visit (defined by the opinion of the investigator).

9.3.1.9    The subject must have an average of $\geq 4$ points on the diary-based Pain Rating Scale (11-Point Likert Scale) during the Baseline Pain Assessment Phase (completed on at least 6 of the 7 days) and $\geq 4$ points on the site-based Pain Rating Scale (11-point Likert Scale) at the Baseline Visit.

**9.3.2    Exclusion Criteria**

9.3.2.1    The subject has positive test results for drugs of abuse or viral hepatitis at the Screening Visit, or has a known history of a positive test result for HIV.

9.3.2.2    The subject has recent (< 5 years) history of drug or alcohol abuse or dependence.

9.3.2.3    The subject has an acute or chronic renal or hepatic disorder, psychiatric disease or disorder or any uncontrolled medical illness.

9.3.2.4    The subject has active malignancy of any type or a history of malignancy (excluding basal cell carcinoma that has been treated or other malignancies that have been surgically removed and have had no evidence of recurrence for a minimum of 5 years prior to study start).

9.3.2.5    The subject has taken an investigational drug within 1 month prior to administration of study treatment or is scheduled to receive an investigational drug other than ABT-594 during the course of this study.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                              16

9.3.2.6    The subject has a diastolic blood pressure greater than 95 mm Hg and/or a systolic blood pressure greater than 170 mm Hg (sitting) at the Screening Visit.

9.3.2.7    The subject has orthostatic hypotension at the Screening Visit (as defined as a decrease in systolic blood pressure of at least 20 mm Hg or 10 mm Hg in diastolic blood pressure from supine to standing sustained after 1 minute of standing), or a history of syncope or pre-syncopal symptoms.

9.3.2.8    The subject has previously participated in a study involving ABT-594, including the present study.

9.3.2.9    The subject has clinically significant abnormalities in clinical chemistry, hematology, or urinalysis, including AST or ALT $\geq$ 1.5 times the upper limit of the reference range or a serum creatinine > 1.5 mg/dL. Subjects may have elevated serum and urine glucose, but their serum glucose must have been under good control (in the opinion of the investigator) for at least the last 3 months prior to the Screening visit.

9.3.2.10   The subject has clinically significant electrocardiographic abnormalities.

9.3.2.11   The subject has ongoing treatment with or expected treatment with any medication not allowed as described in Section 9.4.7, including at least 7 days prior to the Baseline Pain Assessment Phase.

9.3.2.12   The subject has a diagnosis of fibromyalgia, arthritis, bursitis, tendinitis, vascular disease or other painful disorders affecting the extremities (other than the neuropathy under study) that the subject cannot differentiate from the neuropathy pain.

9.3.2.13   The subject has sympathetically maintained pain (e.g., Reflex Sympathetic Dystrophy, Causalgia), defined by the opinion of the investigator.

9.3.2.14   The subject is unlikely to comply with the study protocol or is unsuitable for any other reason, in the opinion of the investigator.

### 9.3.3   Removal of Subjects from Therapy

A subject may voluntarily terminate participation in the study at any time. The investigator may also decide, for medical reasons or protocol noncompliance, to

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065845

ABT-594
Protocol M99-114
February 8, 2000                                                                                                    17

terminate prematurely a subject's participation. The investigator must notify the CRA within 24 hours and document the reason for premature termination on the appropriate CRF.

Subjects, whose participation is terminated prematurely after signing study consent but before study drug administration, will not require follow-up observations. Subjects, whose participation is terminated prematurely after study drug administration must undergo procedures normally performed at Treatment Visit IV (see Table 9.5a) within 7-10 days following termination from the study.

If, in the judgment of Abbott Laboratories and possibly in consultation with the investigators, continued exposure to a study drug represents a significant risk to subjects, the study will be terminated.

## 9.4    Treatments

### 9.4.1   Treatments Administered

Subjects will be randomly assigned in an equal ratio to 1 of the following 4 treatment groups:

ABT-594 150 µg BID
ABT-594 225 µg BID
ABT-594 300 µg BID
Placebo for ABT-594 BID

ABT-594 and matching placebo will be supplied as Light Gray Opaque No. 1 HGCs.

During the Primer Phase, subjects will receive a fixed dose escalation of ABT-594. ABT-594 will be initiated at 75 µg BID. The dose will increase every 2 days in 75 µg BID increments until subject are taking their assigned treatment dose (150, 225 or 300 µg BID). The ABT-594 dose escalation scheme is presented in Table 9.4.1a.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065846

ABT-594
Protocol M99-114
February 8, 2000                                                                                    18

### Table 9.4.1a     ABT-594 Dose Escalation

| Treatment Regimen | Suggested Dosing Time | Days 1-7 | | | | | | | Day 8 |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 150 µg ABT-594 | 8 AM | | 75 µg | 75 µg | 150 µg | 150 µg | 150 µg | 150 µg | 150 µg |
| | 8 PM | 75 µg | 75 µg | 75 µg | 150 µg | 150 µg | 150 µg | 150 µg | 150 µg |
| 225 µg ABT-594 | 8 AM | | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 225 µg |
| | 8 PM | 75 µg | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 225 µg |
| 300 µg ABT-594 | 8 AM | | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 300 µg |
| | 8 PM | 75 µg | 75 µg | 75 µg | 150 µg | 150 µg | 225 µg | 225 µg | 300 µg |

Subjects will start study drug at PM dose on Day 1 (Section 9.4.5).

The number and type of HGCs per dose for the Treatment Phase is presented in Table 9.4.1b.

### Table 9.4.1b     Number and Type of Capsules by Treatment Regimen

| Treatment Regimen | | Number of Capsules Per Dose (Days 8-49) | |
|---|---|---|---|
| | | Daily Blister Card (BID doses) | |
| | | 75 µg ABT-594 HGC | Placebo ABT-594 HGC |
| ABT-594 | 150 µg | 2 | 2 |
| ABT-594 | 225 µg | 3 | 1 |
| ABT-594 | 300 µg | 4 | 0 |
| Placebo | | 0 | 4 |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065847

# PART 4

ABT-594
Protocol M99-114
February 8, 2000                                                                                    19

### 9.4.2   Identity of Investigational Products

## Table 9.4.2a    Identity of Investigational Products

| Test Preparation Drug Product | Drug Product Lot # | Drug Substance Lot # | Source |
|---|---|---|---|
| ABT-594 75 µg HGC Formulation A-2 | 58-293-AR | 52-015-KD-00 | Abbott[1] |
| Placebo HGC No. 1, Light Gray Opaque (Starch) | 55-243-AR-01 | N/A | Abbott[1] |

[1] Pilot Plant, North Chicago, Illinois

ABT-594 75 µg HGC and placebo HGC are identical in appearance, encapsulated in Light Gray Opaque capsule size No. 1 HGCs.

### 9.4.2.1   Packaging and Labeling

Study drug supplies will be blinded and packaged in blister cards in accordance with a randomization schedule supplied by Abbott Laboratories (Department of Clinical Statistics).  Daily study medication cards will be provided to each subject.

Daily study medication cards will be labeled with the Module Number (assigned by Abbott, via IVRS), New Product Research Order (NPRO) number, Abbott address, study number, contents, storage conditions and directions for use.

Space will be provided on the label of each carton containing the daily study medication cards to record the subject initials and subject randomization number.

### 9.4.2.2   Storage and Disposition of Supplies

All clinical supplies must be stored in a secure location until dispensed to a subject or until returned to Abbott Laboratories.  All blinded study drug supplies must be stored at controlled room temperature (68–77°F, see USP).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065848

ABT-594
Protocol M99-114
February 8, 2000                                                                                          20

### 9.4.2.3    Drug Accountability

The investigator or designee will verify that study drug supplies are received intact and in the correct amounts. This will be documented by signing and dating the Clinical Supplies Invoice (CSI) or similar document. Study drug will be dispensed after randomization and assignment of study medication by IVRS (Section 9.4.3) for each subject who meets the enrollment criteria. The investigator or designee will record the subject number, subject initials and date dispensed to the subject on the Drug Accountability Form (Appendix E). The amount of study drug remaining will be recorded at Visits I, II, III and IV for each subject on the site Drug Accountability Form. An accurate running inventory of study drug will be kept and will include the NPRO number, CSI number(s), the number of modules dispensed and the date study drug was dispensed for each subject. An overall accountability of the study drug will be performed and verified by the CRA throughout the study and at the site close-out visit. All used and unused supplies must be inventoried, accounted for and returned to Abbott Laboratories. A copy of the Drug Accountability Form, in accordance with the instructions of the CRA, will also be included in the shipment. The investigator agrees not to supply study medication to any persons not enrolled in the study or not named as a subinvestigator on FDA Form 1572.

### 9.4.3    Method of Assigning Subjects to Treatment Groups

The randomization schedule will be computer-generated before the start of the study by Abbott Laboratories Department of Clinical Statistics. All subjects will be centrally randomized by investigative site using an Interactive Voice Response System (IVRS). Before the study is initiated, the telephone number and call-in directions for the IVRS will be provided to each site.

Approximately 320 subjects will be randomized in an equal ratio to receive either ABT-594 150 μg BID, ABT-594 225 μg BID, ABT-594 300 μg BID or placebo. Subjects will be assigned randomization numbers in ascending numerical sequence per investigative site at the Baseline Visit.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065849

ABT-594
Protocol M99-114
February 8, 2000                                                                                                  21

### 9.4.4  Selection of Doses in the Study

ABT-594 doses (150 µg, 225 µg, and 300 µg BID) were selected on the basis of Phase I
and Phase II studies, and represent doses below the maximally tolerated dose. Phase II
data suggested that ABT-594 doses greater than 75 µg BID may be efficacious in the
relief of osteoarthritis and distal symmetrical neuropathy pain.

The selection of BID dosing for ABT-594 was based upon Phase I pharmacokinetic
results. ABT-594 doses for the Primer Phase (75 µg, 150 µg, and 225 µg BID) were
selected based on Phase I safety and pharmacokinetic data.

