UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, and MANULIFE INSURANCE COMPANY (f/k/a INVESTORS PARTNER INSURANCE COMPANY), <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | CIVIL ACTION NO. 05-11150-DPW |

## [PROPOSED] ORDER REGARDING POST-TRIAL SUBMISSIONS AND OTHER ISSUES

Plaintiffs John Hancock Life Insurance Company, John Hancock Variable Life Insurance Company, and Manulife Insurance Company (f/k/a Investors Partner Life Insurance Company) (collectively, "John Hancock") and defendant Abbott Laboratories ("Abbott") (collectively, the "Parties") hereby stipulate to the following:

4222379v2

| Event | Date |
|---|---|
| Parties to meet and confer regarding submission of joint chronology | March ~~19~~ 21, 2008 |
| Parties to submit to the Court two hard copies of: (a) interlineated trial affidavits as admitted; (b) interlineated trial testimony of witnesses; (c) interlineated deposition designations; and (d) admitted and disputed exhibits and lists thereof | March 26, 2008 at 5:00 p.m. (EDT) |
| Parties to serve and file updated proposed Findings of Fact and Conclusions of Law | April 23, 2008 at 8:00 p.m. (EDT) |
| Parties to serve and file Marked and Bracketed Updated/Annotated Proposed Findings of Fact and Conclusions of Law (in hard copy and hyperlinked forms) | May 5, 2008 at 5:00 p.m. (EDT) |
| Closing Argument | May 19, 2008 or thereafter at the Court's convenience |

WHEREFORE, the parties jointly and respectfully request that the Court enter this Order Regarding Post Trial Submissions and Other Issues.

4222379v2

| | |
|---|---|
| ABBOTT LABORATORIES | JOHN HANCOCK LIFE INSURANCE COMPANY, JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY and MANULIFE INSURANCE COMPANY |
| By its attorneys, | By their attorneys, |
| /s/ Gregory D. Phillips<br>Jeffrey I. Weinberger (*pro hac vice*)<br>Gregory D. Phillips (*pro hac vice*)<br>Eric Lorenzini (*pro hac vice*)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Tele: (213) 683-9100 | /s/ Brian A. Davis<br>Brian A. Davis (BBO No. 546462)<br>Joseph H. Zwicker (BBO No. 560219)<br>Richard C. Abati (BBO No. 651037)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tele: (617) 248-5000 |

_[signature]_
Honorable Douglas P. Woodlock
United States District Court

Dated: March 14, 2008

4222379v2