**CHOATE**

CHOATE HALL & STEWART LLP

March 26, 2008

Brian A. Davis
(617) 248-5056
bad@choate.com

<u>BY HAND AND ELECTRONIC FILING</u>

The Honorable Douglas P. Woodlock
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 4110
Boston, Massachusetts 02210

Re:   John Hancock Life Insurance Company, *et al.*
      v. Abbott Laboratories
      <u>U.S.D.C. (Mass.) Civil Action No. 05-11150-DPW</u>

Dear Judge Woodlock:

Pursuant to the Order Regarding Post-Trial Submissions And Other Issues, dated March 14, 2008, John Hancock is delivering today two courtesy copies of the following:

(a)   Binder(s) containing the interlineated trial affidavits (as admitted) and the interlineated trial testimony for each of John Hancock's live witnesses called as part of its case-in-chief (*i.e.*, Mr. Stephen Blewitt, Dr. William Fairweather, Mr. Alan Friedman, Dr. Barry Gold, Mr. Mark Hair, Mr. Scott Hartz, Dr. Lynn Klotz, and Mr. Christopher Martinez);

(b)   Binder(s) containing the interlineated deposition designations for the additional witnesses whose testimony is being submitted as part of John Hancock's case-in-chief;

(c)   A list of all of John Hancock's admitted trial exhibits with final exhibit numbers noted;

(d)   Binder(s) containing copies of all of John Hancock's admitted trial exhibits in seven volumes; and

(e)   A binder containing copies of nine (9) additional proposed trial exhibits that John Hancock wishes to offer and to which Abbott still objects to with provisional trial exhibit numbers as set forth in the chart included below (*see* Volume 8).

Letter to Hon. Douglas P. Woodlock
UNITED STATES DISTRICT COURT
March 26, 2008
Page 2

With respect to John Hancock's admitted exhibits (items (c) and (d) above), the Court already admitted at trial Exhibit Nos. 1-2, 13, 16, 18, 20, 28, 32, 34, 43, and 61-331A. The remaining exhibits (*i.e.*, Nos. 3-12, 14-15, 17, 19, 21-27, 29-31, 33, 35-42, 44-60, 332-388, and 399-411) were not introduced formally during the trial of this matter. However, Abbott has no objection to the admission of these exhibits, and John Hancock therefore respectfully requests that they be admitted at this time.

To facilitate the Court's consideration of John Hancock's objected-to exhibits (item (e) above), Hancock respectfully refers Your Honor to the following chart, which sets forth the grounds for admission of each exhibit, as well as Abbott's objections:

| Provisional Exhibit No. | Description | Abbott's Objection | Grounds for Admission |
|---|---|---|---|
| [389] | Email from Kathy Starkey to Chris Speh re Project Update dated June 19, 2000 | Hearsay | Party Admission – FRE 801(d)(2) |
| [390] | ABT-594 Titration Optimization Initial Brainstorm Discussion, Agenda, January 23, 2001 | Authentication/Hearsay (handwritten notes) | Party Admission – FRE 801(d)(2) |
| [391] | Email from Thomas E Woidat to Michael K Biarnesen re: ABT-594 2001 Transition Budget; ABT-594 Transition Proposal dated May 23, 2001 | Multiple Documents | Party Admission – FRE 801(d)(2) |
| [392] | EXHIBIT WITHDRAWN | N/A | N/A |
| [393] | Global Pharmaceutical Research & Development, Hancock Collaboration, Spending by Program Chart dated January 10, 2005 | Incomplete Hearsay Lack of Authentication Multiple Documents | Party Admission – FRE 801(d)(2); Business Record FRE 803(6) |
| [394] | Email from Chris Martinez to Michelle L. Campbell re Copies of Documents dated January 20, 2005 | Hearsay | Non-Hearsay – FRE 801(a). Offered for notice to Abbott not for truth of the matter asserted. |
| [395] | Cholinergic Channel Modulator (ABT-594) 2000AGU Development cost Summary | Multiple Documents Incomplete | Party Admission – FRE 801(d)(2) |
| [396] | Building a World of Opportunities Together - Development portfolio review kick-off dated March 7, 2001 | Hearsay | Party Admission – FRE 801(d)(2)(D); Business Record – FRE 902(11) |
| [397] | Confidential Overview of Abbott R&D Fact Pack - April 2001 | Hearsay | Party Admission – FRE 801(d)(2)(D); Business Record – FRE 902(11) |
| [398] | Resource Allocation Across GPRD, Discussion Document dated May 5, 2001 | Hearsay | Party Admission – FRE 801(d)(2)(D); Business Record – FRE 902(11) |

Letter to Hon. Douglas P. Woodlock
UNITED STATES DISTRICT COURT
March 26, 2008
Page 3

The parties await Your Honor's instructions regarding the Court's preferred procedure for addressing these proposed additional exhibits.

Thank you for your consideration.

Very truly yours,

Brian A. Davis

cc:   Jeffrey I Weinberger, Esq. (by electronic mail)
      Gregory D. Phillips, Esq. (by electronic mail)
      Eric J. Lorenzini, Esq. (by electronic mail)
      Özge Güzelsu, Esq. (by electronic mail)

4314925.2