# CHOATE

CHOATE HALL & STEWART LLP

March 26, 2008

Brian A. Davis
(617) 248-5056
bad@choate.com

BY ELECTRONIC FILING

The Honorable Douglas P. Woodlock
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 4110
Boston, Massachusetts 02210

Re:    John Hancock Life Insurance Company, *et al.*
       v. Abbott Laboratories
       U.S.D.C. (Mass.) Civil Action No. 05-11150-DPW

Dear Judge Woodlock:

During the live cross-examination of Dr. John Leonard on Tuesday, March 11, 2008, Your Honor requested that John Hancock provide the Court with a reference to "Abbott documents that predate [the Research Funding Agreement]" demonstrating Abbott's knowledge that Phase III development of "Prinomastat" and "Marimastat," two competing MMPI compounds in the same family as ABT-518, previously had been discontinued by their respective sponsors, contrary to the express representations made by Abbott on pages 4-5 of its final Descriptive Memorandum for ABT-518 (Trial Exhibit No. 265).  *See* Trial Tr. vol. 1, pp. 1013-1014 (March 11, 2008), relevant excerpts of which are attached hereto as <u>Exhibit A</u>.

In response to Your Honor's request, John Hancock respectfully refers the Court to Trial Exhibit Nos. 196, 308 and 67, copies of which are also attached to this letter for the Court's convenience.  As represented on March 11, 2008, each of these exhibits predates the signing of the Research Funding Agreement, and each demonstrates Abbott's knowledge prior to March 13, 2001 that Phase III clinical development of Prinomastat and/or Marimastat had been discontinued.

More specifically, Exhibit 196 is an internal Abbott e-mail, dated August 7, 2000, circulating a Pfizer press release, dated August 4, 2000, which announced, in part, on page ABBT0061748 that,

> Pfizer halted phase III clinical trials of prinomastat, a matrix
> metalloprotease inhibitor, in advanced hormone refractory
> cancer and advanced non-small cell lung cancer, on failure

Letter to Hon. Douglas P. Woodlock
UNITED STATES DISTRICT COURT
March 26, 2008
Page 2

> to meet primary efficacy objectives. The company intends to continue exploration of prinomastat in other tumor types and in earlier stage disease. Pfizer said four phase II trials are currently underway and two additional phase II trials will begin shortly.

Exhibit 308 is an internal Abbott document titled "July 2000 - 'Top' Issues," which states, in part, on page ABBT0017616 that "Pfizer (Agouron) announced 8/4/00 that they were stopping Phase III trials of prinomastat in advanced prostate and NSCLC [*i.e.*, non-small cell lung cancer] because 'primary efficacy objectives were not met.'"

Lastly, Exhibit 67 is an internal Abbott monthly update concerning ABT-518, dated February 2001, which repeats on page ABBT0000345 that "Pfizer announced 8/4/00 that they were stopping Phase III trials of prinomastat in advanced prostate and NSCLC because 'primary efficacy objectives were not met,'" and further states on the same page that "Marimastat development was discontinued on 2/15/01" by "British Biotech."

I hope that these materials provide the information that Your Honor was seeking. If for some reason they do not, I would be happy to respond further if instructed to do so by the Court.

Thank you for your consideration.

Very truly yours,

Brian A. Davis

Attachments

cc:    Jeffrey I. Weinberger, Esq. (by electronic mail)
       Gregory D. Phillips, Esq. (by electronic mail)
       Eric J. Lorenzini, Esq. (by electronic mail)
       Özge Güzelsu, Esq. (by electronic mail)

4314303.1

# EXHIBIT A

1009

Leonard - Recross/Davis

8   Q.   Do you recall that there was some discussion and some

9   questions by Mr. Weinberger about Marimistat and Prinomastat?

10         Do you remember that?

11   A.   I do recall.

12   Q.   And I think it was your testimony that -- he showed you

13   some documents that indicated that they were still in -- at

14   least Prinomastat was still in Phase II trials; do you

15   remember that?

16   A.   I do.

17   Q.   In fact, I think it was Plaintiff's BD, now Exhibit 200,

18   and it's in your binder.

19         Would you take a look at that document for a

20   moment?

21   A.   (The witness so complied.)

22         (Pause.)

23   BY MR. DAVIS:

24   Q.   And if you'd look at the second page of Exhibit 200, the

25   page that ends in 9971.

DIANE M. MOLAS, RPR, DE CSR, and NJ CCR
USDC - MAD
OFFICIAL COURT REPORTER

1010

Leonard - Recross/Davis

1          Do you see that?

2    A.   I have that.

3    Q.   Reference at the bottom to Prinomastat, right?

4    A.   Yes.

5    Q.   And it says: Pfizer discontinued the Phase III studies.

6    mentioned above in August of 2000, due to failure to meet

7    primary efficacy objectives.

8          Do you see that?

9    A.   I do.

10   Q.   You knew, even before this document came down, this was

11   written that Abbott -- that Pfizer had discontinued any

12   Phase III studies for that compound, right?

13   A.   The value of the information we have at ASCO speaks to

14   totally different scientific things that we needed to learn to

15   make an informed decision.

16          A press release is not the useful way of sharing

17   information that we can make any kind of informed scientific

18   judgment on a product.

19   Q.   But you knew before -- certainly, before the date of

20   this document, and before even March of 2001 -- that Pfizer

21   had stopped all of its Phase III trials for Prinomastat?

22          THE COURT: Phase II or Phase III?

23   BY MR. DAVIS:

24   Q.   Phase III trial for Prinomastat.

25   A.   Actually, I don't know that all Phase III trials were

1011

Leonard - Recross/Davis

1    stopped.

2            We're aware that two were stopped.  I don't think

3    we knew how many were actually going on.  There was no

4    registry to disclose all the work that was taking place.  We

5    knew they continued to be active in the field.

6    Q.   But Abbott represented to Hancock that there were

7    Phase III trials underway, correct, for that compound, right?

8    A.   At that time, yeah.

9    Q.   And Marimistat, I think there were some questions about

10   Marimistat, and Mr. Weinberger directed your attention to the

11   last sentence in that paragraph which states:  According to

12   BBT executives, the future direction of Marimistat development

13   is the subject of ongoing discussion with Schering-Plough and

14   with external experts.

15           Do you see that?

16   A.   Yes, I do.

17   Q.   And, in your mind, Dr. Leonard, is that the same as

18   saying that Marimistat is still in Phase III trial?

19   A.   I don't know what it means.

20   Q.   And it's true, is it not, Dr. Leonard, that, even after

21   Dr. Leiden reversed the halt on the Phase I clinical trial of

22   ABT-518, in March of 2001, that other development activities

23   for that compound remained on hold?

24   A.   I think that's true.

25        Development is an array of different things that

DIANE M. MOLAS, RPR, DE CSR, and NJ CCR
USDC - MAD
OFFICIAL COURT REPORTER

1012

Leonard - Recross/Davis

1   take place.  Clinical trials and much of development is not

2   clinical trials.  Formulation development, toxicology,

3   statistical plans, et cetera.

4        Things that are necessary for Go/No-Go Decisions

5   may be on a critical path, other activities are not on a

6   critical path, and we look all the time to make sure we are

7   doing things in the most efficient cost-effective way, and

8   that's probably what was taking place with that program.

9   Q.   Would you agree with me that when Dr. Leiden issued his

10   halt order in early March of 2001, that the only thing that

11   was restarted afterwards was the Phase I clinical trial, the

12    other development activities for ABT-518 remained on hold?

13    A.    I don't recall specifically, but that wouldn't surprise

14    me.

15          That's the key critical information to make a

16    decision and go forward.

17          THE COURT:  May I just stop for a moment?

18          MR. DAVIS:  Yes.

19          THE COURT:  Because I don't understand the aspects

20    of BD, which had been marked as 200, just in terms of timing.

21          If we turn to Page 971, second page of the

22    memorandum, the two points that you made reference to do have

23    footnotes to them.  Starting with Marimistat, the quotation of

24    subject of ongoing discussion with Schering-Plough with

25    external experts is Footnote 10, and that then, refers to some

1013
Leonard - Recross/Davis

1    news release on May 2, 2001?

2          MR. DAVIS:  Yes, Your Honor.

3          THE COURT:  After that decision was made or after

4    the clinical -- or, after the agreement was entered into?

5          MR. DAVIS:  Correct, Your Honor.

6          THE COURT:  That's the source of that information?

7         MR. DAVIS:  Well, Your Honor, there is a February,

8    2001, document that has been entered in evidence.

9         THE COURT:  But, referring to this document, that's

10   the source?