### 9.4.5  Selection and Timing of Dose for Each Subject

During the Primer Phase, subjects will start study drug at the evening dose on Day 1
within 1 hour following a meal (e.g., 8 PM). Subjects will then take BID doses of
ABT-594 (75 µg, 150 µg, 225 µg or placebo during the Primer Phase and ABT-594
150 µg, 225 µg, 300 µg or placebo during the Treatment Phase) within 1 hour following
a meal (e.g., at 8 AM and 8 PM).

Study drugs should be taken with at least one cup (8 ounces) of water.

### 9.4.6  Blinding

Both the investigator and the subject will remain blinded to the subject's treatment
throughout the course of the study. The study blind may be broken if, in the opinion of
the investigator, it is in the subject's best interest to know the study drug assignment.
The sponsor (Abbott Laboratories) **MUST** be notified before breaking the blind unless
identification of the study drug is required for emergency therapeutic measures. Blind
breaking information will be provided using IVRS. Before the study is initiated, the
telephone number and call-in directions for the IVRS will be provided to each site. The
sponsor must then be notified within 48 hours of the blind being broken. The date, and
reason for blind breakage must be recorded on the appropriate CRF.

### 9.4.7  Prior and Concomitant Therapy

At the Screening Visit, a history of medications used over the prior 2 weeks will be taken.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                    22

Concomitant analgesics (prescription or over-the-counter [OTC] except aspirin and
acetaminophen as described below), including serotonin-specific reuptake inhibitors,
tricyclic antidepressants, antiepileptic medications, sodium channel blockers (e.g.,
mexilitine), opioids, capsaicin, non-steroidal anti-inflammatory drugs, COX-2
inhibitors, muscle relaxants, TENS and topical analgesics will not be allowed.

Aspirin, 325 mg daily maximum, is permitted if taken for primary prevention of
thromboembolic events and the dose has been stable for $\geq$ 1 month prior to the Baseline
Visit. Acetaminophen, 3 grams daily maximum, or 6 grams maximum during the
Baseline Pain Assessment Phase and per week, for each of the 7 weeks of the Primer and
Treatment Phases, is permitted. Subjects will not be allowed to take analgesic
medication (including acetaminophen) within 24 hours of the Baseline Visit and
Treatment Visits I, II, III and IV.

If the administration of any concomitant medication is necessary during the course of this
study, the medication name, dosage information, frequency and dates of administration
must be reported on the CRF. Concomitant analgesic medication use (frequency only)
will be recorded separately on the Concomitant Analgesic Medication Use CRF at the
Baseline Visit and Treatment Visits I, II, III and IV. The concomitant medication use
record will include the number of separate occasions each subject has used
protocol-allowed (limited amounts) acetaminophen and any other analgesic (taken as a
protocol violation) since the subject's previous visit.

### 9.4.8   Treatment Compliance

In order to document compliance with the treatment regimen, subjects will be instructed
to return all medication cards and cartons (even if empty) to the study coordinator at
Treatment Visits I, II, III and IV. Treatment compliance will be documented by the
investigator or designee on the site Drug Accountability Form (Appendix E) and on the
appropriate CRF.

Overdose information will be collected on the appropriate CRF.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                          23

## 9.5  Efficacy, Pharmacokinetic and Safety Variables and Other Study Procedures

### 9.5.1  Efficacy and Safety Measurements Assessed and Flow Charts

Study procedures will be performed as summarized in Table 9.5a., Study Procedures Flow Chart.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065852

ABT-594
Protocol M99-114
February 8, 2000

24

## Table 9.5a    Study Procedures Flow Chart

| Study Activity | Screening Phase D-22 and D-8 | Baseline Pain Assessment Phase D-7 to D-1 | Primer Phase D1-D7 | | | Treatment Phase D4-D49 | | | | Post-Treatment Phase D50-D59 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Screening Visit | | Baseline Visit D1 | D2-D7 | D3-D49 | D14 I | D21 II | D35 III | D49 IV | Follow-up Visit D56 to D59 |
| Informed Consent | X | | | | | | | | | |
| Medical History | X | | X^b | | | | | | | |
| Physical Exam | X^c | | X | | | | | | | |
| Vital Signs | X^d | | X^e | | | X | | X | X | X |
| ECG | | | X | | | | | | | X^f |
| Clinical Laboratory Tests^g | X | | X | | | X | | X | X | X^f |
| Viral Hepatitis Screen | X | | | | | | | | | |
| Urine Drug and Alcohol Screen | X | | | | | | | | | |
| Pregnancy Test | | | X | | | X^h | X^h | X^h | X^h | |
| Genetic Polymorphism Sample (If Applicable) | | | X | | | | | | | |
| ABT-594 Plasma Assay | | | | | | X | X | X | X | |
| ABT-594 PK Profile^i | | | | | | X | | X^... | X | |
| Diary Issued | X | | X | | | | | | | |
| Diary Collected | | | X | | | X | X | X | X | |
| Diary-Based Pain Rating Scale^j | | X | X | X | | | | | | |
| Site-Based Pain Rating Scale | | | X | | | X | X | X | X | |
| Neuropathic Pain Scale | | | X | | | X | X | X | X | |
| Subject/Clinician Global Impression of Change | | | | | | X | X | X | X | |
| SF-36 | | | X | | | | | | X | |
| Randomize Patient | | | X | | | | | | | |
| Dispense Study Drug | | | X | | | X | X | X | | |
| Analgesic Use Monitoring | | | X | | | X | X | X | X | |
| Adverse Event Monitoring | | | X | | | | | | | X |
| Concomitant Medication Monitoring | | | X | | | | | | | X |
| Study Drug Accountability | | X | | | | | | | | |

a   Or upon procedure termination.
b   Interim history.
c   Includes height.
d   Includes orthostatic measurements at Screening Visit only.
e   Includes temperature at Baseline Visit only.
f   Performed only if there are clinically significant abnormalities at the previous evaluation.
g   Chemistry, hematology and urinalysis.
h   Required of all females of child-bearing potential.
i   Study drug must be taken in front of study staff. Blood samples from selected subjects will be taken just prior to dosing (0 hour), and at 1, 3, 5, and 8 hours after dosing, at selected sites only.
j   To be completed at approximately 1 a.m. each morning during the Baseline Pain Assessment Phase and approximately 3 hours after the morning dose during the Primer and Treatment Phases.
k   Redispense D15-D21 study medication after checking drug accountability.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                        25

### 9.5.1.1    Efficacy Measurements

Prior to any efficacy measurements, a trained site observer will instruct the subject on
how to perform and record all pain assessments.

The baseline for all efficacy measurements (except for the diary-based Pain Rating
Scale) will be the last evaluation performed prior to receiving the first dose of blinded
study drug on Day 1.  Baseline measurement for the diary-based Pain Rating Scale will
be the average of the last 7 pain scores prior to Day 1 of the study.

Efficacy assessments include the diary-based and site-based Pain Rating Scale (11-Point
Likert Scale), the Neuropathic Pain Scale and the Subject Global Impression of Change,
Clinician Global Impression of Change, and SF-36™ Health Status Survey (Acute).

Efficacy measurements should be performed (when possible) 3-4 hours post dose.

### Pain Rating Scale (11-Point Likert Scale)

Subjects will assess pain intensity daily by completing the Pain Rating Scale
(Appendix F) in their diaries.  These assessments will be completed daily at
approximately the same time each morning (approximately 11 AM) during the Baseline
Pain Assessment Phase and daily at the same time each morning (approximately 3 hours
after the morning dose of study medication) during the Primer and Treatment phases.
Subjects will record the time they completed these assessments in their diaries.

Subjects will also assess pain intensity by completing the Pain Rating Scale at the
Investigative Site.  These assessments will be completed at the Baseline Visit and at
Treatment Visits I, II, III, and IV (or upon premature termination).  The time of
assessment will be recorded on the appropriate CRF.

### Neuropathic Pain Scale

The Neuropathic Pain Scale (Appendix G) will be completed by subjects at the Baseline
Visit and at Visits I, II, III, and IV (or upon premature termination).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                    26

### Subject Global Impression of Change

The Subject Global Impression of Change (Appendix H) of analgesic relief due to study drug will be performed at Treatment Visit IV (or upon premature termination).

### Clinician Global Impression of Change

The Clinician Global Impression of Change (Appendix H) of a subject's analgesic relief due to study drug will be performed at Treatment Visit IV (or upon premature termination).

### SF-36™ Health Status Survey (Acute)

The SF-36™ Health Status Survey (Acute) will be completed by each subject at the Baseline Visit and at Treatment IV (or upon premature termination).

### 9.5.1.2   Safety Measurements and Procedures

### Informed Consent

The investigator or designated representative will explain the nature of the study to the subject and answer all questions regarding this study. Prior to any screening procedures being performed on the subject, the informed consent statement will be reviewed and signed and dated by the subject and by the person who administered the informed consent. A copy of the informed consent form will be given to the subject and a copy will be placed in the subject's medical record. An entry must also be made in the subject's dated source documents to confirm that informed consent was obtained prior to any study related procedures and that the subject received a signed copy.

### Medical History

A complete medical history will be obtained from each subject during the Screening Visit. In addition, history of tobacco and alcohol use, and medication (prescription or OTC) use over the 2 weeks prior to screening will be recorded. The medical history will be updated at the Baseline Visit.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065855

ABT-594
Protocol M99-114
February 8, 2000                                                                27

### Physical Examination

A physical examination, including weight, will be performed at the Screening Visit, Baseline Visit, Treatment Visit IV and at the Follow-up Visit. Height will be measured at the Baseline Visit only. The physical examination performed at the Baseline Visit will serve as the baseline physical examination.

### Vital Signs

Blood pressure, pulse rate and respiration rate will be measured at the Screening Visit, Baseline Visit, Visits I, III, and IV and at the Follow-up Visit. Orthostatic blood pressure and pulse rate will be measured at the Screening Visit only. Oral temperature will be taken at the Baseline Visit only. Vital sign measurements at the Baseline Visit will serve as the baseline vital sign measurements.

Protocol-specified blood pressure and heart rate measurements (except orthostatic) should be obtained after the subject has been sitting for at least 3 minutes. Orthostatic measurements should be obtained after 3 minutes in the supine position and then after 1 minute in the standing position. A cuff of suitable size should be applied evenly and firmly to the exposed upper arm. Subjects should not wear tight sleeves. Ideally, the subject's blood pressure should be measured in the same arm by the same study personnel using the same instrument.