11        MR. DAVIS:  As I understand it, Your Honor.

12        THE COURT:  Okay; and, turning to the Prinomastat,

13   this first cite, anyway, is -- in the page running over from

14   971 to 972, is the sentence dealing with the four Phase II

15   trials with, two additional trials planned, and that is a

16   reference report on July 2, 2001, right?

17        MR. DAVIS:  Yes.

18        THE COURT:  Now, is that, do you understand,

19   whether that discontinuance, in August, 2000, was the subject

20   of that reference report or was there some information

21   publicly available before that?

22        MR. DAVIS:  It was information publicly available,

23   and it's represented in Abbott documents that predate this

24   agreement.

25        THE COURT:  Alright.  I want to be referred to

DIANE M. MOLAS, RPR, DE CSR, and NJ CCR
USDC - MAD
OFFICIAL COURT REPORTER

1014

Leonard - Recross/Davis

1   those, at some point.

2        MR. DAVIS:  I will do that.

3        THE COURT:  Okay.

# EXHIBIT 196



 Susan M
Glad/LAKE/PPRD/ABBOTT
10/19/2000 11:44 AM

To   Diane L D'Amico/LAKE/PPRD/ABBOTT@ABBOTT
cc
bcc
Subject   Toxicology Comments on ABT-518 Strategy

Diane:

I know that this is a lot of information but it might serve as a useful archive at some point.

Sue

--------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM ---------------------------

 William M Bracken
05/22/2000 09:46 AM

To:     Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT
cc:     Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
Subject: Toxicology Comments on ABT-518 Strategy

Bob

My comments are attached and are in red.

Bill


ABT-518 Strategy v2.doc
--------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM ---------------------------

Steve Wittenberger
05/25/2000 01:02 PM

To:     Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT,
        William M Bracken/LAKE/PPRD/ABBOTT@ABBOTT, John F Bauer/LAKE/PPRD/ABBOTT@ABBOTT,
        Kennan C Marsh/LAKE/PPRD/ABBOTT@ABBOTT, Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT,
        Steven K Davidsen/LAKE/PPRD/ABBOTT@ABBOTT
cc:     Steve King/LAKE/PPRD/ABBOTT@ABBOTT, Clint Brooks/LAKE/PPRD/ABBOTT@ABBOTT, David R
        Hill/LAKE/PPRD/ABBOTT@ABBOTT, Ashok K Gupta/LAKE/PPRD/ABBOTT@ABBOTT, Sou-Jen
        Chang/LAKE/PPRD/ABBOTT@ABBOTT, James A Morley/LAKE/PPRD/ABBOTT@ABBOTT, Thomas P
        Eskay/LAKE/PPRD/ABBOTT@ABBOTT, Dilinie P Fernando/LAKE/PPRD/ABBOTT@ABBOTT, Dilinie P
        Fernando/LAKE/PPRD/ABBOTT@ABBOTT
Subject: MMPI ABT-518

This is to update the progress of the campaign to prepare ABT-518 for toxicological and phase one
multiple dose studies.  The synthesis is proceeding very well.  We have experienced problems and delays
in the delivery of key starting materials that have put us off our original delivery estimates, however we
are now past those points.  This campaign should deliver approximately 5kg bulk drug (although I caution
that it is not yet "in the bottle").

CONFIDENTIAL
ABBT0061739

At this point the estimate is 1.5kg will be required to supply the 1-month tox studies and this material should be ready by Friday June 16. We are scheduled to move into the R8 facility the week of June 26 to process the material needed to support the first part of the clinical study. This material will done by June 30 at which point it will move to PARD for analysis and approval. The plan is to deliver enough bulk drug to prepare all of the 25mg doses as well as sufficient compound to make 200mg doses to take us into 2Q 2001. Approximate amounts of total compound required to take us through the following months are April, 900g; May, 1300g; June, 1800g. A decision on exactly when to plan the resupply depends somewhat on other bulk drug needs, stability data, etc., and will need to be made shortly. Any drug not used for the tox studies or the clinical study would be available for other uses (such as formulation etc.).

We are finishing up gathering quotes on raw materials to provide cost estimates on 5kg and 30kg bulk drug deliveries to provide material for the rest of the phase one study and beyond. The numbers will be presented as soon as they are available.

I'd like to aknowledge the tremendous efforts of the Process Chemistry/PARD MMPI team: Sou-Jen Chang, Dilinie Fernando, David Hill, Ashok Gupta, Tom Eskay, and Jim Morley. They have done a great job in defining and executing the synthetic chemistry on scale and developing methods and identifing impurities on the analytical side. Thanks to the rest of the transistion team as well for bearing with us through the slow times of the scale-up campaign as we waited for our materials to be delivered

SJW

------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM -------------



John F Bauer                                    05/25/2000 02:17 PM

To:     Steve Wittenberger/LAKE/PPRD/ABBOTT@ABBOTT
cc:     Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT,
        William M Bracken/LAKE/PPRD/ABBOTT@ABBOTT, Kennan C Marsh/LAKE/PPRD/ABBOTT@ABBOTT,
        Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Steven K Davidsen/LAKE/PPRD/ABBOTT@ABBOTT,
        Steve King/LAKE/PPRD/ABBOTT@ABBOTT, Clint Brooks/LAKE/PPRD/ABBOTT@ABBOTT, David R
        Hill/LAKE/PPRD/ABBOTT@ABBOTT, Ashok K Gupta/LAKE/PPRD/ABBOTT@ABBOTT, Sou-Jen
        Chang/LAKE/PPRD/ABBOTT@ABBOTT, James A Morley/LAKE/PPRD/ABBOTT@ABBOTT, Thomas P
        Eskay/LAKE/PPRD/ABBOTT@ABBOTT, Dilinie P Fernando/LAKE/PPRD/ABBOTT@ABBOTT, Yeshwant
        D Sanzgiri/LAKE/PPRD/ABBOTT@ABBOTT, John B Cannon/LAKE/PPRD/ABBOTT@ABBOTT
Subject: Re: MMPI ABT-518

Thanks for the update Steve. The information about the formulations is correct at this point but we would much prefer to use 50 mg rather than 25 mg if tox permits. Bob and Bill please let us know as soon as you can. thanks
Steve Wittenberger

        Steve Wittenberger
        05/25/2000 01:02 PM

To:     Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT,
        William M Bracken/LAKE/PPRD/ABBOTT@ABBOTT, John F Bauer/LAKE/PPRD/ABBOTT@ABBOTT,
        Kennan C Marsh/LAKE/PPRD/ABBOTT@ABBOTT, Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT,
        Steven K Davidsen/LAKE/PPRD/ABBOTT@ABBOTT

CONFIDENTIAL

ABBT0061740

cc:     Steve King/LAKE/PPRD/ABBOTT@ABBOTT, Clint Brooks/LAKE/PPRD/ABBOTT@ABBOTT, David R
        Hill/LAKE/PPRD/ABBOTT@ABBOTT, Ashok K Gupta/LAKE/PPRD/ABBOTT@ABBOTT, Sou-Jen
        Chang/LAKE/PPRD/ABBOTT@ABBOTT, James A Morley/LAKE/PPRD/ABBOTT@ABBOTT, Thomas P
        Eskay/LAKE/PPRD/ABBOTT@ABBOTT, Dilinie P Fernando/LAKE/PPRD/ABBOTT@ABBOTT, Dilinie P
        Fernando/LAKE/PPRD/ABBOTT@ABBOTT

Subject:  MMPI ABT-518

This is to update the progress of the campaign to prepare ABT-518 for toxicological and phase one
multiple dose studies.  The synthesis is proceeding very well.  We have experienced problems and delays
in the delivery of key starting materials that have put us off our original delivery estimates, however we
are now past those points.  This campaign should deliver approximately 5kg bulk drug (although I caution
that it is not yet "in the bottle").

At this point the estimate is 1.5kg will be required to supply the 1-month tox studies and this material
should be ready by Friday June 16.  We are scheduled to move into the RB facility the week of June 26 to
process the material needed to support the first part of the clinical study.  This material will done by June
30 at which point it will move to PARD for analysis and approval.  The plan is to deliver enough bulk drug
to prepare all of the 25mg doses as well as sufficient compound to make 200mg doses to take us into 2Q
2001.  Approximate amounts of total compound required to take us through the following months are
April, 900g; May, 1300g; June, 1800g.  A decision on exactly when to plan the resupply depends
somewhat on other bulk drug needs, stability data, etc., and will need to be made shortly.  Any drug not
used for the tox studies or the clinical study would be available for other uses (such as formulation etc.).

We are finishing up gathering quotes on raw materials to provide cost estimates on 5kg and 30kg bulk
drug deliveries to provide material for the rest of the phase one study and beyond  The numbers will be
presented as soon as they are available.