Blood pressure and heart rate measurement should precede, not follow, scheduled blood draws. Subjects should be kept as calm and undisturbed as possible during blood pressure and heart rate measurements.

### Electrocardiogram (ECG)

A resting 12-lead ECG will be obtained at the Baseline Visit and Treatment Visit IV. An ECG will be performed at the Follow-up Visit only if clinically significant abnormalities are present on the previous evaluation. The ECG performed at the Baseline Visit will serve as the baseline ECG.

A qualified physician will interpret the ECG. One copy of each 12-lead ECG and physician's report will be retrieved by the CRA with the CRF.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065856

ABT-594
Protocol M99-114
February 8, 2000

28

**Clinical Laboratory Testing**

Samples will be obtained for the laboratory tests listed in Table 9.5.b at the Screening Visit, Baseline Visit (Day 1), and Treatment Visits I, III, and IV. Laboratory tests will be obtained at the Follow-up Visit only if clinically significant abnormalities are present on the previous evaluation. The laboratory test results obtained at the Baseline Visit will serve as the baseline results. Blood draws should be performed after pain assessments or vital sign determinations during a visit.

### Table 9.5b    Clinical Laboratory Tests

| Hematology | Clinical Chemistry | Urinalysis |
|---|---|---|
| Hematocrit | BUN | Specific gravity |
| Hemoglobin | Creatinine | Ketones |
| Red Blood Cell (RBC) count | Total bilirubin | pH |
| White Blood Cell (WBC) count | Alanine aminotransferase/serum glutamic–pyruvic transaminase (ALT/SGPT) | Bilirubin |
| Neutrophils | | Protein |
| Monocytes | | Blood |
| Bands | Aspartate aminotransferase/serum glutamic–oxaloacetic transaminase (AST/SGOT) | Glucose |
| Basophils | | Microscopic evaluation |
| Eosinophils | Lactate Dehydrogenase (LDH) | |
| Hemoglobin $A_{1c}$ (Baseline Visit Only) | Alkaline phosphatase | |
| Lymphocytes | Sodium | |
| Mean corpuscular hemoglobin concentration (MCHC), mean corpuscular volume (MCV), mean corpuscular hemoglobin (MCH) | Potassium | |
| | Chloride | |
| | Calcium | |
| | Inorganic phosphorus | |
| Platelet count (estimate not acceptable) | Uric Acid | |
| Prothrombin Time (PT) | Bicarbonate | |
| Partial Thromboplastin Time (PTT) | Cholesterol | |
| | Total protein | |
| | Glucose | |
| | Triglycerides | |
| | Albumin | |

A certified laboratory will be utilized to process and provide results for the clinical laboratory tests.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

# PART 5

ABT–594
Protocol M99–114
February 8, 2000                                                                                    29

The investigator will review all laboratory test results and will assess clinical significance for each abnormal result. All laboratory test results that are considered clinically significant by the investigator will be followed to a satisfactory resolution.

A copy of each laboratory report must be included with the CRF.

**Viral Hepatitis Screen**

Subjects will undergo serological evaluation for viral hepatitis (hepatitis A virus IgM antibody, hepatitis B virus surface antigen, and hepatitis C virus antibody) at the Screening Visit. The hepatitis test panel will be performed by the central laboratory.

**Urine Drug Screen and Alcohol Screen**

Urine specimens will be tested for drugs of abuse and alcohol at the Screening Visit and will be performed by the central laboratory.

**Pregnancy Test**

A urine pregnancy test will be performed by designated study personnel at the Baseline Visit for all female subjects and at Visits I, II, III, and IV for female subjects of childbearing potential. A lactating or pregnant female will not be eligible for participation in this study.

**Adverse Events**

An adverse event is defined as any unexpected and unfavorable event such as a disease, syndrome, sign, symptom, and/or laboratory finding associated temporally with the use of a drug in humans, whether or not thought to be drug–related and whether observed by the investigator or reported by the subject.

The subject will be instructed to contact the investigator if an adverse event occurs so that appropriate action can be taken and all adverse events, whether in response to a query, observed by site personnel, or reported spontaneously by the subject, will be reported on the appropriate CRF.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065858

ABT-594
Protocol M99-114
February 8, 2000                                                                                      30

The investigator will assess and record any adverse event in detail on the adverse event CRF including the date of onset, description, final diagnosis (if known), severity, time course, duration and outcome, relationship of the adverse event to study drug, an alternate etiology for the event, and action taken. For adverse events to be considered as sporadic, the events must be of similar nature and severity.

The investigator will use the following definitions to rate the severity of each adverse event:

**Table 9.5c     Definitions for Investigator Rating of Adverse Event Severity**

| Rating | Definition |
|--------|-----------|
| Mild | The adverse event is transient and easily tolerated by the subject. |
| Moderate | The adverse event causes the subject discomfort and interrupts the subject's usual activities. |
| Severe | The adverse event causes considerable interference with the subject's usual activities and may be incapacitating or life-threatening. |

The investigator will use the following definitions to assess the relationship of the adverse event to the use of study drug:

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065859

ABT-594
Protocol M99-114
February 8, 2000                                                                31

## Table 9.5d    Definitions for Investigator Assessment of Adverse Event Relationship to Study Drug

| Rating | Definition |
|---|---|
| Probably Related | An adverse event has a strong temporal relationship to study drug or recurs on rechallenge and another etiology is unlikely or significantly less likely. |
| Possibly Related | An adverse event has a strong temporal relationship to study drug and an alternative etiology is equally or less likely compared to the potential relationship to study drug. |
| Probably Not Related | An adverse event has little or no temporal relationship to the study drug and/or a more likely alternative etiology exists. |
| Not Related | An adverse event is due to an underlying or concurrent illness or effect of another drug and is not related to the study drug (e.g., has no temporal relationship to study drug or has a much more likely alternative etiology). |

If an investigator opinion of possibly, probably not, or not related to study drug is given, an alternate etiology must be provided for the adverse event.

Adverse events will be monitored continuously from the time of study drug administration to the Follow-up Visit. In addition, adverse events spontaneously reported to the investigator after completion of the Treatment Phase (or after premature termination) will be collected up to 30 days after drug discontinuation and reported to Abbott Laboratories. Subjects will be instructed to report to the investigator any other adverse events that occur after Follow-up Visit.

Serious adverse events, as well as adverse events that the investigator considered to be related to study design and/or procedures that occur after signing the Informed Consent and prior to the first dose of study drug will also be collected.

Any abnormal laboratory value or change in vital signs will not be documented as an adverse event unless it is a reason for premature discontinuation from the study, requires treatment, or meets regulatory criteria for a serious adverse event.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                     32

Ongoing medical conditions will be considered adverse events if there is an increase in severity or frequency of occurrence. Since measurements of pain intensity are efficacy measurements in this study, an increase in severity or frequency of occurrence of the pain under study will not be considered adverse events for the purposes of this study.

**Serious Adverse Events**

If an adverse event meets any of the following criteria, it is to be reported to Abbott Laboratories as a serious adverse event (SAE) within 24 hours of occurrence or notification to the site:

| | |
|---|---|
| Death of Subject: | An event which results in the death of a subject. |
| Life–Threatening: | An event that, in the opinion of the investigator, would have resulted in fatality if immediate medical intervention had not been taken. This does not include an event that would have been fatal if it had occurred in a more severe form. |
| Hospitalization: | An event that results in an admission to the hospital for any length of time. This does not include an admission to the emergency room or outpatient facility. |
| Prolongation of Hospitalization: | An event which occurs while the study subject is hospitalized and that prolongs the subject's hospital stay. |
| Persistent or Significant Disability/Incapacity: | An event which results in a condition that interferes with the activities of daily living of a study subject (e.g., permanent loss of vision). |

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                          33

| | |
|---|---|
| Congenital Anomaly: | An anomaly detected at or after birth, or any anomaly that results in fetal loss. |
| Important Medical Event Requiring Medical or Surgical Intervention to Prevent Serious Outcome: | An important medical event that, based on medical judgement, may not be immediately life-threatening or result in death or hospitalization, but may jeopardize the subject or require medical or surgical intervention to prevent one of the other outcomes listed in the "serious" definition (e.g., allergic bronchospasm requiring intensive treatment in the home or emergency room, blood dyscrasias, convulsions that do not result in inpatient hospitalization, or the development of drug dependency or drug abuse). |

In addition, miscarriage/spontaneous and elective abortions will be reported to Abbott Laboratories as serious adverse events.

In the event of a serious adverse event, whether related to study drug or not, the investigator and other professional personnel in attendance will be notified as soon as possible for the appropriate action. The investigators will notify by telephone, one of the following people at Abbott Laboratories within 24 hours of being made aware of any serious adverse event.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065862

ABT-594
Protocol M99-114
February 8, 2000                                                                                34

Bruce G. McCarthy, M.D.              Christopher J. Silber, M.D.
Associate Medical Director           Venture Head
Analgesia Venture                    Analgesia Venture
Dept. 48Q, Bldg. AP34                Dept. 48Q, Bldg. AP34
200 Abbott Park Road                 200 Abbott Park Road
Abbott Park, Illinois 60064–6193     Abbott Park, Illinois 60064–6193
Office: (847) 935–6244               Office: (847) 938–5236
Home: (773) 529–5729                 Home: (847) 615–0428
Fax: (847) 938–5258                  Fax: (847) 938–5258

Fred Siebert
Sr. Clinical Research Associate
Analgesia Venture
Dept. 48Q, Bldg. AP34
200 Abbott Park Road
Abbott Park, Illinois 60064–6193
Office: (847) 938–1167
Home: (847) 298–4682
Fax: (847) 938–5258

In addition, a written confirmation of the occurrence, including any supplementary data, must be sent within 3 days of the telephone report to:

Bruce G. McCarthy, M.D.
Dept. 48Q, Bldg. AP34
Abbott Laboratories
200 Abbott Park Road
Abbott Park, IL 60064–6193
Fax: (847) 938–5258

### 9.5.2   Appropriateness of Measurements

All efficacy measurements in this study are validated and are considered standard for this population. All clinical and laboratory procedures in this study are standard and generally accepted.