I'd like to aknowledge the tremendous efforts of the Process Chemistry/PARD MMPI team:  Sou-Jen
Chang, Dilinie Fernando, David Hill, Ashok Gupta, Tom Eskay, and Jim Morley.  They have done a great
job in defining and executing the synthetic chemistry on scale and developing methods and identifing
impurities on the analytical side.  Thanks to the rest of the transistion team as well for bearing with us
through the slow times of the scale-up campaign as we waited for our materials to be delivered

SJW

---------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM
-----------------------

          Robert Hansen
          06/15/2000 12:09 PM

To:     Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT, Lori V Rountree/LAKE/PPRD/ABBOTT@ABBOTT, Azmi
        A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT, Diane C Bronson/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  ABT-518 tox lot

---------------------- Forwarded by Robert Hansen/LAKE/PPRD/ABBOTT on 06/15/2000 12:08 PM
-----------------------

STEVE WITTENBERGER
06/15/2000 11:11 AM

To:     William M Bracken/LAKE/PPRD/ABBOTT@ABBOTT, Lise I Loberg/LAKE/PPRD/ABBOTT@ABBOTT

CONFIDENTIAL
ABBT0061741

cc:     James A Morley/LAKE/PPRD/ABBOTT@ABBOTT, Thomas P Eskay/LAKE/PPRD/ABBOTT@ABBOTT,
        John F Bauer/LAKE/PPRD/ABBOTT@ABBOTT, Steve King/LAKE/PPRD/ABBOTT@ABBOTT, Robert
        Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Steven K Davidsen/LAKE/PPRD/ABBOTT@ABBOTT, Perry D
        Nisen/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  ABT-518 tox lot

We have completed preparing the tox lot of ABT-518. 1.70kg of the material (lot# 67304-147-4) will be
sent to Bill Bracken via the stockroom shuttle this afternoon. Analytical results will be forthcoming from
Jim Morley.

We have about 4kg that will been processed in the CAPD R8 special labs the week of June 26 that will be
available for clinical use following analytical evaluation and release.

---------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM
-------------------------

                Robin A Rothkopf
                06/16/2000 08:59 AM

To:     Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT, Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT,
        Rebecca S Hoffman/LAKE/PPRD/ABBOTT@ABBOTT, Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  MMPI press release

Decision Resources Study Evaluates the Clinical Progress and Commercial Potential of Emerging Matrix
Metalloproteinase Inhibitors

------------------------------------------------------------------------
Date: Thursday, June 15, 2000
Source: PR Newswire
------------------------------------------------------------------------

WALTHAM, Mass., June 14 /PRNewswire/ via NewsEdge Corporation -- Data from extensive
experimental research and clinical studies provide strong evidence suggesting that matrix
metalloproteinases (MMPs) are intimately involved in physiological processes of tissue remodeling and
development. Matrix metalloproteinase inhibitors (MMPIs) are being developed for various forms of
cancer, arthritis (osteoarthritis and rheumatoid arthritis), periodontal diseases, and
ocular diseases. Laboratory and clinical studies have established that MMPIs are orally active and, apart
from possible musculoskeletal side effects, well tolerated compared with many of the drugs with which
they will have to compete (e.g., cytotoxics and corticosteroids). Assuming MMPIs prove efficacious in
ongoing clinical trials, their advantages will support the widespread use of these drugs, mainly for treating
cancer and arthritis.

(Photo: http://www.newscom.com/cgi-bin/pmh/20000303/DECISION )

Emerging Matrix Metalloproteinase Inhibitors is a new study published by Decision Resources, Inc     .,
that presents a thorough review of the roles of MMPs in biology and disease, placing a major
emphasis on the development of MMPIs . This study is based on in -depth interviews with
researchers active in MMPI development and presents their views regarding the key issues involved
in the successful commercialization
of these agents . The relative merits of each MMPI are analyzed with respect to their market
potential, as well as their ability to compete with existing therapies     . An assessment of the most
prominent pharmaceutical companies with significant MMPI development programs is also
presented .

CONFIDENTIAL
ABBT0061742

We project that sales of MMPIs for six major cancers (breast, non-small- cell lung, small-cell lung, prostate, ovarian, and colorectal) will generate sales of nearly $900 million by 2009, assuming positive results in ongoing trials. The main factor that may limit future sales of MMPIs for cancer is the wealth of competing antiangiogenesis agents being developed, of which several appear promising

In the arthritis market, MMPIs face different challenges, particularly musculoskeletal side effects. However, considerable progress has been made in this area and we believe that the early-stage MMPIs with improved side-effect profiles will succeed in the clinic. Assuming use in only a small fraction of early-stage patients we estimate sales of MMPIs for arthritis will reach $1.3 billion by 2009-an impressive return for companies willing to venture into this "high-risk" arena.

Emerging Matrix Metalloproteinase Inhibitors is part of Mosaic, one of six Pharmacor services that evaluate the commercial potential of drugs in research and development

Contact: Frank Sama, 781.487.3753 (telephone), 781.487.5750 (fax), or sama@dresources.com (e-mail). In Europe, contact Ms. Vera Bisegna, +32.2.351.1079 (telephone), +32.2.351.2347 (fax), or vbisegna@compuserve.com (e-mail).
In Japan, contact Ms. Makiko Yoshimoto, +81.3.5401.2615 (telephone), +81.3.5401.2617 (fax), or makiko@bl.mmtr.or.jp (e-mail). http://www.dresources.com

Decision Resources, Inc., is a world leader in research publications, advisory services, and consulting designed to help clients shape strategy,
allocate resources, and master their chosen markets. Founded as a subsidiary of Arthur D. Little, Inc., the company has provided strategic information
services for 30 years, assessing industry trends in the international health care and pharmaceutical industries.

SOURCE Decision Resources, Inc.

/CONTACT: Frank Sama of Decision Resources, 781-487-3753,
or sama@dresources.com/ /Photo: NewsCom:
http://www.newscom.com/cgi-bin/pmh/20000303/DECISION AP Archive: http://photoarchive.ap.org PRN Photo Desk,
888-776-6555 or 201-369-3467/ /Web site: http://www.dresources.com/

------------------ Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM
----------------------

Steven K Davidsen    06/16/2000 09:21 AM

To:    Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT, Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Perry D Nisen/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:   Re: MMPI press release

I forwarded an earlier version of this to Lisa last week - she thinks the numbers are a bit high.

Steve
Susan M Glad

CONFIDENTIAL
ABBT0061743

Susan M Glad

06/16/2000 09:12 AM

To:     Lisa A Lux/LAKE/PPD/ABBOTT@ABBOTT, Steven K Davidsen/LAKE/PPRD/ABBOTT@ABBOTT, Lori V
        Rountree/LAKE/PPRD/ABBOTT@ABBOTT, Diane C Bronson/LAKE/PPRD/ABBOTT@ABBOTT, Diane M
        Medina/LAKE/PPRD/ABBOTT@ABBOTT, Kysa A Meek/LAKE/PPRD/ABBOTT@ABBOTT, Karla
        Fischer/LAKE/PPRD/ABBOTT@ABBOTT
cc:     Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT, Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT,
        Rebecca S Hoffman/LAKE/PPRD/ABBOTT@ABBOTT
Subject: MMPI press release


-------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 05/16/2000 09:11 AM
---------------------------

          Robin A Rothkopf
          06/16/2000 08:59 AM

To:     Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT, Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT,
        Rebecca S Hoffman/LAKE/PPRD/ABBOTT@ABBOTT, Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject: MMPI press release


Decision Resources Study Evaluates the Clinical Progress and Commercial Potential of Emerging Matrix
Metalloproteinase Inhibitors

-----------------------------------------------------------------------

Date: Thursday, June 15, 2000
Source: PR Newswire
-----------------------------------------------------------------------

WALTHAM, Mass., June 14 /PRNewswire/ via NewsEdge Corporation -- Data from extensive
experimental research and clinical studies provide strong evidence suggesting that matrix
metalloproteinases (MMPs) are intimately involved in physiological processes of tissue remodeling and
development. Matrix metalloproteinase inhibitors (MMPIs) are being developed for various forms of
cancer, arthritis (osteoarthritis and rheumatoid arthritis), periodontal diseases, and
ocular diseases. Laboratory and clinical studies have established that MMPIs are orally active and, apart
from possible musculoskeletal side effects, well tolerated compared with many of the drugs with which
they will have to compete (e.g., cytotoxics and corticosteroids). Assuming MMPIs prove efficacious in
ongoing clinical trials, their advantages will support the widespread use of these drugs, mainly for treating
cancer and arthritis.