### 9.5.3   Efficacy Variables

All efficacy variables will be derived from the efficacy measurements (Section 9.5.1.1).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065863

ABT-594
Protocol M99-114
February 8, 2000                                                                                           35

### 9.5.3.1  Primary Variable(s)

The primary efficacy measurement will be the change from baseline of the average
diary-based Pain Rating Scale (11-Point Likert Scale) score from each subject's diary to
the corresponding average of the last 7 days on study drug. The baseline pain score for
the diary data is defined as the average of the last 7 pain scores prior to receiving the first
dose of blinded study drug on Day 1 of the study.

### 9.5.3.2  Secondary Variable(s)

Change from baseline to final and each scheduled evaluation will be calculated for each
of the following secondary efficacy variables:

- Diary-based Pain Rating Scale (11-Point Likert), change from baseline to each
  evaluation only
- Site Based Pain Rating Scale (11-Point Likert)
- Neuropathic Pain Scale
- Subject Global Impression of Change
- Clinician Global Impression of Change
- SF-36™ Health Status Survey (Acute), including sub-domains [(i) Physical
  Functioning, (ii) Role Physical, (iii) Bodily Pain, (iv) General Health, (v) Vitality,
  (vi) Social Functioning, (vii) Role Emotional, (viii) Mental Health][4] PCS, and
  MCS.[5]

The pain evaluations recorded at the Baseline Visit will be used as the baseline score for
pain evaluations assessed at the investigative site.

### 9.5.4  Drug Concentration Measurements

### 9.5.4.1  Collection, Processing and Storage of Blood Samples for ABT-594 Plasma
Assay

Blood samples for ABT-594 plasma assay will be collected from all subjects at
Treatment Visits I and IV. One blood sample (approximately 7 mL) will be collected into
a sodium heparin evacuated collection tube at each visit. Blood draws should be

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065864

ABT-594
Protocol M99-114
February 8, 2000                                                                                      36

performed after any pain assessments or vital sign determinations during a visit. For
subjects who prematurely discontinue, a blood sample will be taken for ABT-594 assay
at the premature discontinuation visit, and the exact times at which the dose was taken
will be recorded.

All blood samples will be immediately stored at 4°C or below. The samples will be
separated by centrifugation within one hour after sample collection. The supernatant will
be transferred by polypropylene pipettes into plastic vials clearly marked as "Assay
Plasma" and labeled with the study drug number, protocol number, subject number,
initials, and date and time of sample collection. This information will also be recorded
on the appropriate CRF. All labeled plastic vials will be placed in a rack to prevent
breakage. **Plasma samples for determination of ABT-594 must be frozen at -5°C or
colder within one hour from centrifugation.** All specimens will be kept frozen at -5°C
or colder until packed in solid carbon dioxide (dry ice) for shipment to Abbott
Laboratories.

The time and date of each subject's morning dose on the day of plasma assay blood draw,
the time and date of the meal eaten prior to the morning dose, and the time and date of
the evening dose on the day prior to the plasma assay blood draw will be recorded in the
CRF.

### 9.5.4.2    Additional Pharmacokinetic Sampling

For those subjects participating in the additional pharmacokinetic sampling for PK
profile (approximately 30 subjects), blood samples will be collected at Treatment Visits I
and IV.

After establishing the time of the Treatment Visit, the subject will be instructed to take
the preceding day's study drug as close as possible to 8 PM. At the office visit, the study
medication will be taken in the presence of the office staff in order to allow proper and
accurate recording of blood collection times relative to dosing. The time of the visit
should accommodate a target time for the morning dose of 12 hours after the preceding
evening's dose. Blood samples will be collected as follows: just prior to dosing (0 hour)

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                         37

and at 1.5, 3, 5, and 8 hours after the morning dosing.  Subjects will receive their 8 PM
dose as scheduled.  Subjects will be confined at the site until the blood sample at the
8 hour time point is collected.  Pharmacokinetic profile samples will be processed and
stored as specified in Section 9.5.4.1 until shipment to Abbott Laboratories.

### 9.5.4.3    Shipment of Plasma Samples

An inventory list of the samples included in the shipment must accompany the shipment.
The inventory list will include the shipping date, number of samples in the container,
drug identification, Abbott protocol number, subject numbers, sample type, sampling
times, and missing samples.  The frozen samples will be packed in dry ice sufficient to
last 2 days during shipping.

Arrangements will be made with Abbott Laboratories for shipping of the plasma samples
to the following Abbott address:

> Sample Receiving
> Abbott Laboratories
> Dept. 4TA, Bldg. AP9
> 100 Abbott Park Road
> Abbott Park, IL  60064-6122
> Phone:  (847) 937-0889
> Fax:  (847) 938-9898

On the day of shipping, a copy of the inventory sheet should be faxed to the Sample
Receiving Department at (847) 938-9898.

### 9.5.5    Blood Samples for Genetic Polymorphism Analysis

Two 10 mL whole blood samples will be collected in purple top (EDTA) tubes at the
Baseline Visit and shipped immediately at ambient or refrigerated temperature to:

> Covance Central Laboratory Services
> 8211 SciCor Drive
> Indianapolis, IN  46214

If clear differences in response are noted during the clinical development of ABT-594
and believed to be genetically related, these samples may be analyzed as part of a
multicenter, multistudy project to identify genetic factors involved in the response to

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065866

ABT-594
Protocol M99-114
February 8, 2000                                                                                       38

ABT-594 or drugs of this class. The specific response may be related to efficacy or safety, or both. The results of this potential analysis will not be reported with the study summary. The samples may also be used for development of a diagnostic test for drug response.

The pharmacogenetic analyses involve two methods: one which examines known genes believed to be involved in the particular response (Candidate Gene), and one which uses a high density marker map to locate and identify genes related to the response (Genomic Association) by comparing the marker profile between the subjects with an effect and a corresponding negative control group. The Candidate Gene method includes genes related to drug metabolism, drug targets or target pathways, and others including genes relating to cellular homeostasis. The Genomic Association method utilizes a map of single nucleotide polymorphisms which by themselves are essentially meaningless, but when correlated with groups of two distinct subject groups allow the identification of the gene(s) related to the difference between the groups. For the purpose of pharmacogenetic studies such as this, the difference would be related to the response to the drug or the presence or absence of the disease being tested.

## 9.6    Data Quality Assurance

Prior to the initiation of this protocol, an investigator's meeting will be held with Abbott personnel, the investigators and their study coordinators, the CRO's project manager and CRAs. This meeting will entail a detailed discussion of the protocol, CRF completion, and specimen collection methods. In addition to the investigator's meeting, the study personnel at each site will be trained on the study procedures by a CRA at a study initiation visit and be given a CRF completion workbook for reference. The CRAs will monitor each site approximately every 4 weeks. At each visit, 100% source-document review will be made against the entries on the CRFs and a quality-assurance check will be performed to ensure that the investigator is complying with the protocol and regulations. The investigator must agree to provide Abbott Laboratories (or designee) access to all source documents in order to verify CRF entries. In addition, after CRFs are retrieved by the CRA, a review of the data will be conducted by a physician and a clinical review team at Abbott Laboratories.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

# PART 6

ABT-594
Protocol M99-114
February 8, 2000                                                                 39

The SF-36™ Health Status Survey (Acute) will be recorded directly on the CRF and will be considered source data.

All CRFs must be legible and completed in <u>black ball point ink</u>. All corrections must be initialed and dated by the investigator or designated assistant. The investigator will review the CRFs for completeness and accuracy and sign and date the set of case report forms where indicated.

Each CRF will be printed on 3-part NCR paper. The forms consist of a white, yellow and pink copy. The white and yellow copy of the completed, verified CRF will be collected by the CRA and the pink copy retained at the investigative site.

Data captured on the CRF will be entered into the database by a double-key entry procedure at Abbott Laboratories. Discrepancies against the hard-copy CRF will be reviewed and corrected on-line. After completion of the entry process, computer logic checks will be run to check for such items as inconsistent study dates and outlying laboratory values, and any necessary corrections will be made to the database and documented via addenda or audit trail.

The laboratory results will be electronically transferred from the central laboratory to the study database. A final review of all laboratory results will be conducted by a physician and clinical review team at Abbott Laboratories.

## 9.7    Statistical Methods and Determination of Sample Size

### 9.7.1    Statistical and Analytical Plans

All statistical tests will be 2-tailed and considered statistically significant if the P-value (Type 1 error rate) is less than or equal to 0.05 (when rounded to 3 decimal places).

For all efficacy and safety endpoints, comparisons of primary interest will be between each ABT-594 dose group and the placebo group, along with an assessment of ABT-594 linear dose response. Appropriate secondary comparisons will be made as considered necessary. No statistical adjustments will be made for multiple comparisons.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                      40

The baseline for all variables (except for the diary-based Pain Rating Scale) will be the
last measurement obtained prior to receiving the first dose of blinded study drug on
Day 1. Baseline measurement for the diary-based Pain Rating Scale will be the average
of the last 7 pain scores prior to receiving the first dose of blinded study drug on Day 1.

### 9.7.1.1    Data Sets Analyzed

Efficacy analyses will be performed for 2 sets of data:  intent-to-treat subjects and
evaluable subjects.  Subjects receiving at least 1 dose of study drug with at least 1
diary-based baseline and at least 1 post-dose pain assessment for the diary-based Pain
Rating Scale (11-Point Likert) will be included in the intent-to-treat analyses.  The
evaluable dataset will include subjects that receive at least 7 days of study drug with at
least 1 baseline and at least 1 post Day 7 pain assessment for the diary-based Pain Rating
Scale.  Safety analyses will be performed with all randomized subjects who receive at
least 1 dose of study drug.

### 9.7.1.2    Demographic and Other Baseline Characteristics

Baseline comparability among treatment groups for the reasons for premature
discontinuation, demographic and baseline pain assessment measurements will be
assessed.  The analyses will be performed using 1 or more of the following methods:
a 1-way analysis of variance (ANOVA) with treatment group as the main effect for
quantitative variables, the Cochran-Mantel-Haenszel (CMH) test for equal row means
for ordered categorical variables, and the Fisher's exact test (or its generalization to r x c
tables) for qualitative variables.