(Photo: http://www.newscom.com/cgi-bin/prnh/20000303/DECISION )

Emerging Matrix Metalloproteinase Inhibitors is a new study published by Decision Resources, Inc.,
that presents a thorough review of the roles of MMPs in biology and disease, placing a major
emphasis on the development of MMPIs . This study is based on in -depth interviews with
researchers active in MMPI development and presents their views regarding the key issues involved
in the successful commercialization
of these agents . The relative merits of each MMPI are analyzed with respect to their market
potential, as well as their ability to compete with existing therapies    . An assessment of the most
prominent pharmaceutical companies with significant MMPI development programs is also
presented .

CONFIDENTIAL
ABBT0061744

We project that sales of MMPIs for six major cancers (breast, non-small- cell lung, small-cell lung, prostate, ovarian, and colorectal) will generate sales of nearly $900 million by 2009, assuming positive results in ongoing trials. The main factor that may limit future sales of MMPIs for cancer is the wealth of competing antiangiogenesis agents being developed, of which several appear promising

In the arthritis market, MMPIs face different challenges, particularly musculoskeletal side effects. However, considerable progress has been made in this area and we believe that the earlystage MMPIs with improved side-effect profiles will succeed in the clinic. Assuming use in only a small fraction of early-stage patients we estimate sales of MMPIs for arthritis will reach $1.3 billion by 2009-an impressive return for companies willing to venture into this "high-risk" arena.

Emerging Matrix Metalloproteinase Inhibitors is part of Mosaic, one of six Pharmacor services that evaluate the commercial potential of drugs in research and development

Contact: Frank Sama, 781.487.3753 (telephone), 781.487.5750 (fax), or sama@dresources.com (e-mail). In Europe, contact Ms. Vera Bisegna, +32.2.351.1079 (telephone), +32.2.351.2347 (fax), or vbisegna@compuserve.com (e-mail). In Japan, contact Ms. Makiko Yoshimoto, +81.3.5401.2615 (telephone), +81.3.5401.2617 (fax), or makiko@bl.mmtr.or.jp (e-mail). http://www.dresources.com

Decision Resources, Inc., is a world leader in research publications, advisory services, and consulting designed to help clients shape strategy, allocate resources, and master their chosen markets Founded as a subsidiary of Arthur D. Little, Inc., the company has provided strategic information services for 30 years, assessing industry trends in the international health care and pharmaceutical industries

SOURCE Decision Resources, Inc.

/CONTACT: Frank Sama of Decision Resources, 781-487-3753, or sama@dresources.com/ /Photo: NewsCom: http://www.newscom.com/cgi-bin/prnh/20000303/DECISION AP Archive: http://photoarchive.ap.org PRN Photo Desk, 888-776-6555 or 201-369-3467/ /Web site: http://www.dresources.com/

---------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM
----------------------------

Tamara L Garavalia
07/18/2000 03:29 PM

To:      Kysa A Meek/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT, John B Cannon/LAKE/PPRD/ABBOTT@ABBOTT
Subject: Re: MMP CSR drug needs

Kysa,

Attached is the Bulk CSR as discussed:

CONFIDENTIAL
ABBT0061745



OTV00 3110.doc

Please fax a copy of the approved Bulk CSR to me at 78253.  Send the original to John Cannon 4P7 R1B.

Regards,
Tamara
Kysa A Meek



Kysa A Meek

07/18/2000 01:02 PM

To:      Tamara L Garavalia/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  MMP CSR drug needs

Tamara,

Here are the numbers I have come up with for the MMPI study.

For the entire study we need:

 10060 25 mg capsules (this gives us flexibility in case we need to decrease the dosing intervals to 50 mg)
17888 200 mg capsules

If we have drug available to ship in May we need the following with this supply.

7125  25 mg capsules
3188  200 mg capsules

If we don't have drug available to ship until August we need:

8175  25 mg capsules
7276  200 mg capsules

If you could send me the CSR today I can sign it – otherwise Susan will have to sign it because I am leaving for vacation tomorrow.  When you get a chance, give me a call and we can call the PARD folks

Thanks again for your help,

Kysa


------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM -------------------------



Kysa A Meek

07/18/2000 03:29 PM

To:      Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT


CONFIDENTIAL
ABBT0061746

cc:
Subject: MMP CSR

Sue,

I will send the CSR to John this afternoon. Here is the scoop. They are going to make 6000  25 mg
capsules now. They won't be able to make the entire 10060 at once. They will make 200 mg capsules in
December. They never were going to make 200 mg caps now. I told Tamara to get in touch with you if
she needs anything else.

Kysa
------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM

```
           Robert Hansen
           07/19/2000 07:59 AM
```

To:        Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  Re: MMP CSR

Susan

Did Kysa calculate her numbers from the supply spread sheet on the L drive?

Bob
------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM

```
     Jackie A Schroeder                    07/21/2000 08:04 AM
```

To:        Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT, Diane C Bronson/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  CDA - Dr. Zonnenberg

I received the signed, faxed CDA from Dr. Zonnenberg this morning.
------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM

```
           Robin A Rothkopf
           08/07/2000 08:15 AM
```

To:        Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT, Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT,
           Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Lori V Rountree/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  MMPI press release

Pfizer halted phase III clinical trials of prinomastat, a matrix metalloprotease inhibitor, in advanced
hormone refractory prostate cancer and advanced non   -small cell lung cancer, on failure to meet
primary efficacy objectives  .

------------------------------------------------------------------
Date: Monday, August 7, 2000
Source: Bridge Information Systems, Inc.
------------------------------------------------------------------

CONFIDENTIAL
ABBT0061747

Bridge Information Systems, Inc. via NewsEdge Corporation : By BridgeNews

New York--Aug 4--Pfizer halted phase III clinical trials of prinomastat, a matrix metalloprotease inhibitor, in advanced hormone refractory prostate cancer and advanced nonsmall cell lung cancer, on failure to meet primary efficacy objectives. The company intends to continue exploration of prinomastat in other tumor types and in earlier stage disease. Pfizer said four phase II trials are currently underway and two additional phase II trials will begin shortly.

--Rajendra Palande, BridgeNews

The following is the text of today's announcement with emphasis added by BridgeNews BridgeStation links to company data have been inserted at the end: Pfizer Discontinues Phase III Trials of Prinomastat in Advanced Cancers but

NEW YORK and LA JOLLA, Calif., August 4 -- PFIZER (NYSE: PFE) ANNOUNCED TODAY THAT PRELIMINARY RESULTS OF PHASE III CLINICAL TRIALS OF PRINOMASTAT, A MATRIX METALLOPROTEASE INHIBITOR (MMPI), IN ADVANCED HORMONE REFRACTORY PROSTATE CANCER AND ADVANCED (STAGE IV) NON-SMALL CELL LUNG CANCER DID NOT MEET PRIMARY EFFICACY OBJECTIVES. NEITHER DETRIMENTAL NOR CONVINCING BENEFICIAL EFFECT OF THE COMBINATION OF PRINOMASTAT WITH STANDARD CHEMOTHERAPY WAS OBSERVED. CONSEQUENTLY, PFIZER IS HALTING THESE TWO PHASE III TRIALS.

Based on input from the Data Safety Monitoring Board (DSMB), patients having earlier stage (Stage IIIB) disease recruited into a second on-going non-small cell lung cancer trial will continue to be studied. THE COMPANY INTENDS TO CONTINUE EXPLORATION OF PRINOMASTAT IN OTHER TUMOR TYPES AND MOST IMPORTANTLY, IN EARLIER STAGE DISEASE, WHERE ONCOLOGISTS BELIEVE INHIBITION OF ANGIOGENESIS MAY HAVE GREATER UTILITY. FOUR PHASE II TRIALS ARE CURRENTLY UNDERWAY AND TWO ADDITIONAL PHASE II TRIALS WILL BEGIN SHORTLY.

Pfizer conducted multi-center, randomized, double-bind, placebo controlled trials to evaluate the safety and efficacy of prinomastat in combination with standard chemotherapy in patients with advanced hormone refractory prostate cancer and non-small cell lung cancer. Safety was not a factor in the decision to halt these trials. The details of the trial results will be presented on a later date in a scientific forum.

"Although we are disappointed in the outcome of these trials, we intend to continue exploration of prinomastat, and remain very interested in the field of MMPI research, and are committed to the many novel approaches to the treatment of cancer under development in our laboratories The Phase II clinical trials of prinomastat underway and planned in different tumor settings and earlier stage disease should provide critical information relative to earlier intervention of angiogenesis,"
said Barry Quart, Pharm.D., Head of Pfizer Global Research and Development, La Jolla Laboratories

Pfizer Global Research and Development, La Jolla Laboratories is the Research and Development component of Agouron, a wholly owned entity of Pfizer Inc (NYSE: PFE), and are committed to the discovery, development, and marketing of innovative therapeutic products engineered to inactive proteins that play key roles in cancer, AIDS, and other serious diseases.