### 9.7.1.3    Efficacy Analyses

For all efficacy variables (except the diary-based Pain Rating Scale), the baseline
measurement will be the last measurement obtained prior to receiving the first dose of
blinded study drug on Day 1.  Baseline for the diary-based Pain Rating Scale will be the
average of the last 7 pain scores prior to Day 1 of the study.  Change from baseline to
each scheduled evaluation will be calculated for all efficacy variables (except both
Global Impression of Change scores).

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                          41

### Primary Efficacy Analysis

The primary efficacy measurement will be the change from baseline of the average diary-based Pain Rating Scale (11-Point Likert) score from each subject's diary to the corresponding average of the last 7 days on study drug.

Treatment groups differences for the primary efficacy variable will be evaluated using a 2-way ANOVA with factors for treatment group, study center, and the treatment group by study center interaction. If the interaction term is not statistically significant at the 0.10 level, the primary efficacy analysis for the treatment group differences will be the 2-way ANOVA with factors for treatment group and study center, but without the interaction term. If some study centers have fewer than 1 subject per treatment group in the intent-to-treat dataset, data from such centers will be combined for analysis.

### Secondary Efficacy Analysis

Treatment group differences in the mean change from baseline to the final evaluation for the Neuropathic Pain Scale, SF-36™ Health Status Survey (Acute), including 8 sub-domains and PCS and MCS, and the site-based Pain Rating Scale (11-Point Likert) score will be assessed using a 2-way ANOVA as described in the above Primary Efficacy Analysis subsection. The actual scores of each of the Subject and Clinician Global Impression of Change will be analyzed using the CMH test for equal row means with study centers as strata. SF-36™ PCS and MCS may also be analyzed using appropriate regression analysis (with possible factors for demographic variables, treatment and time).

Additionally, treatment group differences in the change from baseline to each scheduled evaluation will be assessed, as described for the change from baseline to the final evaluation for the Neuropathic Pain Scale and the site-based Pain Rating Scale (11-Point Likert). For the diary-based Pain Rating Scale (11-Point Likert), change from baseline to each scheduled evaluation will be analyzed using the last 7 days prior to each scheduled visit. Subject and Clinician Global Impression of Change will be evaluated using CMH methodology on actual scores.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065870

ABT-594
Protocol M99-114
February 8, 2000                                                                                    42

If indicated, exploratory analyses will be performed on change from baseline pain scores, such as analysis of covariance (ANCOVA), with baseline pain scores as the covariate.

Dose response for ABT-594 will be explored using both a parametric regression model and nonparametric tests, with and without placebo included. If the effect of investigator sites is not significant, then the nonparametric Jonckheere-Terpstra test will be used instead of Page's test to assess dose response of ABT-594.

Other analyses will be performed as appropriate.

**Missing Data**

Two sets of analyses, corresponding to the handling of missing observations, will be performed on the efficacy variables. The "last observation carried forward" (LOCF) analyses will use the completed pain evaluation from the previous visit for site-based pain scores and the pain evaluation from the previous days for diary data as an estimate of the missing data. Thus, in the LOCF analysis, every subject in the analysis will have data for each specified evaluation. This technique reduces the bias caused by subjects who prematurely terminate for lack of efficacy. The "observed cases" (OC) analysis will not estimate the missing evaluation, and a subject who does not have pain evaluation on a scheduled visit will be excluded from the OC analysis for that visit.

In the event of data missing from the individual items in the Neuropathic Pain Scale and SF-36™ Health Status Survey (Acute), the estimated score of the missing item will be calculated, when less than one-half (within the scale of interest) of items are non-missing, as follows:

1. Calculate the ratio of the total score of the scale (the non-missing items) divided by the maximum possible total score for the non-missing items,
2. Multiply the maximum possible scores for the missing item by the ratio obtained in Step 1 above.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000

#### 9.7.1.4    Safety Analyses

All subjects receiving at least 1 dose of study drug will be evaluated for safety.

Adverse events will be coded using the COSTART $V^6$ dictionary. Treatment-emergent adverse events (i.e., those which begin or worsen in severity after randomized study drug is taken) will be tabulated by body system and COSTART term for each treatment group. Treatment group differences will be evaluated using Fisher's exact test for the proportion of subjects reporting a particular adverse event. A summary of the severity, relationship to study drug, incidence and prevalence across time of all treatment-emergent adverse events, tabulated by COSTART term and body system, will be presented for each treatment group. Analyses by subgroup will be performed as appropriate.

Laboratory data will be analyzed using a 1-way ANOVA with treatment as the main effect. The primary analyses will be on the change from baseline to the minimum, maximum and final values during the study for each laboratory variable.

Additionally, the number and percentage of subjects with shifts from baseline to the final values using criteria for limits for statistical analysis and normal ranges to define categories (low, normal, high and missing) will be summarized.

Laboratory data values will be categorized as low, normal, or high based on normal ranges of the central laboratory used in this study. Low or high laboratory values will be flagged in the data listings. In addition, laboratory results which satisfy the criteria for limits for statistical analysis (Appendix I) will be identified.

Mean changes from baseline to the minimum, maximum and final values for vital signs and ECG will be analyzed in a similar manner as described for laboratory data above. Vital sign and ECG results which satisfy the criteria for below and above limits (Appendix I) will be identified.

Concurrent medication use will be summarized by treatment group.

Additional safety analyses will be performed as indicated.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065872

ABT-594
Protocol M99-114
February 8, 2000                                                                                          44

### 9.7.2  Determination of Sample Size

The study is designed to enroll approximately 320 subjects (approximately 80 subjects in each treatment group). This sample size will allow for the detection of a 0.46 effect size in the average diary-based Pain Rating Scale score for change from baseline to the final evaluation between any ABT-594 treatment group and placebo at 0.05 (two-tailed Type 1 error) level with at least 80% power. This calculation is based on results obtained from Study M98-833 of ABT-594 and published data using Gabapentin for subjects with painful diabetic polyneuropathy[7] and assuming a 39% and 25% improvement from baseline for ABT-594 and placebo, respectively.

### 9.7.3  Pharmacokinetics/Pharmacodynamics

The maximum observed plasma concentration ($C_{max}$), the time to $C_{max}$ ($T_{max}$), and the trough plasma concentration ($C_{trough}$) will be obtained directly from the plasma concentration-time data. The area under the plasma concentration-time curve during a dosing interval (AUC) will be obtained by the trapezoidal rule, using the Hour 0 concentration value for the Hour 12 value, or by some other appropriate methodology.

To assess dose proportionality and time invariance, $T_{max}$, dose-normalized $C_{trough}$ and log-transformed dose-normalized AUC and $C_{max}$ from the subset of subjects participating in the additional pharmacokinetic (PK) sampling will be subjected to a mixed effects model analysis. The model will include dose, visit (Visit I and Visit IV), and dose by visit interaction as fixed effects. Age, body weight, nicotine use status, and other variables that might account for variability in pharmacokinetics will be included as covariates. The study center factor will be included in the initial model, including a center main effect and, as appropriate, interaction of center with other factors. The center factor, or at least the interaction terms involving center, may be dropped from the model if they explain little of the variability in the data. If the number of subjects who have only Visit I data and not Visit IV data exceeds 20% of the subjects with intensive PK sampling, then analyses will also be performed for each visit separately. The hypothesis of invariance with dose will be tested by comparing the 300 µg BID dose vs the 150 µg BID dose. If the hypothesis of dose proportionality is rejected in a comparison, then the

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                    45

225 μg BID dose will be compared to each of the 150 and 300 μg BID doses. If the visit
by dose interaction is statistically significant, then a comparison will be made for each
visit.

An exploratory analysis will also be performed on the data set obtained from all subjects
(including those who do not participate in the intensive PK sampling). This analysis will
appropriately take into account the time of sampling relative to dosing. The questions of
dose proportionality and change from Visit I to Visit IV will be considered in this
analysis.

If there is some evidence from the data of this study that ABT-594 is efficacious, then
the relationship between ABT-594 plasma concentration and the primary efficacy
variable will be explored, using data from ABT-594 and placebo treatment groups or
from ABT-594 treatment groups alone. One exploration will utilize the data of all
subjects. An analysis using only the data of subjects undergoing intensive PK sampling
may also be done. The model will include effects for efficacy variable baseline value and
for visit. The center factor will be incorporated appropriately. The dependency of the
measurements from the same subject will be accounted for.

Other analyses may be performed as necessary.

## 9.8    Changes in the Conduct of the Study or Planned Analyses

### 9.8.1   Protocol Changes

This study will be conducted in accordance with the protocol, GCP, all applicable local,
state federal regulations and regulatory requirements. Neither the investigator nor the
CRO will modify this protocol without first obtaining the concurrence of Abbott
Laboratories. The modification must be documented in writing. Any change in the
research activity, except those necessary to remove an apparent immediate hazard to the
subject or those of an administrative or clarifying nature, must be reviewed and approved
by the Institutional Review Board before implementation. Abbott Laboratories must
submit protocol amendments to the FDA and possibly to other government agencies.

This study will be terminated if these conditions are not met.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065874

ABT-594
Protocol M99-114
February 8, 2000                                                                                              46

## 10.0   Protocol Deviations

When deviation from the protocol is deemed necessary for an individual subject, the investigator or other physician in attendance must contact the site study monitor at the CRO, who will contact Abbott Laboratories. Such contact will be made as soon as possible to permit a decision as to whether or not the subject is to continue in the study. Any departures from the protocol will be authorized only for that one subject. A description of the departure from the protocol and the reason for it will be recorded on the CRF.

## 11.0   Use of Information and Publication

All information concerning ABT-594 and Abbott Laboratories' operations, such as Abbott Laboratories' patent applications, formulas, manufacturing processes, basic scientific data, or formulation information, supplied by Abbott Laboratories and not previously published is considered confidential information.

The information developed during the conduct of this clinical study is also considered confidential and will be used by Abbott Laboratories in connection with the development of ABT-594. This information may be disclosed as deemed necessary by Abbott Laboratories. To allow for the use of the information derived from this clinical study and to ensure complete and thorough analysis, the investigator is obligated to provide Abbott Laboratories with complete test results and all data developed in this study.