Pfizer Inc, the world's largest pharmaceutical company, discovers, develops, manufactures and markets leading prescription medicines, for humans and animals, and many of the world's best known over-the-counter brands. This year, Pfizer expects global sales of more than $31 billion and has a research and development
budget of $4.7 billion.

SOURCE Pfizer Inc

/CONTACT: Sonia Anchundo, La Jolla, 858-622-7340, Andy McCormick, 212-573-1226, both of Pfizer Inc/

CONFIDENTIAL
ABBT0061748

-------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM
------------------------

 Yeshwant D Sanzgiri
08/11/2000 11:27 AM

To:      Thomas P Eskay/LAKE/PPRD/ABBOTT@ABBOTT, John F Bauer/LAKE/PPRD/ABBOTT@ABBOTT,
         Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT,
         Elisabeth A Piquet/LAKE/PPRD/ABBOTT
cc:      Stephen I Rynkiewicz/LAKE/PPRD/ABBOTT@ABBOTT, Syndy Herner, John B
         Cannon/LAKE/PPRD/ABBOTT@ABBOTT
Subject: MMPI (ABT-518) Clinical manufacture - URGENT REQUESTS !!

All,

We are trying to get the MMPI clinical manufacture started on Monday 8/14/00.

We have specific requests for each of you to help make this happen

Tom/John
We need your help to expedite (push!) the physical transfer of bulk drug from the CAPD warehouse to
IMM in M3B-2.

Bob/Sue
We need you to approve the Material Release Request as soon as you get it from Syndy Herner of IMM

Elisabeth
Can you release 8000 capsules from the 124000 you have placed on hold?
If not we would have to request them from somewhere else and it may take several days and delay us
Many thanks !

All, please call Steve Rynkiewicz at 8-6674 for any updates or clarification.  I will be out of the office the
minute I send this e-mail !

Thank you,

Yeshwant
-------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM
------------------------

Syndy G Herner
08/11/2000 11:56 AM

To:      Yeshwant D Sanzgiri/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Thomas P Eskay/LAKE/PPRD/ABBOTT@ABBOTT, John F Bauer/LAKE/PPRD/ABBOTT@ABBOTT,
         Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT,
         Elisabeth A Piquet/LAKE/PPRD/ABBOTT, Stephen I Rynkiewicz/LAKE/PPRD/ABBOTT@ABBOTT, Syndy
         G Herner/LAKE/PPRD/ABBOTT@ABBOTT, John B Cannon/LAKE/PPRD/ABBOTT@ABBOTT
Subject: Re: MMPI (ABT-518) Clinical manufacture - URGENT REQUESTS !!

CONFIDENTIAL
ABBT0061749

I faxed the release to the venture (87139) this morning. Elisabeth said she does not need the capsules anymore. So, all we need is the drug to arrive in IMM and we will be able to process the bill of material on Monday morning.

Syndy

Yeshwant D Sanzgiri



Yeshwant D Sanzgiri
08/11/2000 11:27 AM

To:     Thomas P Eskay/LAKE/PPRD/ABBOTT@ABBOTT, John F Bauer/LAKE/PPRD/ABBOTT@ABBOTT,
        Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT,
        Elisabeth A Piquet/LAKE/PPRD/ABBOTT
cc:     Stephen I Rynkiewicz/LAKE/PPRD/ABBOTT@ABBOTT, Syndy Herner, John B
        Cannon/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  MMPI (ABT-518) Clinical manufacture - URGENT REQUESTS !!



All,

We are trying to get the MMPI clinical manufacture started on Monday 8/14/00.

We have specific requests for each of you to help make this happen.

**Tom/John**
We need your help to expedite (push!) the physical transfer of bulk drug from the CAPD warehouse to IMM in M3B-2.

**Bob/Sue**
We need you to approve the Material Release Request as soon as you get it from Syndy Herner of IMM

**Elisabeth**
Can you release 8000 capsules from the 124000 you have placed on hold?
If not we would have to request them from somewhere else and it may take several days and delay us
Many thanks !

All, please call Steve Rynkiewicz at 8-6674 for any updates or clarification.  I will be out of the office the minute I send this e-mail !

Thank you,

Yeshwant

------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM
-------------------



John F Bauer                          08/11/2000 12:54 PM

CONFIDENTIAL
ABBT0061750

To:    Yeshwant D Sanzgiri/LAKE/PPRD/ABBOTT@ABBOTT
cc:    Thomas P Eskay/LAKE/PPRD/ABBOTT@ABBOTT, Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT,
       Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT, Elisabeth A Piquet/LAKE/PPRD/ABBOTT@ABBOTT,
       Stephen I Rynkiewicz/LAKE/PPRD/ABBOTT@ABBOTT, Syndy G
       Herner/LAKE/PPRD/ABBOTT@ABBOTT, John B Cannon/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  Re: MMPI (ABT-518) Clinical manufacture - URGENT REQUESTS !! 📄

I checked on the bulk lot and it was sent to IMM this morning. thanks
--------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM

          Robert Hansen
          08/14/2000 09:53 AM

To:    Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  MMPI Stategy Doc

Susan

For your perusal & on to Sir Nisen

Bob

ABT-518 Strategy.doc
--------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM

          Tawakol A El-Shourbagy
          08/14/2000 01:20 PM

To:    Susan M Glad/LAKE/PPRD/ABBOTT
cc:    Robert Hansen/LAKE/PPRD/ABBOTT, Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT, Dean
       Hickman/LAKE/PPRD/ABBOTT, Stanley A Roberts/LAKE/PPRD/ABBOTT, Kennan C
       Marsh/LAKE/PPRD/ABBOTT, Matthew J Rieser/LAKE/PPRD/ABBOTT@ABBOTT, Reid
       Patterson/LAKE/PPRD/ABBOTT
Subject:  Method Development and Validation for ABT-518 and Metabolites

Sue,

I would like to set up a meeting to discuss the current status of the method for ABT-518 and metabolites.
The analytical method for few of the inactive metabolites is turning to be challenging to be validated.  I
would like to discuss with you the challenges, and see the options that might be available for us to assay
the tox. samples for ABT-518 and selected metabolites.

Thanks
--------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM

          Kysa A Meek

CONFIDENTIAL
ABBT0061751

 08/15/2000 04:27 PM

To:     Jan Peter de Geus/HOOFDDORP/AI/ABBOTT
cc:     Jim Looman/HOOFDDORP/AI/ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  MMP questions

Jan Peter,

Have you been able to contact Schellens and Zonnenberg regarding the dates of their Ethics Committee meetings in September and October?

We also were wondering about some pharmacodynamic markers and whether or not the sites could perform these assays. The ones we are considering are: VEGF, FGF, TNF1B and IL-8.

Could you send us the essential documents required under the new Dutch law?

Do both of these sites require a signed contract before we can submit everything to the EC?

Thanks in advance for your assistance,

Kysa
--------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM
---------------------------

Kysa A Meek

08/18/2000 08:36 AM

To:     Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT, Diane M Medina/LAKE/PPRD/ABBOTT@ABBOTT,
       Karla Fischer/LAKE/PPRD/ABBOTT@ABBOTT
cc:     Robin A Rothkopf/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  Re: MMP PD markers

I searched a publication database and I couln't find anything reporting any of these results from clinical trials. That isn't to say they didn't do them, but nothing came up in their results from the trials I looked at

Robin can you try to get this reference for us.

Thanks,

Kysa
--------------------- Forwarded by Kysa A Meek/LAKE/PPRD/ABBOTT on 08/18/2000 08:33 AM
---------------------------

Steven K Davidsen   08/18/2000 06:02 AM

To:     Kysa A Meek/LAKE/PPRD/ABBOTT@ABBOTT
cc:     Daniel H Albert/LAKE/PPRD/ABBOTT@ABBOTT, Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  Re: MMP PD markers

Kysa,

The markers you mentioned have largely been examined in clinical studies with marimastat, prinomastat or BAY 12-9566. Unfortunately, none have particularly useful in predicting efficacious doses. While this may be inherent to the compounds, I suggest that we look beyond what has been tried For example, the latest issue of Clinical Cancer Research (M. Ikeda, volume 6, pp. 3290) describes that measurement of

CONFIDENTIAL
ABBT0061752

gelatinolytic activity in tumor tissues and its inhibition by MMP inhibitors.  We have discussed this in the past with Lynn Matrisian, particularly as it relates to tumors for which repeated biopsies are feasible (e.g. head & neck).