This confidential information shall remain the sole property of Abbott Laboratories, shall not be disclosed to others without the written consent of Abbott Laboratories, and shall not be used except in the performance of this study.

Should the investigator choose to publish the results of this study, a copy of the manuscript will be provided to Abbott Laboratories at least 90 days before the date of submission to the intended publisher.

Neither the subject nor their physician will be informed of individual subject pharmacogenetic results, should they be performed, nor will anyone not directly involved in this research. This is due to the fact that, 1) the subject and their physician are already

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                        47

aware of the subject's particular response to the drug and the study information would not
affect their future medical care, and 2) if an association is established between a genetic
sequence and a treatment response, separate studies must be conducted in order to
validate or confirm the results and the properties of the test prior to the necessary
regulatory approval to use the test for diagnostic purposes. DNA samples from this
protocol may be used either for gene identification, validation, or diagnostic test
development studies, as well as discovery of genes related to painful diabetic
polyneuropathy.

## 12.0    Completion of The Study

The investigator will complete and report this study in satisfactory compliance with the
protocol within 9 months after receipt of study supplies. Continuation of the study
beyond this time must be mutually agreed upon in writing by both the investigator and
Abbott Laboratories. It is agreed that, for reasonable cause, either the investigator or
Abbott Laboratories (the sponsor), may terminate this study prematurely provided that
written notice is submitted at a reasonable time in advance of the intended termination.

The investigator will retain all essential documents until at least 2 years after the last
approval of a marketing application in an ICH region and until there are not pending or
contemplated marketing applications in an ICH region or at least 2 years have elapsed
since the formal discontinuation of clinical development of the investigational product.
These documents should be retained by the applicable regulatory requirements or by an
agreement with the sponsor. It is the responsibility of the sponsor to inform the
investigator/institution as to when these documents no longer need to be retained.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065876

ABT-594
Protocol M99-114
February 8, 2000                                                                                                48

## 13.0   Investigator's Agreement

1.   I have received and reviewed the Investigator Brochure for ABT-594.

2.   I have read the protocol and agree to conduct the study as outlined and in accordance with all local, state, and federal regulations.

3.   I agree to maintain the confidentiality of all information received or developed in connection with this protocol.


_____          _____

Signature of Principal Investigator                                      Date


_____

Name of Principal Investigator (printed or typed)


IN/R-S/1/ABTS94/99114/99114PRO/P25-49
GO2Q14301t

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065877

# PART 7

ABT-594
Protocol M99-114
February 8, 2000                                                                49

# 14.0   References

1. American Academy of Pain Medicine (1997). The Use of Opioids for the Treatment of Chronic Pain. pp. 1–4.

2. **Sullivan JP and Bannon AW.** Epibatidine: pharmacologic properties of a novel nicotinic acetylcholine agonist and analgesic agent. *CNS Drug Rev.* 2(1):21–39, 1996.

3. **Sullivan JP, Briggs CA, Donnelly-Roberts D, Brioni JD, Radek RJ, McKenna DG, Campbell JE, Arneric SP, Decker MW, Bannon AW.** ($\pm$)-Epibatidine can differentially evoke responses mediated by putative subtypes of nicotinic acetylcholine receptors (nAChRs). *Med Chem Res,* 4:502–516; 1994.

4. **Ware JE.** SF–36™ Health Survey Manual and Interpretation Guide. The Health Institute, New England Medical Center, 1997.

5. **Ware JE.** SF–36™ Physical & Mental Health Summary Scales: A User's Manual. Health Assessment Lab, New England Medical Center, 1994.

6. "COSTART" Coding Symbols for Thesaurus of Adverse Reaction Terms: Fifth Edition, Department of Health and Human Services, Food and Drug Administration, Rockville, MD, 1995.

7. **Backonja M, Beydoun A, Edwards KR, Schwartz SL, Fonseca V, Hes M, LaMoreaux L, Garofalo E.** Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus. **JAMA.** 208(21):1831–1836, 1998.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065878

ABT-594
Protocol M99-114
February 8, 2000                                                                                          50

## Appendix A

## Documents Required Prior to Initiation of the Study

As sponsor of a clinical study, Abbott Laboratories has an obligation to ensure that the study will be conducted by a qualified investigator with sufficient resources (of time, personnel, and physical facilities) to conduct the study and to ensure that the investigator understands and agrees to comply with applicable regulations, policies, and procedures. Prior to the beginning of any clinical study, the investigator will be asked to provide the following documentation.

1. A signed protocol for the study.
2. A signed Form FDA 1572 or equivalent document certifying the investigator's agreement to comply with U.S. Federal (21 CFR, ICH GCP Guidelines) regulations governing the conduct of the study.
3. A signed Abbott Financial Disclosure form.
4. A current curriculum vitae of the investigator. If sub-investigators will participate in the study, a curriculum vitae for each.
5. Requirements for the Institutional Review Board (IRB)/Independent Ethics Committee (IEC).
    * A copy of the letter of approval of the IRB/IEC. The letter must specify that both the protocol and consent form were approved.
    * The names and affiliations of the members of the IRB/IEC or assurance number.
    * If the principal and/or sub-investigator is a member of the IRB/IEC, a letter stating that he/she did not participate in the review or approval of the protocol or consent form.
6. A specimen copy of the IRB/IEC-approved informed consent document to be used in the study.
7. A list of normal ranges of values for all laboratory tests specified by the protocol for all laboratories utilized.
8. A copy of the laboratory(ies) certification(s) or the authorization number of the certification(s), the name of the certifying authority, and the period of certification.

As a rule, these documents will be provided in the course of one or more visits to the investigator by an Abbott Laboratories representative. Usually the study cannot begin until all of the documents listed above have been provided.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065879

ABT-594
Protocol M99-114
February 8, 2000                                                                                                51

# Appendix B

# Declaration of Helsinki

## Recommendations Guiding Physicians in Biomedical Research Involving Human Subjects

Adopted by the 18th World Medical Assembly, Helsinki, Finland, in June 1964.
Amended by the 29th World Medical Assembly, Tokyo, Japan, in October 1975,
35th World Medical Assembly, Venice, Italy, in October 1983,
41st World Medical Assembly, Hong Kong, in September 1989 and
48th General Assembly, Somerset West, Republic of South Africa 1996.

### Introduction

It is the mission of the physician to safeguard the health of the people. His or her knowledge and conscience are dedicated to the fulfillment of this mission.

The Declaration of Geneva of the World Medical Association binds the physician with the words "The health of my patient will be my first consideration" and the International Code of Medical Ethics declares that "A physician shall act only in the patient's interest when providing medical care which might have the effect of weakening the physical and mental condition of the patient."

The purpose of biomedical research involving human subjects must be to improve diagnostic, therapeutic and prophylactic procedures and the understanding of the etiology and pathogenesis of disease.

In current medical practice most diagnostic, therapeutic or prophylactic procedures involve hazards. This applies especially to biomedical research.

Medical progress is based on research which ultimately must rest in part on experimentation involving human subjects.

In the field of biomedical research a fundamental distinction must be recognized between medical research in which the aim is essentially diagnostic or therapeutic for a patient, and medical research, the essential object of which is purely scientific and without implying direct diagnostic or therapeutic value to the person subjected to the research.

Special caution must be exercised in the conduct of research which may affect the environment, and the welfare of animals used for research must be respected.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065880

ABT-594
Protocol M99-114
February 8, 2000                                                                                    52

## Appendix B (Cont.)

Because it is essential that the results of laboratory experiments be applied to human
beings to further scientific knowledge and to help suffering humanity, the World Medical
Association has prepared the following recommendations as a guide to every physician in
biomedical research involving human subjects. They should be kept under review in the
future. It must be stressed that the standards as drafted are only a guide to physicians all
over the world. Physicians are not relieved from criminal, civil and ethical
responsibilities under the laws of their own countries.

**I.    Basic Principles**

1.  Biomedical research involving human subjects must conform to generally
    accepted scientific principles and should be based on adequately performed
    laboratory and animal experimentation and on a thorough knowledge of the
    scientific literature.

2.  The design and performance of each experimental procedure involving
    human subjects should be clearly formulated in an experimental protocol
    which should be transmitted for consideration, comment and guidance to a
    specially appointed committee independent of the investigator and the
    sponsor provided that this independent committee is in conformity with the
    laws and regulations of the country in which the research experiment is
    performed.

3.  Biomedical research involving human subjects should be conducted only by
    scientifically qualified persons and under the supervision of a clinically
    competent medical person. The responsibility for the human subject must
    always rest with a medically qualified person and never rest on the subject of
    the research, even though the subject has given his or her consent.

4.  Biomedical research involving human subjects cannot legitimately be carried
    out unless the importance of the objective is in proportion to the inherent risk
    to the subject.

5.  Every biomedical research project involving human subjects should be
    preceded by careful assessment of predictable risks in comparison with
    foreseeable benefits to the subject or to others. Concern for the interests of
    the subject must always prevail over the interests of science and society.

6.  The right of the research subject to safeguard his or her integrity must always
    be respected. Every precaution should be taken to respect the privacy of the
    subject and to minimize the impact of the study on the subject's physical and
    mental integrity and on the personality of the subject.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065881

ABT-594
Protocol M99-114
February 8, 2000                                                          53

## Appendix  B (Cont.)

7.  Physicians should abstain from engaging in research projects involving
    human subjects unless they are satisfied that the hazards involved are
    believed to be predictable. Physicians should cease any investigation if the
    hazards are found to outweigh the potential benefits.

8.  In publication of the results of his or her research, the physician is obligated
    to preserve the accuracy of the results. Reports of experimentation not in
    accordance with the principles laid down in the Declaration should not be
    accepted for publication.

9.  In any research on human beings, each potential subject must be adequately
    informed of the aims, methods, anticipated benefits and potential hazards of
    the study and the discomfort it may entail. He or she should be informed that
    he or she is at liberty to abstain from participation in the study and that he or
    she is free to withdraw his or her consent to participation at any time. The
    physician should then obtain the subject's freely given informed consent,
    preferably in writing.