Steve
Kysa A Meek



Kysa A Meek

08/15/2000 04:25 PM

To:       Steven K Davidsen/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  MMP PD markers

Oops here are the markers:

The following biologic markers will be done on screening, Day22, month two,

then every three months:  VEGF, FGF, TNF1B and IL-8 plasma samples

We are planning to do these in conjunction with the tumor assessments-- CT or

MRI scans.


Kysa

-------------------- Forwarded by Kysa A Meek/LAKE/PPRD/ABBOTT on 08/15/2000 04:23 PM
-------------------------



Kysa A Meek

08/15/2000 04:18 PM

To:       Steven K Davidsen/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  MMP PD markers

Steve,

I am working on the multiple dose protocol for the MMP.  Would you please review this PD marker wording and let me know if there are other markers that we should examine?  Are these appropriate for this compound?

I appreciate you input,

Kysa

CONFIDENTIAL
ABBT0061753

--------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM



Steve Wittenberger
08/28/2000 03:09 PM

To:      Steve King/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Clint Brooks/LAKE/PPRD/ABBOTT@ABBOTT, Dan W Norbeck/LAKE/PPRD/ABBOTT@ABBOTT, John
         M Leonard/LAKE/PPRD/ABBOTT@ABBOTT, Steven K Davidsen/LAKE/PPRD/ABBOTT@ABBOTT, John
         F Bauer/LAKE/PPRD/ABBOTT@ABBOTT, David M Brown/LAKE/PPRD/ABBOTT@ABBOTT, Gopi N
         Menon/LAKE/PPRD/ABBOTT@ABBOTT, Louise M Dube/LAKE/PPRD/ABBOTT@ABBOTT, Susan M
         Glad/LAKE/PPRD/ABBOTT@ABBOTT, Diane L D'Amico/LAKE/PPRD/ABBOTT@ABBOTT, Robert
         Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT, Perry D
         Nisen/LAKE/PPRD/ABBOTT@ABBOTT, James Steck/LAKE/PPRD/ABBOTT@ABBOTT, William M
         Bracken/LAKE/PPRD/ABBOTT@ABBOTT, David A Riley/ASHLAND/HPD/ABBOTT@ABBOTT
Subject: ABT-518 process report

Please find enclosed the process report describing the synthesis of ABT-518. A total of
5.89 kg of material was prepared under c-GMP guidelines. A 1.75 kg portion of this was
used to support pre-clinical one-month toxicological studies. The remainder was
recrystallized in the SPD R8 Special Lab and 3.80kg was made available for use in the
planned Phase I multiple rising dose study.

The process consists of six synthetic steps which produce bulk drug in 50% overall yield
as a white crystalline powder. The key reactions in the synthesis are: (a) the lithium
sulfone anion addition to (R)-methyl-O-isopropylidine glycerate to produce the
intermediate ketone in good yield and high enantiomeric excess, (b) the
diastereoselective Michael addition of N-hydroxylamine to the vinyl sulfone, and (c) the
formylation reaction that produces ABT-518 in high yield and excellent purity.

    

518 PR cover.doc ABT-518 PR.doc

SJW
--------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM

Robert Hansen
09/01/2000 03:31 PM

CONFIDENTIAL
ABBT0061754

To.    Walid Awni/LAKE/PPRD/ABBOTT@ABBOTT, John F Bauer/LAKE/PPRD/ABBOTT@ABBOTT, William M Bracken/LAKE/PPRD/ABBOTT@ABBOTT, Diane C Bronson/LAKE/PPRD/ABBOTT@ABBOTT, Robert A Carr/LAKE/PPRD/ABBOTT@ABBOTT, Steven K Davidsen/LAKE/PPRD/ABBOTT@ABBOTT, Tawakol A El-Shourbagy/LAKE/PPRD/ABBOTT@ABBOTT, Karla Fischer/LAKE/PPRD/ABBOTT@ABBOTT, Tamara L Garavalia/LAKE/PPRD/ABBOTT@ABBOTT, Julie A Garren/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT, Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Thomas C Harris/LAKE/AI/ABBOTT@ABBOTT, Dean Hickman/LAKE/PPRD/ABBOTT@ABBOTT, Rebecca S Hoffman/LAKE/PPRD/ABBOTT@ABBOTT, Steve King/LAKE/PPRD/ABBOTT@ABBOTT, Carmine Lanni/LAKE/PPRD/ABBOTT@ABBOTT, Michelle A Long/LAKE/PPRD/ABBOTT@ABBOTT, Lisa A Lux/LAKE/PPD/ABBOTT@ABBOTT, Kennan C Marsh/LAKE/PPRD/ABBOTT@ABBOTT, Diane M Medina/LAKE/PPRD/ABBOTT@ABBOTT, Kysa A Meek/LAKE/PPRD/ABBOTT@ABBOTT, Sherry J Morgan/LAKE/PPRD/ABBOTT@ABBOTT, Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT, Anil N Namboodiripad/LAKE/AI/ABBOTT@ABBOTT, Chudy I Nduaka/LAKE/PPRD/ABBOTT@ABBOTT, Robert ODea/LAKE/PPRD/ABBOTT@ABBOTT, Anita P Bakker/LAKE/PPRD/ABBOTT@ABBOTT, Matthew J Rieser/LAKE/PPRD/ABBOTT@ABBOTT, Stanley A Roberts/LAKE/PPRD/ABBOTT@ABBOTT, Lori V Rountree/LAKE/PPRD/ABBOTT@ABBOTT, Yeshwant D Sanzgiri/LAKE/PPRD/ABBOTT@ABBOTT, James Steck/LAKE/PPRD/ABBOTT@ABBOTT, Javier F Suarez/LAKE/CAPD/ABBOTT@ABBOTT, Steven E Townsend/LAKE/PPRD/ABBOTT@ABBOTT, Steve Wittenberger/LAKE/PPRD/ABBOTT@ABBOTT, Jim Looman/HOOFDDORP/AI/ABBOTT, Gordon Boyd/MAIDENHEAD/AI/ABBOTT@ABBOTT, Jan Peter de Geus/HOOFDDORP/AI/ABBOTT

cc:
Subject:    MMPI Transition Strategy Paper

Attached is the Transition Strategy Paper for the MMPI compound,  ABT-518



ABT-518 Transition Strategy.d

------------------ Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM

Robert Hansen
09/27/2000 08:41 AM

To:    Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  Marimastat/ovarian

------------------ Forwarded by Robert Hansen/LAKE/PPRD/ABBOTT on 09/27/2000 08:41 AM

Steven K Davidsen    09/27/2000 06:01 AM

To·    Perry D Nisen/LAKE/PPRD/ABBOTT@ABBOTT, Azmi A Nabulsi/LAKE/PPRD/ABBOTT@ABBOTT, Saul H Rosenberg/LAKE/PPRD/ABBOTT@ABBOTT, Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  Marimastat/ovarian

As expected....

*Date: Wednesday, September 27, 2000*
*Source: Business Wire*

CONFIDENTIAL
ABBT0061755

OXFORD, England--(BUSINESS WIRE) via NewsEdge Corporation -- British Biotech
(NASDAQ:BBIOY) announces the results of Study 186, a clinical trial of the oral matrix
metalloproteinase inhibitor, marimastat . Patients enrolled into the study had advanced ovarian
cancer that had failed to respond to at least one prior treatment with carboplatin . The trial was
designed to study the effect of marimastat, when given in combination with carboplatin, on these
patients.
Treatment with the combination of carboplatin and marimastat showed no statistically
significant advantage over carboplatin alone in either primary or secondary endpoints .
This news release contains forward-looking statements which reflect the Company's current
expectation regarding future events. Forward-looking statements involve risks and uncertainties.
Actual events could differ materially from those projected herein and depend on a number of
factors including the success of the Company's research strategy, the applicability of the
discoveries made therein, the successful and timely completion of clinical studies and the
uncertainties related to the regulatory process.

-------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM
----------------------- --------------



Steve Wittenberger
09/29/2000 01:41 PM

To:      Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Steve King/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  ABT-518 supplies

Thanks for coming over yesterday.  I wanted to get a little more information on the planned phase two
studies.  There were two I believe, but you did not have the bulk drug requirements on hand  If you would
pass those estimates on to me, I will put together a plan for the next 518 campaign.  I would like to make
enough to re-supply the first multiple rising dose study, the "new" phase 1 study and both the phase two
studies if that is possible and "bugetable".  Thanks.

SJW
-------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:42 AM
--------------------------



Steve Wittenberger
10/03/2000 04:56 PM

To:      Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Steve King/LAKE/PPRD/ABBOTT@ABBOTT
Subject:  ABT-518 supplies

Any progress on getting these estimates?