10. When obtaining informed consent for the research project, the physician
    should be particularly cautious if the subject is in a dependent relationship to
    him or her or may consent under duress. In that case the informed consent
    should be obtained by a physician who is not engaged in the investigation
    and who is completely independent of this official relationship.

11. In case of legal incompetence, informed consent should be obtained from the
    legal guardian in accordance with national legislation. Where physical or
    mental incapacity makes it impossible to obtain informed consent, or when
    the subject is a minor, permission from the responsible relative replaces that
    of the subject in accordance with national legislation. Whenever the minor
    child is in fact able to give a consent, the minor's consent must be obtained in
    addition to the consent of the minor's legal guardian.

12. The research protocol should always contain a statement of the ethical
    considerations involved and should indicate that the principles enunciated in
    the present Declaration are complied with.

## II.    Medical Research Combined with Professional Care (Clinical Research)

1.  In the treatment of the sick person, the physician must be free to use a new
    diagnostic and therapeutic measure, if in his or her judgment it offers hope of
    saving life, reestablishing health or alleviating suffering.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065882

ABT-594
Protocol M99-114
February 8, 2000

54

# Appendix B (Cont.)

2.  The potential benefits, hazards and discomfort of a new method should be weighed against the advantages of the best current diagnostic and therapeutic methods.

3.  In any medical study, every patient – including those of a control group, if any – should be assured of the best proven diagnostic and therapeutic methods. This does not exclude the use of inert placebo in studies where no proven diagnostic or therapeutic method exists.

4.  The refusal of the patient to participate in a study must never interfere with the physician – patient relationship.

5.  If the physician considers it essential not to obtain informed consent, the specific reasons for this proposal should be stated in the experimental protocol for transmission to the independent committee (I.2).

6.  The physician can combine medical research with professional care, the objective being the acquisition of new medical knowledge, only to the extent that medical research is justified by its potential diagnostic or therapeutic value for the patient.

**III.  Non–Therapeutic Biomedical Research Involving Human Patients (Non–Clinical Biomedical Research)**

1.  In the purely scientific application of medical research carried out on a human being, it is the duty of the physician to remain the protector of the life and health of that person on whom biomedical research is being carried out.

2.  The subjects should be volunteers – either healthy persons or patients for whom the experimental design is not related to the patient's illness.

3.  The investigator or the investigating team should discontinue the research if in his/her or their judgment it may, if continued, be harmful to the individual.

4.  In research on man, the interest of science and society should never take precedence over considerations related to the well-being of the subject.

REASON FOR REVISION: Revised to correspond to the amendment adopted by the 48th General Assembly of the World Medical Association, Somerset West, Republic of South Africa 1996.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065883

ABT-594
Protocol M99-114
February 8, 2000                                                                                           55

# Appendix C
## Responsibilities of the Clinical Investigator

Clinical research studies sponsored by Abbott Laboratories are subject to the regulations of the U.S. Food and Drug Administration (FDA). The responsibilities imposed upon investigators by the FDA are summarized in the "Statement of Investigator" (Form FDA 1572), which is actually a form letter addressed to the sponsor (Abbott Laboratories), summarizing the investigators qualifications for the study and their willingness to follow FDA regulations with respect to the study.

In signing a Form FDA 1572, the investigator agrees to assume the following responsibilities:

1.  To secure prior approval of the study by an appropriate institutional review board which conforms to FDA regulations.
2.  To make at least yearly reports on the progress of the study to the above committee, and a final report within three months of study completion.
3.  To maintain current running records of the receipt, administration, and disposition of study medication and to return all unused study medication to Abbott Laboratories.
4.  To obtain valid written informed consent from each patient who participates in the study.
5.  To prepare and maintain adequate case histories of all persons entered into the study, including case report forms, hospital records, laboratory results, etc., and to maintain these data for a minimum of two years following notification by Abbott Laboratories that all investigations have been discontinued with this drug.
6.  To identify all subinvestigators who will also supervise drug administration.
7.  To report adverse effects to Abbott Laboratories promptly. In the event of serious or unexpected adverse event, to notify Abbott Laboratories immediately by telephone.
8.  To allow possible inspection and copying by the FDA of case reports and records of drug distribution.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99–114
February 8, 2000                                                                                    56

# Appendix D
## Elements of the Consent Form

Abbott Laboratories requires that all informed consent statements used in studies which they sponsor comply with FDA 21 CFR 50 (Protection of Human Subjects) and the ICH Good Clinical Practice Guideline. To ensure compliance, the informed consent itemization listed below is provided to guide the investigator in drafting an acceptable informed consent. Abbott Laboratories will review a proposed informed consent prior to its submission to the Review Committee (Institutional Review Board, Ethics Committee); alternatively, Abbott will supply to the investigator a draft informed consent statement which may be submitted to the review Committee.

For IND Studies, procedures will comply with FDA 21 CFR 50 and the ICH Good Clinical Practice Guideline.

Signed informed consent will be obtained from all patients participating in PPD Clinical Research studies or the patients' legally authorized representative. This consent must include the following items:

1. A statement that the study involves research.

2. An explanation of the purposes of the research.

3. The approximate number of patients involved in the trial.

4. The expected duration of the patient's participation.

5. The trial treatment(s) and the probability for random assignment to each treatment.

6. Identification of experimental procedures.

7. The trial procedures to be followed, including all invasive procedures.

8. The patient's responsibilities.

9. A description of any reasonably foreseeable risks or inconveniences to the patient and, if applicable, to an embryo, fetus, or nursing infant.

10. A statement that may involve risks which are currently unforeseeable.

11. The anticipated expenses, if any, to the patient for participating in the trial.

12. A description of the reasonable expected benefits. If there is no intended clinical benefit to the patient, this should be stated.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065885

ABT-594
Protocol M99-114
February 8, 2000

## Appendix D (Cont.)

13. The anticipated prorated payment, if any, to the patient for participating in the trial.

14. The alternative procedure(s) or course(s) of treatment that may be available to the patient, and their important potential benefits and risks.

15. A statement that the patient or the patient's legally acceptable representative will be informed in a timely manner if information becomes available that may be relevant to the patient's willingness to continue participation in the trial.

16. An explanation as to whether any compensation or medical treatment are available if injury occurs. If so, what the compensation consists of and/or where further information may be obtained.

17. Whom to contact about information regarding the trial.

18. Whom to contact about research patient's rights (ideally not the investigator).

19. Whom to contact in the event of trial-related injury of the patient.

20. A statement that the monitor(s), auditor(s), the IRB/EC, and regulatory authorities (e.g., FDA) will be granted direct access to the patients' original medical records for verification of clinical trial procedures and/or data, without violating the confidentiality of the patient, to the extent permitted by the applicable laws and regulations and that, by signing a written consent form, the patient or the patient's legally acceptable representative is authorizing such access.

21. A statement that the site will collect information on the patient per ICH requirements, including patient name, home address, phone number, and birthdate. In addition, the name, address, and phone number of another person who can be contacted in an emergency will also be recorded. This information will be treated with strict adherence to professional standards of confidentiality and will be filed at the site.

22. A statement that the records identifying the patient will be kept confidential and, to the extent permitted by the applicable laws and/or regulations, will not be made publicly available. If the results of the trial are published, the patient's identity will remain confidential.

23. The foreseeable circumstances and/or reasons under which the patients' participation in the trial may be terminated.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065886

ABT-594
Protocol M99-114
February 8, 2000                                                                 58

## Appendix  D (Cont.)

24. Procedures for orderly termination of participation.

25. A statement that participation is voluntary.

26. A statement that refusal to participate will involve no penalty or loss of benefits.

27. A statement that the patient may discontinue participation at any time without penalty or loss of benefits.

28. A statement that a signed and dated copy of the consent is given to the patient.

29. The statement, "I agree to participate..."

30. A place for the patient or the patient's legally acceptable representative to sign and date.

31. A place for the person who conducted the informed consent discussion to sign and date.

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065887

# PART 8

## Appendix E
## Sample Abbott Laboratories Drug Accountability Form
## Study M99-114

ABT-594
Protocol M99-114
February 8, 2000

Subject Randomization Number:◆ _____     Subject Initials: _____     Subject Birthdate: _____

Investigator's Name: _____     Location: _____

| | Module Carton Type | Module # ◆ | NPRO # | Clinical Supplies Invoice No. | Date Received (M/D/Y) |
|---|---|---|---|---|---|
| Baseline Visit | Days 1–7 | | | | |
| Baseline Visit | Days 8–49 | | | | |
| Visit II | Days 8–49 | | | | |
| Visit III | Days 8–49 | | | | |

| Visit | DISPENSED TO SUBJECT | | | | | RETURNED FROM SUBJECT | | | VERIFIED BY CRA | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Module # ◆ | # Capsules | Date | By* | Checked By | Date | No. of Capsules Remaining | By* | By* | Date |
| Baseline Visit | Days 1–7 __ __ __ __ | 52 | | | | | | | | |
| | Days 8–49 __ __ __ __ | 144 | | | | | | | | |
| Visit I | Redispense balance of Days 8–49 cards remaining from Baseline Visit __ __ __ | | | | | | | | | |
| Visit II | __ __ __ __ | 144 | | | | | | | | |
| Visit III | __ __ __ __ __ | 144 | | | | | | | | |

*  Pharmacist/Coordinator/Nurse     *  CRO Monitor     ◆  Assigned by IVRS

59

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065888

ABT–594
Protocol M99–114
February 8, 2000                                                                                              60

# Appendix F
# Pain Assessments

**Pain Rating Scale (11 point Likert)**

The subject's pain intensity will be assessed by completion of the following statement in the daily diaries and at the investigative site.

How severe was your neuropathy pain during the last 24 hours?

| 0<br>No Pain | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10<br>Worst Pain<br>Possible |
|---|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065889

ABT-594
Protocol M99-114
February 8, 2000

61

# Appendix G
## Neuropathic Pain Scale

*Instructions:* There are several different aspects of pain which we are interested in measuring: pain **sharpness, heat/cold, dullness, intensity,** overall **unpleasantness,** and **surface vs. deep** pain.