SJW
-------------------- Forwarded by Steve Wittenberger/LAKE/PPRD/ABBOTT on 10/03/2000 04:54 PM
--------------------------

Steve Wittenberger
09/29/2000 01:41 PM

CONFIDENTIAL
ABBT0061756

To:      Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Steve King/LAKE/PPRD/ABBOTT@ABBOTT
Subject: ABT-518 supplies

Thanks for coming over yesterday.  I wanted to get a little more information on the planned phase two studies.  There were two I believe, but you did not have the bulk drug requirements on hand  If you would pass those estimates on to me, I will put together a plan for the next 518 campaign.  I would like to make enough to re-supply the first multiple rising dose study, the "new" phase 1 study and both the phase two studies if that is possible and "bugetable".  Thanks.

SJW

---------------------- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:43 AM ----------------------


            Steve King
            10/03/2000 05:03 PM

To:      Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Steve Wittenberger/LAKE/PPRD/ABBOTT@ABBOTT
Subject: ABT-518 supplies

Bob, Sue,

If you could shoot study design that would probably be enough........x studies, y patients, z months.  We can make some guesstimates from there based upon rising dose study.

thanks.
Steve(s)
---------------------- Forwarded by Steve King/LAKE/PPRD/ABBOTT on 10/03/2000 05:01 PM ----------------------


            Steve Wittenberger
            10/03/2000 04:56 PM

To:      Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Steve King/LAKE/PPRD/ABBOTT@ABBOTT
Subject: ABT-518 supplies

Any progress on getting these estimates?

SJW
---------------------- Forwarded by Steve Wittenberger/LAKE/PPRD/ABBOTT on 10/03/2000 04:54 PM ----------------------

            Steve Wittenberger
            09/29/2000 01:41 PM

To:      Robert Hansen/LAKE/PPRD/ABBOTT@ABBOTT, Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
cc:      Steve King/LAKE/PPRD/ABBOTT@ABBOTT
Subject: ABT-518 supplies

Thanks for coming over yesterday.  I wanted to get a little more information on the planned phase two

CONFIDENTIAL
ABBT0061757

studies. There were two I believe, but you did not have the bulk drug requirements on hand. If you would pass those estimates on to me, I will put together a plan for the next 518 campaign. I would like to make enough to re-supply the first multiple rising dose study, the "new" phase 1 study and both the phase two studies if that is possible and "bugetable". Thanks.

SJW

------ ------------ ----- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:43 AM
---------------------------

 Jackie A Schroeder          10/05/2000 02:57 PM

To:      Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT, Kysa A Meek/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  CDA - Professor Beijnen

We do have a CDA on file for Professor Beijnen at The Netherlands Cancer Institute  It is good until March of next year.
---------------------- Forwarded by Susan M Glad/PPRD/ABBOTT on 10/19/2000 11:43 AM
---------------------------

 Azmi A Nabulsi
10/07/2000 07:18 AM

To:      Susan M Glad/LAKE/PPRD/ABBOTT
cc:
Subject:  Re: ABT-518 supplies

let us discuss when Bob returns.
---- ---------------- ----- Forwarded by Susan M Glad/LAKE/PPRD/ABBOTT on 10/19/2000 11:43 AM
---------------------------

Todd J Janus
10/11/2000 08:57 AM

To:      Susan M Glad/LAKE/PPRD/ABBOTT@ABBOTT
cc:
Subject:  ABT-518

I need to get up to speed on this ASAP thus we will need the following( I know about Diane's role but do not know when the announcement will be made and when I can peak with her, please forward when appropriate) Since this is the first time we will have worked together I especially need know what is expected of me, what I need to worry about , what I need to do to help and how you want me to dovetail into the group, perhaps we can discuss this tomorrow at the meeting Also I need:

1) all reports, documents, white papers, forms, meeting minutes, discussions, e-mails, etc. on 5-8 related to in vitro experiments, in vivo experiments, DDC documents, etc. If in PDF files would be great! Todd: I believe that everything pertaining to 518 with the exception of e-mails is currently on the L-drive in a cancer folder.  It will take some time to generate the e-mails.

2) Who can I talk to about the safety meeting? I have never been to one, am unsure of the objective, what documents need to be sent to the committee and have no idea what is to be presented, what is to be

CONFIDENTIAL
ABBT0061758

discussed, by whom and for how long. Also we need to set up practice sessions for the presentations, identify whom will speak for how long and make sure we have all the bases covered  Bill Bracken and Reid speak to the toxicology, Kennan Marsh and Stan Roberts discuss preclinical PK/metabolism, Bryan Cox speaks to safety pharmacology, and Azmi lays out the clinical protocol and how we plan on monitoring for safety issues seen during development  The past 2 that I attended did not require practice sessions.

3) We need the updated protocol, we can not wait any further for investigator comments if we have not received them.  I am setting up a meeting for tomorrow where we can address the protocol  Kysa is e-mailing Schellens to see if or when he sent his comments.

4) What is the status of the investigators brochure - we need this complete no later than 20 October to allow time for review by the committee.  I'll give you an update tomorrow.

5) What is the status of drug supply, regulatory issues and the like about shipping product? 25 mg caps to be shipped to IDC on 12/4 but we are trying to get them shipped earlier.  Regulatory issues under control.

6) Do we plan real time pK data? I heard this was going on in previous studies if so we need to know how that will be handled and when we will get the info  I think I need to sit down with Bob Carr.  The method is being transferred to Schellen's shop where they will perform the assay.  For TSP we decided not to have PK an escalation criteria and I suspect we would want the same for this study.

7)  Sorry if this sounds like a barrage but I need to get up to speed- is there anything else I need to know that I have forgotten?
*    There is an MMPI Transition meeting tomorrow from 3-5 where your introduction to the clinical team will be made.
*    We have just heard that there could be a small tox concern  I know very little about the specifics but Bracken will explain to Azmi who will explain to you.  Reportedly the finding was only seen at the highest dose level in rats          (400 mg/kg/day).

thanks

tjj

CONFIDENTIAL
ABBT0061759

# EXHIBIT 308

HIGHLY CONFIDENTIAL

ABT00176716

# JULY 2000 - "Top" Issues

## Key Issues/Decisions/Events

**Denacon Rapid Infusion (M98-938)**

Redacted

Redacted

**ABT-518 Competitive Environment**

As several competitors are in Phase II/III, ABT-518 product profile will need to demonstrate advantage over the other compounds (i.e. safety/efficacy)

Ongoing analysis and comparison of competition throughout transition. ABT-518 has the potential to be the best in class compound. Pfizer (Agouron) announced 8/4/00 that they were stopping Phase III trials of prinomastat in advanced prostate and NSCLC because "primary efficacy objectives were not met". They are continuing trials in less advanced tumors, e.g., esophagus, melanoma, breast, glioma, and NSCLC, and will start trials in two additional tumor types. Efficacy was shown with marimastat in less advanced gastric cancer. Both compounds were hindered by dose-limiting joint toxicity.

**ABT-627**

Submission of the End-of Phase II package to Regulatory Agencies is delayed pending initial ECG analyses projected to be completed August 28. Meetings with the agencies will be scheduled after completion of the ECG interpretation.

**ABT-773 HPD**

The initial development of an IV formulation has been completed but funding has not resolved between PPD and HPD.

HPD has decided to fund the clinical manufacturing runs for the Phase I IV formulation study. This is planned for August 29th.

The IV program is currently on hold. HPD does not have funds for the year 2000. Discussions are underway within the Franchise to identify funding. HPD has decided to fund the clinical manufacturing of IV supplies at the end of August. PPD and HPD continue to pursue funding options to complete the Phase I IV study.