The distinction between these aspects of pain might be clearer if you think of taste. For example, people might agree on how *sweet* a piece of pie might be (the *intensity* of the sweetness), but some might enjoy it more if it were sweeter while others might prefer it to be less sweet. Similarly, people can judge the loudness of music and agree on what is more quiet and what is louder, but disagree on how it makes them feel. Some prefer quiet music and some prefer it more loud. In short, the *intensity* of a sensation is not the same as how it makes you feel. A sound might be unpleasant and still be quiet (think of someone grating their fingernails along a chalkboard). A sound can be quiet and "dull" or loud and "dull."

Pain is the same. Many people are able to tell the difference between many aspects of their pain: for example, *how much* it hurts and *how unpleasant* or annoying it is. Although often the intensity of pain has a strong influence on how unpleasant the experience of pain is, some people are able to experience more pain than others before they feel very bad about it.

There are scales for measuring different aspects of pain. For one patient, a pain might feel extremely hot, but not at all dull, while another patient may not experience any heat, but feel like their pain is very dull. We expect you to rate very high on some of the scales below and very low on others. We want you to use the measures that follow to tell us exactly what you experience.



CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

ABT-594
Protocol M99-114
February 8, 2000                                                                                    62

## Appendix  G (Cont.)

---

5.  Please use the scale below to tell us how **cold** your pain feels.  Words used to describe very cold pain include "like ice," and "freezing."

| Not cold | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most **cold** sensation imaginable ("freezing") |

---

6.  Please use the scale below to tell us how **sensitive** your skin is to light touch or clothing.  Words used to describe sensitive skin include "like sunburned skin" and "raw skin."

| Not sensitive | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most **sensitive** sensation imaginable ("raw skin") |

---

7.  Please use the scale below to tell us how **itchy** your pain feels.  Words used to describe itchy pain include "like poison oak" and "like a mosquito bite."

| Not itchy | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most **itchy** sensation imaginable ("like poison oak") |

---

8.  Now that you have told us the different physical aspects of your pain, the different types of sensations, we want you to tell us overall how **unpleasant** your pain is to you.  Words used to describe very unpleasant pain include "miserable" and "intolerable."  Remember, pain can have a low intensity, but still feel extremely unpleasant, and some kinds of pain can have a high intensity but be very tolerable.  With this scale, please tell us how **unpleasant** your pain feels.

| Not unpleasant | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most **unpleasant** sensation imaginable ("intolerable") |

---

9.  Lastly, we want you to give us an estimate of the severity of your <u>deep</u> versus <u>surface</u> pain.  We want you to rate each location of pain separately.  We realize that it can be difficult to make these estimates, and most likely it will be a "best guess," but please give us your best estimate.

**HOW INTENSE IS YOUR *DEEP* PAIN?**

| No deep pain | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most **intense deep** pain sensation imaginable |

---

10.   **HOW INTENSE IS YOUR *SURFACE* PAIN?**

| No surface pain | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | The most **intense surface** pain sensation imaginable |

---

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065891

Case 1:05-cv-11150-DPW    Document 363-10    Filed 03/10/2008    Page 6 of 10

ABT-594
Protocol M99-114
February 8, 2000

63

# Appendix H
# Subject Global Impression of Change and
# Clinician Global Impression of Change

**Subject Global Impression of Change**

The subject's impression of pain relief will be assessed by completion of the following statement:

Compared to the Baseline Pain Assessment Phase, how much have you changed overall?

- 1    Much Improved
- 2    Moderately Improved
- 3    Minimally Improved
- 4    No Change
- 5    Minimally Worse
- 6    Moderately Worse
- 7    Much Worse

**Clinician Global Impression of Change**

The clinicians impression of pain relief will be assessed by completion of the following statement:

Rate total improvement whether or not, in your judgement, it is due entirely to drug treatment.

Compared to Baseline, how much has the subject changed overall?

- 1    Much Improved
- 2    Moderately Improved
- 3    Minimally Improved
- 4    No Change
- 5    Minimally Worse
- 6    Moderately Worse
- 7    Much Worse

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065892

ABT–594
Protocol M99–114
February 8, 2000                                                                                          64

## Appendix I
## Laboratory Determinations, Vital Signs and Electrocardiogram
## Variables for Statistical Analysis

| Hematology | Below Limit | Above Limit |
|---|---|---|
| Hemoglobin (g/dL) | | |
| Female | $\leq 9.5$ | $\geq 16.5$ |
| Male | $\leq 11.5$ | $\geq 18.5$ |
| Hematocrit (%) | | |
| Female | $\leq 32$ | $\geq 50$ |
| Male | $\leq 37$ | $\geq 55$ |
| Red Blood Cells (x $10^{12}$/L) | | |
| Female | $\leq 3.5$ | $\geq 6.0$ |
| Male | $\leq 3.8$ | $\geq 7.0$ |
| White Blood Cells (x $10^9$/L) | $\leq 2.8$ | $\geq 16.0$ |
| Platelet Count (x $10^9$/L) | $\leq 75$ | $\geq 700$ |
| Eosinophils (%) | | $\geq 10$ |
| Basophils (%) | | $\geq 10$ |
| Lymphocytes (%) | | $\geq 75$ |
| Monocytes (%) | | $\geq 15$ |
| Neutrophils (%) | $\leq 15$ | |
| Bands (%) | | $\geq 10$ |
| Mean Corpuscular Volume (fL) | $\leq 0.8$ x LLN | $\geq 1.2$ x ULN |
| Mean Corpuscular Hemoglobin Concentration (g/dL) | $\leq 0.8$ x LLN | $\geq 1.2$ x ULN |
| Atypical Lymphocytes (%) | | $\geq 5$ |
| Prothrombin Time (sec) | | $\geq 2$ ULN |
| Partial Thromboplastin Time (sec) | | $\geq 2$ ULN |

LLN = Lower limit of normal        ULN = Upper limit of normal

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065893

ABT-594
Protocol M99-114
February 8, 2000                                                                                                   65

## Appendix I (Cont.)

| Chemistry | Below Limit | Above Limit |
|---|---|---|
| Albumin (g/dL) | $\leq 2.5$ | |
| Alkaline Phosphatase (IU/L) | | $\geq 3$ x ULN |
| Bicarbonate (mEq/L) | $\leq 12$ | $\geq 38$ |
| BUN (mg/dL) | | $\geq 30$ |
| Calcium (mg/dL) | $\leq 8.2$ | $\geq 12$ |
| Chloride (mEq/L) | $\leq 90$ | $\geq 118$ |
| Cholesterol (mg/dL) | | $\geq 600$ |
| Creatinine (mg/dL) | | $\geq 2.0$ |
| Direct Bilirubin (mg/dL) | | $\geq 2.0$ |
| Glucose (mg/dL) | $\leq 45$ | $\geq 175$ |
| LDH (IU/L) | | $\geq 3$ x ULN |
| Inorganic Phosphorus (mg/dL) | $\leq 1.7$ | $\geq 5.5$ |
| Potassium (mEq/L) | $\leq 3.0$ | $\geq 6.0$ |
| SGOT/AST (IU/L) | | $\geq 3$ x ULN |
| SGPT/ALT (IU/L) | | $\geq 3$ x ULN |
| Sodium (mEq/L) | $\leq 126$ | $\geq 156$ |
| Total Bilirubin (mg/dL) | | $\geq 2.0$ |
| Total Protein (g/dL) | $\leq 4.5$ | $\geq 10$ |
| Triglycerides (mg/dL) | | $\geq 600$ |
| Uric acid (mg/dL) Female Male | | $\geq 8.5$ $\geq 10.5$ |

ULN = Upper limit of normal

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065894

ABT-594
Protocol M99-114
February 8, 2000

66

## Appendix I (Cont.)

| Urinalysis | Below Limit | Above Limit |
|---|---|---|
| Specific Gravity | $\leq 1.001$ | $\geq 1.030$ |
| PH | $\leq 4$ | $\geq 9$ |
| Protein | | $\geq 3+^*$ ($\geq 10$) |
| Ketones | | $\geq 3+^*$ |
| RBC | | |
|     Female | | $\geq 10/hpf$ |
|     Male | | $\geq 8/hpf$ |
| WBC | | $\geq 10/hpf$ ($\geq 2+$) |
| Casts | | $\geq 9$ |
| Glucose | | $\geq 3+^*$ |

| Oral Body Temperature | | |
|---|---|---|
| Temperature | Low: decreased $\geq 2°F$ from baseline | |
| | High: $\geq 101°F$ | |

| Body Weight | | |
|---|---|---|
| Weight | Low: decreased $\geq 15\%$ from baseline | |
| | High: increased $\geq 15\%$ from baseline | |

| Supine or Sitting Vital Signs | | |
|---|---|---|
| Systolic Blood Pressure | Low: $\leq 90$ mmHg and decreased $\geq 30$ from baseline | |
| | High: $\geq 180$ mmHg and increased $\geq 40$ from baseline | |
| Diastolic Blood Pressure | Low: $\leq 50$ mmHg and decreased $\geq 20$ from baseline | |
| | High: $\geq 105$ mmHg and increased $\geq 30$ from baseline | |
| Heart Rate | Low: $\leq 50$ bpm and decreased $\geq 30$ bpm from baseline | |
| | High: $\geq 120$ bpm and increased $\geq 30$ bpm from baseline | |

\* $\geq 3+$ on a scale with 4+ being the maximum value

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065895

ABT-594
Protocol M99-114
February 8, 2000                                                                    67

## Appendix I (Cont.)

| Electrocardiogram | | |
|---|---|---|
| PR Interval | High: | $\geq$ 210 msec |
| QRS Duration | Low: | $\leq$ 50 msec |
| | High: | $\geq$ 150 msec |
| QT Interval | Low: | $\leq$ 200 msec |
| | High: | $\geq$ 500 msec |
| QTc Interval* | Low: | $\leq$ 200 msec |
| | High: | $\geq$ 500 msec |
| Heart Rate | Low: | $\leq$ 50 bpm and decreased $\geq$ 30 bpm from baseline |
| | High: | $\geq$ 120 bpm and increased $\geq$ 30 bpm from baseline |

* QTc calculated as QT divided by the square root of RR interval

CONFIDENTIAL INFORMATION - ABBOTT LABORATORIES
No use or disclosure outside Abbott is permitted without prior written authorization from Abbott.

Confidential
ABBT0065896