PLAINTIFF'S EXHIBIT

EXHIBIT

308

tabbies®

HIGHLY CONFIDENTIAL

ABT0017617

# JULY 2000 - "Top" Issues

*Key Issues/Decisions/Events*

**ABT-980**
**[Fliuxosin]**
**Clinical**

Redacted

Toxicology

ABBT0017618

HIGHLY CONFIDENTIAL

## Pharmaceutical Products Research & Development

### 2000 Discovery Development Candidate (DDC) Target Dates
### JULY 2000

| PROJECT/COMPOUND | THERAPEUTIC TARGET | PROBABILITY | TARGETED REVIEW DATE CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|---|
| Anti-Mitotic | Cancer | Complete | March 9 | March 13 March 9 |
| Quinolone (in-house) | Anti-infective | >25% | December 15, 2000 | December 12, 2000 |
| | | Redacted | | |
| Anti-Mitotic (7010) | Cancer | Complete | March 9 | March 9 |

**STATUS OF PAST CANDIDATES NOT FUNDED**

| PROJECT/COMPOUND | THERAPEUTIC TARGET | ABT # | STATUS |
|---|---|---|---|
| | | Redacted | |
| Endothelin #1 | Prostate Cancer/Cardiovascular | ABT-627 | Phase II clinical trials |
| ABT-773 Backup #1=(ABT-797) | Anti-infective | ABT-797 | On hold pending ABT-773 results |

NOTE: CHANGES FROM PRIOR

HIGHLY CONFIDENTIAL

ABT0017619

PHARMACEUTICAL PRODUCTS RESEARCH & DEVELOPMENT
GLOBAL/U.S.SPLIT
($MILLIONS)

| Ongoing Development Programs | 2000 PLAN | | 2000 APU | | Key Unfunded Programs |
| --- | --- | --- | --- | --- | --- |
| | Global | Domestic | Global | Domestic | |
| **NEUROLOGY** | | | | | |
| Cholinergic Channel Modulator | 15.0 | ... | 15.0 | ... | 8.0 A. |
| **ANTI-INFECTIVE** | | | | | |
| Ketolide | 71.3 | ... | 74.1 | ... | |
| Quinolone | 14.0 | ... | 6.8 | ... | 5.7 B. |
| **UROLOGY/CARDIOLOGY** | | | | | |
| **HIV** | | | | | |
| **CANCER** | | | | | |
| Endothelin | 6.0 | ... | 8.0 | ... | 5.0 E. |
| Metalloprotease (MMPI) | 5.0 | ... | 5.0 | ... | ... |
| Farnesyltransferase (FTI) #2 | 3.8 | | | | ... |
| Anti-Mitosic | 5.0 | ... | 3.0 | ... | ... |
| Discovery | | | | | |
| Total PPD (Without Risk) | | | | | |
| Risk/Affordability | | | | | |
| Total PPD (With Risk) | | | | | |

D477\

# EXHIBIT 67





February 2001

# ABT-518

## ABT-518 - Matrix Metalloproteinase Inhibitor

1 of 1

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000343

FOR I.D. _4-26-07_ _____

EXHIBIT 3/

## February 2001                    ABT-518

### Monthly Highlights – Key Project Progress

- Study Initiation visits were conducted on 2/14 and 2/15.

### Key Progress Against Objectives / Expected Milestones

| | Target/Date |
|---|---|
| - First patient enrolled | 3/12 |
| - Preliminary results from 6-week rat hepatotoxicity study | 3/31 |
| - Pre–IND meeting with FDA | 6/1 |
| - Preliminary results from 3-month rat chronic toxicity study | 6/30 |

### Planning / Review / Impact

| Risk/Issue | ☐ Cost ☐ Time ☐ Profile ☑ Regulatory | Action Plan / Strategy | Resp. | Resolution / Date |
|---|---|---|---|---|
| Identification of FDA requirements for cytostatic agents in oncology drug development. | | Phase I IND study to Transition program to solicit FDA input. | Clinical | 6/1/01 |
| Key tox finding was hepatotoxicity in one-month rat study. In-vitro and in-vivo data indicate a potential for mechanism based drug interactions. | | The Phase I first-in-man protocol has been designed to address these issues. A 6-week tox and metabolism studies have been completed. Results are under review. A 3-month rat toxicity study is ongoing. | Toxicology/ Metabolism | 7/1/01 |

2 of 2

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT.

HIGHLY CONFIDENTIAL
ABBT 0000344

## February 2001 | ABT-518

| Mission/Issue | Strategy/Objectives | Competitive Environment | Regulation/Other |
|---|---|---|---|
| As several competitors are in Phase II/III, ABT-518 product profile will need to demonstrate advantage over the other compounds (i.e., safety/efficacy) | Ongoing analysis and comparison of competition throughout transition. ABT-518 has the potential to be the best in class compound. Pfizer (Agouron) announced 8/4/00 that they were stopping Phase III trials of prinomastat in advanced prostate and NSCLC because "primary efficacy objectives were not met". They are continuing trials in less advanced tumors, e.g., glioma and NSCLC, and will start trials in two additional tumor types. Efficacy was shown with marimastat in less advanced gastric cancer, but British Biotech announced on 9/27/00 that marimastat in combination with carboplatin was no better than carboplatin alone in advanced ovarian cancer. Marimastat development was discontinued on 2/16/01. Both the Pfizer compound and British Biotech's compound are hindered by dose-limiting joint toxicity. | Competitive Environment | |
| ☐ Cost ☐ Time ☑ Profile ☐ Regulatory | | ☐ Cost ☐ Time ☐ Profile ☐ Regulatory | |

HIGHLY CONFIDENTIAL
ABBT 0000345

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

# February 2001

# ABT-518

## Key Activities

### Commercial

| Activity | LRE | Actual |
|---|---|---|
| Market research to assess commercial potential of cancer types, both US and Ex-US..... | 4/2001 | |
| Assessment of patient compliance (for revision of forecast) | 3/2001 | |
| Assessment of off-label vs. spillover use (for revision of forecast) | 3/2001 | |
| Assessment of cancer market growth (for revision of forecast) | 4/2001 | |
| Assist with advisory planning | 4/2001 | |
| Development of brand and generic names | Late 2001 | |

### Formulation — Plan Date: 3/2000

| Activity | Plan | Actual |
|---|---|---|
| Phase I Formulation | | |
| Phase II Formulation | | |
| Formulation for Bio Study | | |
| Phase III Clinical Supplies Manufactured | | |
| NDA Lot (s) Completed | 10/2000 | |
| Completion of 1 Year Stability for NDA | | |
| Formulation Plant Review | | |

### Drug Substance — Plan Date: 3/2000

| Activity | KG | Plan | Actual | Actual Projected Cost/kg |
|---|---|---|---|---|
| Chem-Scien (GLP) | 3.0/1.7 | 6/2000 | 6/1900 | $133,300 |
| Chem-Scien (GMP) | 2.0/3.6 | 6/2000 | 6/2000 | $133,300 |
| Chem-Scien | 15.0 | 6/2001 | | |
| SPD | | | | |
| SPD | | | | |
| SPD | | | | |
| Demo Lot | | | | |
| NDA Lot #1 | | | | |
| NDA Lot #2 | | | | |
| NDA Lot #3 | | | | |
| Validation Lot | | | | |

### Toxicology — Plan Date: 3/2000

| Toxicology Activity | Planned Start | Actual Start Date | Report Completed |
|---|---|---|---|
| Gene Toxicology | 5/2000 | | |
| Acute Studies | 5/2000 | | |
| 2-Week Monkey (non-GLP) | 12/1/99 | 12/14/99 | |
| 1-Month Rat (non-GLP screening) | 12/1/99 | 12/14/99 | |
| 1 Month Rat (GLP) | 6/2000 | 6/27/00 | |
| 1 Month Monkey (GLP) | 6/2000 | 6/28/00 | |
| 3 Month Rat | 1/2001 | 1/2/01 | |
| 3 Month Mouse MTD | | | |
| SEG I and SEG II | | | |
| SEG III Rat (postnatal development) | | | |
| 6 Month Rat | | | |
| 1 Year Monkey | | | |
| Carcinogenicity (2 yr) Rat | | | |
| Carcinogenicity (2 yr) Mouse | | | |

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY
DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABBT 0000348

# February 2001

## ABT-518

### All Clinical Studies:

| Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Patients Current | Protocol Number | Phase | Study Name | Start 1st Pt. Dosed | End (Last CRF In) | Patients Target | Patients Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M00-235 | I | MD Study in cancer patients | 2/28 | | 40 | | | | | | | | |
| TBD | I | IND Study | | | 20 | | | | | | | | |

HIGHLY CONFIDENTIAL
ABBT 0000347

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

## February 2001

## ABT-518

### Ongoing Clinical Studies (List first time in man, Phase II Dose-Ranging and Pivotal Trials)

XXX/XXX – TITLE

**Protocol:** M00-235 - Phase I MD in cancer patients

**Objective:** Determine MTD and safety profile in cancer patients

**ABT-518 Doses:** 25, 50, 100, 200, 400, 800, 1200, 1600, 2000 mg/day

**Comparator Doses:** N/A

**Target Enrollment:** 40

**Status:** Study initiated, clinical supplies delivered

**Major Findings:**



Enrollment

(Author: Double click on chart to edit)

D47YZ.WPSR9:ABT-518.doc

6 of 6

HIGHLY CONFIDENTIAL – FOR INTERNAL USE ONLY

DISCLOSURE OF ANY PART OF THIS INFORMATION TO ANYONE OUTSIDE THE COMPANY IS STRICTLY FORBIDDEN AND IS A VIOLATION OF FEDERAL LAW AND YOUR EMPLOYMENT AGREEMENT

HIGHLY CONFIDENTIAL
ABT 0000348